# Exhibit 48

股票代碼：**2442**



# 美齊科技股份有限公司

# 九十八年度

# 年報

刊印日期：中華民國九十九年四月二日

年報查詢網址：公開資訊觀測站：**http://newmops.tse.com.tw**
美齊科技：**http://www.jean.com.tw**

**Stock Code: 2442**



# JEAN Co., Ltd.

# 2009
# Annual Report

**Date Published:    April 02, 2010**

**Annual Report Inquiry Website:**

**Market Observation Post System: http://newmops.tse.com.tw**

**Website of JEAN: http://www.jean.com.tw**

二、 董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料：

（一）董事及監察人：

1.基本資料  99年03月13日

| 職稱 | 姓 名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、代表人、未成年子女現在持有股份 | | 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| 董事長 | 高美投資有限公司代表人：林鎮源 | 98.05.25 | 三年 | 93.12.31 | 17,205,000 | 10.53% | 17,205,000 | 10.53% | 22,712,681 | 13.90% | 0 | 0.00% | 碩士 中華映管(股)公司：董事長/總經理 | JERRY INV.：董事 JEFFREY INV.：董事 JEAN(M)：董事 | 董事 | 林傳捷 | 父子 |
| 董事兼任總經理 | 陳修乾 | 98.05.25 | 三年 | 93.12.31 | 626,219 | 0.38% | 626,219 | 0.38% | 0 | 0.00% | 0 | 0.00% | 碩士 中華映管(股)公司：副總經理 | 高創(蘇州)電子公司：董事 JEAN(M)：董事 美齊光電(上海)公司：董事長 | 無 | — | — |
| 董事兼任執行副總經理 | 盛捷開發有限公司代表人：林傳捷 | 98.05.25 | 三年 | 96.06.08 | 1,000,960 | 0.61% | 1,000,960 | 0.61% | 0 | 0.00% | 0 | 0.00% | 學士 University of California Riverside | 高輔投資(股)公司：董事 美齊光電(上海)公司：董事 | 董事 | 林鎮源 | 父子 |
| 董事 | 劉政林 | 98.05.25 | 三年 | 92.06.06 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 碩士 東亞科技(股)公司：董事長 | 東亞科技(股)公司：董事長 華晶科技(股)公司：獨立監察人 大甲興業(股)公司：董事 東芯投資(股)公司：董事 東雅電子(股)公司：法人董事代表人 映達連(股)公司：董事 | 無 | — | — |
| 董事 | 姚崇誠 | 98.05.25 | 三年 | 93.12.31 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 學士 吉立電子(蘇州)有限公司：總經理 精英電腦(股)公司：副總經理 | 蘇州宏遠電子有限公司：執行長 | 無 | — | — |
| 監察人 | 盛凱開發有限公司代表人：許張義 | 98.05.25 | 三年 | 96.06.08 | 1,045,377 | 0.64% | 1,045,377 | 0.64% | 1,477,804 | 0.90% | 0 | 0.00% | 學士 七星輪胎公司：業務經理 | 鴻碩精密電工(蘇州)有限公司：總經理 鴻碩精密電工(股)公司：資深高級特別助理 | 無 | — | — |
| 監察人 | 路呈麟 | 98.05.25 | 三年 | 92.06.06 | 531,760 | 0.33% | 531,760 | 0.33% | 0 | 0.00% | 0 | 0.00% | 學士 高輔投資(股)公司：顧問 | 無 | 無 | — | — |
| 監察人 | 莊嘉福 | 98.05.25 | 三年 | 92.06.06 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 學士 輝珂公司：董事長 | 常田海鮮餐廳(股)公司：董事 | 無 | — | — |

（二）總經理、副總經理、協理、各部門及分支機構主管資料　　　　　　　　　　　　　　　　　　　　　99年03月13日

| 職　稱 | 姓　名 | 選(就)任日期 | 持有股份 | | 配偶、未成年子女持有股份 | | 利用他人名義持有股份 | | 主要經（學）歷 | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之經理人 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| 董事長 | 林鎮源 | 93.12 | 0 | 0.00% | 22,712,681 | 13.90% | 0 | 0.00% | 美國南加州大學工業工程研究所<br>中華映管(股)公司：董事長/總經理 | JERRY INV.：董事<br>JEFFREY INV.：董事<br>JEAN(M)：董事 | 執行副總經理 | 林傳凱<br>林傳捷 | 父子 |
| 董事兼<br>總經理 | 陳修乾 | 93.12 | 626,219 | 0.38% | 0 | 0.00% | 0 | 0.00% | 政治大學企管研究所<br>中華映管(股)公司：副總經理 | 高創(蘇州)電子公司：董事<br>JEAN(M)：董事<br>美齊光電(上海)公司：董事長 | 無 | — | — |
| 董事兼<br>執行副總經理 | 林傳捷 | 97.12 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | University of California Riverside | 高輔投資(股)公司：董事<br>美齊光電(上海)公司：董事 | 董事長 | 林鎮源 | 父子 |
| 執行副總經理 | 林傳凱 | 98.02 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | University California Santa Barbara | 高輔投資(股)公司：董事<br>高創(蘇州)電子公司：董事長<br>香港高創電子公司：董事長 | 董事長 | 林鎮源 | 父子 |
| 研發處副總經理 | 蔡東宜 | 82.05 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 大同工學院電機研究所<br>美齊科技(股)公司：研發處副總經理 | 無 | 無 | — | — |
| 視訊研發處處長 | 陳煥明 | 84.12 | 145 | 0.00% | 47 | 0.00% | 0 | 0.00% | 大同工學院<br>神達電腦：高級工程師 | 無 | 無 | — | — |
| 機構設計處處長 | 劉永喜 | 91.07 | 19,000 | 0.01% | 0 | 0.00% | 0 | 0.00% | 大同工學院機械科<br>大同公司：設計主任<br>瑞軒科技：設計協理 | 無 | 無 | — | — |
| 產品企劃處處長 | 邱智富 | 90.06 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | DREXEL UNIVERSITY<br>台龍電子：生產部經理 | 無 | 無 | — | — |
| 業務處副總經理 | 鄒幼雪 | 89.05 | 41 | 0.00% | 0 | 0.00% | 0 | 0.00% | 輔仁大學<br>彩樂電子：業務部經理 | 無 | 無 | — | — |
| 財務部副總經理 | 楊吉義 | 97.12 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 淡江大學<br>品佳電子(股)公司：副總經理<br>振遠科技(股)公司：副總經理 | 高輔投資(股)公司：監察人<br>至上電子(股)公司：獨立董事 | 無 | — | — |

-12-

## 美齊科技股份有限公司財務報表附註(續)

### 五、關係人交易

(一)關係人之名稱及關係

| 關 係 人 名 稱 | 與本公司之關係 |
|---|---|
| 英屬維京群島JEFFREY INVESTMENT LTD. (JEFFREY) | 本公司之子公司 |
| 高創(蘇州)電子有限公司(高創電子) | 本公司之子公司 |
| 中華映管股份有限公司(中華映管) | 其董事長為本公司董事長二等親 |
| 美齊光電有限公司(美齊光電) | 本公司之子公司 |
| 高輔投資股份有限公司(高輔公司) | 對本公司持股超過10%之股東 |
| 全體董事、監察人、總經理及副總經理 | 本公司之主要管理階層 |

(二)與關係人之間之重大交易事項

1.銷　貨

本公司民國九十八年度及九十七年度對關係人之銷貨金額如下：

| | 98年度 | | 97年度 | |
|---|---|---|---|---|
| | 金 額 | 佔本公司銷貨淨額% | 金 額 | 佔本公司銷貨淨額% |
| 美齊光電 | $ 456,737 | 5.12 | 188,232 | 1.68 |
| 高　創 | 79 | - | 7 | - |
| | $ 456,816 | 5.12 | 188,239 | 1.68 |

本公司對關係人美齊光電公司之銷貨，實際係由本公司向高創電子進貨後，再依成本轉售予美齊光電公司，本公司並未賺取差價。

本公司銷售予關係人之收款期限，除美齊光電公司係月結120天外，餘與一般廠商交易條件尚無顯著不同。

本公司民國九十八年及九十七年十二月三十一日對關係人銷貨發生之應收帳款餘額如下：

| | 98.12.31 | | 97.12.31 | |
|---|---|---|---|---|
| | 金 額 | 佔應收帳款餘額% | 金 額 | 佔應收帳款餘額% |
| 應收帳款－關係人： | | | | |
| 美齊光電 | $ 212,455 | 16.40 | 46,278 | 3.23 |

Translation of Page 9

**II. Materials of directors, monitors, general managers, vice general managers, assistant managers and supervisors of individual departments and branches:**

(i) Directors and monitors:

1. Basic information                                                                                                  Mar. 13, 2010

| Title | Name | Date of selection and appointment (assumption of duty) | Tenure | Time of initial selection and appointment | Shares held at selection and appointment | | Shares held currently | | Shares currently held by spouse / representative/ minor children | | Shares held in the name of others | | | Major experiences (education background) | Position held concurrently at other companies | Other supervisors, directors and monitors that have spouse relationship or parent-child relationship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | | Title | Name | Relationship |
| Chairman | Representative of Gaomei Investment Co., Ltd.: Lin Zhenyuan | May 25, 2009 | 3 yrs | Dec. 31, 2004 | 17,205,000 | 10.53% | 17,205,000 | 10.53% | 22,712,681 | 13.90% | 0 | 0.00% | Master | Chunghwa Picture Tubes Ltd.: Chairman / General Manager | JERRY INV.: Director JEFFREY INV.: Director JEAN (M): Director | Director | JESSE LIN | Father-son |
| Chairman & President | Chen Xiuqian | May 25, 2009 | 3 yrs | Dec. 31, 2004 | 626,219 | 0.38% | 626,219 | 0.38% | 0 | 0.00% | 0 | 0.00% | Master | Chunghwa Picture Tubes Ltd.: Vice General Manager of | K-Tronics (Suzhou) Technology Co.,Ltd.: Director JEAN (M): Director JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.:Chairman | None | - | - |
| Director & Executive Vice President | Representative of ShengjieDevelopment Co., Ltd.: JESSE LIN | May 25, 2009 | 3 yrs | Jun. 8, 2007 | 1,000,960 | 0.61% | 1,000,960 | 0.61% | 0 | 0.00% | 0 | 0.00% | Bachelor | University of California Riverside | Gaofu Investment Co., Ltd.: Director JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.: Director | Director | Lin Zhenyuan | Father-son |
| Director | Liu Zhenglin | May 25, 2009 | 3 yrs | Jun. 6, 2003 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Master | Eastern Asia Technology Limited: Chairman | Eastern Asia Technology Limited: Chairman Altek Corporation: Independent monitor DajiaXingye Co., Ltd.: Director Dongxin Investment Co., Ltd.: Director Eastech Electronics | None | - | - |

| Title | Name | Date | Term | Date Elected | Shares | % | Shares | % | Shares | % | Shares | % | Education | Position | Other | Relation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | (Taiwan) Inc.: Representative of juridical person directors Yingdalian Co., Ltd.: Director | | | |
| Director | Yao Chongcheng | May 25, 2009 | 3 yrs | Dec. 31, 2004 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Bachelor | Jili Electronics (Suzhou) Co., Ltd.: General Manager Elitegroup Computer Systems Co., Ltd.: Vice General Manager | Suzhou Hongyuan Electronic Co., Ltd.: CEO | None | - | - |
| Monitor | Representative of ShengkaiDevelopment Co., Ltd.: Xu Zhangyi | May 25, 2009 | 3 yrs | Jun. 8, 2007 | 1,045,377 | 0.64% | 1,045,377 | 0.64% | 1,477,804 | 0.90% | 0 | 0.00% | Bachelor | SEVEN STARS RUBBER CO., LTD.: Business Manager | Hotron Precision Electronic Industrial (Suzhou) Co.,Ltd.: General Manager Hotron Precision Electronic Industrial Co.,Ltd.: Senior Special Assistant | None | - | - |
| Monitor | Lu Chenglin | May 25, 2009 | 3 yrs | Jun. 6, 2003 | 531,760 | 0.33% | 531,760 | 0.33% | 0 | 0.00% | 0 | 0.00% | Bachelor | Gaofu Investment Co., Ltd.: Consultant | None | None | - | - |
| Monitor | Zhuang Jiafu | May 25, 2009 | 3 yrs | Jun. 6, 2003 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Bachelor | Huike Co., Ltd.: Chairman | Changtian Seafood Restaurant Co., Ltd.: Director | None | - | - |

Translation of Page 12

(ii) Materials of general managers, vice general managers, assistant managers and supervisors of individual departments and branches Mar. 13, 2010

| Title | Name | Date of selection and appointment (assumption of duty) | Shares held | | Shares currently held by spouse / minor children | | Shares held in the name of others | | Major experiences (education background) | Position held concurrently at other companies | Other managers that have spouse relationship or parent-child relationship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Title | Name | Relationship |
| Chairman | Lin Zhenyuan | Dec. 2004 | 0 | 0.00% | 22,712,681 | 13.90% | 0 | 0.00% | USC Institute of Industrial Engineers Chunghwa Picture Tubes Ltd.: Chairman / General Manager | JERRY INV.: Director JEFFREY INV.: Director JEAN (M): Director | Executive Vice President | JERRY LIN JESSE LIN | Father-son |
| Chairman & President | Chen Xiuqian | Dec. 2004 | 626,219 | 0.38% | 0 | 0.00% | 0 | 0.00% | MBA Program,lChengchi University Chunghwa Picture Tubes Ltd.: Vice General Manager | K-Tronics (Suzhou) Technology Co.,Ltd.: Director JEAN (M): Director JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.: Chairman | None | - | - |
| Director & Executive Vice President | JESSE LIN | Dec. 2008 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | University ofCalifornia Riverside | Gaofu Investment Co., Ltd.: Director JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.: Director | Chairman | Lin Zhenyuan | Father-son |
| Executive Vice President | JERRY LIN | Feb. 2009 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | University of California Santa Barbara | Gaofu Investment Co., Ltd.: Director K-Tronics (Suzhou) Technology Co.,Ltd.: Chairman E-Top (HK) Technology Limited: Chairman | Chairman | Lin Zhenyuan | Father-son |
| Vice General Manager of R&D Division | CaiDongyi | May 1993 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Institute of Electric Engineering, Tatung Institute of Technology JEAN GROUP: Vice General Manager of R&D Division | None | None | - | - |
| Director of Video R&D Division | Chen Huanming | Dec. 1995 | 145 | 0.00% | 47 | 0.00% | 0 | 0.00% | Tatung Institute of Technology MiTAC International Corp.: Senior Engineer | None | None | - | - |
| Director of Mechanism Design Division | Liu Yongxi | Jul. 2002 | 19,000 | 0.01% | 0 | 0.00% | 0 | 0.00% | Department of Mechanical Engineering, Tatung Institute of Technology Tatung Company: Design Executive AmTRAN Technology Co., Ltd.: Assistant Design Manager | None | None | - | - |
| Director of Product Management Division | QiuZhifu | Jun. 2001 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | DREXEL UNIVERSITY Taiwan Thick-Film Ind. Corp.: Manager of Production Department | None | None | - | - |
| Vice General Manager of Business Division | Zou Youxue | May 2000 | 41 | 0.00% | 0 | 0.00% | 0 | 0.00% | Fu Jen Catholic University Operlence Electronics Corporation: Manager of Business Department | None | None | - | - |
| Vice General Manager of Finance Division | Yang Jiyi | Dec. 2008 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Tamkang University Silicon Application Corporation Group: Vice General Manager Frontek Technology Corporation: Vice General Manager | Gaofu Investment Co., Ltd.: Monitor Supreme Electronics Co., Ltd.: Independent director | None | - | - |

Translation of Page 73

**Notes to Financial Statements of Jean Group (Continued)**   (Unit is 1000 NT $)

**V. Related party transactions**

(i) Related party name and relationship

| Name of related party | Relationship with the Company |
|---|---|
| JEFFREY INVESTMENT LTD. (JEFFREY), the British Virgin Islands | Subsidiary of the Company |
| K-Tronics (Suzhou) Technology Co., Ltd. (K-Tronics) | Subsidiary of the Company |
| Chunghwa Picture Tubes Ltd. (CPT) | Its Chairman has parent-child relationship with Chairman of the Company |
| JEAN OPTO-ELECTRONICS TECHNOLOGY CO., LTD. (JEAN OPTO-ELECTRONICS) | Subsidiary of the Company |
| Gaofu Investment Co., Ltd. (Gaofu Ltd.) | Shareholder that holds more than 10% equity of the Company |
| All the directors, monitors, general managers and vice general managers | The major management of the Company |

(ii) Major transactions between related parties and the Company

1. Sales

The Company's sales amounts to related parties in 2009 and 2008 are as follows:

| | 2009 | | 2008 | |
|---|---|---|---|---|
| | Amount | Ratio to the Company's net sales (%) | Amount | Ratio to the Company's net sales (%) |
| JEAN OPTO-ELECTRONICS | 456,737 | 5.12 | 188,232 | 1.68 |
| K-Tronics | 79 | - | 7 | - |
| | **456,816** | **5.12** | **188,239** | **1.68** |

In fact, the Company did not make profit from price difference with respect to sales to JEAN OPTO-ELECTRONICS, because the Company bought the goods from K-Tronics and then sold the goods to JEAN OPTO-ELECTRONICS at cost.

As for the collection term of sales to the related parties, apart from JEAN OPTO-ELECTRONICS's monthly settlement within 120 days, there is no significant difference in terms of trade terms between the Company and other common firms.

The Company's balance of accounts receivable incurred to the related parties as of Dec. 31, 2009 and Dec. 31, 2008 is as follows:

| | Dec. 31, 2009 | | Dec. 31, 2008 | |
|---|---|---|---|---|
| | Amount | Ratio to the balance of accounts receivable(%) | Amount | Ratio to the balance of accounts receivable (%) |
| Accounts receivable – related party: JEAN OPTO-ELECTRONICS | **212,455** | **16.40** | **46,278** | **3.23** |



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2009.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com