# Exhibit 50

股票代碼：**2442**

# *JEAN*

# 新美齊股份有限公司

## **(原美齊科技股份有限公司)**

# 一〇〇年度

# 年報

刊印日期：中華民國一〇一年五月二十五日

年報查詢網址：　公開資訊觀測站：**http://mops.twse.com.tw**
　　　　　　　　　新美齊：**http://www.jean.com.tw**

**Stock Code: 2442**



# New JEAN Co., Ltd.

## (Formerly known as JEAN Co., Ltd.)

# 2011
# Annual Report

**Date Published: May 25, 2012**

**Annual Report Inquiry Website:**

**Market Observation Post System: http://mops.twse.com.tw**

**Website of new JEAN: http://www.jean.com.tw**

二、 董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料：

（一）董事及監察人：

1. 基本資料

101年04月29日

| 職稱 | 姓名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 | | 現在持有股數 | | 配偶、代表人、未成年子女現在持有股份 | | 利用他人名義持有股份 | | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| 董事長 | 高輔投資(股)公司代表人：林鎮源 | 100.04.29 | 三年 | 93.12.31 | 29,585,502 | 18.11% | 29,585,502 | 18.11% | 22,312,681 | 13.66% | 0 | 0.00% | 碩士 | 中華映管(股)公司董事長/總經理 | JERRY INV.：董事<br>JEFFREY INV.：董事<br>JEAN(M)：董事<br>凱銳光電(股)公司：董事 | 董事 | 林傳捷 | 父子 |
| 董事兼任執行副總經理 | 盛捷開發有限公司代表人：林傳捷 | 100.04.29 | 三年 | 96.06.08 | 1,000,960 | 0.61% | 1,000,960 | 0.61% | 0 | 0.00% | 0 | 0.00% | 學士 | University of California Riverside | 高輔投資(股)公司：董事<br>美齊光電(上海)公司：董事<br>盛捷開發有限公司：董事長<br>凱銳光電(股)公司：董事<br>凱揚光電(蘇州)有限公司：監察人 | 董事 | 林鎮源 | 父子 |
| 董事 | 姚崇誠 | 100.04.29 | 三年 | 93.12.31 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 學士 | 吉立電子(蘇州)有限公司：總經理<br>精英電腦副總 | 蘇州宏遠電子有限公司執行長 | 無 | ─ | ─ |
| 董事 | 許坤城 | 100.04.29 | 三年 | 100.04.29 | 0 | 0.00% | 475,000 | 0.29% | 0 | 0.00% | 0 | 0.00% | 學士 | 宜鋼(股)公司：董事長 | 宜鋼(股)公司：董事長<br>瑞誼國際開發(股)公司：董事長<br>智睦國際投資(股)公司：監察人<br>富士康(股)公司：董事<br>宜捷威科技(股)公司：董事 | 無 | ─ | ─ |
| 董事 | 李蜀濤（註1） | 100.04.29 | 三年 | 100.04.29 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 學士 | 志品科技股份有限公司：董事長 | 志品科技(股)公司：董事長<br>寰品科技服務(股)公司：董事<br>仕品規劃設計(股)公司：董事長 | 無 | ─ | ─ |
| 監察人 | 盛凱開發有限公司代表人：莊嘉福 | 100.04.29 | 三年 | | 1,045,377 | 0.64% | 1,045,377 | 0.64% | 0 | 0.00% | 0 | 0.00% | 學士 | 輝珂公司：董事長 | 常田海鮮餐廳(股)公司：董事 | 無 | ─ | ─ |
| 監察人 | 許張義 | 100.04.29 | 三年 | 96.06.08 | 1,477,804 | 0.9% | 1,477,804 | 0.9% | 0 | 0.00% | 0 | 0.00% | 學士 | 鴻碩精密電工(蘇州)有限公司：總經理 | 佶優科技(股)公司：副總經理 | 無 | ─ | ─ |
| 監察人 | 劉政林 | 100.04.29 | 三年 | 92.06.06 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 碩士 | 東亞科技(股)公司董事長 | 東亞科技(股)公司：董事長<br>華晶科技(股)公司：獨立監察人<br>東芯投資(股)公司：董事<br>東雅電子(股)公司：法人董事代表人<br>東科控股(股)：董事長 | 無 | ─ | ─ |

註1：董事李蜀濤先生於100/08/30請辭。

（二）總經理、副總經理、協理、各部門及分支機構主管資料 101年04月29日

| 職　稱 | 姓　名 | 選(就)任日期 | 持有股份 | | 配偶、未成年子女持有股份 | | 利用他人名義持有股份 | | 主要經（學）歷 | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之經理人 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| 董事長兼任總經理 | 林鎮源 | 93.12 | 0 | 0.00% | 22,312,681 | 13.66% | 0 | 0.00% | 美國南加州大學工業工程研究所 中華映管(股)公司：董事長/總經理 | JERRY INV.：董事 JEFFREY INV.：董事 JEAN(M)：董事 凱銳光電(股)公司:董事 | 執行副總經理 | 林傳凱 林傳捷 | 父子 |
| 董事兼 執行副總經理 | 林傳捷 | 97.12 | 200,000 | 0.12% | 0 | 0.00% | 0 | 0.00% | University of California Riverside | 高輔投資(股)公司：董事 美齊光電(上海)公司：董事 盛捷開發有限公司:董事長 凱銳光電(股)公司:董事 | 董事長 | 林鎮源 | 父子 |
| 執行副總經理 | 林傳凱 | 98.02 | 200,000 | 0.12% | 0 | 0.00% | 0 | 0.00% | University California Santa Barbara | 高輔投資(股)公司：董事 盛凱開發有限公司：董事長 凱銳光電(股)公司:董事長 GOLDEN KNIGHT LTD：董事 凱揚光電(蘇州)有限公司:董事長 | 董事長 | 林鎮源 | 父子 |
| 財務部副總經理 (註1) | 楊吉義 | 97.12 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 淡江大學 品佳電子(股)公司：副總經理 振遠科技(股)公司：副總經理 | 高輔投資(股)公司：監察人 至上電子(股)公司：獨立董事 | 無 | － | － |
| 財務部門主管兼會計部門主管 | 吳居忠 | 101/1/12 (董事會通過日期) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 文化大學：國際企業管理碩士 新利虹科技(股)公司: 財務長 永剛科技(股)公司:財務經理 | | 無 | － | － |
| 稽核主管 | 陳孟君 | 101/1/12 (董事會通過日期) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 文化大學經濟系：學士 威剛科技(股)公司：內部稽核 | | 無 | － | － |

註1: 財務部副總經理楊吉義先生於100/12/30請辭。

-12-

新美齊股份有限公司財務報表附註(續)

況、合約規定固定利率計息之剩餘期間、支付本金之剩餘期間及支付幣別等。

(3)存出/入保證金多為現金收付,故公平價值應與帳面價值相當。

2.財務風險資訊

(1)市場風險

本公司將因外匯匯率變動而使外幣存款、應收/付帳款及短期借款產生價值波動之風險。

本公司從事之衍生性金融商品交易,因此類商品以公平價值衡量,故受市場價格變動之影響。

(2)信用風險

本公司主要潛在信用風險係源自應收帳款之金融商品,為減低信用風險,本公司持續地評估客戶之財務狀況,並適時調整給予之授信額度,且定期評估應收帳款回收之可能性,必要時提列減損損失。

(3)流動性風險、現金流量風險及未來現金需求之不確定性

本公司民國一〇〇年度及九十九年度均保持適當之營運資金及未動用之銀行額度以支應,以避免產生無法籌措資金以履行合約義務之流動性風險。

(4)利率變動之現金流量風險

本公司之短期借款係屬浮動利率之債務,故市場利率變動將使其短期借款之有效利率隨之變動,而使其未來現金流量產生波動,市場利率增加1%,將使本公司未來現金流出增加1,073千元。

五、關係人交易

(一)關係人之名稱及關係

| 關 係 人 名 稱 | 與本公司之關係 |
| --- | --- |
| 英屬維京群島Jeffrey Investment LTD.(Jeffrey) | 本公司之子公司 |
| 高創(蘇州)電子有限公司(高創電子) | 本公司之子公司(註) |
| 中華映管股份有限公司(中華映管) | 其董事長為本公司董事長二等親 |
| 高輔投資股份有限公司(高輔公司) | 對本公司持股超過10%之股東 |
| 美齊光電有限公司(美齊光電) | 本公司之子公司 |
| 凱銳光電股份有限公司(凱銳光電) | 本公司之子公司 |
| 溫靜如 | 本公司董事長之配偶 |

(註)本公司民國九十九年五月十一日經股東會決議出售本公司之子公司JEFFREY所持有100%子公司高創(蘇州)電子有限公司的全部股數(含高創轉投資公司富達(吳江)電子公司及高創香港公司),該交易已於民國九十九年八月三十一日完成交割,故高創(蘇州)電子有限公司自民國九十九年九月一日起已非關係人。

Translation of Page 9

II. Materials of directors, monitors, general managers, vice general managers, assistant managers and supervisors of individual departments and branches:

(i) Directors and monitors:

1. Basic information                                                                 Apr. 29, 2012

| Title | Name | Date of selection and appointment (assumption of duty) | Tenure | Time of initial selection and appointment | Shares held at selection and appointment | | Shares held currently | | Shares currently held by spouse / representative/ minor children | | Shares held in the name of others | | Major experiences (education background) | | Position held concurrently at the Company and other companies | Other supervisors, directors and monitors that have spouse relationship or parent-child relationship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | | Title | Name | Relationship |
| Chairman | Representative of Gaofu Investment Co., Ltd.: Lin Zhenyuan | Apr. 29, 2011 | 3 yrs | Dec. 31, 2004 | 29,585,502 | 18.11% | 29,585,502 | 18.11% | 22,312,681 | 13.66% | 0 | 0.00% | Master | Chunghwa Picture Tubes Ltd.: Chairman / General Manager | JERRY INV.: Director JEFFREY INV.: Director JEAN (M): Director JET Optoelectronics Co., Ltd.: Director | Director | JESSE LIN | Father-son |
| Director & Executive Vice President | Representative of Shengjie Development Co., Ltd.: JESSE LIN | Apr. 29, 2011 | 3 yrs | Jun. 8, 2007 | 1,000,960 | 0.61% | 1,000,960 | 0.61% | 0 | 0.00% | 0 | 0.00% | Bachelor | University of California Riverside | Gaofu Investment Co., Ltd.: Director JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.: Director Shengjie Development Co., Ltd.: Chairman JET Optoelectronics Co., Ltd.: Director KaiyangOptoelectronics (Suzhou) Co., Ltd.: Monitor | Director | Lin Zhenyuan | Father-son |
| Director | Yao Chongcheng | Apr. 29, 2011 | 3 yrs | Dec. 31, 2004 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Bachelor | Jili Electronics (Suzhou) Co., Ltd.: General Manager Elitegroup Computer Systems Co., Ltd.:Vice General Manager | Suzhou Hongyuan Electronic Co., Ltd.: CEO | None | - | - |
| Director | Xu Kuncheng | Apr. 29, 2011 | 3 yrs | Apr. 29, 2011 | 0 | 0.00% | 475,000 | 0.29% | 0 | 0.00% | 0 | 0.00% | Bachelor | EGANG Co., Ltd.: Chairman | EGANG Co., Ltd.: Chairman Raysound Enterprise Corporation: Chairman Intellectual Harmony International Investment Co., Ltd.: Monitor Foxconn Co., Ltd.: Director FaztecOptronics | None | - | - |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | Corp.: Director | | |
| Director | Li Shutao (Note 1) | Apr. 29, 2011 | 3 yrs | Apr. 29, 2011 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Bachelor | COTECH ENGINEERING CORPORATION: Chairman | COTECH ENGINEERING CORPORATION: Chairman Huanpin Technology Service Co., Ltd.: Director C-Prime Design & Planning Co., Ltd.: Chairman | None | - | - |
| Monitor | Representative of Shengkai Development Co., Ltd.: Zhuang Jiafu | Apr. 29, 2011 | 3 yrs | | 1,045,377 | 0.64% | 1,045,377 | 0.64% | 0 | 0.00% | 0 | 0.00% | Bachelor | Huike Co., Ltd.: Chairman | Changtian Seafood Restaurant Co., Ltd.: Director | None | - | - |
| Monitor | Xu Zhangyi | Apr. 29, 2011 | 3 yrs | Jun. 8, 2007 | 1,477,804 | 0.9% | 1,477,804 | 0.9% | 0 | 0.00% | 0 | 0.00% | Bachelor | Hotron Precision Electronic Industrial (Suzhou) Co., Ltd.: General Manager | UNIC Technology Corp.: Vice General Manager | None | - | - |
| Monitor | Liu Zhenglin | Apr. 29, 2011 | 3 yrs | Jun. 6, 2003 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Master | Eastern Asia Technology Limited: Chairman | Eastern Asia Technology Limited: Chairman Altek Corporation: Independent monitor Dongxin Investment Co., Ltd.: Director Eastech Electronics (Taiwan) Inc.: Representative of juridical person directors Eastern Technologies Holding Limited: Chairman | None | - | - |

Note 1: Director Mr. Li Shutao resigned on Aug. 30, 2011.

Translation of Page 12

(ii) Materials of general managers, vice general managers, assistant managers and supervisors of individual departments and branches Apr. 29, 2012

| Title | Name | Date of selection and appointment(assumption of duty) | Shares held | | Shares currently held by spouse / minor children | | Shares held in the name of others | | Major experiences (education background) | Position held concurrently at other companies | Other managers that have spouse relationship or parent-child relationship | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | Number of shares | Shareholding ratio | | | Title | Name | Relationship |
| Chairman& President | Lin Zhenyuan | Dec. 2004 | 0 | 0.00% | 22,312,681 | 13.66% | 0 | 0.00% | USC Institute of Industrial Engineers Chunghwa Picture Tubes Ltd.: Chairman / General Manager | JERRY INV.: Director JEFFREY INV.: Director JEAN (M): Director JET Optoelectronics Co., Ltd.: Director | Executive Vice President | JERRY LIN JESSE LIN | Father-son |
| Director & Executive Vice President | JESSE LIN | Dec. 2008 | 200,000 | 0.12% | 0 | 0.00% | 0 | 0.00% | University of California Riverside | Gaofu Investment Co., Ltd.: Director JEAN OPTO-ELECTRONICS (Shanghai) TECHNOLOGY CO., LTD.: Director Shengjie Development Co., Ltd.: Chairman JET Optoelectronics Co., Ltd.: Director | Chairman | Lin Zhenyuan | Father-son |
| Executive Vice President | JERRY LIN | Feb. 2009 | 200,000 | 0.12% | 0 | 0.00% | 0 | 0.00% | University of California Santa Barbara | Gaofu Investment Co., Ltd.: Director Shengkai Development Co., Ltd.: Chairman JET Optoelectronics Co., Ltd.: Chairman GOLDEN KNIGHT LTD: Director KaiyangOptoelectronics (Suzhou) Co., Ltd.: Chairman | Chairman | Lin Zhenyuan | Father-son |
| Vice General Manager of Finance Division (Note 1) | Yang Jiyi | Dec. 2008 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Tamkang University Silicon Application Corporation Group: Vice General Manager Frontek Technology Corporation: Vice General Manager | Gaofu Investment Co., Ltd.: Monitor Supreme Electronics Co., Ltd.: Independent director | None | - | - |
| Director of Finance Division & Director of Accounting Division | Wu Juzhong | Jan. 12, 2012 (approval date of Board of Directors) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Chinese Culture University: Master of International Business Administration LEAD DATA INC.: Chief Financial Officer Yonggang Technology Co., Ltd.: Financial Manager | | None | - | - |
| Director of Audit Division | Chen Mengjun | Jan. 12, 2012 (approval date of Board of Directors) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Department of Economics, Chinese Culture University: Bachelor ADATA Technology Co., Ltd.: Internal Auditor | | None | - | - |

Note 1: Mr. Yang Jiyi, Vice General Manager of Finance Division resigned on Dec. 30, 2011.

Translation of Page 89

**Notes to Financial Statements of Jean Group (Continued)**

, remaining time of fixed interest rate accrual, remaining time of principal payment and currency for payment are stipulated in the contract.

(3) Most of guarantee deposits paid and received are paid and received in cash; therefore, the fair value should be equal to the book value.

2. Financial risk information

(1) Market risks

The Company's value fluctuation risks that will be incurred to foreign currency deposits, accounts receivable, accounts payable and short-term loans by foreign exchange rate movements.

For the derivative financial instruments trades carried out by the Company, as such products are measured by fair value, they are subject to influences of market price fluctuation.

(2) Credit risks

The Company's major potential credit risks are from the financial commodities of notes receivable and accounts receivable. In order to reduce credit risks, the Company carries out sustained evaluation on customers' financial position and adjusts line of credit offered to them as appropriate. In addition, the Company also regularly evaluates the possibility of recovering accounts receivable and makes provision for impairment losses.

(3) Liquidity risks, cash flow risks, and uncertainty of future cash demands

The Company kept appropriate working capital and bank credit not tapped to cope with situations both in 2011 and 2010, so as to avoid the liquidity risk of not being able to raise funds to fulfill contractual obligations.

(4) Cash flow risks of interest rate changes

The Company's shot-term loans are floating-rate debts. Therefore, the changes of market interest rate will make the short-term loans fluctuate along with the changes, leading to the fluctuation of future cash flow. If market interest rate is up by 1%, the cash flow of the Company will increase by NT $1,073,000.

**V. Related party transactions**

(i) Related party name and relationship

| Name of related party | Relationship with the Company |
| --- | --- |
| Jeffrey Investment LTD. (Jeffrey), the British Virgin Islands | Subsidiary of the Company |
| K-Tronics (Suzhou) Technology Co., Ltd. (K-Tronics) | Subsidiary of the Company (Note) |
| Chunghwa Picture Tubes Ltd. (CPT) | Its Chairman has parent-child relationship with Chairman of the Company |
| Gaofu Investment Co., Ltd. (Gaofu Ltd.) | Shareholder that holds more than 10% equity of the Company |
| JEAN OPTO-ELECTRONICS TECHNOLOGY CO., LTD. (JEAN OPTO-ELECTRONICS) | Subsidiary of the Company |
| JET Optoelectronics Co., Ltd. (JET OPTO) | Subsidiary of the Company |
| Wen Jingru | Spouse of the Company's Chairman |

(Note) The Company, by a resolution of the shareholders meeting, sold all shares of K-Tronics (Suzhou) Technology Co., Ltd. (including Fuda (Wujiang) Electronics Co., Ltd. and E-Top (HK) Technology Limited that were reinvested by K-Tronics) which was wholly owned by JEFFREY, subsidiary of the Company on May 11, 2010. The transaction was completed on Aug. 31, 2010. Therefore, K-Tronics (Suzhou) Technology Co., Ltd. is no longer a related party as from Sep. 1, 2010.



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2011.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com