# Exhibit 51

股票代碼：**2442**

# JEAN

# 新美齊股份有限公司

**(原美齊科技股份有限公司)**

# 一○一年度

# 年報

刊印日期：中華民國 一○二 年 五 月 三 日

年報查詢網址： 公開資訊觀測站：http://mops.twse.com.tw
新美齊：http://www.jean.com.tw

**Stock Code: 2442**



# New JEAN Co., Ltd.
**(Formerly known as JEAN Co., Ltd.)**

# 2012
# Annual Report

**Date Published: May 3, 2013**
**Annual Report Inquiry Website:**
**Market Observation Post System: http://mops.twse.com.tw**
**Website of new JEAN: http://www.jean.com.tw**

二、 董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料：
（一）董事及監察人：
  1. 基本資料

102年04月02日

| 職稱 | 姓名 | 選(就)任日期 | 任期 | 初次選任日期 | 選任時持有股份 股數 | 選任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、代表人、未成年子女現在持有股份 股數 | 配偶、代表人、未成年子女現在持有股份 持股比率 | 利用他人名義持有股份 股數 | 利用他人名義持有股份 持股比率 | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 姓名 | 關係 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事長 | 高輔投資(股)公司代表人：林鎮源 | 100.04.29 | 三年 | 93.12.31 | 29,585,502 | 18.11% | 29,585,502 | 18.11% | 22,312,681 | 13.66% | 0 | 0.00% | 碩士 美國南加州大學工業工程研究所 中華映管(股)公司董事長/總經理 | JERRY INV.:董事長 JEFFREY INV.:董事長 JEAN(M):董事長 凱銳光電(股)公司:董事 新美齊公寓大廈管理維護(股)公司:董事 | 董事 | 林傳捷 | 父子 |
| 董事兼任執行副總經理 | 盛捷開發有限公司代表人：林傳捷 | 100.04.29 | 三年 | 96.06.08 | 1,000,960 | 0.61% | 1,191,960 | 0.73% | 200,000 | 0.12% | 0 | 0.00% | 學士 University of California Riverside | 高輔投資(股)公司:董事 盛捷開發有限公司:董事長 凱銳光電(股)公司:董事 凱揚光電(蘇州)有限公司:監察人 新美齊公寓大廈管理維護(股)公司:董事長 JEAN(M):董事 | 董事 | 林鎮源 | 父子 |
| 董事 | 姚崇誠 | 100.04.29 | 三年 | 93.12.31 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 學士 海洋大學 精英電腦副總 蘇州宏遠電子有限公司執行長 | 吉立電子(蘇州)有限公司:總經理 | 無 | — | — |
| 董事 | 許坤城 | 100.04.29 | 三年 | 100.04.29 | 0 | 0.00% | 475,000 | 0.29% | 0 | 0.00% | 0 | 0.00% | 學士 宜鋼(股)公司:董事長 | 宜鋼(股)公司:董事長 瑞誼國際開發(股)公司:董事長 智睦國際投資(股)公司:監察人 富士康(股)公司:董事 宜捷威科技(股)公司:董事 | 無 | — | — |
| 董事 | 溫泰皓（註1） | 101.6.27 | 三年 | 101.6.27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 碩士 University California Santa Barbara | 凱銳光電(股)公司董事長特助 | 無 | — | — |
| 監察人 | 盛凱開發有限公司代表人：楊吉義（註2） | 100.04.29 | 三年 | 96.06.08 | 1,045,377 | 0.64% | 1,165,377 | 0.71% | 0 | 0.00% | 0 | 0.00% | 學士 淡江大學 品佳電子(股)公司:副總經理 振遠科技(股)公司:副總經理 | 高輔投資(股)公司:監察人 至上電子(股)公司:獨立董事 | 無 | — | — |
| 監察人 | 許張義 | 100.04.29 | 三年 | 96.06.08 | 1,477,804 | 0.9% | 1,477,804 | 0.9% | 0 | 0.00% | 0 | 0.00% | 學士 淡江大學 鴻碩精密電工(蘇州)有限公司:總經理 | 佶優科技(股)公司:副總經理 | 無 | — | — |
| 監察人 | 劉政林 | 100.04.29 | 三年 | 92.06.06 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 碩士 東亞科技(股)公司董事長 | 東亞科技(股)公司:董事長 華晶科技(股)公司:獨立監察人 東芯投資(股)公司:董事 東雅電子(股)公司:法人董事代表人 東科控股(股)公司:董事長 | 無 | — | — |

註1：李蜀濤於民國100年8月30日請辭，於民國101年6月27日補選董事。

註2：盛凱開發有限公司於民國101年6月28日改派代表人。

10

（二）總經理、副總經理、協理、各部門及分支機構主管資料　　　　　　　　　　　　　　　　　102年04月02日

| 職　稱 | 姓　名 | 選(就)任日期 | 持有股份 | | 配偶、未成年子女持有股份 | | 利用他人名義持有股份 | | 主要經（學）歷 | 目前兼任其他公司之職務 | 具配偶或二親等以內關係之經理人 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 股數 | 持股比率 | 股數 | 持股比率 | 股數 | 持股比率 | | | 職稱 | 姓名 | 關係 |
| 董事長兼任總經理 | 林鎮源 | 93.12 | 0 | 0.00% | 22,312,681 | 13.66% | 0 | 0.00% | 美國南加州大學工業工程研究所<br>中華映管(股)公司：董事長/總經理 | JERRY INV.：董事長<br>JEFFREY INV.：董事長<br>JEAN(M)：董事長<br>凱銳光電(股)公司：董事<br>新美齊公寓大廈管理維護(股)公司：董事 | 執行副總經理 | 林傳凱<br>林傳捷 | 父子 |
| 董事兼執行副總經理 | 林傳捷 | 97.12 | 200,000 | 0.12% | 0 | 0.00% | 0 | 0.00% | University of California Riverside | 高輔投資(股)公司：董事<br>盛捷開發有限公司:董事長<br>凱銳光電(股)公司：董事<br>凱揚光電(蘇州)有限公司:監察人<br>JEAN(M)：董事<br>新美齊公寓大廈管理維護(股)公司：董事長 | 董事長 | 林鎮源 | 父子 |
| 執行副總經理 | 林傳凱 | 98.02 | 200,000 | 0.12% | 0 | 0.00% | 0 | 0.00% | University California Santa Barbara | 高輔投資(股)公司：董事<br>盛凱開發有限公司：董事長<br>凱銳光電(股)公司:董事長<br>GOLDEN KNIGHT LTD：董事長<br>凱揚光電(蘇州)有限公司:董事長<br>新美齊公寓大廈管理維護(股)公司：董事 | 董事長 | 林鎮源 | 父子 |
| 財務部門主管兼會計部門主管 | 吳居忠 | 101.01.12 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 文化大學國際企業管理碩士<br>永剛科技(股)公司：財務經理<br>新利虹科技(股)公司：財務長 | | 無 | － | － |
| 建設開發部業務處主管 | 李珊儀 | 102.03.07 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 澳洲梅鐸大學碩士<br>首泰建設：經理<br>甲山林建設開發部經理兼中國區副總 | | 無 | － | － |
| 稽核主管 | 陳孟君 | 101.01.12 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 文化大學經濟系學士<br>威剛科技(股)公司：內部稽核 | | 無 | － | － |

13

Translation of Page 10

II. Information of directors, supervisors, president, vice presidents, assistant managers, and chiefs of all departments and branches:

(I) Directors and supervisors:

1. Basic Information                                                                                                April 2, 2013

| Title | Name | Date of appointment (starting tenure) | Tenure | Date of first appointment | Shares held when appointed | | Shares currently held | | Shares currently held by spouse, representative, junior children | | Shares held under other people's names | | Major experience (degrees) | Positions currently held at this company and other companies | Other officers, directors or supervisors who are spouses or parents thereof | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Shares | Holding rate | Shares | Holding rate | Shares | Holding rate | Shares | Holding rate | | | Title | Name | Relationship |
| Chair | Representative of Kaofu Investment Co., Ltd.: Lin Chen-yuan | April 29, 2011 | 3 years | 93.12.31 | 29,585,502 | 18.11% | 29,585,502 | 18.11% | 22,312,681 | 13.66% | 0 | 0.00% | MS Institute of Industrial Engineering, University of Southern California, US Chairman/General Manager of Chunghwa Picture Tubes, | JERRY INV.: chairman JEFFREY INV.: chairman JEAN (M): chairman Jet Optoelectronics Co., Ltd.: director JEAN Apartment & Mansion Management Co., Ltd.: director | Director | Lin Chuan-chieh | Father/son |
| Director & Executive Vice President | Representative of Sheng Chieh Development Co., Ltd.: Lin Chuan-chieh | April 29, 2011 | 3 years | 96.06.08 | 1,000,960 | 0.61% | 1,191,960 | 0.73% | 200,000 | 0.12% | 0 | 0.00% | BS University of California Riverside | Kaofu Investment Co., Ltd.: director Sheng Chieh Development Co., Ltd.: chairman Jet Optoelectronics Co., Ltd.: director Kaiyang Optoelectronics (Suzhou) Co., Ltd.: supervisor JEAN Apartment & Mansion Management Co., Ltd.: chairman JEAN (M): director | Director | Lin Chen-yuan | Father/son |
| Director | Yao Chung-cheng | April 29, 2011 | 3 years | 93.12.31 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | BS Ocean University VP of Elite Computer CEO of Suzhou Hongyuan Electronics Co., Ltd. | Jili Electronic (Suzhou) Co., Ltd.: President | None | - | - |
| Director | Hsu Kun-cheng | April 29, 2011 | 3 years | 100.04.29 | 0 | 0.00% | 475,000 | 0.29% | 0 | 0.00% | 0 | 0.00% | BS EGANG Co., Ltd.: chairman | EGANG Co., Ltd.: chairman Jui Yi International Development Co., Ltd.: chairman Chih Mu International Investment Co., Ltd.: supervisor Foxconn: director Faztec Optronics Corp.: director | None | - | - |
| Director | Wen Tai-hao (Note 1) | June 27, 2012 | 3 years | 101.6.27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | MS University California | Jet Optoelectronics Co., Ltd.: special | None | - | - |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | Santa Barbara | assistant to chairman | | |
| Supervisor | Representative of Sheng Kai Development Co., Ltd.: Yang Chi-i (Note 2) | April 29, 2011 | 3 years | 1,045,377 | 0.64% | 1,165,377 | 0.71% | 0 | 0.00% | 0 | 0.00% | BS | Tamkang University Silicon Application Corp.: VP Frontek Technology Corporation: VP | Kaofu Investment Co., Ltd.: supervisor Supreme Electronics Co., Ltd.: independent director | None | - | - |
| Supervisor | Hsu Chang-i | April 29, 2011 | 3 years | 1,477,804 | 0.9% | 1,477,804 | 0.9% | 0 | 0.00% | 0 | 0.00% | BS | Tamkang University Hotron Precision Electronic Industrial (Suzhou) Co., Ltd..: President | UNIC TECHNOLOGY CORP: VP | None | - | - |
| Supervisor | Liu Cheng-lin | April 29, 2011 | 3 years | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | MS | East Asia Technology Co., Ltd.: chairman | East Asia Technology Co., Ltd.: chairman Altek Corporation: independent supervisor Tung Hsin Investment Co., Ltd.: director Eastech Electronics (Taiwan) Inc.: legal representative Eastern Technologies Holding Limited: chairman | None | - | - |

Note 1: Li Shu-tao resigned on August 30, 2011, and the director was appointed in the by-election on June 27, 2012.
Note 2: Sheng Kai Development Co., Ltd. changed the representative on June 28, 2012.

Translation of Page 13

(II) Information of president, vice presidents, assistant managers, and chiefs of all departments and branches

| Title | Name | Date of appointment (starting tenure) | Shares held when appointed | | Shares held by spouse, junior children | | Shares held through other people's names | | Major experience (degrees) | Positions currently held at this company and other companies | Other officers, directors or supervisors who are spouses or parents thereof | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Shares | Holding rate | Shares | Holding rate | Shares | Holding rate | | | Title | Name | Relationship |
| Chair & President | Lin Chen-yuan | December 2004 | 0 | 0.00% | 22,312,681 | 13.66% | 0 | 0.00% | Institute of Industrial Engineering, University of Southern California, US Chairman/General Manager of Chunghwa Picture Tubes, | JERRY INV.: chairman<br>JEFFREY INV.: chairman<br>JEAN (M): chairman<br>Jet Optoelectronics Co., Ltd.: director<br>JEAN Apartment & Mansion Management Co., Ltd.: director | Executive Vice President | Lin Chuan-kai Lin Chuan-chieh | Father/son |
| Director & Executive Vice President | Lin Chuan-chieh | December 2008 | 200,000 | 0.12% | 0 | 0.00% | 0 | 0.00% | University of California Riverside | Kaofu Investment Co., Ltd.: director<br>Sheng Chieh Development Co., Ltd.: chairman<br>Jet Optoelectronics Co., Ltd.: director<br>Kaiyang Optoelectronics (Suzhou) Co., Ltd.: supervisor<br>JEAN (M): director<br>JEAN Apartment & Mansion Management Co., Ltd.: chairman | Chairman | Lin Chen-yuan | Father/son |
| Executive Vice President | Lin Chuan-kai | February 2009 | 200,000 | 0.12% | 0 | 0.00% | 0 | 0.00% | University California Santa Barbara | Kaofu Investment Co., Ltd.: director<br>Sheng Chieh Development Co., Ltd.: chairman<br>Jet Optoelectronics Co., Ltd.: chairman<br>GOLDEN KNIGHT LTD: chairman<br>Kaiyang Optoelectronics (Suzhou) Co., Ltd.: chairman<br>JEAN Apartment & Mansion Management Co., Ltd.: director | Chairman | Lin Chen-yuan | Father/son |
| Director of Financial Department and Accounting Department | Wu Ju-chung | January 12, 2012 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | Chinese Culture University, International MBA<br>Yung Kang Technology Co., Ltd.: finance manager<br>Lead Data Inc.: CFO | | None | - | - |
| Director of the Construction Development Department Business Division | Li Shan-i | March 7, 2013 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | MS, Murdoch University, Australia<br>Sotai Construction: Manageer<br>Jia Shan Lin Construction Development Department, manager, and VP of China Region | | None | - | - |
| Supervisor of Auditing | Chen Meng-chun | January 12, 2012 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | BS, Department of Economics, Chinese Culture University<br>ADATA Technology Co., Ltd.: internal auditing | | None | - | - |



December 19, 2014

**Certification**         **Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2012.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com