# Exhibit 52

股票代碼：2442



# 新美齊股份有限公司

# 一〇二年度

# 年報

刊 印 日 期 ： 中 華 民 國 一 〇 三 年 五 月 十 二 日

Stock Code: 2442



# New JEAN Co., Ltd.

# 2013
# Annual Report

二、董事、監察人、總經理、副總經理、協理、各部門及分支機構主管資料

(一) 董事及監察人

1. 基本資料

103 年 05 月 03 日

| 職稱 | 姓 名 | 還(就)任日期 | 任期 | 初次還任日期 | 還任時持有股份 股數 | 還任時持有股份 持股比率 | 現在持有股數 股數 | 現在持有股數 持股比率 | 配偶、代表人、未成年子女現在持有股份 股數 | 配偶、代表人、未成年子女現在持有股份 持股比率 | 利用他人名義持有股份 股數 | 利用他人名義持有股份 持股比率 | 主要經(學)歷 | 目前兼任本公司及其他公司之職務 | 具配偶或二親等以內關係之其他主管、董事或監察人 職稱 | 具配偶或二親等以內關係之其他主管、董事或監察人 姓名 | 具配偶或二親等以內關係之其他主管、董事或監察人 關係 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 董事長兼任總經理(註2) | 盛捷開發有限公司代表人:林傳捷 | 100.04.29 | 三年 | 96.06.08 | 1,000,960 | 0.61% | 8,365,281 | 4.78% | 0 | 0.00% | 0 | 0.00% | 學士 University of California Riverside | 凱銳光電(股):董事 新美齊公寓大廈管理維護股份有限公司:董事 JERRY INV.:董事 JEFFREY INV.:董事 JEAN(M):董事長 | 董事 | 林傳凱 | 兄弟 |
| 董事 | 高輔投資股份有限公司代表人:林傳凱(註1) | 100.04.29 | 三年 | 93.12.31 | 29,585,502 | 18.11% | 28,906,275 | 16.52% | 0 | 0.00% | 0 | 0.00% | 學士 University of California Santa Barbara | 凱銳光電(股):董事長 GOLDEN KNIGHTLTD:董事長 凱揚光電(蘇州)有限公司:董事長 JEAN(M):董事 新美齊公寓大廈管理維護股份有限公司:董事 | 董事 | 林傳捷 | 兄弟 |
| 董事 | 姚崇誠 | 100.04.29 | 三年 | 93.12.31 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 學士 海洋大學 精英電腦副總執行長 蘇州宏遠電子有限公司 | 吉立電子(蘇州)有限公司:總經理 | 無 | — | — |
| 董事 | 許坤城 | 100.04.29 | 三年 | 100.04.29 | 0 | 0.00% | 496,153 | 0.28% | 0 | 0.00% | 0 | 0.00% | 學士 宜銅(股)公司:董事長 | 宜銅(股)公司:董事長 富士康(股)公司:董事 | 無 | — | — |
| 董事 | 溫泰皓 | 101.6.27 | 三年 | 101.6.27 | 0 | 0 | 208,906 | 0.12% | 0 | 0 | 0 | 0 | 碩士 University of California Santa Barbara | 凱銳光電(股)公司董事長特助 | 無 | — | — |
| 監察人 | 盛凱開發有限公司代表人:楊吉義 | 100.04.29 | 三年 | 96.06.08 | 1,045,377 | 0.64% | 4,037,514 | 2.31% | 0 | 0.00% | 0 | 0.00% | 學士 淡江大學 品佳電子(股)公司:副總經理 振遠科技(股)公司:副總經理 | 高輔投資(股):監察人 至上電子(股)公司:獨立董事 | 無 | — | — |
| 監察人 | 許張義 | 100.04.29 | 三年 | 96.06.08 | 1,477,804 | 0.90% | 1,543,615 | 0.88% | 0 | 0.00% | 0 | 0.00% | 學士 淡江大學/信優科技(股)公司:副總經理 | 社團法人小胖威利病友關懷協會副秘書長 | 無 | — | — |
| 監察人 | 劉政林 | 100.04.29 | 三年 | 92.06.06 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 碩士 東亞科技(股)公司董事長 | 東亞科技(股)公司:董事長 華晶科技(股)公司:獨立監察人 東芯投資(股)公司:董事 東雅電子(股)公司:法人董事代表人 東科控股(股)公司:董事長 | 無 | — | — |

註1:高輔投資股份有限公司於民國 102 年 12 月 09 日改派代表人為林傳凱。

註2:於民國 102 年 12 月 9 日董事會改選董事長為盛捷開發有限公司代表人林傳捷。

# Translation of Page 10

II. Information of directors, supervisors, president, vice presidents, assistant managers, and chiefs of all departments and branches:

(I) Directors and supervisors:

1. Basic Information                                                                         May 3, 2014

| Title | Name | Date of appointment (starting tenure) | Tenure | Date of first appointment | Shares held when appointed | | Shares currently held | | Shares currently held by spouse, representative, junior children | | Shares held under other people's names | | Major experience (degrees) | Positions currently held at this company and other companies | Other officers, directors or supervisors who are spouses or parents thereof | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Shares | Holding rate | Shares | Holding rate | Shares | Holding rate | Shares | Holding rate | | | Title | Name | Relationship |
| Chair & President | Representative of Sheng Chieh Development Co., Ltd.: Lin Chuan-chieh (Note 2) | April 29, 2011 | 3 years | 96.06.08 | 1,000,960 | 0.61% | 8,365,281 | 4.78% | 0 | 0.00% | 0 | 0.00% | BS University of California Riverside | Jet Optoelectronics Co., Ltd.: director JEAN Apartment & Mansion Management Co., Ltd.: chairman JEAN (M): director JERRY INV.: director JEFFREY INV.: director JEAN (M): chairman | Director | Lin Chuan-kai | Brother |
| Director | Representative of Kaofu Investment Co., Ltd.: Lin Chen-kai (Note 1) | April 29, 2011 | 3 years | 93.12.31 | 29,585,502 | 18.11% | 28,906,275 | 16.52% | 0 | 0.00% | 0 | 0.00% | BS Jet Optoelectronics Co., Ltd.: Chairman University California Santa Barbara | Jet Optoelectronics Co., Ltd.: Chairman GOLDEN KNIGHT LTD: chairman Kaiyang Optoelectronics (Suzhou) Co., Ltd.: chairman JEAN (M): director JEAN Apartment & Mansion Management Co., Ltd.: director | Director | Lin Chuan-chieh | Brother |
| Director | Yao Chung-cheng | April 29, 2011 | 3 years | 93.12.31 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | BS Ocean University VP of Elite Computer CEO of Suzhou Hongyuan Electronics Co., Ltd. | Jili Electronic (Suzhou) Co., Ltd.: President | None | - | - |
| Director | Hsu Kun-cheng | April 29, 2011 | 3 years | 100.04.29 | 0 | 0.00% | 496,153 | 0.28% | 0 | 0.00% | 0 | 0.00% | BS EGANG Co., Ltd.: chairman | EGANG Co., Ltd.: chairman Foxconn: director | None | - | - |
| Director | Wen Tai-hao | June 27, 2012 | 3 years | 101.6.27 | 0 | 0 | 208,906 | 0.12% | 0 | 0 | 0 | 0 | MS University of California Santa Barbara | Jet Optoelectronics Co., Ltd.: special assistant to chairman | None | - | - |
| | | | | 96.06.08 | 1,045,377 | 0.64% | 4,037,514 | 2.31% | 0 | 0.00% | 0 | 0.00% | | | | | |

| Title | Name | Date Elected | Term | Date | Shares | % | Shares | % | Shares | % | Shares | % | Edu. | Current Positions | Other Positions | Spouse | - | - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supervisor | Representative of Sheng Kai Development Co., Ltd.: Yang Chi-i | April 29, 2011 | 3 years | | | | | | | | | | B S | Tamkang University Silicon Application Corp.: VP Frontek Technology Corporation: VP | Kaofu Investment Co., Ltd.: supervisor Supreme Electronics Co., Ltd.: independent director | None | - | - |
| Supervisor | Hsu Chang-i | April 29, 2011 | 3 years | 96.06.08 | 1,477,804 | 0.90% | 1,543,615 | 0.88% | 0 | 0.00% | 0 | 0.00% | B S | Tamkang University/ UNIC TECHNOLOGY CORP: VP | Deputy secretary general of Prader-Willi Syndrome Association (Taiwan) | None | - | - |
| Supervisor | Liu Cheng-lin | April 29, 2011 | 3 years | 92.06.06 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | M S | East Asia Technology Co., Ltd.: chairman | East Asia Technology Co., Ltd.: chairman Altek Corporation: independent supervisor Tung Hsin Investment Co., Ltd.: director Eastech Electronics (Taiwan) Inc.: legal representative Eastern Technologies Holding Limited: chairman | None | - | - |

Note 1: Kaofu Investment Co., Ltd. changed its representative to Lin Chuan-kai on December 9, 2013.

Note 2: The Board elected Representative of Sheng Chieh Development Co., Ltd., Lin Chuan-chieh, as the chairman on December 9, 2013.



December 19, 2014

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the Jean annual report 2013.

_____

Sabrina Smith

Project Manager

Project Number: CRM_1412_011

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com