David J. Burman *(pro hac vice)*
Cori G. Moore *(pro hac vice)*
Eric J. Weiss *(pro hac vice)*
Nicholas H. Hesterberg *(pro hac vice)*
Steven D. Merriman *(pro hac vice)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:   DBurman@perkinscoie.com
         CGMoore@perkinscoie.com
         EWeiss@perkinscoie.com
         NHesterberg@perkinscoie.com
         SMerriman@perkinscoie.com

Joren Ayala-Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320
Email:   JBass@perkinscoie.com

*Attorneys for Plaintiff
Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>――――――――――――――――――――<br><br>This Document Relates To:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC | Master File Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:11-cv-06397-SC<br><br>**DECLARATION OF DAVID J. BURMAN IN SUPPORT OF COSTCO WHOLESALE CORPORATION'S OPPOSITION TO (1) DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT ON DUE PROCESS GROUNDS AND (2) DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT ON CHOICE OF LAW GROUNDS**<br><br>The Honorable Samuel Conti |

DECLARATION OF DAVID J. BURMAN IN SUPPORT OF
COSTCO'S OPPOSITION TO DEFENDANTS' JOINT MOTIONS
FOR SUMMARY JUDGMENT ON DUE PROCESS AND CHOICE
OF LAW GROUNDS

Case No. 3:07-cv-05944-SC
Individual Case No.: 3:11-cv-06397-SC

I, David J. Burman, declare as follows:

I am an attorney at the law firm Perkins Coie LLP, counsel of record for Plaintiff Costco Wholesale Corporation ("Costco") in this action. This declaration is submitted in support of Costco's Opposition to: (1) Defendants' Joint Motion for Partial Summary Judgment on Due Process Grounds; and (2) Defendants' Joint Motion for Partial Summary Judgment on Choice of Law Grounds. The facts set forth here are based on my personal knowledge.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the document produced by defendant Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics ("Philips") in the above captioned matter , and identified as PHLP-CRT-144478-585.

2. Attached hereto as **Exhibit 2** is a true and correct copy of LG Electronics, Inc. and LG Electronics U.S.A., Inc.'s Second Supplemental Objections and Responses to DAPs' First Interrogatories, served on October 17, 2014, in the above captioned matter.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the document produced by defendant LG Electronics, Inc. in the above captioned matter, and identified as LGE00092012-018.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the document produced by defendant Chunghwa Picture Tubes, Ltd., ("Chunghwa") in the above captioned matter, and identified as CHU00020660 with translation.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the document produced by Philips in the above captioned matter, and identified as PHLP-CRT-048827-828.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the document produced by Chunghwa in the above captioned matter, and identified as CHU00028897-898 with translation.

7. Attached hereto as **Exhibit 7** is a true and correct copy of the document produced by Chunghwa in the above captioned matter, and identified as CHU00031174-175 with translation.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the document produced by Chunghwa in the above captioned matter, and identified as CHU00029235-237 with translation.

1     9. Attached hereto as **Exhibit 9** is a true and correct copy of the document produced by

2  Chunghwa in the above captioned matter, and identified as CHU00031178-179 with translation.

3     10. Attached hereto as **Exhibit 10** is a true and correct copy of the document produced by

4  Chunghwa in the above captioned matter, and identified as CHU00030701-704 with translation.

5     11.    Attached hereto as **Exhibit 11** is a true and correct copy of the document produced

6  by Philips in the above captioned matter, and identified as PHLP-CRT-008309-310 with

7  translation.

8     12.    Attached hereto as **Exhibit 12** is a true and correct copy of the document produced

9  by Chunghwa in the above captioned matter, and identified as CHU00031010-012 with

10 translation.

11    13.    Attached hereto as **Exhibit 13** is a true and correct copy of the document produced

12 by Chunghwa in the above captioned matter, and identified as CHU00660324-328 with

13 translation.

14    14.    Attached hereto as **Exhibit 14** is a true and correct copy of the document produced

15 by defendant Samsung SDI Co. Ltd. ("Samsung") in the above captioned matter, and identified as

16 SDCRT-0086512 with translation.

17    15.    Attached hereto as **Exhibit 15** is a true and correct copy of the document produced

18 by Philips in the above captioned matter, and identified as PHLP-CRT-097351-352.

19    16. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the

20 deposition of Kyu In Quin Choi (LPD), taken on August 25, 2014, in the above captioned matter.

21    17. Attached hereto as **Exhibit 17** is a true and correct copy of the document produced by

22 Samsung in the above captioned matter, and identified as SDCRT-0007173.

23    18. Attached hereto as **Exhibit 18** is a true and correct copy of an excerpts from the

24 deposition of Woong Rae Kim (SDI), taken on July 1-2, 2014, in the above captioned matter.

25    19. Attached hereto as **Exhibit 19** is a true and correct copy of the document produced by

26 Samsung in the above captioned matter, and identified as SDCRT-0076953 with translation.

27

28

1  20. Attached hereto as **Exhibit 20** is a true and correct copy of the document produced by

2  Samsung in the above captioned matter, and identified as SDCRT-0076954 with translation.

3  21. Attached hereto as **Exhibit 21** is a true and correct copy of the document produced by

4  Samsung in the above captioned matter, and identified as SDCRT-0002588-589 with translation.

5  22. Attached hereto as **Exhibit 22** is a true and correct copy of the document produced by

6  Samsung in the above captioned matter, and identified as SDCRT-0007539-553 with translation.

7  23. Attached hereto as **Exhibit 23** is a true and correct copy of the document produced by

8  Samsung in the above captioned matter, and identified as SDCRT-0007615 with translation.

9  24. Attached hereto as **Exhibit 24** is a true and correct copy of the document produced by

10  Samsung in this matter, and identified as SDCRT-0199834-836 with translation.

11  25. Attached hereto as **Exhibit 25** is a true and correct copy of the document produced by

12  Samsung in this matter, and identified as SDCRT-0007651-653 with translation.

13  26. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the

14  deposition of Jin Kang Jung (LPD), taken on July 19, 2013, in the above captioned matter.

15  27. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the

16  deposition of Kazumasa Hirai (Hitachi), taken on February 4-6, 2014, in the above captioned

17  matter.

18  28. Attached hereto as **Exhibit 28** is a true and correct copy of the document produced by

19  defendant Hitachi Electronic Devices USA ("HEDUS") in the above captioned matter, and

20  identified as HEDUS-CRT00162931.

21  29. Attached hereto as **Exhibit 29** is a true and correct copy of the document produced by

22  defendant Hitachi Displays, Ltd. in the above captioned matter, and identified as HDP-

23  CRT51351-353 with translation.

24  30. Attached hereto as **Exhibit 30** is a true and correct copy of the document produced by

25  Samsung in the above captioned matter, and identified as SDCRT-0087177-178 with translation.

26  31. Attached hereto as **Exhibit 31** is a true and correct copy of the document produced by

27  HEDUS in the above captioned matter, and identified as HEDUS-CRT00162777-779.

28

DECLARATION OF DAVID J. BURMAN IN SUPPORT OF COSTCO'S OPPOSITION TO DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT ON DUE PROCESS AND CHOICE OF LAW GROUNDS

-3-

Case No. 3:07-cv-05944-SC
Individual Case No.: 3:11-cv-06397-SC

1      32.  Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the deposition of Hirokazu Nishimaya (Panasonic), taken on February 7, 2013 and March 5, 2013, in the above captioned matter.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 23rd day of December, 2014, at Seattle, Washington.

*/s/ David J. Burman*
David J. Burman

DECLARATION OF DAVID J. BURMAN IN SUPPORT OF COSTCO'S OPPOSITION TO DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT ON DUE PROCESS AND CHOICE OF LAW GROUNDS

-4-

Case No. 3:07-cv-05944-SC
Individual Case No.: 3:11-cv-06397-SC