EXHIBIT 1 FILED UNDER SEAL

EXHIBIT 2 FILED UNDER SEAL

EXHIBIT 3 FILED UNDER SEAL

EXHIBIT 4 FILED UNDER SEAL

EXHIBIT 5 FILED UNDER SEAL

EXHIBIT 6 FILED UNDER SEAL

EXHIBIT 7 FILED UNDER SEAL

EXHIBIT 8 FILED UNDER SEAL

EXHIBIT 9 FILED UNDER SEAL

EXHIBIT 10 FILED UNDER SEAL

EXHIBIT 11 FILED UNDER SEAL

EXHIBIT 12 FILED UNDER SEAL

EXHIBIT 13 FILED UNDER SEAL

EXHIBIT 14 FILED UNDER SEAL

EXHIBIT 15 FILED UNDER SEAL

EXHIBIT 16 FILED UNDER SEAL

EXHIBIT 17 FILED UNDER SEAL

EXHIBIT 18 FILED UNDER SEAL

EXHIBIT 19 FILED UNDER SEAL

EXHIBIT 20 FILED UNDER SEAL

EXHIBIT 21 FILED UNDER SEAL

EXHIBIT 22 FILED UNDER SEAL

EXHIBIT 23 FILED UNDER SEAL

EXHIBIT 24 FILED UNDER SEAL

EXHIBIT 25 FILED UNDER SEAL

EXHIBIT 26 FILED UNDER SEAL

EXHIBIT 27 FILED UNDER SEAL

EXHIBIT 28 FILED UNDER SEAL

EXHIBIT 29 FILED UNDER SEAL

EXHIBIT 30 FILED UNDER SEAL

EXHIBIT 31 FILED UNDER SEAL

EXHIBIT 32 FILED UNDER SEAL