1  David J. Burman *(pro hac vice)*
   Cori G. Moore *(pro hac vice)*
2  Eric J. Weiss *(pro hac vice)*
   Nicholas H. Hesterberg *(pro hac vice)*
3  Steven D. Merriman *(pro hac vice)*
   PERKINS COIE LLP
4  1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
5  Telephone:  206.359.8000
   Facsimile:  206.359.9000
6  Email:    DBurman@perkinscoie.com
             CGMoore@perkinscoie.com
7            EWeiss@perkinscoie.com
             NHesterberg@perkinscoie.com
8            SMerriman@perkinscoie.com

9  Joren Ayala-Bass, State Bar No. 208143
   JBass@perkinscoie.com
10 **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
11 San Francisco, CA  94111-4131
   Telephone:  415.344.7120
12 Facsimile:  415.344.7320
   Email:    JBass@perkinscoie.com
13
   *Attorneys for Plaintiff*
14 *Costco Wholesale Corporation*

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:11-cv-06397-SC |
| This Document Relates To:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC | **COSTCO WHOLESALE CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>The Honorable Samuel Conti |

# I. REQUEST TO SEAL DOCUMENTS

Pursuant to Civil Local Rules 7-11 and 79-5(d), Costco Wholesale Corporation ("Costco"), by and through its counsel, hereby moves the Court for leave to file the following documents, or portions thereof, under seal:

- Costco Wholesale Corporation's Opposition to Defendants' Joint Motion for Partial Summary Judgment on Due Process Grounds and Defendants' Joint Motion for Partial Summary Judgment on Choice of Law Grounds; and

- Exhibits 1-32 to the Declaration of David J. Burman in Support of Costco Wholesale Corporation's Opposition to Defendants' Joint Motion for Partial Summary Judgment on Due Process Grounds and Defendants' Joint Motion for Partial Summary Judgment on Choice of Law Grounds.

This motion is supported by the Declaration of David J. Burman in Support of Costco Wholesale Corporation's Administrative Motion to Seal Documents Pursuant to Civil Local Rule 7-11 and 79-5(d). Costco files this administrative motion in order to comply with the Protective Order governing this action (Dkt. No. 306, filed June 18, 2008) and the applicable Local Rules.

# II. AUTHORITY

Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of documents that contain material that is "privileged or protectable as a trade secret or otherwise entitled to protection under law." Civ. L. R. 79-5 (a)-(c). This Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5 (d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order . . .."

Costco seeks to file the above-referenced documents under seal in compliance with Local Rule 79-5(d), because the documents contain either: (1) material designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly Confidential"; or (b) analysis or,

| | |
|---|---|
| 1 | references to, or information taken directly from material designated by a Defendant pursuant to a |
| 2 | Protective Order as "Confidential" or "Highly Confidential."  *See* Civil Local Rule 79-5. |
| 3 | Costco files this Motion in good faith in order to comply with the Protective Order |
| 4 | governing this action and the applicable Local Rules.  Because certain defendants contend that the |
| 5 | material they have designated is confidential in nature, it is their burden to establish that the |
| 6 | designated information is sealable.  Civil L. R. 79-S(d); *see Kamakana v. City of Honolulu,* 447 |
| 7 | F.3d 1172, 1178-1180 (9th Cir. 2006).  To meet this burden, defendants must make a |
| 8 | "particularized showing of good cause" and show a "compelling reason" to justify the sealing of |
| 9 | motions and papers filed with the court.  *See Foltz v. State Farm Mutual Auto. Ins. Co.,* 331 F.3d |
| 10 | 1122, 1138 (9th Cir. 2002) (reversing the lower court's sealing of records because there was no |
| 11 | "compelling reason to justify sealing" under the protective order).  As the Ninth Circuit has |
| 12 | stated, the "hazard of stipulated protective orders" is that they "often contain provisions that |
| 13 | purport to put the entire litigation under lock and key without regard to the actual requirements of |
| 14 | Rule 26(c)."  *Kamakana,* 447 F.3d at 1193.  Costco leaves it to this Court's discretion to |
| 15 | determine whether defendants have met this burden and whether the above material should |
| 16 | therefore be filed under seal. |
| 17 | Thus, Costco submits this administrative motion pursuant to the Protective Order and |
| 18 | Civil Local Rule 79-5, and hereby notifies defendants of their burden to establish that the |
| 19 | designated material is sealable. |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | |

| | | |
|---|---|---|
| DATED: December 23, 2014 | | **PERKINS COIE LLP** |

By: */s/ David J. Burman*
    David J. Burman *(pro hac vice)*
    DBurman@perkinscoie.com
    Cori G. Moore *(pro hac vice)*
    CGMoore@perkinscoie.com
    Eric J. Weiss *(pro hac vice)*
    EWeiss@perkinscoie.com
    Nicholas H. Hesterberg *(pro hac vice)*
    NHesterberg@perkinscoie.com
    Steven D. Merriman *(pro hac vice)*
    SMerriman@perkinscoie.com

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*