David J. Burman *(pro hac vice)*
Cori G. Moore *(pro hac vice)*
Eric J. Weiss *(pro hac vice)*
Nicholas H. Hesterberg *(pro hac vice)*
Steven D. Merriman *(pro hac vice)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:   DBurman@perkinscoie.com
         CGMoore@perkinscoie.com
         EWeiss@perkinscoie.com
         NHesterberg@perkinscoie.com
         SMerriman@perkinscoie.com

Joren Ayala-Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320
Email:   JBass@perkinscoie.com

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:11-cv-06397-SC<br><br>**DECLARATION OF DAVID J. BURMAN IN SUPPORT OF COSTCO WHOLESALE CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| This Document Relates To:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC | The Honorable Samuel Conti |

| | |
|---|---|
| 1 | I, DAVID J. BURMAN, do testify as follows: |
| 2 | 1. I am an attorney at the law firm Perkins Coie LLP, counsel of record for Plaintiff |
| 3 | Costco Wholesale Corporation ("Costco") in this action. This declaration is submitted in support |
| 4 | of Costco's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules |
| 5 | 7-11 and 79-5(d) (the "Motion to Seal"). |
| 6 | 2. On June 18, 2008, the Court approved a Stipulated Protective Order (Dkt. No. 306) |
| 7 | ("Protective Order") in this matter. |
| 8 | 3. Defendants and other parties to this litigation have produced in this action certain |
| 9 | documents and information designated as either "Confidential" or "Highly Confidential" pursuant |
| 10 | to the Stipulated Protective Order. |
| 11 | 4. On December 23, 2014, in conjunction with the filing of this declaration, Plaintiffs |
| 12 | will file the Motion to Seal, seeking an order to seal the following documents, pursuant to Civil |
| 13 | Local Rules 7-11 and 79-5(d): |

- Costco Wholesale Corporation's Opposition to Defendants' Joint Motion for Partial Summary Judgment on Due Process Grounds and Defendants' Joint Motion for Partial Summary Judgment on Choice of Law Grounds; and

- Exhibits 1-32 to the Declaration of David J. Burman in Support of Costco Wholesale Corporation's Opposition to Defendants' Joint Motion for Partial Summary Judgment on Due Process Grounds and Defendants' Joint Motion for Partial Summary Judgment on Choice of Law Grounds.

5. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, the designated portions of the above-referenced documents and redacted portions thereof contain either: (1) material designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly Confidential"; or (b) analysis or, references to, or information taken directly from material designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly Confidential."

6. Costco filed the above-referenced documents in good faith under seal pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of December, 2014, at Seattle, Washington.

*/s/ David J. Burman*
David J. Burman