David J. Burman *(pro hac vice)*
Cori G. Moore *(pro hac vice)*
Eric J. Weiss *(pro hac vice)*
Nicholas H. Hesterberg *(pro hac vice)*
Steven D. Merriman *(pro hac vice)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
CGMoore@perkinscoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren Ayala-Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320
Email: JBass@perkinscoie.com

*Attorneys for Plaintiff
Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC <br><br> MDL No. 1917 <br><br> Individual Case No. 3:11-cv-06397-SC <br><br> **[PROPOSED] ORDER GRANTING COSTCO WHOLESALE CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| This Document Relates To: <br><br> *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC | The Honorable Samuel Conti |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d)

Case No. 3:07-cv-05944-SC
Individual Case No.: 3:11-cv-06397-SC

Upon consideration of Costco Wholesale Corporation's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with Costco's Opposition to Defendants' Joint Motion for Partial Summary Judgment on Due Process Grounds and Joint Motion for Partial Summary Judgment on Choice of Law Grounds, it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall maintain under seal the designated portions of the following documents:

- Costco Wholesale Corporation's Opposition to Defendants' Joint Motion for Partial Summary Judgment on Due Process Grounds and Defendants' Joint Motion for Partial Summary Judgment on Choice of Law Grounds; and
- Exhibits 1-32 to the Declaration of David J. Burman in Support of Costco Wholesale Corporation's Opposition to Defendants' Joint Motion for Partial Summary Judgment on Due Process Grounds and Defendants' Joint Motion for Partial Summary Judgment on Choice of Law Grounds.

**IT IS SO ORDERED.**

DATED:_____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d) - 1 - Case No. 3:07-cv-05944-SC Individual Case No.: 3:11-cv-06397-SC