UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-CV-5944 SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC<br><br>*Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**(d) |

1 | 3:11-cv-06276-SC;
2 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC
3 |
4 | *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;
5 |
6 | *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;
7 |
8 | *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;
9 |
10 | *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC
11 |

GOOD CAUSE APPEARING THEREFOR, Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED. The clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions |
|---|---|
| Plaintiffs' Joint Opposition To Hitachi Parties' Motion For Summary Judgment Based Upon The Lack Of Evidence Of Participation In The Alleged Conspriracy | Highlighted portions of the body and footnotes of the Opposition. |
| Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Joint Opposition To Hitachi Parties' Motion For Summary Judgment Based Upon The Lack Of Evidence Of Participation In The Alleged Conspiracy ("Anderson Decl.") | Highlighted portions of paragraphs 6, 10, 11, 13, 16, 19-55, 57-60, 62-76, 79, 80, 82, 83, and 85-105. |
| Exhibit 2 to the Anderson Decl., excerpts from the transcript of the Deposition of Noboru Toyama taken in this case on March 11-12, 2014. | Entire document |
| Exhibit 3 to the Anderson Decl., excerpts from the transcript of the Deposition of Kazumasa Hirai taken in this case on February 4-6, 2014. | Entire document |
| Exhibit 4 to the Anderson Decl., excerpts from the transcript of the Deposition of Thomas Schmitt taken in this case on July 11, 2013. | Entire document |
| Exhibit 5 to the Anderson Decl., beginning bates number HITDOJCIV00000048 and marked at deposition as Exhibit 2667. | Entire document |
| Exhibit 6 to the Anderson Decl., excerpts from the transcript of the Deposition of Kazuhiro Sakashita taken in this case on February 14-16, 2013 . | Entire document |
| Exhibit 7 to the Anderson Decl., excerpts from the transcript of the second Deposition of Lloyd Thomas ("Tom") Heiser taken in this case on March 18-19, 2014. | Entire document |
| Exhibit 8 to the Anderson Decl., excerpts from the transcript of the Deposition of Yuichi Kumazawa taken in this case on May 29-31, 2013. | Entire document |

| Document | Sealed Portions |
|---|---|
| Exhibit 9 to the Anderson Decl., beginning bates number HEDUS-CRT00126459. | Entire document |
| Exhibit 10 to the Anderson Decl., beginning bates number HEDUS-CRT00049395 and marked at deposition as Exhibit 176. | Entire document |
| Exhibit 11 to the Anderson Decl., excerpts from the transcript of the first Deposition of Lloyd Thomas Heiser taken in this case on July 3, 2012. | Entire document |
| Exhibit 12 to the Anderson Decl., beginning bates number CHU00028784E and marked at deposition as Exhibit 1013. | Entire document |
| Exhibit 14 to the Anderson Decl., excerpts from the transcript of the Deposition of Chih Chun-Liu taken in this case on February 19-21, 2013. | Entire document |
| Exhibit 15 to the Anderson Decl., beginning bates number CHU00029116E and marked at deposition as Exhibit 709E. | Entire document |
| Exhibit 16 to the Anderson Decl., excerpts from the transcript of the Deposition of Nobuaki Ito taken in this case on May 22-24, 2013. | Entire document |
| Exhibit 18 to the Anderson Decl., beginning bates number HDP-CRT00025915E and marked at deposition as Exhibit 1537E. | Entire document |
| Exhibit 19 to the Anderson Decl., beginning bates number HDP- CRT00025985E and marked at deposition as Exhibit 1539E. | Entire document |
| Exhibit 20 to the Anderson Decl., beginning bates number HDP-CRT00023436E and marked at deposition as Exhibit 1560E. | Entire document |
| Exhibit 21 to the Anderson Decl., beginning bates number HDP-CRT00056186E and marked at deposition as Exhibit 1567E. | Entire document |
| Exhibit 22 to the Anderson Decl., beginning bates number HDP-CRT00026189E and marked at deposition as Exhibit 1571E. | Entire document |
| Exhibit 23 to the Anderson Decl., beginning bates number HDP-CRT00004468E and marked at deposition as Exhibit 1572E. | Entire document |

| Document | Sealed Portions |
|---|---|
| Exhibit 24 to the Anderson Decl., beginning bates number HDP-CRT00051345E and marked at deposition as Exhibit 1536E. | Entire document |
| Exhibit 25 to the Anderson Decl., beginning bates number HDP-CRT00019426E and marked at deposition as Exhibit 1566E. | Entire document |
| Exhibit 26 to the Anderson Decl., beginning bates number HDP-CRT00051354E and marked at deposition as Exhibit 1540E. | Entire document |
| Exhibit 27 to the Anderson Decl., beginning bates number HDP-CRT00023416E and marked at deposition as Exhibit 1563E. | Entire document |
| Exhibit 28 to the Anderson Decl., beginning bates number HDP-CRT00023427E and marked at deposition as Exhibit 1596E. | Entire document |
| Exhibit 29 to the Anderson Decl., beginning bates number HDP-CRT00049281E and marked at deposition as Exhibit 1597E. | Entire document |
| Exhibit 30 to the Anderson Decl., beginning bates number HDP-CRT00023603E and marked at deposition as Exhibit 1552E. | Entire document |
| Exhibit 31 to the Anderson Decl., beginning bates number HDP-CRT00049348E and marked at deposition as Exhibit 1586E. | Entire document |
| Exhibit 32 to the Anderson Decl., beginning bates number HDP-CRT00048694E and marked at deposition as Exhibit 1568E. | Entire document |
| Exhibit 33 to the Anderson Decl., beginning bates number HDP-CRT00023467 and marked at deposition as Exhibit 1592. | Entire document |
| Exhibit 34 to the Anderson Decl., beginning bates number HDP-CRT00048795E and marked at deposition as Exhibit 1598E. | Entire document |
| Exhibit 35 to the Anderson Decl., beginning bates number HDP-CRT00026180E and marked at deposition as Exhibit 1570E. | Entire document |
| Exhibit 36 to the Anderson Decl., beginning bates number HDP-CRT00026197E and marked at deposition as Exhibit 1573E. | Entire document |

| Document | Sealed Portions |
|---|---|
| Exhibit 37 to the Anderson Decl., beginning bates number HDP-CRT00051298E and marked at deposition as Exhibit 1601E. | Entire document |
| Exhibit 38 to the Anderson Decl., beginning bates number HDP-CRT00049201E and marked at deposition as Exhibit 1577E. | Entire document |
| Exhibit 39 to the Anderson Decl., beginning bates number HDP-CRT00051340E and marked at deposition as Exhibit 1605E. | Entire document |
| Exhibit 40 to the Anderson Decl., beginning bates number HDP-CRT00026234E and marked at deposition as Exhibit 1587E. | Entire document |
| Exhibit 41 to the Anderson Decl., beginning bates number HDP-CRT00049313E and marked at deposition as Exhibit 1602E. | Entire document |
| Exhibit 42 to the Anderson Decl., beginning bates number HDP-CRT00026272E and marked at deposition as Exhibit 1603E. | Entire document |
| Exhibit 43 to the Anderson Decl., beginning bates number HDP-CRT00056188E and marked at deposition as Exhibit 1604E. | Entire document |
| Exhibit 44 to the Anderson Decl., beginning bates number CHU00028400E and marked at deposition as Exhibit 1014. | Entire document |
| Exhibit 45 to the Anderson Decl., beginning bates number CHU00028398E and marked at deposition as Exhibit 1116E. | Entire document |
| Exhibit 46 to the Anderson Decl., beginning bates number CHU00028755E and marked at deposition as Exhibit 1857E. | Entire document |
| Exhibit 47 to the Anderson Decl., beginning bates number CHU00028385E and marked at deposition as Exhibit 1135E. | Entire document |
| Exhibit 48 to the Anderson Decl., beginning bates number CHU00028377E. | Entire document |
| Exhibit 49 to the Anderson Decl., beginning bates number HDP-CRT00049280E and marked at deposition as Exhibit 1564E. | Entire document |

| Document | Sealed Portions |
|---|---|
| Exhibit 50 to the Anderson Decl., beginning bates number HDP-CRT00025612E and marked at deposition as Exhibit 1534E. | Entire document |
| Exhibit 51 to the Anderson Decl., beginning bates number HDP-CRT00025568E and marked at deposition as Exhibit 1535E. | Entire document |
| Exhibit 52 to the Anderson Decl., beginning bates number HDP-CRT00023360E and marked at deposition as Exhibit 1581E. | Entire document |
| Exhibit 53 to the Anderson Decl., beginning bates number HDP-CRT00004416E and marked at deposition as Exhibit 1582E. | Entire document |
| Exhibit 54 to the Anderson Decl., beginning bates number MTPD-0016566E and marked at deposition as Exhibit 1407E. | Entire document |
| Exhibit 55 to the Anderson Decl., excerpts from the transcript of the Deposition of Hirokazu Nishiyama taken in this case on March 5-7, 2013. | Entire document |
| Exhibit 56 to the Anderson Decl., excerpts of a June 22, 2001 expense report for Hirokazu Nishiyama, beginning with bates number MTPD_SEC-0896104 and marked at deposition as Exhibit 1408. | Entire document |
| Exhibit 57 to the Anderson Decl., beginning bates number HEDUS-CRT00162777 and marked at deposition as Exhibit 1836. | Entire document |
| Exhibit 58 to the Anderson Decl., beginning bates number PHLP-CRT-0077930 and marked at deposition as Exhibit 1403. | Entire document |
| Exhibit 59 to the Anderson Decl., beginning bates number MTPD-0036413E and marked at deposition as Exhibit 2378E. | Entire document |
| Exhibit 60 to the Anderson Decl., excerpts from the transcript of the Deposition of Shinichi Iwamoto taken in this case on February 7-8, 2013. | Entire document |

| Document | Sealed Portions |
|---|---|
| Exhibit 61 to the Anderson Decl., beginning bates number MTPD-0025523E and marked at deposition as Exhibit 2379E. | Entire document |
| Exhibit 62 to the Anderson Decl., beginning bates number MTPD-0042965E and marked at deposition as Exhibit 2380E. | Entire document |
| Exhibit 63 to the Anderson Decl., beginning bates number MTPD-0041033E and marked at deposition as Exhibit 2381E. | Entire document |
| Exhibit 64 to the Anderson Decl., beginning bates number HEDUS-CRT00002107 and marked at deposition as Exhibit 2634. | Entire document |
| Exhibit 65 to the Anderson Decl., beginning bates number HEDUS-CRT00160563 and marked at deposition as Exhibit 2635. | Entire document |
| Exhibit 66 to the Anderson Decl., beginning bates number PHLP-CRT-081748 and marked at deposition as Exhibit 2625. | Entire document |
| Exhibit 67 to the Anderson Decl., beginning bates number HEDUS-CRT00166472 and marked at deposition as Exhibit 2626. | Entire document |
| Exhibit 68 to the Anderson Decl., beginning bates number HEDUS-CRT00000578. | Entire document |
| Exhibit 69 to the Anderson Decl., beginning bates number HDP-CRT00051351 and marked at deposition as Exhibit 1606E. | Entire document |
| Exhibit 70 to the Anderson Decl., beginning bates number HDP-CRT00049270 and marked at deposition as Exhibit 1580E. | Entire document |
| Exhibit 71 to the Anderson Decl., beginning bates number HEDUS-CRT000162931 and marked at deposition as Exhibit 2387. | Entire document |
| Exhibit 72 to the Anderson Decl., beginning bates number HEDUS-CRT00026591E and marked at deposition as Exhibit 2383E. | Entire document |
| Exhibit 73 to the Anderson Decl., beginning bates number HDP-CRT00049291E and marked at deposition as Exhibit 2386E. | Entire document |

| Document | Sealed Portions |
|---|---|
| Exhibit 74 to the Anderson Decl., beginning bates number HDP-CRT00026227E and marked at deposition as Exhibit 1599E. | Entire document |
| Exhibit 75 to the Anderson Decl., beginning bates number SDCRT-0079381E. | Entire document |
| Exhibit 76 to the Anderson Decl., excerpts of the Expert Report of Janet S. Netz, Ph.D., dated March 15, 2014. | Entire document |
| Exhibit 77 to the Anderson Decl., excerpts of the Rebuttal Expert Report of Janet S. Netz, Ph.D., dated September 26, 2014. | Entire document |
| Exhibit 78 to the Anderson Decl., beginning bates number HEDUS-CRT00159841 and marked at deposition as Exhibit 2620. | Entire document |
| Exhibit 79 to the Anderson Decl., beginning bates number HEDUS-CRT00015427 and marked at deposition as Exhibit 344. | Entire document |
| Exhibit 80 to the Anderson Decl., excerpts from the transcript of the Deposition of William Allen Whalen taken in this case on August 23, 2012. | Entire document |
| Exhibit 81 to the Anderson Decl., beginning bates number HDP-CRT00045422. | Entire document |
| Exhibit 82 to the Anderson Decl., beginning bates number HDP-CRT00037583. | Entire document |
| Exhibit 83 to the Anderson Decl., excerpts from the transcript of the Deposition of Nobuhiko Kobayashi taken in this case on May 15-17, 2013. | Entire document |
| Exhibit 84 to the Anderson Decl., beginning bates number HDP-CRT00046269E. | Entire document |
| Exhibit 85 to the Anderson Decl., beginning bates number HDP-CRT00026634E and marked at deposition as Exhibit 3803E. | Entire document |
| Exhibit 86 to the Anderson Decl., beginning bates number HDP-CRT00047882E. | Entire document |
| Exhibit 87 to the Anderson Decl., beginning bates number HEDUS-CRT00166481 and marked at deposition as Exhibit 2640. | Entire document |

| Document | Sealed Portions |
|---|---|
| Exhibit 88 to the Anderson Decl., beginning bates number HEDUS-CRT00001714 and marked at deposition as Exhibit 2639. | Entire document |
| Exhibit 89 to the Anderson Decl., beginning bates number HEDUS-CRT00159824 and marked at deposition as Exhibit 2641. | Entire document |
| Exhibit 90 to the Anderson Decl., beginning bates number HEDUS-CRT00164378 and marked at deposition as Exhibit 2642. | Entire document |
| Exhibit 91 to the Anderson Decl., beginning bates number HEDUS-CRT00184595 and marked at deposition as Exhibit 2517. | Entire document |
| Exhibit 92 to the Anderson Decl., beginning bates number HEDUS-CRT00164492 and marked at deposition as Exhibit 2643. | Entire document |
| Exhibit 93 to the Anderson Decl., beginning bates number HEDUS-CRT00166782 and marked at deposition as Exhibit 2644. | Entire document |
| Exhibit 94 to the Anderson Decl., beginning bates number SDCRT-0105131E and marked at deposition as Exhibit 2681E. | Entire document |
| Exhibit 95 to the Anderson Decl., beginning bates number CHU00093512. | Entire document |
| Exhibit 96 to the Anderson Decl., beginning bates number CHU00082287_FT. | Entire document |
| Exhibit 97 to the Anderson Decl., beginning bates number HDP-CRT00045426. | Entire document |
| Exhibit 98 to the Anderson Decl., beginning bates numbers HDP-CRT00048189 and HDP-CRT00048190. | Entire document |
| Exhibit 99 to the Anderson Decl., beginning bates number HDP-CRT00026313E and marked at deposition as Exhibit 1579E. | Entire document |
| Exhibit 100 to the Anderson Decl., beginning bates number HDP-CRT00026077E and marked at deposition as Exhibit 1578E. | Entire document |
| Exhibit 101 to the Anderson Decl., beginning bates number HDP-CRT00026086E. | Entire document |

| Document | Sealed Portions |
|---|---|
| Exhibit 102 to the Anderson Decl., beginning bates number HDP-CRT00033956E. | Entire document |
| Exhibit 103 to the Anderson Decl., beginning bates number HDP-CRT00033957_CT. | Entire document |
| Exhibit 104 to the Anderson Decl., beginning bates number HDP-CRT00052643E and marked at deposition as Exhibit 3804E. | Entire document |
| Exhibit 105 to the Anderson Decl., excerpts from the transcript of the Deposition of Kenichi Hazuku taken in this case on June 12, 2013. | Entire document |
| Exhibit 106 to the Anderson Decl., excerpts from the transcript of the Deposition of Michael Son taken in this case on February 5-6, 2013. | Entire document |

Dated: _____, 201\_

_____
Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE