William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Cathode Ray Tube (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725 | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFDENDANTS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO MARTA**<br><br>Judge: Hon. Samuel P. Conti<br>Court: Courtroom 1, 17th Floor<br>Date: February 6, 2015<br>Time: 10:00 a.m. |

I, **PHILIP J. IOVIENO**, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, liaison counsel for the Direct Action Plaintiffs ("DAPs") in this matter, and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court.

2. Attached hereto as Exhibit 1 is a true and correct copy of the order in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-md-1827 (Sept. 4, 2014) [Dkt. 9209] holding that MARTA is a direct purchaser.

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO MARTA

Master File No. 3:07-md-05944-SC

1  3.  Attached hereto as Exhibit 2 is a true and correct copy of the deposition testimony
2  of MARTA's 30(b)(6) witness, Robert Thompson, dated February 14, 2014.

3  4.  Attached hereto as Exhibit 3 is a true and correct copy of a document Bates
4  stamped CRT-MARTA-0043944 through CRT-MARTA-0044004, which was produced by
5  MARTA in this litigation.

6  5.  Attached hereto as Exhibit 4 is a true and correct copy of the deposition testimony
7  of Aimee Fields, dated June 4, 2014.

8  6.  Attached hereto as Exhibit 5 is a true and correct copy of the deposition testimony
9  of Warren Mann, dated July 25, 2014.

10  7.  Attached hereto as Exhibit 6 is a true and correct copy of a document Bates
11  stamped CRT-MARTA-0043911 through CRT-MARTA-0043943, which was produced by
12  MARTA in this litigation.

13  8.  Attached hereto as Exhibit 7 is a true and correct copy of a document Bates
14  stamped MARTA-0148322, which was filed in the public record as Exhibit H [Dkt. 9191] to
15  Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on MARTA's Lack of
16  Standing under *Illinois Brick* in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-md-
17  1827 (July 14, 2014) [Dkt. 9160].

18  9.  Attached hereto as Exhibit 8 is a true and correct copy of a document Bates
19  stamped MARTA-0130268 through MARTA-0130273, which was filed in the public record as
20  Exhibit I [Dkt. 9160-10] to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment
21  on MARTA's Lack of Standing under *Illinois Brick* in *In re TFT-LCD (Flat Panel) Antitrust
22  Litigation*, No. 07-md-1827 (July 14, 2014) [Dkt. 9160].

23  10.  Attached hereto as Exhibit 9 is a true and correct copy of a document Bates
24  stamped CRT-MARTA-0044075 through CRT-MARTA-0044088, which was produced by
25  MARTA in this litigation.

26  11.  Attached hereto as Exhibit 10 is a true and correct copy of a document Bates
27  stamped MARTA-0116517, which was filed in the public record as Exhibit K [Dkt. 9160-12] to
28  Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on MARTA's Lack of

Standing under *Illinois Brick* in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-md-1827 (July 14, 2014) [Dkt. 9160].

12. Attached hereto as Exhibit 11 is a true and correct copy of a document Bates stamped CRT-MARTA-0000076 through CRT-MARTA-0000088, which was produced by MARTA in this litigation.

13. Attached hereto as Exhibit 12 is a true and correct copy of a document Bates stamped CRT-MARTA-0000158 through CRT-MARTA-0000172, which was produced by MARTA in this litigation.

14. Attached hereto as Exhibit 13 is a true and correct copy of a document Bates stamped MARTA-0000228, which was filed in the public record as Exhibit N [Dkt. 9160-15] to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on MARTA's Lack of Standing under *Illinois Brick* in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-md-1827 (July 14, 2014) [Dkt. 9160].

15. Attached hereto as Exhibit 14 is a true and correct copy of a document Bates stamped MARTA-0000229, which was filed in the public record as Exhibit O [Dkt. 9160-16] to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on MARTA's Lack of Standing under *Illinois Brick* in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-md-1827 (July 14, 2014) [Dkt. 9160].

16. Attached hereto as Exhibit 15 is a true and correct copy of a document Bates stamped MARTA-0097046 through MARTA-0097064, which was filed in the public record as Exhibit P [Dkt. 9160-17] to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on MARTA's Lack of Standing under *Illinois Brick* in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-md-1827 (July 14, 2014) [Dkt. 9160].

17. Attached hereto as Exhibit 16 is a true and correct copy of a document Bates stamped CRT-MARTA-0043819 through CRT-MARTA-0043823, which was produced by MARTA in this litigation.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of a document Bates stamped MARTA-0158279, which was filed in the public record as Exhibit S [Dkt. 9160-

20] to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on MARTA's Lack of Standing under *Illinois Brick* in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-md-1827 (July 14, 2014) [Dkt. 9160].

19. Attached hereto as Exhibit 18 is a true and correct copy of a document Bates stamped CRT-MARTA-0007846, which was produced by MARTA in this litigation.

20. Attached hereto as Exhibit 19 is a true and correct copy of the deposition testimony of Jeff Sokol, dated June 6, 2014.

21. Attached hereto as Exhibit 20 is a true and correct copy of the order in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-md-1827 (Sept. 5, 2013) [Dkt. 8585] holding that a MARTA member was ineligible for the Direct Purchaser Class.

22. Attached hereto as Exhibit 21 is a true and correct copy of a document which was filed in the public record as Exhibit D [Dkt. 8526-5] in support of Direct Purchaser Class Plaintiffs' Status Report Regarding Late-Filed and Disputed Claims in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-md-1827 (Aug. 26, 2013) [Dkt. 8525].

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of December, 2014 at Albany, New York.

                                                   /s/ *Philip J. Iovieno*

                                                   Philip J. Iovieno