# Exhibit 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

```
In Re: CATHODE RAY TUBE (CRT)     )
ANTITRUST LITIGATION,             )
                                  )
                Plaintiff,        )
------------------------------    )   Case No.
                                  )   07-5944 SC
                                  )   MDL No. 1917
This Document Relates to:         )
                                  )
ALL ACTIONS,                      )
                                  )
```

---oOo---

WEDNESDAY, JUNE 4, 2014

VIDEOTAPED DEPOSITION OF AIMEE FIELDS

CONFIDENTIAL TRANSCRIPT ATTORNEYS' EYES ONLY

---oOo---

REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

**Page 3**

A P P E A R A N C E S

---oOo---

FOR THE INDIRECT PURCHASER PLAINTIFFS:
(Telephonic Appearance)

    KIRBY McINERNEY LLP
    825 Third Avenue,
    New York, New York  10022
    BY: ROBERT J. GRALEWSKI, JR., ESQ.
    (212) 371-6600
    bgralewski@kmllp.com
    KAG LAW GROUP
    P.O. Box 210135
    San Francisco, California  94121
    BY: SYLVIE KERN, ESQ.
    (415) 221-5763
    sylviekern@yahoo.com

FOR THE DIRECT ACTION PLAINTIFFS:
    BOIES SCHILLER & FLEXNER LLP
    10 North Pearl Street, 4th Floor
    Albany, New York  12207
    BY: KYLE SMITH, ESQ.
    (518) 694-4235
    ksmith@bsfllp.com

FOR THE DEFENDANTS TOSHIBA CORPORATION, TOSHIBA
AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS,
INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.,
AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.:

    WHITE & CASE LLP
    701 Thirteenth Street, NW
    Washington, D.C.  20005-3807
    BY: LUCIUS B. (ALBIE) LAU, ESQ.
    TSUNG-HUI (DANNY) WU, ESQ.
    (202) 626-3623
    alau@whitecase.com
    twu@whitecase.com

---

**Page 4**

A P P E A R A N C E S

---oOo---

FOR THE DEFENDANTS HITACHI, LTD., HITACHI DISPLAYS,
LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD.,
AND HITACHI ELECTRONIC DEVICES:
(Telephonic Appearance)

    KIRKLAND & ELLIS LLP
    555 California Street
    San Francisco, California  94104
    BY: SARAH STOCK, ESQ.
    (415) 439-1400
    sarah.stock@kirkland.com

FOR THE DEFENDANTS MITSUBISHI ELECTRIC CORP:
(Telephonic Appearance)

    JENNER & BLOCK
    353 N. Clark Street
    Chicago, Illinois  60654-3456
    BY: JORY M. HOFFMAN, ESQ.
    (312) 840-7291
    jhoffman@jenner.com

ALSO PRESENT:

    Mark Gonzales, Barkley Court Reporters

---

**Page 5**

INDEX OF EXAMINATIONS

---oOo---

| EXAMINATIONS | PAGE |
|---|---|
| MR. LAU | 9 |

INDEX OF EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 3242 | Notice of Deposition of Aimee L. Fields (3 Pages) | 12 |
| 3243 | MARTA Cooperative of America, Inc., Cooperative Plan (including all amendments through July 31, 2006), Bates Nos. CRT-MARTA-0043944 through 4004 | 45 |
| 3244 | MARTA Cooperative of America Business Plan September 1997, Bates Nos. CRT-MARTA-0044008 through 42 | 63 |
| 3245 | Letter Dated April 12, 1999, with Attached Membership Agreement of Watertown Restaurant Supply Co. Inc., Bates Nos. CRT-MARTA-0044075 through 88 | 64 |
| 3246 | Email from Aimee Fields to Patrick Jermyn Dated August 15, 2011, Bates Nos. CRT-MARTA-0043860 through 61 | 69 |
| 3247 | Member List Dated September 30, 2006, Bates Nos. CRT-MARTA-0043895 through 97 | 72 |
| 3248 | MARTA Overview, Bates Nos. CRT-MARTA-0043911 through 43 | 75 |
| 3249 | Excel Spreadsheets (6 Pages) | 97 |

---

**Page 6**

INDEX OF EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 2496 | Email Correspondence, First Email from Bill Bursley to Warren Mann and Jeff Sokol Dated November 3, 2005, Bates Nos. CRT-MARTA-0033521 through 22 | 137 |
| 3250 | Email Correspondence, First Email from Bob Thompson to Aimee Fields Dated November 30, 2006, Bates Nos. CRT-MARTA-0016440 through 44 | 143 |

Page 7

```
 1          PHOENIX, ARIZONA, JUNE 4, 2014
 2                  ---oOo---
 3          BE IT REMEMBERED that on Wednesday, the
 4    4th day of June 2014, commencing at the hour of
 5    9:04 a.m. thereof, at 333 N. Central Avenue,
 6    Phoenix, Arizona, before me, Balinda Dunlap, a
 7    Certified Shorthand Reporter in and for the County
 8    of San Francisco, State of California, personally
 9    appeared:
10          THE VIDEOGRAPHER:  This is the videotape
11    deposition of Aimee L. Fields In Re:  Cathode ray
12    tube antitrust litigation.  This matter's being
13    held in the United States District Court, Northern
14    District of California, San Francisco Division,
15    Case No. 07-5944 SC, MDL No. 1917.
16          Our location is the Westin Phoenix at 333
17    North Central Avenue, Phoenix, Arizona.  The
18    deposition is now beginning at 9:04 a.m. on June
19    4th, 2014.
20          Counsel, would you please identify
21    yourself and who you represent starting with
22    plaintiff's counsel.
23          MR. SMITH:  Kyle Smith of Boies, Schiller
24    & Flexner for plaintiff and the witness.
25          MR. LAU:  My name is Albie Lau.  I am an
```

Page 8

```
 1    attorney with White & Case from Washington D.C.,
 2    and I represent the Toshiba defendants.
 3          MR. WU:  My name is Danny Wu, White & Case
 4    D.C. as well, also for the Toshiba defendants.
 5          MR. LAU:  Would the attorneys on the phone
 6    please enter their appearances.
 7          MR. GRALEWSKI:  Bob Gralewski, Kirby
 8    McInerney, on behalf of the indirect purchaser
 9    plaintiffs.
10          MR. LAU:  Is there anybody else on the
11    phone?
12          MR. HOFFMAN:  This is Jory Hoffman from
13    Jenner & Block representing the Mitsubishi
14    defendants.
15          (Discussion off the record.)
16          MS. STOCK:  Sarah Stock of Kirkland &
17    Ellis for the defendants Hitachi Ltd., Hitachi
18    America Ltd., Hitachi Asia, Hitachi Displays and
19    Hitachi Electronics Devices USA.
20          MR. LAU:  Is there anybody else on the
21    phone?  Okay.  Thank you.
22          AIMEE L. FIELDS
23    called as a witness by the Defense, having
24    been sworn to tell the truth, the whole truth, and
25    nothing but the truth, was examined and testified as
```

Page 9

```
 1    follows:
 2                  ---oOo---
 3          EXAMINATION BY MR. LAU
 4    Q.  Good morning, Ms. Fields.  How are you?
 5    A.  I'm good.
 6    Q.  Have you ever been deposed before?
 7    A.  Yes.
 8    Q.  How many times?
 9    A.  Once.
10    Q.  And when was that?
11    A.  That was a little over a year ago, I want
12    to say.
13    Q.  And in what case was that?
14    A.  The LCD, I don't know, antitrust.
15    Q.  And do you recall how long that deposition
16    lasted?
17    A.  About six and a half hours.
18    Q.  Okay.  Other than that one deposition last
19    year in the LCD case, do you recall any other times
20    when you were deposed?
21    A.  No.
22    Q.  Have you ever testified at trial?
23    A.  No.
24    Q.  I am going to explain a few ground rules
25    for us today to hopefully make the day go by
```

Page 10

```
 1    smoothly.
 2          First of all, I need all of your answers
 3    to be audible answers.  Even though you're being
 4    videotaped now, we do have a court reporter who is
 5    going to transcribe all of your answers.  So make
 6    sure all of your answers are audible and don't nod
 7    your head, just say either "yes" or "no."
 8          Do you understand that?
 9    A.  I do.
10    Q.  Thank you.  If at any point today you
11    would like a break, please let me know.  This is
12    not an endurance test.  My only request is that if
13    I have a question that's pending, I'd like you to
14    finish your answer before taking a break.
15          Does that sound good?
16    A.  That sounds good.
17    Q.  Okay.  From time to time you may hear
18    objections to my questions by either Mr. Smith or
19    perhaps one of the attorneys participating by phone
20    today.  These objections are simply designed to
21    preserve objections for the record, perhaps to
22    notify me that maybe I made a mistake in how I
23    asked a question.
24          So -- but I don't want you to be concerned
25    with the objections.  If I ask a question and
```

## Page 11

1 somebody objects, we expect you to answer the
2 question except if my question asks for the
3 disclosure of attorney-client privileged
4 information.  Your attorney, Mr. Smith, may
09:07 5 instruct you not to answer, but other than that, I
6 do expect you to answer all of my questions.
7       Is there anything that would prevent you
8 from testifying today in terms of sickness or
9 emotional distress or perhaps use of prescription
09:08 10 medication?
11    A.  No.
12    Q.  Okay.  Ms. Fields, I want you to
13 understand all of my questions today.  I am not
14 going to try to trip you up with any sort of trick
09:08 15 questions.
16       If, for some reason, I ask a question that
17 you don't understand, I want you to tell me,
18 "Mr. Lau, I don't understand your question," and
19 then I am going to try to fix the question so you
09:08 20 understand what I'm asking.
21       Does that sound like a good idea?
22    A.  Yes, it does.
23    Q.  And if I ask a question and then you
24 answer the question, would it be fair for me to
09:08 25 conclude that you understand the question?

## Page 12

1       MR. SMITH:  Objection.
2       THE WITNESS:  Yes.
3       MR. LAU:  Thank you.  I would like the
4 court reporter to mark this as Exhibit 3242, which
09:09 5 is the notice of deposition of Aimee L. Fields.
6       (Reporter marked Exhibit No. 3242 for
7       identification.)
8    Q.  BY MR. LAU:  Why don't you take a moment
9 to review this document, Ms. Fields, and let me
09:09 10 know when you're done.
11       MR. GRALEWSKI:  I'm sorry.  Did I miss the
12 exhibit number?
13       MR. LAU:  Yes.  It's Exhibit 3242.
14       MR. GRALEWSKI:  Thank you.
09:10 15       MR. SMITH:  Is there two documents in
16 front of you, Ms. Fields?
17       THE WITNESS:  Yes.
18       MR. SMITH:  Is this supposed to be two
19 separate ones stapled together?
09:10 20       MR. LAU:  No, it should be one notice of
21 the deposition.  I incidentally handed you two
22 copies.
23       MR. SMITH:  Can I get rid of this then?
24       MR. LAU:  Yes.
09:11 25    Q.  Have you had a chance to review the

## Page 13

1 document, Ms. Fields?
2    A.  I am still reviewing it.
3    Q.  Okay.
4    A.  Okay.  I have reviewed it.
09:11 5    Q.  Okay.  You understand that you are here
6 today to testify pursuant to this deposition
7 notice, correct?
8    A.  Correct.
9    Q.  And you understand that your testimony
09:11 10 today is under oath, correct?
11    A.  Correct.
12    Q.  Okay.  Ms. Fields, what did you do to
13 prepare for today's deposition?
14    A.  I met with Kyle Smith yesterday for
09:11 15 several hours.
16    Q.  And did you review any documents -- well,
17 let me take a step back.
18       Other than meeting with Mr. Smith, did you
19 discuss this deposition with any other individual?
09:12 20    A.  Are you referring to yesterday?
21    Q.  At any point in time.
22    A.  I have spoken to Bob Tietjen.
23    Q.  Anyone else?
24    A.  He had an assistant, but I can't recall
09:12 25 her name.

## Page 14

1    Q.  Other than Mr. Tietjen and his assistant,
2 did you speak with anyone else in preparation for
3 today's deposition?
4    A.  No.
09:12 5       MR. SMITH:  I object to the form.  Sorry
6 for the belated objection.
7    Q.  BY MR. LAU:  When did you speak to
8 Mr. Tietjen and his assistant?
9    A.  Over the last several months sporadically,
09:13 10 just have conference calls.
11    Q.  Okay.  Other than speaking to Mr. Smith
12 yesterday, did you speak to Mr. Smith at any point
13 in time in preparation for today's deposition?
14    A.  Yes.  We have spoken by telephone.
09:13 15    Q.  How many times?
16    A.  Approximately four calls.
17    Q.  And how long were each of these calls?
18    A.  They varied.
19    Q.  What was the shortest call?
09:13 20    A.  Approximately 20 minutes.
21    Q.  And what was the longest call?
22    A.  Approximately an hour.
23    Q.  Do you recognize the name Robert Thompson?
24    A.  Yes.  It's my director.
09:14 25    Q.  Your director at MARTA, correct?

**Page 15**

1    A.  Correct.

2    Q.  Did you speak with Mr. Thompson in

3  preparation for today's deposition?

4    A.  No.

09:14  5    Q.  Did you speak with Mr. Thompson in

6  preparation for his deposition in this case earlier

7  this year?

8    A.  I don't know if it was in preparation for

9  his deposition, but we have spoke about the case.

09:14  10    Q.  Describe for me your discussions with

11  Mr. Thompson about this case.

12    MR. SMITH:  Objection.

13    THE WITNESS:  We have discussed data that

14  I was able to obtain from the system.  We discussed

09:14  15  timing of various issues, and I mean, that's what I

16  can think of mainly.

17    Q.  BY MR. LAU:  Okay.  When you say "timing

18  of various issues," what issues are you talking

19  about?

09:15  20    A.  When employees left, central billing time

21  frame, when we actually did our central billing.

22    Q.  Anything else?

23    A.  Mainly I think it was just data.

24    Q.  You say you had a discussion with

09:15  25  Mr. Thompson about data concerning the system.

**Page 16**

1  What system are you talking about?

2    A.  Data that I extracted or that we extracted

3  out of our old server for this case.

4    Q.  Okay.  How many servers did MARTA have

09:16  5  that contained information relevant to this case?

6    MR. SMITH:  Objection.

7    THE WITNESS:  What time frame are we

8  talking about?

9    Q.  BY MR. LAU:  1995 to 2007.

09:16  10    A.  I believe we had two main servers during

11  that time.

12    Q.  Where were these servers located?

13    A.  They were in our office building in

14  Scottsdale, Arizona.

09:16  15    Q.  Can you describe for me these servers?

16    A.  One of them was our main server that

17  connected all of the computers as well as held our

18  accounting system, and the other server was mainly

19  a mail server.

09:17  20    Q.  Do you remember the name of the servers,

21  in terms of the manufacturer of the servers?

22    A.  One of them was a Dell, and that was the

23  one that held our accounting system, and I do not

24  recall the name of the other.

09:17  25    Q.  Other than these two main servers from the

**Page 17**

1  1995 to 2007 time period, did MARTA have any other

2  servers that might contain information relevant to

3  this case?

4    A.  There was an old server which the newer

09:17  5  Dell accounting system server that replaced a

6  previous server that was a -- I don't remember the

7  name of the manufacturer of it, but that was our

8  old server.

9    Q.  Excuse me, where was the old server

09:17  10  located?

11    A.  The same, same place, in our office

12  building in Scottsdale.

13    Q.  When did MARTA convert from the old server

14  to the Dell server?

09:18  15    MR. SMITH:  Objection.

16    THE WITNESS:  I think it was around 2003.

17    Q.  BY MR. LAU:  Okay.  In preparation for

18  today's deposition, did you review any documents?

19    MR. SMITH:  Objection.

09:18  20    THE WITNESS:  I think I looked at one

21  document, a copy of -- one document, yes.

22    Q.  BY MR. LAU:  And who selected this

23  document?

24    MR. SMITH:  Objection.  Don't reveal any

09:19  25  conversations you and I had together, Aimee.

**Page 18**

1    MR. LAU:  Let me rephrase the question.

2    Q.  Did you select this document that you

3  reviewed or did your attorneys select this document

4  that you reviewed?

09:19  5    A.  I did not select it.  So my attorney

6  selected it.

7    Q.  Okay.  Was this document shown to you

8  yesterday when you met with Mr. Smith?

9    A.  Yes.

09:19  10    Q.  Other than this one document that you

11  discussed yesterday with Mr. Smith, did you review

12  any documents whatsoever in preparation for today's

13  deposition?

14    A.  No, not that I recall.

09:19  15    Q.  Did you inform Mr. Thompson that you would

16  be being deposed today?

17    A.  Yes, yes, I did.

18    Q.  What else did you explain to Mr. Thompson

19  about today's deposition?

09:20  20    MR. GRALEWSKI:  Object to form.

21    MR. SMITH:  Objection.

22    THE WITNESS:  Nothing, just the timing of

23  it.

24    MR. GRALEWSKI:  Counsel, can I have your

09:20  25  agreement that an objection by any plaintiff's

**Page 19**

1 counsel can be considered an objection by all

2 plaintiffs' counsel?

3 MR. LAU:  Yes, you, you may.

4 MR. GRALEWSKI:  Thank you.

09:20 5 (Discussion off the record.)

6 Q.  BY MR. LAU:  Ms. Fields, did you bring any

7 documents with you today?

8 A.  I did not.

9 Q.  Ms. Fields, do you recognize the name

09:21 10 Gerald Dryer?

11 A.  Yes, I do.

12 Q.  Who is Gerald Dryer?

13 A.  He was a previous executive director for

14 MARTA.

09:21 15 Q.  For what time period?

16 A.  I don't know when he began, but he was

17 there when I started in 1997, and I believe he left

18 sometime in '98 or early '99.

19 Q.  Do you know where Mr. Dryer currently is

09:22 20 located?

21 A.  I do not.

22 Q.  When is the last time you spoke to

23 Mr. Dryer?

24 A.  I am not sure exactly.

09:22 25 Q.  Can you give that a good-faith estimate?

**Page 20**

1 A.  Yes.  I'd be speculating, but I'd say

2 maybe five, six years ago.

3 Q.  Do you recognize the name Warren Mann?

4 A.  Yes.

09:22 5 Q.  Who is Warren Mann?

6 A.  Warren Mann was the executive director for

7 MARTA following Gerry Dryer.

8 Q.  For what time periods?

9 A.  Approximately 1999 to 2005.

09:22 10 Q.  When was the last time you spoke with

11 Mr. Mann?

12 A.  Approximately four years ago, five years

13 ago.

14 Q.  Do you know where Mr. Mann is currently

09:22 15 located?

16 A.  I don't.

17 Q.  Do you recognize the name Bill Bursley?

18 A.  Yes.

19 Q.  Who is Mr. Bursley?

09:23 20 A.  He was our -- the general manager for the

21 office, MARTA.

22 Q.  During what time periods?

23 A.  I would have to guess -- not sure the

24 exact dates, but approximately 2001 to 2006.

09:23 25 Q.  When was the last time you spoke with

**Page 21**

1 Mr. Bursley?

2 A.  I haven't spoke to him in years.

3 Q.  And do you know where Mr. Bursley is

4 currently located?

09:23 5 A.  I am not certain, but I believe he's in

6 Arizona, Tempe maybe.

7 Q.  Okay.  Do you recognize the name Dave

8 Workman?

9 A.  Yes.

09:23 10 Q.  Who is Dave Workman?

11 A.  Dave Workman was another executive

12 director for MARTA, very short period.

13 Q.  During what time period?

14 A.  Would have been around the end of 2005 to

09:24 15 early 2006.

16 Q.  When was the last time you spoke to

17 Mr. Workman?

18 A.  Probably four years ago.

19 Q.  And do you know where Mr. Workman is

09:24 20 currently located?

21 A.  I do not.

22 Q.  Do you recognize the name, pardon my

23 pronunciation, Daniel Vuicich, V-u-i-c-i-c-h?

24 A.  Yes.

09:24 25 Q.  How do you pronounce that name?

**Page 22**

1 A.  Vuicich.

2 Q.  Vuicich?

3 A.  I think.

4 Q.  And who is Daniel Vuicich?

09:24 5 A.  He was the merchandising manager for

6 MARTA.

7 Q.  During what time period?

8 A.  I don't know when his employment started,

9 but he left shortly after Warren started.  So

09:25 10 somewhere in '99, but I don't know when his

11 employment began.

12 Q.  Do you recall what his responsibilities

13 were as merchandising manager?

14 A.  I don't know.

09:25 15 Q.  When was the last time you spoke to

16 Mr. Vuicich?

17 A.  I think a couple of years ago I saw him at

18 a trade show.

19 Q.  Do you know where he's currently located?

09:25 20 A.  I do not.

21 Q.  Do you recognize the name Wendy Pitts?

22 A.  Yes, I do.

23 Q.  Who is Wendy Pitts?

24 A.  Wendy was the controller for MARTA.

09:26 25 Q.  During what time periods?

**Page 23**

1     A.  I don't know when her employment began.
2 She was there when I started in 1997, and she
3 remained there until approximately 1999.
4     Q.  When is the last time you spoke with
09:26 5 Ms. Pitts?
6     A.  Ten-plus years.
7     Q.  Do you know where Ms. Pitts is currently
8 located?
9     A.  I do not.
09:26 10     Q.  Do you recognize the name John Ross?
11     A.  Yes.
12     Q.  Who is John Ross?
13     A.  John Ross was the finance manager for
14 MARTA.
09:26 15     Q.  During what time periods?
16     A.  I think right around 2000, and he left
17 approximately 2003 maybe, 2004.
18     Q.  When was the last time you spoke to
19 Mr. Ross?
09:27 20     A.  Three to four years ago.
21     Q.  Do you know where Mr. Ross is currently
22 located?
23     A.  I do not.
24     Q.  When you spoke to him three or four years
09:27 25 ago, where was this at?

**Page 24**

1     A.  Telephone.
2     Q.  Do you recognize the name Jody Fialkin,
3 F-i-a-l-k-i-n?
4     A.  Yes.
09:27 5     Q.  Who is Jody Fialkin?
6     A.  She was the controller for MARTA after
7 Wendy left.
8     Q.  How long was her tenure as a controller?
9     A.  It was short.  Probably somewhere in the
09:28 10 time frame of 2000 to 2001.  Maybe 2000.  She was
11 only there a short time.
12     Q.  When was the last time you spoke to her?
13     A.  When she left the company.
14     Q.  Do you know where she's currently located?
09:28 15     A.  I do not.
16     Q.  Do you recognize the name Katherine
17 O'Donnell?
18     A.  I do.
19     Q.  Who was Katherine O'Donnell?
09:28 20     A.  She was an employee at MARTA.  I don't
21 remember her title.
22     Q.  How long was she with MARTA?
23     A.  Somewhere around the three-, maybe
24 four-year range, three-year probably.
09:28 25     Q.  What were her job responsibilities at

**Page 25**

1 MARTA.
2     A.  I think she worked in a similar capacity
3 to controller but did not have the title of
4 controller.
09:28 5     Q.  When was the last time you spoke with
6 Ms. O'Donnell?
7     A.  When she left the company.
8     Q.  Okay.  Do you know her current
9 whereabouts?
09:29 10     A.  I do not.
11     Q.  Do you recognize the name Jeff Sokol?
12     A.  I do.
13     Q.  Who is Jeff Sokol?
14     A.  Jeff Sokol was the finance manager at
09:29 15 MARTA.
16     Q.  During what time periods?
17     A.  Approximately 2004, maybe 2005 to about
18 2010.
19     Q.  Do you recall -- well, when was the last
09:29 20 time you spoke to Mr. Sokol?
21     A.  About a month ago.
22     Q.  And what did the two of you speak about at
23 that time?
24     A.  He's still a -- does accounting work for
09:30 25 our company.  So it would have been monthly

**Page 26**

1 financials or somebody regards to financials.
2     Q.  And you say he works in this capacity as a
3 consultant.  Did I understand that correctly?
4     A.  Yes.
09:30 5     Q.  How long has he worked for MARTA as a
6 consultant?
7     A.  Since he left full-time employment in
8 approximately 2010, I believe.
9     Q.  How many hours per month does he work for
09:30 10 MARTA?
11     MR. SMITH:  Objection.
12     THE WITNESS:  It varies.
13     Q.  BY MR. LAU:  Okay.  Ms. Fields, are you
14 familiar with the term "cathode ray tube"?
09:30 15     A.  Yes.
16     Q.  What does that term mean to you?
17     A.  A tube television, glass set.
18     Q.  And you've heard that term abbreviated as
19 "CRT," correct?
09:31 20     A.  Correct.
21     Q.  Have you heard of the term "color display
22 tube"?
23     A.  That doesn't sound familiar.
24     Q.  Have you heard of the term "color picture
09:31 25 tube"?

**Page 27**

1    A. I think I've heard it before.

2    Q. What does that term mean to you?

3    A. I don't know.

4    Q. If I use the term "CRT finished products,"

09:31 5    would you understand that term to mean a product

6    that contains a CRT for purposes of today's

7    deposition?

8    A. Yes.

9    Q. Okay. We will at times talk about

09:31 10    different time periods. One of the time periods

11    that I am going to refer to will be March 1, 1995,

12    through November 25th, 2007, and I am going to call

13    this long time period the relevant time period. So

14    if I use the term "relevant time period," will you

09:32 15    understand that to mean this 1995 to 2007 time

16    period?

17    A. Yes.

18    Q. Okay. Do you currently work for MARTA?

19    A. Yes.

09:32 20    Q. What's your current title?

21    A. Office manager.

22    Q. When did you first work for MARTA?

23    A. I started in November of 1997.

24    Q. Did you receive any education after high

09:33 25    school?

**Page 28**

1    A. Yes.

2    Q. And can you please describe that education

3    to me?

4    A. I went to a community college.

09:33 5    Q. What was the name of that community

6    college?

7    A. Paradise Valley Community College.

8    Q. Did you receive a degree from Paradise

9    Valley Community College?

09:33 10    A. No, I did not.

11    Q. What was your first job after Paradise

12    Valley Community College?

13    A. I worked for a company called National

14    Asset.

09:33 15    Q. What did National Asset do?

16    A. They were a property management company.

17    Q. And what was your role?

18    A. I was administrative assistant.

19    Q. During what time period?

09:33 20    A. Approximately 1995 to 1997.

21    Q. What was your next job after working for

22    National Asset?

23    A. MARTA.

24    Q. Okay. And this began in November of 1997,

09:34 25    correct?

**Page 29**

1    A. Correct.

2    Q. What was your first position at MARTA?

3    A. Data entry clerk.

4    Q. And how long were you a data entry clerk?

09:34 5    A. For about three months, three to six

6    months.

7    Q. What was your next position at MARTA?

8    A. Reconciliation specialist.

9    Q. For what time period?

09:34 10    A. Probably would have been around 1998

11    through -- or for about eight months after that.

12    Q. Okay. And what were your responsibilities

13    as reconciliation specialist?

14    A. I would deal with problematic invoices or

09:35 15    issues with data entry of the invoices.

16    Q. What was your next position at MARTA?

17    A. Billing department supervisor.

18    Q. And how long did you hold this position?

19    A. Until about 2001.

09:35 20    Q. And what were your job responsibilities as

21    billing department supervisor?

22    A. To oversee the entire billing department.

23    Q. What was your next position at MARTA?

24    A. I don't recall the title, but it was

09:36 25    basically handling returns and damage claims from

**Page 30**

1    our members.

2    Q. For what time period did you hold this

3    position?

4    A. Through the 2005, 2006 time frame.

09:36 5    Q. What was your next position at MARTA?

6    A. My current position, office manager.

7    Q. So that would be from 2007 to the current

8    period of time; is that correct?

9    A. About 2006 to the current time.

09:37 10    Q. And what are your responsibilities as

11    office manager?

12    A. I handle payroll. I do administer 401(k)

13    plan. I handle disbursing credits, rebates to our

14    members, and I handle our warranty program, as well

09:38 15    as just general customer service and support for

16    our members.

17    Q. Where is your office at MARTA currently

18    located?

19    A. I have a home office at my home.

09:38 20    Q. And how long have you had the home office?

21    A. Since about 2009, 2010 we moved into our

22    home office.

23    Q. So before your home office, where was your

24    office for MARTA located?

09:38 25    A. It was at 92nd Street and Shea Boulevard

**Page 31**

1    in Scottsdale, Arizona.

2        Q.   And how long did MARTA have its offices

3    there?

4        A.   I believe they moved there in the 2003

09:39  5    time frame.

6        Q.   Before 2003 where did MARTA have its

7    offices?

8        A.   It is located on Hayden Road and Pine

9    Valley in Scottsdale, Arizona.

09:39 10        Q.   During what time period?

11        A.   From the time I started in '97 through the

12    move in 2003.

13        Q.   How many people are currently employed by

14    MARTA?

09:39 15        A.   Two full-time employees.

16        Q.   Other than yourself, who is the other

17    employee?

18        A.   Robert Thompson.

19        Q.   So you report directly to Mr. Thompson,

09:39 20    correct?

21        A.   Correct.

22        Q.   During your employment with MARTA, did you

23    ever have a chance -- let me take a step back.

24        If I say the word "vendor" to you, what

09:40 25    does that mean to you in the context of MARTA's

**Page 32**

1    business?

2        A.   I would associate that with a

3    manufacturer.

4        Q.   Okay.  In your employment with MARTA, did

09:40  5    you have interactions with vendors?

6        A.   Yes.

7        Q.   Describe those interactions for me

8    generally.

9        A.   I would have to contact them if a member

09:40 10    requested a credit, that would have been one

11    reason.  I may have contacted them if a price

12    wasn't invoiced correctly.

13        Q.   Any other interactions with vendors?

14        A.   That's the extent -- that's the main

09:41 15    extent of it, yes.

16        Q.   If I say the word "member" to you in the

17    context of MARTA's business, what does that word

18    mean to you?

19        A.   That is one of our members/owner of our

09:41 20    company.

21        Q.   And during your employment at MARTA, did

22    you ever have interactions with members?

23        A.   Yes.

24        Q.   And can you describe generally those

09:41 25    interactions to me?

**Page 33**

1        A.   If there was a problem the way they were

2    invoiced or if they thought they were overcharged

3    or if they needed to return a product, they would

4    typically contact me.

09:42  5        Q.   Okay.  Did MARTA ever send bulletins to

6    its members?

7        A.   Yes.

8        Q.   How frequently were these bulletins sent?

9        A.   Regularly probably several a week.

09:42 10        Q.   Okay.  And what would be contained in

11    these bulletins?

12        A.   Various things, updates on pricing,

13    programs, copies of programs, announcements of new

14    members, for member achievements and information

09:42 15    regarding, like, upcoming shows and maybe trade

16    shows.

17        Q.   You mentioned the word "program."  What

18    does that mean to you?

19        A.   It was a negotiated set of pricing.

09:43 20        Q.   Negotiated pricing between whom and whom?

21        A.   Between MARTA and the vendors.

22        Q.   How long would these negotiated prices

23    last, for what period of time?

24        MR. SMITH:  Objection.

09:43 25        THE WITNESS:  They vary, but typically

**Page 34**

1    between shows.  So that would be maybe four months.

2        Q.   BY MR. LAU:  When you say the word "show,"

3    what does that mean?

4        A.   It was a convention-type show that we

09:44  5    held.  It was a buying -- a buying show.

6        Q.   Who would attend these buying shows?

7        A.   Vendors would come with their product, set

8    up displays, and our members would attend.

9        Q.   Who was responsible at MARTA for

09:44 10    negotiating the prices that were a part of these

11    programs?

12        A.   I think it would have been Warren Mann or

13    our current executive director.

14        Q.   Would the executive director consult with

09:45 15    anybody for purposes of negotiating prices?

16        MR. SMITH:  Objection.

17        MR. LAU:  Let me rephrase that.

18        Q.   Would the executive director consult with

19    anyone within MARTA for purposes of negotiating

09:45 20    prices with vendors?

21        MR. SMITH:  Objection.

22        THE WITNESS:  I don't know that.

23        Q.   BY MR. LAU:  Ms. Fields, are you familiar

24    with the email address Marta@Martacoop.com?

09:45 25        A.   Yes.

**Page 35**

1   Q.  And what is that email address?

2   A.  That was the main receptionist computer

3   where all of the bulletins would have originated

4   from.

09:46 5   Q.  If an email was sent to MARTA at

6   Martacoop.com, would you also receive that email,

7   Ms. Fields?

8   A.  During what time frame, the relevant time

9   frame?

09:46 10   Q.  From 1997 until the current time frame.

11   A.  Okay.  I would have received them.  I

12   think we forwarded it to my email address somewhere

13   around the 2007 time frame.

14   Q.  What about before that, if an email was

09:46 15   sent to MARTA at Martacoop.com, would you receive

16   that email?

17   A.  No.

18   Q.  Would you receive the bulletins that MARTA

19   sent out?

09:47 20   A.  If they were addressed to me, if I was a

21   recipient, but not automatically.

22   Q.  Okay.  Do you know whether MARTA had a

23   board of directors?

24   A.  Yes.

09:47 25   Q.  Do you know whether the board of directors

**Page 36**

1   of MARTA ever held meetings?

2   A.  Yes.

3   Q.  Did you ever attend any of these meetings?

4   A.  In recent times I have.

09:47 5   Q.  When was the first board meeting you

6   attended?

7   A.  In 2006.

8   Q.  Have you ever seen the corporate

9   governance documents from MARTA, such as the bylaws

09:48 10   and articles of incorporation?

11   A.  I have seen them, yes.

12   Q.  Okay.  And do you have an understanding as

13   to the organization of MARTA?

14   A.  Pretty good understanding.

09:48 15   Q.  Do you have an understanding as to the

16   business purpose of MARTA?

17   MR. SMITH:  Objection.

18   THE WITNESS:  I think I understand it,

19   yes.

09:48 20   Q.  BY MR. LAU:  Okay.  While you were

21   employed at MARTA, did MARTA ever have a document

22   retention policy?

23   A.  Yes.

24   Q.  Did it have one such policy or did it have

09:49 25   several such policies?

**Page 37**

1   A.  I don't know the answer to that.

2   Q.  Tell me your understanding of Marta's

3   document retention policy.

4   A.  I mean, I don't recall the specifics of

09:49 5   it.  I can't answer the specifics of the policy.

6   Q.  Tell me what you remember about Marta's

7   document retention policy?

8   A.  I think we saved invoices, which is what I

9   would have been responsible for, for three years.

09:49 10   That would have been our member invoices.  I think

11   we held our manufacturer invoices about three to

12   five years as well.

13   Q.  What else do you remember about that

14   policy?

09:50 15   A.  That's really the only things I was

16   responsible for.

17   Q.  Was this policy a written policy?

18   A.  I think it was in a book, yes.

19   Q.  Have you seen the policy before?

09:50 20   A.  I have seen it.

21   Q.  When was the last time you saw it?

22   A.  Maybe a year ago.  I am not sure of the

23   exact time frame, but it's been a while.

24   Q.  Were you ever involved in collecting

09:50 25   documents at MARTA that are responsive to the

**Page 38**

1   discovery requests in this case sent to MARTA?

2   A.  Yes.

3   Q.  Okay.  Okay.  Describe to me your efforts

4   to find documents that were responsive to the

09:51 5   discovery requests that have been issued in this

6   case?

7   MR. SMITH:  Only answer to the extent you

8   wouldn't be revealing any communications you had

9   with any of your attorneys.  But to the extent that

09:51 10   you took actions, you can disclose that.

11   THE WITNESS:  I basically went through

12   every box of documents that we had, as well as

13   trying to obtain information off of our servers.

14   Q.  BY MR. LAU:  Okay.  How many boxes did you

09:51 15   review?

16   A.  Probably 60.

17   Q.  And where were these boxes located?

18   A.  They were at our office in Scottsdale.

19   Q.  Which office?

09:51 20   A.  The one on 92nd Street and Shea in

21   Scottsdale.

22   Q.  Where are those boxes currently located?

23   A.  They are currently in a storage unit.

24   Q.  And where is that storage unit located?

09:52 25   A.  It is right now half of -- I would say

**Page 39**

1 half to three-quarters of them are at a storage
2 facility in a -- I think it's New York.
3     Q. And where are the remaining documents
4 located?
09:52 5     A. They are at a storage facility on my
6 property.
7     Q. Did Marta's document retention policy
8 affect the length of time that electronic
9 information would be preserved?
09:52 10     MR. SMITH: Objection.
11     THE WITNESS: I do not know.
12     Q. BY MR. LAU: Do you know whether Marta's
13 electronic information has ever been destroyed or
14 deleted?
09:53 15     A. Not to my knowledge.
16     Q. Where is that -- where is Marta's
17 electronic information currently stored?
18     A. It is at my office in Scottsdale -- or I'm
19 sorry, at my home office.
09:53 20     Q. And how is it stored?
21     A. It's -- I have the servers under the desk,
22 and the documents, as I mentioned, were in a
23 storage container at my property.
24     Q. How many servers are under your desk?
09:53 25     A. There is two old servers.

**Page 40**

1     Q. And anything else?
2     A. Nope, that's it.
3     Q. Are these two servers the Dell server and
4 the mail server we discussed earlier?
09:54 5     A. Yes.
6     Q. Do you recall when MARTA filed a lawsuit
7 -- its lawsuit in this case?
8     A. I don't know the dates.
9     Q. When MARTA filed its lawsuits, did you or
09:54 10 Mr. Thompson or any other employee or consultant of
11 MARTA take any steps to preserve documents?
12     MR. SMITH: Objection.
13     THE WITNESS: Yes, we were advised to keep
14 everything and not get rid of any documents.
09:55 15     Q. BY MR. LAU: Have any such documents been
16 destroyed since MARTA announced this lawsuit?
17     MR. SMITH: Objection.
18     THE WITNESS: No.
19     Q. BY MR. LAU: At the time that MARTA
09:55 20 commenced this lawsuit, how many people were
21 employed by MARTA?
22     MR. SMITH: Objection.
23     THE WITNESS: I don't know exactly when it
24 was filed, so I can't answer that.
09:55 25     Q. BY MR. LAU: In 2011, how many people were

**Page 41**

1 employed by MARTA?
2     A. Two.
3     Q. Did -- since you've been employed by MARTA
4 in 1997, was it ever a practice of MARTA employees
09:56 5 to store MARTA records on their own personal
6 computers?
7     MR. SMITH: Objection.
8     THE WITNESS: Not to my knowledge.
9     Q. BY MR. LAU: Since you were first employed
09:56 10 by MARTA in 1997, was it ever a practice of Marta's
11 employees to store MARTA records on individual
12 storage devices, such as thumb drives?
13     MR. SMITH: Objection.
14     Q. BY MR. LAU: Or floppy disks?
09:56 15     MR. SMITH: Sorry. Objection.
16     THE WITNESS: We did use floppy disks when
17 I started with MARTA.
18     Q. BY MR. LAU: Do those floppy disks still
19 exist today?
09:56 20     A. I believe they do.
21     Q. Were those floppy disks searched to find
22 documents that might be responsive to the discovery
23 requests issued in this case?
24     A. I don't know. I turned over everything.
09:57 25     Q. Including the floppy disks?

**Page 42**

1     A. Yes.
2     Q. Since you were employed by MARTA in 1997,
3 was it ever the practice of MARTA employees to send
4 work-related emails to their personal email
09:57 5 accounts?
6     MR. SMITH: Objection.
7     THE WITNESS: I don't know.
8     Q. BY MR. LAU: Did you ever send MARTA
9 business documents to one of your own personal
09:57 10 email accounts?
11     A. No.
12     Q. Other than the 60 boxes that we discussed
13 and the two servers that we discussed, is there any
14 other possible location for documents that might be
09:58 15 responsive to the discovery that's been issued in
16 this case?
17     MR. SMITH: Objection.
18     THE WITNESS: Can you repeat that?
19     Q. BY MR. LAU: Other than the 60 boxes that
09:58 20 we have discussed and other than the two servers
21 that we've discussed, is there any other possible
22 location for documents that might be responsive to
23 the discovery that has been issued in this case?
24     MR. SMITH: Objection.
09:58 25     THE WITNESS: Not to my knowledge.

**Page 43**

1  MR. SMITH: Albie, when you get to a break
2  in your line of questioning, we could take a short
3  pause.
4  MR. LAU: We have been going about an hour
09:59 5  now. Why don't we take a break right now.
6  THE VIDEOGRAPHER: Off the record at 9:58
7  a.m.
8  (Whereupon a recess was taken.)
9  THE VIDEOGRAPHER: On the record at 10:15
10:15 10  a.m.
11  Q. BY MR. LAU: Ms. Fields, earlier you
12  testified that you have an understanding of the
13  business purpose of MARTA.
14  Do you recall that testimony?
10:15 15  A. Yes.
16  Q. Tell me, please, your understanding of the
17  business purpose of MARTA.
18  A. It was -- the main purpose of MARTA was to
19  retain the lowest net acquisition cost to provide
10:16 20  to our members.
21  Q. And how did MARTA go about obtaining the
22  lowest net acquisition cost?
23  A. We bought the products in large quantities
24  and then sold them to our members.
10:16 25  Q. How many members did MARTA have during

**Page 44**

1  your employment at MARTA?
2  A. When I started, there was approximately
3  110 dealers, members.
4  Q. Did that number stay the same over time or
10:17 5  did it fluctuate?
6  A. Fluctuated.
7  Q. At its peak, how many members did MARTA
8  have?
9  A. During my time of employment, it was 110.
10:17 10  Q. How about at its lowest?
11  A. Probably 45.
12  Q. And when was that?
13  A. That would have been around the 2008, 2009
14  time -- sorry, 2008, 2009, so 2007 we started to
10:17 15  drop off in numbers.
16  Q. Okay. How would MARTA buy merchandise?
17  Do you have any understanding of that, the
18  mechanics, that is?
19  A. That was a little --
10:18 20  MR. GRALEWSKI: Object to form.
21  Q. BY MR. LAU: Do you understand my
22  question?
23  A. Yes. That was a little outside the scope
24  of my responsibilities at the company.
10:18 25  Q. Okay. I am going to hand you another

**Page 45**

1  document that I would like to be marked as Exhibit
2  3243, and it is a document that begins on the first
3  page "MARTA Cooperative of America, Inc.,
4  Cooperative Plan (Including All Amendments Through
10:19 5  July 31, 2006)," and it begins with a Bates No.
6  CRT-MARTA-0043944.
7  If you could review this document and let
8  me know once you've had a chance to look at it.
9  MR. SMITH: There a portion you want her
10:19 10  to focus on in this document? It may take her a
11  while to look through it.
12  MR. LAU: It would make sense. Why don't
13  you just focus on -- I want you to flip through it
14  generally so you can assure yourself it's complete.
10:19 15  Why don't you just focus on the first two pages?
16  THE WITNESS: Okay.
17  MR. LAU: Thank you.
18  (Reporter marked Exhibit No. 3243 for
19  identification.)
10:20 20  MR. SMITH: Even though you are to focus
21  on the first two pages, take as much time as you
22  need to understand the full context of the
23  document.
24  THE WITNESS: Okay.
10:22 25  MR. SMITH: Albie, was this produced as a

**Page 46**

1  consolidated document? Looks like there might be
2  some appendages at the end that is not totally
3  related. But if it was the way it was produced,
4  that's totally fine.
10:22 5  MR. LAU: Correct.
6  MR. SMITH: Okay. Thank you.
7  MR. LAU: All set?
8  THE WITNESS: Yes.
9  Q. BY MR. LAU: Ms. Fields, earlier you
10:26 10  testified that you had seen the corporate
11  governance documents for MARTA, such as the bylaws
12  and articles of incorporation.
13  Do you remember that testimony?
14  A. Yes.
10:26 15  MR. SMITH: Objection.
16  Q. BY MR. LAU: Can you please -- do you
17  recognize this document?
18  A. Yes.
19  Q. What is this document?
20  A. It's the cooperative plan.
21  Q. Is there anything attached to the
22  cooperative plan?
23  A. It looked like the bylaws are also here
24  and amendments.
10:27 25  Q. Okay. Thank you. Would MARTA generate

**Page 47**

1  these types of documents in the normal course of
2  its business?
3      MR. SMITH:  Objection.
4      THE WITNESS:  I don't know.
10:27 5      Q.  BY MR. LAU:  Would MARTA generate a
6  document like this to facilitate its business?
7      MR. SMITH:  Objection.
8      MR. LAU:  What's the nature of the
9  objection?  I don't understand it.
10:27 10      MR. SMITH:  I think the word "facilitate"
11  is vague in the context of this question.
12      MR. LAU:  Good.  Thank you.
13      Q.  Do you understand what I mean by
14  "facilitate," Ms. Fields?
10:27 15      A.  Not really.
16      Q.  Let me take a step back.  Was this
17  document generated by MARTA?
18      A.  Yes.
19      Q.  Why was this document generated by MARTA?
10:27 20      A.  So the way I understand it would be so
21  that all members understand how the group works and
22  what their responsibilities as well as our
23  responsibilities are.
24      Q.  Would MARTA rely upon this document for
10:28 25  purposes of doing its business?

**Page 48**

1      MR. SMITH:  Objection.
2      MR. LAU:  What's the nature of your
3  objection?
4      MR. SMITH:  You're asking the witness to
10:28 5  testify what MARTA -- what was in MARTA's mindset
6  when acting as a corporate entity.  She's not here
7  to testify on behalf of MARTA.
8      MR. LAU:  Fair enough.
9      Q.  Ms. Fields, what's your understanding as
10:28 10  to why MARTA would generate a document like this?
11      A.  Because to make it clear what the members'
12  responsibilities are as well as our
13  responsibilities in the organization are to its
14  members.
10:28 15      Q.  Do you have any reason to believe this
16  document is not accurate?
17      A.  No.
18      Q.  Do you have any reason to believe that
19  this document is not complete?
10:28 20      A.  No.  I think it is complete.
21      Q.  Okay.  Thank you.  Let's talk again about
22  what MARTA was up to.  MARTA would buy products on
23  behalf of its members, correct?
24      MR. SMITH:  Objection.
10:29 25      MR. LAU:  Just so we don't go round and

**Page 49**

1  round all day long, Mr. Smith, when you say
2  "objection," that puts me on no notice whatsoever
3  as to the nature of your objection.  Obviously I
4  want to have a clean record.  If you can object and
10:29 5  tell me why you're objecting, that would allow me
6  to rephrase my question.  But if you just say a
7  blanket objection, that puts me on no notice at
8  all.
9      You're free to do so.  I am not going to
10:29 10  stop you, but I just want to let you know, I don't
11  understand what you mean when you simply say
12  "objection."
13      MR. SMITH:  Very well.  I was trying to
14  comply with the various discovery rules that have
10:29 15  been issued in this case that permit the statement
16  of objection.  But if you would like me to make a
17  more full explanation of my objection, I would be
18  glad to do so.
19      MR. LAU:  So long as it is not a speaking
10:29 20  objection, that would be great.  Thank you.
21      MR. GRALEWSKI:  Object to form.
22      Q.  BY MR. LAU:  I don't think I got an answer
23  to the question.  Let me ask it again.
24      Ms. Fields, your understanding is that
10:30 25  MARTA would buy products on behalf of its members,

**Page 50**

1  correct?
2      MR. GRALEWSKI:  Object to form.
3      THE WITNESS:  I believe so.
4      Q.  BY MR. LAU:  And it's your understanding
10:30 5  that members can buy products through channels
6  other than MARTA, correct?
7      A.  Correct.
8      MR. GRALEWSKI:  Object to form.
9      Q.  BY MR. LAU:  And in that way, MARTA -- the
10:30 10  services provided by MARTA were not exclusive in
11  nature, correct?
12      A.  Correct.
13      MR. GRALEWSKI:  Object to form.
14      Q.  BY MR. LAU:  And MARTA would sell its
10:30 15  products exclusively to its members, correct?
16      A.  Correct.
17      MR. SMITH:  Object to form.  Lack of
18  foundation.
19      Q.  BY MR. LAU:  MARTA would not sell anything
10:30 20  to the public, correct?
21      MR. SMITH:  Objection; lack of foundation.
22      THE WITNESS:  Correct.
23      Q.  BY MR. LAU:  And MARTA would not sell
24  anything to non-member companies, correct?
10:31 25      MR. SMITH:  Objection; lack of foundation.

**Page 51**

1    THE WITNESS:  Correct.

2    Q.   BY MR. LAU:  MARTA exists, from your

3    understanding, only to serve the interests of its

4    members, correct?

10:31  5    MR. GRALEWSKI:  Object to form.

6    THE WITNESS:  Also as an organization as a

7    whole.

8    Q.   BY MR. LAU:  And what do you mean by that?

9    A.   Well, basically to increase our value as

10:31 10    an organization to the members.

11    Q.   Okay.  MARTA, based on your understanding,

12    was a not-for-profit entity, correct?

13    A.   Correct.

14    MR. GRALEWSKI:  Object to form.

10:31 15    Q.   BY MR. LAU:  MARTA was not in the business

16    of trying to make money for itself, correct?

17    MR. SMITH:  Objection; lack of foundation.

18    THE WITNESS:  Not correct.

19    Q.   BY MR. LAU:  And why not?

10:32 20    A.   Because it took money to run the

21    organization.

22    Q.   Okay.  But other than the expenses of

23    running the organization, it was not MARTA's role,

24    to your understanding, to generate profit, correct?

10:32 25    A.   Correct.

**Page 52**

1    MR. GRALEWSKI:  Object to form.

2    Q.   BY MR. LAU:  Indeed if there were any

3    instances where there were revenues in excess of

4    expenses, such excess revenues would be distributed

10:32  5    to Marta's members, correct?

6    A.   Correct.

7    MR. GRALEWSKI:  Excuse me, when I make my

8    objection, I am not hearing the witness' answer if

9    she's answering.  I am not sure.

10:33 10    (Discussion off the record.)

11    Q.   BY MR. LAU:  Ms. Fields, MARTA was owned

12    by its members, correct?

13    MR. SMITH:  Objection; lack of foundation.

14    THE WITNESS:  That's my understanding.

10:34 15    Q.   BY MR. LAU:  And each member of MARTA had

16    an equal share of MARTA, correct?

17    MR. SMITH:  Objection; lack of foundation.

18    THE WITNESS:  Yes.

19    Q.   BY MR. LAU:  And every share of MARTA is

10:34 20    owned by MARTA's members, correct?

21    A.   I'm sorry.

22    Q.   Every share of MARTA is owned by a member

23    of MARTA, correct?

24    A.   Yes.

10:34 25    MR. SMITH:  Objection; lack of foundation,

**Page 53**

1    calls for legal conclusion.

2    Q.   BY MR. LAU:  Now, Ms. Fields, MARTA is not

3    just owned by its members, it's also controlled by

4    its members, correct?

10:34  5    MR. SMITH:  Objection; lack of foundation,

6    calls for legal conclusion.

7    THE WITNESS:  I believe they guide the

8    group, yes, so it would be controlled by them as

9    well.

10:34 10    Q.   BY MR. LAU:  MARTA had a board of

11    directors, correct?

12    A.   Yes.

13    Q.   And all members of the board of directors

14    would be members of MARTA, correct?

10:35 15    MR. SMITH:  Objection; lack of foundation.

16    THE WITNESS:  Yes.

17    Q.   BY MR. LAU:  Okay.  Let's turn back to the

18    Exhibit 3243, please, the document that began

19    "Cooperative" on the first page.

10:35 20    Do you see Paragraph A entitled "Company

21    as Purchasing Agent," do you see that paragraph?

22    A.   Yes.

23    Q.   Let's look at the first sentence:

24    "The company shall act as and shall be

10:36 25    a nonexclusive purchasing agent for

**Page 54**

1    each and every shareholder of the

2    company."

3    Do you see that first sentence?

4    A.   Yes.

10:36  5    MR. GRALEWSKI:  Object to form.

6    Q.   BY MR. LAU:  Is that sentence consistent

7    with your understanding of how MARTA operated?

8    A.   Yes.

9    Q.   Let's look at the second sentence:

10:36 10    "The placing of an order with or

11    through the company shall be binding

12    on the shareholder placing such order

13    and shall require the shareholder to

14    purchase such merchandise from the

10:36 15    company and the company to sell such

16    merchandise to the shareholder

17    provided, however, that said

18    obligations shall be void if said

19    order cannot be completed with less

10:36 20    than reasonable variances therefrom."

21    Do you see that sentence?

22    A.   Yes.

23    MR. GRALEWSKI:  Object to form.

24    MR. SMITH:  Objection.

10:37 25    Q.   BY MR. LAU:  Now, that sentence is also

**Page 55**

1 consistent with your understanding of how MARTA
2 operated, correct?
3    A. Correct, that was the goal.
4    Q. And in addition to being the goal, that's
10:37 5 what happened in practice, correct?
6      MR. SMITH: Objection; overbroad.
7      THE WITNESS: Not always.
8    Q. BY MR. LAU: And when would it not always,
9 give me an example?
10:37 10    A. There would be, in some cases,
11 opportunities, buys or special deals that we would
12 place an order where there may be extra pieces that
13 we did not have a commitment for more approval that
14 our members were going to buy that.
10:37 15    Q. How often -- oh, are you finished with
16 your answer?
17    A. Yeah, that's one situation.
18    Q. Okay. Give me another situation, please,
19 if there were any?
10:37 20    A. There may have been issues where a company
21 went out of business or had financial issues,
22 troubles, and were not able to actually pay us for
23 the merchandise or buy the merchandise from us,
24 although they committed to.
10:38 25    Q. Are there any other instances, any other

**Page 56**

1 instances where the goal as expressed in this
2 sentence that we just read were not met?
3    A. Those are the two main things that I can
4 think of that come to mind.
10:38 5    Q. But you can't think of any other
6 instances, correct?
7      MR. SMITH: Objection; asked and answered.
8      THE WITNESS: Not off the top of my head.
9    Q. BY MR. LAU: Okay. Let's talk about
10:38 10 opportunity buys and special deals. Are those
11 terms synonymous with one another or do they
12 describe different activities?
13    A. Pretty synonymous.
14    Q. Okay.
10:39 15    A. They are close to the same.
16    Q. How often would MARTA engage in
17 opportunity buys?
18      MR. SMITH: Objection; lack of foundation.
19      THE WITNESS: I don't know of an exact
10:39 20 number when they were presented.
21    Q. BY MR. LAU: Give me a good-faith
22 estimate, would they occur once a year?
23    A. Well, I'd be speculating, but I would have
24 to say --
10:39 25      MR. SMITH: Don't speculate. If you know

**Page 57**

1 the answer to his question, give an answer. If
2 not, say you don't know.
3    Q. BY MR. LAU: Let me rephrase the question.
4    A. Yes.
10:39 5    Q. In your mind sitting here today, how many
6 opportunity buys do you recall MARTA engaging in?
7    A. Maybe several, ten to 15 maybe per year.
8    Q. And what would be the quantities involved
9 in these opportunity buys?
10:40 10      MR. SMITH: Objection; overbroad.
11      THE WITNESS: That would vary greatly.
12    Q. BY MR. LAU: What's the lowest quantity
13 that you recall?
14    A. Honestly, I can't recall at this moment.
10:40 15    Q. What would be the highest quantity that
16 you would recall, that you can recall today?
17    A. Maybe a few thousand pieces of something.
18    Q. When MARTA would engage in opportunity
19 buy, where would the merchandise be sold -- stored,
10:40 20 excuse me?
21    A. We had a warehouse in Chicago that would
22 store excess merchandise that wasn't sold
23 immediately.
24    Q. And when was this -- was it stored any
10:41 25 place else?

**Page 58**

1    A. I think that would typically be where it
2 was stored.
3    Q. How long -- for what time period did MARTA
4 have the warehouse in Chicago, Illinois?
10:41 5    A. When I started there in 1997, it was
6 actively being used, and I think it ran -- I think
7 they closed it down somewhere in the 2000 maybe '2
8 time frame. I don't recall exact dates.
9    Q. Okay. And once MARTA engaged in an
10:41 10 opportunity buy and then stored the merchandise in
11 the warehouse, what would MARTA do with the
12 merchandise then?
13      MR. SMITH: Objection; lack of foundation,
14 vague.
10:42 15      THE WITNESS: I believe they would wait
16 until they had orders for it and then ship them
17 out.
18    Q. BY MR. LAU: Orders from whom?
19    A. Our members.
10:42 20    Q. Would the opportunity buy merchandise be
21 sold to anyone other than a member?
22      MR. SMITH: Objection; lack of foundation.
23      THE WITNESS: Not to my knowledge.
24    Q. BY MR. LAU: Would MARTA try to make a
10:42 25 profit for itself on these opportunity buys that

**Page 59**

1  were subsequently sold to members?

2        MR. SMITH:  Objection; lack of foundation.

3        THE WITNESS:  I don't know the answer to

4  that question.

10:42  5        Q.  BY MR. LAU:  Okay.  Are you familiar with

6  the concept known as J number?

7        A.  Yes.

8        Q.  What does that stand for, what does that

9  mean?

10:43  10        A.  It was an approval number that we would

11  generate and provide to the manufacturers which

12  would allow them to release product for shipment.

13        Q.  Okay.  Would the opportunity buys that

14  MARTA engaged in, would those transactions show up

10:43  15  in the transactional data that has been produced in

16  this case?

17        A.  Yes, some of it should.

18        Q.  Some or all?

19        A.  Well, there were --

10:43  20        MR. SMITH:  Objection; asked and answered.

21        THE WITNESS:  There were appliance stuff.

22  I don't know if you have the data for that, but

23  there were appliance deals as well.

24        Q.  BY MR. LAU:  Were there opportunity buys

10:44  25  just for CRT finished products?

**Page 60**

1        A.  Yes.

2        Q.  And for those opportunity buys, would

3  those transactions show up in the transactional

4  data that's been produced in this case?

10:44  5        A.  Yes.

6        Q.  So it would be fair for me to conclude

7  that if I looked in the transactional data, that

8  would reflect the entire universe of opportunity

9  buys for CRT finished products during the relevant

10:44  10  time period, correct?

11        A.  Yes.

12        MR. SMITH:  Objection to form.

13        Q.  BY MR. LAU:  Okay.  Were opportunity buys

14  that were sold to members, were they assigned a J

10:44  15  number?

16        A.  Yes.

17        Q.  Is there any way to look at that

18  transactional data and distinguish between

19  opportunity buys on the one hand and

10:44  20  non-opportunity buys on the other?

21        A.  I don't think so, but I am not sure about

22  that.

23        Q.  You gave me a second example of when the

24  goal of MARTA as expressed in this cooperative plan

10:45  25  might not have been met, and you said that would be

**Page 61**

1  an issue where a company went out of business and

2  could not buy the merchandise they had committed

3  to.

4        Do you remember giving me that example?

10:45  5        A.  Yes.

6        MR. SMITH:  Objection; mischaracterizes

7  the testimony.

8        Q.  BY MR. LAU:  Do you think that's a fair

9  characterization of your testimony, Ms. Fields?

10:45  10        A.  I said -- I recall saying either when they

11  went out of business or had financial difficulties,

12  but close.

13        Q.  How often would that occur?

14        MR. SMITH:  Objection; lack of foundation.

10:46  15        THE WITNESS:  I don't recall the specific

16  number.  I recall several instances of it, though.

17        Q.  BY MR. LAU:  And what would happen in that

18  circumstance?

19        MR. SMITH:  Objection; lack of foundation,

10:46  20  vague.

21        THE WITNESS:  We would be responsible to

22  pay the manufacturer even though we were not being

23  paid.

24        And one that sticks out, maybe two

10:46  25  situations that stick out, we actually literally

**Page 62**

1  had to take physical property of the merchandise in

2  our office in Scottsdale.

3        Q.  BY MR. LAU:  Are you familiar with letters

4  of credit ever being provided by members of MARTA

10:46  5  to MARTA?

6        A.  Yes.

7        Q.  Would MARTA ever approve a sale in excess

8  of a letter of credit?

9        MR. SMITH:  Objection; lack of foundation.

10:46  10        THE WITNESS:  I don't know the answer.  I

11  am not sure about that.

12        Q.  BY MR. LAU:  Okay.  For merchandise that

13  was covered by this category, instances where a

14  company went out of business or had financial

10:47  15  difficulties, would those transactions be reflected

16  in the transactional data that has been produced in

17  this case?

18        A.  Yes.

19        Q.  Is there any way to distinguish those

10:47  20  transactions from other transactions, i.e.,

21  transactions not involving companies going out of

22  business or engaging in financial difficulties?

23        A.  I wouldn't know how to identify them

24  because they would have appeared as a normal

10:47  25  transaction.

**Page 63**

1   Q.  Other than yourself, Ms. Fields, who would

2   have the knowledge of the opportunity buys and the

3   second example of companies that go out of business

4   who are experiencing financial difficulties?

10:48  5   A.  I believe Warren Mann, John Ross, probably

6   Katherine O'Donnell and Wendy Pitts as well.  I

7   mean, there may be more, but those are the main

8   people that would have had knowledge about this.

9   Q.  Okay.  Thank you.  I am going to hand out

10:49  10   another exhibit that I would like to be marked as

11   Exhibit 3244.  This is a document that's entitled

12   "MARTA Cooperative of America Business Plan

13   September 1997" and begins with the Bates No.

14   CRT-MARTA-0044008.

10:49  15   (Reporter marked Exhibit No. 3244 for

16   identification.)

17   Q.  BY MR. LAU:  Can you please review this

18   document and familiarize yourself with it.

19   All set?

11:02  20   A.  Yes.

21   Q.  Ms. Fields, do you recognize this

22   document?

23   A.  No.

24   Q.  Okay.  So you've never seen this document

11:02  25   before?

**Page 64**

1   A.  Not to my knowledge.

2   Q.  Did MARTA ever have membership agreements

3   with its members?

4   MR. SMITH:  Objection; calls for legal

11:02  5   conclusion.

6   THE WITNESS:  Yes.

7   Q.  BY MR. LAU:  Yes.  Have you seen those

8   membership agreements before, Ms. Fields?

9   A.  Yes.

11:03  10   Q.  I'd like to hand another document to the

11   court reporter to be marked as Exhibit 3245, and

12   this is a letter dated April 12, 1999, and it

13   begins -- it has Bates numbers that begin

14   CRT-MARTA-0044075 that goes for several pages, and

11:03  15   it includes a document entitled "Membership

16   Agreements of Watertown Restaurant Supply Company."

17   (Reporter marked Exhibit No. 3245 for

18   identification.)

19   Q.  BY MR. LAU:  All set?

11:08  20   A.  Yes.

21   MR. LAU:  I am informed that we are at the

22   end of the first tape, so maybe now would be time

23   to take a brief break, switch the tape and start

24   again.

11:08  25   THE WITNESS:  Sounds good.

**Page 65**

1   MR. LAU:  How much time would you like,

2   Kyle?

3   MR. SMITH:  Is ten minutes good for you?

4   THE WITNESS:  That's fine.

11:09  5   MR. LAU:  Reconvene in ten minutes.

6   THE VIDEOGRAPHER:  This is the end of the

7   first tape of the deposition of Aimee L. Fields.

8   We are off the record at 11:09 a.m.

9   (Whereupon a recess was taken.)

11:18  10   THE VIDEOGRAPHER:  This is the beginning

11   of Tape No. 2 in the continuing videotaped

12   deposition of Aimee L. Fields.  On the record at

13   11:18 a.m.

14   Q.  BY MR. LAU:  Ms. Fields, before the break,

11:18  15   you testified that you have seen membership

16   agreements at MARTA before.

17   Do you remember that testimony?

18   A.  Yes.

19   Q.  Let's take a look at Exhibit 3245, the

11:19  20   document you just reviewed before the break.

21   Do you recognize this document?

22   A.  Yes.

23   Q.  And what is this document?

24   A.  It appears to be a member agreement.

11:19  25   Q.  Would MARTA generate these type of member

**Page 66**

1   agreements in the normal course of its business?

2   MR. SMITH:  Objection; lack of foundation.

3   THE WITNESS:  I believe so.

4   Q.  BY MR. LAU:  Would MARTA rely on these

11:19  5   member agreements in the normal course of its

6   business?

7   MR. SMITH:  Objection; lack of foundation.

8   THE WITNESS:  I would think so, yes.

9   Q.  BY MR. LAU:  Do you have any reason to

11:19  10   believe this document is not accurate?

11   A.  No.

12   Q.  Do you have any reason to believe that

13   this document is incomplete?

14   A.  Didn't appear to be.

11:20  15   Q.  Okay.  Ms. Fields, were all members of

16   MARTA required to sign a membership agreement like

17   this membership agreement?

18   MR. SMITH:  Objection; lack of foundation,

19   calls for legal conclusion.

11:20  20   THE WITNESS:  I believe --

21   MR. GRALEWSKI:  Object to form.

22   THE WITNESS:  I believe during the central

23   billing period, yes.

24   Q.  BY MR. LAU:  Okay.  Ms. Fields, have you

11:20  25   ever heard of the term -- well, take a step back.

**Page 67**

1    Did MARTA ever make lists of the members
2 who were members of MARTA?
3    A.  Yes.
4    Q.  And have you seen those lists?
11:20 5    A.  Yes.
6    Q.  Ms. Fields, have you ever heard of the
7 term "resource plus"?
8    A.  Yes.
9    Q.  What does that term mean?
11:20 10    A.  That is our new name.  We were under a
11 brand -- a rebranding.
12    Q.  When did this rebranding occur?
13    A.  I would say the 2008, early 2009 time
14 frame.  That's my best guess.
11:21 15    Q.  What was the purpose behind the
16 rebranding?
17    A.  We had merged with another buying group,
18 and our group had changed quite a bit.  So we were
19 basically trying to use it as recruitment material,
11:21 20 create like a new brochure, new logo.
21    Q.  When did this merger with the other buying
22 group occur?
23    A.  That would have been approximately
24 December 2005 through January 2006.
11:22 25    Q.  And what was the name -- what is the name

**Page 68**

1 of this other buying group?
2    A.  It is AVB, Associated Volume Buyers, and
3 they also go by Brandsource.
4    Q.  Do you know whether it was a formal
11:22 5 corporate merger between MARTA and AVB Brandsource?
6    A.  I don't know.
7    Q.  How was the merger described to you, if
8 you know?
9    A.  I don't believe it was a merger, I just
11:22 10 want to correct that.  I think it was what we
11 called an alliance.
12    Q.  And why did MARTA enter into an alliance
13 with AVB Brandsource?
14    MR. SMITH:  Objection; lack of foundation.
11:23 15    THE WITNESS:  I don't know the exact
16 reasons.
17    Q.  BY MR. LAU:  Did anyone ever explain to
18 you why the alliance occurred?
19    A.  I think it was -- I mean, it was somewhat
11:23 20 explained to me, but I don't know the exact
21 reasons.  I do know that they were trying to pull
22 together their resources.  They had resources that
23 we did not have.
24    Q.  You said that the membership agreement
11:24 25 that we see in Exhibit 3245, that that would be the

**Page 69**

1 type of membership agreement in effect until the
2 end of central billing, correct?
3    A.  Correct.
4    Q.  When did central billing end?
11:24 5    A.  The majority of it ended in April of 2006,
6 and I believe we still had one remaining vendor
7 until approximately 2008.  That's my best
8 recollection.
9    Q.  And who was that one remaining vendor
11:24 10 until 2008?
11    A.  Would have been Toshiba.
12    Q.  And why was Toshiba the one remaining
13 vendor?
14    MR. SMITH:  Objection; lack of foundation.
11:25 15    THE WITNESS:  I really don't know the
16 answer to that question.
17    MR. LAU:  Okay.  I am going to ask to have
18 another exhibit that I would like to be marked as
19 Exhibit 3246.  It's an August 15th, 2011, email
11:25 20 from Ms. Fields, and it begins with Bates No.
21 CRT-MARTA-0043860.
22    (Reporter marked Exhibit No. 3246 for
23    identification.)
24    Q.  BY MR. LAU:  Please review this document,
11:26 25 and let me know when you've had a chance to do so.

**Page 70**

1    A.  Okay.  I'm ready.
2    Q.  Ms. Fields, do you recognize this
3 document?
4    A.  I do.
11:26 5    Q.  And what is this document?
6    A.  It appears to be an email from myself to
7 Pat Jermyn.
8    Q.  What is attached to this email?
9    A.  It was a member list -- updated member
11:27 10 list current as of -- as of the date of the email,
11 which I assume would be 2011 August.
12    Q.  Now, even though it has the words
13 "Resource Plus" attached to it, did MARTA exist as
14 -- let me take a step back.
11:27 15    MARTA still existed as a separate
16 corporate entity as of the date of this email,
17 correct?
18    MR. SMITH:  Objection; vague, calls for
19 legal conclusion.
11:28 20    Q.  BY MR. LAU:  Do you understand my
21 question, Ms. Fields?
22    A.  Somewhat.
23    Q.  Okay.
24    A.  MARTA is still our company, our legal
11:28 25 corporate name.  We are just doing business as

**18 (Pages 67 to 70)**

**Page 71**

1 Resource Plus.

2 Q. That's what I thought. Okay. So when

3 this document was generated, was it generated in

4 MARTA's normal course of business?

11:28 5 A. Yes.

6 Q. Did MARTA rely on this document in the

7 course of its normal course of business?

8 MR. SMITH: Objection; lack of foundation.

9 THE WITNESS: It was used as reference.

11:28 10 Q. BY MR. LAU: So is that a "yes" to my

11 question or "no" to my question?

12 MR. SMITH: Objection.

13 THE WITNESS: I don't really know what you

14 mean by rely upon it.

11:29 15 MR. SMITH: Objection; lack of foundation.

16 Q. BY MR. LAU: So you believe it was

17 generated in the normal course of business?

18 A. Yes.

19 Q. Did MARTA -- having generated this list,

11:29 20 did MARTA rely on this list for essential business

21 purposes of MARTA?

22 MR. SMITH: Objection; lack of foundation.

23 THE WITNESS: Yes.

24 Q. BY MR. LAU: Do you have any reason to

11:29 25 believe that this document is not accurate?

**Page 72**

1 A. No.

2 Q. Do you have any reason to believe that

3 this document is incomplete?

4 A. I don't believe so.

11:29 5 Q. Okay. You can put that document down for

6 now.

7 And I'd like to hand out a new document to

8 be marked as Exhibit 3247. This is another

9 membership agreement that appears to be dated

11:30 10 September 30th, 2006. It is -- I'm sorry, I

11 misstated. It appears to be -- it is a member list

12 that appears to be dated September 30th, 2006, and

13 the Bates number for this document begins

14 CRT-MARTA-0043895.

11:30 15 (Reporter marked Exhibit No. 3247 for

16 identification.)

17 Q. BY MR. LAU: Have you had a chance to

18 review this document?

19 A. Yes.

11:32 20 Q. Do you recognize this document,

21 Ms. Fields?

22 A. Roughly I do.

23 Q. And what is this document?

24 A. It looks like a stock list.

11:32 25 Q. When you say "stock list," what does that

**Page 73**

1 mean?

2 A. Stock shares and an accounting of who was

3 holding shares at that time.

4 Q. Would MARTA generate these types of

11:32 5 documents in the normal course of its business?

6 MR. SMITH: Objection; lack of foundation.

7 THE WITNESS: This would not have been my

8 area, so I honestly don't know.

9 Q. BY MR. LAU: Would MARTA rely upon these

11:32 10 types of documents in the normal course of

11 business?

12 MR. SMITH: Objection; lack of foundation.

13 THE WITNESS: I don't know.

14 Q. BY MR. LAU: Do you have any reason to

11:33 15 believe that this document is not accurate?

16 A. I don't typically see these, so I wouldn't

17 know if it was accurate or complete.

18 Q. Have you seen similar documents before at

19 MARTA?

11:33 20 MR. SMITH: Objection; vague as to the

21 word "similar."

22 THE WITNESS: I don't believe so.

23 Q. BY MR. LAU: You described this as a stock

24 list.

11:33 25 Do you remember that?

**Page 74**

1 A. Yes.

2 Q. Have you seen stock lists before at MARTA?

3 A. No.

4 Q. Okay. All right. You can put that

11:33 5 document aside.

6 Have you ever heard of the phrase

7 "committees" in relation to MARTA?

8 A. Yes.

9 Q. And what is a committee?

11:34 10 A. There were -- it was a group of members

11 that came together for a purpose.

12 Q. What purpose?

13 A. I don't know. It depends. There's

14 various committees. We have a lot of...

11:34 15 Q. Can you describe some of the committees to

16 me?

17 A. Sure. They had executive committees that

18 if they were hiring somebody, they would assign a

19 group of the board members to get together and

11:34 20 interview potential candidates. There were -- I

21 can recall several of those types of executive

22 committees, like examine a warranty program. They

23 would choose three members that would examine the

24 program.

11:34 25 Q. Have you ever heard of the phrase

**Page 75**

```
 1    "electronics committee"?
 2        A.  Yes.
 3        Q.  And what was the electronics committee?
 4        A.  It was a group of members that was put
 5    together to analyze new models, transitions, meet
 6    with vendors.
 7        Q.  Part of the electronics committee's job
 8    was to advise the executive director of what
 9    products should be on price lists, correct?
10        MR. SMITH:  Objection; lack of foundation.
11        THE WITNESS:  What products should be on
12    price lists?
13        Q.  BY MR. LAU:  Correct.
14        A.  I don't really know.  I wasn't involved in
15    the committees, per se.
16        MR. LAU:  I am going to hand out another
17    document that I would like to have marked as 3248.
18    It is a document entitled "MARTA Overview."  It
19    begins with a Bates No. CRT-MARTA-0043911.
20        (Reporter marked Exhibit No. 3248 for
21        identification.)
22        Q.  BY MR. LAU:  Please review the document
23    and let me know when you've had a chance to do so.
24        A.  Okay.
25        Q.  Ms. Fields, do you recognize this
```

Timestamps (left margin): 11:35 at line 5, 11:35 at line 10, 11:35 at line 15, 11:36 at line 20, 11:45 at line 25.

**Page 76**

```
 1    document?
 2        A.  I think I have seen it briefly before.
 3        Q.  And what is this document?
 4        A.  I'm not 100 percent sure of this, but it
 5    appears to be some type of recruitment material.
 6        Q.  Would MARTA generate these types of
 7    documents in the normal course of its business?
 8        MR. SMITH:  Objection; vague, lack of
 9    foundation.
10        THE WITNESS:  It appears that they used it
11    for recruiting.  I guess that would be in the
12    course of business.
13        Q.  BY MR. LAU:  So is the answer "yes"?
14        A.  Yes.
15        MR. SMITH:  Objection; asked and answered.
16        Q.  BY MR. LAU:  Thank you.  Would MARTA rely
17    upon these types of documents in the normal course
18    of its business?
19        MR. SMITH:  Objection; lack of foundation,
20    vague.
21        THE WITNESS:  I believe so.
22        Q.  BY MR. LAU:  Do you have any reason to
23    believe that this document is not accurate?
24        A.  No.
25        Q.  Do you have any reason to believe that
```

Timestamps (left margin): 11:45 at line 5, 11:45 at line 10, 11:45 at line 15, 11:46 at line 20, 11:46 at line 25.

**Page 77**

```
 1    this document is incomplete?
 2        A.  It didn't appear to be.
 3        Q.  Let's turn to the third page, please, the
 4    page that begins "MARTA fundamentals."
 5        Do you see that page?
 6        A.  Yes.
 7        Q.  Look at the second point, which reads as
 8    follows:
 9        "Our organization began because
10        like-minded retailers wanted to merge
11        their buying power for the betterment
12        of all."
13        Do you see that sentence?
14        A.  Yes.
15        Q.  Is that sentence consistent with your
16    understanding of MARTA's business model?
17        MR. SMITH:  Objection; vague.
18        MR. GRALEWSKI:  Object to form.
19        THE WITNESS:  You want to know if that's
20    consistent with what?
21        Q.  BY MR. LAU:  With your understanding of
22    MARTA's business model?
23        MR. GRALEWSKI:  Same objection.
24        THE WITNESS:  I believe that is how the
25    organization started out.
```

Timestamps (left margin): 11:46 at line 5, 11:46 at line 10, 11:47 at line 15, 11:47 at line 20, 11:47 at line 25.

**Page 78**

```
 1        Q.  BY MR. LAU:  Let's look at the third
 2    sentence, which reads as follows:
 3        "Different from most such
 4        organizations, the cooperative exists
 5        solely to promote profitability and
 6        capability of its owners-the retail
 7        stores themselves."
 8        Do you see that sentence?
 9        A.  Yes.
10        MR. GRALEWSKI:  Object to form.
11        Q.  BY MR. LAU:  Is that sentence consistent
12    with your understanding of MARTA's business model?
13        MR. SMITH:  Objection; vague.
14        THE WITNESS:  It seems to be fairly
15    accurate.
16        Q.  BY MR. LAU:  Thank you.  Let's look at the
17    next page, please, the page that begins at the top
18    "Mission Statement."  There is quoted material that
19    reads as follows:
20        "MARTA Cooperative of America provides
21        services that enhance the buying and
22        selling of products-to ensure the
23        growth of our members through sharing
24        of knowledge, aggressive marketing,
25        and profitable purchasing."
```

Timestamps (left margin): 11:47 at line 5, 11:47 at line 10, 11:48 at line 15, 11:48 at line 20, 11:48 at line 25.

## Page 79

1  Do you see that sentence?
2  A. Yes.
3  MR. GRALEWSKI: Object to form.
4  Q. BY MR. LAU: Is that sentence consistent
11:48  5  with your understanding of MARTA's business model?
6  MR. SMITH: Objection; vague.
7  THE WITNESS: Yes.
8  Q. BY MR. LAU: Please turn to Page 25. Do
9  you see the sentence that begins:
11:49  10  "Despite the group's national stance
11  for negotiation and centralized
12  viewpoint, orders are placed locally"?
13  Do you see that sentence?
14  A. Yes.
11:49  15  MR. GRALEWSKI: Object to form.
16  Q. BY MR. LAU: Is that sentence consistent
17  with your understanding of MARTA's business model?
18  MR. SMITH: Objection; vague.
19  THE WITNESS: I would say mostly, yes.
11:49  20  Q. BY MR. LAU: Why not simply yes, why do
21  you say "mostly, yes"?
22  A. Because there were times like I stated
23  earlier on opportunity buys where we would actually
24  place the order.
11:50  25  Q. Okay. In reviewing this document, did you

## Page 80

1  see any statements contained in the document that
2  you thought was not accurate in terms of not
3  accurately describing MARTA? Does anything come
4  out in your mind?
11:50  5  MR. SMITH: Objection. I object that
6  you're asking her about every statement in this
7  30-plus-page document. And to characterize every
8  single statement in the document --
9  Q. BY MR. LAU: Well, let me make it easier
11:51  10  for you, Ms. Fields. Again, this is not a memory
11  test. Turn to the slide on Page 12, please.
12  Actually, let's skip that. We'll come
13  back to that later. You can put that document down
14  for now.
11:51  15  We briefly made reference earlier today to
16  the concept of central billing.
17  Do you remember that?
18  A. Yes.
19  Q. What does "central billing" stand for?
11:52  20  A. It was the concept that all products would
21  be approved for purchase by MARTA and ordered --
22  and orders would be approved by MARTA to the
23  manufacturer, and they would also be billed through
24  MARTA, or MARTA would pay for them.
11:52  25  Q. Was understanding the central billing

## Page 81

1  process part of your job at MARTA?
2  A. Yes.
3  Q. So do you feel you understand the basic
4  mechanics of how the central billing process
11:52  5  worked?
6  A. Yeah, how it flowed, yes, I do.
7  Q. When did the central billing process or
8  system begin?
9  A. I don't --
11:53  10  MR. SMITH: Objection; lack of foundation.
11  THE WITNESS: I don't know.
12  Q. BY MR. LAU: Was it in existence in 1997
13  when you first were employed by MARTA?
14  A. I don't know.
11:53  15  Q. And when did the central billing system
16  end?
17  MR. SMITH: Objection; lack of --
18  withdrawn.
19  THE WITNESS: I believe it was, as I
11:53  20  stated earlier, in the April of 2006 time frame for
21  all vendors with the exception of Toshiba, which
22  ended approximately 2007, 2008 time frame.
23  Q. BY MR. LAU: And through this period from
24  the time you were first employed by MARTA in 1997
11:54  25  until it ended, did the basic steps of how central

## Page 82

1  billing worked, did it remain the same throughout
2  that entire time period?
3  MR. SMITH: Objection; vague.
4  THE WITNESS: Yes, I believe so.
11:54  5  Q. BY MR. LAU: Okay. So the first step of
6  the process, if I understand it correctly, was that
7  a member would submit a purchase order directly to
8  a vendor, correct?
9  A. Yes. It would many times be their rep,
11:54  10  their local rep.
11  Q. And who is the local rep?
12  A. They worked for the manufacturer.
13  Q. Oh, so the member would send a purchase
14  order to the vendor's local rep; is that correct?
11:55  15  A. No, to their local representative of that
16  vendor. So like representatives from a
17  manufacturer would visit their stores, and
18  sometimes it would be set that way, sometimes it
19  would be faxed directly to the manufacturer's order
20  department.
21  Q. I see. MARTA, however, would not know
22  when these -- would have no foreknowledge of when
23  these purchase orders would be sent, correct?
24  MR. SMITH: Objection; lack of foundation.
11:55  25  THE WITNESS: No forewarning, we wouldn't

**Page 83**

1  know until we got the order from the vendor.
2  Q.  BY MR. LAU:  So the answer would be
3  correct, yes?
4  A.  Correct, no forewarning, I don't believe.
11:55  5  Q.  Okay.  So the first step, if I understand
6  it correctly, the member would submit a purchase
7  order directly to the vendor or the vendor's
8  representative.  Is that a fair way to characterize
9  it?
11:56  10  A.  Yes.
11  Q.  And the second step is that the vendor
12  would forward the purchase order to MARTA, correct?
13  A.  Correct.
14  Q.  And the third step after receiving the
11:56  15  purchase order, MARTA would evaluate the
16  creditworthiness of the member, would tell the
17  vendor that the member is authorized to make the
18  purchase through MARTA and would assign a J number
19  to the order authorizing the vendor to ship,
11:56  20  correct?
21  A.  Correct.
22  MR. SMITH:  Objection; compound.
23  Q.  BY MR. LAU:  You understood my question,
24  though, right, Ms. Fields?
11:57  25  A.  Yes.

**Page 84**

1  Q.  Thank you.  And MARTA would not issue a J
2  number for a purchase that was above a member's
3  line of credit, correct?
4  MR. SMITH:  Objection; lack of foundation.
11:57  5  THE WITNESS:  I think that sometimes if
6  they did, it would require special approval from
7  the director or the finance manager.
8  Q.  BY MR. LAU:  Okay.  But that would be the
9  exception, not the rule, correct?
11:57  10  A.  Correct.
11  Q.  And the rule, so that we understand each
12  other, is that MARTA is only going to approve
13  purchases up to a member's line of credit, and that
14  was the general rule, correct?
11:57  15  A.  Correct.
16  MR. SMITH:  Objection; lack of foundation.
17  THE WITNESS:  Correct.
18  Q.  BY MR. LAU:  And the next step in the
19  process, Ms. Fields, after the vendor receives the
11:58  20  J number, the vendor would ship the product
21  directly to the member, correct?
22  A.  Correct.
23  Q.  And then the vendor would send a purchase
24  order -- a purchase invoice to MARTA, correct?
11:58  25  A.  Correct.  Can I back up?

**Page 85**

1  Q.  You bet.
2  A.  The last question, typically they would
3  ship the product directly to the member unless as
4  we discussed earlier, the opportunity buys, and
11:58  5  then it would have been shipped to the MARTA
6  warehouse.
7  Q.  I understand.  Thank you.
8  A.  Make sure I'm being complete.
9  Q.  Thank you.  So we are to the point in the
11:59  10  process where the vendor sends the purchase invoice
11  to MARTA, correct?
12  A.  Correct.
13  Q.  And then MARTA pays the vendor, correct?
14  A.  Correct.
11:59  15  Q.  The next step in the process, MARTA sends
16  a sales invoice to the member; is that correct?
17  A.  Yes, that is correct.
18  Q.  And then the next step is that the member
19  pays MARTA; is that correct?
11:59  20  A.  Yes.
21  Q.  And then MARTA would pay the vendor; is
22  that --
23  A.  Typically we would pay them first.  We
24  would pay the vendor as soon as we got the invoice.
12:00  25  The due date would be listed on the invoice.  So

**Page 86**

1  typically we were -- we would pay the vendor before
2  the dealer pays us.
3  Q.  Where would MARTA get the funds to pay the
4  vendor before MARTA received the money from the
12:00  5  member?
6  MR. SMITH:  Objection; lack of foundation.
7  Q.  BY MR. LAU:  If you know?
8  A.  I don't know how that was all set up in
9  the early days.  I don't know.
12:00  10  Q.  Okay.  Could you be mistaken about that?
11  A.  Mistaken about --
12  Q.  About the order of sequence, about who
13  pays whom first?
14  MR. SMITH:  Objection; argumentative.
12:00  15  THE WITNESS:  It depended on the terms
16  with the vendor.  Some terms were shorter.  Some --
17  in many cases, yes, we did pay the vendor first.
18  Q.  BY MR. LAU:  Okay.  Did MARTA ever charge
19  an administrative fee for the use of central
12:01  20  billing?
21  MR. SMITH:  Objection; vague as to time as
22  to "administrative fee."
23  THE WITNESS:  Charge the vendor?
24  Q.  BY MR. LAU:  Did it charge any
12:01  25  administrative fee at all?  And then I'll take it

Page 87

```
 1    to the next step.
 2        A.  It did charge the vendor, not -- I would
 3    say in most cases there was an administrative fee
 4    built in.
 5        Q.  Okay.  And who was this administrative fee
 6    charged to?
 7        A.  The vendor.
 8        Q.  Was it ever charged to others?
 9        A.  No.
10        Q.  Okay.  What was the administrative fee
11    charged to the vendor?
12        A.  That would have varied depending upon
13    vendor.
14        Q.  Was it a percentage of the purchase or was
15    it a flat fee?
16        A.  I think it was a percentage.  I recall it
17    being a percentage.
18        Q.  What ranges do you recall in terms of the
19    percentages?
20        A.  Maybe 1 percent, 2 percent.  1 to 2
21    percent typically I think would be an average
22    number.
23        Q.  What would MARTA do with the
24    administrative fee once it received it?
25            MR. SMITH:  Objection; lack of foundation.
```

(12:01 at line 5; 12:01 at line 10; 12:02 at line 15; 12:02 at line 20; 12:02 at line 25)

Page 88

```
 1            THE WITNESS:  I believe it was used to
 2    somewhat cover overhead and expenses.
 3        Q.  BY MR. LAU:  So because it was charged as
 4    a percentage, if for some reason the cost of a
 5    product went up, that would mean that MARTA would
 6    collect a larger administrative fee; is that
 7    correct?
 8            MR. SMITH:  Objection; incomplete
 9    hypothetical.
10            THE WITNESS:  Correct, yes.
11        Q.  BY MR. LAU:  In your experience, if the
12    member placed a purchase order and if all the
13    various steps were followed, could -- did MARTA
14    ever have the choice of taking the goods for itself
15    or was it required to allow the merchandise to be
16    shipped to the member?
17            MR. SMITH:  Objection; compound, vague as
18    to various steps being followed.
19            THE WITNESS:  Yeah, I don't know the
20    answer to that.
21        Q.  BY MR. LAU:  Okay.  That's fine.
22        Do you ever recall an incident where a
23    member tried to cancel an order once an order had
24    been placed through central billing?
25        A.  Yes, I believe that happened from time to
```

(12:03 at line 5; 12:03 at line 10; 12:03 at line 15; 12:04 at line 20; 12:04 at line 25)

Page 89

```
 1    time.
 2        Q.  Okay.  How would a member cancel an order?
 3        A.  I didn't work in the order department so I
 4    am not 100 percent sure on that.
 5        Q.  Who would know the answer to that?
 6        A.  Probably the people that worked in the
 7    order department.
 8        Q.  Can you think of any names?
 9        A.  Sheila Sanduchi or Dawn Coleman, Paula
10    Cook.
11        Q.  Are you familiar with the term "price
12    protection"?
13        A.  Yes.
14        Q.  What does price protection mean?
15        A.  The way I understand it in regards to
16    MARTA is that if a product was negotiated for a
17    price and that was the price we published to our
18    members, if the product went down in cost after an
19    order was placed and an invoice was paid, they
20    would basically give us the difference that it
21    dropped in price.
22        Q.  Who would be "they"?
23        A.  I'm sorry, the manufacturers in some
24    cases.
25        Q.  Why would it be in some cases and not in
```

(12:04 at line 5; 12:04 at line 10; 12:05 at line 15; 12:05 at line 20; 12:05 at line 25)

Page 90

```
 1    all cases?
 2        A.  I don't know specifically who offered
 3    price protection and who didn't.  I mean, I can
 4    think of some, but I don't know across the board
 5    which vendors offered it and which didn't.
 6        Q.  Okay.  So Ms. Fields, based on your
 7    understanding of how central billing worked and how
 8    MARTA operated, MARTA members were not obligated to
 9    purchase through central billing, correct?
10            MR. SMITH:  Objection; calls for legal
11    conclusion and compound.
12            THE WITNESS:  I feel like that is correct,
13    that is my understanding.
14        Q.  BY MR. LAU:  Just so we are clear, if a
15    member decided to deal directly with a vendor, that
16    was permissible, correct?
17            MR. SMITH:  Objection; calls for legal
18    conclusion, lack of foundation.
19            THE WITNESS:  I think it would have been
20    permitable.
21        Q.  BY MR. LAU:  In your experience, can you
22    think of instances where you may have heard about a
23    member dealing directly with the vendor?
24        A.  Not -- not that I can recall, not with a
25    vendor that we actually had a program with.
```

(12:06 at line 5; 12:06 at line 10; 12:06 at line 15; 12:07 at line 20; 12:07 at line 25)

**Page 91**

Q. Okay.

A. Or that we offered central billing on.

Q. Based on your understanding of the central billing process, it was the member's choice whether to place an order through MARTA via central billing; correct?

A. Can you just ask that question one more time?

Q. Okay. Based on your understanding of how central billing operated, it was the member's choice whether to place an order or not to place an order, correct?

A. I think it would have been their choice, but it's -- that's what the purpose of MARTA was there for, to provide a good program that they couldn't get on their own.

Q. And based on your understanding of central billing and MARTA's business model, it was also the member's choice to decide what products to purchase through central billing, correct?

A. Yes.

Q. And based on your understand of central billing and MARTA's business model, it was the member's decision to decide how much of a given product to purchase, correct?

**Page 92**

A. Correct.

Q. And based on your knowledge of central billing and MARTA's business model, it was the member's decision as to when to place an order, correct?

A. Correct.

Q. When central billing ended for most members in 2006 after the alliance with AVB Brandsource, did AVB Brandsource have any sort of system that was similar to central billing?

MR. SMITH: Objection; mischaracterizes the testimony. There was never any testimony that central billing ended for most members in her answers.

Q. BY MR. LAU: You may answer the question.

A. You're asking me -- can you --

Q. Let me take a step back. Have you ever heard of the term "Expert Warehouse"?

A. Yes.

Q. And what does that stand for?

A. They are -- Expert Warehouse is a distributor that was solely -- that I believe only sold to Brandsource or its affiliates.

Q. Okay. Were there any similarities between Expert Warehouse on the one hand and central

**Page 93**

billing on the other?

MR. SMITH: Objection; vague.

THE WITNESS: I don't believe so because they acted purely as a distributor.

Q. BY MR. LAU: We talked a little bit about this morning about shows where vendors would participate and members would participate.

Do you remember that testimony?

A. Yes.

Q. How often did these shows occur?

A. When I started in 1997, they did three shows per year. Sometime around 2003, maybe 2004, they cut that down to two shows per year.

Q. And what time of the year did these shows occur?

A. I believe in January, in June -- let me think about this. January, sometime in May or June and then another one in the fall, sometime around September or August, I believe.

Q. And where did these shows take place?

A. Various locations, various hotels, convention center-type locations.

Q. Any particular cities?

A. All over. I know they used to go to many cities.

**Page 94**

Q. Okay. What was the purpose behind these shows?

A. They were buying shows that allowed the vendors to showcase their products and allowed our members to see them, and they could also place orders at the shows.

MR. LAU: Kyle, I think I am at a natural break right now, and it is about 12:15. Why don't you say we break for lunch and then reconvene after a lunch break.

Does that make sense?

MR. SMITH: Works for me. Is that good for you, Ms. Fields?

THE WITNESS: Works for me.

MR. LAU: How much time would you like for a lunch break, Ms. Fields?

THE WITNESS: I don't know what they allow, but 45 minutes to an hour, if possible.

MR. LAU: Would you like an hour?

THE WITNESS: Yes, please.

MR. LAU: Let's take a break for an hour, then. We will reconvene at 1:15.

THE WITNESS: Thank you.

THE VIDEOGRAPHER: Off the record at 12:14 p.m.

## Page 95

1       (Whereupon the noon recess was taken.)
2       ---o0o---
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 96

1       PHOENIX, CALIFORNIA, JUNE 4, 2014
2       AFTERNOON SESSION
3       ---o0o---
4       THE VIDEOGRAPHER:  On the record at 1:16
01:16  5   p.m.
6       MR. LAU:  I understand that we have a new
7   attorney who's joined us this afternoon on the
8   telephone.  Could that new attorney please enter an
9   appearance?
01:16  10      MS. KERN:  Yes, this is Sylvie Kern on
11  behalf of the indirect purchaser plaintiffs.
12      MR. LAU:  Thank you.
13      Q.  Ms. Fields, do you have an understanding
14  as to how MARTA reported its sales information
01:16  15  electronically?
16      A.  Somewhat, yes.
17      Q.  Do you have an understanding as to the
18  transactional data that's been produced to the
19  defendants in this case?
01:16  20      A.  Yes.
21      Q.  I am going to hand you a new exhibit, and
22  this is the recently produced transactional data
23  from MARTA, CRT-MARTA-0044089.  And just to put it
24  in context, what I have done is I have taken -- it
01:17  25  is an Excel spreadsheet with several sheets, and I

## Page 97

1   have taken a screen shot of each sheet so that we
2   can see what's in every column.
3       (Reporter marked Exhibit No. 3249 for
4       identification.)
01:17  5   Q.  BY MR. LAU:  Please review that document,
6   and let me know when you've had a chance to do so.
7       A.  Okay.
8       Q.  Ms. Fields, do you recognize this
9   document?
01:19  10      A.  Yes, parts of it, yes.
11      Q.  And what is this document?
12      A.  This appears to be the data that we were
13  able to extract out of our current and our old
14  accounting system, billing system.
01:20  15      Q.  And do you recognize this as the recently
16  produced transactional data, because there have
17  been two productions from you folks.  Do you
18  recognize this as the most recent transactional
19  data produced by MARTA?
01:20  20      A.  That's what it appears to be.
21      Q.  Okay.  Did MARTA generate the information
22  in this document in the normal course of its
23  business?
24      A.  The data was recorded in the normal -- in
01:20  25  the normal course of business.

## Page 98

1       Q.  Thank you.  And did MARTA rely upon the
2   data reflected here in the normal course of its
3   business?
4       A.  Yes.
01:20  5   Q.  Do you have any reason to believe that the
6   information recorded here is inaccurate?
7       A.  No.
8       Q.  Do you have any reason to believe that the
9   data recorded here is incomplete?
01:21  10      A.  Well, yes, it is incomplete based on these
11  are just screen shots.
12      Q.  Fair enough, fair enough.
13      A.  Yeah.
14      Q.  That's fair enough.  Okay.  So this has
01:21  15  been marked as Exhibit 3249.  Let's look at the
16  first sheet, and this is a sheet that if you look
17  at the tab on the bottom, it's entitled "Sheet 1."
18      Do you see that?
19      A.  Yes.
01:21  20      Q.  Okay.  In your own words, what does Sheet
21  1 represent?
22      A.  It appears to be transactions.  I can't
23  quite tell from here if these are sales or
24  purchases, but it's definitely invoice
01:22  25  transactions.

**Page 99**

1  Q.  Did you play any role in assembling this
2  transactional data that was produced in discovery?
3  A.  Yes, I -- the data originated with me.
4  Q.  Do you know why this sheet is simply
01:22 5  entitled "Sheet 1"?
6  A.  I do not know.
7  MR. SMITH:  Counsel, I am going to state
8  in reviewing this document, it appears there may
9  have been hidden tabs that were not intended for
01:22 10  production.  So I am going to go back and
11  look and see if this relates to a crawl-back, and
12  that may relate to your questions.
13  MR. LAU:  That makes sense, Mr. Smith,
14  because we were confused as well.
01:23 15  MS. KERN:  Sorry, can you speak up a bit?
16  MR. LAU:  Who, Mr. Lau, Ms. Fields or Mr.
17  Smith or all of us?
18  MS. KERN:  All of you.  The witness I can
19  hear pretty well, but I am having a hard time with
01:23 20  everybody else.  I know it is hard when you have
21  people calling in, but I would appreciate it.
22  MR. LAU:  Okay.  We will do our best.
23  Q.  Well, while I have you here, Ms. Fields,
24  let's see if I can have you try to understand Sheet
01:23 25  1 as best we can.  Let's go column by column.

**Page 100**

1  Column A, "Invoice Number," what does that
2  represent?
3  A.  That would be our J number or approval
4  number.
01:23 5  Q.  And remind me again, when is a J number or
6  approval number issued?
7  A.  When we receive the order from the vendor.
8  Q.  And is each J number a unique number?
9  A.  Most of the time, yes, but if -- yes, most
01:24 10  of the time.
11  Q.  Okay.  Let's look at the second column,
12  "Invoice Date," what does that represent?
13  A.  That would have been the date that the
14  invoice would have posted in our system.  Wait a
01:24 15  minute.  Actually, let's double-check that.  Okay.
16  That would have been the actual invoice vendor
17  date.  I apologize.
18  Q.  So that would be the date of the purchase
19  invoice that the vendor sends to MARTA?
01:24 20  A.  Correct.
21  Q.  And the next column, "Year," what does the
22  year column signify?
23  A.  The year that the invoice was created.
24  Q.  The next column over is "Dealer."  What
01:25 25  does that represent?

**Page 101**

1  A.  That would be the account number for our
2  dealer, whoever purchased.
3  Q.  When you say "dealer," that refers to the
4  member, correct?
01:25 5  A.  Yes.
6  Q.  And I see in that a series of three-digit
7  numbers under "Dealer."
8  Do you see that?
9  A.  Yes.
01:25 10  Q.  Does every dealer or member have a unique
11  identifying code?
12  A.  Yes.
13  Q.  And does there exist some sort of decoder
14  by which we can tell/associate a specific member
01:26 15  with a specific code?
16  A.  Yes.
17  Q.  And the next column over, "Dealer" -- it
18  appears to be "PO Number."
19  Do you see that?
01:26 20  A.  Yes, that's what it should read.
21  Q.  And what does that signify?
22  A.  That would be the dealer who was ordering
23  the product, they would create their own systematic
24  PO number to provide as a reference for them.
01:26 25  Q.  And when you say "PO number," that refers

**Page 102**

1  to purchase order number, correct?
2  A.  Correct, correct.
3  Q.  And the next column over, "Manufacturer,"
4  do you see that?
01:26 5  A.  Yes.
6  Q.  And what does that represent?
7  A.  That is the account number for the
8  manufacturer.
9  Q.  When you say "manufacturer," that's
01:27 10  synonymous with "vendors"; is that correct?
11  A.  Correct.
12  Q.  Does there exist some sort of decoder that
13  allows one to tell to associate the specific code
14  listed here with a specific vendor?
01:27 15  A.  Yes, it is also located right -- the next
16  column to the right.
17  Q.  That's "Manufacturer Name"?
18  A.  Uh-huh, yes.
19  Q.  All right.  Let's go to Column H,
01:27 20  "Manufacturer Invoice," what does that represent?
21  A.  That would be the manufacturer or vendor
22  invoice number.
23  Q.  That would be the number generated by the
24  vendor, correct?
01:27 25  A.  Correct.

**Page 103**

```
 1    Q.  Look at the next column over, "Product,"
 2  what does that signify?
 3    A.  That is a product code that identifies the
 4  category and classification of a product.
 5    Q.  And does there exist a decoder that
 6  corresponds the number listed here with a specific
 7  product?
 8    A.  Yes, and it's also listed in Column K.
 9    Q.  Okay.  Thank you.
10    A.  Yes.
11    Q.  And Column K, that stands for product
12  description, correct?
13    A.  Correct.
14    Q.  Column L, "Model," what does that cell
15  represent?
16    A.  That would be the actual model SKU number.
17    Q.  Now, there's no label for Column M.  What
18  does that -- what does Column M represent?
19    A.  It appears to be just a duplication of
20  Column L, which is the model number, SKU number.
21    Q.  How about Column N as in Nancy, what does
22  that represent?
23    A.  That is also a copy of Column K, which
24  would be the product description.
25    Q.  Then how about -- does the same hold true
```
01:28 (lines 5, 10, 15, 20); 01:29 (line 25)

**Page 104**

```
 1  for Column O, "Model Description"?
 2    A.  Yes.
 3    Q.  Column P is "Quantity," is that what it
 4  appears to be?
 5    A.  Yes.
 6    Q.  The number of units being ordered?
 7    A.  Correct, being invoiced.
 8    Q.  Being invoiced, thank you.
 9        Column Q, "Unit Price," what does that
10  represent?
11    A.  That would be -- I believe that is our
12  cost to the member.
13    Q.  When you say "our cost to the member,"
14  does that mean the price that's reflected on the
15  sales invoice that MARTA sends to the member?
16    A.  Yes.
17    Q.  And then Column R, "Extended Price," what
18  does that represent?
19    A.  That would be the unit price multiplied by
20  the quantity invoiced.
21    Q.  Let's turn the page, please.  And now we
22  are going to look at the sheet entitled "1998
23  Through 2003 Sale."
24        Do you see that?
25    A.  Yes.
```
01:29 (lines 5, 10, 15); 01:30 (lines 20, 25)

**Page 105**

```
 1    Q.  Now, generally speaking, what's contained
 2  on this sheet?
 3    A.  This appears to be the sales data from
 4  MARTA to its members, or invoice transactions from
 5  MARTA to its member.
 6    Q.  Now, before we talk about the specifics,
 7  why is it that -- why was it labeled 1998 to 2003,
 8  what's the significance of 1998?
 9    A.  That is from our previous server, our
10  older server, that's why it was labeled prior to
11  2003.
12    Q.  If you look, Ms. Fields, at Column B on
13  this sheet, "Invoice Date," I see some entries from
14  1997.
15        Do you see that?
16    A.  I do.
17    Q.  Okay.  I was a bit confused when I saw
18  that because the sheet itself is labeled 1998.  Why
19  is there a discrepancy there?
20    A.  I don't know.
21    Q.  How far back did MARTA store its sales
22  transactions electronically, what's the earliest
23  year, if you know the answer?
24    A.  I don't know the answer to that.  I mean,
25  how far back it went?
```
01:30 (line 5); 01:31 (line 10); 01:32 (lines 15, 20, 25)

**Page 106**

```
 1    Q.  Yes.
 2    A.  I don't know.  Obviously '97 since I was
 3  there it was being recorded electronically, so
 4  that's all I can speak of.
 5    Q.  Okay.  When you say that the information
 6  from the sheet came from the old server, what did
 7  you mean by that?
 8    A.  Before we got a new server in 2003, we had
 9  a -- an old server, a UNIX-based server that ran a
10  very customized program.  That's what I'm referring
11  to.
12    Q.  Did the information from this sheet, was
13  it originally -- did the information -- let me
14  start over again.
15        Was the information contained on this
16  sheet, did it originate electronically or did the
17  information exist on paper form and then was input
18  into the server?
19    A.  When we received our invoices, a majority
20  of our large vendors sent them electronically
21  through EDI.  So it would have been recorded
22  electronically or digitally.  Some vendors, smaller
23  vendors, mailed in paper invoices.
24    Q.  When you say "EDI," what does that term
25  mean to you?
```
01:33 (lines 5, 10); 01:34 (lines 15, 20, 25)

**Page 107**

1    A.  Electronic Data Interchange, I believe.  I
2  think that's what it means.
3    Q.  So recalling back to 1997 when you were
4  first employed by MARTA, were there some vendors at
01:35  5  that time using EDI?
6    A.  Yes, the majority of our large vendors or
7  the vendors we did high volume with were all
8  electronically received.
9    Q.  Okay.  Thank you.  Let's take a look -- we
01:35  10  can quickly look at the columns here.  Do the
11  definitions of the columns reflected on the 1998 to
12  2003 sales sheet, do those descriptions correspond
13  to the descriptions you gave me with respect to
14  Sheet 1?
01:36  15    A.  Are you asking if the description and the
16  product codes are --
17    Q.  For example, we discussed invoice number
18  on Sheet 1?
19    A.  Yes.
01:36  20    Q.  Invoice number is also on this sheet.
21  Does it have the same meaning on both sheets or
22  should we discuss each and every column again?
23    A.  No, let me just double-check that.  It
24  looks like they both correspond.
01:36  25    Q.  Thank you.  Why don't you turn the page to

**Page 108**

1  the next sheet, which is Sheet 3.  By the way, may
2  I get you a tissue or a Kleenex?
3    A.  No, I am okay.  Just allergies, I think.
4    MR. SMITH:  I want to state, this tab, I
01:37  5  think all the tabs labeled Sheet 1, 3 and 4 appear
6  to be inadvertently produced and this tab in
7  particular would be work product and that would be
8  something that we would need to claw-back.  If you
9  like, I'll allow questioning on it with that
01:37  10  preservation.
11    MR. LAU:  Sure, that would be great.
12    MR. SMITH:  If you want to go off the
13  record, that would be good as well.  It might clear
14  up some questions.
01:37  15    Q.  BY MR. LAU:  Ms. Fields, look at the --
16  there's a column -- a major column with three
17  columns under it entitled "LCD" on the left-hand
18  side.
19    Do you see that?
01:37  20    A.  Yes.
21    Q.  The information represented there, what is
22  it?
23    A.  These were models that we were trying to
24  determine what they were, what type of technology
01:38  25  they were.

**Page 109**

1    Q.  I see.  Did you ultimately conclude that
2  the information reflected in this major column were
3  all LCD products?
4    A.  Oh, on the first block?
01:38  5    Q.  Correct.
6    A.  I believe that was the conclusion we came
7  to.
8    Q.  How about the second block entitled "CRT,"
9  what does that represent?
01:38  10    A.  That represents models, and this wasn't a
11  complete list.  This was just either models we
12  didn't have a product code on and I was asked to
13  look it up and determine what category or
14  classification they would be.
01:38  15    Q.  Okay.  How about the next block entitled
16  "Please Verify Whether VCR or TV/VCR Combo," what
17  does that represent?
18    A.  Those were video products that we weren't
19  trying to determine if they contained or if they
01:39  20  were stand-alone VCRs.
21    Q.  How about the final block, "Please Verify
22  That These Are CRT," what does that represent?
23    A.  It represents models that appear to be
24  monitors.  They are labeled as monitored, but may
01:39  25  have contained CRT technology.

**Page 110**

1    Sorry.  Maybe I do need a tissue.
2    MR. SMITH:  Can we go off the record for a
3  minute?
4    MR. LAU:  Yes, let's go off the record.
01:39  5    THE VIDEOGRAPHER:  Going off the record.
6  The time is 1:39 p.m.
7    (Whereupon a recess was taken.)
8    THE VIDEOGRAPHER:  On the record at 1:40
9  p.m.
01:40  10    Q.  BY MR. LAU:  So Ms. Fields, for the
11  transactional data on the other sheets, the 1998 to
12  2003 sale that we have already discussed, the 2003
13  to 2007 purchase that we will discuss as well as
14  the 2002-2007 sale that we will discuss, would it
01:41  15  be fair for me to conclude that the information
16  contained therein is limited to products that
17  contain a CRT?
18    MR. SMITH:  Just object to the question on
19  the grounds she doesn't have the full data set in
01:41  20  front of her to review.  To the extent you can
21  answer.
22    MR. LAU:  Let me rephrase the question.
23    Q.  When -- Ms. Fields, you've testified that
24  you assisted in gathering the transactional data
01:41  25  that has been produced to the defendants in this

## Page 111

1  case; is that correct?

2      A.  Yes.

3      Q.  And from your perspective, what you

4  gathered and what was ultimately produced to the

01:42 5  defendants is information that's limited to sales

6  transactions involving a CRT; is that correct?

7      A.  If you'll notice, there are filters set at

8  the top.

9      Q.  Yes.

01:42 10      A.  I don't know if you noticed the arrows

11  along the top row.

12      Q.  Which sheet are you looking at?

13      A.  Both the 2003 to 2007 purchase and 2003 to

14  2007 sale.

01:42 15          The original data that I produced

16  contained everything and then it was filtered down

17  to contain CRT products.

18      Q.  CRT products only; is that correct?

19      A.  It depended on how the filters were set,

01:43 20  and this is a printout, so I can't determine that

21  from this sheet.

22      Q.  When you make reference to arrows and

23  rows, where are you looking at?

24      A.  They would be in Row 1, along the

01:43 25  headings.

## Page 112

1      Q.  Oh, I see.

2      A.  It would be determined -- I mean, you'd

3  have to see how those filters were set.  I can't

4  determine that from this sheet.

01:43 5      Q.  Which column would have the filter that

6  would limit the information to products containing

7  a CRT?

8      A.  That would have been on Sheet 2003 to 2007

9  Purchase.

01:43 10      Q.  Yes.

11      A.  It would have been Column F.

12      Q.  Anything else?

13      A.  And on the 2003 to 2007 Sale, it would

14  have been either Column C or E.

01:44 15      Q.  For the first sheet, 1998 to 2003 Sale,

16  where would the filter have been?

17      A.  That would have been in Column E or in

18  Column G.

19      Q.  Thank you.  Let's turn, please, to Sheet

01:45 20  4.

21          Ms. Fields, what's represented on this

22  sheet?

23      A.  I am not quite sure.  It appears to be J

24  numbers in Column A, year numbers or years in

01:45 25  Column B, and the extended price in Column C, but I

## Page 113

1  am not sure what this is referencing here.

2      Q.  Thank you.  If you turn to the next page,

3  the next sheet, please, and this is the sheet

4  that's entitled "2003 to 2007 Purchase."

01:45 5          Do you see that?

6      A.  Yes.

7      Q.  What's represented on this sheet?

8      A.  These are purchase transactions between

9  MARTA and the vendor.  So they would be invoices

01:46 10  between the vendor and MARTA.

11      Q.  It appears that several of these headings

12  are different than the columns from before.  So

13  let's go column by column.

14      A.  Okay.

01:46 15      Q.  In the first column, A, "Entry Number,"

16  what does that represent?

17      A.  That would be our system assigns an entry

18  number to each transaction.  So it would be a

19  system-generated number.

01:46 20      Q.  Does it have any meaning different from

21  the J number?

22      A.  Yes.  There would have been a J number in

23  addition to this transaction number.

24      Q.  Did MARTA ever use the entry number to

01:47 25  track purchases that it had made from vendors?

## Page 114

1      A.  Not to my knowledge, not the entry number.

2      Q.  Okay.  Was it really the J number that had

3  the significance in terms of being the unique

4  identifier for each purchase and sale?

01:47 5      A.  The J number and the manufacturer invoice

6  were the two unique numbers.

7      Q.  Thank you.  What about the next column,

8  "Posting Date," what does that represent?

9      A.  That would have been the date that we

01:47 10  posted the invoice into our system, or processed

11  it.

12      Q.  What about the next column, "Document

13  Date," what does that represent?

14      A.  That would represent the actual date

01:47 15  listed on the manufacturer/vendor invoice number --

16  or invoice.

17      Q.  What about the next column, "Item Number,"

18  what does that represent?

19      A.  That would be the vendor model or SKU

01:48 20  number for each product.

21      Q.  How about the next column, "Source

22  Number," what does that represent?

23      A.  That would represent the manufacturer or

24  vendor account number.

01:48 25      Q.  And does there exist a decoder that

**Page 115**

1  corresponds the source number with the specific

2  vendor?

3      A.  Yes.

4      Q.  How about the next column, there's some

01:48  5  abbreviations, why don't you tell me what that

6  represents?

7      A.  That would be the general product posting

8  group.

9      Q.  And what does that represent?

01:49  10      A.  That was the new classification system

11  that we created to categorize products on our new

12  server.

13      Q.  What's the significance of this new

14  classification system?

01:49  15      A.  It was more detailed, actually classified

16  by technology type rather than just whether it was

17  lower -- it classified not only the technology, but

18  the size and the -- size and -- I guess that would

19  mainly be it, the technology used and the size.

01:49  20      Q.  When you say "technology used," what does

21  that mean?

22      A.  Whether it was an analog or CRT

23  television, whether it was digital, whether it was

24  plasma, LCD, LED.

01:50  25      Q.  Did this classification system distinguish

**Page 116**

1  between higher-quality products and lower-quality

2  products?

3      A.  No.

4      Q.  Does there exist a decoder that explains

01:50  5  this classification system?

6      A.  Yes.

7      Q.  Does that decoder exist today?

8      A.  Yes.

9      Q.  How about the next column, G, "Project

01:50  10  Code," what does that represent?

11      A.  That is basically the same as Column E.

12  It's the vendor number or the manufacturer --

13  MARTA's account number for the vendor or

14  manufacturer.

15      Q.  Does it have any meaning different than

01:50  16  Column E, "Source Number"?

17      A.  No, they should be identical.

18      Q.  What about Column H, "Description," what

19  does that represent?

01:51  20      A.  Oh, that would have been the actual

21  verbiage for that, the general product posting

22  code.

23      Q.  When you say "verbiage," what does that

24  mean?

01:51  25      A.  It would have stated something like, for

**Page 117**

1  example, for the first one, first entry, Line Item

2  2, the product code is BTA280.  That would have

3  stood for brown goods television analog, and then I

4  am not -- I can't remember how the numbers go.  I'd

01:51  5  have to look at the decoder, but typically those

6  last few numbers would tell you a size range of the

7  television product, or the product.

8      Q.  Okay.  So the description would be,

9  perhaps, would it be an elaboration of the posting

01:52  10  group?

11      A.  Yes, or the posting group would have been

12  an abbreviation of the -- so I get --

13      Q.  Oh, I see.  Should I expect to see a

14  description for every entry or just on certain

01:52  15  entries?

16      A.  They all have a written description.  I

17  don't know why they are not appearing here, but

18  they do have -- there's a description that

19  corresponds with that code.

01:52  20      Q.  That should appear for every entry?

21      A.  Yes, yes.

22      Q.  Okay.  Let's look at -- if you look at the

23  screen shot I've given you, you see the reference

24  for two entries, "Price Protection"?

01:52  25      A.  Yes.

**Page 118**

1      Q.  What's the significance of seeing "Price

2  Protection" listed in the description, what does

3  that mean to you?

4      A.  I am not sure why that -- why that was

01:53  5  there.  The data entry people in our billing

6  department have the ability to actually type in a

7  memo.  So it looks like somebody typed that in.  I

8  don't know why I can't determine that from this

9  sheet.

01:53  10      Q.  When price protection would occur for a

11  given sale, how would that be recorded on MARTA's

12  books and records, if at all?

13      A.  It would be recorded in -- I would say in

14  a lot of the cases, most cases, we would receive

01:54  15  one large credit from the vendor, and then we would

16  have to enter that credit, and then we would have

17  to break it down and determine how much MARTA kept

18  of that and then how much was paid back to the

19  member.

01:54  20      Q.  Okay.

21      A.  But then it was recorded as a credit on

22  the purchase side and a credit memo on the sales

23  side.

24      Q.  I see.  Why would it be the case that part

01:54  25  of the price protection would go to MARTA and part

Page 119

1  of it would be to the members? Can you explain

2  that?

3     A. Because we paid a different price than the

4  member paid. We paid typically a lower price than

01:54  5  the member. So part of that would have come back

6  to us.

7     Q. What's the difference between the price

8  that MARTA paid and the price that the member paid,

9  what would be the difference between those two

01:55  10  prices?

11     MS. KERN: Vague and ambiguous.

12     THE WITNESS: That would vary greatly.

13  You would have to ask me specific examples.

14  BY MR. LAU: Can you give me --

01:55  15     A. That amount would vary greatly.

16     Q. Based on what?

17     A. I don't understand what you're asking.

18     Q. Can you think of an example where MARTA

19  paid one price, and a member paid a different

01:55  20  price, can you think of any example in your mind of

21  that ever occurring?

22     A. Almost always.

23     Q. And why, think of an example of why that

24  would be the case?

01:55  25     A. Because we weren't necessarily generating

Page 120

1  a profit. We were generating funds on each model

2  that was sold. Am I not understanding your

3  question?

4     Q. Maybe we'll circle back on that topic.

01:55  5     Let's go to the next column, Column I,

6  "Invoiced Quantity," what does that represent?

7     A. That represents the quantity that we are

8  being invoiced for, not necessarily ordered, but

9  being invoiced for.

01:56  10     Q. What about the next column, J, "Unit

11  Cost," what does that represent?

12     A. That would be the per unit cost for the

13  specific model.

14     Q. And how about amount, what does that

01:56  15  represent?

16     A. That appears to be the quantity times the

17  per unit cost.

18     Q. Going to the final page, and it is a sheet

19  entitled "2003 to 2007 Sale."

01:56  20     Do you see that?

21     A. I do.

22     Q. Okay. It looks like we have different

23  columns here that we haven't discussed before, so

24  let's go column by column, and I'd like for you to

01:56  25  explain the meaning of each column.

Page 121

1     A. Okay.

2     Q. So Column A, "Document Number," what does

3  that represent?

4     A. That appears to be mislabeled because the

01:57  5  numbers that are listed there are actually -- they

6  appear to be a member account number. That does

7  not appear to be a document number.

8     Q. What about "B Number," what does that

9  mean?

01:57  10     A. That would be the model or SKU number,

11  specific -- the vendor's product, SKU number.

12     Q. What about C, "Posting Group," what does

13  that represent?

14     A. That was the classification or category

01:57  15  that described or classified the product, and that

16  was a MARTA number.

17     Q. Is that the same column for the general

18  posting product group we saw on the 2003 to 2007

19  Purchase?

01:58  20     A. Yes.

21     Q. What about "Shipping Date," what does that

22  represent?

23     A. I believe that is the date that the

24  product was actually shipped.

01:58  25     Q. Shipped from the vendor to the member,

Page 122

1  correct?

2     A. Yes, yes.

3     Q. Other than opportunity buys, would there

4  be any instant where the shipment would occur from

01:58  5  the vendor to MARTA itself?

6     A. Not to my knowledge.

7     Q. How about the next column, "Description,"

8  what does that stand for?

9     A. That would have been the corresponding

01:59  10  description to Column C, the posting group.

11     Q. And "Quantity," what does that represent,

12  Column F?

13     A. Yes, I am just making sure. It appears to

14  be the quantity that were being invoiced, or that

01:59  15  we're invoicing our member for.

16     Q. What about "Unit Cost," what does that

17  represent?

18     A. That would represent the actual cost per

19  unit that we were invoicing to our member.

01:59  20     Q. And how about "Amount," what does "Amount"

21  represent?

22     A. Amount would be the unit cost multiplied

23  by the quantity.

24     Q. On Column I, what does Column I stand for?

02:00  25     A. Column I would be the -- it was a general

**Page 123**

1    generated by our system.  I am not quite sure if it

2    was the same as the entry number, but it was a

3    system-generated number by MARTA.

4        Q.  What does the description, there's an

02:00 5    abbreviation, what do you think that stands for, if

6    you know?

7        A.  You mean "Applies to Item Entry"?

8        Q.  Yes, is that what it stands for?

9        A.  Yes, that's what it stands for, "Applies

02:00 10   to Item Entry," sorry.

11       Q.  Okay.  And other than your understanding

12   that it was a system-generated number by MARTA, do

13   you know what that system number was used for?

14       A.  It would have been used to link the two

02:01 15   sides, the purchase side and the sales side, but I

16   really don't know.  We typically did not use that

17   number for anything in our -- any type of reference

18   in our daily transactions.

19       Q.  Does there exist a decoder that explains

02:01 20   the meaning of the numbers in this column?

21       A.  That would have to come from division.

22   Possibly, but I am not aware of it existing already

23   to date.  It may exist somewhere within the

24   program.

02:01 25       Q.  But you have never seen such a decoder

**Page 124**

1    yourself; is that correct?

2        A.  Correct.

3        Q.  How about the next column, "Project Code,"

4    what does that stand for?

02:01 5        A.  That is once again the manufacturer/vendor

6    number that MARTA assigned to each vendor.

7        Q.  How about K, "Unit Holdback Amount," what

8    does that represent?

9        A.  That would be the difference between the

02:02 10   -- what we paid the vendor and what we billed the

11   dealer.

12       Q.  How about Column L, "Unit Deduct A

13   Amount," what does that represent?

14       A.  That would have been a discount, a column

02:02 15   that contained any discount for that particular

16   vendor on that particular product at that

17   particular time.

18       Q.  How would that discount -- well, I will

19   circle back.

02:02 20       How about M, what is "Unit Deduct B

21   Amount," what does that stand for?

22       A.  That was a discount that also was deducted

23   from the invoice from paying the vendor.

24       Q.  How about Column N, "Unit Deduct C

02:03 25   Amount," what does that represent?

**Page 125**

1        A.  That would have been the same type of --

2    if there was a discount, it would have been listed

3    in one of those three columns.

4        Q.  Would that be a discount --

02:03 5        A.  From the -- from the vendor to MARTA.

6        Q.  So am I correct in understanding that all

7    of the discounts listed here in "Unit Deduct A,"

8    "Unit Deduct B," "Unit Deduct C," these all

9    represent a type of discount that the vendor gave

02:03 10   to MARTA; is that correct?

11       A.  Yes.

12       Q.  Now, did MARTA pass along any or all of

13   that discount to its members?

14           MR. SMITH:  Objection; vague.

02:04 15       BY MR. LAU:  You understand my question,

16   Ms. Fields?

17       A.  Yes.  I am just thinking about this.

18           MS. KERN:  Objection; lacks foundation.

19           THE WITNESS:  Part of it was passed along.

02:04 20       Q.  BY MR. LAU:  Okay.  Was there a formula

21   that was used to determine what part would be

22   passed along from MARTA to the members?

23       A.  Well, if there was admin charges or

24   central billing discounts that we were given, that

02:04 25   would not have been passed along, but typically any

**Page 126**

1    other discounts would have been passed along.  I

2    don't know if there's a specific formula, though.

3    I don't believe anything exists such as a formula.

4        Q.  Can you think of anyone either currently

02:05 5    or formerly employed by MARTA who would have a

6    better understanding than you as to whether these

7    discounts were passed along to the members, and if

8    so, what formula would be used?

9        A.  Yes, probably Warren would be a good

02:05 10   person.

11       Q.  That's Warren Mann?

12       A.  Warren Mann, sorry, thank you.

13           MS. KERN:  Could you spell that for me,

14   please?

02:05 15       THE WITNESS:  It's W-a-r-r-e-n, and the

16   last name is Mann, M-a-n-n.

17           MS. KERN:  Thank you.

18           THE WITNESS:  You're welcome.

19           Q.  BY MR. LAU:  Ms. Fields, sitting here

02:05 20   today, can you recall why certain discounts would

21   fall under the A column versus the B column versus

22   the C column?

23       A.  Yes, that was typically the discount that

24   classified the type of discount.

02:06 25       Q.  So how does an A discount differ from a B

**Page 127**

1   or C discount?

2       A.   An A discount was typically a special

3   pricing allowance.  I can really only recall maybe

4   one vendor that used that column, but discount unit

02:06   5   deduct B was typically our terms and/or

6   administrative discount, and honestly I don't

7   recall what C stood for, but it was not used a

8   whole lot.  It may have been like an advertising or

9   coop discount.

02:06   10      Q.   Now, for A, you said that represented a

11  special pricing allowance, correct?

12      A.   Correct.

13      Q.   And what does that mean?

14      A.   I don't know how it was generated, but it

02:07   15  was something that was negotiated that we would be

16  allowed to take.  I don't know if it would be a

17  percentage or an amount.

18      Q.   A negotiation between who and whom?

19      A.   MARTA and the vendor.

02:07   20      Q.   Okay.  How about B, the terms or

21  administrative discount, what does that represent?

22      A.   That would represent an early pay

23  discount, if we paid within the terms we could

24  deduct whatever the specified amount was, or agreed

02:07   25  upon amount was, and any admin discount that they

**Page 128**

1   were giving us was also in that deduct B column.

2       Q.   When you say "admin discount," what does

3   that mean?

4       A.   That means it was basically a fee for

02:07   5   doing the billing.

6       Q.   So this would be earlier we discussed

7   about of an administrative fee that vendors paid of

8   1 to 2 percent.  That's the administrative fee that

9   would be recorded in Column B; is that correct?

02:08   10      A.   Yes.

11      Q.   Okay.  Thank you.  Let's talk -- let's

12  talk about holdbacks for a few minutes.

13          Do you have an understanding as to the

14  meaning of the word "holdback" as it was used by

02:09   15  MARTA?

16      A.   Yes, generally.

17      Q.   And what does that term mean to you?

18      A.   To me it represents the difference between

19  what MARTA paid the vendor and what we charged our

02:09   20  members.

21      Q.   And sometimes these holdbacks were

22  sometimes positive, correct?

23      A.   Correct.

24      Q.   And sometimes these holdbacks were

02:09   25  negative, correct?

**Page 129**

1       A.   Correct.

2       Q.   And sometimes the holdback would equal

3   zero; is that correct?

4       A.   I think apparently it did, but I don't

02:09   5   think very often that they would be zero.

6       Q.   So when a transaction has a negative

7   holdback, that means that the member is paying more

8   than MARTA, correct?

9       A.   Correct.

02:10   10      Q.   When the transaction has a positive

11  holdback, that means the member is paying less than

12  MARTA, correct?

13      A.   Correct.

14      Q.   How were holdbacks determined?

02:10   15      MR. SMITH:  Objection; lack of foundation.

16      THE WITNESS:  That typically was not in my

17  responsibility.  I would just be given pricing

18  after those amounts were determined.

19      Q.   BY MR. LAU:  Who at MARTA, either a

02:10   20  current employee or former employee, would have a

21  better understanding of how these holdbacks were

22  determined?

23      A.   Probably Warren Mann.

24      MR. LAU:  Mr. Smith, I am sort of between

02:11   25  topics.  We have been going for about 55 minutes.

**Page 130**

1   Maybe now is a good time to take a break, maybe

2   another ten minutes.

3       MR. SMITH:  That's fine.  Does ten minutes

4   sound good to you?

02:11   5       THE WITNESS:  That's perfect.

6       THE VIDEOGRAPHER:  This is the conclusion

7   of Videotape No. 2 in the continuing deposition of

8   Aimee L. Fields.  We are off the record at 2:11

9   p.m.

02:24   10          (Whereupon a recess was taken.)

11      THE VIDEOGRAPHER:  This is the beginning

12  of Tape No. 3 in the continuing videotaped

13  deposition of Aimee L. Fields.  On record at 2:24

14  p.m.

02:25   15      Q.   BY MR. LAU:  Ms. Fields, based on your

16  recollection and perceptions, did MARTA have any

17  competitors in the marketplace?

18      A.   From my perspective, probably other buying

19  groups are our organization's main competitor.

02:25   20      Q.   Who would those other buying groups be?

21      A.   Nationwide was our major competitor.

22      Q.   Can you think of any other competitors

23  from MARTA's perspective?

24      A.   From MARTA, not its members, correct?

02:25   25      Q.   Yeah, we are just talking about MARTA now.

## Page 131

1    A.  Okay.  I just recall Nationwide, maybe
2  NATM.
3    Q.  Can you spell that for us?
4    A.  I think it was N-A-D-M -- or N-A-T-M,
02:26  5  sorry, NATM.
6    Q.  And do you know what N-A-T-M stands for,
7  if you know?
8    A.  I don't.
9    Q.  Okay.  Based on your recollection and
02:26  10  perceptions, did MARTA's members have any
11  competitors?
12    A.  Yes.
13    Q.  Who were those competitors?
14    A.  Generally they would have been the big-box
02:26  15  stores.
16    Q.  Can you give me some examples, please?
17    A.  Sure.  Best Buy, Circuit City, Sears, as
18  well as other -- other larger stores that may have
19  been in their area.  They may not have been chain
02:27  20  stores, but larger retailers in their area would
21  have also been considered competitors.
22    Q.  When you say "their area," are you
23  referring to the geographic area of a specific
24  member; is that correct?
02:27  25    A.  Correct.

## Page 132

1    Q.  Okay.  Other than big-box stores, did
2  MARTA's members have any competitors that you're
3  aware of?
4    A.  Just other large retailers.  Not
02:27  5  necessarily large, but retailers in their direct
6  area.
7    Q.  Part of MARTA's business model was to
8  monitor the pricing of its members' competitors,
9  correct?
02:27  10    MR. SMITH:  Objection; lack of foundation,
11  vague.
12    THE WITNESS:  Wait a minute.  Can you
13  repeat that?
14    Q.  BY MR. LAU:  Part of MARTA's business
02:27  15  model was to monitor the prices of the members'
16  competitors, correct?
17    MR. SMITH:  Same objection.
18    THE WITNESS:  It was to make -- yes, I
19  suppose they would be doing that to make sure we
02:28  20  stayed competitive, our members stayed competitive.
21    Q.  BY MR. LAU:  And why was it important for
22  the members to stay competitive, why did they need
23  to know what their competitors were pricing at?
24    MR. SMITH:  Objection; lack of foundation,
02:28  25  mischaracterizes the testimony.

## Page 133

1    THE WITNESS:  I don't really know because
2  that wasn't something I was responsible for.
3    Q.  BY MR. LAU:  Can you go to your stack of
4  exhibits and pull out Exhibit 3248?  This is the
02:28  5  document titled "MARTA Overview."
6    A.  Okay.
7    Q.  Turn to Page 12, please.  And this is a
8  page that's titled on top "Electronics
9  Merchandising Approach."
02:29  10    Do you see that page?
11    A.  Yes.
12    Q.  Look at the third bullet point which reads
13  as follows:
14    "MARTA focuses upon Best Buy as its
02:29  15    primary competitor; dealers
16    effectively fighting them generally
17    compete well against Circuit City and
18    strong regional independents."
19    Now, this is consistent with your
02:29  20  recollection that the big-box stores were the main
21  competitors that the members had, correct?
22    A.  Correct.  And not just our members, all
23  independents, all independent retailers.
24    Q.  And turn to Page 14, please, and this is a
02:29  25  page titled "MARTA's 2004 Year-to-Date Review."

## Page 134

1    Now, look at the third bullet point that
2  says:
3    "MARTA improved its capability
4    through," and then a few bullet points
02:30  5    down it says:  "Shared shopping
6    reports and early competitive ad
7    information."
8    Do you see that?
9    A.  Yes.
02:30  10    Q.  And this is a fair characterization about
11  how MARTA was monitoring the members' competitors;
12  isn't that correct?
13    MR. SMITH:  Objection; lack of foundation,
14  vague.
02:30  15    THE WITNESS:  Yes, yes, I suppose so.
16    Q.  BY MR. LAU:  You've heard of sharing
17  shopping reports before, haven't you?
18    A.  I have heard of shopping reports.
19    Q.  And what is --
02:31  20    A.  I don't know what "shared" means.
21    Q.  From your perspective, what do "shopping
22  reports" mean?
23    A.  Basically to go out and research pricing
24  of similar models possibly, or the exact models,
02:31  25  and see what it's being sold at in the marketplace.

**34 (Pages 131 to 134)**

## Page 135

1    Q.   And this was a service that MARTA provided
2    its members, correct?
3         MR. SMITH:  Objection; lack of foundation.
4         THE WITNESS:  I think so.
02:31  5    Q.   BY MR. LAU:  Do you recall instances where
6    shopping reports were prepared at MARTA?
7    A.   I have heard the term, and I know that
8    they did exist, such a thing as a shopping report.
9    I wasn't involved myself at all in doing shopping
02:31 10    reports or preparing them.  So I --
11    Q.   You have seen shopping reports before,
12    correct?
13    A.   Yes, yes.
14         MR. SMITH:  Had you finished your previous
02:31 15    answer?  Sounds like you might have gotten cut off.
16         THE WITNESS:  My previous answer just was
17    I wasn't involved in doing them or preparing them
18    at any time, but I have heard of them.  That was my
19    answer.
02:32 20    Q.   BY MR. LAU:  And you have actually seen
21    these shopping reports before, correct?
22    A.   I am sure I have seen them before in a
23    bulletin book, but like I said, I didn't see them
24    on a regular basis.
02:32 25    Q.   What type of information do you recall

## Page 136

1    seeing on these shopping reports?
2    A.   Honestly, like I said, this would have
3    been ten-plus years ago.  I wasn't involved in it.
4    So if I did see them -- and I am sure I did see
02:32  5    them -- it just wasn't on a regular basis.  That
6    was not in my job title or job duties.
7    Q.   But these shopping reports would include
8    prices of the members' competitors, correct?
9         MR. SMITH:  Objection; lack of foundation,
02:33 10    asked and answered.
11         THE WITNESS:  Honestly, I don't know.  I
12    do not -- I didn't deal with them on a regular
13    basis where I would recall that type of
14    information.
02:33 15    Q.   BY MR. LAU:  Let's go back to Page 14.
16    That bullet point that we looked at that made
17    reference to shopping reports, it also says at the
18    end, "early competitive ad information."
19         Do you see that phrase?
02:33 20    A.   Yes.
21    Q.   Have you seen that phrase before or heard
22    of that phrase before?
23    A.   No.
24    Q.   Do you know what an early competitive ad
02:33 25    information, do you know what that refers to?

## Page 137

1    A.   I would think like on Black Friday there's
2    websites that put out the ads before they actually
3    come out, but that's what I'm thinking, but I don't
4    know what it means in this context here, no, I do
02:33  5    not.  I have not really heard that term at MARTA
6    before.
7    Q.   Who at MARTA was responsible for
8    monitoring the prices of the members' competitors?
9         MR. SMITH:  Objection; lack of foundation.
02:33 10         THE WITNESS:  If I had to guess, I would
11    say Warren and Bill would be the two people that
12    handled that.
13         MR. LAU:  I am going to hand an exhibit
14    that's already been marked as Exhibit 2496, and
02:34 15    this is a string of emails dated November 3, 2005,
16    from Bill Bursley to Warren Mann and Jeff Sokol,
17    and the Bates number is CRT-MARTA-0033521 to 2.
18    Please take a moment to review this document.
19         (Previously marked Exhibit No. 2496 for
02:35 20         identification.)
21         THE WITNESS:  Okay.
22    Q.   BY MR. LAU:  Do you recognize this
23    document, Ms. Fields?
24    A.   No, I mean, I have never seen it before,
02:37 25    but I recall.

## Page 138

1    Q.   Do you see on the subject line it says
2    "MARTA Bulletin," do you see that phrase?
3    A.   Yes.
4    Q.   What is a MARTA bulletin?
02:37  5    A.   It's a communication that was sent from
6    the MARTA office to members typically.
7    Q.   Okay.  If you look on the second page,
8    take a look at the second full paragraph that
9    begins "In order to."
02:38 10         Do you see that paragraph?
11    A.   Yes.
12    Q.   The first sentence reads:
13         "In order to ascertain the actual
14         situation, MARTA requests all Toshiba
02:38 15         dealers shop at least one Best Buy
16         store over the next few days."
17         Do you see that?
18    A.   Yes.
19    Q.   Does seeing that sentence refresh your
02:38 20    recollection that at times MARTA would ask its
21    members to investigate prices at competitors such
22    as Best Buy?
23         MR. SMITH:  Objection; lack of foundation.
24         THE WITNESS:  I don't think this was
02:38 25    regular practice.

Page 139

1    Q.  BY MR. LAU:  But it occurred from time to

2  time, didn't it?

3          MR. SMITH:  Objection; lack of foundation.

4          THE WITNESS:  I don't -- I wasn't really

02:39  5  involved in this type of work within MARTA.

6          Q.  BY MR. LAU:  But others at MARTA were

7  involved in this type of work, correct?

8          MR. SMITH:  Objection; lack of foundation.

9          THE WITNESS:  The only two I recall is

02:39 10  Warren and Bill.

11          Q.  BY MR. LAU:  And what would Warren and

12  Bill do with respect to this issue, would they

13  instruct or request members to shop at competitors

14  of Best Buy to ascertain their prices?

02:39 15          MR. SMITH:  Objection; compound, lack of

16  foundation.

17          THE WITNESS:  No, what I recall is them

18  going and checking prices, but not members, but

19  that's -- doesn't ring any bells with me at all.

02:39 20          Q.  BY MR. LAU:  So you --

21          A.  I don't recall members being asked to do

22  that.

23          Q.  But you would recall Mr. Mann going to

24  competitors such as Best Buy to figure out what

02:39 25  their prices were, correct?

Page 140

1          A.  I can't recall specific situation, but

2  that's what I understood a shopping report to be.

3          Q.  And you understood that Mr. Mann was

4  involved in those type of shopping reports,

02:40  5  correct?

6          A.  A brief -- I just briefly recall that,

7  yes.

8          Q.  And you recall that Bill would do similar

9  sorts of work, correct?

02:40 10          MR. SMITH:  Objection; vague.

11          THE WITNESS:  I know that those two were

12  involved in it.  I don't know what they did or how

13  they went about it, but I do recall that those were

14  the two people that were involved in that type of

02:40 15  work within MARTA.

16          Q.  BY MR. LAU:  And when you say "Bill," that

17  refers to Bill Bursley, correct?

18          A.  Correct.

19          Q.  And what was Mr. Bursley's title at MARTA?

02:40 20          A.  General manager.

21          Q.  Why do you think Mr. Mann and Mr. Bursley

22  would be at all concerned about the prices that

23  Best Buy would set?

24          MR. SMITH:  Objection; lack of foundation,

02:41 25  calls for speculation.

Page 141

1          MS. KERN:  Calls for speculation.

2          THE WITNESS:  I mean, if I had to guess if

3  you're asking me to speculate --

4          MR. SMITH:  Don't speculate.  If you know

02:41  5  the answer to his question.

6          THE WITNESS:  I don't know the answer.

7          Q.  BY MR. LAU:  What's your understanding as

8  to what they were up to?

9          MR. SMITH:  Objection; vague and

02:41 10  ambiguous, calls for speculation.

11          THE WITNESS:  Repeat the question.

12          Q.  BY MR. LAU:  What is your understanding as

13  to why Mr. Mann and Mr. Bursley, why they would

14  shop -- do shopping trips at Best Buy to ascertain

02:41 15  their prices, why do you think they would be

16  interested in that?

17          MR. SMITH:  Same objections.

18          THE WITNESS:  I would -- I mean, I am

19  guessing when I say that --

02:41 20          MR. SMITH:  Don't speculate.  If you know

21  the answer to his question, if you have an

22  understanding.  If you don't know, you don't have

23  to speculate.  Don't do that.

24          THE WITNESS:  I don't know for certain.

02:41 25          Q.  BY MR. LAU:  How long have you worked at

Page 142

1  MARTA?

2          A.  For 17 years.

3          Q.  And you understand during that 17-year

4  period that working with the members, that the

02:42  5  members care about what the big-box stores sold

6  merchandise for, right, they cared about those

7  issues, right?

8          MR. SMITH:  Objection; vague.

9          THE WITNESS:  Along with many other

02:42 10  issues, yes.

11          Q.  BY MR. LAU:  So understanding what the

12  prices competitors were setting would be very

13  helpful from the members' perspective; isn't that

14  true?

02:42 15          MR. SMITH:  Objection; vague, lack of

16  foundation.

17          THE WITNESS:  I think it would be mainly

18  to make sure that we -- yeah, we were not being

19  charged something exorbitantly higher than what

02:42 20  competitors were.  That's my guess, though.  I

21  mean, I know I shouldn't guess, but that's what I

22  would assume after working for MARTA for 17 years.

23          MR. LAU:  Let's mark another exhibit.  I

24  want to -- I am going to hand out a document that

02:43 25  has the Bates No. CRT-MARTA-0016440.  It is a

**Page 143**

1  string of emails.  At the top that's an email from
2  Aimee Fields to Bob Thompson dated November 30th,
3  2006.
4        (Reporter marked Exhibit No. 3250 for
02:43  5        identification.)
6     Q.  BY MR. LAU:  Please review this document
7  and let me know once you've had a chance to do so.
8     A.  I have reviewed it.
9     Q.  Ms. Fields, do you recognize this
02:44  10  document?
11     A.  I do.
12     Q.  And what is this document?
13     A.  Appears to me it was an email, several
14  emails, one being a members' email to myself with a
02:45  15  concern, and then a follow-up email from myself to
16  my boss, or the director, Bob Thompson, explaining
17  -- basically forwarding the email and passing along
18  information that was received in our office.
19     Q.  Was this email generated by MARTA or
02:45  20  received by MARTA in the normal course of its
21  business?
22        MR. SMITH:  Are you referring to the
23  entire email chain or portions of it?
24        MR. LAU:  Yes, yes, I am, the entire email
02:45  25  chain.

**Page 144**

1        THE WITNESS:  Okay.  Do you mind if I
2  break it down?
3     Q.  BY MR. LAU:  Sure, that's fine.
4     A.  The first or the last attachment in the
02:45  5  back dated November 20th is a normal bulletin that
6  would go out from MARTA to its dealers in the
7  normal course of business.
8     Q.  What about the next email?
9     A.  The next email would be a member stating
02:46  10  its concerns to the MARTA headquarters office, and
11  that would be in the normal course of business.
12     Q.  Okay.  What about the next email chain?
13     A.  It would be me, yes, seeking assistance
14  from my boss on how to handle a situation.
02:46  15     Q.  Did MARTA rely upon this email in the
16  normal course of its business?
17        MR. SMITH:  Objection; lack of foundation.
18        THE WITNESS:  I don't understand when
19  you're saying that, rely on it.
02:46  20     Q.  BY MR. LAU:  Let me ask a different
21  question.  Let me ask a different question.
22        Do you have any reason to believe that the
23  contents of this email is inaccurate?
24     A.  No.
02:46  25     Q.  Do you have any reason to believe that the

**Page 145**

1  contents of this email are incomplete?
2     A.  No.
3     Q.  Let's look on the bottom of Page 1, the
4  email that Mike McCulloch sent to you on November
02:47  5  30th, 2006.
6        Do you see that?
7     A.  Yes.
8     Q.  In your own words, what do you think
9  Mr. McCulloch was trying to convey to you, what do
02:47  10  you think he was trying to communicate to you?
11        MR. SMITH:  Objection; irrelevant, calls
12  for speculation.
13        THE WITNESS:  To me it appears he's
14  seeking a type of price protection.
02:47  15     Q.  BY MR. LAU:  And that's because he's
16  discovered that the cost of a particular product
17  is, as he states in this email, is 2394, but that
18  HH Gregg was selling the merchandise -- same unit
19  for 2399, correct?
02:47  20     A.  Correct.
21        MR. SMITH:  Objection; calls for
22  speculation, lack of foundation, irrelevant.
23     Q.  BY MR. LAU:  Now, Mr. McCulloch worked for
24  a company called Charlie Wilsons, correct?
02:48  25     A.  Correct.

**Page 146**

1     Q.  Charlie Wilsons was a member of MARTA,
2  correct?
3     A.  Correct.
4     Q.  And when you received this email, were you
5  under the impression that Mr. McCulloch was
02:48  6  concerned about the price that he was obtaining
7  merchandise from MARTA versus the price he was
8  obtaining -- that similar merchandise could be
9  obtained at HH Gregg?
02:48  10        MR. SMITH:  Objection; calls for
11  speculation, irrelevant.
12        THE WITNESS:  To me it appears that he was
13  concerned about the price he had already paid for
14  the merchandise versus what it was being sold at
02:49  15  HH Gregg.
16     Q.  BY MR. LAU:  Okay.  We talked earlier
17  about shopping reports that you believe that Mr.
18  Mann or Mr. Bursley may have had something to do
19  with, right?
02:49  20     A.  Correct.
21     Q.  Isn't that the reason why they were
22  engaged in doing shopping reports, is to ensure
23  that members of MARTA could obtain a competitive
24  price from MARTA as opposed to a price that's not
02:49  25  competitive?

## Page 147

1        MR. SMITH:  Objection; vague and
2   ambiguous.
3        MS. KERN:  Speculation.
4        MR. SMITH:  Lack of foundation.  Calls for
02:49 5   speculation.
6        THE WITNESS:  I don't know the answer to
7   that, but -- so I would not feel comfortable
8   answering that.
9        Q.  BY MR. LAU:  Okay.  Was HH Gregg a
02:49 10   competitor of MARTA's members?
11        MR. SMITH:  Objection; lack of foundation.
12        THE WITNESS:  It would have been a
13   competitor to some of our members.
14        Q.  BY MR. LAU:  Okay.  Are you aware of any
02:50 15   way that MARTA was monitoring the prices of its
16   members' competitors?
17        MR. SMITH:  Objection; vague, asked and
18   answered.
19        THE WITNESS:  I mean, it could have been
02:50 20   done through advertisements, Sunday papers,
21   shopping reports.  That's the only things that come
22   to mind for me.
23        Q.  BY MR. LAU:  Not in terms of guessing,
24   within terms of what do you recall over your 17
02:50 25   years of experience working at MARTA, and you have

## Page 148

1   had a number of different positions at MARTA
2   culminating in your front office position as
3   manager, when you think about that over the course
4   of your 17-year career, can you think of instances
02:51 5   where MARTA took steps to monitor the prices set by
6   the members' competitors, like Best Buy and like
7   the big-box stores?
8        MR. SMITH:  Objection; vague, asked and
9   answered.
02:51 10        THE WITNESS:  Just as I stated before, the
11   only two circumstances I can recall is through
12   newspaper advertisements or, you know, what I
13   believe to be shopping reports.  We call them
14   shopping reports.
02:51 15        Q.  BY MR. LAU:  And as we sit here today, you
16   specifically recall shopping reports and monitoring
17   advertisements as methods that MARTA used to
18   monitor the competition?  Do you have that
19   recollection today?  You do, don't you?
02:51 20        MR. SMITH:  Objection; asked and answered,
21   argumentative.
22        THE WITNESS:  Hold on.  Those are the only
23   situations I can recall that were used to monitor
24   our prices to make sure that we were still
02:52 25   competitive.

## Page 149

1        Q.  BY MR. LAU:  And these were regular
2   practices, correct?
3        MR. SMITH:  Objection; lack of foundation,
4   vague.
02:52 5        THE WITNESS:  I wasn't involved in doing
6   them, so I don't know how often they were done.
7        MR. SMITH:  Make sure you give me a chance
8   to make my full objection.  Thank you.
9        Q.  BY MR. LAU:  How often do you recall
02:52 10   hearing about shopping reports and monitoring of
11   advertisements?
12        MR. SMITH:  Objection; compound.
13        Q.  BY MR. LAU:  Let's break it down.  How
14   often do you recall shopping reports occurring?
02:52 15        A.  Not very often.  Maybe since it wasn't
16   something I was involved in, I would say maybe
17   three to four times a year, even hearing about them
18   or -- that would be -- that would be my best.
19        Q.  And how about monitoring advertisements of
02:52 20   competitors, how often from your recollection as
21   you sit here today, how often of an occurrence was
22   that?
23        A.  Maybe monthly.  I just don't know.  I
24   don't know the answer.
02:53 25        Q.  Just in terms of what you remember today,

## Page 150

1   what do you remember?  Do you remember monthly,
2   more?
3        A.  Monthly maybe eight to ten times a year.
4   That's the best I can give you.
02:53 5        Q.  Were there any particular times of the
6   year that monitoring the competition was more
7   prevalent?
8        MR. SMITH:  Objection; vague and
9   ambiguous, lack of foundation, calls for
02:53 10   speculation.
11        THE WITNESS:  Black Friday.
12        Q.  BY MR. LAU:  Why would that occur more
13   often around Black Friday?  What's the significance
14   of that?
02:53 15        A.  That was typically one of our members' --
16   our members' -- one of their larger times of year.
17   They sold a lot during that time of year, right
18   before Christmas, and it was a big shopping day.
19   So it was important to make sure that they were
02:53 20   competitive themselves.
21        Q.  Thank you.
22        What is a trailing credit, Ms. Fields, if
23   you know?
24        A.  It would be a credit that was issued after
02:54 25   the invoice was typically received and paid for.

**Page 151**

1    Q.  Under what circumstances would trailing

2  credit be issued?

3    A.  A volume rebate.

4    Q.  Any other instances?

02:54  5    A.  That's really the only main one I can

6  think that comes to mind.  Possibly price

7  protection as well.  Sorry.

8    Q.  Have you ever -- let me take a step back.

9    During the relevant time period, remember

02:55  10  this is the long period from 1995 to 2007, did you

11  ever hear about a possible conspiracy in the CRT

12  industry involving fixing prices?

13    A.  No.

14    Q.  When was the first time you heard that

02:55  15  there might exist such a conspiracy in the CRT

16  industry?

17    MR. SMITH:  Just want to instruct you,

18  don't reveal the contents of anything that was

19  communicated to you exclusively by your lawyers.

02:56  20  If you learned anything independently after the

21  engagement of your lawyers, you can testify about

22  that, but don't disclose anything that was told to

23  you by your lawyers alone.

24    THE WITNESS:  The question again?

02:56  25    Q.  BY MR. LAU:  When was the first time you

**Page 152**

1  heard that there might exist such a conspiracy in

2  the CRT industry, at what point in time?

3    A.  Approximately I would say sometime around

4  the summer maybe of 2010 was the first I heard of

02:56  5  it.

6    Q.  And where did you hear this from?

7    A.  I guess I have a question --

8    MR. SMITH:  Do you have a question about

9  privilege?

02:57  10    THE WITNESS:  Uh-huh.

11    MR. SMITH:  Can we go off the record to

12  discuss the question about privilege?

13    MR. LAU:  Of course.

14    MR. SMITH:  Thank you.

02:57  15    THE VIDEOGRAPHER:  Off the record at 2:57

16  p.m.

17    (Whereupon a recess was taken.)

18    THE VIDEOGRAPHER:  On the record at 2:59

19  p.m.

02:59  20    Q.  BY MR. LAU:  So would you like me to

21  restate the question?

22    A.  Yes, please.

23    Q.  Okay.  When was the first time,

24  Ms. Fields, you heard that there might exist a

02:59  25  conspiracy in the CRT industry, at what point in

**Page 153**

1  time?

2    MR. SMITH:  Object to that as asked and

3  answered.

4    THE WITNESS:  It was approximately

02:59  5  somewhere in the summer of 2010 is when I recall.

6    Q.  BY MR. LAU:  And the next question is

7  where did you hear that from?

8    A.  A conversation with Pat Jermyn.

9    Q.  And who is Pat Jermyn?

03:00  10    A.  He works for Class Action Refund.

11    Q.  And what is Class Action Refund?

12    MR. SMITH:  Objection; lack of foundation.

13    THE WITNESS:  I believe a group that

14  handles class action cases.

03:00  15    Q.  BY MR. LAU:  Okay.  What was the nature of

16  the conversation between you and Mr. Jermyn?

17    A.  I was on an unrelated telephone

18  conversation to him, and he informed me that there

19  was a case -- I don't know exactly how he put it,

03:00  20  but there was a case coming up with CRT televisions

21  involved.

22    Q.  Okay.  Okay.  And then what else did he

23  say to you during that conversation?

24    A.  I don't recall.  That was four years ago.

03:01  25    Q.  Okay.  Do you know whether Class Action

**Page 154**

1  Refund is a law firm?

2    A.  I'm not sure what they're classified as.

3    Q.  Do you know whether MARTA has any sort of

4  agreements with Class Action Refund concerning this

03:01  5  case?

6    A.  I think MARTA does have an agreement, but

7  I am not certain of the -- I don't know the details

8  of what's contained.

9    Q.  What's your understanding as to what's

03:01  10  contained in that agreement?

11    A.  I don't know.

12    Q.  Okay.  When was the first time you ever

13  had a conversation with any attorney from the law

14  firm of Boies Schiller?

03:02  15    MR. SMITH:  Only answer when.  Don't give

16  a context of any of those conversations.

17    THE WITNESS:  I recollect somewhere around

18  the time frame of maybe the fall to the winter,

19  maybe the December, January time frame of 2010 was

03:02  20  the first time I spoke with someone from Boies

21  Schiller.

22    Q.  BY MR. LAU:  Do you recall who you spoke

23  with?

24    MR. SMITH:  You can answer who.  Don't

03:03  25  reveal any of the contents of any of the

## Page 155

1    conversations you had.

2          THE WITNESS:  I believe it was Phil

3    Iovieno.

4          Q.  BY MR. LAU:  Other than Mr. Iovieno, list

03:03  5    for me every single Boies Schiller attorney you

6    have ever had a conversation with?

7          A.  Melissa Felder.

8          Q.  Who else?

9          A.  Kyle Smith.

03:10  10         Q.  Anyone else?

11         A.  Bob Tietjen, and that's all I can recall.

12         Q.  Okay.  If MARTA prevails in this lawsuit,

13   do you have any understanding as to how MARTA will

14   distribute the proceeds that it receives?

03:04  15         A.  Yes, I do have an --

16         MR. SMITH:  If you learned this through

17   communications with your lawyers or through things

18   that anyone at MARTA told you based on their

19   communications with lawyers, don't reveal anything

03:04  20   you learned through such conversations.

21         THE WITNESS:  Okay.  I have a basic

22   understanding of it.

23         Q.  BY MR. LAU:  And how would those proceeds

24   be distributed?

03:04  25         MR. SMITH:  Same instruction.

## Page 156

1          THE WITNESS:  It would have been members

2    that contributed to the volume would have received

3    a share proportionate to their percentage of the

4    volume that was generated.  The remaining funds

03:05  5    would be put into an account, which would be

6    divided equally among all members.  So all members

7    would receive an equal share.

8          Q.  BY MR. LAU:  Okay.  For these two

9    categories, when you talk about members, are you

03:05  10   talking about just current members or former

11   members as well?

12         A.  Just current members.

13         Q.  Okay.  Ms. Fields, do you have any

14   understanding as to whether MARTA has assigned any

03:06  15   of its claims that it is asserting in this case?

16         MR. SMITH:  Objection; calls for a legal

17   conclusion.

18         Q.  BY MR. LAU:  Let me take a step back.

19         When I say the word "assigned," do you

03:06  20   have an understanding as to what that word means?

21         A.  No.

22         Q.  Do you have an understanding as to whether

23   MARTA has transferred its rights in this lawsuit to

24   some other entity?

03:06  25         MR. SMITH:  Objection.

## Page 157

1          Q.  BY MR. LAU:  Any understanding of that?

2          MR. SMITH:  Objection; calls for a legal

3    conclusion.

4          THE WITNESS:  Not to my knowledge.

03:06  5          Q.  BY MR. LAU:  Okay.  Ms. Fields, we have

6    asked a lot of questions today, and we have covered

7    a lot of ground.  Do you feel looking back at the

8    few hours you and I have talked together, do you

9    feel like you have given me full and complete and

03:06  10   accurate answers?

11         A.  Yes.

12         MR. LAU:  Okay.  With that, I am complete

13   with my questioning.  There might be somebody on

14   the phone who might want to ask their own

03:06  15   questions.

16         THE WITNESS:  Okay.

17         MR. LAU:  Is there anyone on the phone who

18   has additional questions for Ms. Fields?

19         (Discussion off the record.)

03:07  20         MR. SMITH:  No questions for me.

21         MR. LAU:  Ms. Fields, I am going to thank

22   you for your time today.  Our deposition is

23   complete.

24         THE WITNESS:  Thank you.

03:07  25         THE VIDEOGRAPHER:  This is the end of the

## Page 158

1    deposition of Aimee L. Fields, and Tape No. 3.  Off

2    the record at 3:07 p.m.

3          (Whereupon the proceedings were

4          concluded at 3:07 p.m.)

5          ---o0o---

6

7          I have read the foregoing deposition

8    transcript and by signing hereafter, approve same.

9

10   Dated_____.

11

12

                      _____

13                    (Signature of Deponent)

14

15

16

17

18

19

20

21

22

23

24

25

**Page 159**

1    DEPOSITION OFFICER'S CERTIFICATE

2    STATE OF CALIFORNIA   )

           ) ss.

3    COUNTY OF SAN FRANCISCO)

4

5

6        I, Balinda Dunlap, hereby certify:

7        I am a duly qualified Certified Shorthand

8    Reporter in the State of California, holder of

9    Certificate Number CSR 10710 issued by the Court

10   Reporters Board of California and which is in full force

11   and effect.  (Fed. R. Civ. P. 28(a)).

12       I am authorized to administer oaths or

13   affirmations pursuant to California Code of Civil

14   Procedure, Section 2093(b) and prior to being examined,

15   the witness was first duly sworn by me.  (Fed. R. Civ.

16   P. 28(a), 30(f)(1)).

17       I am not a relative or employee or attorney or

18   counsel of any of the parties, nor am I a relative or

19   employee of such attorney or counsel, nor am I

20   financially interested in this action.  (Fed. R. Civ. P.

21   28).

22       I am the deposition officer that

23   stenographically recorded the testimony in the foregoing

24   deposition and the foregoing transcript is a true record

25                  / / /

**Page 160**

1    of the testimony given by the witness.  (Fed. R. Civ. P.

2    30(f)(1)).

3        Before completion of the deposition, review of

4    the transcript [XX] was [ ] was not requested.  If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9    Dated: June 23, 2014

10

11            _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEPOSITION ERRATA SHEET

Action:      *In re Cathode Ray Tube (CRT) Antitrust Litigation, Case No. 07-5944-SC*

Witness:     Aimee Fields

Date:        June 4, 2014

I wish to make the following changes to the transcript of my deposition, for the following reasons:

| Page/Line | Change | Reason |
|---|---|---|
| Page 43, line 19 | "retain" should be "obtain" | transcription error |
| Page 55, line 13 | "more" should be "or" | transcription error / typographical error |
| Page 90, line 20 | "permitable" should be "permissible" | transcription error |
| Page 94, line 3 | "They" should be "There" | transcription error |
| Page 109, line 18 | "weren't" should be "were" | transcription error |
| Page 109, line 24 | "monitored" should be "monitors" | transcription error |
| Page 118, line 8 | insert period after "why" | grammatical error / transcription error |
| Page 122, line 25 | delete "a general" | transcription error |
| Page 123, line 21 | "division" should be "Navision" | transcription error |
| Page 126, lines 23-24 | "discount that classified" should be "classification of" | transcription error / misstatement |
| Page 137, line 25 | "but" should be "that" | transcription error |
| Page 143, line 14 | "members'" should be "member's" | grammatical error |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 23, 2014

_Aimee L. Fields_

Aimee Fields

## A

**abbreviated** 26:18
**abbreviation** 117:12
  123:5
**abbreviations** 115:5
**ability** 118:6
**able** 15:14 55:22
  97:13
**account** 101:1 102:7
  114:24 116:13
  121:6 156:5
**accounting** 16:18,23
  17:5 25:24 73:2
  97:14
**accounts** 42:5,10
**accurate** 48:16
  66:10 71:25 73:15
  73:17 76:23 78:15
  80:2 157:10
**accurately** 80:3
**achievements** 33:14
**acquisition** 43:19
  43:22
**act** 53:24
**acted** 93:4
**acting** 48:6
**action** 3:12 153:10
  153:11,14,25
  154:4 159:20
**actions** 2:12 38:10
**actively** 58:6
**activities** 56:12
**actual** 100:16
  103:16 114:14
  116:20 122:18
  138:13
**ad** 134:6 136:18,24
**addition** 55:4
  113:23
**additional** 157:18
**address** 34:24 35:1
  35:12
**addressed** 35:20
**admin** 125:23 127:25
  128:2
**administer** 30:12
  159:12
**administrative**
  28:18 86:19,22,25
  87:3,5,10,24 88:6
  127:6,21 128:7,8
**ads** 137:2
**advertisements**
  147:20 148:12,17
  149:11,19
**advertising** 127:8
**advise** 75:8
**advised** 40:13
**affect** 39:8
**affiliates** 92:23

**affirmations** 159:13
**afternoon** 96:2,7
**agent** 53:21,25
**aggressive** 78:24
**ago** 9:11 20:2,12,13
  21:18 22:17 23:20
  23:25 25:21 37:22
  136:3 153:24
**agreed** 127:24
**agreement** 5:14
  18:25 65:24 66:16
  66:17 68:24 69:1
  72:9 154:6,10
**agreements** 64:2,8
  64:16 65:16 66:1
  66:5 154:4
**aimee** 2:17 5:7,16
  6:5 7:11 8:22
  12:5 17:25 65:7
  65:12 130:8,13
  143:2 158:1
**alau** 3:22
**albany** 3:14
**albie** 3:21 7:25
  43:1 45:25
**allergies** 108:3
**alliance** 68:11,12
  68:18 92:8
**allow** 49:5 59:12
  88:15 94:18 108:9
**allowance** 127:3,11
**allowed** 94:3,4
  127:16 160:6
**allows** 102:13
**ambiguous** 119:11
  141:10 147:2
  150:9
**amendments** 5:9 45:4
  46:24
**america** 3:17,17,18
  3:18 4:3 5:8,11
  8:18 45:3 63:12
  78:20
**amount** 119:15
  120:14 122:20,20
  122:22 124:7,13
  124:21,25 127:17
  127:24,25
**amounts** 129:18
**analog** 115:22 117:3
**analyze** 75:5
**announced** 40:16
**announcements** 33:13
**answer** 10:14 11:1,5
  11:6,24 37:1,5
  38:7 40:24 49:22
  52:8 55:16 57:1,1
  59:3 62:10 69:16
  76:13 83:2 88:20
  89:5 92:15 105:23
  105:24 110:21

  135:15,16,19
  141:5,6,21 147:6
  149:24 154:15,24
**answered** 56:7 59:20
  76:15 136:10
  147:18 148:9,20
  153:3
**answering** 52:9
  147:8
**answers** 10:2,3,5,6
  92:14 157:10
**antitrust** 2:8 7:12
  9:14
**anybody** 8:10,20
  34:15
**apologize** 100:17
**apparently** 129:4
**appear** 66:14 77:2
  108:5 109:23
  117:20 121:6,7
**appearance** 3:3 4:4
  4:9 96:9
**appearances** 8:6
**appeared** 7:9 62:24
**appearing** 117:17
**appears** 65:24 70:6
  72:9,11,12 76:5
  76:10 97:12,20
  98:22 99:8 101:18
  103:19 104:4
  105:3 112:23
  113:11 120:16
  121:4 122:13
  143:13 145:13
  146:12
**appendages** 46:2
**appended** 160:7
**appliance** 59:21,23
**applies** 123:7,9
**appreciate** 99:21
**approach** 133:9
**approval** 55:13
  59:10 84:6 100:3
  100:6
**approve** 62:7 84:12
  158:8
**approved** 80:21,22
**approximately** 14:16
  14:20,22 20:9,12
  20:24 23:3,17
  25:17 26:8 28:20
  44:2 67:23 69:7
  81:22 152:3 153:4
**april** 5:13 64:12
  69:5 81:20
**area** 73:8 131:19,20
  131:22,23 132:6
**argumentative** 86:14
  148:21
**arizona** 7:1,6,17
  16:14 21:6 31:1,9

**arrows** 111:10,22
**articles** 36:10
  46:12
**ascertain** 138:13
  139:14 141:14
**asia** 4:3 8:18
**aside** 74:5
**asked** 10:23 56:7
  59:20 76:15
  109:12 136:10
  139:21 147:17
  148:8,20 153:2
  157:6
**asking** 11:20 48:4
  80:6 92:16 107:15
  119:17 141:3
**asks** 11:2
**assembling** 99:1
**asserting** 156:15
**asset** 28:14,15,22
**assign** 74:18 83:18
**assigned** 60:14
  124:6 156:14,19
**assigns** 113:17
**assistance** 144:13
**assistant** 13:24
  14:1,8 28:18
**assisted** 110:24
**associate** 32:2
  101:14 102:13
**associated** 68:2
**assume** 70:11 142:22
**assure** 45:14
**attached** 5:14 46:21
  70:8,13
**attachment** 144:4
**attend** 34:6,8 36:3
**attended** 36:6
**attorney** 8:1 11:4
  18:5 96:7,8
  154:13 155:5
  159:17,19
**attorneyclient** 11:3
**attorneys** 2:18 8:5
  10:19 18:3 38:9
**audible** 10:3,6
**august** 5:17 69:19
  70:11 93:19
**authorized** 83:17
  159:12
**authorizing** 83:19
**automatically** 35:21
**avb** 68:2,5,13 92:8
  92:9
**avenue** 3:5 7:5,17
**average** 87:21
**aware** 123:22 132:3
  147:14

## B

**b** 3:21 105:12
 112:25 121:8
 124:20 125:8
 126:21,25 127:5
 127:20 128:1,9
 159:14
**back** 13:17 31:23
 47:16 53:17 66:25
 70:14 80:13 84:25
 92:17 99:10
 105:21,25 107:3
 118:18 119:5
 120:4 124:19
 136:15 144:5
 151:8 156:18
 157:7
**balinda** 2:24 7:6
 159:6
**barkley** 4:15
**based** 51:11 90:6
 91:3,9,17,22 92:2
 98:10 119:16
 130:15 131:9
 155:18
**basic** 81:3,25
 155:21
**basically** 29:25
 38:11 51:9 67:19
 89:20 116:11
 128:4 134:23
 143:17
**basis** 135:24 136:5
 136:13
**bates** 5:10,12,15,17
 5:19,20 6:3,6
 45:5 63:13 64:13
 69:20 72:13 75:19
 137:17 142:25
**began** 19:16 22:11
 23:1 28:24 53:18
 77:9
**beginning** 7:18
 65:10 130:11
**begins** 45:2,5 63:13
 64:13 69:20 72:13
 75:19 77:4 78:17
 79:9 138:9
**behalf** 8:8 48:7,23
 49:25 96:11
**belated** 14:6
**believe** 16:10 19:17
 21:5 26:8 31:4
 41:20 48:15,18
 50:3 53:7 58:15
 63:5 66:3,10,12
 66:20,22 68:9
 69:6 71:16,25
 72:2,4 73:15,22
 76:21,23,25 77:24
 81:19 82:4 83:4
 88:1,25 92:22

 93:3,16,19 98:5,8
 104:11 107:1
 109:6 121:23
 126:3 144:22,25
 146:17 148:13
 153:13 155:2
**bells** 139:19
**best** 67:14 69:7
 99:22,25 131:17
 133:14 138:15,22
 139:14,24 140:23
 141:14 148:6
 149:18 150:4
**bet** 85:1
**better** 126:6 129:21
**betterment** 77:11
**bgralewski** 3:7
**big** 150:18
**bigbox** 131:14 132:1
 133:20 142:5
 148:7
**bill** 6:3 20:17
 137:11,16 139:10
 139:12 140:8,16
 140:17
**billed** 80:23 124:10
**billing** 15:20,21
 29:17,21,22 66:23
 69:2,4 80:16,19
 80:25 81:4,7,15
 82:1 86:20 88:24
 90:7,9 91:2,4,6
 91:10,18,20,23
 92:3,7,10,13 93:1
 97:14 118:5
 125:24 128:5
**binding** 54:11
**bit** 67:18 93:5
 99:15 105:17
**black** 137:1 150:11
 150:13
**blanket** 49:7
**block** 4:10 8:13
 109:4,8,15,21
**board** 35:23,25 36:5
 53:10,13 74:19
 90:4 159:10
**bob** 6:5 8:7 13:22
 143:2,16 155:11
**boies** 3:13 7:23
 154:14,20 155:5
**book** 37:18 135:23
**books** 118:12
**boss** 143:16 144:14
**bottom** 98:17 145:3
**bought** 43:23
**boulevard** 30:25
**box** 3:8 38:12
**boxes** 38:14,17,22
 42:12,19
**brand** 67:11

**brandsource** 68:3,5
 68:13 92:9,9,23
**break** 10:11,14 43:1
 43:5 64:23 65:14
 65:20 94:8,9,10
 94:16,21 118:17
 130:1 144:2
 149:13
**brief** 64:23 140:6
**briefly** 76:2 80:15
 140:6
**bring** 19:6
**brochure** 67:20
**brown** 117:3
**bsfllp** 3:15
**bta280** 117:2
**building** 16:13
 17:12
**built** 87:4
**bullet** 133:12 134:1
 134:4 136:16
**bulletin** 135:23
 138:2,4 144:5
**bulletins** 33:5,8,11
 35:3,18
**bursley** 6:3 20:17
 20:19 21:1,3
 137:16 140:17,21
 141:13 146:18
**bursleys** 140:19
**business** 5:11 32:1
 32:17 36:16 42:9
 43:13,17 47:2,6
 47:25 51:15 55:21
 61:1,11 62:14,22
 63:3,12 66:1,6
 70:25 71:4,7,17
 71:20 73:5,11
 76:7,12,18 77:16
 77:22 78:12 79:5
 79:17 91:18,23
 92:3 97:23,25
 98:3 132:7,14
 143:21 144:7,11
 144:16
**buy** 44:16 48:22
 49:25 50:5 55:14
 55:23 57:19 58:10
 58:20 61:2 131:17
 133:14 138:15,22
 139:14,24 140:23
 141:14 148:6
**buyers** 68:2
**buying** 34:5,5,6
 67:17,21 68:1
 77:11 78:21 94:3
 130:18,20
**buys** 55:11 56:10,17
 57:6,9 58:25
 59:13,24 60:2,9
 60:13,19,20 63:2

 79:23 85:4 122:3
**bylaws** 36:9 46:11
 46:23

---

**C**

**c** 3:1,18,20 4:1 8:1
 8:4 112:14,25
 121:12 122:10
 124:24 125:8
 126:22 127:1,7
**california** 2:2 3:9
 4:5,6 7:8,14 96:1
 159:2,8,10,13
**call** 14:19,21 27:12
 148:13
**called** 8:23 28:13
 68:11 145:24
**calling** 99:21
**calls** 14:10,16,17
 53:1,6 64:4 66:19
 70:18 90:10,17
 140:25 141:1,10
 145:11,21 146:10
 147:4 150:9
 156:16 157:2
**cancel** 88:23 89:2
**candidates** 74:20
**cant** 13:24 37:5
 40:24 56:5 57:14
 98:22 111:20
 112:3 117:4 118:8
 140:1
**capability** 78:6
 134:3
**capacity** 25:2 26:2
**care** 142:5
**cared** 142:6
**career** 148:4
**case** 2:9 3:19 7:15
 8:1,3 9:13,19
 15:6,9,11 16:3,5
 17:3 38:1,6 40:7
 41:23 42:16,23
 49:15 59:16 60:4
 62:17 96:19 111:1
 118:24 119:24
 153:19,20 154:5
 156:15
**cases** 55:10 86:17
 87:3 89:24,25
 90:1 118:14,14
 153:14
**categories** 156:9
**categorize** 115:11
**category** 62:13
 103:4 109:13
 121:14
**cathode** 2:7 7:11
 26:14
**cell** 103:14

**centertype** 93:22
**central** 7:5,17
  15:20,21 66:22
  69:2,4 80:16,19
  80:25 81:4,7,15
  81:25 86:19 88:24
  90:7,9 91:2,3,5
  91:10,17,20,22
  92:2,7,10,13,25
  125:24
**centralized** 79:11
**certain** 21:5 117:14
  126:20 141:24
  154:7
**certificate** 159:1,9
**certified** 7:7 159:7
**certify** 159:6
**chain** 131:19 143:23
  143:25 144:12
**chance** 12:25 31:23
  45:8 69:25 72:17
  75:23 97:6 143:7
  149:7
**changed** 67:18
**changes** 160:5
**channels** 50:5
**characterization**
  61:9 134:10
**characterize** 80:7
  83:8
**charge** 86:18,23,24
  87:2
**charged** 87:6,8,11
  88:3 128:19
  142:19
**charges** 125:23
**charlie** 145:24
  146:1
**checking** 139:18
**chicago** 4:11 57:21
  58:4
**choice** 88:14 91:4
  91:11,13,19
**choose** 74:23
**christmas** 150:18
**circle** 120:4 124:19
**circuit** 131:17
  133:17
**circumstance** 61:18
**circumstances**
  148:11 151:1
**cities** 93:23,25
**city** 131:17 133:17
**civ** 159:11,15,20
  160:1,7
**civil** 159:13
**claims** 29:25 156:15
**clark** 4:11
**class** 153:10,11,14
  153:25 154:4
**classification**

103:4 109:14
  115:10,14,25
  116:5 121:14
**classified** 115:15
  115:17 121:15
  126:24 154:2
**clawback** 108:8
**clean** 49:4
**clear** 48:11 90:14
  108:13
**clerk** 29:3,4
**close** 56:15 61:12
**closed** 58:7
**code** 101:11,15
  102:13 103:3
  109:12 116:10,22
  117:2,19 124:3
  159:13
**codes** 107:16
**coleman** 89:9
**collect** 88:6
**collecting** 37:24
**college** 28:4,6,7,9
  28:12
**color** 26:21,24
**column** 97:2 99:25
  99:25 100:1,11,21
  100:22,24 101:17
  102:3,16,19 103:1
  103:8,11,14,17,18
  103:20,21,23
  104:1,3,9,17
  105:12 107:22
  108:16,16 109:2
  112:5,11,14,17,18
  112:24,25,25
  113:13,13,15
  114:7,12,17,21
  115:4 116:9,11,16
  116:18 120:5,5,10
  120:24,24,25
  121:2,17 122:7,10
  122:12,24,24,25
  123:20 124:3,12
  124:14,24 126:21
  126:21,22 127:4
  128:1,9
**columns** 107:10,11
  108:17 113:12
  120:23 125:3
**com** 3:7,10,15,22,23
  4:7,13 34:24 35:6
  35:15
**combo** 109:16
**come** 34:7 56:4 80:3
  80:12 119:5
  123:21 137:3
  147:21
**comes** 151:6
**comfortable** 147:7
**coming** 153:20

**commenced** 40:20
**commencing** 7:4
**commitment** 55:13
**committed** 55:24
  61:2
**committee** 74:9 75:1
  75:3
**committees** 74:7,14
  74:15,17,22 75:7
  75:15
**communicate** 145:10
**communicated** 151:19
**communication** 138:5
**communications** 38:8
  155:17,19
**community** 28:4,5,7
  28:9,12
**companies** 50:24
  62:21 63:3
**company** 24:13 25:7
  25:25 28:13,16
  32:20 44:24 53:20
  53:24 54:2,11,15
  54:15 55:20 61:1
  62:14 64:16 70:24
  154:24
**compete** 133:17
**competition** 148:18
  150:6
**competitive** 132:20
  132:20,22 134:6
  136:18,24 146:23
  146:25 148:25
  150:20
**competitor** 130:19
  130:21 133:15
  147:10,13
**competitors** 130:17
  130:22 131:11,13
  131:21 132:2,8,16
  132:23 133:21
  134:11 136:8
  137:8 138:21
  139:13,24 142:12
  142:20 147:16
  148:6 149:20
**complete** 45:14
  48:19,20 73:17
  85:8 109:11 157:9
  157:12,23
**completed** 54:19
**completion** 160:3
**comply** 49:14
**components** 3:18
**compound** 83:22
  88:17 90:11
  139:15 149:12
**computer** 35:2
**computers** 16:17
  41:6
**concept** 59:6 80:16

80:20
**concern** 143:15
**concerned** 10:24
  140:22 146:6,13
**concerning** 15:25
  154:4
**concerns** 144:10
**conclude** 11:25 60:6
  109:1 110:15
**concluded** 158:4
**conclusion** 53:1,6
  64:5 66:19 70:19
  90:11,18 109:6
  130:6 156:17
  157:3
**conference** 14:10
**confidential** 2:18
**confused** 99:14
  105:17
**connected** 16:17
**considered** 19:1
  131:21
**consistent** 54:6
  55:1 77:15,20
  78:11 79:4,16
  133:19
**consolidated** 46:1
**conspiracy** 151:11
  151:15 152:1,25
**consult** 34:14,18
**consultant** 26:3,6
  40:10
**consumer** 3:18
**contact** 32:9 33:4
**contacted** 32:11
**contain** 17:2 110:17
  111:17
**contained** 16:5
  33:10 80:1 105:1
  106:15 109:19,25
  110:16 111:16
  124:15 154:8,10
**container** 39:23
**containing** 112:6
**contains** 27:6
**contents** 144:23
  145:1 151:18
  154:25
**context** 31:25 32:17
  45:22 47:11 96:24
  137:4 154:16
**continuing** 65:11
  130:7,12
**contributed** 156:2
**controlled** 53:3,8
**controller** 22:24
  24:6,8 25:3,4
**convention** 93:22
**conventiontype** 34:4
**conversation** 153:8
  153:16,18,23

154:13 155:6
**conversations** 17:25
154:16 155:1,20
**convert** 17:13
**convey** 145:9
**cook** 89:10
**coop** 127:9
**cooperative** 5:8,9
5:11 45:3,4 46:20
46:22 53:19 60:24
63:12 78:4,20
**copies** 12:22 33:13
**copy** 17:21 103:23
**corp** 4:9
**corporate** 36:8
46:10 48:6 68:5
70:16,25
**corporation** 3:17
**correct** 13:7,8,10
13:11 14:25 15:1
26:19,20 28:25
29:1 30:8 31:20
31:21 46:5 48:23
50:1,6,7,11,12,15
50:16,20,22,24
51:1,4,12,13,16
51:18,24,25 52:5
52:6,12,16,20,23
53:4,11,14 55:2,3
55:5 56:6 60:10
68:10 69:2,3
70:17 75:9,13
82:8,14,23 83:3,4
83:12,13,20,21
84:3,9,10,14,15
84:17,21,22,24,25
85:11,12,13,14,16
85:17,19 88:7,10
90:9,12,16 91:6
91:12,20,25 92:1
92:5,6 100:20
101:4 102:1,2,2
102:10,11,24,25
103:12,13 104:7
109:5 111:1,6,18
122:1 124:1,2
125:6,10 127:11
127:12 128:9,22
128:23,25 129:1,3
129:8,9,12,13
130:24 131:24,25
132:9,16 133:21
133:22 134:12
135:2,12,21 136:8
139:7,25 140:5,9
140:17,18 145:19
145:20,24,25
146:2,3,20 149:2
**correctly** 26:3
32:12 82:6 83:6
**correspond** 107:12

107:24
**correspondence** 6:2
6:5
**corresponding** 122:9
**corresponds** 103:6
115:1 117:19
**cost** 43:19,22 88:4
89:18 104:12,13
120:11,12,17
122:16,18,22
145:16
**couldnt** 91:16
**counsel** 7:20,22
18:24 19:1,2 99:7
159:18,19
**county** 7:7 159:3
**couple** 22:17
**course** 47:1 66:1,5
71:4,7,7,17 73:5
73:10 76:7,12,17
97:22,25 98:2
143:20 144:7,11
144:16 148:3
152:13
**court** 2:1 4:15 7:13
10:4 12:4 64:11
159:9
**cover** 88:2
**covered** 62:13 157:6
**crawlback** 99:11
**create** 67:20 101:23
**created** 100:23
115:11
**credit** 32:10 62:4,8
84:3,13 118:15,16
118:21,22 150:22
150:24 151:2
**credits** 30:13
**creditworthiness**
83:16
**crr** 2:24
**crt** 2:7 26:19 27:4
27:6 59:25 60:9
109:8,22,25
110:17 111:6,17
111:18 112:7
115:22 151:11,15
152:2,25 153:20
**crtmarta0016440** 6:6
142:25
**crtmarta0033521** 6:4
137:17
**crtmarta0043860**
5:17 69:21
**crtmarta0043895**
5:19 72:14
**crtmarta0043911**
5:21 75:19
**crtmarta0043944**
5:10 45:6
**crtmarta0044008**

5:12 63:14
**crtmarta0044075**
5:15 64:14
**crtmarta0044089**
96:23
**csr** 2:24 159:9
**culminating** 148:2
**current** 25:8 27:20
30:6,7,9 34:13
35:10 70:10 97:13
129:20 156:10,12
**currently** 19:19
20:14 21:4,20
22:19 23:7,21
24:14 27:18 30:17
31:13 38:22,23
39:17 126:4
**customer** 30:15
**customized** 106:10
**cut** 93:13 135:15

**D**

**d** 3:20 8:1,4
**daily** 123:18
**damage** 29:25
**daniel** 21:23 22:4
**danny** 3:21 8:3
**data** 15:13,23,25
16:2 29:3,4,15
59:15,22 60:4,7
60:18 62:16 96:18
96:22 97:12,16,19
97:24 98:2,9 99:2
99:3 105:3 107:1
110:11,19,24
111:15 118:5
**date** 70:10,16 85:25
100:12,13,17,18
105:13 114:8,9,13
114:14 121:21,23
123:23
**dated** 5:13,17,18
6:3,5 64:12 72:9
72:12 137:15
143:2 144:5
158:10 160:9
**dates** 20:24 40:8
58:8
**dave** 21:7,10,11
**dawn** 89:9
**day** 7:4 9:25 49:1
150:18
**days** 86:9 138:16
**deal** 29:14 90:15
136:12
**dealer** 86:2 100:24
101:2,3,7,10,17
101:22 124:11
**dealers** 44:3 133:15
138:15 144:6

**dealing** 90:23
**deals** 55:11 56:10
59:23
**december** 67:24
154:19
**decide** 91:19,24
**decided** 90:15
**decision** 91:24 92:4
**decoder** 101:13
102:12 103:5
114:25 116:4,7
117:5 123:19,25
**deduct** 124:12,20,24
125:7,8,8 127:5
127:24 128:1
**deducted** 124:22
**defendants** 3:17 4:2
4:9 8:2,4,14,17
96:19 110:25
111:5
**defense** 8:23
**definitely** 98:24
**definitions** 107:11
**degree** 28:8
**deleted** 39:14
**dell** 16:22 17:5,14
40:3
**department** 29:17,21
29:22 82:20 89:3
89:7 118:6
**depended** 86:15
111:19
**depending** 87:12
**depends** 74:13
**deponent** 158:13
160:5
**deposed** 9:6,20
18:16
**deposition** 2:17 5:7
7:11,18 9:15,18
12:5,21 13:6,13
13:19 14:3,13
15:3,6,9 17:18
18:13,19 27:7
65:7,12 130:7,13
157:22 158:1,7
159:1,22,24 160:3
**describe** 15:10
16:15 28:2 32:7
32:24 38:3 56:12
74:15
**described** 68:7
73:23 121:15
**describing** 80:3
**description** 5:6 6:1
103:12,24 104:1
107:15 116:18
117:8,14,16,18
118:2 122:7,10
123:4
**descriptions** 107:12

107:13
**designed** 10:20
**desk** 39:21,24
**despite** 79:10
**destroyed** 39:13
40:16
**detailed** 115:15
**details** 154:7
**determine** 108:24
109:13,19 111:20
112:4 118:8,17
125:21
**determined** 112:2
129:14,18,22
**devices** 4:3 8:19
41:12
**didnt** 66:14 77:2
89:3 90:3,5
109:12 135:23
136:12 139:2
**differ** 126:25
**difference** 89:20
119:7,9 124:9
128:18
**different** 27:10
56:12 78:3 113:12
113:20 116:15
119:3,19 120:22
144:20,21 148:1
**difficulties** 61:11
62:15,22 63:4
**digital** 115:23
**digitally** 106:22
**direct** 3:12 132:5
**directly** 31:19 82:7
82:19 83:7 84:21
85:3 90:15,23
**director** 14:24,25
19:13 20:6 21:12
34:13,14,18 75:8
84:7 143:16
**directors** 35:23,25
53:11,13
**disbursing** 30:13
**disclose** 38:10
151:22
**disclosure** 11:3
**discount** 124:14,15
124:18,22 125:2,4
125:9,13 126:23
126:24,25 127:1,2
127:4,6,9,21,23
127:25 128:2
**discounts** 125:7,24
126:1,7,20
**discovered** 145:16
**discovery** 38:1,5
41:22 42:15,23
49:14 99:2
**discrepancy** 105:19
**discuss** 13:19

107:22 110:13,14
152:12
**discussed** 15:13,14
18:11 40:4 42:12
42:13,20,21 85:4
107:17 110:12
120:23 128:6
**discussion** 8:15
15:24 19:5 52:10
157:19
**discussions** 15:10
**disks** 41:14,16,18
41:21,25
**display** 26:21
**displays** 4:2 8:18
34:8
**distinguish** 60:18
62:19 115:25
**distress** 11:9
**distribute** 155:14
**distributed** 52:4
155:24
**distributor** 92:22
93:4
**district** 2:1,2 7:13
7:14
**divided** 156:6
**division** 2:3 7:14
123:21
**document** 2:11 12:9
13:1 17:21,21,23
18:2,3,7,10 36:21
37:3,7 39:7 45:1
45:2,7,10,23 46:1
46:17,19 47:6,17
47:19,24 48:10,16
48:19 53:18 63:11
63:18,22,24 64:10
64:15 65:20,21,23
66:10,13 69:24
70:3,5 71:3,6,25
72:3,5,7,13,18,20
72:23 73:15 74:5
75:17,18,22 76:1
76:3,23 77:1
79:25 80:1,7,8,13
97:5,9,11,22 99:8
114:12 121:2,7
133:5 137:18,23
142:24 143:6,10
143:12
**documents** 12:15
13:16 17:18 18:12
19:7 36:9 37:25
38:4,12 39:3,22
40:11,14,15 41:22
42:9,14,22 46:11
47:1 73:5,10,18
76:7,17
**doesnt** 26:23 110:19
139:19

**doing** 47:25 70:25
128:5 132:19
135:9,17 146:22
149:5
**dont** 9:14 10:6,24
11:17,18 12:8
15:8 17:6,24
19:16 20:16 22:8
22:10,14 23:1
24:20 27:3 29:24
34:22 37:1,4 40:8
40:23 41:24 42:7
43:5 45:12,15
47:4,9 48:25
49:10,22 56:19,25
57:2 58:8 59:3,22
60:21 61:15 62:10
68:6,9,15,20
69:15 71:13 72:4
73:8,13,16,22
74:13 75:14 81:9
81:11 83:4 86:8,9
88:19 90:2,4 93:3
94:8,17 105:20,24
106:2 107:25
111:10 115:5
117:17 118:8
119:17 123:16
126:2,3 127:6,14
127:16 129:4
131:8 133:1
134:20 136:11
137:3 138:24
139:4,21 140:12
141:4,6,20,22,22
141:23,24 144:18
147:6 148:19
149:6,23,24
151:18,22 153:19
153:24 154:7,11
154:15,24 155:19
**doublecheck** 100:15
107:23
**drives** 41:12
**drop** 44:15
**dropped** 89:21
**dryer** 19:10,12,19
19:23 20:7
**due** 85:25
**duly** 159:7,15
**dunlap** 2:24 7:6
159:6
**duplication** 103:19
**duties** 136:6

───────────────
E
───────────────
**e** 3:1,1 4:1,1 62:20
112:14,17 116:11
116:16 160:7
**earlier** 15:6 40:4
43:11 46:9 79:23

80:15 81:20 85:4
128:6 146:16
**earliest** 105:22
**early** 19:18 21:15
67:13 86:9 127:22
134:6 136:18,24
**easier** 80:9
**edi** 106:21,24 107:5
**education** 27:24
28:2
**effect** 69:1 159:11
**effectively** 133:16
**efforts** 38:3
**eight** 29:11 150:3
**either** 10:7,18
61:10 109:11
112:14 126:4
129:19
**elaboration** 117:9
**electric** 4:9
**electronic** 3:18 4:3
39:8,13,17 107:1
**electronically**
96:15 105:22
106:3,16,20,22
107:8
**electronics** 8:19
75:1,3,7 133:8
**ellis** 4:5 8:17
**email** 5:16 6:2,2,5
6:5 34:24 35:1,5
35:6,12,14,16
42:4,10 69:10
70:6,8,10,16
143:1,13,14,15,17
143:19,23,24
144:8,9,12,15,23
145:1,4,17 146:4
**emails** 42:4 137:15
143:1,14
**emotional** 11:9
**employed** 31:13
36:21 40:21 41:1
41:3,9 42:2 81:13
81:24 107:4 126:5
**employee** 24:20
31:17 40:10
129:20,20 159:17
159:19
**employees** 15:20
31:15 41:4,11
42:3
**employment** 22:8,11
23:1 26:7 31:22
32:4,21 44:1,9
**ended** 69:5 81:22,25
92:7,13
**endurance** 10:12
**engage** 56:16 57:18
**engaged** 58:9 59:14
146:22

engagement 151:21
engaging 57:6 62:22
enhance 78:21
ensure 78:22 146:22
enter 8:6 68:12
  96:8 118:16
entire 29:22 60:8
  82:2 143:23,24
entitled 53:20
  63:11 64:15 75:18
  98:17 99:5 104:22
  108:17 109:8,15
  113:4 120:19
entity 48:6 51:12
  70:16 156:24
entries 105:13
  117:15,24
entry 29:3,4,15
  113:15,17,24
  114:1 117:1,14,20
  118:5 123:2,7,10
equal 52:16 129:2
  156:7
equally 156:6
esq 3:6,9,14,21,21
  4:6,12
essential 71:20
estimate 19:25
  56:22
evaluate 83:15
everybody 99:20
exact 20:24 37:23
  56:19 58:8 68:15
  68:20 134:24
exactly 19:24 40:23
  153:19
examination 9:3
examinations 5:1,2
examine 74:22,23
examined 8:25
  159:14
example 55:9 60:23
  61:4 63:3 107:17
  117:1 119:18,20
  119:23
examples 119:13
  131:16
excel 5:22 96:25
exception 81:21
  84:9
excess 52:3,4 57:22
  62:7
exclusive 50:10
exclusively 50:15
  151:19
excuse 17:9 52:7
  57:20
executive 19:13
  20:6 21:11 34:13
  34:14,18 74:17,21
  75:8

exhibit 12:4,6,12
  12:13 45:1,18
  53:18 63:10,11,15
  64:11,17 65:19
  68:25 69:18,19,22
  72:8,15 75:20
  96:21 97:3 98:15
  133:4 137:13,14
  137:19 142:23
  143:4
exhibits 5:5 6:1
  133:4
exist 41:19 70:13
  101:13 102:12
  103:5 106:17
  114:25 116:4,7
  123:19,23 135:8
  151:15 152:1,24
existed 70:15
existence 81:12
existing 123:22
exists 51:2 78:4
  126:3
exorbitantly 142:19
expect 11:1,6
  117:13
expenses 51:22 52:4
  88:2
experience 88:11
  90:21 147:25
experiencing 63:4
expert 92:18,21,25
explain 9:24 18:18
  68:17 119:1
  120:25
explained 68:20
explaining 143:16
explains 116:4
  123:19
explanation 49:17
expressed 56:1
  60:24
extended 104:17
  112:25
extent 32:14,15
  38:7,9 110:20
extra 55:12
extract 97:13
extracted 16:2,2
eyes 2:18

_____
F

f 112:11 122:12
  159:16 160:2
facilitate 47:6,10
  47:14
facility 39:2,5
fair 11:24 48:8
  60:6 61:8 83:8
  98:12,12,14
  110:15 134:10

fairly 78:14
fall 93:18 126:21
  154:18
familiar 26:14,23
  34:23 59:5 62:3
  89:11
familiarize 63:18
far 105:21,25
faxed 82:19
fed 159:11,15,20
  160:1,7
fee 86:19,22,25
  87:3,5,10,15,24
  88:6 128:4,7,8
feel 81:3 90:12
  147:7 157:7,9
felder 155:7
fialkin 24:2,3,5
fields 2:17 5:7,16
  6:5 7:11 8:22 9:4
  11:12 12:5,9,16
  13:1,12 19:6,9
  26:13 34:23 35:7
  43:11 46:9 47:14
  48:9 49:24 52:11
  53:2 61:9 63:1,21
  64:8 65:7,12,14
  66:15,24 67:6
  69:20 70:2,21
  72:21 75:25 80:10
  83:24 84:19 90:6
  94:13,16 96:13
  97:8 99:16,23
  105:12 108:15
  110:10,23 112:21
  125:16 126:19
  130:8,13,15
  137:23 143:2,9
  150:22 152:24
  156:13 157:5,18
  157:21 158:1
fighting 133:16
figure 139:24
filed 40:6,9,24
filter 112:5,16
filtered 111:16
filters 111:7,19
  112:3
final 109:21 120:18
finance 23:13 25:14
  84:7
financial 55:21
  61:11 62:14,22
  63:4
financially 159:20
financials 26:1,1
find 38:4 41:21
fine 46:4 65:4
  88:21 130:3 144:3
finish 10:14
finished 27:4 55:15

59:25 60:9 135:14
firm 154:1,14
first 6:2,5 10:2
  27:22 28:11 29:2
  36:5 41:9 45:2,15
  45:21 53:19,23
  54:3 64:22 65:7
  81:13,24 82:5
  83:5 85:23 86:13
  86:17 98:16 107:4
  109:4 112:15
  113:15 117:1,1
  138:12 144:4
  151:14,25 152:4
  152:23 154:12,20
  159:15
five 20:2,12 37:12
fix 11:19
fixing 151:12
flat 87:15
flexner 3:13 7:24
flip 45:13
floor 3:13
floppy 41:14,16,18
  41:21,25
flowed 81:6
fluctuate 44:5
fluctuated 44:6
focus 45:10,13,15
  45:20
focuses 133:14
folks 97:17
followed 88:13,18
following 20:7
follows 9:1 77:8
  78:2,19 133:13
followup 143:15
force 159:10
foregoing 158:7
  159:23,24
foreknowledge 82:22
forewarning 82:25
  83:4
form 14:5 18:20
  44:20 49:21 50:2
  50:8,13,17 51:5
  51:14 52:1 54:5
  54:23 60:12 66:21
  77:18 78:10 79:3
  79:15 106:17
formal 68:4
former 129:20
  156:10
formerly 126:5
formula 125:20
  126:2,3,8
forward 83:12
forwarded 35:12
forwarding 143:17
foundation 50:18,21
  50:25 51:17 52:13

52:17,25 53:5,15
56:18 58:13,22
59:2 61:14,19
62:9 66:2,7,18
68:14 69:14 71:8
71:15,22 73:6,12
75:10 76:9,19
81:10 82:24 84:4
84:16 86:6 87:25
90:18 125:18
129:15 132:10,24
134:13 135:3
136:9 137:9
138:23 139:3,8,16
140:24 142:16
144:17 145:22
147:4,11 149:3
150:9 153:12
**four** 14:16 20:12
21:18 23:20,24
34:1 149:17
153:24
**fouryear** 24:24
**frame** 15:21 16:7
24:10 30:4 31:5
35:8,9,10,13
37:23 58:8 67:14
81:20,22 154:18
154:19
**francisco** 2:3 3:9
4:6 7:8,14 159:3
**free** 49:9
**frequently** 33:8
**friday** 137:1 150:11
150:13
**front** 12:16 110:20
148:2
**full** 45:22 49:17
110:19 138:8
149:8 157:9
159:10
**fulltime** 26:7 31:15
**fundamentals** 77:4
**funds** 86:3 120:1
156:4

**G**
**g** 112:18 116:9
**gathered** 111:4
**gathering** 110:24
**general** 20:20 30:15
84:14 115:7
116:21 121:17
122:25 140:20
**generally** 32:8,24
45:14 105:1
128:16 131:14
133:16
**generate** 46:25 47:5
48:10 51:24 59:11
65:25 73:4 76:6

97:21
**generated** 47:17,19
71:3,3,17,19
102:23 123:1
127:14 143:19
156:4
**generating** 119:25
120:1
**geographic** 131:23
**gerald** 19:10,12
**gerry** 20:7
**give** 19:25 55:9,18
56:21 57:1 89:20
119:14 131:16
149:7 150:4
154:15
**given** 91:24 117:23
118:11 125:24
129:17 157:9
160:1
**giving** 61:4 128:1
**glad** 49:18
**glass** 26:17
**go** 9:25 43:21 48:25
63:3 68:3 93:24
99:10,25 102:19
108:12 110:2,4
113:13 117:4
118:25 120:5,24
133:3 134:23
136:15 144:6
152:11
**goal** 55:3,4 56:1
60:24
**goes** 64:14
**going** 9:24 10:5
11:14,19 27:11,12
43:4 44:25 49:9
55:14 62:21 63:9
69:17 75:16 84:12
96:21 99:7,10
104:22 110:5
120:18 129:25
137:13 139:18,23
142:24 157:21
**gonzales** 4:15
**good** 9:4,5 10:15,16
11:21 36:14 47:12
64:25 65:3 91:15
94:12 108:13
126:9 130:1,4
**goodfaith** 119:25
56:21
**goods** 88:14 117:3
**gotten** 135:15
**governance** 36:9
46:11
**gralewski** 3:6 8:7,7
12:11,14 18:20,24
19:4 44:20 49:21
50:2,8,13 51:5,14

52:1,7 54:5,23
66:21 77:18,23
78:10 79:3,15
**great** 49:20 108:11
**greatly** 57:11
119:12,15
**gregg** 145:18 146:9
146:15 147:9
**ground** 9:24 157:7
**grounds** 110:19
**group** 3:8 47:21
53:8 67:17,18,22
68:1 74:10,19
75:4 115:8 117:10
117:11 121:12,18
122:10 153:13
**groups** 79:10 130:19
130:20
**growth** 78:23
**guess** 20:23 67:14
76:11 115:18
137:10 141:2
142:20,21 152:7
**guessing** 141:19
147:23
**guide** 53:7

**H**
**h** 102:19 116:18
**half** 9:17 38:25
39:1
**hand** 44:25 60:19
63:9 64:10 72:7
75:16 92:25 96:21
137:13 142:24
**handed** 12:21
**handle** 30:12,13,14
144:14
**handled** 137:12
**handles** 153:14
**handling** 29:25
**happen** 61:17
**happened** 55:5 88:25
**hard** 99:19,20
**havent** 21:2 120:23
134:17
**hayden** 31:8
**head** 10:7 56:8
**headings** 111:25
113:11
**headquarters** 144:10
**hear** 10:17 99:19
151:11 152:6
153:7
**heard** 26:18,21,24
27:1 66:25 67:6
74:6,25 90:22
92:18 134:16,18
135:7,18 136:21
137:5 151:14
152:1,4,24

**hearing** 52:8 149:10
149:17
**held** 7:13 16:17,23
34:5 36:1 37:11
**helpful** 142:13
**hereto** 160:7
**hes** 21:5 22:19
25:24 145:13,15
**hh** 145:18 146:9,15
147:9
**hidden** 99:9
**high** 27:24 107:7
**higher** 142:19
**higherquality** 116:1
**highest** 57:15
**hiring** 74:18
**hitachi** 4:2,2,3,3,3
8:17,17,18,18,19
**hoffman** 4:12 8:12
8:12
**hold** 29:18 30:2
103:25 148:22
**holdback** 124:7
128:14 129:2,7,11
**holdbacks** 128:12,21
128:24 129:14,21
**holder** 159:8
**holding** 73:3
**home** 30:19,19,20,22
30:23 39:19
**honestly** 57:14 73:8
127:6 136:2,11
**hopefully** 9:25
**hotels** 93:21
**hour** 7:4 14:22 43:4
94:18,19,21
**hours** 9:17 13:15
26:9 157:8
**hypothetical** 88:9

**I**
**id** 10:13 20:1,1
56:23 64:10 72:7
117:4 120:24
**idea** 11:21
**identical** 116:17
**identification** 12:7
45:19 63:16 64:18
69:23 72:16 75:21
97:4 137:20 143:5
**identifier** 114:4
**identifies** 103:3
**identify** 7:20 62:23
**identifying** 101:11
**ill** 86:25 108:9
**illinois** 4:11 58:4
**im** 9:5 11:20 12:11
39:18 52:21 70:1
72:10 76:4 85:8
89:23 106:10
137:3 154:2

**immediately** 57:23
**important** 132:21
  150:19
**impression** 146:5
**improved** 134:3
**inaccurate** 98:6
  144:23
**inadvertently** 108:6
**incident** 88:22
**incidentally** 12:21
**include** 136:7
**includes** 64:15
**including** 5:9 41:25
  45:4
**incomplete** 66:13
  72:3 77:1 88:8
  98:9,10 145:1
**incorporation** 36:10
  46:12
**increase** 51:9
**independent** 133:23
**independently**
  151:20
**independents** 133:18
  133:23
**index** 5:1,5 6:1
**indirect** 3:3 8:8
  96:11
**individual** 13:19
  41:11
**industry** 151:12,16
  152:2,25
**inform** 18:15
**information** 3:17
  11:4 16:5 17:2
  33:14 38:13 39:9
  39:13,17 96:14
  97:21 98:6 106:5
  106:12,13,15,17
  108:21 109:2
  110:15 111:5
  112:6 134:7
  135:25 136:14,18
  136:25 143:18
**informed** 64:21
  153:18
**input** 106:17
**instances** 52:3
  55:25 56:1,6
  61:16 62:13 90:22
  135:5 148:4 151:4
**instant** 122:4
**instruct** 11:5
  139:13 151:17
**instruction** 155:25
**intended** 99:9
**interactions** 32:5,7
  32:13,22,25
**interchange** 107:1
**interested** 141:16
  159:20

**interests** 51:3
**interview** 74:20
**investigate** 138:21
**invoice** 84:24 85:10
  85:16,24,25 89:19
  98:24 100:1,12,14
  100:16,19,23
  102:20,22 104:15
  105:4,13 107:17
  107:20 114:5,10
  114:15,16 124:23
  150:25
**invoiced** 32:12 33:2
  104:7,8,20 120:6
  120:8,9 122:14
**invoices** 29:14,15
  37:8,10,11 106:19
  106:23 113:9
**invoicing** 122:15,19
**involved** 37:24 57:8
  75:14 135:9,17
  136:3 139:5,7
  140:4,12,14 149:5
  149:16 153:21
**involving** 62:21
  111:6 151:12
**iovieno** 155:3,4
**irrelevant** 145:11
  145:22 146:11
**isnt** 134:12 142:13
  146:21
**issue** 61:1 84:1
  139:12
**issued** 38:5 41:23
  42:15,23 49:15
  100:6 150:24
  151:2 159:9
**issues** 15:15,18,18
  29:15 55:20,21
  142:7,10
**item** 114:17 117:1
  123:7,10
**ive** 27:1 117:23

_____

**J**

**j** 3:6 59:6 60:14
  83:18 84:1,20
  100:3,5,8 112:23
  113:21,22 114:2,5
  120:10
**january** 67:24 93:16
  93:17 154:19
**jeff** 6:3 25:11,13
  25:14 137:16
**jenner** 4:10,13 8:13
**jermyn** 5:17 70:7
  153:8,9,16
**jhoffman** 4:13
**job** 24:25 28:11,21
  29:20 75:7 81:1
  136:6,6

**jody** 24:2,5
**john** 23:10,12,13
  63:5
**joined** 96:7
**jory** 4:12 8:12
**jr** 3:6
**july** 5:9 45:5
**june** 2:16 7:1,4,18
  93:16,17 96:1
  160:9

_____

**K**

**k** 30:12 103:8,11,23
  124:7
**kag** 3:8
**katherine** 24:16,19
  63:6
**keep** 40:13
**kept** 118:17
**kern** 3:9 96:10,10
  99:15,18 119:11
  125:18 126:13,17
  141:1 147:3
**kirby** 3:4 8:7
**kirkland** 4:5,7 8:16
**kleenex** 108:2
**kmllp** 3:7
**know** 9:14 10:11
  12:10 15:8 19:16
  19:19 20:14 21:3
  21:19 22:8,10,14
  22:19 23:1,7,21
  24:14 25:8 27:3
  34:22 35:22,25
  37:1 39:11,12
  40:8,23 41:24
  42:7 45:8 47:4
  49:10 56:19,25
  57:2 59:3,22
  62:10,23 68:4,6,8
  68:15,20,21 69:15
  69:25 71:13 73:8
  73:13,17 74:13
  75:14,23 77:19
  81:11 82:21 83:1
  86:7,8,9 88:19
  89:5 90:2,4 93:24
  94:17 97:6 99:4,6
  99:20 105:20,23
  105:24 106:2
  111:10 117:17
  118:8 123:6,13,16
  126:2 127:14,16
  131:6,7 132:23
  133:1 134:20
  135:7 136:11,24
  136:25 137:4
  140:11,12 141:4,6
  141:20,22,24
  142:21 143:7
  147:6 148:12

  149:6,23,24
  150:23 153:19,25
  154:3,7,11
**knowledge** 39:15
  41:8 42:25 58:23
  63:2,8 64:1 78:24
  92:2 114:1 122:6
  157:4
**known** 59:6
**ksmith** 3:15
**kyle** 3:14 7:23
  13:14 65:2 94:7
  155:9

_____

**L**

**l** 3:18,18 5:7 7:11
  8:22 12:5 65:7,12
  103:14,20 124:12
  130:8,13 158:1
**label** 103:17
**labeled** 105:7,10,18
  108:5 109:24
**lack** 50:17,21,25
  51:17 52:13,17,25
  53:5,15 56:18
  58:13,22 59:2
  61:14,19 62:9
  66:2,7,18 68:14
  69:14 71:8,15,22
  73:6,12 75:10
  76:8,19 81:10,17
  82:24 84:4,16
  86:6 87:25 90:18
  129:15 132:10,24
  134:13 135:3
  136:9 137:9
  138:23 139:3,8,15
  140:24 142:15
  144:17 145:22
  147:4,11 149:3
  150:9 153:12
**lacks** 125:18
**large** 43:23 106:20
  107:6 118:15
  132:4,5
**larger** 88:6 131:18
  131:20 150:16
**lasted** 9:16
**lau** 3:21 5:3 7:25
  7:25 8:5,10,20
  9:3 11:18 12:3,8
  12:13,20,24 14:7
  15:17 16:9 17:17
  17:22 18:1 19:3,6
  26:13 34:2,17,23
  36:20 38:14 39:12
  40:15,19,25 41:9
  41:14,18 42:8,19
  43:4,11 44:21
  45:12,17 46:5,7,9
  46:16 47:5,8,12

48:2,8,25 49:19
49:22 50:4,9,14
50:19,23 51:2,8
51:15,19 52:2,11
52:15,19 53:2,10
53:17 54:6,25
55:8 56:9,21 57:3
57:12 58:18,24
59:5,24 60:13
61:8,17 62:3,12
63:17 64:7,19,21
65:1,5,14 66:4,9
66:24 68:17 69:17
69:24 70:20 71:10
71:16,24 72:17
73:9,14,23 75:13
75:16,22 76:13,16
76:22 77:21 78:1
78:11,16 79:4,8
79:16,20 80:9
81:12,23 82:5
83:2,23 84:8,18
86:7,18,24 88:3
88:11,21 90:14,21
92:15 93:5 94:7
94:15,19,21 96:6
96:12 97:5 99:13
99:16,16,22
108:11,15 110:4
110:10,22 119:14
125:15,20 126:19
129:19,24 130:15
132:14,21 133:3
134:16 135:5,20
136:15 137:13,22
139:1,6,11,20
140:16 141:7,12
141:25 142:11,23
143:6,24 144:3,20
145:15,23 146:16
147:9,14,23
148:15 149:1,9,13
150:12 151:25
152:13,20 153:6
153:15 154:22
155:4,23 156:8,18
157:1,5,12,17,21
**law** 3:8 154:1,13
**lawsuit** 40:6,7,16
40:20 155:12
156:23
**lawsuits** 40:9
**lawyers** 151:19,21
151:23 155:17,19
**lcd** 9:14,19 108:17
109:3 115:24
**learned** 151:20
155:16,20
**led** 115:24
**left** 15:20 19:17
22:9 23:16 24:7

24:13 25:7 26:7
**lefthand** 108:17
**legal** 53:1,6 64:4
66:19 70:19,24
90:10,17 156:16
157:2
**length** 39:8
**letter** 5:13 62:8
64:12
**letters** 62:3
**likeminded** 77:10
**limit** 112:6
**limited** 110:16
111:5
**line** 43:2 84:3,13
117:1 138:1
**link** 123:14
**list** 5:18 70:9,10
71:19,20 72:11,24
72:25 73:24
109:11 155:4
**listed** 85:25 102:14
103:6,8 114:15
118:2 121:5 125:2
125:7
**lists** 67:1,4 74:2
75:9,12
**literally** 61:25
**litigation** 2:8 7:12
**little** 9:11 44:19
44:23 93:5
**llp** 3:4,13,19 4:5
**local** 82:10,11,14
82:15
**locally** 79:12
**located** 16:12 17:10
19:20 20:15 21:4
21:20 22:19 23:8
23:22 24:14 30:18
30:24 31:8 38:17
38:22,24 39:4
102:15
**location** 7:16 42:14
42:22
**locations** 93:21,22
**logo** 67:20
**long** 9:15 14:17
24:8,22 26:5
27:13 29:4,18
30:20 31:2 33:22
49:1,19 58:3
141:25 151:10
**longest** 14:21
**look** 45:8,11 53:23
54:9 60:17 65:19
77:7 78:1,16
98:15,16 99:11
100:11 103:1
104:22 105:12
107:9,10 108:15
109:13 117:5,22

117:22 133:12
134:1 138:7,8
145:3
**looked** 17:20 46:23
60:7 136:16
**looking** 111:12,23
157:7
**looks** 46:1 72:24
107:24 118:7
120:22
**lot** 74:14 118:14
127:8 150:17
157:6,7
**lower** 115:17 119:4
**lowerquality** 116:1
**lowest** 43:19,22
44:10 57:12
**lucius** 3:21
**lunch** 94:9,10,16

_____

**M**

**m** 4:12 7:5,18 43:7
43:10 65:8,13
94:25 96:5 103:17
103:18 110:6,9
124:20 130:9,14
152:16,19 158:2,4
**mail** 16:19 40:4
**mailed** 106:23
**main** 16:10,16,25
32:14 35:2 43:18
56:3 63:7 130:19
133:20 151:5
**major** 108:16 109:2
130:21
**majority** 69:5
106:19 107:6
**making** 122:13
**management** 28:16
**manager** 20:20 22:5
22:13 23:13 25:14
27:21 30:6,11
84:7 140:20 148:3
**mann** 6:3 20:3,5,6
20:11,14 34:12
63:5 126:11,12,16
126:16 129:23
137:16 139:23
140:3,21 141:13
146:18
**manufacturer** 16:21
17:7 32:3 37:11
61:22 80:23 82:12
82:17 102:3,8,9
102:17,20,21
114:5,15,23
116:12,14 124:5
**manufacturers** 59:11
82:19 89:23
**march** 27:11

**mark** 4:15 12:4
142:23
**marked** 12:6 45:1,18
63:10,15 64:11,17
69:18,22 72:8,15
75:17,20 97:3
98:15 137:14,19
143:4
**marketing** 78:24
**marketplace** 130:17
134:25
**marta** 5:8,11,20
14:25 16:4 17:1
17:13 19:14 20:7
20:21 21:12 22:6
22:24 23:14 24:6
24:20,22 25:1,15
26:5,10 27:18,22
28:23 29:2,7,16
29:23 30:5,17,24
31:2,6,14,22 32:4
32:21 33:5,21
34:9,19,24 35:5
35:15,18,22 36:1
36:9,13,16,21,21
37:25 38:1 40:6,9
40:11,16,19,21
41:1,3,4,5,10,11
41:17 42:2,3,8
43:13,17,18,21,25
44:1,7,16 45:3
46:11,25 47:5,17
47:19,24 48:5,7
48:10,22,22 49:25
50:6,9,10,14,19
50:23 51:2,11,15
52:11,15,16,19,22
52:23 53:2,10,14
54:7 55:1 56:16
57:6,18 58:3,9,11
58:24 59:14 60:24
62:4,5,7 63:12
64:2 65:16,25
66:4,16 67:1,2
68:5,12 70:13,15
70:24 71:6,19,20
71:21 73:4,9,19
74:2,7 75:18 76:6
76:16 77:4 78:20
80:3,21,22,24,24
81:1,13,24 82:21
83:12,15,18 84:1
84:12,24 85:5,11
85:13,15,19,21
86:3,4,18 87:23
88:5,13 89:16
90:8,8 91:5,14
96:14,23 97:19,21
98:1 100:19
104:15 105:4,5,21
107:4 113:9,10,24

118:17,25 119:8
119:18 121:16
122:5 123:3,12
124:6 125:5,10,12
125:22 126:5
127:19 128:15,19
129:8,12,19
130:16,24,25
133:5,14 134:3,11
135:1,6 137:5,7
138:2,4,6,14,20
139:5,6 140:15,19
142:1,22 143:19
143:20 144:6,10
144:15 146:1,7,23
146:24 147:15,25
148:1,5,17 154:3
154:6 155:12,13
155:18 156:14,23
**martacoop** 34:24
35:6,15
**martas** 31:25 32:17
37:2,6 39:7,12,16
41:10 48:5 51:23
52:5,20 71:4
77:16,22 78:12
79:5,17 91:18,23
92:3 116:13
118:11 130:23
131:10 132:2,7,14
133:25 147:10
**material** 67:19 76:5
78:18
**matters** 7:12
**mcculloch** 145:4,9
145:23 146:5
**mcinerney** 3:4 8:8
**mdl** 2:10 7:15
**mean** 15:15 26:16
27:2,5,15 31:25
32:18 33:18 34:3
37:4 47:13 49:11
51:8 59:9 63:7
67:9 68:19 71:14
73:1 88:5 89:14
90:3 104:14
105:24 106:7,25
112:2 115:21
116:24 118:3
121:9 123:7
127:13 128:3,17
134:22 137:24
141:2,18 142:21
147:19
**meaning** 107:21
113:20 116:15
120:25 123:20
128:14
**means** 107:2 128:4
129:7,11 134:24
137:4 156:20

**mechanics** 44:18
81:4
**medication** 11:10
**meet** 75:5
**meeting** 13:18 36:5
**meetings** 36:1,3
**melissa** 155:7
**member** 5:18 32:9,16
33:14 37:10 52:15
52:22 58:21 65:24
65:25 66:5 70:9,9
72:11 82:7,13
83:6,16,17 84:21
85:3,16,18 86:5
88:12,16,23 89:2
90:15,23 101:4,10
101:14 104:12,13
104:15 105:5
118:19 119:4,5,8
119:19 121:6,25
122:15,19 129:7
129:11 131:24
144:9 146:1
**members** 30:1,14,16
32:19,22 33:6,14
34:8 43:20,24,25
44:3,7 47:21
48:11,14,23 49:25
50:5,15 51:4,10
52:5,12,20 53:3,4
53:13,14 55:14
58:19 59:1 60:14
62:4 64:3 66:15
67:1,2 74:10,19
74:23 75:4 78:23
84:2,13 89:18
90:8 91:4,10,19
91:24 92:4,8,13
93:7 94:5 105:4
119:1 125:13,22
126:7 128:20
130:24 131:10
132:2,8,15,20,22
133:21,22 134:11
135:2 136:8 137:8
138:6,21 139:13
139:18,21 142:4,5
142:13 143:14
146:23 147:10,13
147:16 148:6
150:15,16 156:1,6
156:6,9,10,11,12
**membership** 5:14
64:2,8,15 65:15
66:16,17 68:24
69:1 72:9
**memo** 118:7,22
**memory** 80:10
**mentioned** 33:17
39:22
**merchandise** 44:16

54:14,16 55:23,23
57:19,22 58:10,12
58:20 61:2 62:1
62:12 88:15 142:6
145:18 146:7,8,14
**merchandising** 22:5
22:13 133:9
**merge** 77:10
**merged** 67:17
**merger** 67:21 68:5,7
68:9
**met** 13:14 18:8 56:2
60:25
**methods** 148:17
**mike** 145:4
**mind** 56:4 57:5 80:4
119:20 144:1
147:22 151:6
**mindset** 48:5
**minute** 100:15 110:3
132:12
**minutes** 14:20 65:3
65:5 94:18 128:12
129:25 130:2,3
**mischaracterizes**
61:6 92:11 132:25
**mislabeled** 121:4
**mission** 78:18
**misstated** 72:11
**mistake** 10:22
**mistaken** 86:10,11
**mitsubishi** 4:9 8:13
**model** 77:16,22
78:12 79:5,17
91:18,23 92:3
103:14,16,20
104:1 114:19
120:1,13 121:10
132:7,15
**models** 75:5 108:23
109:10,11,23
134:24,24
**moment** 12:8 57:14
137:18
**money** 51:16,20 86:4
**monitor** 132:8,15
148:5,18,23
**monitored** 109:24
**monitoring** 134:11
137:8 147:15
148:16 149:10,19
150:6
**monitors** 109:24
**month** 25:21 26:9
**monthly** 25:25
149:23 150:1,3
**months** 14:9 29:5,6
29:11 34:1
**morning** 9:4 93:6
**move** 31:12
**moved** 30:21 31:4

**multiplied** 104:19
122:22

### N

**n** 3:1 4:1,11 7:5
103:21 124:24
**nadm** 131:4
**name** 7:25 8:3 13:25
14:23 16:20,24
17:7 19:9 20:3,17
21:7,22,25 22:21
23:10 24:2,16
25:11 28:5 67:10
67:25,25 70:25
102:17 126:16
**names** 89:8
**nancy** 103:21
**national** 28:13,15
28:22 79:10
**nationwide** 130:21
131:1
**natm** 131:2,4,5,6
**natural** 94:7
**nature** 47:8 48:2
49:3 50:11 153:15
**necessarily** 119:25
120:8 132:5
**need** 10:2 45:22
99:10 108:8 110:1
132:22
**needed** 33:3
**negative** 128:25
129:6
**negotiated** 33:19,20
33:22 89:16
127:15
**negotiating** 34:10
34:15,19
**negotiation** 79:11
127:18
**net** 43:19,22
**never** 63:24 92:12
123:25 137:24
**new** 3:5,5,14 33:13
39:2 67:10,20,20
72:7 75:5 96:6,8
96:21 106:8
115:10,11,13
**newer** 17:4
**newspaper** 148:12
**nod** 10:6
**nonexclusive** 53:25
**nonmember** 50:24
**nonopportunity**
60:20
**noon** 95:1
**nope** 40:2
**normal** 47:1 62:24
66:1,5 71:4,7,17
73:5,10 76:7,17
97:22,24,25 98:2

143:20 144:5,7,11
144:16
**north** 3:13 7:17
**northern** 2:2 7:13
**nos** 5:10,12,15,17
5:19,20 6:4,6
**notforprofit** 51:12
**notice** 5:7 12:5,20
13:7 49:2,7 111:7
**noticed** 111:10
**notify** 10:22
**november** 6:3,6
27:12,23 28:24
137:15 143:2
144:5 145:4
**number** 12:12 44:4
56:20 59:6,10
60:15 61:16 72:13
83:18 84:2,20
87:22 100:1,3,4,5
100:6,8,8 101:1
101:18,24,25
102:1,7,22,23
103:6,16,20,20
104:6 107:17,20
113:15,18,19,21
113:22,23,24
114:1,2,5,15,17
114:20,22,24
115:1 116:12,13
116:16 121:2,6,7
121:8,10,11,16
123:2,3,12,13,17
124:6 137:17
148:1 159:9
**numbers** 44:15 64:13
101:7 112:24,24
114:6 117:4,6
121:5 123:20
**nw** 3:20

---

**O**

**o** 3:8 104:1
**o0o** 2:4,15,19 3:2
4:1 7:2 9:2 95:2
96:3 158:5
**oath** 13:10
**oaths** 159:12
**object** 14:5 18:20
44:20 49:4,21
50:2,8,13,17 51:5
51:14 52:1 54:5
54:23 66:21 77:18
78:10 79:3,15
80:5 110:18 153:2
**objecting** 49:5
**objection** 12:1 14:6
15:12 16:6 17:15
17:19,24 18:21,25
19:1 26:11 33:24
34:16,21 36:17

39:10 40:12,17,22
41:7,13,15 42:6
42:17,24 46:15
47:3,7,9 48:1,3
48:24 49:2,3,7,12
49:16,17,20 50:21
50:25 51:17 52:8
52:13,17,25 53:5
53:15 54:24 55:6
56:7,18 57:10
58:13,22 59:2,20
60:12 61:6,14,19
62:9 64:4 66:2,7
66:18 68:14 69:14
70:18 71:8,12,15
71:22 73:6,12,20
75:10 76:8,15,19
77:17,23 78:13
79:6,18 80:5
81:10,17 82:3,24
83:22 84:4,16
86:6,14,21 87:25
88:8,17 90:10,17
92:11 93:2 125:14
125:18 129:15
132:10,17,24
134:13 135:3
136:9 137:9
138:23 139:3,8,15
140:10,24 141:9
142:8,15 144:17
145:11,21 146:10
147:1,11,17 148:8
148:20 149:3,8,12
150:8 153:12
156:16,25 157:2
**objections** 10:18,20
10:21,25 141:17
**objects** 11:1
**obligated** 90:8
**obligations** 54:18
**obtain** 15:14 38:13
146:23
**obtained** 146:9
**obtaining** 43:21
146:6,8
**obviously** 49:3
106:2
**occur** 56:22 61:13
67:12,22 93:10,15
118:10 122:4
150:12
**occurred** 68:18
139:1
**occurrence** 149:21
**occurring** 119:21
149:14
**odonnell** 24:17,19
25:6 63:6
**offered** 90:2,5 91:2
**office** 16:13 17:11

20:21 27:21 30:6
30:11,17,19,20,22
30:23,24 38:18,19
39:18,19 62:2
138:6 143:18
144:10 148:2
**officer** 159:22
**officers** 159:1
**offices** 31:2,7
**oh** 55:15 82:13
109:4 112:1
116:20 117:13
**okay** 8:21 9:18
10:17 11:12 13:3
13:4,5,12 14:11
15:17 16:4 17:17
18:7 21:7 25:8
26:13 27:9,18
28:24 29:12 32:4
33:5,10 35:11,22
36:12,20 38:3,3
38:14 44:16,25
45:16,24 46:6,25
48:21 51:11,22
53:17 55:18 56:9
56:14 58:9 59:5
59:13 60:13 62:12
63:9,24 66:15,24
69:17 70:1,23
71:2 72:5 74:4
75:24 79:25 82:5
83:5 84:8 86:10
86:18 87:5,10
88:21 89:2 90:6
91:1,9 92:24 94:1
97:7,21 98:14,20
99:22 100:11,15
103:9 105:17
106:5 107:9 108:3
109:15 113:14
114:2 117:8,22
118:20 120:22
121:1 123:11
125:20 127:20
128:11 131:1,9
132:1 133:6
137:21 138:7
144:1,12 146:16
147:9,14 152:23
153:15,22,22,25
154:12 155:12,21
156:8,13 157:5,12
157:16
**old** 16:3 17:4,8,9
17:13 39:25 97:13
106:6,9
**older** 105:10
**once** 9:9 45:8 56:22
58:9 87:24 88:23
124:5 143:7
**ones** 12:19

**ooo** 5:1
**operated** 54:7 55:2
90:8 91:10
**opportunities** 55:11
**opportunity** 56:10
56:17 57:6,9,18
58:10,20,25 59:13
59:24 60:2,8,13
60:19 63:2 79:23
85:4 122:3
**opposed** 146:24
**order** 54:10,12,19
55:12 79:24 82:7
82:14,19 83:1,7
83:12,15,19 84:24
86:12 88:12,23,23
89:2,3,7,19 91:5
91:11,12 92:4
100:7 102:1 138:9
138:13
**ordered** 80:21 104:6
120:8
**ordering** 101:22
**orders** 58:16,18
79:12 80:22 82:23
94:6
**organization** 36:13
48:13 51:6,10,21
51:23 77:9,25
**organizations** 78:4
130:19
**original** 111:15
**originally** 106:13
**originate** 106:16
**originated** 35:3
99:3
**outside** 44:23
**overbroad** 55:6
57:10
**overcharged** 33:2
**overhead** 88:2
**oversee** 29:22
**overview** 5:20 75:18
133:5
**owned** 52:11,20,22
53:3
**owner** 32:19
**ownersthe** 78:6

---

**P**

**p** 3:1,1,8 4:1,1
94:25 96:5 104:3
110:6,9 130:9,14
152:16,19 158:2,4
159:11,16,20
160:1,7
**page** 5:2,6 6:1 45:3
53:19 77:3,4,5
78:17,17 79:8
80:11 104:21
107:25 113:2

120:18 133:7,8,10
133:24,25 136:15
138:7 145:3
**pages** 5:7,22 45:15
45:21 64:14
**paid** 61:23 89:19
118:18 119:3,4,4
119:8,8,19,19
124:10 127:23
128:7,19 146:13
150:25
**paper** 106:17,23
**papers** 147:20
**paradise** 28:7,8,11
**paragraph** 53:20,21
138:8,10
**pardon** 21:22
**part** 34:10 75:7
81:1 118:24,25
119:5 125:19,21
132:7,14
**participate** 93:7,7
**participating** 10:19
**particular** 93:23
108:7 124:15,16
124:17 145:16
150:5
**parties** 159:18
**parts** 97:10
**pass** 125:12
**passed** 125:19,22,25
126:1,7
**passing** 143:17
**pat** 70:7 153:8,9
**patrick** 5:16
**paula** 89:9
**pause** 43:3
**pay** 55:22 61:22
80:24 85:21,23,24
86:1,3,17 127:22
**paying** 124:23 129:7
129:11
**payroll** 30:12
**pays** 85:13,19 86:2
86:13
**peak** 44:7
**pearl** 3:13
**pending** 10:13
**people** 31:13 40:20
40:25 63:8 89:6
99:21 118:5
137:11 140:14
**percent** 76:4 87:20
87:20,21 89:4
128:8
**percentage** 87:14,16
87:17 88:4 127:17
156:3
**percentages** 87:19
**perceptions** 130:16
131:10

**perfect** 130:5
**period** 17:1 19:15
21:12,13 22:7
27:13,13,14,16
28:19 29:9 30:2,8
31:10 33:23 58:3
60:10 66:23 81:23
82:2 142:4 151:9
151:10 160:6
**periods** 20:8,22
22:25 23:15 25:16
27:10,10
**permissible** 90:16
**permit** 49:15
**permitable** 90:20
**person** 126:10
**personal** 41:5 42:4
42:9
**personally** 7:8
**perspective** 111:3
130:18,23 134:21
142:13
**phil** 155:2
**phoenix** 7:1,6,16,17
96:1
**phone** 8:5,11,21
10:19 157:14,17
**phrase** 74:6,25
136:19,21,22
138:2
**physical** 62:1
**picture** 26:24
**pieces** 55:12 57:17
**pine** 31:8
**pitts** 22:21,23 23:5
23:7 63:6
**place** 17:11 55:12
57:25 79:24 91:5
91:11,11 92:4
93:20 94:5
**placed** 79:12 88:12
88:24 89:19
**placing** 54:10,12
**plaintiff** 2:9 7:24
**plaintiffs** 3:3,12
7:22 8:9 18:25
19:2 96:11
**plan** 5:9,12 30:13
45:4 46:20,22
60:24 63:12
**plasma** 115:24
**play** 99:1
**please** 7:20 8:6
10:11 28:2 43:16
46:16 53:18 55:18
63:17 69:24 75:22
77:3 78:17 79:8
80:11 94:20 96:8
97:5 104:21
109:16,21 112:19
113:3 126:14

131:16 133:7,24
137:18 143:6
152:22
**plus** 67:7 70:13
71:1
**po** 101:18,24,25
**point** 10:10 13:21
14:12 77:7 85:9
133:12 134:1
136:16 152:2,25
**points** 134:4
**policies** 36:25
**policy** 36:22,24
37:3,5,7,14,17,17
37:19 39:7
**portion** 45:9
**portions** 143:23
**position** 29:2,7,16
29:18,23 30:3,5,6
148:2
**positions** 148:1
**positive** 128:22
129:10
**possible** 42:14,21
94:18 151:11
**possibly** 123:22
134:24 151:6
**posted** 100:14
114:10
**posting** 114:8 115:7
116:21 117:9,11
121:12,18 122:10
**potential** 74:20
**power** 77:11
**practice** 41:4,10
42:3 55:5 138:25
**practices** 149:2
**preparation** 14:2,13
15:3,6,8 17:17
18:12
**prepare** 13:13
**prepared** 135:6
**preparing** 135:10,17
**prescription** 11:9
**present** 4:14
**presented** 56:20
**preservation** 108:10
**preserve** 10:21
40:11
**preserved** 39:9
**pretty** 36:14 56:13
99:19
**prevails** 155:12
**prevalent** 150:7
**prevent** 11:7
**previous** 17:6 19:13
105:9 135:14,16
**previously** 137:19
**price** 32:11 75:9,12
89:11,14,17,17,21
90:3 104:9,14,17

104:19 112:25
117:24 118:1,10
118:25 119:3,4,7
119:8,19,20
145:14 146:6,7,13
146:24,24 151:6
**prices** 33:22 34:10
34:15,20 119:10
132:15 136:8
137:8 138:21
139:14,18,25
140:22 141:15
142:12 147:15
148:5,24 151:12
**pricing** 33:12,19,20
127:3,11 129:17
132:8,23 134:23
**primary** 133:15
**printout** 111:20
**prior** 105:10 159:14
**privilege** 152:9,12
**privileged** 11:3
**probably** 21:18 24:9
24:24 29:10 33:9
38:16 44:11 63:5
89:6 126:9 129:23
130:18
**problem** 33:1
**problematic** 29:14
**procedure** 159:14
**proceedings** 158:3
**proceeds** 155:14,23
**process** 81:1,4,7
82:6 84:19 85:10
85:15 91:4
**processed** 114:10
**produced** 45:25 46:3
59:15 60:4 62:16
96:18,22 97:16,19
99:2 108:6 110:25
111:4,15
**product** 27:5 33:3
34:7 59:12 84:20
85:3 88:5 89:16
89:18 91:25
101:23 103:1,3,4
103:7,11,24
107:16 108:7
109:12 114:20
115:7 116:21
117:2,7,7 121:11
121:15,18,24
124:14 145:16
**production** 99:10
**productions** 97:17
**products** 3:18 27:4
43:23 48:22 49:25
50:5,15 59:25
60:9 75:9,11
80:20 91:19 94:4
109:3,18 110:16

111:17,18 112:6
115:11 116:1,2
**productsto** 78:22
**profit** 51:24 58:25
120:1
**profitability** 78:5
**profitable** 78:25
**program** 30:14 33:17
74:22,24 90:25
91:15 106:10
123:24
**programs** 33:13,13
34:11
**project** 116:9 124:3
**promote** 78:5
**pronounce** 21:25
**pronunciation** 21:23
**property** 28:16 39:6
39:23 62:1
**proportionate** 156:3
**protection** 89:12,14
90:3 117:24 118:2
118:10,25 145:14
151:7
**provide** 43:19 59:11
91:15 101:24
**provided** 50:10
54:17 62:4 135:1
160:6
**provides** 78:20
**public** 50:20
**published** 89:17
**pull** 68:21 133:4
**purchase** 54:14
80:21 82:7,13,23
83:6,12,15,18
84:2,23,24 85:10
87:14 88:12 90:9
91:19,25 100:18
102:1 110:13
111:13 112:9
113:4,8 114:4
118:22 121:19
123:15
**purchased** 101:2
**purchaser** 3:3 8:8
96:11
**purchases** 84:13
98:24 113:25
**purchasing** 53:21,25
78:25
**purely** 93:4
**purpose** 36:16 43:13
43:17,18 67:15
74:11,12 91:14
94:1
**purposes** 27:6 34:15
34:19 47:25 71:21
**pursuant** 13:6
159:13
**put** 72:5 74:4 75:4

80:13 96:23 137:2
153:19 156:5
**puts** 49:2,7

---
### Q
**qualified** 159:7
**quantities** 43:23
57:8
**quantity** 57:12,15
104:3,20 120:6,7
120:16 122:11,14
122:23
**question** 10:13,23
10:25 11:2,2,16
11:18,19,23,24,25
18:1 44:22 47:11
49:6,23 57:1,3
59:4 69:16 70:21
71:11,11 83:23
85:2 91:7 92:15
110:18,22 120:3
125:15 141:5,11
141:21 144:21,21
151:24 152:7,8,12
152:21 153:6
**questioning** 43:2
108:9 157:13
**questions** 10:18
11:6,13,15 99:12
108:14 157:6,15
157:18,20
**quickly** 107:10
**quite** 67:18 98:23
112:23 123:1
**quoted** 78:18

---
### R
**r** 3:1 4:1 104:17
159:11,15,20
160:1,7
**ran** 58:6 106:9
**range** 24:24 117:6
**ranges** 87:18
**ray** 2:7 7:11 26:14
**read** 56:2 101:20
158:7
**reads** 77:7 78:2,19
133:12 138:12
**ready** 70:1
**really** 37:15 47:15
69:15 71:13 75:14
114:2 123:16
127:3 133:1 137:5
139:4 151:5
**reason** 11:16 32:11
48:15,18 66:9,12
71:24 72:2 73:14
76:22,25 88:4
98:5,8 144:22,25
146:21

**reasonable** 54:20
**reasons** 68:16,21
**rebate** 151:3
**rebates** 30:13
**rebranding** 67:11,12
67:16
**recall** 9:15,19
13:24 16:24 18:14
22:12 25:19 29:24
37:4 40:6 43:14
57:6,13,14,16,16
58:8 61:10,15,16
74:21 87:16,18
88:22 90:24
126:20 127:3,7
131:1 135:5,25
136:13 137:25
139:9,17,21,23
140:1,6,8,13
147:24 148:11,16
148:23 149:9,14
153:5,24 154:22
155:11
**recalling** 107:3
**receive** 27:24 28:8
35:6,15,18 100:7
118:14 156:7
**received** 35:11 86:4
87:24 106:19
107:8 143:18,20
146:4 150:25
156:2
**receives** 84:19
155:14
**receiving** 83:14
**receptionist** 35:2
**recess** 43:8 65:9
95:1 110:7 130:10
152:17
**recipient** 35:21
**recognize** 14:23
19:9 20:3,17 21:7
21:22 22:21 23:10
24:2,16 25:11
46:17 63:21 65:21
70:2 72:20 75:25
97:8,15,18 137:22
143:9
**recollect** 154:17
**recollection** 69:8
130:16 131:9
133:20 138:20
148:19 149:20
**reconciliation** 29:8
29:13
**reconvene** 65:5 94:9
94:22
**record** 8:15 10:21
19:5 43:6,9 49:4
52:10 65:8,12
94:24 96:4 108:13

110:2,4,5,8 130:8
130:13 152:11,15
152:18 157:19
158:2 159:24
**recorded** 97:24 98:6
98:9 106:3,21
118:11,13,21
128:9 159:23
**records** 41:5,11
118:12
**recruiting** 76:11
**recruitment** 67:19
76:5
**refer** 27:11
**reference** 71:9
80:15 101:24
111:22 117:23
123:17 136:17
**referencing** 113:1
**referring** 13:20
106:10 131:23
143:22
**refers** 101:3,25
136:25 140:17
**reflect** 60:8
**reflected** 62:15
98:2 104:14
107:11 109:2
**refresh** 138:19
**refund** 153:10,11
154:1,4
**regarding** 33:15
**regards** 26:1 89:15
**regional** 133:18
**regular** 135:24
136:5,12 138:25
149:1
**regularly** 33:9
**relate** 99:12
**related** 46:3
**relates** 2:11 99:11
**relation** 74:7
**relative** 159:17,18
**release** 59:12
**relevant** 16:5 17:2
27:13,14 35:8
60:9 151:9
**rely** 47:24 66:4
71:6,14,20 73:9
76:16 98:1 144:15
144:19
**remain** 82:1
**remained** 23:3
**remaining** 39:3 69:6
69:9,12 156:4
**remember** 16:20 17:6
24:21 37:6,13
46:13 61:4 65:17
73:25 80:17 93:8
117:4 149:25
150:1,1 151:9

**remembered** 7:3
**remind** 100:5
**rep** 82:9,10,11,14
**repeat** 42:18 132:13
  141:11
**rephrase** 18:1 34:17
  49:6 57:3 110:22
**replaced** 17:5
**report** 31:19 135:8
  140:2
**reported** 96:14
**reporter** 2:24 7:7
  10:4 12:4,6 45:18
  63:15 64:11,17
  69:22 72:15 75:20
  97:3 143:4 159:8
  160:6
**reporters** 4:15
  159:10
**reports** 134:6,17,18
  134:22 135:6,10
  135:11,21 136:1,7
  136:17 140:4
  146:17,22 147:21
  148:13,14,16
  149:10,14
**represent** 7:21 8:2
  98:21 100:2,12,25
  102:6,20 103:15
  103:18,22 104:10
  104:18 109:9,17
  109:22 113:16
  114:8,13,14,18,22
  114:23 115:9
  116:10,19 120:6
  120:11,15 121:3
  121:13,22 122:11
  122:17,18,21
  124:8,13,25 125:9
  127:21,22
**representative**
  82:15 83:8
**representatives**
  82:16
**represented** 108:21
  112:21 113:7
  127:10
**representing** 8:13
**represents** 109:10
  109:23 115:6
  120:7 128:18
**request** 10:12
  139:13
**requested** 32:10
  160:4,5
**requests** 38:1,5
  41:23 138:14
**require** 54:13 84:6
**required** 66:16
  88:15
**research** 134:23

**resource** 67:7 70:13
  71:1
**resources** 68:22,22
**respect** 107:13
  139:12
**responsibilities**
  22:12 24:25 29:12
  29:20 30:10 44:24
  47:22,23 48:12,13
**responsibility**
  129:17
**responsible** 34:9
  37:9,16 61:21
  133:2 137:7
**responsive** 37:25
  38:4 41:22 42:15
  42:22
**restate** 152:21
**restaurant** 5:14
  64:16
**retail** 78:6
**retailers** 77:10
  131:20 132:4,5
  133:23
**retain** 43:19
**retention** 36:22
  37:3,7 39:7
**return** 33:3
**returns** 29:25
**reveal** 17:24 151:18
  154:25 155:19
**revealing** 38:8
**revenues** 52:3,4
**review** 12:9,25
  13:16 17:18 18:11
  38:15 45:7 63:17
  69:24 72:18 75:22
  97:5 110:20
  133:25 137:18
  143:6 160:3
**reviewed** 13:4 18:3
  18:4 65:20 143:8
**reviewing** 13:2
  79:25 99:8
**rid** 12:23 40:14
**right** 23:16 38:25
  43:5 74:4 83:24
  94:8 102:15,16,19
  142:6,7 146:19
  150:17
**rights** 156:23
**ring** 139:19
**rmr** 2:24
**road** 31:8
**robert** 3:6 14:23
  31:18
**role** 28:17 51:23
  99:1
**ross** 23:10,12,13,19
  23:21 63:5
**roughly** 72:22

**round** 48:25 49:1
**row** 111:11,24
**rows** 111:23
**rpr** 2:24
**rule** 84:9,11,14
**rules** 9:24 49:14
**run** 51:20
**running** 51:23

––––––––––––––

**S**

**s** 3:1 4:1
**sale** 62:7 104:23
  110:12,14 111:14
  112:13,15 114:4
  118:11 120:19
**sales** 85:16 96:14
  98:23 104:15
  105:3,21 107:12
  111:5 118:22
  123:15
**san** 2:3 3:9 4:6 7:8
  7:14 159:3
**sanduchi** 89:9
**sarah** 4:6,7 8:16
**saved** 37:8
**saw** 22:17 37:21
  105:17 121:18
**saying** 61:10 144:19
**says** 134:2,5 136:17
  138:1
**sc** 2:10 7:15
**schiller** 3:13 7:23
  154:14,21 155:5
**school** 27:25
**scope** 44:23
**scottsdale** 16:14
  17:12 31:1,9
  38:18,21 39:18
  62:2
**screen** 97:1 98:11
  117:23
**se** 75:15
**searched** 41:21
**sears** 131:17
**second** 54:9 60:23
  63:3 77:7 83:11
  100:11 109:8
  138:7,8
**section** 159:14
**see** 53:20,21 54:3
  54:21 68:25 73:16
  77:5,13 78:8 79:1
  79:9,13 80:1
  82:21 94:5 97:2
  98:18 99:11,24
  101:6,8,19 102:4
  104:24 105:13,15
  108:19 109:1
  112:1,3 113:5
  117:13,13,23
  118:24 120:20

**133**:10 **134**:8,25
  135:23 136:4,4,19
  138:1,2,10,17
  145:6
**seeing** 118:1 136:1
  138:19
**seeking** 144:13
  145:14
**seen** 36:8,11 37:19
  37:20 46:10 63:24
  64:7 65:15 67:4
  73:18 74:2 76:2
  123:25 135:11,20
  135:22 136:21
  137:24
**select** 18:2,3,5
**selected** 17:22 18:6
**sell** 50:14,19,23
  54:15
**selling** 78:22
  145:18
**send** 33:5 42:3,8
  82:13 84:23
**sends** 85:10,15
  100:19 104:15
**sense** 45:12 94:11
  99:13
**sent** 33:8 35:5,15
  35:19 38:1 82:23
  106:20 138:5
  145:4
**sentence** 53:23 54:3
  54:6,9,21,25 56:2
  77:13,15 78:2,8
  78:11 79:1,4,9,13
  79:16 138:12,19
**separate** 12:19
  70:15
**september** 5:12,18
  63:13 72:10,12
  93:19
**sequence** 86:12
**series** 101:6
**serve** 51:3
**server** 16:3,16,18
  16:19 17:4,5,6,8
  17:9,13,14 40:3,4
  105:9,10 106:6,8
  106:9,9,18 115:12
**servers** 16:4,10,12
  16:15,20,21,25
  17:2 38:13 39:21
  39:24,25 40:3
  42:13,20
**service** 30:15 135:1
**services** 50:10
  78:21
**session** 96:2
**set** 26:17 33:19
  34:7 46:7 63:19
  64:19 82:18 86:8

110:19 111:7,19
112:3 140:23
148:5
**setting** 142:12
**share** 52:16,19,22
156:3,7
**shared** 134:5,20
**shareholder** 54:1,12
54:13,16
**shares** 73:2,3
**sharing** 78:23
134:16
**shea** 30:25 38:20
**sheet** 97:1 98:16,16
98:17,20 99:4,5
99:24 104:22
105:2,13,18 106:6
106:12,16 107:12
107:14,18,20
108:1,1,5 111:12
111:21 112:4,8,15
112:19,22 113:3,3
113:7 118:9
120:18
**sheets** 96:25 107:21
110:11
**sheila** 89:9
**shes** 24:14 48:6
52:9
**ship** 58:16 83:19
84:20 85:3
**shipment** 59:12
122:4
**shipped** 85:5 88:16
121:24,25
**shipping** 121:21
**shop** 138:15 139:13
141:14
**shopping** 134:5,17
134:18,21 135:6,8
135:9,11,21 136:1
136:7,17 140:2,4
141:14 146:17,22
147:21 148:13,14
148:16 149:10,14
150:18
**short** 21:12 24:9,11
43:2
**shorter** 86:16
**shortest** 14:19
**shorthand** 7:7 159:7
**shortly** 22:9
**shot** 97:1 117:23
**shots** 98:11
**shouldnt** 142:21
**show** 22:18 34:2,4,5
59:14 60:3
**showcase** 94:4
**shown** 18:7
**shows** 33:15,16 34:1
34:6 93:6,10,12

93:13,14,20 94:2
94:3,6
**sickness** 11:8
**side** 108:18 118:22
118:23 123:15,15
**sides** 123:15
**sign** 66:16
**signature** 158:13
**significance** 105:8
114:3 115:13
118:1 150:13
**signify** 100:22
101:21 103:2
**signing** 158:8
**similar** 25:2 73:18
73:21 92:10
134:24 140:8
146:8
**similarities** 92:24
**simply** 10:20 49:11
79:20 99:4
**single** 80:8 155:5
**sit** 148:15 149:21
**sitting** 57:5 126:19
**situation** 55:17,18
138:14 140:1
144:14
**situations** 61:25
148:23
**six** 9:17 20:2 29:5
**size** 115:18,18,19
117:6
**skip** 80:12
**sku** 103:16,20
114:19 121:10,11
**slide** 80:11
**smaller** 106:22
**smith** 3:14 7:23,23
10:18 11:4 12:1
12:15,18,23 13:14
13:18 14:5,11,12
15:12 16:6 17:15
17:19,24 18:8,11
18:21 26:11 33:24
34:16,21 36:17
38:7 39:10 40:12
40:17,22 41:7,13
41:15 42:6,17,24
43:1 45:9,20,25
46:6,15 47:3,7,10
48:1,4,24 49:1,13
50:17,21,25 51:17
52:13,17,25 53:5
53:15 54:24 55:6
56:7,18,25 57:10
58:13,22 59:2,20
60:12 61:6,14,19
62:9 64:4 65:3
66:2,7,18 68:14
69:14 70:18 71:8
71:12,15,22 73:6

73:12,20 75:10
76:8,15,19 77:17
78:13 79:6,18
80:5 81:10,17
82:3,24 83:22
84:4,16 86:6,14
86:21 87:25 88:8
88:17 90:10,17
92:11 93:2 94:12
99:7,13,17 108:4
108:12 110:2,18
125:14 129:15,24
130:3 132:10,17
132:24 134:13
135:3,14 136:9
137:9 138:23
139:3,8,15 140:10
140:24 141:4,9,17
141:20 142:8,15
143:22 144:17
145:11,21 146:10
147:1,4,11,17
148:8,20 149:3,7
149:12 150:8
151:17 152:8,11
152:14 153:2,12
154:15,24 155:9
155:16,25 156:16
156:25 157:2,20
**smoothly** 10:1
**sokol** 6:3 25:11,13
25:14,20 137:16
**sold** 43:24 57:19,22
58:21 59:1 60:14
92:23 120:2
134:25 142:5
146:14 150:17
**solely** 78:5 92:22
**somebody** 11:1 26:1
74:18 118:7
157:13
**somewhat** 68:19
70:22 88:2 96:16
**soon** 85:24
**sorry** 12:11 14:5
39:19 41:15 44:14
52:21 72:10 89:23
99:15 110:1
123:10 126:12
131:5 151:7
**sort** 11:14 92:9
101:13 102:12
129:24 154:3
**sorts** 140:9
**sound** 10:15 11:21
26:23 130:4
**sounds** 10:16 64:25
135:15
**source** 114:21 115:1
116:16
**speak** 14:2,7,12

15:2,5 25:22
99:15 106:4
**speaking** 14:11
49:19 105:1
**special** 55:11 56:10
84:6 127:2,11
**specialist** 29:8,13
**specific** 61:15
101:14,15 102:13
102:14 103:6
115:1 119:13
120:13 121:11
126:2 131:23
140:1
**specifically** 90:2
148:16
**specifics** 37:4,5
105:6
**specified** 127:24
**speculate** 56:25
141:3,4,20,23
**speculating** 20:1
56:23
**speculation** 140:25
141:1,10 145:12
145:22 146:11
147:3,5 150:10
**spell** 126:13 131:3
**spoke** 15:9 19:22
20:10,25 21:2,16
22:15 23:4,18,24
24:12 25:5,20
154:20,22
**spoken** 13:22 14:14
**sporadically** 14:9
**spreadsheet** 96:25
**spreadsheets** 5:22
**ss** 159:2
**stack** 133:3
**stance** 79:10
**stand** 59:8 80:19
92:20 122:8,24
124:4,21
**standalone** 109:20
**stands** 103:11 123:5
123:8,9 131:6
**stapled** 12:19
**start** 64:23 106:14
**started** 19:17 22:8
22:9 23:2 27:23
31:11 41:17 44:2
44:14 58:5 77:25
93:11
**starting** 7:21
**state** 7:8 99:7
108:4 159:2,8
**stated** 79:22 81:20
116:25 148:10
**statement** 49:15
78:18 80:6,8
**statements** 80:1

**states** 2:1 7:13
  145:17
**stating** 144:9
**stay** 44:4 132:22
**stayed** 132:20,20
**stenographically**
  159:23
**step** 13:17 31:23
  47:16 66:25 70:14
  82:5 83:5,11,14
  84:18 85:15,18
  87:1 92:17 151:8
  156:18
**steps** 40:11 81:25
  88:13,18 148:5
**stick** 61:25
**sticks** 61:24
**stock** 4:6,7 8:16,16
  72:24,25 73:2,23
  74:2
**stood** 117:3 127:7
**stop** 49:10
**storage** 38:23,24
  39:1,5,23 41:12
**store** 41:5,11 57:22
  105:21 138:16
**stored** 39:17,20
  57:19,24 58:2,10
**stores** 78:7 82:17
  131:15,18,20
  132:1 133:20
  142:5 148:7
**street** 3:13,20 4:5
  4:11 30:25 38:20
**string** 137:15 143:1
**strong** 133:18
**stuff** 59:21
**subject** 138:1
**submit** 82:7 83:6
**subsequently** 59:1
**summer** 152:4 153:5
**sunday** 147:20
**supervisor** 29:17,21
**supply** 5:14 64:16
**support** 30:15
**suppose** 132:19
  134:15
**supposed** 12:18
**sure** 10:6 19:24
  20:23 37:22 52:9
  60:21 62:11 74:17
  76:4 85:8 89:4
  108:11 112:23
  113:1 118:4
  122:13 123:1
  131:17 132:19
  135:22 136:4
  142:18 144:3
  148:24 149:7
  150:19 154:2
**switch** 64:23

**sworn** 8:24 159:15
**sylvie** 3:9 96:10
**sylviekern** 3:10
**synonymous** 56:11,13
  102:10
**system** 15:14,25
  16:1,18,23 17:5
  81:8,15 92:10
  97:14,14 100:14
  113:17 114:10
  115:10,14,25
  116:5 123:1,13
**systematic** 101:23
**systemgenerated**
  113:19 123:3,12
**systems** 3:17

---

**T**

**tab** 98:17 108:4,6
**tabs** 99:9 108:5
**take** 12:8 13:17
  31:23 40:11 43:2
  43:5 45:10,21
  47:16 62:1 64:23
  65:19 66:25 70:14
  86:25 92:17 93:20
  94:21 107:9
  127:16 130:1
  137:18 138:8
  151:8 156:18
**taken** 43:8 65:9
  95:1 96:24 97:1
  110:7 130:10
  152:17
**talk** 27:9 48:21
  56:9 105:6 128:11
  128:12 156:9
**talked** 93:5 146:16
  157:8
**talking** 15:18 16:1
  16:8 130:25
  156:10
**tape** 64:22,23 65:7
  65:11 130:12
  158:1
**technology** 108:24
  109:25 115:16,17
  115:19,20
**telephone** 14:14
  24:1 96:8 153:17
**telephonic** 3:3 4:4
  4:9
**television** 26:17
  115:23 117:3,7
**televisions** 153:20
**tell** 8:24 11:17
  37:2,6 43:16 49:5
  83:16 98:23
  101:14 102:13
  115:5 117:6

**tempe** 21:6
**ten** 57:7 65:3,5
  130:2,3 150:3
**tenplus** 23:6 136:3
**tenure** 24:8
**term** 26:14,16,18,21
  26:24 27:2,4,5,14
  66:25 67:7,9
  89:11 92:18
  106:24 128:17
  135:7 137:5
**terms** 11:8 16:21
  56:11 80:2 86:15
  86:16 87:18 114:3
  127:5,20,23
  147:23,24 149:25
**test** 12:10 80:11
**testified** 8:25 9:22
  43:12 46:10 65:15
  110:23
**testify** 13:6 48:5,7
  151:21
**testifying** 11:8
**testimony** 13:9
  43:14 46:13 61:7
  61:9 65:17 92:12
  92:12 93:8 132:25
  159:23 160:1
**thank** 8:21 10:10
  12:3,14 19:4
  45:17 46:6,25
  47:12 48:21 49:20
  63:9 76:16 78:16
  84:1 85:7,9 94:23
  96:12 98:1 103:9
  104:8 107:9,25
  112:19 113:2
  114:7 126:12,17
  128:11 149:8
  150:21 152:14
  157:21,24
**thats** 10:13 15:15
  32:14,14 37:15
  40:2 42:15 46:4
  52:14 55:4,17
  60:4 61:8 63:11
  65:4 67:14 69:7
  71:2 77:19 88:21
  91:14 96:18 97:20
  98:14 101:20
  102:9,17 104:14
  105:10 106:4,10
  107:2 111:5 113:4
  123:9 126:11
  128:8 130:3,5
  133:8 137:3,14
  139:19 140:2
  142:20,21 143:1
  144:3 145:15
  146:24 147:21
  150:4 151:5

  155:11
**therefrom** 54:20
**thereof** 7:5
**theres** 74:13 103:17
  108:16 115:4
  117:18 123:4
  126:2 137:1
**theyre** 154:2
**thing** 135:8
**things** 33:12 37:15
  56:3 147:21
  155:17
**think** 15:16,23
  17:16,20 22:3,17
  23:16 25:2 27:1
  34:12 35:12 36:18
  37:8,10,18 39:2
  47:10 48:20 49:22
  56:4,5 58:1,6,6
  60:21 61:8 66:8
  68:10,19 76:2
  84:5 87:16,21
  89:8 90:4,19,22
  91:13 93:17 94:7
  107:2 108:3,5
  119:18,20,23
  123:5 126:4 129:4
  129:5 130:22
  131:4 135:4 137:1
  138:24 140:21
  141:15 142:17
  145:8,10 148:3,4
  151:6 154:6
**thinking** 125:17
  137:3
**third** 3:5 77:3 78:1
  83:14 133:12
  134:1
**thirteenth** 3:20
**thompson** 6:5 14:23
  15:2,5,11,25
  18:15,18 31:18,19
  40:10 143:2,16
**thought** 33:2 71:2
  80:2
**thousand** 57:17
**three** 23:20,24
  24:23 29:5,5 37:9
  37:11 74:23 93:11
  108:16 125:3
  149:17
**threedigit** 101:6
**threequarters** 39:1
**threeyear** 24:24
**thumb** 41:12
**tietjen** 13:22 14:1
  14:8 155:17
**time** 10:17,17 13:21
  14:13 15:20 16:7
  16:11 17:1 19:15
  19:22 20:8,10,22

20:25 21:13,16 22:7,15,25 23:4 23:15,18 24:10,11 24:12 25:5,16,20 25:23 27:10,10,13 27:13,14,15 28:19 29:9 30:2,4,8,9 31:5,10,11 33:23 35:8,8,10,13 37:21,23 39:8 40:19 44:4,9,14 45:21 58:3,8 60:10 64:22 65:1 67:13 73:3 81:20 81:22,24 82:2 86:21 88:25 89:1 91:8 93:14 94:15 99:19 100:9,10 107:5 110:6 124:17 130:1 135:18 139:1,2 150:17 151:9,14 151:25 152:2,23 153:1 154:12,18 154:19,20 157:22

**times** 9:8,19 14:15 27:9 36:4 79:22 82:9 120:16 138:20 149:17 150:3,5,16

**timing** 15:15,17 18:22

**tissue** 108:2 110:1

**title** 24:21 25:3 27:20 29:24 136:6 140:19

**titled** 133:5,8,25

**today** 9:25 10:10,20 11:8,13 13:6,10 18:16 19:7 41:19 57:5,16 80:15 116:7 126:20 148:15,19 149:21 149:25 157:6,22

**todays** 13:13 14:3 14:13 15:3 17:18 18:12,19 27:6

**told** 151:22 155:18

**top** 56:8 78:17 111:8,11 133:8 143:1

**topic** 120:4

**topics** 129:25

**toshiba** 3:17,17,17 3:18,18 8:2,4 69:11,12 81:21 138:14

**totally** 46:2,4

**track** 113:25

**trade** 22:18 33:15

**trailing** 150:22

151:1

**transaction** 62:25 113:18,23 129:6 129:10

**transactional** 59:15 60:3,7,18 62:16 96:18,22 97:16,18 99:2 110:11,24

**transactions** 59:14 60:3 62:15,20,20 62:21 98:22,25 105:4,22 111:6 113:8 123:18

**transcribe** 10:5

**transcript** 2:18 158:8 159:24 160:4

**transferred** 156:23

**transitions** 75:5

**trial** 9:22

**trick** 11:14

**tried** 88:23

**trip** 11:14

**trips** 141:14

**troubles** 55:22

**true** 103:25 142:14 159:24

**truth** 8:24,24,25

**try** 11:14,19 58:24 99:24

**trying** 38:13 49:13 51:16 67:19 68:21 108:23 109:19 145:9,10

**tsunghui** 3:21

**tube** 2:7 7:12 26:14 26:17,22,25

**turn** 53:17 77:3 79:8 80:11 104:21 107:25 112:19 113:2 133:7,24

**turned** 41:24

**tv** 109:16

**two** 12:15,18,21 16:10,25 25:22 31:15 39:25 40:3 41:2 42:13,20 45:15,21 56:3 61:24 93:13 97:17 114:6 117:24 119:9 123:14 137:11 139:9 140:11,14 148:11 156:8

**twu** 3:23

**type** 65:25 69:1 76:5 108:24 115:16 118:6 123:17 125:1,9 126:24 135:25 136:13 139:5,7

140:4,14 145:14

**typed** 118:7

**types** 47:1 73:4,10 74:21 76:6,17

**typically** 33:4,25 58:1 73:16 85:2 85:23 86:1 87:21 117:5 119:4 123:16 125:25 126:23 127:2,5 129:16 138:6 150:15,25

**U**

**uhhuh** 102:18 152:10

**ultimately** 109:1 111:4

**understand** 10:8 11:13,17,18,20,25 13:5,9 26:3 27:5 27:15 36:18 44:21 45:22 47:9,13,20 47:21 49:11 70:20 81:3 82:6 83:5 84:11 85:7 89:15 91:22 96:6 99:24 119:17 125:15 142:3 144:18

**understanding** 36:12 36:14,15 37:2 43:12,16 44:17 48:9 49:24 50:4 51:3,11,24 52:14 54:7 55:1 77:16 77:21 78:12 79:5 79:17 80:25 90:7 90:13 91:3,9,17 96:13,17 120:2 123:11 125:6 126:6 128:13 129:21 141:7,12 141:22 142:11 154:9 155:13,22 156:14,20,22 157:1

**understood** 83:23 140:2,3

**unique** 100:8 101:10 114:3,6

**unit** 38:23,24 104:9 104:19 120:10,12 120:17 122:16,19 122:22 124:7,12 124:20,24 125:7,8 125:8 127:4 145:18

**united** 2:1 7:13

**units** 104:6

**universe** 60:8

**unixbased** 106:9

**unrelated** 153:17

**upcoming** 33:15

**updated** 70:9

**updates** 33:12

**usa** 8:19

**use** 11:9 27:4,14 41:16 67:19 86:19 113:24 123:16

**V**

**vague** 47:11 58:14 61:20 70:18 73:20 76:8,20 77:17 78:13 79:6,18 82:3 86:21 88:17 93:2 119:11 125:14 132:11 134:14 140:10 141:9 142:8,15 147:1,17 148:8 149:4 150:8

**valley** 28:7,9,12 31:9

**value** 51:9

**variances** 54:20

**varied** 14:18 87:12

**varies** 26:12

**various** 15:15,18 33:12 49:14 74:14 88:13,18 93:21,21

**vary** 33:25 57:11 119:12,15

**vcr** 109:16,16

**vcrs** 109:20

**vendor** 31:24 69:6,9 69:13 82:8,16 83:1,7,11,17,19 84:19,20,23 85:10 85:13,21,24 86:1 86:4,16,17,23 87:2,7,11,13 90:15,23,25 100:7 100:16,19 102:14 102:21,24 113:9 113:10 114:15,19 114:24 115:2 116:12,13 118:15 121:25 122:5 124:5,6,10,16,23 125:5,9 127:4,19 128:19

**vendors** 32:5,13 33:21 34:7,20 75:6 81:21 82:14 83:7 90:5 93:6 94:4 102:10 106:20,22,23 107:4,6,7 113:25 121:11 128:7

**verbiage** 116:21,23

**verify** 109:16,21
**versus** 126:21,21
  146:7,14
**video** 109:18
**videographer** 7:10
  43:6,9 65:6,10
  94:24 96:4 110:5
  110:8 130:6,11
  152:15,18 157:25
**videotape** 7:10
  130:7
**videotaped** 2:17
  10:4 65:11 130:12
**viewpoint** 79:12
**visit** 82:17
**void** 54:18
**volume** 68:2 107:7
  151:3 156:2,4
**vuicich** 21:23,23
  22:1,2,4,16

**W**

**wait** 58:15 100:14
  132:12
**want** 9:11 10:24
  11:12,17 45:9,13
  49:4,10 68:10
  77:19 108:4,12
  142:24 151:17
  157:14
**wanted** 77:10
**warehouse** 57:21
  58:4,11 85:6
  92:18,21,25
**warranty** 30:14
  74:22
**warren** 6:3 20:3,5,6
  22:9 34:12 63:5
  126:9,11,12,15
  129:23 137:11,16
  139:10,11
**washington** 3:20 8:1
**wasnt** 32:12 57:22
  75:14 109:10
  133:2 135:9,17
  136:3,5 139:4
  149:5,15
**watertown** 5:14
  64:16
**way** 33:1 46:3 47:20
  50:9 60:17 62:19
  82:18 83:8 89:15
  108:1 147:15
**websites** 137:2
**wednesday** 2:16 7:3
**week** 33:9
**welcome** 126:18
**wendy** 22:21,23,24
  24:7 63:6
**went** 28:4 38:11
  55:21 61:1,11

62:14 88:5 89:18
  105:25 140:13
**westin** 7:16
**weve** 42:21
**whats** 27:20 47:8
  48:2,9 57:12 97:2
  105:1,8,22 112:21
  113:7 115:13
  118:1 119:7 141:7
  150:13 154:8,9,9
**whatsoever** 18:12
  49:2
**whereabouts** 25:9
**white** 3:19 8:1,3
**whitecase** 3:22,23
**whos** 96:7
**wilsons** 145:24
  146:1
**winter** 154:18
**withdrawn** 81:18
**witness** 7:24 8:23
  12:2,17 15:13
  16:7 17:16,20
  18:22 26:12 33:25
  34:22 36:18 38:11
  39:11 40:13,18,23
  41:8,16 42:7,18
  42:25 45:16,24
  46:8 47:4 48:4
  50:3,22 51:1,6,18
  52:8,14,18 53:7
  53:16 55:7 56:8
  56:19 57:11 58:15
  58:23 59:3,21
  61:15,21 62:10
  64:6,25 65:4 66:3
  66:8,20,22 68:15
  69:15 71:9,13,23
  73:7,13,22 75:11
  76:10,21 77:19,24
  78:14 79:7,19
  81:11,19 82:4,25
  84:5,17 86:15,23
  88:1,10,19 90:12
  90:19 93:3 94:14
  94:17,20,23 99:18
  119:12 125:19
  126:15,18 129:16
  130:5 132:12,18
  133:1 134:15
  135:4,16 136:11
  137:10,21 138:24
  139:4,9,17 140:11
  141:2,6,11,18,24
  142:9,17 144:1,18
  145:13 146:12
  147:6,12,19
  148:10,22 149:5
  150:11 151:24
  152:10 153:4,13
  154:17 155:2,21

156:1 157:4,16,24
  159:15 160:1
**word** 31:24 32:16,17
  33:17 34:2 47:10
  73:21 128:14
  156:19,20
**words** 70:12 98:20
  145:8
**work** 25:24 26:9
  27:18,22 89:3
  108:7 139:5,7
  140:9,15
**worked** 25:2 26:5
  28:13 81:5 82:1
  82:12 89:6 90:7
  141:25 145:23
**working** 28:21 142:4
  142:22 147:25
**workman** 21:8,10,11
  21:17,19
**workrelated** 42:4
**works** 26:2 47:21
  94:12,14 153:10
**wouldnt** 38:8 62:23
  73:16 82:25
**written** 37:17
  117:16
**wu** 3:21 8:3,3

**X**

**xx** 160:4

**Y**

**yahoo** 3:10
**yeah** 55:17 81:6
  88:19 98:13
  130:25 142:18
**year** 9:11,19 15:7
  37:22 56:22 57:7
  93:12,13,14
  100:21,22,23
  105:23 112:24
  149:17 150:3,6,16
  150:17
**years** 20:2,12,12
  21:2,18 22:17
  23:6,20,24 37:9
  37:12 112:24
  136:3 142:2,22
  147:25 153:24
**yeartodate** 133:25
**yesterday** 13:14,20
  14:12 18:8,11
**york** 3:5,5,14 39:2
**youd** 112:2
**youll** 111:7
**youre** 10:3 12:10
  48:4 49:5,9 80:6
  92:16 119:17
  126:18 132:2
  141:3 144:19

**youve** 26:18 41:3
  45:8 63:24 69:25
  75:23 97:6 110:23
  134:16 143:7

**Z**

**zero** 129:3,5

**0**

**04** 7:5,18
**07** 158:2,4
**075944** 2:10 7:15
**09** 65:8

**1**

**1** 27:11 87:20,20
  94:22 96:4 98:17
  98:21 99:5,25
  107:14,18 108:5
  110:6,8 111:24
  128:8 145:3
  159:16 160:2
**10** 3:13 43:9
**100** 76:4 89:4
**10022** 3:5
**10710** 2:24 159:9
**11** 65:8,13 130:8
**110** 44:3,9
**12** 5:7,13 64:12
  80:11 94:8,24
  133:7
**12207** 3:14
**137** 6:2
**14** 94:24 133:24
  136:15
**143** 6:5
**15** 5:17 43:9 57:7
  94:8,22
**15th** 69:19
**16** 96:4
**17** 142:2,22 147:24
**17year** 142:3 148:4
**18** 65:13
**1917** 2:10 7:15
**1995** 16:9 17:1
  27:11,15 28:20
  151:10
**1997** 5:12 19:17
  23:2 27:23 28:20
  28:24 35:10 41:4
  41:10 42:2 58:5
  63:13 81:12,24
  93:11 105:14
  107:3
**1998** 29:10 104:22
  105:7,8,18 107:11
  110:11 112:15
**1999** 5:13 20:9 23:3
  64:12

**2**

**2** 58:7  65:11  87:20
  87:20  117:2  128:8
  130:7,8,13  137:17
  152:15,18
**20** 14:20
**2000** 23:16  24:10,10
  58:7
**200005** 3807 3:20
**2001** 20:24  24:10
  29:19
**20022007** 110:14
**2003** 17:16  23:17
  31:4,6,12  93:12
  104:23  105:7,11
  106:8  107:12
  110:12,12  111:13
  111:13  112:8,13
  112:15  113:4
  120:19  121:18
**2004** 23:17  25:17
  93:12  133:25
**2005** 6:3  20:9  21:14
  25:17  30:4  67:24
  137:15
**2006** 5:9,18  6:6
  20:24  21:15  30:4
  30:9  36:7  45:5
  67:24  69:5  72:10
  72:12  81:20  92:8
  143:3  145:5
**2007** 16:9  17:1
  27:12,15  30:7
  35:13  44:14  81:22
  110:13  111:13,14
  112:8,13  113:4
  120:19  121:18
  151:10
**2008** 44:13,14  67:13
  69:7,10  81:22
**2009** 30:21  44:13,14
  67:13
**2010** 25:18  26:8
  30:21  152:4  153:5
  154:19
**2011** 5:17  40:25
  69:19  70:11
**2014** 2:16  7:1,4,19
  96:1  160:9
**202** 3:22
**2093** 159:14
**20th** 144:5
**210135** 3:8
**212** 3:6
**22** 6:4
**2215763** 3:10
**23** 160:9
**2394** 145:17
**2399** 145:19
**24** 130:13

**2496** 6:2  137:14,19
**25** 79:8
**25th** 27:12
**28** 159:11,16,21

**3**

**3** 5:7  6:3  108:1,5
  130:12  137:15
  158:1,2,4
**30** 5:18  6:6  159:16
  160:2,7
**30pluspage** 80:7
**30th** 72:10,12  143:2
  145:5
**31** 5:9  45:5
**312** 4:12
**3242** 5:7  12:4,6,13
**3243** 5:8  45:2,18
  53:18
**3244** 5:11  63:11,15
**3245** 5:13  64:11,17
  65:19  68:25
**3246** 5:16  69:19,22
**3247** 5:18  72:8,15
**3248** 5:20  75:17,20
  133:4
**3249** 5:22  97:3
  98:15
**3250** 6:5  143:4
**333** 7:5,16
**353** 4:11
**3716600** 3:6
**39** 110:6

**4**

**4** 2:16  7:1  96:1
  108:5  112:20
**40** 110:8
**4004** 5:10
**401** 30:12
**415** 3:10  4:7
**42** 5:12
**43** 5:21
**4391400** 4:7
**44** 6:6
**45** 5:8  44:11  94:18
**4th** 3:13  7:4,19

**5**

**518** 3:15
**55** 129:25
**555** 4:5
**57** 152:15
**58** 43:6
**59** 152:18

**6**

**6** 5:22
**60** 38:16  42:12,19
**606543456** 4:11

**61** 5:17
**6263623** 3:22
**63** 5:11
**64** 5:13
**69** 5:16
**6944235** 3:15

**7**

**701** 3:20
**72** 5:18
**75** 5:20

**8**

**825** 3:5
**8407291** 4:12
**88** 5:15

**9**

**9** 5:3  7:5,18  43:6
**92nd** 30:25  38:20
**94104** 4:6
**94121** 3:9
**97** 5:19,22  31:11
  106:2
**98** 19:18
**99** 19:18  22:10