# Exhibit 5

1

1    IN THE UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA

3          SAN FRANCISCO DIVISION

4   ------------------------------------x

5   IN RE:  CATHODE RAY TUBE (CRT)

    ANTITRUST LITIGATION

6

        No.:  3:07-cv-05944 SC--MDL No. 1917

7       Individual Action No.:  3:11-cv-05514

8

9   ------------------------------------x

10

11            FRIDAY, JULY 25, 2014

12               9:08 a.m.

13

14

15

16       Video Deposition of WARREN MANN, III, held

17   at the offices of WHITE & CASE, LLP, 1155

18   Avenue of the Americas, New York, New York

19   10036, before Suzanne J. Stotz, a Certified

20   Court Reporter, and a Notary Public of the

21   State of New York.

22

23

24

25

**2**

1   A P P E A R A N C E S:
2
3       BOIES, SCHILLER & FLEXNER, LLP
4       Attorneys for the Witness and
5       Various Direct Action Plaintiffs
6           30 South Pearl Street
7           11th Floor
8           Albany, New York 12207
9           (518) 434-0600
10          jdew@bsfllp.com
11      BY:  JACK DEW, ESQ.
12
13      WHITE & CASE, LLP
14      Attorneys for the Defendant Toshiba
15          701 Thirteenth Street, NW
16          Washington, DC 20005
17          (202) 626-3696
18          (202) 626-3624
19          alau@whitecase.com
20          twu@whitecase.com
21      BY:  LUCIUS B. (ALBIE) LAU, ESQ.
22           TSUNG-HUI (DANNY) WU, ESQ.
23
24
25

**3**

1   A P P E A R A N C E S:  (Continued)
2
3       (Telephonic)
4       KIRKLAND & ELLIS, LLP
5       Attorneys for Hitachi entities
6           555 California Street
7           Suite 2700
8           San Francisco, California 94104
9           (415) 439-4790
10          Sarah.Stock@kirkland.com
11      BY:  SARAH STOCK, ESQ.
12
13      (Telephonic)
14      BAKER BOTTS, LLP
15      Attorneys for the Philips entities
16          30 South Pearl Street
17          1299 Pennsylvania Ave., NW
18          Washington, DC 20004
19          (202) 639-7766
20          tiffany.gelott@bakerbotts.com
21      BY:  TIFFANY GELOTT, ESQ.
22
23
24
25

**4**

1   A P P E A R A N C E S:  (Continued)
2
3       (Telephonic)
4       KAG LAW GROUP
5       Attorneys for the Indirect Purchaser
6       Plaintiffs
7           P.O. Box 210135
8           San Francisco, California 94121
9           (415) 221-5763
10          sylviekern@yahoo.com
11      BY:  SYLVIE K. KERN, ESQ.
12
13
14   ALSO PRESENT:  Thomas Devine, Videographer
15
16
17
18
19
20
21
22
23
24
25

**5**

1                    I N D E X
2
3              EXAMINATION
4                                      Page No.
5   WILLIAM MANN, III
6       BY MR. LAU                 8
7       BY MS. STOCK              125
8
9
10              E X H I B I T S
11
12   Exhibit
13   Name      Description           Page No.
14   4730      E-mail                    79
15   4731      Common Stock Reconciliation  104
16   4732      E-mail                   125
17
18
19      (Exhibits attached to transcript.)
20
21
22
23
24
25

**6**

09:08  1          THE VIDEOGRAPHER:  Good morning.
09:08  2    The date is July 25, 2014, and the time is
09:08  3    approximately 9:08 a.m.
09:08  4          We are located at the offices of
09:08  5    White & Case, LLP, 1155 Avenue of the
09:08  6    Americas, New York, New York.  We are
09:08  7    taking the deposition of Warren Mann, In
09:08  8    Re:  Cathode Ray Tube Antitrust Litigation
09:08  9    in the US District Court, Northern
09:08  10   District of California, San Francisco
09:08  11   Division, Case No. 07-cv-05944 SC-MLD
09:08  12   [sic] No. 1917.
09:09  13         My name is Thomas Devine, and I'm
09:09  14   the video specialist with Barkley
09:09  15   Reporting.  The court reporter is Suzanne
09:09  16   Stotz also with Barkley Reporting.
09:09  17         At this time I would like to have
09:09  18   the attorneys please introduce themselves
09:09  19   for the record.  Please state your name,
09:09  20   the firm with which you are affiliated,
09:09  21   and whom you represent, after which the
09:09  22   court reporter will swear in the witness
09:09  23   and we may proceed.
09:09  24         MR. LAU:  My name is Albie Lau.
09:09  25   I'm with the law firm of White & Case, and

**7**

09:09  1    I represent the Toshiba defendants.
09:09  2          MR. WU:  My name is Danny Wu, also
09:09  3    with White & Case.
09:09  4          MR. DEW:  And Jack Dew with Boies,
09:09  5    Schiller & Flexner representing various
09:09  6    direct action plaintiffs and Mr. Mann.
09:09  7          THE VIDEOGRAPHER:  And on the
09:09  8    telephone.
09:09  9          MS. KERN:  This is Sylvie Kern, KAG
09:10  10   Law Group, for the indirect purchaser
09:10  11   plaintiffs.
09:10  12         MS. GELOTT:  This is Tiffany Gelott
09:10  13   with Baker Botts on behalf of the Philips
09:10  14   defendants.
09:10  15         MS. STOCK:  This is Sarah Stock
09:10  16   with Kirkland & Ellis for the defendant
09:10  17   Hitachi Limited, Hitachi America Limited,
09:10  18   Hitachi Asia Limited, Hitachi Display
09:10  19   Limited, and Hitachi Electronic Devices
09:10  20   USA.
        21         THE VIDEOGRAPHER:  Thank you.
        22   Suzanne, would you please swear in the
        23   witness.
        24
        25

**8**

       1          W I L L I A M   M A N N ,   I I I ,
       2    909 Lake Carolyn Pkwy, Suite 900, Irving, Texas
       3    75039, having first been duly sworn by a Notary
       4    Public, was examined and testified as follows:
       5
       6    EXAMINATION BY
       7    MR. LAU:
09:10  8    Q.    Good morning.  Mr. Mann.
09:10  9    A.    Good morning, Albie.
09:10  10   Q.    Have you ever been deposed before?
09:10  11   A.    I have.
09:10  12   Q.    How many times?
09:10  13   A.    Three or four.
09:10  14   Q.    Can you describe those three or
09:10  15   four times for me, please?
09:10  16   A.    Yes.  I was deposed by the same
09:10  17   group regarding the flat panel element of this
09:11  18   case, LCD plasma.
09:11  19         I was deposed for a family dispute
09:11  20   regarding my mother's trust fund.  And I
09:11  21   believe I was deposed in the ancient days for a
09:11  22   distributor lawsuit when I was with Maxell
09:11  23   Corporation.
09:11  24   Q.    Any other times?
09:11  25   A.    Not that I can recall.

**9**

09:11  1    Q.    Okay.  Have you ever testified in
09:11  2    court?
09:11  3    A.    Yes.
09:11  4    Q.    How many times?
09:11  5    A.    I can only remember the one, and
09:11  6    that had to do with the -- my mother's trust
09:11  7    litigation.
09:11  8    Q.    Okay.  I'm going to ask you a
09:11  9    series of questions today, and I want to ask my
09:11  10   questions in a way that you understand.  So if
09:12  11   I ask a question, Mr. Mann, and you don't
09:12  12   understand it, please let me know, okay?
09:12  13   A.    I will.
09:12  14   Q.    And if you -- is it -- would it be
09:12  15   fair for me to conclude that if you don't ask
09:12  16   for clarification, that you do understand my
09:12  17   questions; would that be fair?
09:12  18   A.    Yes.
09:12  19   Q.    Okay.  From time to time, you may
09:12  20   hear objections this morning either from your
09:12  21   attorney, Mr. Dew, or possibly from the
09:12  22   attorneys on the telephone.  They're just
09:12  23   trying to preserve arguments for the record.
09:12  24         I do expect you to answer the
09:12  25   questions after you receive the -- after you

**10**

09:12  1    hear the objections.
09:12  2         It's possible, however, that one of
09:12  3    my questions might call for the revelation of
09:12  4    some sort of attorney/client privilege or
09:12  5    attorney work product, in which case your
09:12  6    attorney's going to instruct you not to answer.
09:12  7    But barring that instruction, I am going to
09:12  8    expect full and complete answers to my
09:12  9    questions today.   Is that fine by you?
09:12  10        A.   Yes.
09:12  11        Q.   Okay.  Is there anything that would
09:12  12   prevent you from testifying today?  An illness?
09:13  13   Not feeling well?
09:13  14        A.   No.
09:13  15        Q.   Okay.  Did you do anything to
09:13  16   prepare for today's deposition?
09:13  17        A.   I met with Mr. Dew yesterday
09:13  18   afternoon.
09:13  19        Q.   For how long?
09:13  20        A.   An hour, a little more maybe.
09:13  21        Q.   Di you -- did the two of you review
09:13  22   any documents during this meeting?
09:13  23        A.   No.
09:13  24        Q.   Separately from meeting with
09:13  25   Mr. Dew, did you meet with anyone else?

**11**

09:13  1         A.   Regarding this meeting, no.
09:13  2         Q.   Did you have any telephone calls
09:13  3    with anyone concerning this deposition?
09:14  4         A.   No.
09:13  5         Q.   Okay.  Did you review any documents
09:13  6    at all in preparation for today's deposition?
09:13  7         A.   No.
09:13  8         Q.   Have you brought any documents with
09:13  9    you today?
09:13  10        A.   No.
09:13  11        Q.   Okay.  During what time period were
09:14  12   you employed by MARTA?
09:14  13        A.   June of 1999 through January of
09:14  14   2006.
09:14  15        Q.   Now, before coming to MARTA, where
09:14  16   were you employed?
09:14  17        A.   I worked for the NATM Buying
09:14  18   Corporation.  That was in Manhattan, One Penn
09:14  19   Plaza.
09:14  20        Q.   Can you say that word again?  I
09:14  21   don't think I understood.
09:14  22        A.   The company is NATM, N-A-T-M.
09:14  23        Q.   Is that an acronym?
09:14  24        A.   It is.  I don't -- no one's quite
09:14  25   sure what it stands for, but National

**12**

09:14  1    Association Television Merchants is a good
09:14  2    guess.
09:14  3         Q.   And for what period of time?
09:14  4         A.   From October of 1992 until June of
09:14  5    1999.
09:15  6         Q.   And what position did you hold at
09:15  7    NATM?
09:15  8         A.   I was the group director.
09:15  9         Q.   And what was the responsibilities
09:15  10   of group director?
09:15  11        A.   Negotiating on behalf of the
09:15  12   membership, communication, coordination between
09:15  13   the different retailers, show events, trade
09:15  14   show.
09:15  15        Q.   Now, before working at NATM, where
09:15  16   were you employed?
09:15  17        A.   I worked for Sansui Corporation.
09:15  18        Q.   And where -- where was this job
09:15  19   located at?
09:15  20        A.   This was in Moonachie, New Jersey.
09:15  21        Q.   What was your title?
09:15  22        A.   I was senior vice-president sales
09:15  23   and marketing.
09:15  24        Q.   What were your responsibilities?
09:15  25        A.   I was the senior American in charge

**13**

09:16  1    of developing, maintaining sales relationships,
09:16  2    selling product, leading a team of salespeople,
09:16  3    working with retailers, distributors.
09:16  4         Q.   When you first became employed by
09:16  5    MARTA in June of 1999, what was your first job
09:16  6    title?
09:16  7         A.   It was executive director.
09:16  8         Q.   Did that job title change at all
09:16  9    during your tenure at MARTA?
09:16  10        A.   No.
09:16  11        Q.   What were your responsibilities as
09:16  12   executive director?
09:16  13        A.   I did the same things that I did
09:16  14   for NATM.  In addition to that, we were
09:16  15   involved in billing process.  I was involved in
09:16  16   bringing new members into the group.  It was a
09:16  17   similar type of organization.  The difference
09:17  18   was that I was now the person in charge.  At
09:17  19   NATM I was the No. 2 guy.
09:17  20        Q.   And then you left MARTA in January
09:17  21   2006; is that right?
09:17  22        A.   Right.
09:17  23        Q.   And why did you leave?
09:17  24        A.   I was terminated.
09:17  25        Q.   Why were you terminated?

**14**

09:17 1     A.     The group had -- the board had
09:17 2 decided to join, make an alliance, they called
09:17 3 it, with another buying group.
09:17 4     Q.     What was the name of the other
09:17 5 buying group?
09:17 6     A.     These days it's probably known best
09:17 7 as Brand Source.  It was also known as AVB.
09:17 8     Q.     Was it known as AVB back in January
09:17 9 of 2006?
09:17 10     A.     It was.
09:18 11     Q.     So why did the -- the alliance with
09:18 12 this other buying group lead to your
09:18 13 termination?
09:18 14     A.     I was opposed to MARTA giving up
09:18 15 its independence.
09:18 16     Q.     So you thought that the -- well,
09:18 17 let me take a step back.  Why were you opposed?
09:18 18     A.     There were numerous reasons, but
09:18 19 the basic premise was that because MARTA was
09:18 20 now going to be -- MARTA was about almost a
09:18 21 $2-billion organization joining with a
09:18 22 $2-and-a-half-billion organization; and there
09:18 23 were some on board who thought that because
09:18 24 there was now more buying power, that they
09:19 25 could get better programs.  I didn't think that

**15**

09:19 1 that was correct.
09:19 2     Q.     So you expressed this opinion to
09:19 3 the board, correct?
09:19 4     A.     I did.
09:19 5     Q.     And how did the board react?
09:19 6     A.     Well, they got rid of me; so I
09:19 7 guess they didn't agree.
09:19 8     Q.     When you were terminated, were you
09:19 9 given any sort of severance package?
09:19 10     A.     Initially, I was supposed to have
09:19 11 been; but the conditions were that I couldn't
09:19 12 speak with anyone.  And I had a hundred
09:19 13 members.  I spoke with some of them.  And when
09:19 14 that was discovered, they stopped paying me.
09:19 15 So I was not paid severance.
09:19 16     Q.     Is there anything, any agreement
09:19 17 between you and MARTA that would prevent you
09:19 18 from testifying fully and accurately today?
09:20 19     MR. DEW:  Just objection to the
09:20 20 extent that that agreement is based on any
09:20 21 privilege discussions with attorneys.  You
09:20 22 should not discuss those discussions.
09:20 23     THE WITNESS:  There were no
09:20 24 attorney discussions.  And no, there's
09:20 25 nothing that precludes me from testifying.

**16**

09:20 1 BY MR. LAU:
09:20 2     Q.     Okay.  As we sit here today,
09:20 3 Mr. Mann, do you have any sort of affiliation
09:20 4 with MARTA at all?
09:20 5     A.     Not as a buying group, I do not.
09:20 6     Q.     How about other than as a buying
09:20 7 group, any other affiliations?
09:20 8     A.     The company that I work nor now
09:20 9 sells extended warranties.  My job is to build
09:20 10 that business with independent dealers.
09:20 11 Currently, I'm not in negotiation with any
09:20 12 MARTA member I don't think; and I had no
09:20 13 conversations, nor do I intend to have any
09:21 14 conversations with MARTA as a buying group.
09:21 15     Q.     Okay.  And you mentioned your
09:21 16 current employer.  What's your current
09:21 17 employer?
09:21 18     A.     New Leaf Service Contracts, LLC.
09:21 19     Q.     I think you said that that company
09:21 20 is involved in providing extended warranties;
09:21 21 is that correct?
09:21 22     A.     That's correct.
09:21 23     Q.     Okay.  When you were terminated by
09:21 24 MARTA in January 2006, do you think you were
09:21 25 treated fairly by MARTA at that time?

**17**

09:21 1     A.     No.
09:21 2     Q.     Why not?
09:21 3     A.     What I explained to the board was
09:21 4 that certain things would happen and they
09:21 5 happened.  The group splintered, more than half
09:21 6 of the volume of that group was gone within a
09:21 7 year; they left to join another group.  I told
09:21 8 them if they felt that they should align with
09:21 9 somebody, that they probably should talk to the
09:21 10 other buying groups.  There was a bigger one
09:22 11 around nationwide; but the board chairman was
09:22 12 opposed to that, and he was able to muster
09:22 13 sufficient support that they didn't do that.
09:22 14 So they acted very quickly.
09:22 15     They actually stopped my
09:22 16 involvement with the group in December of 2005
09:22 17 and had me shut down the office in New Jersey
09:22 18 and all of this led to no gain that I could see
09:22 19 for any of the membership; and my mandate was
09:22 20 to help the dealers get better programs, make
09:22 21 more money, order volume, and generally be
09:22 22 better retailers than they could be on their
09:22 23 own.
09:22 24     In my opinion, what they were doing
09:22 25 was not going to help any of those things.  And

**18**

```
09:23  1   I think in retrospect I could make a pretty
09:23  2   good case that it didn't.
09:23  3        Q.    Now, you were discussing the
09:23  4   alliance with AVB.  You described AVB as
09:23  5   another buying group.  Do you remember that?
09:23  6        A.    Yes.
09:23  7        Q.    Would that be a fair description of
09:23  8   what MARTA was doing?  Would it be fair to say
09:23  9   that MARTA, during your time with MARTA, was a
09:23 10   buying group?
09:23 11        A.    Yes.
09:23 12        Q.    What is the role of a buying group?
09:23 13        A.    It varies.  The original premise
09:23 14   back when these were first formed, which was in
09:23 15   the '50s and '60s, was that the independent
09:23 16   dealer in Detroit was a big fish in Detroit but
09:23 17   didn't really appear on the radar for
09:23 18   manufacturing.
09:23 19            But if you could get the big guy in
09:23 20   Detroit and the big guy in Cleveland and
09:23 21   Chicago and you could kind of bolt them all
09:23 22   together and get them to work together, you
09:24 23   could probably negotiate better pricing or
09:24 24   other advantages, additional discounts, product
09:24 25   delivery, and maybe be the first ones to
```

**19**

```
09:24  1   introduce new product.  And on top of that, you
09:24  2   could simplify some of the marketing efforts,
09:24  3   competitive shopping, best practices.
09:24  4            So this is what most buying groups
09:24  5   try to do.  There aren't many who actually are
09:24  6   involved these days in buying.
09:24  7        Q.    During the time period that you
09:24  8   were employed by MARTA, who did MARTA view as
09:24  9   its competitors?
09:24 10        MR. DEW:  Objection to form.
09:24 11        THE WITNESS:  And now I go?
09:24 12   BY MR. LAU:
09:25 13        A.    Yes.
09:25 14        A.    The dealers' view was that the main
09:25 15   competitors were companies like Best Buy or at
09:25 16   the time Circuit City, Lowe's, Home Depot, for
09:25 17   some product categories Walmart, the large
09:25 18   national accounts who operated primarily by
09:25 19   offering better pricing.
09:25 20            There was also a sentiment among
09:25 21   some that the other groups were competitors in
09:25 22   that it was a routine practice for one group to
09:25 23   try to -- anyway for most groups, it was a
09:25 24   routine practice to try to get dealers from one
09:25 25   group to leave that group and do on their own.
```

**20**

```
09:25  1        Q.    Did -- did MARTA view the other
09:25  2   buying groups as MARTA's competitors?
09:26  3        MR. DEW:  Objection to form.
09:26  4        THE WITNESS:  In some ways, yes.
09:26  5   If another buying group came in and
09:26  6   convinced one of our members to leave and
09:26  7   join them, that cut back on some of our
09:26  8   purchasing power and our influence in the
09:26  9   market that dealer was at.
09:26 10            So -- and the same thing happened
09:26 11   the other way.  I'm sure that when we took
09:26 12   one of their members, they were less than
09:26 13   thrilled.
09:26 14   BY MR. LAU:
09:26 15        Q.    Other than the AVB what were the
09:26 16   other buying groups that MARTA saw out there
09:26 17   that MARTA kept an eye on in terms of, you
09:26 18   know, a concern that maybe MARTA -- that
09:26 19   another buying group might take a member away
09:26 20   from MARTA?
09:26 21        MR. DEW:  Objection to form.
09:26 22        THE WITNESS:  NATM was not prone to
09:26 23   add new members.  They consisted primarily
09:26 24   of very large dealers and were somewhat
09:26 25   paranoid about sharing their very good
```

**21**

```
09:27  1   programs with the smaller entities.  So
09:27  2   for the most part NATM was kind of a fixed
09:27  3   membership.  But Nationwide was very
09:27  4   active in recruiting members to come in,
09:27  5   and they were probably the most
09:27  6   successful.
09:27  7            During the period that I was at
09:27  8   MARTA, we had a net loss of dealers of I
09:27  9   would say around 20.  I think there were
09:27 10   about a hundred and twenty when I started.
09:27 11   And there were about a hundred when I
09:27 12   left.  So I think almost all of those
09:27 13   ended up going to Nationwide.
09:27 14            There was a group called Mega Group
09:27 15   which had many more members, but they were
09:27 16   very small.  I think they may have claimed
09:27 17   to have 800 members.  But their total
09:27 18   volume was such that the average size
09:27 19   member in Mega Group was tiny.  And their
09:28 20   programs were not particularly good.
09:28 21            AVB had I think they claimed 2,500
09:28 22   members or maybe 2,000.  So in terms of
09:28 23   total number of dealers, almost all of the
09:28 24   groups except for NATM were much bigger, a
09:28 25   lot more people; but our advantage was
```

**22**

```
09:28  1     that we had sizeable dealers.  So we
09:28  2     weren't negotiating for a good price on 12
09:28  3     pieces.  We would negotiating for a good
09:28  4     price a full truckload.
09:28  5   BY MR. LAU:
09:28  6     Q.    Did MARTA ever take steps to gather
09:28  7   information about these other buying groups?
09:28  8         MR. DEW:  Objection to form.
09:28  9         THE WITNESS:  What do you mean?
09:28 10   BY MR. LAU:
09:28 11     Q.    In terms of trying to identify the
09:28 12   membership of these other buying groups, the
09:29 13   revenue of these other buying groups.
09:29 14     A.    As far as membership, yes.  I was
09:29 15   always curious to know who was in the other
09:29 16   group because I would If I would -- were to try
09:29 17   to bring them to my group, I wanted to know who
09:29 18   they were with.  I also wanted to know what
09:29 19   they were paying.  It wasn't easy to find out.
09:29 20   And vice versa.
09:29 21         When Nationwide was led by a
09:29 22   gentleman named Lee Gutman and he brought a new
09:29 23   member in, the first thing he did was go out to
09:29 24   that member's offices and sit down for a couple
09:29 25   of days and gather all the data he could.  What
```

**23**

```
09:29  1   are you paying for this?  What are you paying
09:29  2   for that?  What's your program?  What's your
09:29  3   volume rebate level.  That kind of information
09:29  4   is valuable if you negotiate.
09:29  5         You go to a vendor, we know that
09:29  6   they're prone to give larger rebate for a
09:30  7   smaller volume level.  It gives us negotiating
09:30  8   stands.
09:30  9         The information about who's in the
09:30 10   group is pretty easy to get.  The information
09:30 11   about what they're paying is much more
09:30 12   difficult.
09:30 13     Q.    When you say "what they're paying,"
09:30 14   what do you refer to?  What does that mean?
09:30 15     A.    Well, the -- there isn't uniform
09:30 16   pricing from any company.  Price it's a
09:30 17   function of what the invoice level is and what
09:30 18   the chain of discounts are.
09:30 19         So if I could find out that
09:30 20   somebody was getting a 3-percent cash discount
09:30 21   for paying in 20 days instead of a 2-percent
09:30 22   cash discount for paying in 45, we could pay in
09:30 23   20 days; and that's an extra point.  So that
09:30 24   kind of information was of value if I could get
09:30 25   it.
```

**24**

```
09:30  1     Q.    So to give an example, if you would
09:31  2   be interested in finding out, for example, if
09:31  3   Nationwide was purchasing say televisions from
09:31  4   Toshiba at a certain price and certain payment
09:31  5   terms, you would be interested in finding out
09:31  6   that information?
09:31  7     A.    I'd just want to make real sure
09:31  8   that my price was at least as good or better.
09:31  9     Q.    How would you go about finding that
09:31 10   information, Mr. Mann?
09:31 11     A.    Well, if somebody joined the group,
09:31 12   this is not highly confidential: so we could
09:31 13   sit down and talk, and I could find out --
09:31 14   generally, they're not going to join the group
09:31 15   if they're going to pay more.
09:31 16         So I would share information in the
09:31 17   parcellation process.  Sometimes it just fell
09:31 18   into our lap.  Invoices tend to be very thin
09:31 19   paper and big stacks, and we would sometimes
09:31 20   get invoices from companies like Toshiba that
09:32 21   didn't want us.
09:32 22     Q.    Any other means of obtaining this
09:32 23   information?
09:32 24     A.    No.  Dealers -- dealers sometimes
09:32 25   would find out from their local guy what deal
```

**25**

```
09:32  1   was going on.  Pricing isn't uniform, and it's
09:32  2   also not -- well, we may have an 18-cubic foot
09:32  3   refrigerator that we owned at $280; and other
09:32  4   people were paying 290.  But they may have had
09:32  5   a different model that they were paying 270
09:32  6   for, but we had more features.  So there's a
09:32  7   lot of judgment.  And part and parcel of that
09:32  8   is what the distribution plan is.
09:32  9         A lot of the people that we were
09:32 10   close to, the vendors that we were close to
09:32 11   gave us favorable distribution.  We had models
09:32 12   that were not in competitors' stores.  We had
09:32 13   better featured models, which gave us a chance
09:33 14   to sell better mix.
09:33 15     Q.    So you found out what other buying
09:33 16   groups were paying from new members.  Sometimes
09:33 17   information just fell in your lap because of
09:33 18   invoices you would just receive?
09:33 19     A.    Some of it was common sense.  For
09:33 20   example, it's pretty well known what certain
09:33 21   organizations work at.  Warehouse club, they
09:33 22   make ten points.  They won't make 15.  They're
09:33 23   a warehouse club.  That's how they got to where
09:33 24   they're at, and that's what they do.
09:33 25         And there are a few manufacturers
```

## 26

```
09:33   1   disciplined enough to channel price and say,
09:33   2   well, we sell this at a thousand dollars retail
09:33   3   and dealers want to make 30 points; so we're
09:33   4   going to charge them 700 bucks.  Oh, let's sell
09:33   5   Costco.  Okay.  Well, let's sell them at $900
09:34   6   because that way they'll sell it also at a
09:34   7   thousand; and we'll have an orderly market.  It
09:34   8   was much more likely if you could get a big
09:34   9   order from Costco, you'd sell them at the same
09:34  10   price.  You know, maybe you wouldn't give them
09:34  11   the same discount.
09:34  12          But if I suddenly found a product
09:34  13   that we were selling for a thousand dollars and
09:34  14   the warehouse club was selling it at $800, I
09:34  15   was real sure that they were paying $720 for
09:34  16   it.
09:34  17       Q.   Did you ever meet with your
09:34  18   counterparts at these other buying groups, such
09:34  19   as NATM, Nationwide, and AVB?
09:34  20       A.   Yes, frequently.
09:34  21       Q.   And why would you meet with your
09:34  22   counterparts?
09:34  23       A.   Because I was an odd duck, and so
09:34  24   were they.  We weren't real retailers.  We just
09:34  25   kind of played at it.  We didn't have any
```

## 27

```
09:34   1   inventory.  We didn't have any numbers to beat.
09:34   2          So when a company, say, like,
09:34   3   Hitachi had a sales meeting and we're all going
09:35   4   to a restaurant in a bus, invariably, I end up
09:35   5   sitting with a group guy.  Lee Gutman and I
09:35   6   were always on the bus together because we
09:35   7   didn't really fit in the scheme of things.
09:35   8          If Panasonic had some event and
09:35   9   they set up dinner tables, and my dinner table
09:35  10   was like the kids table.  I'm sitting there
09:35  11   with the group guys.
09:35  12       Q.   You mentioned Lee Gutman.  Who is
09:35  13   he?
09:35  14       A.   Lee Gutman was the executive
09:35  15   director of Nationwide at one time.
09:35  16       Q.   So you would frequently meet with
09:35  17   your counterparts at other buying groups and --
09:35  18          MR. DEW:  Objection.  Misstates the
09:35  19   prior testimony.
09:35  20   BY MR. LAU:
09:35  21       Q.   Is that a fair characterization of
09:35  22   your testimony, Mr. Mann?
09:35  23       A.   I didn't meet with them.  I was
09:35  24   with them.
09:35  25       Q.   You were with them.
```

## 28

```
09:35   1       A.    It was a social event.  We didn't
09:35   2   sit down to talk about -- in most cases.  We
09:35   3   rarely sat down to talk about how we could go
09:36   4   out and work jointly to get some advantage.
09:36   5   That did happen on occasion.
09:36   6       Q.    So not a -- not a formal meeting,
09:36   7   but you would be at a social event of some
09:36   8   sort, and you would just happen to bump into
09:36   9   your counterparts?
09:36  10       A.    A trade --
09:36  11          MR. DEW:  Objection.  Misstates the
09:36  12   prior testimony.
09:36  13          THE WITNESS:  I would be at a trade
09:36  14   show sponsored by some manufacturer, and I
09:36  15   would often be seated with the other
09:36  16   buying group people.  That was the most
09:36  17   common time that I would get together with
09:36  18   people.
09:36  19          There were rare occasions when we
09:36  20   would have other types of meetings.
09:36  21   BY MR. LAU:
09:36  22       Q.    Can you describe these other types
09:36  23   of meetings for me, please?
09:36  24       A.    Yes.  The only one that I can think
09:36  25   of -- this is how rare it was -- one time Bob
```

## 29

```
09:36   1   Lawrence, who was the head of AVB, and I both
09:36   2   met in Chicago with Whirlpool, trying to
09:37   3   convince them to give independent leaders
09:37   4   better sheltered models.
09:37   5       Q.    Can you think of any other examples
09:37   6   of actual planned meetings with your
09:37   7   counterparts at these other buying groups?
09:37   8          MR. DEW:  Objection to form.
09:37   9          THE WITNESS:  Not in a business
09:37  10   setting.
09:37  11   BY MR. LAU:
09:37  12       Q.    Okay.  Let's go back to that first
09:37  13   kind of setting where you're at a trade show
09:37  14   and you see your counterparts.  What would you
09:37  15   and your counterparts, these other buying
09:37  16   groups, discuss?
09:37  17          MR. DEW:  Objection to form.
09:37  18          THE WITNESS:  Well, important
09:37  19   things like, we haven't used one of my
09:37  20   drives yet today; and we're supposed to
09:37  21   use at least one from everybody.  So
09:37  22   here's a Par 3.  Hope -- I hope I can get
09:37  23   it on the green.
09:37  24   BY MR. LAU:
09:38  25       Q.    Anything else -- anything having to
```

30

09:38 1    do with your respective businesses?
09:38 2          MR. DEW:  Objection to form.
09:38 3          THE WITNESS:  I'm sure.  I mean,
09:38 4    you know, we, gossip of sorts and talking
09:38 5    about how Sears is tanking or how Lowe's
09:38 6    is screwing up the major appliance
09:38 7    business or do you think Samsung will ever
09:38 8    get there act together, generic
09:38 9    conversation about the industry.
09:38 10   BY MR. LAU:
09:38 11      Q.    Would having these discussions with
09:38 12   your counterparts about the industry give you a
09:38 13   better sense as to what is going on in the
09:38 14   industry?
09:38 15          MR. DEW:  Objection to form.
09:38 16          THE WITNESS:  I think so.
09:38 17   BY MR. LAU:
09:38 18      Q.    Okay.
09:38 19      A.    At least I would know sometimes
09:38 20   that we weren't the only people suffering from
09:38 21   the devastation that somebody like Best Buy
09:38 22   could cause.
09:38 23      Q.    Would you sometimes find out that a
09:38 24   vendor was telling you one thing and a vendor
09:39 25   another story?

31

09:39 1          MR. DEW:  Objection to form.
09:39 2          THE WITNESS:  I guess so.  I mean,
09:39 3    on occasion there were inconsistencies.
09:39 4    But when you say what that out,
09:39 5    would I find that out by talking with
09:39 6    other group people?
09:39 7    BY MR. LAU:
09:39 8      Q.    Correct.
09:39 9      A.    No.  I would more likely to find
09:39 10   that out because of the way events unfolded.
09:39 11   We were told by LG when they launched their
09:39 12   fancy new major appliance line in 2003 that
09:39 13   they were going to sell Independence.  Before
09:39 14   they shipped the first product, they now said
09:39 15   they were going to sell Best Buy.  Kind of a
09:39 16   shame.  I didn't need to find that out from
09:39 17   another group.  I found that out through the
09:39 18   trade press.
09:39 19      Q.    When you met with your counterparts
09:39 20   at these other buying groups, did you feel it
09:40 21   was improper at all?
09:40 22          MR. DEW:  Objection to form.
09:40 23          THE WITNESS:  Did I feel what was
09:40 24   improper?
      25

32

09:40 1    BY MR. LAU:
09:40 2      Q.    The fact that you were meeting with
09:40 3    a counterpart from Nationwide or NATM or AVB?
09:40 4          MR. DEW:  Objection to form.
09:40 5          THE WITNESS:  No.  I think it would
09:40 6    be much more odd for me to say, I refuse
09:40 7    to have dinner with you tonight because
09:40 8    I'm not going to sit at the table with
09:40 9    that son of a gun.
09:40 10   BY MR. LAU:
09:40 11      Q.    Do you -- you viewed that as
09:40 12   accepted industry practice?
09:40 13          MR. DEW:  Objection to form.
09:40 14      Q.    Is that fair?
09:40 15          MR. DEW:  Objection to form.
09:40 16          THE WITNESS:  Well, these were
09:40 17   primarily were settings like Olympics or
09:40 18   the US Open or some sort of dinner in
09:40 19   Arizona or Albuquerque where they're
09:40 20   introducing a new product and they bring
09:40 21   in dealers from around the country.  And I
09:40 22   considered whatever discussions we had to
09:41 23   be no different than the discussion
09:41 24   between dealers who were also there.
09:41 25   Oftentimes, guys who compete with each

33

09:41 1    other both at the same meeting.  It's kind
09:41 2    of hard to hold a meeting and bring in all
09:41 3    of your sales retailer and figure out a
09:41 4    way to separate one from the another.  It
09:41 5    would take you weeks to hold a meeting if
09:41 6    you did it that way.
09:41 7          Whatever they wished to share with
09:41 8    me, I was happy to gather the information.
09:41 9    I can't remember anything that was
09:41 10   particularly valuable.  And I know that
09:41 11   when I spoke with them, the last thing
09:41 12   that I needed to do was disclose
09:41 13   confidential information which had to do
09:41 14   with maybe some advantage we had, whether
09:41 15   we really had it or not.
09:41 16   BY MR. LAU:
09:41 17      Q.    You mentioned that at these trade
09:41 18   shows, the dealers would meet among themselves;
09:41 19   is that correct?
09:41 20          MR. DEW:  Objection.  Misstates
09:41 21   prior testimony.
09:41 22          THE WITNESS:  It depends.  When you
09:42 23   say meet, if they're in a golf foursome or
09:42 24   they're at a meal or it's the super bowl
09:42 25   and they have a cocktail party the night

34

09:42  1        before, they would meet; but that wasn't a
09:42  2    business meeting.  That was primarily
09:42  3    being part of whatever the event that was
09:42  4    taking place.
09:42  5    BY MR. LAU:
09:42  6        Q.    Okay.  And I understand the
09:42  7    distinction you're drawing between a planned
09:42  8    business meeting on the one hand versus two
09:42  9    dealers happen to be at a trade show and they
09:42  10   encounter each other.  Is that the distinction
09:42  11   you're trying to draw?
09:42  12       MR. DEW:  Objection.  Misstates
09:42  13   prior testimony.
09:42  14       THE WITNESS:  It is.
09:42  15   BY MR. LAU:
09:42  16       Q.    Okay.  And so at the EPI trade
09:42  17   shows when the dealers would, you know, bump
09:42  18   into each other either at dinner or on the golf
09:42  19   course, what's your understanding as to what
09:43  20   they would discuss?
09:43  21       MR. DEW:  Objection.  Lack of
09:43  22   foundation.
09:43  23       THE WITNESS:  I don't know.  I know
09:43  24   what I discussed.
       25

35

09:43  1    BY MR. LAU:
09:43  2        Q.    Okay.  And you don't view it -- you
09:43  3    didn't view your interactions with your
09:43  4    counterparts at other buying groups as
09:43  5    improper, correct?
09:43  6        MR. DEW:  Objection to form.
09:43  7        THE WITNESS:  I didn't.  And I
09:43  8        think it would take a very humble person
09:43  9        to say yes, what I was doing was
09:43  10       absolutely wrong.
09:43  11   BY MR. LAU:
09:43  12       Q.    And similarly, the fact that
09:43  13   dealers would encounter each other at these
09:43  14   trade shows and interact with each other and
09:43  15   talk with each other, you don't view that as
09:43  16   improper either, correct?
09:43  17       A.    I don't.
09:43  18       Q.    Okay.  Was MARTA a member of any
09:44  19   trade association?
09:44  20       A.    Yes.  We belonged to NARDA,
09:44  21   N-A-R-D-A.
09:44  22       Q.    Do you know what that stands for,
09:44  23   NARDA?
09:44  24       A.    I can --
09:44  25       MR. DEW:  Objection.  There's no

36

09:44  1        need for the witness to speculate.
09:44  2    BY MR. LAU:
09:44  3        Q.    Only answer if you know.
09:44  4        A.    North American Retail Dealers
09:44  5    Association.
09:44  6        Q.    Do you have any understanding as to
09:44  7    the purpose of that trade association?
09:44  8        A.    It was an education group
09:44  9    primarily.  What I did was, we had most of the
09:44  10   members paying dues to belong to that group;
09:44  11   and I negotiated with their director, a woman
09:44  12   named Elly Valas, to have all MARTA members be
09:44  13   part of NARDA and have access to their trading
09:45  14   materials and educational videos.
09:45  15       And by paying for all the members
09:45  16   even though maybe 20, 30 percent hadn't
09:45  17   belonged previously, we paid less money than
09:45  18   the individual members who did belong pay on
09:45  19   their own.
09:45  20       Q.    Okay.  And so was it -- was MARTA a
09:45  21   member or just the members of MARTA were
09:45  22   members or both?
09:45  23       A.    It didn't come up like that.  I
09:45  24   don't recall that I ever attended anything.
09:45  25   MARTA wasn't huge.  We had maybe 17 employees.

37

09:45  1    The vast majority were involved in the billing
09:45  2    process, so I may have had my assistant go to a
09:45  3    NARDA meeting.  I can't recall, but we were
09:45  4    welcome just what they did wasn't so applicable
09:46  5    for us.
09:46  6        Q.    Any other trade associations that
09:46  7    MARTA's members belonged to that you recall?
09:46  8        MR. DEW:  Objection to form.
09:46  9        THE WITNESS:  I worked with
09:46  10       Consumer Electronics Association and
09:46  11       attended some meetings.  I don't remember
09:46  12       if we were considered a member or not.  We
09:46  13       didn't pay anything, but they were
09:46  14       thrilled to have dealers come to CES.
09:46  15   BY MR. LAU:
09:46  16       Q.    Why were they -- why were they
09:46  17   thrilled, do you think?
09:46  18       MR. DEW:  Objection to form.
09:46  19       THE WITNESS:  Well, they have one
09:46  20       of the largest trade shows in the country
09:46  21       in January in Las Vegas; and they have
09:46  22       most of the electronics, computer
09:46  23       manufacturers, companies from Samsung to
09:47  24       Microsoft and all points in between
09:47  25       displaying product there.  And that show

**38**

09:47  1    would not be successful if there weren't a
09:47  2    bunch of people going who actually bought
09:47  3    the stuff.
09:47  4    BY MR. LAU:
09:47  5        Q.   Was CES one of the trade shows
09:47  6    where you might bump into one of your
09:47  7    counterparts at another buying group or your
09:47  8    members might bump into other dealers?
09:47  9        A.   Yes.
09:47  10       MR. DEW:  Objection.  Misstates
09:47  11   prior testimony.
09:47  12   BY MR. LAU:
09:47  13       Q.   What -- other than CES, what other
09:47  14   trade shows did either MARTA and you attend or
09:47  15   your members attend?
09:47  16       A.   There was a builders show, which
09:47  17   was primarily -- our interest was in major
09:47  18   appliances.  There was a show called the
09:47  19   Kitchen and Bath Show, which was held at
09:47  20   various spots, Orlando, Chicago, I think
09:48  21   Dallas.  There may have been some other ones.
09:48  22       Any show where companies like
09:48  23   Whirlpool, GE, and Frigidaire, LG, Samsung
09:48  24   would go where they would display their
09:48  25   product, I would encourage the members to go

**39**

09:48  1    because you got a chance to talk to a lot of
09:48  2    manufacturers for the price of one airfare.
09:48  3        We went to Comdex for a while,
09:48  4    which was a big computer show.  That died, but
09:48  5    at one time I think it was the largest trade
09:48  6    show in the country, miserable show.
09:48  7        Retail vision was another show.
09:48  8    That was a good show.
09:49  9        Q.   And have you ever heard of the
09:49  10   phrase competitive analysis program used at
09:49  11   MARTA?
09:49  12       MR. DEW:  Objection to form.
09:49  13       THE WITNESS:  I don't think so.
09:49  14   BY MR. LAU:
09:49  15       Q.   Did MARTA ever have a program
09:49  16   designed to collect information about the Best
09:49  17   Buys and Circuit Cities and Home Depots of the
09:49  18   world?
09:49  19       MR. DEW:  Objection to form.
09:49  20       THE WITNESS:  Yes.
09:49  21   BY MR. LAU:
09:49  22       Q.   Did that program have any sort of,
09:49  23   like, specific name associated with it?
09:49  24       A.   I don't remember that it had a
09:49  25   name.

**40**

09:49  1        Q.   Was it a discernable program?
09:49  2        MR. DEW:  Objection to form.
09:49  3        THE WITNESS:  When you say
09:50  4    "program," what do you mean by that?
09:50  5    There wasn't a fee.  There wasn't a
09:50  6    discount.
09:50  7    BY MR. LAU:
09:50  8        Q.   Let me take a step back.  Actually,
09:50  9    let me show you a document; and maybe this will
09:50  10   help out.
09:50  11       I would like to show a document to
09:50  12   the witness that's already been marked as --
09:50  13   it's been marked in a previous deposition as
09:50  14   Exhibit 3244.  Why don't you take a look at
09:51  15   this document; and in particular for the
09:51  16   purpose of our discussion now, focus on page
09:51  17   15.  This is the paragraph, the section that
09:51  18   reads competitive analysis program?
09:51  19       MR. DEW:  Just for the record, the
09:51  20   witness the should take a look at the
09:51  21   whole document to be aware of the whole
09:51  22   document.
09:51  23       MR. LAU:  That's fine.
09:51  24       THE WITNESS:  It's a very big
09:51  25   document.

**41**

09:51  1        MR. DEW:  It is.
09:51  2        THE WITNESS:  When you say I should
09:51  3    take a look at the whole document, you
09:51  4    want me to scrutinize this entire
09:51  5    document?
09:51  6        MR. DEW:  If that's what you feel
09:51  7    you need to do in order to testify better,
09:51  8    absolutely.
09:51  9        THE WITNESS:  Let me focus on the
09:51  10   competitive analysis program.  Okay.  I'm
09:52  11   familiar with this concept.
09:52  12   BY MR. LAU:
09:52  13       Q.   Okay.  Mr. Mann, does that refresh
09:52  14   your recollection about some sort of
09:52  15   competitive analysis program at MARTA?
09:52  16       A.   No.  This came after I was gone
09:52  17   but -- so if you're asking me about this
09:53  18   particular program, I really know nothing about
09:53  19   this particular program; but I know a lot about
09:53  20   the concept.
09:53  21       Q.   All right.  Tell me about the
09:53  22   concept.  What do you recall about the concept
09:53  23   during your time period as executive director?
09:53  24       A.   Every dealer is well served to have
09:53  25   a good idea of what's taking place in this

**42**

```
09:53  1    market.  To that end, almost all do competitive
09:53  2    shopping.  They'll go in and they'll check and
09:53  3    see what the other guy's doing.
09:53  4          It's not a good idea to have the
09:53  5    same product on the floor as your competitor
09:53  6    across the street and have it priced a hundred
09:53  7    dollars higher because if you don't know that
09:53  8    you're a hundred dollars higher, your customers
09:53  9    will know; and you'll be the expensive guy, and
09:53 10    the guy across the street will be the guy I buy
09:53 11    from.
09:53 12          So since everyone was doing it,
09:53 13    there were times when we would operate to
09:54 14    provide this kind of information to all of the
09:54 15    memberships on a relatively cheap basis.
09:54 16          I had a guy in Texas who had hired
09:54 17    a woman who was a shopper, and she would do --
09:54 18    among others, she would do Sears, which was a
09:54 19    strong competitor for appliances and Best Buy
09:54 20    who sold both appliances and electronics and
09:54 21    Circuit City, I think.  I don't know.  There
09:54 22    were two or three retailers.  And she would
09:54 23    draw up a floor plan.
09:54 24          So when I saw that, I offered to
09:54 25    pay -- I think we paid her $50 a week and,
```

**43**

```
09:54  1    which is what he was paying her to do this.  A
09:54  2    soccer mom who would do it in the afternoon.
09:54  3    Then I would take these reports, and I would
09:54  4    e-mail them out to all of the members so they
09:54  5    would know what was going on.
09:55  6          It isn't perfect because even
09:55  7    national retailers change market by market.
09:55  8    But it would give a good idea especially of
09:55  9    trends.  So if the Philips product for three
09:55 10    weeks in a row had the same product at the same
09:55 11    price; and all of a sudden the next report
09:55 12    shows that something has dropped to 20 percent
09:55 13    cost, something took place.  They cut the
09:55 14    price.  They had a special program.  Something
09:55 15    was going on.
09:55 16          There were occasional times when I
09:55 17    would just send out information if I learned of
09:55 18    something that was going on, like, be careful
09:55 19    if you ordered this because they're not
09:55 20    shipping it to anybody.  So if you've got an ad
09:55 21    breaking in three weeks and on the front cover
09:55 22    is a gorgeous picture of this product, you're
09:55 23    not going to have any of it.  And that kind of
09:56 24    information I would share with all of the
09:56 25    members.
```

**44**

```
09:56  1          Q.    In your first example when you
09:56  2    referenced, I think you used the phrase "guy in
09:56  3    Texas," was that a reference to a MARTA member
09:56  4    who happened to be located in Texas?
09:56  5          A.    Yes.
09:56  6          Q.    Do you remember the name of that
09:56  7    dealer?
09:56  8          A.    Oh, this is terrible.  This is the
09:56  9    function of many years have gone by.  He was
09:56 10    in El Paso.  He had two stores.  He was on the
09:56 11    board at different times, he and his wife.  I
09:56 12    can't remember his name.
09:56 13          Q.    That's fine.  That's fine.  Other
09:56 14    than -- during what time period was the guy in
09:56 15    Texas providing MARTA with this information?
09:56 16          A.    Approximately 2004.
09:56 17          Q.    Would other MARTA members provide
09:56 18    similar information to MARTA?
09:57 19          MR. DEW:  Objection to form.
09:57 20          THE WITNESS:  I would get feedback.
09:57 21    People would say, well, I wish I was in El
09:57 22    Paso because they're selling it for a lot
09:57 23    less here.
09:57 24    BY MR. LAU:
09:57 25          Q.    Maybe you misunderstood my
```

**45**

```
09:57  1    question.  Were there other MARTA members who
09:57  2    would do competitive shopping and then share
09:57  3    that information with MARTA?
09:57  4          MR. DEW:  Objection to form.
09:57  5          THE WITNESS:  Yes.  Nothing quite
09:57  6    as formalized as the reports that we were
09:57  7    getting from the guy in El Paso, but I got
09:57  8    information all the time.
09:57  9    BY MR. LAU:
09:57 10          Q.    Okay.  If you could put a number on
09:57 11    the number of MARTA members who would do
09:57 12    competitive shopping and share that information
09:57 13    with MARTA, what would be a fair estimate of
09:57 14    that number?
09:57 15          MR. DEW:  Objection to form.
09:57 16          THE WITNESS:  75 percent.
09:58 17    BY MR. LAU:
09:58 18          Q.    Okay.  And let's talk about --
09:58 19          A.    Well, you know, I should explain
09:58 20    that.  When I say 75 percent, I mean three out
09:58 21    of four.  It may be more than that, but at one
09:58 22    time or another would have called me to say,
09:58 23    you made that a core model.  That was really
09:58 24    stupid because it's getting hammered.  That's
09:58 25    competitive information.  It's based on what
```

**46**

09:58 1    was taking place in their market.
09:58 2         I may have heard from somebody just
09:58 3    once in four or five years.  But over the
09:58 4    course of my tenure with MARTA, most of the
09:58 5    dealers at one time or another would call up
09:58 6    either to praise something that we did or to
09:58 7    bitterly complain about how foolish we were to
09:58 8    do it.  Because we had a lot to do with
09:58 9    merchandising the products that we bought and
09:58 10   selecting which models would be the go-to
09:59 11   models, the profit models, the featured models.
09:59 12        And invariably as much as we tried
09:59 13   to be pristine in that effort, we would make
09:59 14   mistakes; and there wasn't anybody so shy as to
09:59 15   not tell me when we made a mistake.
09:59 16   Q.   Do you have any understanding as to
09:59 17   where MARTA -- MARTA's members would obtain
09:59 18   information about the market?  Where would they
09:59 19   get that information from?
      20        MS. KERN:  Objection.  Speculation.
      21   This is Sylvie Kern.
      22        COURT REPORTER:  I'm sorry, but I
      23   couldn't even hear.  Who was speaking?
      24        MS. KERN:  This is Sylvie Kern.
      25        COURT REPORTER:  And you made an

**47**

09:59 1    objection?
09:59 2         MS. KERN:  Yes, I did.  Objection.
09:59 3    It calls for speculation.
09:59 4         COURT REPORTER:  Thank you.
09:59 5    BY MR. LAU:
09:59 6    Q.   Mr. Mann, I don't want you to
09:59 7    speculate.
09:59 8         Just based on your recollection
09:59 9    today, when -- when members would provide you
09:59 10   with information about what's happening in the
09:59 11   market, do you have any understanding as to
09:59 12   where the members were getting that
10:00 13   information?
10:00 14        MR. DEW:  Objection.  Vague.
10:00 15        THE WITNESS:  I would say the
10:00 16   primary source was competitive advertising
10:00 17   because that is something they could see.
10:00 18   But sometimes they picked up information
10:00 19   from shopping reports.
10:00 20   BY MR. LAU:
10:00 21   Q.   When you say "shopping reports,"
10:00 22   what do you mean?
10:00 23   A.   Where they have some employee go
10:00 24   into a competitor store.  They'll go into a
10:00 25   Best Buy store and walk the floor and see what

**48**

10:00 1    the prices are.  Some are very sophisticated,
10:00 2    using video pens and recording devices.  Others
10:00 3    just kind of remember what they can remember
10:00 4    and run outside and write it down.
10:00 5    Q.   Do you think these shopping reports
      6    were an accepted business custom?
10:01 7         MR. DEW:  Objection.  Vague.  Calls
10:01 8    for speculation.
10:01 9         THE WITNESS:  I don't know of any
10:01 10   retailer that hasn't at one time or
10:01 11   another checked out what the competition's
10:01 12   doing, and some are very formal.
10:01 13        National accounts have people who
10:01 14   do with this full-time.  Some hire
10:01 15   organizations to do this.
10:01 16   BY MR. LAU:
10:01 17   Q.   Why do you think it was important
10:01 18   to gather this type of information?
10:01 19        MR. DEW:  Objection to form.
10:01 20        THE WITNESS:  Most of the time it
10:01 21   is important because of pricing.  You
10:01 22   can't run an ad and be successful that
10:01 23   says come shop at my store; we have almost
10:01 24   the best price in town.
10:01 25        If you spend the money to promote

**49**

10:01 1    store traffic by advertising your product
10:02 2    and you advertise it in your flier and
10:02 3    then they pick up the one from some other
10:02 4    competitor and there's the same product
10:02 5    and it's $50 less, you wasted a lot of
10:02 6    money.
10:02 7         So mostly they just want to make
10:02 8    sure that they don't get embarrassed in
10:02 9    the paper.  They're advertising --
10:02 10   invariably it's to drive people into the
10:02 11   store, and you don't do that if you
10:02 12   convince the people that they're paying
10:02 13   too much.
10:02 14        MR. DEW:  Al, we've been going for
10:02 15   a little bit.  Would this be a fair time
10:02 16   for a break?
10:02 17        MR. LAU:  Sure.
10:02 18        MR. DEW:  If that's okay.
10:02 19        MR. LAU:  Sure.  Let's go take a
10:02 20   break.
10:02 21        THE VIDEOGRAPHER:  Thank you.  The
10:02 22   time now is approximately 10:03 a.m.
10:02 23   We're going off the record.  This is the
10:02 24   end of Disc No. 1.
      25

**50**

10:02  1    (Whereupon, a short break was
10:10  2  taken.)
10:10  3    THE VIDEOGRAPHER:  The time now is
10:10  4  approximately 10:11 a.m.  We're back on
10:10  5  the record.  This is the beginning of Disc
10:10  6  No. 2.
10:10  7  BY MR. LAU:
10:10  8    Q.    Mr. Mann, could you take a look at
10:10  9  Exhibit 3244, the MARTA business plan?
10:11  10    A.    Yes.
10:11  11    Q.    We had a brief discussion off the
10:11  12  record with your attorney.  The date -- the
10:11  13  date of that business plan, what's the date of
10:11  14  that business plan?
10:11  15    A.    It's 1997.  I thought when I first
10:11  16  looked at it, it came a couple of years after I
10:11  17  was gone.  It actually was a couple of years
10:11  18  before I showed up.
10:11  19    Q.    Okay.  Do you have any
10:11  20  understanding as to who drafted this document?
10:11  21    A.    Just in looking at the cover, it
10:11  22  looks like it was Jerry Dreyer.
10:11  23    Q.    Who's Jerry Dreyer?
10:11  24    A.    Jerry was the guy that was hired as
10:11  25  the executive director before me, and he was

**51**

10:11  1  the first executive director after Joe Verdi,
10:11  2  who was the founder of MARTA.
10:11  3    Q.    Can we turn quickly again to page
10:11  4  15?  Having looked at the three paragraphs
10:11  5  under the section entitled Competitive Analysis
10:11  6  Program and considering our discussion before
10:12  7  the break, do these three paragraphs fairly
10:12  8  reflect what MARTA was doing in terms of
10:12  9  competitive analysis?
10:12  10    MR. DEW:  I just reiterate the
10:12  11  objection that the witness hasn't had a
10:12  12  chance to look at the entire document;
10:12  13  and, therefore, is testifying to these
10:12  14  paragraphs out of context of the entire
10:12  15  document.
10:12  16    THE WITNESS:  Well, yes, it's
10:12  17  promoting the idea that this is something
10:12  18  that maybe MARTA can do on behalf of all
10:12  19  the members.  And that's the basic theme
10:12  20  of any buying group.
10:12  21    If -- if you want to set up a
10:12  22  program with Fisher and Paykel and you've
10:12  23  got 70 members that buy Fisher and Paykel,
10:12  24  you could have 70 meetings or you can have
10:12  25  one.  It's more efficient to have the one.

**52**

10:12  1  So all of the guys in the group --
10:12  2  almost all the guys wouldn't have done
10:12  3  their own shopping anyway, but this would
10:13  4  have given them another layer of
10:13  5  information.  That's the premise that I
10:13  6  worked on when I provided whatever
10:13  7  competitive information I could get.
10:13  8  BY MR. LAU:
10:13  9    Q.    I'm going to hand out another
10:13  10  document that's previously been entered as an
10:13  11  exhibit.  This is Exhibit 2496.
10:13  12    MS. KERN:  I didn't hear that
10:13  13  exhibit number.
10:13  14    MR. LAU:  Sure.  2496.
10:13  15    MS. KERN:  Thank you.
10:13  16  BY MR. LAU:
10:13  17    Q.    And it's an e-mail chain, and at
10:13  18  the top it's to Warren Mann from Bill Bursley
10:13  19  sent November 3, 2005.
10:13  20    Please take a chance to review this
10:13  21  document.  Let me know when you've done so.  I
10:13  22  apologize for the quality of the copying.  This
10:13  23  is the best we have.
10:14  24    MR. DEW:  Portions of my copy are
10:14  25  very hard to read.  So if you have any

**53**

10:14  1  trouble with any of the portions, please
10:14  2  tell me which ones; and we'll make sure we
10:14  3  identify those.
10:14  4    THE WITNESS:  I don't think I can
10:14  5  read this.  The second page is better than
10:14  6  the first.  Okay.
10:16  7  BY MR. LAU:
10:16  8    Q.    Mr. Mann, do you recognize this
10:16  9  document?
10:16  10    A.    I don't remember it, but it's my
10:16  11  style.  It's under my name.  So the bottom part
10:16  12  I remember.
10:16  13    Q.    And what is this document?
10:16  14    A.    This is a bulletin that I sent out
10:16  15  regarding a shortage of plasma.
10:16  16    Q.    Okay.  When you say "bulletin,"
10:16  17  what do you mean by that?
10:16  18    A.    I sent out correspondence almost
10:16  19  every day regarding programs, events, pricing.
10:17  20  So this has to do with the period of time that
10:17  21  we were unable to get -- this is towards the
10:17  22  end of October 2005 -- we were unable to get
10:17  23  orders filled for Toshiba plasma sets, and we
10:17  24  had been told that there was shortage
10:17  25  nationally; and they just didn't have enough.

**54**

```
10:17   1   Everybody was going to get a small percentage
10:17   2   of what they ordered until the flow increased
10:17   3   and they could catch up.
10:17   4       Q.   To -- to whom were bulletins sent?
10:17   5       A.   All members.
10:17   6       Q.   Okay.  If you turn to the second
10:17   7   page please, the paragraph that begins, "In
10:18   8   order to ascertain," do you see that paragraph?
10:18   9       A.   Yes.
10:18  10       Q.   And let me just read the sentence
10:18  11   that I care about.  Quote, "In order to
10:18  12   ascertain the actual situation, MARTA requests
10:18  13   all Toshiba dealers shop at least one Best Buy
10:18  14   store over the next few days," end quote.  Do
10:18  15   you see that sentence?
10:18  16       A.   Yes.
10:18  17       Q.   Is that an isolated instance of --
10:18  18   well, let me take a step back.  In fact, do you
10:18  19   recall MARTA actually requesting dealers to
10:18  20   shop Best Buy stores in this instance?
10:18  21           MR. DEW:  Objection.  Asked and
10:18  22   answered.
10:18  23           THE WITNESS:  I'm pretty sure if I
10:18  24   sent this bulletin out.
       25
```

**55**

```
10:18   1   BY MR. LAU:
10:18   2       Q.   Okay.
10:18   3       A.   I don't think this is made up.
10:18   4   This is something that I did towards the end of
10:18   5   my time at MARTA.
10:18   6       Q.   Other than this one instance, can
10:19   7   you think of other instances where MARTA
10:19   8   requested it's members to shop at dealers like
10:19   9   Best Buy or Circuit City?
10:19  10           MR. DEW:  Objection.
10:19  11           THE WITNESS:  I can't recall, but
10:19  12   there well could have been other times.
10:19  13   BY MR. LAU:
10:19  14       Q.   Okay.  And what would be the
10:19  15   purpose of making this request to members?
10:19  16       A.   Well, this particular case involved
10:19  17   us being told that we can't ship anybody; and
10:19  18   we're just making sure that everybody is
10:19  19   suffering the way we're suffering.
10:19  20           And the indication is from at least
10:19  21   this one dealer who responded here that in
10:19  22   Buffalo, Best Buy had plenty of these sets.  So
10:19  23   we didn't have them, but Best Buy had them.
10:19  24   And that's a competitive disadvantage.
10:20  25       Q.   And so you would agree that asking
```

**56**

```
10:20   1   -- asking the members to engage in such a shop
10:20   2   at Best Buy, that was an accepted business
10:20   3   practice, correct?
10:20   4           MR. DEW:  Objection.  Objection to
10:20   5   form and vague.
10:20   6           THE WITNESS:  But in my view, it's
10:20   7   quite acceptable for dealers to shop at
10:20   8   other dealers.
10:20   9   BY MR. LAU:
10:20  10       Q.   And it occurs regularly, correct?
10:20  11           MR. DEW:  Objection to form.
10:20  12           THE WITNESS:  It occurs all the
10:20  13   time.  Sometimes shoppers are thrown out.
10:20  14   National accounts get very fussy.  Some
10:20  15   shoppers overdo it and try to take
10:20  16   pictures.
10:20  17           But gathering information by
10:20  18   shopping on the store floor in my mind is
10:20  19   not only common practice, it's kind of
10:20  20   public domain.  It's wide open to anybody
10:20  21   who walks in.
10:20  22   BY MR. LAU:
10:20  23       Q.   You said that this e-mail appears
10:21  24   to be written in the style of your e-mails,
10:21  25   correct?
```

**57**

```
10:21   1       A.   Yes.  I'm pretty certain this is
10:21   2   something that I sent out.
10:21   3       Q.   And let me just ask, did MARTA rely
10:21   4   upon this e-mail in the normal course of its
10:21   5   business?
10:21   6           MR. DEW:  Objection.  The witness
10:21   7   can't testify as to what the company did
10:21   8   or relied upon.  He's not here as a
10:21   9   witness --
10:21  10   BY MR. LAU:
10:21  11       Q.   In you -- in your capacity as
10:21  12   executive director, would you use e-mails like
10:21  13   this?
10:21  14       A.   I sent e-mails on a routine basis
10:21  15   to inform membership of changes, new products
10:21  16   that were coming, prices, industry events that
10:21  17   were taking place, categories that I thought
10:21  18   they ought to take a look at, maybe get
10:21  19   involved in.
10:21  20           If they weren't selling recliners
10:21  21   they ought to think about it.  It's very
10:21  22   profitable.  People have to sit down when they
10:21  23   watch TV.  So it's kind of a fit.
10:22  24           So I sent a tremendous amount, I
10:22  25   think, of correspondence out.
```

58

```
10:22  1        Q.    And this would be an example of one
10:22  2   of these e-mails that you sent to MARTA
10:22  3   membership, correct?
10:22  4        MR. DEW:  Objection.  I don't think
10:22  5   the witness was done answering the
10:22  6   question.
10:22  7        THE WITNESS:  This bulletin, No.
10:22  8   E-2125, I'm not -- I don't remember as
10:22  9   well as I used to.  E means it's
10:22  10  electronics.  All the bulletins that
10:22  11  started with A had to do with appliances,
10:22  12  and I had another letter.  Maybe it was O
10:22  13  for other.
10:22  14       But primarily we were in the
10:22  15  appliance/electronics field.  And the
10:22  16  numbers were consecutive.  So this way
10:22  17  anyone who had a hole in their three-ring
10:22  18  binder and they went from 2123 to 2125 was
10:22  19  missing 2124 and we would request and sent
10:23  20  out that one as a backup.
10:23  21       So we were trying to do a better
10:23  22  job using e-mail; whereas, in my prior job
10:23  23  at NATM, we pretty much faxed everything.
10:23  24  A lot of paper and telephone wires tangled
10:23  25  up that way.
```

59

```
10:23  1   BY MR. LAU:
10:23  2        Q.    So to answer my question, would
10:23  3   this be an example of an e-mail that you would
10:24  4   send to MARTA's members?
10:23  5        A.    Yes.
10:23  6        Q.    And does this e-mail appear to be
10:23  7   accurate?
10:23  8        A.    Yes.
10:23  9        Q.    And does this e-mail appear to be
10:23  10  complete?
10:23  11       A.    Yes.
10:23  12       Q.    Thank you.  You can put that
10:23  13  document aside.
10:23  14       I'm going to hand to the witness
10:24  15  another document that's been previously marked
10:24  16  as an Exhibit.  This is Exhibit 3254, an e-mail
10:24  17  chain at the top from MARTA Cooperative to
10:24  18  Warren Mann dated November 2, 2005.
10:24  19       Please review this e-mail and let
10:24  20  me know once you've had a chance to do so.
10:24  21       A.    (Witness complies.)  Okay.
10:24  22       Q.    Mr. Mann, do you recognize this
10:25  23  document?
10:25  24       A.    I don't remember it.  It seems kind
10:25  25  of routine though.
```

60

```
10:25  1        Q.    Does it appear to be -- again, like
10:25  2   the earlier e-mail, an e-mail that you would
10:25  3   typically see when you were an executive
10:25  4   director of MARTA?
10:25  5        A.    Well, the typical e-mail that we
10:25  6   sent out would explain programs and attach
10:25  7   Excel files for pricing or somehow explain
10:25  8   something that was going on.
10:25  9        This was one of the relatively rare
10:25  10  times that I was trying to find out whether we
10:25  11  were getting the runaround or not.  Somebody --
10:25  12  it could have been Mike Guida.  It could have
10:25  13  been Jerry Satori.  It could have been some
10:26  14  other executive at Toshiba that casually said
10:26  15  well, nobody's got them.  You know, we're all
10:26  16  suffering.  Everybody's in short supply, and I
10:26  17  wanted to make sure that that was accurate.
10:26  18  Which is why the initial e-mail went out.  And
10:26  19  at least based on these responses you've shown
10:26  20  me so far, it looks like it wasn't accurate.
10:26  21       Q.    Would this be the type of e-mail
10:26  22  that would be generated and received by MARTA
10:26  23  in the normal course of its business?
10:26  24       A.    This was an unusual --
10:26  25       MR. DEW:  Just objection.  Again,
```

61

```
10:26  1   he isn't here to testify about MARTA.
10:26  2   BY MR. LAU:
10:26  3        Q.    Go ahead and answer the question.
10:26  4   In your capacity as executive director of
10:26  5   MARTA --
10:26  6        A.    This was unusual circumstances.
10:26  7   Generally, we trusted and considered ourselves
10:26  8   to have a very good relationship with the
10:26  9   vendors.
10:26  10       Q.    Okay.
10:26  11       A.    In this case, obviously, I doubted
10:26  12  that we were being told the truth.
10:26  13       Q.    Does this appear to be -- does this
10:27  14  e-mail appear to be accurate?
10:27  15       A.    Yes.
10:27  16       Q.    Does it appear to be complete?
10:27  17       A.    Yes.
10:27  18       MR. DEW:  Objection as to vague.
10:27  19  BY MR. LAU:
10:27  20       Q.    When I say "complete," Mr. Mann,
10:27  21  does it appear that this is the entire e-mail
10:27  22  as opposed to half an e-mail?  That's what I
10:27  23  mean by completeness.  Do you understand?
10:27  24       A.    The whole thread is not here, but
10:27  25  it appears to me that Al Ruiz from Colders is
```

**62**

```
10:27  1    responding to the earlier e-mail that I sent
10:27  2    out, E-2125 on October 29.  It took him five
10:27  3    days to get back to me.  So he didn't jump
10:27  4    through hoops to get me -- but he got me the
10:27  5    information.
10:27  6          So what's missing from here is
10:27  7    probably what prompted him to go in and check;
10:27  8    but other than that, it's a complete e-mail.
10:27  9    Jeff Soko is the guy that I write to at the top
10:27 10    of this, and I'm saying make sure that Al gets
10:28 11    his credit for responding to our request for
10:28 12    information.
10:28 13       Q.   I'm glad you mentioned that because
10:28 14    that was my next question.
10:28 15          Was it -- was it common for MARTA
10:28 16    to provide its members a credit?
10:28 17          MR. DEW:  Objection.  Again, he's
10:28 18    not here to testify on behalf of MARTA.
10:28 19          MR. LAU:  Mr. Dew, that's fine.  I
10:28 20    can appreciate your objections; however,
10:28 21    please wait until I've completed my
10:28 22    question.
10:28 23          MR. DEW:  Fair enough.
10:28 24          MR. LAU:  Thank you.
      25
```

**63**

```
10:28  1    BY MR. LAU:
10:28  2       Q.   Let's try this again.  Mr. Mann, do
10:28  3    you see on the top part of the e-mail the
10:28  4    sentence that reads, quote, "All dealers who
10:28  5    responded to the survey will receive a credit
10:28  6    of a hundred from 24200 Toshiba funds," end
10:28  7    quote.  Do you see that sentence?
10:28  8       A.   I see that, yes.
10:28  9       Q.   Okay.  Can you tell me what's
10:29 10    occurring in that sentence?
10:29 11       A.   That's me instructing our
10:29 12    accounting guy to make sure that this dealer
10:29 13    gets a credit because he responded to our
10:29 14    request.
10:29 15       Q.   Okay.  Other than this specific
10:29 16    instance, can you recall other instances when
10:29 17    you directed MARTA employees to provide a
10:29 18    credit to members who provided MARTA with
10:29 19    information about what's occurring in the
10:29 20    market?
10:29 21          MR. DEW:  Objection.  Confusing.
10:29 22    BY MR. LAU:
10:29 23       Q.   Do you understand that question?
10:29 24       A.   I do.  You're asking me if this was
10:29 25    a routine practice it sounds like.
```

**64**

```
10:29  1       Q.   Correct.
10:29  2       A.   And this was a relatively unusual
10:29  3    circumstance.  I don't -- I wouldn't be
10:29  4    surprised if there was an occasion over seven
10:29  5    years, other than this one, where we rewarded
10:29  6    the dealer for being responsive.  But mostly we
10:30  7    relied on their good will and their
10:30  8    self-serving nature to respond to requests; and
10:30  9    mostly they came through.
10:30 10          In this case I think I was looking
10:30 11    for something very fast.  Take a look at the
10:30 12    period.  This is now coming up on Black Friday.
10:30 13    We've got a lot of people that relied on
10:30 14    Toshiba.  It was our largest electronics
10:30 15    vendor; and all of a sudden, this critical
10:30 16    product, 52 -- 42- and 50-inch flat panel sets
10:30 17    mysteriously are gone.  It's too late in the
10:30 18    season for us to get some other supplier
10:30 19    because nobody has any inventory left at that
10:30 20    point.  This was a real sore point in what was
10:30 21    generally a very good relationship.
10:30 22       Q.   Can you think of, Mr. Mann, other
10:31 23    instances where MARTA requested information
10:31 24    from its members about what's occurring in the
10:31 25    market?
```

**65**

```
10:31  1          MR. DEW:  Objection.  Again, he's
10:31  2    not here to testify on behalf of MARTA.
10:31  3    BY MR. LAU:
10:31  4       Q.   In your capacity -- let me rephrase
10:31  5    the question.
10:31  6          In your capacity as executive
10:31  7    director from June 1999 to January 2006, can
10:31  8    you think of instances where either you or
10:31  9    employees under your direction requested
10:31 10    members to provide information about what's
10:31 11    occurring in the market?
10:31 12       A.   Yes.
10:31 13       Q.   Just describe those instances for
10:31 14    me, please.
10:31 15       A.
10:31 16          MR. DEW:  Objection.  Vague.
10:31 17          THE WITNESS:  We sat down to
10:31 18    negotiate our annual program.  I didn't do
10:32 19    that by myself.  I would draw on the
10:32 20    talent within the group and use various
10:32 21    dealers.
10:32 22          Over the course of my years at
10:32 23    MARTA, almost every dealer at one time or
10:32 24    another had gotten involved in some
10:32 25    committee somehow.  And if we were going
```

**66**

10:32 1 to go into Benton Harbor and sit down with
10:32 2 Whirlpool to talk about what we want to be
10:32 3 focus models and what we need for pricing
10:32 4 -- and, of course, whenever you asked for
10:32 5 a price, the very first thing the
10:32 6 manufacturer asked is how many are you
10:32 7 going to buy. And all of that
10:32 8 information, it would have been foolish
10:32 9 for me to try to do on my own, I never
10:32 10 owned a store. So I used the retail
10:32 11 network.
10:32 12 In the course of them preparing,
10:32 13 they bring a lot of information, what was
10:34 14 going on in the marketplace. And that was
10:33 15 most welcome.
10:33 16 BY MR. LAU:
10:33 17 Q. And what type of information would
10:33 18 they provide?
10:33 19 A. What models were being advertised
10:33 20 in their local newspaper or the inserts, what
10:33 21 prices, what brands, what was changing.
10:33 22 There's an ebb and flow to market share.
10:33 23 Products grow and shrink.
10:33 24 Q. Can you think of other instances
10:33 25 where you or MARTA employees under your

**67**

10:33 1 direction requested members to provide
10:33 2 information about what's occurring in the
10:33 3 market?
10:34 4 MR. DEW: Objection.
10:33 5 THE WITNESS: There were few that
10:33 6 were as broad based as this particular
10:34 7 one; but in almost every negotiating
10:34 8 meeting that I went into, I would talk
10:34 9 with the dealers who were on that
10:34 10 committee ahead of time so that we'd have
10:34 11 a handle on what we were going to ask for,
10:34 12 what we needed, what were the right
10:34 13 products.
10:34 14 So to answer your question, this
10:34 15 was part of my routine. I did this all
10:34 16 the time.
10:34 17 BY MR. LAU:
10:34 18 Q. Can you think of any other
10:34 19 instances?
10:34 20 A. Other than all the time?
10:34 21 Q. Well, specific examples so that I
10:34 22 can understand.
10:34 23 A. You are talking about a decade or
10:34 24 more ago. I can say that in general it's very
10:34 25 rare for me to go out and actually reward

**68**

10:34 1 somebody for something. We didn't really have
10:34 2 money for that type of stuff. This was kind of
10:34 3 a unique situation.
10:34 4 But in asking for competitive
10:35 5 information, I wanted it all the time.
10:35 6 Q. And what type of competitive
10:35 7 information would you find to be useful?
10:35 8 A. What brands are carried and
10:35 9 featured by competitive stores. What models,
10:35 10 what price, what promotion, what they were
10:35 11 doing. Are they giving free delivery? Was
10:35 12 there a rebate? Was the rebate a
10:35 13 manufacturer's rebate? Was it a manufacturer's
10:35 14 rebate that we weren't offered? What line got
10:35 15 thrown out?
10:35 16 Q. And you found this was important
10:35 17 information to gather?
10:35 18 A. Quite.
10:35 19 Q. And why was that?
10:35 20 A. Because the manufacturer that just
10:35 21 lost their facings at Walmart, suddenly has a
10:36 22 lot of product; and they need to be somebody to
10:36 23 buy it, and they are much more flexible in what
10:36 24 they sell it for because nobody wants to sit on
10:36 25 a lot of inventory and hope that eventually it

**69**

10:36 1 gets gone. They want to turn it into cash.
10:36 2 So if I find out that Orion got
10:36 3 thrown out because Sharp went into Walmart and
10:36 4 Orion is looking for somebody to give them
10:36 5 support, that's a good time for me to pick up
10:36 6 the phone and talk to Orion.
10:36 7 Q. Mr. Mann, my realtime is not
10:36 8 working. We're going to go off the record for
10:36 9 two minutes and get it working again.
10:36 10 A. Sure.
10:36 11 Q. And then we'll go back on the
10:36 12 record.
10:36 13 THE VIDEOGRAPHER: Thank you. The
10:36 14 time now is approximately 10:37 a.m.
10:36 15 We're going off the record.
10:36 16 (Whereupon, a short break was
10:42 17 taken.)
10:42 18 THE VIDEOGRAPHER: The time now is
10:42 19 10:42 a.m., and we're back on the record.
10:42 20 BY MR. LAU:
10:42 21 Q. Mr. Mann, I'm going to hand another
10:42 22 document to you. This document has already
10:42 23 been marked as an exhibit, Exhibit No. 2497
10:42 24 CRT-MARTA-0008537. If you could please take a
10:42 25 look at this document, review it, and let me

70

```
10:42  1    know when you have had a chance to do so?
10:42  2        A.   (Witness complies.)  Anyway, yes.
10:42  3    I know this document very well.  And by the
10:42  4    way, the dealer whose name I couldn't dredge up
10:42  5    before -- the coffee worked.  His name is Pat
10:43  6    Goff.
10:43  7        Q.   Who's Pat Goff?
10:43  8        A.   Pat Goff was a retailer of two
10:43  9    stores, one in El Paso and one in, I think, Las
10:43 10    Cruces, New Mexico.
10:43 11        Q.   Do you recall the names of the
10:43 12    stores per chance?
10:43 13        A.   You know, I think it was called Pat
10:43 14    -- Pat Goff's.
10:43 15        Q.   It's not -- it's not that
10:43 16    important.  Thank you, Mr. Mann.  So this
10:43 17    document, do you recognize this document?
10:43 18        A.   Yes.
10:43 19        Q.   And what is this document?
10:43 20        A.   This is the shopping report that I
10:43 21    mentioned before where he had a woman who would
10:43 22    go in and take down information and then send
10:43 23    it to us.
10:43 24        Q.   Okay.  And what type of
10:43 25    information -- so this is the guy in Texas, Pat
```

71

```
10:43  1    Goff; and this is the shopper that he hired for
10:43  2    $50 a week to provide this type of information?
10:43  3        A.   Approximately.  You know, it wasn't
10:43  4    a great deal of money.
10:43  5        Q.   Okay.
10:44  6        A.   And the first page is Best Buy.
10:44  7    This is what the Best Buy floor looked like.
10:44  8    These were the products in the order they had
10:44  9    them laid out, the model numbers, and the
10:44 10    prices that they had tagged them at.
10:44 11        Q.   And if you look at the following
10:44 12    pages, we see a slightly different format.  Do
10:44 13    you recognize what's going on in pages 2 and 3
10:44 14    and 4?  Is that similar information for Best
10:44 15    Buy?
10:44 16        A.   No.  Page 2 is Circuit City.  If
10:44 17    you look to the, kind of, the upper left
10:44 18    portion.
10:44 19        Q.   Oh, I see.
10:44 20        A.   And there's a woman's name
10:44 21    Priscilla.  So she has a snapshot here of what
10:44 22    is on the Circuit City floor.  And I don't know
10:45 23    if the next page is a continuation of Circuit
10:45 24    City or not.  The final store is CompUSA,
10:45 25    page 4.
```

72

```
10:45  1        Q.   Do you recall the time period
10:45  2    that --
10:45  3        A.   Well, it's dated.  These all are
10:45  4    dated January 30, 2005.
10:45  5        Q.   A different -- different question.
10:45  6    Do you recall the time period over which
10:45  7    Priscilla was providing this information to the
10:45  8    guy in Texas who was providing it to MARTA?
10:45  9        A.   When you asked before, I said it's
10:45 10    approximately 2004.  I stand by that.
10:45 11        Q.   I mean, so this activity just
10:45 12    occurred in 2004?
10:45 13        A.   It --
10:45 14        MR. DEW:  Objection.  Misstates
10:45 15    prior testimony.
10:45 16        THE WITNESS:  I don't know exactly
10:45 17    when it started, but I believe it started
10:45 18    in 2004.
10:45 19    BY MR. LAU:
10:45 20        Q.   Do you know when it ended?
10:45 21        A.   I think he lost her in the middle
10:46 22    of the year.  We ended up not being able to do
10:46 23    this.
10:46 24        Q.   Okay.  Did he find a replacement
10:46 25    for Priscilla?
```

73

```
10:46  1        MR. DEW:  Objection.  Calls for
10:46  2    speculation.
10:46  3        THE WITNESS:  I don't know.
10:46  4    BY MR. LAU:
10:46  5        Q.   Can you think of any other -- any
10:46  6    other instances where members would provide
10:46  7    this type of detailed information to MARTA on a
10:46  8    regular basis?
10:46  9        A.   No.
10:46 10        Q.   So when -- but you can think of
10:46 11    other instances when members would provide
10:46 12    information to MARTA about, for example, a
10:46 13    price for, say, a Toshiba product at the Best
10:46 14    Buy store, correct?
10:46 15        MR. DEW:  Objection.  I'm confused
10:46 16    by the question.  Are you asking if the
10:46 17    witness has said that if he can, as he
10:47 18    sits, here recall that?
10:47 19        MR. LAU:  Let's see if the witness
10:47 20    understands the question.
10:47 21    BY MR. LAU:
10:47 22        Q.   Do you understand my question,
10:47 23    Mr. Mann?
10:47 24        A.   You're wondering if anybody ever
10:47 25    responded to these reports?
```

74

10:47 1    Q.   Yes.
10:47 2    A.   Yes.
10:47 3    Q.   Okay.  How often?
10:47 4    A.   Frequently.
10:47 5    Q.   And what type of information would
10:47 6  they provide?
10:47 7    A.   Mostly to tell me I was wrong or
10:47 8  that the report was wrong.
10:47 9    Q.   Okay.
10:47 10   A.   Generally, dealers don't care if
10:47 11 they get such a report and in their local
10:47 12 market they find that the price is higher,
10:47 13 that's okay.  But if they found the price was
10:47 14 lower, they kind of want to wake me up to the
10:47 15 fact that this is okay: nice to have this, but
10:47 16 you're wrong because this particular model is
10:47 17 selling for some less, whatever the price was.
10:47 18      Or that may be what they tag it on
10:47 19 the floor at, but they just ran it in their
10:47 20 circular and give me a different price.  Or
10:47 21 that's the price, but they're offering free
10:48 22 delivery; or they're offering factory rebate or
10:48 23 a store rebate or gift with purchase.
10:48 24      So anything which would modify or
10:48 25 make this information incorrect, I guess,

75

10:48 1  accurately to say would make it more correct or
10:48 2  at least correct for their market.  I would get
10:48 3  feedback like that.
10:48 4    Q.   Okay.  Thank you.  I'm going to
10:48 5  give you another document to look at.  Again,
10:48 6  this is a document that's been previously
10:48 7  marked as an exhibit.  This is Exhibit 2498.
10:48 8  It is a July 19, 2002, e-mail from MARTA
10:49 9  Cooperative.
10:49 10      Please take a chance to review
10:49 11 their e-mail, and let me know when you've had a
10:49 12 chance to do so.
10:49 13   A.   (Witness complies.)  Okay.
10:49 14   Q.   Mr. Mann, do you recognize this
10:49 15 document?
10:49 16   A.   I recognize what it looks like.
10:49 17 You know, the specific -- I sent out hundreds
10:49 18 of documents so -- every year.  But this is
10:49 19 something advising all of the membership of an
10:49 20 upcoming ad.  That's Best Buy.  It looks like a
10:49 21 circular.  As a matter of fact, it has to be a
10:49 22 circular because that's the only time you could
10:49 23 ever get this information early.
10:50 24   Q.   So this document appears to follow
10:50 25 the style of document that you would generate

76

10:50 1  during your time at MARTA: is that correct?
10:50 2       MR. DEW:   Objection.  Misstates the
10:50 3  witness's prior testimony.
10:50 4       THE WITNESS:   If I could get the
10:50 5  information.  I was fortunate in that
10:50 6  while I was working in Arizona -- at this
10:50 7  time I think I was still living there.  My
10:50 8  wife never moved, and that isn't the
10:50 9  fortunate part.  The fortunate part is
10:50 10 that we're in New Jersey, and we get the
10:50 11 New York Times on Saturday or a hunk of
10:50 12 it.  So all of the stuff which is
10:50 13 preprinted comes with the Saturday paper.
10:50 14 So I got to see the Sunday ads for Best
10:50 15 Buy on Saturday.
10:50 16 BY MR. LAU:
10:50 17   Q.   And then you would provide this
10:50 18 information to the MARTA membership: is that
10:50 19 correct?
10:50 20   A.   From time to time, yes.
10:51 21   Q.   And why would -- from your
10:51 22 understanding, why would the MARTA membership
10:51 23 be interested in this type of information?
10:51 24   A.   Okay.  I'll tell you.  If they have
10:51 25 a Sanyo cube refrigerator -- what time is this?

77

10:51 1  July, yeah, back to school -- and they've got
10:51 2  it sitting on their floor at $99, and they're
10:51 3  going to tag it at $99; and they're really
10:51 4  not paying that much attention to it because,
10:51 5  you know, when your kid goes back to school,
10:51 6  you're going to buy him that refrigerator
10:51 7  whether it's, 69, 79, or 99.
10:51 8       But if it's $99 on your floor and
10:51 9  somebody's coming in to look and they just saw
10:51 10 this add and you are disadvantaged by $30,
10:51 11 that's kind of bad.
10:51 12   Q.   Was this an isolated example of
10:51 13 providing MARTA membership with an early look
10:51 14 at a competitor's add, or did it occur on a
10:52 15 regular basis?
10:52 16   A.   As often as I had the time to do it
10:52 17 and could get it, I would provide the
10:52 18 information.  Whether that's 20 or 30 weeks out
10:52 19 of the year, I don't know; but it's as
10:52 20 frequently as I could.  If I had this
10:52 21 information, I'd get it out to the membership.
10:52 22 This is very good competitive information to
10:52 23 have.
10:52 24      MR. DEW:   The witness started to
10:52 25 answer before I could object.  I'll just

78

10:52  1      object to the form of that question.
10:52  2          THE WITNESS:  I'm sorry.
10:52  3          MR. DEW:  That's okay.
10:52  4   BY MR. LAU:
10:52  5      Q.    Does this e-mail appear to be
10:52  6   complete?
10:52  7      A.    Yes.
10:52  8      Q.    Does this e-mail appear to be
10:52  9   accurate?
10:52 10      A.    I sent it to everybody.  I'm sure
10:52 11   it was as accurate as I could make it.
10:52 12      Q.    Thank you.  You can put that
10:52 13   document aside.
10:53 14          I'm going to hand you a new
10:53 15   document.  This is a document that begins Bates
10:53 16   No. CRT-MARTA-0026875, and it is an October 22,
10:53 17   2001, e-mail sent from the MARTA Cooperative to
10:53 18   MARTA.
10:53 19          MR. LAU:  This should be marked as
10:53 20   Exhibit 4730.
      21          MS. KERN:  Excuse me?  4 --
      22          MR. LAU:  4730.  What was the
      23   question?
      24          MS. KERN:  What was the exhibit
      25   number?

79

       1          MR. LAU:  4730.
       2          MS. KERN:  Thank you.
       3          (Whereupon, Exhibit No. 4730,
       4      E-mail, was marked for identification.)
10:54  5          THE WITNESS:  Okay.
10:54  6   BY MR. LAU:
10:54  7      Q.    Mr. Mann, do you recognize this
10:54  8   document?
10:54  9      A.    As I said before, it looks very --
10:54 10   it's the type of thing I would have sent out.
10:54 11      Q.    And what is this document?
10:54 12      A.    It's a shopping report which shows
10:55 13   the products that are on the Walmart floor in
10:55 14   October of 2001 and their retail price.
10:55 15      Q.    Okay.  And I know some of my
10:55 16   questions are repetitive, but let me ask the
10:55 17   question again.
10:55 18          Would -- would MARTA generate these
10:55 19   types of documents in the normal course of its
10:55 20   business?
10:55 21          MR. DEW:  Objection.  He's not here
10:55 22   to testify on behalf of MARTA.
10:55 23          THE WITNESS:  If I had information
10:55 24      like this, I would send it out.
      25

80

10:55  1   BY MR. LAU:
10:55  2      Q.    So the answer is yes to my
10:55  3   question?
10:55  4      A.    Yes.
10:55  5      Q.    Thank you.  And two more quick
10:55  6   questions, then we'll talk about substance.
10:55  7          Does this document appear to be
10:55  8   accurate?
10:55  9      A.    Yes.
10:55 10      Q.    And does this document appear to be
10:55 11   complete?
10:55 12      A.    To the best of my knowledge.
10:55 13      Q.    Okay.  Thank you.
10:55 14          Do you see in the subject line
10:56 15   where there's a reference line to Walmart shop
10:56 16   report?
10:56 17      A.    Yes.
10:56 18      Q.    What is a Walmart shop report, if
10:56 19   you know?
10:56 20      A.    All retailers have various ways to
10:56 21   gather information; most common is shopping
10:56 22   reports.  And while some don't like to do it
10:56 23   and while some take exception when they're
10:56 24   shopped, the most common practice is you know
10:56 25   who's shopping; and you let them come in and do

81

10:56  1   whatever they're going to do because it can't
10:56  2   be that great a secret.  It's what's on your
10:56  3   floor.  And the people that your competitor
10:56  4   sends in to shop you, you let in.  And your
10:56  5   competitor lets your guy shop.  And everybody's
10:56  6   happy because everybody gets to take a look at
10:56  7   the cards.
10:57  8      Q.    Where would -- where would MARTA
10:57  9   receive the Walmart shop report from?  What
10:57 10   would be the source of that information?
10:57 11          MR. DEW:  Objection.  Again, he's
10:57 12   not here to testify on behalf of MARTA.
10:57 13          THE WITNESS:  This one could
10:57 14   probably be me.  When I was living in
10:57 15   Arizona, I was all my by myself; and I had
10:57 16   not much to do on weekends.  So I could go
10:57 17   in and just wander through and make little
10:57 18   notes, and then I could summarize for
10:57 19   everybody what's on the floor.
10:57 20          The most important piece of
10:57 21   information here is what models are they
10:57 22   selling.
10:57 23          Walmart works on short margin,
10:57 24   usually 20 percent.  Most dealers'
10:57 25   overhead is 24, 27 percent.  So if they

21 (Pages 78 to 81)

82

```
10:57  1      sold everything at 20, they would be kind
10:57  2      of in trouble.
10:57  3             The easiest thing to do is to find
10:57  4      out what Walmart has and then get
10:58  5      something that's under it or above it or
10:58  6      over on the side but somehow different.
10:58  7      Because if you're going to duke it out
10:58  8      with somebody the size of Walmart, the
10:58  9      chances are you're going to get crushed.
10:58 10  BY MR. LAU:
10:58 11      Q.    So you recall instances where
10:58 12  you -- what would be the term you would use if
10:58 13  you would go to a Walmart to check on their
10:58 14  prices?  What would be a fair term to use to
10:58 15  describe that practice?
10:58 16      A.    I call it a shopping report.
10:58 17      Q.    A shopping report.  So you recall
10:58 18  doing shopping reports at Walmart, correct?
10:58 19      A.    Yes.
10:58 20      Q.    How many times did you do shopping
10:58 21  reports at Walmart?
10:58 22      A.    Every time I went to Walmart, I'd
10:58 23  look around.  This extensive of a report, not
10:58 24  so frequently.  Maybe I just had more time on
10:58 25  my hands, and I'm not a hundred percent sure
```

83

```
10:58  1      that I'm the one who did this.  Maybe somebody
10:58  2      sent this in.
10:58  3             But to this day, when I go into a
10:59  4      Best Buy store or a Walmart store, I look
10:59  5      around.  I'm not buying a TV.  I've got plenty,
10:59  6      but I still want to see what the prices are,
10:59  7      what the features are, what's changing.  It's
10:59  8      just part of the market analysis.
10:59  9      Q.    During your time as executive
10:59 10  director at MARTA, do you recall doing shopping
10:59 11  reports at other retailers other than
10:59 12  Walmart?
10:59 13      A.    Yes.
10:59 14      Q.    Which retailers do you recall doing
10:59 15  shopping reports at?
10:59 16      A.    Circuit City, Best Buy, Lowe's,
10:59 17  Sears, Home Depot, CompUSA.
10:59 18      Q.    You would do shopping reports.
10:59 19  Would you write down what you would see?
11:00 20      A.    Yes.  I didn't have anything more
11:00 21  sophisticated.
11:00 22      Q.    And what what you do with that
11:00 23  information?
11:00 24      A.    It depends.  Sometimes -- the
11:00 25  majority of the information is of no value.
```

84

```
11:00  1      This is a fast-changing industry.  So what's
11:00  2      super secret today is common knowledge
11:00  3      tomorrow.  And what's a great deal today is
11:00  4      just like fish.  It's old and smelly and tired
11:00  5      and weak so...
11:00  6             But if there was something that was
11:00  7      more unusual, I would send that information out
11:00  8      to the membership.
11:00  9      Q.    Can you think of any other MARTA
11:00 10  employee other than yourself who did shopping
11:00 11  reports?
11:00 12      A.    I believe that Bill Bursley did
11:00 13  shopping reports as well.  I don't know if
11:00 14  anybody else on our side did it.  We didn't
11:01 15  need so much to do it ourselves.  Plus we were
11:01 16  in a remote area comparatively, Scottsdale.
11:01 17  You get a lot more cutting-edge information in
11:01 18  LA, Chicago, and New York.
11:01 19      Q.    Before we move on.  Who is Bill
11:01 20  Bursley again?
11:01 21      A.    Bill Bursley was our -- I can't
11:01 22  remember his title.  He was like the general
11:01 23  manager.  He was the No. 2 guy at MARTA.
11:01 24      Q.    So the shopping reports that you
11:01 25  and Mr. Bursley did were limited to this
```

85

```
11:01  1      Scottsdale, Arizona, area, correct?
11:01  2             MR. DEW:  Objection.  Misstates
11:01  3      prior testimony.
11:01  4             THE WITNESS:  No.  His were because
11:01  5      that's where he lived.
11:01  6  BY MR. LAU:
11:01  7      Q.    How about yours?
11:01  8      A.    When I was in New Jersey, it was
11:01  9  New Jersey.  But if I went to someplace on a
11:01 10  trip, it was very common to go take a look at
11:01 11  stores.  You always look at stores.
11:02 12      Q.    Would you be able to obtain
11:02 13  information about prices charged by these
11:02 14  retailers in other markets such as Chicago and
11:02 15  Los Angeles?
11:02 16      A.    If I was there and I had the time
11:02 17  and I, you know, I've got a few hours down
11:02 18  time.  Chicago I'd go to an app store.  If I
11:02 19  was in Los Angeles, I could go to an RC Willey
11:02 20  store.
11:02 21      Q.    What if you weren't traveling to
11:02 22  those cities, would the MARTA membership
11:02 23  provide information about the cities to the
11:02 24  extent they were located there?
11:02 25      A.    Yes.
```

**86**

11:02 1    Q.    And would that occur on a frequent
11:02 2    basis?
11:02 3              MR. DEW:  Objection.  Vague.
11:02 4              THE WITNESS:  In the case of Pat
11:02 5         Goff, it happened routinely.  We actually
11:02 6         paid for that information.
11:02 7    BY MR. LAU:
11:02 8    Q.    Other than Pat Goff?
11:02 9    A.    Yes.  I believe I mentioned
11:02 10   earlier, if something took place in the market,
11:03 11   I'd often hear about it first from retailers.
11:03 12   Do you know what they're doing?
11:03 13             I would send out encouraging notes.
11:03 14   You should support this particular model.
11:03 15   You know, we own it right.  We made a core model,
11:03 16   and you can make good money on it.  That worked
11:03 17   great until a competitor decided to sell it
11:03 18   cheap.  And nobody was shy about calling me up
11:03 19   and saying, well, you said we could make good
11:03 20   money on it.  We can't make good money on it
11:03 21   here.
11:03 22   Q.    Take a look at the document again,
11:03 23   please.  And look at -- well, in the first
11:03 24   paragraph, do you see there's a reference to
11:03 25   Black Friday ads.  Do you see that?

**87**

11:03 1    A.    Yes.
11:03 2    Q.    What does Black Friday mean in that
11:03 3    context?
11:03 4    A.    Black Friday is the day after
11:03 5    Thanksgiving.  It's considered a --one of the
11:04 6    largest retail days of the year in appliance
11:04 7    and electronics, especially electronics.
11:04 8              It's called Black Friday because
11:04 9    you can do so much business on that day, that
11:04 10   if you ran in the red all year long, maybe you
11:04 11   get back in the black because Black Friday did
11:04 12   a lot of revenue, made money.
11:04 13             Of late black Friday has become a
11:04 14   time that retailers, especially national
11:04 15   accounts, pick certain models to sell at or
11:04 16   below cost just to make a statement to the
11:04 17   public.
11:04 18   Q.    Take a look at the second
11:04 19   paragraph.  And let's look at some of the
11:04 20   sentences here.  Do you see the first sentence,
11:04 21   "MARTA's membership covers substantial retail
11:04 22   geography."  Do you see that sentence?
11:04 23   A.    Yes.
11:04 24   Q.    That's an accurate sentence,
11:04 25   correct?

**88**

11:04 1    A.    Yes.
11:04 2    Q.    Take a look at the second sentence,
11:05 3    quote, "The combined intelligence-gathering
11:05 4    capability of 400 store managers represents an
11:05 5    enormous amount of data," end quote?
11:05 6    A.    Right.
11:05 7    Q.    Is that an accurate sentence?
11:05 8    A.    Yes.
11:05 9    Q.    And the "400 store managers," that
11:05 10   refers to the store managers of MARTA's
11:05 11   membership, correct?
11:05 12   A.    Correct.
11:05 13   Q.    And when the sentence refers to
11:05 14   "intelligence-gathering," what is that in
11:05 15   reference to?
11:05 16   A.    Well, it's not just store managers.
11:05 17   It's owners, store managers, and salespeople as
11:05 18   well.  If you come into the store and you're
11:05 19   looking for something and I steer you to a
11:05 20   side-by-side refrigerator and tell you I'm
11:05 21   going to give you a special deal and you say,
11:05 22   you know what, that's not a bad deal; but I
11:05 23   just saw it for a 100 bucks less.  Where?
11:06 24   P.C. Richard.  Ah.  That's information I wish
11:06 25   to have if I can get it.

**89**

11:06 1              So here what I'm doing is I'm
11:06 2    enjoining the membership to not just take that
11:06 3    information on a local basis, but to share it
11:06 4    with us so we know what's going on.
11:06 5    Q.    Do you see the next sentence that
11:06 6    reads, quote, "Request all members forward
11:06 7    shopping reports, ads, and other particulars
11:06 8    regarding competitive activity to MARTA," end
11:06 9    quote.  Do you see that sentence?
11:06 10   A.    Yes.
11:06 11   Q.    Is that an accurate sentence?
11:06 12   A.    Yes.
11:06 13   Q.    Was this request for competitive
11:06 14   activity, was it an ongoing request on the
11:06 15   behalf of MARTA?
11:06 16   A.    Yes.
11:06 17   Q.    Okay.  When I say "ongoing," from
11:06 18   the early days of your time as executive
11:06 19   director until you left, ongoing in that sense?
11:07 20   A.    Yes.
11:07 21   Q.    Thank you.  Look at the third --
11:07 22   the final sentence, quote, "Not only will the
11:07 23   negotiation capability of the committees be
11:07 24   enhanced, we will be able to circulate to the
11:07 25   group advanced information regarding

**90**

11:07 1 advertising activity," end quote.  Do you see
11:07 2 that sentence?
11:07 3     A.   Yes.
11:07 4     Q.   Is that sentence accurate?
11:07 5     A.   Yes.
11:07 6     Q.   When that sentence makes reference
11:07 7 to "committees," what's that in reference to?
11:07 8     A.   I used the membership as a group to
11:07 9 negotiate with vendors on.  So if we met with
11:07 10 Frigidaire I would take, four, five, six of the
11:07 11 large Frigidaire dealers and we'd sit down
11:07 12 because those were the guys that knew what we
11:07 13 could sell.  Those were the guys whose business
11:07 14 represented a significant percentage of our
11:07 15 total business.
11:07 16     So if we had to give a volume
11:07 17 commitment, if they were on board and
11:07 18 represented half of it, I was pretty sure we
11:07 19 could make the number.  They were the guys that
11:08 20 kept me straight.
11:08 21     On the rare occasions where I would
11:08 22 stick my nose into stuff, I would often become
11:08 23 rudely awakened: like the time I picked a
11:08 24 19-cubic foot refrigerator and made that a core
11:08 25 model because I noticed it wasn't appearing in

**91**

11:08 1 any of the reports from NPD or other shopping
11:08 2 sources that we had, and I figured it's one
11:08 3 foot bigger and we own it at right price; and
11:08 4 that worked until the first guy called and
11:08 5 said, why would you pick that one.  Oh, it's
11:08 6 not in the shopping report.  We can make money
11:08 7 based on what it's selling for.  We get a good
11:08 8 deal.  He said, it sticks out into the kitchen.
11:08 9 You've got to walk around it.  It's a really
11:08 10 stupid model.  I didn't know the product that
11:08 11 well.
11:08 12     The committees were the guys that
11:08 13 were actually the brain trust for MARTA, the
11:09 14 ones that knew the market, the competitors,
11:09 15 what our capability was, what the prices were.
11:09 16 They were an invaluable asset to us to get the
11:09 17 programs we have.
11:09 18     Q.   How many different committees did
11:09 19 MARTA have?
11:09 20     A.   A bunch, you know.  The ones that
11:09 21 we used most frequently were appliance and
11:09 22 electronics.  But I had a group that I had used
11:09 23 for audio.  I had a group that I used for
11:09 24 computers.  I had a group that I used for
11:09 25 service.  We had at different times advertising

**92**

11:09 1 people.
11:09 2     A lot of the competitive activity
11:09 3 -- you know, I talked to you about pricing.
11:09 4 But competitive activity also involves things
11:09 5 like what's being promoted and how it's being
11:09 6 promoted, bundling.  So if you see something
11:10 7 where if you by this, you get this, that might
11:10 8 be a really good idea; and we could pick up on
11:10 9 somebody else's good idea and adopt it for our
11:10 10 own purposes.
11:10 11     Using contests, pots and pans.  I
11:10 12 used committees to come up with ideas like
11:10 13 that.  So I used committees all the time.  I
11:10 14 believed in the strength of the group and their
11:10 15 basic good retail capability.
11:10 16     Q.   Have you ever heard of the phrase
11:10 17 price points?
11:10 18     A.   Yes.
11:10 19     Q.   What does that term mean to you?
11:10 20     A.   Generally, it refers to what the
11:10 21 retail price of a particular product and why
11:10 22 it's selected.  Most retailers will use a price
11:10 23 of 499.  They won't use a price of 502 because
11:10 24 499 sounds like it's less than 500, and 502 is
11:11 25 more than 500.  Some price points are very

**93**

11:11 1 important, 399, 499, 599, 799.  699 is not an
11:11 2 important price point.  To most consumers'
11:11 3 minds 699 is like 799.  It's the same price.
11:11 4     So there are week price points,
11:11 5 899, 699.  429 is a weak price point.  Then
11:11 6 there are very strong natural price points.
11:11 7     Q.   If you think in your mind of one of
11:11 8 the stronger price points, are those price
11:11 9 points sticky in the sense of if there's a
11:11 10 small increase in the cost, you might want to
11:11 11 still preserve that price point given its
11:11 12 importance?
11:11 13     MR. DEW:  Objection.  Confusing.
11:11 14 BY MR. LAU:
11:11 15     Q.   Do you understand my question,
11:11 16 Mr. Mann?
11:11 17     A.   I do, and the answer's yes.  It's a
11:11 18 -- that -- that was -- that was a major
11:11 19 concern.
11:11 20     Part of the reason that we
11:11 21 considered ourselves more than just a buying
11:11 22 group, we were buying and merchandising is
11:12 23 because of our capability to do the billing.
11:12 24 We would sometimes absorb the price because if
11:12 25 the dealer needs to make at least 30 points,

**94**

11:12 1    then you've got to sell it to him at 280 to go
11:12 2    399.99.  You don't want it to be 409.  And if
11:12 3    the manufacturer has a $5 price increase,
11:12 4    you're either going to shorten their margin or
11:12 5    you're going to lose the price point.
11:12 6          But we had a third option.  And the
11:12 7    third option was you know what, we'll raise the
11:12 8    price a dollar on six other items, but we'll
11:12 9    hold this critical price point because it's an
11:12 10   important part of our business.
11:12 11   Q.    You're making reference to the
11:12 12   so-called core models; is that correct?
11:12 13   A.    Yes.
11:12 14   Q.    Okay.  When you talked about
11:12 15   absorbing the cost, would that be something
11:12 16   that MARTA would do or MARTA's members would
11:12 17   do?
11:12 18   A.    I don't think there was anything
11:12 19   that MARTA did that MARTA's members didn't do.
11:12 20   MARTA was still a cooperative.  We were a
11:12 21   not-for-profit organization owned by the
11:13 22   members.  Any money that I spent, I spent on
11:13 23   behalf of all the members.
11:13 24         By the way, a good reason to have a
11:13 25   committee because at least I could say, the

**95**

11:13 1    committee thought it was a good idea.  It
11:13 2    wasn't just me.
11:13 3    Q.    I just want to understand, do you
11:13 4    have an understanding for this idea about who's
11:13 5    absorbing the cost?
11:13 6          Let's say that there was a product
11:13 7    out there that the members are selling for at
11:13 8    $4.99.  You said that was one of the stronger
11:13 9    price points?
11:13 10         MR. DEW:  Objection.  Misstates
11:13 11         prior testimony.
11:13 12         THE WITNESS:  $499.
11:13 13   BY MR. LAU:
11:13 14   Q.    Oh, 499?
11:13 15   A.    Yes.
11:13 16   Q.    I'm sorry.  I misheard you.  So
11:13 17   $499, and that would be what the member would
11:14 18   charge as the retail price.  Let's say in our
11:14 19   example, the price that the vendor would charge
11:14 20   in our initial example $400, okay?
11:14 21   A.    Well, let's use an example of 350.
11:14 22   That's much more likely.
11:14 23   Q.    That's much more likely.  Okay.
11:14 24   That's -- I'm going to use a realistic example.
11:14 25   So vendor charges 350, at retail 499.  Then

**96**

11:14 1    let's change our -- let's change our example a
11:14 2    little bit.
11:14 3          Vendor now says 355.  In your
11:14 4    experience as executive director of MARTA, what
11:14 5    would happen to that 499 price point?
11:15 6          MR. DEW:  Objection.  Confusing
11:15 7    question.
11:15 8          MS. KERN:  Calls for speculation.
11:15 9    This is Sylvie Kern.
11:15 10   BY MR. LAU:
11:15 11   Q.    Again, I don't want you to
11:15 12   speculate.  Based on your experience -- you
11:15 13   were executive director at MARTA for a number
11:15 14   of years.  You have an understanding of price
11:15 15   points.
11:15 16         In your experience when you saw a
11:15 17   situation where in our example the $350 price
11:15 18   charged by the vendor was now 355, what would
11:15 19   be the impact on that 499 retail price charged
11:15 20   by the member --
11:15 21         MS. KERN:  Same objection.
11:15 22   Q.    -- in your experience?
11:15 23   A.    It depends.  You know, that's a
11:15 24   slippage; but it's still over 25 points.  So up
11:15 25   until 375, probably it would hold the price

**97**

11:15 1    point 499.  So if it goes 350 to 355, if it's a
11:15 2    tonnage model, there would be moaning and
11:16 3    groaning; but it wouldn't be a disaster.  If it
11:16 4    went 350 to 400, probably it would be dropped.
11:16 5    It is not profitable then.
11:16 6    Q.    Okay.
11:16 7    A.    If it's 355 and we sell it at 499,
11:16 8    we're still making 29 points, approximately, a
11:16 9    little less, 28 and a half points.  Generally,
11:16 10   that was considered to be acceptable especially
11:16 11   based on the fact that it's already in stock:
11:16 12   it's a programmed; it's running; the floor
11:16 13   salespeople were familiar with it.
11:16 14         That kind of price increase -- and
11:16 15   most manufacturers knew that.  They could slip
11:16 16   in something like that because you're talking
11:16 17   about one-and-a-half-percent increase.
11:16 18   Q.    Okay.  And the same might hold true
11:16 19   if it went from 350 to 360, correct?
11:16 20   A.    Yeah.  There's a point where --
11:17 21         MS. KERN:  Same objection.  Calls
11:17 22   for speculation.
11:17 23         THE WITNESS:  Here's what's not
11:17 24   speculative.  It's a group.  Some people
11:17 25   would drop it.  Some people would go to

**98**

11:17 1 another model.  Some people would raise
11:17 2 their price, and some people would keep
11:17 3 it.
11:17 4     We didn't often have a hundred
11:17 5 percent uniformity in reaction to that
11:17 6 type of thing.
11:17 7 BY MR. LAU:
11:17 8     Q.    But for a small -- for a small
11:17 9 increase in price from the vendor in your
11:17 10 experience -- and we're using 350 to 355 as an
11:17 11 example -- what would be a typical response
11:17 12 from the membership given a 499 price point?
11:17 13     MR. DEW:  Objection.  Vague.
11:17 14     THE WITNESS:  You know, it's not
11:17 15 insignificant.  But I would say,
11:17 16 generally, a retailer would accept that if
11:18 17 it was something that represented 20 or 25
11:18 18 percent of their total business.  It's
11:18 19 just too hard to change.  There isn't
11:18 20 something else that's so very similar.
11:18 21 BY MR. LAU:
11:18 22     Q.    Let me make one final example, and
11:18 23 then we'll move on.  Let's keep our price point
11:18 24 retail price 499.  Let's keep our original
11:18 25 price charged by the vendor 350.  Let's just

**99**

11:18 1 increase -- let's say the vendor increases its
11:18 2 price by $1.  Now, the vendor charges 351.
11:18 3     In your experience as executive
11:18 4 director of MARTA, how would the membership
11:18 5 react to its 499 retail price for that $1 price
11:18 6 increase by the vendor?
11:18 7     MS. KERN:  Same objection.  Calls
11:18 8 for speculation.
11:18 9     THE WITNESS:  I don't think there
11:18 10 would be much change.  For a $1 price
11:18 11 increase, however, it's unlikely the
11:19 12 members would ever see it.  We -- we just
11:19 13 take a couple of models higher up in the
11:19 14 line which are relatively priced
11:19 15 insensitive.
11:19 16     Price points are important for
11:19 17 advertised items.  Price points are not
11:19 18 important for the selling floor.  If you
11:19 19 come in because you saw an ad at 499,
11:19 20 almost all the time on the selling floor,
11:19 21 they'll try to sell you a $599 or a $699
11:19 22 or something better, something with more
11:19 23 features, something with more capacity,
11:19 24 something with more capability, better
11:19 25 features, better benefits.  They'll try to

**100**

11:19 1 sell you up, because as you work up in the
11:19 2 line, it's more profitable.  That's true
11:19 3 for manufacturers as well as retailers.
11:19 4     So if it's 499 and its sole value
11:19 5 is to be thrown in the paper to bring
11:19 6 people into the store, $1 is incidental.
11:19 7 But it's also true that if their stepping
11:19 8 into a model that they're going to sell at
11:19 9 $630, which is a very odd price, but it's
11:20 10 easy to do on the floor because it's only
11:20 11 $130, and look at all your getting.  You
11:20 12 can make that one because you're not
11:20 13 bringing them in, because it's tucked
11:20 14 under $600.  You're bringing them in on
11:20 15 the 499 and selling them a better piece.
11:20 16     I can charge a dollar on that
11:20 17 piece, and I can keep the original price
11:20 18 the same.  It was not uncommon for MARTA
11:20 19 to pay more to the manufacturer for
11:20 20 product than we charge the members.
11:20 21 BY MR. LAU:
11:20 22     Q.    On a given product or overall?
11:20 23     A.    Not overall.  It doesn't work
11:20 24 overall.  It works on a given product.  So
11:20 25 something which is a foolish move -- I don't

**101**

11:20 1 know many manufacturers that would just risk a
11:20 2 whole bunch of irritation for a dollar.  But if
11:20 3 somebody were to do something like that, I
11:20 4 would protect the manufacturer.  I'd just eat
11:20 5 the dollar, and I would stick it in -- put 50
11:20 6 cents on this one and 50 cents on that one and
11:20 7 make it go away.
11:20 8     MR. LAU:  You know, we've been
11:20 9 going for a little while.  Why don't we
11:21 10 take a brief break?  And then we'll
11:21 11 regroup.  Sound good?
11:21 12     THE VIDEOGRAPHER:  The time is now
11:21 13 approximately 11:21 a.m.  We're going off
11:21 14 the record.  This is the end of Disc
11:21 15 No. 2.
11:21 16     (Whereupon, a short break was
11:31 17 taken.)
11:31 18     THE VIDEOGRAPHER:  The time now is
11:31 19 approximately 11:31 a.m.  we're back on
11:31 20 the record.  This is the beginning of Disc
11:31 21 No. 3.
11:31 22 BY MR. LAU:
11:31 23     Q.    Mr. Mann, do you have any
11:31 24 understanding as to the corporate structure of
11:31 25 MARTA while you were as executive director?

## 102

```
11:31  1          MR. DEW:  Objection.  Vague.
11:31  2          THE WITNESS:  Yes.
11:31  3     BY MR. LAU:
11:31  4       Q.   Who owned MARTA while you were
11:31  5     executive director?
11:31  6          MR. DEW:  Objection.  Calls for a
11:31  7     legal conclusion.
11:31  8          THE WITNESS:  It was owned by the
11:31  9     membership.  It was a cooperative.
11:31 10     BY MR. LAU:
11:31 11       Q.   Okay.  You mentioned earlier that
11:31 12     the -- when you began your tenure as executive
11:31 13     director, there were perhaps 120 members; is
11:32 14     that correct?
11:32 15       A.   Yes.
11:32 16       Q.   And so that was in June of 1999,
11:32 17     thereabouts, correct?
11:32 18       A.   Correct.
11:32 19       Q.   And that when you left MARTA in
11:32 20     early 2006, that that number had dropped?
11:32 21       A.   Yes.
11:32 22       Q.   What was the membership number --
11:32 23     membership figure as of the time you left
11:32 24     MARTA?
11:32 25       A.   I'm not sure.  It was around a
```

## 103

```
11:32  1     hundred.  It could have been less.
11:32  2       Q.   Around a hundred, okay.
11:32  3          And during -- during that time
11:32  4     period, were there new members that joined?
11:32  5       A.   Yes.
11:32  6       Q.   And I assume that because if the
11:32  7     overall number's less, obviously there were
11:32  8     members who left during that time?
11:32  9       A.   We had more leave than came in.
11:32 10       Q.   Okay.  So it's your understanding
11:32 11     that the -- that the members owned MARTA; is
11:33 12     that fair to say?
11:33 13       A.   Yes.
11:33 14       Q.   Okay.  I'm going to show you a new
11:33 15     document.
11:33 16          MR. LAU:  Just so everyone is
11:33 17     clear, this document was entered as
11:33 18     Exhibit 3247; but unfortunately, the copy
11:33 19     we got back from the court reporter is
11:33 20     very difficult to read.  So I'm going to
11:33 21     reenter this as a new exhibit.
11:33 22          And if I could get the court
11:33 23     reporter to mark this as 4731.  It's a
11:33 24     document that begins Bates No.
11:33 25     CRT-MARTA-0043895.  This was previously
```

## 104

```
11:33  1     entered as an exhibit, as Exhibit 3247.
11:33  2          (Whereupon, Exhibit No. 4731,
11:33  3     Common Stock Reconciliation, was marked
11:33  4     for identification.)
11:34  5     BY MR. LAU:
11:34  6       Q.   Please read this document --
11:34  7          COURT REPORTER:  Just a second.
11:34  8          MR. LAU:  Oh.
11:34  9          COURT REPORTER:  Okay.
11:34 10     BY MR. LAU:
11:34 11       Q.   Please read this document, and let
11:34 12     me know once you've had a chance to do so.
11:34 13       A.   (Witness complies.)
11:34 14          MR. DEW:  I just note this copy has
11:34 15     very small print that is hard to read.
11:34 16          MR. LAU:  It's as produced by
11:34 17     MARTA, so that's the best we can -- that's
11:34 18     the best we can do.
11:35 19          THE WITNESS:  Okay.
11:35 20     BY MR. LAU:
11:35 21       Q.   Mr. Mann, do you recognize this
11:35 22     document?
11:35 23       A.   I recognize the content.
11:35 24       Q.   And what about the content do you
11:35 25     recognize?
```

## 105

```
11:35  1       A.   It's a listing of dealers who were
11:35  2     part of MARTA.
11:35  3       Q.   Okay.  When you say "dealers that
11:35  4     were part of MARTA," is that in reference to
11:35  5     the active members on the first page?
11:36  6       A.   Well, on all three pages, I
11:36  7     recognize most of the names as dealers who
11:36  8     belonged to the group at one time or another.
11:36  9       Q.   Okay.  Does this appear to be an
11:36 10     accurate representation of MARTA's members as
11:36 11     of September 30, 2005?
11:36 12       A.   It appears to be.
11:36 13       Q.   Does the document appear to be
11:36 14     accurate?
11:36 15       A.   It appears to be accurate.
11:36 16       Q.   And does the document appear to be
11:36 17     complete?
11:36 18       A.   Yes.
11:36 19       Q.   Why would members leave MARTA from
11:37 20     time to time?
11:37 21          MR. DEW:  Objection.  Calls for
11:37 22     speculation.
11:37 23     BY MR. LAU:
11:37 24       Q.   Don't guess.  Just in your
11:37 25     experience as executive director of MARTA.
```

## 106

11:37 1    A.    Well, three reasons.  They go out
11:37 2  of business.  Some of these people just
11:37 3  shutter, their operation.  They leave to go to
11:37 4  another group.  And on occasion they may find
11:37 5  that their business has changed, and they're
11:37 6  not really getting anything out of MARTA; and
11:37 7  they don't wish to pay their dues anymore.
11:37 8    Q.    And what were the dues to be a
11:37 9  member of MARTA?
11:37 10    A.    You know, I don't remember.  I'm
11:37 11  going to say it was around $6,000.  I'm close.
11:37 12    Q.    Are --
11:37 13    A.    They change from time to time.
11:37 14    Q.    Are those annual dues?
11:37 15    A.    Yes.
11:38 16    Q.    Okay.  Now, MARTA, to your
11:38 17  understanding, was organized as a
11:38 18  not-for-profit, correct?
11:38 19    A.    Correct.
11:38 20    Q.    And to your understanding, it was
11:38 21  not the role of MARTA to generate a profit,
11:38 22  correct?
11:38 23    A.    Correct.
11:38 24    Q.    Can you ever think of an instance
11:38 25  where a distribution was made -- do you know

## 107

11:38 1  what a distribution is?
11:38 2    A.    Yes.
11:38 3    Q.    Can you -- what's your
11:38 4  understanding of the word distribution?
11:38 5    A.    If at the end of the fiscal year we
11:38 6  had additional revenue and whatever our
11:38 7  immediate needs were, they were exceeded by the
11:38 8  revenue, then we could take that revenue and we
11:39 9  would split it out and distribute to the
11:39 10  members.
11:39 11    Q.    Can you think of an instance where
11:39 12  a distribution was, in fact, made?
11:39 13    A.    I'm -- I'm real sure we did that.
11:39 14  I can't remember the years.
11:39 15    Q.    Okay.  Can you think of years when
11:39 16  no distribution was made?
11:39 17    A.    I think there were years that we
11:39 18  didn't make a distribution.
11:39 19    Q.    Okay.  Now, I take it MARTA had
11:39 20  operating expenses, correct?
11:39 21    A.    We did.
11:39 22    Q.    What were some of those operating
11:39 23  expenses?
11:39 24    A.    Salaries, rent.
11:39 25    Q.    Okay.

## 108

11:39 1    A.    Travel expense.
11:39 2    Q.    How did MARTA obtain revenue to pay
11:39 3  for these operating expenses?
11:39 4    A.    We had the membership dues which
11:39 5  covered some of the expenses.  And we took a
11:40 6  percentage out of our billing, which was
11:40 7  something like .23 percent.  And we also had
11:40 8  income from the trade shows that we ran.
11:40 9    Q.    But that second source, when you
11:40 10  took a percentage of the billing, is that in
11:40 11  reference to the so-called administrative fee?
11:40 12  Does that term sound familiar?
11:40 13          MR. DEW:  Objection.  I'm not sure
11:40 14  we know what administrative fee means yet.
11:40 15  BY MR. LAU:
11:40 16    Q.    Mr. Mann, have you ever heard of
11:40 17  the term administrative fee before?
11:40 18    A.    I think so.
11:40 19    Q.    Okay.
11:40 20    A.    That may be what that quarter
11:41 21  percent was called.
11:41 22    Q.    Okay.  Let me show you another
11:41 23  document.  This is a document that's been
11:41 24  previously marked as Exhibit 3248.  It's
11:41 25  entitled "MARTA overview."  The Bates number is

## 109

11:41 1  CRT-MARTA-0043911.
11:41 2          MR. DEW:  Again, this is a pretty
11:42 3  sizeable document.  Take all the time you
11:42 4  need to review it.
11:42 5          THE WITNESS:  I wrote it.  (Witness
11:44 6  complies.)  Okay.
11:44 7  BY MR. LAU:
11:44 8    Q.    Mr. Mann, do you recognize this
11:44 9  document?
11:44 10    A.    Yes.
11:44 11    Q.    And what is this document?
11:44 12    A.    This is something that I used to
11:44 13  send to prospective dealers.
11:44 14    Q.    And I think you mentioned as you
11:44 15  were reviewing this document, that you actually
11:44 16  drafted this document.  Did I hear you
11:44 17  correctly?
11:44 18    A.    Yes.
11:44 19    Q.    Okay.  And I take it when you
11:44 20  drafted this document.  You did so in the
11:44 21  normal course of your role as executive
11:44 22  director for MARTA, correct?
11:44 23    A.    Yes.
11:44 24    Q.    Okay.  You've reviewed the
11:44 25  document, correct?

**110**

11:44  1    A.    (Witness nodding.)
11:44  2    Q.    Does it appear to be accurate?
11:44  3    A.    Yes.
11:44  4    Q.    And does it appear to be complete?
11:45  5    A.    Yes.
11:45  6    Q.    Why did you make this document?
11:45  7    A.    This is designed to encourage
11:45  8  people to leave whatever group they're with or
11:45  9  if they're not with any group, to come to us.
11:45 10    Q.    Do you recall approximately when
11:45 11  you drafted this document?
11:45 12    A.    End of 2004, beginning of 2005.
11:45 13  Based on the growth rates that it shows, it's
11:45 14  talking about growth in 2004: so this would
11:45 15  have been to be 2005.  However, documents like
11:45 16  this go back to the beginning of my time with
11:45 17  the group.
11:45 18    Q.    I know you quickly reviewed this
11:45 19  document; but based on your recollection, do
11:45 20  the principles discussed in this document, do
11:45 21  they apply to your entire tenure as executive
11:45 22  director of MARTA?
11:45 23    A.    They do.
11:45 24    Q.    Okay.  Can you take a look at
11:45 25  page 3, please?

**111**

11:45  1    A.    (Witness complies.)
11:46  2    Q.    Do you see where it says, MARTA
11:46  3  fundamentals, the last sentence?  It reads as
11:46  4  follows, quote, "Different from most such
11:46  5  associations, the cooperative exists solely to
11:46  6  promote profitability and capability of its
11:46  7  owners, the retail stores themselves, end
11:46  8  quote."  Do you see that sentence?
11:46  9    A.    Yes.
11:46 10    Q.    Well, first, was that an accurate
11:46 11  statement of MARTA?
11:46 12    A.    Yes.
11:46 13    Q.    Okay.  And what were you trying to
11:46 14  express with that sentence?  What does that
11:46 15  sentence mean?
11:46 16        MR. DEW:  Again, vague.  Objection
11:46 17  vague.
11:46 18  BY MR. LAU:
11:46 19    Q.    Do you understand my question,
11:46 20  Mr. Mann?
11:46 21    A.    Yes.  Of the different groups that
11:46 22  a retailer could belong to, there was only one,
11:46 23  NATM, which was pretty much a closed shop, that
11:46 24  shared it's financial information with the
11:46 25  members.  The other groups had revenue sources

**112**

11:47  1  and expenses, but that information was
11:47  2  privileged only to the senior management.  Our
11:47  3  books were open to everybody in the group.
11:47  4    Q.    Take a look at page 16, please.  Do
11:47  5  you see that page?
11:47  6    A.    Yes.
11:47  7    Q.    This is a page entitled, "Buying
11:47  8  Group Size."  And it's a comparison of retail
11:47  9  sales for MARTA, NATM, AVB, and Nationwide.  Do
11:47 10  you see that?
11:47 11    A.    Yes.
11:47 12    Q.    And we had a discussion earlier
11:47 13  this morning about these buying groups.  And If
11:47 14  I understood your testimony earlier, you viewed
11:48 15  these other buying groups as some of MARTA's
11:48 16  competitors, correct?
11:48 17    A.    In the sense that they were trying
11:48 18  to take our members to join their groups, yes.
11:48 19    Q.    Fair enough.
11:48 20        Now, there's information here on
11:48 21  page 16 concerning the retail sales for these
11:48 22  other buying groups.  Do you see that?
11:48 23    A.    Yes.
11:48 24    Q.    Where did you obtain this
11:48 25  information?

**113**

11:48  1    A.    Trade publication.
11:48  2    Q.    Okay.  Can you give me an example,
11:48  3  just any one trade publication?
11:48  4    A.    Twice magazine.
11:48  5    Q.    Say that again.  I didn't
11:48  6  understand.
11:48  7    A.    Twice, T-W-I-C-E, magazine is a
11:48  8  publication for the industry.
11:48  9    Q.    And if you look on pages 17 and 18,
11:48 10  there's also information about the number of
11:48 11  members in each of these buying groups and the
11:49 12  average member size.  Do you see that?
11:49 13    A.    Yes.
11:49 14    Q.    And where was this information
11:49 15  obtained?
11:49 16    A.    The same way.  It was generally
11:49 17  common knowledge.
11:49 18    Q.    Okay.  Look to page 19, please,
11:49 19  entitled, "MARTA's Strengths."  And the
11:49 20  subtitle reads, quote, "Brand and product
11:49 21  decisions made by member merchants," end quote.
11:49 22  Do you see that?
11:49 23    A.    Yes.
11:49 24    Q.    Now, by this, you were trying to
11:49 25  express the concept that it was the members who

**114**

11:49 1    decided what products to buy through MARTA?
11:49 2         MR. DEW:  Objection --
11:49 3    Q.    -- correct?
11:49 4         MR. DEW:  -- to form.  I'm sorry.
11:49 5    I didn't mean to cut you off.  Objection
11:49 6    to form.
11:49 7         THE WITNESS:  In a sense.  Decision
11:49 8    oftentimes was one that somebody had to
11:49 9    make, and I was the executive director.
11:49 10   But it was guided by the members.
11:50 11   BY MR. LAU:
11:50 12   Q.    Well, let's take a step back.  I
11:50 13   understand what you're saying.
11:50 14        So as -- as executive director, you
11:50 15   would negotiate with vendors, correct?
11:50 16   A.    Yes.
11:50 17   Q.    And part of those negotiations were
11:50 18   concerning specific products that the vendors
11:50 19   would sell, correct?
11:50 20   A.    Yes.
11:50 21   Q.    And part of those negotiations
11:50 22   would concern the price at what those vendors
11:50 23   would sell those specific products for a given
11:50 24   period of time, correct?
11:50 25   A.    Yes.

**115**

11:50 1    Q.    Have you heard of the word
11:50 2    "program" before used in relation to MARTA?
11:50 3    A.    Yes.
11:50 4    Q.    What's a program?
11:50 5    A.    It's a chain of discounts which
11:50 6    lowers the price beyond the invoice price.
11:50 7    Q.    Okay.  How long would these
11:50 8    programs last?
11:50 9    A.    Some were short duration; others
11:50 10   would last all year.
11:51 11   Q.    Okay.  When a member decided to
11:51 12   make a purchase through MARTA, would it be
11:51 13   through these so-called programs?
11:51 14   A.    Through?
11:51 15   Q.    Yes.
11:51 16   A.    No, that's not the --
11:51 17   Q.    Okay.  How would a member make a
11:51 18   purchase through MARTA?  What is your
11:51 19   understanding of that?
11:51 20   A.    You place the order with the
11:51 21   manufacturer.
11:51 22   Q.    Okay.  Could a member purchase any
11:51 23   product produced by a vendor or just those
11:51 24   you had negotiated a price for?
11:51 25   A.    Any product they wished.

**116**

11:51 1    Q.    What about if the member chose to
11:51 2    use central billing, would that change the
11:51 3    equation?
11:51 4         MR. DEW:  Objection.  Confusing.
11:51 5         THE WITNESS:  I don't know of many
11:51 6    instances, maybe a handful, that people
11:51 7    would not buy through central billing
11:51 8    because our prices were better than they
11:51 9    could get on their own.
11:52 10   BY MR. LAU:
11:52 11   Q.    Okay.  When you -- take a step
11:52 12   back.  When you negotiated with the vendors on
11:52 13   prices, would it be for a discrete category of
11:52 14   products or would it be for every conceivable
11:52 15   product sold by the vendor?
11:52 16   A.    What?  I'm sorry.  Your beginning
11:52 17   was when I negotiated --
11:52 18   Q.    With the vendors.
11:52 19   A.    Right.
11:52 20   Q.    Would you negotiate prices for a
11:52 21   discrete set of products or would you negotiate
11:52 22   prices for every single product sold by that
11:52 23   vendor?
11:52 24   A.    Both.  There were some elements of
11:52 25   the program which applied to everything that

**117**

11:52 1    the vendor sold.  Oftentimes these would
11:52 2    include programs like cash discount for prompt
11:52 3    payment, volume rebate for attaining certain
11:52 4    level either in units or in dollars.  There
11:52 5    were category discounts to promote the growth
11:53 6    of certain products.
11:53 7         So at the same time, we were much
11:53 8    more concerned with the key models than just
11:53 9    driving all prices to be the same because we
11:53 10   didn't have any intention to buy everything
11:53 11   they made.  We just wanted to buy certain
11:53 12   things.
11:53 13        So there were certain models that
11:53 14   we worked very hard to get the right price
11:53 15   oftentimes to make the price point or to make
11:53 16   it competitive with something else that was
11:53 17   being offered.
11:53 18   Q.    Now, if a member -- if a dealer was
11:53 19   a member of MARTA, did that obligate the member
11:53 20   to make all of its purchases through MARTA?
11:53 21   A.    It did not.  And none of them did.
11:53 22   Q.    Okay.  So the decision whether to
11:53 23   purchase a product through MARTA or elsewhere,
11:53 24   that was the member's decision, correct?
11:54 25   A.    To some extent.  It was also our

## 118

```
11:54  1   decision.
11:54  2       Q.    Why do you say that?
11:54  3       A.    Billing involves some overhead,
11:54  4   some administrative costs, and some risk.  If
11:54  5   the vendor was going to charge the same price
11:54  6   whether we did the billing or not, why would we
11:54  7   do the billing?  Then they can just buy it on
11:54  8   their own.
11:54  9           The reason that we got favorable
11:54 10   pricing and programs was because the
11:54 11   manufacturer had one place to send the bill to.
11:54 12   They knew they'd get paid even if the dealer
11:54 13   went out of business, and they knew that it was
11:54 14   a tacit endorsement from the group for that
11:54 15   brand.  So we could usually extract some
11:54 16   benefit.
11:54 17           But many companies didn't bill, and
11:54 18   some that once did stopped, especially in the
11:54 19   early days because things were kind of a mess
11:55 20   in the early days.
11:55 21       Q.    Take a look at page 20 of the
11:55 22   document, please.  "MARTA's strengths" and in
11:55 23   the subtitle, "rapid dissemination of program
11:55 24   data to members."  Do you see that?
11:55 25       A.    Yes.
```

## 119

```
11:55  1       Q.    Okay.  Do you see the third bullet
11:55  2   point stating, quote, "Shopping reports for
11:55  3   Best Buy, Circuit City, Lowe's, Sears, and Home
11:55  4   Depot go to the membership biweekly along with
11:55  5   periodic competitive ad data or scans," end
11:55  6   quote.  Do you see that?
11:55  7       A.    Yes.
11:55  8       Q.    That's an accurate sentence,
11:55  9   correct?
11:55 10       A.    At the time it was.
11:55 11       Q.    Okay.  Did that change either
11:55 12   before or after this report was generated?
11:55 13       A.    Well, before we had Pat Goff's
11:55 14   shopper sending in those nice little reports,
11:55 15   we didn't have something biweekly.  For the
11:56 16   period of time that I was able to get those
11:56 17   reports, I sent them out; and then when she
11:56 18   quit or retired or Pat lost interest or closed
11:56 19   the store or whatever happened, then we didn't
11:56 20   do it anymore.  The periodic information was
11:56 21   just that, periodic and came catch as catch
11:56 22   can.
11:56 23       Q.    Have you ever seen MARTA's bylaws?
11:56 24       A.    Yes.
11:57 25       Q.    Have you ever seen or heard MARTA
```

## 120

```
11:57  1   described as a nonexclusive purchasing agent?
11:57  2       A.    I don't recall that term.
11:57  3       Q.    Let me show you another document.
11:57  4   I'm going to show you a document that's been
11:57  5   previously marked as Exhibit 3243.  The first
11:57  6   few pages of the document are entitled, "MARTA
11:57  7   Cooperative of America, Inc. Cooperative Plan";
11:57  8   and the same document also includes the bylaws
11:57  9   of MARTA Cooperative.
11:57 10           Please take a look at this
11:57 11   document.  We're just going to focus, Mr. Mann,
11:58 12   on the first page.
11:58 13       A.    Good.
11:58 14           MR. DEW:  Again, I would point out
11:58 15   this quite large; and to the extent you
11:58 16   feel you need to look at the document in
11:58 17   order to testify about it, please take the
11:58 18   time to do so.
11:58 19           THE WITNESS:  Well, anyway, if I
11:58 20   need to take a look at more, what on the
11:58 21   first page are you curious about?
11:58 22   BY MR. LAU:
11:58 23       Q.    Paragraph A entitled, "Company as
11:58 24   Purchasing Agent," that's the paragraph I want
11:58 25   to focus on; so if you could focus your
```

## 121

```
11:58  1   attention on that paragraph, please.
11:58  2       A.    (Witness complies.)  Okay.
11:58  3       Q.    Mr. Mann, does reading this
11:58  4   paragraph refresh your recollection that MARTA
11:58  5   was a nonexclusive purchasing agent?
11:59  6       A.    I infer from this it means that
11:59  7   you're not forced to buy that manufacturer's
11:59  8   product from us; but it goes on to say if you
11:59  9   do buy it and if you place an order for it,
11:59 10   you're bound to bring it in.
11:59 11       Q.    Do you have any -- so that goes to
11:59 12   the nonexclusive part of that.  Do you have any
11:59 13   understanding as to what the purchasing agent
11:59 14   part of that sentence refers to just based on
11:59 15   your own understanding as executive director of
11:59 16   MARTA?
11:59 17       A.    Well, in my view, it's not exactly
11:59 18   accurate.  I viewed what MARTA did to be much
11:59 19   more akin to what a floor plan company does.
11:59 20       Q.    How so?
11:59 21       A.    We were a financial organization,
12:00 22   and our main job was to use our cooperative
12:00 23   administrative purchasing power to get better
12:00 24   deals for the dealer; but we didn't receive the
12:00 25   merchandise.  We didn't have a store.
```

**122**

12:00  1    And except for a brief period, we
12:00  2  didn't even have a warehouse.  Our job was to
12:00  3  help the members get better pricing, net
12:00  4  pricing, programs, sometimes other advantages
12:00  5  like availability, because we operated as an
12:00  6  entity.
12:00  7    At one time MARTA was the second
12:00  8  largest Toshiba dealer in the country, best by
12:00  9  being the largest; but that was only made
12:00 10  possible because of the way we had to do the
12:01 11  billing.  Had the members purchased on their
12:01 12  own, they would have been all splintered out;
12:01 13  and I don't think the largest MARTA member
12:01 14  would have been in the top 50 Toshiba.
12:01 15    Q.    You said that except for a brief
12:01 16  period MARTA had no warehouses.  During what
12:01 17  period did MARTA have a warehouse?
12:01 18    A.    I don't know when it started; but
12:01 19  when I was brought in, they had a warehouse in
12:01 20  Chicago.
12:01 21    Q.    And what was the purpose of that
12:01 22  Chicago warehouse?
12:01 23    A.    I speak now only from my
12:01 24  understanding of what was explained to me.  So,
12:01 25  you know, I didn't make the decision.  But it's

**123**

12:01  1  often thought that if you have a place to
12:01  2  source stuff, you can make a great buy and
12:01  3  bring it even if you don't have somebody
12:01  4  willing to take it.
12:01  5    If I can move 2000 of these
12:01  6  tomorrow, well, it will take my a while to get
12:01  7  orders.  I don't have a while.  Buy them now or
12:02  8  I'll sell them someplace else.  Oh, bring them
12:02  9  in the warehouse.  We'll sell them.  The
12:02 10  trouble is it's too volatile a business, and it
12:02 11  would be a good buy at the time.  Then you find
12:02 12  out that the reason it was a good buy was there
12:02 13  was something better in the wings, and now
12:02 14  you're stuck with the product.
12:02 15    And when I came to the company,
12:02 16  there was inventory that had been lingering in
12:02 17  that warehouse for a while.  So we liquidated
12:02 18  it and shut down and eliminated the overhead.
12:02 19    Q.    When was the warehouse shut down?
12:02 20    A.    I'm going to guess within a year of
12:02 21  my arrival, so maybe the middle of 2000.
12:02 22    MR. LAU:  Mr. Mann, thank you for
12:02 23  your time today.  I have no further
12:02 24  questions.
12:02 25    I believe we have one defense

**124**

12:02  1  counsel on the phone who has some very
12:02  2  brief questions for you.
12:02  3    (Discussion held off the record.)
12:03  4    MS. KERN:  So this Sylvie Kern.  I
12:03  5  may have a couple of questions, but can we
12:04  6  just take a quick break?
12:04  7    MR. LAU:  Sure, that's fine.  Why
12:04  8  don't we take a five-minute break.  Then
12:04  9  we can wrap this up.
12:04 10    THE VIDEOGRAPHER:  The time is
12:04 11  12:04 p.m.  We're going off the record.
12:04 12    (Whereupon, a short break was
12:04 13  taken.)
12:11 14    THE VIDEOGRAPHER:  The time now is
12:11 15  12:11 p.m., and we're back on the record.
12:11 16    MS. KERN:  I have no further
12:11 17  questions.
12:11 18    MR. DEW:  Who was that speaking
12:11 19  please?
12:11 20    MS. KERN:  This is Sylvie Kern.
12:11 21    MR. DEW:  Thank you.
12:11 22    MR. LAU:  Any questions from anyone
12:11 23  else?
12:11 24    MS. STOCK:  This is Sarah Stock
12:11 25  representing the Hitachi defendants for

**125**

12:11  1  Kirkland & Ellis; and, Mr. Mann, I have
12:11  2  only a few questions for you about a
12:11  3  document that we will mark as exhibit --
12:11  4  what is the next exhibit in line?
12:11  5    MR. LAU:  4732.
12:11  6    (Whereupon, Exhibit No. 4732,
12:11  7  E-mail, was marked for identification.)
12:12  8    MS. STOCK:  For the record, Exhibit
12:12  9  4732 bears the Bates No.
12:12 10  CRT-MARTA-0041853.
12:12 11
12:12 12  EXAMINATION BY
12:12 13  MS. STOCK:
12:12 14    Q.    Mr. Mann, please take your time to
12:12 15  review this document; but I'm only going to ask
12:12 16  you about the page ending in Bates No. 41901.
12:13 17  And please let me know when you're on that
12:13 18  page.
12:13 19    A.    The page that you're referencing,
12:13 20  is that the bulletin number?  Oh, I see.  Never
12:13 21  mind.  41971.  Okay.  I'm working my way back
12:13 22  to it.
12:13 23    Q.    Sorry.  It's 41901 is the last
12:13 24  three numbers.
12:13 25    MR. LAU:  Sarah, is this the

**126**

```
12:13  1      document that reads in the subject line,
12:13  2   "MARTA Bulletin E247JVC twin offer," at
12:13  3   the top?  I think he's having a hard time
12:14  4   finding the number.
12:14  5      MS. STOCK:  Yes.
12:14  6      THE WITNESS:  No.  I've got it.
12:14  7      MR. LAU:  Oh, okay.
12:14  8      THE WITNESS:  I'm just reading
12:14  9   through it.  Okay.
12:14 10   BY MS. STOCK:
12:14 11      Q.   Do you recognize this as an e-mail
12:14 12   you sent to marta@martacoop.com on October 9,
12:15 13   2000?
12:15 14      A.   It appears to be the type of thing
12:15 15   I would have sent out.
12:15 16      Q.   That e-mail has a subject line,
12:15 17   MARTA Bulletin E247JYT [sic] twin offer,
12:15 18   correct?
12:15 19      A.   JVC twin offer.
12:15 20      Q.   Yes.  Correct?  Was this e-mail
12:15 21   sent in the ordinary course of business?
12:15 22      A.   Yes.
12:15 23      Q.   And then I want to direct your
12:15 24   attention to the last full paragraph in the
12:15 25   e-mail.  It's the second to the last e-mail,
```

**127**

```
12:15  1   the last full paragraph.  Are you there?
12:15  2      A.   Yes.
12:15  3      MR. DEW:  Objection.  I'm not sure
12:15  4   we can tell exactly which paragraph you
12:15  5   mean.
12:15  6   BY MS. STOCK:
12:15  7      Q.   It begins with the word, "The
12:15  8   second model is the AV-27115.
12:16  9      A.   Yes.
12:16 10      Q.   And would you please read aloud the
12:16 11   second sentence in that paragraph which begins
12:16 12   with, "It can be."
12:16 13      A.   "The ultimate escape piece at 299
12:16 14   with a premium brand name," parentheses, "(ala
12:16 15   Hitachi or Sony)," end of parentheses, period.
12:16 16      Q.   In this sentence you describe both
12:16 17   Hitachi and Sony as premium brand names,
12:16 18   correct?
12:16 19      A.   Correct.
12:16 20      Q.   Did your description of Hitachi and
12:16 21   Sony as premium name accurately reflect your
12:16 22   view at the time of this e-mail --
12:16 23      A.   Yes.
12:16 24      Q.   -- that Hitachi and Sony were
12:16 25   premium brand names for television?
```

**128**

```
12:16  1      A.   Yes.
12:16  2      MS. STOCK:  Okay.  Thank you,
Mr. Mann.  I have no further questions.
12:16  4      THE WITNESS:  You're welcome.
12:17  5      MR. DEW:  I have no questions.
12:17  6      THE VIDEOGRAPHER:  Okay.  Thank you
12:17     this concludes the July 25, 2014,
12:17  8   videotaped deposition of Warren Mann.  The
12:17  9   time is approximately 12:17 p.m.  And we
12:17 10   are going off the record and finished for
12:17 11   the day.  There are three DVDs of this
12:17 12   deposition.
      13      (The witness is excused.)
      14      (Videotaped deposition of WARREN
      15   MANN concluded at 12:17 p.m.)
```

**129**

```
       1          C E R T I F I C A T E
       2
       3
       4      I, SUZANNE J. STOTZ, a Certified
       5   Court Reporter, and Notary Public in and for
       6   the State of New York, do hereby certify that
       7   the foregoing is a true and accurate transcript
       8   of the stenographic above-captioned matter.
       9
      10
      11   _____
      12      SUZANNE J. STOTZ, C.C.R.
      13      My Commission Expires October 17, 2017
      14
      15
      16   DATED:  JULY 28, 2014
      17
      18
      19   NOTE:  THE CERTIFICATE APPENDED TO THIS
      20   TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
      21   OF THE SAME BY ANY MEANS, UNLESS UNDER THE
      22   DIRECT CONTROL AND/OR DIRECTION OF THE
      23   CERTIFYING COURT REPORTER.
      24
      25
```

130

```
1              E R R A T A   S H E E T
2         I have read my testimony in the foregoing
3    transcript and believe it to be true and
4    correct to the best of my knowledge and belief
5    with the following changes:
6    PAGE    LINE     CHANGE
7    _____  _____  _____
8    _____  _____  _____
9    _____  _____  _____
10   _____  _____  _____
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17
18   _____  _____
19   WITNESS SIGNATURE           DATE
20
21   Sworn and subscribed to before me this
22   _____ day of _____ , 2014.
23
24   Notary Public of the
25   State of _____.
```

## A

**able** 17:12 72:22
  85:12 89:24
  119:16
**abovecaptioned**
  129:8
**absolutely** 35:10
  41:8
**absorb** 93:24
**absorbing** 94:15
  95:5
**accept** 98:16
**acceptable** 56:7
  97:10
**accepted** 32:12 48:6
  56:2
**access** 36:13
**accounting** 63:12
**accounts** 19:18
  48:13 56:14 87:15
**accurate** 59:7 60:17
  60:20 61:14 78:9
  78:11 80:8 87:24
  88:7 89:11 90:4
  105:10,14,15
  110:2 111:10
  119:8 121:18
  129:7
**accurately** 15:18
  75:1 127:21
**acronym** 11:23
**act** 30:8
**acted** 17:14
**action** 1:7 2:5 7:6
**active** 21:4 105:5
**activity** 72:11 89:8
  89:14 90:1 92:2,4
**actual** 29:6 54:12
**ad** 43:20 48:22
  75:20 99:19 119:5
**add** 20:23 77:10,14
**addition** 13:14
**additional** 18:24
  107:6
**administrative**
  108:11,14,17
  118:4 121:23

**adopt** 92:9
**ads** 76:14 86:25
  89:7
**advanced** 89:25
**advantage** 21:25
  28:4 33:14
**advantages** 18:24
  122:4
**advertise** 49:2
**advertised** 66:19
  99:17
**advertising** 47:16
  49:1,9 90:1 91:25
**advising** 75:19
**affiliated** 6:20
**affiliation** 16:3
**affiliations** 16:7
**afternoon** 10:18
  43:2
**agent** 120:1,24
  121:5,13
**ago** 67:24
**agree** 15:7 55:25
**agreement** 15:16,20
**ah** 88:24
**ahead** 61:3 67:10
**airfare** 39:2
**akin** 121:19
**al** 49:14 61:25 62:10
**ala** 127:14
**alau** 2:19
**albany** 2:8
**albie** 2:21 6:24 8:9
**albuquerque** 32:19
**align** 17:8
**alliance** 14:2,11
  18:4
**aloud** 127:10
**america** 7:17 120:7
**american** 12:25
  36:4
**americas** 1:18 6:6
**amount** 57:24 88:5
**analysis** 39:10 40:18
  41:10,15 51:5,9
  83:8
**ancient** 8:21

**angeles** 85:15,19
**annual** 65:18 106:14
**answer** 9:24 10:6
  36:3 59:2 61:3
  67:14 77:25 80:2
**answered** 54:22
**answering** 58:5
**answers** 10:8 93:17
**antitrust** 1:5 6:8
**anybody** 43:20
  46:14 55:17 56:20
  73:24 84:14
**anymore** 106:7
  119:20
**anyway** 19:23 52:3
  70:2 120:19
**apologize** 52:22
**app** 85:18
**appear** 18:17 59:6,9
  60:1 61:13,14,16
  61:21 78:5,8 80:7
  80:10 105:9,13,16
  110:2,4
**appearing** 90:25
**appears** 56:23 61:25
  75:24 105:12,15
  126:14
**appended** 129:19
**appliance** 30:6
  31:12 58:15 87:6
  91:21
**appliances** 38:18
  42:19,20 58:11
**applicable** 37:4
**applied** 116:25
**apply** 110:21 129:20
**appreciate** 62:20
**approximately** 6:3
  44:16 49:22 50:4
  69:14 71:3 72:10
  97:8 101:13,19
  110:10 128:9
**area** 84:16 85:1
**arent** 19:5
**arguments** 9:23
**arizona** 32:19 76:6
  81:15 85:1

**arrival** 123:21
**ascertain** 54:8,12
**asia** 7:18
**aside** 59:13 78:13
**asked** 54:21 66:4,6
  72:9
**asking** 41:17 55:25
  56:1 63:24 68:4
  73:16
**asset** 91:16
**assistant** 37:2
**associated** 39:23
**association** 12:1
  35:19 36:5,7 37:10
**associations** 37:6
  111:5
**assume** 103:6
**attach** 60:6
**attached** 5:19
**attaining** 117:3
**attend** 38:14,15
**attended** 36:24
  37:11
**attention** 77:4 121:1
  126:24
**attorney** 9:21 10:4,5
  15:24 50:12
**attorneys** 2:4,14 3:5
  3:15 4:5 6:18 9:22
  10:6 15:21
**audio** 91:23
**av27115** 127:8
**availability** 122:5
**avb** 14:7,8 18:4,4
  20:15 21:21 26:19
  29:1 32:3 112:9
**ave** 3:17
**avenue** 1:18 6:5
**average** 21:18
  113:12
**awakened** 90:23
**aware** 40:21

## B

**b** 2:21 5:10
**back** 14:8,17 18:14
  20:7 29:12 40:8

50:4 54:18 62:3
69:11,19 77:1,5
87:11 101:19
103:19 110:16
114:12 116:12
124:15 125:21
**backup** 58:20
**bad** 77:11 88:22
**baker** 3:14 7:13
**bakerbotts** 3:20
**barkley** 6:14,16
**barring** 10:7
**based** 15:20 45:25
47:8 60:19 67:6
91:7 96:12 97:11
110:13,19 121:14
**basic** 14:19 51:19
92:15
**basis** 42:15 57:14
73:8 77:15 86:2
89:3
**bates** 78:15 103:24
108:25 125:9,16
**bath** 38:19
**bears** 125:9
**beat** 27:1
**began** 102:12
**beginning** 50:5
101:20 110:12,16
116:16
**begins** 54:7 78:15
103:24 127:7,11
**behalf** 7:13 12:11
51:18 62:18 65:2
79:22 81:12 89:15
94:23
**belief** 130:4
**believe** 8:21 72:17
84:12 86:9 123:25
130:3
**believed** 92:14
**belong** 36:10,18
111:22
**belonged** 35:20
36:17 37:7 105:8
**benefit** 118:16
**benefits** 99:25

**benton** 66:1
**best** 14:6 19:3,15
30:21 31:15 39:16
42:19 47:25 48:24
52:23 54:13,20
55:9,22,23 56:2
71:6,7,14 73:13
75:20 76:14 80:12
83:4,16 104:17,18
119:3 122:8 130:4
**better** 14:25 17:20
17:22 18:23 19:19
24:8 25:13,14 29:4
30:13 41:7 53:5
58:21 99:22,24,25
100:15 116:8
121:23 122:3
123:13
**beyond** 115:6
**big** 18:16,19,20
24:19 26:8 39:4
40:24
**bigger** 17:10 21:24
91:3
**bill** 52:18 84:12,19
84:21 118:11,17
**billing** 13:15 37:1
93:23 108:6,10
116:2,7 118:3,6,7
122:11
**binder** 58:18
**bit** 49:15 96:2
**bitterly** 46:7
**biweekly** 119:4,15
**black** 64:12 86:25
87:2,4,8,11,11,13
**board** 14:1,23 15:3
15:5 17:3,11 44:11
90:17
**bob** 28:25
**boies** 2:3 7:4
**bolt** 18:21
**books** 112:3
**bottom** 53:11
**botts** 3:14 7:13
**bought** 38:2 46:9
**bound** 121:10

**bowl** 33:24
**box** 4:7
**brain** 91:13
**brand** 14:7 113:20
118:15 127:14,17
127:25
**brands** 66:21 68:8
**break** 49:16,20 50:1
51:7 69:16 101:10
101:16 124:6,8,12
**breaking** 43:21
**brief** 50:11 101:10
122:1,15 124:2
**bring** 22:17 32:20
33:2 66:13 100:5
121:10 123:3,8
**bringing** 13:16
100:13,14
**broad** 67:6
**brought** 11:8 22:22
122:19
**bsfllp** 2:10
**bucks** 26:4 88:23
**buffalo** 55:22
**build** 16:9
**builders** 38:16
**bullet** 119:1
**bulletin** 53:14,16
54:24 58:7 125:20
126:2,17
**bulletins** 54:4 58:10
**bump** 28:8 34:17
38:6,8
**bunch** 38:2 91:20
101:2
**bundling** 92:6
**bursley** 52:18 84:12
84:20,21,25
**bus** 27:4,6
**business** 16:10 29:9
30:7 34:2,8 48:6
50:9,13,14 56:2
57:5 60:23 79:20
87:9 90:13,15
94:10 98:18 106:2
106:5 118:13
123:10 126:21

**businesses** 30:1
**buy** 19:15 30:21
31:15 42:10,19
47:25 51:23 54:13
54:20 55:9,22,23
56:2 66:7 68:23
71:6,7,15 73:14
75:20 76:15 77:6
83:4,16 114:1
116:7 117:10,11
118:7 119:3 121:7
121:9 123:2,7,11
123:12
**buying** 11:17 14:3,5
14:12,24 16:5,6,14
17:10 18:5,10,12
19:4,6 20:2,5,16
20:19 22:7,12,13
25:15 26:18 27:17
28:16 29:7,15
31:20 35:4 38:7
51:20 83:5 93:21
93:22 112:7,13,15
112:22 113:11
**buys** 39:17
**bylaws** 119:23 120:8

───────────
**C**
**c** 2:1 3:1 4:1 88:24
129:1,1,12,12
**california** 1:2 3:6,8
4:8 6:10
**call** 10:3 46:5 82:16
**called** 14:2 21:14
38:18 45:22 70:13
87:8 91:4 108:21
**calling** 86:18
**calls** 11:2 47:3 48:7
73:1 96:8 97:21
99:7 102:6 105:21
**cant** 33:9 37:3 44:12
48:22 55:11,17
57:7 81:1 84:21
86:20 107:14
**capability** 88:4
89:23 91:15 92:15
93:23 99:24 111:6

**capacity** 57:11 61:4
 65:4,6 99:23
**cards** 81:7
**care** 54:11 74:10
**careful** 43:18
**carolyn** 8:2
**carried** 68:8
**case** 1:17 2:13 6:5
 6:11,25 7:3 8:18
 10:5 18:2 55:16
 61:11 64:10 86:4
**cases** 28:2
**cash** 23:20,22 69:1
 117:2
**casually** 60:14
**catch** 54:3 119:21
 119:21
**categories** 19:17
 57:17
**category** 116:13
 117:5
**cathode** 1:5 6:8
**cause** 30:22
**central** 116:2,7
**cents** 101:6,6
**certain** 17:4 24:4,4
 25:20 57:1 87:15
 117:3,6,11,13
**certificate** 129:19
**certified** 1:19 129:4
**certify** 129:6
**certifying** 129:23
**ces** 37:14 38:5,13
**chain** 23:18 52:17
 59:17 115:5
**chairman** 17:11
**chance** 25:13 39:1
 51:12 52:20 59:20
 70:1,12 75:10,12
 104:12
**chances** 82:9
**change** 13:8 43:7
 96:1,1 98:19 99:10
 106:13 116:2
 119:11 130:6
**changed** 106:5
**changes** 57:15 130:5

**changing** 66:21 83:7
**channel** 26:1
**characterization**
 27:21
**charge** 12:25 13:18
 26:4 95:18,19
 100:16,20 118:5
**charged** 85:13 96:18
 96:19 98:25
**charges** 95:25 99:2
**cheap** 42:15 86:18
**check** 42:2 62:7
 82:13
**checked** 48:11
**chicago** 18:21 29:2
 38:20 84:18 85:14
 85:18 122:20,22
**chose** 116:1
**circuit** 19:16 39:17
 42:21 55:9 71:16
 71:22,23 83:16
 119:3
**circular** 74:20 75:21
 75:22
**circulate** 89:24
**circumstance** 64:3
**circumstances** 61:6
**cities** 39:17 85:22,23
**city** 19:16 42:21
 55:9 71:16,22,24
 83:16 119:3
**claimed** 21:16,21
**clarification** 9:16
**clear** 103:17
**cleveland** 18:20
**client** 10:4
**close** 25:10,10
 106:11
**closed** 111:23
 119:18
**club** 25:21,23 26:14
**cocktail** 33:25
**coffee** 70:5
**colders** 61:25
**collect** 39:16
**com** 2:10,19,20 3:10
 3:20 4:10 126:12

**combined** 88:3
**comdex** 39:3
**come** 21:4 36:23
 37:14 48:23 80:25
 88:18 92:12 99:19
 110:9
**comes** 76:13
**coming** 11:15 57:16
 64:12 77:9
**commission** 129:13
**commitment** 90:17
**committee** 65:25
 67:10 94:25 95:1
**committees** 89:23
 90:7 91:12,18
 92:12,13
**common** 5:15 25:19
 28:17 56:19 62:15
 80:21,24 84:2
 85:10 104:3
 113:17
**communication**
 12:12
**companies** 19:15
 24:20 37:23 38:22
 118:17
**company** 11:22 16:8
 16:19 23:16 27:2
 57:7 120:23
 121:19 123:15
**comparatively**
 84:16
**comparison** 112:8
**compete** 32:25
**competitions** 48:11
**competitive** 19:3
 39:10 40:18 41:10
 41:15 42:1 45:2,12
 45:25 47:16 51:5,9
 52:7 55:24 68:4,6
 68:9 77:22 89:8,13
 92:2,4 117:16
 119:5
**competitor** 42:5,19
 47:24 49:4 81:3,5
 86:17
**competitors** 19:9,15

19:21 20:2 25:12
 77:14 91:14
 112:16
**complain** 46:7
**complete** 10:8 59:10
 61:16,20 62:8 78:6
 80:11 105:17
 110:4
**completed** 62:21
**completeness** 61:23
**complies** 59:21 70:2
 75:13 104:13
 109:6 111:1 121:2
**compusa** 71:24
 83:17
**computer** 37:22
 39:4
**computers** 91:24
**conceivable** 116:14
**concept** 41:11,20,22
 41:22 113:25
**concern** 20:18 93:19
 114:22
**concerned** 117:8
**concerning** 11:3
 112:21 114:18
**conclude** 9:15
**concluded** 128:15
**concludes** 128:7
**conclusion** 102:7
**conditions** 15:11
**confidential** 24:12
 33:13
**confused** 73:15
**confusing** 63:21
 93:13 96:6 116:4
**consecutive** 58:16
**considered** 32:22
 37:12 61:7 87:5
 93:21 97:10
**considering** 51:6
**consisted** 20:23
**consumer** 37:10
**consumers** 93:2
**content** 104:23,24
**contests** 92:11
**context** 51:14 87:3

**continuation** 71:23
**continued** 3:1 4:1
**contracts** 16:18
**control** 129:22
**conversation** 30:9
**conversations** 16:13
  16:14
**convince** 29:3 49:12
**convinced** 20:6
**cooperative** 59:17
  75:9 78:17 94:20
  102:9 111:5 120:7
  120:7,9 121:22
**coordination** 12:12
**copy** 52:24 103:18
  104:14
**copying** 52:22
**core** 45:23 86:15
  90:24 94:12
**corporate** 101:24
**corporation** 8:23
  11:18 12:17
**correct** 15:1,3 16:21
  16:22 31:8 33:19
  35:5,16 56:3,10,25
  58:3 64:1 73:14
  75:1,2 76:1,19
  82:18 85:1 87:25
  88:11,12 94:12
  97:19 102:14,17
  102:18 106:18,19
  106:22,23 107:20
  109:22,25 112:16
  114:3,15,19,24
  117:24 119:9
  126:18,20 127:18
  127:19 130:4
**correctly** 109:17
**correspondence**
  53:18 57:25
**cost** 43:13 87:16
  93:10 94:15 95:5
**costco** 26:5,9
**costs** 118:4
**couldnt** 15:11 46:23
  70:4
**counsel** 124:1

**counterpart** 32:3
**counterparts** 26:18
  26:22 27:17 28:9
  29:7,14,15 30:12
  31:19 35:4 38:7
**country** 32:21 37:20
  39:6 122:8
**couple** 22:24 50:16
  50:17 99:13 124:5
**course** 34:19 46:4
  57:4 60:23 65:22
  66:4,12 79:19
  109:21 126:21
**court** 1:1,20 6:9,15
  6:22 9:2 46:22,25
  47:4 103:19,22
  104:7,9 129:5,23
**cover** 43:21 50:21
**covered** 108:5
**covers** 87:21
**credit** 62:11,16 63:5
  63:13,18
**critical** 64:15 94:9
**crt** 1:5
**crtmarta0008537**
  69:24
**crtmarta0026875**
  78:16
**crtmarta0041853**
  125:10
**crtmarta0043895**
  103:25
**crtmarta0043911**
  109:1
**cruces** 70:10
**crushed** 82:9
**cube** 76:25
**curious** 22:15
  120:21
**current** 16:16,16
**currently** 16:11
**custom** 48:6
**customers** 42:8
**cut** 20:7 43:13 114:5
**cuttingedge** 84:17

——————————
           **D**
——————————

**d** 5:1
**dallas** 38:21
**danny** 2:22 7:2
**data** 22:25 88:5
  118:24 119:5
**date** 6:2 50:12,13,13
  130:19
**dated** 59:18 72:3,4
  129:16
**day** 53:19 83:3 87:4
  87:9 128:11
  130:22
**days** 8:21 14:6 19:6
  22:25 23:21,23
  54:14 62:3 87:6
  89:18 118:19,20
**dc** 2:16 3:18
**deal** 24:25 71:4 84:3
  88:21,22 91:8
**dealer** 18:16 20:9
  41:24 44:7 55:21
  63:12 64:6 65:23
  70:4 93:25 117:18
  118:12 121:24
  122:8
**dealers** 16:10 17:20
  19:14,24 20:24
  21:8,23 22:1 24:24
  24:24 26:3 32:21
  32:24 33:18 34:9
  34:17 35:13 36:4
  37:14 38:8 46:5
  54:13,19 55:8 56:7
  56:8 63:4 65:21
  67:9 74:10 81:24
  90:11 105:1,3,7
  109:13
**deals** 121:24
**decade** 67:23
**december** 17:16
**decided** 14:2 86:17
  114:1 115:11
**decision** 114:7
  117:22,24 118:1
  122:25
**decisions** 113:21
**defendant** 2:14 7:16

**defendants** 7:1,14
  124:25
**defense** 123:25
**delivery** 18:25 68:11
  74:22
**depends** 33:22
  83:24 96:23
**deposed** 8:10,16,19
  8:21
**deposition** 1:16 6:7
  10:16 11:3,6 40:13
  128:8,12,14
**depot** 19:16 83:17
  119:4
**depots** 39:17
**describe** 8:14 28:22
  65:13 82:15
  127:16
**described** 18:4
  120:1
**description** 5:13
  18:7 127:20
**designed** 39:16
  110:7
**detailed** 73:7
**detroit** 18:16,16,20
**devastation** 30:21
**developing** 13:1
**devices** 7:19 48:2
**devine** 4:14 6:13
**dew** 2:11 7:4,4 9:21
  10:17,25 15:19
  19:10 20:3,21 22:8
  27:18 28:11 29:8
  29:17 30:2,15 31:1
  31:22 32:4,13,15
  33:20 34:12,21
  35:6,25 37:8,18
  38:10 39:12,19
  40:2,19 41:1,6
  44:19 45:4,15
  47:14 48:7,19
  49:14,18 51:10
  52:24 54:21 55:10
  56:4,11 57:6 58:4
  60:25 61:18 62:17
  62:19,23 63:21

65:1,16 67:4 72:14
73:1,15 76:2 77:24
78:3 79:21 81:11
85:2 86:3 93:13
95:10 96:6 98:13
102:1,6 104:14
105:21 108:13
109:2 111:16
114:2,4 116:4
120:14 124:18,21
127:3 128:5
**di** 10:21
**didnt** 14:25 15:7
17:13 18:2,17
24:21 26:25 27:1,7
27:23 28:1 31:16
35:3,7 36:23 37:13
52:12 53:25 55:23
62:3 65:18 68:1
83:20 84:14 91:10
94:19 98:4 107:18
113:5 114:5
117:10 118:17
119:15,19 121:24
121:25 122:2,25
**died** 39:4
**difference** 13:17
**different** 12:13 25:5
32:23 44:11 71:12
72:5,5 74:20 82:6
91:18,25 111:4,21
**difficult** 23:12
103:20
**dinner** 27:9,9 32:7
32:18 34:18
**direct** 2:5 7:6
126:23 129:22
**directed** 63:17
**direction** 65:9 67:1
129:22
**director** 12:8,10
13:7,12 27:15
36:11 41:23 50:25
51:1 57:12 60:4
61:4 65:7 83:10
89:19 96:4,13 99:4
101:25 102:5,13

105:25 109:22
110:22 114:9,14
121:15
**disadvantage** 55:24
**disadvantaged**
77:10
**disaster** 97:3
**disc** 49:24 50:5
101:14,20
**discernable** 40:1
**disciplined** 26:1
**disclose** 33:12
**discount** 23:20,22
26:11 40:6 117:2
**discounts** 18:24
23:18 115:5 117:5
**discovered** 15:14
**discrete** 116:13,21
**discuss** 15:22 29:16
34:20
**discussed** 34:24
110:20
**discussing** 18:3
**discussion** 32:23
40:16 50:11 51:6
112:12 124:3
**discussions** 15:21,22
15:24 30:11 32:22
**display** 7:18 38:24
**displaying** 37:25
**dispute** 8:19
**dissemination**
118:23
**distinction** 34:7,10
**distribute** 107:9
**distribution** 25:8,11
106:25 107:1,4,12
107:16,18
**distributor** 8:22
**distributors** 13:3
**district** 1:1,2 6:9,10
**division** 1:3 6:11
**document** 40:9,11
40:15,21,22,25
41:3,5 50:20 51:12
51:15 52:10,21
53:9,13 59:13,15

59:23 69:22,22,25
70:3,17,17,19 75:5
75:6,15,24,25
78:13,15,15 79:8
79:11 80:7,10
86:22 103:15,17
103:24 104:6,11
104:22 105:13,16
108:23,23 109:3,9
109:11,15,16,20
109:25 110:6,11
110:19,20 118:22
120:3,4,6,8,11,16
125:3,15 126:1
**documents** 10:22
11:5,8 75:18 79:19
110:15
**doesnt** 100:23
**doing** 17:24 18:8
35:9 42:3,12 48:12
51:8 68:11 82:18
83:10,14 86:12
89:1
**dollar** 94:8 100:16
101:2,5
**dollars** 26:2,13 42:7
42:8 117:4
**domain** 56:20
**dont** 9:11,15 11:21
11:24 16:12 34:23
35:2,15,17 36:24
37:11 39:13,24
40:14 42:7,21 47:6
48:9 49:8,11 53:4
53:10 55:3 58:4,8
59:24 64:3 71:22
72:16 73:3 74:10
77:19 80:22 84:13
94:2,18 96:11 99:9
100:25 101:9
105:24 106:7,10
116:5 120:2
122:13,18 123:3,7
124:8
**doubted** 61:11
**drafted** 50:20
109:16,20 110:11

**draw** 34:11 42:23
65:19
**drawing** 34:7
**dredge** 70:4
**dreyer** 50:22,23
**drive** 49:10
**drives** 29:20
**driving** 117:9
**drop** 97:25
**dropped** 43:12 97:4
102:20
**duck** 26:23
**dues** 36:10 106:7,8
106:14 108:4
**duke** 82:7
**duly** 8:3
**duration** 115:9
**dvds** 128:11

**E**

**e** 2:1,1 3:1,1 4:1,1
5:1,10 58:9 129:1
129:1 130:1,1,1
**e2125** 58:8 62:2
**e247jvc** 126:2
**e247jyt** 126:17
**earlier** 60:2 62:1
86:10 102:11
112:12,14
**early** 75:23 77:13
89:18 102:20
118:19,20
**easiest** 82:3
**easy** 22:19 23:10
100:10
**eat** 101:4
**ebb** 66:22
**education** 36:8
**educational** 36:14
**efficient** 51:25
**effort** 46:13
**efforts** 19:2
**either** 9:20 34:18
35:16 38:14 46:6
65:8 94:4 117:4
119:11
**el** 44:10,21 45:7

70:9
electronic 7:19
electronics 37:10,22
  42:20 58:10,15
  64:14 87:7,7 91:22
element 8:17
elements 116:24
eliminated 123:18
ellis 3:4 7:16 125:1
elly 36:12
elses 92:9
email 5:14,16 43:4
  52:17 56:23 57:4
  58:22 59:3,6,9,16
  59:19 60:2,2,5,18
  60:21 61:14,21,22
  62:1,8 63:3 75:8
  75:11 78:5,8,17
  79:4 125:7 126:11
  126:16,20,25,25
  127:22
emails 56:24 57:12
  57:14 58:2
embarrassed 49:8
employed 11:12,16
  12:16 13:4 19:8
employee 47:23
  84:10
employees 36:25
  63:17 65:9 66:25
employer 16:16,17
encounter 34:10
  35:13
encourage 38:25
  110:7
encouraging 86:13
ended 21:13 72:20
  72:22
endorsement
  118:14
engage 56:1
enhanced 89:24
enjoining 89:2
enormous 88:5
entered 52:10
  103:17 104:1
entire 41:4 51:12,14

61:21 110:21
entities 3:5,15 21:1
entitled 51:5 108:25
  112:7 113:19
  120:6,23
entity 122:6
epi 34:16
equation 116:3
escape 127:13
especially 43:8 87:7
  87:14 97:10
  118:18
esq 2:11,21,22 3:11
  3:21 4:11
estimate 45:13
event 27:8 28:1,7
  34:3
events 12:13 31:10
  53:19 57:16
eventually 68:25
everybody 29:21
  54:1 55:18 78:10
  81:6,19 112:3
everybodys 60:16
  81:5
exactly 72:16
  121:17 127:4
examination 5:3 8:6
  125:12
examined 8:4
example 24:1,2
  25:20 44:1 58:1
  59:3 73:12 77:12
  95:19,20,21,24
  96:1,17 98:11,22
  113:2
examples 29:5 67:21
exceeded 107:7
excel 60:7
exception 80:23
excuse 78:21
excused 128:13
executive 13:7,12
  27:14 41:23 50:25
  51:1 57:12 60:3,14
  61:4 65:6 83:9
  89:18 96:4,13 99:3

101:25 102:5,12
  105:25 109:21
  110:21 114:9,14
  121:15
exhibit 5:12 40:14
  50:9 52:11,11,13
  59:16,16 69:23,23
  75:7,7 78:20,24
  79:3 103:18,21
  104:1,1,2 108:24
  120:5 125:3,4,6,8
exhibits 5:19
exists 111:5
expect 9:24 10:8
expense 108:1
expenses 107:20,23
  108:3,5 112:1
expensive 42:9
experience 96:4,12
  96:16,22 98:10
  99:3 105:25
expires 129:13
explain 45:19 60:6,7
explained 17:3
  122:24
express 111:14
  113:25
expressed 15:2
extended 16:9,20
extensive 82:23
extent 15:20 85:24
  117:25 120:15
extra 23:23
extract 118:15
eye 20:17

———————————
F
f 129:1
facings 68:21
fact 32:2 35:12
  54:18 74:15 75:21
  97:11 107:12
factory 74:22
fair 9:15,17 18:7,8
  27:21 32:14 45:13
  49:15 62:23 82:14
  103:12 112:19

fairly 16:25 51:7
familiar 41:11
  97:13 108:12
family 8:19
fancy 31:12
far 22:14 60:20
fast 64:11
fastchanging 84:1
favorable 25:11
  118:9
faxed 58:23
featured 25:13
  46:11 68:9
features 25:6 83:7
  99:23,25
fee 40:5 108:11,14
  108:17
feedback 44:20 75:3
feel 31:20,23 41:6
  120:16
feeling 10:13
fell 24:17 25:17
felt 17:8
field 58:15
figure 33:3 102:23
figured 91:2
files 60:7
filled 53:23
final 71:24 89:22
  98:22
financial 111:24
  121:21
find 22:19 23:19
  24:13,25 30:23
  31:4,5,9,16 60:10
  68:7 69:2 72:24
  74:12 82:3 106:4
  123:11
finding 24:2,5,9
  126:4
fine 10:9 40:23
  44:13,13 62:19
  124:7
finished 128:10
firm 6:20,25
first 8:3 13:4,5
  18:14,25 22:23

29:12 31:14 44:1
50:15 51:1 53:6
66:5 71:6 86:11,23
87:20 91:4 105:5
111:10 120:5,12
120:21
**fiscal** 107:5
**fish** 18:16 84:4
**fisher** 51:22,23
**fit** 27:7 57:23
**five** 46:3 62:2 90:10
**fiveminute** 124:8
**fixed** 21:2
**flat** 8:17 64:16
**flexible** 68:23
**flexner** 2:3 7:5
**flier** 49:2
**floor** 2:7 42:5,23
47:25 56:18 71:7
71:22 74:19 77:2,8
79:13 81:3,19
97:12 99:18,20
100:10 121:19
**flow** 54:2 66:22
**focus** 40:16 41:9
66:3 120:11,25,25
**follow** 75:24
**following** 71:11
130:5
**follows** 8:4 111:4
**foolish** 46:7 66:8
100:25
**foot** 25:2 90:24 91:3
**forced** 121:7
**foregoing** 129:7
130:2
**form** 19:10 20:3,21
22:8 29:8,17 30:2
30:15 31:1,22 32:4
32:13,15 35:6 37:8
37:18 39:12,19
40:2 44:19 45:4,15
48:19 56:5,11 78:1
114:4,6
**formal** 28:6 48:12
**formalized** 45:6
**format** 71:12

**formed** 18:14
**fortunate** 76:5,9,9
**forward** 89:6
**found** 25:15 26:12
31:17 68:16 74:13
**foundation** 34:22
**founder** 51:2
**four** 8:13,15 45:21
46:3 90:10
**foursome** 33:23
**francisco** 1:3 3:8 4:8
6:10
**free** 68:11 74:21
**frequent** 86:1
**frequently** 26:20
27:16 74:4 77:20
82:24 91:21
**friday** 1:11 64:12
86:25 87:2,4,8,11
87:13
**frigidaire** 38:23
90:10,11
**front** 43:21
**full** 10:8 22:4
126:24 127:1
**fulltime** 48:14
**fully** 15:18
**function** 23:17 44:9
**fund** 8:20
**fundamentals** 111:3
**funds** 63:6
**further** 123:23
124:16 128:3
**fussy** 56:14

---

**G**

**gain** 17:18
**gather** 22:6,25 33:8
48:18 68:17 80:21
**gathering** 56:17
**ge** 38:23
**gelott** 3:20,21 7:12
7:12
**general** 67:24 82:22
**generally** 17:21
24:14 61:7 64:21
74:10 92:20 97:9

98:16 113:16
**generate** 75:25
79:18 106:21
**generated** 60:22
119:12
**generic** 30:8
**gentleman** 22:22
**geography** 87:22
**getting** 23:20 45:7
45:24 47:12 60:11
100:11 106:6
**gift** 74:23
**give** 23:6 24:1 26:10
29:3 30:12 43:8
69:4 74:20 75:5
88:21 90:16 113:2
**given** 15:9 52:4
93:11 98:12
100:22,24 114:23
**gives** 23:7
**giving** 14:14 68:11
**glad** 62:13
**go** 19:11 22:23 23:5
24:9 28:3 29:12
37:2 38:24,25 42:2
47:23,24 49:19
61:3 62:7 66:1
67:25 69:8,11
70:22 81:16 82:13
83:3 85:10,18,19
94:1 97:25 101:7
106:1,3 110:16
119:4
**goes** 77:5 97:1 121:8
121:11
**goff** 70:6,7,8 71:1
86:5,8
**goffs** 70:14 119:13
**going** 9:8 10:6,7
14:20 17:25 21:13
24:14,15 25:1 26:4
27:3 30:13 31:13
31:15 32:8 38:2
43:5,15,18,23
49:14,23 52:9 54:1
59:14 60:8 65:25
66:7,14 67:11 69:8

69:15,21 71:13
75:4 77:3,6 78:14
81:1 82:7,9 88:21
89:4 94:4,5 95:24
100:8 101:9,13
103:14,20 106:11
118:5 120:4,11
123:20 124:11
125:15 128:10
**golf** 33:23 34:18
**good** 6:1 8:8,9 12:1
18:2 20:25 21:20
22:2,3 24:8 39:8
41:25 42:4 43:8
61:8 64:7,21 69:5
77:22 86:16,19,20
91:7 92:8,9,15
94:24 95:1 101:11
120:13 123:11,12
**gorgeous** 43:22
**gossip** 30:4
**goto** 46:10
**gotten** 65:24
**great** 71:4 81:2 84:3
86:17 123:2
**green** 29:23
**groaning** 97:3
**group** 4:4 7:10 8:17
12:8,10 13:16 14:1
14:3,5,12 16:5,7
16:14 17:5,6,7,16
18:5,10,12 19:22
19:25,25 20:5,19
21:14,14,19 22:16
22:17 23:10 24:11
24:14 27:5,11
28:16 31:6,17 36:8
36:10 38:7 51:20
52:1 65:20 89:25
90:8 91:22,23,24
92:14 93:22 97:24
105:8 106:4 110:8
110:9,17 112:3,8
118:14
**groups** 17:10 19:4
19:21,23 20:2,16
21:24 22:7,12,13

25:16 26:18 27:17
  29:7,16 31:20 35:4
  111:21,25 112:13
  112:15,18,22
  113:11
**grow** 66:23
**growth** 110:13,14
  117:5
**guess** 12:2 15:7 31:2
  74:25 105:24
  123:20
**guida** 60:12
**guided** 114:10
**gun** 32:9
**gutman** 22:22 27:5
  27:12,14
**guy** 13:19 18:19,20
  24:25 27:5 42:9,10
  42:10,16 44:2,14
  45:7 50:24 62:9
  63:12 70:25 72:8
  81:5 84:23 91:4
**guys** 27:11 32:25
  42:3 52:1,2 90:12
  90:13,19 91:12

**H**

**h** 5:10 130:1
**hadnt** 36:16
**half** 17:5 61:22
  90:18 97:9
**hammered** 45:24
**hand** 34:8 52:9
  59:14 69:21 78:14
**handful** 116:6
**handle** 67:11
**hands** 82:25
**happen** 17:4 28:5,8
  34:9 96:5
**happened** 17:5
  20:10 44:4 86:5
  119:19
**happening** 47:10
**happy** 33:8 81:6
**harbor** 66:1
**hard** 33:2 52:25
  98:19 104:15

117:14 126:3
**hasnt** 48:10 51:11
**havent** 29:19
**head** 29:1
**hear** 9:20 10:1
  46:23 52:12 86:11
  109:16
**heard** 39:9 46:2
  92:16 108:16
  115:1 119:25
**held** 1:16 38:19
  124:3
**help** 17:20,25 40:10
  122:3
**heres** 29:22 97:23
**hes** 57:8 62:17 65:1
  79:21 81:11 126:3
**higher** 42:7,8 74:12
  99:13
**highly** 24:12
**hire** 48:14
**hired** 42:16 50:24
  71:1
**hitachi** 3:5 7:17,17
  7:18,18,19 27:3
  124:25 127:15,17
  127:20,24
**hold** 12:6 33:2,5
  94:9 96:25 97:18
**hole** 58:17
**home** 19:16 39:17
  83:17 119:3
**hoops** 62:4
**hope** 29:22,22 68:25
**hour** 10:20
**hours** 85:17
**huge** 36:25
**humble** 35:8
**hundred** 15:12
  21:10,11 42:6,8
  63:6 82:25 98:4
  103:1,2
**hundreds** 75:17
**hunk** 76:11

**I**

**id** 24:7 77:21 82:22

85:18 86:11 101:4
**idea** 41:25 42:4 43:8
  51:17 92:8,9 95:1
  95:4
**ideas** 92:12
**identification** 79:4
  104:4 125:7
**identify** 22:11 53:3
**iii** 1:16 5:5
**ill** 76:24 77:25 123:8
**illness** 10:12
**im** 6:13,25 9:8 16:11
  20:11 27:10 30:3
  32:8 41:10 46:22
  52:9 54:23 57:1
  58:8 59:14 62:10
  62:13 69:21 73:15
  75:4 78:2,10,14
  82:25 83:1,5 88:20
  89:1,1 95:16,24
  102:25 103:14,20
  106:10,11 107:13
  107:13 108:13
  114:4 116:16
  120:4 123:20
  125:15,21 126:8
  127:3
**immediate** 107:7
**impact** 96:19
**importance** 93:12
**important** 29:18
  48:17,21 68:16
  70:16 81:20 93:1,2
  94:10 99:16,18
**improper** 31:21,24
  35:5,16
**incidental** 100:6
**include** 117:2
**includes** 120:8
**income** 108:8
**inconsistencies** 31:3
**incorrect** 74:25
**increase** 93:10 94:3
  97:14,17 98:9 99:1
  99:6,11
**increased** 54:2
**increases** 99:1

**independence** 14:15
  31:13
**independent** 16:10
  18:15 29:3
**indication** 55:20
**indirect** 4:5 7:10
**individual** 1:7 36:18
**industry** 30:9,12,14
  32:12 57:16 84:1
  113:8
**infer** 121:6
**influence** 20:8
**inform** 57:15
**information** 22:7
  23:3,9,10,24 24:6
  24:10,16,23 25:17
  33:8,13 39:16
  42:14 43:17,24
  44:15,18 45:3,8,12
  45:25 46:18,19
  47:10,13,18 48:18
  52:5,7 56:17 62:5
  62:12 63:19 64:23
  65:10 66:8,13,17
  67:2 68:5,7,17
  70:22,25 71:2,14
  72:7 73:7,12 74:5
  74:25 75:23 76:5
  76:18,23 77:18,21
  77:22 79:23 80:21
  81:10,21 83:23,25
  84:7,17 85:13,23
  86:6 88:24 89:3,25
  111:24 112:1,20
  112:25 113:10,14
  119:20
**initial** 60:18 95:20
**initially** 15:10
**insensitive** 99:15
**inserts** 66:20
**insignificant** 98:15
**instance** 54:17,20
  55:6 63:16 106:24
  107:11
**instances** 55:7 63:16
  64:23 65:8,13
  66:24 67:19 73:6

73:11 82:11 116:6
**instruct** 10:6
**instructing** 63:11
**instruction** 10:7
**intelligencegather...**
88:3,14
**intend** 16:13
**intention** 117:10
**interact** 35:14
**interactions** 35:3
**interest** 38:17
119:18
**interested** 24:2,5
76:23
**introduce** 6:18 19:1
**introducing** 32:20
**invaluable** 91:16
**invariably** 27:4
46:12 49:10
**inventory** 27:1
64:19 68:25
123:16
**invoice** 23:17 115:6
**invoices** 24:18,20
25:18
**involved** 13:15,15
16:20 19:6 37:1
55:16 57:19 65:24
**involvement** 17:16
**involves** 92:4 118:3
**irritation** 101:2
**irving** 8:2
**isnt** 23:15 25:1 43:6
61:1 76:8 98:19
**isolated** 54:17 77:12
**items** 94:8 99:17
**ive** 62:21 83:5 85:17
126:6

_____
**J**
**j** 1:19 129:4,12
**jack** 2:11 7:4
**january** 11:13 13:20
14:8 16:24 37:21
65:7 72:4
**jdew** 2:10
**jeff** 62:9

**jerry** 50:22,23,24
60:13
**jersey** 12:20 17:17
76:10 85:8,9
**job** 12:18 13:5,8
16:9 58:22,22
121:22 122:2
**joe** 51:1
**join** 14:2 17:7 20:7
24:14 112:18
**joined** 24:11 103:4
**joining** 14:21
**jointly** 28:4
**judgment** 25:7
**july** 1:11 6:2 75:8
77:1 128:7 129:16
**jump** 62:3
**june** 11:13 12:4 13:5
65:7 102:16
**jvc** 126:19

_____
**K**
**k** 4:11
**kag** 4:4 7:9
**keep** 98:2,23,24
100:17
**kept** 20:17 90:20
**kern** 4:11 7:9,9
46:20,21,24,24
47:2 52:12,15
78:21,24 79:2 96:8
96:9,21 97:21 99:7
124:4,4,16,20,20
**key** 117:8
**kid** 77:5
**kids** 27:10
**kind** 18:21 21:2
23:3,24 26:25
29:13 31:15 33:1
42:14 43:23 48:3
56:19 57:23 59:24
68:2 71:17 74:14
77:11 82:1 97:14
118:19
**kirkland** 3:4,10
7:16 125:1
**kitchen** 38:19 91:8

**knew** 90:12 91:14
97:15 118:12,13
**know** 9:12 20:18
22:15,17,18 23:5
26:10 30:4,19
33:10 34:17,23,23
35:22 36:3 41:18
41:19 42:7,9,21
43:5 45:19 48:9
52:21 59:20 60:15
70:1,3,13 71:3,22
72:16,20 73:3
75:11,17 77:5,19
79:15 80:19,24
84:13 85:17 86:12
86:15 88:22 89:4
91:10,20 92:3 94:7
96:23 98:14 101:1
101:8 104:12
106:10,25 108:14
110:18 116:5
122:18,25 125:17
**knowledge** 80:12
84:2 113:17 130:4
**known** 14:6,7,8
25:20

_____
**L**
**l** 8:1,1
**la** 84:18
**lack** 34:21
**laid** 71:9
**lake** 8:2
**lap** 24:18 25:17
**large** 19:17 20:24
90:11 120:15
**larger** 23:6
**largest** 37:20 39:5
64:14 87:6 122:8,9
122:13
**las** 37:21 70:9
**late** 64:17 87:13
**lau** 2:21 5:6 6:24,24
8:7 16:1 19:12
20:14 22:5,10
27:20 28:21 29:11
29:24 30:10,17

31:7 32:1,10 33:16
34:5,15 35:1,11
36:2 37:15 38:4,12
39:14,21 40:7,23
41:12 44:24 45:9
45:17 47:5,20
48:16 49:17,19
50:7 52:8,14,16
53:7 55:1,13 56:9
56:22 57:10 59:1
61:2,19 62:19,24
63:1,22 65:3 66:16
67:17 69:20 72:19
73:4,19,21 76:16
78:4,19,22 79:1,6
80:1 82:10 85:6
86:7 93:14 95:13
96:10 98:7,21
100:21 101:8,22
102:3,10 103:16
104:5,8,10,16,20
105:23 108:15
109:7 111:18
114:11 116:10
120:22 123:22
124:7,22 125:5,25
126:7
**launched** 31:11
**law** 4:4 6:25 7:10
**lawrence** 29:1
**lawsuit** 8:22
**layer** 52:4
**lcd** 8:18
**lead** 14:12
**leaders** 29:3
**leading** 13:2
**leaf** 16:18
**learned** 43:17
**leave** 13:23 19:25
20:6 103:9 105:19
106:3 110:8
**led** 17:18 22:21
**lee** 22:22 27:5,12,14
**left** 13:20 17:7 21:12
64:19 71:17 89:19
102:19,23 103:8
**legal** 102:7

letter 58:12
level 23:3,7,17 117:4
lg 31:11 38:23
limited 7:17,17,18
 7:19 84:25
line 31:12 68:14
 80:14,15 99:14
 100:2 125:4 126:1
 126:16 130:6
lingering 123:16
liquidated 123:17
listing 105:1
litigation 1:5 6:8 9:7
little 10:20 49:15
 81:17 96:2 97:9
 101:9 119:14
lived 85:5
living 76:7 81:14
llc 16:18
llp 1:17 2:3,13 3:4
 3:14 6:5
local 24:25 66:20
 74:11 89:3
located 6:4 12:19
 44:4 85:24
long 10:19 87:10
 115:7
look 40:14,20 41:3
 50:8 51:12 57:18
 64:11 69:25 71:11
 71:17 75:5 77:9,13
 81:6 82:23 83:4
 85:10,11 86:22,23
 87:18,19 88:2
 89:21 100:11
 110:24 112:4
 113:9,18 118:21
 120:10,16,20
looked 50:16 51:4
 71:7
looking 50:21 64:10
 69:4 88:19
looks 50:22 60:20
 75:16,20 79:9
los 85:15,19
lose 94:5
loss 21:8

lost 68:21 72:21
 119:18
lot 21:25 25:7,9 39:1
 41:19 44:22 46:8
 49:5 58:24 64:13
 66:13 68:22,25
 84:17 87:12 92:2
lower 74:14
lowers 115:6
lowes 19:16 30:5
 83:16 119:3
lucius 2:21

M
m 1:12 6:3 8:1,1
 49:22 50:4 69:14
 69:19 101:13,19
 124:11,15 128:9
 128:15
magazine 113:4,7
main 19:14 121:22
maintaining 13:1
major 30:6 31:12
 38:17 93:18
majority 37:1 83:25
making 55:15,18
 94:11 97:8
management 112:2
manager 84:23
managers 88:4,9,10
 88:16,17
mandate 17:19
manhattan 11:18
mann 1:16 5:5 6:7
 7:6 8:8 9:11 16:3
 24:10 27:22 41:13
 47:6 50:8 52:18
 53:8 59:18,22
 61:20 63:2 64:22
 69:7,21 70:16
 73:23 75:14 79:7
 93:16 101:23
 104:21 108:16
 109:8 111:20
 120:11 121:7
 123:22 125:1,14
 128:3,8,15

manufacturer 28:14
 66:6 68:20 94:3
 100:19 101:4
 115:21 118:11
manufacturers
 25:25 37:23 39:2
 68:13,13 97:15
 100:3 101:1 121:7
manufacturing
 18:18
margin 81:23 94:4
mark 103:23 125:3
marked 40:12,13
 59:15 69:23 75:7
 78:19 79:4 104:3
 108:24 120:5
 125:7
market 20:9 26:7
 42:1 43:7,7 46:1
 46:18 47:11 63:20
 64:25 65:11 66:22
 67:3 74:12 75:2
 83:8 86:10 91:14
marketing 12:23
 19:2
marketplace 66:14
markets 85:14
marta 11:12,15 13:5
 13:9,20 14:14,19
 14:20 15:17 16:4
 16:12,14,24,25
 18:8,9,9 19:8,8
 20:1,16,17,18,20
 21:8 22:6 35:18
 36:12,20,21,25
 38:14 39:11,15
 41:15 44:3,15,17
 44:18 45:1,3,11,13
 46:4,17 50:9 51:2
 51:8,18 54:12,19
 55:5,7 57:3 58:2
 59:17 60:4,22 61:1
 61:5 62:15,18
 63:17,18 64:23
 65:2,23 66:25 72:8
 73:7,12 75:8 76:1
 76:18,22 77:13

78:17,18 79:18,22
 81:8,12 83:10 84:9
 84:23 85:22 89:8
 89:15 91:13,19
 94:16,19,20 96:4
 96:13 99:4 100:18
 101:25 102:4,19
 102:24 103:11
 104:17 105:2,4,19
 105:25 106:6,9,16
 106:21 107:19
 108:2,25 109:22
 110:22 111:2,11
 112:9 114:1 115:2
 115:12,18 117:19
 117:20,23 119:25
 120:6,9 121:4,16
 121:18 122:7,13
 122:16,17 126:2
 126:12,17
martacoop 126:12
martas 20:2 37:7
 46:17 59:4 87:21
 88:10 94:16,19
 105:10 112:15
 113:19 118:22
 119:23
materials 36:14
matter 75:21 129:8
maxell 8:22
meal 33:24
mean 22:9 23:14
 30:3 31:2 40:4
 45:20 47:22 53:17
 61:23 72:11 87:2
 92:19 111:15
 114:5 127:5
means 24:22 58:9
 108:14 121:6
 129:21
meet 10:25 26:17,21
 27:16,23 33:18,23
 34:1
meeting 10:22,24
 11:1 27:3 28:6
 32:2 33:1,2,5 34:2
 34:8 37:3 67:8

**meetings** 28:20,23
29:6 37:11 51:24
**mega** 21:14,19
**member** 16:12
20:19 21:19 22:23
35:18 36:21 37:12
44:3 95:17 96:20
106:9 113:12,21
115:11,17,22
116:1 117:18,19
117:19 122:13
**members** 13:16
15:13 20:6,12,23
21:4,15,17,22
22:24 25:16 36:10
36:12,15,18,21,22
37:7 38:8,15,25
43:4,25 44:17 45:1
45:11 46:17 47:9
47:12 51:19,23
54:5 55:8,15 56:1
59:4 62:16 63:18
64:24 65:10 67:1
73:6,11 89:6 94:16
94:19,22,23 95:7
99:12 100:20
102:13 103:4,8,11
105:5,10,19
107:10 111:25
112:18 113:11,25
114:10 117:24
118:24 122:3,11
**membership** 12:12
17:19 21:3 22:12
22:14 57:15 58:3
75:19 76:18,22
77:13,21 84:8
85:22 87:21 88:11
89:2 90:8 98:12
99:4 102:9,22,23
108:4 119:4
**memberships** 42:15
**mentioned** 16:15
27:12 33:17 62:13
70:21 86:9 102:11
109:14
**merchandise** 121:25

**merchandising** 46:9
93:22
**merchants** 12:1
113:21
**mess** 118:19
**met** 10:17 29:2
31:19 90:9
**mexico** 70:10
**microsoft** 37:24
**middle** 72:21 123:21
**mike** 60:12
**mind** 56:18 93:7
125:21
**minds** 93:3
**minutes** 69:9
**miserable** 39:6
**misheard** 95:16
**missing** 58:19 62:6
**misstates** 27:18
28:11 33:20 34:12
38:10 72:14 76:2
85:2 95:10
**mistake** 46:15
**mistakes** 46:14
**misunderstood**
44:25
**mix** 25:14
**moaning** 97:2
**model** 25:5 45:23
71:9 74:16 86:14
86:15 90:25 91:10
97:2 98:1 100:8
127:8
**models** 25:11,13
29:4 46:10,11,11
46:11 66:3,19 68:9
81:21 87:15 94:12
99:13 117:8,13
**modify** 74:24
**mom** 43:2
**money** 17:21 36:17
48:25 49:6 68:2
71:4 86:16,20,20
87:12 91:6 94:22
**moonachie** 12:20
**morning** 6:1 8:8,9
9:20 112:13

**mothers** 8:20 9:6
**move** 84:19 98:23
100:25 123:5
**moved** 76:8
**muster** 17:12
**mysteriously** 64:17

_____

**N**

**n** 2:1 3:1 4:1 5:1 8:1
8:1
**name** 5:13 6:13,19
6:24 7:2 14:4
39:23,25 44:6,12
53:11 70:4,5 71:20
127:14,21
**named** 22:22 36:12
**names** 70:11 105:7
127:17,25
**narda** 35:20,21,23
36:13 37:3
**national** 11:25
19:18 43:7 48:13
56:14 87:14
**nationally** 53:25
**nationwide** 17:11
21:3,13 22:21 24:3
26:19 27:15 32:3
112:9
**natm** 11:17,22,22
12:7,15 13:14,19
20:22 21:2,24
26:19 32:3 58:23
111:23 112:9
**natural** 93:6
**nature** 64:8
**need** 31:16 36:1
41:7 66:3 68:22
84:15 109:4
120:16,20
**needed** 33:12 67:12
**needs** 93:25 107:7
**negotiate** 18:23 23:4
65:18 90:9 114:15
116:20,21
**negotiated** 36:11
115:24 116:12,17
**negotiating** 12:11

22:2,3 23:7 67:7
**negotiation** 16:11
89:23
**negotiations** 114:17
114:21
**net** 21:8 122:3
**network** 66:11
**never** 66:9 76:8
125:20
**new** 1:18,18,21 2:8
6:6,6 12:20 13:16
16:18 17:17 19:1
20:23 22:22 25:16
31:12 32:20 57:15
70:10 76:10,11
78:14 84:18 85:8,9
103:4,14,21 129:6
**newspaper** 66:20
**nice** 74:15 119:14
**night** 33:25
**nobodys** 60:15
**nodding** 110:1
**nonexclusive** 120:1
121:5,12
**normal** 57:4 60:23
79:19 109:21
**north** 36:4
**northern** 1:2 6:9
**nose** 90:22
**notary** 1:20 8:3
129:5 130:24
**note** 104:14 129:19
**notes** 81:18 86:13
**notforprofit** 94:21
106:18
**noticed** 90:25
**november** 52:19
59:18
**npd** 91:1
**number** 21:23 45:10
45:11,14 52:13
78:25 90:19 96:13
102:20,22 108:25
113:10 125:20
126:4
**numbers** 27:1 58:16
71:9 103:7 125:24

**numerous** 14:18
**nw** 2:15 3:17

**O**

**o** 4:7 58:12
**object** 77:25 78:1
**objection** 15:19
    19:10 20:3,21 22:8
    27:18 28:11 29:8
    29:17 30:2,15 31:1
    31:22 32:4,13,15
    33:20 34:12,21
    35:6,25 37:8,18
    38:10 39:12,19
    40:2 44:19 45:4,15
    46:20 47:1,2,14
    48:7,19 51:11
    54:21 55:10 56:4,4
    56:11 57:6 58:4
    60:25 61:18 62:17
    63:21 65:1,16 67:4
    72:14 73:1,15 76:2
    79:21 81:11 85:2
    86:3 93:13 95:10
    96:6,21 97:21
    98:13 99:7 102:1,6
    105:21 108:15
    111:16 114:2,5
    116:4 127:3
**objections** 9:20 10:1
    62:20
**obligate** 117:19
**obtain** 46:17 85:12
    108:2 112:24
**obtained** 113:15
**obtaining** 24:22
**obviously** 61:11
    103:7
**occasion** 28:5 31:3
    64:4 106:4
**occasional** 43:16
**occasions** 28:19
    90:21
**occur** 77:14 86:1
**occurred** 72:12
**occurring** 63:10,19
    64:24 65:11 67:2

**occurs** 56:10,12
**october** 12:4 53:22
    62:2 78:16 79:14
    126:12 129:13
**odd** 26:23 32:6
    100:9
**offer** 126:2,17,19
**offered** 42:24 68:14
    117:17
**offering** 19:19 74:21
    74:22
**office** 17:17
**offices** 1:17 6:4
    22:24
**oftentimes** 32:25
    114:8 117:1,15
**oh** 26:4 44:8 71:19
    91:5 95:14 104:8
    123:8 125:20
    126:7
**okay** 9:1,8,12,19
    10:11,15 11:5,11
    16:2,15,23 26:5
    29:12 30:18 34:6
    34:16 35:2,18
    36:20 41:10,13
    45:10,18 49:18
    50:19 53:6,16 54:6
    55:2,14 59:21
    61:10 63:9,15
    70:24 71:5 72:24
    74:3,9,13,15 75:4
    75:13 76:24 78:3
    79:5,15 80:13
    89:17 94:14 95:20
    95:23 97:6,18
    102:11 103:2,10
    103:14 104:9,19
    105:3,9 106:16
    107:15,19,25
    108:19,22 109:6
    109:19,24 110:24
    111:13 113:2,18
    115:7,11,17,22
    116:11 117:22
    119:1,11 121:2
    125:21 126:7,9

128:2,6
**old** 84:4
**olympics** 32:17
**once** 46:3 59:20
    104:12 118:18
**oneandahalfperce...**
    97:17
**ones** 11:24 18:25
    38:21 53:2 91:14
    91:20
**ongoing** 89:14,17,19
**open** 32:18 56:20
    112:3
**operate** 42:13
**operated** 19:18
    122:5
**operating** 107:20,22
    108:3
**operation** 106:3
**opinion** 15:2 17:24
**opposed** 14:14,17
    17:12 61:22
**option** 94:6,7
**order** 17:21 26:9
    41:7 54:8,11 71:8
    115:20 120:17
    121:9
**ordered** 43:19 54:2
**orderly** 26:7
**orders** 53:23 123:7
**ordinary** 126:21
**organization** 13:17
    14:21,22 94:21
    121:21
**organizations** 25:21
    48:15
**organized** 106:17
**original** 18:13 98:24
    100:17
**orion** 69:2,4,6
**orlando** 38:20
**ought** 57:18,21
**outside** 48:4
**overall** 100:22,23,24
    103:7
**overdo** 56:15
**overhead** 81:25

118:3 123:18
**overview** 108:25
**owned** 25:3 66:10
    94:21 102:4,8
    103:11
**owners** 88:17 111:7

**P**

**p** 2:1,1 3:1,1 4:1,1,7
    88:24 124:11,15
    128:9,15
**package** 15:9
**page** 5:4,13 40:16
    51:3 53:5 54:7
    71:6,16,23,25
    105:5 110:25
    112:4,5,7,21
    113:18 118:21
    120:12,21 125:16
    125:18,19 130:6
**pages** 71:12,13
    105:6 113:9 120:6
**paid** 15:15 36:17
    42:25 86:6 118:12
**panasonic** 27:8
**panel** 8:17 64:16
**pans** 92:11
**paper** 24:19 49:9
    58:24 76:13 100:5
**par** 29:22
**paragraph** 40:17
    54:7,8 86:24 87:19
    120:23,24 121:1,4
    126:24 127:1,4,11
**paragraphs** 51:4,7
    51:14
**paranoid** 20:25
**parcel** 25:7
**parcellation** 24:17
**parentheses** 127:14
    127:15
**part** 21:2 25:7 34:3
    36:13 53:11 63:3
    67:15 76:9,9 83:8
    93:20 94:10 105:2
    105:4 114:17,21
    121:12,14

**particular** 40:15
41:18,19 55:16
67:6 74:16 86:14
92:21
**particularly** 21:20
33:10
**particulars** 89:7
**party** 33:25
**paso** 44:10,22 45:7
70:9
**pat** 70:5,7,8,13,14
70:25 86:4,8
119:13,18
**pay** 23:22 24:15
36:18 37:13 42:25
100:19 106:7
108:2
**paying** 15:14 22:19
23:1,1,11,13,21,22
25:4,5,16 26:15
36:10,15 43:1
49:12 77:4
**paykel** 51:22,23
**payment** 24:4 117:3
**pearl** 2:6 3:16
**penn** 11:18
**pennsylvania** 3:17
**pens** 48:2
**people** 21:25 25:4,9
28:16,18 30:20
31:6 38:2 44:21
48:13 49:10,12
57:22 64:13 81:3
92:1 97:24,25 98:1
98:2 100:6 106:2
110:8 116:6
**percent** 36:16 43:12
45:16,20 81:24,25
82:25 98:5,18
108:7,21
**percentage** 54:1
90:14 108:6,10
**perfect** 43:6
**period** 11:11 12:3
19:7 21:7 41:23
44:14 53:20 64:12
72:1,6 103:4

114:24 119:16
122:1,16,17
127:15
**periodic** 119:5,20
119:21
**person** 13:18 35:8
**philips** 3:15 7:13
43:9
**phone** 69:6 124:1
**phrase** 39:10 44:2
92:16
**pick** 49:3 69:5 87:15
91:5 92:8
**picked** 47:18 90:23
**picture** 43:22
**pictures** 56:16
**piece** 81:20 100:15
100:17 127:13
**pieces** 22:3
**pkwy** 8:2
**place** 34:4 41:25
43:13 46:1 57:17
86:10 115:20
118:11 121:9
123:1
**plaintiffs** 2:5 4:6 7:6
7:11
**plan** 25:8 42:23 50:9
50:13,14 120:7
121:19
**planned** 29:6 34:7
**plasma** 8:18 53:15
53:23
**played** 26:25
**plaza** 11:19
**please** 6:18,19 7:22
8:15 9:12 28:23
52:20 53:1 54:7
59:19 62:21 65:14
69:24 75:10 86:23
104:6,11 110:25
112:4 113:18
118:22 120:10,17
121:1 124:19
125:14,17 127:10
**plenty** 55:22 83:5
**plus** 84:15

**point** 23:23 64:20
64:20 93:2,5,11
94:5,9 96:5 97:1
97:20 98:12,23
117:15 119:2
120:14
**points** 25:22 26:3
37:24 92:17,25
93:4,6,8,9,25 95:9
96:15,24 97:8,9
99:16,17
**portion** 71:18
**portions** 52:24 53:1
**position** 12:6
**possible** 10:2 122:10
**possibly** 9:21
**pots** 92:11
**power** 14:24 20:8
121:23
**practice** 19:22,24
32:12 56:3,19
63:25 80:24 82:15
**practices** 19:3
**praise** 46:6
**precludes** 15:25
**premise** 14:19 18:13
52:5
**premium** 127:14,17
127:21,25
**preparation** 11:6
**prepare** 10:16
**preparing** 66:12
**preprinted** 76:13
**present** 4:14
**preserve** 9:23 93:11
**press** 31:18
**pretty** 18:1 23:10
25:20 54:23 57:1
58:23 90:18 109:2
111:23
**prevent** 10:12 15:17
**previous** 40:13
**previously** 36:17
52:10 59:15 75:6
103:25 108:24
120:5
**price** 22:2,4 23:16

24:4,8 26:1,10
39:2 43:11,14
48:24 66:5 68:10
73:13 74:12,13,17
74:20,21 79:14
91:3 92:17,21,22
92:23,25 93:2,3,4
93:5,6,8,8,11,24
94:3,5,8,9 95:9,18
95:19 96:5,14,17
96:19,25 97:14
98:2,9,12,23,24,25
99:2,5,5,10,16,17
100:9,17 114:22
115:6,6,24 117:14
117:15 118:5
**priced** 42:6 99:14
**prices** 48:1 57:16
66:21 71:10 82:14
83:6 85:13 91:15
116:8,13,20,22
117:9
**pricing** 18:23 19:19
23:16 25:1 48:21
53:19 60:7 66:3
92:3 118:10 122:3
122:4
**primarily** 19:18
20:23 32:17 34:2
36:9 38:17 58:14
**primary** 47:16
**principles** 11:20
**print** 104:15
**prior** 27:19 28:12
33:21 34:13 38:11
58:22 72:15 76:3
85:3 95:11
**priscilla** 71:21 72:7
72:25
**pristine** 46:13
**privilege** 10:4 15:21
**privileged** 112:2
**probably** 14:6 17:9
18:23 21:5 62:7
81:14 96:25 97:4
**proceed** 6:23
**process** 13:15 24:17

37:2
**produced** 104:16
115:23
**product** 10:5 13:2
18:24 19:1,17
26:12 31:14 32:20
37:25 38:25 42:5
43:9,10,22 49:1,4
64:16 68:22 73:13
91:10 92:21 95:6
100:20,22,24
113:20 115:23,25
116:15,22 117:23
121:8 123:14
**products** 46:9 57:15
66:23 67:13 71:8
79:13 114:1,18,23
116:14,21 117:6
**profit** 46:11 106:21
**profitability** 111:6
**profitable** 57:22
97:5 100:2
**program** 23:2 39:10
39:15,22 40:1,4,18
41:10,15,18,19
43:14 51:6,22
65:18 115:2,4
116:25 118:23
**programmed** 97:12
**programs** 14:25
17:20 21:1,20
53:19 60:6 91:17
115:8,13 117:2
118:10 122:4
**promote** 48:25
111:6 117:5
**promoted** 92:5,6
**promoting** 51:17
**promotion** 68:10
**prompt** 117:2
**prompted** 62:7
**prone** 20:22 23:6
**prospective** 109:13
**protect** 101:4
**provide** 42:14 44:17
47:9 62:16 63:17
65:10 66:18 67:1

71:2 73:6,11 74:6
76:17 77:17 85:23
**provided** 52:6 63:18
**providing** 16:20
44:15 72:7,8 77:13
**public** 1:20 8:4
56:20 87:17 129:5
130:24
**publication** 113:1,3
113:8
**purchase** 74:23
115:12,18,22
117:23
**purchased** 122:11
**purchaser** 4:5 7:10
**purchases** 117:20
**purchasing** 20:8
24:3 120:1,24
121:5,13,23
**purpose** 36:7 40:16
55:15 122:21
**purposes** 92:10
**put** 45:10 59:12
78:12 101:5

---

**Q**

**quality** 52:22
**quarter** 108:20
**question** 9:11 45:1
58:6 59:2 61:3
62:14,22 63:23
65:5 67:14 72:5
73:16,20,22 78:1
78:23 79:17 80:3
93:15 96:7 111:19
**questions** 9:9,10,17
9:25 10:3,9 79:16
80:6 123:24 124:2
124:5,17,22 125:2
128:3,5
**quick** 80:5 124:6
**quickly** 17:14 51:3
110:18
**quit** 119:18
**quite** 11:24 45:5
56:7 68:18 120:15
**quote** 54:11,14 63:4

63:7 88:3,5 89:6,9
89:22 90:1 111:4,8
113:20,21 119:2,6

---

**R**

**r** 2:1 3:1 4:1 129:1
129:12 130:1,1
**radar** 18:17
**raise** 94:7 98:1
**ran** 74:19 87:10
108:8
**rapid** 118:23
**rare** 28:19,25 60:9
67:25 90:21
**rarely** 28:3
**rates** 110:13
**ray** 1:5 6:8
**rc** 85:19
**react** 15:5 99:5
**reaction** 98:5
**read** 52:25 53:5
54:10 103:20
104:6,11,15
127:10 130:2
**reading** 121:3 126:8
**reads** 40:18 63:4
89:6 111:3 113:20
126:1
**real** 24:7 26:15,24
64:20 107:13
**realistic** 95:24
**really** 18:17 27:7
33:15 41:18 45:23
68:1 77:3 91:9
92:8 106:6
**realtime** 69:7
**reason** 93:20 94:24
118:9 123:12
**reasons** 14:18 106:1
**rebate** 23:3,6 68:12
68:12,13,14 74:22
74:23 117:3
**recall** 8:25 36:24
37:3,7 41:22 54:19
55:11 63:16 70:11
72:1,6 73:18 82:11
82:17 83:10,14

110:10 120:2
**receive** 9:25 25:18
63:5 81:9 121:24
**received** 60:22
**recliners** 57:20
**recognize** 53:8
59:22 70:17 71:13
75:14,16 79:7
104:21,23,25
105:7 109:8
126:11
**recollection** 41:14
47:8 110:19 121:4
**reconciliation** 5:15
104:3
**record** 6:19 9:23
40:19 49:23 50:5
50:12 69:8,12,15
69:19 101:14,20
124:3,11,15 125:8
128:10
**recording** 48:2
**recruiting** 21:4
**red** 87:10
**reenter** 103:21
**refer** 23:14
**reference** 44:3
80:15 86:24 88:15
90:6,7 94:11 105:4
108:11
**referenced** 44:2
**referencing** 125:19
**refers** 88:10,13
92:20 121:14
**reflect** 51:8 127:21
**refresh** 41:13 121:4
**refrigerator** 25:3
76:25 77:6 88:20
90:24
**refuse** 32:6
**regarding** 8:17,20
11:1 53:15,19 89:8
89:25
**regroup** 101:11
**regular** 73:8 77:15
**regularly** 56:10
**reiterate** 51:10

**relation** 115:2
**relationship** 61:8
  64:21
**relationships** 13:1
**relatively** 42:15
  60:9 64:2 99:14
**relied** 57:8 64:7,13
**rely** 57:3
**remember** 9:5 18:5
  33:9 37:11 39:24
  44:6,12 48:3,3
  53:10,12 58:8
  59:24 84:22
  106:10 107:14
**remote** 84:16
**rent** 107:24
**repetitive** 79:16
**rephrase** 65:4
**replacement** 72:24
**report** 43:11 70:20
  74:8,11 79:12
  80:16,18 81:9
  82:16,17,23 91:6
  119:12
**reporter** 1:20 6:15
  6:22 46:22,25 47:4
  103:19,23 104:7,9
  129:5,23
**reporting** 6:15,16
**reports** 43:3 45:6
  47:19,21 48:5
  73:25 80:22 82:18
  82:21 83:11,15,18
  84:11,13,24 89:7
  91:1 119:2,14,17
**represent** 6:21 7:1
**representation**
  105:10
**represented** 90:14
  90:18 98:17
**representing** 7:5
  124:25
**represents** 88:4
**reproduction**
  129:20
**request** 55:15 58:19
  62:11 63:14 89:6

89:13,14
**requested** 55:8
  64:23 65:9 67:1
**requesting** 54:19
**requests** 54:12 64:8
**respective** 30:1
**respond** 64:8
**responded** 55:21
  63:5,13 73:25
**responding** 62:1,11
**response** 98:11
**responses** 60:19
**responsibilities** 12:9
  12:24 13:11
**responsive** 64:6
**restaurant** 27:4
**retail** 26:2 36:4 39:7
  66:10 79:14 87:6
  87:21 92:15,21
  95:18,25 96:19
  98:24 99:5 111:7
  112:8,21
**retailer** 33:3 48:10
  70:8 98:16 111:22
**retailers** 12:13 13:3
  17:22 26:24 42:22
  43:7 80:20 83:11
  83:14 85:14 86:11
  87:14 92:22 100:3
**retired** 119:18
**retrospect** 18:1
**revelation** 10:3
**revenue** 22:13 87:12
  107:6,8,8 108:2
  111:25
**review** 10:21 11:5
  52:20 59:19 69:25
  75:10 109:4
  125:15
**reviewed** 109:24
  110:18
**reviewing** 109:15
**reward** 67:25
**rewarded** 64:5
**richard** 88:24
**rid** 15:6
**right** 13:21,22 41:21

67:12 86:15 88:6
  91:3 116:19
  117:14
**risk** 101:1 118:4
**role** 18:12 106:21
  109:21
**routine** 19:22,24
  57:14 59:25 63:25
  67:15
**routinely** 86:5
**row** 43:10
**rudely** 90:23
**ruiz** 61:25
**run** 48:4,22
**runaround** 60:11
**running** 97:12

─────────
**S**
─────────

**s** 2:1 3:1 4:1 5:10
  130:1
**salaries** 107:24
**sales** 12:22 13:1
  27:3 33:3 112:9,21
**salespeople** 13:2
  88:17 97:13
**samsung** 30:7 37:23
  38:23
**san** 1:3 3:8 4:8 6:10
**sansui** 12:17
**sanyo** 76:25
**sarah** 3:10,11 7:15
  124:24 125:25
**sat** 28:3 65:17
**satori** 60:13
**saturday** 76:11,13
  76:15
**saw** 20:16 42:24
  77:9 88:23 96:16
  99:19
**saying** 62:10 86:19
  114:13
**says** 48:23 96:3
  111:2
**scans** 119:5
**scheme** 27:7
**schiller** 2:3 7:5
**school** 77:1,5

**scmdl** 1:6
**scmld** 6:11
**scottsdale** 84:16
  85:1
**screwing** 30:6
**scrutinize** 41:4
**sears** 30:5 42:18
  83:17 119:3
**season** 64:18
**seated** 28:15
**second** 53:5 54:6
  87:18 88:2 104:7
  108:9 122:7
  126:25 127:8,11
**secret** 81:2 84:2
**section** 40:17 51:5
**see** 17:18 29:14 42:3
  47:17,25 54:8,15
  60:3 63:3,7,8
  71:12,19 73:19
  76:14 80:14 83:6
  83:19 86:24,25
  87:20,22 89:5,9
  90:1 92:6 99:12
  111:2,8 112:5,10
  112:22 113:12,22
  118:24 119:1,6
  125:20
**seen** 119:23,25
**selected** 92:22
**selecting** 46:10
**selfserving** 64:8
**sell** 25:14 26:2,4,5,6
  26:9 31:13,15
  68:24 86:17 87:15
  90:13 94:1 97:7
  99:21 100:1,8
  114:19,23 123:8,9
**selling** 13:2 26:13
  26:14 44:22 57:20
  74:17 81:22 91:7
  95:7 99:18,20
  100:15
**sells** 16:9
**send** 43:17 59:4
  70:22 79:24 84:7
  86:13 109:13

118:11
**sending** 119:14
**sends** 81:4
**senior** 12:22,25
  112:2
**sense** 25:19 30:13
  89:19 93:9 112:17
  114:7
**sent** 52:19 53:14,18
  54:4,24 57:2,14,24
  58:2,19 60:6 62:1
  75:17 78:10,17
  79:10 83:2 119:17
  126:12,15,21
**sentence** 54:10,15
  63:4,7,10 87:20,22
  87:24 88:2,7,13
  89:5,9,11,22 90:2
  90:4,6 111:3,8,14
  111:15 119:8
  121:14 127:11,16
**sentences** 87:20
**sentiment** 19:20
**separate** 33:4
**separately** 10:24
**september** 105:11
**series** 9:9
**served** 41:24
**service** 16:18 91:25
**set** 27:9 51:21
  116:21
**sets** 53:23 55:22
  64:16
**setting** 29:10,13
**settings** 32:17
**seven** 64:4
**severance** 15:9,15
**shame** 31:16
**share** 24:16 33:7
  43:24 45:2,12
  66:22 89:3
**shared** 111:24
**sharing** 20:25
**sharp** 69:3
**sheltered** 29:4
**ship** 55:17
**shipped** 31:14

**shipping** 43:20
**shop** 48:23 54:13,20
  55:8 56:1,7 80:15
  80:18 81:4,5,9
  111:23
**shopped** 80:24
**shopper** 42:17 71:1
  119:14
**shoppers** 56:13,15
**shopping** 19:3 42:2
  45:2,12 47:19,21
  48:5 52:3 56:18
  70:20 79:12 80:21
  80:25 82:16,17,18
  82:20 83:10,15,18
  84:10,13,24 89:7
  91:1,6 119:2
**short** 50:1 60:16
  69:16 81:23
  101:16 115:9
  124:12
**shortage** 53:15,24
**shorten** 94:4
**show** 12:13,14 28:14
  29:13 34:9 37:25
  38:16,18,19,22
  39:4,6,6,7,8 40:9
  40:11 103:14
  108:22 120:3,4
**showed** 50:18
**shown** 60:19
**shows** 33:18 34:17
  35:14 37:20 38:5
  38:14 43:12 79:12
  108:8 110:13
**shrink** 66:23
**shut** 17:17 123:18
  123:19
**shutter** 106:3
**shy** 46:14 86:18
**sic** 6:12 126:17
**side** 82:6 84:14
**sidebyside** 88:20
**signature** 130:19
**significant** 90:14
**similar** 13:17 44:18
  71:14 98:20

**similarly** 35:12
**simplify** 19:2
**single** 116:22
**sit** 16:2 22:24 24:13
  28:2 32:8 57:22
  66:1 68:24 90:11
**sits** 73:18
**sitting** 27:5,10 77:2
**situation** 54:12 68:3
  96:17
**six** 90:10 94:8
**size** 21:18 82:8
  112:8 113:12
**sizeable** 22:1 109:3
**slightly** 71:12
**slip** 97:15
**slippage** 96:24
**small** 21:16 54:1
  93:10 98:8,8
  104:15
**smaller** 21:1 23:7
**smelly** 84:4
**snapshot** 71:21
**socalled** 94:12
  108:11 115:13
**soccer** 43:2
**social** 28:1,7
**soko** 62:9
**sold** 42:20 82:1
  116:15,22 117:1
**sole** 100:4
**solely** 111:5
**somebody** 17:9
  23:20 24:11 30:21
  46:2 60:11 68:1,22
  69:4 82:8 83:1
  92:9 101:3 114:8
  123:3
**somebodys** 77:9
**someplace** 85:9
  123:8
**somewhat** 20:24
**son** 32:9
**sony** 127:15,17,21
  127:24
**sophisticated** 48:1
  83:21

**sore** 64:20
**sorry** 46:22 78:2
  95:16 114:4
  116:16 125:23
**sort** 10:4 15:9 16:3
  28:8 32:18 39:22
  41:14
**sorts** 30:4
**sound** 101:11
  108:12
**sounds** 63:25 92:24
**source** 14:7 47:16
  81:10 108:9 123:2
**sources** 91:2 111:25
**south** 2:6 3:16
**speak** 15:12 122:23
**speaking** 46:23
  124:18
**special** 43:14 88:21
**specialist** 6:14
**specific** 39:23 63:15
  67:21 75:17
  114:18,23
**speculate** 36:1 47:7
  96:12
**speculation** 46:20
  47:3 48:8 73:2
  96:8 97:22 99:8
  105:22
**speculative** 97:24
**spend** 48:25
**spent** 94:22,22
**splintered** 17:5
  122:12
**split** 107:9
**spoke** 15:13 33:11
**sponsored** 28:14
**spots** 38:20
**stacks** 24:19
**stand** 72:10
**stands** 11:25 23:8
  35:22
**started** 21:10 58:11
  72:17,17 77:24
  122:18
**state** 1:21 6:19
  129:6 130:25

**statement** 87:16
  111:11
**states** 1:1
**stating** 119:2
**steer** 88:19
**stenographic** 129:8
**step** 14:17 40:8
  54:18 114:12
  116:11
**stepping** 100:7
**steps** 22:6
**stick** 90:22 101:5
**sticks** 91:8
**sticky** 93:9
**stock** 3:10,11 5:7,15
  7:15,15 97:11
  104:3 124:24,24
  125:8,13 126:5,10
  127:6 128:2
**stopped** 15:14 17:15
  118:18
**store** 47:24,25 48:23
  49:1,11 54:14
  56:18 66:10 71:24
  73:14 74:23 83:4,4
  85:18,20 88:4,9,10
  88:16,17,18 100:6
  119:19 121:25
**stores** 25:12 44:10
  54:20 68:9 70:9,12
  85:11,11 111:7
**story** 30:25
**stotz** 1:19 6:16
  129:4,12
**straight** 90:20
**street** 2:6,15 3:6,16
  42:6,10
**strength** 92:14
**strengths** 113:19
  118:22
**strong** 42:19 93:6
**stronger** 93:8 95:8
**structure** 101:24
**stuck** 123:14
**stuff** 38:3 68:2
  76:12 90:22 123:2
**stupid** 45:24 91:10

**style** 53:11 56:24
  75:25
**subject** 80:14 126:1
  126:16
**subscribed** 130:21
**substance** 80:6
**substantial** 87:21
**subtitle** 113:20
  118:23
**successful** 21:6 38:1
  48:22
**sudden** 43:11 64:15
**suddenly** 26:12
  68:21
**suffering** 30:20
  55:19,19 60:16
**sufficient** 17:13
**suite** 3:7 8:2
**summarize** 81:18
**sunday** 76:14
**super** 33:24 84:2
**supplier** 64:18
**supply** 60:16
**support** 17:13 69:5
  86:14
**supposed** 15:10
  29:20
**sure** 11:25 20:11
  24:7 26:15 30:3
  49:8,17,19 52:14
  53:2 54:23 55:18
  60:17 62:10 63:12
  69:10 78:10 82:25
  90:18 102:25
  107:13 108:13
  124:7 127:3
**surprised** 64:4
**survey** 63:5
**suzanne** 1:19 6:15
  7:22 129:4,12
**swear** 6:22 7:22
**sworn** 8:3 130:21
**sylvie** 4:11 7:9 46:21
  46:24 96:9 124:4
  124:20
**sylviekern** 4:10

**T**

**t** 5:10 129:1,1 130:1
  130:1
**table** 27:9,10 32:8
**tables** 27:9
**tacit** 118:14
**tag** 74:18 77:3
**tagged** 71:10
**take** 14:17 20:19
  22:6 33:5 35:8
  40:8,14,20 41:3
  43:3 49:19 50:8
  52:20 54:18 56:15
  57:18 64:11 69:24
  70:22 75:10 80:23
  81:6 85:10 86:22
  87:18 88:2 89:2
  90:10 99:13
  101:10 107:8,19
  109:3,19 110:24
  112:4,18 114:12
  116:11 118:21
  120:10,17,20
  123:4,6 124:6,8
  125:14
**taken** 50:2 69:17
  101:17 124:13
**talent** 65:20
**talk** 17:9 24:13 28:2
  28:3 35:15 39:1
  45:18 66:2 67:8
  69:6 80:6
**talked** 92:3 94:14
**talking** 30:4 31:5
  67:23 97:16
  110:14
**tangled** 58:24
**tanking** 30:5
**team** 13:2
**telephone** 7:8 9:22
  11:2 58:24
**telephonic** 3:3,13
  4:3
**television** 12:1
  127:25
**televisions** 24:3
**tell** 41:21 46:15 53:2

63:9 74:7 76:24
  88:20 127:4
**telling** 30:24
**ten** 25:22
**tend** 24:18
**tenure** 13:9 46:4
  102:12 110:21
**term** 82:12,14 92:19
  108:12,17 120:2
**terminated** 13:24,25
  15:8 16:23
**termination** 14:13
**terms** 20:17 21:22
  22:11 24:5 51:8
**terrible** 44:8
**testified** 8:4 9:1
**testify** 41:7 57:7
  61:1 62:18 65:2
  79:22 81:12
  120:17
**testifying** 10:12
  15:18,25 51:13
**testimony** 27:19,22
  28:12 33:21 34:13
  38:11 72:15 76:3
  85:3 95:11 112:14
  130:2
**texas** 8:2 42:16 44:3
  44:4,15 70:25 72:8
**thank** 7:21 47:4
  49:21 52:15 59:12
  62:24 69:13 70:16
  75:4 78:12 79:2
  80:5,13 89:21
  123:22 124:21
  128:2,6
**thanksgiving** 87:5
**thats** 16:22 23:23
  25:23,24 40:12,23
  41:6 44:13,13
  45:24 49:18 51:19
  52:5,10 55:24
  59:15 61:22 62:19
  63:11 69:5 74:13
  74:21 75:6,20,22
  77:11,18 78:3 82:5
  85:5 87:24 88:22

88:24 95:22,23,24
96:23 98:20 100:2
104:17,17 108:23
115:16 119:8
120:4,24 124:7
**theme** 51:19
**thereabouts** 102:17
**theres** 15:24 25:6
35:25 49:4 66:22
71:20 80:15 86:24
93:9 97:20 112:20
113:10
**theyll** 26:6 42:2,2
47:24 99:21,25
**theyre** 9:22 23:6,11
23:13 24:14,15
25:22,24 32:19
33:23,24 43:19
44:22 49:9,12
74:21,22 77:2,3
80:23 81:1 86:12
100:8 106:5 110:8
110:9
**theyve** 77:1
**thin** 24:18
**thing** 20:10 22:23
30:24 33:11 66:5
79:10 82:3 98:6
126:14
**things** 13:13 17:4,25
27:7 29:19 92:4
117:12 118:19
**think** 11:21 14:25
16:12,19,24 18:1
21:9,12,16,21
28:24 29:5 30:7,16
32:5 35:8 37:17
38:20 39:5,13
42:21,25 44:2 48:5
48:17 53:4 55:3,7
57:21,25 58:4
64:10,22 65:8
66:24 67:18 70:9
70:13 72:21 73:5
73:10 76:7 84:9
93:7 94:18 99:9
106:24 107:11,15

107:17 108:18
109:14 122:13
126:3
**third** 89:21 94:6,7
119:1
**thirteenth** 2:15
**thomas** 4:14 6:13
**thought** 14:16,23
50:15 57:17 95:1
123:1
**thousand** 26:2,7,13
**thread** 61:24
**three** 8:13,14 42:22
43:9,21 45:20 51:4
51:7 105:6 106:1
125:24 128:11
**threering** 58:17
**thrilled** 20:13 37:14
37:17
**thrown** 56:13 68:15
69:3 100:5
**tiffany** 3:20,21 7:12
**time** 6:2,17 9:19,19
11:11 12:3 16:25
18:9 19:7,16 27:15
28:17,25 39:5
41:23 44:14 45:8
45:22 46:5 48:10
48:20 49:15,22
50:3 53:20 55:5
56:13 65:23 67:10
67:16,20 68:5 69:5
69:14,18 72:1,6
75:22 76:1,7,20,20
76:25 77:16 82:22
82:24 83:9 85:16
85:18 87:14 89:18
90:23 92:13 99:20
101:12,18 102:23
103:3,8 105:8,20
105:20 106:13,13
109:3 110:16
114:24 117:7
119:10,16 120:18
122:7 123:11,23
124:10,14 125:14
126:3 127:22

128:9
**times** 8:12,15,24 9:4
42:13 43:16 44:11
55:12 60:10 76:11
82:20 91:25
**tiny** 21:19
**tired** 84:4
**title** 12:21 13:6,8
84:22
**today** 9:9 10:9,12
11:9 15:18 16:2
29:20 47:9 84:2,3
123:23
**todays** 10:16 11:6
**told** 17:7 31:11
53:24 55:17 61:12
**tomorrow** 84:3
123:6
**tonight** 32:7
**tonnage** 97:2
**top** 19:1 52:18 59:17
62:9 63:3 122:14
126:3
**toshiba** 2:14 7:1
24:4,20 53:23
54:13 60:14 63:6
64:14 73:13 122:8
122:14
**total** 21:17,23 90:15
98:18
**town** 48:24
**trade** 12:13 28:10
28:13 29:13 31:18
33:17 34:9,16
35:14,19 36:7 37:6
37:20 38:5,14 39:5
108:8 113:1,3
**trading** 36:13
**traffic** 49:1
**transcript** 5:19
129:7,20 130:3
**travel** 108:1
**traveling** 85:21
**treated** 16:25
**tremendous** 57:24
**trends** 43:9
**tried** 46:12

**trip** 85:10
**trouble** 53:1 82:2
123:10
**truckload** 22:4
**true** 97:18 100:2,7
129:7 130:3
**trust** 8:20 9:6 91:13
**trusted** 61:7
**truth** 61:12
**try** 19:5,23,24 22:16
56:15 63:2 66:9
99:21,25
**trying** 9:23 22:11
29:2 34:11 58:21
60:10 111:13
112:17 113:24
**tsunghui** 2:22
**tube** 1:5 6:8
**tucked** 100:13
**turn** 51:3 54:6 69:1
**tv** 57:23 83:5
**twenty** 21:10
**twice** 113:4,7,7
**twin** 126:2,17,19
**two** 10:21 34:8
42:22 44:10 69:9
70:8 80:5
**twu** 2:20
**type** 13:17 48:18
60:21 66:17 68:2,6
70:24 71:2 73:7
74:5 76:23 79:10
98:6 126:14
**types** 28:20,22
79:19
**typical** 60:5 98:11
**typically** 60:3

**U**

**ultimate** 127:13
**unable** 53:21,22
**uncommon** 100:18
**understand** 9:10,12
9:16 34:6 61:23
63:23 67:22 73:22
93:15 95:3 111:19
113:6 114:13

**understanding**
34:19 36:6 46:16
47:11 50:20 76:22
95:4 96:14 101:24
103:10 106:17,20
107:4 115:19
121:13,15 122:24
**understands** 73:20
**understood** 11:21
112:14
**unfolded** 31:10
**unfortunately**
103:18
**uniform** 23:15 25:1
**uniformity** 98:5
**unique** 68:3
**united** 1:1
**units** 117:4
**unusual** 60:24 61:6
64:2 84:7
**upcoming** 75:20
**upper** 71:17
**usa** 7:20
**use** 29:21 57:12
65:20 82:12,14
92:22,23 95:21,24
116:2 121:22
**useful** 68:7
**usually** 81:24
118:15

---

**V**

**vague** 47:14 48:7
56:5 61:18 65:16
86:3 98:13 102:1
111:16,17
**valas** 36:12
**valuable** 23:4 33:10
100:4
**value** 23:24 83:25
100:4
**varies** 18:13
**various** 2:5 7:5
38:20 65:20 80:20
**vast** 37:1
**vegas** 37:21
**vendor** 23:5 30:24
30:24 64:15 95:19

95:25 96:3,18 98:9
98:25 99:1,2,6
115:23 116:15,23
117:1 118:5
**vendors** 25:10 61:9
90:9 114:15,18,22
116:12,18
**verdi** 51:1
**versa** 22:20
**versus** 34:8
**vice** 22:20
**vicepresident** 12:22
**video** 1:16 6:14 48:2
6:1 7:7,21 49:21
50:3 69:13,18
101:12,18 124:10
124:14 128:6
**videos** 36:14
**videotaped** 128:8,14
**view** 19:8,14 20:1
35:2,3,15 56:6
121:17 127:22
**viewed** 32:11 112:14
121:18
**vision** 39:7
**volatile** 123:10
**volume** 17:6,21
21:18 23:3,7 90:16
117:3

---

**W**

**w** 8:1
**wait** 62:21
**wake** 74:14
**walk** 47:25 91:9
**walks** 56:21
**walmart** 19:17
68:21 69:3 79:13
80:15,18 81:9,23
82:4,8,13,18,21,22
83:4,12
**wander** 81:17
**want** 9:9 24:7,21
26:3 41:4 47:6
49:7 51:21 66:2
69:1 74:14 83:6

93:10 94:2 95:3
96:11 120:24
126:23
**wanted** 22:17,18
60:17 68:5 117:11
**wants** 68:24
**warehouse** 25:21,23
26:14 122:2,17,19
122:22 123:9,17
123:19
**warehouses** 122:16
**warranties** 16:9,20
**warren** 1:16 6:7
52:18 59:18 128:8
128:14
**washington** 2:16
3:18
**wasnt** 22:19 34:1
36:25 37:4 40:5,5
46:14 60:20 71:3
90:25 95:2
**wasted** 49:5
**watch** 57:23
**way** 9:10 20:11 26:6
31:10 33:4,6 55:19
58:16,25 70:4
94:24 113:16
122:10 125:21
**ways** 20:4 80:20
**weak** 84:5 93:5
**wed** 67:10 90:11
**week** 42:25 71:2
93:4
**weekends** 81:16
**weeks** 33:5 43:10,21
77:18
**welcome** 37:4 66:15
128:4
**went** 39:3 58:18
60:18 67:8 69:3
82:22 85:9 97:4,19
118:13
**weve** 49:14 64:13
101:8
**whats** 16:16 23:2,2
34:19 41:25 47:10
50:13 62:6 63:9,19

64:24 65:10 67:2
71:13 81:2,19 83:7
84:1,3 89:4 90:7
92:5 97:23 107:3
115:4
**whirlpool** 29:2
38:23 66:2
**white** 1:17 2:13 6:5
6:25 7:3
**whitecase** 2:19,20
**whos** 23:9 50:23
70:7 80:25 95:4
**wide** 56:20
**wife** 44:11 76:8
**willey** 85:19
**william** 5:5
**willing** 123:4
**wings** 123:13
**wires** 58:24
**wish** 44:21 88:24
106:7
**wished** 33:7 115:25
**witness** 2:4 6:22
7:23 15:23 19:11
20:4,22 22:9 28:13
29:9,18 30:3,16
31:2,23 32:5,16
33:22 34:14,23
35:7 36:1 37:9,19
39:13,20 40:3,12
40:20,24 41:2,9
44:20 45:5,16
47:15 48:9,20
51:11,16 53:4
54:23 55:11 56:6
56:12 57:6,9 58:5
58:7 59:14,21
65:17 67:5 70:2
72:16 73:3,17,19
75:13 76:4 77:24
78:2 79:5,23 81:13
85:4 86:4 95:12
97:23 98:14 99:9
102:2,8 104:13,19
109:5,5 110:1
111:1 114:7 116:5
120:19 121:2

126:6,8 128:4,13
130:19
**witnesss** 76:3
**woman** 36:11 42:17
70:21
**womans** 71:20
**wondering** 73:24
**wont** 25:22 92:23
**word** 11:20 107:4
115:1 127:7
**work** 10:5 16:8
18:22 25:21 28:4
100:1,23
**worked** 11:17 12:17
37:9 52:6 70:5
86:16 91:4 117:14
**working** 12:15 13:3
69:8,9 76:6 125:21
**works** 81:23 100:24
**world** 39:18
**wouldnt** 26:10 52:2
64:3 97:3
**wrap** 124:9
**write** 48:4 62:9
83:19
**written** 56:24
**wrong** 35:10 74:7,8
74:16
**wrote** 109:5
**wu** 2:22 7:2,2

**X**

**x** 1:4,8 5:1,10

**Y**

**yahoo** 4:10
**yeah** 77:1 97:20
**year** 17:7 72:22
75:18 77:19 87:6
87:10 107:5
115:10 123:20
**years** 44:9 46:3
50:16,17 64:5
65:22 96:14
107:14,15,17
**yesterday** 10:17
**york** 1:18,18,21 2:8

6:6,6 76:11 84:18
129:6
**youd** 26:9
**youll** 42:9
**youre** 29:13 34:7,11
41:17 42:8 43:22
63:24 73:24 74:16
77:6 82:7,9 88:18
94:4,5,11 97:16
100:12,14 114:13
121:7,10 123:14
125:17,19 128:4
**youve** 43:20 51:22
52:21 59:20 60:19
75:11 91:9 94:1
104:12 109:24

**Z**

**0**

**000** 21:22 106:11
**03** 49:22
**04** 124:11
**07cv05944** 1:6 6:11
**08** 1:12 6:3

**1**

**1** 49:24 99:2,5,10
100:6
**10** 49:22 50:4 69:14
69:19
**100** 88:23
**10036** 1:19
**104** 5:15
**11** 50:4 101:13,19
124:15
**1155** 1:17 6:5
**11cv05514** 1:7
**11th** 2:7
**12** 22:2 124:11,15
128:9,15
**120** 102:13
**12207** 2:8
**125** 5:7,16
**1299** 3:17
**130** 100:11
**15** 25:22 40:17 51:4
**16** 112:4,21

**17** 36:25 113:9
128:9,15 129:13
**18** 113:9
**18cubic** 25:2
**19** 75:8 113:18
**1917** 1:6 6:12
**1992** 12:4
**1997** 50:15
**1999** 11:13 12:5
13:5 65:7 102:16
**19cubic** 90:24

**2**

**2** 13:19 21:21,22
50:6 59:18 71:13
71:16 84:23
101:15
**20** 21:9 23:21,23
36:16 43:12 77:18
81:24 82:1 98:17
118:21
**2000** 123:5,21
126:13
**20004** 3:18
**20005** 2:16
**2001** 78:17 79:14
**2002** 75:8
**2003** 31:12
**2004** 44:16 72:10,12
72:18 110:12,14
**2005** 17:16 52:19
53:22 59:18 72:4
105:11 110:12,15
**2006** 11:14 13:21
14:9 16:24 65:7
102:20
**2014** 1:11 6:2 128:7
129:16 130:22
**2017** 129:13
**202** 2:17,18 3:19
**21** 101:13
**210135** 4:7
**2123** 58:18
**2124** 58:19
**2125** 58:18
**22** 78:16
**2215763** 4:9

**23** 108:7
**24** 81:25
**24200** 63:6
**2496** 52:11,14
**2497** 69:23
**2498** 75:7
**25** 1:11 6:2 96:24
98:17 128:7
**27** 81:25
**270** 25:5
**2700** 3:7
**28** 97:9 129:16
**280** 25:3 94:1
**29** 62:2 97:8
**290** 25:4
**299** 127:13
**2andahalfbillion**
14:22
**2billion** 14:21
**2percent** 23:21

**3**

**3** 1:6,7 29:22 52:19
71:13 101:21
110:25
**30** 2:6 3:16 26:3
36:16 72:4 77:10
77:18 93:25
105:11
**31** 101:19
**3243** 120:5
**3244** 40:14 50:9
**3247** 103:18 104:1
**3248** 108:24
**3254** 59:16
**350** 95:21,25 96:17
97:1,4,19 98:10,25
**351** 99:2
**355** 96:3,18 97:1,7
98:10
**360** 97:19
**37** 69:14
**375** 96:25
**399** 93:1 94:2
**3percent** 23:20

**4**

**4** 71:14,25 78:21
  95:8
**400** 88:4,9 95:20
  97:4
**409** 94:2
**415** 3:9 4:9
**41901** 125:16,23
**41971** 125:21
**42** 64:16 69:19
**429** 93:5
**4340600** 2:9
**4394790** 3:9
**45** 23:22
**4730** 5:14 78:20,22
  79:1,3
**4731** 5:15 103:23
  104:2
**4732** 5:16 125:5,6,9
**499** 92:23,24 93:1
  95:12,14,17,25
  96:5,19 97:1,7
  98:12,24 99:5,19
  100:4,15

**5**

**5** 94:3
**50** 42:25 49:5 71:2
  101:5,6 122:14
**500** 21:21 92:24,25
**502** 92:23,24
**50inch** 64:16
**50s** 18:15
**518** 2:9
**52** 64:16
**555** 3:6
**599** 93:1 99:21

**6**

**6** 106:11
**600** 100:14
**60s** 18:15
**6263624** 2:18
**6263696** 2:17
**630** 100:9
**6397766** 3:19
**69** 77:7
**699** 93:1,3,5 99:21

**7**

**70** 51:23,24
**700** 26:4
**701** 2:15
**720** 26:15
**75** 45:16,20
**75039** 8:3
**79** 5:14 77:7
**799** 93:1,3

**8**

**8** 5:6
**800** 21:17 26:14
**899** 93:5

**9**

**9** 1:12 6:3 126:12
**900** 8:2 26:5
**909** 8:2
**94104** 3:8
**94121** 4:8
**99** 77:2,3,7,8 94:2
  95:8