# Exhibit 7

**Marta Cooperative of America**
Account: **30100**
Common Stock Rollforward
Reconciliation as of 8/31/06

| | Stock Cert # | Member # | Member Name | July 2000 Equity | July 2001 Equity | July 2002 Equity | July 2003 Equity | July 2004 Equity | July 2005 Equity | Stock Returned 2005/2006 | Additions 2005/2006 | July 2006 Equity | Date Resigned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Active Members** | | | | | | | | | | |
| 1 | 6 | 210 | WALTER'S HOME APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 2 | 11 | 206 | HOLDA'S APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 3 | 32 | 231 | B & B APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 4 | 37 | 230 | BENNETS | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 5 | 44 | 243 | LAMPHERE FURNITURE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 6 | 46 | 247 | PARKERS APPLILANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 7 | 49 | 241 | WALTON & CO. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 8 | 57 | 253 | HOME APPLIANCE MART | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 9 | 62 | 263 | STEWART APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 10 | 74 | 272 | DUROCHER'S TV & APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 11 | 81 | 207 | HOEFT APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 12 | 88 | 283 | GREEN RIVER | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 13 | 92 | 290 | JERMEL APPLIANCE CO. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 14 | 95 | 289 | SAM'S APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 15 | 100 | 311 | BILL SMITH | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 16 | 104 | 314 | JERSEY JIM TOWERS | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 17 | 115 | 330 | LANGLOIS STORES, INC | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 18 | 144 | 357 | SHEELY'S FURNITURE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 19 | 157 | 377 | CHARLIE WILSON'S APPL | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 20 | 186 | 406 | ARTHUR F. SCHULTZ | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 21 | 190 | 413 | MITTEN'S FURNITURE & APPL | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 22 | 193 | 415 | ACE WASHER SUPPLIES | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 23 | 198 | 399 | NEBRASKA APPLIANCE CTR | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 24 | 202 | 424 | COLDERS, INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 25 | 204 | 425 | VAN VREEDE TV & Appl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 26 | 205 | 421 | JETSON TV & APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 27 | 221 | 438 | APPLIANCE CTR OF TOLEDO | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 28 | 223 | 443 | BITTER NEUMAN APPL | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 29 | 224 | 440 | Midwest Sales and Serivce dba BETTER BUYS | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 30 | 226 | 441 | SILICA HARDWARE, INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 31 | 231 | 254 | REINHART RETAIL GROUP | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 32 | 233 | 452 | NIELSEN'S TIRE & APPL | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 33 | 235 | 447 | ROCKWEILER APPL | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 34 | 236 | 451 | SIDE SUPPLY Rooke Sales | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 35 | 242 | 458 | A-1 APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 36 | 243 | 459 | LA CANASTA FURN | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 37 | 244 | 461 | DANIELS | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 38 | 248 | 464 | ORVILLE'S APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 39 | 251 | 467 | NATIONAL CAMERA EXCH | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 40 | 253 | 468 | BEITER'S INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 41 | 255 | 469 | CASA LINDA FURN. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 42 | 256 | 472 | ROUTZAHN & SONS | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 43 | 260 | 479 | GEORGE LIBERMAN ENTER | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 44 | 263 | 477 | CASA LEADERS H.P. INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 45 | 266 | 478 | CASE LEADERS, INC | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 46 | 274 | 489 | A & B TV | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 47 | 281 | 497 | ED MARLING'S | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 48 | 282 | 498 | HOME APPLIANCE CO., INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 49 | 285 | 501 | L. H. BRUBAKER APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 50 | 289 | 505 | WATERTOWN APPLIANCES | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 51 | | 508 | STAR CLUB | | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 52 | | 511 | PERSINGERS | | | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 53 | | 512 | STEREO SHOP | | | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 54 | | 513 | APPLIANCE SMART | | | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 55 | | 514 | DESEARS | | | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 56 | | 520 | GARRETT ENTERPRISES | | | | | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 57 | | 522 | PROGRESSIVE HOME | | | | | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 58 | | 525 | APPLIANCE DISTRIBUTORS, INC | | | | | | 4,000.00 | | | 4,000.00 | |
| 59 | | 526 | WAYNE'S APPLIANCE T.V. CENTER, INC | | | | | | 4,000.00 | | | 4,000.00 | |
| 60 | | 527 | DIXON'S APPLIANCE & AUDIO CENTER, INC | | | | | | 4,000.00 | | | 4,000.00 | |
| 61 | | 528 | DVDT | | | | | | 4,000.00 | | | 4,000.00 | |
| 62 | | 530 | Thayer Appliance | | | | | | 4,000.00 | | | 4,000.00 | |
| 63 | | 532 | McMahan's Furniture Stores | | | | | | 4,000.00 | | | 4,000.00 | |
| 64 | | 534 | Big Screen Store | | | | | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 65 | | 535 | Long's Electronics | | | | | | 4,000.00 | | | 4,000.00 | |
| 66 | | 536 | HDTV WAREHOUSE | | | | | | 4,000.00 | | | 4,000.00 | |
| 67 | | 537 | Branch Custom Electronics | | | | | | - | | | - | |
| 68 | | 539 | Riester's General Services | | | | | | 4,000.00 | | | 4,000.00 | |
| | | | **Sub-Total - Active Members** | 200,000.00 | 204,000.00 | 220,000.00 | 228,000.00 | 256,000.00 | 268,000.00 | - | - | 268,000.00 | |
| | | | **Inactive Members** | | | | | | | | | | |
| | | | **Members Resigned as of July 2007** | | | | | | | | | | |
| 1 | 187 | 411 | SUN APPLIANCE, INC | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 9/5/2006 |
| 27 | 214 | 431 | APPLIANCE TV DEPOT | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 9/14/2006 |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| | | | | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | - | - | 8,000.00 | |
| | | | **Inactive Members** | | | | | | | | | | |
| | | | **Members Resigned as of July 2006** | | | | | | | | | | |

30100

**Marta Cooperative of America**
Account: **30100**
Common Stock Rollforward
Reconciliation as of 8/31/06

| Stock Cert # | Member # | Member Name | July 2000 Equity | July 2001 Equity | July 2002 Equity | July 2003 Equity | July 2004 Equity | July 2005 Equity | Stock Returned 2005/2006 | Additions 2005/2006 | July 2006 Equity | Date Resigned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 86 | 284 | BRATTON'S APPL MART | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 1/25/2006 |
| 2 | 280 | 496 | GRAND APPLIANCE CO. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 2/15/2006 |
| 3 | 250 | 466 | OLINDE HARDWARE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 2/15/2006 |
| 4 | 163 | 384 | SCHEWEL FURNITURE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 2/15/2006 |
| 5 | 110 | 321 | FURNITURE FAIR | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 3/15/2006 |
| 6 | | 524 | MOUNTAIN HIGH APPLIANCE | | | | | 4,000.00 | 4,000.00 | (4,000.00) | | - | 3/20/2006 |
| 7 | 162 | 335 | Eagle Rents & Sells/CONSUMER TECHNOLOGIES | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 3/30/2006 |
| 8 | 132 | 348 | KARL'S INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 4/4/2006 |
| 9 | 264 | 482 | BRUMMEL'S SALES INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 4/27/2006 |
| 10 | | 510 | South American Trading, Inc. DBA Leaders Van Nuys | | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 5/18/2006 |
| 11 | | 519 | GRAND FURNITURE | | | | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 7/1/2006 |
| 12 | | 531 | Van Drie Furniture Co | | | | | 4,000.00 | 4,000.00 | (4,000.00) | | - | 7/1/2006 |
| 13 | | 518 | THUNDERBALL Express | | | | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | 7/15/2006 |
| 14 | | 540 | A M Royal | | | | | | | (4,000.00) | 4,000.00 | - | 7/31/2006 |
| 15 | 82 | 279 | SCHUENEMANN TV & APPL. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 8/1/2006 |
| 16 | 15 | 215 | GOOD HOUSEKEEPING | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 8/1/2006 |
| 17 | 31 | 229 | GROVE REFRIGERATION | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 8/1/2006 |
| 18 | 234 | 449 | R.W. McDONALD APPL | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 8/1/2006 |
| 19 | 247 | 463 | ALLSHOUSE APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 8/1/2006 |
| 20 | 259 | 474 | W & B APPLIANCE, INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 8/1/2006 |
| 21 | 275 | 490 | A.K. NAHAS, INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 8/1/2006 |
| 22 | | 538 | Griffiths Home Audio | | | | | | 4,000.00 | | | 4,000.00 | 8/1/2006 |
| 23 | 85 | 444 | ROYAL FURNITURE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | 8/1/2006 |
| | | | | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 88,000.00 | (56,000.00) | 4,000.00 | 36,000.00 | |

**Inactive Members**
**Members Resigned as of July 2005**

| Stock Cert # | Member # | Member Name | July 2000 | July 2001 | July 2002 | July 2003 | July 2004 | July 2005 | Stock Returned | Additions | July 2006 | Date Resigned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 114 | 327 | A-One Television dba PAT GOFF'S APPL | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | (4,000.00) | | - | |
| 2 | 207 | 214 | UNITED FURNITURE Out of Group | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | | | | - | |
| 3 | | 517 | SEE WORLD SALELLITES Out of Group | | | | 4,000.00 | 4,000.00 | - | | | - | |
| 4 | | 529 | South Towns Appliance | | | | | 4,000.00 | - | | | - | |
| 5 | 211 | 428 | HAMILTON'S FURNITURE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 6 | 232 | 448 | ED'S WAREHOUSE, INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | | | - | |
| 7 | | 255 | K-M-L SALES | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | | | - | 7/31/2005 |
| 8 | | 521 | U.S. SUPPLY COMPANY | | | | 4,000.00 | 4,000.00 | - | | | - | 7/31/2005 |
| 9 | | 523 | CLIMATIC CORPORATION | | | | | 4,000.00 | - | - | | - | 7/31/2005 |
| 10 | 272 | 487 | BLAKE FURNITURE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | | | - | 7/31/2005 |
| | | | | 20,000.00 | 20,000.00 | 20,000.00 | 28,000.00 | 32,000.00 | 8,000.00 | (4,000.00) | - | 4,000.00 | |

**Inactive Members**
**Members Resigned as of July 2004**

| Stock Cert # | Member # | Member Name | July 2000 | July 2001 | July 2002 | July 2003 | July 2004 | July 2005 | Stock Returned | Additions | July 2006 | Date Resigned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 | 416 | ABC APPLIANCE UTICA | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 2 | 286 | 502 | HERR ELECTRIC | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 3 | 178 | 238 | SCHWEIG-ENGEL | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 4 | 227 | 442 | DIVERSIFIED DISTRIBUTION (formerly H&H Tire) | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 5 | 212 | 429 | THE VILLAGE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 6 | 257 | 324 | ABERDEEN TV & APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 7 | | 533 | Trage Bros., Inc. | | | | | 4,000.00 | - | | | - | |
| 8 | 268 | 484 | BENNIES SALES & SERVICE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 9 | 80 | 277 | LEHMAN ELECTRIC | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | BK |
| 10 | | 507 | ROD KUSH | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 11 | | 516 | RAINBOW | | | | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 12 | 278 | 492 | ALLSTATE APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 13 | 34 | 233 | K - B TV & APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 14 | 290 | 506 | WELBORNE'S | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| | | | | 48,000.00 | 48,000.00 | 48,000.00 | 52,000.00 | 8,000.00 | 4,000.00 | - | - | 4,000.00 | |

**Inactive Members**
**Members Resigned as of July 2003**

| Stock Cert # | Member # | Member Name | July 2000 | July 2001 | July 2002 | July 2003 | July 2004 | July 2005 | Stock Returned | Additions | July 2006 | Date Resigned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 131 | 343 | EDELSTEIN'S | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | | | - | |
| 2 | 97 | 295 | L & W SERVICE | 4,000.00 | 4,000.00 | 4,000.00 | - | - | - | | | - | 4/30/2003 |
| 3 | 270 | 485 | MOORE DISCOUNT | 4,000.00 | 4,000.00 | 4,000.00 | - | - | - | | | - | |
| 4 | 240 | 456 | WHOLESALE APPLIANCE | 4,000.00 | 4,000.00 | 4,000.00 | - | - | - | | | - | 1/31/2003 |
| 5 | 277 | 494 | ELLIS MEARES & SON, INC. | 4,000.00 | 4,000.00 | 4,000.00 | - | - | - | | | - | 1/31/2003 |
| 6 | 170 | 391 | IMPERIAL HRDW | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 7 | 254 | 470 | BOB WALLACE APPL. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 8 | 271 | 475 | WAV ENTERTAINMENT, INC. | 4,000.00 | 4,000.00 | 4,000.00 | - | - | - | | | - | 12/31/2002 |
| 9 | 287 | 503 | MIKE'S VIDEO, INC. | 4,000.00 | 4,000.00 | 4,000.00 | - | - | - | | | - | 12/31/2002 |
| | | | | 36,000.00 | 36,000.00 | 36,000.00 | 12,000.00 | 8,000.00 | 8,000.00 | - | - | 8,000.00 | |

**Members Resigned as of July 2002**

| Stock Cert # | Member # | Member Name | July 2000 | July 2001 | July 2002 | July 2003 | July 2004 | July 2005 | Stock Returned | Additions | July 2006 | Date Resigned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 79 | 275 | KIRSCHMAN'S CO. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 2 | 230 | 446 | FIRST AMERICAN RENTAL | 4,000.00 | 4,000.00 | 4,000.00 | - | - | - | | | - | |
| 3 | 153 | 368 | Inkley Inc. dba RITZ CAMERA CENTERS | 4,000.00 | 4,000.00 | 4,000.00 | - | - | - | | | - | |
| 4 | 73 | 265 | BRUNO APPLIANCE & FURN | 4,000.00 | 4,000.00 | 4,000.00 | - | - | - | | | - | |
| 5 | 213 | 427 | 3-D DISCOUNT | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 6 | 216 | 434 | REESE WAREHOUSE | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 7 | 265 | 481 | O'CALLAGHAN'S INC. | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 8 | 210 | 426 | GODWIN'S INC. | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 9 | 64 | 262 | WILLIAMS TV & APPLIANCE | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 10 | 192 | 408 | REINIER COMPANY | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 11 | 188 | 410 | Nueces County Enterprises dba APPLIANCE MART | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| | | | | 44,000.00 | 44,000.00 | 20,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | - | - | 8,000.00 | |

30100

**Marta Cooperative of America**
Account: **30100**
Common Stock Rollforward
Reconciliation as of 8/31/06

| Stock Cert # | Member # | Member Name | July 2000 Equity | July2001 Equity | July2002 Equity | July2003 Equity | July2004 Equity | July2005 Equity | Stock Returned 2005/2006 | Additions 2005/2006 | July2006 Equity | Date Resigned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Members Resigned as of July 2001** | - | | | | | | | | | |
| 1 | 246 | 462 MAURYS | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 2 | 267 | 483 DEARDEN'S | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 3 | 276 | 491 MUEBLERIA ALVAREZ, INC. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 4 | 261 | 476 BARRETT APPLIANCE | 4,000.00 | - | - | - | - | - | | | - | |
| 5 | 90 | 285 GRIMM TV & APPLIANCE | 4,000.00 | - | - | - | - | - | | | - | |
| 6 | 288 | 504 APPLIANCE CONNECTION | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 7 | 273 | 488 DICK VAN DYKE APPL | 4,000.00 | - | - | - | - | - | | | - | |
| | | | 28,000.00 | 16,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | - | 4,000.00 | |
| | | **Members Resigned as of July 2000** | | | | | | | | | | |
| 1 | 124 | 339 CHARLOTTE APPLIANCE | 4,000.00 | - | - | - | - | - | | | - | |
| 2 | 154 | 369 OLUM'S OF BINGHAMTON | - | - | - | - | - | - | | | - | |
| 3 | 191 | 412 ARONSON FURNITURE CO. | - | - | - | - | - | - | | | - | |
| 4 | 284 | 500 WEST TEXAS UTILITIES CO. | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | 4,000.00 | |
| 5 | 148 | 359 McNAIR'S APPLIANCE | 4,000.00 | - | - | - | - | - | | | - | |
| 6 | 222 | 439 3177/79 RICHMOND CORP. | 4,000.00 | 4,000.00 | - | - | - | - | | | - | |
| 7 | 228 | 227 S.G. & B ROYAL FURNITURE | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | - | | | - | |
| 8 | 229 | 445 E.J. ZELLER, INC. | - | - | - | - | - | - | | | - | |
| 9 | 239 | 455 UNIVERSITY APPLIANCE | 4,000.00 | - | - | - | - | - | | | - | |
| 10 | 283 | 499 YES APPLIANCE | - | - | - | - | - | - | | | - | |
| | | **Sub-Total Inactive Members** | 24,000.00 | 12,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 4,000.00 | - | - | 4,000.00 | |
| | | **Members Resigned as of July 1999** | | | | | | | | | | |
| 1 | 269 | 486 MAIN STREET VIDEO | - | - | - | - | - | - | | | - | |
| 2 | 196 | 417 H&R | - | - | - | - | - | - | | | - | |
| 3 | 99 | 293 HOWELL'S HOME FURN | - | - | - | - | - | - | | | - | |
| 4 | 42 | 236 HARMONY HAVEN | - | - | - | - | - | - | | | - | |
| 5 | 24 | 217 MILWAUKEE TV | - | - | - | - | - | - | | | - | |
| 6 | 172 | 394 Wanek | - | - | - | - | - | - | | | - | |
| 7 | 33 | 232 Bill Fishers | - | - | - | - | - | - | | | - | |
| 8 | | 436 Videoland | - | - | - | - | - | - | | | - | |
| 9 | 245 | 460 Future Shops | - | - | - | - | - | - | | | - | |
| 10 | 262 | 480 El Mundo | - | - | - | - | - | - | | | - | |
| 11 | 59 | 264 Rickbiels | - | - | - | - | - | - | | | - | |
| | | **Sub-Total - Inactive Members** | - | - | - | - | - | - | - | | - | |
| | | **Total Members Equity** | 416,000.00 | 396,000.00 | 372,000.00 | 356,000.00 | 340,000.00 | 392,000.00 | (60,000.00) | 4,000.00 | 336,000.00 | |

30100

## MARTA Cooperative of America, Inc.
## Active Member List for Stock

2006-2007 Dues

| No. | | Active Members | Dues | | 1st Payment | | 2nd payment | 3rd Payment | 4th Payment | Total Received | | Amt Still Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 210 | WALTER'S HOME APPLIANCE | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 2 | 206 | HOLDA'S APPLIANCE | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 3 | 231 | B & B APPLIANCE | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 4 | 230 | BENNETS | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 5 | 243 | LAMPHERE FURNITURE | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 6 | 247 | PARKERS APPLILANCE | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 7 | 241 | WALTON & CO. | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 8 | 253 | HOME APPLIANCE MART | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 9 | 263 | STEWART APPLIANCE | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 10 | 272 | DUROCHER'S TV & APPLIANCE | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 11 | 207 | HOEFT APPLIANCE | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 12 | 283 | GREEN RIVER | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 13 | 290 | JERMEL APPLIANCE CO. | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 14 | 289 | SAM'S APPLIANCE | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 15 | 311 | BILL SMITH | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 16 | 314 | JERSEY JIM TOWERS | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 17 | 330 | LANGLOIS STORES, INC | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 18 | 357 | SHEELY'S FURNITURE | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 19 | 377 | CHARLIE WILSON'S APPL | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 20 | 406 | ARTHUR F. SCHULTZ | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 21 | 411 | SUN APPLIANCE, INC | $ | 500.00 | | 500.00 | | | | $ | 500.00 | $ - |
| 22 | 413 | MITTEN'S FURNITURE & APPL | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 23 | 415 | ACE WASHER SUPPLIES | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 24 | 399 | NEBRASKA APPLIANCE CTR | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 25 | 424 | COLDERS, INC. | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 26 | 425 | VAN VREEDE TV & Appl | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 27 | 421 | JETSON TV & APPLIANCE | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 28 | 431 | APPLIANCE TV DEPOT | Left Group | | $ | - | | | | $ | - | $ - |
| 29 | 438 | APPLIANCE CTR OF TOLEDO | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 30 | 443 | BITTER NEUMAN APPL | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 31 | 440 | Midwest Sales and Serivce dba BETTER BUYS | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 32 | 441 | SILICA HARDWARE, INC. | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 33 | 254 | REINHART RETAIL GROUP | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 34 | 452 | NIELSEN'S TIRE & APPL | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 35 | 447 | ROCKWEILER APPL | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 36 | 451 | SIDE SUPPLY Rooke Sales | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 37 | 458 | A-1 APPLIANCE | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 38 | 459 | LA CANASTA FURN | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 39 | 461 | DANIELS | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ 4,500.00 |
| 40 | 464 | ORVILLE'S APPLIANCE | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |
| 41 | 467 | NATIONAL CAMERA EXCH | $ | 6,000.00 | $ | - | | | | $ | - | $ 6,000.00 |

## MARTA Cooperative of America, Inc.
## Active Member List for Stock

2006-2007 Dues

| No. | | Active Members | Dues | | 1st Payment | | 2nd payment | 3rd Payment | 4th Payment | Total Received | | Amt Still Owed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 468 | BEITER'S INC. | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 43 | 469 | CASA LINDA FURN. | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 44 | 472 | ROUTZAHN & SONS | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 45 | 479 | GEORGE LIBERMAN ENTER | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 46 | 477 | CASA LEADERS H.P. INC. | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 47 | 478 | CASE LEADERS, INC | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 48 | 489 | A & B TV | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 49 | 497 | ED MARLING'S | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 50 | 498 | HOME APPLIANCE CO., INC. | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 51 | 501 | L. H. BRUBAKER APPLIANCE | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 52 | 505 | WATERTOWN APPLIANCES | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 53 | 508 | STAR CLUB | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 54 | 511 | PERSINGERS | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 55 | 512 | STEREO SHOP | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 56 | 513 | APPLIANCE SMART | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 57 | 514 | DESEARS | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 58 | 520 | GARRETT ENTERPRISES | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 59 | 522 | PROGRESSIVE HOME | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 60 | 525 | APPLIANCE DISTRIBUTORS, INC | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 61 | 526 | WAYNE'S APPLIANCE T.V. CENTER, INC | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 62 | 527 | DIXON'S APPLIANCE & AUDIO CENTER, INC | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 63 | 528 | DVDT | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 64 | 530 | Thayer Appliance | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 65 | 532 | McMahan's Furniture Stores | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 66 | 534 | Big Screen Store | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 67 | 535 | Long's Electronics | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| 68 | 536 | HDTV WAREHOUSE | $ | 6,000.00 | $ | - | | | | $ | - | $ | 6,000.00 |
| 69 | 537 | Branch Custom Electronics | $ | 3,000.00 | $ | - | | | | $ | - | $ | 3,000.00 |
| 70 | 539 | Riester's General Services | $ | 6,000.00 | $ | 1,500.00 | | | | $ | 1,500.00 | $ | 4,500.00 |
| | | | $ 405,500.00 | | $ 56,000.00 | | $ - | $ - | $ - | $ 56,000.00 | | $ 349,500.00 | |
| | | | Qtly Amount | | $ 101,375.00 | | $ 101,375.00 | $ 101,375.00 | $ 101,375.00 | 13.81% | | 86.19% | |
| | | | # of Members | | 38 | | 0 | 0 | 0 | | | | |
| | | | % of Members | | 55.07% | | 0.00% | 0.00% | 0.00% | | | | |
| | | | % of Dollars | | 55.24% | | 0.00% | 0.00% | 0.00% | | | | |