
| | |
|---|---|
| 1 | David J. Burman *(pro hac vice)* |
| | Cori G. Moore *(pro hac vice)* |
| 2 | Eric J. Weiss *(pro hac vice)* |
| | Nicholas H. Hesterberg *(pro hac vice)* |
| 3 | Steven D. Merriman *(pro hac vice)* |
| | **PERKINS COIE LLP** |
| 4 | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA  98101-3099 |
| 5 | Telephone:  206.359.8000 |
| | Facsimile:  206.359.9000 |
| 6 | Email:   DBurman@perkinscoie.com |
| | CGMoore@perkinscoie.com |
| 7 | EWeiss@perkinscoie.com |
| | NHesterberg@perkinscoie.com |
| 8 | SMerriman@perkinscoie.com |
| 9 | Joren Ayala-Bass, State Bar No. 208143 |
| | JBass@perkinscoie.com |
| 10 | **PERKINS COIE LLP** |
| | Four Embarcadero Center, Suite 2400 |
| 11 | San Francisco, CA  94111-4131 |
| | Telephone:     415.344.7120 |
| 12 | Facsimile:     415.344.7320 |
| 13 | *Attorneys for Plaintiff* |
| | *Costco Wholesale Corporation* |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| | Individual Case No. 3:11-cv-06397-SC |
| This Document Relates To: | **DECLARATION OF DAVID J. BURMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO HITACHI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND THE STATUTES OF LIMITATIONS** |
| *All Indirect Purchaser Actions* | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC | |
| *Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 3:11-cv-05502-SC | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC; | The Honorable Samuel Conti |

1  *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC
2
3  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC
4
5  *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC;
6
7  *Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC;
8
9  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC
10
11  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;
12  *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,*
13  No. 3:12-cv-02648-SC;
14
15  *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;
16
17  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF DAVID J. BURMAN IN SUPPORT
OF PLTF'S OPP'N TO HITACHI MSJ RE
WITHDRAWAL AND STATUTE OF LIMITATIONS

Case No. 3:07-cv-05944-SC
Individual Case No.: 3:11-cv-06397-SC

I, DAVID J. BURMAN, do testify as follows:

1. I am an attorney at the law firm Perkins Coie LLP, counsel of record for Plaintiff Costco Wholesale Corporation ("Costco") in this action. This declaration is submitted in support of Plaintiffs' Opposition to Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations. The facts set forth here are based on my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of Hitachi, Ltd., which testified through Patrick Barrett on November 4, 2014, in the above captioned matter.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Hitachi, Ltd.'s Responses and Objections to Direct Action Plaintiffs' First Set of Requests for Admission, which were served in the above captioned matter on February 18, 2014.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit A to Costco's Objections and Responses to Hitachi Asia, Ltd.'s Second Set of Interrogatories, which was served in the above captioned matter on July 21, 2014.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the document produced by Hitachi Displays, Ltd., ("HDP") in the above captioned matter, and identified as HDP-CRT00027193, and a certified translation of that document identified as HDP-CRT00027193E.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Lloyd Thomas Heiser, taken on March 18–19, 2014, in the above captioned matter.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the Expert Report of Vandy Howell, Ph.D, dated April 15, 2014 in the above captioned matter.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the deposition of Noboru Toyama, taken on March 11–12, 2014, in the above captioned matter.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00030898, and a certified translation of that document identified as HDP-CRT00030898E.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00052643, and a certified translation of that document identified as HDP-CRT00052643E.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00047882, and a certified translation of that document identified as HDP-CRT00047882E.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the document produced by Samsung SDI Co. Ltd., in the above captioned matter, and identified as SDCRT-0201774, and a certified translation of that document identified as SDCRT-0201774E.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00030863, and a certified translation of that document identified as HDP-CRT00030863E.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the document produced by Chunghwa Picture Tubes, Ltd., ("Chunghwa") in the above captioned matter, and identified as CHU00028424, and a certified translation of that document identified as CHU00028424E.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the document produced by Beijing Matsushita Color CRT Co. Ltd., ("BMCC") in the above captioned matter, and identified as BMCC-CRT000209947, and a certified translation of that document identified as BMCC-CRT000209947E.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the document produced by Chunghwa in the above captioned matter, and identified as CHU00095612, and a certified translation of that document identified as CHU00095612E.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the document produced by Chunghwa in the above captioned matter, and identified as CHU00123502, and a certified translation of that document identified as CHU00123502E.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the document produced by Hitachi Electronic Devices USA, Inc., ("HED(US)") in the above captioned matter, and identified as HEDUS-CRT00001714.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00045426.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00026627, and a certified translation of that document identified as HDP-CRT00026627E.

21. Attached hereto as **Exhibit 20** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00046269, and a certified translation of that document identified as HDP-CRT00046269E.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00033956, and a certified translation of that document identified as HDP-CRT00033956E.

23. Attached hereto as **Exhibit 22** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00033957, and a certified translation of that document identified as HDP-CRT00033957E.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the document produced by HED(US) in the above captioned matter, and identified as HEDUS-CRT00159828.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the document produced by HED(US) in the above captioned matter, and identified as HEDUS-CRT00164421.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the document produced by HED(US) in the above captioned matter, and identified as HEDUS-CRT00164426.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the document produced by HED(US) in the above captioned matter, and identified as HEDUS-CRT00164436.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the document produced by HED(US) in the above captioned matter, and identified as HEDUS-CRT00159824.

1    29. Attached hereto as **Exhibit 28** is a true and correct copy of the document produced
2    by HED(US) in the above captioned matter, and identified as HEDUS-CRT00184595.
3    30. Attached hereto as **Exhibit 29** is a true and correct copy of the document produced
4    by HED(US) in the above captioned matter, and identified as HEDUS-CRT00159829.
5    31. Attached hereto as **Exhibit 30** is a true and correct copy of the document produced
6    by HED(US) in the above captioned matter, and identified as HEDUS-CRT00164462.
7    32. Attached hereto as **Exhibit 31** is a true and correct copy of the document produced
8    by HED(US) in the above captioned matter, and identified as HEDUS-CRT00164429.
9    33. Attached hereto as **Exhibit 32** is a true and correct copy of the document produced
10   by HDP in the above captioned matter, and identified as HDP-CRT00026634, and a certified
11   translation of that document identified as HDP-CRT00026634E.
12   34. Attached hereto as **Exhibit 33** is a true and correct copy of the document produced
13   by HED(US) in the above captioned matter, and identified as HEDUS-CRT00161414.
14   35. Attached hereto as **Exhibit 34** is a true and correct copy of the document produced
15   by HED(US) in the above captioned matter, and identified as HEDUS-CRT00161415.
16   36. Attached hereto as **Exhibit 35** is a true and correct copy of the document available
17   at www.segcl.com.cn/uploads/old/download/11-14/2007-074.pdf., and a certified translation of
18   that document, which were introduced as Exhibit 3801 and 3801E, respectively, during the
19   deposition of Dr. Vandy Howell in the above captioned matter on June 26, 2014.
20   37. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the
21   deposition of Nobuaki Ito, taken on May 22–24, 2013, in the above captioned matter.
22   38. Attached hereto as **Exhibit 37** is a true and correct copy of the document produced
23   by HDP in the above captioned matter, and identified as HDP-CRT00026082, and a certified
24   translation of that document identified as HDP-CRT00026082E.
25   39. Attached hereto as **Exhibit 38** is a true and correct copy of the document produced
26   by HDP in the above captioned matter, and identified as HDP-CRT00026313, and a certified
27   translation of that document identified as HDP-CRT00026313E.
28

40. Attached hereto as **Exhibit 39** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00026086, and a certified translation of that document identified as HDP-CRT00026086E.

41. Attached hereto as **Exhibit 40** is a true and correct copy of the document produced by HDP in the above captioned matter and identified as HDP-CRT00026108, and a certified translation of that document identified as HDP-CRT00026108E.

42. Attached hereto as **Exhibit 41** is a true and correct copy of the Joint Sentencing Memorandum and Plea Agreement in *United States v. Hitachi Displays, Ltd.*, Case No. 3:09-cr-00247-SI, Dkt. 6 (May 17, 2009).

43. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Kenneth G. Elzinga, which was served in the above captioned matter on September 26, 2014.

44. Attached hereto as **Exhibit 43** is a true and correct copy of the document produced by Chunghwa in the above captioned matter, and identified as CHU00028396, and a certified translation of that document identified as CHU00028396E.

45. Attached hereto as **Exhibit 44** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00025646, and a certified translation of that document identified as HDP-CRT00025646E.

46. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts from the deposition of Nobuhiko Kobayashi, taken on May 15–17, 2013, in the above captioned matter.

47. Attached hereto as **Exhibit 46** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00049232, and a certified translation of that document identified as HDP-CRT00049232E.

48. Attached hereto as **Exhibit 47** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00025985, and a certified translation of that document identified as HDP-CRT00025985E.


49. Attached hereto as **Exhibit 48** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00049231, and a certified translation of that document identified as HDP-CRT00049231E.

50. Attached hereto as **Exhibit 49** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00023625, and a certified translation of that document identified as HDP-CRT00023625E.

51. Attached hereto as **Exhibit 50** is a true and correct copy of the document produced by Toshiba Corporation in the above captioned matter, and identified as TSB-CRT00041746, and a certified translation of that document identified as TSB-CRT00041746E.

52. Attached hereto as **Exhibit 51** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00025568, and a certified translation of that document identified as HDP-CRT00025568E.

53. Attached hereto as **Exhibit 52** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00023360, and a certified translation of that document identified as HDP-CRT00023360E.

54. Attached hereto as **Exhibit 53** is a true and correct copy of the document produced by HDP in the above captioned matter, and identified as HDP-CRT00004416, and a certified translation of that document identified as HDP-CRT00004416E.

55. Attached hereto as **Exhibit 54** is a true and correct copy of the document produced by Chunghwa in the above captioned matter, and identified as CHU00047658, and a certified translation of that document identified as CHU00047658E.

56. Attached hereto as **Exhibit 55** is a true and correct copy of excerpts of Hitachi, Ltd.'s Second Supplemental Objections and Responses to Indirect-Purchaser Plaintiffs' First Set of Interrogatories, which were served in the above captioned matter on October 14, 2014.

//

//

//

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed this 23rd day of December, 2014, at Seattle, Washington.

/s/ *David J. Burman*

David J. Burman

DECLARATION OF DAVID J. BURMAN IN SUPPORT
OF PLTF'S OPP'N TO HITACHI MSJ RE
WITHDRAWAL AND STATUTE OF LIMITATIONS

Case No. 3:07-cv-05944-SC
Individual Case No.: 3:11-cv-06397-SC