# EXHIBIT 1

Page 1

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2              SAN FRANCISCO DIVISION
              CASE NO. 3:07-CV-05944-SC
 3               MDL NO. 1917
 4
 5   IN RE: CATHODE RAY TUBE (CRT)
 6   ANTITRUST LITIGATION
 7   _____
 8   This Document Relates to:
 9   ALL ACTIONS
10   _____/
11
12                     Kenny Nachwalter, P.A.
                       201 South Biscayne Boulevard
13                     Suite 1100
                       Miami, Florida 33131
14                     Tuesday, November 4th, 2014
                       12:58 p.m. - 1:45 p.m.
15
16           DEPOSITION OF PATRICK BARRETT
17      as 30(b)(6) representative of Hitachi, Ltd.
18
19          Taken before Beverly Bourlier James,
20   Registered Professional Reporter, Certified Realtime
21   Reporter and Notary Public in and for the State of
22   Florida at Large, pursuant to Notice of Taking
23   Deposition filed in the above-mentioned cause.
24
25
```

```
                                                          Page 2

 1    APPEARANCES:
 2              SAMUEL J. RANDALL, ESQUIRE
                srandall@knpa.com
 3              Kenny Nachwalter, P.A.
                201 South Biscayne Boulevard
 4              Suite 1100
                Miami, Florida 33131
 5              on behalf of Plaintiffs
                Sears Roebuck and Co. and Kmart Corp
 6
 7              VIA TELECONFERENCE:
 8              ELIOT A. ADELSON, ESQUIRE
                eliot.adelson@kirkland.com
 9              Kirkland & Ellis, LLP
                555 California Street
10              San Francisco, California 94104
                on behalf of Hitachi Defendants
11
                BLAISE WARREN, ESQUIRE
12              bwarren@paulweiss.com
                Paul, Weiss, Rifkind, Wharton & Garrison
13              LLP
                2001 K Street, NW
14              Washington, DC 20006-1047
                on behalf of Sharp Defendants
15
                SOFIA ARGUELLO, ESQUIRE
16              sarguello@winston.com
                Winston & Strawn, LLP
17              200 Park Avenue
                New York, New York  10166-4193
18              on behalf of Panasonic Defendants
19
20
21
22
23
24
25
```

Page 7

1    A.    Yes, I am.
2    Q.    And you understand you're giving testimony
3    today on behalf of Hitachi, Ltd.?
4    A.    Yes.
5    Q.    Okay, and you've seen the 30(b)(6)
6    deposition notice?
7    A.    Yes.
8    Q.    Okay.  So I'm going to read you some
9    questions that I've previously submitted to your
10   counsel, okay?
11   A.    Yes.
12   Q.    Between March 1, 1995 and November 30,
13   2007, what was the percentage amount, if any, of
14   Hitachi, Ltd.'s ownership interest in Hitachi
15   America, Ltd.?
16   A.    Hitachi, Ltd. had a 100 percent ownership
17   interest in Hitachi America, Ltd. during this period.
18   Q.    Between March 1, 1995 and November 30,
19   2007, was Hitachi America, Ltd. a wholly owned
20   subsidiary of Hitachi, Ltd.?
21   A.    Yes.
22   Q.    As of today, was Hitachi America, Ltd. a
23   wholly owned subsidiary of Hitachi, Ltd.?
24   A.    Yes.
25   Q.    During the relevant period, did Hitachi,

1    Ltd. have the ability to remove officers or directors
2    at Hitachi America, Ltd.?
3         A.    During the relevant period, Hitachi, Ltd.
4    had the ability to remove Hitachi America, Ltd.'s
5    directors.  Hitachi, Ltd. did not have the ability to
6    remove officers of Hitachi America, Ltd.
7         Q.    During the relevant period, did Hitachi,
8    Ltd. have the ability to appoint officers or
9    directors at Hitachi America, Ltd.?
10        A.    During the relevant period, Hitachi, Ltd.
11   had the ability to elect Hitachi America, Ltd.'s
12   directors.  Hitachi, Ltd. did not have the ability to
13   appoint officers of Hitachi America, Ltd.
14        Q.    During the relevant period, did Hitachi,
15   Ltd. have the ability to hire employees at Hitachi
16   America, Ltd.?
17        A.    No.
18        Q.    During the relevant period, did Hitachi,
19   Ltd. have the ability to fire employees at Hitachi
20   America, Ltd.?
21        A.    No.
22        Q.    Between April 1, 1999 and March 31, 2006,
23   did Hitachi America, Ltd. have a division called the
24   Home Electronics Division?
25        A.    Yes.

Page 22

1    during the relevant period did HHTA sell CRT
2    televisions, that answer is, upon information and
3    belief, no.
4        Q.    Okay.  Thank you.
5              During the relevant period, did Hitachi
6    High-Technologies America, Inc. manufacture CRT
7    computer monitors?
8        A.    No.
9        Q.    In what countries, if any, did Hitachi
10   High-Technologies America, Inc. sell CRT products?
11       A.    Upon information and belief, there are
12   none.
13       Q.    In what countries, if any, did Hitachi
14   High-Technologies America manufacture CRT products?
15       A.    Hitachi High-Technologies America did not
16   manufacture CRT products.
17       Q.    When, if ever, is Hitachi, Ltd. first
18   maintain an ownership interest in Hitachi Displays,
19   Ltd.?
20       A.    Hitachi, Ltd. first obtained an ownership
21   interest in Hitachi Displays, Ltd. upon its formation
22   on October 1, 2002.
23       Q.    Between October 1, 2002 and November 30,
24   2007, what was the percentage amount, if any, of
25   Hitachi, Ltd.'s ownership interest in Hitachi

1   Displays, Ltd.?
2       A.      From October 1, 2002 to November 30, 2007,
3   Hitachi, Ltd. had a 100 percent ownership interest in
4   Hitachi Displays, Ltd.
5       Q.      Between October 1, 2002 and November 30,
6   2007, was Hitachi Displays, Ltd. a wholly owned
7   subsidiary of Hitachi, Ltd.?
8       A.      Yes.
9       Q.      Between December 1, 2007 and today, has
10  Hitachi Displays, Ltd. remained a wholly owned
11  subsidiary of Hitachi, Ltd.?
12      A.      No.
13      Q.      During the relevant period did Hitachi,
14  Ltd. have the ability to remove officers or directors
15  at Hitachi Displays, Ltd.?
16      A.      After the formation of Hitachi Displays,
17  Ltd. on October 1, 2002 and before the end of the
18  relevant period, Hitachi, Ltd. had the ability to
19  remove Hitachi Displays, Ltd.'s directors.  Hitachi,
20  Ltd. did not have the ability to appoint Hitachi
21  Displays, Ltd.'s officers during the relevant period.
22      Q.      During the relevant period, did Hitachi,
23  Ltd. have the ability to appoint officers or
24  directors at Hitachi Displays, Ltd.?
25      A.      After the formation of Hitachi Displays,

Page 24

1    Ltd. on October 1, 2002 and before the end of the
2    relevant period, Hitachi, Ltd. had the ability to
3    appoint Hitachi Displays, Ltd.'s directors.  Hitachi,
4    Ltd. did not have the ability to appoint Hitachi
5    Displays, Ltd.'s officers.
6        Q.    During the relevant period, did Hitachi,
7    Ltd. have the ability to hire employees at Hitachi
8    Displays, Ltd.?
9        A.    No.
10       Q.    During the relevant period, did Hitachi,
11   Ltd. have the ability to fire employees at Hitachi
12   Displays, Ltd.?
13       A.    No.
14       Q.    Between January 1, 1995 and December 31,
15   2007, what was the percentage amount, if any, of
16   Hitachi America, Ltd.'s ownership share in Hitachi
17   Electronic Devices (USA), Inc.?
18       A.    Hitachi America, Ltd. had a 100 percent
19   ownership interest in Hitachi Electronic Devices
20   (USA), Inc. during the period.
21       Q.    During the relevant period, was Hitachi
22   Electronic Devices (USA), Inc. a wholly owned
23   subsidiary of Hitachi America, Ltd.?
24       A.    Yes.
25       Q.    During the relevant period, did Hitachi,

1   Electronic Devices (USA), Inc. to increase or
2   decrease prices for the CRTs sold by Hitachi
3   Electronic Devices (USA), Inc.?
4        A.    No.
5        Q.    During the relevant period, did Hitachi
6   Displays, Ltd. have the ability to determine or
7   modify budgetary decisions made by Hitachi Electronic
8   Devices (USA), Inc.?
9        A.    No.
10       Q.    Between January 1, 1995 and September 30,
11  2002, what was the percentage amount, if any, of
12  Hitachi, Ltd.'s ownership share in Shenzhen SEG
13  Hitachi Color Display Devices, Ltd.?
14       A.    Hitachi, Ltd. had a 25 percent ownership
15  share in Shenzhen SEG Hitachi Color Display Devices,
16  Ltd. from January 1, 1995 to September 30, 2002.
17       Q.    Between October 1, 2002 and November 7,
18  2007, what was the percentage amount, if any, of
19  Hitachi, Ltd.'s ownership share in Shenzhen SEG
20  Hitachi Color Display Devices, Ltd.?
21       A.    Hitachi, Ltd. had no ownership share of
22  Shenzhen SEG Hitachi Color Display Devices, Ltd. from
23  October 1, 2002 to November 7, 2007.
24       Q.    Between October 1, 2002 and November 7,
25  2007, what was the percentage amount, if any, of

Page 27

1    Ltd. have the ability to direct Hitachi Electronic
2    Devices (USA), Inc. to increase or decrease
3    production quantity levels for the CRTs manufactured
4    by Hitachi Electronic Devices (USA), Inc.?
5         A.    No.
6         Q.    During the relevant period, did Hitachi,
7    Ltd. have the ability to direct Hitachi Electronic
8    Devices (USA), Inc. to increase or decrease prices
9    for the CRTs sold by Hitachi Electronic Devices
10   (USA), Inc.?
11        A.    No.
12        Q.    During the relevant period, did Hitachi,
13   Ltd. have the ability to determine or modify
14   budgetary decisions made by Hitachi Electronic
15   Devices (USA), Inc.?
16        A.    No.
17        Q.    During the relevant period, did Hitachi
18   Displays, Ltd. have the ability to direct Hitachi
19   Electronic Devices (USA), Inc. to increase or
20   decrease production quantity levels for the CRTs
21   manufactured by Hitachi Electronic Devices (USA),
22   Inc.?
23        A.    No.
24        Q.    During the relevant period, did Hitachi
25   Displays, Ltd. have the ability to direct Hitachi

Page 26

1  directors at Hitachi Electronic Devices (USA), Inc.?
2       A.    During the relevant period, Hitachi
3  America, Ltd. had the ability to elect Hitachi
4  Electronic Devices (USA), Inc.'s directors.  Hitachi
5  America, Ltd. did not have the ability to appoint
6  Hitachi Electronic Devices (USA), Inc.'s officers.
7       Q.    During the relevant period, did Hitachi
8  America, Ltd. have the ability to hire employees at
9  Hitachi Electronic Devices (USA), Inc.?
10      A.    No.
11      Q.    During the relevant period, did Hitachi
12 America, Ltd. have the ability to fire employees at
13 Hitachi Electronic Devices (USA), Inc.?
14      A.    No.
15      Q.    During the relevant period, did Hitachi
16 Electronic Devices (USA), Inc. manufacture CRTs?
17      A.    Hitachi Electronic Devices (USA), Inc.
18 manufactured CPTs from January 1, 1995 to April 2002.
19 It never manufactured CDTs.
20      Q.    During the relevant period, did Hitachi
21 Electronic Devices (USA), Inc. sell CRTs?
22      A.    Hitachi Electronic Devices (USA), Inc.
23 sold CPTs from January 1, 1995 to March 20, 2003 and
24 CDTs from November 1998 to August 28, 2000.
25      Q.    During the relevant period, did Hitachi,

Page 25

1   Ltd. have the ability to remove officers or directors
2   at Hitachi Electronic Devices (USA), Inc.?
3       A.   No.
4       Q.   During the relevant period, did Hitachi,
5   Ltd. have the ability to appoint officers or
6   directors at Hitachi Electronic Devices (USA), Inc.?
7       A.   No.
8       Q.   During the relevant period, did Hitachi,
9   Ltd. have the ability to hire employees at Hitachi
10  Electronic Devices (USA), Inc.?
11      A.   No.
12      Q.   During the relevant period, did Hitachi,
13  Ltd. have the ability to fire employees at Hitachi
14  Electronic Devices (USA), Inc.?
15      A.   No.
16      Q.   During the relevant period, did Hitachi
17  America, Ltd. have the ability to remove officers or
18  directors at Hitachi Electronic Devices (USA), Inc.?
19      A.   During the relevant period, Hitachi
20  America, Ltd. had the ability to remove Hitachi
21  Electronic Devices (USA), Inc.'s directors.  Hitachi
22  America, Ltd. did not have the ability to remove
23  Hitachi Electronic Devices (USA), Inc.'s officers.
24      Q.   During the relevant period, did Hitachi
25  America, Ltd. have the ability to appoint officers or

Page 24

1  Ltd. on October 1, 2002 and before the end of the
2  relevant period, Hitachi, Ltd. had the ability to
3  appoint Hitachi Displays, Ltd.'s directors.  Hitachi,
4  Ltd. did not have the ability to appoint Hitachi
5  Displays, Ltd.'s officers.
6      Q.    During the relevant period, did Hitachi,
7  Ltd. have the ability to hire employees at Hitachi
8  Displays, Ltd.?
9      A.    No.
10     Q.    During the relevant period, did Hitachi,
11 Ltd. have the ability to fire employees at Hitachi
12 Displays, Ltd.?
13     A.    No.
14     Q.    Between January 1, 1995 and December 31,
15 2007, what was the percentage amount, if any, of
16 Hitachi America, Ltd.'s ownership share in Hitachi
17 Electronic Devices (USA), Inc.?
18     A.    Hitachi America, Ltd. had a 100 percent
19 ownership interest in Hitachi Electronic Devices
20 (USA), Inc. during the period.
21     Q.    During the relevant period, was Hitachi
22 Electronic Devices (USA), Inc. a wholly owned
23 subsidiary of Hitachi America, Ltd.?
24     A.    Yes.
25     Q.    During the relevant period, did Hitachi,

Page 23

1   Displays, Ltd.?
2        A.     From October 1, 2002 to November 30, 2007,
3   Hitachi, Ltd. had a 100 percent ownership interest in
4   Hitachi Displays, Ltd.
5        Q.     Between October 1, 2002 and November 30,
6   2007, was Hitachi Displays, Ltd. a wholly owned
7   subsidiary of Hitachi, Ltd.?
8        A.     Yes.
9        Q.     Between December 1, 2007 and today, has
10  Hitachi Displays, Ltd. remained a wholly owned
11  subsidiary of Hitachi, Ltd.?
12       A.     No.
13       Q.     During the relevant period did Hitachi,
14  Ltd. have the ability to remove officers or directors
15  at Hitachi Displays, Ltd.?
16       A.     After the formation of Hitachi Displays,
17  Ltd. on October 1, 2002 and before the end of the
18  relevant period, Hitachi, Ltd. had the ability to
19  remove Hitachi Displays, Ltd.'s directors.  Hitachi,
20  Ltd. did not have the ability to appoint Hitachi
21  Displays, Ltd.'s officers during the relevant period.
22       Q.     During the relevant period, did Hitachi,
23  Ltd. have the ability to appoint officers or
24  directors at Hitachi Displays, Ltd.?
25       A.     After the formation of Hitachi Displays,

```
 1    during the relevant period did HHTA sell CRT
 2    televisions, that answer is, upon information and
 3    belief, no.
 4         Q.    Okay.  Thank you.
 5               During the relevant period, did Hitachi
 6    High-Technologies America, Inc. manufacture CRT
 7    computer monitors?
 8         A.    No.
 9         Q.    In what countries, if any, did Hitachi
10    High-Technologies America, Inc. sell CRT products?
11         A.    Upon information and belief, there are
12    none.
13         Q.    In what countries, if any, did Hitachi
14    High-Technologies America manufacture CRT products?
15         A.    Hitachi High-Technologies America did not
16    manufacture CRT products.
17         Q.    When, if ever, is Hitachi, Ltd. first
18    maintain an ownership interest in Hitachi Displays,
19    Ltd.?
20         A.    Hitachi, Ltd. first obtained an ownership
21    interest in Hitachi Displays, Ltd. upon its formation
22    on October 1, 2002.
23         Q.    Between October 1, 2002 and November 30,
24    2007, what was the percentage amount, if any, of
25    Hitachi, Ltd.'s ownership interest in Hitachi
```

```
 1    High-Technologies America, Inc. during the relevant
 2    period, but Hitachi High-Technologies Corporation did
 3    not have the ability to appoint officers at Hitachi
 4    High-Technologies America, Inc.
 5         Q.    During the relevant period, did Hitachi
 6    High-Technologies Corporation have the ability to
 7    hire employees at Hitachi High-Technologies America,
 8    Inc.?
 9         A.    No.
10         Q.    During the relevant period, did Hitachi
11    High-Technologies Corporation have the ability to
12    fire employees at Hitachi High-Technologies America,
13    Inc.?
14         A.    No.
15         Q.    During the relevant period, did Hitachi
16    High-Technologies America, Inc. sell CRT televisions?
17         A.    No.
18         Q.    During the relevant period, did Hitachi
19    High-Technologies America, Inc. manufacture CRT
20    televisions?
21         A.    No.
22         Q.    During the relevant period, did Hitachi
23    High-Technologies America sell CRT computer monitors?
24         A.    Upon information and belief, no.
25               Can I take one step back?  When you asked
```

Page 20

1   A.   No.
2   Q.   During the relevant period, did Hitachi,
3   Ltd. have the ability to hire employees at Hitachi
4   High-Technologies America, Inc.?
5   A.   No.
6   Q.   During the relevant period, did Hitachi,
7   Ltd. have the ability to fire employees at Hitachi
8   High-Technologies America, Inc.?
9   A.   No.
10  Q.   During the relevant period, did Hitachi
11  High-Technologies Corporation have the ability to
12  remove officers or directors at Hitachi
13  High-Technologies America, Inc.?
14  A.   Hitachi High-Technologies Corporation had
15  the ability to remove directors at Hitachi
16  High-Technologies America during the relevant period.
17  Hitachi High-Technologies Corporation did not have
18  the ability to remove officers at Hitachi
19  High-Technologies America, Inc.
20  Q.   During the relevant period, did Hitachi
21  High-Technologies Corporation have the ability to
22  appoint officers or directors at Hitachi
23  High-Technologies America, Inc.?
24  A.   Hitachi High-Technologies Corporation had
25  the ability to appoint directors at Hitachi

1   Paul & Weiss on behalf of the Sharp Plaintiffs.
2           MR. ADELSON:  Eliot Adelson from Kirkland
3   & Ellis on behalf of the Hitachi Defendants.
4           MS. ARGUELLO:  Sofia Arguello from Winston
5   & Strawn on behalf on behalf of Panasonic
6   Defendants.
7           MR. ADELSON:  Before we conclude, can we
8   take a 2-minute break and then come back?
9           MR. RANDALL:  Sure.
10          MR. ADELSON:  Thanks.  I'm going to put
11  you on mute.
12          (Off the record.)
13          MR. ADELSON:  We need to amend the answer
14  to question 97.  Question 97 was between
15  January 1, 1995 and November 7, 2007, did Hitachi,
16  Ltd. have the ability to remove officers or
17  directors at Shenzhen SEG Hitachi Color Display
18  Devices, Ltd.  The answer that was given was "no,"
19  but we have an amended answer to that.
20          THE WITNESS:  I apologize because the "no"
21  was for only part of the period.
22          MR. RANDALL:  I have 97 is appoint and 96
23  is remove.
24          MR. ADELSON:  I'm sorry?
25          MR. RANDALL:  I have 96 as removal of

Page 36

1    officers and then 97 is appointment of officers,
2    so we are doing appointment of officers?
3          MR. ADELSON:  This is for the removal of
4    officers.
5          MR. RANDALL:  Okay.
6          MR. ADELSON:  You didn't use numbers
7    throughout, so the question that I just read,
8    which is about the removal of officers and
9    directors between '95 and 2007.
10         THE WITNESS:  I answered "no."  "No" is
11   only accurate for part of the period.
12         From January 1, 1995 to September 30,
13   2002, as a minority shareholder, Hitachi, Ltd. had
14   the ability to remove three of the seven members
15   of Shenzhen SEG Hitachi Color Display Devices,
16   Ltd.'s board of directors.
17         From October 1, 2002 through November 7,
18   2007, Hitachi, Ltd. did not have the ability to
19   remove any members of Shenzhen SEG Hitachi Color
20   Display Devices, Ltd.'s board of directors.
21         I apologize for the oversight.
22         MR. RANDALL:  Okay.
23         MR. ADELSON:  We would like to order a
24   rough unless you can get the final done today or
25   tomorrow.