# EXHIBIT 35

Stock Name: *ST SEG, *ST SEG B   Stock Code: 000058, 200058,          Notice Number: 2007-074

# Shenzhen SEG Co. Ltd.
# Notice of Shenzhen Yuanzhi Investment Co. Ltd. Acquiring Hitachi Display Ltd.'s 25% Equity Share of Shenzhen SEG Hitachi Color Display Device Co. Ltd.

> The company and directors guarantee the content of this notice is true, accurate, and complete, with no false records, misleading statements or major omissions.

## 1. Transaction Summary

We (Shenzhen SEG Co. Ltd.) indirectly control 54.93% of Shenzhen SEG Hitachi Color Display Device Co. Ltd. (hereafter referred to as "SEG Hitachi"), whose Japanese shareholder, Hitachi Display, signed the "Agreement to transfer shares of Shenzhen SEG Hitachi Color Display Device" with Shenzhen Yuanzhi Investment Co. Ltd. (hereafter referred to as "Shenzhen Yuanzhi") in Shenzhen on November 8, 2007. Hitachi Display agreed to transfer its ownership of the 25% share of SEG Hitachi to Shenzhen Yuanzhi.

## 2. Parties of the Transaction

Seller: Hitachi Display Co. Ltd., whose registered address is 3300 Hayano, Mobara-shi, Chiba-ken, Japan; Legal Representative: Imoto Yoshiyuki

Buyer: Shenzhen Yuanzhi Investment Co. Ltd., whose registered address is 4009 Shennan Dadao, Investment Plaza, Floor 16, Unit C1, Futian District, Shenzhen. Legal Representative: Guo, Yuanxian; Registered Capital: 1 billion RMB; Scope of Business: investment and related asset management.

The controlling shareholder of Shenzhen Yuanzhi is Shenzhen Municipal Investment Holding Co. Ltd. (who owns 100% of Shenzhen Yuanzhi equity), and the actual controlling party is the State Asset Monitoring and Management Committee of the Shenzhen Municipal Government.

## 3. Summary of the Transaction Subject

SEG Hitachi, whose 75% of shares are controlled by our subsidiary, Shenzhen SEG Zhongdian Color Display Co. Ltd., was founded in May 1989 with registered capital USD $113 million; Legal Representative: Wang Chu; Company registered address: 5001 Huanggang Road, Futian District, Shenzhen; Scope of Business: primarily design, manufacture and sales of 21" and 34" color picture tubes.

The subject of this stock transaction is the 25% share of SEG Hitachi owned by Hitachi Display Co. Ltd.

## 4. Transaction Price

Both parties agreed after negotiations to set the target share transfer price as RMB 175 million (written out: renminbi one hundred seventy-five million).

Stock Name: *ST SEG, *ST SEG B    Stock Code: 000058, 200058,                    Notice Number: 2007-074

## 5. The Impact of the Transaction on us

Because we have disclosed on October 10, 2007 the notice of our subsidiary, Shenzhen SEG Zhongdian Color Display Co. Ltd.'s planned transfer of its shares of SEG Hitachi, in *Securities Times*, *China Securities Journal*, and Hong Kong's *Wen Wei Po*, our board of directors has agreed to let SEG Zhongdian waive the option to purchase the shares involved in this transaction. This transaction has no impact on our operating performance.

## 6. Documents Referenced

1. "The Agreement to transfer shares of Shenzhen SEG Hitachi Color Display Device" between Hitachi Display Co. Ltd. and Shenzhen Yuanzhi Investment Co. Ltd.
2. Shenzhen SEG Co. Ltd.'s Board of Directors Resolution on SEG Zhongdian waiving its priority purchasing right.

This is hereby noticed.

Shenzhen SEG Co. Ltd.

**Board of Directors**

**November 8, 2007**



STATE of NEW YORK    )
                     )  ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, *"Notice 2007-074"* originally written in *Chinese* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: June 25, 2014

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
25th day of June,
2014.

*[signature]*
Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

**Your legal translation partner**

New York, NY | Washington, DC | Houston, TX | San Francisco, CA
Hong Kong

Exhibit 3801E
Wit Howell
Date 1-26-14
Leslie Rockwood CSR RPR

股票简称：*ST 赛格、*ST 赛格 B     股票代码：000058、200058     公告编号： 2007—074

# 深圳赛格股份有限公司
## 关于深圳市远致投资有限公司收购
## 株式会社日立显示器所持有的深圳赛格日立彩色显示器件有限公司 25％股权的公告

> 本公司及董事保证公告内容的真实、准确、完整，没有虚假记载、误导性陈述或者重大遗漏。

一、交易概述

本公司间接控股 54.93％的深圳赛格日立彩色显示器件有限公司（以下简称"赛格日立"），其日方股东株式会社日立显示器于 2007 年 11 月 8 日在深圳市与深圳市远致投资有限公司（以下简称"远致投资"）签署了《关于深圳赛格日立彩色显示器件有限公司股权转让协议》，株式会社日立显示器将所持有的赛格日立 25％的股权转让给远致投资。

二、交易双方概述

转让方：株式会社日立显示器，注册地址为日本国千叶县茂原市早野 3300 番地；法定代表人：井本义之。

受让方：深圳市远致投资有限公司，注册地址为深圳市福田区深南大道 4009 号投资大厦 16 楼 C1；法定代表人：郭元先；注册资本：100,000 万元人民币；经营范围：从事投资及其相关的资产管理。远致投资控股股东为深圳市投资控股有限公司（持有远致投资 100％的股权），实际控制人为深圳市人民政府国有资产监督管理委员会。

三、交易标的基本情况

本公司的投资企业深圳市赛格中电彩色显示器件有限公司控股 75％的赛格日立成立于 1989 年 5 月，注册资本 11,300 万美元；法定代表人：王楚；公司注册地址：深圳市福田区皇岗路 5001 号；经营范围：主要从事 21"彩管和 34"彩管的设计、生产与销售。

本次股权转让的交易标的为株式会社日立显示器持有的赛格日立 25％的股权。

## 四、转让价格

交易双方经协商，一致同意目标股权转让价格为人民币 17,500 万元（大写：人民币壹亿柒仟伍佰万元整）。

## 五、此次股权转让对本公司的影响

鉴于本公司已于 2007 年 10 月 10 日在《证券时报》、《中国证券报》和香港《文汇报》上披露了本公司控股子公司深圳市赛格中电彩色显示器件有限公司拟对所持有的赛格日立的股权进行转让的公告，因此针对本次股权转让本公司董事会同意赛格中电放弃优先认购权的请求。此次股权转让对本公司的经营业绩无影响。

## 六、备查文件

1、株式会社日立显示器与深圳市远致投资有限公司《关于深圳赛格日立彩色显示器件有限公司股权转让协议》

2、深圳赛格股份有限公司关于赛格中电公司放弃优先认购权的董事会决议。


特此公告。


深圳赛格股份有限公司

董 事 会

二〇〇七年十一月八日