# EXHIBIT 36
# FILED UNDER SEAL

# EXHIBIT 37
# FILED UNDER SEAL

# EXHIBIT 38
# FILED UNDER SEAL

# EXHIBIT 39
# FILED UNDER SEAL

# EXHIBIT 40
# FILED UNDER SEAL