# EXHIBIT 42
# FILED UNDER SEAL

# EXHIBIT 43
# FILED UNDER SEAL

# EXHIBIT 44
# FILED UNDER SEAL

# EXHIBIT 45
# FILED UNDER SEAL

# EXHIBIT 46
# FILED UNDER SEAL

# EXHIBIT 47
# FILED UNDER SEAL

# EXHIBIT 48
# FILED UNDER SEAL

# EXHIBIT 49
# FILED UNDER SEAL

# EXHIBIT 50
# FILED UNDER SEAL

# EXHIBIT 51
# FILED UNDER SEAL

# EXHIBIT 52
# FILED UNDER SEAL

# EXHIBIT 53
# FILED UNDER SEAL

# EXHIBIT 54
# FILED UNDER SEAL

# EXHIBIT 55
# FILED UNDER SEAL