1   Robert W. Turken
    Scott N. Wagner
2   Mitchell E. Widom
    BILZIN SUMBERG BAENA PRICE &
3   AXELROD LLP
    1450 Brickell Avenue, Suite 2300
4   Miami, Florida 33131-3456
    Telephone:  305-374-7580
5   Facsimile:  305-374-7593
    E-mail:  rturken@bilzin.com; swagner@bilzin.com;
6            mwidom@bilzin.com
7
    Stuart H. Singer
8   BOIES, SCHILLER, & FLEXNER LLP
    401 East Las Olas Boulevard, Suite 1200
9   Fort Lauderdale, Florida 33301
    Telephone: (954) 356-0011
10  Facsimile: (954) 356-0022
    E-mail:  ssinger@bsfllp.com
11
12  *Counsel for Plaintiffs Tech Data Corporation
    and Tech Data Product Management, Inc.*
13  [Additional counsel listed on signature page.]
14
                **UNITED STATES DISTRICT COURT**
15              **NORTHERN DISTRICT OF CALIFORNIA**
                  **(SAN FRANCISCO DIVISION)**
16

17  In re: CATHODE RAY TUBE (CRT)
    ANTITRUST LITIGATION                         Master File No.  07-cv-5944-SC (N.D. Cal)
18
                                                 MDL No. 1917
19  _____
    This Document Relates to:
20                                               **DIRECT ACTION PLAINTIFFS'**
    *Best Buy Co., Inc., et al. v. Technicolor SA,*  **ADMINISTRATIVE MOTION TO**
    *et al.*, No. 13-cv-05264;                    **FILE DOCUMENTS UNDER SEAL**
21                                               **PURSUANT TO LOCAL RULES 7-11**
    *Electrograph Systems, Inc., et al. v.*       **AND 79-5**
22  *Technicolor SA, et al.,* No. 13-cv-06325;
                                                 Before the Honorable Samuel Conti
23  *Interbond Corporation of America v.*
    *Mitsubishi Electric & Electronics USA,*
24  *Inc., et al.,* No. 13-cv-05727;
25  *Office Depot, Inc. v. Technicolor SA, et al.,*
    No. 13-cv-81174;
26
27
28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-06327;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-02037;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-2171;

*Tech Data Corp., et al. v. Hitachi, Ltd.*, et al., No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

DAPS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)

1    Pursuant to Civil Local Rules 7-11 and 79-5, the Direct Action Plaintiffs (the "DAPs")

2  respectfully submit this Administrative Motion to File Documents Under Seal ("Motion") and

3  request an order permitting the DAPs to file under seal their Opposition to Defendant Mitsubishi

4  Electric Corporation's Motion For Summary Judgment Based Upon Absence Of Evidence Of

5  Liability ("Opposition"), as well as entire Exhibits 3-20 and 21-29 ("Designated Exhibits"),

6  attached to the Declaration of Scott N. Wagner in Support of the Opposition.

7    The DAPs request that the Opposition and the entireties of the Designated Exhibits be

8  filed under seal pursuant to Civil Local Rule 79-5(d).  Specifically, the Opposition and the

9  Designated Exhibits refer, contain, and/or reflect excerpts of documents and testimony that have

10  been designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective

11  Order entered on June 18, 2008 by Judge Samuel Conti in *In re Cathode Ray Tube (CRT)*

12  *Antitrust Litigation*, Case No. 07-5944-SC (MDL No. 1917), in the United States District Court

13  for the Northern District of California, San Francisco Division ("*CRT Antitrust MDL*").  The

14  Stipulated Protective Order is document number 306 on the Court's docket in the *CRT Antitrust*

15  *MDL*.  The confidential/highly confidential designations have been made by certain of the

16  defendants in the *CRT Antitrust MDL*.  To qualify under the Stipulated Protective Order as

17  "confidential" or "highly confidential," the information must contain trade secrets or other

18  confidential research, development or commercial information or other private or competitively

19  sensitive information. (Stipulated Protective Order at ¶1).

20    DAPs are filing under seal unredacted versions of the Opposition and Designated

21  Exhibits.  The DAPs submit this Motion as the parties wishing to file documents referencing,

22  containing, or analyzing, in whole or in part, the documents described above.  The DAPs attach

23  hereto the Declaration of Scott N. Wagner in support of this Motion.  Contemporaneous with

24  filing this Motion, Tech Data gives notice to the Defendants in the *CRT Antitrust MDL* of this

25  Motion and of the Opposition and Designated Exhibits to be filed in this case.

26    Accordingly, Tech Data respectfully requests that the Court grant this Administrative

27  Motion to File Documents Under Seal.

28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

DAPS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL          1          MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1   Dated:  December 23, 2014          Respectfully Submitted,

2                                      /s/Scott N. Wagner
                                       ROBERT W. TURKEN
3                                      SCOTT N. WAGNER
                                       MITCHELL E. WIDOM
4                                      BILZIN SUMBERG BAENA PRICE &
                                       AXELROD LLP
5                                      1450 Brickell Ave., Suite 2300
                                       Miami, Florida 33131-3456
6                                      Telephone:  (305) 374-7580
                                       Facsimile:  (305) 374-7593
7                                      E-mail:        rturken@bilzin.com
                                                      swagner@bilzin.com
8                                                     mwidom@bilzin.com

9
                                       s/  Philip J. Iovieno
10

11                                     Philip J. Iovieno
                                       Anne M. Nardacci
12                                     BOIES, SCHILLER & FLEXNER LLP
                                       30 South Pearl Street, 11th Floor
13                                     Albany, NY  12207
                                       Telephone:  (518) 434-0600
14                                     Facsimile:  (518) 434-0665
                                       Email:  piovieno@bsfllp.com
15                                     anardacci@bsfllp.com

16                                     William A. Isaacson
17                                     BOIES, SCHILLER & FLEXNER LLP
                                       5301 Wisconsin Ave. NW, Suite 800
18                                     Washington, D.C.  20015
                                       Telephone:  (202) 237-2727
19                                     Facsimile:  (202) 237-6131
                                       Email:  wisaacson@bsfllp.com
20

21                                     Stuart Singer
                                       BOIES, SCHILLER & FLEXNER LLP
22                                     401 East Las Olas Blvd., Suite 1200
                                       Fort Lauderdale, FL 33301
23                                     Telephone:  (954) 356-0011
                                       Facsimile:  (954) 356-0022
24                                     Email:  ssinger@bsfllp.com

25
                                       *Liaison Counsel for Direct Action Plaintiffs and*
26                                     *Attorneys for Plaintiffs Electrograph Systems,*
                                       *Inc., Electrograph Technologies, Corp., Office*
27                                     *Depot, Inc., Compucom Systems, Inc., Interbond*
                                       *Corporation of America, P.C. Richard & Son*
28                                     *Long Island Corporation, MARTA Cooperative of*
                                       *America, Inc., ABC Appliance, Inc., Schultze*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1    *Agency Services LLC on behalf of Tweeter Opco,*
     *LLC and  Tweeter Newco, LLC and Tech Data*
2    *Corporation and Tech Data Product*
     *Management, Inc.*
3

4

     /s/  *Michael P. Kenny*
5    Michael P. Kenny (admitted *pro hac vice*)
     Debra D. Bernstein (admitted *pro hac vice*)
6    Matthew D. Kent (admitted *pro hac vice*)
     Elizabeth Helmer (admitted *pro hac vice*)
7    ALSTON & BIRD LLP
     1201 West Peachtree Street
8    Atlanta, Georgia 30309-3424
     Telephone:  (404)-881-7000
9    Facsimile:  (404)-881-7777
     Email:  mike.kenny@alston.com
10           debra.bernstein@alston.com
             matthew.kent@alston.com
11           elizabeth.helmer@alston.com

12   James M. Wagstaffe, Esq. (SBN 95535)
     KERR & WAGSTAFFE LLP
13   101 Mission Street, 18th Floor
     San Francisco, California  94105-1576
14   Telephone:  (415)-371-8500
     Facsimile:  (415)371-0500
15   Email:  wagstaffe@kerrwagstaffe.com

16   *Counsel For Plaintiffs Dell Inc. and*
     *Dell Products L.P.*
17
     /s/  *David Martinez*
18
     Roman M. Silberfeld
19   David Martinez
     Jill S. Casselman
20   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
     2049 Century Park East, Suite 3400
21   Los Angeles, CA  90067-3208
     Telephone:  (310) 552-0130
22   Facsimile:  (310) 229-5800
     Email:  rmsilberfeld@rkmc.com
23   dmartinez@rkmc.com
     jscasselman@rkmc.com
24
     Elliot S. Kaplan
25   K. Craig Wildfang
     Laura E. Nelson
26   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
     800 LaSalle Avenue
27   2800 LaSalle Plaza
     Minneapolis, MN 55402
28   Telephone:  (612) 349-8500
     Facsimile:  (612) 339-4181
     Email:  eskaplan@rkmc.com

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1    kcwildfang@rkmc.com
     lenelson@rkmc.com

2    *Counsel For Plaintiffs Best Buy Co., Inc., Best*
3    *Buy Purchasing LLC, Best Buy Enterprise*
     *Services, Inc., Best Buy Stores, L.P., Bestbuy.com,*
4    *L.L.C., and Magnolia Hi-Fi, Inc.*

5    /s/  *William J. Blechman*

6    Richard Alan Arnold
     William J. Blechman
7    Kevin J. Murray
     KENNY NACHWALTER, P.A.
8    201 S. Biscayne Blvd., Suite 1100
     Miami, FL 33131
9    Tel:    305-373-1000
     Fax:    305-372-1861
10   Email:  rarnold@knpa.com
      wblechman@knpa.com
11    kmurray@knpa.com

12   *Counsel for Plaintiff Sears, Roebuck and Co. and*
13   *Kmart Corp.*

14   /s/  *Kenneth S. Marks*

15   H. Lee Godfrey
     Kenneth S. Marks
16   Jonathan J. Ross
     Johnny W. Carter
17   David M. Peterson
     SUSMAN GODFREY L.L.P.
18   1000 Louisiana Street, Suite 5100
     Houston, Texas 77002
19   Telephone:  (713) 651-9366
     Facsimile:  (713) 654-6666
20   Email:  lgodfrey@sumangodfrey.com
     kmarks@susmangodfrey.com
21   jross@susmangodfrey.com
     jcarter@susmangodfrey.com
22   dpeterson@susmangodfrey.com

23   Parker C. Folse III
     Rachel S. Black
24   Jordan Connors
     SUSMAN GODFREY L.L.P.
25   1201 Third Avenue, Suite 3800
     Seattle, Washington 98101-3000
26   Telephone:  (206) 516-3880
     Facsimile:  (206) 516-3883
27   Email:  pfolse@susmangodfrey.com
     rblack@susmangodfrey.com
28   jconnors@susmangodfrey.com

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/  *Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-443-5582
Facsimile:   213-622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:   202-628-5116
E-mail:  jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*


/s/  *Cori G. Moore*

David J. Burman (pro hac vice)
Cori G. Moore (pro hac vice)
Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg (pro hac vice)
Steven D. Merriman (pro hac vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206)359-8000
Facsimile:   (206)359-9000
Email:  DBurman@perkinscoie.com
CGMoore@perkinsncoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415)344-7120
Facsimile:   (415)344-7320
Email:  JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

**CERTIFICATE OF SERVICE**

  The undersigned counsel hereby certifies that a true and correct copy of the foregoing

document was electronically served upon the parties and counsel of record through the Court's

ECF system on December 23, 2014.

/s/Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28