Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; swagner@bilzin.com;
         mwidom@bilzin.com;

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*
[Additional counsel listed on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No.  13-CV-00157-SC |
| | Master File No. 07-cv-5944-SC (N.D. Cal) |
| This Document Relates to: | MDL No. 1917 |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | **[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-06325; | |
| *Interbond Corporation of America v. Mitsubishi Electric & Electronics USA, Inc., et al.,* No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-81174; | |

1  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-06327;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-02037;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-2171;

*Tech Data Corp., et al. v. Hitachi, Ltd.*, et al., No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

## [PROPOSED] ORDER

This matter comes before the Court on Direct Action Plaintiffs' December 23, 2014 Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 ("Motion to Seal"). Having considered the Motion to Seal, the Declaration of Scott N. Wagner in support thereof, and any additional declarations subsequently filed in support, and good cause appearing therefore:

The Court hereby GRANTS the Motion to Seal and orders that the following are properly sealable and shall be sealed:

| | |
|---|---|
| 1<br>2<br>3 | DAP's Opposition to Defendant Mitsubishi Electric Corporation's Motion For Summary Judgment Based Upon Absence Of Evidence Of Liability ("Opposition") |
| 4<br>5 | Exhibit 3 to the Declaration of Scott N. Wagner in Support of Tech Data's Opposition ("Wagner Declaration") |
| 6 | Exhibit 4 to the Wagner Declaration |
| 7 | Exhibit 5 to the Wagner Declaration |
| 8 | Exhibit 6 to the Wagner Declaration |
| 9 | Exhibit 7 to the Wagner Declaration |
| 10 | Exhibit 8 to the Wagner Declaration |
| 11 | Exhibit 9 to the Wagner Declaration |
| 12 | Exhibit 10 to the Wagner Declaration |
| 13 | Exhibit 11 to the Wagner Declaration |
| 14 | Exhibit12 to the Wagner Declaration |
| 15 | Exhibit 13 to the Wagner Declaration |
| 16 | Exhibit 14 to the Wagner Declaration |
| 17 | Exhibit 15 to the Wagner Declaration |
| 18 | Exhibit 16 to the Wagner Declaration |
| 19 | Exhibit 17 to the Wagner Declaration |
| 20 | Exhibit 18 to the Wagner Declaration |
| 21 | Exhibit 19 to the Wagner Declaration |
| 22 | Exhibit 20 to the Wagner Declaration |
| 23 | Exhibit 22 to the Wagner Declaration |
| 24 | Exhibit 23 to the Wagner Declaration |
| 25 | Exhibit 24 to the Wagner Declaration |
| 26 | Exhibit 25 to the Wagner Declaration |
| 27 | |
| 28 | Exhibit 26 to the Wagner Declaration |

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

| |
|---|
| Exhibit 27 to the Wagner Declaration |
| Exhibit 28 to the Wagner Declaration |
| Exhibit 29 to the Wagner Declaration |

IT IS SO ORDERED.

DATED: _____     _____
                                    HONORABLE SAMUEL CONTI
                                    United States District Court Judge

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

PROPOSED ORDER GRANTING TECH
DATA'S MOTION TO SEAL                           MASTER FILE NO. 07-MD-5944 SC (N.D. CAL.)