1  Robert W. Turken
   Scott N. Wagner
2  Mitchell E. Widom
   BILZIN SUMBERG BAENA PRICE &
3  AXELROD LLP
4  1450 Brickell Avenue, Suite 2300
   Miami, Florida 33131-3456
5  Telephone:      305-374-7580
   Facsimile:      305-374-7593
6  E-mail:         rturken@bilzin.com; swagner@bilzin.com;
                   mwidom@bilzin.com
7
8  Stuart H. Singer
   BOIES, SCHILLER, & FLEXNER LLP
9  401 East Las Olas Boulevard, Suite 1200
   Fort Lauderdale, Florida 33301
10 Telephone:      (954) 356-0011
   Facsimile:      (954) 356-0022
11 E-mail:         ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*
[Additional counsel listed on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-SC (N.D. Cal) |
| This Document Relates to: | MDL No. 1917 |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | **DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANT MITSUBISHI ELECTRIC CORPORATION'S MOTION FOR SUMMARY JUDGMENT BASED UPON ABSENCE OF EVIDENCE OF LIABILITY** |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-06325; | |
| *Interbond Corporation of America v. Mitsubishi Electric & Electronics USA, Inc., et al.,* No. 13-cv-05727; | Judge: Hon. Samuel Conti
Court: Courtroom No. 1, 17th Floor |
| *Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-81174; | Date: February 6, 2015
Time: 10:00 a.m. |

1  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-06327;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-02037;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-2171;

*Tech Data Corp., et al. v. Hitachi, Ltd.*, et al., No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

**DOCUMENT FILED UNDER SEAL**

Bilzin Sumberg Baena Axelrod & Price LLP
1450 Brickell Avenue
Miami, Florida 33131

# DOCUMENT FILED UNDER SEAL

DAPS' OPPOSITION TO MITSUBISHI ELECTRIC'S
MOTION FOR SUMMARY JUDGMENT                                    MASTER FILE NO. 07-CV-05944 SC (N.D. CAL.)