David J. Burman *(pro hac vice)*
Cori G. Moore *(pro hac vice)*
Eric J. Weiss *(pro hac vice)*
Nicholas H. Hesterberg *(pro hac vice)*
Steven D. Merriman *(pro hac vice)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  DBurman@perkinscoie.com
        CGMoore@perkinscoie.com
        EWeiss@perkinscoie.com
        NHesterberg@perkinscoie.com
        SMerriman@perkinscoie.com

Joren Ayala-Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7120
Facsimile:  415.344.7320
Email:  JBass@perkinscoie.com

*Attorneys for Plaintiff
Costco Wholesale Corporation*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:11-cv-06397-SC |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>The Honorable Samuel Conti |

1  *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;
2  
3  *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC
4  
5  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC
6  
7  *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC;
8  
9  *Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC;
10 
11 *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC
12 *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;
13 
14 *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;
15 
16 *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;
17 
18 *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC
19 
20
21
22
23
24
25
26
27
28

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

Case No. 3:07-cv-05944-SC
Individual Case No.: 3:11-cv-06397-SC

**I.      REQUEST TO SEAL DOCUMENTS**

Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs, by and through their undersigned counsel, hereby move the Court for leave to file the following documents, or portions thereof, under seal:

- Plaintiffs' Opposition to Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statute of Limitations; and
- Exhibits 2-34, 36-40, and 42-55 to the Declaration of David Burman in Support of Plaintiffs' Opposition to Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statute of Limitations.

This motion is supported by the Declaration of David Burman in Support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rule 7-11 and 79-5(d). Plaintiffs file this administrative motion in order to comply with the Protective Order governing this action (Dkt. No. 306, filed June 18, 2008) and the applicable Local Rules.

**II.      AUTHORITY**

Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of documents that contain material that is "privileged or protectable as a trade secret or otherwise entitled to protection under law." Civ. L. R. 79-5 (a)-(c). This Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order . . . "

Plaintiffs seek to file the above-referenced documents under seal in compliance with Local Rule 79-5(d), because the documents contain either: (1) material designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly Confidential"; or (b) analysis or,

1  references to, or information taken directly from material designated by a Defendant pursuant to a
2  Protective Order as "Confidential" or "Highly Confidential." *See* Civil Local Rule 79-5.
3        Plaintiffs file this Motion in good faith in order to comply with the Protective Order
4  governing this action and the applicable Local Rules.  Because certain defendants contend that the
5  material they have designated is confidential in nature, it is their burden to establish that the
6  designated information is sealable.  Civil L. R. 79-S(d); *see Kamakana v. City of Honolulu,* 447
7  F.3d 1172, 1178-1180 (9th Cir. 2006).  To meet this burden, defendants must make a
8  "particularized showing of good cause" and show a "compelling reason" to justify the sealing of
9  motions and papers filed with the court.  *See Foltz v. State Farm Mutual Auto. Ins. Co.,* 331 F.3d
10 1122, 1138 (9th Cir. 2002) (reversing the lower court's sealing of records because there was no
11 "compelling reason to justify sealing" under the protective order).  As the Ninth Circuit has
12 stated, the "hazard of stipulated protective orders" is that they "often contain provisions that
13 purport to put the entire litigation under lock and key without regard to the actual requirements of
14 Rule 26(c)." *Kamakana,* 447 F.3d at 1193.  Plaintiffs leave it to this Court's discretion to
15 determine whether defendants have met this burden and whether the above material should
16 therefore be filed under seal.
17       Thus, Plaintiffs submit this administrative motion pursuant to the Protective Order and
18 Civil Local Rule 79-5, and hereby notify defendants of their burden to establish that the
19 designated material is sealable.
20       DATED: December 23, 2014

/s/  David J. Burman

David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206)359-8000
Facsimile:  (206)359-9000
Email:  DBurman@perkinscoie.com
        CGMoore@perkinsncoie.com
        EWeiss@perkinscoie.com

PLAINTIFFS' ADMINISTRATIVE
MOTION TO SEAL
-2-
Case No. 3:07-cv-05944-SC
Individual Case No.: 3:11-cv-06397-SC

NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren Ayala-Bass, Bar No. 208143
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415)344-7120
Facsimile:  (415)344-7320
Email:  JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*


/s/  *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:   piovieno@bsfllp.com
         anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | /s/  *Mario N. Alioto*                                          |
| 3   | Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESSCOTT LLP |
| 4   | 2280 Union Street<br>San Francisco, CA 94123                    |
| 5   | Telephone:  415-563-7200<br>Facsimile:  415-346-0679            |
| 6   | Email:  malioto@tatp.com<br>    laurenrussell@tatp.com          |
| 7   |                                                                 |
| 8   | *Lead Counsel for Indirect Purchaser Plaintiffs*                |
| 9   | /s/  *Scott N. Wagner*                                          |
| 10  | Robert W. Turken                                                |
| 11  | Scott N. Wagner<br>Mitchell E. Widom                            |
| 12  | BILZIN SUMBERG MAENA PRICE &<br>AXELROD   LLP                   |
| 13  | 1450 Brickell Ave, Suite 2300<br>Miami, FL  33131-3456          |
| 14  | Tel:     305-374-7580<br>Fax:    305-374-7593                   |
| 15  | Email:  rturken@bilzin.com<br>    swagner@bilzin.com<br>    mwidom@bilzin.com |
| 16  |                                                                 |
| 17  | *Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.* |
| 18  |                                                                 |
| 19  | /s/  *David Martinez*                                           |
| 20  | Roman M. Silberfeld<br>Bernice Conn                             |
| 21  | David Martinez<br>Jill S. Casselman                             |
| 22  | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400 |
| 23  | Los Angeles, CA  90067-3208<br>Telephone:  (310) 552-0130       |
| 24  | Facsimile:   (310) 229-5800<br>Email:  rmsilberfeld@rkmc.com    |
| 25  |     dmartinez@rkmc.com<br>    jscasselman@rkmc.com              |
| 26  |                                                                 |
| 27  |                                                                 |
| 28  |                                                                 |

|   |   |
|---|---|
| 1 | Elliot S. Kaplan |
| 2 | K. Craig Wildfang<br>Laura E. Nelson |
| 3 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue |
| 4 | 2800 LaSalle Plaza<br>Minneapolis, MN 55402 |
| 5 | Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181 |
| 6 | Email: eskaplan@rkmc.com<br>        kcwildfang@rkmc.com |
| 7 |         lenelson@rkmc.com |

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

/s/  William J. Blechman

Richard Alan Arnold (*pro hac vice*)
William J. Blechman (*pro hac vice*)
Kevin J. Murray (*pro hac vice*)
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL  33131
Tel:    305-373-1000
Fax:    305-372-1861
Email:   rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

/s/  Kenneth S. Marks

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
        jross@susmangodfrey.com
        jcarter@susmangodfrey.com
        dpeterson@susmangodfrey.com

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Parker C. Folse III |
| | Rachel S. Black |
| 4 | Jordan Connors |
| | SUSMAN GODFREY L.L.P. |
| 5 | 1201 Third Avenue, Suite 3800 |
| | Seattle, Washington  98101-3000 |
| 6 | Telephone:  (206) 516-3880 |
| | Facsimile:   (206) 516-3883 |
| 7 | Email:  pfolse@susmangodfrey.com |
| | rblack@susmangodfrey.com |
| 8 | jconnors@susmangodfrey.com |
| 9 | |
| | *Counsel for Plaintiff Alfred H. Siegel, as Trustee of* |
| 10 | *the Circuit City Stores, Inc. Liquidating Trust* |
| 11 | |
| 12 | /s/ Jerome A. Murphy |
| 13 | |
| | Jerome A. Murphy (*pro hac vice)* |
| 14 | Matthew J. McBurney (*pro hac vice*) |
| | Astor H.L. Heaven *(pro hac vice)* |
| 15 | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue, N.W. |
| 16 | Washington, D.C. 20004 |
| | Telephone: 202-624-2500 |
| 17 | Facsimile:  202-628-5116 |
| | E-mail:  jmurphy@crowell.com |
| 18 | mmcburney@crowell.com |
| | aheaven@crowell.com |
| 19 | |
| | Jason C. Murray (CA Bar No. 169806) |
| 20 | Robert B. McNary (CA Bar No. 253745) |
| | CROWELL & MORING LLP |
| 21 | 515 South Flower St., 40th Floor |
| | Los Angeles, CA  90071 |
| 22 | Telephone:  213-443-5582 |
| | Facsimile:  213-622-2690 |
| 23 | Email:   jmurray@crowell.com |
| | rmcnary@crowell.com |
| 24 | |
| 25 | *Counsel for Target Corp.* |
| 26 | |
| 27 | |
| 28 | |

PLAINTIFFS' ADMINISTRATIVE                                -6-                                Case No. 3:07-cv-05944-SC
MOTION TO SEAL                                                                                    Individual Case No.: 3:11-cv-06397-SC

## ATTESTATION

I, David J. Burman , do hereby declare pursuant to Civ. L.R. 5-1(i)(3) that concurrence in the filing of the foregoing document has been obtained from the attorneys listed as signatories above on this 23rd day of December, 2014.

/s/ *David J. Burman*
David J. Burman