1  David J. Burman *(pro hac vice)*
   Cori G. Moore *(pro hac vice)*
2  Eric J. Weiss *(pro hac vice)*
   Nicholas H. Hesterberg *(pro hac vice)*
3  Steven D. Merriman *(pro hac vice)*
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
5  Telephone:  206.359.8000
   Facsimile:  206.359.9000
6  Email:    DBurman@perkinscoie.com
             CGMoore@perkinscoie.com
7            EWeiss@perkinscoie.com
             NHesterberg@perkinscoie.com
8            SMerriman@perkinscoie.com

9  Joren Ayala-Bass, State Bar No. 208143
   JBass@perkinscoie.com
10 **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
11 San Francisco, CA  94111-4131
   Telephone:  415.344.7120
12 Facsimile:  415.344.7320
   Email:    JBass@perkinscoie.com
13
   *Attorneys for Plaintiff*
14 *Costco Wholesale Corporation*

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

| 20 | IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC |
|---|---|---|
| 21 | | MDL No. 1917 |
| 22 | This Document Relates to: | Individual Case No. 3:11-cv-06397-SC |
| 23 | *All Indirect Purchaser Actions* | **DECLARATION OF DAVID J. BURMAN IN SUPPORT OF PLAINTIFFS'** |
| 24 | *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO** |
| 25 | | **CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| 26 | *Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 3:11-cv-05502-SC | The Honorable Samuel Conti |
| 27 | | |
| 28 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC; | |

| | |
|---|---|
| 1 | *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC |
| 2 | |
| 3 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC |
| 4 | |
| 5 | *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC; |
| 6 | |
| 7 | *Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC; |
| 8 | |
| 9 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC |
| 10 | *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC; |
| 11 | |
| 12 | *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC; |
| 13 | |
| 14 | *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC; |
| 15 | |
| 16 | |
| 17 | *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

I, DAVID J. BURMAN, do testify as follows:

1. I am an attorney at the law firm Perkins Coie LLP, counsel of record for Plaintiff Costco Wholesale Corporation ("Costco") in this action. This declaration is submitted in support of Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (the "Motion to Seal").

2. On June 18, 2008, the Court approved a Stipulated Protective Order (Dkt. No. 306) ("Protective Order") in this matter.

3. Defendants and other parties to this litigation have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

4. On December 23, 2014, in conjunction with the filing of this declaration, Plaintiffs will file the Motion to Seal, seeking an order to seal the following documents, pursuant to Civil Local Rules 7-11 and 79-5(d):

- Plaintiffs' Opposition to Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statute of Limitations; and
- Exhibits 2-34, 36-40, and 42-55 to the Declaration of David Burman in Support of Plaintiffs' Opposition to Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statute of Limitations.

5. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, the designated portions of the above-referenced documents and redacted portions thereof contain either: (1) material designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly Confidential"; or (b) analysis or, references to, or information taken directly from material designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly Confidential."

/ / /

/ / /

/ / /

6.     Plaintiffs filed the above-referenced documents in good faith under seal pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December, 2014, at Seattle, Washington.

/s/ *David J. Burman*
David J. Burman