1
2
3
4

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com

5
6
7
8
9

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

10

*Liaison Counsel for the Direct Action Plaintiffs*

11
12

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-md-05944-SC |

14

MDL No. 1917

15
16

This Document Relates To:

ALL INDIRECT PURCHASER ACTIONS

17

*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

18
19

*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

20
21

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

22

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

23
24

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

25
26

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

27
28

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

**DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF DIRECT ACTION PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS**

1 *Target Corp. v. Technicolor SA, et al.*, No.
2 13-cv-05686;

3 *Sears, Roebuck & Co., et al. v. Chunghwa
  Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
4
  *Sears, Roebuck & Co., et al. v. Technicolor
5 SA, et al.*, No. 13-cv-05262;

6 *Interbond Corp. of Am. v. Hitachi, Ltd., et
  al.*, No. 11-cv-06275;
7
  *Interbond Corp. of Am. v. Technicolor SA,
8 et al.*, No. 13-cv-05727;

9
  *Office Depot, Inc. v. Hitachi, Ltd., et al.*,
10 No. 11-cv-06276;

11 *Office Depot, Inc. v. Technicolor SA, et al.*,
   No. 13-cv-05726;
12
13 *CompuCom Systems, Inc. v. Hitachi, Ltd., et
   al.*, No. 11-cv-06396;
14
15 *Costco Wholesale Corp. v. Hitachi, Ltd., et
   al.*, No. 11-cv-06397;
16
   *Costco Wholesale Corp. v. Technicolor SA,
17 et al.*, No. 13-cv-05723;

18 *P.C. Richard & Son Long Island Corp., et
   al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;
19
20 *P.C. Richard & Son Long Island Corp., et
   al. v. Technicolor SA, et al.*, No. 13-cv-
21 05725;

22 *Schultze Agency Servs., LLC v. Hitachi,
   Ltd., et al.*, No. 12-cv-02649;
23
24 *Schultze Agency Servs., LLC v. Technicolor
   SA, et al.*, No. 13-cv-05668;
25
   *Tech Data Corp., et al. v. Hitachi, Ltd., et
26 al.*, No. 13-cv-00157;

27 *Viewsonic Corp. v. Chunghwa Picture
   Tubes, Ltd., et al.*, No. 14-cv-02510;
28

DECLARATION OF PHILIP J. IOVIENO
IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL

Master File No. 3:07-md-05944-SC

*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171.

I, **PHILIP J. IOVIENO**, declare as follows:

1.      I am a partner at the law firm of Boies, Schiller & Flexner LLP, liaison counsel for Direct Action Plaintiffs ("DAPs"), and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts recited in this declaration and, if called upon to do so, I would competently testify under oath thereto.

2.      I submit this Declaration in support of DAPs' and Indirect Purchasers Plaintiffs' ("IPPs") (collectively, "Plaintiffs") motion to file portions of the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5(d):

- Direct Action Plaintiffs' and Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds ("Opposition")

- Exhibits 1-9 and Exhibits 11-30 to the Declaration of Philip J. Iovieno in Support of the Opposition ("Iovieno Declaration")

- Julie French Declaration in Support of Direct Action Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA ("French Declaration")

3.      Plaintiffs' Opposition, Exhibits 1-9 and Exhibits 11-30 to the Iovieno Declaration, and the French Declaration in this case contain excerpts from and/or statements derived from documents and testimony which have been designated "confidential" or "highly confidential" pursuant to the Stipulated Protective Order governing this litigation [Dkt. 306, June 18, 2008] ("Stipulated Protective Order").  The confidential/highly confidential designations were made by certain defendants in this litigation.  To qualify as confidential or highly confidential under the Stipulated Protective Order, information must contain trade secrets or other confidential research, development or commercial information or private or competitively sensitive information.

1   Stipulated Protective Order at ¶ 1.

2        4.      The Stipulated Protective Order requires that a party may not file any confidential

3   material in the public record.  Stipulated Protective Order at ¶ 10.  The Stipulated Protective

4   Order further provides that any party seeking to file any confidential material under seal must

5   comply with Civil Local Rule 79-5.  Stipulated Protective Order at ¶¶ 1, 10.

6        5.      Plaintiffs' Opposition, Exhibits to the Iovieno Declaration, and the French

7   Declaration contain such material, and, pursuant to Local Rule 79-5(e), Plaintiffs seek to submit

8   this material under seal in good faith in order to comply with the Stipulated Protective Order and

9   the applicable Local Rules.

10       6.      Therefore, Plaintiffs respectfully request an order sealing portions of Plaintiffs'

11  Opposition, Exhibits 1-9 and Exhibits 11-30 to the Iovieno Declaration, and the French

12  Declaration.

    I declare under penalty of perjury that the foregoing is true and correct.

13

14  Executed on this 23rd day of December, 2014 at Albany, New York.

15

16                                      /s/ *Philip J. Iovieno*

17                                      Philip J. Iovieno

18

19

20

21

22

23

24

25

26

27

28

1
2

**CERTIFICATE OF SERVICE**

3
4
5
6

I HEREBY CERTIFY that I caused a true and correct copy of the documents listed below to be served by ECF filing on December 23, 2014 to each of the persons as set forth on the attached service list.

7
8
9
10
11
12

- Direct Action Plaintiffs' and Indirect Purchaser Plaintiffs' Administrative Motion to Seal Their Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds

13
14
15
16
17
18
19

- Declaration of Philip J. Iovieno in Support of Direct Action Plaintiffs' and Indirect Purchaser Plaintiffs' Administrative Motion to Seal Their Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds

20
21
22
23
24
25
26

- Proposed Order Granting Direct Action Plaintiffs' and Indirect Purchaser Plaintiffs' Administrative Motion to Seal Their Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds

27
28

Dated: December 23, 2014                    /s/     Adam Weber

                                            Adam Weber

**SERVICE LIST**

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:    415-563-7200<br>Fax:    415-346-0679<br>Email: malioto@tatp.com<br>          laurenrussell@tatp.com<br><br>*Interim Lead Counsel for Indirect Purchaser*<br>*Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:    415-217-6810<br>Fax:    415-217-6813<br>Email: guido@saveri.com<br>          rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser*<br>*Plaintiffs* |
| Emilio Varanini<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:    415-703-5908<br>Fax:    415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | James L. McGinnis<br>Michael W. Scarborough<br>Dylan Ballard<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:    415-434-9100<br>Fax:    415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>          mscarborough@sheppardmullin.com<br>          dballard@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung*<br>*SDI America, Inc.; SDI Mexico S.A. de C.V.;*<br>*Samsung SDI Brasil Ltda.; Shenzhen*<br>*Samsung SDI Co., Ltd.; Tianjin Samsung SDI*<br>*Co., Ltd.; and Samsung SDI (Malaysia) Sdn.*<br>*Bhd.* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffrey L. Kessler
A. Paul Victor
Eva W. Cole
Molly M. Donovan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Tel:     212-294-4692
Fax:     212-294-4700
Email: jkessler@winston.com
        pvictor@winston.com
        ewcole@winston.com
        mmdonovan@winston.com

*Counsel for Panasonic Corporation;
Panasonic Corporation of North America; and
MT Picture Display Co., Ltd.*

Steven A. Reiss
David L. Yohai
David Yolkut
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel:     212-310-8000
Fax:     212-310-8007
Email: steven.reiss@weil.com
        david.yohai@weil.com
        david.yolkut@weil.com

Bambo Obaro
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Tel:     (650) 802-3000
Fax:     (650) 802-3100
Email: bambo.obaro@weil.com

*Counsel for Panasonic Corporation;
Panasonic Corporation of North America;
and MT Picture Display Co., Ltd.*

| | |
|---|---|
| 1 | Eliot A. Adelson |
| | James Maxwell Cooper |
| 2 | Kirkland & Ellis LLP |
| | 555 California Street, 27th Floor |
| 3 | San Francisco, CA 94104 |
| | Tel:     415-439-1400 |
| 4 | Fax:     415-439-15001 |
| 5 | Email: eliot.adelson@kirkland.com |
| |          max.cooper@kirkland.com |
| 6 | |

Eliot A. Adelson
James Maxwell Cooper
Kirkland & Ellis LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Tel:     415-439-1400
Fax:     415-439-15001
Email: eliot.adelson@kirkland.com
         max.cooper@kirkland.com

James H. Mutchnik
Kate Wheaton
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Tel:  312-862-2000
Fax:  312-862-2200
Email: james.mutchnik@kirkland.com
         kate.wheaton@kirkland.com

*Counsel for Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi America, Ltd., Hitachi Asia, Ltd.; and Hitachi Electronic Devices (USA), Inc.*

Calvin L. Litsey
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo, CA 94303-2279
Tel:  (650) 324-6700
Fax:  (650) 324-6701
Email: calvin.litsey@faegrebd.com

Kathy L. Osborn
Ryan M. Hurley
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel:  (317) 237-8261
Fax:  (317) 237-8562
Email: kathy.osborn@faegrebd.com
         ryan.hurley@faegrebd.com

Jeffrey S. Roberts
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Tel:  (303) 607-3792
Fax:  (303) 607-3600
Email:  jeffrey.roberts@faegrebd.com

Stephen M. Judge
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Tel:  (547) 239-1942
Fax:  (547) 239-1900
Email:  stephen.judge@faegrebd.com

*Counsel for Technicolor SA and Technicolor USA, Inc.; Thomson Consumer Electronics, Inc. and Thomson SA*

DECLARATION OF PHILIP J. IOVIENO
IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL

Master File No. 3:07-md-05944-SC

| | | |
|---|---|---|
| 1 | Brent Caslin | Joel S. Sanders |
| 2 | Jenner & Block LLP | Rachel S. Brass |
| | 633 West 5th Street, Suite 3600 | Christine A. Fujita |
| 3 | Los Angeles, CA 90071-2054 | Gibson, Dunn & Crutcher LLP |
| | Tel:  (213) 239-5100 | 555 Mission Street, Suite 3000 |
| 4 | Fax:  (213) 239-5199 | San Francisco, CA 94105 |
| | Email: bcaslin@jenner.com | Tel:     415-393-8200 |
| 5 | | Fax:    415-393-8206 |
| | Terrence J. Truax | Email: jsanders@gibsondunn.com |
| 6 | Michael T. Brody | rbrass@gibsondunn.com |
| | Shaun M. Van Horn | cfujita@gibsondunn.com |
| 7 | Molly M. Powers | |
| 8 | Gabriel A. Fuentes | *Counsel for Chunghwa Picture Tubes, Ltd.* |
| | Jenner & Block | *and Chunghwa Picture Tubes (Malaysia)* |
| 9 | 353 North Clark Street | |
| | Chicago, IL 60654-3456 | |
| 10 | Tel:  (312) 222-9350 | |
| | Fax:  (312) 527-0484 | |
| 11 | Email: ttruax@jenner.com | |
| 12 | mbrody@jenner.com | |
| | svanhorn@jenner.com | |
| 13 | mpowers@jenner.com | |
| | gfuentes@jenner.com | |
| 14 | | |
| 15 | *Counsel for Mitsubishi Electric Corporation,* | |
| | *Mitsubishi Electric & Electronics USA, Inc.* | |
| 16 | *and Mitsubishi Digital Electronic Americas,* | |
| | *Inc.* | |
| 17 | | |
| 18 | Christopher M. Curran | William Temko |
| | Lucius B. Lau | Jonathan Altman |
| 19 | Charise Naifeh | Hojoon Hwang |
| | Dana Foster | Laura Lin |
| 20 | White & Case | Munger, Tolles & Olson LLP |
| | 701 Thirteenth Street N.W. | 560 Mission Street |
| 21 | Washington, DC 20005 | San Francisco, CA 94105 |
| | Tel:     202-626-3600 | Tel:     415-512-4009 |
| 22 | Fax:    202-639-9355 | Fax:    415-512-4077 |
| 23 | Email: ccurran@whitecase.com | Email: william.temko@mto.com |
| | alau@whitecase.com | jonathan.altman@mto.com |
| 24 | cnaifeh@whitecase.com | hojoon.hwang@mto.com |
| | dfoster@whitecase.com | laura.lin@mto.com |
| 25 | | |
| 26 | *Counsel for Toshiba Corporation; Toshiba* | *Counsel for  LG Electronics, Inc.; LG* |
| | *America, Inc.; Toshiba America Consumer* | *Electronics USA, Inc.* |
| 27 | *Products, L.L.C.; Toshiba America Electronics* | |
| | *Components, Inc.; Toshiba America* | |
| 28 | *Information Systems, Inc.* | |

John M. Taladay
Erik Koons
Charles Malaise
Baker Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Tel:      202-639-7700
Fax:     202-639-7890
Email: john.taladay@bakerbotts.com
           erik.koons@bakerbotts.com
           charles.malaise@bakerbotts.com

Jon V. Swenson
Baker Botts L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Tel:      650-739-7500
Fax:     650-739-7699
Email: jon.swenson@bakerbotts.com

*Counsel for Koninklijke Philips Electronics
N.V. and Philips Electronics North America
Corporation*

Mark C. Dosker
Nathan Lane, III
Squire Sanders  LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel:      415-954-0200
Fax:     415-393-9887
Email: mark.dosker@squiresanders.com
           nathan.lane@squiresanders.com

*Counsel for Technologies Displays Americas,
LLC  (in all actions except the Office Depot
action)*

Ellen Tobin
Curtis, Mallet-Provost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Tel:      (212) 696-6000
Fax:     (212) 697-1559
Email: etobin@curtis.com

Arthur S. Gaus
Dillingham & Murphy, LLP
601 California Street, Suite 1900
San Francisco, CA 94108
Tel:      (415) 397-2700
Fax:     (415) 397-3300
Email: asg@dillinghammurphy.com

*Counsel for Technologies Displays Americas,
LLC (in the Office Depot action only)*

Sylvie K. Kern
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
Tel:      (415) 221-5763
Email: skern@antitrustglobal.com

*Counsel for Indirect Purchaser Plaintiffs*