# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS** |
| ALL INDIRECT PURCHASER ACTIONS | |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | |
| *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; | |
| *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; | |

1  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

2

3  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

4

5  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

6

7  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

8  *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

9

10 *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

11

12 *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

13

14 *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

15

16 *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

17 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

18

19 *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510;

20

21 *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171.

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

Master File No. 3:07-md-05944-SC

On December 23, 2014, the Direct Action Plaintiffs ("DAPs") and Indirect Purchaser Plaintiffs ("IPPs") (collectively, "Plaintiffs") filed an Administrative Motion to Seal Portions of their Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds Pursuant to Civil Local Rules 7-11 and 79-5(d) to file under seal portions of the following documents:

- Direct Action Plaintiffs' and Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds ("Opposition")
- Exhibits 1-9 and Exhibits 11-30 to the Declaration of Philip J. Iovieno in Support of the Opposition ("Iovieno Declaration")
- Julie French Declaration in Support of Direct Action Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA ("French Declaration")

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of their Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds Pursuant to Local Civil Rules 7-11 and 79-5(d) is GRANTED.

1  **IT IS SO ORDERED**

3  Dated: _____        _____
                                          Hon. Samuel Conti
                                          UNITED STATES DISTRICT JUDGE