William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com

*Counsel for Plaintiff ABC Appliance, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Cathode Ray Tube (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No. 3:12-cv-02648-SC | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917 |
| P.C. RICHARD & SON LONG ISLAND CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **DANIEL SCHUH DECLARATION IN SUPPORT OF DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA**<br><br>Judge: Hon. Samuel P. Conti<br>Court: Courtroom 1, 17th Floor<br>Date: February 6, 2015<br>Time: 10:00 a.m. |

I, Daniel Schuh, hereby declare as follows:

1.  I am currently a buyer in the Merchandising Department at ABC Appliance, Inc. d/b/a ABC Warehouse ("ABC Warehouse"). I make this declaration based on my personal

1. knowledge.

2. I gave corporate representative testimony on behalf of ABC Warehouse in this action, and testified on ABC Warehouse's behalf as to its practices for purchasing and acquiring CRT Products during the Relevant Period of 1995 through 2007.

3. During the Relevant Period, ABC Warehouse made its purchases of CRT Products exclusively from locations in the United States, as reflected at page 143 of ABC Warehouse's corporate representative deposition testimony, a true and correct copy of which is attached hereto as Exhibit 1.

4. During the Relevant Period, ABC Warehouse purchased CRT Products exclusively from vendors which were within the United States, as reflected at page 160 of ABC Warehouse's corporate representative testimony, a true and correct copy of which is attached hereto as Exhibit 2.

5. During the Relevant Period, ABC Warehouse purchased CRT Products directly from Defendants, co-conspirators and their affiliates, all of which were located in the United States, as reflected in the purchase data ABC Warehouse produced in this litigation.

6. ABC Warehouse's vendors, including Defendants, co-conspirators and their affiliates, shipped these CRT Products to ABC Warehouse's locations in the United States, as reflected at page 109 of ABC Warehouse's corporate representative testimony, a true and correct copy of which is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of December, 2014, at ABC Warehouse HQ in Pontiac, Michigan.

By: _____

Daniel Schuh

DANIEL SCHUH DECL. IN SUPPORT OF DAPS' OPP. TO DEFS' MSJ BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

- 2 -

Case No. 3:12-cv-02648-SC
Master File No. 3:07-md-05944-SC

# Exhibit 1

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                  (SAN FRANCISCO DIVISION)

 4
    IN RE:  CATHODE RAY TUBE (CRT)  )    Case No. 07-5944 SC
 5  ANTITRUST LITIGATION,           )    MDL NO. 1917
                                    )
 6  This Document Relates to:       )
                                    )
 7  ALL ACTIONS                     )
                                    )
 8

 9

10        The Videotaped Deposition of DANIEL SCHUH,

11        Taken at 2550 Telegraph Road,

12        Bloomfield Hills, Michigan,

13        Commencing at 9:05 a.m.,

14        Friday, August 23, 2013,

15        Before Leisa M. Pastor, CSR-3500, RPR, CRR.
```

1

DANIEL SCHUH, 30(b)(6)

**BARKLEY**
Court Reporters

```
 1  BY MR. FOSTER:
 2  Q.   Toshiba of America?
 3  A.   You know, Toshiba here in America.
 4  Q.   Okay.  Do you know where -- did you -- did you
 5       negotiate with a Toshiba employee directly?
 6  A.   I did.
 7  Q.   Okay.  Where was -- well, where did those negotiations
 8       take place?
 9              MR. TIETJEN:  Object to the form.
10  A.   At our headquarters in Pontiac --
11  BY MR. FOSTER:
12  Q.   Okay.
13  A.   -- division.
14  Q.   Anywhere else?
15  A.   Final pricing, you mean?
16  Q.   Any -- any -- any terms of sale.
17  A.   Generally, no.  Generally, everything was always
18       finalized at our headquarters.
19  Q.   Did you ever travel to the Toshiba's CRT manufacturer
20       to -- just for anything?
21              MR. TIETJEN:  Object to the form.
22  A.   I have.
23  BY MR. FOSTER:
24  Q.   And where did you go?
25  A.   New Jersey.
```

                                143



# Exhibit 2

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   (SAN FRANCISCO DIVISION)

 4
    IN RE:  CATHODE RAY TUBE (CRT)  )    Case No. 07-5944 SC
 5  ANTITRUST LITIGATION,           )    MDL NO. 1917
                                    )
 6  This Document Relates to:       )
                                    )
 7  ALL ACTIONS                     )
                                    )
 8

 9

10       The Videotaped Deposition of DANIEL SCHUH,

11       Taken at 2550 Telegraph Road,

12       Bloomfield Hills, Michigan,

13       Commencing at 9:05 a.m.,

14       Friday, August 23, 2013,

15       Before Leisa M. Pastor, CSR-3500, RPR, CRR.

16

17

18

19

20

21

22

23

24

25


                              1
```

```
 1  Q.  So you mentioned CES; did you go to CES every year?
 2  A.  Pretty much.
 3  Q.  And at the CES, did you meet with -- you would
 4      sometimes meet with your vendors?
 5  A.  I would.
 6  Q.  Okay.  Did you ever have any NATM meetings at the CES
 7      or as a part of the CES?
 8              MR. TIETJEN:  Object to the form.
 9  A.  We do.
10  BY MR. FOSTER:
11  Q.  Okay.  Did you ever negotiate with a CRT finished
12      product manufacturer that was located outside the
13      United States?
14              MR. TIETJEN:  Object to the form.
15  A.  Did I visit a CRT -- say that again.
16  BY MR. FOSTER:
17  Q.  Did you ever negotiate with someone from a CRT
18      manufacturer -- finished product manufacturer that was
19      located outside the United States?
20  A.  Not -- not to my knowledge.
21  Q.  Okay.
22              MR. FOSTER:  It's almost 1:00, so I guess
23      we can --
24              MR. TIETJEN:  If -- are you --
25              MR. FOSTER:  No, I'm at a good stop --
```

160

# Exhibit 3

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   (SAN FRANCISCO DIVISION)
 4
    IN RE:  CATHODE RAY TUBE (CRT) )    Case No. 07-5944 SC
 5  ANTITRUST LITIGATION,          )    MDL NO. 1917
                                   )
 6  This Document Relates to:      )
                                   )
 7  ALL ACTIONS                    )
                                   )
 8
 9
10       The Videotaped Deposition of DANIEL SCHUH,
11       Taken at 2550 Telegraph Road,
12       Bloomfield Hills, Michigan,
13       Commencing at 9:05 a.m.,
14       Friday, August 23, 2013,
15       Before Leisa M. Pastor, CSR-3500, RPR, CRR.
16
17
18
19
20
21
22
23
24
25

                              1
```

```
 1  Q.   Okay.  On the next page, sir, near the bottom, it
 2       mentions warehouse.  Do you see that?
 3  A.   I do.
 4  Q.   It -- does ABC Warehouse have a single warehouse for
 5       all of its products?
 6  A.   Well, we did during this time.
 7  Q.   Okay.  Did you -- was that the case from March 1st,
 8       1995 through November 25th, 2007?
 9  A.   The single -- yep, single ship to warehouse.
10  Q.   Single ship to, okay.  And so all -- would it be fair
11       to say that all products purchased -- strike that all
12       CRT finished products purchased by ABC Warehouse would
13       be shipped to this -- to this warehouse?
14              MR. TIETJEN:  Object to the form.
15  A.   Again, generally yes, all products would be shipped
16       there.
17  BY MR. FOSTER:
18  Q.   Okay.  And then they would be shipped from there out
19       to the different brick and mortar stores --
20  A.   Correct.
21  Q.   -- right?  Or to -- delivered to people after an
22       online purchase, something like that?
23  A.   Correct.
24  Q.   Okay.  At the bottom of that page, there's the ABC
25       Warehouse logo, and there's a little sign that says
```

109

