1   Kenneth S. Marks
    Jonathan J. Ross
2   Johnny W. Carter
    Robert S. Safi
3   David M. Peterson
    Matthew C. Behncke
4   SUSMAN GODFREY LLP
    1000 Louisiana Street, Suite 5100
5   Houston, Texas 77002-5096
    Telephone:  (713) 651-9366
6   Facsimile:   (713) 654-6666
    kmarks@susmangodfrey.com
7   jross@susmangodfrey.com
    jcarter@susmangodfrey.com
8   rsafi@susmangodfrey.com
    dpeterson@susmangodfrey.com
9   mbehncke@susmangodfrey.com

10  *Attorneys for plaintiff Alfred H. Siegel, solely
    in his capacity as Trustee of the Circuit City
11  Stores, Inc. Liquidating Trust*

12

13              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14                  **SAN FRANCISCO DIVISION**

15  In re: Cathode Ray Tube (CRT)          Master File No. 3:07-md-05944-SC
    ANTITRUST LITIGATION
16                                         MDL No. 1917
    This Document Relates To:
17

18  *Alfred H. Siegel, as Trustee of the Circuit City*   **BRANDI FOSE DECLARATION IN**
    *Stores, Inc. Liquidating Trust v. Hitachi, Ltd.,*   **SUPPORT OF DIRECT ACTION**
19  *et al.,* No. 11-cv-05502                            **PLAINTIFFS' OPPOSITION TO**
                                                         **DEFENDANTS' MOTION FOR**
20                                                       **SUMMARY JUDGMENT BASED UPON**
    *Alfred H. Siegel, as Trustee of the Circuit City*   **PLAINTIFFS' PURPORTED FAILURE**
21  *Stores, Inc. Liquidating Trust v. Technicolor*      **TO DISTINGUISH BETWEEN**
    *SA,* No. 13-cv-05261                                **ACTIONABLE AND NON-ACTIONABLE**
22                                                       **DAMAGES UNDER THE FTAIA**

23                                         Judge: Hon. Samuel P. Conti
                                           Court: Courtroom 1, 17th Floor
24                                         Date: February 6, 2015
                                           Time: 10:00 a.m.
25

26      I, Brandi Fose, hereby declare as follows:

27      1.      I am currently Accounts Receivable and Information Technologies Manager at

28  The Circuit City Stores, Inc. Liquidating Trust.  I make this declaration based on my personal

1  knowledge.

2  2.      Before the Circuit City bankruptcy in January 2009, I served in several roles at

3  the company starting in 1997, including inventory accounting manager, the fixed assets and

4  project accounting manager, expense payables supervisor, inventory accounting supervisor, and

5  internal audit supervisor.

6  3.      During the Relevant Period, Circuit City Stores, Inc. ("Circuit City") purchased

7  CRT Products from its offices in Richmond, Virginia, as reflected in the corporate

8  representative testimony of Steve Deason at pages 25 to 26 of his deposition, a true and correct

9  copy of which is attached as Ex. 1.

10  4.      During the Relevant Period, Circuit City purchased CRT Products directly from

11  Defendants, co-conspirators, and their affiliates, all of which were located in the United States,

12  as reflected in the purchase data Circuit City produced in this litigation.

13  5.      This data was discussed at pages 36-40 of my corporate representative

14  deposition, a true and correct copy of which is attached as Ex. 2.  Documents evidencing these

15  purchases were stored in Circuit City's Onbase system and produced in this case at bates

16  numbers 1000001 to 10052456, as discussed in my deposition testimony at pages 79 to 80, a

17  true and correct copy of which is attached as Ex. 3.

18  6.      Defendants, co-conspirators, and their affiliates shipped these CRT Products to

19  Circuit City primarily at its distribution centers in the United States as discussed in my

20  deposition at pages 44-45, a true and correct copy of which is attached as Ex. 4.

21

22  I declare under penalty of perjury that the foregoing is true and correct.

23  Executed this 17th day of December at Richmond, Virginia.

24

25  By:

26  Brandi Fose

27

28  3466420v1/012325
[NAME] DECL. IN SUPPORT OF DAPS' OPP. TO DEFS'
MSJ BASED UPON PLAINTIFFS' PURPORTED FAILURE
TO DISTINGUISH BETWEEN ACTIONABLE AND NON-
ACTIONABLE DAMAGES UNDER THE FTAIA

Master File No. 3:07-md-05944-SC

Exhibit 1

1

1      IN THE UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3          SAN FRANCISCO DIVISION

4


            Case Number 07-5944 (SC)

5              MDL No. 1917

6

    - - - - - - - - - - - - - - - - x

7   In Re: CATHODE RAY TUBE (CRT)

8   ANTITRUST LITIGATION

9   This Document Relates to

10  ALL ACTIONS

11  - - - - - - - - - - - - - - - - x

12

13    VIDEO DEPOSITION OF STEVEN DEASON

14         Richmond, Virginia

15      Wednesday, April 23, 2014

16           SSS 10:58 a.m.

17

18          * * * * *

19

20

21

22

23

24

25

25

| | | |
|---|---|---|
| 1 | Q    Do you know which of those two groups | 11:19:33 |
| 2 | you were just talking about would have | 11:19:36 |
| 3 | responsibility related to CRT finished products | 11:19:38 |
| 4 | that were monitors? | 11:19:40 |
| 5 | A    I am sorry.  I left that group out. | 11:19:42 |
| 6 | That would have been a separate group that we | 11:19:45 |
| 7 | called the SOHO group and that group was all small | 11:19:47 |
| 8 | office home office would include everything that | 11:19:53 |
| 9 | had to do with computers and usually some other | 11:19:57 |
| 10 | category, but predominantly computers. | 11:20:02 |
| 11 | Q    Was that SOHO group located in one | 11:20:05 |
| 12 | location? | 11:20:09 |
| 13 | A    Yes. | 11:20:09 |
| 14 | Q    Where was that location? | 11:20:10 |
| 15 | A    Richmond. | 11:20:12 |
| 16 | Q    Is that true throughout the relevant | 11:20:13 |
| 17 | period? | 11:20:15 |
| 18 | A    Yes. | 11:20:15 |
| 19 | Q    For the display group that had | 11:20:16 |
| 20 | responsibilities related to CRT finished products | 11:20:20 |
| 21 | other than monitors, was that group concentrated | 11:20:23 |
| 22 | in one location? | 11:20:27 |
| 23 | A    Yes. | 11:20:28 |
| 24 | Q    Where was that location? | 11:20:29 |
| 25 | A    Richmond. | 11:20:30 |

26

| | | |
|---|---|---|
| 1 | Q   Was that true throughout the relevant | 11:20:31 |
| 2 | period? | 11:20:33 |
| 3 | A   Yes. | 11:20:33 |
| 4 | Q   Was there a position at Circuit City | 11:20:34 |
| 5 | that had responsibility related to the deciding of | 11:20:43 |
| 6 | which brands of CRT finished products to purchase? | 11:20:46 |
| 7 | A   The buyer chooses which products to buy. | 11:20:50 |
| 8 | Q   Were Circuit City's buyers concentrated | 11:20:57 |
| 9 | in any one location? | 11:21:00 |
| 10 | A   They were all in the headquarters in | 11:21:01 |
| 11 | Richmond. | 11:21:04 |
| 12 | Q   Were there any buyers throughout the | 11:21:07 |
| 13 | relevant period located at another location other | 11:21:09 |
| 14 | than Richmond? | 11:21:12 |
| 15 | A   No. | 11:21:13 |
| 16 | Q   Was there a position at Circuit City | 11:21:16 |
| 17 | that had the ultimate authority to approve a | 11:21:24 |
| 18 | buyer's decision of which vendors to purchase CRT | 11:21:26 |
| 19 | products from? | 11:21:30 |
| 20 | A   I'm not sure I understand the question. | 11:21:31 |
| 21 | Q   Was there anyone supervising the buyers' | 11:21:33 |
| 22 | decisions of which vendors to purchase CRT | 11:21:36 |
| 23 | finished products from? | 11:21:38 |
| 24 | A   The buyers had supervisors, but it was | 11:21:40 |
| 25 | not common practice for the supervisors to direct | 11:21:43 |

Exhibit 2

1

1   IN THE UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3       SAN FRANCISCO DIVISION

4

            Case Number 07-5944 (SC)

5       MDL No. 1917

6

    - - - - - - - - - - - - - - - - - x

7   In Re: CATHODE RAY TUBE (CRT)

8   ANTITRUST LITIGATION

9   This Document Relates to

10  ALL ACTIONS

11  - - - - - - - - - - - - - - - - - x

12

13      VIDEO DEPOSITION OF BRANDY FOSE

14          Richmond, Virginia

15      Wednesday, April 23, 2014

16          9:00 a.m.

17

18          * * * * *

19

20

21

22

23

24

25

36

| | | |
|---|---|---|
| 1 | report basically is created within the AS 400. | 09:29:34 |
| 2 | Q    So were the periods monthly? | 09:29:39 |
| 3 | A    Yes. | 09:29:40 |
| 4 | Q    Are the transactions reflected in your | 09:29:47 |
| 5 | sales data then based on a monthly basis? | 09:29:50 |
| 6 | A    Yes. | 09:29:53 |
| 7 | Q    Is daily transactional data available? | 09:29:54 |
| 8 | A    No. | 09:29:56 |
| 9 | (Whereupon, Deposition Exhibit 2833 is marked for | 09:30:00 |
| 10 | Identification.) | 09:30:00 |
| 11 | MS. LIN:  You can put that exhibit | 09:30:00 |
| 12 | aside.  I will hand you a document that I am | 09:30:02 |
| 13 | marking as Exhibit 2833 and I will represent | 09:30:26 |
| 14 | to everybody to ignore the headers and | 09:30:30 |
| 15 | footers on this document. | 09:30:35 |
| 16 | I represent to you that this is an | 09:30:36 |
| 17 | abbreviated version of the purchasing data | 09:30:45 |
| 18 | for Circuit City in this case. | 09:30:47 |
| 19 | BY MS. LIN: | 09:30:51 |
| 20 | Q    Does this print out in a different form | 09:30:51 |
| 21 | look familiar to you? | 09:30:53 |
| 22 | A    Yes. | 09:30:54 |
| 23 | Q    The products contained in the purchasing | 09:30:56 |
| 24 | data produced by Circuit City in this case, is | 09:30:59 |
| 25 | that limited to CRT finished products? | 09:31:01 |

37

| | | |
|---|---|---|
| 1 | A    Yes. | 09:31:04 |
| 2 | Q    Does the data include any procurement | 09:31:05 |
| 3 | transactions received outside of the United | 09:31:08 |
| 4 | States? | 09:31:10 |
| 5 | A    No. | 09:31:10 |
| 6 | Q    I am looking at the date processed | 09:31:15 |
| 7 | column, so maybe three quarters of the way through | 09:31:21 |
| 8 | the page? | 09:31:24 |
| 9 | A    Yes. | 09:31:24 |
| 10 | Q    Can you tell me what information that | 09:31:25 |
| 11 | column contains? | 09:31:28 |
| 12 | A    Theoretically, it should be the same as | 09:31:30 |
| 13 | the date received unless there was some type of | 09:31:32 |
| 14 | system issue or some reason the distribution | 09:31:34 |
| 15 | center data did not interface, it could be a day | 09:31:38 |
| 16 | later, but for the most part from what I have seen | 09:31:41 |
| 17 | it is the same day as date received. | 09:31:43 |
| 18 | Q    What does the date received information | 09:31:45 |
| 19 | reflect? | 09:31:50 |
| 20 | A    The date that the product was received | 09:31:50 |
| 21 | at the distribution center. | 09:31:53 |
| 22 | Q    Where was the distribution center | 09:31:58 |
| 23 | located? | 09:32:01 |
| 24 | A    It depends on what it says over here | 09:32:01 |
| 25 | under "store name." | 09:32:04 |

38

| | | |
|---|---|---|
| 1 | Q    The "tran type" column, so the next | 09:32:17 |
| 2 | column over from date processed, can you talk me | 09:32:20 |
| 3 | through what type of information is contained in | 09:32:22 |
| 4 | that column? | 09:32:25 |
| 5 | A    Sure, "tran type" stands for transaction | 09:32:26 |
| 6 | type and there were numerical codes in there. | 09:32:29 |
| 7 | There were three of them, 6840, 6841, and 6842, | 09:32:33 |
| 8 | and 6840 was the transaction of the receipt. | 09:32:36 |
| 9 | 6841 and 6842 represented costs or price | 09:32:40 |
| 10 | or quantity adjustments, so if for some reason the | 09:32:45 |
| 11 | distribution center scanned a box of an item in as | 09:32:50 |
| 12 | one, and there were ten in the box, we may have to | 09:32:53 |
| 13 | do an adjustment to adjust the quantity for ten. | 09:32:55 |
| 14 | Q    If you adjusted the quantity for ten, to | 09:32:58 |
| 15 | make sure I am understanding right, you would | 09:33:01 |
| 16 | modify both the transaction type and then the | 09:33:02 |
| 17 | quantity? | 09:33:06 |
| 18 | A    Well, the transaction type based on the | 09:33:06 |
| 19 | adjustment would not be a 6840.  It would be a 41 | 09:33:09 |
| 20 | or a 42, and I forget which one is quantity | 09:33:15 |
| 21 | adjustment because the 6840 is systematic based on | 09:33:17 |
| 22 | receipt. | 09:33:20 |
| 23 | Q    What does the "store cost" field | 09:33:25 |
| 24 | reflect? | 09:33:28 |
| 25 | A    That is the same as the store cost in | 09:33:28 |

39

1    the sales data.                                      09:33:31

2        Q    Is there a distinction between the store    09:33:33

3    cost column and then two over the total store        09:33:35

4    cost?                                                09:33:38

5        A    Yes, store cost is the unit store cost      09:33:38

6    and total store cost is the quantity received        09:33:40

7    times store cost.                                    09:33:44

8        Q    And the second to last column which is      09:33:47

9    labeled "RTVIND," what does that mean?               09:33:49

10       A    That stands for RTV indicator and if        09:33:52

11   there is an R present, I believe that is an R, it    09:33:57

12   means that there is an attempt to return the         09:34:00

13   product to the vendor, but it was rejected, so we    09:34:03

14   had to bring the product back into inventory.        09:34:06

15       Q    If the product was successfully             09:34:09

16   returned, would that be reflected anywhere on this   09:34:12

17   database?                                            09:34:15

18       A    No, because these are just purchases.       09:34:17

19       Q    If a product was successfully returned,     09:34:20

20   it would not appear in your purchasing data at       09:34:23

21   all?                                                 09:34:26

22       A    Correct.                                    09:34:26

23       Q    If information on this sheet in the         09:34:32

24   total store cost column is in parentheses, do you    09:34:34

25   know what that means?  I don't think there are any   09:34:38

40

1    examples on this sheet.                          09:34:43

2        A    I prefer to see an example to answer   09:34:46

3    that to be honest.                              09:34:48

4        Q    Do you know if the data includes      09:34:58

5    procurement transactions from vendors located   09:35:00

6    exclusively within the United States?           09:35:03

7        A    Vendors?                               09:35:05

8            MR. ROSS:  Objection to form.           09:35:06

9    BY MS. LIN:                                      09:35:06

10       Q    Is there a means within the data set to 09:35:09

11   determine the location of the vendor from which 09:35:16

12   Circuit City is purchasing the data reflected in 09:35:19

13   this exhibit?                                    09:35:22

14       A    No.                                     09:35:22

15       Q    Is there another way that you would be 09:35:23

16   able to determine that information?              09:35:25

17       A    Are you asking me where like we sent   09:35:28

18   payment to the vendor?  Where the vendor corporate 09:35:32

19   headquarters are?  I'm not sure I know what you  09:35:36

20   are asking.                                      09:35:37

21       Q    That's okay.  If you saw a particular  09:35:38

22   line in this database and wanted to understand  09:35:40

23   where the vendor of that particular order was    09:35:42

24   located, would there be a way for you find that  09:35:45

25   information?                                      09:35:47

Exhibit 3

1

1    IN THE UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3        SAN FRANCISCO DIVISION

4

        Case Number 07-5944 (SC)

5        MDL No. 1917

6

- - - - - - - - - - - - - - - - x

7    In Re: CATHODE RAY TUBE (CRT)

8    ANTITRUST LITIGATION

9    This Document Relates to

10   ALL ACTIONS

11   - - - - - - - - - - - - - - - - x

12

13      VIDEO DEPOSITION OF BRANDY FOSE

14          Richmond, Virginia

15        Wednesday, April 23, 2014

16            9:00 a.m.

17

18          * * * * *

19

20

21

22

23

24

25

1    or something like that might be in a promotion for        10:30:58

2    the first week it came out.                               10:31:00

3            I have seen other short promotions                10:31:04

4    within the chargeback data which I believe you            10:31:07

5    guys have the chargebacks from the "on base," but         10:31:11

6    I can't think of any specific.                            10:31:14

7        Q    Did Circuit City run short period                10:31:18

8    Christmas related sales?                                  10:31:21

9        A    Probably.                                        10:31:24

10           MR. ROSS:  To the extent that you want            10:31:26

11       to get into this subject, and specifically            10:31:28

12       CRT finished products, to the extent that we          10:31:30

13       can provide answers, that is probably more            10:31:32

14       for Mr. Deason.                                       10:31:34

15   BY MS. LIN:                                               10:31:36

16       Q    You mentioned Circuit City's "on base"           10:31:36

17   system," what is that?                                    10:31:38

18       A    That is just a document retention                10:31:39

19   database which we still have in place today.              10:31:42

20       Q    What type of documents would be stored           10:31:47

21   in the on base system?                                    10:31:49

22       A    It would have all chargebacks.  So like          10:31:50

23   vendor funding documents, where we billed the             10:31:54

24   vendor for funding that was negotiated that has           10:31:59

25   the legal like agreements, master agreement,              10:32:04

80

| | | |
|---|---|---|
| 1 | product exhibits, product addenda, deal | 10:32:07 |
| 2 | information, if we had hard copy invoices, but for | 10:32:11 |
| 3 | the most part we don't, they would be scanned and | 10:32:15 |
| 4 | then in that same system. | 10:32:18 |
| 5 | That's all that I am familiar with and | 10:32:21 |
| 6 | have access to, but I know that folks that were in | 10:32:24 |
| 7 | HR there would be personnel records in there as | 10:32:25 |
| 8 | well. | 10:32:31 |
| 9 | Q    Do you recall whether Circuit City ever | 10:32:31 |
| 10 | had programs where customers would receive a | 10:32:33 |
| 11 | rebate after purchasing a CRT finished product? | 10:32:36 |
| 12 | A    Yes. | 10:32:39 |
| 13 | Q    How did those rebate programs work? | 10:32:40 |
| 14 | A    I'm not familiar with the details of the | 10:32:43 |
| 15 | programs, they were for the most part closed out | 10:32:46 |
| 16 | before I really got involved in the receivable | 10:32:49 |
| 17 | standpoint for vendor funding and I believe we | 10:32:53 |
| 18 | even had a third party that assisted with the | 10:32:57 |
| 19 | rebates. | 10:33:00 |
| 20 | Q    Do you know who the third-party | 10:33:03 |
| 21 | assistant was? | 10:33:05 |
| 22 | A    I believe it was Perigo, so a | 10:33:06 |
| 23 | third-party company.  I don't remember how to | 10:33:08 |
| 24 | spell it. | 10:33:16 |
| 25 | Q    Do you know if rebate amounts are | 10:33:17 |

Exhibit 4

1

1     IN THE UNITED STATES DISTRICT COURT

2     NORTHERN DISTRICT OF CALIFORNIA

3          SAN FRANCISCO DIVISION

4

          Case Number 07-5944 (SC)

5          MDL No. 1917

6

      - - - - - - - - - - - - - - - - x

7     In Re: CATHODE RAY TUBE (CRT)

8     ANTITRUST LITIGATION

9     This Document Relates to

10    ALL ACTIONS

11    - - - - - - - - - - - - - - - - x

12

13      VIDEO DEPOSITION OF BRANDY FOSE

14          Richmond, Virginia

15        Wednesday, April 23, 2014

16            9:00 a.m.

17

18          * * * * *

19

20

21

22

23

24

25

44

```
 1    maintained anywhere.                              09:40:09
 2        Q    Do you know when that system was        09:40:12
 3    decommissioned?                                   09:40:14
 4        A    The purchase order information was       09:40:15
 5    decommissioned after liquidation so after January 09:40:19
 6    2009 and prior to April 2009.                     09:40:24
 7            MR. ROSS:  For the record, there are      09:40:30
 8        some hard copy purchase orders and we         09:40:32
 9        produced those.                               09:40:34
10    BY MS. LIN:                                       09:40:45
11        Q    Where were the CRT finished products     09:40:45
12    Circuit City purchased shipped to?                09:40:49
13        A    From the vendor?                         09:40:51
14            MR. GRALEWSKI:  Objection, form.          09:40:52
15            THE WITNESS:  The product would have      09:40:54
16        been shipped to whichever location is listed  09:40:56
17        in the purchase data and for the most part it 09:40:58
18        would have been distribution centers, Circuit 09:41:01
19        City Distribution Centers.                    09:41:03
20    BY MS. LIN:                                       09:41:04
21        Q    When you are referencing the purchasing  09:41:04
22    data you are referencing the third column that    09:41:07
23    says "store name"?                                09:41:09
24        A    Yes, or the second column that says      09:41:11
25    location, that is the number, and the fourth      09:41:12
```

45

| | | |
|---|---|---|
| 1 | column is the state. | 09:41:15 |
| 2 | Q    Was there any point in time when Circuit | 09:41:18 |
| 3 | City's CRT finished product purchases were shipped | 09:41:25 |
| 4 | to one central location? | 09:41:28 |
| 5 | A    Not that I am aware of. | 09:41:30 |
| 6 | Q    Do you know where Circuit City's CRT | 09:41:33 |
| 7 | finished product purchases were shipped when | 09:41:36 |
| 8 | Circuit City intended to sell those products | 09:41:39 |
| 9 | through the Internet? | 09:41:42 |
| 10 | A    Where they were received by Circuit | 09:41:42 |
| 11 | City?  I believe they were still received at a | 09:41:46 |
| 12 | distribution center.  It may have been a different | 09:41:50 |
| 13 | one because we did have some specific web, and I | 09:41:52 |
| 14 | don't remember if they were called "crossed | 09:41:56 |
| 15 | stocks" or something like that, but they were | 09:41:58 |
| 16 | segments within distribution centers that | 09:42:01 |
| 17 | sometimes were, I guess, segmented specifically | 09:42:04 |
| 18 | for the web. | 09:42:08 |
| 19 | Q    To your knowledge, were CRT finished | 09:42:13 |
| 20 | products purchased by consumers through Circuit | 09:42:16 |
| 21 | City's website ever shipped directly from the | 09:42:19 |
| 22 | vendor to the customer? | 09:42:23 |
| 23 | A    It's possible, but I am not sure. | 09:42:26 |
| 24 | Q    Is there a way to determine from Circuit | 09:42:33 |
| 25 | City's purchasing data the location from which the | 09:42:52 |