1   David J. Burman (admitted *pro hac vice*)
    Cori G. Moore (admitted *pro hac vice*)
2   Eric J. Weiss (admitted *pro hac vice*)
    Nicholas H. Hesterberg (admitted *pro hac vice*)
3   Steven D. Merriman (admitted *pro hac vice*)
    **PERKINS COIE LLP**
4   1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
5   Telephone:     206.359.8000
    Facsimile:     206.359.9000
6
    Joren Bass, State Bar No. 208143
7   JBass@perkinscoie.com
    **PERKINS COIE LLP**
8   Four Embarcadero Center, Suite 2400
    San Francisco, CA  94111-4131
9   Telephone:     415.344.7120
    Facsimile:     415.344.7320
10
11  *Attorneys for Plaintiff*
    *Costco Wholesale Corporation*
12
13
14                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
15                    **SAN FRANCISCO DIVISION**
16  In re: Cathode Ray Tube (CRT)              Master File No. 3:07-md-05944-SC
    ANTITRUST LITIGATION
17                                             MDL No. 1917
    This Document Relates To:
18
19  *Costco Wholesale Corporation v. Hitachi*, Ltd.,   **DECLARATION OF GEOFFREY**
    et al., No. 3:11-cv-06397-SC                       **SHAVEY IN SUPPORT OF DIRECT**
20                                                      **ACTION PLAINTIFFS' OPPOSITION TO**
                                                        **DEFENDANTS' MOTION FOR**
21                                                      **SUMMARY JUDGMENT BASED UPON**
                                                        **PLAINTIFFS' PURPORTED FAILURE**
22                                                      **TO DISTINGUISH BETWEEN**
                                                        **ACTIONABLE AND NON-ACTIONABLE**
23                                                      **DAMAGES UNDER THE FTAIA**
24                                                      Judge: Hon. Samuel P. Conti
                                                        Court: Courtroom 1, 17th Floor
25                                                      Date: February 6, 2015
                                                        Time: 10:00 a.m.
26
27
28

I, Geoffrey Shavey, hereby declare as follows:

1.      I am currently the General Merchandise Manager for Apparel, Jewelry, and Luggage at Costco Wholesale Corporation ("Costco").  I make this declaration based on my personal knowledge.

2.      From 1998 to the fall of 2006, I was a buyer in Costco's Consumer Electronic Department.  In that role, I was involved in Costco's purchase of consumer electronics for Costco to sell to members in its warehouses in the United States, including televisions containing cathode ray tubes ("CRTs").

3.      In the fall of 2006, Costco promoted me to Assistant General Merchandise Manager ("AGMM") for consumer electronics. My responsibilities in this position included purchasing computers and computer-related products for resale in U.S. warehouses, such as CRT monitors.

4.      I have familiarity and experience with, and knowledge of, the process by which Costco purchased CRT products, including the identity of the vendors from whom Costco purchased CRT products and how those CRT products were received by Costco in the United States during the Relevant Period of Q2 1995 through Q2 2006.

5.      The transactional data produced by Costco in this litigation identifies the vendor from whom Costco purchased CRT products and the location at which Costco received those products.  I understand that Costco's attorneys have instructed Costco's expert witnesses to include in Costco's damages calculations only those CRT products that were received by Costco in the United States (the "actionable purchases").

6.      During the Relevant Period, Costco buyers for non-food items were based out of Costco's Issaquah, Washington corporate office and were responsible for making the actionable purchases.  Purchase orders were issued either directly from Issaquah or from one of Costco's regional offices in the United States.

7.      During the Relevant Period, Costco made the actionable purchases exclusively from vendors that I understand to have been located within the United States.  Costco took

1

possession in the United States of all CRT products purchased from these vendors for resale in

U.S. warehouses..

4    I declare under penalty of perjury that the foregoing is true and correct.

5    Executed this ⏀ day of December, 2014 at Issaquah, Washington

6

7                                                    By: _____

8                                                          Geoffrey Shavey

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28