Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com

*Counsel for Plaintiff Office Depot, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To Individual Case No. 3:11-cv-06276-SC | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917 |
| OFFICE DEPOT, INC.<br><br>Plaintiff,<br><br>vs.<br><br>HITACHI, LTD., *et al.*,<br><br>Defendants. | **RANDALL WICK DECLARATION IN SUPPORT OF DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA**<br><br>Judge: Hon. Samuel P. Conti<br>Court: Courtroom 1, 17th Floor<br>Date: February 6, 2015<br>Time: 10:00 a.m. |

I, Randall Wick, hereby declare as follows:

1. I am currently Senior Vice President of Merchandising for Technology at Office Depot, Inc. I make this declaration based on my personal knowledge.

2. I gave corporate representative testimony on behalf of Office Depot, Inc. and OfficeMax, Inc. (collectively, "Office Depot") in this action, and testified on Office Depot's behalf as to its practices for purchasing and acquiring CRT Products during the Relevant Period of 1995 through 2007.

3. During the Relevant Period, Office Depot made its purchases of CRT Products exclusively from locations in the United States, as reflected at page 116 of Office Depot's corporate representative deposition testimony, a true and correct copy of which is attached hereto as Exhibit 1.

4. During the Relevant Period, Office Depot purchased CRT Products exclusively from vendors which were within the United States, as reflected at pages 68 to 69 of Office Depot's corporate representative testimony, a true and correct copy of which is attached hereto as Exhibit 2.

5. During the Relevant Period, Office Depot purchased CRT Products directly from Defendants, co-conspirators and their affiliates, all of which were located in the United States, as reflected in the purchase data Office Depot produced in this litigation.

6. Office Depot's vendors, including Defendants, co-conspirators and their affiliates, shipped these CRT Products to Office Depot's locations in the United States, as reflected at pages 44 to 45 of Office Depot's corporate representative testimony, a true and correct copy of which is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of December, 2014, at Boca Raton, FL

By: _____

Randall Wick

RANDALL WICK DECL. IN SUPPORT OF DAPS' OPP. TO DEFS' MSJ BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

- 1 -

Master File No. 3:07-md-05944-SC

# Exhibit 1

Highly Confidential Pursuant to the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
_____

IN RE: CATHODE RAY TUBE LITIGATION (CRT)
ANTITRUST LITIGATION

              Master File No. 3:07-cv-05944 SC
              MDL No. 1917
              Judge: Hon. Samuel Conti

_____

This Document Relates To:

ALL ACTIONS
_____

HIGHLY CONFIDENTIAL
PURSUANT TO THE PROTECTIVE ORDER
VIDEOTAPE DEPOSITION OF OFFICE DEPOT
RANDALL WICK
July 24, 2014
401 East Las Olas Boulevard
Fort Lauderdale, Florida

    Taken on behalf of the Defendants before Michael J. D'Amato, RMR, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition in the above cause.

Job # 82097

1    of that first sentence.

2        A.   Okay.

3        Q.   With respect to this clause, again I'm really
4    only focusing on the first two lines of this clause,
5    what do you understand this clause to mean?

6        A.   To me it appears that this vendor, Panasonic,
7    will provide Office Depot with accurate information
8    based on where the product, country of origination came
9    from, the product.

10       Q.   Why would that information be important for
11   Office Depot?

12       A.   I couldn't speak for this.  I don't know what
13   benefit it would have been for Office Depot.

14       Q.   I think previously we had discussed and you
15   believed that typically Office Depot would have sourced
16   products from the vendors' U.S. operations?

17       A.   We negotiate the deal through the U.S. based
18   operations.  Most product is shipped from overseas.

19       Q.   You got a jump on the second part of the
20   question.  I appreciate it.  Let's flip to 5 of 10.

21       A.   Okay.

22       Q.   Again you'll see similar program funds,
23   billing terms.  Is there, again there's a little bit of
24   change between the two we have looked at, but is how
25   these program funds would be accounted for with Office

# Exhibit 2

Highly Confidential Pursuant to the Protective Order

Page 1

1         IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2                SAN FRANCISCO DIVISION
3    _____
4    IN RE: CATHODE RAY TUBE LITIGATION (CRT)
5    ANTITRUST LITIGATION
6                Master File No. 3:07-cv-05944 SC
7                MDL No. 1917
8                Judge: Hon. Samuel Conti
9

     _____
10

     This Document Relates To:
11
12   ALL ACTIONS
13   _____
14
15              HIGHLY CONFIDENTIAL
16       PURSUANT TO THE PROTECTIVE ORDER
17     VIDEOTAPE DEPOSITION OF OFFICE DEPOT
18               RANDALL WICK
19               July 24, 2014
                 401 East Las Olas Boulevard
20               Fort Lauderdale, Florida
21
22         Taken on behalf of the Defendants before
     Michael J. D'Amato, RMR, Notary Public in and for the
23   State of Florida at Large, pursuant to Notice of Taking
     Deposition in the above cause.
24
25   Job # 82097

TSG Reporting - Worldwide    877-702-9580

Highly Confidential Pursuant to the Protective Order

Page 68

1  their competitors for selling those products?
2       A.   I couldn't speak for the team back then.
3       Q.   Based just on your general knowledge do you
4  have an understanding who would have been competing for
5  selling CRT monitors in the industry, in the market
6  that Office Depot was also selling in?
7       A.   I would think, list of retailers, I would
8  think Wal-Mart, all these specialty retailers across
9  the U.S., Circuit City, Best Buy, Target, there could
10 have been back then vendor stores but I would say there
11 would be a very broad distribution of these products.
12      Q.   It wouldn't just be limited to other office
13 super stores it would be broader than that?
14      A.   Yes.
15      Q.   That would be your expectation.  With respect
16 to CRT monitors, picking the various vendors, would
17 Office Depot consider what these other competitors were
18 selling?
19      A.   It would be part of the decision, yeah.
20      Q.   Would that be the same for CRT televisions as
21 well that they were purchasing?
22      A.   Right.
23      Q.   During the relevant time period with respect
24 to purchasing CRT monitors -- let's take a step back.
25 To the degree I need to dig deeper I will but let's try

Page 69

1  to be broad.  For the CRT finished products how did
2  Office Depot procure those products?  What I mean did
3  they procure them directly from the CRT finished
4  products manufacturers?
5      A.   Yes.  So if Panasonic was one of the
6  manufacturers they would procure it through the U.S.
7  operation and then however they procure the goods to
8  our distribution centers.
9      Q.   And with respect to, as you said through these
10 vendors, U.S. operations, are you aware at any point
11 during the relevant time period Office Depot would
12 procure these products through any of these vendors'
13 foreign operations?
14     A.   I would not believe they would do that.
15     Q.   With respect to, let's start with you
16 mentioned earlier that purchasing CRT monitors from
17 Philips, with respect to Philips, are you aware of what
18 either monitors, televisions, what type of products
19 they were procuring, Office Depot was procuring during
20 that time?
21     A.   No.
22     Q.   And would that be fair to say for all the
23 vendors, you would not be able to tell me which?
24     A.   Correct.
25     Q.   Did Office Depot ever procure CRT finished

# Exhibit 3

Highly Confidential Pursuant to the Protective Order

Page 1

1      IN THE UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
2            SAN FRANCISCO DIVISION
3    _____
4    IN RE: CATHODE RAY TUBE LITIGATION (CRT)
5    ANTITRUST LITIGATION
6              Master File No. 3:07-cv-05944 SC
7              MDL No. 1917
8              Judge: Hon. Samuel Conti
9

     _____
10

     This Document Relates To:
11
12   ALL ACTIONS
13   _____
14
15              HIGHLY CONFIDENTIAL
16        PURSUANT TO THE PROTECTIVE ORDER
17      VIDEOTAPE DEPOSITION OF OFFICE DEPOT
18              RANDALL WICK
19              July 24, 2014
                401 East Las Olas Boulevard
20              Fort Lauderdale, Florida
21
22        Taken on behalf of the Defendants before
     Michael J. D'Amato, RMR, Notary Public in and for the
23   State of Florida at Large, pursuant to Notice of Taking
     Deposition in the above cause.
24
25   Job # 82097

Page 44

1    complaint in this litigation?
2         A.   Yes.
3              MR. IOVIENO:  Object to the form.
4         Q.   Do you know -- that was on the sale side.  Do
5    you know if the procurement of CRT finished products
6    that would have been sold in these Canadian retail
7    stores are they part of Office Depot's basis for this
8    litigation?
9              MR. IOVIENO:  Object to the form.
10        A.   I believe so.
11        Q.   With respect -- strike that.  To the extent
12   you know, especially since you reviewed the procurement
13   data, is there any way looking at the procurement data
14   that was produced in this case to be able to determine
15   when a CRT finished product was procured for an
16   American store versus a Canadian store?
17             MR. IOVIENO:  Object to the form.
18        A.   I would not know that.
19        Q.   With respect to during the relevant time
20   period -- strike that.
21             How did these retail stores, let's start with
22   the American retail stores.  How did the retail stores
23   receive product, specifically CRT finished products?
24        A.   The products would have been procured from the
25   manufacturers which would have been shipped to our

Page 45

1   distribution centers throughout the U.S. and then the
2   distribution centers would have procured those goods to
3   each store.
4       Q.   Approximately, again I know it likely changed
5   year to year but approximately during the relevant time
6   period how many distribution centers were there?
7       A.   To the best of my knowledge probably mid
8   single digit.
9       Q.   Do you know if Office Depot ever had
10  distribution centers that were in Canada?
11      A.   I do not know.
12      Q.   In a related question do you know then for the
13  retail stores that were in Canada whether they received
14  their product from a distribution center that was in
15  the U.S. versus a distribution center that was in
16  Canada?
17      A.   I do not know.
18      Q.   So it is possible a distribution center in the
19  U.S. also supplied stores in Canada?
20      A.   It's possible.
21      Q.   With respect to -- again we've touched on this
22  a little bit but I'll break it down and I want to
23  confirm different points of what we have discussed.
24  Did Office Depot sell CRT finished products through an
25  online store during the relevant time period?