Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

Jennie Lee Anderson (203586)
ANDRUS ANDERSON LLP
155 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Counsel for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC <br><br> MDL NO. 1917 <br><br> **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| This Document Relates to: <br><br> *All Indirect Purchaser Actions* <br><br> *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC <br><br> *Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC <br><br> *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC; <br><br> *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 3:11-cv-05514-SC <br><br> *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC | |

| | |
|---|---|
| 1 | *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC; |
| 2 | |
| 3 | |
| 4 | *Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC; |
| 5 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC |
| 6 | |
| 7 | *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC; |
| 8 | |
| 9 | *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC; |
| 10 | |
| 11 | *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC; |
| 12 | |
| 13 | *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC |
| 14 | |

I, Jennie Lee Anderson, declare as follows:

1. I am a partner at law in the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California, including the United States District Court for the Northern District of California. I am an attorney of record for the Indirect Purchaser Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge of the facts contained herein and if called as a witness I could and would competently testify thereto.

2. The documents or portions of the documents submitted under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order Dkt. 306, amended at Dkt. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 23, 2014 at San Diego, California.

Dated: December 23, 2014                    */s/ Jennie Lee Anderson*

                                                   Jennie Lee Anderson (203586)
                                                   ANDRUS ANDERSON LLP
                                                   155 Montgomery Street
                                                   San Francisco, CA 94104
                                                   Telephone:     (415) 986-1400
                                                   Facsimile:      (415) 986-1474
                                                   jennie@andrusanderson.com