# EXHIBIT 2

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 3

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 4

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 5

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 6

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 7

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 8**

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 9

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 10**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 11**

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 12

# DOCUMENT FILED

# UNDER SEAL