**EXHIBIT 14**

**DOCUMENT FILED**

**UNDER SEAL**

**EXHIBIT 15**

**DOCUMENT FILED**

**UNDER SEAL**

EXHIBIT 16

**DOCUMENT FILED**

**UNDER SEAL**