**EXHIBIT 76**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 77**

**DOCUMENT FILED**

**UNDER SEAL**

# EXHIBIT 78

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 79**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 80**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 81**

# DOCUMENT FILED

# UNDER SEAL