**EXHIBIT 82**

**DOCUMENT FILED**

**UNDER SEAL**