# EXHIBIT 83

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 84

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 85**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 86**

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 87

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 88**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 89**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 90**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 91**

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 92

**DOCUMENT FILED**

**UNDER SEAL**

**EXHIBIT 93**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 94**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 95**

# DOCUMENT FILED

# UNDER SEAL