**EXHIBIT 96**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 97**

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 98**

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 99

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 100**

# DOCUMENT FILED

# UNDER SEAL