# EXHIBIT 101

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 102

# DOCUMENT FILED

# UNDER SEAL

# EXHIBIT 103

**DOCUMENT FILED**

**UNDER SEAL**

# EXHIBIT 104

# DOCUMENT FILED

# UNDER SEAL

**EXHIBIT 105**

**DOCUMENT FILED**

**UNDER SEAL**

**EXHIBIT 106**

# DOCUMENT FILED

# UNDER SEAL