Panasonic Annual Report 2014

Case 4:07-cv-05944-JST    Document 3275-9    Filed 12/23/14    Page 1 of 288

Return   PAGE   Next

Highlights   |   About Panasonic   |   Top Message   |   Management Topics   |   Message from the CFO   |   Business Overview   |   Corporate Governance   |   Financial and Corporate Information

23

▷ Business at a Glance    ▷ Appliances Company    ▷ Eco Solutions Company    ▷ AVC Networks Company    ▷ Automotive & Industrial Systems Company    ▷ Overview of Business Divisions

# Eco Solutions Company

Click here for Panasonic IR Day 2014 Eco Solutions Company presentation materials.

## Providing Comfortable Living Spaces while Reducing Environmental Impact



President **Tamio Yoshioka**

| | |
|---|---|
| Apr. 1977 | Joined Matsushita Electric Works, Ltd. (MEW) |
| Apr. 2006 | Executive Officer, MEW |
| Jun. 2011 | Director, Panasonic Electric Works Co., Ltd. (formerly MEW) |
| Apr. 2013 | Senior Managing Officer, Eco Solutions Company |
| Jun. 2013 | Director of the Company |
| | President, Eco Solutions Company (incumbent) |
| Apr. 2014 | Senior Managing Director of the Company (incumbent) |

### Company Overview

**Contributing to Society through Technologies that Help Create Comfortable Environments and Efficiently Manage Energy**

The Eco Solutions (ES) Company is committed to providing society with solutions at home, in buildings, in factories and throughout the community by leveraging our accumulated technologies that help create comfortable environments and efficiently manage energy. Through these means, the company is devoting itself to the well-being of people throughout the world while reducing environmental impact.

By taking full use of our Group-wide capabilities that extend beyond its product lineup to include a variety of solutions, the company will put forward optimal solutions thereby creating new value.

### Fiscal 2014 (Year ended March 31, 2014) Financial Results

**Substantial Increase in Operating Profit**

All business divisions reported an increase in sales on the back of successful efforts to capture demand in the lead-up to Japan's consumption tax rate hike as well as overseas sales growth. As a result, the ES Company as a whole generated net sales of 1,846.6 billion yen in fiscal 2014, up 10% compared with the previous fiscal year.

Operating profit climbed from 32.2 billion yen in fiscal 2013 to 95.0 billion yen in fiscal 2014 for an operating profit ratio of 5.1%. In addition to the upswing in sales, successful efforts to reduce costs and other extraordinary initiatives more than offset the negative impact of the weak yen.

While free cash flows deteriorated year on year due mainly to the acquisition of VIKO, Turkey's leading manufacturer of wiring devices, results were higher than initially planned. For details regarding VIKO, please refer to the "Management Topics" section of this report, "Panasonic Purchased Turkish Wiring Device Maker with Strengths in the Middle East and CIS" on page 16.

## FY14 Business Composition

### Sales by Segment (Billions of yen)



| | | |
|---|---|---|
| Other Divisional Companies | 16% | 292.3 |
| Additional Sales by Sales Companies, "AGE-FREE" Business Unit (nursing care products and service) | 16% | 286.7 |
| Panasonic Ecology Systems Co., Ltd. | 8% | 145.2 |
| Lighting | 17% | 322.5 |
| Energy Systems | 21% | 395.3 |
| Housing Systems | 22% | 404.6 |

**1,846.6** (billion yen)

### Sales by Region



Japan **87%**    Overseas **13%**

**1,846.6** (billion yen)

| Overseas | | | |
|---|---|---|---|
| Asia/Middle East | 5% | North America | 3% |
| China/North East Asia | 4% | Europe/CIS | 2% |



### Net Sales
(Billions of yen)
2013: 1,673.2
2014: 1,846.6

### Operating Profit / Operating Profit Ratio
(Billions of yen / %)
2013: 62.8 — 3.8%
2014: 95.0 — 5.1%
■ Operating Profit [left scale]
◆ Operating Profit/Sales Ratio [right scale]

### Free Cash Flow
(Billions of yen)
2013: 79.8
2014: 64.1*
* Post VIKO acquisition
(Years ended March 31)

Panasonic Annual Report 2014    Case 4:07-cv-05944-JST    Document 3275-9    Filed 12/23/14    Page 2 of 288    Return    PAGE    Next

Highlights    About Panasonic    Top Message    Management Topics    Message from the CFO    Business Overview    Corporate Governance    Financial and Corporate Information

24

▷ Business at a Glance    ▷ Appliances Company    ▶ Eco Solutions Company    ▷ AVC Networks Company    ▷ Automotive & Industrial Systems Company    ▷ Overview of Business Divisions

### Mid-term Business Strategy
### Steadfastly Promoting Strategic Initiatives

Under its overarching fiscal 2014 to 2016 Mid-term Business Strategy, the ES Company has set two strategies: strengthening core businesses and promoting new growth in the engineering business.

As a measure of success in strengthening core businesses during fiscal 2014, sales in Japan were 6% higher than plans. This is largely attributable to successful efforts to steadily capture demand in the lead-up to Japan's consumption tax rate hike. Overseas, sales in AC&I (China, India and other Asian countries), an area in which the company is considerably strong, were 20% higher than plans. As a part of efforts to promote new growth in the engineering business, the ES Company took steps to enhance added-value in its energy management

### FY2015 (Year ending March 31, 2015) Targets and Initiatives

### Projecting a Downturn in Revenue and Earnings due Mainly to Corrections to the Increase in Demand in the Lead-up to Japan's Consumption Tax Rate Hike in FY14

Net sales are targeted to reach 1,637.0 billion yen in fiscal 2015, down 2% year on year. Despite expectations of growth in the remodeling business as well as in non-housing areas, this downturn is largely attributable to the substantial impact of the forecast drop in sales owing mainly to the decline in new housing starts in Japan.

Operating profit is anticipated to total 62.5 billion yen, down 29.6 billion yen year

system business, strengthen the shift to engineering and service business and bolster the remodeling business. As a result, results exceeded plans in each of these areas.

on year resulting in an operating profit ratio of 3.8%. In addition to the drop in sales, this decline primarily reflects such factors as a forecast decrease in solar photovoltaic system retail prices as well as the termination of extraordinary management measures.

### Strengthening the Remodeling Business

In the residential field, new housing starts are expected to decline over the medium-to-long term. Under these circumstances, the ES Company will place emphasis on strengthening the remodeling business. In addition to bolstering points of customer contact by renovating showrooms to improve remodeling services, the ES Company will channel its energy toward upgrading and expanding the product lineup.

In the HEMS* business, we will focus on expanding sales of a variety of products

in an effort to promote HEMS* installation in homes everywhere as a matter of course. For details regarding HEMS-related products, please refer to the "About Panasonic" section of this report, "Promoting Automatic Control of Consumer Electronics and Effortless Energy Saving through the Use of "SMARTHEMS"" on page 6 and "Launch of Residential Distribution Panelboards Compatible with Home Energy Management Systems" on page 26.

* HEMS: Home Energy Management System. HEMS is an energy management support system for the home that ensures the automatic optimal operation of consumer electronics and electric devices and real-time display of information including energy consumption, using IT technology.

### Focusing on the AGE-FREE Business as well as an Overseas Sales Expansion Project

In the AGE-FREE business, which entails the provision of elderly care services, we are

---

Mid-term Business Strategy: Strategic Initiatives in FY2014

| | | | FY2014 Financial Results for further growth |
|---|---|---|---|
| Basic Strategy I | Strengthen Core Businesses | | |
| Core Businesses | I-1 | [Japan] Further strengthen core businesses | Sales in Japan 1,600.0 billion yen (vs. FY2014 BP*: +6%) |
| | I-2 | [Overseas] Expand business in "AC&I" (China, India and other Asian countries) | Sales in "AC&I" 166.0 billion yen (vs. FY2014 BP*: +20%) |
| Basic Strategy II | New Growth in the Engineering Business | | |
| Growing Business | II-1 | Enhance added-value in the energy management system business | Energy management system business sales 60.4 billion yen (vs. FY2014 BP*: +9%) |
| | II-2 | Strengthen the shift to engineering & service businesses | Engineering business sales 260.0 billion yen (vs. FY2014 BP*: +4%) |
| | II-3 | Strengthen the remodeling business (living space & after-sales services) | Remodeling business sales 199.0 billion yen (vs. FY2014 BP*: +1%) |

*BP=business plan

---

Fiscal 2015 Financial Targets

(Billions of yen)

| | Fiscal 2014 Results | Fiscal 2015 Plan | Year-on-year/ difference |
|---|---|---|---|
| Net Sales | 1,674.4 | 1,637.0 | 98% |
| Operating Profit (%) | 92.1 (5.5%) | 62.5 (3.8%) | -29.6 |
| Free Cash Flow | 58.9 | 37.5 | 96.4 |

Changes in organizational structure

1. Transfer of three companies from the Marketing Division to the Appliances Company
2. Transfer of Panasonic North America's AV solution business to the AVC Networks Company
3. Two new companies included in the scope of consolidation
   -VIKO (through acquisition)
   -Panasonic AGE-FREE Services Co., Ltd. (incorporation of the company into the AGE-FREE Business Unit)

FY2014-2015 Cumulative Total (for Free Cash Flow)

---

Strengthen the Remodeling Business Japan

#### Expand product lineups
- Water-related equipment: middle-to-high-end products
- Interior furnishing materials: for remodeling
- Lighting fixtures: LED lighting products (e.g. "MiLook")




#### Strengthen customer care
- Renovating showrooms to improve services for remodeling
- Expanding strategic stores for remodeling, "Refine" shops to 500 shops by FY2016 (401 shops in FY2014)

Remodeling sales

(Billions of yen)

| 2013 | 2014 | 2015 Plan | 2019 Target |
|---|---|---|---|
| 173.0 | 199.0 | 216.0 | 300.0 |

(Years ended or ending March 31)

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST    Document 3275-9    Filed 12/23/14    Page 3 of 288    Return    PAGE    Next

Highlights    About Panasonic    Top Message    Management Topics    Message from the CFO    Business Overview    Corporate Governance    Financial and Corporate Information

25

▷ Business at a Glance    ▷ Appliances Company    ▶ Eco Solutions Company    ▷ AVC Networks Company    ▷ Automotive & Industrial Systems Company    ▷ Overview of Business Divisions

looking to increase day care and multi-function care service facilities. At the same time we will promote the elderly housing with supportive service business. While continuing to emphasize smart city initiatives, particular weight will be placed on developing opportunities in Japan and overseas drawing on the know-how gained through the Fujisawa Sustainable Smart Town Initiative.

In its overseas business activities, the ES Company is promoting the "ACTION 3000" project and working to expand sales. This project mainly covers ASEAN, China, Turkey where a recent inclusion occurred through

### Promote the "ACTION 3000" Project and Sales Plans for Fiscal 2015 Overseas



**A** ASEAN Sales: 53.3 billion yen; up 7% YoY
- Increasing market share in electrical construction material products by leveraging the strength of sales routes

**C** China Sales: 50.7 billion yen; up 4% YoY
- Increasing sales of LED lighting products and wiring devices
- Developing air purifiers that best fit local needs

**T** Turkey Sales: 11.5 billion yen: VIKO newly included in the scope of consolidation
- Capturing a share of the C type wiring device market
- Positioning Turkey as a new strategic base for entering the CIS and North African markets

**I** India Sales 35.3 billion yen: up 17% YoY
- Developing high volume zone products
- Expanding the lighting business

### Focus on growing markets (strategic areas) ON
FY19 sales target: 300.0 billion yen

### Sales in Overseas Strategic Areas

(Overseas Sales Ratio)    (Billions of yen)

| | 2013 | 2014 | 2015 Plan | 2019 Target |
|---|---|---|---|---|
| Ratio | 11% | 13% | 17% | |
| Sales | 142.0 | 166.0 | 199.0 | 300.0 |

(Years ended or ending March 31)

the addition of VIKO, and India which is experiencing remarkable growth.

### Accelerating the Pace of BtoB Solution-Related Initiatives in Non-Housing and Non-Construction Fields

The ES Company will accelerate the pace at which it carries out non-housing and non-construction BtoB solution-related initiatives. In addition to our focus on the engineering business, which is exhibiting steady growth, we will pursue business expansion overseas by promoting home business interior furnishing solutions in China, the photovoltaic business in North America and the fire solutions business in the ASEAN region and India. We will strengthen the non-housing energy management system business and focus on capturing demand generated by the 2020 Tokyo Olympics and Paralympics.

Based on the aforementioned, we will reinforce our management and operating platforms for accelerated growth. In the solar business, we will ensure that the value and reliability of our products, which boast outstanding energy conversion efficiency, are properly conveyed to customers. We will also put forward proposals that link energy storage and saving systems to further differentiate our products and services. Through these means, we are confident in our ability to secure sales and profits. In the LED lighting business where we are witnessing pricing stabilization, we will upgrade and expand our product lineup, concentrate on adding value in non-housing-related and non-construction-related fields and reinforce our competitive advantage.

## Toward Housing Sales of 2,000.0 Billion Yen

The ES Company and PanaHome combined to generate net sales of 1,400.0 billion yen in the housing business in fiscal 2014. Looking ahead, efforts will be directed toward promoting business growth in the remodeling and HEMS-related businesses as well as overseas strategic areas. At the same time, we will endeavor to drive forward unconventional growth by pursuing M&As while also creating new products as well as new business models. While PanaHome has announced its goal of securing sales of 500.0 billion yen in fiscal 2019, the company will pursue collaboration as a member of the Panasonic Group and accelerate the pace of growth strategies in an effort to generate housing-related sales of 2,000.0 billion yen in fiscal 2019.



(Billions of yen)

**2014**: 1,400.0 (300.0 PanaHome)
**2019 Target**: 1,700.0 (500.0 PanaHome) plus an additional amount 300.0

(Years ended or ending March 31)

**Unconventional Growth**
- M&As and Alliances

**Top-line growth in core businesses**
- Remodeling
- HEMS-related
- Overseas strategic areas (ASEAN, China, Turkey, India)

## Toward BtoB Solutions Sales of 2,500.0 Billion Yen

The ES Company will expand the engineering business and foster new businesses. At the same time, we will work to address demand in the Tokyo Olympics and Paralympics as well as integrated resort-related businesses. Through these means the Group as a whole will contribute to achieving BtoB solutions sales of 2,500.0 billion yen.



(Billions of yen)

**2014**: 600.0
**2019 Target**: 700.0 plus an additional amount 100.0

(Years ended or ending March 31)

**Unconventional Growth**
- Develop new businesses
  2020 Olympics/Paralympics business/ IR-related businesses

**Top-Line Growth in Core Businesses**
- Expand the engineering business
- Strengthen the non-housing energy management system business
- Overseas strategic areas (ASEAN, China, Turkey, India)

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST    Document 3275-9    Filed 12/23/14    Page 4 of 288

Return    PAGE    Next

26

Highlights | About Panasonic | Top Message | Management Topics | Message from the CFO | Business Overview | Corporate Governance | Financial and Corporate Information

▷ Business at a Glance    ▷ Appliances Company    ▶ Eco Solutions Company    ▷ AVC Networks Company    ▷ Automotive & Industrial Systems Company    ▷ Overview of Business Divisions

## TOPICS Launch of Residential Distribution Panelboards Compatible with Home Energy Management Systems

### 🖙 Seamless visualization of energy use

Amid substantial change in the business environment for electric power companies since the Great East Japan Earthquake, Panasonic has launched Home Energy Management Systems (HEMS) for visualizing how energy is used within the household and automatically optimizing electricity use. (For more information about HEMS, please refer to the "About Panasonic" section of this report, "Promoting Automatic Control of Consumer Electronics and Effortless Energy Saving through the Use of "SMARTHEMS"" on page 6).

"Smart Cosmo®[*1]" was launched in May 2014 as a next-generation residential distribution panelboard that is compatible with HEMS. As a standard feature, all circuits have an independently developed branch current sensor, enabling the unit to measure not only the current delivered to lighting fixtures and home appliances, but also the current supplied by onsite power generators such as photovoltaic modules and the Ene-Farm home fuel cell cogeneration system. Moreover, Panasonic offers products with adaptors that wirelessly transmit power usage data

to "AiSEG," the core device of HEMS, as well as products that can later be fitted with wireless adapters. Initiatives have also been undertaken to ensure future HEMS compatibility encompassing energy-creation and energy-storage equipment.

### 🖙 Flexibly adapts to future facility expansion

Another compelling feature of "Smart Cosmo" is the simplicity with which it can be expanded. In the not-so-distant future, Panasonic predicts that an increasing number of households will install new energy-conserving and energy-generating equipment to take advantage of liberalization in the retail electricity sector and the use of smart meters[*2] in all households. "Smart Cosmo" is designed to flexibility to adapt to the installation of this futuristic equipment.

Even with new installations of photovoltaic modules, "Power Stations®[*3]" and storage battery units, the necessary measurement modules can be added to the circuit board with a single touch. Panasonic will proactively market "Smart Cosmo" as standard equipment for homes of the future.



Smart grid[*4] compatibility

Transmission network (smart grid)

Smart meter[*2]

Photovoltaic module

LED lighting

Energy creation and storage control

Home appliances and equipment

V2H[*5]

Electric vehicle

Electric vehicle charging/ discharging facility

"Smart Cosmo"

"Power Station®[*3]"    Storage battery unit

"AiSEG"

Cloud services

HEMS monitor    Smartphone    TV

Energy conservation control

*1 "Smart Cosmo" is a registered tradmark of Panasonic.
*2 Smart meter: a next-generation power meter that differs from a traditional analog electricity meter in that it digitally measures electricity usage and is able to transmit this data.
*3 "Power Station": a power conditioner and storage system for batteries and solar batteries. "Power Station" is a registered trademark of Panasonic.
*4 Smart grid: a next-generation power distribution network that is capable of adjusting electricity demand in accordance with electricity supply.
*5 V2H: vehicle to home. Electricity stored in the batteries of electric vehicles and plug-in hybrids is used for household purposes.

### Market potential

HEMS market scale



¥26.0 billion

**74** times compared with FY2011

Fiscal 2011    Fiscal 2021 Forecast

The market for major smart house-related equipment is projected to expand by 136.7% compared with fiscal 2011 by fiscal 2021 amid the full-scale liberalization of the retail electricity sector and plans to install smart meters in all homes. In tandem with this growth, the market for HEMS is projected to expand sharply, to 74 times the size it was in fiscal 2011.

Source: Yano Research Institute's Smart Housing Equipment Market: Key Research Findings 2012

▷ Business at a Glance    ▷ Appliances Company    ▷ Eco Solutions Company    ▶ AVC Networks Company    ▷ Automotive & Industrial Systems Company    ▷ Overview of Business Divisions

# AVC Networks Company

Click here for Panasonic IR Day 2014 AVC Networks Company presentation materials.

## Combining AV and ICT* and Offering Solutions to BtoB Customers

*ICT: Information and Communication Technology



President  **Yoshiyuki Miyabe**

| Apr. 1983 | Joined the Company |
| Jan. 2003 | Manager, R&D Planning Office |
| Apr. 2008 | Executive Officer of the Company / In charge of Digital Network & Software Technology |
| Apr. 2011 | Managing Executive Officer of the Company / In charge of Technology |
| Jun. 2011 | Managing Director of the Company |
| Oct. 2012 | In charge of Intellectual Property |
| Apr. 2013 | President, AVC Networks Company (incumbent) |
| Apr. 2014 | Senior Managing Director of the Company (incumbent) |

### FY 2014 (Year ended March 31, 2014) Financial Results

#### Year-on-Year Improvement in Operating Profit

In fiscal 2014, AVC Networks Company sales amounted to 1,573.4 billion yen*, down 3% compared with the previous fiscal year. Despite sound growth in the BtoB business, this downturn was mainly attributable to termination of the plasma display business and the suspension of BtoC smartphone development activities targeting communication operators in Japan.

Operating profit, on the other hand, climbed 13.2 billion yen year on year to 21.5 billion yen* despite the substantial impact of business withdrawal that was outside plans.

Meanwhile, sales and operating profit came in at 1,219.3 billion yen and 20.4 billion yen, respectively, after excluding business transferred to the

Appliances Company in April 2014.

*Previous company structure basis.

#### Company Overview

##### Transfer of the TV Set and Other Businesses and the Launch of a New Organizational Structure in April 2014

In April 2014, the AVC Networks Company transferred the TV set, Audio, Video and AV Accessory businesses to the Appliances Company, allowing it to focus on BtoB activities under a new organizational structure.

The new structure comprises four businesses: the Visual & Imaging Business, which concentrates on imaging- and optical-related products and technologies; the Mobility Business, which revolves mainly around business-use notebook PCs; the Communication Business, which boasts a high market share across numerous products in the communications fields; and the Vertical Solutions Business, which

## Net Sales*    Operating Profit* / Operating Profit Ratio*    Free Cash Flow*



*Previous company structure basis.

(Years ended March 31)

## Four Core Businesses



*1 SI: System Integration    *2 FY2015 Business Plan (New Organization Basis)

Panasonic Annual Report 2014
Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 6 of 288   Return   PAGE   Next

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information

28

▷ Business at a Glance   ▷ Appliances Company   ▷ Eco Solutions Company   ▶ AVC Networks Company   ▷ Automotive & Industrial Systems Company   ▷ Overview of Business Divisions

handles infrastructure- and avionics-related products and systems. By delivering products that combine AV and ICT, the AVC Networks Company will contribute to efforts aimed at realizing a smart society.

### FY2015 (Year ending March 31, 2015) Targets and Initiatives

#### Expanding the Four Core Businesses and Targeting Increases in Both Revenue and Earnings

Compared with fiscal 2014, the AVC Networks Company is targeting sales growth in its Visual & Imaging, Mobility and Vertical Solutions businesses of 8%, 12% and 13%, respectively, in fiscal 2015, while sales in the Communication business are forecast to decline 1%. Growth in these core businesses is therefore expected to more than cover such negative factors as the termination of unprofitable businesses. As a result, the company as a whole is forecasting sales of 1,231.0 billion yen, up 1% compared with fiscal 2014.

Operating profit is projected to climb 22.6 billion yen to 43.0 billion yen. This is largely attributable to the positive flow-on effects of unprofitable business structural reform measures implemented in fiscal 2014 as well as forecast growth in core businesses. Free cash flows are anticipated to decline 22.5 billion yen owing primarily to outlays associated with completing structural reform measures and investment in new businesses.

#### LCD Panel and Digital Still Camera Business Operating Profit Growth

We will rebuild the LCD panel business. Due to the over-crowding of panel business manufacturers, the market is suffering under the over-supply of products. Accordingly, we have shifted from TV applications, which are becoming increasingly commoditized, to tablet and notebook PC as well as other IT applications. During fiscal 2014, around 60% of activities had transitioned to non-TV applications. In fiscal 2015, we will lift this ratio to approximately 70% while placing emphasis on commercial application across such wide-ranging areas as medical equipment, broadcasting and automobiles. Accounting for the demand for sophisticated specifications, these application fields offer high earnings potential. We also expect to reduce the amount of losses by more than 90% compared with fiscal 2012.

The digital still camera (DSC) business is another area that we plan to rebuild. We will strengthen the business structure, reduce total fixed costs, shift to more profitable models, including compact high-end and mirror-less products and engage in proprietary technology external device sales that other companies find difficult to imitate. In this way, we will target a return to the black in fiscal 2015 by improving marginal profit.

### Toward Fiscal 2019 (Year ending March 31, 2019)

#### Target Sales of 1,600.0 Billion Yen

The revitalized AVC Networks Company will offer solutions directly to BtoB customers through products and services that combine AV and ICT with the aim of generating sales of 1,600.0 billion yen in fiscal 2019.

In order to achieve this target, the company will look beyond the simple sale of hardware (equipment). Working to expand its solutions business, the AVC Networks Company will provide total solutions that encompass customized systems integration and maintenance that match the needs of customers.

In expanding the solutions business, the company will draw on hardware strengths of each core business. Every effort will be made to create customer value in industries that are capable of making the most the company's strengths.

For example, we boast a wide lineup of network camera-related products. The company ranks second* in the industry with a global market share of around 10%. By providing competitive products that are finely tuned to addressing a variety of customers' needs, we will steadily expand the solutions business.

* Source: AVC Networks Company

In addition, we will focus on putting forward solution proposals centered on rugged notebook and tablet

---

### Fiscal 2015 Financial Targets

| | Fiscal 2014 Results | Fiscal 2015 Plan | Year-on-year/difference |
|---|---|---|---|
| Net Sales | 1,219.3 | 1,231.0 | 101% |
| Operating Profit (%) | 20.4 (1.7%) | 43.0 (3.5%) | +22.6 |
| Free Cash Flow | −23.5 | −22.5 | +1.0 |

(Billions of yen)

**Twofold Year-on-Year Increase in Operating Profit in Fiscal 2015**

### FY2015 Sales Composition

■ Offset negative impact of the termination of unprofitable businesses by growth in core businesses, and turnaround toward a growth trajectory



| Core Businesses | Growth (%) |
|---|---|
| Visual & Imaging Business | 108% |
| Mobility Business | 112% |
| Communication Business | 99% |
| Vertical Solutions Business | 113% |

(Billions of yen)

1,219.3   1,231.0
101%
79%
109%
(Ceased PDP operations/Suspended BtoC smartphone R&D activities)

2014   2015 Plan   (Years ended or ending March 31)

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 7 of 288

Return   PAGE   Next

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information

29

▷ Business at a Glance   ▷ Appliances Company   ▷ Eco Solutions Company   ▶ AVC Networks Company   ▷ Automotive & Industrial Systems Company   ▷ Overview of Business Divisions

PCs that can be used in the harshest of environments. We will therefore develop our business through proposals that make the most of our products' features in a bid to address customers' indoor and outdoor needs.

Furthermore, we will work to create new customer value by combining these solutions. As one example, we will forge collaborative ties with partner companies to open convenience stores that incorporate a mix of features including in-shop signage and integrated security while conducting demonstration experiments. We will horizontally extend the know-how gained through these initiatives to further expand our business.

### Reinforcing Business Domains to Ensure Solutions Business Growth

As a priority initiative aimed at strengthening the solutions business, the AVC Networks Company has established three main areas of focus. As a part of efforts to enhance the business platform, expand solution areas and bolster the cloud and wide-range wireless business, we plan to undertake new investments through fiscal 2019.

In enhancing the business platform, we will establish a global network of overseas engineering bases in order to reinforce the structure and quality of systems integration, installation, maintenance and operating services required to provide solutions overseas. As a part of efforts to

expand solution areas, we will look to acquire core operating know-how in designated industries through a variety of methods including M&A. Working to bolster the cloud and wide-range wireless business, we will endeavor to build a variety of platforms, enter the MVNO* business and promote collaboration with IT companies.

Moreover, we will consider stadium, roadway and other infrastructure solution proposals in the lead-up to the 2020 Tokyo Olympic Games and Paralympics.

* MVNO: Mobile Virtual Network Operator. An operator that provides communication services using the networks of other operators alleviating the need to maintain a physical mobile circuit network encompassing such hardware as mobile phones and PHSs.

### Toward BtoB Solutions Business Sales of 2,500.0 Billion Yen

The AVC Networks Company is charged with the responsibility of contributing 1,500.0 billion yen to the Group's overall target of BtoB solutions domain sales of 2,500.0 billion yen in fiscal 2019. We will look to fulfill this responsibility by expanding product solutions (the ability to customize proposals) based on our robust lineup of products as well as system solutions.

(Billions of yen)



### Expanding the Solutions Business

- Create a solutions business that is directly linked to customers in the industries where our strengths can be utilized
- Build a success model with partners while promoting global expansion by a factor of N*

Enhance solutions with competitive products

Improve customer value by collaborating with industry partners

Example: demonstration tests at convenience stores



From Other Divisional Companies
- Solar cells
- CO₂ refrigerant
- Lighting control
- Air conditioning/Ventilation control

From Other Divisional Companies
- Massage chair
- Beauty appliances
- Ion water conditioner
- LED lighting
- Superdirectional Speakers, etc.

Integrated Security | In-shop signage

Security camera | Image analysis | Display panels | Cloud service

Success model expansion by a factor of N*

*N: Number of shops, etc.

### Toward the Tokyo Olympics and Paralympics

Examples of Solutions for a Better Olympic Games

Stadium | Example: Smart Stadium



Lost Child Detection System | Security Monitoring

Main Products
- Large screens
- Large speakers
- Broadcasting systems
- Security and other systems

Infrastructure | Example: Smart Olympic Lane



Traffic Control System for a Special Olympic Lane | Detect

Main Products
- Security systems
- Broadcasting systems
- Payment and other systems

▷ Business at a Glance   ▷ Appliances Company   ▷ Eco Solutions Company   ▶ AVC Networks Company   ▷ Automotive & Industrial Systems Company   ▷ Overview of Business Divisions

 **TOPICS**

# TOUGHPAD Corporate Tablet also Makes Voice Calls

Click here for details.

## 👉 Rugged body bears up to use in harsh operating conditions

The company's corporate customers told us they wanted a tablet that could be used outdoors and in harsh operating conditions. Steps were then taken to develop the TOUGHPAD series of rugged tablets in 2012.

Launched in the summer of 2014, the FZ-E1/FZ-X1 tablets are the first in the series to come with voice call functionality. Users are able to make voice calls over high-speed LTE/3G connections from anywhere in Japan*. Able to survive drops from heights of three meters and impacts from a 400g steel ball, the rugged body features a dust-proof and rain-proof design that can withstand water pressure at a depth of 1.5 meters for up to 30 minutes, and blocks dust and strong water flows. The tablets can be used without worry in dusty work environments and around water. The tablets even have an internal heater that enables reliable operation under temperatures ranging from -20°C to 60°C.

* Requires a separately sold contract with a communications carrier.

## 👉 Diverse array of features loaded into a single device

These models have a large-capacity battery, allowing them to operate up to about 14 hours, and come with features designed for use in a diverse array of outdoor environments. The 5-inch LCD display offers superb visibility even under direct sunlight, and the tablet can be used in the rain and with gloved hands thanks to a touch panel with highly sensitive proximity detection and a proprietary function that prevents raindrops from causing unintended operation.

These tablet models are also packed with other features, including large-diameter dual speakers that are loud enough to clearly hear in noisy environments, an 8-megapixel rear-facing camera and a 1.3-megapixel front-facing camera, and a barcode scanner able to read 36 kinds of barcodes. The company plans to market these models for industries with extensive outdoor work, such as electric power, gas and waterworks, while also promoting them in a broad range of sectors including transportation/logistics, retailing, and manufacturing.



Compatible with voice calls over LTE/3G connections*



* Requires a separately sold contract with a communications carrier.

Rugged body can endure harsh operating conditions



### Market potential

Projected shipments of corporate tablets



**2.2** times compared with FY2013

1.75 million

Fiscal 2013    Fiscal 2016 Forecast

Although corporate tablets have been slower to take off than consumer tablets, the market has expanded by 20–40% year on year since fiscal 2014, and is likely to grow to 1.75 million units in fiscal 2016. The market for corporate tablets is projected to grow faster than for consumer tablets, and become a prime driver of growth in the overall tablet market.

Source: ICT Research & Consulting's Fiscal 2014 Corporate Tablet Market Outlook

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 9 of 288

Return   PAGE   Next

31

| Highlights | About Panasonic | Top Message | Management Topics | Message from the CFO | Business Overview | Corporate Governance | Financial and Corporate Information |

▷ Business at a Glance   ▷ Appliances Company   ▷ Eco Solutions Company   ▷ AVC Networks Company   ▶ Automotive & Industrial Systems Company   ▷ Overview of Business Divisions

# Automotive & Industrial Systems Company

[PDF] Click here for Panasonic IR Day 2014 Automotive & Industrial Systems Company presentation materials.

## Enhancing Customer Value Mainly in the Automotive and Industrial Business Fields



**President** **Yoshio Ito**

| Apr. 1973 | Joined the Company |
| Apr. 2006 | Vice President, Panasonic AVC Networks Company / Director, Systems Business Group |
| Apr. 2009 | Executive Officer of the Company / President, Lighting Company |
| Jan. 2013 | President, Industrial Devices Company / President, Energy Company |
| Apr. 2013 | Managing Executive Officer of the Company |
| Apr. 2014 | Senior Managing Executive Officer of the Company / President, Automotive & Industrial Systems Company (incumbent) |
| Jun. 2014 | Senior Managing Director of the Company (incumbent) |

**Company Overview**

**Contributing to Environmentally Friendly and Smart Lifestyles through a Wide Range of Products and Solutions**

The Automotive & Industrial Systems (AIS) Company maintains a broad spectrum of responsibilities across such wide-ranging fields as car-use-multimedia-related equipment, automotive electronics, electronics components, automation controls, electronic materials, semiconductors, batteries systems, optical devices and manufacturing facility systems.

While BtoB businesses account for around 95% of the AIS Company's overall business, these activities consistently take into account of end-user customers. Accordingly, the company looks beyond the BtoB domain and takes the broader view of delivering BtoBtoC solutions to all customers.

Every effort is directed toward becoming a growth engine for the Panasonic Group as a whole and enhancing customer value mainly in the automotive and industrial business fields.

**Fiscal 2014 (Year ended March 31, 2014) Financial Results**

**Substantial Year-on-Year Improvement in Both Sales and Operating Profit**

In fiscal 2014, the AIS Company achieved its planned sales target. In specific terms, sales reached 2,737.6 billion yen, up 9% compared with the previous fiscal year. This was largely attributable to favorable trends in the automotive-related business and positive effects of movements in foreign currency exchange rates.

Operating profit was 85.7 billion yen, a substantial increase of 56.2 billion yen year on year. In addition to higher sales, this favorable result was mainly due to successful efforts to restructure unprofitable products including the decision to reposition rechargeable batteries within the automotive and industrial business fields.

Free cash flows were 172.2 billion yen substantially higher than the previous fiscal year.

### Features of the Automotive & Industrial Systems Company

**Sales Composition**



Harness the strengths of the company's broad business area and solid customers relationships and promote BtoB and BtoBtoC solutions

Other 27%   Automotive 43%
ICT 17%   Industry 13%
2,737.6 (billion yen)
(Year ended March 31, 2014)



**Net Sales**
(Billions of yen)
2,518.0   2,737.6
2013   2014



**Operating Profit / Operating Profit Ratio**
(Billions of yen)   (%)
1.2%   3.1%
29.5   85.7
2013   2014
◆ Operating Profit [left scale]
◆ Operating Profit/Sales Ratio [right scale]



**Free Cash Flow**
(Billions of yen)
8.1   172.2
2013   2014
(Years ended March 31)

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 10 of 288

Highlights | About Panasonic | Top Message | Management Topics | Message from the CFO | Business Overview | Corporate Governance | Financial and Corporate Information

Return   PAGE   Next

《 〈   32   〉 》

▷ Business at a Glance   ▷ Appliances Company   ▷ Eco Solutions Company   ▷ AVC Networks Company   ▶ Automotive & Industrial Systems Company   ▷ Overview of Business Divisions

## Committed to Reforming the Structure of Underperforming Businesses while Leaving No Stone Unturned

Leaving no stone unturned, the AIS Company decisively implemented structural reforms in challenging businesses throughout fiscal 2014. Please refer to the "Management Topics" section of this report, "Enhancing the Competitiveness of the Semiconductor Business" and "Contraction of Printed Circuit Board Business" on page 15.

The AIS Company was unable to narrow losses in the semiconductor business, owing mainly to the loss on devaluation of inventories associated with structural reform measures recorded in fiscal 2014. Meanwhile, the company was successful in returning the Portable Rechargeable Battery and Automotive Battery business divisions to the black.

Taking the aforementioned into consideration, there were four unprofitable business divisions accounting for 13% of total sales as of the end of fiscal 2014, down from six that accounted for 32% of total sales in fiscal 2013.

### Toward Fiscal 2019 (Year ending March 31, 2019)

### Target 3,600.0 Billion Yen in Sales

With sales of 2 trillion yen from the automotive field, 720.0 billion yen from the industrial field and contributions from ICT, other and new business activities, the AIS Company as a whole is targeting sales of 3,600.0 billion yen in fiscal 2019.

In the automotive field, the company will undertake priority investments. We will aim to

become an indispensable supplier in the comfort, safety and environment fields, which encompass a wide range of products, including smartphone-linked next-generation cockpits, Advanced Driving Assistance Systems (ADASs) and automotive batteries, respectively. In automotive batteries, the AIS Company is attracting wide acclaim from a large number of automobile manufacturers for its cylindrical and prismatic lithium-ion batteries. With orders on the rise, we will take full advantage of every opportunity through phased investments while closely examining demand.

Following the automotive field, we will focus on our industrial operations. In addition to expanding production equipment and devices, where we have an established track record, we will concentrate on

promoting growth in our energy business, centered on rechargeable batteries.

### FY2015 (Year ending March 31, 2015) Targets and Initiatives

### Targeting an Increase in Both Sales and Profits

In addition to reaping the benefits of structural reforms, we have positioned fiscal 2015 as a year in which to bring about a bold turnaround and to lay the foundation for growth.

While anticipating a drop in sales owing mainly to cutbacks and withdrawal from underperforming businesses, we are projecting a slight increase of 1% in sales to 2,777.0 billion yen on the back of higher sales in growth businesses. Operating profit is forecast

---

### Toward FY2019

Increase sales to 3,600.0 billion yen with 2 trillion yen in the automotive business and sales growth in the industrial business



### Expand the Automotive Battery Business

Expand production based on a timely and detailed examination of demand



### Expand Activities in the Industrial Field Focusing on the Energy Business

Accelerate growth by expanding the energy business together with the robust production equipment and device businesses



Panasonic Annual Report 2014

Highlights   About Panasonic   Top Message   Management Topics   Message from the CEO   Business Overview   Corporate Governance   Financial and Corporate Information

Search   Return   PAGE   Next

33

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 11 of 288

▷ Business at a Glance   ▷ Appliances Company   ▷ Eco Solutions Company   ▷ AVC Networks Company   ▶ Automotive & Industrial Systems Company   ▷ Overview of Business Divisions

to reach 107.0 billion yen, up 21.3 billion yen primarily due to the increase in sales as a result of structural reforms and rationalization.

Free cash flows are expected to show a substantial decline reflecting corrections to the balance of free cash flows in fiscal 2014. On a cumulative fiscal 2014 and fiscal 2015 basis, free cash flows are estimated to reach 191.2 billion yen. This is approximately 36.0 billion yen higher than our initial plan of 155.0 billion yen.

**Promoting Increased Sales in Growth Businesses and Improve Profits in Underperforming Businesses**

In fiscal 2015, the AIS Company will focus on expanding sales in growth businesses. Efforts will be directed toward addressing the succession of orders received for automotive batteries. We will also increase deliveries of conductive capacitors for mobile base stations and servers where demand is on the rise. In the audio display field, where sales have exceeded 200.0 billion yen, we will accelerate sales in

emerging countries which offer considerable potential on the back of the upswing in automobile sales. From an investment perspective, we are planning total investments of 109.0 billion yen in fiscal 2015. This is within the scope of depreciation and will be channeled mainly to the automotive field and energy business.

Meanwhile, in challenging areas, the AIS Company will focus on the semiconductor business. In fiscal 2015, we will shift to a recovery phase, where we begin to reap the benefits of major structural reforms undertaken during fiscal 2014. We will work to secure a return to profitability in fiscal 2016 by promoting products that take advantage of the strengths of the AIS Company, including lower power consumption, imaging and compound technologies, while at the same time rationalizing assets through fabless operations.

Despite the hardships that accompany structural reform, our decisive action is definitively solidifying our profit structure. While keeping a tight rein, we will continue to prioritize efforts aimed at improving profits.

**FY2015 Financial Targets**

**Reap the benefits of structural reform and bring about a bold turnaround to the lay the foundation for growth**

(Billions of yen)

|  | Fiscal 2014 Results | Fiscal 2015 Plan | Year-on-year/difference |
|---|---|---|---|
| Net Sales | 2,737.6 | 2,777.0 | 101% |
| Operating Profit (%) | 85.7 (3.1%) | 107.0 (3.9%) | +21.3 |

|  | Fiscal 2014 Results | Fiscal 2015 Plan | FY2014–2015 Cumulative Total |
|---|---|---|---|
| Free Cash Flow | 172.2 | 19.0 | 191.2 |

Midterm management plan (CV2015) FY2014–2015 FCF cumulative total: 155.0 billion yen

## Toward Automotive Sales of 2,000.0 Billion Yen

The AIS Company reported 1,200.0 billion yen sales in automotive field in fiscal 2014. Looking ahead, we will prioritize capital as well as R&D investment with the aim of promoting growth in the comfort, safety and environment categories. In the safety category, in particular, we will harness the strengths of our sensor, imaging and other technologies to newly enter the Advanced Driving Assistance System (ADAS) field. Moreover, we will consider unconventional initiatives through M&As as well as alliances in order to achieve a Group-wide sales target in the automotive field of 2,000.0 billion yen in fiscal 2019.



(Billions of yen)

Unconventional Initiatives

2,000.0

1,200.0

1,800.0

880.0

440.0

680.0

2014   2019 Target

(Years ended or ending March 31)

**Comfort**
Expand the business through next-generation cockpits

**Safety**
Enter the Advanced Driving Assistance System (ADAS) market

**Environment**
Aim to become the No. 1 automotive battery supplier for eco cars

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST    Document 3275-9    Filed 12/23/14    Page 12 of 288

Highlights | About Panasonic | Top Message | Management Topics | Message from the CFO | Business Overview | Corporate Governance | Financial and Corporate Information

Return    PAGE    Next    34

▷ Business at a Glance    ▷ Appliances Company    ▷ Eco Solutions Company    ▷ AVC Networks Company    ◀ Automotive & Industrial Systems Company    ▷ Overview of Business Divisions

 TOPICS Easy-to-Install Storage Battery System for the Home or Office

### 👉 Large capacity and high output allows multiple equipment to be used simultaneously

Since the Great East Japan Earthquake, an increasing number of offices, retail stores and facilities have installed storage battery systems to prepare for the risk of a power interruption caused by a natural disaster. In response to these growing market needs, Panasonic developed a lithium-ion storage battery system with a large capacity of 5 kWh in a compact, lightweight body at about half the price of previous systems*.

The system uses cylindrical lithium-ion batteries with high energy density, the same type that is used in electric vehicles. Its large capacity of 5 kWh means that personal computers, a refrigerator, a TV and other equipment can be simultaneously powered for a long period of time. Its high output of 1.5 kVA allows the system to be connected to power-hungry equipment such as copiers and tabletop electromagnetic cooking appliances.

### 👉 Lightweight system design makes it possible to install in variety of places

Storage batteries tend to grow in size and weight as capacity increases, limiting where they can be installed. This system, however, is compact, as little as one-third the size of conventional systems*. As a result, the system can be installed in more places, such as next to an office desk or under a cash register. Since it is a standalone system that can directly power equipment via its electrical outlets, the storage battery system can be easily deployed during power outages by simply plugging in an electrical cord. The AC output terminal at the rear of the unit can also power ceiling lights and other appliances.

By recharging during the night when electricity is cheaper and outputting this electricity during the day, the storage battery system can contribute to the stability of supply and demand across the power grid, while helping households and companies save on their electricity bills. Panasonic will continue to propose products like this that can be used in a wide variety of situations, including in the home.

* Per-kWh comparison with the company's previous product (3.2 kWh model)

    

The following office equipment can be used simultaneously for roughly 4.0 hours.

| Application | No. of Units |
|---|---|
| Notebook PCs | 6 |
| Router, modem, hub | 1 |
| Server | 1 |
| UPS | 1 |
| Multi-function printer (one hour of operation) | 1 |
| Mobile phone charger | 6 |
| Straight-type LED lighting | 10 |

The following home equipment can be used simultaneously for about 6.5 hours.

| Application | No. of Units |
|---|---|
| Notebook PCs | 2 |
| Router, modem, hub | 1 |
| Refrigerator | 1 |
| Electric fans | 2 |
| 37-inch LCD TV | 1 |
| Mobile phone chargers | 2 |
| LED lighting | 2 |

Note 1: Equipment with a total of 1,500 VA or less can be connected.
Note 2: Operating time varies based on the power consumption of equipment and operating conditions.
Note 3: Do not use for medical equipment.

### Market potential

Stationary Power Storage System Market Scale

 ¥530.0 billion



**15.5** times compared with FY2014

Fiscal 2014 Estimate    Fiscal 2021 Forecast

The scale of the stationary power storage system market is projected to increase 15.5 times from 34.2 billion yen in fiscal 2014 to 530.0 billion yen in fiscal 2021. The housing-use market in particular is expected to witness strong growth buoyed by deregulation. Shipment volumes are anticipated to surge 33.8 times between fiscal 2014 and fiscal 2021.

Source: "2014 Stationary Power Storage System / Battery Storage System Market Trends Survey —A Look at Product Strategies and Business Models Aimed at Promoting Increased Use—" issued by Seed Planning, Inc.

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 13 of 288

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information

Return   PAGE   Next   35

▷ Business at a Glance   ▷ Appliances Company   ▷ Eco Solutions Company   ▷ AVC Networks Company   ▷ Automotive & Industrial Systems Company   ▶ Overview of Business Divisions

## Overview of Business Divisions (As of April 1, 2014)

### Appliances Company



Air-conditioners    TVs

**Air-Conditioner Business Division**
Development, manufacture and sale of air-conditioners for home, office and store use, multi-unit air-conditioners for buildings, gas heat pump air conditioners, absorption chillers, $CO_2$ hot water supply systems, etc.

**Refrigeration and Air-Conditioning Devices Business Division**
Development, manufacture and sale of air-conditioner compressors, refrigeration compressors, vacuum insulation materials, etc.

**Refrigerator Business Division**
Development, manufacture and sale of refrigerators, freezers, etc.

**Cold Chain Business Division**
Development, manufacture and sale of showcases, commercial-use refrigerators and freezers, ice-making machines, drink vending machines, etc.

**Laundry Systems and Vacuum Cleaner Business Division**
Development, manufacture and sale of washer/dryers, clothes dryers, vacuum cleaners, etc.

**Kitchen Appliances Business Division**
Development, manufacture and sale of induction heating (IH) cooking equipment, microwave ovens, rice cookers, built-in cooking appliances, dishwasher dryers, etc.

**Beauty and Living Business Division**
Development, manufacture and sale of beauty appliances (shavers, hair dryers, oral care products, etc.), health enhancing products (blood pressure monitors, body composition meters, massage chairs, etc.), cooking appliances (home bakery, coffee maker, juicers, etc.) and electric irons

**Home Entertainment Business Division**
Development, manufacture and sale of TVs, Blu-ray and DVD recorders, audio equipment, etc.

**Motor Business Division**
Development, manufacture and sale of motors for industrial use, motors for home appliance use, motors for automotive use, etc.

**Smart Energy System Business Division**
Development, manufacture and sale of smart gas meter-use devices, fuel cells, etc.

### Eco Solutions Company



Modular kitchen systems    Solar photovoltaic systems

**Lighting Business Division**
Development, manufacture and sale of residential, facility, store and outdoor lighting fixtures, lamps, devices, etc.; marketing of lighting design proposals for exterior and interior spaces using lighting software technologies

**Energy Systems Business Division**
Development, manufacture and sale of wiring devices, distribution panel boards, solar photovoltaic systems, energy management-related equipment, condominium intercom systems, building systems, etc.

**Housing Systems Business Division**
Development, manufacture and sale of water-related products including modular kitchen systems and modular baths, interior furnishing materials including floor, door, storage unit materials, and exterior finishing materials including drainpipe and exterior wall materials, residential building frames, and home elevators, etc.

**Panasonic Ecology Systems Co., Ltd.**
Development, manufacture and sale of air purifiers, electric fans, ventilating fans, blowers for factory and facility use, etc.

### AVC Networks Company



Rugged smart phones    Surveillance cameras

**Imaging Network Business Division**
Development, manufacture and sale of digital cameras (compact/interchangeable lens), video cameras and business-use broadcasting equipment

**Storage Business Division**
Development, manufacture and sale of recording media and SD memory cards

**Visual Systems Business Division**
Development, manufacture and sale of projectors and business-use displays

**Avionics Business Division**
Development, manufacture and sale of in-flight entertainment systems, in-flight communications services, etc.

**IT Products Business Division**
Development, manufacture and sale of notebook PCs and tablet PCs

(Continued on the next page)

Highlights | About Panasonic | Top Message | Management Topics | Message from the CEO | Business Overview | Corporate Governance | Financial and Corporate Information

▷ Business at a Glance  ▷ Appliances Company  ▷ Eco Solutions Company  ▷ AVC Networks Company  ▷ Automotive & Industrial Systems Company  ◀ Overview of Business Divisions

**Security Systems Business Division**
Development, manufacture and sale of surveillance and security cameras, surveillance image recorders, sound systems, HD visual communication systems, etc.

**Communication Products Business Division**
Development, manufacture and sale of cordless and business telephones, TV door intercom systems, etc.

**Office Products Business Division**
Development, manufacture and sale of PBX[*1], SIP[*2] terminals, business FAX machines, compact multi-function printers, etc.

**Infrastructure Systems Business Division**
Development, manufacture and sale of digital wireless systems, ITS transport systems, mobile phone base stations, etc.

**System Solutions Company (Japan)**
Development of system solutions (integration security, public infrastructure terminal systems, cloud, etc.); systems integration, sales and management

**Panasonic Liquid Crystal Display Co., Ltd.**
Development, manufacture and sale of liquid crystal display (LCD) panels
(Transferred to the Automotive & Industrial Systems Company, effective from July 1, 2014.)

Notes:
1. The acronym for Private Branch eXchange. An in-house telephone switching system that interconnects multiple telephone extensions to each other as well as to outside telephone networks.
2. The acronym for Session Initiation Protocol. A network communications protocol for establishing sessions between two or more telecommunications devices over the Internet.

**Automotive & Industrial Systems Company**


Cylinder-type lithium ion batteries


Front Information Display

**Automotive Infotainment Systems Business Division**
Development, manufacture and sale of car AV systems, car navigation systems, car audio systems, etc.

**Automotive Electronics Business Division**
Development, manufacture and sale of DSRC/ETC engine control units, driving support control systems, smart keyless systems, chargers, etc.

**Energy Device Business Division**
Development, manufacture and sale of dry batteries, micro batteries, nickel metal-hydride rechargeable batteries, etc.

**Panasonic Storage Battery Co., Ltd.**
Development, manufacture and sale of lead-acid storage batteries for automotive use, valve regulated lead-acid batteries, etc.

**Portable Rechargeable Battery Business Division**
Development, manufacture and sale of lithium ion batteries, Ni-Cd batteries, chargers, etc.

**Automotive Battery Business Division**
Development, manufacture and sale of lithium ion and nickel metal hydride batteries for eco-cars (HEV/PHV/EV)

**Capacitor Business Division**
Development, manufacture and sale of conductive polymer capacitors, various capacitors (aluminum electrolytic /film), etc.

**Circuit Components Business Division**
Development, manufacture and sale of anti-heat sheets, resistors, inductors, in-car and industrial-use sensors, etc.

**Electromechanical Components Business Division**
Development, manufacture and sale of automotive switches, speakers, touch panels, automotive power supply, light touch switches, etc.

**Electronic Materials Business Division**
Development, manufacture and sale of circuit board materials, semiconductor encapsulation materials, molding compound, advanced films, etc.

**Automation Controls Business Division**
Development, manufacture and sale of relays, connectors, automotive devices, FA equipment, etc.

**Semiconductor Business Division**
Development, manufacture and sale of power semiconductors, LSIs, image sensors, in-car camera modules, optical semiconductors, etc.
(Transferred to Panasonic Semiconductor Solutions Co., Ltd., effective from June 1, 2014.)

**Panasonic Precision Devices Co., Ltd.**
Development, manufacture and sale of optical disk drives, industrial ink jet heads, etc.

**Panasonic Factory Solutions Co., Ltd.**
Development, manufacture and sale of replacement machines, screen printing equipment, FPD bonders, electronic component inserting machines, etc.

**Panasonic Welding Systems Co., Ltd.**
Development, manufacture and sale of welding systems, laser oscillator, etc.

**Panasonic Cycle Technology Co., Ltd.**
Development, manufacture and sale of electric power-assisted bicycles, bicycles, electric power-assisted units, bicycle products, etc.
(Transferred to the Appliances Company, effective from July 1, 2014.)

**Other**


Detached housing


Urban development

**PanaHome Corporation**
Construction of detached housing, apartment housing for leasing, etc.; remodeling contract work and construction; sale of land, properties and condominiums; real estate brokerage, leasing and management; manufacture and sale of system materials for industrial housing

**System LSI Business Division**
Development and sale of system LSIs that serve as backbone semiconductor components for consumer-use imaging equipment and network compatible information equipment

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST    Document 3275-9    Filed 12/23/14    Page 15 of 288

Return    PAGE    Next

Highlights    About Panasonic    Top Message    Management Topics    Message from the CFO    Business Overview    Corporate Governance    Financial and Corporate Information

3

▶ Corporate Governance Structure    ▷ Message from an Outside Director    ▷ Directors, Audit & Supervisory Board Members and Executive Officers

# Corporate Governance Structure

Prepared using excerpts from the Company's [PDF] Annual Securities Report (Yukashoken Hokokusho) submitted in June 2014. The following information is also published in the Annual Securities Report.

[PDF] II -3-(2) Policy on Control of Panasonic Corporation
[PDF] IV-6-(1)-3) Basic Policy on Internal Control Systems and Status of the Development of the System
[PDF] IV-6-(1)-4) The status of the Company's internal system concerning timely disclosure of corporate information

## Basic Policy of Corporate Governance

Under its basic philosophy "A company is a public entity of society," the Company has long been committed to corporate governance. The Company's corporate governance system is based on the Board of Directors, which is responsible for deciding important operational matters for the whole Group and monitoring the execution of business by Directors, and Audit & Supervisory Board Members (A&SBMs) and the Audit & Supervisory Board (A&SB), which are independent from the Board of Directors and responsible for auditing the performance of duties by Directors.

In October, 2012, the Company established the Corporate Strategy Head Office, which is responsible for formulating and promoting group-wide strategies and other matters from the perspective of an investor. At the same time, the Company divided parts of functions such as the Corporate R&D Group and the Corporate Legal Affairs Division, which had previously been functions of the head office, and incorporated those functions into the Professional Business Support Sector in order to support the performance of business operations by the Divisional Companies and the business divisions.

In April, 2013, the Company introduced the business division system and positioned business divisions as basic management units. In FY2014, the Company has forty-three (43) business divisions and each of the business divisions is autonomously

managed to formulate its respective midterm management plans and business plans, and is responsible for R&D, production and sales as well as its cash and profit management on a global basis. In addition, four (4) Divisional Companies (Appliances, Eco Solutions, AVC Networks and Automotive & Industrial Systems), the aggregation of the business divisions, support the business division system. The Company has established the following corporate governance system suitable for the Company's business structure based on the four (4) Divisional Companies and forty-three (43) business divisions.

## Corporate Governance Structure

The Board of Directors and Executive Officer System

The Company's Board of Directors is composed of seventeen (17) Directors including three (3) Outside Directors. In accordance with the Company Law of Japan and related laws and ordinances (collectively, the "Company Law"), the Board of Directors has ultimate responsibility for administration of the Company's affairs and monitoring of the execution of business by Directors.

The Company has an optimum management and governance structure tailored to four (4) Divisional Company-based management structures. Under this structure, the Company has empowered each of four (4) Divisional Companies and business divisions through delegation of authority. At the same time, the Company employs an Executive Officer system to provide for

the execution of business at its various domestic and overseas Group companies. This system facilitates the development of optimum corporate strategies that integrate the Group's comprehensive strengths. The Company has twenty (20) Executive Officers (excluding those who concurrently serve as Directors), which include senior managements of each of four (4) Divisional Companies, senior officers responsible for certain foreign regions and officers responsible for corporate functions.

In addition, in order to ensure swift and strategic decision-making, along with sound and appropriate monitoring at the same time, the Board of Directors, as a decision-making body for Group-wide matters, concentrates on decisions about the corporate strategies and the supervision of the four (4) Divisional Companies, while Executive Officers have been delegated with the authority to handle responsibilities relating to day-to-day operations at each of the four (4) Divisional Companies. Taking into consideration the diversified scope of its business operations, the Company has opted to maintain a system where Executive Officers, who are most familiar with the specifics of the operations, take an active part in the Board of Directors. Moreover, to clarify the responsibilities of Directors and create a more dynamic organization of the Board of Directors, the Company has limited the term of each Director to one year.

Audit & Supervisory Board Members (A&SBMs) and Audit & Supervisory Board (A&SB)

Pursuant to the Company Law, the Company has elected A&SBMs and established A&SB, made up of A&SBMs. The A&SBMs and A&SB monitor the status of corporate governance and audit the day-to-day

activities of management, including the performance of duties by Directors. The Company has five (5) A&SBMs, including three (3) Outside A&SBMs. Additionally, the Company elected A&SBMs who have substantial finance and accounting knowledge. A&SBMs participate in the general meetings of shareholders and the Board of Directors, receive reports from Directors, Executive Officers, employees and Accounting Auditors, and exercise other auditing authority granted to A&SBMs under the law. Full-time Senior A&SBMs also attend important meetings and conduct visiting audits to business offices in order to ensure effective audits. In order to augment the internal auditing functions in the Group, the Company assigns nine (9) full-time Audit & Supervisory Officers (A&SOs), who directly report to the Senior A&SBMs of the Company, to the four (4) Divisional Companies. The Company also inaugurated regular Panasonic Divisional Companies Audit & Supervisory Officers' Meeting (comprising a total of eleven (11) members, of which two (2) are Senior A&SBMs of the Company and nine (9) are A&SOs of the Divisional Companies) chaired by the Senior A&SBM of the Company and the Panasonic Group Audit & Supervisory Board Members' Meeting (comprising a total of thirty-two (32) members, of which two (2) are Senior A&SBMs of the Company, nine (9) are A&SOs of each Divisional Company and twenty-one (21) are A&SBMs of the Group Companies) to enhance coordination among the Company's A&SBMs, A&SOs of the Divisional Companies and audit & supervisory board members of the Group companies, for effective functioning of the entire group corporate governance structure. In addition, in the course of the performance of their duties, A&SBMs maintain close contacts with the Internal Audit Department and other departments, which perform business audits

Panasonic Annual Report 2014

Highlights | About Panasonic | Top Message | Management Topics | Message from the CFO | Business Overview | Corporate Governance | Financial and Corporate Information | Search | Return | PAGE | Next

38

Case 4:07-cv-05944-JST    Document 3275-9    Filed 12/23/14    Page 16 of 288

▶ Corporate Governance Structure    ▷ Message from an Outside Director    ▷ Directors, Audit & Supervisory Board Members and Executive Officers

and internal control audits, to ensure the efficiency of audits. A&SBMs regularly receive from the Internal Audit Department and other sections regular reports regarding the status involving the internal control system and results of audits. A&SBMs may request the Internal Audit Group or Accounting Auditors to conduct an investigation, if necessary. Also, in order to enhance the effectiveness of the audits conducted by A&SBMs and to ensure the smooth performance of audits, the Company has established a A&SBM's Office with six (6) full-time staff under the direct control of the A&SB.

Mr. Yoshihiro Furuta, a Senior A&SBM of the Company, has substantial finance and accounting knowledge, having held the position of General Manager, Accounting, at Matsushita Electric Works, Ltd. Mr. Toshio Kinoshita, Outside A&SBM of the Company, has substantial finance and accounting knowledge, having held the career experiences with a corporate accounting in global companies in Japan and overseas for long periods as a certified public accountant.

All of the Outside Directors and Outside A&SBMs are notified to the Japanese stock exchanges as "independent directors/audit & supervisory board members" defined in the article 436, paragraph 2 of Securities Listing Regulations of the Tokyo Stock Exchange, and are unlikely to have any conflict of interests with Panasonic's shareholders.

Group Executive Committee for Deliberating Important Matters
In October 2012, the Company established and has operated the Group Executive Committee for Deliberating Important Matters, where discussions are conducted prior to the Board of Directors, with the aim of ensuring productive deliberations at the Board of Directors. At the Group Executive Committee for Deliberating Important

Matters, matters deemed to be important, such as investments over a certain amount and Group-wide management systems and measures are deliberated. The members of the Committee are the President and Executive Officers whose job functions are related to the matters to be discussed. The officers responsible for businesses or job functions related to the matters also join the meeting, if necessary.

Group Strategy Meeting
In July 2012, the Company established the Group Strategy Meeting to discuss the Company's mid-term and long-term strategies and certain important issues. The meeting is generally held twice a month. The attendees consist of approximately ten (10) people in managerial positions called as the Group Management Team and include the President and the presidents of four (4) Divisional Companies. The officers of related businesses and functions also join the meeting, depending on the matter to be discussed. By integrating meetings for discussing and sharing information regarding group-wide issues into the Group Strategy Meeting, the Company is capable of prioritizing and promptly discussing important group-wide issues.

**Amount of compensation for Directors and Audit & Supervisory Board Members (A&SBMs)**
With respect to the remuneration for Directors and A&SBMs, the maximum total amounts of remuneration for all Directors and A&SBMs of the Company are respectively determined by a resolution at a general meeting of shareholders. The remuneration amount for each Director is determined by the Company's Representative Directors who have been delegated by the Board of Directors to make such determination based on a certain standard of the Company, and

Corporate Governance Structure
( Functions of the Board of Directors, Executive Officers and Audit & Supervisory Board, etc.)



*1 Complementing a decision–making in the Board of Directors Meeting    *2 Including the affiliate business divisions and companies (Japan and overseas), etc.

the remuneration amount for each A&SBM is determined upon discussions among the A&SBMs.

In order to align compensation for Directors according to their respective contribution to the management of the Company, the amounts of remuneration and bonuses for Directors are linked to individual

performance and based on the management control indices such as free cash flow and CCM. By implementing this performance evaluation criteria based on shareholder interests, the Company intends to promote continuous growth and enhance profitability on a long-term basis for the Group as a whole.

(Note) CCM (Capital Cost Management) is a management control index developed by the Company to evaluate return on capital.

| Classification | Number of persons | Amounts (million yen) | Basic salary |
|---|---|---|---|
| Directors (other than Outside Directors) | 16 | 613 | 613 |
| A&SBMs (other than Outside A&SBMs) | 2 | 67 | 67 |
| Outside Directors | 3 | 30 | 30 |
| Outside A&SBMs | 3 | 34 | 34 |

The Company introduced a stock-type compensation stock option plan for Directors of the Company (excluding Outside Directors) by the resolution at the 107th Ordinary General Meeting of Shareholders of Panasonic which was held on June 26, 2014,

for the purpose of providing an incentive for Directors to further contribute to the improvement of long-term operating results and higher corporate value through sharing the benefits and risks of share price fluctuations with Panasonic's shareholders.

Panasonic Annual Report 2017

Highlights | About Panasonic | Top Message | Management Topics | Message from the CFO | Business Overview | Corporate Governance | Financial and Corporate Information

Return | PAGE | Next

39

▶ Corporate Governance Structure ▶ Message from an Outside Director ▷ Directors, Audit & Supervisory Board Members and Executive Officers

## Outside Directors and Outside Audit & Supervisory Board Members (A&SBMs)

The Company elects three (3) Outside Directors and three (3) Outside A&SBMs. Mr. Ikuo Uno, an Outside Director of the Company, is an executive advisor to the Board of Nippon Life Insurance Company. Although Nippon Life Insurance Company is one of the Major Shareholders of Panasonic, Mr. Uno does not have any other noteworthy relationships with the Company. Mr. Yoshio Sato, an Outside A&SBM of the Company, is Chairman and Representative Director of Sumitomo Life Insurance Company. Although Sumitomo Life Insurance Company is one of the Major Shareholders of Panasonic, Mr. Sato does not have any other noteworthy relationships with the Company.

For the three (3) Outside Directors, the Company makes its decisions concerning the independence of Outside Directors based on the policy to the effect that the Outside Directors do not have any conflict of interest in light of relationships between the Company and the Outside Directors or other entities or organizations to which the Outside Directors belong to so as to maintain independence that will enhance and strengthen the effectiveness of the monitoring performed by the Board of Directors regarding the execution of business by Directors from an objective and neutral standpoint. For the three (3) Outside A&SBMs, the Company makes its decisions concerning the independence of the Outside A&SBMs based on the policy to the effect that the Outside A&SBMs do not have any conflict of interest in light of relationships between the Company and the Outside A&SBMs or other entities or organizations to which the Outside A&SBMs belong to so as to maintain independence and enhance and strengthen the effectiveness of the audits performed by A&SBMs regarding the execution that will business by Directors, from an objective and neutral standpoint.

Outside Directors directly or indirectly cooperate with the internal audit, audit by A&SBMs and accounting audit, receive reports from the Internal Control Department and conduct an effective monitoring through reports on financial results at the Board of Directors and through reviews of the basic policy regarding the development of the internal control systems and other methods.

Outside A&SBMs directly or indirectly cooperate with the internal audit, audit by A&SBMs and accounting audit, receive reports from the Internal Control Department and conduct an effective monitoring through reports on financial results at the Board of Directors, through reviews of the basic policy regarding the development of internal control systems, exchanges of opinions and information at A&SB and other methods.

## Message from an Outside Director

### Promoting management reform from an external perspective while sharing with senior executive a sense of crisis



**Hiroko Ota**
2001: Professor at the National Graduate Institute for Policy Studies (GRIPS)
2006-2008: Minister of State for Economic and Fiscal Policy
2008: Returned to take up a position as a professor at GRIPS
2013: Director of Panasonic Corporation

Large companies in Japan tend to prioritize internal practice feeling comfortable with what they have become accustomed to. As a result, it is common for these companies to base their understanding of the mindsets of others on conjecture and a position of imbalance. Since my appointment as an outside director at Panasonic, I have therefore made it a point to not consider internal circumstances.

As I see it, an important role of an outside director is to make comments and ask questions that may seem out of turn. These comments and questions will then force in-house personnel to rethink how to better explain their points of view. In the past, I have experienced this process on numerous occasions and have even witnessed the fine-tuning of established plans as a result of this exchange. I would hope that my comments will have this positive effect on Panasonic's business decisions and operations.

It is quite clear to me that Mr. Tsuga in his role as a president strives diligently to ensure that each Board of Directors meeting functions as a forum for substantive discussion as well as the free exchange of opinions. With this ability to comment openly and the sharing of agenda items as well as related information in advance of each meeting, I have held no qualms in contributing to in-depth discussions despite my first year.

On another point, I have seen concrete progress in the management reforms undertaken by Panasonic. Regrettably, however, the intense sense of crisis held by top management is yet to filter through to every corner of the Company. Recognizing that these reforms require additional time to fully take hold, it is vital that this sense of crisis does not wane.

I have complete confidence in Mr. Tsuga's vision and leadership. While maintaining my independent stance from internal personnel, I plan to carry out my duties with a common sense of urgency and understanding with the president.

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information

▷ Corporate Governance Structure   ▷ Message from an Outside Director   ▶ Directors, Audit & Supervisory Board Members and Executive Officers

# Directors, Audit & Supervisory Board Members and Executive Officers (As of June 26, 2014) (Based on information contained in the Company's Annual Securities Report)

## Directors

**Chairman of the Board**
Shusaku Nagae

**Vice Chairman of the Board**
Masayuki Matsushita

**President**
Kazuhiro Tsuga

**Executive Vice President**
Yoshihiko Yamada
In charge of Strategic Regions

**Senior Managing Directors**
Kazunori Takami
President, Appliances Company

Hideaki Kawai
In charge of Accounting and Finance

Yoshiyuki Miyabe
President, AVC Networks Company

Yoshio Ito
President, Automotive & Industrial Systems Company

Tamio Yoshioka
President, Eco Solutions Company

**Managing Directors**
Takashi Toyama
Director, Government and External Relations Division
Representative in Tokyo

Jun Ishii
In charge of Human Resources, Legal Affairs,
Risk Management, Information Security, Business Ethics
and Information Systems

Mamoru Yoshida
In charge of Technology and Intellectual Property

Tsuyoshi Nomura
In charge of Manufacturing Innovation,
Quality Administration and Environmental Affairs

**Directors**
Ikuo Uno
(Outside Director)

Masayuki Oku
(Outside Director)

Hiroko Ota
(Outside Director)

Mototsugu Sato
In charge of Planning

## Audit & Supervisory Board Members

**Senior Audit & Supervisory Board Members**
Seiichiro Sano

Yoshihiro Furuta

**Audit & Supervisory Board Members**
Yoshio Sato
(Outside Audit & Supervisory Board Member)

Ikuo Hata
(Outside Audit & Supervisory Board Member)

Toshio Kinoshita
(Outside Audit & Supervisory Board Member)

Panasonic Annual Report 2014

Highlights  About Panasonic  Top Message  Management Topics  Message from the CFO  Business Overview  Corporate Governance  Financial and Corporate Information

Return  PAGE  Next

41

▷ Corporate Governance Structure    ▷ Message from an Outside Director    ▶ Directors, Audit & Supervisory Board Members and Executive Officers

## Executive Officers

### Managing Executive Officers

**Laurent Abadie**
Regional Head for Europe & CIS
Chairman & CEO, Panasonic Europe Ltd.
Managing Director, Panasonic Marketing Europe GmbH

**Yorihisa Shiokawa**
Regional Head for Latin America
President, Panasonic Latin America
President, Panasonic Marketing Latin America

**Joseph Taylor**
Regional Head for North America
Chairman & CEO, Panasonic Corporation of North America

**Hidetoshi Osawa**
Regional Head for China & Northeast Asia
Chairman, Panasonic Corporation of China

**Yukio Nakashima**
Director, Consumer Marketing Sector for Japan Region
Director, Consumer Marketing Division (Japan)
In charge of Design

**Masahisa Shibata**
Senior Vice President, Automotive &
Industrial Systems Company
In charge of Automotive Business

### Executive Officers

**Shiro Nishiguchi**
Senior Vice President, Appliances Company
In charge of Planning

**Yasutomo Fukui**
In charge of General Affairs, Social Relations and
Facility Management

**Toshiyuki Takagi**
Senior Vice President, AVC Networks Company
In charge of System Products Business
President, Panasonic System Networks Co., Ltd.

**Masahiro Ido**
In charge of Solution Sales
Director, Tokyo Olympic Enterprise Division

**Satoshi Takeyasu**
In charge of Corporate Communications

**Norihisa Mimura**
Senior Vice President, Appliances Company
In charge of Air-Conditioner and Refrigeration,
Air Conditioning & Heating Devices Business

**Yasuji Enokido**
Senior Vice President, AVC Networks Company
In charge of System Solutions Business

**Paul Margis**
Senior Vice President, AVC Networks Company
In charge of Avionics Business
Director, Avionics Business Division

**Tetsuro Homma**
Senior Vice President, Appliances Company
In charge of Cold Chain and Home Appliances Business

**Makoto Kitano**
Vice President, Eco Solutions Company
Director, Lighting Business Division

**Junichiro Kitagawa**
Regional Head for Southeast Asia and Oceania
Managing Director, Panasonic Asia Pacific Pte. Ltd.
Managing Director, Panasonic Consumer Marketing Asia Pacific

**Daizo Ito**
Regional Head for India, South Asia, Middle East and Africa
President, Panasonic India Pvt. Ltd.

**Shinji Sakamoto**
Senior Vice President, Automotive &
Industrial Systems Company
In charge of Energy Business

**Yuki Kusumi**
Senior Vice President, Appliances Company
In charge of Home Entertainment,
Beauty and Living Business

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 20 of 288

Highlights | About Panasonic | Top Message | Management Topics | Message from the CFO | Business Overview | Corporate Governance | Financial and Corporate Information

Return    PAGE    Next
   

# Financial and Corporate Information

**43** Financial Review

43 Consolidated Sales and Earnings Results

45 Financial Position and Liquidity

**46** Consolidated Financial Statements

46 Consolidated Balance Sheets

47 Consolidated Statements of Operations and Consolidated Statements of Comprehensive Income (Loss)

48 Consolidated Statements of Equity

49 Consolidated Statements of Cash Flows

**50** Stock Information

**51** Company Information

**52** Quarterly Financial Results / Investor Relations Offices

**53** Management Philosophy / Founder Konosuke Matsushita

Note: Panasonic's  nancial review and consolidated  nancial statements are presented in accordance with the Company's Annual Securities Report (*Yukashoken Hokokusho*).

PDF  Download the Company's Annual Securities Report



Panasonic Annual Report 2014    Case 4:07-cv-05944-JST    Document 3275-9    Filed 12/23/14    Page 21 of 288    Return    PAGE

Highlights    About Panasonic    Top Message    Management from the CFO    Message    Business Overview    Corporate Governance    Financial and Corporate Information    43

▶ Financial Review    ▷ Consolidated Financial Statements    ▷ Stock Information    ▷ Company Information    ▷ Quarterly Financial Results / Investor Relations Offices    ▷ Management Philosophy / Founder Konosuke Matsushita

# Financial Review (Please refer to the following for details: Company's Annual Securities Report)

## Analyses of Operating Results

During the fiscal 2014 under review, despite some economic slowdown in emerging countries including India, the global economy moderately continued to recover with a pickup in Europe, a continuing stock market recovery and the robust consumer spending in the U.S., and a further stock market recovery, yen depreciation and a surge in consumer spending before Japanese consumption tax hike in Japan.

Under such business circumstances, Panasonic launched its new mid-term management plan, "Cross-Value Innovation 2015 (CV2015)" in fiscal 2014. Under its new basic group formation through business division system, the Company has been promoted four initiatives as follows. Under "Cross-Value Innovation," beyond the existing frameworks and combining various and unique strengths in the Group, Panasonic has come to enable more value creation for customers.

Eliminate Unprofitable Businesses
The Company outlined major decisions and directions on five major challenging businesses: TV set/panels, semiconductors, printed circuit boards, optical devices and mobile phones, assessing their future, shifting into new business areas, reducing assets, and reorganizing facilities. The Company also worked on the air conditioner and DSC businesses, which had been positioned as a challenging business, to return them to the black. However, a total operating loss of approximately 100.0 billion yen remained in fiscal 2014. Looking ahead, the Company will take every measure to eliminate these unprofitable businesses and complete restructuring.

Improve Financial Position
Having made recovery in its business and having worked to generate cash as a whole, Panasonic's net cash position was minus 47.6 billion yen, a dramatic improvement on the mid-term management plan target of minus 220.0 billion yen.

Also, shareholders' equity ratio greatly increased, from 23.4% in the previous fiscal year to 29.7%.

(Note) Net cash is calculated by deducting interest bearing debt (total of short-term debt, including current position of long-term debt, and long-term debt) from financial assets on hand, such as cash and cash equivalents and deposits.

Expand Business and Improve Efficiency by Shifting from an In-house Approach
Among the five challenging businesses, Panasonic drastically restructured its semiconductor business. As a part of the restructuring, three plants in Hokuriku region, Japan, were transferred to form a joint venture with TowerJazz, an Israeli company, and three plants in Asia were transferred to UTAC Manufacturing Services Ltd., a Singaporean company, to promote fabless production.

Semiconductors are extremely important devices in the expansion of the Company's business in the automotive and industrial fields. Based on the shift from an in-house approach, Panasonic will collaborate with the partners and strengthen its competitiveness.

Growth Strategy from Customers' Viewpoint
Panasonic is gradually beginning to see tangible results from, for example, the experimental next-generation convenience store, a collaborative project, and the smart town business, Fujisawa sustainable smart town (SST). In addition to the introduction of environment-conscious equipment and systems as well as digital signage devices, the Company is working on the creation of advanced solutions by analyzing

purchase behavior at the experimental next-generation convenience store.

In the years to come, Panasonic will constantly create new value, working with the partners in various industries.

### Sales
Consolidated group sales for fiscal 2014 increased by 6% to 7,736.5 billion yen from 7,303.0 billion yen in fiscal 2013. Yen depreciation contributed to sales increase. Automotive related business grew in sales with global market recovering, and sales of housing related business increased by capturing demand before the consumption tax hike in Japan. Meantime, sales in digital consumer-related business decreased, because the Company is focusing on profitability rather than sales volume. Consolidated group sales in real terms (excluding the effects of exchange rates) decreased by 3% from a year ago.

Sales in the domestic market amounted to 3,897.9 billion yen, up 3% from 3,790.4 billion yen in fiscal 2013. Overseas sales amounted to 3,838.6 billion yen, up 9% from 3,512.6 billion yen. Overseas sales in real terms decreased by 9% from a year ago. By region, sales in the Americas amounted to 1,134.6 billion yen, increasing from a year ago, but decreased by 7% in real terms. Sales in Europe amounted to 740.3 billion yen, increasing from a year ago, but decreased by 10% in real terms. In Asia and China, sales amounted to 1,963.7 billion yen increasing from a year ago, but decreased by 9% in real terms.

### Operating Profit
In fiscal 2014, cost of sales amounted to 5,638.8 billion yen, up from 5,419.9 billion yen in the fiscal 2013. Selling, general and administrative expenses amounted to 1,792.6 billion yen, up from 1,722.2 billion yen in the

fiscal 2013. Accordingly operating profit increased to 305.1 billion yen from 160.9 billion yen a year ago due mainly to improving profitability in unprofitable businesses. Implementing corporate-wide fixed cost reduction and streamlining of material cost also contributed to profit. Operating profit to sales ratio improved to 3.9% from 2.2% a year ago.

### Income before Income Taxes
In other income, interest income amounted to 10.6 billion yen, up from 9.3 billion yen a year ago. Dividends received amounted to 2.0 billion yen, down from 3.7 billion yen a year ago. A one-off gain of 79.8 billion yen from the pension scheme change and gain of 78.7 billion yen from transferring of healthcare business were also recorded.

In other deductions, interest expense amounted to 21.9 billion yen, down from 25.6 billion yen in fiscal 2013. The business restructuring expenses included impairment losses for long-lived assets of 103.8 billion yen and expenses associated with the implementation of early retirement programs of 32.0 billion yen. A 21.7 billion yen for circuit board-related assets and a 20.1 billion yen for semiconductor-related assets were included in impairment losses for long-lived assets.

As a result of the above-mentioned factors, other income (deductions), net amounted to a loss of 98.9 billion yen, improved from a loss of 559.3 billion yen a year ago, due mainly to incurring business restructuring expenses of 508.8 billion yen including goodwill impairment and expenses associated with impairment losses of long-lived assets in fiscal 2013. Accordingly, income before income taxes for fiscal 2014 amounted to 206.2 billion yen, compared with a loss of 398.4 billion yen in fiscal 2013.

Panasonic Annual Report 2017

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 22 of 288

Return   PAGE

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information

44

▶ Financial Review   ▷ Consolidated Financial Statements   ▷ Stock Information   ▷ Company Information   ▷ Quarterly Financial Results / Investor Relations Offices   ▷ Management Philosophy / Founder Konosuke Matsushita

## Net Income Attributable to Panasonic Corporation

Provision for income taxes for fiscal 2014 decreased to 89.7 billion yen, compared with 384.7 billion yen in fiscal 2013. In accordance with U.S. GAAP, the Company increased the valuation allowances to deferred tax assets in companies including Panasonic Corporation, and incurred provision for income taxes in fiscal 2013.

Equity in earnings of associated companies decreased to 5.1 billion yen in fiscal 2014, compared with 7.9 billion yen in fiscal 2013.

Net income attributable to noncontrolling interests amounted to 1.2 billion yen in fiscal 2014, compared with a loss of 20.9 billion yen in fiscal 2013.

As a result of the above-mentioned factors, the Company recorded a net income attributable to Panasonic Corporation of 120.4 billion yen in fiscal 2014, compared with a loss of 754.3 billion yen for fiscal 2013. Net income attributable to Panasonic Corporation per share, basic amounted to 52.10 yen in fiscal 2014, compared with a loss of 326.28 yen in fiscal 2013.

## Segment Information

Panasonic changed its group organization on April 1, 2013, resulting in five reportable segments from eight. The Company's annual sales and profits by segment for fiscal 2014 are summarized as follows. In accordance with the organizational change, segment information for fiscal 2013 has been reclassified to conform to the presentation for fiscal 2014.

### Appliances

Sales increased by 10% year on year to 1,196.6 billion yen.

In fiscal 2014, despite struggling sales of air conditioners overseas and weak growth in sales of vending machines, small kitchen appliances and others in Japan, overall sales increased due mainly to a sales increase in Japan thanks to a surge in consumer spending before the Japanese consumption tax hike and the positive impact of yen depreciation.

Looking at the main Business Divisions (BDs) of this segment, although the Air-Conditioner BD suffered falls in sales in China, where there was a surplus of inventories, and Europe, where the economy was in recession, sales of this BD were healthy due mainly to sales growth in Japan and other areas of Asia. Sales of the Laundry Systems and Vacuum Cleaner BD increased due to the positive impact of yen depreciation, despite weak growth mainly reflecting intensified competition in the washing machines business in Asia. At the Kitchen Appliances BD, sales of induction heating (IH) cooking equipment, dish washer/dryers and rice cookers were strong, particularly in Japan. At the Refrigerator BD, in Japan, glass door models were well-received while sales expanded due to extremely hot summer conditions and a surge in consumer spending before the Japanese consumption tax hike, and sales were strong as a result.

Segment profit was 28.5 billion yen, down by 7.9 billion yen from a year ago. Streamlining and cost reduction were unable to offset the negative impact of yen depreciation on importing products manufactured overseas.

### Eco Solutions

Sales increased by 10% year on year to 1,846.6 billion yen.

In fiscal 2014, sales were strong in Japan due mainly to a surge in consumer spending before the Japanese consumption tax hike, while overseas sales grew primarily in the electrical materials business, mainly in China, India and other areas of Asia. As a result, overall sales increased.

Looking at the main BDs of this segment, at the Housing Systems BD, there were strong sales of water-related products such as modular kitchen systems as well as interior furnishing materials and exterior construction materials. The strong sales reflected increased activity in the domestic market. At the Energy Systems BD, sales increased primarily for solar photovoltaic systems, wiring devices and distribution panel boards, while sales of home energy management system products were also strong. Outside Japan, there was growth in sales of wiring devices and circuit breakers in China and India. At the Lighting BD, sales grew in Japan on the back of an expansion of the LED lighting product lineup. Outside Japan, sales of residential lighting were strong in China. At Panasonic Ecology Systems Co., Ltd., in Japan, sales of air purifiers declined but sales of ventilation fans and others were firm. Outside Japan, sales of air purifiers grew in China and sales of ventilation fans grew in the Middle East, North America, and Central and South America.

Segment profit was 95.0 billion yen, up by 32.2 billion yen from a year ago due mainly to an increase in sales and a reduction of fixed costs offsetting the negative impact of yen depreciation.

### AVC Networks

Sales decreased by 3% year on year to 1,573.4 billion yen.

In fiscal 2014, although there was a sales boost from the positive impact of yen depreciation, Panasonic pushed ahead with radical reform such as withdrawal from smartphones for consumers, plasma panels and plasma TV sets businesses, and overall sales declined as a result.

Looking at the main BDs of this segment, sales of the TV BD decreased as a result of focusing on profitability rather than sales volume including narrowing down the product range in the U.S. and China.

At the Avionics BD, sales of BtoB businesses such as aircraft in-flight entertainment systems grew due mainly to the positive impact of yen depreciation. Sales of the IT Products BD were strong due mainly to increased sales of notebook PCs for corporate use in Europe and Japan, and the positive impact of yen depreciation. Sales of the Security Systems BD were boosted by strong sales of products and services tailored to the needs of corporate customers, such as surveillance cameras.

Segment profit was 21.5 billion yen, up by 13.2 billion yen from a year ago due mainly to increased sales in BtoB businesses as well as the effect of business restructuring.

### Automotive & Industrial Systems

Sales increased by 9% year on year to 2,737.6 billion yen.

In fiscal 2014, sales were down in the ICT (Information and Communication Technology) field due mainly to a decline in sales of devices for PCs. In the automotive field, on the other hand, sales were strong overall reflecting robust conditions in the automotive industry, while sales were firm in the industrial field reflecting a recovery in capital investment. As a result, overall sales in this segment increased.

Looking at the main BDs of this segment, sales of the Automotive Infotainment Systems BD grew substantially on the back of strong sales of display-audio systems in the European and U.S. markets and the Chinese market, and growth in sales of car navigation systems through car dealers in Japan. Sales of the Portable Rechargeable Battery BD increased in line with steady deliveries of lithium-ion batteries for power supply to U.S. electric vehicle manufacturers. Sales of the Automation Controls BD were firm on the back of growth in sales of

Panasonic Annual Report 2014 — Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 23 of 288   Return   PAGE

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information

45

▶ Financial Review   ▷ Consolidated Financial Statements   ▷ Stock Information   ▷ Company Information   ▷ Quarterly Financial Results / Investor Relations Offices   ▷ Management Philosophy / Founder Konosuke Matsushita

products including car relays for hybrid vehicles and electric vehicles, and industrial devices to assist with energy saving and automation at factories. At the Semiconductor BD, sales decreased as a result of a shrinkage in demand for semiconductors for AV equipment and others.

Segment profit was 85.7 billion yen, up by 56.2 billion yen from a year ago due mainly to favorable sales in automotive-related businesses, the return to profitability of the portable rechargeable battery business and the positive impact of yen depreciation.

**Other**

Sales decreased by 5% year on year to 958.0 billion yen.

In fiscal 2014, although PanaHome Corporation posted strong sales due to a surge in consumer spending before the Japanese consumption tax hike, overall sales of this segment decreased due mainly to the SANYO-related business transfers implemented in fiscal 2013.

At PanaHome Corporation, the Custom-built Detached Housing Business promoted sales of housing with roofing composed of photovoltaic panels, while the Property Development Business developed a town that is self-sufficient in energy and completed a large-scale smart condominium development, and these operations contributed to PanaHome Corporation's strong sales.

Sales of Panasonic Healthcare Co., Ltd. were firm due mainly to market expansion and a surge in consumer spending before the Japanese consumption tax hike.

Segment profit was 20.0 billion yen, up by 16.6 billion yen from a year ago due mainly to a thorough reduction of fixed costs.

Panasonic terminated the commitment line agreement in August 30, 2013 under which the upper limit of the unsecured borrowing was a total of 600.0 billion yen


Download DATA BOOK (Segment Information)

## Financial Conditions and Liquidity

### Liquidity and Capital Resources

The Panasonic Group operates its business under its basic policy to generate necessary funds for its business activities through its own efforts. The generated funds are utilized efficiently through internal Group finance operations. In cases where Panasonic needs to secure funds for purposes such as working capital or business investments, the Company raises external funds by appropriate measures concerning its financial structure and financial market conditions.

**Cash**

Cash and cash equivalents totaled 592.5 billion yen as of March 31, 2014, increased from 496.3 billion yen a year ago.

**Interest Bearing Debt**

Short-term bond balance decreased to zero as of March 31, 2014, compared with 140.6 billion yen a year ago. Panasonic redeemed the eighteenth series of unsecured straight bonds totaling 10.0 billion yen issued in June 2003 by SANYO Electric Co., Ltd. and succeeded by the Company in January 2012; the second series of unsecured straight bonds totaling 20.0 billion yen issued in February 2004 by the former Matsushita Electric Works, Ltd. and succeeded by the Company in January 2012; and the seventh series of unsecured straight bonds totaling 200.0 billion yen issued in March 2009.

As a result, Interest bearing debt as of March 31, 2014 amounted to 642.1 billion yen, decreased from 1,143.4 billion yen a year ago.

which Panasonic had entered with several banks in October 1, 2012. No borrowing was carried out under the agreements.

**Ratings**

Panasonic obtains credit ratings from Rating and Investment Information, Inc. (R&I), Standard & Poor's Rating Japan (S&P) and Moody's Japan K.K. (Moody's). Panasonic's ratings as of March 31, 2014 are as follows;
R&I:
  A- (Long-term, outlook: stable)
  a-1 (Short-term)
S&P:
  BBB (Long-term, outlook: positive)
  A-2 (Short-term)
Moody's:
  Baa3 (Long-term, outlook: stable)

### Cash Flows

The Panasonic Group aims to improve free cash flows by enhancing business profitability and to expand its businesses steadily in the mid-to-long-term. The Company is also making every effort to implement measures to generate cash flows, including continuous reduction of inventories, screening capital investments and reviewing assets.

Free cash flow (net cash provided by operating activities plus net cash provided by investing activities) amounted to 594.1 billion yen, an increase of 238.9 billion yen from a year ago due primarily to an increase in operating profit, a decrease in capital expenditures and a gain from business transfer of healthcare business.

### Capital Investment and Depreciations

Capital investment (tangible assets only) during fiscal 2014 decreased by 30% to 217.0 billion yen, compared with 310.9 billion yen in fiscal 2013. Major capital investments were directed to solar modules manufacturing

facilities (Malaysia) and manufacturing facilities for portable rechargeable batteries mainly used for vehicles (Osaka).

Depreciation (tangible assets only) during fiscal 2014 amounted to 278.8 billion yen, almost unchanged from 277.6 billion yen a year ago.

### Assets, Liabilities and Equity

The Company's consolidated total assets as of March 31, 2014 decreased by 184.8 billion yen to 5,213.0 billion yen from the end of fiscal 2013 due mainly to the impairment losses of property, plant and equipment and business transfers including healthcare business. Total liabilities decreased by 466.9 billion yen to 3,626.6 billion yen due to a decrease in retirement and severance benefits and a reduction in interest-bearing debt including redemption of short-term bond and the 7th unsecured straight bond. Panasonic Corporation shareholders' equity increased by 284.2 billion yen compared with the end of fiscal 2013 to 1,548.2 billion yen as of March 31, 2014. This was due mainly to net income for the year and an improvement in accumulated other comprehensive income (loss) along with yen depreciation. Adding noncontrolling interests to Panasonic Corporation shareholders' equity, total equity was 1,586.4 billion yen.

Panasonic Annual Report 2014    Case 4:07-cv-05944-JST    Document 3275-9    Filed 12/23/14    Page 24 of 288    Return    PAGE    Next

Highlights    About Panasonic    Top Message    Management Topics    Message from the CFO    Business Overview    Corporate Governance    Financial and Corporate Information

▷ Financial Review    ▶ Consolidated Financial Statements    ▷ Stock Information    ▷ Company Information    ▷ Quarterly Financial Results / Investor Relations Offices    ▷ Management Philosophy / Founder Konosuke Matsushita

# Consolidated Financial Statements

## Consolidated Balance Sheets  March 31, 2013 and 2014

 Download DATA BOOK (Balance Sheets)

(Millions of yen)

| Assets | 2013 | 2014 |
|---|---|---|
| Current assets: | | |
| Cash and cash equivalents | 496,283 | 592,467 |
| Time deposits | 1,674 | — |
| Trade receivables: | | |
| Notes | 56,752 | 73,458 |
| Accounts | 905,973 | 958,451 |
| Allowance for doubtful receivables | (23,398) | (24,476) |
| Net trade receivables | 939,327 | 1,007,433 |
| Inventories | 786,845 | 750,681 |
| Other current assets | 269,954 | 303,411 |
| Total current assets | 2,494,083 | 2,653,992 |
| | | |
| Investments and advances | 276,978 | 271,804 |
| | | |
| Property, plant and equipment: | | |
| Land | 313,991 | 283,305 |
| Buildings | 1,638,974 | 1,453,550 |
| Machinery and equipment | 2,723,993 | 2,728,925 |
| Construction in progress | 60,173 | 44,220 |
| | 4,737,131 | 4,510,000 |
| Less accumulated depreciation | 3,061,703 | 3,084,551 |
| Net property, plant and equipment | 1,675,428 | 1,425,449 |
| | | |
| Other assets: | | |
| Goodwill | 512,146 | 461,191 |
| Intangible assets | 223,013 | 213,878 |
| Other assets | 216,164 | 186,680 |
| Total other assets | 951,323 | 861,749 |
| | 5,397,812 | 5,212,994 |

(Millions of yen)

| Liabilities and Equity | 2013 | 2014 |
|---|---|---|
| Current liabilities: | | |
| Short-term debt, including current portion of long-term debt | 480,304 | 84,738 |
| Trade payables: | | |
| Notes | 52,205 | 200,363 |
| Accounts | 739,581 | 736,652 |
| Total trade payables | 791,786 | 937,015 |
| Accrued income taxes | 32,162 | 40,454 |
| Accrued payroll | 201,460 | 217,246 |
| Other accrued expenses | 713,314 | 799,959 |
| Deposits and advances from customers | 75,669 | 75,520 |
| Employees' deposits | 6,610 | 5,146 |
| Other current liabilities | 297,854 | 277,781 |
| Total current liabilities | 2,599,159 | 2,437,859 |
| | | |
| Noncurrent liabilities: | | |
| Long-term debt | 663,091 | 557,374 |
| Retirement and severance benefits | 621,802 | 430,701 |
| Other liabilities | 209,487 | 200,622 |
| Total noncurrent liabilities | 1,494,380 | 1,188,697 |
| | | |
| Equity: | | |
| Panasonic Corporation shareholders' equity: | | |
| Common stock | 258,740 | 258,740 |
| Authorized — 4,950,000,000 shares | | |
| Issued — 2,453,053,497 shares | | |
| Capital surplus | 1,110,686 | 1,109,501 |
| Retained earnings | 769,863 | 878,742 |
| Accumulated other comprehensive income (loss): | | |
| Cumulative translation adjustments | (297,015) | (167,219) |
| Unrealized holding gains (losses) of available-for-sale securities | (218) | 6,027 |
| Unrealized gains (losses) of derivative instruments | (4,573) | (237) |
| Pension liability adjustments | (326,423) | (290,270) |
| Total accumulated other comprehensive income (loss) | (628,229) | (451,699) |
| Treasury stock, at cost | (247,028) | (247,132) |
| 141,496,296 shares (141,394,374 shares in 2013) | | |
| Total Panasonic Corporation shareholders' equity | 1,264,032 | 1,548,152 |
| | | |
| Noncontrolling interests | 40,241 | 38,286 |
| Total equity | 1,304,273 | 1,586,438 |
| | | |
| Commitments and contingent liabilities | | |
| | 5,397,812 | 5,212,994 |

Panasonic Annual Report 2014    Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 25 of 288

Highlights    About Panasonic    Top Message    Management Topics    Message from the CFO    Business Overview    Corporate Governance    Financial and Corporate Information

Return    PAGE    Next

47

▷ Financial Review    ▶ Consolidated Financial Statements    ▷ Stock Information    ▷ Company Information    ▷ Quarterly Financial Results / Investor Relations Offices    ▷ Management Philosophy / Founder Konosuke Matsushita

## Consolidated Statements of Operations and Consolidated Statements of Comprehensive Income (Loss) Years ended March 31, 2013 and 2014

Download DATA BOOK (Statements of Operations)

### Consolidated Statements of Operations

(Millions of yen)

| | 2013 | 2014 |
|---|---|---|
| Revenues, costs and expenses: | | |
| Net sales | 7,303,045 | 7,736,541 |
| Cost of sales | (5,419,888) | (5,638,869) |
| Selling, general and administrative expenses | (1,722,221) | (1,792,558) |
| Interest income | 9,326 | 10,632 |
| Dividends received | 3,686 | 1,992 |
| Other income | 91,807 | 243,488 |
| Interest expense | (25,601) | (21,911) |
| Impairment losses of long-lived assets | (138,138) | (103,763) |
| Goodwill impairment | (250,583) | (8,069) |
| Other deductions | (249,819) | (221,258) |
| Income (Loss) before income taxes | (398,386) | 206,225 |
| Provision for income taxes: | | |
| Current | 66,532 | 92,817 |
| Deferred | 318,141 | (3,152) |
| | 384,673 | 89,665 |
| Equity in earnings of associated companies | 7,891 | 5,085 |
| Net income (loss) | (775,168) | 121,645 |
| Less net income (loss) attributable to noncontrolling interests | (20,918) | 1,203 |
| Net income (loss) attributable to Panasonic Corporation | (754,250) | 120,442 |

### Consolidated Statements of Comprehensive Income (Loss)

(Millions of yen)

| | 2013 | 2014 |
|---|---|---|
| Net income (loss) | (775,168) | 121,645 |
| Other comprehensive income (loss), net of tax: | | |
| Translation adjustments | 198,287 | 136,633 |
| Unrealized holding gains (losses) of available-for-sale securities | (13,416) | 6,201 |
| Unrealized gains (losses) of derivative instruments | (845) | 4,300 |
| Pension liability adjustments | (62,481) | 38,551 |
| | 121,545 | 185,685 |
| Comprehensive income (loss) | (653,623) | 307,330 |
| Less comprehensive income (loss) attributable to noncontrolling interests | (6,299) | 10,358 |
| Comprehensive income (loss) attributable to Panasonic Corporation | (647,324) | 296,972 |

Highlights    About Panasonic    Top Message    Management Topics    Message from the CFO    Business Overview    Corporate Governance    Financial and Corporate Information

▷ Financial Review    ▶ Consolidated Financial Statements    ▷ Stock Information    ▷ Company Information    ▷ Quarterly Financial Results / Investor Relations Offices    ▷ Management Philosophy / Founder Konosuke Matsushita

Download DATA BOOK
(Statements of Equity)

## Consolidated Statements of Equity

Year ended March 31, 2013 (Millions of yen)

| | Common stock | Capital surplus | Retained earnings | Accumulated other comprehensive income (loss) | Treasury stock | Panasonic Corporation shareholders' equity | Non-controlling interests | Total equity |
|---|---|---|---|---|---|---|---|---|
| Balance at beginning of period | 258,740 | 1,117,530 | 1,535,689 | (735,155) | (247,018) | 1,929,786 | 47,780 | 1,977,566 |
| Sale of treasury stock | | | (17) | | | (17) | | (17) |
| Cash dividends to Panasonic Corporation shareholders | | | (11,559) | | | (11,559) | (10,549) | (22,108) |
| Equity transactions with noncontrolling interests and others | | (6,844) | | | | (6,844) | 9,309 | 2,465 |
| Disclosure of comprehensive income (loss): | | | | | | | | |
| Net income (loss) attributable to Panasonic Corporation | | | (754,250) | | | (754,250) | (20,918) | (775,168) |
| Other comprehensive income, net of tax | | | | 106,926 | | 106,926 | 14,619 | 121,545 |
| Comprehensive income (loss) | | | (754,250) | 106,926 | | (647,324) | (6,299) | (653,623) |
| Repurchase of common stock | | | | | (35) | (35) | | (35) |
| Sale of treasury stock | | | | | 25 | 25 | | 25 |
| Balance at end of period | 258,740 | 1,110,686 | 769,863 | (628,229) | (247,028) | 1,264,032 | 40,241 | 1,304,273 |

Year ended March 31, 2014 (Millions of yen)

| | Common stock | Capital surplus | Retained earnings | Accumulated other comprehensive income (loss) | Treasury stock | Panasonic Corporation shareholders' equity | Non-controlling interests | Total equity |
|---|---|---|---|---|---|---|---|---|
| Balance at beginning of period | 258,740 | 1,110,686 | 769,863 | (628,229) | (247,028) | 1,264,032 | 40,241 | 1,304,273 |
| Sale of treasury stock | | | (5) | | | (5) | | (5) |
| Cash dividends to Panasonic Corporation shareholders | | | (11,558) | | | (11,558) | (13,628) | (25,186) |
| Equity transactions with noncontrolling interests and others | | (1,185) | | | | (1,185) | 1,315 | 130 |
| Disclosure of comprehensive income: | | | | | | | | |
| Net income attributable to Panasonic Corporation | | | 120,442 | | | 120,442 | 1,203 | 121,645 |
| Other comprehensive income, net of tax | | | | 176,530 | | 176,530 | 9,155 | 185,685 |
| Comprehensive income | | | 120,442 | 176,530 | | 296,972 | 10,358 | 307,330 |
| Repurchase of common stock | | | | | (116) | (116) | | (116) |
| Sale of treasury stock | | | | | 12 | 12 | | 12 |
| Balance at end of period | 258,740 | 1,109,501 | 878,742 | (451,699) | (247,132) | 1,548,152 | 38,286 | 1,586,438 |

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 27 of 288

Return   PAGE   Next

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information

▷ Financial Review   ▶ Consolidated Financial Statements   ▷ Stock Information   ▷ Company Information   ▷ Quarterly Financial Results / Investor Relations Offices   ▷ Management Philosophy / Founder Konosuke Matsushita

## Consolidated Statements of Cash Flows  Years ended March 31, 2013 and 2014

Download DATA BOOK (Statements of Cash Flows)

(Millions of yen)

| | 2013 | 2014 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income (loss) | (775,168) | 121,645 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation and amortization | 339,367 | 331,083 |
| Net gain on sale of investments | (29,125) | (25,769) |
| Provision for doubtful receivables | 6,641 | 8,218 |
| Deferred income taxes | 318,141 | (3,152) |
| Write-down of investment securities | 4,017 | 142 |
| Impairment losses on long-lived assets and goodwill | 388,721 | 111,832 |
| Cash effects of changes in, excluding acquisition: | | |
| Trade receivables | 128,088 | (34,882) |
| Inventories | 64,625 | 64,601 |
| Other current assets | 51,168 | 35,714 |
| Trade payables | (68,282) | 124,467 |
| Accrued income taxes | 4,817 | 11,572 |
| Accrued expenses and other current liabilities | (117,098) | 32,875 |
| Retirement and severance benefits | (8,811) | (140,422) |
| Deposits and advances from customers | 3,247 | 1,363 |
| Other, net | 28,402 | (57,337) |
| Net cash provided by operating activities | 338,750 | 581,950 |
| | | |
| Cash flows from investing activities: | | |
| Proceeds from disposition of investments and advances | 195,401 | 63,185 |
| Increase in investments and advances | (4,144) | (18,226) |
| Capital expenditures | (320,168) | (201,735) |
| Proceeds from disposals of property, plant and equipment | 146,562 | 53,321 |
| Decrease in time deposits, net | 36,795 | 1,674 |
| Proceeds from sales of consolidated subsidiaries | 6,685 | 176,489 |
| Purchase of shares of newly consolidated subsidiaries | (3,383) | (45,455) |
| Other, net | (41,342) | (17,125) |
| Net cash provided by investing activities | 16,406 | 12,128 |

(Millions of yen)

| | 2013 | 2014 |
|---|---|---|
| Cash flows from financing activities: | | |
| Increase (decrease) in short-term debt with maturities of three months or less, net | (25,168) | (135,699) |
| Proceeds from short-term debt with maturities longer than three months | 433,820 | 11,469 |
| Repayments of short-term debt with maturities longer than three months | (650,938) | (35,163) |
| Proceeds from long-term debt | 648 | — |
| Repayments of long-term debt | (226,320) | (342,761) |
| Dividends paid to Panasonic Corporation shareholders | (11,559) | (11,558) |
| Dividends paid to noncontrolling interests | (10,549) | (13,628) |
| Repurchase of common stock | (35) | (116) |
| Sale of treasury stock | 8 | 7 |
| Purchase of noncontrolling interests | (940) | (4,025) |
| Other, net | (25) | (841) |
| Net cash used in financing activities | (491,058) | (532,315) |
| | | |
| Effect of exchange rate changes on cash and cash equivalents | 57,774 | 34,421 |
| | | |
| Net increase (decrease) in cash and cash equivalents | (78,128) | 96,184 |
| | | |
| Cash and cash equivalents at beginning of year | 574,411 | 496,283 |
| | | |
| Cash and cash equivalents at end of year | 496,283 | 592,467 |

Panasonic Annual Report 2014

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 28 of 288

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information   Return   PAGE   Next

50

▷ Financial Review   ▷ Consolidated Financial Statements   ▶ Stock Information   ▷ Company Information   ▷ Quarterly Financial Results / Investor Relations Offices   ▷ Management Philosophy / Founder Konosuke Matsushita

# Stock Information (As of March 31, 2014)

## Share Data

**Number of Shares Issued**
2,453,053,497 shares
(Including 141,496,296 shares held by Panasonic)

**Number of Shareholders**
499,728 persons

**Stock Exchange Listings**
Tokyo, Nagoya

**Transfer Agent for Common Stock**
Sumitomo Mitsui Trust Bank, Limited
5-33, Kitahama, 4-chome, Chuo-ku, Osaka-shi, Osaka 540-8639, Japan
Phone: +81-3-3323-7111

**Depositary and Transfer Agent for American Depositary Receipts (ADRs)**
Stock Exchange: U.S. Over-the-Counter (OTC) Market
ADR Ratio: 1 ADR = 1 Share
Symbol: PCRFY
Transfer Agent:
JPMorgan Service Center
P.O. Box 64504
St. Paul, MN 55164-0504, U.S.A.
Tel: 1-800-990-1135 (U.S.: toll free)
1-651-453-2128 (International)

### Breakdown of Share Holdings (Years ended March 31)

| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| (Thousands) | | | | | |
| Number of shares issued at year-end | 2,453,053 | 2,453,053 | 2,453,053 | 2,453,053 | 2,453,053 |
| Treasury stock at year-end | 382,448 | 382,760 | 141,351 | 141,394 | 141,496 |
| Average common shares outstanding | 2,070,623 | 2,070,341 | 2,312,167 | 2,311,683 | 2,311,618 |

Note: Amounts less than one thousand have been discarded.

### Breakdown of Issued Shares by Type of Shareholders
(March 31 of each year)

| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| (%) | | | | | |
| Japanese Financial Institutions, etc. | 30.8 | 30.9 | 34.2 | 28.3 | 27.2 |
| Overseas Investors, etc. | 25.3 | 22.7 | 21.9 | 25.3 | 33.2 |
| Other Corporations | 7.1 | 7.1 | 8.4 | 8.3 | 7.4 |
| Individuals and Others | 21.2 | 23.7 | 29.7 | 32.3 | 26.4 |
| Treasury Stock | 15.6 | 15.6 | 5.8 | 5.8 | 5.8 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

### Breakdown of Issued Shares by Type of Shareholders
(As of March 31, 2014)



Treasury Stock 5.8%
Individuals and Others 26.4%
Other Corporations 7.4%
Japanese Financial Institutions, etc. 27.2%
Overseas Investors, etc. 33.2%

2,453,053 thousand shares

## Major Shareholders

| Name | Share ownership (in thousands of shares) | Percentage of total issued shares (%) |
|---|---|---|
| Japan Trustee Services Bank, Ltd. (trust account) | 114,846 | 4.68 |
| The Master Trust Bank of Japan, Ltd. (trust account) | 109,938 | 4.48 |
| State Street Bank and Trust Co. | 99,245 | 4.04 |
| The Bank of New York Mellon SA/NV 10 | 78,860 | 3.21 |
| Nippon Life Insurance Company | 72,892 | 2.97 |
| Moxley & Co. LLC | 52,660 | 2.14 |
| Panasonic Corporation Employee Shareholding Association | 51,606 | 2.10 |
| Sumitomo Life Insurance Co. | 37,408 | 1.52 |
| Deutsche Bank AG London 609 | 29,491 | 1.20 |
| Matsushita Real Estate Co., Ltd. | 29,121 | 1.18 |

Notes: 1. Amounts less than one thousand have been discarded.
2. The number of treasury stock is 141,496 thousand shares.

### Company Stock Price and Trading Volume (Years ended March 31) Tokyo Stock Exchange Monthly basis



Stock Price (Yen)
2,000
1,000
0   April   March April   March April   March April   March April   March

Trading Volume (Millions of shares)
1,500
1,000
500
0   April   March April   March April   March April   March April   March

| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| High | 1,585 | 1,480 | 1,070 | 781 | 1,408 |
| Low | 1,062 | 826 | 582 | 376 | 594 |
| Period-End | 1,430 | 1,058 | 761 | 654 | 1,173 |

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information

▷ Financial Review   ▷ Consolidated Financial Statements   ▷ Stock Information   ▶ Company Information   ▷ Quarterly Financial Results / Investor Relations Offices   ▷ Management Philosophy / Founder Konosuke Matsushita

# Company Information (As of March 31, 2014)

## Company Outline

Company Name
Panasonic Corporation
(TSE Securities Code: 6752)

Founded
March 1918 (incorporated in December 1935)

Stated Capital
258.7 billion yen

Consolidated Companies
(including parent company)
505 companies

Associated Companies
under the Equity Method
92 companies

Corporate HP
Panasonic Corporate Site
http://panasonic.net

IR Site
http://panasonic.net/ir/

### Number of Employees (March 31 of each year)

(Persons)

|  | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Domestic | 152,853 | 145,512 | 133,605 | 125,067 | 115,320 |
| Overseas | 231,733 | 221,425 | 197,162 | 168,675 | 156,469 |
| Total | 384,586 | 366,937 | 330,767 | 293,742 | 271,789 |

## Corporate Bonds Information

### Unsecured Straight Bonds in Japan

|  | Series | Years | Coupon rate (per annum) | Aggregate principal amount of issue | Maturity date |
|---|---|---|---|---|---|
| Panasonic | 8th | 10 | 2.050% | 100 billion yen | March 20, 2019 |
|  | 10th | 5 | 0.752% | 200 billion yen | March 18, 2016 |
|  | 11th | 7 | 1.081% | 150 billion yen | March 20, 2018 |
| Panasonic Electric Works* | 3rd | 7 | 1.66% | 40 billion yen | June 19, 2015 |
|  | 4th | 10 | 1.593% | 30 billion yen | June 20, 2019 |
| SANYO* | 20th | 10 | 2.02% | 30 billion yen | August 26, 2014 |

* Panasonic succeeded corporate bonds of Panasonic Electric Works and SANYO on January 1, 2012.

## Basic History of the Company

| 1918 | Konosuke Matsushita founded Matsushita Electric Housewares Manufacturing Works. Sales of the Company's first product, an improved attachment plug, began. |
|---|---|
| 1927 | The "National" brand name was registered. |
| 1933 | A divisional system was instituted. |
| 1935 | The Company was reorganized and renamed Matsushita Electric Industrial Co., Ltd. |
| 1949 | The Company's shares were listed on the Tokyo Stock Exchange and the Osaka Securities Exchange.* |
| 1951 | The Company's shares were listed on the Nagoya Stock Exchange. |
| 1959 | Matsushita Electric Corporation of America was established. Following this move, the Company established bases in other parts of the world. |
| 2002 | The Company made Matsushita Communication Industrial Co., Ltd., Kyushu Matsushita Electric Co., Ltd., Matsushita Seiko Co., Ltd., Matsushita Kotobuki Electronics Industries, Ltd. and Matsushita Graphic Communication Systems, Inc. into wholly-owned subsidiaries. |
| 2003 | The Company adopted a business domain-based organizational style through restructuring. The Company made Matsushita Electronic Components Co., Ltd. and Matsushita Battery Industrial Co., Ltd. into wholly-owned subsidiaries. |
| 2004 | The Company made Matsushita Electric Works, Ltd. (later renamed Panasonic Electric Works Co., Ltd.), PanaHome Corporation and their subsidiaries into consolidated subsidiaries. |
| 2008 | The Company changed its name from Matsushita Electric Industrial Co., Ltd. to Panasonic Corporation. The Company planned to unify its corporate brands under the "Panasonic" name across the world. |
| 2009 | The Company made SANYO Electric Co., Ltd. and its subsidiaries into consolidated subsidiaries. |
| 2011 | The Company made Panasonic Electric Works Co., Ltd. and SANYO Electric Co., Ltd. into wholly-owned subsidiaries. |
| 2013 | The Company restructured its Group organization, and introduced divisional management and a 4 Divisional Company system. |

* The cash equity markets of the Osaka Securities Exchange was integrated with those of the Tokyo Stock Exchange on July 16, 2013.



Highlights    About Panasonic    Top Message    Management Topics    Message from the CFO    Business Overview    Corporate Governance    Financial and Corporate Information

▷ Financial Review    ▷ Consolidated Financial Statements    ▷ Stock Information    ▷ Company Information    ▶ Quarterly Financial Results / Investor Relations Offices    ▷ Management Philosophy / Founder Konosuke Matsushita

# Quarterly Financial Results / Investor Relations Offices

## Quarterly Financial Results (Years ended March 31)



(Trillions of yen) ■ Net sales [left scale] —— Net income (loss) attributable to Panasonic Corporation/Net sales [right scale] (%)

| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| | | | | | (Millions of yen) |
| **Net sales** | | | | | |
| 1st quarter | 1,595,458 | 2,161,126 | 1,929,548 | 1,814,498 | 1,824,515 |
| 2nd quarter | 1,737,838 | 2,206,822 | 2,075,650 | 1,823,662 | 1,881,805 |
| 3rd quarter | 1,886,588 | 2,285,413 | 1,960,200 | 1,801,503 | 1,973,491 |
| 4th quarter | 2,198,096 | 2,039,311 | 1,880,818 | 1,863,382 | 2,056,730 |
| Total | 7,417,980 | 8,692,672 | 7,846,216 | 7,303,045 | 7,736,541 |
| | | | | | |
| **Net income (loss) attributable to Panasonic Corporation** | | | | | |
| 1st quarter | (52,977) | 43,678 | (30,351) | 12,809 | 107,831 |
| 2nd quarter | 6,109 | 31,040 | (105,800) | (697,979) | 61,503 |
| 3rd quarter | 32,259 | 39,983 | (197,668) | 61,340 | 73,680 |
| 4th quarter | (88,856) | (40,684) | (438,353) | (130,420) | (122,572) |
| Total | (103,465) | 74,017 | (772,172) | (754,250) | 120,442 |

Note: Quarterly financial data is unaudited and has not been reviewed by Panasonic's independent registered public accounting firm in accordance with U.S. GAAP, generally accepted auditing standards in the United States of America.

## Investor Relations Offices

**Japan**

**Osaka**
Panasonic Corporation
Investor Relations Office, Corporate Strategy Division
1006 Oaza Kadoma, Kadoma-shi
Osaka 571-8501, Japan
Phone: +81-6-6908-1121

**Tokyo**
Panasonic Corporation
Investor Relations Office, Corporate Strategy Division
1-5-1 Higashi-Shimbashi, Minato-ku
Tokyo 105-8301, Japan
Phone: +81-3-3437-1121

**U.S.**
Panasonic Finance (America), Inc.
1270 Avenue of the Americas,
Suite 2330, New York, NY10020, U.S.A.
Phone: +1-212-698-1360

**Europe**
Panasonic Finance (Europe) plc
5th Floor 9 Devonshire Square,
London, EC2M 4YF, U.K.
Phone: +44-20-3008-6887

Panasonic Annual Report 2017

Case 4:07-cv-05944-JST   Document 3275-9   Filed 12/23/14   Page 31 of 288

Return   PAGE   Next

Highlights   About Panasonic   Top Message   Management Topics   Message from the CFO   Business Overview   Corporate Governance   Financial and Corporate Information

▷ Financial Review   ▷ Consolidated Financial Statements   ▷ Stock Information   ▷ Company Information   ▷ Quarterly Financial Results / Investor Relations Offices   ▶ Management Philosophy / Founder Konosuke Matsushita

# Management Philosophy

"We will devote ourselves to the progress and development of society and the well-being of people through our business activities, thereby enhancing the quality of life throughout the world."

The Basic Management Objective is Panasonic's management philosophy that embodies our mission and devotion.

Since the Company's founder, Konosuke Matsushita, first formulated this Basic Management Objective in 1929, its tenets have consistently formed the basis of the Company's fundamental approach to business through to the present day. In expanding business overseas, Panasonic has also placed the utmost emphasis on ensuring that its activities serve a useful purpose and are welcomed by each country.

Today, when every aspect of social, economic and industrial life is confronting a critical turning point, Panasonic will remain devoted to its Basic Management Objective while opening the way to a bright future in order to continuously support the development of society.



"Recognizing our responsibilities as industrialists, we will devote ourselves to the progress and development of society and the well-being of people through our business activities, thereby enhancing the quality of life throughout the world."

# Founder Konosuke Matsushita

In 1910, streetcars were beginning to appear on the main boulevards of Osaka, Japan. Recognizing that electricity would become the new wave of the future, Konosuke took up a position as a wireman at an electric light company at the age of 15. Later he left this position to forge an independent path, to pursue practical application of an improved electrical socket the he himself had designed. In 1918, he then set up his own small company, Matsushita Electric Housewares Manufacturing Works. Through painstaking work, Konosuke developed an innovative attachment plug and two-way socket. These new products proved immensely popular and laid the foundation for what was to become Matsushita Electric Industrial Co., Ltd. (currently Panasonic Corporation).

As his business expanded into a variety of areas including lamps, electric irons, and radios, Konosuke took the time to again reflect on the purpose of his work in general. It was at this time, that he came to realize his true calling and mission to bring an abundance of essential household items and everyday products to the market in an effort to improve people's lifestyles. After overcoming the difficulties of the post-war period, Konosuke again took the lead to drive Japan's electrification age forward providing consumers with the opportunity to purchase what was popularly referred to as the "three holy grails" of a TV, refrigerator, and washing machine.

With abounding energy, Konosuke was also aggressive in developing his business overseas. Guided by the desire to contribute to the prosperity of each country, he led the charge into offshore markets by Japanese companies with the establishment of Matsushita Electric Corporation of America, a sales company in 1959, and National Thai Company, a manufacturing company in 1961.



**Panasonic**

Corporate Site
http://panasonic.net/

IR Site
http://panasonic.net/ir/

Please refer to Panasonic's IR site for information
on the Company including  nancial results and
presentation materials.

# EXHIBIT W

20-F 1 d20f.htm ANNUAL REPORT

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington D.C. 20549

———————

# FORM 20-F

———————

### ANNUAL REPORT PURSUANT TO SECTIONS 13 OR 15(d)
### OF THE SECURITIES EXCHANGE ACT OF 1934

### For the fiscal year ended March 31, 2010

### Commission file number 1 - 6784

———————

# PANASONIC KABUSHIKI KAISHA
### (Exact name of Registrant as specified in its charter)

# PANASONIC CORPORATION
### (Translation of Registrant's name into English)

———————

### Japan
### (Jurisdiction of incorporation or organization)

### 1006, Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan
### (Address of principal executive offices)

### Masahito Yamamura, +81-6-6906-1763, yamamura.masahito@jp.panasonic.com, address is same as above
### (Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

———————

### Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock* | New York Stock Exchange |

\* Not for trading, but only in connection with the registration of the American Depositary Shares evidenced by American Depositary Receipts. Each American Depositary Share represents one share of Common Stock.

### Securities registered or to be registered pursuant to Section 12(g) of the Act.

### None
### (Title of Class)

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.**

**None**
**(Title of Class)**

Indicate the number of outstanding shares (excluding treasury stock) of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

| Title of Class | Outstanding as of | |
| --- | --- | --- |
| | March 31, 2010 (Japan Time) | March 31, 2010 (New York Time) |
| Common Stock | 2,070,605,489 | |
| American Depositary Shares, each representing 1 share of Common Stock | | 103,982,722 |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐.

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.   Yes ☐   No ☒.

Indicate by check mark whether the Company (1) has filed all reports required to be filed by Sections 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Company was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐.

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒        Accelerated filer ☐     Non-accelerated filer ☐.

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☒     International Financial Reporting Standards as issued by the International Accounting Standards Board ☐     Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.

Item 17 ☐     Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒.

This form contains 158 pages.

Table of Contents

# CONTENTS

|  |  | Page |
|---|---|---|
| About the Company |  | 1 |
| Cautionary Statement Regarding Forward-Looking Statements |  | 1 |
|  | **PART I** |  |
| Item 1. | Identity of Directors, Senior Management and Advisers | 2 |
| Item 2. | Offer Statistics and Expected Timetable | 2 |
| Item 3. | Key Information | 2 |
|  | A. Selected Financial Data | 2 |
|  | B. Capitalization and Indebtedness | 3 |
|  | C. Reasons for the Offer and Use of Proceeds | 3 |
|  | D. Risk Factors | 3 |
| Item 4. | Information on the Company | 9 |
|  | A. History and Development of the Company | 9 |
|  | B. Business Overview | 12 |
|  | C. Organizational Structure | 21 |
|  | D. Property, Plants and Equipment | 24 |
| Item 4A. | Unresolved Staff Comments | 27 |
| Item 5. | Operating and Financial Review and Prospects | 28 |
|  | A. Operating Results | 28 |
|  | B. Liquidity and Capital Resources | 38 |
|  | C. Research and Development | 40 |
|  | D. Trend Information | 42 |
|  | E. Off-Balance Sheet Arrangements | 44 |
|  | F. Tabular Disclosure of Contractual Obligations | 45 |
|  | G. Safe Harbor | 45 |
|  | H. Accounting Principles | 46 |
| Item 6. | Directors, Senior Management and Employees | 51 |
|  | A. Directors and Senior Management | 51 |
|  | B. Compensation | 58 |
|  | C. Board Practices | 59 |
|  | D. Employees | 59 |
|  | E. Share Ownership | 59 |

**Table of Contents**

| | | Page |
|---|---|---|
| Item 7. | Major Shareholders and Related Party Transactions | 60 |
| | A. Major Shareholders | 60 |
| | B. Related Party Transactions | 61 |
| | C. Interests of Experts and Counsel | 61 |
| Item 8. | Financial Information | 61 |
| | A. Consolidated Statements and Other Financial Information | 61 |
| | B. Significant Changes | 63 |
| Item 9. | The Offer and Listing | 63 |
| | A. Offer and Listing Details | 63 |
| | B. Plan of Distribution | 65 |
| | C. Markets | 65 |
| | D. Selling Shareholders | 65 |
| | E. Dilution | 65 |
| | F. Expenses of the Issue | 65 |
| Item 10. | Additional Information | 66 |
| | A. Share Capital | 66 |
| | B. Memorandum and Articles of Association | 66 |
| | C. Material Contracts | 76 |
| | D. Exchange Controls | 76 |
| | E. Taxation | 77 |
| | F. Dividends and Paying Agents | 81 |
| | G. Statement by Experts | 81 |
| | H. Documents on Display | 81 |
| | I. Subsidiary Information | 81 |
| Item 11. | Quantitative and Qualitative Disclosures about Market Risk | 82 |
| Item 12. | Description of Securities Other than Equity Securities | 85 |
| | A. Debt Securities | 85 |
| | B. Warrants and Rights | 85 |
| | C. Other Securities | 85 |
| | D. American Depositary Shares | 85 |

PART II

| Item 13. | Defaults, Dividend Arrearages and Delinquencies | 86 |
|---|---|---|
| Item 14. | Material Modifications to the Rights of Security Holders and Use of Proceeds | 86 |
| Item 15. | Controls and Procedures | 86 |

**Table of Contents**

|  |  | **Page** |
|---|---|---|
| Item 16A. | Audit Committee Financial Expert | 87 |
| Item 16B. | Code of Ethics | 87 |
| Item 16C. | Principal Accountant Fees and Services | 88 |
| Item 16D. | Exemptions from the Listing Standards for Audit Committees | 89 |
| Item 16E. | Purchases of Equity Securities by the Issuer and Affiliated Purchasers | 90 |
| Item 16F. | Change in Registrant's Certifying Accountant | 90 |
| Item 16G. | Corporate Governance | 90 |

PART III

| Item 17. | Financial Statements | 93 |
|---|---|---|
| Item 18. | Financial Statements | 93 |
| Item 19. | Exhibits | 157 |

Table of Contents

- 1 -

All information contained in this annual report is as of March 31, 2010 or for the year ended March 31, 2010 (fiscal 2010) unless the context otherwise indicates.

The noon buying rate for yen in New York City as certified for customs purposes by the Federal Reserve Bank of New York on June 21, 2010 was 91.18 yen = U.S.$1.

About the Company

Panasonic Corporation (hereinafter, unless the context otherwise requires, "Panasonic," the "Panasonic Group" or the "Company" refers to Panasonic Corporation and its consolidated subsidiaries as a group) is one of the world's leading manufacturers of electronic and electric products for a wide range of consumer, business and industrial uses, as well as a wide variety of components. As from October 1, 2008, the Company changed its company name from "Matsushita Electric Co., Ltd." to "Panasonic Corporation." Based in Osaka, Japan, the Company recorded consolidated net sales of approximately 7,418 billion yen for fiscal 2010. Over the past nine decades, the Company has grown from a small domestic household electrical equipment manufacturer into a comprehensive electronic and electric equipment, systems and components manufacturer operating internationally. Of the fiscal 2010 net sales, nearly one-half was represented by sales in Japan, with the rest by overseas sales.

Cautionary Statement Regarding Forward-Looking Statements

This annual report includes forward-looking statements (within the meaning of Section 27A of the U.S. Securities Act of 1933 and Section 21E of the U.S. Securities Exchange Act of 1934) about Panasonic and its Group companies (the Panasonic Group). To the extent that statements in this annual report do not relate to historical or current facts, they constitute forward-looking statements. These forward-looking statements are based on the current assumptions and beliefs of the Panasonic Group in light of the information currently available to it, and involve known and unknown risks, uncertainties and other factors. Such risks, uncertainties and other factors may cause the Panasonic Group's actual results, performance, achievements or financial position to be materially different from any future results, performance, achievements or financial position expressed or implied by these forward-looking statements. Panasonic undertakes no obligation to publicly update any forward-looking statements after the date of this annual report (June 2010). Investors are advised to consult any further disclosures by Panasonic in its subsequent filings with the U.S. Securities and Exchange Commission pursuant to the Securities Exchange Act of 1934 and its other filings.

The risks, uncertainties and other factors referred to above include, but are not limited to, economic conditions, particularly consumer spending and corporate capital expenditures in the United States, Europe, Japan, China, Asia and other countries; volatility in demand for electronic equipment and components from business and industrial customers, as well as consumers in many product and geographical markets; currency rate fluctuations, notably between the yen, the U.S. dollar, the euro, the Chinese yuan, Asian currencies and other currencies in which the Panasonic Group operates businesses, or in which assets and liabilities of the Panasonic Group are denominated; the possibility of the Panasonic Group incurring additional costs of raising funds, because of changes in the fund raising environment; the ability of the Panasonic Group to respond to rapid technological changes and changing consumer preferences with timely and cost-effective introductions of new products in markets that are highly competitive in terms of both price and technology; the possibility of not achieving expected results on the alliances or mergers and acquisitions including the acquisition of SANYO Electric Co., Ltd. "SANYO"; the ability of the Panasonic Group to achieve its business objectives through joint ventures and other collaborative agreements with other companies; the ability of the Panasonic Group to maintain competitive strength in many product and

geographical areas; the possibility of incurring expenses resulting from any defects in products or services of the Panasonic Group; the possibility that the Panasonic Group may face intellectual property infringement claims by third parties; current and potential, direct and indirect restrictions imposed by other countries over trade, manufacturing, labor and operations; fluctuations in market prices of securities and other assets in which the Panasonic Group has holdings or changes in valuation of long-lived assets, including property, plant and equipment and goodwill, and deferred tax assets and uncertain tax positions; future changes or revisions to accounting policies or accounting rules; as well as natural disasters including earthquakes, prevalence of infectious diseases throughout the world and other events that may negatively impact business activities of the Panasonic Group. The factors listed above are not all-inclusive.

Table of Contents

- 2 -

# PART I

**Item 1.**     **Identity of Directors, Senior Management and Advisers**

Not applicable

**Item 2.**     **Offer Statistics and Expected Timetable**

Not applicable

**Item 3.**     **Key Information**

**A.**     **Selected Financial Data**

| | Yen (billions), except per share amounts and yen exchange rates | | | | |
|---|---|---|---|---|---|
| | **Fiscal year ended March 31,** | | | | |
| | **2010** | **2009** | **2008** | **2007** | **2006** |
| Statements of Operations Data: | | | | | |
| Net sales | 7,418 | 7,766 | 9,069 | 9,108 | 8,894 |
| Income (loss) before income taxes | (29) | (383) | 435 | 439 | 371 |
| Net income (loss) | (171) | (404) | 311 | 248 | 153 |
| Net income (loss) attributable to Panasonic Corporation | (103) | (379) | 282 | 217 | 154 |
| Per common share: | | | | | |
| Net income (loss) attributable to Panasonic Corporation: | | | | | |
| Basic | (49.97) | (182.25) | 132.90 | 99.50 | 69.48 |
| Diluted | — | (182.25) | 132.90 | 99.50 | 69.48 |
| Dividends | 12.50 | 40.00 | 32.50 | 25.00 | 17.50 |
| | (U.S.$0.13) | (U.S.$0.40) | (U.S.$0.33) | (U.S.$0.21) | (U.S.$0.15) |
| Balance Sheet Data: | | | | | |
| Total assets | 8,358 | 6,403 | 7,444 | 7,897 | 7,965 |
| Long-term debt | 1,029 | 651 | 232 | 227 | 264 |
| Total Panasonic Corporation shareholders' equity | 2,792 | 2,784 | 3,742 | 3,917 | 3,788 |
| Common stock | 259 | 259 | 259 | 259 | 259 |
| Number of shares issued at year-end (thousands) | 2,453,053 | 2,453,053 | 2,453,053 | 2,453,053 | 2,453,053 |
| Number of shares issued and outstanding at year-end (thousands) | 2,070,605 | 2,070,642 | 2,101,117 | 2,146,284 | 2,209,532 |
| Yen exchange rates per U.S. dollar: | | | | | |
| Year-end | 93.40 | 99.15 | 99.85 | 117.56 | 117.48 |
| Average | 92.93 | 100.62 | 114.31 | 116.92 | 113.15 |
| High | 86.12 | 87.80 | 96.88 | 110.07 | 104.41 |

| | Low | 100.71 | 110.48 | 124.09 | 121.81 | 120.93 | |
|---|---|---|---|---|---|---|---|
| | | Dec. 2009 | Jan. 2010 | Feb. 2010 | Mar. 2010 | Apr. 2010 | May 2010 |
| Yen exchange rates for each month during the previous six months: | | | | | | | |
| | High | 86.62 | 89.41 | 88.84 | 88.43 | 92.03 | 89.89 |
| | Low | 93.08 | 93.31 | 91.94 | 93.40 | 94.51 | 94.68 |

Notes: 1. Dividends per share reflect those paid during each fiscal year.
   2. United States dollar amounts for dividends per share are translated from yen for convenience at the year-end exchange rate of each period.
   3. The company adopted the provisions of ASC 810, "Consolidation" and the presentations requirements for the financial statements have been adopted retrospectively and prior year amounts of net income (loss) have been reclassified to conform to the presentation used for fiscal 2010.
   4. Diluted net income (loss), attributable to Panasonic Corporation common shareholders per share, for fiscal 2010, has been omitted because the company did not have potential common shares that were outstanding for the period.

Table of Contents

- 3 -

**B.    Capitalization and Indebtedness**

 Not applicable

**C.    Reasons for the Offer and Use of Proceeds**

 Not applicable

**D.    Risk Factors**

 Once a year, Panasonic implements a Groupwide risk assessment survey to identify potential risks in an integrated and comprehensive manner. By identifying, evaluating and prioritizing these risks, Panasonic specifies risks at the Corporate Headquarters, business domain companies and Group affiliates, takes countermeasures that correspond to the materiality of each risk, and seeks continuous improvements through the monitoring of the progress of such countermeasures. Primarily because of the business areas and geographical areas where it operates, and the highly competitive nature of the industry to which it belongs, Panasonic is exposed to a variety of risks and uncertainties in conducting its businesses, including, but not limited to, the following. These risks may adversely affect Panasonic's business, operating results and financial condition. This section includes forward-looking statements and future expectations as of the date of this annual report.

<u>**Risks Related to Economic Conditions**</u>

**Continued or further weakness in Japanese and global economies may cause reduced demand for Panasonic's products**

 Demand for Panasonic's products and services may be affected by general economic trends in the countries or regions in which Panasonic's products and services are sold. Economic downturns and resulting declines in demand in Panasonic's major markets worldwide may thus adversely affect the Company's business, operating results and financial condition. Triggered by the financial crisis in fiscal 2009, Panasonic's business environment rapidly deteriorated due to declines in global consumption and business activities and due to intensified price competition. Regarding the business environment for fiscal 2011, ending March 31, 2011, the Company currently anticipates market conditions to remain unpredictable due to various factors including the yen's appreciation and ever-intensified global competition, despite a gradually recovering global economy. Panasonic may incur increased costs for additional business restructuring in order to cope with the business environment. If global market conditions worsen beyond expectations, the business environment of Panasonic may deteriorate more than currently anticipated, which may adversely affect the Company's business, operating results and financial condition.

**Currency exchange rate fluctuations may adversely affect Panasonic's operating results**

 Foreign exchange rate fluctuations may adversely affect Panasonic's business, operating results and financial condition, because its international business transactions and costs and prices of its products and services in overseas countries are affected by foreign exchange rate changes. In addition, foreign exchange rate changes can also affect the yen value of Panasonic's investments in overseas assets and liabilities because Panasonic's consolidated financial statements are presented in Japanese yen. Generally, an appreciation of the yen against other major currencies such as the U.S. dollar and the euro may adversely affect Panasonic's operating results. Meanwhile, a depreciation of the yen against

the aforementioned major currencies may have a favorable impact on Panasonic's operating results. The global financial crisis, which occurred in 2008, caused the rapid appreciation of the yen against other major currencies, which adversely and significantly affected Panasonic's operating results in fiscal 2009 and fiscal 2010. Any further or continued appreciation of the yen may adversely affect the Company's business, operating results and financial condition.

**Interest rate fluctuations may adversely affect Panasonic's financial condition, etc.**

Panasonic is exposed to interest rate fluctuation risks which may affect the Company's operational costs, interest expenses, interest income and the value of financial assets and liabilities. Accordingly, interest rate fluctuations may adversely affect the Company's business, operating results and financial condition.

Table of Contents

- 4 -

**Continuation or deterioration of financial market turmoil may adversely affect Panasonic's ability to raise funds or may increase the cost of fund raising**

Panasonic raises funds for its business through methods such as borrowing from financial institutions and issuance of bonds and commercial papers. Where, among other events, financial market turmoil continues or deteriorates, financial institutions reduce lending to Panasonic, or rating agencies downgrade Panasonic's credit ratings, Panasonic may not be able to raise funds in the time and amount necessary for Panasonic, or under conditions which Panasonic deems appropriate, and Panasonic may incur additional costs of raising funds, which may adversely affect the Company's business, operating results and financial condition.

**Decreases in the value of Japanese stocks may adversely affect Panasonic's financial results**

Panasonic holds mostly Japanese stocks as part of its investment securities. The value of such stocks has dropped significantly due to the world financial crisis and the recession of Japanese economy in fiscal 2009, causing Panasonic to record losses on valuation of its investment securities in fiscal 2009 and fiscal 2010. Further decreases in the value of stocks may cause additional losses due to decreases in the valuation of investment securities, thereby adversely affecting Panasonic's operating results and financial condition. The decrease in the value of Japanese stocks may also reduce stockholders' equity on the balance sheet, as unrealized holding gains (losses) of available-for-sale securities are included as part of accumulated other comprehensive income (loss).

### Risks Related to Panasonic's Business

**Competition in the industry may adversely affect Panasonic's ability to maintain profitability**

Panasonic develops, produces and sells a broad range of products and therefore faces many different types of competitors, from large international companies to relatively small, rapidly growing, and highly specialized organizations. Panasonic may choose not to fund or invest in one or more of its businesses to the same degree as its competitors in those businesses do, or it may not be able to do so in a timely manner or even at all. These competitors may have greater financial, technological, and marketing resources than Panasonic in the respective businesses in which they compete.

**Rapid declines in product prices may adversely affect Panasonic's financial condition**

Panasonic's business is subject to intense price competition worldwide, which makes it difficult for the Company to determine product prices and maintain adequate profits. Such intensified price competition may adversely affect Panasonic's profits, especially in terms of possible decreases in demand. Amid accelerating changes in the structure of markets, such as a demand shift to emerging markets and lower-priced products, and market expansion of environmental and energy-related businesses, Panasonic's product prices in digital electronics and many other business areas may continue to decline significantly.

**Panasonic's business is, and will continue to be, subject to risks generally associated with international business operations**

One of Panasonic's business strategies is business expansion in overseas markets. In many of these markets, Panasonic may face risks generally associated with international manufacturing and other business operations, such as political instability, including terrorist attacks and abduction, cultural and religious differences and labor relations, as well as economic uncertainty and foreign currency exchange risks. Panasonic may also face barriers in commercial and business customs in foreign

countries, including difficulties in timely collection of accounts receivable or in building and expanding relationships with customers, subcontractors or parts suppliers. Panasonic may also experience various political, legal or other restrictions in investment, trade, manufacturing, labor or other aspects of operations, including restrictions on foreign investment or the repatriation of profits on invested capital, nationalization of local industry, changes in export or import restrictions or foreign exchange controls, and changes in the tax system or the rate of taxation in countries where Panasonic operates businesses. With respect to products exported overseas, tariffs, other barriers or shipping costs may make Panasonic's products less competitive in terms of price. Expanding its overseas business may require significant investments long before Panasonic realizes returns on such investments, and increased investments may result in expenses growing at a faster rate than revenues.

Table of Contents

- 5 -

**Panasonic may not be able to keep pace with technological changes and develop new products or services in a timely manner to remain competitive**

Panasonic may fail to introduce new products or services in response to technological changes in a timely manner. Some of Panasonic's core businesses, such as consumer digital electronics and key components and devices, are concentrated in industries where technological innovation is the central competitive factor. Panasonic continuously faces the challenge of developing and introducing viable and innovative new products. Panasonic must predict with reasonable accuracy both future demand and new technologies that will be available to meet such demand. If Panasonic fails to do so, it will not be able to compete effectively in new markets.

**Panasonic may not be able to develop product formats that can prevail as de facto standards**

Panasonic has been forming alliances and partnerships with other major manufacturers to strengthen technologies and the development of product formats, such as next-generation home and mobile networking products, data storage devices, and software systems. Despite these efforts, Panasonic's competitors may succeed in developing de facto standards for future products before Panasonic can. In such cases, the Company's competitive position, business, operating results and financial condition could be adversely affected.

**Panasonic may not be able to successfully recruit and retain skilled employees, particularly scientific, technical and management professionals**

Panasonic's future success depends largely on its ability to attract and retain certain key personnel, including scientific, technical and management professionals. Industry demand for skilled employees, however, exceeds the number of personnel available, and the competition for attracting and retaining these employees is intense. Because of this intense competition for skilled employees, Panasonic may be unable to retain its existing personnel or attract additional qualified employees to keep up with future business needs. If this should happen, Panasonic's business, operating results and financial condition could be adversely affected.

**Alliances with, and strategic investments in, third parties, and mergers and acquisitions undertaken by Panasonic, may not produce positive or expected results**

Panasonic develops its businesses by forming alliances or joint ventures with, and making strategic investments in, other companies, including investments in start-up companies. Furthermore, the strategic importance of partnering with third parties is increasing. In some cases, such partnerships are crucial to Panasonic's goal of introducing new products and services, but Panasonic may not be able to successfully collaborate or achieve expected synergies with its partners. Furthermore, Panasonic does not control these partners, who may make decisions regarding their business undertakings with Panasonic that may be contrary to Panasonic's interests. In addition, if these partners change their business strategies, Panasonic may fail to maintain these partnerships. Panasonic and SANYO, upon resolutions of meetings of their respective Boards of Directors held on December 19, 2008, entered into a Capital and Business Alliance Agreement to widely pursue synergies in all business aspects of both companies. Panasonic subsequently conducted a tender offer for SANYO shares (at a purchase price of 131 yen per share of common stock, 1,310 yen per share of Class A preferred stock and 1,310 yen per share of Class B preferred stock) from November 5 through December 9, 2009, pursuant to a resolution of its Board of Directors held on November 4, 2009. As a result of Panasonic's conversion of the Class B preferred stock of SANYO that it acquired through the tender offer into common stock, SANYO and its subsidiaries became Panasonic consolidated subsidiaries in December 2009.

However, Panasonic may fail to achieve the expected results, despite the Company's efforts to maximize synergies from the addition of SANYO to the Panasonic Group. Furthermore, as a result of consolidation of SANYO, deterioration of SANYO's operating results and financial condition may adversely affect Panasonic's operating results and financial condition.

**Panasonic is dependent on the ability of third parties to deliver parts, components and services in adequate quality and quantity in a timely manner, and at a reasonable price**

Panasonic's manufacturing operations depend on obtaining raw materials, parts and components, equipment and other supplies including services from reliable suppliers at adequate quality and quantity in a timely manner. It may be difficult for Panasonic to substitute one supplier for another, increase the number of suppliers or change one component for another in a timely manner or at all due to the interruption of supply caused by, among other conditions, the bankruptcy of suppliers or increased industry demand. This may adversely affect the Panasonic Group's operations. Although Panasonic decides purchase prices by contract, the prices of raw materials, including iron and steel, resin, and non-ferrous metals, and parts and components, may increase due to changes in supply and demand and the inflow of investment funds. Some components are only available from a limited number of suppliers, which also may adversely affect Panasonic's business, operating results and financial condition.

Table of Contents

- 6 -

**Panasonic is exposed to the risk that its customers may encounter financial difficulties**

Many of Panasonic's customers purchase products and services from Panasonic on payment terms that do not provide for immediate payment. If customers from whom Panasonic has substantial accounts receivable encounter financial difficulties and are unable to make payments on time, Panasonic's business, operating results and financial condition could be adversely affected.

## Risks Related to Panasonic's Management Plans

Panasonic is implementing a midterm management plan called "Green Transformation 2012" (GT12), announced on May 7, 2010, which runs from fiscal 2011 to fiscal 2013. Under this plan, Panasonic aims to achieve an operating profit* to sales ratio of 5% or more, sales of 10 trillion yen, ROE of 10% and $CO_2$ emission reductions of 50 million tons (compared to the estimated amount of emission in fiscal 2013 assuming that no remedial measures were taken since fiscal 2006.) However, Panasonic may not be successful in achieving all the targets or in realizing the expected benefits because of various external and internal factors including deterioration of the business environment and increased costs of business restructuring such as additional business reorganization, the impairment of fixed assets and employment adjustment in order to cope with the business environment.

* In order to be consistent with generally accepted financial reporting practices in Japan, operating profit, a non-GAAP measure, is presented as net sales less cost of sales and selling, general and administrative expenses. The Company believes that this is useful to investors in comparing the company's financial results with those of other Japanese companies.

## Risks Related to Legal Restrictions and Litigations

**Panasonic may be subject to product liability or warranty claims that could result in significant direct or indirect costs**

The occurrence of quality problems due to product defects, including safety incidents, in Panasonic products could make Panasonic liable for damages not covered by product and completed operation liability insurance, whereby the Company could incur significant expenses. Due to negative publicity concerning these problems, Panasonic's business, operating results and financial condition may be adversely affected.

**Panasonic may fail to protect its proprietary intellectual properties, or face claims of intellectual property infringement by a third party, and may lose its intellectual property rights on key technologies or be liable for significant damages**

Panasonic's success depends on its ability to obtain intellectual property rights covering its products and product design. Patents may not be granted or may not be of sufficient scope or force to provide Panasonic with adequate protection or commercial advantage. In addition, effective copyright and trade secret protections may be unavailable or limited in some countries in which Panasonic operates. Competitors or other third parties may also develop technologies that are protected by patents and other intellectual property rights, which make such technologies unavailable or available only on terms unfavorable to Panasonic. The Company obtains licenses for intellectual property rights from other parties; however, such licenses may not be available at all or on acceptable terms in the future. Litigation may also be necessary to enforce Panasonic's intellectual property rights or to defend against intellectual property infringement claims brought against Panasonic by third parties. In such cases, Panasonic may incur significant expenses for such lawsuits. Furthermore, Panasonic may be prohibited from using certain important technologies or liable for damages in cases of admitted

violations of intellectual property rights of others.

Table of Contents

- 7 -

**Changes in accounting standards and tax systems may adversely affect Panasonic's financial results and condition**

Introduction of new accounting standards or tax systems, or changes thereof, which Panasonic cannot predict, may have a material adverse effect on the Company's operating results and financial condition. In addition, if tax authorities have different opinions from Panasonic on the Company's tax declarations, Panasonic may need to make larger tax payments than estimated.

**Payments or compensation related to environmental regulations or issues may adversely affect Panasonic's business, operating results and financial condition**

Panasonic is subject to environmental regulations such as those relating to climate change, air pollution, water pollution, elimination of hazardous substances, waste management, product recycling, and soil and groundwater contamination, and may be held responsible for certain related payments or compensation. Furthermore, if these regulations become stricter and an additional duty of eliminating the use of environmentally hazardous materials is imposed, or if the Company determines that it is necessary and appropriate, from the viewpoint of corporate social responsibility, to respond to environmental issues, the payment of penalties for the violation of these regulations or voluntary payment of compensation for consolation to parties affected by such issues may adversely affect Panasonic's business, operating results and financial condition.

**Leaks of confidential information or trade secrets may adversely affect Panasonic's business**

In the normal course of business, Panasonic holds confidential information mainly about customers regarding credit worthiness and other information, as well as confidential information about companies and other third parties. Such information may be leaked due to an accident or other inevitable cause, and any material leakage of confidential information may result in significant expense for related lawsuits and adversely affect Panasonic's business and image. Moreover, besides customer information, there is a risk that Panasonic's trade secrets, such as technology information, may be leaked by illegal conduct or by mere negligence of external parties, etc. If such is the case, Panasonic's business, operating results and financial condition may be adversely affected.

**Governmental laws and regulations may limit Panasonic's activities, increase its operating costs or subject it to sanctions and lawsuits**

Panasonic is subject to governmental regulations in Japan and other countries in which it conducts its business, including governmental approvals required for conducting business and investments, laws and regulations governing the telecommunications businesses and electric product safety, national security-related laws and regulations and export/import laws and regulations, as well as commercial, antitrust, patent, product liability, environmental laws and regulations, consumer protection, financial and business taxation laws and regulations, and internal control regulations due to the implementation of stricter laws and regulations and stricter interpretations. However, to the extent that Panasonic cannot comply with these laws and regulations from technical and economic perspectives, or if they become stricter and Panasonic determines that it would not be economical to continue to comply with them, Panasonic would need to limit its activities in the affected business areas. These laws and regulations could increase Panasonic's operating costs. In addition, in the event that governmental authorities find or determine that Panasonic has violated these laws and regulations, Panasonic could become subject to regulatory sanctions, including money penalties, or criminal sanctions or civil lawsuits for damages, and could also suffer reputational harm.

**<u>Risks Related to Disasters or Unpredictable Events</u>**

**Panasonic's facilities and information systems could be damaged as a result of disasters or unpredictable events, which could have an adverse effect on its business operations**

Panasonic's headquarters and major facilities including manufacturing plants, sales offices and research and development centers are located in Japan. Panasonic also operates procurement, manufacturing, logistics, sales and research and development facilities all over the world. If major disasters, such as earthquakes, fires, floods, including those caused by climate change, wars, terrorist attacks, computer viruses or other events occur, or Panasonic's information system or communications network breaks down or operates improperly as a result of such events, Panasonic's facilities may be seriously damaged, or the Company may have to stop or delay production and shipment. Panasonic may incur expenses relating to such damages. In addition, if an infectious disease, such as a new highly-pathogenic flu strain, becomes prevalent throughout the world, Panasonic's manufacturing and sales may be materially disrupted.

Table of Contents

- 8 -

## Other Risks

### External economic conditions may adversely affect Panasonic's pension plans

Panasonic has contributory, funded benefit pension plans covering substantially all employees in Japan who meet eligibility requirements. A decline in interest rates may cause a decrease in the discount rate on benefit obligations. A decrease in the value of stocks may also affect the return on plan assets. As a result, the actuarial loss may increase, leading to an increase in future net periodic benefit costs of these pension plans.

### Some long-lived assets may not produce adequate returns

Panasonic has many long-lived assets, such as plant, property and equipment, and goodwill, that generate returns. The Company periodically reviews the recorded value of its long-lived assets to determine if the fair value will be sufficient to support the remaining recorded asset values. If these long-lived assets do not generate sufficient cash flows, impairment losses will have to be recognized, adversely affecting Panasonic's results of operations and financial condition.

### Realizability of deferred tax assets and uncertain tax positions may increase Panasonic's provision for income tax

In assessing the realizability of deferred tax assets and uncertain tax positions based on the expected future generation of taxable income or assessed sustainability of uncertain tax positions, Panasonic considers whether it is more likely than not that any portion or all of the deferred tax assets or recognized tax position benefit will not be realized. If Panasonic determines that temporary differences and loss carryforwards or recognized tax benefits cannot be realized upon the generation of future taxable income during the deductible periods due to deteriorating business conditions or tax position benefits may not be realized upon settlement, valuation allowance against deferred tax assets or unrecognized tax benefit reserves could be recognized and Panasonic's provision for income tax may increase.

### Financial results and condition of associated companies may adversely affect Panasonic's operating results and financial condition

Panasonic holds equities of several associated companies. Panasonic can exercise influence over operating and financing policies of these companies. However, Panasonic does not have the right to make decisions for them since the companies operate independently. Some companies may record losses. If these associated companies do not generate profits, Panasonic's business results and financial condition may be adversely affected.

### American Depositary Share (ADS) holders have fewer rights than shareholders and may not be able to enforce judgments based on U.S. securities laws

The rights of shareholders under Japanese law to take actions, including exercising their voting rights, receiving dividends and distributions, bringing derivative actions, examining Panasonic's accounting books and records, and exercising appraisal rights are available only to shareholders of record. Because the depositary, through its nominee, is the record holder of the shares underlying the ADSs, only the depositary can exercise those rights in connection with the deposited shares. The depositary will make efforts to exercise their voting rights underlying ADSs in accordance with the instructions of ADS holders and will pay the dividends and distributions collected from Panasonic. However, ADS holders will not be able to bring a derivative action, examine Panasonic's accounting books and

records, or exercise appraisal rights through the depositary.

**Panasonic's shareholders of record on a record date may not receive the dividend they anticipate**

The customary dividend payout practice and relevant regulatory regime of publicly listed companies in Japan may differ from that followed in foreign markets. Panasonic's dividend payout practice is no exception. While the Company regularly announces forecasts of annual and interim dividends in April or May of each year, these forecasts are not legally binding. The actual payment of annual dividends requires a resolution of its shareholders. If the shareholders adopt such a resolution, the annual dividend payment is made to shareholders as of the applicable record date, which is currently specified as March 31 by its Articles of Incorporation. However, such a resolution of the Company's shareholders is usually made at an ordinary general meeting of shareholders held in June. The payment of interim dividends requires only a resolution of its board of directors. If the board adopts such a resolution, the dividend payment is made to shareholders as of the applicable record date, which is currently specified as September 30 by its Articles of Incorporation. However, the board usually does not adopt a resolution with respect to an interim dividend until after September 30. Shareholders of record as of an applicable record date may sell shares in the market after the record date in anticipation of receiving a certain dividend payment based on the previously announced forecasts. However, since these forecasts are not legally binding and resolutions to pay dividends are usually not adopted until after the record date, Panasonic's shareholders of record on record dates for annual or interim dividends may not receive the dividend they anticipate.

Table of Contents

- 9 -

## Item 4.     Information on the Company

### A.     History and Development of the Company

GENERAL

The Company was incorporated in Japan on December 15, 1935 under the laws of Japan as Matsushita Denki Sangyo Kabushiki Kaisha (Address: 1006, Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan. Phone: +81-6-6908-1121 / Agent: Mr. Ko Kaneko, President of Panasonic Finance (America), Inc.) as the successor to an unincorporated enterprise founded in 1918 by the late Konosuke Matsushita. Mr. Matsushita led the Company with his corporate philosophy of contributing to the peace, happiness and prosperity of humankind through the supply of quality consumer electric and electronic goods. The Company's business expanded rapidly with the recovery and growth of the Japanese economy after World War II, as it met rising demand for consumer electric and electronic products, starting with washing machines, black-and-white TVs and refrigerators. During the 1950s, the Company expanded its operations by establishing mass production and mass sales structures to meet increasing domestic demand, while also creating subsidiaries, making acquisitions and forming alliances. During the 1960s, the Company expanded its overseas businesses, and its products started obtaining worldwide recognition.

During the global recession caused by the first oil crisis in 1973, the Company strengthened its structure and overseas business relations. The advent and popularity of the video cassette recorder (VCR) from the late 1970s enabled the Company to receive worldwide recognition as a global consumer electronics manufacturer. In the 1980s, the Company further worked to evolve from a consumer products manufacturer to a comprehensive electronics products manufacturer, expanding its business in the areas of information and communications technology, industrial equipment and components and devices. Since the 1990s, the Company has been emphasizing technological development and the use of advanced technology in every phase of life. In particular, the Company has been expanding its development activities in such areas as next-generation audiovisual (AV) equipment, multimedia products, and advanced electronic components and devices, many of which incorporate digital technology.

In June 1995, the Company sold 80% equity interest in MCA (subsequently renamed Universal Studios, Inc.) which the Company purchased in December 1990, to The Seagram Company Ltd. (currently Vivendi Universal S.A.) for approximately U.S. $5.7 billion, leaving the Company with a minority interest. In February 2006, the Company sold the remaining shares to Vivendi Universal S.A.

In April 2000, the Company made two of its majority-owned subsidiaries, Matsushita Refrigeration Company and Wakayama Precision Company, into wholly-owned subsidiaries by means of share exchanges. As a result of the share exchanges, the Company issued 16,321,187 shares of its common stock to shareholders of the respective companies.

In June 2000, Kunio Nakamura became President of the Company and, under his leadership, the Company implemented structural reforms and growth strategies with an emphasis on enhancing growth potential, profitability and capital efficiency, thereby ensuring the Company's continued contribution to society.

In April 2001, the Company absorbed Matsushita Electronics Corporation, its wholly-owned subsidiary, by merger to implement unified operational management in such key device areas as semiconductors and display devices.

Table of Contents

- 10 -

In April 2002, the Company and Toshiba Corporation (Toshiba) separated their respective liquid crystal display (LCD) panel operations and established a joint venture company, Toshiba Matsushita Display Technology Co., Ltd. (TMD), for the development, manufacture and sale of LCD panels and next-generation display devices. Of the new company's initial stated capital of 10 billion yen, 60% was invested by Toshiba and 40% by the Company.

As a drastic structural reform aimed at achieving new growth, the Company implemented share exchanges on October 1, 2002 with five of its majority-owned subsidiaries (Matsushita Communication Industrial Co., Ltd., Kyushu Matsushita Electric Co., Ltd., Matsushita Seiko Co., Ltd., Matsushita Kotobuki Electronics Industries, Ltd. and Matsushita Graphic Communication Systems, Inc.) and transformed them into wholly-owned subsidiaries of the Company.

As an extension of this Groupwide reorganization, the Company transformed two of its majority-owned subsidiaries, Matsushita Electronic Components Co., Ltd. and Matsushita Battery Industrial Co., Ltd., into wholly-owned subsidiaries via share exchanges, effective April 1, 2003.

Upon the aforementioned Groupwide restructurings, in April 2003, to prepare a framework that enables each business domain company to implement autonomously responsible management, the Company established a new global consolidated management system that focuses on capital efficiency and cash flows.

Also on April 1, 2003, the Company launched another joint venture company with Toshiba, upon separating their respective cathode ray tube (CRT) businesses with the exception of domestic CRT manufacturing operations. The Company formerly accounted for the investment in the new company, Matsushita Toshiba Picture Display Co., Ltd. (MTPD) and its subsidiaries under the equity method, and began to consolidate MTPD on March 1, 2006 in accordance with Financial Accounting Standards Board (FASB) Interpretation No.46 (revised December 2003), "Consolidation of Variable Interest Entities" (FIN 46R), as a result of certain restructuring activities of MTPD. At March 31, 2006, the Company had a 64.5% equity interest in MTPD. At March 30, 2007, the Company acquired the remaining 35.5% equity interest in MTPD from Toshiba and MTPD was renamed MT Picture Display Co., Ltd.

Since fiscal 2003, the Company has been gradually shifting its focus from restructuring to growth. The Company made concerted efforts to enhance product competitiveness. V-products, which aim to capture leading shares in high-volume markets, made a significant contribution to overall business results.

In April 2003, the Company announced that it would position the Panasonic brand as a globally unified brand for overseas markets under the global brand slogan of "Panasonic ideas for life." This new brand strategy conveys to customers all over the world a new image for the Company and its products, while further enhancing brand value.

In December 2003, the Company reached a basic agreement regarding a comprehensive business collaboration with its affiliate, Panasonic Electric Works Co., Ltd. (PEW), after which the Company initiated a tender offer for additional shares of PEW. As a result of the tender offer in which the Company purchased an additional 140,550 thousand shares of common stock of PEW at the total cost of 147 billion yen, PEW, PanaHome Corporation and their respective subsidiaries became consolidated subsidiaries of the Company in April 2004. For fiscal 2005, Panasonic and PEW integrated overlapping businesses in the area of electrical supplies, building materials and equipment, home appliances and industrial equipment, and reformed distribution channels to establish an

optimized, customer-oriented operational structure. In fiscal 2006, the Company leveraged the strengths of both companies to achieve sales increases in Collaboration V-products including bathroom systems, modular kitchens and air purifiers.

In fiscal 2005, as part of business restructuring of its Group companies, power distribution equipment and monitoring and control system operations of Matsushita Industrial Information Equipment Co., Ltd. (MIIE) were transferred to PEW, while MIIE's information machine business was shifted to Panasonic Communications Co., Ltd. Subsequently, MIIE was absorbed by the Company in April 2005, and no longer operates as a separate entity.

In June 2006, Fumio Ohtsubo became President of the Company. Under its new management, it has been making efforts to achieve global excellence, or in other words, to aim to earn the support of all its stakeholders worldwide by sustaining growth through continued innovation and ensuring sound business activities on a global basis.

Table of Contents

- 11 -

In July 2007, each of Victor Company of Japan, Limited ("JVC"), a consolidated subsidiary of the Company, KENWOOD and SPARX International (Hong Kong) Limited, an investment management company which belongs to a group of companies headed by SPARX Group Co., Ltd. adopted resolutions for, or affirmed, JVC's issuance of 107,693,000 new shares of its common stock through third party allotments, and the new shares were subscribed by KENWOOD and the several investment funds managed by SPARX International (Hong Kong) Limited. JVC issued and allocated the new shares to KENWOOD and the SPARX funds on August 10, 2007. As a result, the Company's shareholding in JVC decreased from 52.4% to 36.8%, and JVC became an associated company under the equity method from a consolidated subsidiary in the fiscal 2008 second quarter.

In February 2008, the Company finalized a definitive agreement with Hitachi, Ltd. related to comprehensive LCD panel business alliance under which it would acquire a majority voting interest in IPS Alpha Technology, Ltd. ("IPS Alpha"), which was owned by Hitachi Displays, Ltd. once certain conditions are satisfied. As a result, IPS Alpha became a consolidated subsidiary of the Company on March 31, 2008, in accordance with FIN 46R.

In April 2008, Matsushita Refrigeration Company was absorbed, and in October 2008, Matsushita Battery Industrial Co., Ltd. was absorbed, by the Company.

On October 1, 2008, the Company changed its name from "Matsushita Electric Industrial Co., Ltd." to "Panasonic Corporation" and its ticker symbol on the New York Stock Exchange from "MC" to "PC." The Company completed its brand name change from the "National" brand, used for home appliances and housing equipment in Japan, to the "Panasonic" brand by the end of fiscal 2010, ended March 31, 2010. Subsequently, the "National" brand was abolished and the "Technics" brand will be used only for specific audio products.

On October 1, 2008, JVC and Kenwood integrated management by establishing JVC KENWOOD Holdings, Inc. (JVC KENWOOD HD) through a share transfer. The company has 24.4% of total issued shares of JVC KENWOOD HD.

On December 19, 2008, Panasonic and SANYO Electric Co., Ltd. ("SANYO") entered into the capital and business alliance agreement. The Company aimed to acquire the majority of the voting rights of SANYO assuming full dilution (which takes into account conversion of Class A preferred stock and Class B preferred stock into common stock) by means of a public tender offer bid. Panasonic and SANYO formed a close alliance in business with the prospect of organizational restructurings of both companies.

In April 2009, Toshiba acquired all of Panasonic's shares in TMD, a joint venture that develops, manufactures and sells liquid crystal displays (LCDs) and organic light emitting displays (OLEDs).

In December 2009, Panasonic completed acquisition of a majority of the voting stock of SANYO. With this acquisition, SANYO and its subsidiaries became consolidated subsidiaries of the Company and will continue pursuing its business as a Panasonic Group company.

In January 2010, Panasonic transferred the rights and obligations with respect to the business of System Solutions Company, its internal division company, to Panasonic Communications Co., Ltd., its wholly-owned subsidiary, through business division. The company aims to strengthen the system networking businesses including Security Systems, Broadcast Systems and Wireless VoIP Systems by integrating the system business and the fixed-line communications business toward global growth of B to B system business, in which the visual and communications businesses have been integrating under

the further progress of IP networks.

In April 2010, Panasonic reorganized and integrated the Home Appliance and Automotive Motor, and Industrial Motor businesses into the Home Appliances Company. Panasonic also transferred the Information Equipment Motor Business to Minebea Motor Manufacturing Corporation.

Table of Contents

- 12 -

## CAPITAL INVESTMENT

Total capital investment amounted to 385 billion yen, 494 billion yen and 449 billion yen for fiscal 2010, 2009 and 2008, respectively. (For a reconciliation of capital investment to the most directly comparable U.S. GAAP financial measures, see "Overview—Key performance indicators" in Section A of Item 5.) In these years, the Company curbed capital investment in a number of business areas, in line with an increased management emphasis on cash flows and capital efficiency. The Company did, however, selectively invest in facilities for those product areas that are expected to drive future growth, including such key areas as batteries and flat-panel TVs.

**B.   Business Overview**

### SALES BY BUSINESS SEGMENT

Panasonic is engaged in the production and sales of electronic and electric products in a broad array of business areas. The Company divides its businesses into six segments: Digital AVC Networks, Home Appliances, PEW and PanaHome, Components and Devices, and Other, adding "SANYO" as a new segment. The following table sets forth the Company's sales breakdown by business segment for the last three fiscal years:

| | Yen (billions) (%) | | | | |
|---|---|---|---|---|---|
| | **Fiscal year ended March 31,** | | | | |
| | **2010** | | **2009** | | **2008** |
| Digital AVC Networks | 3,410 | (9)% | 3,749 | (13)% | 4,320 |
| Home Appliances | 1,142 | (7) | 1,223 | (7) | 1,316 |
| PEW and PanaHome | 1,632 | (8) | 1,766 | (8) | 1,910 |
| Components and Devices | 1,005 | (11) | 1,127 | (19) | 1,399 |
| SANYO | 405 | — | — | — | — |
| Other | 1,012 | (6) | 1,072 | (1) | 1,084 |
| JVC | — | — | — | — | 183 |
| Eliminations | (1,188) | — | (1,171) | — | (1,143) |
| Total | 7,418 | (4)% | 7,766 | (14)% | 9,069 |

\* Percentage above reflects the changes from the previous year.
\* From fiscal 2009, the name of "AVC Networks" was changed to "Digital AVC Networks."
\* The name of "MEW and PanaHome" was changed to "PEW and PanaHome" as of October 1, 2008.
\* The Company has changed the transactions between Global Procurement Service Company and other segments since April 1, 2008. Accordingly, segment information for Other and eliminations for fiscal 2008 have been reclassified to conform to the presentation for fiscal 2009.
\* The healthcare business was transferred to Panasonic Shikoku Electronics Co., Ltd. on April 1, 2007. Accordingly, the segment information for fiscal 2007 has been reclassified to confirm with the presentation for the year ended March 31, 2008.
\* JVC became an associated company under the equity method from a consolidated subsidiary in the fiscal 2008 second quarter.
\* SANYO and its subsidiaries became Panasonic's consolidated subsidiaries in December 2009. The operating results of SANYO and its subsidiaries after January 2010 are included in the company's

consolidated financial statements.

Table of Contents

- 13 -

Digital AVC Networks

Panasonic's principal products in Digital AVC Networks segment include video and audio equipment and information and communications equipment. This segment provides hardware, software, services and solutions built on cutting-edge technologies as a source of competitiveness. In addition to developing attractive products with the Company's proprietary technology, Digital AVC Networks links together various equipment to offer consumers more secure and comfortable lifestyles.

In the digital AVC business, Panasonic is manufacturing a high definition product group containing a variety of AV, security, electronic, and Internet-enabled equipment that can be linked to a flat-panel VIERA TV and easily operated with a single remote (VIERA Link).

For flat-panel TVs, in fiscal 2010, amid rising global demand, Panasonic expanded its lineup, doubling the number of basic models from the previous year and responding in detail to diversifying market needs. As a result, strong sales were recorded in Japan, where the market was buoyed by the government's "eco-point" program, and in Asia and emerging markets where high growth continued. Unit sales climbed sharply to 15.84 million units, 60% higher than the previous fiscal year.

In terms of flat-panel TV production, PDP manufacturing began at the fifth domestic PDP plant in Amagasaki in November 2009, and the Company also started operations at the IPS Alpha LCD plant in Himeji in April 2010. These state-of-the-art facilities should raise productivity further, increasing cost competitiveness, as should stepped-up efforts to relocate module and finished product production overseas.

For Blu-ray Disc and DVD recorders, in fiscal 2010, Panasonic increased its sales amid an expanding market for Blu-ray Disc recorders along with the spread of digital broadcasting and the popularity of flat-panel TVs. Higher sales were also strongly supported by the networking features of Panasonic's products which enable them to link various devices, as well as basic functions such as extended recording in full HD video and simple operation. Panasonic maintained its top share in the global market as a result.

For digital cameras, in fiscal 2010, the market remained difficult as demand fell. While sales of Panasonic LUMIX digital cameras edged down slightly year on year, both high-value-added and standard models sold well. Impressively, sales of digital interchangeable lens system cameras such as the world's smallest and lightest*[1] GF1 model grew strongly on the back of widespread support from novices to camera enthusiasts alike for their easy to use functions on par with compact cameras as well as high performance and picture quality that only interchangeable lens system cameras can deliver.

*1. For an interchangeable lens digital camera incorporating an internal flash as of April 1, 2010. Panasonic estimate.

For digital video cameras, in fiscal 2010, sales were down year on year again due to demand and price declines, particularly in Europe and the United States. The HDC-TM30, the lightest compact model on the market, captured the number-one share in Japan. The HDC-TM300, a high-end model featuring three proprietary sensors, won market acclaim in Japan and overseas. For example, Camcorderinfo.com™, a major North American reviewer, selected this camcorder as its No.1 model.

In the fiscal 2010 notebook PC market, the Company's Let's note and TOUGHBOOK series posted lower sales year on year due to dwindling corporate demand both in Japan and overseas. However, Panasonic continued to develop and refine products in these series under the concept of high

performance, light weight, long battery life and ruggedness, winning strong acclaim from the market. In particular, the TOUGHBOOK series has maintained the top position in the worldwide market for rugged mobile computers for eight consecutive years. And in October 2009, Panasonic added the CF-S and CF-N series business mobile PCs in the Japanese market. These Let's note models feature even higher performance and extended battery life.

Panasonic is strengthening its system networks business, which integrates the system solutions and fixed-line communications businesses. This is in response to global growth in the BtoB system market, which is seeing increasing integration of image and communications technologies due to advances in IP. As part of this, on January 1, 2010, Panasonic merged its internal division company System Solutions Company and Panasonic Communications Co., Ltd. to form Panasonic System Networks Co., Ltd.

In the system networks business, in fiscal 2010, Panasonic vigorously developed its business operations overseas, centered on Communication Products for connecting people through voice and image, and Security Products for safeguarding human, property and information in companies and regions.

A highlight of the past fiscal year was the largest delivery of system products to an Olympic Winter Games at the Vancouver 2010 Olympic Winter Games. Panasonic supplied a range of equipment for the competition venues and the Olympic athlete villages, including LED large screen display systems, professional audio systems, DLP® (Digital Light Processing) projectors and AV security camera systems. Panasonic also shared the excitement of the Olympic Games through high-quality images and sound, such as by connecting welcome ceremonies at the Olympic athlete villages in Whistler and Vancouver via a HD Visual Communications System. This also helped cut athlete entourage travel time and costs as well as $CO_2$ emissions.

Table of Contents

- 14 -

In the mobile communications business, Panasonic offers mobile phones incorporating advanced technologies, and communications infrastructure equipment such as base stations. Through these products, the Company aims to realize a ubiquitous networking society that offers high-level security and greater convenience and comfort. Moreover, Panasonic proposes new lifestyles by linking mobile phones with its other wide-ranging products, such as the DIGA Blu-ray Disc/DVD recorders. In fiscal 2010, sales were lower than the previous year in the mobile communications business amid persistently weak demand in the Japanese mobile phone market, particularly for high-end handsets. However, Panasonic further sought to add value to the VIERA Keitai series. Besides enabling users to watch programs recorded on Blu-ray Disc-enabled DIGA recorders, the VIERA Keitai series features cameras with enhanced functionality, including high-speed auto focus and Intelligent Auto (iA) mode. Also Panasonic captured market share by developing stylish and simple volume-zone handsets emphasizing basic functions.

In the automotive electronics business, Panasonic operates in wide-ranging fields, from car navigation systems to key devices such as engine control units and batteries for eco cars. As interest rises in green and safer vehicles, automotive electronics are expected to fulfill a wider range of roles, highlighting the considerable growth potential. In fiscal 2010, sales recovered from the previous fiscal year thanks mainly to a rebound in auto sales instigated by government initiatives around the world to spur new car purchases, as well as the lowering of expressway toll charges in Japan, which stimulated demand for ETC terminals. New car navigation system products also drove sales. Strada F Class, for example, won high marks as the first car navigation system to deliver high-definition picture quality in combination with the world's first in-car Blu-ray Disc player. Panasonic also bolstered its product lineup with the aggressive launch of new products such as portable Strada Pocket car navigation systems.

Home Appliances

Panasonic's principal products in this segment include home appliances such as refrigerators, room air conditioners, washing machines and clothes dryers, and vacuum cleaners. This segment also includes lighting and environmental systems.

In home appliances, Panasonic offers safe, reliable and well-liked products and services in the fields of people's daily living environments closely linked to clothing, food and housing. It also develops products tailored to people's lives and enhances environmental performance. In fiscal 2009, Company marketed its home appliance products, such as room air conditioners, under the Panasonic brand for the first time nationwide in Japan. Overseas, Panasonic introduced new refrigerators and washing machines with cutting-edge technologies in Europe in March 2009. In fiscal 2010, sales declined because of lower demand, as well as the negative impact of sluggish room air conditioner sales during unseasonable weather. In Japan, however, refrigerator, room air conditioner, tilted-drum washer/dryers and other product models featuring "ECO NAVI," which automatically saves electricity depending on the mode of use, won strong support as appliances with a high level of environmental performance, thereby driving sales. Sales were especially strong for large refrigerators with a capacity of 400 liters or more, which benefited from the "eco-point" system in Japan. Overseas, Panasonic washing machines saw strong sales in China on the back of a Chinese government home appliance subsidy program. Furthermore, refrigerators and washing machines in Europe have sold well as consumers have appreciated their industry-leading environmental performance.

In the lighting business, Panasonic has been developing products that conserve energy and resources, and are based on universal design. The Company has maintained a top-class share in the lighting field

in Japan. In fiscal 2010, low-power-consumption and long-life LED bulbs were released under the EVERLEDS brand in Japan to a strong response from the market. Coupled with the beneficial effect of the Japanese government's "eco-point" system, sales steadily increased. Due to the rapid expansion in demand for LED lighting products, production was moved to a facility in Indonesia that can manufacture large quantities in December 2009. This plant can manufacture 300,000 units per month and is ramping up its production as well as production efficiency by capitalizing on our expertise in producing ball-type fluorescent lamps.

The environmental systems business of Panasonic is developing ventilation fan systems, indoor air quality products and environmental engineering businesses, to offer environmentally-conscious and comfortable lifestyles, and a recycling-oriented society. In fiscal 2010, air purifiers and nano-e generators to combat influenza performed strongly in Japan. Moreover, sales of ultra pure water manufacturing equipment for plasma and LCD panels, lithium-ion batteries and other production equipment were strong. Overseas sales grew on the back of rising demand for ceiling fans, particularly in Asia.

Table of Contents

- 15 -

<u>PEW and PanaHome</u>

This segment includes Panasonic Electric Works Co., Ltd. (PEW), PanaHome Corporation (PanaHome) and their respective subsidiaries.

PEW manufactures, sells, installs and provides services related to a wide variety of products. These include electrical construction materials, home appliances, building products, electronic materials and automation controls.

In fiscal 2008, in response to an increase of public demand, home fire alarms recorded a rise in sales. Aesthetic products such as nanocare facial ionic steamers won strong market acceptance. Sales of environmentally-conscious products like multilayer printed circuit board materials and semiconductor encapsulation materials grew significantly. In fiscal 2009, new Panasonic brand products, including personal care products, such as nanoparticle ion steamers received strong market acceptance. In addition, environmentally-conscious lighting products including LED lighting showed steady growth. In fiscal 2010, PEW continuously posted higher sales of LED lighting in Japan. In addition, sales of new products grew steadily, including the hair dryer "nano care", which provides UV care with "nano-e" particles, and Massage Sofa, which won strong acceptance in the market for interior design qualities. Modular kitchens and unit baths in the standard-price range also showed steady sales growth. Moreover, PEW aggressively expanded sales of automotive devices such as EV relays and Back & Corner (B&C) sensors in step with the growing demand for eco car in Japan. Overseas sales staged a recovery on rising demand for devices for use in vehicles, digital home appliances, and mobile phones, which was fanned by economic stimulus programs, particularly in China.

PanaHome is developing its business under the basic concept of offering "Eco-Life Homes" that provide people- and environment-conscious living spaces. PanaHome centers on detached housing, asset management and home remodeling businesses, emphasizing safety and security, health and comfort, and energy generation and conservation.

In fiscal 2008, PanaHome became the first in the Japanese housing industry to offer an all-electric rental apartment house series called EL MAISON NEXT. In fiscal 2009 and 2010, PanaHome diligently pursued its superior environmental performance and energy conservation technologies, including solar power generation systems and all-electric home design fixtures. In recognition of strong acceptance for these activities, PanaHome won the House of the Year in Electric 2009 prize of excellence, receiving a House of the Year award for the third consecutive year.

<u>Components and Devices</u>

This business segment of Components and Devices supplies high-performance and high-value-added components and devices used in various products ranging from digital AV equipment and information and communication devices to home appliances and industrial equipment. Panasonic develops and strengthens the competitiveness of cutting-edge devices that help equipment become smaller, lighter, slimmer and more sophisticated. This business segment also contributes significantly to making finished products more energy efficient.

In the semiconductor business, Panasonic provides a wide range of semiconductor products as total solutions, such as system LSIs integrating multiple functions on a single chip, and image sensors delivering higher picture quality for digital cameras.

The UniPhier® Integrated Platform combines software and hardware resources across different product categories to improve R&D efficiency and design quality. In fiscal 2008, the Company began mass production of 45nm-process system LSIs using 300mm wafers. In fiscal 2009, Panasonic proceeded with the commercialization of 45nm-process next-generation UniPhier® system LSIs. The Company also developed an application/transmission integrated LSI that combines one system LSI for the communications function of mobile phones and another system LSI for an application function in one UniPhier®. In fiscal 2010, Panasonic developed a new UniPhier® system LSI for displaying high-resolution 3D images, providing network capability and enabling other functions. This new system LSI is incorporated in 3D plasma TVs and Blu-ray Disc recorders. By the end of fiscal 2010, UniPhier® was applied in a total of 300 digital products. Panasonic developed technology for 32nm-process system LSIs with a view to commercialization by the end of fiscal 2011, in order to achieve even higher integration and lower power consumption for semiconductors. Panasonic also strengthened its management structure. Specifically, in the diffusion process, the Company extended the consolidation of operations to large diameter wafers, which facilitate higher production efficiency. In the assembly process, the Company shifted more of its operations to overseas plants.

Table of Contents

- 16 -

The electronic devices business develops products such as sensors, printed circuit boards, and capacitors based on three core technologies: membrane and micro electro mechanical system technology, circuit board and mounting technology, and power management technology.

To provide optimal key devices and total solutions worldwide to meet finished product concepts, Panasonic has developed high-value-added components mainly for Digital AV equipment, information and communication equipment, and automotive electronics equipment in recent years. In fiscal 2008, the Company opened Device Application Centers which have both development and sales functions, in the U.S., Europe and China, to improve competitive total solutions for its customers. In fiscal 2009, sales of capacitors, electromechanical components and other products struggled due to deteriorating market conditions and inventory cutbacks at finished product manufacturers. Nevertheless, the Company focused on growing industries amid the economic downturn and actively endeavored to expand sales. In fiscal 2010, Panasonic worked to speed up management and enhance cost competitiveness. While concentrating business resources on growth fields such as devices for eco-cars, the Company achieved new process innovations. For example, Panasonic achieved the rapid launch of new products by promoting localization in activities ranging from manufacturing to sales at overseas sites.

The battery business consists of primary batteries including dry batteries and rechargeable batteries such as lithium-ion batteries. In the primary battery business, Panasonic globally provides dry alkaline EVOLTA batteries, which have won recognition for their long life. In rechargeable batteries, the Company is expanding its business focusing on lithium-ion batteries. In fiscal 2008, responding to increasing demand for electronic equipment that consumes less electricity, Panasonic developed the dry alkaline EVOLTA batteries. In fiscal 2009, the Company started to sell the dry alkaline EVOLTA batteries and rechargeable EVOLTA batteries, expanding its lineup to meet diversified needs. In fiscal 2010, Panasonic started to produce large volumes of high-energy-output 3.1 Ah lithium-ion batteries (18650size) ahead of competitors. Demand for lithium-ion batteries is expected to increase along with the uptake of eco-cars. Besides outstanding safety, Panasonic's lithium-ion batteries boast high energy output and durability thanks to their nickel-based cathodes.

The electric motors business provides products in a variety of fields, including home appliances, industrial equipment, and AV equipment and office products. It aims to help customers achieve innovation in their finished products and to protect the global environment through the development of energy-efficient motors. In fiscal 2008, strong sales were recorded in FA servo motors, motors for vacuum cleaners and compact brushless motors used in game consoles. In fiscal 2009, although sales declined due to a fall in demand, the electric motors business pushed ahead with efforts to accelerate collaboration with Panasonic's finished product divisions by proceeding with the start up of mass production of Dual DD motor for the "Dancing laundering & drying system" washer/dryer. In fiscal 2010, sales improved overall thanks to steady growth in sales of air conditioner motors in China and industrial motors in China and other Asian countries.

In April 2010, Panasonic reorganized and integrated the Home Appliance and Automotive Motor, and Industrial Motor businesses into the Home Appliances Company. Panasonic also transferred the Information Equipment Motor Business to Minebea Motor Manufacturing Corporation.

SANYO

The SANYO segment consists of SANYO Electric Co., Ltd. (SANYO) and its subsidiaries.

As SANYO and its subsidiaries became the Company's consolidated subsidiaries in December 2009,

information for this segment only pertains to the most recent fiscal year, the period from January to March 2010.

Table of Contents

- 17 -

SANYO manufactures and sells products in three fields: energy (solar cells and rechargeable batteries), ecology (commercial equipment, home appliances and car electronics), and electronics (electronic devices and digital system devices) to support the energy and ecology fields. SANYO has developed these businesses globally, placing a great emphasis on energy-related businesses. SANYO is drawing on its unique technologies such as lithium-ion batteries widely used in mobile devices and HEVs (hybrid electric vehicles), and HIT® Solar Cells, which boast high conversion efficiency.

In fiscal 2010, the three-month period from January to March 2010, sales of digital cameras struggled due mainly to lower market prices of products. However, overall sales were favorable as demand recovered, particularly for solar cells and optical pickups. Amid rising demand spurred by economic stimulus programs and environmental policies in various countries, sales of solar cells increased as SANYO strengthened competitiveness with high conversion efficiency and manufacturing cost reductions. Sales of lithium-ion batteries and electronic components such as optical pickups registered favorable growth due to recovering demand in the PC market.

Other

In the factory automation (FA) business, Panasonic supplies manufacturing systems that support the production of advanced electronic equipment, and is improving the performance of mounting equipment as well as its advanced technology in circuit manufacturing technology. This contributes to customers' businesses through the proposal of various solutions, such as raising the operating rate of mounting lines and mounting quality. In fiscal 2008, Panasonic released new products that enable multiple mounting and mounting of high-brightness LEDs. In fiscal 2009, the Company developed a high-performance head and improved productivity and versatility in response to its client needs. "NPM (Next Production Modular)" achieves high area productivity by carrying out all processes, from printing and mounting to inspection using the same platform. In fiscal 2010, Panasonic launched a "full dual lane mounting system" as a next-generation platform offering outstanding function and flexibility as well as future-proofing. By combining the "NPM-DSP (Next Production Modular - Dual Screen Printer)" and "NPM," this system conveys printed circuit boards (PCBs) on two lanes, that handle the mass production of single modules as well as the mixed production of various different types of PCBs and simultaneously print on the front and rear.

## MARKETING CHANNELS

The table below shows a breakdown of Panasonic's net sales by geographical area for the periods indicated:

| | Yen (billions) (%) | | | | | |
|---|---|---|---|---|---|---|
| | Fiscal year ended March 31, | | | | | |
| | 2010 | | 2009 | | 2008 | |
| Japan | 3,994 | 54% | 4,082 | 53% | 4,545 | 50% |
| North and South America | 918 | 12 | 997 | 13 | 1,251 | 14 |
| Europe | 771 | 11 | 963 | 12 | 1,213 | 13 |
| Asia and Others | 1,735 | 23 | 1,724 | 22 | 2,060 | 23 |
| Total | 7,418 | 100% | 7,766 | 100% | 9,069 | 100% |

<u>Sales and Distribution in Japan</u>

In Japan, Panasonic's products are sold through several sales channels, each established according to the type of products or customers: Sales of consumer and household products are handled or coordinated by relevant corporate sales divisions, such as the Corporate Marketing Division for Digital AVC Products and the Home Appliances and Wellness Products Marketing Division, while sales of general electronic components and certain other devices to manufacturers are handled by the Corporate Industrial Marketing & Sales Division, in each case to stay close to respective customers and meet their specific and ever-diversifying needs. For other products, there are also organizations under the direct control of business domain companies that conduct sales and marketing of their own products, mostly to non-consumer customers, such as industrial and business corporations, public institutions, construction companies and governments through their sales offices and subsidiaries or through outside agencies.

Table of Contents

- 18 -

In fiscal 2005, Panasonic and PEW integrated the sales functions of each of the electrical supplies, building materials and equipment, and home appliances businesses as a part of collaboration between the two companies.

As a part of collaboration between Panasonic and SANYO, the two companies intend to promote mutual use of sales channels in Japan and overseas. On July 1, 2010, Panasonic will launch HIT® 215 Series household solar power generation systems, the first series of collaborative products to be developed since SANYO became a part of the Panasonic group. The Company will fully utilize its sales channels in Japan.

Overseas Operations

Worldwide, Panasonic has 679 consolidated companies as well as 232 associated companies under the equity method. International marketing and sales of Panasonic's products are handled mainly through its sales subsidiaries and affiliates located in respective countries or regions in coordination with business domain companies and regional headquarter companies. In some countries, however, marketing and sales are handled through independent agents or distributors, depending on regional characteristics. Additionally, certain products are also sold on an OEM basis and marketed under the brand names of third parties.

Overseas sales represented approximately 46% of the Company's total consolidated sales in fiscal 2010.

Overseas operations are expected to serve as a growth engine for the entire Panasonic Group. Panasonic will therefore further strengthen ties between manufacturing companies in various regions and business domain companies in Japan. Panasonic will also identify strategic products and sales channels for each region and country, and effectively allocate management resources in order to achieve further progress and strengthen management structure. In addition to markets in Europe and the United States, Panasonic views the growing BRICs + V*[1] and MINTS + B*[2] markets as a key to success overseas.

Panasonic established a Russia Division, India Coordination Department and Brazil Coordination Department in April 2007. The Company also established sales company in Turkey in June 2009.

*1   BRICs+V: Brazil, Russia, India, China and Vietnam
*2   MINTS+B: Mexico, Indonesia, Nigeria, Turkey, Saudi Arabia and the Balkans

Customers

The largest markets for Panasonic have traditionally been consumer products. However, since the 1980s, the proportion of sales to non-consumer customers, such as industrial and business corporations, governments and other institutions, including large customers such as electric and electronic equipment manufacturers, automotive manufacturers and various other machinery makers, has been rising as Panasonic places increasing emphasis on industrial and commercial products and systems and electronic components. Panasonic's business is not materially dependent on any single customer.

## SEASONALITY OF BUSINESS

The Company's business has no significant seasonality in terms of sales or profits. However, for the consumer electronics business, the fiscal third quarter (October to December) is normally a peak

period because it falls in the year-end shopping season in Japan and many overseas markets. Additionally, seasonal appliances, such as air conditioners and refrigerators, have different business cycles, sales of which peak in summer. These do not have a material effect upon the Company's overall operations.

## RAW MATERIALS AND SOURCE OF SUPPLY

Panasonic purchases a wide variety of parts and materials from various suppliers globally. The Company applies a multi-sourcing policy—not depending upon any one particular source of supply for most essential items. The Company has also been endeavoring to promote a policy of global optimum procurement by concentrating order placements to qualified suppliers from all over the world and purchasing the most competitive parts and materials.

Table of Contents

- 19 -

In an attempt to improve operational efficiency and to reduce parts and materials costs, Panasonic has been increasing centralized purchasing at its headquarters for materials commonly used in many product divisions throughout Panasonic, such as steel, plastics, semiconductors and electronic components, while at the same time accelerating the initiatives to standardize parts and grade unification of steel and resin. Such efforts are coordinated by the Global Sourcing Center established in April 2003. At the business domain company level, an increasing focus has been put on centralized purchasing for parts and materials commonly used in factories within each business domain company.

To minimize the adverse effects of global price increase of raw materials, Panasonic further strengthened materials cost reduction initiatives including a reduction in the number of parts through the standardization of design, use of "Value Engineering" techniques, and additional cost reduction activities covering indirect materials.

Due to an increasing global awareness of CSR values, the Company recently decided to extend its commitment to social responsibility by requiring its suppliers to maintain environmental preservations, quality, safety, information security management, human rights and comply with the related laws and regulations.

To implement Panasonic's 'eco ideas' Declaration, the Company is promoting joint activities with business partners to reduce the impact of business activities on the global environment and accelerate the PDCA management cycle, effective from fiscal 2010.

By implementing the above-mentioned activities and strengthening partnership with excellent suppliers, Panasonic aims to reinforce its procurement activities.

## PATENT LICENSE AGREEMENTS

Panasonic holds numerous Japanese and foreign patent registrations for its products, and shares technologies with a number of Japanese and foreign manufacturers. Its technical assistance, or licensing, to other manufacturers has been increasing year by year.

For example, Panasonic's patents related to MPEG2 technology, which is widely used in digital TVs, are licensed to other companies through MPEG LA LLC. Patents which are essential to DVD technology are licensed as a part of the joint licensing program operated by seven Japanese, U.S. and Korean companies. Furthermore, the Company's patents relating to CD technology are licensed to many manufacturers. Further, Panasonic has non-exclusive cross-license agreements with Samsung Electronics Co., Ltd. for semiconductor technology and with Sharp Corporation for mobile phone technology.

Panasonic is a licensee under various license agreements which cover a wide range of products, including AV products, computers, communications equipment, semiconductors and other components. Panasonic has non-exclusive patent license agreements with, among others, Technicolor S.A., Thomson Licensing LLC. and Thomson Licensing S.A. covering a broad range of products, including TVs, VCRs and DVD products. Panasonic has non-exclusive patent cross-license agreements with, among others, Texas Instruments Incorporated and International Business Machines Corporation, both covering semiconductors, information equipment and certain other related products. Further, Panasonic has a non-exclusive patent cross-license agreement with Eastman Kodak Company covering digital still camera, camcorder and mobile phones. Panasonic has a non-exclusive patent cross-license agreement with Ericsson covering mobile phones.

The Company considers all of its technical exchange and license agreements beneficial to its operations.

## COMPETITION

The markets in which the Company sells its products are highly competitive. Panasonic's principal competitors, across the full range of its products, consist of several large Japanese and overseas manufacturers and a number of smaller and more specialized companies. Advancements toward a borderless economy have also applied pressure to Japanese manufacturers, including Panasonic, in terms of global price competition, especially from Chinese and Korean manufacturers. To counter this, the Company is devising various measures to enhance its competitiveness, with a focus on the development of differentiated products, cost reduction and efficiency improvements. Such measures include the development of products with Panasonic's differentiated technologies, innovation of manufacturing processes through the use of information technology, increasing overseas production for optimum manufacturing allocation from a global perspective, and shortening production and distribution lead time.

Also, with the development of digital and networking technologies, competition in terms of the so-called de facto standard has become crucial. In response, Panasonic has been strengthening its efforts toward alliances with leaders not only in the electronics industry but also the software, devices, broadcasting, communications services and other diverse industries.

Table of Contents

- 20 -

## GOVERNMENT REGULATIONS

Like other electronics manufacturers, Panasonic is subject to governmental regulations related to environmental preservation.

To comply with recycling laws both in Japan and other countries/regions, Panasonic has been actively taking measures. The Company established an efficient system to collect and recycle used home appliances, comprising air conditioners, CRT TVs, flat-panel TVs, refrigerators, washing machines and clothes dryers in compliance with the Law for Recycling of Specified Kinds of Home Appliances in Japan effective April 1, 2001. As one of its measures to contribute to the establishment of a recycling-oriented society, the Company established the Panasonic Eco Technology Center Co., Ltd. not only to dismantle used products, but also to promote research and development of recycling technologies. In Europe, the Waste Electrical and Electronic Equipment (WEEE) Directive designed to promote recycling came into force in August 2005. Preparing for mandatory recycling under the WEEE directive, Panasonic established Ecology Net Europe GmbH (ENE) in Germany in April 2005. The Company promotes construction of networks connecting manufacturers, recycling companies and hauling companies through ENE. In the U.S., Panasonic Corporation of North America, which is a regional company of Panasonic, has established a new electronic product recycling management company, Electronics Manufacturers Recycling Management Company, LLC (MRM) with other manufacturers to satisfy requirements enacted in July 2007 in the state of Minnesota. Although MRM's initial focus was to collect products in Minnesota, a scope of operation has been developing to expand its activities to other states with electronic product recycling mandates. Through these efforts, Panasonic is carrying out its compliance programs not only to meet the requirements demanded by legislations, but also to establish cost efficient systems that will further enhance its competitive edge.

In January 2003, the Company announced that disposed electric equipment containing polychlorinated biphenyl (PCB) might be buried in the ground of its four manufacturing facilities and one former manufacturing facility in Japan, and excavation measures were completed at the end of March 2009. The applicable laws in Japan require that PCB equipment be appropriately maintained and disposed of by July 2016. The Company has accrued estimated total cost of approximately 9 billion yen by March 31, 2010 for necessary actions, such as investigation on whether the PCB equipment is buried at the facilities by excavating, maintaining and disposing the PCB equipment that is already discovered, and soil remediation. In light of those regulations, the Company has been taking necessary actions such as investigating by excavation whether the PCB equipment is buried at the facilities, maintaining and disposing the PCB equipment that have been already discovered, and soil remediation, aiming to facilitate the proper management of PCB waste and full-scale measures for soil remediation.

To deal with climate change issues, various kinds of measures, especially those for energy efficiency of products, have been taken worldwide. In Japan, the Energy Conservation Law was revised in 1999, and the Top-runner standard was introduced, which aims to continuously increase products' energy efficiency performance on an industry-wide basis. As a target value for a goal year, the Program uses a value of the product with the highest energy consumption efficiency on a market during the standard establishment process. The scopes of covered products are expanding, and standards become more stringent as necessary. Other countries/regions, such as the European Union, the United States, China, Korea, and Australia also have regulations for energy conservation improvement (energy-saving standards and labeling systems) for home appliances and AV products. Panasonic takes a proactive measure to comply with these requirements, and further promotes development of energy-saving

products.

Also, Panasonic is promoting its initiatives for regulations relevant to chemical substances management. In Europe, the RoHS Directive, which bans the sales of electrical and electronic equipment using six specified hazardous substances from the EU market, was issued in February 2003. The Company completed initiatives for the non-use of the abovementioned six specified hazardous substances in its covered products by the end of October 2005, in order to reduce possible contamination by these substances after products are disposed of. Additionally, the REACH regulation came into force in June 2007. The REACH requires all chemicals of one ton or more that are manufactured in or imported into the European Union each year to be evaluated for health and safety impact, registration with the European Chemical Agency (ECHA), and sharing of information and notification thereof to the ECHA regarding content of ECHA-specified substances of very high concern in products. Laws and regulations similar to the EU RoHS Directive are implemented in Japan, South Korea, China, and some states in the US such as California. In the Act on the Promotion of Effective Resource Utilization of Resources in Japan and the Administration on the Control of Pollution Caused by Electronic Information Products in China, manufacturers and importers are required to disclose information on the chemical substances targeted in the EU RoHS contained in specific products through label application. Panasonic is carrying out its compliance programs to meet the requirements of relevant regulations.

The Company is subject to a number of other government regulations in Japan and overseas as mentioned above, but overall, it presently manages to operate its businesses without any significant difficulty or financial burden in coping with them.

Table of Contents

- 21 -

## REPORT ON KEROSENE FAN HEATER RECALL
## AND COMPANY'S COUNTERMEASURES

In 2005, certain kerosene fan heaters, which were manufactured by Panasonic between 1985 and 1992, resulted in hospitalization, and in some cases death, due to exposure to carbon monoxide exhaust. To prevent a recurrence, in November 2005, the Company established a special committee led by President Nakamura to implement recall efforts, product inspections and repairs of affected models of kerosene fan heaters. Using various media, Panasonic notified customers of the risks involved in the use of these products, while sending out employees (approximately 200,000 in total) to distribute leaflets directly to users, and visit kerosene suppliers.

Panasonic has made all-out efforts to locate recalled kerosene fan heaters through the cooperation of various parties, and will continue efforts to identify the purchasers and users of all remaining recalled heaters. At the same time, to prevent a recurrence, the Company is carrying out a wide range of initiatives. On May 1, 2006, Panasonic reorganized the aforementioned special committee into a permanent organization, the Corporate FF Customer Support & Management Division, under which Panasonic has continued recall efforts through various public awareness campaigns. Furthermore, the Company thoroughly has reviewed product safety in design and manufacturing processes. Specifically, Panasonic has undertaken studies of material deterioration caused by long-term use, together with the development of technologies to prevent risks caused by complex factors involved in the extended use of certain products. Furthermore, the Company has established a new risk management system to enable prompt action in an emergency, in compliance with its primary principle, the customer comes first. The Company has also reinforced safety education programs for the presidents of all Group companies, the directors of all divisions and the managers responsible for specific operations (such as design, manufacturing, and quality control). In terms of product quality issues, in addition to its commitment to the idea that safety and quality come first from the product design stage, Panasonic will continue to take all possible measures, such as the analysis of product age-related degradation and user environments, to ensure the quality and safety of products.

## C.   Organizational Structure

In order to maintain production, sales and service activities effectively in broad business areas as a comprehensive electronics manufacturer, Panasonic has been operating under a decentralized divisional management structure with substantial delegation of authority to divisional companies and subsidiaries, with the headquarters focusing on Groupwide strategic functions. In January 2003, Panasonic launched a new business domain-based organizational structure, and introduced new Group management control systems from April 1, 2003. Under this new structure, each business domain company, either an internal divisional company of the parent company or a subsidiary, takes full responsibility in its own business area, thereby establishing an autonomous management structure that expedites self-completive business operations to accelerate growth. On April 1, 2004, PEW, PanaHome and their respective subsidiaries became consolidated subsidiaries of the Company. Accordingly, the Company successfully eliminated overlaps in R&D, manufacturing and sales, thereby creating an optimum Group structure that facilitates the effective use of management resources to achieve growth strategies. JVC became associated companies under the equity method from consolidated subsidiaries in August 2007. SANYO and its subsidiaries became the Company's consolidated subsidiaries in December 2009.

Table of Contents

- 22 -

Panasonic's consolidated financial statements as of March 31, 2010 comprise the accounts of 680 consolidated companies, with 232 associated companies under the equity method.

Principal divisional companies and subsidiaries as of March 31, 2010 are as listed below:

(1)   Internal divisional companies of Panasonic Corporation:

| Name of internal divisional company |
| --- |
| AVC Networks Company |
| Automotive Systems Company |
| System Networks Company |
| Home Appliances Company |
| Lighting Company |
| Semiconductor Company |
| Energy Company |
| Motor Company |

Note: Home Appliances Company integrated Motor business of Motor Company, accordingly Motor Company was dissolved, effective April 1, 2010.

(2)   Principal domestic subsidiaries:

| Name of company | Percentage owned |
| --- | --- |
| SANYO Electric Co., Ltd. | 50.2% |
| Panasonic Electric Works Co., Ltd. | 52.1 |
| IPS Alpha Technology, Ltd. | 44.9 |
| Panasonic Plasma Display Co., Ltd. | 75.0 |
| Panasonic System Networks Co., Ltd. | 100.0 |
| PanaHome Corporation | 54.5 |
| Panasonic Electronic Devices Co., Ltd. | 100.0 |
| Panasonic Mobile Communications Co., Ltd. | 100.0 |
| Panasonic Factory Solutions Co., Ltd. | 100.0 |
| Panasonic Ecology Systems Co., Ltd. | 100.0 |
| Panasonic Shikoku Electronics Co., Ltd. | 100.0 |

Table of Contents

- 23 -

(3)   Principal overseas subsidiaries:

| Name of company | Country of incorporation | Percentage owned |
|---|---|---|
| Panasonic Corporation of North America | U.S.A. | 100.0% |
| Panasonic Europe Ltd. | U.K. | 100.0 |
| Panasonic AVC Networks Czech, s.r.o. | Czech Republic | 100.0 |
| Panasonic Asia Pacific Pte. Ltd. | Singapore | 100.0 |
| Panasonic AVC Networks Singapore Pte. Ltd. | Singapore | 100.0 |
| Panasonic System Networks Philippines Corporation | Philippines | 100.0 |
| Panasonic Taiwan Co., Ltd. | Taiwan | 69.8 |
| Panasonic Corporation of China | China | 100.0 |
| Panasonic Home Appliances Air-Conditioning (Guangzhou) Co., Ltd. | China | 67.8 |

Table of Contents

- 24 -

## D.  Property, Plants and Equipment

Panasonic's principal executive offices and key research laboratories are located in Osaka, Japan.

Panasonic's manufacturing plants are located principally in Japan, other countries in Asia, North and South America and Europe. Panasonic considers all of its factories well maintained and suitable for current production requirements. In addition to its manufacturing facilities, Panasonic's properties all over the world include sales offices, research and development facilities, employee housing and welfare facilities, and administrative offices.

Substantially all of facilities are fully owned by the Company and its subsidiaries. The following table sets forth information as of March 31, 2010 with respect to Panasonic-owned principal facilities:

| Name and Principal Location | Floor Space (thousands of square feet) | Principal Products Manufactured or Functions |
| --- | --- | --- |
| (The Company) | | |
| Kadoma Plant, Osaka | 2,452 | Video and audio equipment |
| Ibaraki Plant, Osaka | 830 | Video equipment |
| Sendai Plant, Miyagi | 369 | Video and audio equipment |
| Yamagata Plant, Yamagata | 424 | Video and audio equipment |
| Matsumoto Plant, Nagano | 325 | Car AVC equipment |
| Kusatsu Plant, Shiga | 3,560 | Room air-conditions and refrigerators |
| Kobe Plant, Hyogo | 828 | Information equipment and cooking appliances |
| Yashiro Plant, Hyogo | 381 | Rice cookers |
| Tsuyama Plant, Okayama | 677 | Recordable media |
| Okayama Plant, Okayama | 604 | Camcorders |
| Nara Plant, Nara | 1,728 | Home appliances |
| Saedo Plant, Kanagawa | 348 | Information equipment and car AVC equipment |
| Takatsuki Plant, Osaka | 1,785 | Electric lamps |
| Nagaoka Plant, Kyoto | 969 | Semiconductors |
| Arai Plant, Niigata | 1,115 | Semiconductors |
| Uozu Plant, Toyama | 1,492 | Semiconductors |
| Tonami Plant, Toyama | 841 | Semiconductors |
| Osaka Plant, Osaka | 1,467 | Batteries |
| Suminoe Plant, Osaka | 1,030 | Batteries |
| Wakayama Plant, Wakayama | 178 | Batteries |
| R&D Advanced Device Development Center, Kyoto | 208 | Research and development functions |
| Living Environment Development Center etc., Osaka | 804 | Research and development functions |
| Production Engineering Laboratory etc., Osaka | 1,087 | Research and development functions |
| Advanced Technology Research Laboratories, Kyoto | 243 | Research and development functions |

Table of Contents

- 25 -

| Name and Principal Location | Floor Space (thousands of square feet) | Principal Products Manufactured or Functions |
|---|---|---|
| Branch Office and Sales Office, Osaka | 559 | Sales functions |
| Head Office etc., Osaka | 3,935 | Corporate administration, employee housing and welfare facilities |
| (Domestic subsidiaries) | | |
| Panasonic Mobile Communications Co., Ltd., Kanagawa | 3,007 | Mobile communications and communications network-related equipment |
| Panasonic System Networks Co., Ltd., Fukuoka | 1,556 | Surveillance and security cameras, settlement and verification terminals, IP-related equipment |
| Panasonic Shikoku Electronics Co., Ltd., Ehime | 2,664 | Healthcare equipment, optical pickup and other electro-optic devices |
| Panasonic Plasma Display Co., Ltd., Hyogo | 7,559 | Plasma TVs and TV modules |
| IPS Alpha Technology, Ltd., Chiba | 2,298 | LCD panels |
| IPS Alpha Technology Himeji, Ltd., Hyogo | 3,865 | LCD panels |
| Panasonic Ecology Systems Co., Ltd., Aichi | 1,480 | Ventilation and air-conditioning equipment |
| Panasonic Photo & Lighting Co., Ltd., Osaka | 388 | Electric lamps |
| Panasonic Electric Works Co., Ltd., Osaka | 17,410 | Lighting fixtures, wiring devices and automation controls |
| PanaHome Corporation, Osaka | 4,022 | Detached housing and rental apartment housing |
| Panasonic Electronic Devices Co., Ltd., Osaka | 3,224 | Components |
| Panasonic Electronic Devices Japan Co., Ltd., Osaka | 3,072 | Components |
| Panasonic Semiconductor Discrete Devices Co., Ltd., Kyoto | 846 | Semiconductors |
| SANYO Electric Co., Ltd., Osaka | 16,261 | Solar cells, rechargeable batteries, electronic devices, commercial equipment, AV equipment and home appliances |
| Panasonic Factory Solutions Co., Ltd., Osaka | 1,020 | Electronic-components-mounting machines and industrial robot |
| Panasonic Welding Systems Co., Ltd., Osaka | 386 | Welding equipment |
| Panasonic Consumer Marketing Co., Ltd., Osaka | 7 | Sales functions |

Table of Contents

- 26 -

| Name and Principal Location | Floor Space (thousands of square feet) | Principal Products Manufactured or Functions |
|---|---|---|
| (Overseas subsidiaries) | | |
| Panasonic Corporation of North America, U.S.A. | 2,152 | Manufacture and sales, with regional headquarters functions |
| Panasonic Avionics Corporation, U.S.A. | — | Airline AVC equipment |
| Panasonic Brazil Co., Ltd., Brazil | 642 | Manufacture and sales functions |
| Panasonic AVC Networks Czech, s.r.o., Czech Republic | 838 | Plasma and LCD TVs |
| IPS Alpha Technology Europe, s.r.o., Czech Republic | 408 | LCD modules |
| Panasonic U.K. Ltd., U.K. | 100 | Sales functions |
| Panasonic Semiconductor Asia Pte. Ltd., Singapore | 462 | Semiconductors |
| Panasonic Refrigeration Devices Singapore Pte. Ltd., Singapore | 724 | Refrigerators |
| Panasonic Taiwan Co., Ltd., Taiwan | 1,473 | Manufacture and sales functions |
| Panasonic Wanbao Compressor (Guangzhou) Co., Ltd., China | 1,181 | Compressors |
| Panasonic Semiconductor (Suzhou) Co., Ltd., China | 469 | Semiconductors |
| Panasonic Home Appliances Air-Conditioning (Guangzhou) Co., Ltd., China | 1,102 | Air-conditioning equipment |
| Panasonic Home Appliances Washing Machine (Hangzhou) Co., Ltd., China | 1,357 | Washing machines |
| Panasonic Corporation of China, China | — | Sales with regional headquarters functions |

In addition to the Panasonic-owned facilities, as of March 31, 2010, the Company and its subsidiaries shown in above table leased approximately 15.0 million square feet of floor space from third parties, most of which was for sales office space.

Substantially all of Panasonic's properties are free of material encumbrances and Panasonic believes such properties are in adequate condition for their purposes and suitably utilized. During fiscal 2010, there was no material problem, regarding both the productive capacity and the extent of utilization of Panasonic's properties.

In terms of environmental issues, all of the Panasonic's properties operate in compliance with governmental and municipal laws and regulations. Furthermore, the Company established a number of internal environmental guidelines which are stricter than those provided by the relevant authorities. In case any occasional non-compliance may take place, such as the previously mentioned PCB issue, Panasonic takes immediate and appropriate actions to meet the regulatory requirements and to ensure current good utilization standards.

Table of Contents

- 27 -

**Item 4A.    Unresolved Staff Comments**

The Company is a large accelerated filer as defined in Rule 12b-2 under the Securities Exchange Act of 1934. There are no written comments which have been provided by the staff of the Securities and Exchange Commission regarding the Company's periodic reports under that Act not less than 180 days before the end of the fiscal year ended March 31, 2010 and which remain unresolved as of the date of the filing of this Form 20-F with the Commission.

Table of Contents

- 28 -

## Item 5.    Operating and Financial Review and Prospects

### A.    Operating Results

Overview

Panasonic is one of the world's leading producers of electronic and electric products. Panasonic currently offers a comprehensive range of products, systems and components for consumer, business and industrial use based on sophisticated electronics and precision technology, expanding to building materials and equipment, and housing business. As of October 1, 2008, the Company changed its company name from "Matsushita Electric Industrial Co., Ltd." to "Panasonic Corporation." Upon the company name change, Panasonic implemented its brand name change from the "National" brand, used for home appliances and housing equipment in Japan, and "Technics" brand, used for audio equipment, to the "Panasonic" brand. On December 21, 2009, the Company exchanged nonvoting stocks of SANYO, which had been acquired through a tender offer, for common stock, and as a result, the Company acquired 50.2% of the voting rights of SANYO and obtained a controlling interest in SANYO. Accordingly, the corporate brands became "Panasonic," "PanaHome" and "SANYO."

Panasonic divides its businesses into six segments: Digital AVC Networks, Home Appliances, PEW and PanaHome, Components and Devices, and Other, adding "SANYO" as a new segment. "Digital AVC Networks" includes video and audio equipment, and information and communications equipment. "Home Appliances" includes household equipment. "PEW and PanaHome" includes electrical supplies, home appliances, building materials and equipment, and housing business. "Components and Devices" includes semiconductors, general electronic components, batteries and electric motors. "SANYO" includes solar cells and lithium-ion batteries, optical pickups, and others. "Other" includes FA equipment and other industrial equipment.

SANYO focuses its efforts in manufacturing, sales, maintenance and services in the consumer, commercial, component and other businesses. As a result of this acquisition, the Company and SANYO believe that a strong collaborating relationship between the two companies will be established under the large business strategy as an united business group, and through this collaboration, great synergy will be generated, such as the further expansion in the solar business, reinforcement of competitiveness in the rechargeable battery business, strengthening of the financial and business position of SANYO through the application of the Company's cost reduction know-how, and creation of a comprehensive solution business centered on the environment and energy.

In the year ended March 31, 2010, the Company achieved a significant improvement in cash reserves through its enhanced cash flow management project. As a result, free cash flow for the year improved by 644 billion yen compared with the Company's original plan. This was more than enough to cover the acquisition cost of SANYO, 404 billion yen. Cash reserves were approximately 1,200 billion yen at the end of fiscal 2010 including SANYO's cash reserves.

*Economic environment*

In the year ended March 31, 2008, the Japanese economy for the first half continued a recovery trend with an improvement in consumer spending, but for the second half the Japanese economy slowed down, as a result of negative factors such as rising prices for crude oil and raw materials, and a stronger yen against the U.S. dollar. In the year ended March 31, 2009, the Japanese economy encountered very severe conditions due to the global financial crisis and the sharp deterioration of the world economy. In the year ended March 31, 2010, thanks to the various economic stimulus programs

such as the government's "eco-point" system, the Japanese economy hit bottom and returned to recovery from the previous year.

As for the overseas economy, in the year ended March 31, 2008, the U.S. economy was sluggish in the second half of fiscal 2008 as the subprime loan problem in the U.S. led to downturns in both housing investment and consumer spending. Meanwhile, in Europe, economic growth continued for the first half, but slowed down in the second half of fiscal 2008, due mainly to a downturn in consumer spending. In Asia, the Chinese economy maintained a high growth rate due mainly to strong exports. In the year ended March 31, 2009, the global financial crisis caused a rapid economic downturn worldwide, and this caused negative effects on the Japanese economy through a sharp decrease in exports and capital investment. In the year ended March 31, 2010, despite a visible market recovery in some regions such as China and Asia, the industry in general was unable to overcome the impact of the global recession. Due to these circumstances, the market structure underwent rapid change especially in terms of demand shifts to emerging markets and lower-priced products, along with the expansion of environment and energy related markets.

Table of Contents

- 29 -

*Condition of foreign currency exchange rates and Panasonic's policy*

Foreign currency exchange rates fluctuated during the three-year period ended March 31, 2010. In the year ended March 31, 2008, there was a sharp increase in the Japanese yen against the U.S. dollar. In the year ended March 31, 2009, there continued a sharp increase in the Japanese yen against the major currencies such as the U.S. dollar and euro. In the year ended March 31, 2010, there was also an increasing appreciation of the yen. In order to alleviate the effects of currency-related transaction risks, Panasonic has traditionally used several currency risk hedging methods, such as forward foreign-exchange contracts and currency options contracts with leading banks. Panasonic has also increased matching of export and import exchange contracts. As a basic countermeasure against currency exchange risk, the Company has been strengthening production operations outside Japan to meet overseas demand, while reducing dependence on exports from Japan. The Company does not have any material unhedged monetary assets, liabilities or commitments denominated in currencies other than the individual operations' functional currencies.

*Summary of operations*

Panasonic's consolidated sales and earnings results during the last three fiscal years, reflecting the aforementioned external and internal conditions, can be summarized as follows:

In fiscal 2010, net sales amounted to 7,418 billion yen, down 4% from the previous year. Sales declined in all segments mainly as a result of a sharp deterioration of the world economy. The operating results of SANYO and its subsidiaries after January 2010 are included in the Company's consolidated financial statements. Earnings improved significantly due mainly to restructuring initiatives such as streamlining material costs and reducing fixed costs. Regarding other income (deductions), the Company incurred expenses of 220 billion yen including business restructuring expense such as the implementation of early retirement programs. These factors resulted in a pre-tax loss of 29 billion yen, improved from a pre-tax loss of 383 billion yen in fiscal 2009. Accordingly, net income attributable to Panasonic Corporation was a loss of 103 billion yen, improved from a loss of 379 billion yen a year ago.

In fiscal 2009, net sales amounted to 7,766 billion yen, down 14% from the previous year. Sales declined in all segments mainly as a result of a sharp deterioration of the world economy from October 2008. Regarding earnings, although the Company implemented thorough streamlining of material costs by reducing the number of components and improving material yield ratio and made all-out efforts to reduce fixed costs, the effect of a sharp sales decline, including an approximately 20-30% decrease in prices for flat-panel TVs and rising prices for crude oil and other raw materials on a yearly basis, led to a decrease in earnings. In addition, the Company incurred 314 billion yen as expenses associated with impairment losses of fixed assets, 53 billion yen as restructuring charges and 92 billion yen as a write-down of investment securities. As a result of these and other factors, the Company incurred a pre-tax loss of 383 billion yen and a net loss attributable to Panasonic Corporation of 379 billion yen.

In fiscal 2008, net sales amounted to 9,069 billion yen, approximately the same level as the previous year. In real terms, excluding JVC (Victor Company of Japan, Ltd. and its subsidiaries), the Company cited sales gains in all segments, due mainly to favorable sales in digital AV products and white goods. Regarding earnings, despite the effects of rising prices for crude oil and other raw materials, and ever-intensified global price competition, sales gains excluding the effect of JVC and the cost reduction efforts including materials costs and fixed costs led to the earnings gains. In addition, the

Company incurred 33 billion yen as expenses associated with the implementation of early retirement programs and 32 billion yen as impairment losses on investments, as well as 45 billion yen as impairment losses from tangible fixed assets. Reflecting all these factors and a decrease in provision for income taxes, the Company recorded a net income attributable to Panasonic Corporation of 282 billion yen, up 30% from the previous year.

Table of Contents

- 30 -

*Key performance indicators*

The following are performance measures that Panasonic believes are key indicators of its business results for the last three fiscal years.

| | Yen (billions) (%) | | |
|---|---|---|---|
| | Fiscal year ended March 31, | | |
| | **2010** | **2009** | **2008** |
| Net sales | 7,418 | 7,766 | 9,069 |
| Income (loss) before income taxes to net sales ratio | (0.4)% | (4.9)% | 4.8% |
| Research and development costs to net sales ratio | 6.4% | 6.7% | 6.1% |
| Total assets | 8,358 | 6,403 | 7,444 |
| Total Panasonic Corporation shareholders' equity | 2,792 | 2,784 | 3,742 |
| Total Panasonic Corporation shareholders' equity to total assets ratio | 33.4% | 43.5% | 50.3% |
| Return on equity | (3.7)% | (11.8)% | 7.4% |
| Capital investment | 385 | 494 | 449 |
| Free cash flow | 199 | (353) | 405 |

Note: Return on equity is calculated by dividing net income (loss) attributable to Panasonic Corporation by the average of shareholders' equity at the beginning and the end of each fiscal year.

SANYO and its subsidiaries became the Company's consolidated subsidiaries in December 2009 through a tender offer. After deducting the Company's investment in SANYO of 404 billion yen from the total assets acquired of 2,450 billion yen, the total assets in December 2009 increased by 2,046 billion yen.

Panasonic defines "Capital investment" as purchases of property, plant and equipment (PP&E) on an accrual basis which reflects the effects of timing differences between acquisition dates and payment dates. Panasonic has included the information concerning capital investment because its management uses this indicator to manage its capital expenditures and it believes that this indicator is useful for presenting to investors accrual basis capital investments as supplementing information to the cash basis information in the consolidated statements of cash flows.

Panasonic's management also believes that this indicator provides useful information when it is compared with depreciation expenses, which are shown in Note 16 of the Notes to Consolidated Financial Statements, for purposes of evaluating the replacement of PP&E. This indicator is, however, subject to the limitation that capital investments may not produce future returns (because current expenditures may not provide an efficient use of capital) and may also be subject to impairment. Also, this indicator is subject to the limitation that it may not represent the true cost of maintaining the Company's portfolio of PP&E as it excludes expenditures for repairs and maintenance, operating leases, and intangible assets that may be integral to the use of PP&E. Panasonic compensates for these limitations by referring to this indicator together with relevant U.S. GAAP financial measures, such as capital expenditures, depreciation and amortization, shown in its consolidated statements of cash flows, to present an accurate and complete picture for purposes of capital expenditure analysis.

The following table shows a reconciliation of capital investment to purchases of property, plant and equipment:

|  | Yen (billions) | | |
|---|---|---|---|
|  | Fiscal year ended March 31, | | |
|  | 2010 | 2009 | 2008 |
| Purchases of property, plant and equipment shown as capital expenditures in the consolidated statements of cash flows | 376 | 522 | 419 |
| Effects of timing difference between acquisition dates and payment dates | 9 | (28) | 30 |
| Capital investment | 385 | 494 | 449 |

Table of Contents

- 31 -

Panasonic defines "Free cash flow" as the sum of net cash provided by operating activities and net cash provided by investing activities. Panasonic has included the information concerning free cash flow because its management uses this indicator, and it believes that such indicator is useful to investors, to assess its cash availability after financing of its capital projects.

Panasonic's management also believes that this indicator is useful in understanding Panasonic's current liquidity and financing needs in light of its operating and investing activities, i.e., its ability to pay down and draw on available cash. It should be noted, however, that free cash flow Panasonic reports may not be comparable to free cash flow reported by other companies. It should also be noted that free cash flow should not be viewed in a manner that inappropriately implies that it represents the residual cash flow available for discretionary uses, since at any given time Panasonic may be subject to mandatory debt service requirements and may have other non-discretionary expenditures that are not deducted from this indicator. Panasonic compensates for these limitations by referring to this indicator together with relevant U.S. GAAP financial measures shown in its consolidated statements of cash flows and consolidated balance sheets, to present an accurate and complete picture for purposes of cash availability analysis.

The following table shows a reconciliation of free cash flow to net cash provided by operating activities:

| | Yen (billions) | | |
|---|---|---|---|
| | Fiscal year ended March 31, | | |
| | 2010 | 2009 | 2008 |
| Net cash provided by operating activities | 522 | 117 | 466 |
| Net cash used in investing activities | (323) | (470) | (61) |
| Free cash flow | 199 | (353) | 405 |

Details of Panasonic's consolidated sales and earnings results were as follows:

Year ended March 31, 2010 compared with 2009

(1)   Sales

Consolidated group sales for fiscal 2010 amounted to 7,418 billion yen, down 4% from 7,766 billion yen in the previous fiscal year. Explaining fiscal 2010 results, the Company posted sales declines in all business segments. (For further details, see "(11) Results of Operations by Business Segments" of this section.)

In fiscal 2010, as the final year of its GP3 Plan, the Company simultaneously rebuilt its management structure, and took action for future growth. Specifically, Panasonic drastically reformed its business structure to rebuild its management structure. In addition, the Company pursued penetration and internalization of "Itakona," acceleration of procurement cost reductions, reinforcement of comprehensive cost reduction efforts, and capital investment and inventory reductions. Meanwhile, to prepare for future growth, the Company developed its unique products with the following concepts as a cornerstone: "super link," "super energy saving" and "thorough universal design." Besides this, the Company globally developed its home appliances business, including launching refrigerators and

drum-type washing machines in Europe; targeting emerging markets through local-oriented manufacturing; commercializing full high-definition (HD) 3D TVs that are expected to open a new era in television; and strengthening global systems and equipment businesses. These actions drove the Panasonic Group to new growth.

(2)   <u>Cost of Sales and Selling, General and Administrative Expenses</u>

In fiscal 2010, cost of sales amounted to 5,341 billion yen, down from the previous year, and selling, general and administrative expenses amounted to 1,886 billion yen, down from the previous year. These results are due mainly to the effects of sharp sales declines.

Table of Contents

- 32 -

(3)   Interest Income, Dividends Received and Other Income

In fiscal 2010, interest income decreased 47% to 12 billion yen due mainly to decrease in invested funds, and dividends received decreased 41% to 7 billion yen and other income decreased 9% to 48 billion yen.

(4)   Interest Expense and Other Deductions

Interest expense increased 33% to 26 billion yen. In other deductions, the Company incurred 79 billion yen as expenses associated with impairment losses of fixed assets, 39 billion yen as expenses associated with the implementation of early retirement program and 7 billion yen as a write-down of investment securities. (For further details, see Notes 4, 5, 7, and 15 of the Notes to Consolidated Financial Statements.)

(5)   Income (loss) before Income Taxes

As a result of the above-mentioned factors, income (loss) before income taxes for fiscal 2010 amounted to a loss of 29 billion yen, compared with a loss of 383 billion yen in fiscal 2009.

(6)   Provision for Income Taxes

Provision for income taxes for fiscal 2010 amounted to 142 billion yen, a significant increase compared with 37 billion yen in the previous year. This result was due primarily to the fact that the Company increased the valuation allowances to deferred tax assets. (For further details, see Notes 11 of the Notes to Consolidated Financial Statements.)

(7)   Equity in Earnings (Losses) of Associated Companies

In fiscal 2010, equity in earnings of associated companies decreased to gains of 0.5 billion yen due to declining profitability of certain equity method investees, from the previous year's gains of 16 billion yen.

(8)   Net Income (Loss)

Net income amounted to a loss of 171 billion yen for fiscal 2010, compared with a net loss of 404 billion yen in fiscal 2009.

(9)   Net Income (Loss) attributable to noncontrolling interests

Net income attributable to noncontrolling interests amounted to a loss of 67 billion yen for fiscal 2010, compared with net loss attributable to noncontrolling interests of 25 billion yen in fiscal 2009. This result was due mainly to IPS Alpha Technology, Ltd.

(10)  Net Income (Loss) attributable to Panasonic Corporation

As a result of all the factors stated in the preceding paragraphs, the Company recorded a net loss attributable to Panasonic Corporation of 103 billion yen for fiscal 2010, an improvement of 276 billion yen from the previous year's net loss attributable to Panasonic Corporation of 379 billion yen.

Table of Contents

- 33 -

(11)  Results of Operations by Business Segment

Results of operations by business segment for fiscal 2010, as compared with the previous fiscal year, were as follows:

| | Yen (billions) | | |
| --- | --- | --- | --- |
| | 2010 | 2009 | Percent change |
| Sales: | | | |
| Digital AVC Networks | 3,410 | 3,749 | (9)% |
| Home Appliances | 1,142 | 1,223 | (7) |
| PEW and PanaHome | 1,632 | 1,766 | (8) |
| Components and Devices | 1,005 | 1,127 | (11) |
| SANYO | 405 | — | — |
| Other | 1,012 | 1,072 | (6) |
| Eliminations | (1,188) | (1,171) | — |
| Total | 7,418 | 7,766 | (4)% |
| Segment profit (loss): | | | |
| Digital AVC Networks | 87 | 3 | 2648% |
| Home Appliances | 67 | 49 | 36 |
| PEW and PanaHome | 35 | 40 | (13) |
| Components and Devices | 36 | 7 | 408 |
| SANYO | (1) | — | — |
| Other | 20 | 24 | (18) |
| Corporate and eliminations | (54) | (50) | — |
| Total | 190 | 73 | 161% |

\* SANYO and its subsidiaries became Panasonic's consolidated subsidiaries in December 2009, and are disclosed as "SANYO" segment. The operating results of SANYO and its subsidiaries after January 2010 are included in the Company's consolidated financial statements.

Digital AVC Networks sales decreased 9% to 3,410 billion yen, compared with 3,749 billion yen in the previous year. Within this segment, although domestic sales of flat-panel TVs and automotive electronics and Blu-ray Disc recorders were favorable, overall sales declined due mainly to a sales decline of notebook PCs and mobile phones. Regarding digital cameras, although market conditions were tough, both high-end and standard models were favorable and the sales remained unchanged from the previous year.

With respect to this segment, despite the sales decline, operating profit significantly improved to 87 billion yen, or 2.6% of sales, from 3 billion yen in fiscal 2009. This was due mainly to comprehensive streamlining efforts.

Sales of Home Appliances decreased 7% to 1,142 billion yen, compared with 1,223 billion yen in the previous year. Within Home Appliances, despite strong sales of refrigerators, the overall sales decreased due mainly to weak sales of air conditioners and compressors.

Profit in this segment increased 36% from 49 billion yen in fiscal 2009, to 67 billion yen for fiscal 2010, or 5.8% of sales. Comprehensive streamlining efforts offset the negative impact of sales decline and led the operating profit increase in this segment.

Sales of PEW and PanaHome decreased 8% to 1,632 billion yen, compared with 1,766 billion yen a year ago. At PEW and its subsidiaries, sales mainly decreased in electrical construction materials and building materials. For PanaHome Corporation and its subsidiaries, ongoing sluggishness in the Japanese housing market conditions led to sales decrease.

With respect to this segment, Operating profit was 35 billion yen, or 2.1% of sales, down 13% from 40 billion yen in fiscal 2009, due mainly to a decline in sales.

Sales of Components and Devices decreased 11% to 1,005 billion yen, from the previous year's 1,127 billion yen, due mainly to sales downturns in batteries and semiconductors.

With respect to this segment, profit increased 408% from 7 billion yen in fiscal 2009, to 36 billion yen for fiscal 2010, or 3.6% of sales, due mainly to fixed cost reductions.

Sales in SANYO segment amounted to 405 billion yen. In the period from January to March 2010, sales of solar cells were strong helped by economic stimulus programs and environment policies in several countries.

Table of Contents

- 34 -

With respect to this segment, profit resulted in a loss of 0.7 billion yen, incurring the expenses such as amortization of intangible asset recorded at acquisition.

Sales in the Other segment amounted to 1,012 billion yen, down 6% from 1,072 billion yen in the previous year, due mainly to weak sales in factory automation equipment.

With respect to this segment, profit was down 18% from 24 billion yen for fiscal 2010, to 20 billion yen, which were equivalent to 1.9% against sales in fiscal 2010. This result was due mainly to sales declines as a result of the aforementioned sales declines.

(12) Sales Results by Region

Sales results by region for fiscal 2010, as compared with the previous fiscal year, were as follows:

|  | Yen (billions) | | |
|  | 2010 | 2009 | Percent change |
| --- | --- | --- | --- |
| Domestic Sales: | 3,994 | 4,082 | (2)% |
| Overseas Sales: | | | |
|    North and South America | 918 | 997 | (8) |
|    Europe | 771 | 963 | (20) |
|    Asia and Others | 1,735 | 1,724 | 1 |
|    Total | 3,424 | 3,684 | (7) |
|       Total | 7,418 | 7,766 | (4)% |

Sales in the domestic market amounted to 3,994 billion yen, down 2% from 4,082 billion yen in fiscal 2009, although sales gains were recorded in flat-panel TVs and refrigerators due to the positive effect of "eco-point" economic stimulus program. This sales decline was due mainly to a sales decrease in mobile phones, semiconductors and batteries.

Overseas sales amounted to 3,424 billion yen, down 7% from 3,684 billion yen in the previous fiscal year. Sales declined in all segments, and there were sharp sales declines particularly in AV products such as flat-panel TVs, automotive electronics.

By region, sales in the Americas amounted to 918 billion, down 8% from 997 billion yen in fiscal 2010. This was due mainly to sales declines in information and communications equipments and home appliances, and the effect of exchange rate, although sales in AV products such as flat-panel TVs and digital cameras were favorable.

Sales in Europe amounted to 771 billion yen, down 20% from the previous year's 963 billion yen, suffered from weak economic demand in eastern Europe and Russia. This was due mainly to a sales decrease of automotive electronics and home appliances, although sales of digital AV products such as flat-panel TVs and digital cameras were favorable.

In the Asia and Others region, sales increased 1% to 1,735 billion yen, from the previous year's 1,724 billion yen. In Asia, this was due mainly to an increase in sales of many products, including flat-panel TVs, air conditioners and washing machines, thanks to strong market conditions.

Table of Contents

- 35 -

Year ended March 31, 2009 compared with 2008

(1)   Sales

Consolidated group sales for fiscal 2009 amounted to 7,766 billion yen, down 14% from 9,069 billion yen in the previous fiscal year. Explaining fiscal 2009 results, the Company cited sales declines in all business segments. (For further details, see "(11) Results of Operations by Business Segments" of this section.)

In fiscal 2009, the second year of the mid-term management plan GP3, Panasonic steadily implemented initiatives focused on four major themes: double-digit growth for overseas sales, four strategic businesses, manufacturing innovation and the eco ideas strategy. To achieve double-digit growth in overseas sales, the Company widened its target from affluent customers to upper-income customers in the strategic market regions of BRICs countries and Vietnam. With regard to the second theme, four strategic businesses—digital AV business, businesses providing comfortable living, semiconductors/components and devices business, and automotive electronics business—Panasonic launched various cross-group projects, established new strategies and implemented initiatives to expand sales in each business. As for manufacturing innovation, in addition to proactively promoting "Itakona" activities, which seek to standardize cost-reduction processes on a finer level, the Company established the New Business Promotion Subcommittee in April 2009 to strengthen cost-reduction activities. In terms of the eco ideas strategy, the Company made steady progress in reducing $CO_2$ emissions.

Despite these measures, the Company's performance differed markedly between the first and second half of fiscal 2009, due to a sharp deterioration in the business environment from September 2008, when the global financial crisis caused a rapid downturn in global demand and a sharp appreciation of the yen. In response to these business conditions, the Company accelerated business restructuring initiatives based on a policy of selection and concentration. These included integration and closure of manufacturing sites, from the view point of global optimal production, withdrawing from unprofitable businesses, and reassigning and downsizing of workforce. As a result of these and other factors, consolidated group sales for the period under review decreased compared with the previous year.

(2)   Cost of Sales and Selling, General and Administrative Expenses

In fiscal 2009, cost of sales amounted to 5,667 billion yen, down from the previous year, and selling, general and administrative expenses amounted to 2,025 billion yen, down from the previous year. These results are due mainly to the effects of sharp sales declines.

(3)   Interest Income, Dividends Received and Other Income

In fiscal 2009, interest income decreased 32% to 23 billion yen, and dividends received increased 11% to 11 billion yen. In other income, in addition to gains on sales of tangible fixed assets, the Company recorded 16 billion yen gain on the sale of the investment securities.

(4)   Interest Expense and Other Deductions

Interest expense decreased 5% to 19 billion yen, owing primarily to a reduction in short-term borrowings. In other deductions, the Company incurred 314 billion yen as expenses associated with impairment losses of fixed assets, 53 billion yen as restructuring charges and 92 billion yen as a write-down of investment securities. (For further details, see Notes 4, 5, 7, and 15 of the Notes to Consolidated Financial Statements.)

(5)   <u>Income (Loss) before Income Taxes</u>

As a result of the above-mentioned factors, income (loss) before income taxes for fiscal 2009 amounted to a loss of 383 billion yen, compared with a profit of 435 billion yen in fiscal 2008.

(6)   <u>Provision for Income Taxes</u>

Provision for income taxes for fiscal 2009 amounted to 37 billion yen, a significant decrease compared with 115 billion yen in the previous year. This result was due primarily to the fact that the Company increased the valuation allowances to deferred tax assets as a result of incurring the aforementioned impairment losses of fixed assets and restructuring charges. (For further details, see Notes 11 of the Notes to Consolidated Financial Statements.)

Table of Contents

- 36 -

(7)   Equity in Earnings (Losses) of Associated Companies

In fiscal 2009, equity in earnings of associated companies amounted to gains of 16 billion yen, from the previous year's losses of 10 billion yen. This result is due mainly to the consolidation of IPS Alpha Technology Ltd. and the improvement of earnings in its associated companies under the equity method in China.

(8)   Net Income (Loss)

As a result of all the factors stated in the preceding paragraphs, the Company recorded a net loss of 404 billion yen for fiscal 2009, a decrease of 715 billion yen from the previous year's net income of 311 billion yen.

(9)   Net Income (Loss) attributable to noncontrolling interests

Net income attributable to noncontrolling interests amounted to a loss of 25 billion yen for fiscal 2009, compared with minority interests of 29 billion yen in fiscal 2008. This result was due mainly to decreased profits in Panasonic Electric Works Co., Ltd. for the period and the consolidation of IPS Alpha Technology, Ltd.

(10)  Net Income (Loss) attributable to Panasonic Corporation

As a result of all the factors stated in the preceding paragraphs, the Company recorded a net loss of 379 billion yen for fiscal 2009, a decrease of 661 billion yen from the previous year's net income of 282 billion yen.

(11)  Results of Operations by Business Segment

Results of operations by business segment for fiscal 2009, as compared with the previous fiscal year, were as follows:

|  | Yen (billions) | | |
|---|---|---|---|
|  | 2009 | 2008 | Percent change |
| Sales: |  |  |  |
| Digital AVC Networks | 3,749 | 4,320 | (13)% |
| Home Appliances | 1,223 | 1,316 | (7) |
| PEW and PanaHome | 1,766 | 1,910 | (8) |
| Components and Devices | 1,127 | 1,399 | (19) |
| Other | 1,072 | 1,084 | (1) |
| JVC | — | 183 | — |
| Eliminations | (1,171) | (1,143) | — |
| Total | 7,766 | 9,069 | (14)% |
| Segment profit: |  |  |  |
| Digital AVC Networks | 3 | 252 | (99)% |
| Home Appliances | 49 | 87 | (43) |
| PEW and PanaHome | 40 | 96 | (58) |
| Components and Devices | 7 | 105 | (93) |
| Other | 24 | 64 | (63) |

| | | | |
|---|---|---|---|
| JVC | — | (10) | — |
| Corporate and eliminations | (50) | (75) | — |
| Total | 73 | 519 | (86)% |

\* The Company has changed the internal business transaction between Global Procurement Service Company and other segments since April 1, 2008. Accordingly, segment information for Other and Corporate and eliminations of fiscal 2008 has been reclassified to conform to the presentation for fiscal 2009.

\* The name of "AVC Networks" was changed to "Digital AVC Networks" from fiscal 2009.

\* The name of "MEW and PanaHome" was changed to "PEW and PanaHome" as of October 1, 2008.

Table of Contents

- 37 -

Digital AVC Networks sales decreased 13% to 3,749 billion yen, compared with 4,320 billion yen in the previous year. Within this segment, sales of video and audio equipment decreased, due mainly to weak sales of digital AV products, such as plasma TVs and digital cameras. Regarding flat-panel TVs, although sales of plasma TVs were lower than the previous year, LCD TVs recorded a double-digit increase in sales from the previous year, mainly as a result of expanding its product line-ups. Regarding digital cameras, although the world's smallest and lightest digital interchangeable lens cameras and products incorporating face recognition, an evolution from "face detection," won market acclaim, weak demand particularly overseas led to a decrease in sales. Meanwhile, sales of information and communications equipment also decreased as a result of sluggish sales of automotive electronics and other products. This result was due mainly to further price erosion of car navigation system caused by the growing market share of low-priced Portable Navigation Devices (PND) in the domestic market, and sluggish sales of mobile phones due to a change in handsets sales incentives and economic downturn in Japan.

With respect to this segment, profit decreased 99% from 252 billion yen in fiscal 2008, to 3 billion yen for fiscal 2009, which is equivalent to 0.1% against sales. This decrease was attributable mainly to a decrease in sales as a result of a rapidly deteriorated market conditions, the negative effects of the appreciation of the yen and the effects of price declines. These factors led to a significant decrease in profit in this segment.

Sales of Home Appliances decreased 7% to 1,223 billion yen, compared with 1,316 billion yen in the previous year. Within Home Appliances, although induction-heating (IH) cooking equipment, "Eco Cute" natural-refrigerant water heating systems and other products for all-electric homes recorded strong sales, weak sales of air conditioners and compressors resulted in an overall sales decrease.

Profit in this segment decreased 43% from 87 billion yen in fiscal 2008, to 49 billion yen for fiscal 2009, or 4.0% of sales. Although there were the positive effects of various cost rationalization activities, a decrease in sales, the effects of price declines and rising costs for raw materials led to decreased earnings in this segment.

Sales of PEW and PanaHome decreased 8% to 1,766 billion yen, compared with 1,910 billion yen a year ago. At PEW and its subsidiaries, sluggish sales of electronic materials, automation controls and health-enhancing products led to a decrease in sales from the previous year. At PanaHome Corporation and its subsidiaries, a rapid deterioration sluggish housing market conditions after September 2008 led to a decrease in sales.

With respect to this segment, profit decreased 58% to 40 billion yen, which is equal to 2.3% of sales, from 96 billion yen in the previous year, as a result of the aforementioned decrease in sales and the effects of price declines.

Sales of Components and Devices decreased 19% to 1,127 billion yen, from the previous year's 1,399 billion yen, mainly as a result of sluggish sales in semiconductors and general electronic components. In general electronic components, Panasonic maintained its leading global market share in angular rate sensors for car navigation systems and digital cameras. In addition, sales of power supplies for plasma TVs were relatively steady. However, sales of capacitors, electromechanical components and other products dropped sharply due to deteriorated market conditions and inventory cutbacks at finished product manufacturers. In the semiconductor business, sales fell as demand slowed for semiconductors for digital equipment. In batteries, weak sales of such products as alkaline dry batteries and car batteries led to an overall decrease in sales.

With respect to this segment, profit decreased 93% from 105 billion yen in fiscal 2008, to 7 billion yen for fiscal 2009, or 0.6% of sales. Although there were positive effects of cost rationalization, decreased sales and price declines resulted in decreased earnings in this segment.

Sales in the Other segment amounted to 1,072 billion yen, down 1% from 1,084 billion yen in the previous year. Although the Company expanded product line-ups of high-speed modular placement machines, sluggish sales of factory automation equipment as a result of sharply deteriorated market conditions led to a decrease in sales in this category.

With respect to this segment, profit was down 63% from 64 billion yen for fiscal 2008, to 24 billion yen, which were equivalent to 2.2% against sales in fiscal 2009. This result was due mainly to sales declines as a result of the aforementioned sales declines.

Table of Contents

- 38 -

(12) Sales Results by Region

Sales results by region for fiscal 2009, as compared with the previous fiscal year, were as follows:

| | Yen (billions) | | |
| | 2009 | 2008 | Percent change |
|---|---|---|---|
| Domestic Sales: | 4,082 | 4,545 | (10)% |
| Overseas Sales: | | | |
| North and South America | 997 | 1,251 | (20) |
| Europe | 963 | 1,213 | (21) |
| Asia and Others | 1,724 | 2,060 | (16) |
| Total | 3,684 | 4,524 | (19) |
| Total | 7,766 | 9,069 | (14)% |

Sales in Japan amounted to 4,082 billion yen, down 10% from 4,545 billion yen in fiscal 2008. Sales declined in all segments, and there were sharp sales declines particularly in automotive electronics equipment, mobile phones, semiconductors, general components and devices, and FA equipment.

Overseas sales amounted to 3,684 billion yen, down 19% from 4,524 billion yen in the previous fiscal year. Sales declined in all segments, and there were sharp sales declines particularly in business-use AV equipment, automotive electronics, PCs and peripherals, semiconductors, and general components and devices.

By region, sales in the Americas amounted to 997 billion, down 20% from 1,251 billion yen in fiscal 2008. Sales downturns in digital AV equipment, broadcast- and business-use AV equipment, automotive electronics, general components and other products led to decreased sales from the previous year for this region.

Sales in Europe amounted to 963 billion yen, down 21% from the previous year's 1,213 billion yen. Sales for this region decreased, due mainly to weak sales in digital cameras, automotive electronics, white goods, general components and batteries.

In the Asia and Others region, sales decreased 16% to 1,724 billion yen, from the previous year's 2,060 billion yen. In Asia (excluding China), sales decreased in PCs and peripherals, automotive electronics, compressors, as well as semiconductors and general components, resulting in overall sales declines. Meanwhile, in China, sales decreased mainly in PCs and peripherals, air-conditioners, compressors, and general components, resulting in overall decreased sales.

**B.  Liquidity and Capital Resources**

*Panasonic's Policy on Financial Position and Liquidity*

Panasonic maintains a basic policy of financing all required funds from internal sources. It also practices efficient fund management through internal financing activities. In addition to raising funds through borrowing as necessary, the Company in May 2009 expanded its commercial paper (CP) facility in Japan to 300 billion yen as a method for flexibly raising short-term capital for working capital and other requirements. There was no CP outstanding at March 31, 2010. This

conservativeness is exemplified in the tradition of maintaining the ratio of shareholders' equity to total assets at a relatively high level and keeping large cash balance. The ratio of shareholders' equity to total assets as of March 31, 2010 was 33.4%, down from 43.5% as of March 31, 2009. The total of short-term borrowings and long-term debt amounted to 1,328 billion yen as of March 31, 2010, up by 582 billion yen from a year ago. Cash balance increased to 1,202 billion yen (the total of cash and cash equivalents of 1,110 billion yen plus time deposits with a maturity of more than three months of 92 billion yen) as of March 31, 2010, compared with the previous year's 1,163 billion yen (the total of cash and cash equivalents of 974 billion yen plus time deposits of 189 billion yen) as of March 31. 2009.

Table of Contents

- 39 -

Regarding future cash requirements, Panasonic will spend capital investment (excluding intangibles) of 480 billion yen for fiscal 2011, 300 billion yen for fiscal 2012 and 280 billion yen for fiscal 2013. The Company will decrease total cost of investment from fiscal 2011, but increase its investment ratio of energy systems.

In order to facilitate access to global capital markets, Panasonic obtains credit ratings from the world's two leading credit rating agencies, Moody's Investors Service, Inc. (Moody's) and Standard & Poor's Rating Services (S&P). In addition, Panasonic maintains credit ratings from Rating and Investment Information, Inc. (R&I), a rating agency nationally recognized in Japan, primarily for access to the Japanese capital markets. As of March 31, 2010, Panasonic's debt ratings are: Moody's: Aa3 (long-term) down from Aa2 on December 2009; S&P: A+ (long-term, outlook: stable) down from AA- on December 2009, A-1 (short-term) down from A-1+ on December 2009; and R&I: AA (long-term, outlook: stable) down from AA+ on January 2010, a-1+ (short-term). These downgrades in credit ratings were due mainly to downturn in business of the Company under the severe conditions with the impact of global recession, as well as the negative influence on the financial position of the Company by acquiring 50.2% of the voting rights of SANYO.

Panasonic believes that its credit ratings include the rating agencies' assessment of the general operating environment, its positions in the markets in which it competes, reputation, movements and volatility in its earnings, risk management policies, liquidity and capital management. An adverse change in any of these factors could result in a reduction of Panasonic's credit ratings, and that could, in turn, increase its borrowing costs and limit its access to the capital markets or require it to post additional collateral and permit counterparties to terminate transactions pursuant to certain contractual obligations.

With the above-mentioned cash balance, combined with the generally and relatively high credit ratings from leading credit rating agencies, Panasonic believes that it has sufficient sources of liquidity for both working capital and long-term investment needs.

As of March 31, 2010, the outstanding balance of short-term borrowings totaled 299 billion yen, and long-term debt was 1,029 billion yen. Panasonic's borrowings are not significantly affected by seasonal factors. (For further details, see Note 9 of the Notes to Consolidated Financial Statements.) Most borrowings are at fixed rates.

Regarding cash flows, Panasonic uses free cash flow (see "Overview—Key performance indicators" in Section A of this Item 5) as an important indicator to evaluate its performance.

Regarding the use of financial instruments for hedging purposes, see Item 11.

*Fiscal 2010 Financial Position and Liquidity*

The Company's consolidated total assets as of the end of fiscal 2010 increased to 8,358 billion yen, as compared with 6,403 billion yen at the end of the last fiscal year. This increase was due primarily to the effect of consolidating SANYO and its subsidiaries.

The Company's consolidated total liabilities as of March 31, 2010 increased to 4,678 billion yen, as compared with 3,191 billion yen at the end of the last fiscal year. This increase was also due primarily to the effect of consolidating SANYO and its subsidiaries. (For further details, see Note 9 of the Notes to Consolidated Financial Statements.)

Panasonic Corporation shareholders' equity as of March 31, 2010 amounted 2,792 billion yen, mostly

unchanged from the previous year's 2,784 billion yen.

Table of Contents

- 40 -

Noncontrolling interests increased by 459 billion yen, to 887 billion yen. This result was due mainly to the effect of consolidating SANYO and its subsidiaries.

| | Yen (billions) | |
| --- | --- | --- |
| | Fiscal year ended March 31, | |
| | 2010 | 2009 |
| Purchases of property, plant and equipment shown as capital expenditures in the consolidated statements of cash flows | 376 | 522 |
| Effects of timing difference between acquisition dates and payment dates | 9 | (28) |
| Capital investment | 385 | 494 |

Capital investment (excluding intangibles) during fiscal 2010 totaled 385 billion yen, down 22% from the previous fiscal year's total of 494 billion yen, as shown in the above table. Panasonic implemented capital investment primarily to increase production capacity in strategic business areas such as batteries and flat-panel TVs. Principal capital investments consisted of PDP manufacturing facilities for the domestic Plant No. 5 in Amagasaki, Hyogo Prefecture, Japan; LCD panel production facilities for the Himeji plant in Hyogo Prefecture, Japan; and lithium-ion battery production facilities for the Suminoe plant in Osaka Prefecture, Japan.

Depreciation (excluding intangibles) during fiscal 2010 amounted to 252 billion yen, down 23% compared with 326 billion yen in the previous fiscal year as the Company incurred impairment losses in fiscal 2009.

Net cash provided by operating activities in fiscal 2010 amounted to 522 billion yen, compared with 117 billion yen in the previous fiscal year. This result was due mainly to operational improvement, as well as an increase in trade payables, accrued expenses and other current liabilities, and a decrease in inventories, despite an increase in trade receivables. Net cash used in investing activities amounted to 323 billion yen, compared with 470 billion yen in fiscal 2009. This result was due primarily to the decrease of expenses by reduction in capital investment and a decrease in time deposits, despite an outflow to purchase of SANYO shares of 175 billion yen (deducting the amount of cash and cash equivalents of SANYO and its subsidiaries as of acquisition date.) Net cash used in financing activities was 57 billion yen, compared with cash inflow of 149 billion yen in fiscal 2009. This result was due mainly to the issuance of unsecured straight bonds of 400 billion yen in fiscal 2009, despite a decrease of dividend payment and repurchasing of its own shares. All these activities and the effect of exchange rate fluctuations (a negative impact of 6 billion yen) resulted in cash and cash equivalents at the end of fiscal 2010 of 1,110 billion yen, compared with 974 billion yen a year ago.

Free cash flow in fiscal 2010 amounted to a cash inflow of 199 billion yen, compared with a cash outflow of 353 billion yen in fiscal 2009. This result was due mainly to operational improvement, as well as a decrease in inventories and capital expenditures. (For a reconciliation of free cash flow to the most directly comparable U.S. GAAP financial measure and related discussion, see "Overview—Key performance indicators" in Section A of this Item 5.)

*Commitments for Capital Expenditures*

As of March 31, 2010, commitments outstanding for the purchase of property, plant and equipment amounted to 105 billion yen.

**C.   Research and Development**

In fiscal 2010, Panasonic executed initiatives to accelerate R&D with a focus on key development themes and to bolster development of energy-saving and environmental technologies.

Panasonic engages in a broad range of R&D themes, including digital network software, device and environmental technologies. The Company has established R&D sites at optimal locations globally as it builds an R&D structure that optimally utilizes the personnel and technologies in Japan, North America, Europe, China and the ASEAN region. For example, at the Panasonic Hollywood Laboratory in North America, Panasonic has developed Blu-ray 3D™ technologies in collaboration with movie studios. In Europe and China, meanwhile, the Company has strengthened its development of appliances products that are more tailored to regional characteristics in terms of food, clothing and housing.

R&D Expenditures amounted to 477 billion yen, 518 billion yen and 555 billion yen for the three fiscal years ended March 31, 2010, 2009 and 2008, respectively, representing 6.4%, 6.7% and 6.1% of Panasonic's total net sales for each of those periods.

Table of Contents

- 41 -

Key development themes during the fiscal year were as follows:

(1)   Full HD 3D Plasma Display Panels (PDPs)

Panasonic developed high-speed 3D image display drive technology, including new panel materials and LSIs, that enables rapid illumination of pixels while maintaining brightness, as well as crosstalk reduction technology for minimizing double-image (ghosting) that occurs when left- and right-eye images are alternately displayed thanks to newly developed phosphors with short luminescence decay time and illumination control technology. Due to these developments, the Company nearly doubled luminous efficiency from the previous fiscal year and reduced the luminescence decay time to one-third*[1] of conventional phosphors.

As a result, Panasonic refined the world's first*[2] 103-inch full HD 3D PDP which developed in the previous fiscal year. The new panel can provide full HD images for the left and right eyes at twice the speed of conventional 2D displays (1/120 of a second), enabling the production of clear 3D images and making possible a true high-quality 3D movie-theatre experience in the home living room.

(2)   Newly Developed ECO NAVI-equipped Room Air Conditioner With Three Sensors for Control

Panasonic has achieved energy savings of up to approximately 70%*[3] during heating due to automatic energy-conservation operation made possible by three types of sensors: a "people sensor" that detects people's location and movement in a room and also controls airflow according to body temperature; a "room layout sensor" that detects the position of furniture and controls the direction of airflow to reach people, as well as detects the position of walls to cap operation; and an "insolation sensor" which senses changes in the amount of sunlight in a room from windows due to changes in the weather and time of day and adjusts the room temperature accordingly.

(3)   The Industry's*[4] First 18650-type High-Capacity 3.1 Ah Lithium-ion Battery

Panasonic developed safe, high-capacity 3.1 Ah batteries with Company's safety technology. This technology, called Heat Resistance Layer (HRL) technology, forms an insulating metal oxide layer between the nickel positive and negative electrodes, preventing batteries from overheating even if a short circuit occurs. Panasonic has begun mass producing these batteries in December 2009.

Moreover, the Company developed a 3.4 Ah high-capacity battery with greater density (mass production is scheduled to commence in fiscal 2011) using a proprietary nickel positive electrode for extended operating times in notebooks PCs and electric vehicles (EVs) as well as a 4.0 Ah high-capacity battery that uses a silicon-based alloy for the negative electrode. Panasonic plans to begin mass production of the latter battery in fiscal 2012.

(4)   World's First*[5] Single Chip Gallium Nitride (GaN)-based Inverter IC

Panasonic has developed technology for fabricating GaN transistors on a cost-effective Si substrate with a large diameter. The GaN-based transistors function as high-speed switches between an on-state with low resistance and an off-state with a high breakdown voltage in order to efficiently and safely control large amounts of electricity.

In addition, the inverter conversion loss was decreased by approximately 42%*[6] to achieve the

inverter function that converts direct to alternating current by single-chip by the insulation technology that enabled an independent drive of six GaN transistors, and a highly effective motor drive was achieved.

(Notes)

*1.   Compared with the same size of existing models (V1 series).

*2.   As of September 24, 2008; Company estimates.

*3.   For the X series. Calculated based on the Company's conditions and therefore the cumulative power consumption may differ from a calculation based on JIS. The figure is the maximum energy saving and will vary depending on the environment and conditions where the air conditioner is installed.

*4.   As of December 18, 2009; Company estimates.

*5.   As of December 7, 2009; Company estimates.

*6.   Compared to a conventional Si-based IGBT (Insulated Gate Bipolar Transistor) at the output power of 20W.

Table of Contents

- 42 -

## D.   Trend Information

The world has drastically shifted to a sustainable multipolarized society with serious environmental issues, resource depletion, and the growth of emerging countries. A worldwide recession which began in the fall of 2008 accelerated this shift. Although the Company continues to anticipate uncertainties in the global economy in fiscal 2011, it expects a gradual recovery trend and greater demand from emerging markets. Panasonic also expects the greater presence of businesses, products, and services that are based on new values such as 'environmental awareness' and 'conscientious consumption.'

The Company has launched a new three-year midterm management plan, "Green Transformation 2012," or GT12, for the period from fiscal 2011 to fiscal 2013. To realize its vision of becoming the 'No.1 Green Innovation Company in the Electronics Industry' leading up to its 100th anniversary, the Company will contribute to the environment and business growth to build a new Panasonic with a 'Paradigm shift for growth' and 'Lay a foundation to be a Green Innovation Company' as key themes to establish a 'Panasonic Group with strong potential for growth.'

To engineer a paradigm shift for growth, the Company will shift its business: 1) from existing to new fields such as energy, 2) from Japan-centric to globally oriented, and 3) from individual products to solutions and systems. To lay the foundation to be a Green Innovation Company, the Company aims to: 1) increase profitability based on growth and 2) contribute to the environment, using indexes respectively.

Panasonic has set the following Group management goals for GT12: 5% or more in operating profit ratio, 10 trillion yen in sales, a three-year accumulative total of over 800 billion yen in free cash flow, 10% in ROE, and a 50 million ton reduction in $CO_2$ emissions (compared with the fiscal year ended March 31, 2006).

The four main Group strategies to achieve these goals are as follows:

1)   Growth Driven by Six Key Businesses: Panasonic has designated three businesses as core businesses that will drive Companywide sales and earnings: energy systems (annual average growth rate: 16%), heating/refrigeration/air conditioning (7.4%), and network AV (10%). In addition, the Company sees healthcare, security and LED as next-generation key businesses for building solid foundations for full-fledged growth. Panasonic will concentrate business resources on these six key businesses with the aim of increasing their sales by 1.2 trillion yen, which would account for more than 80% of the total sales growth target.

2)   Expanding Overseas Business Focusing on Emerging Markets: Panasonic will focus on BRICs + Vietnam and MINTS + B (Mexico, Indonesia, Nigeria, Turkey, Saudi Arabia and the Balkans) as it aims to increase consumer and systems product sales by 330 billion yen and thereby raise the Group's overseas sales ratio to 55%. To this end, Panasonic will strengthen customer-oriented manufacturing that directly targets the high-volume segments, globally expand the home appliance business based on core environmental technologies, and increase brand awareness through further investment in advertising and promotion overseas.

3)   Reinforcing Systems and Equipment Business: Panasonic aims to generate 2.6 trillion yen in sales from its systems and equipment business. In particular, in order to achieve large growth in overseas sales, Panasonic will strengthen its sales network, recruit people for reinforcing engineering and localization efforts, and strengthen relationships with local system integration companies. Furthermore, it will establish a system for promoting businesses as a Group so as to

increase the ability to make comprehensive proposals.

Table of Contents

- 43 -

4)   Collaboration with SANYO: Through collaboration with SANYO in business, Panasonic strives to increase operating profit by over 80 billion yen in fiscal 2013 by increasing sales, improving development efficiency and strengthening its management structure through centralized contracts and sharing infrastructure. On April 1, 2010, Panasonic set up the Strategic Working Committee for Group Collaboration to accelerate these efforts.

Panasonic will also promote management innovation for supporting these Group strategies. On April 1, 2010, the Company established the Group Management Innovation Division and the four subcommittees under it, which are implementing the following initiatives:

- The Environment Innovation Subcommittee: Initiatives on environmental contribution and "Itakona" activities.

- The V-Products Subcommittee: Promoting the manufacture of V-Products with outstanding features.

- The New and Key Business Promotion Subcommittee: Strengthening the capability to generate new businesses and promoting key businesses.

- The Management and IT Innovation Subcommittee: Promoting management and IT innovation

Besides the above actions, Panasonic is accelerating global human resources development and working on cash flow-oriented management. Regarding the latter, the Company will execute a clear-cut strategy that divides its business into four categories from the standpoint of growth potential and profitability. At the same time, in order to improve the cash flow generation capability at operating sites, Panasonic will implement its Midterm Enhanced Cash Flow Management Project. It will strengthen the monitoring of large-scale investments and develop the concept of theoretical inventories and apply this throughout all Group companies.

Based on its basic management philosophy, Panasonic believes today's mission is to make all its business activities 'environment' centered and take the lead to offer life innovation with decisive actions. Having added SANYO and its consolidated subsidiaries to the Panasonic Group, in the next three years of the new midterm management plan, Panasonic will take initiatives to change itself to fill Panasonic with innovation and growth potential to carry out its mission. In fiscal 2011, the Company will begin the first phase of innovation and targets a return to profitability and to parlay this into achievement of its GT12 goals.

Table of Contents

- 44 -

**E.    Off-Balance Sheet Arrangements**

The Company established sale-leaseback arrangements for manufacturing machinery and equipment, and sale of receivables without recourse and with recourse, as off-balance sheet arrangements in order to reduce its total assets.

In fiscal 2010, Panasonic sold machinery and equipment for 95 billion yen, which are used for manufacturing plasma display panel and other products, to Sumishin Matsushita Financial Services Co., Ltd. (On April 1, 2010, the name has been changed to Sumishin Panasonic Financial Services Co., Ltd.) and other third parties. The assets are leased back to Panasonic over a period of one to five years. Panasonic guarantees a specific value of the leased assets. These leases are classified as operating leases for U.S. GAAP purposes. Including the above-mentioned, the aggregate amount of future minimum lease payments under non-cancelable operating leases is 170 billion yen at March 31, 2010. (For further details, see Note 6 of the Notes to Consolidated Financial Statements.)

In fiscal 2010, Panasonic sold, without recourse, trade receivables of 444 billion yen to independent third parties for proceeds of 443 billion yen. In fiscal 2010, Panasonic sold, with recourse, trade receivables of 356 billion yen to independent third parties for proceeds of 355 billion yen. (For further details, see Note 16 of the Notes to Consolidated Financial Statements.)

In addition, the Company provides several types of guarantees and similar arrangements. (For further details, see Note 19 of the Notes to Consolidated Financial Statements.)

Table of Contents

- 45 -

## F.  Tabular Disclosure of Contractual Obligations

The two tables below show Panasonic's cash payment obligations and guarantees and other commercial commitments, broken down by the payment amounts due for each of the periods specified below, as of March 31, 2010:

| | Yen (millions) | | | | |
|---|---|---|---|---|---|
| | **Payments Due by Period** | | | | |
| | **Total** | **Less than 1 year** | **1-3 years** | **3-5 years** | **After 5 years** |
| Contractual Obligations: | | | | | |
| Long-Term Debt Obligations | 1,091,282 | 166,953 | 390,010 | 361,878 | 172,441 |
| Interest Obligations | 53,357 | 14,007 | 19,337 | 10,171 | 9,842 |
| Capital Lease Obligations | 144,770 | 40,171 | 53,305 | 20,611 | 30,683 |
| Operating Lease Obligations | 169,965 | 71,686 | 69,209 | 24,844 | 4,226 |
| Purchase Obligations | 218,470 | 118,499 | 26,257 | 22,905 | 50,809 |
| Defined benefit plan contribution | 91,195 | 91,195 | — | — | — |
| Total Contractual Cash Obligations | 1,769,039 | 502,511 | 558,118 | 440,409 | 268,001 |

Note :  Contingent payments related to uncertain tax positions of 10 billion yen are excluded from the table above, as it is not possible to reasonably predict the ultimate amount of settlement or timing of payment.

| | Yen (millions) |
|---|---|
| | **Total Amounts Committed** |
| Other Commercial Commitments: | |
| Guarantees | 38,480 |
| Total Commercial Commitments | 38,480 |

Discounted exported bills generally have contractual lives of less than one year. Loan guarantees are principally provided on behalf of employees, associated companies and customers, and generally have long-term contractual lives coinciding with the maturities of the guaranteed obligations. (For further details, see Notes 6, 9, 10, 11 and 19 of the Notes to Consolidated Financial Statements.)

## G.  Safe Harbor

See "Cautionary Statement Regarding Forward-Looking Statements."

Table of Contents

- 46 -

## H.   Accounting Principles

Critical Accounting Policies

The Company has identified the following critical accounting policies which are important to its financial condition and results of operations, and require management's judgment.

*Long-lived Assets*

The useful lives of long-lived assets are summarized in Note 1(h) of the Notes to Consolidated Financial Statements included in this annual report and reflect the estimated period that the Company expects to derive economic benefit from their use. In estimating the useful lives and determining whether subsequent revisions to the useful lives are necessary, the Company considers the likelihood of technological obsolescence, changes in demand for the products related to such assets, and other factors which may affect their utilization of the long-lived assets. The effect of any future changes to the estimated useful lives of the long-lived assets could be significant to the Company's results of operations.

Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amounts of assets or asset group may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to future net cash flows (undiscounted and without interest charges) expected to be generated by the asset. If such assets are considered to be impaired, the impairment to be recognized is measured by the amount by which the carrying amount of the asset exceeds the estimated fair value of the asset. Assets to be disposed of are reported at the lower of the carrying amount or fair value less selling costs. Factors which may contribute to the need for future impairment charges include changes in the use of assets resulting from the Company's restructuring initiatives, technological changes or any significant declines in the demand for related products.

*Valuation of Investment Securities*

The Company holds available-for-sale securities, held-to-maturity securities, equity method securities and cost method securities, included in short-term investments, and investments and advances. Available-for-sale securities are carried at fair value with unrealized holding gains and losses included as a component of accumulated other comprehensive income (loss), net of applicable taxes.

Individual securities are reduced to net realizable value by a charge to earnings for other-than-temporary declines in fair value. Management regularly reviews each investment security for impairment based on criteria that includes the extent to which cost exceeds market value, the duration of that market decline and the financial health of and specific prospects for the issuer. Because such specific information may become available after the Company makes the impairment evaluation, and whether the impairment is other-than-temporary depends upon future events that may or may not occur, the Company may be required to recognize an other-than-temporary impairment in the future. Determination of whether a decline in value is other-than-temporary requires judgment. At March 31, 2010, the Company has recorded 384 billion yen of available-for-sale securities, 2 billion yen of held-to-maturity securities, 22 billion yen of cost method securities, 50 billion yen of equity method securities that have market values, and 179 billion yen of equity method securities that do not have market values, advances and others. These investments could be determined to be other-than-temporarily impaired, depending on changes to the current facts and assumptions. In fiscal 2010, the Company recorded 7 billion yen impairment losses on investment securities.

For further discussion on valuation of investment securities, see Notes 4 and 5 of the Notes to Consolidated Financial Statements included in this annual report.

Table of Contents

- 47 -

*Valuation of Inventory*

Inventories are stated at the lower of cost, determined on a first-in, first-out basis or average basis, or net realizable value. Net realizable value is the estimated selling price in the ordinary course of business less the estimated costs of completion and the estimated costs necessary to make a sale. The Company routinely reviews its inventories for their salability and for indications of obsolescence to determine if inventories should be written-down to net realizable value. Judgments and estimates must be made and used in connection with establishing such allowances in any accounting period. In estimating the net realizable value of its inventories, the Company considers the age of the inventories and the likelihood of spoilage or changes in market demand for its inventories.

*Warranties*

The Company makes estimates of potential warranty claims related to its goods sold. The Company provides for such costs based upon historical experience and its estimate of the level of future claims. Management makes judgments and estimates in connection with establishing the warranty reserve in any accounting period. Differences may result in the amount and timing of its revenue for any period if management makes different judgments or utilizes different estimates. (For further details, see Note 19 of the Notes to Consolidated Financial Statements.)

*Valuation of Accounts Receivable and Noncurrent Receivables*

The Company reviews its accounts receivable on a periodic basis and provides an allowance for doubtful receivables based on historical loss experience and current economic conditions. In evaluating the collectibility of individual receivable balances, the Company considers the age of the balance, the customers' payment history, their current credit-worthiness and adequacy of collateral.

The Company records noncurrent receivables, representing loans from finance lease transactions, at cost, less the related allowance for impaired receivables. A loan is considered to be impaired when, based on current information and events, it is probable that the Company will be unable to collect all amounts due according to the contractual terms of the loan agreement. When a loan is considered to be impaired, the amount of impairment is measured based on the present value of expected future cash flows or the fair value of the collateral. Cash receipts on impaired receivables are applied to reduce the principal amount of such receivables until the principal has been recovered and are recognized as interest income thereafter. Management's judgment is required in making estimates of the future cash flows of an impaired loan. Such estimates are based on current economic conditions and the current and expected financial condition of the debtor. (For further details, see Schedule II of Item 18.)

*Valuation of Goodwill*

Goodwill is tested for impairment on an annual basis, or more frequently if events or changes in circumstances indicate that the goodwill may be impaired, such as an adverse change in business climate. Impairment is recorded if the implied fair value of goodwill is less than its carrying amount. The fair value determination used in the impairment assessment requires estimates of the fair value of reporting units based on quoted market prices, prices of comparable businesses, present value or other valuation techniques, or a combination thereof, necessitating management to make subjective judgments and assumptions. These estimates and assumptions could result in significant differences to the amounts reported if underlying circumstances were to change. At March 31, 2010, the Company has recorded 923 billion yen of goodwill, part or all of which could be determined to be impaired in future periods, depending on changes to the current facts and assumptions. For further discussion on

goodwill, see Note 8 of the Notes to Consolidated Financial Statements included in this annual report.

Table of Contents

- 48 -

*Valuation of Deferred Tax Assets and Sustainability of Uncertain Tax Positions*

In assessing the realizability of deferred tax assets and uncertain tax positions based on the expected future generation of taxable income or assessed sustainability of uncertain tax positions, Panasonic considers whether it is more likely than not that any portion or all of the deferred tax assets or recognized benefit under uncertain tax position benefit will not be realized. The ultimate realization of deferred tax assets and uncertain tax positions is dependent upon the generation of future taxable income during the periods in which those temporary differences become deductible or dependent on assessed sustainability of uncertain tax positions. Management considers the scheduled reversal of deferred tax liabilities, projected future taxable income, and tax planning strategies in making this assessment over the valuation of deferred tax assets.

At March 31, 2010, the Company has recorded gross deferred tax assets of 1,652 billion yen with a total valuation allowance of 1,015 billion yen. Included in the gross deferred tax assets is 617 billion yen resulting from net operating loss carryforwards (NOLs) of 1,668 billion yen, which are available to offset future taxable income. In order to fully realize these NOLs, the Company will need to generate sufficient taxable income by the expiration of these NOLs. These NOLs of 1,528 billion yen expire from fiscal 2011 through 2017 and the remaining balance expire thereafter or do not expire. Based upon the level of historical taxable income and projections for future taxable income over the periods in which the deferred tax assets are deductible, management believes it is more likely than not that the Company will realize the benefits of these deductible differences, net of the existing valuation allowance at March 31, 2010 based on available evidence. The Company could be required to increase the valuation allowance if such assumptions would change concluding that the Company would not be able to generate sufficient taxable income. At March 31, 2010, the Company has recorded 10 billion yen of unrecognized tax benefits. For further discussion on valuation of deferred tax assets and realizability of uncertain tax positions, see Note 11 of the Notes to Consolidated Financial Statements included in this annual report.

*Retirement and Severance Benefits*

Retirement and severance benefits costs and obligations are dependent on assumptions used in calculating such amounts. The discount rate and expected return on assets are the most critical assumptions among others, including retirement rates, mortality rates and salary growth. While management believes that the assumptions used are appropriate, actual results in any given year could differ from actuarial assumptions because of economic and other factors. The resulting difference is accumulated and amortized and therefore, generally affect the Company's retirement and severance benefit costs and obligations in future period.

The Company determines discount rates by looking to rates of return on high-quality fixed income investments, and the expected long-term rate of return on pension plan assets by considering the current and expected asset allocations, as well as historical and expected returns on various categories of plan assets. Decreases in discount rates lead to increases in benefit obligations which, in turn, could lead to an increase in amortization cost through amortization of actuarial gain or loss, and vice versa. A decrease of 50 basis points in the discount rate is expected to increase the projected benefit obligation by approximately seven percent. A decline in market stock values generally results in a lower expected rate of return on plan assets, which would result in an increase of future retirement and severance benefit costs.

**Table of Contents**

- 49 -

*Accounting for Derivatives*

The Company has limited involvement with derivative financial instruments and does not use them for trading purposes. The Company uses derivative instruments principally to manage foreign currency risks resulting from transactions denominated in currencies other than the Japanese yen. The Company recognizes all derivatives as either assets or liabilities on the balance sheet at their fair values. Changes in the fair value of a derivative are reported in earnings or other comprehensive income (loss) depending on their use and whether they qualify for hedge accounting. The accounting for gains and losses associated with changes in the fair value of the derivative depends on its hedge designation and whether the hedge is highly effective in achieving offsetting changes in the fair value or cash flows of the hedged item. The Company evaluates and determines on a continuous basis if the derivative remains highly effective in offsetting changes in the fair value or cash flows of the hedged item. If the derivative ceases to be highly effective in offsetting changes in the fair value or cash flows of the hedged item, the Company discontinues hedge accounting prospectively. Because the derivatives the Company uses are not complex, significant judgment is not required to determine their fair values. Fair values are determined based an unadjusted market prices or quotations from brokers.

*Loss Contingencies*

Loss contingencies may from time to time arise from situations such as product liability claims, warranty claims, disputes over intellectual property rights, environmental remediation obligations, and other legal actions. Loss contingencies are recorded as liabilities when it is probable that a liability has been incurred and the amount of the loss is reasonably estimable. Disclosure is required when there is a reasonable possibility that the ultimate loss will exceed the recorded provision. Contingent liabilities are often resolved over long time periods. In recording liabilities for probable losses, management is required to make estimates and judgments regarding the amount or range of the probable loss. Management continually assesses the adequacy of estimated loss contingencies and, if necessary, adjusts the amounts recorded as better information becomes known.

Table of Contents

- 50 -

*New Accounting Pronouncements*

In December 2009, FASB issued Accounting Standards Update (ASU) 2009-16, "Accounting for Transfers of Financial Assets." ASU2009-16 removes the concept of a qualifying special-purpose entity (QSPE) from ASC 860, "Transfers and Servicing," and the exception from applying ASC 810 to QSPEs, thereby requiring transferors of financial assets to evaluate whether to consolidate transferees that previously were considered QSPEs. ASU 2009-16 also clarifies ASC 860's sale-accounting criteria pertaining to legal isolation and effective control and creates more stringent conditions for reporting a transfer of a portion of a financial asset as a sale. ASU 2009-16 is effective for the Company as of April 1, 2010. The adoption of ASU 2009-16 is not expected to have a material effect on the Company's consolidated financial statements.

In December 2009, FASB issued ASU 2009-17, "Improvements to Financial Reporting by Enterprises Involved with Variable Interest Entities." ASU 2009-17, which amends ASC 810, revises the test for determining the primary beneficiary of a Variable Interest Entities (VIE) from a primarily quantitative risks and rewards calculation based on the VIE's expected losses and expected residual returns to a primarily qualitative analysis based on identifying the party or related-party (if any) with the power to direct the activities that most significantly impact the VIE's economic performance and the obligation to absorb losses of, or the right to receive benefits from, the VIE that could potentially be significant to the VIE. ASU 2009-17 is effective for the Company as of April 1, 2010. The adoption of ASU 2009-17 is not expected to have a material effect on the Company's consolidated financial statements.

In October 2009, FASB issued ASU 2009-13, "Multiple-Deliverable Revenue Arrangements." ASU 2009-13 amends ASC 605 to eliminate the requirement that all undelivered elements have vendor specific objective evidence of selling price (VSOE) or third party evidence of selling price (TPE) before an entity can recognize the portion of an overall arrangement fee that is attributable to items that already have been delivered. In the absence of VSOE and TPE for one or more delivered or undelivered elements in a multiple-element arrangement, entities will be required to estimate the selling prices of those elements in a multiple-element arrangement. The overall arrangement fee will be allocated to each element (both delivered and undelivered items) based on their relative selling prices, regardless of whether those selling prices are evidenced by VSOE or TPE or are based on the entity's estimated selling price. Application of the "residual method" of allocating an overall arrangement fee between delivered and undelivered elements will no longer be permitted upon adoption of ASU 2009-13. ASU 2009-13 is effective prospectively for the Company's revenue arrangements entered into or materially modified beginning on or after April 1, 2011. The Company is currently in the process of assessing the impact of adoption of ASU 2009-13 on the Company's consolidated financial statements.

Table of Contents

- 51 -

## Item 6.       Directors, Senior Management and Employees

### A.   Directors and Senior Management

The Articles of Incorporation of the Company provide that the number of Directors of the Company shall be three or more and that of Corporate Auditors shall be three or more. Directors and Corporate Auditors shall be elected at the general meeting of shareholders.

The Board of Directors has ultimate responsibility for administration of the Company's affairs and monitoring of the execution of business by Directors. Directors may, by resolution of the Board of Directors, appoint a Chairman of the Board of Directors, a Vice Chairman of the Board of Directors, a President and Director, and one or more Executive Vice Presidents and Directors, Senior Managing Directors and Managing Directors. The Chairman of the Board of Directors, Vice Chairman of the Board of Directors, President and Director, Executive Vice Presidents and Directors, and Senior Managing Directors are Representative Directors and severally represent the Company. A Japanese joint stock corporation with corporate auditors, such as Panasonic, is not obliged under the Company Law of Japan and related laws and ordinances (collectively, the "Company Law"), to have any outside directors on its board of directors. However, Panasonic has two (2) outside Directors. An "outside director" is defined as a director of the company who does not engage or has not engaged in the execution of business of the company or its subsidiaries as a director of any of these corporations, and who does not serve or has not served as an executive officer, manager or in any other capacity as an employee of the company or its subsidiaries. Outside Directors directly or indirectly cooperate with the internal audit, audit by Corporate Auditors and external audit, receive reports from the Internal Auditing Group and conduct an effective monitoring through reports on financial results at meetings of the Board of Directors and through reviews of the basic policy regarding the development of internal control systems and other methods. The term of office of Directors shall, under the Articles of Incorporation of the Company, expire at the conclusion of the ordinary general meeting of shareholders with respect to the last business year ending within one year from their election.

Corporate Auditors of the Company are not required to be, and are not, certified public accountants. Corporate Auditors may not at the same time be Directors, accounting counselors, executive officers, managers or any other capacity as employees of the Company or any of its subsidiaries. Under the Company Law, at least half of the Corporate Auditors shall be outside corporate auditors. An "outside corporate auditor" is defined as a corporate auditor of the company who has never been a director, accounting counselor, executive officer, manager or in any other capacity as an employee of the company or any of its subsidiaries. Outside Corporate Auditors directly or indirectly cooperate with the internal audit, audit by Corporate Auditors and accounting audit, receive reports from the Internal Auditing Group and conduct an effective monitoring through reports on financial results at meetings of the Board of Directors, through reviews of the basic policy regarding the development of internal control systems and through exchanges of opinions and information at meetings of the Board of Corporate Auditors and other methods. Each Corporate Auditor has the statutory duty to audit the non-consolidated and consolidated financial statements and business reports to be submitted by a Director to the general meeting of shareholders and, based on such audit and a report of an Accounting Auditor referred to below, to respectively prepare his or her audit report. Each Corporate Auditor also has the statutory duty to supervise Directors' execution of their duties. The Corporate Auditors are required to attend meetings of the Board of Directors and express opinions, if necessary, at such meetings, but they are not entitled to vote. In addition, Corporate Auditors receive monthly reports regarding the status of the internal control system, the audit results, etc. from the Internal Audit Group or from other sections. Corporate Auditors may request the Internal Audit Group or the

Accounting Auditor to conduct an investigation, if necessary. The terms of office shall expire at the conclusion of the ordinary general meeting of shareholders with respect to the last business year ending within four years from their election. However, they may serve any number of consecutive terms if re-elected.

Corporate Auditors constitute the Board of Corporate Auditors. The Board of Corporate Auditors has a statutory duty to, based on the reports prepared by respective Corporate Auditors, prepare and submit its audit report to Accounting Auditors and certain Directors designated to receive such report (if such Directors are not designated, the Directors who prepared the financial statements and the business report). A Corporate Auditor may note his or her opinion in the audit report if his or her opinion expressed in his or her audit report is different from the opinion expressed in the audit report of the Board of Corporate Auditors. The Board of Corporate Auditors shall elect one or more full-time Corporate Auditors from among its members. The Board of Corporate Auditors is empowered to establish auditing policies, the manner of investigation of the status of the corporate affairs and assets of the Company, and any other matters relating to the execution of the duties of Corporate Auditors. However, the Board of Corporate Auditors may not prevent each Corporate Auditor from exercising his or her powers.

Table of Contents

- 52 -

Pursuant to recent amendments to the regulations of the Japanese stock exchanges, the Company is required to have one or more "independent director(s)/corporate auditor(s)" which terms are defined under the relevant regulations of the Japanese stock exchanges as "outside directors" or "outside corporate auditors" (each of which terms is defined under the Company Law) who are unlikely to have any conflict of interests with shareholders of the Company. All five (5) outside directors and corporate auditors satisfy the requirements for the "independent director/corporate auditor" under the regulations of the Japanese stock exchanges, respectively. The definition of the "independent director/corporate auditor" is different from that of the independent directors under the corporate governance standard of the New York Stock Exchange or under Rule 10A-3 under the U.S. Securities Exchange Act of 1934.

In addition to Corporate Auditors, an independent certified public accountant or an independent audit corporation must be appointed by general meetings of shareholders as Accounting Auditor of the Company. Such Accounting Auditor has the duties to audit the consolidated and non-consolidated financial statements proposed to be submitted by a Director at general meetings of shareholders and to report their opinion thereon to certain Corporate Auditors designated by the Board of Corporate Auditors to receive such report (if such Corporate Auditors are not designated, all Corporate Auditors) and certain Directors designated to receive such report (if such Directors are not designated, the Directors who prepared the financial statements). The consolidated financial statement is prepared in conformity with U.S. generally accepted accounting principles (U.S. GAAP) and financial information on a non-consolidated (a parent company alone) basis is in conformity with Japanese regulations.

Under the Company Law and the Articles of Incorporation of the Company, the Company may, by a resolution of the Board of Directors, exempt Directors or Corporate Auditors, acting in good faith and without significant negligence, from their liabilities owed to the Company arising in connection with their failure to perform their duties to the extent permitted by the Company Law. In addition, the Company has entered into liability limitation agreements with each of the outside Directors and outside Corporate Auditors, acting in good faith and without significant negligence, which limit the maximum amount of their liabilities owed to the Company arising in connection with their failure to perform their duties to the extent permitted by the Company Law.

The Company implemented in fiscal 2004 a reform of its corporate management and governance structure by (i) reorganizing the role of the Board of Directors, (ii) introducing Panasonic's own Executive Officer system* in its Group and (iii) strengthening its Corporate Auditor system, all tailored to the Group's new business domain-based, autonomous management structure.

Panasonic's Executive Officer system was introduced to address the diversity of business operations over the entire Group through delegation of authority and to help integrate the comprehensive strengths of all Group companies in Japan and overseas. The Board of Directors appoints Executive Officers mainly from senior management personnel of business domain companies, such as internal divisional companies and subsidiaries, as well as from management personnel responsible for overseas subsidiaries and certain senior corporate staff. The Executive Officers assume responsibility as the Group's executives regarding execution of business. The Executive Officers may be given such titles as Vice President Executive Officer, Senior Managing Executive Officer, Managing Executive Officer and Executive Officer, depending on the extent of responsibility and achievement of each individual. The terms of office of the Executive Officers shall expire at the conclusion of the ordinary general meeting of shareholders with respect to the last business year of the Company ending within one year from their election. Each of the Executive Officers has the authority to operate businesses for which such Executive Officer is responsible, under the supervision of the Board of Directors and in

accordance with the Board of Directors' decisions on the management of corporate affairs.

The Board of Directors has, at the same time, been reformed in order to concentrate on establishing corporate strategies and supervising the implementation thereof by the Executive Officers. The Company has reduced the number of Directors to facilitate more effective decision-making, and shortened their term of office to one year in order to clarify their responsibilities. Taking into consideration the diversified scope of the Company's business operations, the Company has chosen to continue its policy of having management personnel, who are well-versed in day-to-day operations at operational fronts, be members of the Board of Directors, while outside Directors continue to fully participate in Board meetings.

Table of Contents

- 53 -

Meanwhile, the non-statutory full-time senior auditors were newly appointed within the Company's internal divisional companies in order to strengthen auditing functions at each business domain company. In addition, the Company has also launched the "Panasonic Group Auditor Meeting" chaired by the Chairman of the Board of Corporate Auditors of the Company in order to promote collaboration among the Company's Corporate Auditors, the non-statutory full-time senior auditors of the internal divisional companies and the corporate auditors of the Company's subsidiaries and affiliates. Moreover, as a part of their audit duties, Corporate Auditors maintain a close working relationship with the Internal Audit Group of the Company to ensure effective audits. Furthermore, in order to enhance the effectiveness of audits conducted by Corporate Auditors and ensure the smooth implementation of audits, the Company has established a Corporate Auditor's Office with full-time staff under the direct control of the Board of Corporate Auditors.

\* Panasonic's Executive Officer ("*Yakuin*") system is a non-statutory system and different from the corporate executive officer ("*Shikkoyaku*") system that Japanese corporations with board of directors and an accounting auditor may adopt at their option under the statutory corporate governance system referred to as "joint stock corporation with specified committees" system stipulated in the Company Law.

The following table shows information about Panasonic's Directors and Corporate Auditors as of June 25, 2010, including their dates of birth, positions, responsibilities and brief personal records.

| Name | Position and responsibilities in the Company, and brief personal records |
|---|---|
| **(Date of birth)** | |
| Kunio Nakamura (Jul. 5, 1939) | <u>Chairman of the Board of Directors</u><br>-Jun. 1993 Director of the Company;<br>-Jun. 1996 Managing Director of the Company;<br>-Jun. 1997 Senior Managing Director of the Company;<br>-Jun. 2000 President of the Company;<br>-Jun. 2006 Chairman of the Board of Directors. |
| Masayuki Matsushita (Oct. 16, 1945) | <u>Vice Chairman of the Board of Directors</u><br>-Feb. 1986 Director of the Company;<br>-Jun. 1990 Managing Director of the Company;<br>-Jun. 1992 Senior Managing Director of the Company;<br>-Jun. 1996 Executive Vice President of the Company;<br>-Jun. 2000 Vice Chairman of the Board of Directors. |
| Fumio Ohtsubo (Sep. 5, 1945) | <u>President and Director</u><br>-Jun. 1998 Director of the Company;<br>-Jun. 2000 Managing Director of the Company;<br>-Jun. 2003 Senior Managing Director of the Company;<br>-Jun. 2006 President of the Company. |
| Toshihiro Sakamoto\* (Oct. 27, 1946) | <u>Executive Vice President and Director</u><br>-Jun. 2000 Director of the Company;<br>-Jun. 2004 Managing Director of the Company;<br>-Apr. 2006 Senior Managing Director<br>-Apr. 2009 Executive Vice President of the Company / in charge of Domestic Consumer Marketing and Design; |

-Apr. 2010 In charge of Domestic Customer Satisfaction.

Takahiro Mori        <u>Executive Vice President and Director</u>
(Jun. 16, 1947)      -Jun. 2003  Executive Officer of the Company;
                     -Jun. 2005  Managing Director of the Company
                     -Apr. 2006  In charge of Corporate Planning;
                     -Apr. 2008  Senior Managing Director of the Company;
                     -Apr. 2009  Executive Vice President of the Company / in charge of Corporate
                                 Division for Promoting System & Equipment Business, and
                                 Electrical Supplies Sales, Project Sales and Building Products
                                 Sales.

Table of Contents

- 54 -

| Name | Position and responsibilities in the Company, and brief personal records |
|---|---|
| **(Date of birth)** | |
| Yasuo Katsura*<br>(Sep. 19, 1947) | <u>Executive Vice President and Director</u><br>-Jun. 2003  Executive Officer of the Company;<br>-Jun. 2004  Managing Executive Officer of the Company;<br>-Jun. 2007  Managing Director of the Company;<br>-Apr. 2009 Senior Managing Director of the Company / Representative in Tokyo / Director, Corporate Division for Government & Public Affairs;<br>-Apr. 2010 Executive Vice President of the Company. |
| Hitoshi Otsuki*<br>(Jun. 6, 1947) | <u>Senior Managing Director</u><br>-Jun. 2003  Executive Officer of the Company;<br>-Apr. 2007  Managing Executive Officer of the Company / in charge of Overseas Operations;<br>-Jun. 2007  Managing Director of the Company;<br>-Apr. 2009  Senior Managing Director of the Company. |
| Ken Morita*<br>(Oct. 24, 1948) | <u>Senior Managing Director</u><br>-Jun. 2005  Executive Officer of the Company;<br>-Apr. 2007  Managing Executive Officer of the Company;<br>-Apr. 2009  Senior Managing Executive Officer of the Company / President, AVC Networks Company;<br>-Jun. 2009  Senior Managing Director of the Company. |
| Ikusaburo Kashima*<br>(Oct. 8, 1948) | <u>Senior Managing Director</u><br>-Jun. 2003  Vice Chairman, Information Technology Promotion Agency;<br>-Jun. 2005  Director of the Company;<br>-Apr. 2007  Managing Director of the Company / in charge of Legal Affairs, and Corporate Business Ethics;<br>-Apr. 2009  In charge of Intellectual Property;<br>-Apr. 2010 Senior Managing Director of the Company. |
| Junji Nomura*<br>(Apr. 10, 1947) | <u>Senior Managing Director</u><br>-Jun. 2006  Executive Vice President, Matsushita Electric Works, Ltd;<br>-Jun. 2009  Managing Director of the Company;<br>-Feb. 2010  In charge of Technology;<br>-Apr. 2010  Senior Managing Director of the Company / in charge of Corporate Division for Promoting Energy Solutions Business. |
| Yoshihiko Yamada*<br>(May 11, 1951) | <u>Managing Director</u><br>-Jun. 2004  Executive Officer of the Company;<br>-Apr. 2007  Managing Executive Officer of the Company;<br>-Apr. 2010 In charge of Industrial Sales;<br>-Jun. 2010  Managing Director of the Company. |
| Kazunori Takami*<br>(Jun. 12, 1954) | <u>Managing Director</u><br>-Apr. 2006  Executive Officer of the Company;<br>-Apr. 2008  Managing Executive Officer of the Company; |

Annual Report

-Apr. 2009  President, Home Appliances Company / in charge of Lighting
Company;
-Jun. 2009  Managing Director of the Company.

Table of Contents

- 55 -

| Name | Position and responsibilities in the Company, and brief personal records |
| --- | --- |
| **(Date of birth)** | |
| Makoto Uenoyama* (Feb. 14, 1953) | Managing Director<br>-Apr. 2006  Executive Officer of the Company;<br>-Apr. 2007  In charge of Accounting and Finance;<br>-Jun. 2007  Director of the Company;<br>-Apr. 2009  In charge of Information Systems;<br>-Apr. 2010  Managing Director of the Company. |
| Masatoshi Harada* (Feb. 9, 1955) | Managing Director<br>-Apr. 2008  Executive Officer of the Company / in charge of Personnel, General Affairs and Social Relations;<br>-Jun. 2008  Director of the Company;<br>-Apr. 2010  Managing Director of the Company. |
| Ikuo Uno (Jan. 4, 1935) | Director<br>-Apr. 2005  Chairman, Nippon Life Insurance Company;<br>-Jun. 2005  Director of the Company. |
| Masayuki Oku (Dec. 2, 1944) | Director<br>-Jun. 2005  President, Sumitomo Mitsui Banking Corporation / Chairman, Board of Directors of Mitsui Sumitomo Finance Group;<br>-Jun. 2008  Director of the Company. |
| Masashi Makino* (Aug. 20, 1948) | Director<br>-Jun. 2003  Executive Officer of the Company;<br>-Apr. 2009  In charge of Manufacturing Innovation, Facility Management, Quality Administration, FF Customer Support & Management and Environmental Affairs;<br>-Jun. 2009  Director of the Company. |
| Takashi Toyama* (Sep. 28, 1955) | Director<br>-Apr. 2007  Executive Officer of the Company;<br>-Jan. 2010  President, System Networks Company / President, Panasonic System Networks Co., Ltd.;<br>-Jun. 2010  Director of the Company. |
| Masaharu Matsushita (Sep. 17, 1912) | Honorary Chairman of the Board of Directors and Executive Advisor, Member of the Board<br>-Oct. 1947  Director of the Company;<br>-Aug. 1949 Executive Vice President of the Company;<br>-Jan. 1961  President of the Company;<br>-Feb. 1977  Chairman, the Board of Directors;<br>-Jun. 2000  Honorary Chairman of the Board of Directors and Executive Advisor, Member of the Board. |
| Kenichi Hamada (May 2, 1947) | Senior Corporate Auditor<br>-Jun. 2005  Vice President, Panasonic Communications Co., Ltd.;<br>-Jun. 2007  Senior Corporate Auditor of the Company. |

| | | |
|---|---|---|
| Masahiro Seyama (Jul. 18, 1949) | <u>Senior Corporate Auditor</u> | |
| | -Jun. 2005 | Director, Latin American operations / President, Panasonic Corporation of Latin America; |
| | -Jun. 2008 | Senior Corporate Auditor of the Company. |
| Yasuo Yoshino (Oct. 5, 1939) | <u>Corporate Auditor</u> | |
| | -Jul. 2001 | Chairman, Sumitomo Life Insurance Company; |
| | -Jun. 2003 | Corporate Auditor of the Company; |
| | -Jul. 2007 | Advisory of Sumitomo Life Insurance Company. |

Table of Contents

- 56 -

| Name | Position and responsibilities in the Company, and brief personal records |
|------|------|
| **(Date of birth)** | |
| Ikuo Hata (Aug. 6, 1931) | <u>Corporate Auditor</u><br>-Sep. 1995 Registered as Attorney at law (member of Osaka Bar Association);<br>-Jul. 2001  Member of Supreme Court's Building-Related Litigation Commission;<br>-Jun. 2004  Corporate Auditor of the Company. |
| Hiroyuki Takahashi (Mar. 1, 1937) | <u>Corporate Auditor</u><br>-Oct. 2000 Executive Managing Director and Secretary-General, Japan Corporate Auditors Association;<br>-Jun. 2006  Corporate Auditor of the Company. |

Asterisks (*) denote members of the Board of Directors who concurrently serve as Executive Officers, pursuant to the Executive Officer System which was introduced to facilitate the development of optimum corporate strategies that integrate the Panasonic Group's comprehensive strengths.

Ikuo Uno and Masayuki Oku are outside directors as stipulated in the Company Law.

Yasuo Yoshino, Ikuo Hata and Hiroyuki Takahashi are outside corporate auditors as stipulated in the Company Law.

All two (2) outside directors and three (3) outside corporate auditors were notified to the Japanese stock exchanges as "independent directors/corporate auditors" pursuant to the regulations of the Japanese stock exchanges.

There are no family relationships among any Directors or Corporate Auditors except as described below:

Masayuki Matsushita, Vice Chairman of the Board of Directors is the son of Masaharu Matsushita, Honorary Chairman of the Board of Directors and Executive Advisor, Member of the Board.

The following table shows information about Panasonic's Executive Officers as of June 25, 2010, including their positions and responsibilities.

| Name | Positions and responsibilities |
|------|------|
| Kazuhiro Tsuga | Managing Executive Officer<br>President, Automotive Systems Company |
| Takumi Kajisha | Managing Executive Officer<br>In charge of Corporate Communications |
| Ikuo Miyamoto | Managing Executive Officer<br>Director, Corporate Management Division for Asia and Oceania /<br>Managing Director, Panasonic Asia Pacific Pte. Ltd. |
| Yoshiiku Miyata | Managing Executive Officer<br>Senior Vice President, AVC Networks Company /<br>Director, Visual Products and Display Devices Business Group |
| Yutaka Takehana | Managing Executive Officer |

Representative in Kansai / in charge of Corporate Risk Management and
Corporate Information Security

Table of Contents

- 57 -

| Name | Positions and responsibilities |
| --- | --- |
| Toshiaki Kobayashi | Managing Executive Officer<br>President, Panasonic Electronic Devices Co., Ltd. |
| Masaaki Fujita | Executive Officer<br>In charge of Global Procurement and Global Logistics |
| Yoshihisa Fukushima | Executive Officer<br>In charge of Intellectual Property |
| Naoto Noguchi | Executive Officer<br>President, Energy Company |
| Osamu Waki | Executive Officer<br>President, Panasonic Mobile Communications Co., Ltd. |
| Joseph Taylor | Executive Officer<br>Chairman & CEO, Panasonic Corporation of North America |
| Jun Ishii | Executive Officer<br>President, Panasonic Consumer Marketing Co., Ltd. |
| Toshiro Kisaka | Executive Officer<br>Director, Corporate Management Division for China and Northeast Asia /<br>Chairman, Panasonic Corporation of China |
| Masato Tomita | Executive Officer<br>Director, Corporate Management Division for CIS, the Middle East & Africa |
| Hideaki Kawai | Executive Officer<br>General Manager, Corporate Finance & IR Group /<br>In charge of Global Finance Administration Center |
| Takeshi Uenoyama | Executive Officer<br>In charge of Device Technology |
| Shiro Nishiguchi | Executive Officer<br>Director, Corporate Marketing Division for Digital AVC Products, Consumer<br>Products Marketing |
| Yoshiyuki Miyabe | Executive Officer<br>In charge of Digital Network & Software Technology |
| Laurent Abadie | Executive Officer<br>Director, Corporate Management Division for Europe /<br>Chairman & CEO, Panasonic Europe Ltd. |
| Yorihisa Shiokawa | Executive Officer<br>COO, Panasonic Europe Ltd. /<br>Managing Director, Panasonic Marketing Europe GmbH |
| Yoshio Ito | Executive Officer<br>President, Lighting Company |
| Hidetoshi Osawa | Executive Officer |

Director, Corporate Communications Division

Table of Contents

- 58 -

| Name | Positions and responsibilities |
| --- | --- |
| Yoshiaki Nakagawa | Executive Officer<br>General Manager, Corporate Planning Group |
| Mamoru Yoshida | Executive Officer<br>Senior Vice President, AVC Networks Company /<br>Director, Network Business Group |
| Tsuyoshi Nomura | Executive Officer<br>Director, Corporate Manufacturing Innovation Division |
| Nobuharu Akamine | Executive Officer<br>Senior Vice President, System Networks Company and Executive Senior<br>Vice President, Panasonic System Networks Co., Ltd. |
| Kuniaki Okahara | Executive Officer<br>Director, Corporate Engineering Quality Administration Division |
| Yukio Nakashima | Executive Officer<br>Director, Home Appliances and Wellness Products Marketing Division,<br>Consumer Products Marketing |

(Directors who concurrently serve as Executive Officers are not included in the above list.)

**B.   Compensation**

The aggregate amounts of remunerations, including equity compensation such as stock options, bonuses, and other financial benefits given in consideration of performance of duties (collectively, the "remunerations"), paid by the Company during fiscal 2010 to 21 Directors (other than Outside Directors) and 2 Corporate Auditors (other than Outside Corporate Auditors) for services in all capacities were 931 million yen and 63 million yen, respectively. The amounts of remunerations for 2 Outside Directors and 3 Outside Corporate Auditors were 26 million yen and 39 million yen, respectively, in fiscal 2010.

The amounts of remunerations for Mr. Kunio Nakamura, Chairman of the Board of Director, and Mr. Fumio Ohtsubo, President and Director, were 122 million yen and 105 million yen, respectively, in fiscal 2010.

Under the Company Law, the maximum amounts of remunerations of directors and corporate auditors of Japanese joint stock corporations, except for a "joint stock corporation with specified committees," must be approved at a general meeting of shareholders if the articles of incorporation of the company do not provide about remunerations of directors and corporate auditors. Companies must also obtain the approval at a general meeting of shareholders to change such maximum amounts. Therefore, the remuneration of the directors and corporate auditors are subject to the approval of shareholders if the articles of incorporation of the company do not prescribe such items. The maximum total amounts of remunerations for Directors and Corporate Auditors of the Company is therefore determined by a resolution at a general meeting of shareholders, because the Articles of Incorporation of the Company do not provide such items, and thus remunerations of Directors and Corporate Auditors of the Company are under the oversight of shareholders. The remuneration amount for each Director is determined by the Company's Representative Directors who are delegated

to do so by the Board of Directors, and the amount of remuneration for each Corporate Auditor is determined upon discussions amongst Corporate Auditors.

The amounts of the remuneration and bonuses of Directors are linked to individual performance based on Capital Cost Management (CCM), sales and $CO_2$ emissions (an environmental management indicator). By implementing this new performance evaluation criteria based on shareholder interests, the Company intends to promote continuous growth and enhance profitability on a long-term basis for the Panasonic Group as a whole.

Table of Contents

- 59 -

**C.  Board Practices**

For information on the Company's Directors and Corporate Auditors, see Section A of this Item 6.

The rights of ADR holders, including their rights relating to corporate governance practices, are governed by the Amended and Restated Deposit Agreement dated as of December 11, 2000, as amended by Amendment No.1 dated as of October 1, 2008 (incorporated by reference to the Registration Statements on Form F-6 (File Nos. 333-12694 and 333-133099) filed on October 4, 2000 and September 30, 2008, respectively).

**D.  Employees**

The following table lists the number of full-time employees of Panasonic as of March 31, 2010, 2009 and 2008.

|  | 2010 | 2009 | 2008 |
|---|---|---|---|
| Employees: |  |  |  |
| Domestic | 152,853 | 132,144 | 135,563 |
| Overseas | 231,733 | 160,106 | 170,265 |
| Total | 384,586 | 292,250 | 305,828 |

Most regular Company employees in Japan, except management personnel, are members of unions that belong to the Panasonic Workers Unions. As is customary in Japan, the Company negotiates annually with the unions and revises annual wage. The annual bonuses of unionized employees are determined in consideration of the Company's performance of the previous year. The Company also renews the terms and conditions of labor contracts, other than those relating to wages and bonuses, every other year. In recent years, the Company has introduced in Japan new comprehensive employment and personnel systems to satisfy the diverse needs of employees.

Such systems include an individual performance-oriented annual salary system, a regional-based employee remuneration system and an alternative payment system under which employees can receive retirement and fringe benefits up front in addition to their semiannual bonuses. During the last few years, the Company and its several subsidiaries have also implemented special early retirement programs for employees who wished to pursue careers outside the Company. For a quarter century, Panasonic has not experienced any major labor strikes or disputes. The Company considers its labor relations to be excellent.

**E.  Share Ownership**

(1)  The following table lists the number of shares owned by the Directors and Corporate Auditors of the Company as of June 25, 2010. The total is 17,941,334 shares constituting 0.87% of all issued and outstanding shares of the Company's common stock, excluding its own stock.

| Name | Position | Number of Panasonic Shares Owned as of June 25, 2010 |
|---|---|---|
| Kunio Nakamura | Chairman of the Board of Directors | 81,000 |
| Masayuki Matsushita | Vice Chairman of the Board of Directors | 7,913,000 |

| | | |
|---|---|---:|
| Fumio Ohtsubo | President and Director | 56,000 |
| Toshihiro Sakamoto | Executive Vice President and Director | 35,878 |
| Takahiro Mori | Executive Vice President and Director | 32,460 |
| Yasuo Katsura | Executive Vice President and Director | 23,816 |
| Hitoshi Otsuki | Senior Managing Director | 15,200 |
| Ken Morita | Senior Managing Director | 19,550 |
| Ikusaburo Kashima | Senior Managing Director | 15,100 |
| Junji Nomura | Senior Managing Director | 15,900 |
| Yoshihiko Yamada | Managing Director | 21,161 |
| Kazunori Takami | Managing Director | 14,700 |
| Makoto Uenoyama | Managing Director | 22,800 |
| Masatoshi Harada | Managing Director | 15,100 |
| Ikuo Uno | Director | 0 |
| Masayuki Oku | Director | 1,050 |
| Masashi Makino | Director | 12,400 |
| Takashi Toyama | Director | 16,400 |
| Masaharu Matsushita | Honorary Chairman of the Board of Directors and Executive Advisor, Member of the Board | 9,598,000 |
| Kenichi Hamada | Senior Corporate Auditor | 13,154 |
| Masahiro Seyama | Senior Corporate Auditor | 15,665 |
| Yasuo Yoshino | Corporate Auditor | 3,000 |
| Ikuo Hata | Corporate Auditor | 0 |
| Hiroyuki Takahashi | Corporate Auditor | 0 |
| Total | | 17,941,334 |

Table of Contents

- 60 -

(2)   The full-time employees of the Company and its major subsidiaries in Japan are eligible to participate in the Panasonic Corporation Employee Shareholding Association, whereby participating employees contribute a certain portion of their salaries to the Association and the Association purchases shares of the Company's common stock on their behalf. The Company provides the subsidy in proportion to the number of points that each employee selects to exchange within certain limitations under the "Cafeteria Plan," the Company's flexible benefit plan. Under the Cafeteria Plan, each employee is allotted a certain number of points based on prescribed standards, which he or she may exchange for various benefits, including the Company's subsidy for contributions to the Association, subsidies for rental housing, subsidies for asset building savings, educational assistance, hotel accommodations, etc. As of March 31, 2010, the Association owned 40,192 thousand shares of the Company's common stock constituting 1.94% of all issued and outstanding shares of the Company's common stock, excluding treasury stock.

## Item 7.   Major Shareholders and Related Party Transactions

## A.   Major Shareholders

(1)   To the knowledge of the Company, no shareholders beneficially own more than five percent of the Company's common stock, which is the only class of stock it has issued.

The shareholders that owned more than five percent of the Company's common stock on the register of shareholders as of March 31, 2010 were The Master Trust Bank of Japan, Ltd. (trust account) and Moxley & Co., which are securities processing services companies. The Company understands that these shareholders are not the beneficial owners of the Company's common stock, but the Company does not have available further information concerning such beneficial ownership by these shareholders. The ten largest shareholders of record and their share holdings as of March 31, 2010 are as follows:

| Name | Share ownership (in thousands of shares) | Percentage of total issued shares |
|---|---|---|
| The Master Trust Bank of Japan, Ltd. (trust account) | 112,992 | 5.45% |
| Moxley & Co. | 103,982 | 5.02 |
| Japan Trustee Services Bank, Ltd. (trust account) | 95,565 | 4.61 |
| Nippon Life Insurance Company | 67,000 | 3.23 |
| Sumitomo Mitsui Banking Corporation | 57,024 | 2.75 |
| Panasonic Employee Shareholding Association | 40,192 | 1.94 |
| State Street Bank and Trust Co. | 33,827 | 1.63 |
| Mitsui Sumitomo Insurance Co., Ltd. | 32,605 | 1.57 |
| Sumitomo Life Insurance Co. | 31,382 | 1.51 |
| Daikin Industries, Ltd. | 28,605 | 1.38 |

*  Holdings of less than 1,000 shares have been omitted.
*  Percentage of total issued shares is calculated excluding the Company's own shares (382,448,008).

Table of Contents

- 61 -

(2)   As of March 31, 2010, approximately 15.16% of the Company's common stock was owned by 154 United States shareholders, including the ADR Depositary's nominee, Moxley & Co., considered as one shareholder of record, owning approximately 5.02% of the total common stock.

(3)   Panasonic is not, directly or indirectly, owned or controlled by other corporations, by the Japanese government or any foreign government or by any natural or legal person or persons severally or jointly.

(4)   As far as is known to the Company, there is no arrangement, the operation of which may at a subsequent date result in a change in control of Panasonic.

**B.   Related Party Transactions**

In the ordinary course of the Company's business, it has entered into transactions with certain of its related parties, but none of such transactions that were entered into during the year ended March 31, 2010 was material to the Company or to any such related party.

There are 232 associated companies under the equity method and the Company had 0.3 billion yen of loan receivable from an associated company under the equity method as of March 31, 2010.

Tokyo Interbank Offered Rate at the end of quarterly period plus 0.75% is applied for this loan receivable and revises quarterly. The Company has started to offer this loan since January 2009 as one of the major shareholders.

**C.   Interests of Experts and Counsel**

Not applicable

**Item 8.      Financial Information**

**A.   Consolidated Statements and Other Financial Information**

(1)   Consolidated Statements

Refer to Consolidated Financial Statements and Notes to Consolidated Financial Statements (see Item 18).

Finished goods and materials sent out of Japan are mainly bound for consolidated subsidiaries of the Panasonic Group, and are not, therefore, recorded as exports on a consolidated basis. For this reason, the proportion of exports to total net sales is not significant.

(2)   Legal Proceedings

There are some legal actions and administrative investigations against Panasonic. Management is of the opinion that damages, based on the information currently available, if any, resulting from these actions will not have a material effect on Panasonic's results of operations or financial position.

Table of Contents

- 62 -

(3)    Dividend Policy

Since its establishment, Panasonic has managed its businesses under the concept that returning profits to shareholders is one of its most important policies. In accordance with this basic stance, the Company has implemented a proactive and comprehensive profit return to shareholders. From the perspective of return on the capital investment made by shareholders, Panasonic, in principle, distributes profits to shareholders based on its business performance and is aiming for stable and continuous growth in dividends, targeting a dividend payout ratio of between 30% and 40% with respect to consolidated net income. Regarding share buybacks, the Company is repurchasing its own shares as it considers appropriate, taking comprehensively into consideration strategic investments and the Company's financial condition, with the aim of increasing shareholder value per share and return on capital.

The Company regrettably recorded a net loss for the second year running in fiscal 2010. In order to quickly improve its performance and achieve growth in the years ahead, Panasonic is working urgently to strengthen its management foundations from a business and financial perspective. In light of the Company's circumstances and due to the emphasis it puts on stable returns to shareholders, Panasonic paid an interim dividend of 5 yen per share on November 30, 2009 and paid a year-end dividend of 5 yen per share on May 31, 2010, making a total annual cash dividend of 10 yen per share. In fiscal 2010, the Company did not repurchase its own shares, except for acquiring fractions of a trading unit and other minor transactions. Although Panasonic expects severe business conditions to continue, the Company will strive to improve its performance as soon as possible and distribute earnings to shareholders.

(4)    Initiatives to Maximize Shareholder Value

On April 28, 2005, the Board of Directors resolved to adopt a policy related to a Large-scale Purchase of the Company's shares called the Enhancement of Shareholder Value (ESV) Plan. The ESV Plan has been approved at every Board of Directors meeting since then. On May 7, 2010, the Board of Directors resolved to continue the ESV Plan.

With respect to a Large-scale Purchaser who intends to acquire 20% or more of all voting rights of the Company, this policy requires that (i) a Large-scale Purchaser provides sufficient information, such as its outline, purposes or conditions, the basis for determination of the purchase price and funds for purchase, and management policies and business plans which the Large-scale Purchaser intends to adopt after the completion of the Large-scale Purchase, to the Board of Directors before a Large-scale Purchase is to be conducted and (ii) after all required information is provided, the Board of Directors should be allowed a sufficient period of time (a sixty-day period or a ninety-day period) for consideration.

The Board of Directors intends to assess and examine any proposed Large-scale Purchase after the information on such purchase is provided, and subsequently to disclose the opinion of the Board of Directors and any other information needed to assist shareholders in making their decisions. The Board of Directors may negotiate with the Large-scale Purchaser regarding purchase conditions or suggest alternative plans to shareholders, if it is deemed necessary.

If a Large-scale Purchaser does not comply with the rules laid out in the ESV Plan, the Company's Board of Directors may take countermeasures against the Large-scale Purchaser to protect the interests of all shareholders. Countermeasures include the implementation of stock splits, issuance of stock acquisition rights (including allotment of share options without contribution) or any other measures

that the Board of Directors is permitted to take under the Company Law in Japan, other laws and the Company's Articles of Incorporation.

If a Large-scale Purchaser complies with the Large-scale Purchase rules, the Board of Directors does not intend to prevent the Large-scale Purchase at its own discretion, unless it is clear that such Large-scale Purchase will cause irreparable damage or loss to the Company.

The Board of Directors will make decisions relating to countermeasures by referring to advice from outside professionals, such as lawyers and financial advisers, and fully respect the opinions of outside directors and statutory corporate auditors.

When invoking the aforementioned countermeasures, if the Company's Board of Directors decides that it is appropriate to confirm the will of shareholders from the perspective of the interest of all shareholders, a general meeting of shareholders will be held. If the Company's Board of Directors decides to hold a general meeting of shareholders, it will give notice to that effect as well as the reasons for such a meeting at that time.

Table of Contents

- 63 -

The Board of Directors will adopt specific countermeasures which it deems appropriate at that time. If the Board of Directors elects to make a stock split for shareholders as of a certain record date, the maximum ratio of the stock split shall be five-for-one. If the Board of Directors elects to issue stock acquisition rights to shareholders, the Company will issue one stock acquisition right for every share held by shareholders on a specified record date. One share shall be issued on the exercise of each stock acquisition right.

If the Board of Directors elects to issue stock acquisition rights as a countermeasure, it may determine the exercise period and exercise conditions of the stock acquisition rights in consideration of the effectiveness thereof as a countermeasure, such as the condition that shareholders do not belong to a specific group of shareholders including a Large-scale Purchaser, as well as the conditions that allow the Company to acquire share options by swapping Company stock with a party other than the Large-scale Purchaser. The Company recognizes that the aforementioned countermeasures may cause damage or loss, economic or otherwise, to a prospective Large-scale Purchaser who does not comply with the Large-scale Purchase Rules.

The Company does not anticipate that taking such countermeasures will cause shareholders, other than the Largescale Purchaser, economic damage or loss of any rights. However, in the event that the Board of Directors determines to take a specific countermeasure, the Board of Directors will disclose such countermeasure in a timely and appropriate manner, pursuant to relevant laws and stock exchange regulations. The terms of office of all Directors are for one year, and they are elected at an annual general meeting of shareholders in June of each year. All of the two Outside Directors and three Outside Corporate Auditors are notified to the Japanese stock exchanges as "independent directors/corporate auditors" pursuant to the regulations of the Japanese stock exchanges and are likely to have any conflict of interests with our shareholders. Panasonic's Board of Directors intends to review the Large-scale Purchase Rules, as necessary, for reasons including amendments to applicable legislation. Any such review would be conducted strictly in the interests of all shareholders.

For further details about the ESV Plan, please see the press release issued on May 7, 2010 at the Company's Web site:
http://panasonic.co.jp/corp/news/official.data/data.dir/en100507-8/en100507-8-1.pdf

**B.   Significant Changes**

No significant changes have occurred since the date of the annual financial statements included in this annual report.

**Item 9.      The Offer and Listing**

**A.   Offer and Listing Details**

The primary market for the Company's common stock (Common Stock) is the Tokyo Stock Exchange (TSE). The Common Stock is traded on the First Section of the TSE and is also listed on two other stock exchanges (Osaka and Nagoya) in Japan. In the United States, the Company's American Depositary Shares (ADSs) have been listed on and traded in the NYSE in the form of American Depositary Receipts (ADRs). There may from time to time be a differential between the Common Stock's price on exchanges outside the United States and the market price of ADSs in the United States.

Panasonic delisted its shares from Amsterdam Stock Exchange in June 2006 and Frankfurt Stock

Exchange in August 2006.

ADRs were originally issued pursuant to a Deposit Agreement dated as of April 28, 1970, as amended from time to time (Deposit Agreement), among the Company, the Depositary for ADRs, and the holders of ADRs. The current Depositary for ADRs is JPMorgan Chase Bank, N.A., which succeeded to this business from Morgan Guaranty Trust Company of New York upon their merger. Effective December 11, 2000, Panasonic again revised its ADR Deposit Agreement and executed a 10:1 ADS ratio change. As a result, one ADS now represents one share of Common Stock. ADRs evidence ADSs that represent the underlying Common Stock deposited under the Deposit Agreement with Sumitomo Mitsui Banking Corporation, as agent of the Depositary.

Table of Contents

- 64 -

The following table sets forth for the periods indicated the reported high and low prices of the Company's Common Stock on the TSE, and the reported high and low composite prices of the Company's ADSs on the NYSE:

| | Tokyo Stock Exchange | | New York Stock Exchange | |
| | Price per Share of Common Stock (yen) | | Price per American Depositary Share (dollars)* | |
| Fiscal Year ended March 31 | High | Low | High | Low |
| --- | --- | --- | --- | --- |
| 2006 | 2,650 | 1,485 | 22.68 | 14.19 |
| 2007 | 2,870 | 2,080 | 25.14 | 17.70 |
| 2008 | 2,585 | 1,912 | 22.59 | 16.63 |
| 2009 | 2,515 | 1,000 | 24.38 | 10.60 |
| 2010 | 1,585 | 1,062 | 17.19 | 10.77 |
| 2009 | | | | |
| 1st quarter | 2,515 | 2,000 | 24.38 | 19.71 |
| 2nd quarter | 2,380 | 1,774 | 22.02 | 16.54 |
| 3rd quarter | 1,882 | 1,000 | 17.66 | 10.91 |
| 4th quarter | 1,322 | 1,016 | 13.74 | 10.60 |
| 2010 | | | | |
| 1st quarter | 1,510 | 1,070 | 15.37 | 10.77 |
| 2nd quarter | 1,541 | 1,175 | 16.60 | 12.76 |
| 3rd quarter | 1,356 | 1,062 | 14.80 | 12.40 |
| 4th quarter | 1,585 | 1,228 | 17.19 | 13.72 |

| | Tokyo Stock Exchange | | New York Stock Exchange | |
| | Price per Share of Common Stock (yen) | | Price per American Depositary Share (dollars)* | |
| Most recent 6 months | High | Low | High | Low |
| --- | --- | --- | --- | --- |
| December 2009 | 1,356 | 1,080 | 14.80 | 12.97 |
| January 2010 | 1,585 | 1,325 | 17.19 | 14.49 |
| February 2010 | 1,502 | 1,228 | 16.41 | 13.72 |
| March 2010 | 1,449 | 1,234 | 15.62 | 13.75 |
| April 2010 | 1,480 | 1,345 | 15.72 | 14.42 |
| May 2010 | 1,348 | 1,123 | 14.70 | 12.35 |

\* The prices of ADSs are based upon reports by the NYSE, with all fractional figures rounded up to the nearest two decimal points.

Table of Contents

- 65 -

**B.    Plan of Distribution**

Not applicable

**C.    Markets**

See Section A of this Item 9.

**D.    Selling Shareholders**

Not applicable

**E.    Dilution**

Not applicable

**F.    Expenses of the Issue**

Not applicable

Table of Contents

- 66 -

## Item 10.    Additional Information

### A.    Share Capital

Not applicable

### B.    Memorandum and Articles of Association

<u>Organization</u>

The Company is a joint stock corporation *(kabushiki kaisha)* incorporated in Japan under the Company Law *(kaishaho)* of Japan (Company Law). The Company is registered in the Commercial Register *(shogyo tokibo)* maintained by the Moriguchi Branch Office of the Osaka Legal Affairs Bureau.

<u>Objects and Purposes</u>

Article 3 of the Articles of Incorporation of the Company provides that its purpose is to engage in the following lines of business:

1.    manufacture and sale of electric machinery and equipment, communication and electronic equipment, as well as lighting equipment;

2.    manufacture and sale of gas, kerosene and kitchen equipment, as well as machinery and equipment for building and housing;

3.    manufacture and sale of machinery and equipment for office and transportation, as well as for sales activities;

4.    manufacture and sale of medical, health and hygienic equipment, apparatus and material;

5.    manufacture and sale of optical and precision machinery and equipment;

6.    manufacture and sale of batteries, battery-operated products, carbon and manganese and other chemical and metal products;

7.    manufacture and sale of air conditioning and anti-pollution equipment, as well as industrial machinery and equipment;

8.    manufacture and sale of other machinery and equipment;

9.    engineering and installation of machinery and equipment related to any of the preceding items as well as engineering and performance of and contracting for other construction work;

10.    production and sale of software;

11.    sale of iron and steel, nonferrous metals, minerals, oil, gas, ceramics, paper, pulp, rubber, leather, fibre and their products;

12.    sale of foods, beverages, liquor and other alcoholics, agricultural, livestock, dairy and marine produces, animal feed and their raw materials;

13.    manufacture and sale of drugs, quasi-drugs, cosmetics, fertilizer, poisonous and deleterious

substance and other chemical products;

Table of Contents

- 67 -

14.   manufacture and sale of buildings and other structures and components thereof;

15.   motion picture and musical entertainment business and promotion of sporting events;

16.   export and import of products, materials and software mentioned in each of the preceding items (other than item 9);

17.   providing repair and maintenance services for the products, goods and software mentioned in each of the preceding items for itself and on behalf of others;

18.   provision of information and communication services, and broadcasting business;

19.   provision of various services utilizing the Internet including Internet access and e-commerce;

20.   business related to publishing, printing, freight forwarding, security, maintenance of buildings, nursing care, dispatch of workers, general leasing, financing, non-life insurance agency and buying, selling, maintaining and leasing of real estate;

21.   investment in various businesses;

22.   accepting commission for investigations, research, development and consulting related to any of the preceding items; and

23.   all other business or businesses incidental or related to any of the preceding items.

<u>Directors</u>

Each Director (other than an outside Director) has executive powers and duties to manage the affairs of the Company and each Representative Director, who is elected from among the Directors by the Board of Directors, has the statutory authority to represent the Company in all respects. Under the Company Law, the Directors must refrain from engaging in any business competing with the Company unless approved by the Board of Directors and any Director who has a special interest in the subject matter of a resolution to be taken by the Board of Directors cannot vote on such resolution. Under the Company Law, the maximum total amounts of remunerations must be approved at a general meeting of shareholders. The Company must also obtain the approval at a general meeting of shareholders to change such maximum amounts. Within such authorized amounts, the remuneration amount for each Director is determined by Representative Director who is delegated to do so by the Board of Directors, and the amount of remuneration for each Corporate Auditor is determined upon discussions amongst the Corporate Auditors.

Except as stated below, neither the Company Law nor the Company's Articles of Incorporation make special provisions as to the Directors' or Corporate Auditors' power to vote in connection with their own compensation or retirement age, the borrowing power exercisable by a Representative Director (or a Director who is given power by a Representative Director to exercise such power), or requirements to hold any shares of Common Stock of the Company. Under the Company Law, the Company is required to obtain resolutions of the Board of Directors in specific circumstances, e.g. for a company to acquire or dispose of material assets; to borrow a substantial amount of money; to appoint or dismiss important employees such as a manager; to establish, change or abolish material corporate organizations such as a branch office; to determine such material conditions for offering of corporate bonds as set forth in the ordinances of the Ministry of Justice; to establish and maintain the internal control system to secure legitimate performance of duties of Directors as set forth in the

ordinances of the Ministry of Justice; and to exempt a Director or Corporate Auditor from the liability for his/her actions under Article 423, Paragraph 1 of the Company Law pursuant to Article 426, Paragraph 1 of the Company Law.

The Regulations of the Board of Directors of the Company require a resolution of the Board of Directors for the Company to borrow a large amount of money or to give a guarantee in a large amount. There is no statutory requirement as to what constitutes a "large" amount in these contexts. However, it has been the general practice of the Company's Board of Directors to adopt a resolution for a borrowing in an amount not less than 10 billion yen or its equivalent.

Table of Contents

- 68 -

Common Stock

*General*

Except as otherwise stated, set forth below is information relating to the Company's Common Stock, including brief summaries of the relevant provisions of the Company's Articles of Incorporation and Share Handling Regulations, as currently in effect, and of the Company Law and related regulations.

Effective on January 5, 2009, a new central book-entry transfer system for listed shares of Japanese companies was established pursuant to the Law Concerning Book-Entry Transfer of Corporate Bonds, Shares etc. and regulations thereunder (collectively, the "Book-entry Transfer Law"), and this system is applied to the shares of Common Stock of the Company. Under this system, shares of all Japanese companies listed on any Japanese stock exchange are dematerialized, and shareholders of listed shares must have accounts at account management institutions to hold their shares unless such shareholder has an account at Japan Securities Depository Center, Inc. ("JASDEC"), the only institution that is designated by the relevant authorities as a clearing house under the Book-entry Transfer Law. "Account management institutions" are financial instruments business operators (i.e., securities companies), banks, trust companies and certain other financial institutions which meet the requirements prescribed by the Book-entry Transfer Law. Transfer of the shares of Common Stock of the Company is effected exclusively through entry in the records maintained by JASDEC and the account management institutions, and title to the shares passes to the transferee at the time when the transfer of the shares is recorded at the transferee's account at an account management institution. The holder of an account at an account management institution is presumed to be the legal holder of the shares recorded in such account.

Under the Company Law and the Book-entry Transfer Law, in order to assert shareholders' rights to which shareholders as of record dates are entitled (such as the rights to vote at a general meeting of shareholders or receive dividends) against the Company, a shareholder must have its name and address registered in the Company's register of shareholders. Under the central book-entry transfer system, shareholders shall notify the relevant account management institutions of certain information prescribed under the Book-entry Transfer Law and the Company's Share Handling Regulations, including their names and addresses, and the registration on the register of shareholders is made upon receipt by the Company of necessary information from JASDEC (as described in "– Record date"). On the other hand, in order to assert, directly against the Company, shareholders' rights to which shareholders are entitled regardless of record dates such as minority shareholders' rights, including the right to propose a matter to be considered at a general meeting of shareholders, excluding shareholders' rights to request the Company to purchase or sell shares constituting less than a full unit (as described in "– Unit share system"), JASDEC shall, upon the shareholder's request, issue a notice of certain information including the name and address of such shareholder to the Company. Thereafter, such shareholder is required to present the Company with a receipt of the request of the notice in accordance with the Company's Share Handling Regulations. Under the Book-entry Transfer Law, the shareholder shall exercise such shareholders' right within four weeks after the notice above has been given.

Non-resident shareholders are required to appoint a standing proxy in Japan or provide a mailing address in Japan. Each such shareholder must give notice of such standing proxy or mailing address to the relevant account management institution. Such notice will be forwarded to the Company through JASDEC. Japanese securities companies and commercial banks customarily act as standing proxies and provide related services for standard fees. Notices from the Company to non-resident shareholders

are delivered to such standing proxies or mailing addresses.

The registered holder of deposited shares underlying the American Depositary Shares (ADSs) is the Depositary for the ADSs. Accordingly, holders of ADSs will not be able to directly assert shareholders' rights against the Company.

### Authorized capital

Article 6 of the Articles of Incorporation of the Company provides that the total number of shares authorized to be issued by the Company is four billion nine hundred and fifty million (4,950,000,000) shares.

As of March 31, 2010, 2,453,053,497 shares of Common Stock were issued. All shares of Common Stock of the Company have no par value. All issued shares of the Company are fully-paid and non-assessable.

Table of Contents

- 69 -

### *Distribution of Surplus*

#### *Distribution of Surplus – General*

Under the Company Law, dividends shall be paid by way of distribution of Surplus ("Surplus" is defined in "– Restriction on Distributions of Surplus") in cash or in kind.

The Company may make distributions of Surplus to the shareholders any number of times per business year, subject to certain limitations described in "– Restriction on Distributions of Surplus." Distributions of Surplus need, in principle, to be declared by a resolution of a general meeting of shareholders, but the Company may also authorize distributions of Surplus by a resolution of the Board of Directors as long as its non-consolidated annual financial statements for the last business year fairly present its assets and profit or loss, as required by ordinances of the Ministry of Justice.

Distributions of Surplus may be made in cash or in kind in proportion to the number of shares of Common Stock of the Company held by respective shareholders. A resolution of a general meeting of shareholders or the Board of Directors, as the case may be, authorizing a distribution of Surplus must specify the kind and aggregate book value of the assets to be distributed, the manner of allocation of such assets to shareholders, and the effective date of the distribution. If a distribution of Surplus is to be made in kind, the Company may, pursuant to a resolution of a general meeting of shareholders or the Board of Directors, as the case may be, grant a right to the shareholders to require the Company to make such distribution in cash instead of in kind. If no such right is granted to shareholders, the relevant Distribution of Surplus must be approved by a special resolution of a general meeting of shareholders (see "Voting Rights" with respect to a "special resolution").

Under the Company's Articles of Incorporation, year-end dividends and interim dividends may be distributed to shareholders appearing in the Company's register of shareholders as of March 31 and September 30 each year respectively, in proportion to the number of shares of the Common Stock of the Company held by respective shareholders following approval by the general meeting of shareholders or the Board of Directors. The Company is not obliged to pay any dividends in cash which have not been received within three years from the commencement of payment thereof. In Japan, the ex-dividend date and the record date for dividends precede the date when the amount of the dividends to be paid is determined by the Company. The shares of common stock generally go ex-dividend on the second business day prior to the record date for dividends.

#### *Distribution of Surplus – Restriction on Distributions of Surplus*

In making a distribution of Surplus, the Company must, until the sum of its additional paid-in capital and legal reserve reaches one-quarter of its stated capital, set aside to its additional paid-in capital and/or legal reserve an amount equal to one-tenth of the amount of Surplus so distributed.

Table of Contents

- 70 -

The amount of Surplus at any given time must be calculated in accordance with the following formula:

A + B + C + D − (E + F + G)

In the above formula:

"A"=   the total amount of other capital surplus and other retained earnings, each such amount being that appearing on the non-consolidated balance sheet as of the end of the last business year

"B"=   (if the Company has disposed of its treasury stock after the end of the last business year) the amount of the consideration for such treasury stock received by the Company less the book value thereof

"C"=   (if the Company has reduced its stated capital after the end of the last business year) the amount of such reduction less the portion thereof that has been transferred to additional paid-in capital or legal reserve (if any)

"D"=   (if the Company has reduced its additional paid-in capital or legal reserve after the end of the last business year) the amount of such reduction less the portion thereof that has been transferred to stated capital (if any)

"E"=   (if the Company has cancelled its treasury stock after the end of the last business year) the book value of such treasury stock

"F"=   (if the Company has distributed Surplus to its shareholders after the end of the last business year) the total book value of the Surplus so distributed

"G"=   certain other amounts set forth in ordinances of the Ministry of Justice, including (if the Company has reduced Surplus and thereby increased its stated capital, additional paid-in capital or legal reserve after the end of the last fiscal year) the amount of such reduction and (if the Company has distributed Surplus to the shareholders after the end of the last business year) the amount set aside from such Surplus to additional paid-in capital or legal reserve (if any) as required by ordinances of the Ministry of Justice.

The aggregate book value of Surplus to be distributed by the Company may not exceed a prescribed distributable amount (the "Distributable Amount"), as calculated on the effective date of such distribution. The Distributable Amount at any given time shall be equal to the amount of Surplus less the aggregate of the followings:

(a)   the book value of its treasury stock;

(b)   the amount of consideration for any of treasury stock disposed of by the Company after the end of the last business year; and

(c)   certain other amounts set forth in ordinances of the Ministry of Justice, including (if the sum of one-half of goodwill and the deferred assets exceeds the total of stated capital, additional paid-in capital and legal reserve, each such amount being that appearing on the non-consolidated balance sheet as of the end of the last business year) all or certain part of such exceeding amount as calculated in accordance with the ordinances of the Ministry of Justice.

The Company, for the fiscal year ended March 31, 2010, elected to become a company with respect to

which consolidated balance sheets should be considered in the calculation of the Distributable Amount *(renketsu haito kisei tekiyo kaisha)* as described below. If a company has become at its option a company with respect to which consolidated balance sheets should also be considered in the calculation of the Distributable Amount, a company shall, in calculating the Distributable Amount, further deduct from the amount of Surplus the excess amount, if any, of (x) the total amount of stockholders' equity appearing on the non-consolidated balance sheet as of the end of the last business year and certain other amounts set forth by ordinances of the Ministry of Justice over (y) the total amount of stockholders' equity and certain other amounts set forth by ordinances of the Ministry of Justice appearing on the consolidated balance sheet as of the end of the last business year.

Table of Contents

- 71 -

If the Company has prepared interim financial statements as described below, and if such interim financial statements have been approved by the Board of Directors or, if so required by the Company Law, by a general meeting of shareholders, then the Distributable Amount must be adjusted to take into account the amount of profit or loss, and the amount of consideration for any of the treasury stock disposed of by the Company, during the period in respect of which such interim financial statements have been prepared. The Company may prepare non-consolidated interim financial statements consisting of a balance sheet as of any date subsequent to the end of the last business year and an income statement for the period from the first day of the current business year to the date of such balance sheet. Interim financial statements so prepared by the Company must be audited by the Corporate Auditors and the Accounting Auditor, as required by ordinances of the Ministry of Justice.

*Stock splits*

The Company may at any time split shares in issue into a greater number of shares by resolution of the Board of Directors, and may in principle amend its Articles of Incorporation to increase the number of authorized shares to be issued in proportion to the relevant stock split pursuant to a resolution of the Board of Directors rather than a special shareholders resolution (as defined in "Voting Rights") as is otherwise required for amending the Articles of Incorporation.

When a stock split is to be made, the Company must give public notice of the stock split, specifying the record date therefor, at least two weeks prior to such record date. Under the central book-entry transfer system operated by JASDEC, the Company must also give notice to JASDEC regarding a stock split at least two weeks prior to the relevant effective date. On the effective date of the stock split, the number of shares recorded in all accounts held by the Company's shareholders at account managing institutions or JASDEC will be increased in accordance with the applicable ratio.

*Consolidation of shares*

The Company may at any time consolidate shares in issue into a smaller number of shares by a special shareholders resolution (as defined in "–Voting Rights"). When a consolidation of shares is to be made, the Company must give public notice or notice to each shareholder at least two weeks prior to the effective date of the consolidation of shares. Under the central book-entry transfer system operated by JASDEC, the Company must also give notice to JASDEC regarding a consolidation of shares at least two weeks prior to the effective date of the consolidation of shares. On the effective date of the consolidation of shares, the number of shares recorded in all accounts held by the Company's shareholders at account managing institutions or JASDEC will be decreased in accordance with the applicable ratio. The Company must disclose the reason for the consolidation of shares at the general meeting of shareholders.

*General meeting of shareholders*

The ordinary general meeting of shareholders of the Company for each fiscal year is normally held in June in each year. In addition, the Company may hold an extraordinary general meeting of shareholders whenever necessary by giving notice of convocation thereof at least two weeks prior to the date set for the meeting.

Notice of convocation of a shareholders' meeting setting forth the place, time, purpose thereof and certain matters set forth in the Company Law and the ordinances of the Ministry of Justice, must be mailed to each shareholder having voting rights (or, in the case of a non-resident shareholder, to his or her standing proxy or mailing address in Japan) at least two weeks prior to the date set for the

meeting. Under the Company Law, such notice may be given to shareholders by electronic means, subject to the consent of the relevant shareholders. The record date for exercising voting rights at the ordinary general meeting of shareholders is March 31 of each year.

Any shareholder or group of shareholders of the Company holding at least three percent of the total number of voting rights for a period of six months or more may require the convocation of a general meeting of shareholders for a particular purpose by showing such a purpose and reason for convocation to a Representative Director. Unless such shareholders' meeting is convened promptly or a convocation notice of a meeting which is to be held not later than eight weeks from the day of such demand is dispatched, the requiring shareholder may, upon obtaining a court approval, convene such shareholders'meeting.

Table of Contents

- 72 -

Any shareholder or group of shareholders of the Company holding at least 300 voting rights or one percent of the total number of voting rights for a period of six months or more may propose a matter to be considered at a general meeting of shareholders by showing such matter to a Representative Director at least eight weeks prior to the date of such meeting.

Under the Company Law, any of minimum percentages, time periods and number of voting rights necessary for exercising the minority shareholder rights described above may be decreased or shortened if the articles of incorporation of a joint stock corporation so provide.

### Voting rights

So long as the Company maintains the unit share system (see "Item 10.B. Memorandum and Articles of Association – <u>Common Stock</u> – *Unit share system*" below; currently 100 shares constitute one unit) a holder of shares constituting one or more full units is entitled to one voting right per unit of shares subject to the limitations on voting rights set forth in the following two sentences. Any corporate or certain other entity, one-quarter or more of whose total voting rights are directly or indirectly owned by the Company, may not exercise its voting rights with respect to shares of Common Stock of the Company that it owns. In addition, the Company may not exercise its voting rights with respect to its shares that it owns. If the Company eliminates from its Articles of Incorporation the provisions relating to the unit of shares, holders of Common Stock will have one voting right for each share they hold. Except as otherwise provided by law or by the Articles of Incorporation, a resolution can be adopted at a general meeting of shareholders by a majority of the number of voting rights of all the shareholders entitled to exercise their voting rights represented at the meeting. The Company Law and the Company's Articles of Incorporation provide, however, that the quorum for the election of Directors and Corporate Auditors shall not be less than one-third of the total number of voting rights of all the shareholders entitled to exercise their voting rights. The Company's shareholders are not entitled to cumulative voting in the election of Directors. Shareholders may exercise their voting rights through proxies, provided that the proxies are also shareholders holding voting rights. The Company's shareholders also may cast their votes in writing, or exercise their voting rights by electronic means pursuant to the method determined by the Board of Directors.

The Company Law and the Company's Articles of Incorporation provide that in order to amend the Articles of Incorporation and in certain other instances, including:

(1)   acquisition of its own shares from a specific party other than its subsidiaries;

(2)   consolidation of shares;

(3)   any offering of new shares at a "specially favorable" price (or any offering of stock acquisition rights to acquire shares of capital stock, or bonds with stock acquisition rights at "specially favorable" conditions) to any persons other than shareholders;

(4)   the removal of a Corporate Auditor;

(5)   the exemption of liability of a Director, Corporate Auditor or Accounting Auditor to a certain extent set forth in the Company Law;

(6)   a reduction of stated capital with certain exceptions in which just a usual resolution of shareholders is required or a shareholders' resolution is not required;

(7)   a distribution of in-kind dividends which meets certain qualifications;

(8)   dissolution, liquidation, merger, consolidation, or corporate split with certain exceptions in which a shareholders' resolution is not required;

(9)   the transfer of the whole or a material part of the business;

**Table of Contents**

- 73 -

(10)  the taking over of the whole of the business of any other corporation with certain exceptions in which a shareholders' resolution is not required; or

(11)  share exchange or share transfer for the purpose of establishing 100% parent-subsidiary relationships with certain exceptions in which a shareholders' resolution is not required;

the quorum shall be one-third of the total voting rights of all the shareholders and the approval by at least two-thirds of the voting rights of all the shareholders entitled to exercise their voting rights represented at the meeting is required (the "special shareholders resolutions").

Pursuant to the terms of the Amended and Restated Deposit Agreement relating to American Depositing Receipts (ADRs) evidencing ADSs, each ADS representing one share of Common Stock of the Company, as soon as practicable after receipt of notice of any meeting of shareholders of the Company, the Depositary (currently JPMorgan Chase Bank, N.A.) will mail to the record holders of ADRs a notice which will contain the information in the notice of the meeting. The record holders of ADRs on a date specified by the Depositary will be entitled to instruct the Depositary as to the exercise of the voting rights pertaining to the shares of Common Stock of the Company represented by their ADSs. The Depositary will endeavor, in so far as practicable, to vote the number of shares of Common Stock of the Company represented by such ADSs in accordance with such instructions. In the absence of such instructions, the Depositary has agreed to give a discretionary proxy to a person designated by the Company to vote in favor of any proposals or recommendations of the Company. However, such proxy may not be given with respect to any matter which the Company informs the Depositary that the Company does not wish such proxy given, or for any proposal that has, in the discretion of the Depositary, a materially adverse effect on the rights of shareholders of the Company.

### Issue of additional shares

Holders of the Company's shares of Common Stock have no pre-emptive rights under the Company Law. Authorized but unissued shares may be issued at such times and upon such terms as the Board of Directors determines, subject to the limitations as to the offering of new shares at a "specially favorable" price mentioned under "Voting rights" above. In the case of an issuance or transfer of the Company's shares of Common Stock or stock acquisition rights by way of an allotment to a third party which would dilute the outstanding voting shares by 25% or more or change the controlling shareholder, in addition to a resolution of the Board of Directors, the approval of the shareholders or an affirmative opinion from a person independent of our management is generally required pursuant to the regulations of the Japanese stock exchanges. The Board of Directors may, however, determine that shareholders shall be given subscription rights regarding a particular issue of new shares, in which case such rights must be given on uniform terms to all shareholders as at a record date at least two weeks prior to which public notice must be given. Each of the shareholders to whom such rights are given must also be given notice of the expiry thereof at least two weeks prior to the date on which such rights expire.

Subject to certain conditions, the Company may issue stock acquisition rights or bonds with stock acquisition rights by a resolution of the Board of Directors. Holders of stock acquisition rights may exercise their rights to acquire a certain number of shares within the exercise period as prescribed in the terms of their stock acquisition rights. Upon the exercise of stock acquisition rights, the Company will be obliged to issue the relevant number of new shares or alternatively to transfer the necessary number of treasury stock held by it. The Company may determine by a resolution of the Board of Directors at the time of offerings that a transfer of the stock acquisition rights shall require the

approval of the Company. Whether the Company will determine such a matter in future stock acquisition rights offerings will depend upon the circumstances at the time of such offerings.

### *Liquidation rights*

In the event of a liquidation of the Company, the assets remaining after payment of all debts and liquidation expenses and taxes will be distributed among shareholders in proportion to the respective numbers of shares of Common Stock held.

Table of Contents

- 74 -

### Record date

As mentioned above (see "Item 10.B. Memorandum and Articles of Association – <u>Common Stock</u> – *Distribution of Surplus – Distribution of Surplus – General*"), March 31 is the record date for the Company's year-end dividends. So long as the Company maintains the unit share system, the shareholders who are registered as the holders of one or more units of shares in the Company's registers of shareholders at the end of each March 31 are entitled to exercise shareholders' rights at the ordinary general meeting of shareholders with respect to the business year ending on such March 31. September 30 is the record date for interim dividends. In addition, the Company may set a record date for determining the shareholders entitled to other rights and for other purposes by giving at least two weeks' prior public notice. Under the Book-entry Transfer Law, JASDEC is required to give the Company a notice of the names and addresses of the shareholders, the number of shares held by them and other relevant information as of each such record date, and the Company's register of shareholders shall be updated accordingly.

The shares generally goes ex-dividends or ex-rights on Japanese stock exchanges on the second business day prior to a record date (or if the record date is not a business day, the third business day prior thereto), for the purpose of dividends or rights offerings.

### Acquisition by the company of its common stock

Under the Company Law and the Company's Articles of Incorporation, the Company may acquire its own shares of Common Stock (i) from a specific shareholder other than any of its subsidiaries (pursuant to a special shareholders resolution), (ii) from any of its subsidiaries (pursuant to a resolution of the Board of Directors), or (iii) by way of purchase on any Japanese stock exchange on which the Company's shares of Common Stock are listed or by way of tender offer (as long as its non-consolidated annual financial statements and certain documents for the last business year fairly present its asset and profit or loss status, as required by ordinances of the Ministry of Justice)(in either case pursuant to an ordinary resolution of a general meeting of shareholders or a resolution of the Board of Directors). In the case of (i) above, any other shareholder may make a request to the Company that such other shareholder be included as a seller in the proposed purchase, provided that no such right will be available if the purchase price or any other consideration to be received by the relevant specific shareholder will not exceed the last trading price of the shares on the relevant stock exchange on the day immediately preceding the date on which the resolution mentioned in (i) above was adopted (or, if there is no trading in the shares on the stock exchange or if the stock exchange is not open on such day, the price at which the shares are first traded on such stock exchange thereafter).

Shares acquired by the Company may be held for any period or may be cancelled by a resolution of the Board of Directors. The Company may also transfer such shares to any person, subject to a resolution of the Board of Directors and to other requirements similar to those applicable to the issuance of new shares, as described in "Issue of additional shares and pre-emptive rights" above. The Company may also utilize its treasury stock for the purpose of transfer to any person upon exercise of stock acquisition rights or for the purpose of acquiring another company by way of merger, share exchange or corporate split through exchange of treasury stock for shares or assets of the acquired company.

### Unit share system

The Articles of Incorporation of the Company provide that 100 shares constitute one unit of shares of Common Stock. Although the number of shares constituting one unit is included in the Articles of

Incorporation, any amendment to the Articles of Incorporation reducing (but not increasing) the number of shares constituting one unit or eliminating the provisions for the unit of shares may be made by a resolution of the Board of Directors rather than by a special shareholders resolution, which is otherwise required for amending the Articles of Incorporation. The number of shares constituting one unit, however, cannot exceed 1,000.

Under the unit share system, shareholders shall have one voting right for each unit of shares that they hold. Any number of shares less than a full unit will carry no voting rights.

Under the central book-entry transfer system operated by JASDEC, shares constituting less than one unit are generally transferable. Under the rules of the Japanese stock exchanges, however, shares constituting less than one unit do not comprise a trading unit, except in limited circumstances, and accordingly may not be sold on the Japanese stock exchanges.

Table of Contents

- 75 -

A holder of shares constituting less than one unit may require the Company to purchase such shares at their market value in accordance with the provisions of the Share Handling Regulations of the Company. In addition, the Articles of Incorporation of the Company provide that a holder of shares constituting less than one unit may request the Company to sell to such holder such amount of shares which will, when added together with the shares constituting less than one unit held by such holder, constitute one unit of stock, in accordance with the provisions of the Share Handling Regulations of the Company. As prescribed in the Share Handling Regulations, such requests shall be made through an account management institution and JASDEC pursuant to the rules set by JASDEC, without going through the notification procedure required for the exercise of shareholders' rights entitled regardless of record dates as described in "–General".

A holder who owns ADRs evidencing less than 100 ADSs will indirectly own less than one full unit of shares of Common Stock. Although, as discussed above, under the unit share system holders of less than one unit have the right to require the Company to purchase their shares or sell shares held by the Company to such holders, holders of ADRs evidencing ADSs that represent other than integral multiples of units are unable to withdraw the underlying shares of Common Stock representing less than one unit and, therefore, are unable, as a practical matter, to exercise the rights to require the Company to purchase such underlying shares or sell shares held by the Company to such holders. As a result, access to the Japanese markets by holders of ADRs through the withdrawal mechanism will not be available for dispositions of shares of Common Stock in lots less than one unit. The unit share system does not affect the transferability of ADSs, which may be transferred in lots of any size.

### *Sale by the Company of shares held by shareholders whose location is unknown*

The Company is not required to send a notice to a shareholder if a notice to such shareholder fails to arrive at the registered address of the shareholder in the Company's register of shareholders or at the address otherwise notified to the Company continuously for five years or more.

In addition, the Company may sell or otherwise dispose of shares of Common Stock for which the location of the shareholder is unknown. Generally, if (i) notices to a shareholder fail to arrive continuously for five years or more at the shareholder's registered address in the Company's register of shareholders or at the address otherwise notified to the Company, and (ii) the shareholder fails to receive distribution of Surplus on the shares continuously for five years or more at the address registered in the Company's register of shareholders or at the address otherwise notified to the Company, the Company may sell or otherwise dispose of the shareholder's shares by a resolution of the Board of Directors and after giving at least three months' prior public and individual notice, and hold or deposit the proceeds of such sale or disposal of shares at the then market price of the shares for the shareholder, the location of which is unknown.

Reporting of substantial shareholdings, etc.

The Financial Instruments and Exchange Law of Japan and regulations thereunder requires any person, regardless of his/her residence, who has become, beneficially and solely or jointly, a holder of more than five percent of the total issued shares with voting rights of common stock of a company listed on any Japanese stock exchange or whose shares are traded on the over-the-counter market in Japan, to file with the Director-General of a competent Local Finance Bureau of Ministry of Finance within five business days a report concerning such shareholdings.

A similar report must also be filed in respect to any subsequent change of one percent or more in any such holding or any change in material matters set out in reports previously filed, with certain

exceptions. For this purpose, shares issuable to such person upon conversion of convertible securities or exercise of share subscription warrants or stock acquisition rights are taken into account in determining both the number of shares with voting rights held by such holder and the issuer's total issued share capital. Any such report shall be filed with the Director General of the relevant Finance Bureau of the Ministry of Finance through the Electronic Disclosure for Investors' Network (EDINET) system. Copies of such report must also be furnished to the issuer of such shares.

Except for the general limitations under Japanese anti-trust and anti-monopoly regulations on holding shares of common stock of a Japanese corporation which leads or may lead to a restraint of trade or a monopoly, except for the limitations under the Foreign Exchange Regulations as described in "D. Exchange Controls" below, and except for general limitations under the Company Law or the Company's Articles of Incorporation on the rights of shareholders applicable regardless of residence or nationality, there is practically no limitation under Japanese laws and regulations applicable to the Company or under its Articles of Incorporation on the rights of non-resident or foreign shareholders to hold the shares of Common Stock of the Company or exercise voting rights thereon.

Table of Contents

- 76 -

There is no provision in the Company's Articles of Incorporation that would have an effect of delaying, deferring or preventing a change in control of the Company and that would operate only with respect to merger, consolidation, acquisition or corporate restructuring involving the Company. However, the Board of Directors resolved to adopt the ESV Plan which provides certain rules which a Large-scale Purchaser who intends to acquire 20% or more of all voting rights of the Company must comply with. (For details, please see "(4) Initiatives to Maximize Shareholder Value" in Section A of Item 8.)

Daily price fluctuation limits under Japanese stock exchange rules

Stock prices on Japanese stock exchanges are determined on a real-time basis by the balance between bids and offers. These stock exchanges are order-driven markets without specialists or market makers to guide price formation. In order to prevent excessive volatility, these stock exchanges set daily upward and downward price range limitations for each listed stock, based on the previous day's closing price. Although transactions may continue at the upward or downward limit price if the limit price is reached on a particular trading day, no transactions may take place outside these limits. Consequently, an investor wishing to sell at a price above or below the relevant daily limit on these stock exchanges may not be able to effect a sale at such price on a particular trading day, or at all.

**C.    Material Contracts**

All contracts concluded by the Company during the two years preceding the date of this annual report were entered into in the ordinary course of business.

**D.    Exchange Controls**

The Foreign Exchange and Foreign Trade Law of Japan and its related cabinet orders and ministerial ordinances (the "Foreign Exchange Regulations") govern the acquisition and holding of shares of Common Stock of the Company by "exchange non-residents" and by "foreign investors." The Foreign Exchange Regulations currently in effect may affect transactions between exchange non-residents to purchase or sell shares in certain circumstances, even if such transactions are being made outside Japan using currencies other than Japanese yen.

Exchange non-residents are:

(i)    individuals who do not reside in Japan; and

(ii)    corporations whose principal offices are located outside Japan.

Generally, branches and other offices of non-resident corporations that are located within Japan are regarded as residents of Japan. Conversely, branches and other offices of Japanese corporations located outside Japan are regarded as exchange non-residents.

Foreign investors are:

(i)    individuals who are exchange non-residents;

(ii)    corporations that are organized under the laws of foreign countries or whose principal offices are located outside of Japan; and

Table of Contents

- 77 -

(iii) corporations (1) of which 50% or more of their shares are held by individuals who are exchange non-residents and/or corporations (a) that are organized under the laws of foreign countries or (b) whose principal offices are located outside of Japan or (2) a majority of whose officers, or officers having the power of representation, are individuals who are exchange non-residents.

In general, the acquisition of shares of a Japanese company (such as the shares of Common Stock of the Company) by an exchange non-resident from a resident of Japan is not subject to any prior filing requirements. In certain circumstances, however, the Minister of Finance may require prior approval of an acquisition of this type. While prior approval, as described above, is not required, in the case where a resident of Japan transfers shares of a Japanese company (such as the shares of Common Stock of the Company) for consideration exceeding 100 million yen to an exchange non-resident, the resident of Japan who transfers the shares is required to report the transfer to the Minister of Finance within 20 days from the date of the transfer, unless the transfer was made through a bank or financial instruments business operator licensed or registered under Japanese law.

If a foreign investor acquires shares of a Japanese company that is listed on a Japanese stock exchange (such as the shares of Common Stock of the Company) or that is traded on an over-the-counter market in Japan and, as a result of the acquisition, the foreign investor, in combination with any existing holdings, directly or indirectly holds 10% or more of the issued shares of the relevant company, the foreign investor must file a report of the acquisition with the Minister of Finance and any other competent Ministers having jurisdiction over that Japanese company on or before the 15th day of the month following the month in which such acquisition was made. However, in certain circumstances, such as where a business of a Japanese company falls under any business related to the national security of Japan or to maintenance of public safety, etc. which is listed in a schedule included in the Foreign Exchange Regulations, or where the foreign investor is in a country that is not listed in an exemption schedule included in the Foreign Exchange Regulations, a prior notification of the acquisition must be filed with, and the proposed acquisition must be subject to an examination process by, the Minister of Finance and any other competent Ministers, who may then modify or prohibit the proposed acquisition. In such circumstances, the foreign investor must wait until the examination process is completed, which ordinarily takes 30 days after the filing in principle although such waiting period may be shortened or extended to up to 5 months. The Company believes that certain businesses of the Company fall under businesses listed in the above-mentioned schedule in the Foreign Exchange Regulation, and thus, a foreign investor must file a prior notification of the acquisition with, and must be subject to an examination process by, the Minister of Finance and any other competent Ministers.

Under the Foreign Exchange Regulations, dividends paid on and the proceeds from the sale in Japan of shares of Common Stock of the Company held by non-residents of Japan may generally be converted into any foreign currency and repatriated abroad.

## E.  Taxation

*The discussion below is not intended to constitute a complete analysis of all tax consequences relating to the ownership and disposition of shares of Common Stock and ADSs. Prospective purchasers and holders of the shares of Common Stock or ADSs should consult their own tax advisors concerning the tax consequences of their particular situations.*

The following is a summary of the principal Japanese national and U.S. federal tax consequences of the ownership and disposition of shares of Common Stock or ADSs by an Eligible U.S. Holder and a U.S. Holder (each as defined below), as the case may be, that holds those shares or ADSs as capital

assets (generally, property held for investment). This summary does not purport to address all material tax consequences that may be relevant to holders of shares of Common Stock or ADSs, and does not take into account the specific circumstances of any particular investors, some of which (such as tax-exempt entities, banks, insurance companies, broker-dealers, traders in securities that elect to use a mark-to-market method of accounting for their securities holdings, regulated investment companies, real estate investment trusts, investors liable for alternative minimum tax, investors that own or are treated as owning 10% or more of the Company's voting stock, investors that hold shares of Common Stock or ADSs as part of a straddle, hedge, conversion or constructive sale transaction or other integrated transaction, investors that hold shares of Common Stock or ADSs through a partnership or other pass-through entity and investors whose functional currency is not the U.S. dollar) may be subject to special tax rules. This summary is based on the national or federal tax laws of Japan and of the United States as in effect on the date hereof, as well as on the current income tax convention between the United States and Japan (the "Treaty"), all of which are subject to change (possibly with retroactive effect) and to differing interpretations.

Table of Contents

- 78 -

In addition, this summary is based in part upon the representations of the Depositary and the assumption that each obligation in the Deposit Agreement for ADSs and in any related agreement will be performed in accordance with its terms.

For purposes of this discussion, a "U.S. Holder" is any beneficial owner of shares of Common Stock or ADSs that, for U.S. federal income tax purposes, is:

(i)     a citizen or individual resident of the United States;

(ii)    a corporation or other entity taxable as a corporation for U.S. federal income tax purposes organized in or under the laws of the United States, any State, or the District of Columbia;

(iii)   an estate the income of which is subject to U.S. federal income tax without regard to its source; or

(iv)    a trust that is subject to the primary supervision of a U.S. court and the control of one or more U.S. persons, or that has a valid election in effect under applicable Treasury regulations to be treated as a U.S. person.

An "Eligible U.S. Holder" is a U.S. Holder that:

(i)     is a resident of the United States for purposes of the Treaty;

(ii)    does not maintain a permanent establishment in Japan (a) with which shares of Common Stock or ADSs are effectively connected or (b) of which shares of Common Stock or ADSs form part of the business property; and

(iii)   is eligible for benefits under the Treaty, with respect to income and gain derived in connection with the shares of Common Stock or ADSs.

This summary does not address any aspects of U.S. federal tax law other than income taxation, and does not discuss any aspects of Japanese tax law other than national income taxation, inheritance and gift taxation. Investors are urged to consult their tax advisors regarding the U.S. federal, state and local and Japanese and other tax consequences of owning and disposing of shares of Common Stock or ADSs. In particular, where relevant, investors are urged to confirm their status as Eligible U.S. Holders with their tax advisors and to discuss with their tax advisors any possible consequences of their failure to qualify as Eligible U.S. Holders. In general, taking into account the earlier assumption, for purposes of the Treaty and for U.S. federal income and Japanese income tax purposes, beneficial owners of ADRs evidencing ADSs will be treated as the owners of the shares of Common Stock represented by those ADSs, and exchanges of shares of Common Stock for ADRs, and exchanges of ADRs for shares of Common Stock, will not be subject to U.S. federal income tax or Japanese income tax.

Japanese taxation

The following is a summary of the principal Japanese tax consequences (limited to national taxes) to non-residents of Japan or non-Japanese corporations without permanent establishments in Japan ("non-resident Holders") who are holders of shares of Common Stock of the Company or of ADRs evidencing ADSs representing shares of Common Stock of the Company.

Generally, non-resident Holders are subject to Japanese withholding tax on dividends paid by a Japanese corporation. Such taxes are withheld prior to payment of dividends as required by Japanese

law. Stock splits in themselves generally are not subject to Japanese income tax.

In the absence of an applicable tax treaty, convention or agreement reducing the maximum rate of Japanese withholding tax or allowing exemption from Japanese withholding tax, the rate of Japanese withholding tax applicable to dividends paid by Japanese corporations to non-resident Holders is 20%. However, with respect to dividends paid on listed shares issued by a Japanese corporation (such as the shares of Common Stock of the Company or ADSs) to non-resident Holders, except for any individual shareholder who holds 5% or more of the total issued shares of the relevant Japanese corporation, the aforementioned 20% withholding tax rate is reduced to (i) 7% for dividends due and payable on or before December 31, 2011, and (ii) 15% for dividends due and payable on or after January 1, 2012. At the date of this annual report, Japan has income tax treaties, conventions or agreements whereby the above-mentioned withholding tax rate is reduced, in most cases to 15% or 10% for portfolio investors (15% under the income tax treaties with, among other countries, Belgium, Canada, Denmark, Finland, Germany, Ireland, Italy, Luxembourg, the Netherlands, New Zealand, Norway, Singapore, Spain, Sweden and Switzerland, and 10% under the income tax treaties with Australia, France, the U.K. and the United States.)

Table of Contents

- 79 -

Under the Treaty, the maximum rate of Japanese withholding tax which may be imposed on dividends paid by a Japanese corporation to an Eligible U.S. Holder that is a portfolio investor is generally limited to 10% of the gross amount actually distributed, and dividends paid by a Japanese corporation to an Eligible U.S. Holder that is a pension fund are exempt from Japanese income taxation by way of withholding or otherwise unless such dividends are derived from the carrying on of a business, directly or indirectly, by such pension fund.

If the maximum tax rate provided for in the income tax treaty applicable to dividends paid by the Company to any particular non-resident Holder is lower than the withholding tax rate otherwise applicable under Japanese tax law, or if any particular non-resident Holder is exempt from Japanese income tax with respect to such dividends under the income tax treaty applicable to such particular non-resident Holder, such non-resident Holder of the Company's shares of Common Stock who is entitled to a reduced rate of or exemption from Japanese withholding tax on payment of dividends is required to submit an Application Form for Income Tax Convention Regarding Relief from Japanese Income Tax on Dividends in advance through the withholding agent to the relevant tax authority before such payment of dividends. A standing proxy for non-resident Holders of a Japanese corporation may provide this application service. With respect to ADSs, this reduced rate or exemption is applicable if the Depositary or its agent submits two Application Forms (one before payment of dividends, the other within eight months after the record date concerning such payment of dividends) together with certain other documents to the Japanese tax authorities. To claim this reduced rate or exemption, any relevant non-resident Holder of ADSs will be required to file a proof of taxpayer status, residence and beneficial ownership (as applicable) and to provide other information or documents as may be required by the Depositary. A non-resident Holder who is entitled, under an applicable income tax treaty, to a reduced treaty rate lower than the withholding tax rate otherwise applicable under Japanese tax law or an exemption from the withholding tax, but failed to submit the required application in advance will be entitled to claim the refund of withholding taxes withheld in excess of the rate under an applicable tax treaty (if such non-resident Holder is entitled to a reduced treaty rate under the applicable income tax treaty) or the whole of the withholding tax withheld (if such non-resident Holder is entitled to an exemption under the applicable income tax treaty) from the relevant Japanese tax authority, by complying with a certain subsequent filing procedure. The Company does not assume any responsibility to ensure withholding at the reduced treaty rate or not withholding for shareholders who would be so eligible under an applicable tax treaty but where the required procedures as stated above are not followed.

Gains derived from the sale of shares of Common Stock or ADSs outside Japan by a non-resident Holder holding such shares or ADSs as a portfolio investor are, in general, not subject to Japanese income or corporation tax. Eligible U.S. Holders are not subject to Japanese income or corporation tax with respect to such gains under the Treaty, subject to a certain filing requirement under Japanese law.

Japanese inheritance and gift taxes at progressive rates may be payable by an individual who has acquired from an individual shares of Common Stock or ADSs as a legatee, heir or donee even though neither the acquiring individual nor the deceased nor donor is a Japanese resident.

Holders of shares of Common Stock of the Company or ADSs should consult their tax advisors regarding the effect of these taxes and, in the case of U.S. Holders, the possible application of the Estate and Gift Tax Treaty between the U.S. and Japan.

U.S. federal income taxation

The following is a summary of certain United States federal income tax consequences of the ownership of
shares of Common Stock or ADSs by a U.S. Holder. This summary is based on United States tax laws, including the United States Internal Revenue Code of 1986, as amended, and on the Treaty all of which are subject to change possibly with retroactive effect.

This summary is not a comprehensive description of all the tax considerations that may be relevant with respect to a U.S. holder's shares or ADSs. Each beneficial owner of shares or ADSs should consult its own tax advisor regarding the U.S. federal, state and local and other tax consequences of owning and disposing of shares and ADSs in its particular circumstances.

Table of Contents

- 80 -

*Taxation of dividends*

Under the United States federal income tax laws, and subject to the passive foreign investment company (PFIC) rules discussed below, the gross amount of any dividends received by a U.S. Holder (before reduction for Japanese withholding taxes) to the extent paid out of the Company's current or accumulated earnings and profits (as determined for United States federal income tax purposes) will be subject to U.S. federal income taxation. Dividends paid to non-corporate U.S. Holders in taxable years beginning before January 1, 2011 that constitute qualified dividend income will be taxable at a maximum tax rate of 15% provided that the U.S. Holders held the shares of Common Stock or ADSs for more than 60 days during the 121-day period beginning 60 days before the ex-dividend date and meet other holding period requirements. Dividends the Company pays with respect to the shares of Common Stock or ADSs generally will be qualified dividend income. The U.S. Holder must include any Japanese tax withheld from the dividend payment in this gross amount even though it does not in fact receive it. The dividend is taxable to the U.S. Holder when the U.S. Holder, in the case of shares of Common Stock, or the Depositary, in the case of ADSs, receives the dividend, actually or constructively. The dividend will not be eligible for the dividends-received deduction generally allowed to United States corporations in respect of dividends received from other United States corporations. The amount of the dividend the U.S. Holder must include in its income will be the U.S. dollar value of the Japanese yen payments made, determined at the spot Japanese yen/U.S. dollar rate on the date the dividend is includible in the U.S. Holder's income, regardless of whether the payment is in fact converted into U.S. dollars. Generally, any gain or loss resulting from currency exchange fluctuations during the period from the date the U.S. Holder includes the dividend payment in income to the date the U.S. Holder converts the payment into U.S. dollars will be treated as ordinary income or loss and will not be eligible for the special tax rate applicable to qualified dividend income. This gain or loss generally will be income or loss from sources within the United States for foreign tax credit limitation purposes. Distributions in excess of current and accumulated earnings and profits, as determined for United States federal income tax purposes, will be treated as a non-taxable return of capital to the extent of the U.S. Holder's basis in the shares of Common Stock or ADSs and thereafter as capital gain.

Subject to certain limitations, the Japanese tax withheld in accordance with the Treaty will be creditable or deductible against the U.S. Holder's United States federal income tax liability. To the extent a refund of the tax withheld is available to a U.S. holder under Japanese law or under the Treaty, the amount of tax that is refundable will not be eligible for credit against your United States federal income tax liability. Please see "Japanese Taxation", above, for the procedures for obtaining a reduced rate of withholding under the Treaty or a tax refund. Special rules apply in determining the foreign tax credit limitation with respect to dividends that are subject to the maximum 15% tax rate. For foreign tax credit limitation purposes, the dividend will be income from sources outside the United States and will, depending on the U.S. Holder's circumstances, be either "passive income" or "general income" for purposes of computing the foreign tax credit allowable to a U.S. Holder.

*Taxation of capital gains*

Subject to the PFIC rules discussed below, upon a sale or other disposition of shares of Common Stock or ADSs, a U.S. Holder will recognize gain or loss in an amount equal to the difference between the U.S. dollar value of the amount realized and the U.S. Holder's tax basis (determined in U.S. dollars) in such shares of Common Stock or ADSs. Generally, such gain or loss will be capital gain or loss and will be long-term capital gain or loss if the U.S. Holder's holding period for such shares of Common Stock or ADSs is greater than one year. Long-term capital gain of a non-corporate U.S.

Holder is generally taxed at preferential rates. Any such gain or loss will generally be income or loss from sources within the United States for foreign tax credit limitation purposes.

Table of Contents

- 81 -

*Transfers of retained earnings and sales of shares of Common Stock to the Company*

A transfer of retained earnings or legal reserve to stated capital is generally treated as a dividend payment for Japanese tax purposes subject to withholding tax. A sale of shares of Common Stock or ADSs to the Company results in a deemed dividend for Japanese tax purposes to the selling shareholders to the extent that the sales price exceeds the aggregate of the stated capital and the capital surplus attributable to the shares sold. Transfers of retained earnings or legal reserves to stated capital and deemed dividends that may result from sales of shares of Common Stock to the Company are not generally taxable events that give rise to foreign source income for U.S. federal income tax purposes and U.S. Holders would not be able to use the foreign tax credit arising from any Japanese withholding tax imposed on such transactions unless they can apply the credit (subject to limitations) against U.S. tax due on other foreign source income in the appropriate category for foreign tax credit purposes.

*Passive foreign investment company considerations*

The Company believes that shares of Common Stock and ADSs should not be treated as stock of a PFIC for United States federal income tax purposes, but this conclusion is a factual determination made annually and thus may be subject to change. If the Company were to be treated as a PFIC (unless a U.S. Holder elects to be taxed annually on a mark-to-market basis with respect to the shares of Common Stock or ADSs), gain realized on the sale or other disposition of shares of Common Stock or ADSs would in general not be treated as capital gain, and a U.S. Holder would be treated as if such holder had realized such gain and certain "excess distributions" ratably over the holder's holding period for the shares of Common Stock or ADSs and would be taxed at the highest tax rate in effect for each such year to which the gain was allocated, together with an interest charge in respect of the tax attributable to each such year. With certain exceptions, shares of Common stock or ADSs will be treated as stock in a PFIC if the Company was a PFIC at any time during the U.S. Holder's holding period in the shares of Common Stock or ADSs.

Dividends that such U.S. Holder receives from the Company will not be eligible for the special tax rates applicable to qualified dividend income if the Company is treated as a PFIC with respect to such U.S. Holder either in the taxable year of the distribution or the preceding taxable year, but instead will be taxable at rates applicable to ordinary income.

**F.   Dividends and Paying Agents**

Not applicable

**G.   Statement by Experts**

Not applicable

**H.   Documents on Display**

According to the Securities Exchange Act of 1934, as amended, the Company is subject to the requirements of informational disclosure. The Company files various reports and other information, including its annual report on Form 20-F, with the U.S. Securities and Exchange Commission. These reports and other information may be inspected at the public reference room at the Securities and Exchange Commission, 100 F Street, N.E., Washington D.C. 20549. You can also obtain a copy of

such material by mail from the public reference room of the Securities and Exchange Commission at prescribed fees. You may obtain information on the operation of the Securities and Exchange Commission public reference room by calling the Securities and Exchange Commission in the United States at 1-800-SEC-0330.

Also, documents filed via the Electronic Data Gathering, Analysis, and Retrieval system (EDGAR) are available at the website of the U.S. Securities and Exchange Commission (http://www.sec.gov).

**I.    Subsidiary Information**

Not applicable

Table of Contents

- 82 -

## Item 11.   Quantitative and Qualitative Disclosures about Market Risk

The Company is exposed to market risk, including changes of foreign exchange rates, interest rates and prices of marketable securities and commodities. In order to hedge the risks of changes in foreign exchange rates, interest rates and commodity prices, the Company uses derivative financial instruments. The Company does not hold or issue financial instruments for trading purposes. Although the use of derivative financial instruments exposes the Company to the risk of credit-related losses in the event of nonperformance by counterparties, the Company believes that such risk is minor because of the high credit rating of the counterparties.

Equity Price Risk

The Company holds available-for-sale securities included in short-term investments and investments and advances. In general, highly-liquid and low risk instruments are preferred in the portfolio. Available-for-sale securities included in investments and advances are held as longer term investments. The Company does not hold marketable securities for trading purposes.

Maturities of investments in available-for-sale securities at March 31, 2010 and 2009 are as follows:

| | Yen (millions) | | | |
| --- | --- | --- | --- | --- |
| | 2010 | | 2009 | |
| | Cost | Fair value | Cost | Fair value |
| Due within one year | — | — | 1,972 | 1,998 |
| Due after one year through five years | 4,462 | 4,546 | 9,782 | 9,910 |
| Equity securities | 275,579 | 379,358 | 269,735 | 284,356 |
| Total | 280,041 | 383,904 | 281,489 | 296,264 |

Foreign Exchange Risk

The primary purpose of the Company's foreign currency hedging activities is to protect against the volatility associated with foreign currency transactions. The Company primarily utilizes forward exchange contracts and options with a duration of less than a few months. The Company also enters into foreign exchange contracts from time to time to hedge the risk of fluctuation in foreign currency exchange rates associated with long-term debt that is denominated in foreign currencies. Foreign exchange contracts related to such long-term debt have the same maturity as the underlying debt.

The following table provides the contract amounts and fair values of foreign exchange contracts, primarily hedging U.S. dollar and euro revenues, at March 31, 2010 and 2009. Amounts related to foreign exchange contracts entered into in connection with long-term debt denominated in foreign currencies which eliminate all foreign currency exposures, are shown in the table of "Interest Rate Risk."

| | Yen (millions) | | | |
| --- | --- | --- | --- | --- |
| | 2010 | | 2009 | |
| | Contract amount | Fair value | Contract amount | Fair value |

| | | | | |
|---|---|---|---|---|
| Forward: | | | | |
| To sell foreign currencies | 375,430 | 1,121 | 334,586 | (9,902) |
| To buy foreign currencies | 196,439 | 3,606 | 190,495 | 2,503 |
| Cross currency swaps | 31,797 | (283) | 33,953 | 1,535 |
| Interest rate swaps | 33,702 | 23 | — | — |

Table of Contents

- 83 -

Commodity Price Risk

The Company is exposed to market risk of changes in prices of commodities including various non-ferrous metals used in the manufacturing of various products. The Company enters into commodity future contracts to offset such exposure.

The following table provides the contract amounts and fair values of commodity futures at March 31, 2010 and 2009.

| | Yen (millions) | | | |
|---|---|---|---|---|
| | 2010 | | 2009 | |
| | Contract amount | Fair value | Contract amount | Fair value |
| Commodity futures: | | | | |
| To sell commodity | 40,194 | (4,576) | 48,858 | 13,955 |
| To buy commodity | 113,682 | 12,561 | 168,527 | (57,720) |

Table of Contents

- 84 -

<u>Interest Rate Risk</u>

The Company's exposure to market risk for changes in interest rates relates principally to its debt obligations. The Company has long-term debt primarily with fixed rates. Fixed-rate debt obligations expose the Company to variability in their fair values due to changes in interest rates. To manage the variability in the fair values caused by interest rate changes, the Company enters into interest rate swaps when it is determined to be appropriate based on market conditions. Interest rate swaps change fixed-rate debt obligations to variable-rate debt obligations by entering into fixed-receiving, variable-paying interest rate swap contracts. The hedging relationship between interest rate swaps and hedged debt obligations is highly effective in achieving offsetting changes in fair values resulting from interest rate risk. The following tables provide information about the Company's financial instruments that are sensitive to changes in interest rates at March 31, 2010 and 2009. For debt obligations, the table presents principal cash flows by expected maturity dates, related weighted average interest rates and fair values of financial instruments.

Long-term debt, including current portion:

| | | Yen (millions) | | | | | | | |
| | | Carrying amount and maturity date (as of March 31, 2010) | | | | | | | |
| | Average interest rate | Total | 2011 | 2012 | 2013 | 2014 | 2015 | There-after | Fair value |
|---|---|---|---|---|---|---|---|---|---|
| Unsecured Straight bonds | 1.5% | 500,000 | | 200,000 | | 200,000 | | 100,000 | 514,400 |
| Unsecured Straight bonds issued by subsidiaries | 1.5% | 182,406 | 20,000 | 30,643 | | 30,000 | 31,769 | 69,994 | 184,887 |
| Unsecured bank loans | 1.1% | 404,318 | 146,304 | 109,533 | 49,338 | 40,772 | 57,680 | 691 | 401,433 |
| Secured bank loans by subsidiaries | 2.0% | 4,558 | 649 | 325 | 171 | 1,475 | 182 | 1,756 | 4,558 |
| Total | | 1,091,282 | 166,953 | 340,501 | 49,509 | 272,247 | 89,631 | 172,441 | 1,105,278 |

| | | Yen (millions) | | | | | | | |
| | | Carrying amount and maturity date (as of March 31, 2009) | | | | | | | |
| | Average interest rate | Total | 2010 | 2011 | 2012 | 2013 | 2014 | There-after | Fair value |
|---|---|---|---|---|---|---|---|---|---|
| Unsecured Straight bonds | 1.5% | 500,000 | | | 200,000 | | 200,000 | 100,000 | 500,791 |
| Unsecured Straight bonds issued by subsidiaries | 1.6% | 60,143 | | | 150 | | 20,000 | 39,993 | 60,171 |
| Unsecured bank loans | 1.6% | 22,043 | 7,446 | 7,531 | 5,560 | 1,347 | 159 | | 22,073 |
| Secured bank loans by subsidiaries | 2.5% | 3,136 | 29 | 344 | 197 | 187 | 193 | 2,186 | 3,136 |
| Total | | 585,322 | 7,475 | 7,875 | 205,907 | 1,534 | 220,352 | 142,179 | 586,171 |

**Table of Contents**

- 85 -

## Item 12.   Description of Securities Other than Equity Securities

### A.   Debt Securities

Not applicable

### B.   Warrants and Rights

Not applicable

### C.   Other Securities

Not applicable

### D.   American Depositary Shares

#### D3.   Fees and Charges Payable by ADR Holders

Our American Depositary Shares (ADSs) are traded on the New York Stock Exchange under the symbol "PC." The ADSs are evidenced by American Depositary Receipts (ADRs), issued by JPMorgan Chase Bank, N.A. The following table shows the fees and charges that a holder of our ADRs may have to pay to the Depositary, either directly or indirectly:

| Category | Depositary Actions | Associated Fee |
| --- | --- | --- |
| (a) Depositing or substituting the underlying shares | Each person to whom ADRs are issued against deposits of Shares, including deposits and issuances in respect of: <br> - Share distributions, stock split, rights, merger. <br> - Exchange of securities or any other transaction or event or other distribution affecting the ADSs or the Deposited Securities. | US$ 5.00 for each 100 ADSs (or portion thereof) evidenced by the new ADRs delivered. |
| (c) Selling or exercising rights | Distribution or sale of securities, the fee being in an amount equal to the fee for the execution and delivery of ADSs which would have been charged as a result of the deposit of such securities. | US$ 5.00 for each 100 ADSs (or portion thereof) |
| (d) Withdrawing an underlying security | Acceptance of ADRs surrendered for withdrawal of deposited securities. | US$ 5.00 for each 100 ADSs (or portion thereof) evidenced by the ADRs surrendered. |
| (e) Transferring, | Transfers, combining or | US$ 2.50 per ADR Certificate |

| splitting or grouping receipts | grouping of depositary receipts. | |
|---|---|---|
| (g) Expenses of the depositary | Expenses incurred on behalf of Holders in connection with.<br>- Compliance with foreign exchange control regulations or any law or regulation relating to foreign investment.<br>- The depositary's or its custodian's compliance with applicable law, rule or regulation.<br>- Stock transfer or other taxes and other governmental charges.<br>- Cable, telex, facsimile transmission/delivery.<br>- Expenses of the depositary in connection with the conversion of foreign currency into U.S. dollars (which are paid out of such foreign currency).<br>- Any other charge payable by depositary or its agents. | Expenses payable at the sole discretion of the depositary by billing Holders or by deducting charges from one or more cash dividends or other cash distributions. |

**D4. Fees and Other Payment Made by the Depositary to the Issuer**

The following table shows the fees and other direct and indirect payments made by JPMorgan Chase Bank, N.A., as Depositary to us:

| Category of Expenses | Amount Reimbursed for fiscal 2010 |
|---|---|
| New York Stock Exchange Listing fees | US$38,000 |

Table of Contents

- 86 -

# PART II

**Item 13.   Defaults, Dividend Arrearages and Delinquencies**

None

**Item 14.   Material Modifications to the Rights of Security Holders and Use of Proceeds**

None

**Item 15.   Controls and Procedures**

Evaluation of Disclosure Controls and Procedures

The Company's management, with the participation of its principal executive and principal financial officers, evaluated the effectiveness of the Company's disclosure controls and procedures (as defined in Rule 13a-15(e) under the U.S. Securities Exchange Act of 1934) as of March 31, 2010. Based on that evaluation, the Company's principal executive and principal financial officers concluded that the Company's disclosure controls and procedures were effective as of that date.

Management's Report on Internal Control Over Financial Reporting

Panasonic's management is responsible for establishing and maintaining effective internal control over financial reporting. Internal control over financial reporting is a process designed by, or under the supervision of, the Company's principal executive and principal officers, or persons performing similar functions, and effected by the Company's board of directors, management and other personnel, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. generally accepted accounting principles and includes those policies and procedures that:

(i) pertain to the maintenance of records that in reasonable detail accurately and fairly reflect the transactions and dispositions of the assets of the Company;

(ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with U.S. generally accepted accounting principles, and that receipts and expenditures of the Company are being made only in accordance with authorizations of management and directors of the Company; and

(iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the Company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions or because the degree of compliance with policies or procedures may deteriorate.

The management of the Company, with the participation of the Company's principal executive and principal financial officers, conducted an evaluation of the effectiveness of internal control over financial reporting as of March 31, 2010 based on the frame work in "Internal Control-Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"). Based on the assessment, the management of the Company concluded that the internal control over financial reporting of the Company was effective as of March 31, 2010.

The Company's independent registered public accounting firm, KPMG AZSA & Co., has audited the effectiveness of the Company's internal control over financial reporting as stated in their report which is included herein.

Table of Contents

- 87 -

Evaluation of Changes in Internal Control Over Financial Reporting

No change in the Company's internal control over financial reporting (as defined in Rules 13a-15(f) under the U.S. Securities Exchange Act of 1934) occurred during the year ended March 31, 2010 that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting.

### Item 16A.  Audit Committee Financial Expert

Panasonic's Board of Corporate Auditors has determined that Mr. Kenichi Hamada, a Senior Corporate Auditor of Panasonic, is an "audit committee financial expert" as such term is defined by Item 16A of Form 20-F. Mr. Hamada meets the independence requirements imposed on corporate auditors under the Company Law.

### Item 16B.  Code of Ethics

Panasonic has adopted a Code of Ethics applicable to the Chief Executive Officer, the Chief Financial Officer and other Executive Officers. The Code of Ethics is attached as an exhibit to the annual report for the fiscal year ended March 31, 2009 on Form 20-F.

Table of Contents

- 88 -

## Item 16C.   Principal Accountant Fees and Services

<u>Fees and services by the Company's principal accountant</u>

The following table shows the aggregate fees accrued or paid to KPMG AZSA & Co. and its member firms (KPMG), the Company's principal accountant for the years ended March 31, 2010 and 2009:

|  | Yen (millions) | |
|---|---|---|
|  | 2010 | 2009 |
| Audit fees | 3,050 | 2,439 |
| Audit-related fees | 42 | 330 |
| Tax fees | 176 | 220 |
| All other fees | 28 | 4 |
| Total | 3,296 | 2,993 |

Audit fees are fees for professional services for the audit of the Company's annual financial statements or services that are normally provided by the accountant in connection with statutory and regulatory filings or engagements. Audit-related fees are fees for assurance and related services that are reasonably related to the performance of the audit or review of the Company's financial statements and are not reported under the Audit fees category, such as financial due diligence service. Tax fees are fees for professional services rendered mainly for tax compliance, tax advice, tax consulting associated with international transfer prices and expatriate employee tax services. All other fees are fees for those services not reported under the Audit fees, Audit-related fees, and Tax fees categories.

No services were provided for which pre-approval was waived pursuant to paragraph (c)(7)(i)(C) of Rule 2-01 of Regulation S-X.

<u>Policy of the Company's Board of Corporate Auditors on pre-approval of audit or non-audit services</u>

In accordance with paragraph (c)(7)(i) of Rule 2-01 of Regulation S-X and the related adopting release of the U.S. Securities and Exchange Commission, the Company's Board of Corporate Auditors must pre-approve the engagement of the Company's principal accountant, currently KPMG AZSA & Co., by Panasonic or its subsidiaries to render audit or non-audit services. Also, paragraph (c)(4) of Rule 2-01 of Regulation S-X provides that an accountant is not independent from an audit client if the accountant provides certain non-audit services to the audit client. Under the policy adopted by the Company's Board of Corporate Auditors, all audit or non-audit services provided by KPMG AZSA & Co. must be specifically pre-approved by the Board of Corporate Auditors. Such pre-approval is considered at the monthly meetings of the Board of Corporate Auditors. Any service that either falls into a category of services that are not permitted by the applicable law or regulation or is otherwise deemed by the Board of Corporate Auditors to be inconsistent with the maintenance of the principal accountant's independence is rejected. Management's requests for proposed engagement of the principal accountant to render services that require immediate approval, if considered necessary, are pre-approved by a designated member of the Board of Corporate Auditors, and then reported to the Board of Corporate Auditors at its next meeting.

Table of Contents

- 89 -

## Item 16D.    Exemptions from the Listing Standards for Audit Committees

With respect to the requirements of Rule 10A-3 under the Securities Exchange Act of 1934 relating to listed company audit committees, which apply to the Company through Section 303A.06 of the New York Stock Exchange's Listed Company Manual, the Company relies on an exemption provided by paragraph (c)(3) of that Rule available to foreign private issuers with boards of corporate auditors meeting certain requirements. For a New York Stock Exchange-listed Japanese company with a board of corporate auditors, the requirements for relying on paragraph (c)(3) of Rule 10A-3 are as follows:

- The board of corporate auditors must be established, and its members must be selected, pursuant to Japanese law expressly requiring such a board for Japanese companies that elect to have a corporate governance system with corporate auditors.

- Japanese law must and does require the board of corporate auditors to be separate from the board of directors.

- None of the members of the board of corporate auditors is elected by management, and none of the listed company's executive officers is a member of the board of corporate auditors.

- Japanese law must and does set forth standards for the independence of the members of the board of corporate auditors from the listed company or its management.

- The board of corporate auditors, in accordance with Japanese law or the listed company's governing documents, must be responsible, to the extent permitted by Japanese law, for the appointment, retention and oversight of the work of any registered public accounting firm engaged (including, to the extent permitted by Japanese law, the resolution of disagreements between management and the auditor regarding financial reporting) for the purpose of preparing or issuing an audit report or performing other audit, review or attest services for the listed company, including its principal accountant which audits its consolidated financial statements included in its annual reports on Form 20-F.

- To the extent permitted by Japanese law:

  — the board of corporate auditors must establish procedures for (i) the receipt, retention and treatment of complaints received by the listed company regarding accounting, internal accounting controls, or auditing matters, and (ii) the confidential, anonymous submission by the listed company's employees of concerns regarding questionable accounting or auditing matters;

  — the board of corporate auditors must have the authority to engage independent counsel and other advisers, as it determines necessary to carry out its duties; and

  — the listed company must provide for appropriate funding, as determined by its board of corporate auditors, for payment of (i) compensation to any registered public accounting firm engaged for the purpose of preparing or issuing an audit report or performing other audit, review or attest services for the listed company, (ii) compensation to any advisers employed by the board of corporate auditors, and (iii) ordinary administrative expenses of the board of corporate auditors that are necessary or appropriate in carrying out its duties.

In the Company's assessment, its Board of Corporate Auditors, which meets the requirements for reliance on the exemption in paragraph (c)(3) of Rule 10A-3 described above, is not materially less effective than an

audit committee meeting all the requirements of paragraph (b) of Rule 10A-3 (without relying on any exemption provided by that Rule) at acting independently of management and performing the functions of an audit committee as contemplated therein.

Table of Contents

- 90 -

**Item 16E.  Purchases of Equity Securities by the Issuer and Affiliated Purchasers**

The following table shows the number of shares purchased by or on behalf of the Company or any affiliated purchaser and the average price paid per share.

In fiscal 2010, the Company did not repurchase its own shares nor announced the repurchase plan, except for repurchase of its own shares constituting less than a full unit upon request from a holder of such shares and the other minor transactions described below.

| Period | (a) Total Number of Shares Purchased (Shares) | (b) Average Price Paid per Share* (Yen) |
|---|---|---|
| April 1 - 30, 2009 | 22,251 | 1,364 |
| May 1 - 31, 2009 | 23,617 | 1,344 |
| June 1 - 30, 2009 | 22,729 | 1,308 |
| July 1 - 31, 2009 | 20,065 | 1,369 |
| August 1 - 31, 2009 | 19,585 | 1,489 |
| September 1 - 30, 2009 | 18,777 | 1,416 |
| October 1 - 31, 2009 | 20,350 | 1,248 |
| November 1 - 30, 2009 | 20,612 | 1,130 |
| December 1 - 31, 2009 | 19,329 | 1,319 |
| January 1 - 31, 2010 | 18,802 | 1,506 |
| February 1 - 28, 2010 | 19,934 | 1,256 |
| March 1 - 31, 2010 | 18,614 | 1,376 |
| Total | 244,665 | 1,341 |

\* The amounts less than yen are rounded to the nearest whole of a yen.

Under the Company Law, a holder of shares constituting less than a full unit may require the Company to purchase such shares at their market value (see "Common Stock—Unit share system" in Section B of Item 10). During the year ended March 31, 2010, the Company purchased 53,163 shares for 71,752,498 yen upon such requests from holders of shares constituting less than one full unit.

The Directors, Corporate Auditors, Executive Officers and Executive Counselors in Japan are eligible to participate in the Panasonic Corporation Directors and Executive Officers Shareholding Association, which is an affiliated purchaser, and the Association purchases shares of the Company's common stock on their behalf. During the year ended March 31, 2010, the Association purchased 190,802 shares for 287,341,005 yen.

The information for the period "May 1 – 31, 2009" in the above table includes the purchase by the Company of 700 shares of its common stock from a certain shareholder at a price of 1,127 yen per share in May 2009. This purchase relates to the merger of a wholly-owned Japanese subsidiary into the Company, which was conducted through the procedures provided under the Company Law. This shareholder followed the procedures provided under the Company Law to require the Company to purchase the shares of its common stock.

**Item 16F.  Change in Registrant's Certifying Accountant**

Not applicable

**Item 16G.  Corporate Governance**

Companies listed on the NYSE must comply with certain standards regarding corporate governance under Section 303A of the NYSE Listed Company Manual. However, listed companies that are foreign private issuers, such as Panasonic, are permitted to follow home country practice in lieu of certain provisions of Section 303A.

Table of Contents

- 91 -

The following table shows the significant differences between the corporate governance practices followed by U.S. listed companies under Section 303A of the NYSE Listed Company Manual and those followed by Panasonic.

| Corporate Governance Practices Followed by NYSE- listed U.S. companies | Corporate Governance Practices Followed by Panasonic |
|---|---|
| A NYSE-listed U.S. company must have a majority of directors meeting the independence requirements under Section 303A of the NYSE Listed Company Manual. | The Company Law does not require independent directors on the board of directors. The Company Law has provisions for an "outside director," whose definition is similar to, but not the same as, an independent director under the NYSE Listed Company Manual. An "outside director" is defined as a director of the company who does not engage or has not engaged in the execution of business of the company or its subsidiaries as a director of any of these corporations, and who does not serve or has not served as an executive officer, manager or in any other capacity as an employee of the company or its subsidiaries. A Japanese joint stock corporation with corporate auditors, such as Panasonic, is not obliged under the Company Law to have any outside directors on its board of directors. |
| | However, Panasonic had two (2) outside Directors as of June 25, 2010. In addition, pursuant to recent amendments to the regulations of the Japanese stock exchanges, Panasonic is required to have one or more "independent director(s)/corporate auditor(s)" which terms are defined under the relevant regulations of the Japanese stock exchanges as "outside directors" or "outside corporate auditors" (each of which terms is defined under the Company Law) who are unlikely to have any conflict of interests with shareholders of Panasonic. The definition of the "independent director/corporate auditor" is different from that of the independent directors under the NYSE Listed Company Manual or under Rule 10A-3 under the U.S. Securities Exchange Act of 1934. Each of the outside directors and outside corporate auditors of Panasonic satisfies the requirements for the "independent director/corporate auditor" under the regulations of the Japanese stock exchanges, respectively. The tasks of supervising the administration of the Company's affairs are assigned not only to the Board of Directors but also to Corporate Auditors, as more fully described below. |
| A NYSE-listed U.S. company must have an audit committee with responsibilities described under Section 303A of the NYSE Listed Company Manual, including those imposed by Rule 10A-3 under the U.S. Securities Exchange Act of 1934. The | A Japanese joint stock corporation is not required to have any audit, nominating and compensation committees, except for a "joint stock corporation with specified committees," which is a corporate governance system that may be adopted by Japanese joint stock corporations meeting certain criteria.

Most Japanese joint stock corporations, including Panasonic, employ a corporate governance system based on corporate auditors. With this system, the tasks of supervising the administration of the company's affairs conducted by directors are assigned not only to the board of directors but also to corporate auditors who are appointed at a general meeting of |

audit committee must be composed entirely of independent directors, and the audit committee must have at least three (3) members and satisfy the requirements of Rule 10A-3 under the U.S. Securities Exchange Act of 1934.

shareholders, and who are separate and independent from the board of directors. All corporate auditors must meet certain independence requirements under the Company Law. Under the Company Law, Panasonic is required to appoint at least three (3) Corporate Auditors, and at least half of Panasonic's Corporate Auditors are required to be "Outside Corporate Auditors" who must meet additional independence requirements. An "outside corporate auditor" is defined as a corporate auditor of the Company who has never been as a director, accounting counselor, executive officer, manager or in any other capacity as an employee of the company or any of its subsidiaries prior to the appointment. Under the Company Law, Panasonic is required to establish a Board of Corporate Auditors, comprising all the Company's Corporate Auditors.

As of June 25, 2010, Panasonic had five (5) Corporate Auditors, of which three (3) were Outside Corporate Auditors. Each Corporate Auditor of Panasonic has a four-year term. In contrast, the term of each Director of Panasonic is one year. Corporate Auditors are obliged to attend the meetings of the Board of Directors and express their opinion at the meetings if necessary. The Board of Corporate Auditors and Corporate Auditors have a statutory duty to supervise the administration of the Company's affairs by Directors. The Board of Corporate Auditors has a statutory duty to, based on the reports prepared by respective Corporate Auditors, prepare and submit its audit report to Accounting Auditors and the Directors who prepared the financial statements and the business report. A copy of the audit report is included in the appendix to the convocation notice of the ordinary general meeting of shareholders.

A Corporate Auditor also has a statutory duty to examine the financial statements of Panasonic, and receives auditors' reports from an accounting auditor (a certified public accountant or an accounting firm). The Board of Corporate Auditors has the power to request that Panasonic's Directors submit a proposal for dismissal of an accounting auditor to a general meeting of shareholders. The Board of Corporate Auditors also has the power to directly dismiss an accounting auditor under certain conditions. Panasonic's Directors must obtain the consent of its Board of Corporate Auditors in order to submit a proposal for election, dismissal and/or non-reelection of an accounting auditor to a general meeting of shareholders.

With respect to the requirements of Rule 10A-3 under the U.S. Securities Exchange Act of 1934 relating to listed company audit committees, Panasonic relies on an exemption under that rule which is available to foreign private issuers with a board of corporate auditors meeting certain requirements. In addition, each of the outside corporate auditors of Panasonic satisfies the requirements for the "independent director/corporate auditor" under the regulations of the Japanese stock exchanges as described above.

Table of Contents

- 92 -

| | |
|---|---|
| A NYSE-listed U.S. company must have a nominating/corporate governance committee with responsibilities described under Section 303A of the NYSE Listed Company Manual. The nominating/corporate governance committee must be composed entirely of independent directors. | Under the Company Law, Panasonic's Directors must be elected and/or dismissed at a general meeting of shareholders. The Board of Directors nominates Director candidates and submits a proposal for election of directors to a general meeting of shareholders. The Board of Directors does not have the power to fill vacancies thereon.

Panasonic's Corporate Auditors must also be elected and/or dismissed at a general meeting of shareholders. Panasonic's Directors must obtain the consent of the Board of Corporate Auditors in order to submit a proposal for election of a Corporate Auditor to a general meeting of shareholders. Each of the Corporate Auditors has the right to state his/her opinion concerning the election, dismissal and/or resignation of any Corporate Auditor, including himself/herself, at a general meeting of shareholders. The Board of Corporate Auditors is also empowered to request Directors to submit a proposal for election of a specific person as a Corporate Auditor to a general meeting of shareholders. |
| A NYSE-listed U.S. company must have a compensation committee with responsibilities described under Section 303A of the NYSE Listed Company Manual. The compensation committee must be composed entirely of independent directors. | Under the Company Law, the maximum amounts of remunerations, including equity compensation such as stock options, bonuses, and other financial benefits given in consideration of performance of duties (collectively, the "remunerations") of directors and corporate auditors of Japanese joint stock corporations, except for a "joint stock corporation with specified committees," must be approved at a general meeting of shareholders. Companies must also obtain the approval at a general meeting of shareholders to change such maximum amounts. Therefore, the remunerations of the directors and corporate auditors are subject to the approval of shareholders.

The maximum total amounts of remunerations for Directors and Corporate Auditors of Panasonic is therefore determined by a resolution at a general meeting of shareholders, and thus remunerations of the Directors and Corporate Auditors of Panasonic are under the oversight of shareholders. The remuneration amount for each Director is determined by Panasonic's Representative Directors who are delegated to make such determination by the Board of Directors, and the amount of remuneration for each Corporate Auditor is determined upon discussions amongst the Corporate Auditors. |
| A NYSE-listed U.S. company must generally obtain shareholder approval with respect to any equity compensation plan. | Pursuant to the Company Law, if a Japanese joint stock corporation, such as Panasonic, desires to adopt an equity compensation plan under which stock acquisition rights are granted on specially favorable conditions (except where such rights are granted to all shareholders on a pro rata basis), such plan must be approved by a "special resolution" of a general meeting of shareholders that satisfies the prescribed quorum. (In the case of Panasonic, such quorum is one-third of the total number of voting rights and the approval of at least two-thirds of the voting rights represented at the meeting is required as provided by Panasonic's Articles of Incorporation pursuant to the Company Law.) |

Table of Contents

- 93 -

# PART III

**Item 17.    Financial Statements**

Not applicable

**Item 18.    Financial Statements**

Index of Consolidated Financial Statements of Panasonic Corporation and Subsidiaries:

|  | **Page** |
|---|---|
| Reports of Independent Registered Public Accounting Firm | 94 |
| Consolidated Balance Sheets as of March 31, 2010 and 2009 | 96 |
| Consolidated Statements of Operations for the years ended March 31, 2010, 2009 and 2008 | 98 |
| Consolidated Statements of Equity for the years ended March 31, 2010, 2009 and 2008 | 99 |
| Consolidated Statements of Cash Flows for the years ended March 31, 2010, 2009 and 2008 | 101 |
| Notes to Consolidated Financial Statements | 103 |

Schedule for the years ended March 31, 2010, 2009 and 2008:

| Schedule II     Valuation and Qualifying Accounts and Reserves for the years ended March 31, 2010, 2009 and 2008 | 156 |
|---|---|

All other schedules are omitted as permitted by the rules and regulations of the Securities and Exchange Commission as the required information is presented in the consolidated financial statements or notes thereto, or the schedules are not applicable.

Table of Contents

- 94 -

## Report of Independent Registered Public Accounting Firm

The Board of Directors and Stockholders
Panasonic Corporation:

We have audited the accompanying consolidated balance sheets of Panasonic Corporation and subsidiaries (the "Company") as of March 31, 2010 and 2009, and the related consolidated statements of operations, equity, and cash flows for each of the years in the three-year period ended March 31, 2010. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Panasonic Corporation and subsidiaries as of March 31, 2010 and 2009, and the results of their operations and their cash flows for each of the years in the three-year period ended March 31, 2010, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), Panasonic Corporation's internal control over financial reporting as of March 31, 2010, based on criteria established in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO), and our report dated June 30, 2010 expressed an unqualified opinion on the effectiveness of the Company's internal control over financial reporting.

As discussed in Note 1 to the consolidated financial statements, the Company changed its method of accounting for noncontrolling interests with the adoption of Financial Accounting Standards Board Statement No. 160, Noncontrolling Interests in Consolidated Financial Statements—an amendment of ARB No. 51 (codified in FASB Accounting Standards Codification Topic 810, Consolidation), its method of accounting for business combinations with the adoption of Financial Accounting Standards Board Statement No.141R, Business Combinations (codified in FASB Accounting Standards Codification Topic 805, Business Combinations), and its method of computing depreciation effective April 1, 2009.

KPMG AZSA & Co.

Osaka, Japan
June 30, 2010

Table of Contents

- 95 -

## Report of Independent Registered Public Accounting Firm

The Board of Directors and Stockholders
Panasonic Corporation:

We have audited Panasonic Corporation and subsidiaries' (the "Company") internal control over financial reporting as of March 31, 2010, based on criteria established in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control Over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of March 31, 2010, based on criteria established in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheets of Panasonic Corporation and subsidiaries as of March 31, 2010 and 2009, and the related consolidated statements of operations, equity, and cash flows for each of the years in the three-year period ended March 31, 2010, and our report dated June 30, 2010 expressed an unqualified opinion on those consolidated financial statements.

KPMG AZSA & Co.

Osaka, Japan
June 30, 2010

Table of Contents

- 96 -

## PANASONIC CORPORATION
## AND SUBSIDIARIES

### Consolidated Balance Sheets

### March 31, 2010 and 2009

| Assets | Yen (millions) | |
|---|---|---|
| | 2010 | 2009 |
| Current assets: | | |
| Cash and cash equivalents (Note 9) | 1,109,912 | 973,867 |
| Time deposits (Note 9) | 92,032 | 189,288 |
| Short-term investments (Notes 5 and 18) | — | 1,998 |
| Trade receivables (Note 16): | | |
| Related companies (Note 4) | 37,940 | 16,178 |
| Notes | 74,028 | 42,582 |
| Accounts (Note 17) | 1,097,230 | 727,504 |
| Allowance for doubtful receivables | (24,158) | (21,131) |
| Net trade receivables | 1,185,040 | 765,133 |
| Inventories (Note 3) | 913,646 | 771,137 |
| Other current assets (Notes 11, 17 and 18) | 505,418 | 493,271 |
| Total current assets | 3,806,048 | 3,194,694 |
| Investments and advances: | | |
| Associated companies (Notes 4 and 18) | 177,128 | 123,959 |
| Other investments and advances (Notes 5, 9 and 18) | 459,634 | 427,792 |
| Total investments and advances | 636,762 | 551,751 |
| Property, plant and equipment (Notes 6, 7, 9 and 18): | | |
| Land | 391,394 | 298,346 |
| Buildings | 1,767,674 | 1,532,359 |
| Machinery and equipment | 2,303,633 | 2,229,123 |
| Construction in progress | 128,826 | 213,617 |
| | 4,591,527 | 4,273,445 |
| Less accumulated depreciation | 2,635,506 | 2,698,615 |
| Net property, plant and equipment | 1,956,021 | 1,574,830 |
| Other assets: | | |
| Goodwill (Notes 8 and 18) | 923,001 | 410,792 |
| Intangible assets (Notes 7, 8 and 18) | 604,865 | 120,712 |
| Other assets (Notes 10 and 11) | 431,360 | 550,537 |

|                   |           |           |
|-------------------|-----------|-----------|
| Total other assets | 1,959,226 | 1,082,041 |
|                   | 8,358,057 | 6,403,316 |

See accompanying Notes to Consolidated Financial Statements.

Table of Contents

- 97 -

## PANASONIC CORPORATION
## AND SUBSIDIARIES

### Consolidated Balance Sheets

### March 31, 2010 and 2009

| Liabilities and Equity | Yen (millions) | |
| --- | --- | --- |
| | 2010 | 2009 |
| Current liabilities: | | |
| Short-term debt, including current portion of long-term debt (Notes 6, 9 and 18) | 299,064 | 94,355 |
| Trade payables: | | |
| Related companies (Note 4) | 66,596 | 58,315 |
| Notes | 59,516 | 38,196 |
| Accounts (Note 17) | 945,334 | 582,857 |
| Total trade payables | 1,071,446 | 679,368 |
| Accrued income taxes (Note 11) | 39,154 | 26,139 |
| Accrued payroll | 149,218 | 115,845 |
| Other accrued expenses (Note 19) | 826,051 | 672,836 |
| Deposits and advances from customers | 64,046 | 60,935 |
| Employees' deposits | 10,009 | 269 |
| Other current liabilities (Notes 10, 11, 17 and 18) | 356,875 | 350,681 |
| Total current liabilities | 2,815,863 | 2,000,428 |
| Noncurrent liabilities: | | |
| Long-term debt (Notes 6, 9 and 18) | 1,028,928 | 651,310 |
| Retirement and severance benefits (Note 10) | 435,799 | 404,367 |
| Other liabilities (Note 11) | 397,694 | 134,630 |
| Total noncurrent liabilities | 1,862,421 | 1,190,307 |
| Panasonic Corporation shareholders' equity: | | |
| Common stock (Note 12): | | |
| Authorized   - 4,950,000,000 shares | | |
| Issued     - 2,453,053,497 shares (2,453,053,497 shares in 2009) | 258,740 | 258,740 |
| Capital surplus (Note 12) | 1,209,516 | 1,217,764 |
| Legal reserve (Note 12) | 93,307 | 92,726 |
| Retained earnings (Note 12) | 2,349,487 | 2,479,416 |
| Accumulated other comprehensive income (loss) (Notes 5, 10, 13 and 17): | | |
| Cumulative translation adjustments | (352,649) | (341,592) |
| Unrealized holding gains (losses) of available-for-sale securities | 40,700 | (10,563) |
| Unrealized gains (losses) of derivative instruments | 1,272 | (4,889) |
| Pension liability adjustments | (137,555) | (237,333) |

| | | |
|---|---:|---:|
| Total accumulated other comprehensive loss | (448,232) | (594,377) |
| Treasury stock, at cost (Note 12): | | |
| 382,448,008 shares (382,411,876 shares in 2009) | (670,330) | (670,289) |
| Total Panasonic Corporation shareholders' equity | 2,792,488 | 2,783,980 |
| Noncontrolling interests | 887,285 | 428,601 |
| | 3,679,773 | 3,212,581 |
| Commitments and contingent liabilities (Notes 6 and 19) | | |
| | 8,358,057 | 6,403,316 |

See accompanying Notes to Consolidated Financial Statements.

Table of Contents

- 98 -

## PANASONIC CORPORATION
## AND SUBSIDIARIES

### Consolidated Statements of Operations

### Years ended March 31, 2010, 2009 and 2008

| | Yen (millions) | | |
|---|---|---|---|
| | **2010** | **2009** | **2008** |
| Revenues, costs and expenses: | | | |
| Net sales: | | | |
| Related companies (Note 4) | 209,938 | 223,231 | 371,216 |
| Other | 7,208,042 | 7,542,276 | 8,697,712 |
| Total net sales | 7,417,980 | 7,765,507 | 9,068,928 |
| Cost of sales (Notes 4, 16 and 17) | (5,341,059) | (5,667,287) | (6,377,240) |
| Selling, general and administrative expenses (Note 16) | (1,886,468) | (2,025,347) | (2,172,207) |
| Interest income | 12,348 | 23,477 | 34,371 |
| Dividends received | 6,746 | 11,486 | 10,317 |
| Other income (Notes 5, 6 and 17) | 47,896 | 52,709 | 70,460 |
| Interest expense | (25,718) | (19,386) | (20,357) |
| Other deductions (Notes 2, 4, 5, 7, 8, 15, 16, 17 and 18) | (261,040) | (523,793) | (179,279) |
| Income (loss) before income taxes | (29,315) | (382,634) | 434,993 |
| Provision for income taxes (Note 11): | | | |
| Current | 58,147 | 61,840 | 128,181 |
| Deferred | 83,686 | (24,482) | (13,608) |
| | 141,833 | 37,358 | 114,573 |
| Equity in earnings (losses) of associated companies (Note 4) | 481 | 16,149 | (9,906) |
| Net income (loss) | (170,667) | (403,843) | 310,514 |
| Less net income (loss) attributable to noncontrolling interests | (67,202) | (24,882) | 28,637 |
| Net income (loss) attributable to Panasonic Corporation | (103,465) | (378,961) | 281,877 |

| | Yen | | |
|---|---|---|---|
| Net income (loss) per share attributable to Panasonic Corporation common shareholders (Note 14): | | | |
| Basic | (49.97) | (182.25) | 132.90 |
| Diluted | — | (182.25) | 132.90 |

See accompanying Notes to Consolidated Financial Statements.

Table of Contents

- 99 -

## PANASONIC CORPORATION
## AND SUBSIDIARIES

### Consolidated Statements of Equity

### Years ended March 31, 2010, 2009 and 2008

|  | Yen (millions) | | |
|---|---|---|---|
|  | 2010 | 2009 | 2008 |
| **Common stock (Note 12):** |  |  |  |
| Balance at beginning of year | 258,740 | 258,740 | 258,740 |
| Balance at end of year | 258,740 | 258,740 | 258,740 |
| **Capital surplus (Note 12):** |  |  |  |
| Balance at beginning of year | 1,217,764 | 1,217,865 | 1,220,967 |
| Sale of treasury stock | (8) | (101) | 59 |
| Decrease from issuance of new shares by a subsidiary | — | — | (3,161) |
| Equity transactions with noncontrolling interests and others | (8,240) | — | — |
| Balance at end of year | 1,209,516 | 1,217,764 | 1,217,865 |
| **Legal reserve (Note 12):** |  |  |  |
| Balance at beginning of year | 92,726 | 90,129 | 88,588 |
| Transfer from retained earnings | 581 | 2,597 | 1,541 |
| Balance at end of year | 93,307 | 92,726 | 90,129 |
| **Retained earnings (Note 12):** |  |  |  |
| Balance at beginning of year prior to adjustment | 2,479,416 | 2,948,065 | 2,737,024 |
| Effects of changing the pension plan measurement date, net of tax (Note 10) | — | (3,727) | — |
| Balance at beginning of year as adjusted | 2,479,416 | 2,944,338 | 2,737,024 |
| Net income (loss) attributable to Panasonic Corporation | (103,465) | (378,961) | 281,877 |
| Cash dividends to Panasonic Corporation stockholders | (25,883) | (83,364) | (69,295) |
| Transfer to legal reserve | (581) | (2,597) | (1,541) |
| Balance at end of year | 2,349,487 | 2,479,416 | 2,948,065 |
| **Accumulated other comprehensive income (loss) (Note 13):** |  |  |  |
| Balance at beginning of year prior to adjustment | (594,377) | (173,897) | 107,097 |
| Effects of changing the pension plan measurement date, net of tax (Note 10) | — | (73,571) | — |
| Balance at beginning of year as adjusted | (594,377) | (247,468) | 107,097 |
| Other comprehensive income (loss), net of tax | 146,145 | (346,909) | (280,994) |

| | | | |
|---|---|---|---|
| Balance at end of year | (448,232) | (594,377) | (173,897) |
| Treasury stock (Note 12): | | | |
| Balance at beginning of year | (670,289) | (598,573) | (495,675) |
| Repurchase of common stock | (72) | (72,416) | (103,112) |
| Sale of treasury stock | 31 | 700 | 214 |
| Balance at end of year | (670,330) | (670,289) | (598,573) |

(Continued)

Table of Contents

- 100 -

## PANASONIC CORPORATION
## AND SUBSIDIARIES

### Consolidated Statements of Equity

### Years ended March 31, 2010, 2009 and 2008

|  | Yen (millions) | | |
|---|---|---|---|
|  | 2010 | 2009 | 2008 |
| **Noncontrolling interests:** |  |  |  |
| Balance at beginning of year prior to adjustment | 428,601 | 514,620 | 551,154 |
| Effects of changing the pension plan measurement date, net of tax (Note 10) | — | (3) | — |
| Balance at beginning of year as adjusted | 428,601 | 514,617 | 551,154 |
| Cash dividends paid to noncontrolling interests | (14,619) | (20,803) | (19,807) |
| Acquisition transaction | 532,360 | — | 29,248 |
| Issuance of shares by subsidiaries | — | — | 40,000 |
| Change in consolidated subsidiaries | — | — | (90,470) |
| Equity transactions with noncontrolling interests and others | (2,402) | (1,422) | (3,520) |
| Net income (loss) attributable to noncontrolling interests | (67,202) | (24,882) | 28,637 |
| Other comprehensive income (loss), net of tax: |  |  |  |
| Translation adjustments | 1,238 | (18,043) | (8,260) |
| Unrealized holding gains (losses) of available-for-sale securities | 2,378 | (1,619) | (3,806) |
| Unrealized gains (losses) of derivative instruments | 68 | (12) | 332 |
| Pension liability adjustments | 6,863 | (19,235) | (8,888) |
| Balance at end of year | 887,285 | 428,601 | 514,620 |
| **Disclosure of comprehensive income (loss):** |  |  |  |
| Net income (loss) | (170,667) | (403,843) | 310,514 |
| Other comprehensive income (loss), net of tax: |  |  |  |
| Translation adjustments | (9,819) | (130,843) | (137,514) |
| Unrealized holding gains (losses) of available-for-sale securities | 53,641 | (57,624) | (119,195) |
| Unrealized gains (losses) of derivative instruments | 6,229 | (9,227) | 3,796 |
| Pension liability adjustments | 106,641 | (188,124) | (48,703) |
| Comprehensive income (loss) | (13,975) | (789,661) | 8,898 |
| Comprehensive income (loss) attributable to noncontrolling interests | (56,655) | (63,791) | 8,015 |
| Comprehensive income (loss) attributable to Panasonic Corporation | 42,680 | (725,870) | 883 |

See accompanying Notes to Consolidated Financial Statements.

Table of Contents

- 101 -

## PANASONIC CORPORATION
## AND SUBSIDIARIES

### Consolidated Statements of Cash Flows

### Years ended March 31, 2010, 2009 and 2008

|  | Yen (millions) | | |
|---|---|---|---|
|  | 2010 | 2009 | 2008 |
| Cash flows from operating activities (Note 16): |  |  |  |
| Net income (loss) | (170,667) | (403,843) | 310,514 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: |  |  |  |
| Depreciation and amortization | 298,270 | 364,806 | 320,534 |
| Net gain on sale of investments | (5,137) | (13,512) | (14,402) |
| Provision for doubtful receivables | 10,862 | 10,538 | 6,008 |
| Deferred income taxes | 83,686 | (24,482) | (13,608) |
| Write-down of investment securities (Notes 4, 5 and 18) | 6,944 | 92,016 | 31,842 |
| Impairment loss on long-lived assets (Notes 7 and 8) | 83,004 | 313,466 | 44,627 |
| Cash effects of changes in, excluding acquisition: |  |  |  |
| Trade receivables | (119,966) | 249,123 | (56,677) |
| Inventories | 100,576 | 21,011 | (37,372) |
| Other current assets | 24,151 | 30,279 | 39,602 |
| Trade payables | 83,719 | (199,176) | (41,568) |
| Accrued income taxes | 6,706 | (33,358) | 5,765 |
| Accrued expenses and other current liabilities | 102,743 | (157,660) | 9,973 |
| Retirement and severance benefits | (8,655) | (107,196) | (128,937) |
| Deposits and advances from customers | (7,368) | (21,191) | (15,915) |
| Other | 33,465 | (4,174) | 5,672 |
| Net cash provided by operating activities | 522,333 | 116,647 | 466,058 |
| Cash flows from investing activities (Note 16): |  |  |  |
| Proceeds from sale of short-term investments | 6,442 | — | 697 |
| Purchase of short-term investments | (6,369) | — | — |
| Proceeds from disposition of investments and advances | 61,302 | 221,127 | 313,947 |
| Increase in investments and advances | (8,855) | (34,749) | (160,423) |
| Capital expenditures | (375,648) | (521,580) | (418,730) |
| Proceeds from disposals of property, plant and equipment | 117,857 | 40,476 | 151,279 |
| (Increase) decrease in time deposits | 99,274 | (136,248) | 166,750 |
| Purchase of shares of newly consolidated subsidiaries, net of acquired companies' cash and cash equivalents (Note 2) | (174,808) | — | (68,309) |
| Other | (42,854) | (38,503) | (46,582) |
| Net cash used in investing activities | (323,659) | (469,477) | (61,371) |

(Continued)

Table of Contents

- 102 -

## PANASONIC CORPORATION
## AND SUBSIDIARIES

### Consolidated Statements of Cash Flows

### Years ended March 31, 2010, 2009 and 2008

|  | Yen (millions) | | |
|---|---|---|---|
|  | **2010** | **2009** | **2008** |
| Cash flows from financing activities (Note 16): |  |  |  |
| Increase (decrease) in short-term debt | (3,360) | (34,476) | (5,815) |
| Proceeds from long-term debt | 53,172 | 442,515 | 1,344 |
| Repayments of long-term debt | (54,780) | (83,257) | (46,750) |
| Dividends paid to Panasonic Corporation shareholders (Note 12) | (25,883) | (83,364) | (69,295) |
| Dividends paid to noncontrolling interests | (14,619) | (20,803) | (19,807) |
| Repurchase of common stock (Note 12) | (72) | (72,416) | (103,112) |
| Sale of treasury stock (Note 12) | 23 | 599 | 273 |
| Purchase of noncontrolling interests | (11,095) | — | — |
| Proceeds from issuance of shares by subsidiaries | — | — | 39,866 |
| Other | (359) | (86) | (252) |
| Net cash provided by (used in) financing activities | (56,973) | 148,712 | (203,548) |
| Effect of exchange rate changes on cash and cash equivalents | (5,656) | (36,831) | (129,521) |
| Effect of changes in consolidated subsidiaries (Note 16) | — | — | (93,441) |
| Net increase (decrease) in cash and cash equivalents | 136,045 | (240,949) | (21,823) |
| Cash and cash equivalents at beginning of year | 973,867 | 1,214,816 | 1,236,639 |
| Cash and cash equivalents at end of year | 1,109,912 | 973,867 | 1,214,816 |

See accompanying Notes to Consolidated Financial Statements.

Table of Contents

- 103 -

## PANASONIC CORPORATION
## AND SUBSIDIARIES

### Notes to Consolidated Financial Statements

### March 31, 2010, 2009 and 2008

(1)   Summary of Significant Accounting Policies

(a)   **Description of Business**

Panasonic Corporation (hereinafter, the "Company," including consolidated subsidiaries, unless the context otherwise requires) is one of the world's leading producers of electronic and electric products. The Company currently offers a comprehensive range of products, systems and components for consumer, business and industrial use based on sophisticated electronics and precision technology, expanding to building materials and equipment, and housing business.

Sales by product category in fiscal 2010 were as follows: Digital AVC Networks—43%, Home Appliances—15%, PEW and PanaHome*—20%, Components and Devices—11%, SANYO*—5%, and Other—6%. A sales breakdown in fiscal 2010 by geographical market was as follows: Japan—54%, North and South America—12%, Europe—11%, and Asia and Others—23%.

The Company is not dependent on a single supplier, and has no significant difficulty in obtaining raw materials from suppliers.

*  PEW stands for Panasonic Electric Works Co., Ltd. and PanaHome stands for PanaHome Corporation. SANYO stands for SANYO Electric Co., Ltd.

(b)   **Basis of Presentation of Consolidated Financial Statements**

The Company and its domestic subsidiaries maintain their books of account in conformity with financial accounting standards of Japan, and its foreign subsidiaries in conformity with those of the countries of their domicile.

The consolidated financial statements presented herein have been prepared in a manner and reflect adjustments which are necessary to conform with U.S. generally accepted accounting principles.

(c)   **Principles of Consolidation**

The consolidated financial statements include the accounts of the Company and its majority-owned, controlled subsidiaries. The Company also consolidates entities in which controlling interest exists through variable interests in accordance with the provisions of Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) 810, "Consolidation." Investments in companies and joint ventures over which the Company has the ability to exercise significant influence (generally through a voting interest of between 20% to 50%) are included in "Investments and advances—Associated companies" in the consolidated balance sheets. All significant intercompany balances and transactions have been eliminated in consolidation.

Table of Contents

- 104 -

(d)   **Revenue Recognition**

The Company generates revenue principally through the sale of consumer and industrial products, equipment, and supplies. The Company recognizes revenue when persuasive evidence of an arrangement exists, delivery has occurred, and title and risk of loss have been transferred to the customer or services have been rendered, the sales price is fixed or determinable, and collectibility is reasonably assured.

Revenue from sales of products is generally recognized when the products are received by customers. Revenue from sales of certain products with customer acceptance provisions related to their functionality is recognized when the product is received by the customer and the specific criteria of the product functionality are successfully tested and demonstrated.

The Company enters into arrangements with multiple elements, which may include any combination of products, equipment, installation and maintenance. The Company allocates revenue to each element based on its relative fair value if such element meets the criteria for treatment as a separate unit of accounting as prescribed in the provisions of ASC 605, "Revenue Recognition." Product revenue is generally recognized upon completion of installation or upon shipment if installation is not required. Maintenance revenue is recognized on a straight-line basis over the term of the maintenance agreement.

The Company's policy is to accept product returns only in the case that the products are defective. The Company issues contractual product warranties under which it guarantees the performance of products delivered and services rendered for a certain period of time. A liability for the estimated product warranty related cost is established at the time revenue is recognized, and is included in "Other accrued expenses." Estimates for accrued warranty cost are primarily based on historical experience and current information on repair cost.

Historically, the Company has made certain allowances related to sales to its consumer business distributors. Such allowances are generally provided to compensate the distributors for a decline in the product's value, and are classified as a reduction of revenue on the consolidated statements of operations. Estimated price adjustments are accrued when the related sales are recognized. The estimate is made based primarily on the historical experience or specific arrangements made with the distributors.

The Company also occasionally offers incentive programs to its distributors in the form of rebates. These rebates are accrued at the latter of the date at which the related revenue is recognized or the date at which the incentive is offered, and are recorded as reductions of sales in accordance with in the provisions of ASC 605.

Taxes collected from customers and remitted to governmental authorities are accounted for on a net basis and therefore are excluded from revenues in the consolidated statements of operations.

(e)   **Leases (See Note 6)**

The Company accounts for leases in accordance with the provisions of ASC 840, "Leases." Leases of the assets under certain conditions are recorded as capital leases in property, plant and equipment in the consolidated balance sheets.

Table of Contents

- 105 -

(f) **Inventories (See Note 3)**

Finished goods and work in process are stated at the lower of cost (average) or market. Raw materials are stated at cost, principally on a first-in, first-out basis or average basis, not in excess of current replacement cost.

(g) **Foreign Currency Translation (See Note 13)**

Foreign currency financial statements are translated in accordance with the provisions of ASC 830, "Foreign Currency Matters," under which all assets and liabilities are translated into yen at year-end rates and income and expense accounts are translated at weighted-average rates. Adjustments resulting from the translation of financial statements are reflected under the caption, "Accumulated other comprehensive income (loss)," a separate component of equity.

(h) **Property, Plant and Equipment**

Property, plant and equipment is stated at cost. Depreciation is computed primarily using the straight-line method based on the following estimated useful lives:

|  |  |
|---|---|
| Buildings .............................................................. | 5 to 50 years |
| Machinery and equipment ..................................... | 2 to 10 years |

Effective April 1, 2009, the Company and certain of its domestic subsidiaries changed their depreciation method from the declining-balance method to the straight-line method. The Company believes that the straight-line method better reflects the pattern of consumption of the future benefits to be derived from those assets being depreciated and provides a better matching of costs and revenues over the assets' estimated useful lives. Under the provisions of ASC 250, "Accounting Changes and Error Corrections," a change in depreciation method is treated on a prospective basis as a change in estimate and prior period results have not been restated. The change in depreciation method caused a decrease in depreciation expense by 11,031 million yen for the year ended March 31, 2010. Net loss attributable to Panasonic Corporation and basic net loss per share attributable to Panasonic Corporation common shareholders decreased by 6,861 million yen and 3.31 yen, respectively, for the year ended March 31, 2010. Impact on diluted net income (loss) per share attributable to Panasonic Corporation common shareholders for the year ended March 31, 2010 has been omitted because the Company did not have potentially dilutive common shares that were outstanding for the period.

(i) **Goodwill and Other Intangible Assets (See Notes 7 and 8)**

Goodwill represents the excess of costs over the fair value of net assets of businesses acquired. The Company adopted the provisions of ASC 350, "Intangibles—Goodwill and Other." Goodwill and intangible assets determined to have an indefinite useful life are not amortized, and are instead reviewed for impairment at least annually based on assessment of current estimated fair value of the intangible asset. The goodwill impairment test is a two-step test. Under the first step, the fair value of the reporting unit is compared with its carrying value (including goodwill). If the fair value of the reporting unit is less than its carrying value, an indication of goodwill impairment exists for the reporting unit and the enterprise must perform the second step of the impairment test (measurement). If the fair value of the reporting unit exceeds its carrying amount, the second step does not need to be performed. Under the second step, an impairment loss is recognized for any excess of the carrying amount of the reporting unit's goodwill over the

implied fair value of that goodwill. The implied fair value of goodwill is determined by allocating the fair value of the reporting unit in a manner similar to a purchase price allocation in business combinations. The residual fair value after this allocation is the implied fair value of the reporting unit goodwill. Fair value of the reporting unit is determined using a guideline merged and acquired company method, guideline public company method, and a discounted cash flow analysis. The provisions of ASC 350 also requires that intangible assets with estimable useful lives be amortized over their respective estimated useful lives to their estimated residual values, and reviewed for impairment based on an assessment of the undiscounted cash flows expected by the asset, whenever impairment indications are presented. An impairment charge is recognized for the amount by which the carrying amount of the asset exceeds the fair value of the asset.

Table of Contents

- 106 -

(j)   **Investments and Advances (See Notes 4, 5, 13 and 18)**

Investments and advances primarily consist of investments in and advances to associated companies, cost method investments, available-for-sale securities, and long-term deposits. Cost method investments and long-term deposits are recorded at historical cost.

The equity method is used to account for investments in associated companies in which the Company exerts significant influence, generally having a 20% to 50% voting interest, and corporate joint ventures. The Company also uses the equity method for certain investees if the minority shareholders have substantive participating rights. Under the equity method of accounting, investments are stated at their underlying net equity value after elimination of intercompany profits. The cost method is used when the Company does not have significant influence.

The excess of cost of the stock of the associated companies over the Company's share of their net assets at the acquisition date, included in the equity investment balance, is recognized as equity method goodwill. Such equity method goodwill is not being amortized and is instead tested for impairment as part of the equity method investment.

The Company accounts for debt and marketable equity securities in accordance with the provisions of ASC 320, "Investments—Debt and Equity Securities."

The provisions of ASC 320 require that certain investments in debt and marketable equity securities be classified as held-to-maturity, trading, or available-for-sale securities. The Company classifies its existing marketable equity securities other than investments in associated companies and all debt securities as available-for-sale. Available-for-sale securities are carried at fair value with unrealized holding gains or losses included as a component of accumulated other comprehensive income (loss), net of applicable taxes.

Realized gains and losses are determined on the average cost method and reflected in earnings.

On a continuous basis, but no less frequently than at the end of each quarter, the Company evaluates the carrying amount of each of the investments in associated companies, cost method investments and available-for-sale securities for possible other-than-temporary impairment. Factors considered in assessing whether an indication of other-than-temporary impairment exists include the period of time the fair value has been below the carrying amount or cost basis of investment, financial condition and prospects of each investee, and other relevant factors.

Investments in associated companies, cost method investments and available-for-sale securities are reduced to fair value by a charge to earnings when impairment is considered to be other than temporary. Impairment is measured based on the amount by which the carrying amount or cost basis of the investment exceeds its fair value. Fair value is determined based on quoted market prices, discounted cash flows or other valuation techniques as appropriate.

Table of Contents

- 107 -

(k)   **Allowance for Doubtful Receivables**

An allowance for doubtful trade receivables and advances is provided at an amount calculated based on historical experience, while specific allowances for doubtful trade receivables and advances are provided for the estimated amounts considered to be uncollectible after reviewing individual collectibility.

(l)   **Income Taxes (See Note 11)**

Income taxes are accounted for under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases, and operating loss and tax credit carryforwards.

Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

The Company accounts for uncertainty in tax positions in accordance with the provisions of ASC 740, "Income Taxes." The Company recognizes the effect of income tax positions only if those positions are more likely than not of being sustained. Recognized income tax positions are measured at the largest amount that is greater than 50% likely of being realized. Changes in recognition or measurement are reflected in the period in which the change in judgment occurs. The Company records interests and penalties related to unrecognized tax benefits in "Provision for income taxes—Current" in the consolidated statements of operations.

(m)   **Advertising (See Note 16)**

Advertising costs are expensed as incurred.

(n)   **Net Income (loss) per Share (See Note 14)**

The Company accounts for net income (loss) per share in accordance with the provisions of ASC 260, "Earnings Per Share." This statement establishes standards for computing net income (loss) per share and requires dual presentation of basic and diluted net income (loss) per share on the face of the statements of operation for all entities with complex capital structures.

Under the provisions of ASC 260, basic net income (loss) per share is computed based on the weighted-average number of common shares outstanding during each period, and diluted net income (loss) per share assumes the dilution that could occur if securities or other contracts to issue common stock were exercised or converted into common stock or resulted in the issuance of common stock.

(o)   **Cash Equivalents**

Cash equivalents include all highly liquid debt instruments purchased with a maturity of three months or less.

Table of Contents

- 108 -

(p)   **Derivative Financial Instruments (See Notes 13, 17 and 18)**

Derivative financial instruments utilized by the Company are comprised principally of foreign exchange contracts, interest rate swaps, cross currency swaps and commodity futures used to hedge currency risk and commodity price risk.

The Company accounts for derivative instruments in accordance with the provisions of ASC 815, "Derivatives and Hedging." On the date the derivative contract is entered into, the Company ordinarily designates the derivative as either a hedge of the fair value of a recognized asset or liability or of an unrecognized firm commitment ("fair-value" hedge), a hedge of a forecasted transaction or of the variability of cash flows to be received or paid related to a recognized asset or liability ("cash-flow" hedge), or a foreign-currency fair-value or cash-flow hedge ("foreign-currency" hedge). The Company formally documents all relationships between hedging instruments and hedged items, as well as its risk management objective and strategy for undertaking various hedge transactions. The Company also formally assesses, both at the hedge's inception and on an ongoing basis, whether the derivatives that are used in hedging transactions are highly effective in offsetting changes in fair values or cash flows of hedged items. The Company does not offset fair value of contracts in gain and loss positions.

Changes in the fair value of a derivative that is highly effective and that is designated and qualifies as a fair-value hedge, along with the loss or gain on the hedged asset or liability or unrecognized firm commitment of the hedged item that is attributable to the hedged risk, are recorded in earnings. Changes in the fair value of a derivative that is highly effective and that is designated and qualifies as a cash-flow hedge are recorded in other comprehensive income (loss), until earnings are affected by the variability in cash flows of the designated hedged item. Changes in the fair value of derivatives that are highly effective as hedges and that are designated and qualify as foreign-currency hedges are recorded in either earnings or other comprehensive income (loss), depending on whether the hedge transaction is a fair-value hedge or a cash-flow hedge. The ineffective portion of the change in fair value of a derivative instrument that qualifies as either a fair-value hedge or a cash-flow hedge is reported in earnings.

(q)   **Impairment of Long-Lived Assets (See Note 7)**

The Company accounts for impairment or disposition of long-lived assets in accordance with the provisions of ASC 360, "Property, Plant, and Equipment." In accordance with the provisions of ASC 360, long-lived assets, such as property, plant and equipment, and purchased intangibles subject to amortization, are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset or asset group may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to estimated undiscounted future cash flows expected to be generated by the asset. If the carrying amount of an asset exceeds its estimated future cash flows, an impairment charge is recognized for the amount by which the carrying amount of the asset exceeds the fair value of the asset.

(r)   **Restructuring Charges (See Note 15)**

The Company accounts for costs associated with exit or disposal activities in accordance with the provisions of ASC 420, "Exit or Disposal Cost Obligations." Pursuant to the provisions of ASC 420, liabilities for restructuring costs are recognized when the liability is incurred, which may be subsequent to the date when the Company has committed to a restructuring plan.

Table of Contents

- 109 -

(s)  **Stock-Based Compensation (See Note 12)**

The provisions of ASC 718, "Compensation—Stock Compensation" address accounting and disclosure requirements with measurement of the cost of employee service using a fair-value-based method of accounting for stock-based employee compensation plans.

(t)  **Segment Information (See Note 20)**

The Company accounts for segment information in accordance with the provisions of ASC 280, "Segment Reporting." Pursuant to the provisions of ASC 280, the reporting segments are the components of the Company for which separate financial information is available that is evaluated regularly by the chief operating decision maker of the Company in deciding how to allocate resources and in assessing performance.

(u)  **Fair Value Measurements (See Note 18)**

On April 1, 2008, the Company adopted the provisions of ASC 820, "Fair Value Measurements and Disclosures" for all financial assets and liabilities and nonfinancial items that are recognized or disclosed at fair value in the consolidated financial statements on a recurring basis. The provisions of ASC 820 defines fair value, establishes a framework for measuring fair value, and expands disclosures about fair value measurements. On April 1, 2009, the Company adopted the provisions of ASC 820 for nonfinancial assets and liabilities that are recognized or disclosed at fair value in the consolidated financial statements on a nonrecurring basis.

(v)  **Use of Estimates**

The preparation of consolidated financial statements requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates. Significant estimates and assumptions are reflected in valuation and disclosure of revenue recognition, allowance for doubtful receivables, valuation of inventories, impairment of long-lived assets, environmental liabilities, valuation of deferred tax assets, uncertain tax positions, employee retirement and severance benefit plans, and assets acquired and liabilities assumed by business combinations.

(w)  **Adoption of New Accounting Standards**

On April 1, 2009, the Company adopted the provisions of ASC 805, "Business Combinations." The provisions of ASC 805 requires most identifiable assets, liabilities, noncontrolling interests (previously referred to as minority interests), and goodwill acquired in a business combination to be recorded at full fair value. On April 1, 2009, the Company adopted the provisions of ASC 810, "Consolidation." ASC 810 requires noncontrolling interests to be reported as a component of equity, which changes the accounting for transactions with noncontrolling interest holders. The provisions of ASC 805 is applied to business combinations occurring after the effective date. The provisions of ASC 810 is applied prospectively to all noncontrolling interests, including any that arose before the effective date and the disclosure requirement is applied retrospectively. As a result, the prior years' consolidated financial statements have been reclassified in order to conform with the presentation used for the year ended March 31, 2010.

(x)  **Reclassifications**

Certain reclassifications have been made to the prior years' consolidated financial statements in order to conform with the presentation used for the year ended March 31, 2010.

Table of Contents

- 110 -

(2)   Acquisition

On December 16, 2009, the Company acquired all preferred shares of SANYO Electric Co., Ltd. (SANYO) through a tender offer. On December 21, 2009, the Company subsequently converted the preferred shares to common shares, resulting in an acquisition of 50.2% of the voting rights and a controlling interest of SANYO.

SANYO is in the business of manufacturing and sales of solar cells, rechargeable batteries, electronic devices, commercial equipment, audio-visual equipment, home appliances, and other electronic and electric products. As a result of this acquisition, a collaborating relationship between the Company and SANYO is established under the large business strategy as an united business group to generate synergy, such as the further expansion in the solar business, reinforcement of competitiveness in the rechargeable battery business, strengthening of the financial and business position of SANYO through the application of the Company's cost reduction know-how, and creation of a comprehensive solution business centered on the environment and energy.

The fair value of noncontrolling interests was measured based on the market price per share of SANYO as of the acquisition date. The fair value of the consideration paid for the controlling interests of SANYO and the noncontrolling interests as of the acquisition date is as follows:

|  | Yen (millions) |
|---|---|
| Fair value of consideration: | |
| Cash | 403,780 |
| Fair value of noncontrolling interests | 532,360 |
| Total | 936,140 |

Acquisition-related cost of 5,058 million yen was included in other deductions in the consolidated statements of operations for the year ended March 31, 2010.

Assets acquired and liabilities assumed reflected in the Company's consolidated balance sheet as of the acquisition date were as follows:

|  | Yen (millions) |
|---|---|
| Cash and cash equivalents | 228,972 |
| Other current assets | 653,709 |
| Investments and advances | 105,643 |
| Property, plant and equipment | 404,468 |
| Goodwill | 514,419 |
| Intangible assets | 494,103 |
| Other assets | 48,596 |
| Total assets acquired | 2,449,910 |
| Current liabilities | 606,639 |
| Noncurrent liabilities | 907,131 |
| Total liabilities assumed | 1,513,770 |

| | |
|---|---|
| Total net assets acquired | 936,140 |

Trade notes receivable, trade accounts receivable and other short-term receivables recorded at the fair value were included in other current assets in the table above, and the fair value was measured by deducting allowance for doubtful receivables of 73 million yen, 5,319 million yen and 964 million yen from their contractual amounts of 26,001 million yen, 314,175 million yen, 23,941 million yen, respectively. Long-term receivables recorded at the fair value were included in investments and advances, and the fair value was measured by deducting allowance for doubtful receivables of 2,730 million yen from their contractual amounts of 10,999 million yen.

Intangible assets of 492,476 million yen were subject to amortization, which include right of trademark of 45,451 million yen with a 10-year weighted-average useful life, customer relationship of 52,011 million yen with a 12-year weighted-average useful life and patents and know-how of 355,490 million yen with a 10-year weighted-average useful life.

Table of Contents

- 111 -

The total amount of goodwill is included in "SANYO" segment, and is not deductible for tax purpose.

Accrued warranty costs of 4,253 million yen were included in current liabilities in the table above.

Net sales and loss before income taxes of SANYO and its subsidiaries that are included in the consolidated statements of operations for the year ended March 31, 2010 are 399,888 million yen and 23,352 million yen, respectively.

The unaudited pro forma information shows the results of the Company's consolidated operations for the year ended March 31, 2010 and 2009 as though SANYO and its subsidiaries had been consolidated at the beginning of fiscal 2010 and 2009. The pro forma data is not necessarily indicative of the Company's results of operations that would actually have been reported if the transaction in fact had occurred on April 1, 2009 or 2008, and is not necessarily representative of the Company's consolidated results of operations for future periods.

| | Unaudited | |
| --- | --- | --- |
| | Yen (millions) | |
| | 2010 | 2009 |
| Net sales | 8,617,400 | 9,537,809 |
| Net income (loss) attributable to Panasonic Corporation | (155,294) | (482,520) |

| | Unaudited | |
| --- | --- | --- |
| | Yen | |
| | 2010 | 2009 |
| Net income (loss) per share attributable to Panasonic Corporation common shareholders: | | |
| Basic | (75.00) | (232.06) |
| Diluted | — | (232.06) |

Diluted net income (loss) per share attributable to Panasonic Corporation common shareholders for the year ended March 31, 2010 has been omitted because the Company did not have potentially dilutive common shares that were outstanding for the period.

Table of Contents

- 112 -

(3)  Inventories

Inventories at March 31, 2010 and 2009 are summarized as follows:

|  | Yen (millions) | |
| --- | --- | --- |
|  | 2010 | 2009 |
| Finished goods | 497,153 | 439,747 |
| Work in process | 159,699 | 129,949 |
| Raw materials | 256,794 | 201,441 |
|  | 913,646 | 771,137 |

(4)  Investments in and Advances to, and Transactions with Associated Companies

Certain financial information in respect of associated companies in aggregate at March 31, 2010 and 2009, and for the three years ended March 31, 2010 is shown below. The most significant of these associated companies as of March 31, 2010 are JVC KENWOOD Holdings, Inc. (JVC KENWOOD HD) and Sumishin Matsushita Financial Services Co., Ltd. (SMFC). At March 31, 2010, the Company has a 27.6% equity ownership in JVC KENWOOD HD and a 22.6% equity ownership in SMFC.

The Company formerly consolidated Victor Company of Japan, Ltd. (JVC) and its subsidiaries. On August 10, 2007, JVC issued and allocated new shares of its common stock to third parties. As a result, the Company's shareholding of JVC decreased from 52.4% to 36.8%, and JVC and its subsidiaries became associated companies under the equity method. On October 1, 2008, JVC and Kenwood Corporation integrated management by establishing JVC KENWOOD HD through a share transfer. The Company has 27.6% shareholding of JVC KENWOOD HD.

The Company formerly had a 34.0% equity ownership in SMFC. On November 5, 2009, the Company sold certain equity interest to The Sumitomo Trust and Banking Co., Ltd. and as a result, the Company had a 22.6% equity ownership in SMFC. On April 1, 2010, SMFC and STB Leasing Co., Ltd. merged its business to form Sumishin Panasonic Financial Services Co., Ltd. (SPFC). As a result, the Company has a 15.1% equity ownership in SPFC. The Company continues to apply the equity method subsequent to April 1, 2010 as the Company continues to hold significant influence over operating and financial policies of SPFC.

The Company formerly accounted for the investment in Toshiba Matsushita Display Technology Co., Ltd. (TMD) and its subsidiaries under the equity method. On April 28, 2009, the Company sold all of its shares in TMD to Toshiba Corporation.

|  | Yen (millions) | |
| --- | --- | --- |
|  | 2010 | 2009 |
| Current assets | 1,065,594 | 1,012,194 |
| Other assets | 488,755 | 526,722 |
|  | 1,554,349 | 1,538,916 |
| Current liabilities | 775,170 | 961,503 |
| Other liabilities | 370,949 | 292,788 |

| | | | |
|---|---|---|---|
| Net assets | | 408,230 | 284,625 |
| Company's equity in net assets | | 146,825 | 102,966 |

| | Yen (millions) | | |
|---|---|---|---|
| | **2010** | **2009** | **2008** |
| Net sales | 1,176,332 | 1,568,499 | 1,968,527 |
| Gross profit | 254,507 | 292,589 | 377,989 |
| Net loss | (10,572) | (70,779) | (52,915) |

Table of Contents

- 113 -

Purchases and dividends received from associated companies for the three years ended March 31, 2010 are as follows:

|  | Yen (millions) | | |
|  | 2010 | 2009 | 2008 |
| Purchases from | 287,598 | 315,829 | 424,242 |
| Dividends received | 4,301 | 4,528 | 5,434 |

Retained earnings include undistributed earnings of associated companies in the amount of 33,489 million yen and 36,594 million yen, as of March 31, 2010 and 2009, respectively.

During the years ended March 31, 2010, 2009 and 2008, the Company incurred a write-down of 3,605 million yen, 18,121 million yen and 23,668 million yen, respectively, for other-than-temporary impairment of investments and advances in associated companies. The fair values of the investments and advances in associated companies were based on quoted market price or discounted cash flows by using appropriate discounted rate. An impairment charge was recorded to reduce the carrying value of the assets to fair value. The write-down is included in other deductions in the consolidated statements of operations.

Investments in associated companies include equity securities which have quoted market values at March 31, 2010 and 2009 compared with related carrying amounts are as follows:

|  | Yen (millions) | |
|  | 2010 | 2009 |
| Carrying amount | 50,314 | 12,825 |
| Market value | 61,294 | 11,093 |

Table of Contents

- 114 -

(5)   Investments in Securities

The Company classifies its existing marketable equity securities other than investments in associated companies and all debt securities as available-for-sale.

The cost, fair value, gross unrealized holding gains and gross unrealized holding losses of available-for-sale securities included in short-term investments, and other investments and advances at March 31, 2010 and 2009 are as follows:

| | Yen (millions) | | | |
| --- | --- | --- | --- | --- |
| | 2010 | | | |
| | Cost | Fair value | Gross unrealized holding gains | Gross unrealized holding losses |
| Noncurrent: | | | | |
| Equity securities | 275,579 | 379,358 | 104,666 | 887 |
| Corporate and government bonds | 3,894 | 3,961 | 75 | 8 |
| Other debt securities | 568 | 585 | 22 | 5 |
| | 280,041 | 383,904 | 104,763 | 900 |

| | Yen (millions) | | | |
| --- | --- | --- | --- | --- |
| | 2009 | | | |
| | Cost | Fair value | Gross unrealized holding gains | Gross unrealized holding losses |
| Current: | | | | |
| Corporate and government bonds | 1,972 | 1,998 | 26 | — |
| | 1,972 | 1,998 | 26 | — |
| Noncurrent: | | | | |
| Equity securities | 269,735 | 284,356 | 32,510 | 17,889 |
| Corporate and government bonds | 4,290 | 4,395 | 110 | 5 |
| Other debt securities | 5,492 | 5,515 | 23 | — |
| | 279,517 | 294,266 | 32,643 | 17,894 |

The cost, fair value, gross unrealized holding gains and gross unrealized holding losses of held-to-maturity securities included in other investments and advances are 1,954 million yen, 1,887 million yen, 16 million yen and 83 million yen at March 31, 2010, respectively.

Table of Contents

- 115 -

Maturities of investments in available-for-sale securities at March 31, 2010 and 2009 are as follows:

| | Yen (millions) | | | |
| | 2010 | | 2009 | |
| | Cost | Fair value | Cost | Fair value |
| --- | --- | --- | --- | --- |
| Due within one year | — | — | 1,972 | 1,998 |
| Due after one year through five years | 4,462 | 4,546 | 9,782 | 9,910 |
| Equity securities | 275,579 | 379,358 | 269,735 | 284,356 |
| | 280,041 | 383,904 | 281,489 | 296,264 |

Maturity of investments in held-to-maturity securities at March 31, 2010 is due after 10 years. The cost and fair value of the related investments are 1,954 million yen and 1,887 million yen, respectively.

Proceeds from sale of available-for-sale securities for the years ended March 31, 2010, 2009 and 2008 were 18,275 million yen, 73,782 million yen and 106,466 million yen, respectively. The gross realized gains on sale of available-for-sale securities for the years ended March 31, 2010, 2009 and 2008 were 3,756 million yen, 797 million yen and 7,415 million yen, respectively. The gross realized losses on sale of available-for-sale securities for the years ended March 31, 2010, 2009 and 2008 were 88 million yen, 11 million yen and 148 million yen, respectively. The cost of securities sold in computing gross realized gains and losses is determined by the average cost method.

During the years ended March 31, 2010, 2009 and 2008, the Company incurred a write-down of 2,965 million yen, 73,861 million yen and 8,002 million yen, respectively, for other-than-temporary impairment of available-for-sale securities, mainly reflecting the aggravated market condition of certain industries in Japan. The write-down is included in other deductions in the consolidated statements of operations.

Gross unrealized holding losses on investments in available-for-sale securities and the fair value of the related investments, aggregated by investment category and length of time that individual securities have been in a continuous unrealized loss position, at March 31, 2010 and 2009 are as follows:

| | Yen (millions) | | | | | |
| | 2010 | | | | | |
| | Less than 12 months | | 12 months or more | | Total | |
| | Fair value | Unrealized losses | Fair value | Unrealized losses | Fair value | Unrealized losses |
| --- | --- | --- | --- | --- | --- | --- |
| Equity securities | 6,222 | 887 | — | — | 6,222 | 887 |
| Corporate and government bonds | 1,194 | 8 | — | — | 1,194 | 8 |
| Other debt securities | 40 | 5 | — | — | 40 | 5 |

| | 7,456 | 900 | — | — | 7,456 | 900 |
|---|---|---|---|---|---|---|

| | Yen (millions) | | | | | |
|---|---|---|---|---|---|---|
| | **2009** | | | | | |
| | **Less than 12 months** | | **12 months or more** | | **Total** | |
| | **Fair value** | **Unrealized losses** | **Fair value** | **Unrealized losses** | **Fair value** | **Unrealized losses** |
| Equity securities | 105,647 | 17,889 | — | — | 105,647 | 17,889 |
| Corporate and government bonds | 1,780 | 5 | — | — | 1,780 | 5 |
| | 107,427 | 17,894 | — | — | 107,427 | 17,894 |

Table of Contents

- 116 -

The gross unrealized loss position has been continuing for a relatively short period of time. Based on this and other relevant factors, management has determined that these investments are not considered other-than-temporarily impaired. The Company did not have investment securities that had been in a continuous loss position for twelve months or more at March 31, 2010 and 2009.

Gross unrealized holding losses on investments in held-to-maturity securities and the fair value of the related investments are 83 million yen and 1,281 million yen, respectively.

The carrying amounts of the Company's cost method investments totaled 22,039 million yen and 40,755 million yen at March 31, 2010 and 2009, respectively. For substantially all such investments, the Company estimated that the fair value exceeded the carrying amounts of investments (that is, the investments were not impaired). For the years ended March 31, 2010, 2009 and 2008, certain investments were considered other-than-temporarily impaired, resulting in a write-down of 374 million yen, 34 million yen and 172 million yen, respectively.

At March 31, 2010 and 2009, equity securities with a book value of 15,753 million yen and 13,333 million yen were pledged as collateral for the deferred payments of certain taxes based on the Japanese Custom Act and Consumption Tax Law, respectively.

Table of Contents

- 117 -

(6)   Leases

The Company has capital and operating leases for certain land, buildings, and machinery and equipment with SMFC and other third parties.

During the years ended March 31, 2010, 2009 and 2008, the Company sold and leased back certain land, buildings, and machinery and equipment for 95,316 million yen, 16,582 million yen and 109,311 million yen, respectively. The base lease term is 1 to 10 years. The resulting leases are being accounted for as operating leases or capital leases. The resulting gains of these transactions, included in other income in the consolidated statements of operations, were not significant. Regarding certain leased assets, the Company has options to purchase the leased assets, or to terminate the leases and guarantee a specified value of the leased assets thereof, subject to certain conditions, during or at the end of the lease term. Regarding leased land and buildings, there are no future commitments, obligations, provisions, or circumstances that require or result in the Company's continuing involvement.

At March 31, 2010 and 2009, the gross book value of land, buildings, and machinery and equipment under capital leases, including the above-mentioned sale-leaseback transactions was 164,119 million yen and 136,445 million yen, and the related accumulated depreciation recorded was 59,698 million yen and 65,001 million yen, respectively.

Rental expenses for operating leases, including the above-mentioned sale-leaseback transactions were 64,124 million yen, 63,490 million yen and 59,886 million yen for the years ended March 31, 2010, 2009 and 2008, respectively.

Future minimum lease payments under non-cancelable capital leases and operating leases at March 31, 2010 are as follows:

|  | Yen (millions) | |
|  | Capital leases | Operating leases |
| --- | --- | --- |
| **Year ending March 31** | | |
| 2011 | 42,548 | 71,686 |
| 2012 | 30,215 | 42,942 |
| 2013 | 27,116 | 26,267 |
| 2014 | 12,229 | 20,074 |
| 2015 | 9,939 | 4,770 |
| Thereafter | 32,999 | 4,226 |
| Total minimum lease payments | 155,046 | 169,965 |
| Less amount representing interest | 10,276 | |
| Present value of net minimum lease payments | 144,770 | |
| Less current portion | 40,171 | |
| Long-term capital lease obligations | 104,599 | |

Table of Contents

- 118 -

(7)   Long-Lived Assets

The Company periodically reviews the recorded value of its long-lived assets to determine if the future cash flows to be derived from these assets or related asset group will be sufficient to recover the remaining recorded asset values. Impairment losses are included in other deductions in the consolidated statements of operations, and are not charged to segment profit.

The Company recognized impairment losses in the aggregate of 79,259 million yen of long-lived assets during fiscal 2010.

The Company recorded impairment losses for certain machinery and finite-lived intangible assets related to domestic liquid crystal display panel manufacturing facilities. As a result of the continuously substantial decline of product prices, the Company estimated that the carrying amounts would not be recoverable through future cash flows. The fair value was based on the discounted estimated cash flows expected to result from the use and eventual disposition of the assets.

The Company also recorded impairment losses for certain land, buildings, and machinery and equipment related to domestic battery manufacturing facilities. Due to the revamp of manufacturing capacity of lithium-ion battery business, certain factories experienced a downturn in profitability. In addition, the Company had to transfer a part of its nickel-hydrogen battery business in relation to the acquisition of SANYO. As a result, the carrying amounts of certain domestic battery manufacturing facilities would not be recoverable through future cash flows. The fair value of land was determined through an appraisal based on the comparable sales method. The fair value of buildings, and machinery and equipment was determined through an appraisal based on the repurchase cost.

Impairment losses of 37,872 million yen, 7,063 million yen, 24,329 million yen, 8,897 million yen and 1,098 million yen were related to "Digital AVC Networks," "Home Appliances," "Components and Devices," "SANYO" and the remaining segments, respectively.

The Company recognized impairment losses in the aggregate of 313,466 million yen of long-lived assets during fiscal 2009.

The Company recorded impairment losses for certain buildings, machinery and finite-lived intangible assets related to domestic liquid crystal display panel manufacturing facilities. As a result of the substantial decline of product prices due to the significant market downturn, the Company estimated that the carrying amounts would not be recoverable through future cash flows. The fair value of buildings and remaining assets, respectively, was determined through an appraisal based on the comparable sales method and the discounted estimated cash flows expected to result from the use and eventual disposition of the assets.

The Company also recorded impairment losses for certain buildings, machinery and finite-lived intangible assets related to domestic and overseas plasma display panel manufacturing facilities. As a result of the substantial decline of product prices due to the significant market downturn, the Company estimated that the carrying amounts would not be recoverable through future cash flows. The fair value of buildings and remaining assets, respectively, was determined through an appraisal based on the comparable sales method and the orderly liquidation value.

Impairment losses of 252,372 million yen, 18,131 million yen, 19,077 million yen, 18,747 million yen and 5,139 million yen were related to "Digital AVC Networks," "Home Appliances," "PEW and PanaHome," "Components and Devices" and the remaining segments, respectively.

The Company recognized impairment losses in the aggregate of 44,554 million yen of long-lived assets during fiscal 2008.

The Company recorded impairment losses related to manufacturing facilities used in its domestic semiconductors business. As the profitability of domestic business declined, the Company estimated that the carrying amounts would not be recovered by the future cash flows. The fair value of manufacturing facilities was based on the discounted estimated future cash flows expected to result from the use and eventual disposition of them.

The Company also recorded impairment losses related to certain buildings and manufacturing facilities used in its device business at an overseas subsidiary. Due to the downsizing of business, the Company wrote down the carrying amounts of these assets to the fair value. The fair value was based on the discounted estimated future cash flows.

Impairment losses of 1,167 million yen, 2,231 million yen, 39,490 million yen and 1,666 million yen were related to "Digital AVC Networks," "Home Appliances," "Components and Devices"and the remaining segments, respectively.

Table of Contents

- 119 -

(8)   Goodwill and Other Intangible Assets

The changes in the carrying amount of goodwill by business segment for the years ended March 31, 2010 and 2009 are as follows:

| | Yen (millions) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Digital AVC Networks | Home Appliances | PEW and PanaHome | Components and Devices | SANYO | Other | Total |
| Balance at March 31, 2008: | | | | | | | |
| Goodwill | 319,392 | 14,756 | 89,941 | 70,172 | — | 12,990 | 507,251 |
| Accumulated impairment losses | (77,349) | — | — | — | — | — | (77,349) |
| | 242,043 | 14,756 | 89,941 | 70,172 | — | 12,990 | 429,902 |
| Goodwill acquired during the year | 702 | — | 262 | — | — | 30 | 994 |
| Translation adjustments | — | — | (10,583) | — | — | — | (10,583) |
| Other | (3,780) | — | (5,741) | — | — | — | (9,521) |
| Balance at March 31, 2009: | | | | | | | |
| Goodwill | 316,314 | 14,756 | 73,879 | 70,172 | — | 13,020 | 488,141 |
| Accumulated impairment losses | (77,349) | — | — | — | — | — | (77,349) |
| | 238,965 | 14,756 | 73,879 | 70,172 | — | 13,020 | 410,792 |
| Goodwill acquired during the year | — | — | — | — | 514,419 | — | 514,419 |
| Goodwill impaired during the year | — | — | — | (3,745) | — | — | (3,745) |
| Translation adjustments | — | — | 2,070 | — | — | — | 2,070 |
| Other | — | — | — | (535) | — | — | (535) |
| Balance at March 31, 2010: | | | | | | | |
| Goodwill | 316,314 | 14,756 | 75,949 | 69,637 | 514,419 | 13,020 | 1,004,095 |
| Accumulated impairment losses | (77,349) | — | — | (3,745) | — | — | (81,094) |
| | 238,965 | 14,756 | 75,949 | 65,892 | 514,419 | 13,020 | 923,001 |

Table of Contents

- 120 -

Acquired intangible assets, excluding goodwill, at March 31, 2010 and 2009 are as follows:

| | Yen (millions) | | | | |
| | 2010 | | 2009 | | |
| | Gross carrying amount | Accumulated amortization | Gross carrying amount | Accumulated amortization | Average amortization period |
|---|---|---|---|---|---|
| Finite-lived intangible assets: | | | | | |
| Patents and know-how | 439,608 | 54,684 | 60,317 | 41,063 | 10 years |
| Software | 283,075 | 210,726 | 257,859 | 188,439 | 4 years |
| Other | 172,497 | 30,337 | 56,040 | 28,059 | 13 years |
| | 895,180 | 295,747 | 374,216 | 257,561 | |

| | Yen (millions) | |
| | 2010 | 2009 |
|---|---|---|
| Indefinite-lived intangible assets | 5,432 | 4,057 |

Aggregate amortization expense for finite-lived intangible assets for the years ended March 31, 2010, 2009 and 2008 was 46,175 million yen, 38,903 million yen and 38,343 million yen, respectively. Estimated amortization expense for the next five years is as follows:

| Year ending March 31 | Yen (millions) |
|---|---|
| 2011 | 83,551 |
| 2012 | 75,017 |
| 2013 | 66,696 |
| 2014 | 60,558 |
| 2015 | 53,794 |

The Company recognized impairment losses of 73 million yen of indefinite-lived intangible assets, in connection with the decline of their fair value during fiscal 2008. The impairment losses are included in other deductions in the consolidated statements of operations.

Impairment losses of finite-lived intangible assets that are being amortized are included in impairment losses of long-lived assets discussed in Note 7.

Table of Contents

- 121 -

(9)   Long-term Debt and Short-term Borrowings

Long-term debt at March 31, 2010 and 2009 is set forth below:

|  | Yen (millions) | |
|---|---|---|
|  | 2010 | 2009 |
| Unsecured Straight bond, due 2011, interest 1.64% | 100,000 | 100,000 |
| Unsecured Straight bond, due 2012, interest 1.14% | 100,000 | 100,000 |
| Unsecured Straight bond, due 2014, interest 1.404% | 200,000 | 200,000 |
| Unsecured Straight bond, due 2019, interest 2.05% | 100,000 | 100,000 |
| Unsecured Straight bonds issued by subsidiaries, due 2010- 2019, interest 0.53% - 2.02% | 182,406 | 60,143 |
| Unsecured bank loans, due 2009 - 2015, effective interest 1.1% in fiscal 2010 and 1.6% in fiscal 2009 | 404,318 | 22,043 |
| Secured bank loans by subsidiaries, due 2009 - 2026, effective interest 2.04% in fiscal 2010 and 2.51% in fiscal 2009 | 4,558 | 3,136 |
| Capital lease obligations | 144,770 | 112,331 |
|  | 1,236,052 | 697,653 |
| Less current portion | 207,124 | 46,343 |
|  | 1,028,928 | 651,310 |

The aggregate annual maturities of long-term debt after March 31, 2010 are as follows:

| Year ending March 31 | Yen (millions) |
|---|---|
| 2011 | 207,124 |
| 2012 | 368,594 |
| 2013 | 74,721 |
| 2014 | 283,617 |
| 2015 | 98,872 |
| 2016 and thereafter | 203,124 |

As is customary in Japan, short-term and long-term bank loans are made under general agreements which provide that security and guarantees for future and present indebtedness will be given upon request of the bank, and that the bank shall have the right, as the obligations become due, or in the event of their default, to offset cash deposits against such obligations due to the bank.

Each of the loan agreements grants the lender the right to request additional security or mortgages on certain assets. At March 31, 2010 and 2009, other investments and advances, and property, plant and equipment with a book value of 9,933 million yen and 4,967 million yen respectively, was pledged as collateral by subsidiaries for secured loans from banks. At March 31, 2010 and 2009, loans subject to such general agreements amounted to 6,761 million yen and 7,130 million yen, respectively.

The balance of short-term loans also includes borrowings under acceptances and short-term loans of foreign subsidiaries. The weighted-average interest rate on short-term borrowings outstanding at March 31, 2010 and 2009 was 2.5% and 3.5%, respectively.

Table of Contents

- 122 -

(10)  <u>Retirement and Severance Benefits</u>

The Company and certain subsidiaries have contributory, funded benefit pension plans covering substantially all employees who meet eligibility requirements. Benefits under the plans are primarily based on the combination of years of service and compensation.

In addition to the plans described above, upon retirement or termination of employment for reasons other than dismissal, employees are entitled to lump-sum payments based on the current rate of pay and length of service. If the termination is involuntary or caused by death, the severance payment is greater than in the case of voluntary termination. The lump-sum payment plans are not funded.

Effective April 1, 2002, the Company and some of the above-mentioned subsidiaries amended their benefit pension plans by introducing a "point-based benefits system," and their lump-sum payment plans to cash balance pension plans. Under point-based benefits system, benefits are calculated based on accumulated points allocated to employees each year according to their job classification and years of service. Under the cash balance pension plans, each participant has an account which is credited yearly based on the current rate of pay and market-related interest rate.

During the year ended March 31, 2009, the Company changed the measurement date to March 31 for those postretirement benefit plans with a December 31 measurement date in conformity with the measurement date provisions of ASC 715 "Compensation-Retirement Benefits." The benefit obligations and plan assets of these plans were remeasured as of April 1, 2008. Net periodic benefit cost, net of tax, for the period from January 1, 2008 to March 31, 2008, in the amount of 3,727 million yen has been recorded as a reduction of beginning fiscal 2009 balance of "retained earnings." Changes in fair value of plan assets and benefit obligations during the same transition period has been recorded, as a reduction of beginning fiscal 2009 balance of "accumulated other comprehensive income (loss)," in the amount of 73,571 million yen, net of tax of 44,726 million yen.

Table of Contents

- 123 -

Reconciliation of beginning and ending balances of the benefit obligations of the contributory, funded benefit pension plans, the unfunded lump-sum payment plans, and the cash balance pension plans, and the fair value of the plan assets at March 31, 2010 and 2009 are as follows:

|  | Yen (millions) | |
| --- | --- | --- |
|  | 2010 | 2009 |
| Change in benefit obligations: | | |
| Benefit obligations at beginning of year prior to adjustment | 1,821,937 | 1,828,803 |
| ASC 715 measurement date adjustment | — | 4,378 |
| Benefit obligations at beginning of year as adjusted | 1,821,937 | 1,833,181 |
| Service cost | 50,285 | 49,660 |
| Interest cost | 51,239 | 50,114 |
| Prior service benefit | — | (666) |
| Actuarial (gain) loss | 12,040 | (6,150) |
| Benefits paid | (102,014) | (85,073) |
| Effect of changes in consolidated subsidiaries | 388,648 | (5,560) |
| Foreign currency exchange impact | (1,304) | (13,569) |
| Curtailments, settlements and other | (6,724) | — |
| Benefit obligations at end of year | 2,214,107 | 1,821,937 |
| Change in plan assets: | | |
| Fair value of plan assets at beginning of year prior to adjustment | 1,413,646 | 1,737,634 |
| ASC 715 measurement date adjustment | — | (118,514) |
| Fair value of plan assets at beginning of year as adjusted | 1,413,646 | 1,619,120 |
| Actual return on plan assets | 197,127 | (268,049) |
| Employer contributions | 87,963 | 153,161 |
| Benefits paid | (93,462) | (77,682) |
| Effect of changes in consolidated subsidiaries | 176,036 | — |
| Foreign currency exchange impact | (1,044) | (12,904) |
| Curtailments, settlements and other | (5,259) | — |
| Fair value of plan assets at end of year | 1,775,007 | 1,413,646 |
| Funded status | (439,100) | (408,291) |

The accumulated benefit obligation for the pension plans was 2,155,066 million yen and 1,814,118 million yen at March 31, 2010 and 2009, respectively.

The projected benefit obligations and the fair value of plan assets for the pension plans with projected benefit obligations in excess of plan assets, and the accumulated benefit obligations and the fair value of plan assets for the pension plans with accumulated benefit obligations in excess of plan assets at March 31, 2010 and 2009 are as follows:

| | Yen (millions) | |
|---|---|---|
| | **2010** | **2009** |
| Plans with projected benefit obligations in excess of plan assets: | | |
| Projected benefit obligations | 2,094,302 | 1,821,937 |
| Fair value of plan assets | 1,649,951 | 1,413,646 |
| Plans with accumulated benefit obligations in excess of plan assets: | | |
| Accumulated benefit obligations | 2,035,647 | 1,814,118 |
| Fair value of plan assets | 1,649,951 | 1,413,646 |

Table of Contents

- 124 -

Accounts recognized in the consolidated balance sheet at March 31, 2010 and 2009 consist of:

|  | Yen (millions) | |
|---|---|---|
|  | 2010 | 2009 |
| Other assets | 5,251 | — |
| Other current liabilities | (8,552) | (3,924) |
| Retirement and severance benefits | (435,799) | (404,367) |
|  | (439,100) | (408,291) |

Amounts recognized in accumulated other comprehensive income (loss) at March 31, 2010 and 2009 consist of:

|  | Yen (millions) | |
|---|---|---|
|  | 2010 | 2009 |
| Prior service benefit | (197,508) | (222,519) |
| Actuarial loss | 455,780 | 641,371 |
|  | 258,272 | 418,852 |

Net periodic benefit cost for the contributory, funded benefit pension plans, the unfunded lump-sum payment plans, and the cash balance pension plans of the Company for the three years ended March 31, 2010 consist of the following components:

|  | Yen (millions) | | |
|---|---|---|---|
|  | 2010 | 2009 | 2008 |
| Service cost – benefits earned during the year | 50,285 | 49,660 | 52,830 |
| Interest cost on projected benefit obligation | 51,239 | 50,114 | 50,667 |
| Expected return on plan assets | (43,971) | (48,659) | (52,861) |
| Amortization of prior service benefit | (25,011) | (24,606) | (27,046) |
| Recognized actuarial loss | 43,576 | 22,391 | 15,448 |
| Net periodic benefit cost | 76,118 | 48,900 | 39,038 |

The estimated prior service benefit and actuarial loss for the defined benefit pension plans that will be amortized from accumulated other comprehensive income (loss) into net periodic benefit cost for fiscal 2011 are gain of 25,011 million yen and loss of 29,444 million yen, respectively.

Weighted-average assumptions used to determine benefit obligations at March 31, 2010 and 2009 are as follows:

|  | 2010 | 2009 |
|---|---|---|
| Discount rate | 2.6% | 2.7% |

| | | |
|---|---|---|
| Rate of compensation increase | 1.8% | 1.7% |

Weighted-average assumptions used to determine net cost for the three years ended March 31, 2010 are as follows:

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Discount rate | 2.7% | 2.7% | 2.7% |
| Expected return on plan assets | 3.1% | 3.1% | 3.1% |
| Rate of compensation increase | 1.7% | 1.7% | 1.6% |

Table of Contents

- 125 -

The expected return on plan assets is determined based on the portfolio as a whole and not on the sum of the returns on individual asset categories, considering long-term historical returns, asset allocation, and future estimates of long-term investment returns.

Each plan of the Company has a different investment policy, which is designed to ensure sufficient plan assets are available to provide future payments of pension benefits to the eligible plan participants and is individually monitored for compliance and appropriateness on an on-going basis. Considering the expected long-term rate of return on plan assets, each plan of the Company establishes a "basic" portfolio comprised of the optimal combination of equity securities and debt securities. Plan assets are invested in individual equity and debt securities using the guidelines of the "basic" portfolio in order to generate a total return that will satisfy the expected return on a mid-term to long-term basis. The Company evaluates the difference between expected return and actual return of invested plan assets on an annual basis to determine if such differences necessitate a revision in the formulation of the "basic" portfolio. The Company revises the "basic" portfolio when and to the extent considered necessary to achieve the expected long-term rate of return on plan assets.

The Company's pension plan assets allocation is approximately 40% for equity securities, approximately 40% for debt securities, and approximately 20% for other investments, primarily for life insurance company general accounts.

For the Company's major defined benefit pension plans, equity investments are invested mainly in listed equity securities, broadly in Japanese equity, developed international equity and emerging markets. The debt securities investments are comprised primarily of government, municipal, and corporate bonds. The Company mainly chooses debt securities with rating above BBB, high liquidity and appropriate repayment, and has appropriately diversified the investments by sector and geography. As for investments in life insurance company general accounts, the contracts with the insurance companies include a guaranteed interest rate and return of capital. Other investments include fund-of-funds investment, equity long/short hedge funds investment and private equity investment. Fund-of-funds investment and equity long/short hedge funds investment are primarily invested in listed equity securities with frequency of transactions and stable return, while private equity investment are diversified products with low correlation.

The fair values of the Company's pension plan assets at March 31, 2010, by asset category are as follows:

| | Yen (millions) | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| Cash and cash equivalents | 44,336 | 20,281 | — | 64,617 |
| Equity securities: | | | | |
|     Japanese companies | 116,053 | — | — | 116,053 |
|     Foreign companies | 84,218 | — | — | 84,218 |
|     Commingled funds (a) | — | 485,091 | — | 485,091 |
| Debt securities: | | | | |
|     Government and Municipal bonds | 204,898 | — | — | 204,898 |
|     Corporate bonds | — | 41,113 | — | 41,113 |
|     Commingled funds (b) | — | 451,246 | — | 451,246 |
| Life insurance company general accounts | — | 198,049 | — | 198,049 |

| | | | | |
|---|---|---:|---:|---:|
| Other (c) | | — | 114,610 | 15,112 | 129,722 |
| Total | | 449,505 | 1,310,390 | 15,112 | 1,775,007 |

(a)   These funds invest mainly in listed equity securities, approximately 60% Japanese companies and 40% foreign companies.

(b)   Primarily invests in Japanese government bonds and foreign government bonds.

(c)   Other investments primarily include fund-of-funds investment, equity long/short hedge funds.

The three levels of the fair value hierarchy are discussed in Note 18.

Table of Contents

- 126 -

Level 1 assets are comprised principally of equity securities and government and municipal bonds, which are valued using unadjusted quoted market price in active markets with sufficient volume and frequency of transactions.

Level 2 assets are comprised principally of commingled funds, which are valued at their net asset values that are determined by the fund family and have daily liquidity, corporate bonds, which are valued using quoted prices for identical assets in market that are not active, and life insurance company general accounts, which are valued at conversion value. Fund of funds investment, hedge funds investment that use equity long/short strategies included in level 2, which primarily invest in listed equity securities and debt securities, are valued based on net asset value.

Level 3 assets are comprised principally of collateralized loan obligation investment and private equity investment, which are valued based on prices and other relevant information such as similar market transactions and latest round of financing data.

The reconciliation of the beginning and ending balances of level 3 assets is as follows:

| | Yen (millions) | | |
| --- | --- | --- | --- |
| | Collateralized loan obligation | Private equity | Total |
| Balance at beginning of year | 630 | 5,635 | 6,265 |
| Effect of changes in consolidated subsidiaries | 5,822 | — | 5,822 |
| Realized gains (losses) | 804 | 27 | 831 |
| Unrealized gains (losses) relating to assets held | 2,393 | 23 | 2,416 |
| Purchases, sales, issuances and settlements, net | (656) | 712 | 56 |
| Transfers out of Level 3 | (278) | — | (278) |
| Balance at ending of year | 8,715 | 6,397 | 15,112 |

The Company expects to contribute 91,195 million yen to its defined benefit plans in fiscal 2011.

The benefits expected to be paid from the defined pension plans in each fiscal year 2011 – 2015 are 120,297 million yen, 124,578 million yen, 125,097 million yen, 124,246 million yen and 127,403 million yen, respectively. The aggregate benefits expected to be paid in the five years from fiscal 2016 – 2020 are 660,662 million yen. The expected benefits are based on the same assumptions used to measure the Company's benefit obligation at March 31 and include estimated future employee service.

Table of Contents

- 127 -

(11)  <u>Income Taxes</u>

Income (loss) before income taxes and income taxes for the three years ended March 31, 2010 are summarized as follows:

| | Yen (millions) | | |
| | Domestic | Foreign | Total |
|---|---|---|---|
| For the year ended March 31, 2010 | | | |
| Income (loss) before income taxes | (80,125) | 50,810 | (29,315) |
| Income taxes: | | | |
| Current | 22,105 | 36,042 | 58,147 |
| Deferred | 80,954 | 2,732 | 83,686 |
| Total income taxes | 103,059 | 38,774 | 141,833 |
| For the year ended March 31, 2009 | | | |
| Income (loss) before income taxes | (345,776) | (36,858) | (382,634) |
| Income taxes: | | | |
| Current | 38,297 | 23,543 | 61,840 |
| Deferred | (10,232) | (14,250) | (24,482) |
| Total income taxes | 28,065 | 9,293 | 37,358 |
| For the year ended March 31, 2008 | | | |
| Income before income taxes | 266,972 | 168,021 | 434,993 |
| Income taxes: | | | |
| Current | 85,009 | 43,172 | 128,181 |
| Deferred | (16,068) | 2,460 | (13,608) |
| Total income taxes | 68,941 | 45,632 | 114,573 |

The Company and its subsidiaries in Japan are subject to a National tax of 30%, an Inhabitant tax of approximately 20.5%, and a deductible Enterprise tax of approximately 7.4% varying by local jurisdiction, which, in aggregate, resulted in a combined statutory tax rate in Japan of approximately 40.5% for the three years ended March 31, 2010.

The effective tax rates for the years differ from the combined statutory tax rates for the following reasons:

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Combined statutory tax rate | (40.5)% | (40.5)% | 40.5% |
| Lower tax rates of overseas subsidiaries | (38.4) | (1.1) | (6.9) |
| Expenses not deductible for tax purposes | 25.7 | 0.8 | 0.7 |
| Change in valuation allowance allocated to income tax expenses | 473.8 | 41.8 | (5.4) |
| Tax effects attributable to investments in subsidiaries | 45.7 | 5.8 | (4.8) |

| | | | |
|---|---|---|---|
| Per capita tax | 8.3 | 0.6 | 0.6 |
| Goodwill impairment | 5.2 | — | — |
| Other | 4.0 | 2.4 | 1.6 |
| Effective tax rate | 483.8% | 9.8% | 26.3% |

The significant components of deferred income tax expenses for the three years ended March 31, 2010 are as follows:

| | Yen (millions) | | |
|---|---|---|---|
| | **2010** | **2009** | **2008** |
| Deferred tax expense (exclusive of the effects of other components listed below) | 111,579 | 94,250 | 16,898 |
| Benefits of net operating loss carryforwards | (27,893) | (118,732) | (30,506) |
| | 83,686 | (24,482) | (13,608) |

**Table of Contents**

- 128 -

The tax effects of temporary differences that give rise to significant portions of the deferred tax assets and deferred tax liabilities at March 31, 2010 and 2009 are presented below:

|  | Yen (millions) | |
|---|---|---|
|  | **2010** | **2009** |
| Deferred tax assets: | | |
| Inventory valuation | 94,596 | 78,930 |
| Expenses accrued for financial statement purposes but not currently included in taxable income | 154,679 | 138,580 |
| Property, plant and equipment | 295,091 | 246,276 |
| Retirement and severance benefits | 253,636 | 233,924 |
| Tax loss carryforwards | 616,648 | 333,383 |
| Other | 237,797 | 232,994 |
| Total gross deferred tax assets | 1,652,447 | 1,264,087 |
| Less valuation allowance | 1,014,703 | 477,997 |
| Net deferred tax assets | 637,744 | 786,090 |
| Deferred tax liabilities: | | |
| Net unrealized holding gains of available-for-sale securities | (42,458) | (5,882) |
| Intangible assets | (194,691) | — |
| Other | (89,242) | (41,814) |
| Total gross deferred tax liabilities | (326,391) | (47,696) |
| Net deferred tax assets | 311,353 | 738,394 |

In assessing the realizability of deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences and loss carryforwards become deductible. Management considers the scheduled reversal of deferred tax liabilities, projected future taxable income, and tax planning strategies in making this assessment. Based upon the level of historical taxable income and projections for future taxable income over the periods in which the deferred tax assets are deductible, management believes it is more likely than not that the Company will realize the benefits of these deductible differences and loss carryforwards, net of the existing valuation allowances at March 31, 2010.

The net change in total valuation allowance for the years ended March 31, 2010, 2009 and 2008 was an increase of 536,706 million yen, an increase of 129,427 million yen and a decrease of 90,267 million yen, respectively.

At March 31, 2010, the Company had, for income tax purposes, net operating loss carryforwards of approximately 1,667,709 million yen, of which 1,527,953 million yen expire from fiscal 2011 through 2017 and the remaining balance will expire thereafter or do not expire. At March 31, 2010, the Company had, for income tax purposes, tax credit carryforwards of approximately 58,482 million

yen, which expire from fiscal 2011 through 2013.

Table of Contents

- 129 -

Net deferred tax assets and liabilities at March 31, 2010 and 2009 are reflected in the accompanying consolidated balance sheets under the following captions:

| | Yen (millions) | |
|---|---|---|
| | 2010 | 2009 |
| Other current assets | 232,165 | 227,059 |
| Other assets | 358,416 | 547,580 |
| Other current liabilities | (1,470) | (1,168) |
| Other liabilities | (277,758) | (35,077) |
| Net deferred tax assets | 311,353 | 738,394 |

The Company has not recognized a deferred tax liability for the undistributed earnings of its foreign subsidiaries and foreign corporate joint ventures of 875,626 million yen as of March 31, 2010, because the Company currently does not expect those unremitted earnings to reverse and become taxable to the Company in the foreseeable future. A deferred tax liability will be recognized when the Company no longer plans to indefinitely reinvest undistributed earnings. The calculation of related unrecognized deferred tax liability is not practicable.

Table of Contents

- 130 -

A reconciliation of the beginning and ending amounts of unrecognized tax benefits for the three years ended March 31, 2010 is as follows:

|  | Yen (millions) | | |
|---|---|---|---|
|  | **2010** | **2009** | **2008** |
| Balance at beginning of year | (7,187) | (9,327) | (4,281) |
| Increase related to prior year tax positions | (685) | (1,835) | (4,657) |
| Decrease related to prior year tax positions | 1,780 | 3,561 | 82 |
| Increase related to current year tax positions | (1,195) | (484) | (2,023) |
| Change in consolidated subsidiaries | (3,339) | — | — |
| Settlements | 747 | 60 | 1,552 |
| Translation adjustments | 36 | 838 | — |
| Balance at end of year | (9,843) | (7,187) | (9,327) |

As of March 31, 2010, 2009 and 2008, the total amount of unrecognized tax benefits are 9,843 million yen, 7,187 million yen and 8,287 million yen, respectively, that if recognized, would reduce the effective tax rate. The Company does not expect that the total amount of unrecognized tax benefits will significantly change within the next twelve months. The Company has accrued interests and penalties related to unrecognized tax benefits and the amount of interest and penalties included in provision for income taxes and cumulative amount accrued were not material as of and for the years ended March 31, 2010, 2009 and 2008.

The Company files income tax returns in Japan and various foreign tax jurisdictions. There are a number of subsidiaries which operate within each of the Company's major jurisdictions resulting in a range of open tax years. The open tax years for the Company is fiscal 2010, and its significant subsidiaries in Japan, the United States of America, the United Kingdom and China range from fiscal 2004 and thereafter.

Table of Contents

- 131 -

(12)  <u>Stockholders' Equity</u>

The Company may repurchase its common stock from the market pursuant to the Company Law of Japan. For the years ended March 31, 2010, 2009 and 2008, respectively, 53,863, 30,875,208 and 45,294,912 shares were repurchased for the aggregate cost of approximately 72 million yen, 72,416 million yen and 103,112 million yen, respectively, primarily with the intention to hold as treasury stock to improve capital efficiency.

The Company sold 17,731, 399,673 and 127,610 shares of its treasury stock for the years ended March 31, 2010, 2009 and 2008, respectively. The difference between sales price and book value was charged to capital surplus in the consolidated balance sheets.

The Company Law of Japan provides that an amount equal to 10% of appropriations be appropriated as a capital reserve or legal reserve until the aggregated amount of capital reserve and legal reserve equals 25% of stated capital. The capital reserve and legal reserve are not available for dividends but may be transferred to capital surplus or retained earnings or stated capital upon approval of the shareholders' meeting.

Cash dividends and transfers to the legal reserve charged to retained earnings during the three years ended March 31, 2010 represent dividends paid out during the periods and related appropriation to the legal reserve. Cash dividends per share paid during the three years ended March 31, 2010 amounted to 12.50 yen, 40.00 yen and 32.50 yen, respectively. The accompanying consolidated financial statements do not include any provisions for the year-end dividend of 5.0 yen per share, totaling approximately 10,353 million yen in respect of the year ended March 31, 2010 approved by the board of directors in May 2010.

In accordance with the Company Law of Japan, there are certain restrictions on payment of dividends in connection with the treasury stock repurchased. As a result of restrictions on the treasury stock repurchased, retained earnings of 671,223 million yen at March 31, 2010 were restricted as to the payment of cash dividends.

The Company's directors and certain senior executives were granted options to purchase the Company's common stock. All stock options become fully exercisable two years from the date of grant and have a four-year term. Information with respect to stock options is as follows:

| | Number of shares | Weighted-average exercise price (Yen) |
|---|---|---|
| Balance at March 31, 2007 | 47,000 | 2,008 |
| Exercised | (8,000) | 1,895 |
| Forfeited | (27,000) | 2,163 |
| Balance at March 31, 2008 | 12,000 | 1,734 |
| Forfeited | (12,000) | 1,734 |
| Balance at March 31, 2009 | — | — |
| Balance at March 31, 2010 | — | — |

Treasury stock reserved for options at March 31, 2007 was 30,000 shares. There was no treasury stock reserved for options from March 31, 2008 through 2010.

Table of Contents

- 132 -

(13)  Other Comprehensive Income (Loss)

Components of other comprehensive income (loss) for the three years ended March 31, 2010 are as follows:

|  | Yen (millions) | | |
|---|---|---|---|
|  | Pre-tax amount | Tax expense | Net-of-tax amount |
| For the year ended March 31, 2010 | | | |
| Translation adjustments: | | | |
| Translation adjustments arising during the period | (21,186) | — | (21,186) |
| Less: Reclassification adjustment for (gains) losses included in net income (loss) | 10,129 | — | 10,129 |
| Net translation adjustments | (11,057) | — | (11,057) |
| Unrealized holding gains (losses) of available-for-sale securities: | | | |
| Unrealized holding gains (losses) arising during the period | 88,042 | (36,356) | 51,686 |
| Less: Reclassification adjustment for (gains) losses included in net income (loss) | (703) | 280 | (423) |
| Net unrealized gains (losses) | 87,339 | (36,076) | 51,263 |
| Unrealized holding gains (losses) of derivative instruments: | | | |
| Unrealized holding gains (losses) arising during the period | 4,607 | (1,543) | 3,064 |
| Less: Reclassification adjustment for (gains) losses included in net income (loss) | 4,657 | (1,560) | 3,097 |
| Net unrealized gains (losses) | 9,264 | (3,103) | 6,161 |
| Pension liability adjustments: | | | |
| Prior service benefit arising during the period | — | — | — |
| Less: Amortization of prior service benefit included in net periodic benefit cost | (23,947) | 8,962 | (14,985) |
| Net prior service benefit | (23,947) | 8,962 | (14,985) |
| Actuarial gain (loss) arising during the period | 139,867 | (49,300) | 90,567 |
| Less: Amortization of actuarial gain (loss) included in net periodic benefit cost | 39,159 | (14,963) | 24,196 |
| Net actuarial gain (loss) | 179,026 | (64,263) | 114,763 |
| Net pension liability adjustments | 155,079 | (55,301) | 99,778 |

| | | | |
|---|---|---|---|
| Other comprehensive income (loss) | 240,625 | (94,480) | 146,145 |

Table of Contents

- 133 -

| | Yen (millions) | | |
| --- | --- | --- | --- |
| | Pre-tax amount | Tax expense | Net-of-tax amount |
| **For the year ended March 31, 2009** | | | |
| Translation adjustments: | | | |
| Translation adjustments arising during the period | (116,738) | — | (116,738) |
| Less: Reclassification adjustment for (gains) losses included in net income (loss) | 3,938 | — | 3,938 |
| Net translation adjustments | (112,800) | — | (112,800) |
| Unrealized holding gains (losses) of available-for-sale securities: | | | |
| Unrealized holding gains (losses) arising during the period | (167,397) | 67,907 | (99,490) |
| Less: Reclassification adjustment for (gains) losses included in net income (loss) | 73,075 | (29,590) | 43,485 |
| Net unrealized gains (losses) | (94,322) | 38,317 | (56,005) |
| Unrealized holding gains (losses) of derivative instruments: | | | |
| Unrealized holding gains (losses) arising during the period | (4,043) | 1,565 | (2,478) |
| Less: Reclassification adjustment for (gains) losses included in net income (loss) | (10,855) | 4,118 | (6,737) |
| Net unrealized gains (losses) | (14,898) | 5,683 | (9,215) |
| Pension liability adjustments: | | | |
| Prior service benefit arising during the period | 345 | (140) | 205 |
| Less: Amortization of prior service benefit included in net periodic benefit cost | (22,727) | 7,742 | (14,985) |
| Net prior service benefit | (22,382) | 7,602 | (14,780) |
| Actuarial gain (loss) arising during the period | (273,853) | 100,104 | (173,749) |
| Less: Amortization of actuarial gain (loss) included in net periodic benefit cost | 26,422 | (6,782) | 19,640 |
| Net actuarial gain (loss) | (247,431) | 93,322 | (154,109) |
| Net pension liability adjustments | (269,813) | 100,924 | (168,889) |
| Other comprehensive income (loss) | (491,833) | 144,924 | (346,909) |

Table of Contents

- 134 -

|  | Yen (millions) | | |
|---|---|---|---|
|  | Pre-tax amount | Tax expense | Net-of-tax amount |
| **For the year ended March 31, 2008** |  |  |  |
| Translation adjustments: |  |  |  |
| Translation adjustments arising during the period | (128,047) | — | (128,047) |
| Less: Reclassification adjustment for (gains) losses included in net income | (1,207) | — | (1,207) |
| Net translation adjustments | (129,254) | — | (129,254) |
| Unrealized holding gains of available-for-sale securities: |  |  |  |
| Unrealized holding gains (losses) arising during the period | (199,198) | 83,370 | (115,828) |
| Less: Reclassification adjustment for (gains) losses included in net income | 735 | (296) | 439 |
| Net unrealized gains (losses) | (198,463) | 83,074 | (115,389) |
| Unrealized holding gains (losses) of derivative instruments: |  |  |  |
| Unrealized holding gains (losses) arising during the period | 5,014 | (1,914) | 3,100 |
| Less: Reclassification adjustment for (gains) losses included in net income | 612 | (248) | 364 |
| Net unrealized gains (losses) | 5,626 | (2,162) | 3,464 |
| Pension liability adjustments: |  |  |  |
| Prior service benefit arising during the period | 1,954 | (6) | 1,948 |
| Less: Amortization of prior service benefit included in net periodic benefit cost | (24,197) | 7,806 | (16,391) |
| Net prior service benefit | (22,243) | 7,800 | (14,443) |
| Actuarial gain (loss) arising during the period | (62,744) | 27,095 | (35,649) |
| Less: Amortization of actuarial gain (loss) included in net periodic benefit cost | 13,660 | (3,383) | 10,277 |
| Net actuarial gain (loss) | (49,084) | 23,712 | (25,372) |
| Net pension liability adjustments | (71,327) | 31,512 | (39,815) |
| Other comprehensive income (loss) | (393,418) | 112,424 | (280,994) |

Table of Contents

- 135 -

(14)  Net Income (Loss) per Share Attributable to Panasonic Corporation Common Shareholders

A reconciliation of the numerators and denominators of the basic and diluted net income (loss) per share attributable to Panasonic Corporation common shareholders computation for the three years ended March 31, 2010 is as follows:

| | Yen (millions) | | |
| --- | --- | --- | --- |
| | 2010 | 2009 | 2008 |
| Net income (loss) attributable to Panasonic Corporation common shareholders | (103,465) | (378,961) | 281,877 |

| | Number of shares | | |
| --- | --- | --- | --- |
| | 2010 | 2009 | 2008 |
| Average common shares outstanding | 2,070,623,618 | 2,079,296,525 | 2,120,986,052 |
| Dilutive effect: | | | |
| Stock options | | — | 3,818 |
| Diluted common shares outstanding | | 2,079,296,525 | 2,120,989,870 |

| | Yen | | |
| --- | --- | --- | --- |
| | 2010 | 2009 | 2008 |
| Net income (loss) per share attributable to Panasonic Corporation common shareholders: | | | |
| Basic | (49.97) | (182.25) | 132.90 |
| Diluted | — | (182.25) | 132.90 |

Diluted net income (loss) per share attributable to Panasonic Corporation common shareholders for the year ended March 31, 2010 has been omitted because the Company did not have potentially dilutive common shares that were outstanding for the period.

The effect of stock options was not included in the calculation of diluted net loss per share for the year ended March 31,2009 as the effect would be antidilutive due to the net loss incurred for the year.

Table of Contents

- 136 -

(15)  Restructuring Charges

In connection with the reorganization of the Company's operations, the Company has incurred certain restructuring charges. Components and related amounts of the restructuring charges, before the related tax effects, for the years ended March 31, 2010, 2009 and 2008 are as follows:

|  | Yen (millions) | | |
|  | 2010 | 2009 | 2008 |
|---|---|---|---|
| Expenses associated with the implementation of early retirement programs: |  |  |  |
| Domestic | 33,070 | 26,452 | 27,050 |
| Overseas | 5,884 | 11,899 | 5,594 |
| Total | 38,954 | 38,351 | 32,644 |
| Expenses associated with the closure and integration of locations | 15,918 | 15,049 | 6,922 |
| Total restructuring charges | 54,872 | 53,400 | 39,566 |

These restructuring charges are included in other deductions in the consolidated statements of operations.

The Company has provided early retirement programs to those employees voluntarily leaving the Company. The accrued early retirement programs are recognized when the employees accept the offer and the amount can be reasonably estimated. Expenses associated with the closure and integration of locations include amounts such as moving expenses of facilities and costs to terminate leasing contracts incurred at domestic and overseas manufacturing plants and sales offices. An analysis of the accrued restructuring charges for the years ended March 31, 2010, 2009 and 2008 is as follows:

|  | Yen (millions) | | |
|  | 2010 | 2009 | 2008 |
|---|---|---|---|
| Balance at beginning of year | 32,523 | 4,761 | 10,020 |
| New charges | 54,872 | 53,400 | 39,566 |
| Cash payments | (78,006) | (25,638) | (44,825) |
| Balance at end of year | 9,389 | 32,523 | 4,761 |

Table of Contents

- 137 -

The following represents significant restructuring activities for the year ended March 31, 2010 by business segment:

*Digital AVC Networks*
Digital AVC Networks segment continued selection and concentration of its businesses for improving its cost competitiveness. The restructuring activities mainly consisted of the early retirement programs in Japan.

Total restructuring charges amounted to 15,409 million yen, including expenses associated with the implementation of early retirement programs of 11,757 million yen.

*Home Appliances*
Home Appliances segment restructured its operations to accelerate concentration of its business for strengthening its management structure. The restructuring activities were mainly integrations of overseas manufacturing bases and the early retirement programs in Japan.

Total restructuring charges amounted to 8,561 million yen, including expenses associated with the implementation of early retirement programs of 5,145 million yen.

*PEW and PanaHome*
PEW and PanaHome segment restructured to improve cost efficiency in Japan and overseas bases.

Total restructuring charges amounted to 6,975 million yen.

*Components and Devices*
Components and Devices segment restructured to mainly improve efficiency and cost effectiveness in Japan.

Total restructuring charges amounted to 8,173 million yen, including expenses associated with the implementation of early retirement programs of 6,451 million yen.

*SANYO*
SANYO segment restructured to mainly improve cost effectiveness in Japan.

Total restructuring charges amounted to 3,483 million yen.

*Other*
Other segment restructured mainly to improve efficiency in domestic companies.

Total restructuring charges amounted to 12,271 million yen, including expenses associated with the implementation of early retirement programs of 10,300 million yen.

Table of Contents

- 138 -

The following represents significant restructuring activities for the year ended March 31, 2009 by business segment:

*Digital AVC Networks*
Digital AVC Networks segment restructured mainly to accelerate selection and concentration of its businesses for improving its cost competitiveness. The restructuring activities mainly consisted of the implementation of early retirement programs in Japan.

Total restructuring charges amounted to 34,748 million yen, including expenses associated with the implementation of early retirement programs of 29,029 million yen.

*Home Appliances*
Home Appliances segment restructured its operations to accelerate concentration of its business for strengthening its management structure. The restructuring activities mainly consisted of integrations in Japan.

Total restructuring charges amounted to 3,206 million yen.

*PEW and PanaHome*
PEW and PanaHome segment restructured mainly its housing business in Japan.
Total restructuring charges amounted to 5,673 million yen.

*Components and Devices*
Components and Devices segment restructured mainly to improve efficiency in its components business.

Total restructuring charges amounted to 3,957 million yen, including expenses associated with the implementation of early retirement programs of 3,277 million yen.

*Other*
Other segment restructured mainly to improve efficiency in overseas sales companies.

The restructuring charges amounted to 5,816 million yen, including expenses associated with the implementation of early retirement programs of 4,145 million yen.

Table of Contents

- 139 -

The following represents significant restructuring activities for the year ended March 31, 2008 by business segment:

*Digital AVC Networks*
Digital AVC Networks segment restructured mainly to accelerate selection and concentration of its businesses for improving its cost competitiveness. The restructuring activities mainly consisted of the implementation of early retirement programs in Japan.

Total restructuring charges amounted to 15,356 million yen, including expenses associated with the implementation of early retirement programs of 14,168 million yen.

*Home Appliances*
Home Appliances segment restructured its operations to accelerate concentration of its business for strengthening its management structure. The restructuring activities mainly consisted of integrations in Japan.

Total restructuring charges amounted to 8,375 million yen, including expenses associated with the implementation of early retirement programs of 5,611 million yen.

*PEW and PanaHome*
PEW and PanaHome segment mainly restructured its housing business in Japan. The restructuring activities mainly consisted of the implementation of early retirement programs.

Total restructuring charges amounted to 11,581 million yen, including expenses associated with the implementation of early retirement programs of 8,888 million yen.

*Components and Devices*
Components and Devices segment restructured mainly to improve efficiency in its battery business.

Total restructuring charges amounted to 3,128 million yen.

*JVC*
JVC segment incurred restructuring charges in the amount of 750 million yen in its domestic entertainment business.

*Other*
Other segment incurred restructuring charges in the amount of 376 million yen mainly in overseas sales companies.

Table of Contents

- 140 -

(16)  Supplementary Information to the Statements of Operations and Cash Flows

Research and development costs, advertising costs, shipping and handling costs and depreciation charged to income for the three years ended March 31, 2010 are as follows:

|  | Yen (millions) | | |
|---|---|---|---|
|  | **2010** | **2009** | **2008** |
| Research and development costs | 476,903 | 517,913 | 554,538 |
| Advertising costs | 150,866 | 174,939 | 200,890 |
| Shipping and handling costs | 129,114 | 146,920 | 159,418 |
| Depreciation | 251,839 | 325,835 | 282,102 |

Foreign exchange losses included in other deductions for the years ended March 31, 2010, 2009 and 2008 are 3,486 million yen, 7,501 million yen and 11,492 million yen, respectively.

Shipping and handling costs are included in selling, general and administrative expenses in the consolidated statements of operations.

In fiscal 2010, 2009 and 2008, the Company sold, without recourse, trade receivables of 443,673 million yen, 458,321 million yen and 443,464 million yen to independent third parties for proceeds of 442,779 million yen, 456,870 million yen and 441,778 million yen, and recorded losses on the sale of trade receivables of 894 million yen, 1,451 million yen and 1,686 million yen, respectively. In fiscal 2010, 2009 and 2008, the Company sold, with recourse, trade receivables of 355,512 million yen, 411,778 million yen and 397,796 million yen to independent third parties for proceeds of 355,113 million yen, 411,022 million yen and 397,421 million yen, and recorded losses on the sale of trade receivables of 399 million yen, 756 million yen and 375 million yen, respectively. Those losses are mainly included in selling, general and administrative expenses. The Company is responsible for servicing the receivables. Included in trade notes receivable and trade accounts receivable at March 31, 2010 are amounts of 37,619 million yen without recourse and 26,576 million yen with recourse scheduled to be sold to independent third parties. The sale of trade receivables was accounted for under the provision of ASC 860, "Transfers and Servicing," which provides accounting and reporting standards for transfer and servicing of financial assets and extinguishments of liabilities.

Table of Contents

- 141 -

Interest expenses and income taxes paid, and noncash investing and financing activities for the three years ended March 31, 2010 are as follows:

|  | Yen (millions) | | |
|---|---|---|---|
|  | **2010** | **2009** | **2008** |
| Cash paid: | | | |
|     Interest | 26,301 | 19,627 | 20,911 |
|     Income taxes | 51,441 | 95,198 | 122,416 |
| Noncash investing and financing activities: | | | |
|     Capital leases | 37,505 | 12,235 | 36,330 |

JVC and its subsidiaries became associated companies under equity method from consolidated companies in August, 2007. Certain financial information of JVC and its subsidiaries at the date of deconsolidation is as follows:

|  | Yen (millions) |
|---|---|
| Assets: | |
|     Current assets | 311,080 |
|     Other assets | 115,546 |
|         Total | 426,626 |
| Liabilities: | |
|     Current liabilities | 242,336 |
|     Other liabilities | 36,149 |
|         Total | 278,485 |

Table of Contents

- 142 -

(17)  <u>Derivatives and Hedging Activities</u>

The Company operates internationally, giving rise to significant exposure to market risks arising from changes in foreign exchange rates, interest rates and commodity prices. The Company assesses these risks by continually monitoring changes in these exposures and by evaluating hedging opportunities. Derivative financial instruments utilized by the Company to hedge these risks are comprised principally of foreign exchange contracts, interest rate swaps, cross currency swaps and commodity derivatives. The Company does not hold or issue derivative financial instruments for trading purpose.

Amounts included in accumulated other comprehensive income (loss) at March 31, 2010 are expected to be recognized in earnings principally over the next twelve months. The maximum term over which the Company is hedging exposures to the variability of cash flows for foreign currency exchange risk is approximately five months.

The Company is exposed to credit risk in the event of non-performance by counterparties to the derivative contracts, but such risk is considered mitigated by the high credit rating of the counterparties.

The contract amounts of foreign exchange contracts, interest rate swaps, cross currency swaps and commodity futures at March 31, 2010 and 2009 are as follows:

|  | Yen (millions) | |
|---|---|---|
|  | **2010** | **2009** |
| Forward: |  |  |
|     To sell foreign currencies | 375,430 | 334,586 |
|     To buy foreign currencies | 196,439 | 190,495 |
| Cross currency swaps | 31,797 | 33,953 |
| Interest rate swaps | 33,702 | — |
| Commodity futures: |  |  |
|     To sell commodity | 40,194 | 48,858 |
|     To buy commodity | 113,682 | 168,527 |

Table of Contents

- 143 -

The fair values of derivative instruments at March 31, 2010 are as follows:

| | Yen (millions) | | | |
| --- | --- | --- | --- | --- |
| | Asset derivatives | | Liability derivatives | |
| | Consolidated balance sheet location | Fair value | Consolidated balance sheet location | Fair value |
| Derivatives designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange contracts | Other current assets | 415 | Other current liabilities | (1,971) |
| Commodity futures | Other current assets | 11,330 | Other current liabilities | (3,345) |
| Total derivatives designated as hedging instruments under ASC 815 | | 11,745 | | (5,316) |
| Derivatives not designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange contracts | Other current assets | 8,590 | Other current liabilities | (2,307) |
| Cross currency swaps | — | — | Other current liabilities | (283) |
| Interest rate swaps | Other current assets | 23 | — | — |
| Commodity futures | Other current assets | 1,231 | Other current liabilities | (1,231) |
| Total derivatives not designated as hedging instruments under ASC 815 | | 9,844 | | (3,821) |
| Total derivatives | | 21,589 | | (9,137) |

The fair values of derivative instruments at March 31, 2009 are as follows:

| | Yen (millions) | | | |
| --- | --- | --- | --- | --- |
| | Asset derivatives | | Liability derivatives | |
| | Consolidated balance sheet location | Fair value | Consolidated balance sheet location | Fair value |
| Derivatives designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange contracts | Other current assets | 2,299 | Other current liabilities | (9,094) |

| | | | | |
|---|---|---|---|---|
| Cross currency swaps | Other current assets | 275 | — | — |
| Commodity futures | Other current assets | 9,285 | Other current liabilities | (53,050) |
| Total derivatives designated as hedging instruments under ASC 815 | | 11,859 | | (62,144) |

Derivatives not designated as hedging instruments under ASC 815:

| | | | | |
|---|---|---|---|---|
| Foreign exchange contracts | Other current assets | 204 | Other current liabilities | (808) |
| Cross currency swaps | Other current assets | 1,260 | — | — |
| Commodity futures | Other current assets | 4,670 | Other current liabilities | (4,670) |
| Total derivatives not designated as hedging instruments under ASC 815 | | 6,134 | | (5,478) |
| Total derivatives | | 17,993 | | (67,622) |

Table of Contents

- 144 -

The effect of derivative instruments on the consolidated statement of operations for the year ended March 31, 2010 is as follows:

| | Yen (millions) | |
|---|---|---|
| **Hedging instruments in ASC 815 fair value hedging relationships** | **Location of gain or (loss) recognized in operations** | **Amount of gain or (loss) recognized in operations** |
| Commodity futures | Other income (deductions) | 41,003 |
| Total | | 41,003 |

| | Yen (millions) | |
|---|---|---|
| **Related hedged items in ASC 815 fair value hedging relationships** | **Location of gain or (loss) recognized in operations** | **Amount of gain or (loss) recognized in operations** |
| Trade accounts receivable (payable) | Other income (deductions) | (39,024) |
| Total | | (39,024) |

Fair value hedges resulted in gains of 1,979 million yen of ineffectiveness.

| | Yen (millions) | | |
|---|---|---|---|
| **Derivatives in ASC 815 cash flow hedging relationships** | **Amount of gain or (loss) recognized in OCI on derivative (effective portion)** | **Location of gain or (loss) reclassified from accumulated OCI into operations (effective portion)** | **Amount of gain or (loss) reclassified from accumulated OCI into operations (effective portion)** |
| Foreign exchange contracts | (613) | Other income (deductions) | (4,599) |
| Cross currency swaps | (291) | Other income (deductions) | (16) |
| Commodity futures | 3,611 | Cost of sales | (42) |
| Total | 2,707 | | (4,657) |

| | Yen (millions) | |
|---|---|---|
| **Derivatives in ASC 815 cash flow hedging relationships** | **Location of gain or (loss) recognized in operations on derivative (ineffective portion and amount excluded from effectiveness testing)** | **Amount of gain or (loss) recognized in operations on derivative (ineffective portion and amount excluded from effectiveness testing)** |
| Foreign exchange contracts | Other income (deductions) | 1,228 |
| Cross currency swaps | — | — |
| Commodity futures | — | — |

| | | |
|---|---|---|
| Total | | 1,228 |

**Yen (millions)**

| Derivatives not designated as hedging instruments under ASC 815 | Location of gain or (loss) recognized in operations on derivative | Amount of gain or (loss) recognized in operations on derivative |
|---|---|---|
| Foreign exchange contracts | Other income (deductions) | 2,950 |
| Cross currency swaps | Other income (deductions) | (1,543) |
| Interest rate swaps | Other income (deductions) | (3) |
| Commodity futures | Other income (deductions) | 0 |
| Total | | 1,404 |

Table of Contents

- 145 -

The effect of derivative instruments on the consolidated statement of operations for the three months ended March 31, 2009 is as follows:

| | Yen (millions) | |
| --- | --- | --- |
| Hedging instruments in ASC 815 fair value hedging relationships | Location of gain or (loss) recognized in operations | Amount of gain or (loss) recognized in operations |
| Commodity futures | Other income (deductions) | 5,700 |
| Total | | 5,700 |

| | Yen (millions) | |
| --- | --- | --- |
| Related hedged items in ASC 815 fair value hedging relationships | Location of gain or (loss) recognized in operations | Amount of gain or (loss) recognized in operations |
| Trade accounts receivable (payable) | Other income (deductions) | (5,352) |
| Total | | (5,352) |

Fair value hedges resulted in gains of 348 million yen of ineffectiveness.

| | Yen (millions) | | |
| --- | --- | --- | --- |
| Derivatives in ASC 815 cash flow hedging relationships | Amount of gain or (loss) recognized in OCI on derivative (effective portion) | Location of gain or (loss) reclassified from accumulated OCI into operations (effective portion) | Amount of gain or (loss) reclassified from accumulated OCI into operations (effective portion) |
| Foreign exchange contracts | (9,251) | Other income (deductions) | 2,355 |
| Cross currency swaps | (90) | Other income (deductions) | (16) |
| Commodity futures | 2,484 | Cost of sales | (1,879) |
| Total | (6,857) | | 460 |

| | Yen (millions) | |
| --- | --- | --- |
| Derivatives in ASC 815 cash flow hedging relationships | Location of gain or (loss) recognized in operations on derivative (ineffective portion and amount excluded from effectiveness testing) | Amount of gain or (loss) recognized in operations on derivative (ineffective portion and amount excluded from effectiveness testing) |
| Foreign exchange contracts | Other income (deductions) | (1,226) |
| Cross currency swaps | — | — |
| Commodity futures | — | — |

| | |
|---|---|
| Total | (1,226) |

**Yen (millions)**

| Derivatives not designated as hedging instruments under ASC 815 | Location of gain or (loss) recognized in operations on derivative (ineffective portion and amount excluded from effectiveness testing) | Amount of gain or (loss) recognized in operations on derivative (ineffective portion and amount excluded from effectiveness testing) |
|---|---|---|
| Foreign exchange contracts | Other income (deductions) | 814 |
| Cross currency swaps | Other income (deductions) | 1,624 |
| Commodity futures | Other income (deductions) | 0 |
| Total | | 2,438 |

Table of Contents

- 146 -

(18)  Fair Value

The following methods and assumptions were used to estimate the fair value of each class of financial instruments for which it is practicable to estimate that value:

*Cash and cash equivalents, Time deposits, Trade receivables, Short-term debt, Trade payables and Accrued expenses*
The carrying amount approximates fair value because of the short maturity of these instruments.

*Short-term investments*
The fair value of short-term investments is estimated based on quoted market prices.

*Investments and advances*
The fair value of investments and advances is estimated based on quoted market prices or the present value of future cash flows using appropriate current discount rates.

*Long-term debt*
The fair value of long-term debt is estimated based on quoted market prices or the present value of future cash flows using appropriate current discount rates.

*Derivative financial instruments*
The fair value of derivative financial instruments, all of which are used for hedging purposes, is estimated based on unadjusted market prices or quotes obtained from brokers, which are periodically validated by pricing models using observable inactive market inputs.

The estimated fair values of financial instruments, all of which are held or issued for purposes other than trading, at March 31, 2010 and 2009 are as follows:

| | Yen (millions) | | | |
| | 2010 | | 2009 | |
| | Carrying amount | Fair value | Carrying amount | Fair value |
|---|---|---|---|---|
| Non-derivatives: | | | | |
| Assets: | | | | |
| Short-term investments | — | — | 1,998 | 1,998 |
| Other investments and advances | 454,313 | 454,516 | 424,237 | 423,223 |
| Liabilities: | | | | |
| Long-term debt, including current portion | (1,236,052) | (1,250,048) | (697,653) | (698,502) |
| Derivatives: | | | | |
| Other current assets: | | | | |
| Forward: | | | | |
| To sell foreign currencies | 3,511 | 3,511 | — | — |
| To buy foreign currencies | 5,494 | 5,494 | 2,503 | 2,503 |
| Cross currency swaps | — | — | 1,535 | 1,535 |
| Interest rate swaps | 23 | 23 | — | — |
| Commodity futures: | | | | |
| To sell commodity | — | — | 13,955 | 13,955 |
| To buy commodity | 12,561 | 12,561 | — | — |

Other current liabilities:

Forward:

| | | | | |
|---|---|---|---|---|
| To sell foreign currencies | (2,390) | (2,390) | (9,902) | (9,902) |
| To buy foreign currencies | (1,888) | (1,888) | — | — |
| Cross currency swaps | (283) | (283) | — | — |

Commodity futures:

| | | | | |
|---|---|---|---|---|
| To sell commodity | (4,576) | (4,576) | — | — |
| To buy commodity | — | — | (57,720) | (57,720) |

Table of Contents

- 147 -

*Limitations*

Fair value estimates are made at a specific point in time, based on relevant market information and information about the financial instruments. These estimates are subjective in nature and involve uncertainties and matters of significant judgments and therefore cannot be determined with precision. Changes in assumptions could significantly affect the estimates.

The provisions of ASC 820 defines fair value and establishes a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The three levels of the fair value hierarchy are as follows:

Level 1 — Quoted prices (unadjusted) in active markets for identical assets.

Level 2 — Quoted prices for similar assets or liabilities in active markets, quoted prices for identical or similar assets or liabilities in markets that are not active, inputs other than quoted prices that are observable, and inputs that are derived principally from or corroborated by observable market data by correlation or other means.

Level 3 — Unobservable inputs for the asset or liability.

The following table presents assets and liabilities that are measured at fair value on a recurring basis at March 31, 2010 and 2009:

| | Yen (millions) | | | |
|---|---|---|---|---|
| | 2010 | | | |
| | Level 1 | Level 2 | Level 3 | Total |
| Assets: | | | | |
| Available-for-sale securities: | | | | |
| Equity securities | 379,358 | — | — | 379,358 |
| Corporate and government bonds | — | 3,961 | — | 3,961 |
| Other debt securities | — | 585 | — | 585 |
| Total available-for-sale securities | 379,358 | 4,546 | — | 383,904 |
| Derivatives: | | | | |
| Foreign exchange contracts | — | 9,005 | — | 9,005 |
| Interest rate swaps | — | 23 | — | 23 |
| Commodity futures | 12,561 | — | — | 12,561 |
| Total derivatives | 12,561 | 9,028 | — | 21,589 |
| Total | 391,919 | 13,574 | — | 405,493 |
| Liabilities: | | | | |
| Derivatives: | | | | |
| Foreign exchange contracts | — | (4,278) | — | (4,278) |
| Cross currency swaps | — | (283) | — | (283) |
| Commodity futures | (3,345) | (1,231) | — | (4,576) |

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Total derivatives | (3,345) | (5,792) | — | (9,137) |
| Total | (3,345) | (5,792) | — | (9,137) |

| | Yen (millions) | | | |
|---|---|---|---|---|
| | **2009** | | | |
| | **Level 1** | **Level 2** | **Level 3** | **Total** |
| Assets: | | | | |
| Available-for-sale securities: | | | | |
| Equity securities | 284,356 | — | — | 284,356 |
| Corporate and government bonds | — | 6,393 | — | 6,393 |
| Other debt securities | — | 5,515 | — | 5,515 |
| Derivatives | 9,285 | 8,708 | — | 17,993 |
| Total | 293,641 | 20,616 | — | 314,257 |
| Liabilities: | | | | |
| Derivatives | (57,720) | (9,902) | — | (67,622) |
| Total | (57,720) | (9,902) | — | (67,622) |

The Company's existing marketable equity securities and commodity futures are included in Level 1, which are valued using an unadjusted quoted market price in active markets with sufficient volume and frequency of transactions.

Table of Contents

- 148 -

Level 2 available-for-sale securities include all debt securities, which are valued using inputs other than quoted prices that are observable. Level 2 derivatives including foreign exchange contracts and commodity futures are valued using quotes obtained from brokers, which are periodically validated by pricing models using observable market inputs, such as foreign currency exchange rates and market prices for commodity futures.

The following table presents assets and liabilities that are measured at fair value on a nonrecurring basis for the years ended March 31, 2010 and 2009:

| | Yen (millions) | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2010** | | | | |
| | | **Fair value** | | | |
| | **Total gains (losses)** | **Level 1** | **Level 2** | **Level 3** | **Total** |
| Assets: | | | | | |
| Investments in associated companies | (3,605) | 1,058 | — | 1,980 | 3,038 |
| Long-lived assets | (79,259) | — | — | 27,800 | 27,800 |
| Goodwill | (3,745) | — | — | 0 | 0 |

| | Yen (millions) | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2009** | | | | |
| | | **Fair value** | | | |
| | **Total gains (losses)** | **Level 1** | **Level 2** | **Level 3** | **Total** |
| Assets: | | | | | |
| Investments in associated companies | (18,121) | 9,326 | — | 2,151 | 11,477 |

During the year ended March 31, 2010, the Company classified most of assets described above in Level 3 as the Company used unobservable inputs to value these assets when recognizing impairment losses related to the assets. The fair value for the major assets was measured through estimated future cash flows. The Company classified certain investments in Level 1 as the Company used an unadjusted quoted market price in active markets as input to value the investment.

During the year ended March 31, 2009, the Company classified the impaired security, representing a substantial portion of the write-down, in Level 1 as the Company used an unadjusted quoted market price in active markets as input to value the investment. The remaining impaired security is classified in Level 3 as the Company used unobservable inputs to value the investment.

Table of Contents

- 149 -

(19)  <u>Commitments and Contingent Liabilities</u>

The Company provides guarantees to third parties mainly on bank loans provided to associated companies and customers. The guarantees are made to enhance their credit. For each guarantee provided, the Company is required to perform under the guarantee if the guaranteed party defaults on a payment. Also, as discussed in Note 16, the Company sold certain trade receivables to independent third parties, some of which are with recourse. If the collectibility of those receivables with recourse becomes doubtful, the Company is obligated to assume the liabilities. At March 31, 2010, the maximum amount of undiscounted payments the Company would have to make in the event of default was 38,480 million yen. The carrying amount of the liabilities recognized for the Company's obligations as a guarantor under those guarantees at March 31, 2010 and 2009 were immaterial.

As discussed in Note 6, in connection with the sale and leaseback of certain machinery and equipment, the Company guarantees a specific value of the leased assets. For each guarantee provided, the Company is required to perform under the guarantee if certain conditions are met during or at the end of the lease term. At March 31, 2010, the maximum amount of undiscounted payments the Company would have to make in the event that these conditions were met was 40,528 million yen. The carrying amount of the liabilities recognized for the Company's obligations as a guarantor under those guarantees at March 31, 2010 and 2009 were immaterial.

Table of Contents

- 150 -

The Company issues contractual product warranties under which it generally guarantees the performance of products delivered and services rendered for a certain period or term. The change in accrued warranty costs for the years ended March 31, 2010 and 2009 are summarized as follows:

|  | Yen (millions) | |
|---|---|---|
|  | **2010** | **2009** |
| Balance at beginning of year | 41,478 | 36,178 |
| Change in consolidated subsidiaries | 4,253 | — |
| Liabilities accrued for warranties issued during the period | 51,704 | 51,526 |
| Warranty claims paid during the period | (45,489) | (45,797) |
| Changes in liabilities for pre-existing warranties during the period, including expirations | (640) | (429) |
| Balance at end of year | 51,306 | 41,478 |

At March 31, 2010, commitments outstanding for the purchase of property, plant and equipment approximated 105,260 million yen.

Certain subsidiaries are under the contracts to purchase specific raw materials until 2020. At March 31, 2010, commitments outstanding for this contract approximated 113,210 million yen.

Liabilities for environmental remediation costs are recorded when it is probable that obligations have been incurred and the amounts can be reasonably estimated. In January 2003, the Company announced that disposed electric equipment that contained polychlorinated biphenyls (PCB equipment) might be buried in the ground of its four manufacturing facilities and one former manufacturing facility. The applicable laws require that PCB equipment be appropriately maintained and disposed of by July 2016. The Company has accrued estimated total cost of 9,513 million yen for necessary actions such as investigating whether the PCB equipment is buried at the facilities, including excavations, maintaining and disposing the PCB equipment that is already discovered, and soil remediation, since it represents management's best estimate or minimum of the cost, but the payments are not considered to be fixed and reliably determinable.

The Company and certain subsidiaries are under the term of leasehold interest contracts for lands of domestic factories and have obligations for restitution on their leaving. The asset retirement obligations cannot be reasonably estimated because the durations of use of the leased assets are not specified and there are no plans to undertake relocation in the future. Therefore the Company did not recognize asset retirement obligations.

The Company and certain of its subsidiaries are subject to a number of legal proceedings including civil litigations related to tax, products or intellectual properties, or governmental investigations. Since November 2007, the Company and MT Picture Display Co., Ltd. (MTPD), a subsidiary of the Company, are subject to investigations by government authorities, including the Japan Fair Trade Commission, the U.S. Department of Justice and the European Commission, in respect of alleged antitrust violations relating to cathode ray tubes (CRTs). Subsequent to these actions by the authorities, a number of class action lawsuits have been filed in the U.S. and Canada against the Company and certain of its subsidiaries. In October 2009, the Japan Fair Trade Commission issued a cease and desist order against MTPD and assessed a fine against its three subsidiaries in South East

Asia, but each named company filed for a hearing to challenge the orders which is currently subject to proceedings. Since February 2009, the Company is subject to investigations by government authorities, including the U.S. Department of Justice and the European Commission, in respect of alleged antitrust violations relating to compressors for refrigerator use. Subsequent to these actions by the authorities, a number of class action lawsuits have been filed in the U.S. and Canada against the Company and certain of its subsidiaries. The Company has been cooperating with the various governmental investigations. Depending upon the outcome of these different proceedings, the Company and certain of its subsidiaries may be subject to an uncertain amount of fines, and accordingly the Company has accrued for certain probable and reasonable estimated amounts for the fines. Other than those above, there are a number of legal actions against the Company and certain subsidiaries. Management is of the opinion that damages, if any, resulting from these actions will not have a material effect on the Company's consolidated financial statements.

Table of Contents

- 151 -

(20)  Segment Information

In accordance with the provisions of ASC 280, the segments reported below are the components of the Company for which separate financial information is available that is evaluated regularly by the chief operating decision maker of the Company in deciding how to allocate resources and in assessing performance.

Business segments correspond to categories of activity classified primarily by markets, products and brand names. "Digital AVC Networks" includes video and audio equipment, and information and communications equipment. "Home Appliances" includes household equipment. "PEW and PanaHome" includes electrical supplies, electric products, building materials and equipment, and housing business. "Components and Devices" includes semiconductors, electronic components, batteries and electric motors. "SANYO" includes solar cells, lithium-ion batteries, optical pickups, and others. "Other" includes electronic-parts-mounting machines, industrial robots and industrial equipment.

The Company has changed the internal business transactions between Global Procurement Service Company and other segments since April 1, 2008. Accordingly, segment information for "Other" and "Corporate and eliminations" of fiscal 2008 have been reclassified to conform to the presentation for fiscal 2010 and 2009.

Table of Contents

- 152 -

Information by segment for the three years ended March 31, 2010 is shown in the tables below:

By Business Segment:

| | Yen (millions) | | |
| --- | --- | --- | --- |
| | 2010 | 2009 | 2008 |
| Sales: | | | |
| Digital AVC Networks: | | | |
|    Customers | 3,360,278 | 3,701,996 | 4,267,217 |
|    Intersegment | 49,223 | 46,961 | 52,377 |
|       Total | 3,409,501 | 3,748,957 | 4,319,594 |
| Home Appliances: | | | |
|    Customers | 951,503 | 1,009,958 | 1,126,037 |
|    Intersegment | 190,739 | 212,992 | 190,365 |
|       Total | 1,142,242 | 1,222,950 | 1,316,402 |
| PEW and PanaHome: | | | |
|    Customers | 1,573,393 | 1,717,168 | 1,854,023 |
|    Intersegment | 58,720 | 49,094 | 56,269 |
|       Total | 1,632,113 | 1,766,262 | 1,910,292 |
| Components and Devices: | | | |
|    Customers | 697,346 | 779,761 | 989,414 |
|    Intersegment | 307,988 | 347,509 | 409,270 |
|       Total | 1,005,334 | 1,127,270 | 1,398,684 |
| SANYO: | | | |
|    Customers | 399,888 | — | — |
|    Intersegment | 4,953 | — | — |
|       Total | 404,841 | — | — |
| Other: | | | |
|    Customers | 435,572 | 556,624 | 650,941 |
|    Intersegment | 576,582 | 515,114 | 433,313 |
|       Total | 1,012,154 | 1,071,738 | 1,084,254 |
| JVC: | | | |
|    Customers | — | — | 181,296 |
|    Intersegment | — | — | 1,846 |
|       Total | — | — | 183,142 |
| Eliminations | (1,188,205) | (1,171,670) | (1,143,440) |
|    Consolidated total | 7,417,980 | 7,765,507 | 9,068,928 |
| Segment profit (loss): | | | |
|    Digital AVC Networks | 87,289 | 3,176 | 252,239 |

| | | | |
|---|---:|---:|---:|
| Home Appliances | 66,525 | 48,980 | 86,412 |
| PEW and PanaHome | 34,742 | 40,081 | 96,405 |
| Components and Devices | 36,094 | 7,107 | 104,989 |
| SANYO | (730) | — | — |
| Other | 19,727 | 23,927 | 64,205 |
| JVC | — | — | (9,672) |
| Corporate and eliminations | (53,194) | (50,398) | (75,097) |
| Total segment profit | 190,453 | 72,873 | 519,481 |
| Interest income | 12,348 | 23,477 | 34,371 |
| Dividends received | 6,746 | 11,486 | 10,317 |
| Other income | 47,896 | 52,709 | 70,460 |
| Interest expense | (25,718) | (19,386) | (20,357) |
| Other deductions | (261,040) | (523,793) | (179,279) |
| Consolidated income (loss) before income taxes | (29,315) | (382,634) | 434,993 |

Table of Contents

- 153 -

|  | Yen (millions) | | |
|---|---|---|---|
|  | **2010** | **2009** | **2008** |
| **Identifiable assets:** | | | |
| Digital AVC Networks | 2,127,042 | 2,016,112 | 2,592,856 |
| Home Appliances | 666,403 | 689,111 | 758,976 |
| PEW and PanaHome | 1,252,243 | 1,258,465 | 1,356,588 |
| Components and Devices | 831,009 | 926,897 | 1,013,522 |
| SANYO | 2,435,829 | — | — |
| Other | 239,736 | 216,411 | 416,217 |
| JVC | — | — | — |
| Corporate and eliminations | 805,795 | 1,296,320 | 1,305,455 |
| Consolidated total | 8,358,057 | 6,403,316 | 7,443,614 |
| **Depreciation (including intangibles other than goodwill):** | | | |
| Digital AVC Networks | 85,364 | 142,026 | 91,607 |
| Home Appliances | 28,392 | 34,891 | 37,457 |
| PEW and PanaHome | 49,180 | 51,906 | 44,124 |
| Components and Devices | 74,527 | 97,177 | 89,799 |
| SANYO | 28,877 | — | — |
| Other | 11,004 | 14,176 | 14,835 |
| JVC | — | — | 6,008 |
| Corporate and eliminations | 20,670 | 24,562 | 36,615 |
| Consolidated total | 298,014 | 364,738 | 320,445 |
| **Capital investment (including intangibles other than goodwill):** | | | |
| Digital AVC Networks | 258,999 | 250,891 | 228,358 |
| Home Appliances | 36,324 | 56,206 | 48,925 |
| PEW and PanaHome | 33,918 | 45,059 | 51,676 |
| Components and Devices | 87,400 | 141,974 | 139,003 |
| SANYO | 33,487 | — | — |
| Other | 7,988 | 12,262 | 13,331 |
| JVC | — | — | 3,542 |
| Corporate and eliminations | 6,203 | 27,652 | 18,625 |
| Consolidated total | 464,319 | 534,044 | 503,460 |

Corporate expenses include certain corporate R&D expenditures and general corporate expenses.

Corporate assets consist of cash and cash equivalents, time deposits, marketable securities in short-term investments, investments and advances and other assets related to unallocated expenses.

Intangibles mainly represent patents and software.

Table of Contents

- 154 -

By Geographical Area:

Sales attributed to countries based upon the customer's location and property, plant and equipment are as follows:

| | Yen (millions) | | |
|---|---|---|---|
| | 2010 | 2009 | 2008 |
| Sales: | | | |
| Japan | 3,994,379 | 4,082,233 | 4,544,772 |
| North and South America | 917,898 | 996,647 | 1,250,677 |
| Europe | 771,251 | 962,981 | 1,212,971 |
| Asia and Others | 1,734,452 | 1,723,646 | 2,060,508 |
| Consolidated total | 7,417,980 | 7,765,507 | 9,068,928 |
| United States included in North and South America | 781,264 | 857,896 | 1,081,183 |
| China included in Asia and Others | 903,531 | 855,352 | 941,685 |
| Property, plant and equipment: | | | |
| Japan | 1,571,914 | 1,230,868 | 1,353,421 |
| North and South America | 42,215 | 31,694 | 34,260 |
| Europe | 48,444 | 48,398 | 69,844 |
| Asia and Others | 293,448 | 263,870 | 299,848 |
| Consolidated total | 1,956,021 | 1,574,830 | 1,757,373 |

There are no individually material countries which should be separately disclosed in North and South America, Europe, and Asia and Others, except for the United States of America and China on sales. Transfers between business segments or geographic segments are made at arms-length prices. There are no sales to a single external major customer for the three years ended March 31, 2010.

Table of Contents

- 155 -

The following information shows sales, geographical profit and identifiable assets which are attributed to geographic areas based on the country location of the Company or its subsidiaries for the three years ended March 31, 2010. In addition to the disclosure requirements under ASC 280, the Company discloses this information as supplemental information in light of the disclosure requirements of the Japanese Financial Instruments and Exchange Law, which a Japanese public company is subject to:

| | Yen (millions) | | |
| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Sales: | | | |
| Japan: | | | |
| Customers | 4,324,430 | 4,435,587 | 4,908,850 |
| Intersegment | 1,542,034 | 1,617,969 | 1,880,654 |
| Total | 5,866,464 | 6,053,556 | 6,789,504 |
| North and South America: | | | |
| Customers | 867,288 | 946,098 | 1,196,419 |
| Intersegment | 20,229 | 18,639 | 16,646 |
| Total | 887,517 | 964,737 | 1,213,065 |
| Europe: | | | |
| Customers | 742,226 | 934,525 | 1,170,932 |
| Intersegment | 15,960 | 34,977 | 47,300 |
| Total | 758,186 | 969,502 | 1,218,232 |
| Asia and Others: | | | |
| Customers | 1,484,036 | 1,449,297 | 1,792,727 |
| Intersegment | 1,035,297 | 1,008,345 | 1,167,322 |
| Total | 2,519,333 | 2,457,642 | 2,960,049 |
| Eliminations | (2,613,520) | (2,679,930) | (3,111,922) |
| Consolidated total | 7,417,980 | 7,765,507 | 9,068,928 |
| | | | |
| Geographical profit (loss): | | | |
| Japan | 146,866 | 72,673 | 422,071 |
| North and South America | 9,116 | (2,783) | 22,136 |
| Europe | (23,225) | (30,451) | 20,438 |
| Asia and Others | 113,491 | 82,611 | 125,056 |
| Corporate and eliminations | (55,795) | (49,177) | (70,220) |
| Consolidated total | 190,453 | 72,873 | 519,481 |
| | | | |
| Identifiable assets: | | | |
| Japan | 5,950,513 | 3,957,637 | 4,410,600 |
| North and South America | 403,831 | 285,039 | 320,487 |
| Europe | 275,790 | 272,513 | 430,149 |
| Asia and Others | 1,372,983 | 935,440 | 1,208,534 |

| | | | |
|---|---|---|---|
| Corporate and eliminations | 354,940 | 952,687 | 1,073,844 |
| Consolidated total | 8,358,057 | 6,403,316 | 7,443,614 |

Table of Contents

- 156 -

## PANASONIC CORPORATION
## AND SUBSIDIARIES

### Valuation and Qualifying Accounts and Reserves
### (In millions of yen)

### Years ended March 31, 2010, 2009 and 2008

| | Balance at beginning of period | Add Charged to income | Change in consolidated subsidiaries | Deduct Bad debts written off | Reversal | Add (deduct) Cumulative translation adjustments | Balance at end of period |
|---|---|---|---|---|---|---|---|
| Allowance for doubtful receivables: | | | | | | | |
| 2010 | 21,131 | 10,862 | — | 4,234 | 3,623 | 22 | 24,158 |
| 2009 | 20,868 | 10,538 | — | 3,246 | 5,436 | (1,593) | 21,131 |
| 2008 | 29,061 | 6,008 | 4,378 | 5,109 | 3,542 | (1,172) | 20,868 |

Table of Contents

- 157 -

**Item 19.     Exhibits**

Documents filed as exhibits to this annual report are as follows:

1.1     Articles of Incorporation of the Registrant (English translation)

1.2     Share Handling Regulations of the Registrant (English translation)

1.3     Regulations of the Board of Directors of the Registrant (English translation) [incorporated by reference to the Annual Report on Form 20-F (File No. 001-06784) filed on September 11, 2006]

1.4     Regulations of the Board of Corporate Auditors of the Registrant (English translation) [incorporated by reference to the Annual Report on Form 20-F (File No. 001-06784) filed on June 30, 2009]

2.1     Form of Amended and Restated Deposit Agreement among the Registrant, Morgan Guaranty Trust Company of New York (now JPMorgan Chase Bank, N.A.) as Depositary and all owners and holders from time to time of American Depositary Receipts [incorporated by reference to the Registration Statement on Form F-6 (File No. 333-12694) filed on October 4, 2000] and form of Amendment No. 1 to Deposit Agreement among such parties, including the form of American Depositary Receipt [incorporated by reference to Post-effective Amendment No. 1 to the Registration Statement on Form F-6 (File No. 333-133099) filed on September 29, 2008]

4.1     Liability Limitation Agreement (English translation)
[Matsushita and Ikuo Uno entered into a Liability Limitation Agreement, dated June 29, 2005, in the form of this Exhibit.] [incorporated by reference to the Annual Report on Form 20-F (File No. 1-06784) filed on September 12, 2005]
[Matsushita and Masayuki Oku entered into a Liability Limitation Agreement, dated June 26, 2008, in the form of this Exhibit.] [incorporated by reference to the Annual Report on Form 20-F (File No. 1-06784) filed on June 30, 2008]
[Matsushita and each of Yasuo Yoshino, Ikuo Hata and Hiroyuki Takahashi, entered into a Liability Limitation Agreement, each dated June 28, 2006, in the form of this Exhibit.] [incorporated by reference to the Annual Report on Form 20-F (File No. 1-06784) filed on September 11, 2006]

8.1     Subsidiaries of the Registrant [List of significant subsidiaries (see Section C of Item 4)]

11.1     Code of Ethics for Directors and Executive Officers (English translation) [incorporated by reference to the Annual Report on Form 20-F (File No. 001-06784) filed on June 30, 2009]

12.1     Certification of the principal executive officer of the Company required by Rule 13a-14(a)

12.2     Certification of the principal financial officer of the Company required by Rule 13a-14(a)

13.1     Certification required by Rule 13a-14(a) and Section 1350 of Chapter 63 of Title 18 of the United States Code

15.1     Continuation of Policy toward Large-scale Purchases of Panasonic Shares

101     INS XBRL Instance Document

101     SCH XBRL Taxonomy Extension Schema

101     CAL XBRL Taxonomy Extension Calculation Linkbase

101     DEF XBRL Taxonomy Extension Definition Linkbase

101       LAB XBRL Taxonomy Extension Label Linkbase

101       PRE XBRL Taxonomy Extension Presentation Linkbase

The Company has not included as exhibits certain instruments with respect to its long-term debt, the amount of debt authorized under each of which does not exceed 10% of its total assets, and it agrees to furnish a copy of any such instrument to the Securities and Exchange Commission upon request.

Table of Contents

- 158 -

## SIGNATURES

Pursuant to the requirements of Section 12 of the Securities Exchange Act of 1934, the Company certifies that it meets all of the requirements for filing on Form 20-F and has duly caused this annual report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  |  |
|---|---|
|  | PANASONIC CORPORATION |
|  | (Registrant) |
| Date: June 30, 2010 | By        /s/   Masahito Yamamura |
|  | Masahito Yamamura |
|  | Attorney-in-Fact |
|  | General Manager of Investor Relations |
|  | Panasonic Corporation |

Table of Contents

Index to Exhibits

Documents filed as exhibits to this annual report are as follows:

1.1   Articles of Incorporation of the Registrant (English translation)

1.2   Share Handling Regulations of the Registrant (English translation)

1.3   Regulations of the Board of Directors of the Registrant (English translation) [incorporated by reference to the Annual Report on Form 20-F (File No. 001-06784) filed on September 11, 2006]

1.4   Regulations of the Board of Corporate Auditors of the Registrant (English translation) [incorporated by reference to the Annual Report on Form 20-F (File No. 001-06784) filed on June 30, 2009]

2.1   Form of Amended and Restated Deposit Agreement among the Registrant, Morgan Guaranty Trust Company of New York (now JPMorgan Chase Bank, N.A.) as Depositary and all owners and holders from time to time of American Depositary Receipts [incorporated by reference to the Registration Statement on Form F-6 (File No. 333-12694) filed on October 4, 2000] and form of Amendment No.1 to Deposit Agreement among such parties, including the form of American Depositary Receipt [incorporated by reference to Post-effective Amendment No.1 to the Registration Statement on From F-6 (File No. 333-133099) filed on September 29, 2008]

4.1   Liability Limitation Agreement (English translation) [Matsushita and Ikuo Uno entered into a Liability Limitation Agreement, dated June 29, 2005, in the form of this Exhibit.] [incorporated by reference to the Annual Report on Form 20-F (File No. 1-06784) filed on September 12, 2005] [Matsushita and Masayuki Oku entered into a Liability Limitation Agreement, dated June 26, 2008, in the form of this Exhibit.] [incorporated by reference to the Annual Report on Form 20-F (File No. 1-06784) filed on June 30, 2008] [Matsushita and each of Yasuo Yoshino, Ikuo Hata and Hiroyuki Takahashi, entered into a Liability Limitation Agreement, each dated June 28, 2006, in the form of this Exhibit.] [incorporated by reference to the Annual Report on Form 20-F (File No. 1-06784) filed on September 11, 2006]

8.1   Subsidiaries of the Registrant [List of significant subsidiaries (see Section C of Item 4)]

11.1   Code of Ethics for Directors and Executive Officers (English translation) [incorporated by reference to the Annual Report on Form 20-F (File No. 001-06784) filed on June 30, 2009]

12.1   Certification of the principal executive officer of the Company required by Rule 13a-14(a)

12.2   Certification of the principal financial officer of the Company required by Rule 13a-14(a)

13.1   Certification required by Rule 13a-14(a) and Section 1350 of Chapter 63 of Title 18 of the United States Code

15.1   Continuation of Policy toward Large-scale Purchases of Panasonic Shares

101   INS XBRL Instance Document

101   SCH XBRL Taxonomy Extension Schema

101   CAL XBRL Taxonomy Extension Calculation Linkbase

101   DEF XBRL Taxonomy Extension Definition Linkbase

101   LAB XBRL Taxonomy Extension Label Linkbase

101     PRE XBRL Taxonomy Extension Presentation Linkbase

The Company has not included as exhibits certain instruments with respect to its long-term debt, the amount of debt authorized under each of which does not exceed 10% of its total assets, and it agrees to furnish a copy of any such instrument to the Securities and Exchange Commission upon request.