1  Jason C. Murray (CA Bar No. 169806)
   Robert B. McNary (CA Bar No. 253745)
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: 213-443-5582
4  Facsimile: 213-622-2690
   Email: jmurray@crowell.com
5          rmcnary@crowell.com

6  Jerome A. Murphy (*pro hac vice*)
   Astor H.L. Heaven (*pro hac vice*)
7  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Telephone: 202-624-2500
9  Facsimile: 202-628-5116
   Email: jmurphy@crowell.com
10         aheaven@crowell.com

11 *Counsel for ViewSonic Corporation and Target Corporation*
12

13

14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| ——————————————— | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510<br><br>*Target Corp. v. Chunghwa Picture Tubes, LTD., et al.,* No. 11-cv-05514 | **VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Plaintiff ViewSonic Corporation and Target Corporation ("Plaintiffs") respectfully submit this Administrative Motion for a Sealing Order regarding Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds ("Plaintiffs' Opposition")  The following material are submitted under seal : (a) highlighted portions of Plaintiffs' Opposition; and (b) Exhibits 2, 4-5, 12-65 to the Declaration of Jason C. Murray in Support of Plaintiffs' Opposition ("Murray Opposition Declaration"), and (c) Appendix A and Appendix B to Plaintiffs' Opposition.

This motion is supported by the Declaration of Jason C Murray in Support of Plaintiff Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated December 23, 2014 ("Murray Declaration").  *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Exhibits 2, 4-5, 12-65, Appendix A and Appendix B to the Murray Opposition Declaration are documents and testimony designated as "Confidential" or "Highly Confidential" by defendants Chunghwa Picture Tubes, Ltd. and Chunghwa (Malaysia) Sdn. Bhd. and LG Electornics USA, Inc. under the terms of the Stipulated Protective Order entered in this case (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142). The highlighted portions of Plaintiffs Opposition reference confidential information contained in Exhibits 2, 4-5, 12-65, Appendix A and Appendix B.

Plaintiffs seek to submit these materials under seal in good faith, in compliance with the Stipulated Protective Order and this Court's Local Rules. Plaintiffs respectfully submit this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5, and, though this submission, hereby notifies the designating parties of their burden to establish that the designated material is properly sealable.

Dated: December 23, 2014                           Respectfully Submitted,
                                                   */s/ Jason C. Murray*

-1-    ADMIN. MOTION TO FILE UNDER SEAL
       MASTER FILE NO. 3:07-CV-05944-SC

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DCACTIVE-30134697.1

1  Jason C. Murray (CA Bar No. 169806)
   Robert B. McNary (CA Bar No. 253745)
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone:  213-443-5582
4  Facsimile:  213-622-2690
   Email: jmurray@crowell.com
5          rmcnary@crowell.com

6  Jerome A. Murphy (*pro hac vice*)
   Astor H.L. Heaven (*pro hac vice*)
7  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Telephone:  202-624-2500
9  Facsimile:  202-628-5116
   Email: jmurphy@crowell.com
10         aheaven@crowell.com

11 *Counsel for ViewSonic Corporation and Target Corporation*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

ADMIN. MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:07-CV-05944-SC

DCACTIVE-30134697.1