**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| _____ | The Honorable Samuel Conti |
| This Document Relates to: | Individual Case No. 3:14-cv-02510 |
| *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.*, No. 14-cv-02510<br><br>*Target Corp. v. Chunghwa Picture Tubes, LTD., et al.*, No. 11-cv-05514 | **[PROPOSED] ORDER GRANTING PLAINTIFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

Upon consideration of ViewSonic Corporation's and Target Corporation's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with its Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds it is hereby ORDERED that the motion is GRANTED. The Clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | The highlighted portions of: 4:15; 7:7-10; 8:5-6; 8:9; 9-10: 9:3-4; 9:6-8; 9:9-10; 9:13-15; 9:26-27; 10:1-5; 10:7-9; 10:12-16; 11:3-4; 11:7-11; 11:14-16-17; 11:21-22; 12:8; 12:14; 12:19-20; 12:22-26; 13:5; 13:7; 13:11; 13:14; 13:16-19; 13:21; 13:24; and 14:3. |
| Appendix A to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Appendix B to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 2 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 4 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 5 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 12 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 13 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for | Entire exhibit |

DCACTIVE-30137243.1

| Document | Sealed Portions (Page:Line) |
|---|---|
| Partial Summary Judgment on Standing Grounds | |
| Exhibit 14 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 15 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 16 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 17 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 18 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 19 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 20 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 21 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 22 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for | Entire exhibit |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Partial Summary Judgment on Standing Grounds | |
| Exhibit 23 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 24 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 25 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 26 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 27 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 28 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 29 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 30 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 31 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for | Entire exhibit |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Partial Summary Judgment on Standing Grounds | |
| Exhibit 32 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 33 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 34 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 35 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 36 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 37 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 38 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 39 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 40 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for | Entire exhibit |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Partial Summary Judgment on Standing Grounds | |
| Exhibit 41 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 42 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 43 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 44 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 45 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 46 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 47 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 48 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 49 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for | Entire exhibit |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Partial Summary Judgment on Standing Grounds | |
| Exhibit 50 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 51 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 52 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 53 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 54 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 55 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 56 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 57 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 58 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for | Entire exhibit |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Partial Summary Judgment on Standing Grounds | |
| Exhibit 59 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 60 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 61 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 62 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 63 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 64 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |
| Exhibit 65 to the Declaration of Jason C. Murray in Support of Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Entire exhibit |

IT IS SO ORDERED.

Dated: _____

                                     Hon. Samuel Conti
                                     United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-8-

[PROPOSED ORDER GRANTING
ADMIN. MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:07-CV-05944-SC