Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
	rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
	mmcburney@crowell.com
	aheaven@crowell.com

*Attorney for Plaintiffs Target Corporation and ViewSonic Corporation*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co., et al. v. Hitachi, LTD, et al.,* Individual Case No. 11-cv-05513<br><br>*Circuit City, et al. v. Hitachi, LTD., et al.,* Individual Case No. 11-cv-05502<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* Individual Case No. 11-cv-06397<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, LTD., et al.,* Individual Case No. 11-cv-01656 | **Case No. 07-5944 SC**<br><br>**MDL No. 1917**<br><br>**DECLARATION OF JASON C. MURRAY IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION TO LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STANDING GROUNDS** |

*Interbond Corporation of America d/b/a BrandsMart USA v. Hitachi, Ltd., et al.,* Individual Case No. 11-cv-06275

*Office Depot Inc. v. Hitachi Ltd., et al.,* Individual Case No. 11-cv-06276

*P.C. Richard & Son Long Island Corporation et al. v. Hitachi Ltd., et al.,* Individual Case No. 12-cv-02648

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC, et al., v. Technicolor SA, et al.,* Individual Case No. 13-cv-05668

*Sears, Roebuck and Co. and Kmart Corp v. Chunghwa Picture Tubes, Ltd., et al.,* Individual Case No. 11-cv-05514

*Target Corp. v. Chunghwa Picture Tubes, LTD., et al.,* Individual Case No. 11-cv-05514

*Tech Data Corp., et al. v. Hitachi, LTD., et al.,* Individual Case No. 13-cv-00151

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Individual Case No. 14-02510

I Jason C. Murray hereby declare:

I am an attorney with the law firm of Crowell & Moring LLP, counsel of record for Plaintiffs Target Corporation and ViewSonic Corporation in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below:

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Summary of Commission Decision; EC Decision Case COMP/39.437.

2. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Young Bae Na, in this litigationtaken on September 23, 2014.

3. Attached hereto as **Exhibit 3** is a true and correct copy of EC Case No COMP/M.2263, Phillips/LG Electronics JV.

4. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of a document produced by LPD in this litigation, bearing Bates Nos. LPD-NL00157837-LPD-NL00157838.

5. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by LGE in this litigation, bearing Bates Nos. LGE0000054- LGE0000161.

6. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of LGE's 2002 Annual Report produced by LGE in this litigation, bearing Bates Nos. LGE0000429.

7. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of LGE's 2003 Annual Report produced by LGE in this litigation, bearing Bates Nos. LGE00093341-LGE00093346.

8. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of LGE's 2004

Annual Report produced by LGE in this litigation, bearing Bates Nos. LGE00093824-LGE00093827.

9. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of LGE's 2005 Annual Report produced by LGE in this litigation, bearing Bates Nos. LGE00092546-LGE00092549.

10. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of LGE's 2006 Annual Report produced by LGE in this litigation, bearing Bates Nos. LGE00092614-LGE00092633.

11. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of LGE's 2007 Annual Report produced by LGE in this litigation, bearing Bates Nos. LGE00092678-LGE00092682.

12. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by Philips in this litigation, bearing Bates No. PHLP-CRT-053809.

13. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by LPD in this litigation, bearing Bates Nos. LPD-NL00052805-LPD-NL00052811.

14. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of a document produced by Philips in this litigation, bearing Bates No. PHLP-CRT-002306.

15. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of a document produced by LGE in this litigation, bearing Bates Nos. LGE00092012-LGE00092018.

16. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by LPD in this litigation, bearing Bates Nos. LPD-NL00106951-LPD-NL00106955.

17. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the deposition transcript of Wiebo Vaartjes, taken on December 18, 2013.

18. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the deposition transcript of Frans Spaargaren taken on August 27, 2014.

19. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of ta document produced by LPD in this litigation, bearing Bates Nos. LPD-NL00263834-LPD-NL00263841.

20. Attached hereto as **Exhibit 20** is a true and correct copy of deposition exhibit 7502 marked at the deposition of Young Bae Na, taken on September 23, 2014.

21. Attached hereto as Appendix A is an index to **Exhibits 21-44**, quoting certain documents, meeting minutes, and depositions taken or produced in this litigation.

22. Attached hereto as **Exhibit 21** is a true and correct copy of deposition exhibit 1112 and 1112E marked at the deposition of Chun-Liu Chih, taken on February 19, 2013.

23. Attached hereto as **Exhibit 22** are true and correct copies of deposition exhibits 1850 and 1850E marked at the deposition of Phil Jae Lee, taken on July 16, 2013.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates No. CHU00028899 - CHU00028900.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates No. CHU00028897 - CHU00028898.

26. Attached hereto as **Exhibit 25** are true and correct copies of deposition exhibits 1299 and 1299E marked at the deposition of Jing Song Lu, taken on February 27, 2013.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates No.

CHU00029238 - CHU00029240.

28. Attached hereto as **Exhibit 27** are true and correct copies deposition exhibits 1108 and 1108E marked at the deposition of Chun-Liu Chih, taken on February 19, 2013.

29. Attached hereto as **Exhibit 28** are true and correct copies deposition exhibits 1146 and 1146E marked at the deposition of Chun-Liu Chih, taken on February 19, 2013.

30. Attached hereto as **Exhibit 29** are true and correct copies deposition exhibits 1249 and 1249E marked at the deposition of Sheng-Jen Yang taken on February 22, 2013.

31. Attached hereto as **Exhibit 30** are true and correct copies of deposition exhibits 1150 and 1150E marked at the deposition of Chun-Liu Chih, taken on February 19, 2013.

32. Attached hereto as **Exhibit 31** are true and correct copies of deposition exhibits 719 and 719E marked at the deposition of Michael Song, taken on February 6, 2013.

33. Attached hereto as **Exhibit 32** are true and correct copies deposition exhibits 1255 and 1255E marked at the deposition of Sheng-Jen Yang taken on February 22, 2013.

34. Attached hereto as **Exhibit 33** are true and correct copies of deposition exhibits 1153 and 1153E marked at the deposition of Chun-Liu Chih, taken on February 19, 20138.

35. Attached hereto as **Exhibit 34** are true and correct copies deposition exhibits 1259 and 1259E marked at the deposition of Sheng-Jen Yang taken on February 22, 2013.

36. Attached hereto as **Exhibit 35** are true and correct copies deposition exhibits 5610 and 5610E marked at the deposition of Kyu In "Quin"Choi  taken on August 25, 2014.

37. Attached hereto as **Exhibit 36** are true and correct copies deposition exhibits 1157 and 1157E marked at the deposition of Kyu In "Quin"Choi  taken on August 25, 2014.

38. Attached hereto as **Exhibit 37** are true and correct copies deposition exhibits 1260 and 1260E marked at the deposition of Sheng-Jen Yang taken on February 22, 2013.

39. Attached hereto as **Exhibit 38** are true and correct copies of deposition exhibits 706 and 706E marked at the deposition of Michael Song, taken on February 6, 2013.

40. Attached hereto as **Exhibit 39** are true and correct copies of deposition exhibits 1163 and 1163E marked at the deposition of Chun-Liu Chih, taken on February 20, 2013.

41. Attached hereto as **Exhibit 40** are true and correct copies deposition exhibits 1264 and 1264E marked at the deposition of Sheng-Jen Yang taken on February 22, 2013.

42. Attached hereto as **Exhibit 41** are true and correct copies of deposition exhibits 1168 and 1168E marked at the deposition of Chun-Liu Chih, taken on February 20, 2013.

43. Attached hereto as **Exhibit 42** are true and correct copies of deposition exhibits 1171 and 1171E marked at the deposition of Chun-Liu Chih, taken on February 20, 2013.

44. Attached hereto as **Exhibit 43** are true and correct copies a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates No. CHU00024554 - CHU00024559.

45. Attached hereto as **Exhibit 44** are true and correct copies of deposition exhibits 1175 and 1175E marked at the deposition of Chun-Liu Chih, taken on February 20, 2013.

46. Attached hereto as Appendix B is an index **to Exhibits 45-65**, quoting certain documents, meeting minutes, and depositions taken or produced in this litigation.

47. Attached hereto as **Exhibit 45** are true and correct copies of deposition exhibits 1176 and 1176E marked at the deposition of Chun-Liu Chih, taken on February 20, 2013.

48. Attached hereto as **Exhibit 46** are true and correct copies of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates Nos. CHU00660324 - CHU00660328.

49. Attached hereto as **Exhibit 47** are true and correct copies of deposition exhibits 1671 and

1671E marked at the deposition of Hoon Choi, taken on June 19, 2013.

50. Attached hereto as **Exhibit 48** are true and correct copies of deposition exhibits 1181 and 1181E marked at the deposition of Chun-Liu Chih, taken on February 20, 2013.

51. Attached hereto as **Exhibit 49** are true and correct copies of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates Nos. CHU00031174 - CHU00031175.

52. Attached hereto as **Exhibit 50** are true and correct copies of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates No. CHU00031177.

53. Attached hereto as **Exhibit 51** are true and correct copies of deposition exhibits 1182 and 1182E marked at the deposition of Chun-Liu Chih, taken on February 20, 2013.

54. Attached hereto as **Exhibit 52** is a true and correct copy of deposition exhibits 4002 marked at the deposition of Lawrence Wu, taken on September 12, 2014.

55. Attached hereto as **Exhibit 53** are true and correct copies of deposition exhibits 1202 and 1202E marked at the deposition of Chun-Liu Chih, taken on February 20, 2013.

56. Attached hereto as **Exhibit 54** are true and correct copies of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates Nos. CHU00660282 - CHU00660283.

57. Attached hereto as **Exhibit 55** are true and correct copies of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates Nos. CHU00031183 - CHU00031185.

58. Attached hereto as **Exhibit 56** are true and correct copies of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates Nos.

CHU00660298 - CHU00660301.

59. Attached hereto as **Exhibit 57** are true and correct copies of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates Nos. CHU00660286 - CHU00660288.

60. Attached hereto as **Exhibit 58** are true and correct copies deposition exhibits 1269 and 1269E marked at the deposition of Sheng-Jen Yang taken on February 22, 2013.

61. Attached hereto as **Exhibit 59** is a true and correct copy deposition exhibit 1873 marked at the deposition of Jin Kang Jun taken on July 20, 2013.

62. Attached hereto as **Exhibit 60** are true and correct copies deposition exhibit 1879 and 1879E marked at the deposition of Jin Kang Jun taken on July 20, 2013.

63. Attached hereto as **Exhibit 61** are true and correct copies of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates Nos. CHU00014208 - CHU00014209.

64. Attached hereto as **Exhibit 62** are true and correct copies of a document and the English language translations, produced by Chunghwa in this litigation, bearing Bates Nos. CHU00014210 - CHU00014211.

65. Attached hereto as **Exhibit 63** is a true and correct copy of a document produced by Philips in this litigation, bearing Bates Nos. PHLP-CRT-005940 - PHLP-CRT-005942.

66. Attached hereto as **Exhibit 64** is a true and correct copy of excerpts from the deposition transcript of Pil Jae Lee, taken on July 16, 2013.

67. Attached hereto as **Exhibit 65** is a true and correct copy of excerpts from the deposition transcript of Jin Kang Jung, taken on July 19, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23th day of December, 2014, at Los Angeles, California.


Dated: December 23, 2014                    /s/ *Jason C. Murray*
                                            Jason C. Murray (CA Bar No. 169806)
                                            CROWELL & MORING LLP
                                            515 South Flower St., 40th Floor
                                            Los Angeles, CA 90071
                                            Telephone:  213-443-5582
                                            Facsimile:  213-622-2690
                                            Email: jmurray@crowell.com

                                            *Counsel for Target Corporation and ViewSonic Corporation*