# Exhibit 6

LG Electronics Inc. | Annual Report 2002 | Notes

| | Percentage of ownership (%) at December 31, 2002 | Acquisition cost | (Millions of Won) Net asset value | Carrying value |
|---|---|---|---|---|
| **Overseas Companies** | | | | |
| Goldstar Electronics Thailand Co., Ltd. (G.S.T.) (*2) | 49.00 | \*\* 36 | \*\* 36 | \*\* 36 |
| Hitachi/LG Data Storage Inc. (*3) | 49.00 | 7,684 | 18,094 | 18,094 |
| LG Electronics Austria GmbH (LGEAG) (*2) | 100.00 | 116 | 116 | 116 |
| LG Electronics Alabama, Inc. (LGEAI) | 100.00 | 63,940 | 58,736 | 58,736 |
| LG Electronics Almaty Kazak Co., Ltd. (LGEAK) (*3) | 100.00 | 3,746 | 11,368 | 11,368 |
| LG Electronics Antwerp Logistics N.V. (LGEAL) (*3) | 100.00 | 967 | 224 | 224 |
| LG Electronics Australia PTY. Ltd. (LGEAP) (*1) | 100.00 | 1,558 | - | - |
| LG Electronics Argentina S.A. (LGEAR) (*1) (*3) | 100.00 | 7,410 | - | - |
| Arcelik-LG Klima Sanayi ve Ticaret A.S. (LGEAT) (*3) | 50.00 | 14,718 | 12,856 | 12,856 |
| LG Electronics da Amazonia Ltda. (LGEAZ) (*1) | 100.00 | 46,652 | - | - |
| LG Electronics Colombia, Ltda. (LGECB) (*3) | 60.00 | 3,330 | 1,445 | 1,445 |
| LG Electronics China Co., Ltd. (LGECH) | 100.00 | 37,614 | 35,635 | 35,635 |
| LG Electronics Canada, Inc. (LGECI) (*3 | 100.00 | 13,779 | 10,173 | 10,173 |
| LG Collins Electronics Manila Inc. (LGECM) (*3) | 92.25 | 20,302 | 6,187 | 6,187 |
| Taizhou LG-ChunLan Home Appliances Co., Ltd. (LGECT) | 100.00 | 59,205 | 48,420 | 48,420 |
| LG Electronics Deutschland GMBH (LGEDG) | 100.00 | 26,938 | 9,989 | 9,989 |
| PT LG Electronics Display Devices Indonesia (LGEDI) | 100.00 | 32,085 | 46,436 | 46,436 |
| LG Electronics Design Tech, Ltd. (LGEDT) (*2) | 100.00 | 1,002 | 1,002 | 1,002 |
| LG Electronics Egypt Cairo S.A.E. (LGEEC) (*3 | 100.00 | 4,382 | 3,292 | 3,292 |
| LG Electronics Egypt S.A.E. (LGEEG) (*3) | 78.00 | 2,630 | 2,519 | 2,519 |
| LG Electronics Espana S.A. (LGEES) (*1) | 100.00 | 3,374 | - | - |
| LG Electronics Gulf FZE (LGEGF) (*3) | 100.00 | 2,489 | 1,453 | 1,453 |
| LG Electronics HK Limited (LGEHK) | 100.00 | 4,316 | 3,944 | 3,944 |
| LG Electronics Hellas S.A. (LGEHS) (*2) | 100.00 | 6,063 | 6,063 | 6,063 |
| LG Electronics Huizhou Inc. (LGEHZ) | 80.00 | 2,319 | 14,938 | 14,938 |
| LG Electronics India Pvt. Ltd. (LGEIL) | 100.00 | 32,076 | 77,191 | 77,191 |
| PT LG Electronics Indonesia (LGEIN) | 100.00 | 29,431 | 16,434 | 16,434 |
| LG Electronics Italy S.P.A. (LGEIS) | 100.00 | 14,136 | 3,627 | 3,627 |
| LG Electronics Japan Inc. (LGEJP) (*3) | 100.00 | 12,978 | 2,635 | 2,635 |
| LG Electronics Mlawa SP.Zo.O. (LGEMA) (*3) | 100.00 | 7,066 | 11,586 | 11,586 |
| LG Electronics Morocco S.A.R.L. (LGEMC) (*3) | 100.00 | 3,532 | 2,677 | 2,677 |
| LG Electronics Middle East Co., Ltd. (LGEME) (*2) | 100.00 | 462 | 462 | 462 |
| LG-MECA Electronic Haiphong, Inc. (LGEMH) (*3) | 70.00 | 1,690 | 1,259 | 1,259 |
| LG Electronics Magyar Kft. (LGEMK) (*3) | 100.00 | 5,575 | 7,501 | 7,501 |
| LG Electronics (M) SDN.BHD (LGEML) (*2) | 100.00 | 11 | 11 | 11 |
| LG Electronics Monterrey Mexico S.A. de C.V. (LGEMM) (*3) | 100.00 | 19,800 | 18,850 | 18,850 |
| LG Electronics Mexico S.A. de C.V. (LGEMS) (*1) | 100.00 | 1,936 | - | - |
| LG MITR Electronics Co., Ltd. (LGEMT) (*3) | 87.74 | 15,925 | 7,344 | 7,344 |
| LG Electronics North of England Ltd. (LGENE) (*3) | 100.00 | 11,229 | 12,430 | 12,430 |
| Nanjing LG-Tontru Color Display System Co., Ltd. (LGENT) | 70.00 | 14,571 | 10,520 | 10,520 |
| LG Electronics Polska SP.Zo.O. (LGEPL) (*3) | 100.00 | 4,117 | 5,819 | 5,819 |

Continued.

| | Percentage of ownership (%) at December 31, 2002 | Acquisition cost | (Millions of Won) Net asset value | Carrying value |
|---|---|---|---|---|
| Nanjing LG Panda Appliance Co., Ltd. (LGEPN) (*3) | 70.00 | \*\* 9,465 | \*\* 12,422 | \*\* 12,422 |
| LG Electronics Peru S.A. (LGEPR) (*1) (*3) | 100.00 | 1,879 | - | - |
| LG Electronics Panama S.A. (LGEPS) | 100.00 | 2,333 | 2,142 | 2,142 |
| LG Electronics Qinhuangdao Co., Ltd. (LGEQH) (*3) | 100.00 | 4,104 | 6,064 | 6,064 |
| Triveni Digital Inc. (*2) | 100.00 | 899 | 899 | 899 |
| LG Electronics Russia Inc. (LGERI) (*2) | 95.00 | 391 | 391 | 391 |
| LG Electronics S.A. Pty Ltd. (LGESA) (*3) | 100.00 | 3,382 | 6,341 | 6,341 |
| LG Electronics Service Europe Netherlands B.V. (LGESE) | 100.00 | 10,470 | 23,498 | 23,498 |
| Shanghai LG Electronics Co., Ltd. (LGESH) | 70.00 | 4,229 | 3,763 | 3,763 |
| LG Electronics de Sao Paulo Ltda. (LGESP) (*1) | 100.00 | 28,481 | - | - |
| LG SEL Electronics Vietnam Ltd. (LGESV) (*3) | 100.00 | 6,035 | 9,240 | 9,240 |
| LG Electronics Sweden AB (LGESW) (*3) | 100.00 | 5,668 | 4,642 | 4,642 |
| LG Electronics Shenyang Inc. (LGESY) | 78.87 | 15,139 | 8,205 | 8,205 |
| LG Electronics Tianjin Appliance Co., Ltd. (LGETA) | 80.00 | 49,479 | 99,315 | 99,315 |
| LG Electronics Thailand Co., Ltd. (LGETH) (*3) | 93.75 | 7,122 | 17,840 | 17,840 |
| LG Taistar Electronics Taiwan Co., Ltd. (LGETT) (*3) | 66.94 | 5,609 | 380 | 380 |
| LG Electronics United Kingdom Ltd. (LGEUK) (*1) | 100.00 | 10,486 | - | - |
| LG Electronics Ukraine Co., Ltd. (LGEUR) (*2) | 100.00 | 1,041 | 1,041 | 1,041 |
| LG Electronics U.S.A., Inc. (LGEUS) | 100.00 | 37,985 | 39,822 | 39,822 |
| LG Electronics Wales Ltd. (LGEWA) | 100.00 | 101,812 | 54,262 | 54,262 |
| Langchao LG (Yantai) Digital Mobile Technology Research & Development Co., Ltd. (LGEYT) (*2) | 49.00 | 824 | 824 | 824 |
| Langchao LG Digital Mobile Communication Co., Ltd. (*2) | 49.00 | 9,669 | 9,669 | 9,669 |
| LG Soft India PVT, Ltd (LGSI) (*2) | 88.00 | 2,920 | 2,920 | 2,920 |
| EIC PROPERTIES PTE. Ltd. | 38.20 | 9,636 | 8,618 | 8,618 |
| Zenith Electronics Corporation (Zenith) (*1) | 100.00 | 236,860 | - | - |
| LG Infocomm U.S.A. Inc. (LGICUS) | 100.00 | 4,673 | 2,522 | 2,522 |
| LG Infocomm Thailand, Inc. (LGICTH) (*3) | 60.00 | 3,246 | 4,356 | 4,356 |
| Vietnam Korea Exchange, Ltd. (VKX) (*3) | 40.00 | 1,736 | 2,316 | 2,316 |
| LG TOPS (*3) | 40.00 | 2,699 | 1,267 | 1,267 |
| LG Electronics System India, Ltd. (LGSYS) (*1) | 100.00 | 6,400 | - | - |
| Electromagnetica Goldstar S.R.L. (*2) | 50.00 | 508 | 508 | 508 |
| SLD Telecom Pte. Ltd. (*3) | 44.00 | 10,042 | 10,042 | 10,042 |
| LG.Philips Displays Holding B.V. | 50.00 | 1,086,431 | 433,819 | 433,819 |
| LG (Yantai) Information & Communication Technology Co., Ltd. (*2) | 100.00 | 2,720 | 2,720 | 2,720 |
| COMMIT Incorporated (*2) | 100.00 | 4,990 | 4,990 | 4,990 |
| LG Holdings (HK) Ltd. (*3) | 31.82 | 23,448 | 22,241 | 22,241 |
| Investments using the equity method of accounting Sub-total | | \*\* 3,391,532 | \*\* 2,355,029 | \*\* 2,355,029 |

Continued.