# Exhibit 7

LG ELECTRONICS INC.
NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS, Continued
(Unaudited - See Independent Accountant's Report)
As of and for the three-month period ended March 31, 2003
------------

9.   Long-Term Investment Securities:

Long-term investment securities as of March 31, 2003 and December 31, 2002 are as follows:

|  | Millions of Won | |
|---|---|---|
|  | March 31, 2003 | December 31, 2002 |
| Equity-method investment securities | ₩ 2,243,875 | ₩ 2,355,029 |
| Available-for-sale securities | 276,978 | 199,740 |
| Held-to-maturity securities | 73,922 | 97,861 |
|  | ₩ 2,594,775 | ₩ 2,652,630 |

Equity-method investment securities as of March 31, 2003 and December 31, 2002 are as follows:

| | | Millions of Won | | | | | |
|---|---|---|---|---|---|---|---|
| | Percentage of ownership (%) at March 31, 2003 | March 31, 2003 | | | December 31, 2002 | | |
| | | Acquisition cost | Net asset value | Carrying value | Acquisition cost | Net asset value | Carrying value |
| **Domestic Companies** | | | | | | | |
| LG Micron Ltd. | 17.24 | ₩ 5,000 | ₩ 36,778 | ₩ 36,778 | ₩ 5,000 | ₩ 35,541 | ₩ 35,541 |
| LG Sports Ltd. | 25.00 | 1,404 | 2,064 | 2,064 | 2,204 | 1,916 | 1,916 |
| LG Innotek Co., Ltd. | 69.80 | 59,308 | 115,987 | 115,987 | 59,308 | 117,645 | 117,645 |
| LG Investment & Securities Co., Ltd. (*3) | - | - | - | - | 262,432 | 145,270 | 145,270 |
| LG.Philips LCD Co., Ltd. | 50.00 | 726,169 | 701,542 | 701,542 | 726,169 | 715,488 | 715,488 |
| LG IBM PC Co., Ltd. | 49.00 | 11,907 | 12,424 | 12,424 | 11,907 | 15,133 | 15,133 |
| Hi Plaza Inc. | 100.00 | 70,511 | 43,537 | 43,537 | 70,511 | 55,685 | 55,685 |
| **Overseas Companies** | | | | | | | |
| Goldstar Electronics Thailand Co., Ltd. (G.S.T.) (*2) | 49.00 | 36 | 36 | 36 | 36 | 36 | 36 |
| Hitachi-LG Data Storage Inc. (HLDS) | 49.00 | 7,684 | 23,024 | 23,024 | 7,684 | 18,094 | 18,094 |
| LG Electronics Austria GmbH (LGEAG) (*2) | 100.00 | 116 | 116 | 116 | 116 | 116 | 116 |
| LG Electronics Alabama, Inc. (LGEAI) | 100.00 | 63,940 | 92,499 | 92,499 | 63,940 | 58,736 | 58,736 |
| LG Electronics Almaty Kazak Co., Ltd. (LGEAK) | 100.00 | 3,746 | 11,974 | 11,974 | 3,746 | 11,368 | 11,368 |
| LG Electronics Antwerp Logistics N.V. (LGEAL) (*1) | 100.00 | 967 | - | - | 967 | 224 | 224 |

Continued;

21

LGE00093341

LG ELECTRONICS INC.
NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS, Continued
(Unaudited - See Independent Accountant's Report)
As of and for the three-month period ended March 31, 2003
------------

9.   Long-Term Investments Securities, Continued:

| | Percentage of ownership (%) at March 31, 2003 | Millions of Won | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | March 31, 2003 | | | December 31, 2002 | | |
| | | Acquisition cost | Net asset value | Carrying value | Acquisition cost | Net asset value | Carrying value |
| Overseas Companies | | | | | | | |
| LG Electronics Australia PTY, Ltd. (LGEAP) (*1) | 100.00 | ₩ 1,558 | ₩ - | ₩ - | ₩ 1,558 | ₩ - | ₩ - |
| LG Electronics Argentina S.A. (LGEAR) (*1) | 100.00 | 7,410 | - | - | 7,410 | - | - |
| Arcelik-LG Klima Sanayi ve Ticaret A.S. (LGEAT) | 50.00 | 14,718 | 19,270 | 19,270 | 14,718 | 12,856 | 12,856 |
| LG Electronics da Amazonia Ltda. (LGEAZ) | 100.00 | 46,652 | 11,465 | 11,465 | 46,652 | - | - |
| LG Electronics Colombia, Ltda. (LGECB) | 60.00 | 3,330 | 836 | 836 | 3,330 | 1,445 | 1,445 |
| LG Electronics China Co., Ltd. (LGECH) | 100.00 | 37,614 | 39,609 | 39,609 | 37,614 | 35,635 | 35,635 |
| LG Electronics Canada, Inc. (LGECI) | 100.00 | 13,779 | 8,041 | 8,041 | 13,779 | 10,173 | 10,173 |
| LG Collins Electronics Manila Inc. (LGECM) | 92.25 | 20,302 | 5,752 | 5,752 | 20,302 | 6,187 | 6,187 |
| Taizhou LG-Chunlan Home Appliances Co., Ltd. (LGETR) (formerly LGECT) | 100.00 | 59,205 | 50,004 | 50,004 | 59,205 | 48,420 | 48,420 |
| LG Electronics Deutschland GmbH (LGEDG) | 100.00 | 26,938 | 10,913 | 10,913 | 26,938 | 9,989 | 9,989 |
| PT LG Electronics Display Devices Indonesia (LGEDI) | 100.00 | 32,085 | 40,859 | 40,859 | 32,085 | 46,436 | 46,436 |
| LG Electronics Design Tech, Ltd. (LGEDT) (*2) | 100.00 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 |
| LG Electronics Egypt Cairo S.A.E. (LGEEC) | 100.00 | 4,382 | 2,748 | 2,748 | 4,382 | 3,292 | 3,292 |
| LG Electronics Egypt S.A.E. (LGEEG) | 78.00 | 2,630 | 1,738 | 1,738 | 2,630 | 2,519 | 2,519 |
| LG Electronics Espana S.A. (LGEES) (*1) | 100.00 | 3,374 | - | - | 3,374 | - | - |
| LG Electronics Gulf FZE (LGEGF) (*1) | 100.00 | 2,489 | - | - | 2,489 | 1,453 | 1,453 |
| LG Electronics HK Limited (LGEHK) | 100.00 | 4,316 | 4,825 | 4,825 | 4,316 | 3,944 | 3,944 |

Continued;

LGE00093342

LG ELECTRONICS INC.
NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS, Continued
(Unaudited - See Independent Accountant's Report)
As of and for the three-month period ended March 31, 2003
------------

9.   Long-Term Investment Securities, Continued:

| | Percentage of ownership (%) at March 31, 2003 | March 31, 2003 | | | December 31, 2002 | | |
|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Net asset value | Carrying value | Acquisition cost | Net asset value | Carrying value |
| Overseas Companies | | | | | | | |
| LG Electronics Hellas S.A. (LGEHS) (*2) | 100.00 | ₩ 6,063 | ₩ 6,063 | ₩ 6,063 | ₩ 6,063 | ₩ 6,063 | ₩ 6,063 |
| LG Electronics Huizhou Inc. (LGEHZ) | 80.00 | 2,319 | 17,760 | 17,760 | 2,319 | 14,938 | 14,938 |
| LG Electronics India Pvt. Ltd. (LGEIL) | 100.00 | 38,476 | 83,847 | 83,847 | 32,076 | 77,191 | 77,191 |
| PT LG Electronics Indonesia (LGEIN) | 100.00 | 29,431 | 21,440 | 21,440 | 29,431 | 16,434 | 16,434 |
| LG Electronics Italy S.P.A. (LGEIS) | 100.00 | 14,136 | 1,927 | 1,927 | 14,136 | 3,627 | 3,627 |
| LG Electronics Japan Inc. (LGEJP) | 100.00 | 12,978 | 1,100 | 1,100 | 12,978 | 2,635 | 2,635 |
| LG Electronics Mlawa SP.Zo.O. (LGEMA) | 100.00 | 7,066 | 14,612 | 14,612 | 7,066 | 11,586 | 11,586 |
| LG Electronics Morocco S.A.R.L. (LGEMC) | 100.00 | 3,532 | 4,504 | 4,504 | 3,532 | 2,677 | 2,677 |
| LG Electronics Middle East Co., Ltd. (LGEME) (*2) | 100.00 | 462 | 462 | 462 | 462 | 462 | 462 |
| LG-MECA Electronics Haiphong, Inc. (LGEMH) | 70.00 | 1,690 | 1,755 | 1,755 | 1,690 | 1,259 | 1,259 |
| LG Electronics Magyar Kft. (LGEMK) | 100.00 | 5,575 | 3,854 | 3,854 | 5,575 | 7,501 | 7,501 |
| LG Electronics (M) SDN.BHD (LGEML) (*2) | 100.00 | 11 | 11 | 11 | 11 | 11 | 11 |
| LG Electronics Monterrey Mexico S.A. de C.V. (LGEMM) | 100.00 | 19,800 | 12,487 | 12,487 | 19,800 | 18,850 | 18,850 |
| LG Electronics Mexico S.A. de C.V. (LGEMS) (*1) | 100.00 | 1,936 | - | - | 1,936 | - | - |
| LG MITR Electronics Co., Ltd. (LGEMT) | 87.74 | 15,925 | 6,291 | 6,291 | 15,925 | 7,344 | 7,344 |
| LG Electronics North of England Ltd. (LGENE) | 100.00 | 11,229 | 13,405 | 13,405 | 11,229 | 12,430 | 12,430 |
| Nanjing LG-Tontru Color Display System Co., Ltd. (LGENT) | 70.00 | 14,571 | 11,851 | 11,851 | 14,571 | 10,520 | 10,520 |
| LG Electronics Polska SP.Zo.O. (LGEPL) | 100.00 | 4,117 | 8,606 | 8,606 | 4,117 | 5,819 | 5,819 |

Millions of Won

Continued;

23

LGE00093343

LG ELECTRONICS INC.
NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS, Continued
(Unaudited - See Independent Accountant's Report)
As of and for the three-month period ended March 31, 2003
------------

9.   Long-Term Investment Securities, Continued:

| | | Millions of Won | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Percentage of ownership (%) at March 31, 2003 | March 31, 2003 | | | December 31, 2002 | | |
| | | Acquisition cost | Net asset value | Carrying value | Acquisition cost | Net asset value | Carrying value |
| Overseas Companies | | | | | | | |
| Nanjing LG Panda Appliance Co., Ltd. (LGEPN) | 70.00 | ₩ 9,465 | ₩ 13,298 | ₩ 13,298 | ₩ 9,465 | ₩ 12,422 | ₩ 12,422 |
| LG Electronics Peru S.A. (LGEPR) (*1) | 100.00 | 1,879 | - | - | 1,879 | - | - |
| LG Electronics Panama S.A. (LGEPS) (*1) | 100.00 | 2,333 | - | - | 2,333 | 2,142 | 2,142 |
| LG Electronics Portugal (LGEPT) (*2) | 100.00 | 6,822 | 6,822 | 6,822 | - | - | - |
| LG Electronics Qinhuangdao Co., Ltd. (LGEQH) | 100.00 | 4,104 | 6,331 | 6,331 | 4,104 | 6,064 | 6,064 |
| Triveni Digital Inc. (*2) | 100.00 | 899 | 899 | 899 | 899 | 899 | 899 |
| LG Electronics Russia Inc. (LGERI) (*2) | 95.00 | 391 | 391 | 391 | 391 | 391 | 391 |
| LG Electronics S.A. Pty Ltd. (LGESA) | 100.00 | 3,382 | 13,658 | 13,658 | 3,382 | 6,341 | 6,341 |
| LG Electronics Service Europe Netherlands B.V. (LGESE) | 100.00 | 10,470 | 30,378 | 30,378 | 10,470 | 23,498 | 23,498 |
| Shanghai LG Electronics Co., Ltd. (LGESH) | 70.00 | 4,229 | 919 | 919 | 4,229 | 3,763 | 3,763 |
| LG Electronics de Sao Paulo Ltda. (LGESP) | 100.00 | 28,481 | 3,278 | 3,278 | 28,481 | - | - |
| LG SEL Electronics Vietnam Inc. (LGEVN) | 100.00 | 6,035 | 9,468 | 9,468 | 6,035 | 9,240 | 9,240 |
| LG Electronics Sweden AB (LGESW) | 100.00 | 5,668 | 3,329 | 3,329 | 5,668 | 4,642 | 4,642 |
| LG Electronics Shenyang Inc. (LGESY) | 78.87 | 15,139 | 11,336 | 11,336 | 15,139 | 8,205 | 8,205 |
| LG Electronics Tianjin Appliance Co., Ltd. (LGETA) | 80.00 | 49,479 | 107,451 | 107,451 | 49,479 | 99,315 | 99,315 |
| LG Electronics Thailand Co., Ltd. (LGETH) | 93.75 | 7,122 | 20,033 | 20,033 | 7,122 | 17,840 | 17,840 |

Continued;

LGE00093344

LG ELECTRONICS INC.
NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS, Continued
(Unaudited - See Independent Accountant's Report)
As of and for the three-month period ended March 31, 2003
------------

9.   Long-Term Investment Securities, Continued:

| | | Millions of Won | | | | | |
| | Percentage of ownership (%) at March 31, 2003 | March 31, 2003 | | | December 31, 2002 | | |
| | | Acquisition cost | Net asset value | Carrying value | Acquisition cost | Net asset value | Carrying value |
|---|---|---|---|---|---|---|---|
| Overseas Companies | | | | | | | |
| LG Taistar Electronics | | | | | | | |
| Taiwan Co., Ltd. (LGETT) | 100.00 | ₩ 8,439 | ₩ 1,196 | ₩ 1,196 | ₩ 5,609 | ₩ 380 | ₩ 380 |
| LG Electronics United Kingdom | | | | | | | |
| Ltd. (LGEUK) (*1) | 100.00 | 10,486 | - | - | 10,486 | - | - |
| LG Electronics Ukraine Co., Ltd. | | | | | | | |
| (LGEUR) (*2) | 100.00 | 1,041 | 1,041 | 1,041 | 1,041 | 1,041 | 1,041 |
| LG Electronics U.S.A., Inc. | | | | | | | |
| (LGEUS) | 100.00 | 37,985 | 19,701 | 19,701 | 37,985 | 39,822 | 39,822 |
| LG Electronics Wales Ltd. | | | | | | | |
| (LGEWA) | 100.00 | 101,812 | 60,546 | 60,546 | 101,812 | 54,262 | 54,262 |
| Langchao LG (Yantai) Digital | | | | | | | |
| Mobile Technology Research & | | | | | | | |
| Development Co., Ltd. | | | | | | | |
| (LGEYT) (*2) | 49.00 | 824 | 824 | 824 | 824 | 824 | 824 |
| Langchao LG Digital Mobile | | | | | | | |
| Communication Co., Ltd. | 49.00 | 9,669 | 10,293 | 10,293 | 9,669 | 9,669 | 9,669 |
| LG Soft India PVT, Ltd. (LGSI) (*2) | 88.00 | 2,920 | 2,920 | 2,920 | 2,920 | 2,920 | 2,920 |
| EIC PROPERTIES PTE, Ltd. | 38.20 | 9,636 | 8,618 | 8,618 | 9,636 | 8,618 | 8,618 |
| Zenith Electronics Corporation | | | | | | | |
| (Zenith) (*1) | 100.00 | 236,860 | - | - | 236,860 | - | - |
| LG Electronics LG Infocomm U.S.A. | | | | | | | |
| Inc. (LGICUS) | 100.00 | 4,673 | 10,127 | 10,127 | 4,673 | 2,522 | 2,522 |
| LG Infocomm Thailand, Inc. | | | | | | | |
| (LGICTH) | 60.00 | 3,246 | 4,370 | 4,370 | 3,246 | 4,356 | 4,356 |
| Vietnam Korea Exchange, Ltd. | | | | | | | |
| (V.K.X.) | 40.00 | 1,736 | 2,384 | 2,384 | 1,736 | 2,316 | 2,316 |
| LG TOPS | 40.00 | 2,699 | 1,514 | 1,514 | 2,699 | 1,267 | 1,267 |
| LG Electronics System India, Ltd. | | | | | | | |
| (LGSYS) (*1) | - | - | - | - | 6,400 | - | - |
| LGE (China) R&D Center | 100.00 | 4,202 | 4,202 | 4,202 | - | - | - |
| Electromagnetica Goldstar S.R.L. | | | | | | | |
| (*2) | 50.00 | 508 | 508 | 508 | 508 | 508 | 508 |

Continued;

25

LGE00093345

LG ELECTRONICS INC.
NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS, Continued
(Unaudited - See Independent Accountant's Report)
As of and for the three-month period ended March 31, 2003
------------

9.   Long-Term Investment Securities, Continued:

| | Percentage of ownership (%) at March 31, 2003 | Millions of Won | | | | | |
|---|---|---|---|---|---|---|---|
| | | March 31, 2003 | | | December 31, 2002 | | |
| | | Acquisition cost | Net asset value | Carrying value | Acquisition cost | Net asset value | Carrying value |
| Overseas Companies | | | | | | | |
| SLD Telecom Pte. Ltd. | 44.00 | ₩    10,042 | ₩    10,042 | ₩    10,042 | ₩    10,042 | ₩    10,042 | ₩    10,042 |
| LG.Philips Displays Holding B.V. | 50.00 | 1,086,431 | 401,027 | 401,027 | 1,086,431 | 433,819 | 433,819 |
| LG (Yantai) Information & Communication Technology Co., Ltd. (*2) | 100.00 | 2,720 | 2,720 | 2,720 | 2,720 | 2,720 | 2,720 |
| COMMIT Incorporated (*2) | 100.00 | 4,990 | 4,990 | 4,990 | 4,990 | 4,990 | 4,990 |
| LG Holdings (HK) Ltd. | 31.82 | 23,448 | 22,243 | 22,243 | 23,448 | 22,241 | 22,241 |
| Investments using the equity method of accounting total | | ₩ 3,142,154 | ₩ 2,243,875 | ₩ 2,243,875 | ₩ 3,391,532 | ₩ 2,355,029 | ₩ 2,355,029 |

(*1)   The equity method of accounting has been suspended due to accumulated losses.

(*2)   Investments in small-sized subsidiaries and affiliates whose total assets as of the previous year-end amounted to less than ₩7,000 million or which are newly established in the current period are stated at cost, in accordance with financial accounting standards generally accepted in the Republic of Korea.

(*3)   This investment carried using the equity method in 2002 was reclassified to available-for-sale securities in 2003.

The equity method of accounting is applied based on the affiliates' unaudited financial statements.

Available-for-sale securities as of March 31, 2003 and December 31, 2002 are as follows:

| | Percentage of ownership (%) at March 31, 2003 | Millions of Won | | | | | |
|---|---|---|---|---|---|---|---|
| | | March 31, 2003 | | | December 31, 2002 | | |
| | | Acquisition cost | Market value | Carrying value | Acquisition cost | Market value | Carrying value |
| <Marketable equity securities> | | | | | | | |
| Hynix Semiconductor Inc. | 0.38 | ₩    24,298 | ₩    254 | ₩    254 | ₩    24,298 | ₩    527 | ₩    527 |
| KT Corp. | 0.76 | 127,441 | 102,071 | 102,071 | 127,441 | 119,653 | 119,653 |
| LG Card Co., Ltd. | 0.46 | 1,820 | 5,580 | 5,580 | 1,820 | 10,842 | 10,842 |
| LG Investment & Securities Co., Ltd. (*3) | 8.34 | 262,432 | 101,194 | 101,194 | - | - | - |
| NARA MOLD&DIE Co., Ltd. | 12.34 | 812 | 2,802 | 2,802 | 812 | 3,570 | 3,570 |
| Voiceware Co., Ltd. | 13.08 | 206 | 1,796 | 1,796 | 206 | 1,844 | 1,844 |
| Vodavi Technology Inc. | 19.86 | 2,928 | 1,902 | 1,902 | 2,928 | 1,853 | 1,853 |
| | | 419,937 | 215,599 | 215,599 | 157,505 | 138,289 | 138,289 |

Continued;

26

LGE00093346