# Exhibit 8

# LG Electronics Inc. and Subsidiaries
Notes to Consolidated Financial Statements
December 31, 2004 and 2003

1. **The Consolidated Companies and Equity Method Investees**

   The accompanying consolidated financial statements include the accounts of LG Electronics Inc. (LGE or Controlling Company) and its subsidiaries (collectively referred to as the "Company"). General information on the controlling company, its consolidated subsidiaries and its equity method investees is described below:

   **The Controlling Company**
   LG Electronics Inc. (the "Company") was spun off from LG Electronics Investment Ltd. (formerly LG Electronics Inc.) on April 1, 2002, to engage in the manufacture and sale of electronic, and information and communication products. Former LG Electronics Inc. was incorporated in February 1959 under the Commercial Code of the Republic of Korea to manufacture and sell electronics, and information and communication products, and had its shares listed on the Korea Stock Exchange in April 1970.

   As of December 31, 2004, the Company operates manufacturing facilities mainly in Kuro, Pyeongtaek, Chongju, Gumi and Changwon in the Republic of Korea.

   As of December 31, 2004, the Company has outstanding capital stock amounting to ₩783,961 million, including non-voting preferred stock. The Company's stock was relisted on the Korean Stock Exchange on April 22, 2002, and its depositary receipts ("DRs") were relisted on the London Stock Exchange in September 2002.

   As of December 31, 2004, LG Corp. and its related parties own 32.1% of the Company's common stock (36.1% based on outstanding common stock alone), while financial institutions, foreign investors and others own the rest of the Company's common stock.

   **Consolidated Subsidiaries and Equity Method Investees**
   Consolidated subsidiaries and equity method investees as of December 31, 2004, are as follows:

   | (in millions of Korean won) Company | Shareholders' equity | Total issued and outstanding shares | Shares owned by LGE | Shares owned by Subsidiaries | Total | Percentage of ownership (%) |
   |---|---|---|---|---|---|---|
   | **Domestic subsidiaries** | | | | | | |
   | LG.Philips LCD Co., Ltd. | ₩ 5,705,791 | 325,315,700 | 145,000,000 | - | 145,000,000 | 44.57 |
   | LG Micron Ltd. | 335,168 | 7,500,000 | 2,699,702 | - | 2,699,702 | 36.00 |
   | LG Innotek Co., Ltd. | 147,469 | 8,620,800 | 6,017,400 | - | 6,017,400 | 69.80 |
   | Hi Plaza Inc. | 108,894 | 7,440,000 | 7,440,000 | - | 7,440,000 | 100.00 |
   | Stic IT 10th Fund | 24,982 | 3,000 | 2,820 | - | 2,820 | 94.00 |
   | Hi Business Logistics | 6,111 | 20,000 | 20,000 | | 20,000 | 100.00 |
   | **Domestic equity method investees** | | | | | | |
   | LG IBM PC Co., Ltd. | 34,060 | 4,860,000 | 2,381,400 | - | 2,381,400 | 49.00 |
   | Hankuk Electric Glass Co., Ltd. | 702,744 | 8,073,375 | 1,614,675 | | 1,614,675 | 20.00 |

LGE00093824

## LG Electronics Inc. and Subsidiaries
### Notes to Consolidated Financial Statements
### December 31, 2004 and 2003

| ( in millions of Korean won) Company | Shareholders' equity | Total issued and outstanding shares | Shares owned by LGE | Shares owned by Subsidiaries | Shares owned by Total | Percentage of ownership (%) |
|---|---|---|---|---|---|---|
| **Overseas subsidiaries** | | | | | | |
| LG Electronics Alabama, Inc. (LGEAI) | 69,540 | 266 | 266 | - | 266 | 100.00 |
| LG Electronics Almaty Kazak Co., Ltd. (LGEAK)[1] | 15,508 | - | - | - | - | 100.00 |
| LG Electronics Antwerp Logistics N.V. (LGEAL)[1] | 1,637 | - | - | - | - | 100.00 |
| LG Electronics Australia PTY, Ltd. (LGEAP) | 7,305 | 2,685,000 | 2,685,000 | - | 2,685,000 | 100.00 |
| LG Electronics Klima Sanayi ve Ticaret P.S. (LGEAT) | 43,740 | 288,000 | 144,000 | - | 144,000 | 50.00 |
| LG Electronics Da Amazonia Ltda. (LGEAZ)[1] | 47,922 | - | - | - | - | 100.00 |
| LG Electronics Colombia Ltda. (LGECB)[1] | 7,356 | - | - | - | - | 100.00 |
| LG Electronics China Co., Ltd. (LGECH)[1] | 15,608 | - | - | - | - | 100.00 |
| LG Electronics Canada, Inc. (LGECI) | 16,562 | 42,900 | 42,900 | - | 42,900 | 100.00 |
| LG Electronics Philippines, Inc. (LGEPH) (formerly LGECM) | 1,713 | 739,036 | 739,036 | - | 739,036 | 100.00 |
| Taizhou LG Chunlan Home Appliances Co., Ltd. (LGETR) (formerly LGECT)[1] | 24,285 | - | - | - | - | 100.00 |
| LG Electronics Deutschland GmbH (LGEDG)[1] | 24,464 | - | - | - | - | 100.00 |
| LG Goldstar France S.A.R.L. (LGEFS) | 6,243 | 69,848 | 32,798 | 37,050 | 69,848 | 100.00 |
| PT LG Electronics Display Devices Indonesia (LGEDI) | 66,687 | 41,240 | 41,240 | - | 41,240 | 100.00 |
| LG Electronics Egypt Cairo S.A.E. (LGEEC) | 1,467 | 13,510 | 13,510 | - | 13,510 | 100.00 |
| LG Electronics Egypt S.A.E. (LGEEG) | 1,909 | 144,000 | 120,910 | - | 120,910 | 83.97 |
| LG Electronics Espana S.A. (LGEES) | 27,191 | 219,390 | 219,390 | - | 219,390 | 100.00 |
| LG Electronics Gulf FZE (LGEGF) | 7,918 | 29 | 29 | - | 29 | 100.00 |
| LG Electronics HK Limited (LGEHK) | 4,445 | 2,852,825 | 2,852,825 | - | 2,852,825 | 100.00 |
| LG Electronics Hellas S. A. (LGEHS) | 6,820 | 1,000,000 | 1,000,000 | - | 1,000,000 | 100.00 |
| LG Electronics Huizhou Inc. (LGEHZ)[1] | 37,276 | - | - | - | - | 80.00 |
| LG Electronics India PVT Ltd. (LGEIL) | 121,860 | 112,649,459 | 112,649,459 | - | 112,649,459 | 100.00 |
| PT LG Electronics Indonesia Ltd. (LGEIN) | 30,739 | 40,700 | 31,200 | 9,500 | 40,700 | 100.00 |
| LG Electronics Italy S.P.A. (LGEIS) | 21,075 | 18,785,000 | 18,785,000 | - | 18,785,000 | 100.00 |
| LG Electronics Japan Inc. (LGEJP) | 1,954 | 1,380,000 | 1,380,000 | - | 1,380,000 | 100.00 |
| LG Electronics Mlawa SP.Zo.O. (LGEMA)[1] | 52,139 | - | - | - | - | 100.00 |
| LG Electronics Morocco S.A.R.L. (LGEMC) | 3,806 | 315,213 | 315,213 | - | 315,213 | 100.00 |
| LG-Meca Electronics Haiphong, Inc. (LGEMH)[1] | 3,790 | - | - | - | - | 70.00 |
| LG Electronics Magyar Kft (LGEMK)[1] | 9,170 | - | - | - | - | 100.00 |
| LG Electronics Monterrey Mexico S.A. DE C.V. (LGEMM) | 6,870 | 27,094 | 26,938 | 156 | 27,094 | 100.00 |
| LG Electronics Mexico S.A. DE C.V. (LGEMS) | 24,270 | 134,601 | 134,301 | 300 | 134,601 | 100.00 |
| LG MITR Electronics Co., Ltd. (LGEMT) | 11,906 | 5,076,000 | 4,453,800 | - | 4,453,800 | 87.74 |
| LG Electronics North of England Ltd. (LGENE) | 9,981 | 9,000,000 | 9,000,000 | - | 9,000,000 | 100.00 |
| Nanjing LG-Tontru Color Display System Co., Ltd. (LGENT)[1] | 33,036 | - | - | - | - | 70.00 |
| LG Electronics Polska SP.Zo. O. (LGEPL)[1] | 11,217 | - | - | - | - | 100.00 |
| Nanjing LG Panda Appliances Co., Ltd. (LGEPN)[1] | 20,772 | - | - | - | - | 70.00 |

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
## December 31, 2004 and 2003

*( in millions of Korean won)*

| Company | Shareholders' equity | Total issued and outstanding shares | Shares owned by LGE | Shares owned by Subsidiaries | Total | Percentage of ownership (%) |
|---|---:|---:|---:|---:|---:|---:|
| **Overseas subsidiaries** | | | | | | |
| LG Electronics Peru S.A. (LGEPR) | 3,185 | 23,507,492 | 23,507,492 | - | 23,507,492 | 100.00 |
| LG Electronics Panama S.A. (LGEPS) | 6,144 | 21,000 | 21,000 | - | 21,000 | 100.00 |
| LG Electronics Portugal (LGEPT) [1] | 20,524 | - | - | - | - | 100.00 |
| LG Electronics Qinhuangdao Co., Ltd. (LGEQH) [1] | 8,505 | - | - | - | - | 100.00 |
| LG Electronics Russia Inc. (LGERI) [1] | 10,300 | - | - | - | - | 95.00 |
| LG Electronics S.A. Pty Ltd. (LGESA) | 33,045 | 18,500,000 | 18,500,000 | - | 18,500,000 | 100.00 |
| LG Electronics Service Europe Netherlands B.V. (LGESE) [1] | 8,081 | - | - | - | - | 100.00 |
| LG Electronics JIT Europe B.V.(LGEJE) | 203 | 180 | - | 180 | 180 | 100.00 |
| Shanghai LG Electronics Co., Ltd. (LGESH) [1] | 16,428 | - | - | - | - | 70.00 |
| LG Electronics de Sao Paulo Ltda. (LGESP) [1] | 11,199 | - | - | - | - | 100.00 |
| LG SEL Electronics Vietnam Inc. (LGEVN) (formerly LGESV) [1] | 9,849 | - | - | - | - | 100.00 |
| LG Electronics Sweden AB (LGESW) | 5,780 | 44,345 | 44,345 | - | 44,345 | 100.00 |
| LG Electronics Shenyang Inc. (LGESY) [1] | 28,341 | - | - | - | - | 78.87 |
| LG Electronics Tianjin Appliance Co., Ltd. (LGETA) [1] | 130,011 | - | - | - | - | 80.00 |
| LG Electronics Thailand Co., Ltd. (LGETH) | 26,483 | 2,050,000 | 1,004,500 | 1,045,500 | 2,050,000 | 100.00 |
| LG Taistar Electronics Taiwan Co., Ltd. (LGETT) | 12,174 | 52,892,542 | 52,892,542 | - | 52,892,542 | 100.00 |
| LG Electronics United Kingdom Ltd. (LGEUK) | 7,501 | 192,000 | 192,000 | - | 192,000 | 100.00 |
| LG Electronics U.S.A., Inc. (LGEUS) | 53,493 | 32,884 | 32,884 | - | 32,884 | 100.00 |
| LG Electronics Wales Ltd. (LGEWA) | 878,745 | 2,042,202 | 2,042,202 | - | 2,042,202 | 100.00 |
| EIC Properties PTE, Ltd. | 5,754 | 34,170,000 | 13,052,940 | - | 13,052,940 | 38.20 |
| LG Software PVT, Ltd. (LGSI) | 7,543 | 9,946,000 | 9,946,000 | - | 9,946,000 | 100.00 |
| Zenith Electronics Corporation (Zenith) | 6,364 | 2,000 | 2,000 | - | 2,000 | 100.00 |
| LG Electronics MobileComm U.S.A.,Inc. (LGEMU) (formerly LGICUS) | 21,665 | 10,000 | 10,000 | - | 10,000 | 100.00 |
| LG I&C Thailand (LGICTH) | 9,419 | 76,000 | 45,600 | - | 45,600 | 60.00 |
| Langchao LG Digital Mobile Communication Co., Ltd. (LGEYT) [1] | 25,618 | - | - | - | - | 51.00 |
| LG Holdings (HK) Ltd. | 141,501 | 140,006,285 | 44,550,000 | - | 44,550,000 | 31.82 |
| LGE (China) R&D Center [1] | 6,544 | - | - | - | - | 100.00 |
| Kunshan LGMS Computer Co., Ltd. (LGMSK) [1] | 1,690 | - | - | - | - | 100.00 |
| Kunshan LGMS Computer Co., Ltd. (LGEKS) [1] | 3,027 | - | - | - | - | 100.00 |
| LG Electronics (Nanjing) Plazma Co., Ltd. (LGENP) [1] | 14,238 | - | - | - | - | 100.00 |
| Qingdao LG Langchao Digital Communication Co., Ltd. (LGEQD) [1] | 16,608 | - | - | - | - | 60.00 |
| LG Electronics Czech S.R.O. (LGECZ) [1] | 6,993 | - | - | - | - | 100.00 |
| LG Electronics Inc. Chile Limitada (LGECL) [1] | 7,659 | - | - | - | - | 100.00 |
| LG Electronics Nature (Hangzhou) Recording Media Co., Ltd.(LGEHN) [1] | 6,301 | - | - | - | - | 49.00 |
| LG Electronics Romania S.R.L (LGERO) [1] | 8,427 | - | - | - | - | 100.00 |
| LGEMX | 13,146 | 513,626 | | 513,626 | 513,626 | 100.00 |
| LGERS | 45,574 | 70,576,292 | 70,576,292 | | 70,576,292 | 100.00 |
| LG.Philips LCD America,Inc. | 8,557 | 5,000,000 | | 5,000,000 | 5,000,000 | 100.00 |
| LG.Philips LCD Japan Co., Ltd. | 4,020 | 1,900 | | 1,900 | 1,900 | 100.00 |
| LG.Philips LCD Germany GmbH | 2,237 | 960,000 | | 960,000 | 960,000 | 100.00 |
| LG.Philips LCD Taiwan Co., Ltd. | 10,976 | 11,549,994 | | 11,549,994 | 11,549,994 | 100.00 |
| LG.Philips LCD Nanjing Co., Ltd. [1] | 128,405 | - | | - | - | 100.00 |
| LG.Philips LCD Hong Kong Co., Ltd. | 2,527 | 115,000 | | 115,000 | 115,000 | 100.00 |
| LG.Philips LCD Shanghai Co., Ltd. [1] | 1,694 | - | | - | - | 100.00 |
| LG Innotek Huizhou Co., Ltd. [1] | 24,328 | - | | - | - | 100.00 |
| LG Innotek Yantai Co., Ltd. [1] | 8,744 | - | | - | - | 100.00 |
| PT.LG Innotek Indonesia | 6,240 | 500 | | 500 | 500 | 100.00 |
| LG Innotek USA Inc. | 3,939 | 400 | | 400 | 400 | 100.00 |
| LG Micron(Fujian) Electronics Co.,Ltd [1] | 21,407 | - | | - | - | 80.00 |

12

**LG Electronics Inc. and Subsidiaries**
Notes to Consolidated Financial Statements
December 31, 2004 and 2003

| Overseas equity method investees | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Hitachi-LG Data Storage Inc. (HLDS) | 31,069 | 30,000 | 14,700 | - | 14,700 | 49.00 |
| LG.Philips Displays Holding B.V. | 259,048 | 68,182 | - | 34,090 | 34,090 | 50.00 |
| Vietnam Korea Exchange, Ltd. (V.K.X.) [1] | 5,099 | - | - | - | - | 40.00 |
| SLD TELECOM Pte. Ltd. | 120,995 | 137,912,962 | 58,944,000 | - | 58,944,000 | 42.74 |
| LG-TOPS [1] | 2,324 | - | - | - | - | 40.00 |

The consolidated subsidiaries and equity method investees are classified in accordance with the Enforcement Decree on External Audit for Corporations and the financial accounting standards for consolidated financial statements.

[1] There are no issued and outstanding shares since these are not a corporation.

Newly consolidated subsidiaries as of December 31, 2004, are as follows:

| Consolidated subsidiaries | Reason |
|---|---|
| LG Electronics Romania S.R.L (LGERO) | The subsidiaries were newly established in 2004. |
| LG Electronics JIT Europe B.V.(LGEJE) | |
| LG Philips LCD Hong Kong Co., Ltd. | |
| LG Philips LCD Shanghai Co., Ltd. | |
| LG Innotek Yantai Co., Ltd. | |
| | |
| LG Electronics Nature (Hangzhou) Recording Media Co., Ltd.(LGEHN) | Subsidiaries whose total assets increased to more than ₩7,000 million. |
| Kunshan LGMS Computer Co., Ltd. (LGMSK) | |
| Hi Business Logistics | |

As of December 31, 2004, LG-TOPS was reclassified from a consolidated subsidiary to an equity-method investee since its total assets are less than ₩ 7,000 million.

LGE00093827