# Exhibit 9

# LG Electronics Inc. and Subsidiaries
Notes to Consolidated Financial Statements
December 31, 2005 and 2004

1. **The Consolidated Companies and Equity Method Investees**

   The accompanying consolidated financial statements include the accounts of LG Electronics Inc. (LGE or Controlling Company) and its subsidiaries (collectively referred to as the "Company"). General information on the controlling company, its consolidated subsidiaries and its equity method investees is described below:

   **The Controlling Company**
   LG Electronics Inc. (the "Company") was spun off from LG Electronics Investment Ltd. (formerly LG Electronics Inc.) on April 1, 2002, to engage in the manufacture and sale of electronic, and information and communication products. Former LG Electronics Inc. was incorporated in February 1959 under the Commercial Code of the Republic of Korea to manufacture and sell electronics, and information and communication products, and had its shares listed on the Korea Stock Exchange in April 1970.

   As of December 31, 2005, the Company operates manufacturing facilities mainly in Kuro, Pyeongtaek, Chongju, Gumi and Changwon in the Republic of Korea.

   As of December 31, 2005, the Company has outstanding capital stock amounting to ₩800,226 million, including non-voting preferred stock. The Company's stock was relisted on the Korean Stock Exchange on April 22, 2002, and its depositary receipts ("DRs") were relisted on the London Stock Exchange in September 2002.

   As of December 31, 2005, LG Corp. and its related parties own 31.5% of the Company's total stocks including common stock and preferred stock, while financial institutions, foreign investors and others own the rest of the Company's common stocks..

   **Consolidated Subsidiaries and Equity Method Investees**

   Consolidated subsidiaries and equity method investees as of December 31, 2005, are as follows:

| (in millions of Korean won)<br>Company | Shareholders' equity | CapitalStock | Total issued and outstanding shares | Shares owned by | | | Percentage of ownership (%) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | LGE | Subsidiaries | Total | |
| **Domestic subsidiaries** | | | | | | | |
| LG Micron Ltd. | 37,500 | 365,490 | 7,500,000 | 2,699,702 | - | 2,699,702 | 36.00 |
| LG Innotek Co., Ltd. | 43,104 | 233,821 | 8,620,800 | 6,017,400 | - | 6,017,400 | 69.80 |
| LG.Philips LCD Co., Ltd. | 1,789,079 | 7,675,597 | 357,815,700 | 135,625,000 | - | 135,625,000 | 37.90 |
| Hi Plaza Inc. | 37,200 | 115,200 | 7,440,000 | 7,440,000 | - | 7,440,000 | 100.00 |
| Hi Business Logistics | 3,600 | 12,093 | 720,000 | 720,000 | - | 720,000 | 100.00 |
| **Domestic equity method investees** | | | | | | | |
| Hankuk Electric Glass Co., Ltd. | 40,367 | 609,428 | 8,073,375 | 1,614,675 | - | 1,614,675 | 20.00 |
| Paju Electric Glass Co., Ltd. | 36,000 | 35,187 | 3,600,000 | - | 1,440,000 | 1,440,000 | 40.00 |
| LG fund for small and medium enterprises | 10,000 | 9,298 | 1 | 1 | 1 | 1 | 50.00 |
| Blue Ocean Investment Fund | 6,000 | 5,962 | 1 | 1 | 1 | 1 | 83.33 |
| LG-Nortel Co., Ltd. | 10,000 | 293,347 | 2,000,000 | 999,999 | - | 999,999 | 50.00 |

10

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
### December 31, 2005 and 2004

*(in millions of Korean won)*

| Company | Shareholders' equity | CapitalStock | Total issued and outstanding shares | Shares owned by LGE | Shares owned by Subsidiaries | Total | Percentage of ownership (%) |
|---|---|---|---|---|---|---|---|
| **Overseas subsidiaries** | | | | | | | |
| LG Electronics Alabama, Inc. (LGEAI) | 30 | 16,198 | 266 | - | 266 | 266 | 100.00 |
| LG Electronics Almaty Kazak Co., Ltd. (LGEAK) | 3,746 | 19,348 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Antwerp Logistics N.V. (LGEAL) | 967 | 1,461 | 10,000 | - | 10,000 | 10,000 | 10,000 |
| LG Electronics Australia Pty, Ltd. (LGEAP) | 1,558 | 480 | 2,685,000 | 2,685,000 | - | 2,685,000 | 100.00 |
| LG Electronics Klima Sanayi ve Ticaret P.S. (LGEAT) | 49,596 | 85,010 | 288,000 | 144,000 | - | 144,000 | 50.00 |
| LG Electronics Da Amazonia Ltda. (LGEAZ) | 80,354 | 119,529 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Colombia Ltda. (LGECB) | 5,550 | 13,220 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics China Co., Ltd. (LGECH) | 57,714 | 13,557 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Canada, Inc. (LGECI) | 13,779 | 17,672 | 42,900 | 42,900 | - | 42,900 | 100.00 |
| LG Electronics Inc. Chile Limitada (LGECL) | 5,856 | 7,520 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Czech S.R.O. (LGECZ) | 6,534 | 7,842 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Deutschland GmbH (LGEDG) | 26,947 | 21,963 | 1 | 1 | 1 | 1 | 100.00 |
| PT LG Electronics Display Devices Indonesia (LGEDI) | 32,085 | 72,814 | 41,240 | 41,240 | - | 41,240 | 100.00 |
| LG Electronics Egypt S.A.E. (LGEEG) | 3,562 | 2,571 | 144,000 | 120,960 | - | 120,960 | 84.00 |
| LG Electronics Espana S.A. (LGEES) | 17,408 | 14,906 | 219,390 | - | 219,390 | 219,390 | 100.00 |
| LG Goldstar France S.A.R.L. (LGEFS) | 12,430 | 7,111 | 69,848 | - | 69,848 | 69,848 | 100.00 |
| LG Electronics Gulf FZE (LGEGF) | 8,312 | 9,024 | 29 | 29 | - | 29 | 100.00 |
| LG Electronics HK Limited (LGEHK) | 9,397 | 12,182 | 6,752,817 | 6,752,817 | - | 6,752,817 | 100.00 |
| LG Electronics Nature (Hangzhou) Recording Media Co., Ltd.(LGEHN) | 11,303 | 10,289 | 1 | 1 | 1 | 1 | 70.00 |
| LG Electronics Hellas S. A. (LGEHS) | 6,063 | 1,708 | 1,000,000 | - | 1,000,000 | 1,000,000 | 100.00 |
| LG Electronics Huizhou Inc. (LGEHZ) | 26,845 | 40,112 | 1 | 1 | 1 | 1 | 80.00 |
| LG Electronics India PVT Ltd. (LGEIL) | 32,159 | 168,405 | 112,649,459 | 112,649,459 | - | 112,649,459 | 100.00 |
| PT LG Electronics Indonesia Ltd. (LGEIN) | 16,623 | 13,657 | 40,700 | 31,200 | 9,500 | 40,700 | 100.00 |
| LG Electronics Italy S.P.A. (LGEIS) | 22,702 | 17,003 | 18,785,000 | - | 18,785,000 | 18,785,000 | 100.00 |
| LG Electronics Japan Inc. (LGEJP) | 12,978 | 9,551 | 1,380,000 | 1,380,000 | - | 1,380,000 | 100.00 |
| Kunshan LGMS Computer Co., Ltd. (LGEKS) | 4,808 | 4,077 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Mlawa SP.Zo.O. (LGEMA) | 92,401 | 97,482 | 278,027 | 278,027 | - | 278,027 | 100.00 |
| LG Electronics Morocco S.A.R.L. (LGEMC) | 3,352 | 2,015 | 315,213 | 315,213 | - | 315,213 | 100.00 |
| LG Electronics Magyar Kft (LGEMK) | 5,482 | 7,014 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics (M) SDN.BHD (LGEML) | 7,869 | 7,188 | 37,700 | 37,700 | - | 37,700 | 100.00 |
| LG Electronics Monterrey Mexico S.A. DE C.V. (LGEMM) | 53,088 | 17,207 | 48,338 | 48,182 | 156 | 48,338 | 100.00 |
| LG Electronics Mexico S.A. DE C.V. (LGEMS) | 13,575 | 32,708 | 134,601 | 134,301 | 300 | 134,601 | 100.00 |
| LG MITR Electronics Co., Ltd. (LGEMT) | 17,770 | 6,501 | 5,076,000 | 5,076,000 | - | 5,076,000 | 100.00 |
| LG Electronics MobileComm U.S.A. Inc. (LGEMU) (Subsidiary of LGEUS) | 12,263 | 27,619 | 10,000 | - | 10,000 | 10,000 | 100.00 |
| LG Electronics (Nanjing) Plazma Co., Ltd. (LGENP) | 29,415 | 14,206 | 1 | 1 | 1 | 1 | 100.00 |
| Nanjing LG-Tontru Color Display System Co., Ltd. (LGENT) | 20,816 | 36,026 | 1 | 1 | 1 | 1 | 70.00 |
| LG Electronics Philippines, Inc. (LGEPH) (formerly LGECM) | 22,181 | 750 | 739,036 | 739,036 | - | 739,036 | 100.00 |
| LG Electronics Polska SP.Zo. O. (LGEPL) | 9,189 | 20,184 | 28,366 | - | 28,366 | 28,366 | 100.00 |
| Nanjing LG Panda Appliances Co., Ltd. (LGEPN) | 14,165 | 26,797 | 1 | 1 | 1 | 1 | 70.00 |

LGE00092547

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
### December 31, 2005 and 2004

*( in millions of Korean won )*

| Company | Shareholders' equity | CapitalStock | Total issued and outstanding shares | Shares owned by LGE | Shares owned by Subsidiaries | Total | Percentage of ownership (%) |
|---|---|---|---|---|---|---|---|
| **Overseas subsidiaries** | | | | | | | |
| LG Electronics Peru S.A. (LGEPR) | 7,698 | 1,730 | 22,436,822 | 22,436,822 | - | 22,436,822 | 100.00 |
| LG Electronics Panama S.A. (LGEPS) | 2,333 | 10,725 | 21,000 | 21,000 | - | 21,000 | 100.00 |
| LG Electronics Portugal (LGEPT) | 20,926 | 14,665 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Qinhuangdao Co., Ltd. (LGEQH) | 7,024 | 9,483 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Russia Inc. (LGERI) | 412 | 12,366 | 2,410 | 2,290 | - | 2,290 | 95.00 |
| LG Electronics Romania S.R.L (LGERO) | 7,350 | 8,196 | 5 | - | 5 | 5 | 100.00 |
| LG Electronics Mexicalli. S.A. PEC.V. (LGEMX) | 14,925 | 9,340 | 513,625 | - | 513,625 | 513,625 | 100.00 |
| LG Electronics Reynosa. S.A. DEC.V. (LGERS) | 46,757 | 52,634 | 70,576,292 | - | 70,576,292 | 70,576,292 | 100.00 |
| LG Electronics S.A. Pty Ltd. (LGESA) | 13,525 | 32,113 | 80,000,000 | - | 80,000,000 | 80,000,000 | 100.00 |
| LG Electronics Service Europe Netherlands B.V. (LGESE) | 10,481 | 527,086 | 6,544 | 6,544 | - | 6,544 | 100.00 |
| LG Electronics JIT Europe B.V.(LGEJE) | 25 | 249 | 180 | - | 180 | 180 | 100.00 |
| Shanghai LG Electronics Co., Ltd. (LGESH) | 12,728 | 14,510 | 1 | 1 | 1 | 1 | 70.00 |
| LG Electronics Singapore Pte Ltd. (LGESL) | 7,027 | 4,877 | 11,083,999 | 11,083,999 | - | 11,083,999 | 100.00 |
| LG Electronics de Sao Paulo Ltda. (LGESP) | 79,106 | 94,859 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Sweden AB (LGESW) | 5,668 | 5,039 | 44,357 | - | 44,357 | 44,357 | 100.00 |
| LG Electronics Shenyang Inc. (LGESY) | 18,616 | 26,719 | 1 | 1 | 1 | 1 | 78.87 |
| LG Electronics Tianjin Appliance Co., Ltd. (LGETA) | 122,490 | 138,539 | 1 | 1 | 1 | 1 | 80.00 |
| LG Electronics Thailand Co., Ltd. (LGETH) | 17,261 | 39,871 | 6,138,995 | 5,093,495 | 1,045,500 | 6,138,995 | 100.00 |
| Taizhou LG-Chunlan Home Appliances Co., Ltd.(LGETR) (formerly LGECT) | 67,644 | 36,474 | 1 | 1 | 1 | 1 | 100.00 |
| LG Taistar Electronics Taiwan Co., Ltd. (LGETT) | 18,981 | 14,610 | 52,892,542 | 52,892,542 | - | 52,892,542 | 100.00 |
| LG Electronics United Kingdom Ltd. (LGEUK) | 34,723 | 4,818 | 192,000 | - | 192,000 | 192,000 | 100.00 |
| LG Electronics U.S.A., Inc. (LGEUS) | 36,548 | 166,651 | 32,884 | 32,884 | - | 32,884 | 100.00 |
| LG Electronics Vietnam Co., Ltd. (LGEVN) | 5,525 | 16,825 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Wales Ltd. (LGEWA) | 418,932 | 710,137 | 2,042,202 | - | 2,042,202 | 2,042,202 | 100.00 |
| Langchao LG Digital Mobile Communication Co., Ltd. (LGEYT) | 24,101 | 28,821 | 1 | 1 | 1 | 1 | 54.00 |
| LG Software PVT, Ltd.(LGSI) | 3,233 | 11,948 | 9,946,000 | 9,946,000 | - | 9,946,000 | 100.00 |
| Zenith Electronics Corporation (Zenith) | - | (68,506) | 2,000 | - | 2,000 | 2,000 | 100.00 |
| EIC Properties PTE, Ltd. | 24,914 | 8,743 | 34,170,000 | 13,052,940 | - | 13,052,940 | 38.20 |
| LGE (China) R&D Center | 8,201 | 8,057 | 1 | 1 | 1 | 1 | 100.00 |
| LG BUILDING | 156,721 | 144,523 | 1 | 1 | 1 | 1 | 100.00 |
| LG Holdings (HK) Ltd | 167,755 | 169,900 | 140,006,285 | 44,550,000 | - | 44,550,000 | 31.82 |
| Qingdao LG Langchao Digital Communication Co., Ltd. (LGEQD) | 17,611 | 18,937 | 1 | 1 | 1 | 1 | 60.00 |
| LG Electronics Overseas Trading FZE(Dubai) | 352 | (1,371) | 1 | 1 | - | 1 | 100.00 |
| LG.Philips LCD America,Inc. | 6,082 | 8,951 | 5,000,000 | - | 5,000,000 | 5,000,000 | 100.00 |
| LG.Philips LCD Japan Co., Ltd. | 1,088 | 4,106 | 1,900 | - | 1,900 | 1,900 | 100.00 |
| LG.Philips LCD Germany GmbH | 1,252 | 3,255 | 960,000 | - | 960,000 | 960,000 | 100.00 |
| LG.Philips LCD Taiwan Co., Ltd. | 4,189 | 12,232 | 11,550,000 | - | 11,550,000 | 11,550,000 | 100.00 |
| LG.Philips LCD Nanjing Co., Ltd. | 140,212 | 203,406 | 1 | 1 | 1 | 1 | 100.00 |
| LG.Philips LCD Hong Kong Co., Ltd. | 1,736 | 3,627 | 115,000 | - | 115,000 | 115,000 | 100.00 |
| LG.Philips LCD Shanghai Co., Ltd. | 596 | 2,713 | 1 | 1 | 1 | 1 | 100.00 |
| LG.Philips LCD Poland Sp. zo.o. | 16 | 10 | 500 | - | 500 | 500 | 100.00 |
| LG Innotek Huizhou Co., Ltd. | 9,741 | 25,473 | 1 | 1 | 1 | 1 | 100.00 |
| LG Innotek Yantai Co., Ltd. | 16,857 | 13,400 | 1 | 1 | 1 | 1 | 100.00 |
| PT.LG Innotek Indonesia | 5,564 | 6,670 | 5,000 | - | 5,000 | 5,000 | 100.00 |
| LG Innotek USA Inc. | 1,582 | 3,181 | 10,000 | - | 10,000 | 10,000 | 100.00 |
| LG Micron(Fujian) Electronics Co., Ltd | 31,309 | 17,241 | 1 | 1 | 1 | 1 | 80.00 |

12

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
### December 31, 2005 and 2004

*(in millions of Korean won)*

| Company | Shareholders' equity | CapitalStock | Total issued and outstanding shares | Shares owned by LGE | Shares owned by Subsidiaries | Total | Percentage of ownership (%) |
|---|---|---|---|---|---|---|---|
| **Overseas equity method investees** | | | | | | | |
| Goldstar Electronics Thailand Co., Ltd. (G.S.T.) | 64 | 76 | 50,000 | 50,000 | - | 50,000 | 100.00 |
| Hitachi-LG Data Storage Inc. (HLDS) | 13,974 | 29,399 | 30,000 | 14,700 | - | 14,700 | 49.00 |
| LG Electronics Austria GmbH (LGEAG) | 6,094 | 6,094 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Argentina S.A. (LGEAR) | 4,583 | 1,493 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Egypt Cairo S.A.E. (LGEEC) | 4,382 | 2,654 | 13,510 | 13,510 | - | 13,510 | 100.00 |
| LG Electronics Middle East Co., Ltd. (LGEME) | 462 | 1,212 | 20,000 | 20,000 | - | 20,000 | 100.00 |
| Goldstar Mobilecomm France SASU (LGEMF) | 5,621 | 5,621 | 400,000 | 400,000 | - | 400,000 | 100.00 |
| LG Electronics Mobile Research U.S.A.,LLC (LGEMR) | 2,104 | 2,939 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics North of England Ltd. (LGENE) | 5,615 | 1,257 | 9,000,000 | 9,000,000 | - | 9,000,000 | 100.00 |
| LG Electronics RUS, LLC (LGERA) | 10,621 | 10,621 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Ukraine Co., Ltd. (LGEUR) | 1,041 | 3,480 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Wroclaw Sp.Zo.o. (LGEWR) | 952 | 952 | 3,000 | 3,000 | - | 3,000 | 100.00 |
| LG Pasig | 2 | 2,567 | 100 | - | 38 | 38 | 40.00 |
| LG.Philips Displays Holding B.V. | 2,563,304 | (526,605) | 68,182 | - | 34,090 | 34,090 | 50.00 |
| Electromagnetica Goldstar S.R.L. | 1,003 | 508 | 2,650 | 1,325 | - | 1,325 | 50.00 |
| SLD TELECOM Pte. Ltd. | 149,665 | 112,668 | 146,150,000 | 62,458,000 | - | 62,458,000 | 42.74 |
| Triveni Digital Inc. | - | 899 | 22,357,500 | 19,500,000 | - | 19,500,000 | 87.20 |
| LG Electronics RUS-Marketing, LLC (LGERM) | 204 | 204 | [1] | [1] | [1] | [1] | 100.00 |
| Hi Logistics China Company Limited | 5,176 | 4,997 | [1] | [1] | [1] | [1] | 100.00 |
| Hi Logistics Europe B.V. | 1,477 | 2,309 | 12,000 | - | 12,000 | 12,000 | 100.00 |
| LG Micron(Taiwan) Ltd. | 31 | 31 | [1] | [1] | [1] | [1] | 100.00 |
| LG Innotek Poland Co. Ltd | 16 | 16 | [1] | [1] | [1] | [1] | 100.00 |

[1] There are no issued and outstanding shares since these are not a corporation.

The consolidated subsidiaries and equity method investees are classified in accordance with the Enforcement Decree on External Audit for Corporations and the financial accounting standards for consolidated financial statements.

LGE00092549