# Exhibit 10

**LG Electronics Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2006 and 2005**

1.  **The Consolidated Companies and Equity Method Investees**

The accompanying consolidated financial statements include the accounts of LG Electronics Inc. (LGE or Controlling Company) and its subsidiaries (collectively referred to as the "Company"). General information on the controlling company, its consolidated subsidiaries and its equity method investees is described below:

**The Controlling Company**
LG Electronics Inc. (the "Company") was spun off from LG Electronics Investment Ltd. (formerly LG Electronics Inc.) on April 1, 2002, to engage in the manufacture and sale of electronic, and information and communication products. Former LG Electronics Inc. was incorporated in October 1958 under the Commercial Code of the Republic of Korea to manufacture and sell electronics, and information and communication products, and had its shares listed on the Korea Stock Exchange in April 1970.

As of December 31, 2006, the Company operates manufacturing facilities mainly in Kuro, Pyeongtaek, Chongju, Gumi and Changwon in the Republic of Korea.

As of December 31, 2006, the Company has outstanding capital stock amounting to ₩809,169 million, including non-voting preferred stock. The Company's stock was relisted on the Korean Stock Exchange on April 22, 2002, and its depositary receipts ("DRs") were relisted on the London Stock Exchange in September 2002.

As of December 31, 2006, LG Corp. and its related parties own 31.1% of the Company's total stocks including common stock and preferred stock, while financial institutions, foreign investors and others own the rest of the Company's common stocks.

**Consolidated Subsidiaries and Equity Method Investees**
Consolidated subsidiaries and equity method investees as of December 31, 2006, are as follows:

| (in millions of Korean won) | | | | Shares owned by | | | |
| Company | Shareholders' equity | Capital Stock | Total issued and outstanding shares | LGE | Subsidiaries | Total | Percentage of ownership (%) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Domestic subsidiaries** | | | | | | | |
| LG Micron Ltd. | 376,842 | 37,500 | 7,500,000 | 2,699,702 | - | 2,699,702 | 36.00 |
| LG Innotek Co., Ltd. | 232,041 | 43,104 | 8,620,800 | 6,017,400 | - | 6,017,400 | 69.80 |
| LG.Philips LCD Co., Ltd. | 6,866,487 | 1,789,079 | 357,815,700 | 135,625,000 | - | 135,625,000 | 37.90 |
| Hi Plaza Inc. | 116,383 | 37,200 | 7,440,000 | 7,440,000 | - | 7,440,000 | 100.00 |
| Hi Business Logistics | 15,998 | 3,600 | 720,000 | 720,000 | - | 720,000 | 100.00 |
| LG fund for small and medium enterprises | 12,839 | 15,000 | 1 | 1 | 1 | 1 | 50.00 |
| **Domestic equity method investees** | | | | | | | |
| Hankuk Electric Glass Co., Ltd. | 514,726 | 40,367 | 8,073,375 | 1,614,675 | - | 1,614,675 | 20.00 |
| Blue Ocean Investment Fund | 11,767 | 6,000 | 1 | 1 | 1 | 1 | 83.33 |
| LG-Nortel Co., Ltd. | 360,604 | 10,000 | 2,000,000 | 999,999 | - | 999,999 | 50.00 |
| Korea Information Certificate Authority Inc. | 17,187 | 21,565 | 4,280,000 | 400,000 | - | 400,000 | 9.35 |
| Paju Electric Glass Co., Ltd. | 44,382 | 36,000 | 3,600,000 | - | 1,440,000 | 1,440,000 | 40.00 |

10

LGE00092614

## LG Electronics Inc. and Subsidiaries
### Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

*( in millions of Korean won )*

| Company | Shareholders' equity | Capital Stock | Total issued and outstanding shares | Shares owned by | | | Percentage of ownership (%) |
|---|---|---|---|---|---|---|---|
| | | | | LGE | Subsidiaries | Total | |
| **Overseas subsidiaries** | | | | | | | |
| LG Electronics Alabama, Inc. (LGEAI) | 71,620 | 30 | 266 | - | 266 | 266 | 100.00 |
| LG Electronics Almaty Kazak Co., Ltd. (LGEAK) | 28,171 | 3,746 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Antwerp Logistics N.V. (LGEAL) | 1,275 | 967 | 10,000 | - | 10,000 | 10,000 | 100.00 |
| LG Electronics Australia Pty, Ltd. (LGEAP) | 18,273 | 1,558 | 2,685,000 | 2,685,000 | - | 2,685,000 | 100.00 |
| LG Electronics Klima Sanayi ve Ticaret P.S. (LGEAT) | 93,310 | 49,596 | 288,000 | 144,000 | - | 144,000 | 50.00 |
| LG Electronics Da Amazonia Ltda. (LGEAZ) | 113,126 | 80,354 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Colombia Ltda. (LGECB) | 14,282 | 12,988 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics China Co., Ltd. (LGECH) | 13,544 | 75,002 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Canada, Inc. (LGECI) | 19,668 | 13,779 | 42,900 | 42,900 | - | 42,900 | 100.00 |
| LG Electronics Inc. Chile Limitada (LGECL) | 7,567 | 8,678 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Czech S.R.O. (LGECZ) | 9,034 | 6,534 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Deutschland GmbH (LGEDG) | 26,557 | 26,947 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Egypt S.A.E. (LGEEG) | 5,114 | 3,562 | 144,000 | 120,960 | - | 120,960 | 84.00 |
| LG Electronics Espana S.A. (LGEES) | 11,286 | 17,408 | 219,390 | - | 219,390 | 219,390 | 100.00 |
| LG Goldstar France S.A.R.L. (LGEFS) | 9,559 | 12,430 | 69,848 | - | 69,848 | 69,848 | 100.00 |
| LG Electronics Gulf FZE (LGEGF) | 8,415 | 8,312 | 29 | 29 | - | 29 | 100.00 |
| LG Electronics HK Limited (LGEHK) | 5,918 | 9,397 | 6,752,817 | 6,752,817 | - | 6,752,817 | 100.00 |
| LG Electronics Nature (Hangzhou) Recording Media Co., Ltd.(LGEHN) | 10,858 | 11,303 | [1] | [1] | [1] | [1] | 70.00 |
| LG Electronics Hellas S. A. (LGEHS) | 4,628 | 9,668 | 1,000,000 | - | 1,000,000 | 1,000,000 | 100.00 |
| LG Electronics Huizhou Inc. (LGEHZ) | 59,185 | 26,845 | [1] | [1] | [1] | [1] | 80.00 |
| LG Electronics India PVT Ltd. (LGEIL) | 199,675 | 32,076 | 112,649,459 | 112,649,459 | - | 112,649,459 | 100.00 |
| PT LG Electronics Indonesia Ltd. (LGEIN) | 101,660 | 80,134 | 1,397 | 1,397 | - | 1,397 | 100.00 |
| LG Electronics Italy S.P.A. (LGEIS) | 15,864 | 22,702 | 18,785,000 | - | 18,785,000 | 18,785,000 | 100.00 |
| LG Electronics Japan Inc. (LGEJP) | 10,136 | 12,978 | 1,380,000 | 1,380,000 | - | 1,380,000 | 100.00 |
| Kunshan LGMS Computer Co., Ltd. (LGEKS) | 8,394 | 7,790 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Mlawa SP.Zo.o. (LGEMA) | 137,913 | 133,618 | 278,027 | 278,027 | - | 278,027 | 100.00 |
| LG Electronics Morocco S.A.R.L. (LGEMC) | 3,215 | 3,352 | 315,213 | 315,213 | - | 315,213 | 100.00 |
| GoldStar MobileComm.France S.A.S.U(LGEMF) | 6,883 | 5,621 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Magyar Kft (LGEMK) | 10,225 | 9,748 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics (M) SDN.BHD (LGEML) | 4,457 | 7,869 | 28,515,181 | 28,515,181 | - | 28,515,181 | 100.00 |
| LG Electronics Monterrey Mexico S.A. DE C.V. (LGEMM) | 35,802 | 71,902 | 70,162 | 70,006 | 156 | 70,162 | 100.00 |
| LG Electronics Mexico S.A. DE C.V. (LGEMS) | 44,789 | 27,685 | 134,601 | 134,301 | 300 | 134,601 | 100.00 |
| LG MITR Electronics Co., Ltd. (LGEMT) | 12,859 | 17,770 | 5,076,000 | 5,076,000 | - | 5,076,000 | 100.00 |
| LG Electronics MobileComm U.S.A. Inc. (LGEMU) (Subsidiary of LGEUS) | 32,372 | 12,263 | 10,000 | - | 10,000 | 10,000 | 100.00 |
| LG Electronics Mexicali S.A.D.E C.V.(LGEMX) | 3,295 | 14,925 | 513,625 | - | 513,625 | 513,625 | 100.00 |
| LG Electronics (Nanjing) Plazma Co., Ltd. (LGENP) | 13,393 | 29,415 | [1] | [1] | [1] | [1] | 100.00 |
| Nanjing LG-Tontru Color Display System Co., Ltd. (LGEND)(Formerly LGENT) | 38,125 | 20,816 | [1] | [1] | [1] | [1] | 70.00 |
| LG Electronics Philippines, Inc. (LGEPH) (formerly LGECM) | 1,460 | 22,181 | 739,036 | 739,036 | - | 739,036 | 100.00 |
| LG Electronics Polska SP.Zo. O. (LGEPL) | 21,188 | 9,189 | 28,366 | - | 28,366 | 28,366 | 100.00 |

LGE00092615

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

*( in millions of Korean won)*

| Company | Shareholders' equity | Capital Stock | Total issued and outstanding shares | Shares owned by | | | Percentage of ownership (%) |
|---|---|---|---|---|---|---|---|
| | | | | LGE | Subsidiaries | Total | |
| Nanjing LG Panda Appliances Co., Ltd. (LGEPN) | 33,137 | 14,165 | [1] | [1] | | [1] | 70.00 |
| **Overseas subsidiaries** | | | | | | | |
| LG Electronics Peru S.A. (LGEPR) | 8,696 | 12,382 | 38,521,822 | 38,521,822 | - | 38,521,822 | 100.00 |
| LG Electronics Panama S.A. (LGEPS) | 19,287 | 5,255 | 52,408 | 52,408 | - | 52,408 | 100.00 |
| LG Electronics Portugal (LGEPT) | 13,317 | 20,926 | [1] | [1] | [1] | [1] | 100.00 |
| Quingdao LG Inspur Digital Communication Co., Ltd.(LGEQD) | 22,489 | 17,611 | [1] | [1] | [1] | [1] | 70.00 |
| LG Electronics Qinhuangdao Co., Ltd. (LGEQH) | 9,734 | 7,024 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics RUS, LLC(LGERA) | 32,823 | 34,372 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Russia Inc. (LGERI) | 12,637 | 412 | 2,410 | 2,290 | - | 2,290 | 95.00 |
| LG Electronics Romania S.R.L. (LGERO) | 10,019 | 7,350 | 5 | | 5 | 5 | 100.00 |
| LG Electronics Reynosa. S.A. DEC.V. (LGERS) | 50,605 | 46,757 | 70,576,292 | - | 70,576,292 | 70,576,292 | 100.00 |
| LG Electronics S.A. Pty Ltd. (LGESA) | 18,601 | 18,204 | 115,900,000 | 115,900,000 | - | 115,900,000 | 100.00 |
| LG Electronics Service Europe Netherlands B.V. (LGEEH)(Formely LGESE) | 21,678 | 3,985 | 6,544 | 6,544 | - | 6,544 | 100.00 |
| LG Electronics European Logistics & Services B.V(LGELS) | 7,192 | 3,268 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics European Shared Service Center B.V. (LGESC) | 1,416 | 176 | 150,000 | - | 150,000 | 150,000 | 100.00 |
| LG Electronics Benelux(LGEBN) | 6,416 | 21 | 18,000 | - | 18,000 | 18,000 | 100.00 |
| LG Electronics JIT Europe B.V.(LGEJE) | 406 | 25 | 180 | - | 180 | 180 | 100.00 |
| Shanghai LG Electronics Co., Ltd. (LGESH) | 15,456 | 12,728 | [1] | [1] | [1] | [1] | 70.00 |
| LG Electronics Singapore Pte Ltd. (LGESL) | 3,987 | 7,027 | 11,083,999 | 11,083,999 | - | 11,083,999 | 100.00 |
| LG Electronics de Sao Paulo Ltda. (LGESP) | 88,025 | 79,106 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Sweden AB (LGESW) | 7,492 | 9,874 | 76,157 | - | 76,157 | 76,157 | 100.00 |
| LG Electronics Shenyang Inc. (LGESY) | 40,972 | 18,616 | [1] | [1] | [1] | [1] | 78.87 |
| LG Electronics Tianjin Appliance Co., Ltd. (LGETA) | 141,862 | 122,490 | [1] | [1] | [1] | [1] | 80.00 |
| LG Electronics Thailand Co., Ltd. (LGETH) | 41,897 | 17,261 | 6,138,995 | 6,138,995 | - | 6,138,995 | 100.00 |
| Taizhou LG-Chunlan Home Appliances Co., Ltd.(LGETR) (formerly LGECT) | 52,289 | 67,644 | [1] | [1] | [1] | [1] | 100.00 |
| LG Taistar Electronics Taiwan Co., Ltd. (LGETT) | 17,045 | 18,981 | 52,892,542 | 52,892,542 | - | 52,892,542 | 100.00 |
| LG Electronics United Kingdom Ltd. (LGEUK) | 7,573 | 34,723 | 192,000 | - | 192,000 | 192,000 | 100.00 |
| LG Electronics U.S.A., Inc. (LGEUS) | 101,579 | 23,879 | 32,884 | 32,884 | - | 32,884 | 100.00 |
| LG Electronics Vietnam Co., Ltd. (LGEVN) | 12,422 | 5,525 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Wales Ltd. (LGEWA) | 836,880 | 418,932 | 2,042,203 | - | 2,042,203 | 2,042,203 | 100.00 |
| Langchao LG Digital Mobile Communication Co., Ltd. (LGEYT) | 25,244 | 24,101 | [1] | [1] | [1] | [1] | 72.00 |
| LG Software  PVT, Ltd. (LGSI) | 118,229 | 648,128 | 9,946,000 | 9,946,000 | - | 9,946,000 | 100.00 |
| Zenith Electronics Corporation (Zenith) | (52,850) | - | 2,000 | - | 2,000 | 2,000 | 100.00 |
| EIC Properties PTE, Ltd. | 8,980 | 24,914 | 34,170,000 | 13,052,940 | - | 13,052,940 | 38.20 |
| LGE (China) R&D Center | 8,107 | 8,201 | [1] | [1] | [1] | [1] | 100.00 |
| LG Holdings (HK) Ltd | 206,032 | 228,747 | 204,006,285 | 64,914,800 | - | 64,914,800 | 31.82 |
| Beijing LG Building Development | 115,983 | 172,011 | | | | | 100.00 |
| LG Electronics Overseas Trading FZE (Dubai) | (40,741) | 352 | 1 | 1 | - | 1 | 100.00 |
| L.G.Philips LCD America,Inc. | 9,409 | 6,082 | 5,000,000 | 5,000,000 | - | 5,000,000 | 100.00 |
| L.G.Philips LCD Japan Co., Ltd. | 4,559 | 1,088 | 1,900 | 1,900 | - | 1,900 | 100.00 |
| L.G.Philips LCD Germany GmbH | 4,064 | 1,252 | 960,000 | 960,000 | - | 960,000 | 100.00 |
| L.G.Philips LCD Taiwan Co., Ltd. | 12,400 | 4,189 | 11,550,000 | 11,549,994 | - | 11,549,994 | 100.00 |
| L.G.Philips LCD Nanjing Co., Ltd. | 208,655 | 177,854 | [1] | [1] | [1] | [1] | 100.00 |
| L.G.Philips LCD Hong Kong  Co., Ltd. | 6,014 | 1,736 | 115,000 | 115,000 | - | 115,000 | 100.00 |

LGE00092616

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

*( in millions of Korean won)*

| Company | Shareholders' equity | Capital Stock | Total issued and outstanding shares | Shares owned by | | | Percentage of ownership (%) |
|---|---|---|---|---|---|---|---|
| | | | | LGE | Subsidiaries | Total | |
| LG.Philips LCD Shanghai Co., Ltd. | 3,967 | 596 | [1] | [1] | [1] | [1] | 100.00 |
| LG.Philips LCD Poland Sp. zo.o. | 65,806 | 76,590 | 2,385,900 | 2,385,900 | - | 2,385,900 | 100.00 |
| LG.Philips LCD Guangzhou Co.,Ltd. | 36,891 | 38,264 | [1] | [1] | [1] | [1] | 100.00 |
| LG Innotek Huizhou Co., Ltd. | 25,473 | 9,741 | [1] | [1] | [1] | [1] | 100.00 |
| LG Innotek Yantai Co., Ltd. | 13,400 | 16,857 | [1] | [1] | [1] | [1] | 100.00 |
| PT.LG Innotek Indonesia | 6,670 | 5,564 | 5,000 | - | 5,000 | 5,000 | 100.00 |
| LG Innotek USA Inc. | 3,181 | 1,582 | 10,000 | - | 10,000 | 10,000 | 100.00 |
| LG Innotek Poland Co., Ltd. | 2,337 | 2,337 | [1] | [1] | [1] | [1] | 100.00 |
| LG Micron(Fujian) Electronics Co., Ltd. | 22,003 | 31,309 | [1] | [1] | [1] | [1] | 80.00 |
| **Overseas equity method investees** | | | | | | | |
| Hitachi-LG Data Storage Inc. (HLDS) | 24,058 | 15,681 | 30,000 | 14,700 | - | 14,700 | 49.00 |
| LG Electronics Austria GmbH (LGEAG) | 7,770 | 6,094 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Argentina S.A. (LGEAR) | 1,493 | 4,583 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Egypt Cairo S.A.E. (LGEEC) | 2,010 | 4,382 | 13,510 | 13,510 | - | 13,510 | 100.00 |
| LG Electronics Middle East Co., Ltd. (LGEME) | 462 | 462 | 32,999 | 32,999 | - | 32,999 | 100.00 |
| LG Electronics Mobile Research U.S.A.,LLC (LGEMR) | 3,428 | 2,104 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Ukraine Co., Ltd. (LGEUR) | 1,041 | 1,041 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Wroclaw Sp.Zo.o. (LGEWR) | 58,918 | 55,363 | 181,018 | 181,018 | - | 181,018 | 100.00 |
| LG.Philips Displays Holding B.V. | (526,605) | 2,563,304 | 68,182 | - | 34,090 | 34,090 | 50.00 |
| Electromagnetica Goldstar S.R.L. | 508 | 1,003 | 2,650 | 1,325 | - | 1,325 | 50.00 |
| SLD TELECOM Pte. Ltd. | 184,272 | 267,860 | 246,150,000 | 62,458,000 | - | 62,458,000 | 25.37 |
| Triveni Digital Inc. | 1,072 | 1,972 | 22,357,500 | 19,500,000 | - | 19,500,000 | 87.22 |
| LG Electronics RUS-Marketing, LLC (LGERM) | 702 | 408 | [1] | [1] | [1] | [1] | 100.00 |
| Hi Logistics China Company Limited | 5,265 | 5,176 | [1] | [1] | [1] | [1] | 100.00 |
| Hi Logistics Europe B.V. | 2,576 | 1,477 | 12,000 | - | 12,000 | 12,000 | 100.00 |
| LG Pasig | 2,567 | 2 | 100 | - | 51 | 51 | 51.00 |
| LG Micron(Taiwan) Ltd. | 27 | 31 | [1] | [1] | [1] | [1] | 50.00 |
| LG Electronics Latvia, LLC.(LGELV) | 4,912 | 4,936 | [1] | [1] | [1] | [1] | 100.00 |
| LG-SHAKER Co., Ltd (LGESR) | 9,176 | 9,176 | 371,250 | 181,913 | - | 181,913 | 49.00 |
| LG Electronics Africa Logistics  FZE(LGEAF) | 759 | 759 | [1] | [1] | [1] | [1] | 100.00 |

[1]   There are no issued and outstanding shares since this is not a corporation.

LGE00092617

**LG Electronics Inc. and Subsidiaries**
Notes to Consolidated Financial Statements
December 31, 2006 and 2005

The consolidated subsidiaries and equity method investees are classified in accordance with the Enforcement Decree on External Audit for Corporations and the financial accounting standards for consolidated financial statements.

Newly consolidated subsidiaries as of December 31, 2006, are as follows:

| Consolidated subsidiaries | Remarks |
|---|---|
| GoldStar MobileComm.France S.A.S.U (LGEMF) | Total assets increased to more than ₩7,000 million |
| LG Electronics RUS, LLC(LGERA) | Total assets increased to more than ₩7,000 million |
| LG. Philips LCD Guangzhou Co.,Ltd | The subsidiary was newly established in 2006 |
| LG fund for small and medium enterprises | Total assets increased to more than ₩7,000 million |
| LG Innoteck Poland., LTD | Total assets increased to more than ₩7,000 million |
| LG Electronics European Logistics & Services B.V (LGELS) | The subsidiary was newly established in 2006. |
| LG Electronics European Shared Service Center B.V. (LGESC) | The subsidiary was newly established in 2006. |
| LG Electronics Benelux(LGEBN) | The subsidiary was newly established in 2006. |

The excluded subsidiary as of December 31, 2006, but was consolidated as of December 31, 2005, was:

| Excluded subsidiary | Remark |
|---|---|
| PT LG Electronics Display Devices Indonesia (LGEDI) | The subsidiary was merged with PT LG Electronics Indonesia (LGEIN) on January 1, 2006. |

The primary business activities of the consolidated subsidiaries are as follows:

**(1)  LG. Philips LCD Co., Ltd.**

LG.Philips LCD Co., Ltd. was incorporated in February 1985, to manufacture and sell Thin Film Transistor Liquid Crystal Display ("TFT-LCD"). On July 26, 1999, LG Electronics Inc., Koninklijke Philips Electronics N.V. ("Philips") and the Company entered into a joint venture agreement. Pursuant to the agreement, the Company changed its name from LG LCD Co., Ltd. to LG.Philips LCD Co., Ltd. effective August 27, 1999, and on August 31, 1999, the Company issued new shares of common stock to Philips for ₩725,000 million.

In July 2004, pursuant to Securities Registration Statement filed on July 16, 2004, with the Korea Stock Exchange, the Company sold 8,640,000 shares of common stock for ₩298,080 million. Concurrently, pursuant to a Form F-1 registration statement filed on July 15, 2004, with the U.S. Securities and Exchange Commission, the Company sold 24,960,000 shares of common stock in the form of American Depositary Shares ("ADSs") for proceeds of US$ 748,800 thousand.  In September 2004, pursuant the "Underwriting Agreement" dated July 15, 2004, the Company issued an additional 1,715,700 shares of common stock in the form of ADSs for proceeds of US$ 51,471 thousand. In July 2005, pursuant to a Form F-1 Registration statement filed on July 22, 2005, with the U.S. Securities and Exchange Commission, the Company sold 27,900,000 shares of common stock in the form of American Depositary Shares ("ADSs") for proceeds of US$

LGE00092618

**LG Electronics Inc. and Subsidiaries**
Notes to Consolidated Financial Statements
December 31, 2006 and 2005

1,189,656 thousand. In addition, pursuant to the "Underwriting Agreement" dated July 21, 2005, the Company issued 4,600,000 shares of common stock for gross proceeds of US$ 196,144 thousand.

**(2) LG Innotek Co., Ltd.**

LG Innotek Co., Ltd. was incorporated in February 1976, to manufacture and sell electronics, electrics and machinery components. As of December 31, 2006, the head office is in Seoul and its manufacturing plants are in Gumi and Gwangju. It merged with LG Connect and Development Co., Ltd in March 1999 and transferred the system business to Nex1 Future Co., Ltd. in July 2004.

**(3) Hi Plaza Inc.**

Hi Plaza Inc. was incorporated in May 1997, to sell electronics, and information and communication products, which LGE manufactures, in the domestic market. As of December 31, 2006, the head office is in Seoul and it operates 191 distributors throughout the country. Hi Plaza Inc. changed its name in October 1998.

**(4) LG Micron Ltd.**

LG Micron Ltd. was incorporated in May 1983, to manufacture and sell electronic components such as shadow mask and photo mask. LG Micron Ltd. listed its shares on the Korea Stock Exchange in December 2000.

**(5) LG Electronics USA Inc. ("LGEUS")**

LG Electronics USA Inc. was incorporated in New Jersey, U.S.A., in August 1978, to sell electronics, and information and communication products, which LGE manufactures, in the U.S.A.

**(6) LG Electronics U.K. Ltd. ("LGEUK")**

LG Electronics U.K. Ltd. was incorporated in Slough, United Kingdom, in December 1986, to sell electronics, and information and communication products, which LGE manufactures, in the United Kingdom.

**(7) Other consolidated subsidiaries**

Other than the subsidiaries above, there are 91 other consolidated subsidiaries including Hi Business Logistics, nine subsidiaries of LG.Philips LCD Co., Ltd., five subsidiaries of LG Innotec Co., Ltd., a subsidiary of LG Micron Ltd. and 75 overseas subsidiaries selling and manufacturing LGE's products.

LGE00092619

**LG Electronics Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2006 and 2005**

The primary business activities of the equity-method investees are as follows:

**(1) LG.Philips Displays Holding B.V.**
LG.Philips Displays Holding B.V. was incorporated in Netherlands in June 2001, to manufacture and sell color braun tubes and related products.

**(2) LG-Nortel Co., Ltd.**
LG-Nortel Co., Ltd. was incorporated in Seoul in October 2005, to manufacture and sell communication equipment.

**(3) Hankuk Electric Glass Co., Ltd.**
Hankuk Electric Glass Co., Ltd. was incorporated in Gumi in May 1974, to manufacture and sell glasses related to color braun tube and computer monitors.

**(4) Paju Electric Glass Co., Ltd.**
Paju Electric Glass Co., Ltd. was incorporated in Paju in January 2005, to manufacture and sell glass products.

**(5) Other equity method investees**
Other than the above, there are other 21 equity method investees consisting of two domestic investees and 19 overseas investees, including SLD Telecom Pte. Ltd.

A summary of financial data of the major consolidated subsidiaries as of December 31, 2006 and for the year ended December 31, 2006, prior to the elimination of intercompany transactions, follows:

| (in millions of Korean won) | Total assets | Total liabilities | Net assets | Sales | Net income (loss) |
|---|---|---|---|---|---|
| LG.Philips LCD Co., Ltd. [1] | ₩ 13,487,787 | ₩ 6,598,111 | ₩ 6,889,676 | ₩ 10,624,200 | ₩ (769,313) |
| LG Micron Ltd. [1] | 1,007,652 | 626,407 | 381,245 | 838,197 | 20,804 |
| LG Innotek Co., Ltd. [1] | 677,019 | 452,411 | 224,608 | 1,197,064 | 3,043 |
| Hi Plaza Inc. | 192,998 | 76,615 | 116,383 | 667,729 | 1,183 |
| LG Electronics USA Inc. | 911,188 | 762,414 | 148,774 | 3,238,420 | 27,548 |
| LG Electronics U.K. Ltd. | 279,506 | 270,862 | 8,644 | 927,920 | 2,626 |
| Others | 14,085,406 | 10,743,072 | 3,342,334 | 36,283,652 | 45,538 |
| Total | ₩ 30,641,556 | ₩ 19,529,892 | ₩11,111,664 | ₩ 53,777,182 | ₩ (668,571) |

[1] These financial data are based on consolidated financial statements.

16

**LG Electronics Inc. and Subsidiaries**
Notes to Consolidated Financial Statements
December 31, 2006 and 2005

2. **Summary of Significant Accounting Policies**

The significant accounting policies followed by the Company in the preparation of the accompanying consolidated financial statements are summarized as follows:

**Basis of Consolidated Financial Statement Presentation**
The Company maintains its official accounting records in Korean won and prepares statutory consolidated financial statements in the Korean language in conformity with accounting principles generally accepted in the Republic of Korea. Certain accounting principles applied by the Company that conform with financial accounting standards and accounting principles in the Republic of Korea may not conform with generally accepted accounting principles in other countries. Accordingly, these consolidated financial statements are intended for use by those who are informed about Korean accounting principles and practices. The accompanying consolidated financial statements have been condensed, restructured and translated into English from the Korean language consolidated financial statements. Certain information attached to the Korean language financial statements, but not required for a fair presentation of the Company's financial position, results of operations or cash flows, is not presented in the accompanying consolidated financial statements.

**Accounting Estimates**
The preparation of the consolidated financial statements requires management to make estimates and assumptions that affect amounts reported therein. Although these estimates are based on management's best knowledge of current events and actions that the Company may undertake in the future, actual results may differ from those estimates.

**Application of the Statements of Korean Financial Accounting Standards**
The Korean Accounting Standards Board has published a series of Statements of Korean Financial Accounting Standards ("SKFAS"), which will gradually replace the existing financial accounting standards established by the Korean Financial Supervisory Commission . As SKFAS No. 15 through 17 became applicable to the Company on January 1, 2005, the Company adopted these Standards in its financial statements as of and for the year ended December 31, 2005.

And as SKFAS No. 18 through 20 became effective for the Company on January 1, 2006, the Company adopted these Standards in its financial statements for the year ended December 31, 2006.

**Principles of Consolidation**
The fiscal year end of the consolidated subsidiaries is the same as that of the Controlling Company. Differences in accounting policy between the Controlling Company and consolidated subsidiaries are adjusted during consolidation.

LGE00092621

**LG Electronics Inc. and Subsidiaries**
Notes to Consolidated Financial Statements
December 31, 2006 and 2005

The accompanying consolidated financial statements include the accounts of LGE and its subsidiaries. Under the financial accounting standards for consolidated financial statements in the Republic of Korea, a company is regarded as a subsidiary of another if more than 50% of its issued share capital is held by the other company, or more than 30% of its issued share capital is held by the other company and that company is the largest shareholder. In cases where there are two or three investors with more than 30% ownership in the issued share capital of an investee and such investors, individually, are the largest shareholders, the investor, which belongs to a conglomerate along with the investee as defined by Monopoly Regulation and Fair Trade Act in the Republic of Korea, is required to consolidate such investee. Investments in 20% to 50% owned affiliated companies or investments in affiliated companies over which the Company exerts a significant influence are accounted for using the equity method. Under the equity method, the original investment is recorded at cost and adjusted by the Company's share in the undistributed earnings or losses of these companies.

All significant intercompany transactions and balances with consolidated subsidiaries have been eliminated during consolidation.

To eliminate the investment account of the controlling company and corresponding capital accounts of subsidiaries, the purchase method or the pooling of interest method is applied, depending on the nature of the transaction. In using the purchase method, when the Company has a control over a subsidiary, the Company records differences between the initial investment accounts and corresponding capital accounts of subsidiaries as goodwill or negative goodwill, which is amortized over five years using the straight-line method over the estimated useful lives, which range from five to ten years. When the Company has a significant influence over equity method investees, differences between the initial investment accounts and corresponding capital accounts of equity method investees are also amortized over five years using the straight-line method.

Unrealized profit included in inventories, property, plant and equipment and other assets as a result of intercompany transactions is eliminated. Unrealized profit arising from sales by the controlling company to consolidated subsidiaries or equity method investees is fully eliminated and charged to the equity of the controlling company. Unrealized profit, arising from sales by the consolidated subsidiaries or equity method investees to the controlling company or sales between consolidated subsidiaries or equity method investees, is fully eliminated and charged to the equity of the controlling company and minority interest based on the percentage of ownership ratio.

The Company records the equity of the consolidated subsidiaries, which is not included in the equity of the controlling company, as a minority interest in consolidated subsidiaries. In addition, if losses of the consolidated subsidiaries included in minority interest are in excess of minority interest, the deficit in excess of minority interest is charged to the equity of the controlling company. Until losses charged to the equity of the controlling company are recovered, all gains on related consolidated subsidiaries are recognized in the equity of the controlling company.

**Revenue Recognition**
Revenues from finished products and merchandise are recognized when goods are delivered and most of the risks and benefits associated with the possession of goods are substantially transferred. Revenue from installation service contracts is recognized using the percentage-of-completion method.

LGE00092622

## LG Electronics Inc. and Subsidiaries
### Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

**Cash and Cash Equivalents**

The Company considers cash on hand, bank deposits and highly liquid marketable securities with original maturities of three months or less to be cash and cash equivalents.

**Investments in Securities**

The Company accounts for equity and debt securities under the provisions of SKFAS No. 8, *Investments in Securities*. This statement requires investments in equity and debt securities to be classified into three categories: trading, available-for-sale and held-to-maturity.

Securities are initially carried at cost, including incidental expenses, with cost being determined using the gross average method. Debt securities, which the Company has the intent and ability to hold to maturity, are generally carried at cost, adjusted for the amortization of discounts or premiums. Premiums and discounts on debt securities are amortized over the term of the debt using the effective interest rate method. Trading and available-for-sale securities are carried at fair value, except for non-marketable securities classified as available-for-sale securities whose fair value may not be determined, which are carried at cost. Non-marketable debt securities are carried at a value using the present value of future cash flows, discounted at a reasonable interest rate determined considering the credit ratings by independent credit rating agencies.

Unrealized valuation gains or losses on trading securities are charged to current operations, and those resulting from available-for-sale securities are charged to capital adjustments, the accumulated amount of which shall be charged to current operations when the related securities are sold, or when an impairment loss on the securities is recognized. Impairment losses are recognized in the statement of income when the recoverable amounts are less than the acquisition cost of securities or adjusted cost of debt securities after the amortization of discounts or premiums.

**Equity Method Investments**

Investments in equity securities of companies, over which the Company exercises significant control or influence, are recorded using the equity method of accounting. Under the equity method, the Company records changes in its proportionate ownership in the book value of the investee in current operations, as capital adjustments or as adjustments to retained earnings, depending on the nature of the underlying change in book value of the investee.

The Company discontinues the equity method of accounting for investments when the Company's share in the accumulated losses of the investees equals the costs of the investments, and until the subsequent cumulative changes in its proportionate net income of the investees equal its cumulative proportionate net losses not recognized during the periods when the equity method was suspended.

Differences between the initial purchase price and the Company's initial proportionate ownership in the net book value of the investee are amortized over five years using the straight-line method, and the amortization is charged to current operations. In addition, proportionate share in the difference between fair value of the investee's identifiable assets (liabilities) and book value is amortized according to the investee's accounting for the assets and liabilities.

Unrealized profit included in inventories and property, plant and equipment from transactions between the Company and equity method investees is calculated based on gross margin by product and eliminated considering the percentage of ownership. However, unrealized profit arising from sales by the Company to equity method investees which are its consolidated subsidiaries is fully eliminated. Unrealized profit arising from sales between equity method investees is also eliminated considering the percentage of ownership.

19

**LG Electronics Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2006 and 2005**

**Allowance for Doubtful Accounts**
The Company provides an allowance for doubtful accounts based on the aggregate estimated collectibility of the accounts.

**Inventories**
Inventories are stated at the lower of cost or market, with cost being determined using the weighted-average method, except for inventories in-transit which is determined using the specific identification method. If the net realizable value of inventory is less than its cost, a contra inventory account representing the valuation loss, is to reduce the inventory to its net realizable value. The valuation loss is recorded as cost of sales. If, however, the circumstances which caused the valuation loss cease to exist, causing the market value to rise above the carrying amount, the valuation loss is reversed limited to the original carrying amount before valuation. The reversal is a deduction from cost of sales.

In 2006, the Controlling Company changed its method of determining the cost of inventory from the yearly-average cost method to the monthly-average cost method. Since the Company cannot determine the cumulative effect of applying the new accounting policy to all prior periods, it was accounted for applying prospectively from the start of the earliest period practicable. The financial statements as of and for the year ended December 31, 2005, have not been restated to reflect this change.

**Foreign Currency Translation**
Monetary assets and liabilities denominated in foreign currencies are translated into Korean won at the exchange rates in effect at the balance sheet date (₩929.6: US$1 as of December 31, 2006 and ₩1,013: US$1 as of December 31, 2005), and resulting translation gains or losses are recognized in current operations. However, convertible bonds in foreign currency are translated into Korean won at the agreed rate of exchange, considering the exercise of conversion rights by the creditors.

Foreign currency financial statements of consolidated subsidiaries and equity method investees are translated into Korean won using the exchange rates in effect at the balance sheet date for assets and liabilities, historical exchange rate at the date of transaction for shareholder's equity, and average monthly exchange rates for income and expenses. Any resulting translation gain or loss is included in shareholders' equity.

**Property, Plant and Equipment**
Property, plant and equipment are recorded at cost, less accumulated depreciation. Depreciation is computed using the straight-line method over the estimated useful lives of the assets.

Routine maintenance and repairs are charged to current operations as incurred. Betterments and renewals which enhance the value of the assets over their most recently appraised value are capitalized.

The Company assesses the potential impairment of property, plant and equipment when there is evidence that events or changes in circumstances have made the recovery of an asset's carrying value to be unlikely, and recognizes an impairment loss when the carrying value of an asset exceeds the value of its future economic benefits. The carrying value of the impaired assets is reduced to the estimated realizable value, and an impairment loss is recorded as a reduction in the carrying value of the related asset and charged to current operations. However, the recovery of the impaired assets is recorded in current operations up to the cost of the assets, net of accumulated depreciation before impairment, when the estimated value of the assets exceeds the carrying value after impairment.

20

**LG Electronics Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2006 and 2005**

In 2005, the Controlling Company reduced its estimate of the useful lives of moulds in Digital appliance division from five years to two years. The Company believes that the new estimate more accurately reflects the results of technological changes. This change resulted in an increase in depreciation for the year ended December 31, 2005, by ₩101,816 million.

**Intangible Assets**
Intangible assets are stated at acquisition cost, net of accumulated amortization. Acquisition cost is the total of the production or purchase cost and other incidental expenses. Amortization is computed using the straight-line method over the estimated useful lives, which range from five to ten years.

The Company assesses the potential impairment of intangible assets when there is evidence that events or changes in circumstances have made the recovery of an asset's carrying value to be unlikely. An impairment loss is recorded as a reduction in the carrying value of the related asset and charged to current operations. However, the recovery of the impaired assets is recorded in current operations up to the cost of the asset, net of amortization before impairment, when the estimated value of the assets exceeds the carrying value after impairment.

**Research and Development Costs**
Research costs are expensed as incurred. Development costs directly relating to a new technology or new products, for which the estimated future benefits are probable, are recognized as intangible assets. Amortization of development costs is computed using the straight-line method over five years from the commencement of the commercial production of the related products. Such costs are subject to continual analysis of recoverability. In the event that such amounts are not estimated to be recoverable, they are written down to their net realizable value.

**Borrowing Costs**
Interest and other financial costs incurred on borrowings used to acquire property, plant and equipment, intangible assets and investments are all charged to expense as incurred.

**Derivative Financial Instruments**
The Company utilizes several derivative financial instruments ("derivatives") such as forward exchanges, swaps and option contracts to reduce its exposure resulting from fluctuations in foreign currency and interest rates. The derivatives are carried at fair market value. Unrealized gains or losses on derivatives for trading or fair value hedging purposes are recorded in current operations. Unrealized gains or losses on derivatives for cash flow hedging purposes are recorded in current operations for the portion of the hedge that is not effective. For the portions of cash flow hedges which are effective, unrealized gains or losses are accounted for in the capital adjustments account and recorded in current operations in the period when the underlying transactions have an effect on operations

**Convertible Bonds**
The Company recorded the equity component of the convertible bonds (conversion rights) by deduction the fair value of the liability component from the issue preeds. The liability component is shown gross with the full face amount recorded as liability and a contra adjustment account (conversion rights adjustment) as a deduction from the liability to arrive at a net amount equal to its fair value. The Company is obligated to pay guaranteed interest if and when the convertible bond matures without exercise and has accrued this interest if and when the convertible bond matures without exercise and has accrued this interest as an adjustment to the carrying value of the liability component.

LGE00092625

**LG Electronics Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2006 and 2005**

**Discounts (Premiums) on Debentures**
Discounts (premiums) on debentures are amortized using the effective interest rate method over the repayment period of the debentures. The amortized amount is included in interest expense.

**Treasury Stock**
Treasury stock are stated at cost and recorded as a capital adjustment in shareholders' equity. Gain on disposal of treasury stock is recorded as a capital surplus.  Any loss on disposal of treasury stock is offset against prior gains on disposal of treasury stock included in capital surplus. The remaining loss is offset against retained earnings.

**Stock Appreciations plan**
Compensation costs for stock options granted to employees and executives are recognized on the basis of intrinsic value. Under the intrinsic value basis method, compensation costs for stock option plans are determined by calculating the difference between the exercise price and the market price of the underlying stock. Stock-based compensation cost is remeasured at each reporting date, based on the intrinsic value of the award, and is recognized as expense over the agreed minimum service period.

**Product Warranty**
The Company provides warranties against product defects for a specified period of time after sale. Estimated costs of product warranties are charged to current operations at the time of sale and are included in the accompanying consolidated balance sheets as a product warranty reserve.

**Accrued Severance Benefits**
Employees and directors with at least one year of service are entitled to receive a lump-sum severance payment upon termination of their employment with LGE and its domestic subsidiaries, based on their length of service and rate of pay at the time of termination. Accrued severance benefits represent the amount which would be payable assuming all eligible employees and directors were to terminate their employment as of the balance sheet date.

Contributions made under the National Pension Plan and severance insurance deposits are deducted from accrued severance benefits. Contributed amounts are refunded from the National Pension Plan and the insurance companies to employees upon their retirement.

Overseas subsidiaries accrue employees' retirement benefits according to the local regulations in which they operate.

**Income Taxes**
The Company recognizes deferred income taxes for anticipated future tax consequences resulting from temporary differences between the financial reporting and tax bases of assets and liabilities. Deferred tax assets and liabilities are computed on such temporary differences, including available net operating loss carryforwards and tax credits, by applying enacted statutory tax rates applicable to the years when such differences are expected to be reversed. Deferred income tax assets are recognized to the extent that it is almost certain that such deferred income tax assets will be realized.

The total income tax provision includes the current income tax expense under applicable tax regulations and the change in the balance of deferred income tax assets and liabilities during the period. However, the tax effects of certain items occurring during the period and relating to components of shareholders' equity are charged or credited directly to related components of shareholders' equity.

LGE00092626

**LG Electronics Inc. and Subsidiaries**
Notes to Consolidated Financial Statements
December 31, 2006 and 2005

Tax credits for investments and development of research and manpower are accounted for using the flow-through method, whereby income taxes are reduced in the period the assets that gave rise to such credits are placed in service. To the extent such credits are not currently utilized, deferred income tax assets, subject to realizability as stated above, are recognized for the carryforward amount.

**Sale of Accounts and Notes Receivable**
The Company sells certain accounts and notes receivable to financial institutions at a discount, and accounts for the transactions as a sale of the receivables, if the rights and obligations relating to the receivables are substantially transferred to the buyers. The losses from the sale of the receivables are charged to current operations as incurred.

**Government grants**
Government grants, which are to be repaid, are recognized as liabilities. Government grants, which are not required to be repaid and intended to be used for the acquisition of assets, are deducted from the cost of the specified assets after their acquisition. Cash received in relation to grants given prior to the acquisition of assets is included in the cash balance but with an equal and opposite contra adjustment.

The government grants, contributed to compensate for specific expenses, are offset against the related expenses. Other government grants, for which the use or purpose is not specified, are recorded as gains from assets received, and are recognized in current operations.

**Present Value Discount**
The difference between the nominal value and the present value of long-term receivable and payables is amortized using the effective interest rate method with interest income or expense adjusted accordingly.

**Duty Refunds**
The Company records duty refunds as a deduction from cost of sales.

**Lease Transactions**
Lease agreements that include a bargain purchase option, result in the transfer of ownership at the end of the lease term, have a term longer than 75% of the estimated economic life of the leased property, or have a present value of the minimum lease payments at the beginning of the lease term amounting to more than 90% of the fair value of the leased property, are accounted for as capital leases. Leases that do not meet these criteria are accounted for as operating leases, of which the total minimum lease payments are charged to expense over the lease period on a straight-line basis.

LGE00092627

**LG Electronics Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2006 and 2005**

**Reconciliation of the Differences in Accounting Policies**

For the year ended December 31, 2006, the following adjustments were made on the equity method investees to reconcile the differences in accounting policies between the Company and consolidated subsidiaries:

| (in millions of Korean won) | Adjustment | Amount |
|---|---|---|
| LG.Philips LCD Co., Ltd. | Adjustment capitalized interest expense to expense as incurred | ₩   41,535 |
| LG Holdings (HK) Ltd. | Adjustment capitalized interest expense to expense as incurred | 19,613 |
| Subsidiary of LG Holdings (HK) Ltd. | Adjustment capitalized interest expense to expense as incurred | 2,859 |

**3.   Financial Instruments**

As of December 31, 2006, short-term financial instruments amounting to ₩43,067 million (2005: ₩52,299 million) and long-term financial instruments amounting to ₩ 99,159 million (2005: ₩19,267 million) are deposited in connection with maintaining checking accounts, various short-term borrowings and long-term debt, and research and development projects funded by the government. The withdrawal of these financial instruments is restricted.

**4.   Short-Term Investments**

Short-term investments as of December 31, 2006 and 2005, consist of the following:

| (in millions of Korean won) | 2006 | 2005 |
|---|---|---|
| Trading securities (money market fund) | ₩        747 | ₩      6,475 |

**5.   Receivables**

Receivables, including trade accounts and notes receivable, as of December 31, 2006 and 2005, consist of the following:

| (in millions of Korean won) | 2006 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|
| | Original amount | Allowance for doubtful accounts | Discounts on present value | Carrying value | Original amount | Allowance for doubtful accounts | Discounts on present value | Carrying value |
| Trade accounts and notes receivable | ₩ 4,191,975 | ₩ (133,146) | ₩        - | ₩  4,058,829 | ₩ 4,593,946 | ₩ (140,731) | ₩    (467) | ₩ 4,452,748 |
| Short-term loans | 23,782 | (1,423) | | 22,359 | 24,452 | (1,298) | - | 23,154 |
| Other accounts receivable | 878,827 | (57,908) | | 820,919 | 637,227 | (12,220) | - | 625,007 |
| Accrued income | 66,541 | (545) | | 65,996 | 48,081 | (530) | - | 47,551 |
| Advance payments | 114,392 | (3,179) | | 111,213 | 72,842 | (3,060) | - | 69,782 |
| Long-term loans | 118,866 | (1,061) | | 117,805 | 107,312 | (1,026) | - | 106,286 |
| | ₩ 5,394,383 | ₩ (197,262) | ₩        - | ₩  5,197,121 | ₩ 5,483,860 | ₩ (158,865) | ₩    (467) | ₩ 5,324,528 |

As of December 31, 2006, trade bills negotiated through banks that have not yet matured

24

**LG Electronics Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2006 and 2005**

amounted to approximately ₩4,216,153 million. The ₩3,585,076 million in trade bills to overseas subsidiaries were accounted for short-term borrowings in consolidation process (Notes 13 and 17).

In accordance with the Asset Securitization Law, the Company entered into a sales contract with LG Electronics 2nd Securitization Specialty L.L.C. to transfer its trade receivables amounting to ₩190,000 million on May 18, 2006. Through the asset-backed securitization of trade receivables, the Company acquired the 2nd-class beneficiary certificate of ₩47,381 million at December 31, 2006, included under the trade accounts receivable.

In September 2004, LG. Philips LCD Co., Ltd., a subsidiary, entered into a five-year accounts receivable securitization program (the "Program") with a financial institution. The Program allows the Company to sell, on a revolving basis, an undivided interest up to US$300 million in eligible accounts receivables of four subsidiaries, namely, LG.Philips LCD America ("LPLA"), LG.Philips LCD Germany ("LPLG"), LG.Philips LCD Taiwan ("LPLT") and LG.Philips LCD Japan ("LPLJ"), while retaining a subordinated interest from a portion of the receivables. The eligible receivables of LPLA and LPLG are sold without legal recourse to third party conduits through LG. Philips LCD America Finance Corporation, a qualifying bankruptcy-remote special purpose entity, which is wholly owned by LPLA but is not consolidated for financial reporting purposes. The eligible receivables of LPLT and LPLJ are sold without legal recourse to third party conduits through ABN AMRO Taipei Branch and ABN AMRO Tokyo Branch, respectively.

As of December 31, 2006, the outstanding balance of securitized accounts receivable held by the third party conduits totaled ₩364,785 million (2005: ₩272,571 million) of which the Company's subordinated retained interest was ₩70,643 million (2005: ₩52,532 million). Accordingly, ₩294,122 million (2005: ₩220,039 million) of accounts receivable balances, net of applicable allowances, was removed from the consolidated balance sheets at December 31, 2006. Losses including the loss on sale of receivables, various program and facility fees associated with the Program totaled approximately ₩15,509 million for the year ended December 31, 2006.

In October 2006, LG. Philips LCD Co., Ltd., a subsidiary entered into a five-year accounts receivable selling program with Standard Chartered Bank. The Company sells accounts receivables of four subsidiaries, namely, LPLA, LPLG, LPLSH and LG.Philips LCD Hongkong ("LPLHK"), on a revolving basis, up to US$ 469 million. As of December 31, 2006, the amount of accounts receivable recorded as sales is ₩185,633 million.

25

LGE00092629

**LG Electronics Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2006 and 2005**

6. **Inventories**

Inventories as of December 31, 2006 and 2005, consist of the following:

| *(in millions of Korean won)* | 2006 | | | | | |
|---|---|---|---|---|---|---|
| | Acquisition cost | | Inventory valuation allowance | | Carrying value | |
| Merchandise and finished products | ₩ | 3,457,532 | ₩ | (74,115) | ₩ | 3,383,417 |
| Work-in-process | | 626,744 | | (6,564) | | 620,180 |
| Raw materials and supplies | | 1,646,977 | | (39,559) | | 1,607,418 |
| Other | | 198,385 | | (14,381) | | 184,004 |
| | ₩ | 5,929,638 | ₩ | (134,619) | ₩ | 5,795,019 |

| *(in millions of Korean won)* | 2005 | | | | | |
|---|---|---|---|---|---|---|
| | Acquisition cost | | Inventory valuation allowance | | Carrying value | |
| Merchandise and finished products | ₩ | 3,324,535 | ₩ | (72,220) | ₩ | 3,252,315 |
| Work-in-process | | 628,220 | | (656) | | 627,564 |
| Raw materials and supplies | | 1,655,564 | | (25,053) | | 1,630,511 |
| Other | | 259,641 | | (8,900) | | 250,741 |
| | ₩ | 5,867,960 | ₩ | (106,829) | ₩ | 5,761,131 |

For the year ended December 31, 2006, LG. Philips LCD Co., Ltd., a subsidiary, recorded ramp-up cost of ₩18,043 million (2005: ₩18,928 million) for the loss incurred due to the inordinary low volume of production.

As of December 31, 2006 and 2005, the inventories are insured against various property risks.

7. **Investment Securities**

Investment securities as of December 31, 2006 and 2005, are as follows:

| *(in millions of Korean won)* | 2006 | | 2005 | |
|---|---|---|---|---|
| Available-for-sale securities | ₩ | 54,945 | ₩ | 59,167 |
| Held-to-maturity securities | | 1,664 | | 2,461 |
| | ₩ | 56,609 | ₩ | 61,628 |

26

LGE00092630

**LG Electronics Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 2006 and 2005**

Available-for-sale securities as of December 31, 2006 and 2005, are as follows:

| (in millions of Korean won) | Percentage of ownership (%) at December 31, 2006 | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Net asset value/Market value | Carrying value | Acquisition cost | Net asset value/Market value | Carrying value |
| **Marketable equity securities** | | | | | | | |
| Nara Mold & Die Co., Ltd. | 12.57 | ₩ 812 | ₩ 4,016 | ₩ 4,016 | ₩ 812 | ₩ 5,087 | ₩ 5,087 |
| Odicorp Co., Ltd. [3] | - | - | - | - | 318 | 1,556 | 1,556 |
| ADP Engineering Co., Ltd. | 7.03 | 75 | 3,247 | 3,247 | 75 | 7,992 | 7,992 |
| Digital Device, Inc. | 0.65 | 229 | 106 | 106 | 229 | 215 | 215 |
| IDS. [3] | - | - | - | - | 608 | 4,946 | 4,946 |
| | | 1,116 | 7,369 | 7,369 | 2,042 | 19,796 | 19,796 |
| **Non-marketable equity securities** | | | | | | | |
| **Domestic companies** | | | | | | | |
| Innopla Co., Ltd. | 19.90 | 245 | 770 | 245 | 245 | 750 | 245 |
| Castec Korea Co., Ltd. | 5.00 | 182 | 865 | 182 | 182 | 766 | 182 |
| Msoltech [1] | 10.00 | 635 | - | - | 635 | - | - |
| AL Tech Inc. | 8.19 | 589 | 286 | 589 | 589 | 247 | 589 |
| Korea Information Certificate Authority Inc. [2] | - | - | - | - | 1,852 | 1,339 | 1,852 |
| Association of Electronics Environment | 36.04 | 4,698 | 5,127 | 4,698 | 4,698 | 5,127 | 4,698 |
| Temco, Inc. [1] | 13.04 | 1,200 | - | - | 1,200 | - | - |
| Netgentech. Co., Ltd. | 7.5 | 176 | 176 | 176 | 176 | 215 | 176 |
| Manager Society, Inc. | 3.70 | 200 | 13 | 200 | 200 | 5 | 200 |
| TU Media Corp. | 2.98 | 6,500 | 3,154 | 6,500 | 6,500 | 3,158 | 6,500 |
| ADS Technologies Co., Ltd. | 15.00 | 150 | 95 | 150 | 150 | 150 | 150 |
| NARA M Tech, Inc. | 19.90 | 597 | 395 | 597 | 597 | 597 | 597 |
| C&M, Inc. [4] | 16.53 | 400 | 400 | 400 | - | - | - |
| System A/C [4] | 19.90 | 338 | 338 | 338 | - | - | - |
| Standard Lazer System Co., Ltd. [3] | - | - | - | - | 250 | - | - |
| Digital World Corporation | 1.25 | 180 | 4 | 4 | 180 | 130 | 130 |
| Newco Display Inc. [1] | 7.41 | 400 | - | - | 400 | 400 | 400 |
| Eron Technologies Corporation [1] | 0.77 | 216 | - | - | 138 | - | - |
| ATMS Co., Ltd. | 9.29 | 938 | 485 | 938 | 438 | 294 | 438 |
| 3ALogics Inc. | 20.59 | 632 | 755 | 632 | 32 | 52 | 32 |
| Others | - | 15,559 | 11,460 | 13,854 | 8,253 | 5,572 | 8,253 |
| **Overseas companies** | | | | | | | |
| Erlang Technology Inc. [1] | 6.90 | 1,129 | - | - | 1,129 | - | - |
| E2OPEN.COM [1] | 3.64 | 15,694 | - | - | 15,694 | - | - |
| COMMIT Incorporated | 13.47 | 4,990 | 1,122 | 4,990 | 4,990 | 4,990 | 4,990 |
| Monet Mobile Networks [1] | 1.90 | 1,299 | - | - | 1,299 | - | - |
| SUNPOWER. INC | 10.35 | 1,257 | 432 | 1,257 | 1,257 | 169 | 1,257 |
| CMEA II Venture Fund | 6.93 | 3,849 | 1,377 | 1,377 | 3,849 | 1,377 | 1,377 |
| Caspian Bank | 0.72 | 930 | 930 | 930 | 1,013 | 1,013 | 1,013 |
| Others | - | 7,810 | 6,047 | 6,047 | 3,067 | 1,434 | 1,304 |
| | | 70,793 | 34,231 | 44,104 | 59,013 | 27,785 | 34,383 |
| **Debt securities** | | | | | | | |
| Bonds issued by the government [4] | | 23 | 23 | 23 | - | - | - |
| Convertible bonds issued by NeoDis Co., Ltd. | | 665 | 665 | 665 | 2,204 | 2,204 | 2,204 |
| Convertible bonds issued by Pentamicro Inc. | | 131 | 131 | 131 | 131 | 131 | 131 |
| Others | | 4,629 | 2,653 | 2,653 | 4,629 | 2,653 | 2,653 |
| | | 5,448 | 3,472 | 3,472 | 6,964 | 4,988 | 4,988 |
| | | ₩ 77,357 | ₩ 45,072 | ₩ 54,945 | ₩ 68,019 | ₩ 52,569 | ₩ 59,167 |

[1]   Carrying value was fully written down due to the negative net book value or bankruptcy of the investee company as of December 31, 2006.

[2]   In 2006, the investments were reclassified as equity method investments.

27

LGE00092631

**LG Electronics Inc. and Subsidiaries**
Notes to Consolidated Financial Statements
December 31, 2006 and 2005

³   In 2006, the Company sold the investment securities.

⁴   New or additional investments made during the year ended December 31, 2006.

⁵   Market value or net realized value is based on the recent available financial statements.

Held-to-maturity securities as of December 31, 2006 and 2005, are as follows:

| (in millions of Korean won) | 2006 | 2005 |
|---|---|---|
| Subordinated bonds of ABN-AMRO ABCP | ₩      - | ₩     807 |
| Others | 1,664 | 1,654 |
| | ₩  1,664 | ₩  2,461 |

The annual maturities of debt securities classified as available-for-sale securities and held-to-maturity securities as of December 31, 2006 and 2005, are as follows:

| (in millions of Korean won) | 2006 | | 2005 | |
|---|---|---|---|---|
| Maturity | Available-for-sale securities | Held-to-maturity securities | Available-for-sale securities | Held-to-maturity securities |
| One year or less | ₩      22 | ₩     723 | ₩      - | ₩     807 |
| Over one year to five years | 3,450 | 897 | 4,988 | 1,610 |
| Over five years to ten years | - | 44 | - | 44 |
| | ₩  3,472 | ₩  1,664 | ₩  4,988 | ₩  2,461 |

The details of changes in accumulated gains (losses) on valuation of available-for-sale securities as recorded as capital adjustments for the years ended December 31, 2006 and 2005, are as follows:

| (in millions of Korean won) | January 1, 2006 | Gain (loss) | Disposal | Tax effect | December 31, 2006 |
|---|---|---|---|---|---|
| Nara Mold & Die Co., Ltd. | ₩   3,100 | ₩  (1,071) | ₩      - | ₩     293 | ₩   2,322 |
| Odicorp Co., Ltd. | 898 | 562 | (1,801) | 341 | - |
| ADP Engineering Co., Ltd. | 5,740 | (4,745) | - | 1,305 | 2,300 |
| Digital Device, Inc. | (10) | (109) | - | 30 | (89) |
| IDS. | 3,145 | - | (4,338) | 1,193 | - |
| Others | (1,965) | 1,965 | 745 | (745) | - |
| | ₩  10,908 | ₩  (3,398) | ₩  (5,394) | ₩  2,417 | ₩   4,533 |

28

LGE00092632

**LG Electronics Inc. and Subsidiaries**
Notes to Consolidated Financial Statements
December 31, 2006 and 2005

| (in millions of Korean won) | January 1, 2005 | Gain (loss) | Disposal | Tax effect | December 31, 2005 |
|---|---|---|---|---|---|
| Nara Mold & Die Co., Ltd. | ₩ 2,107 | ₩ 2,169 | ₩ - | ₩ (1,176) | ₩ 3,100 |
| Tube Media Co., Ltd. | 462 | 331 | (793) | - | - |
| Odicorp Co., Ltd. | 1,250 | (11) | - | (341) | 898 |
| Vodavi Technology Inc. | 3,833 | - | (3,833) | - | - |
| Hutchison Telephone | 160 | - | (160) | - | - |
| ADP Engineering Co., Ltd. | - | 7,917 | - | (2,177) | 5,740 |
| LG Card Co., Ltd. | - | 13,804 | (13,804) | - | - |
| Digital Device, Inc. | - | (14) | - | 4 | (10) |
| IDS. | - | 4,338 | - | (1,193) | 3,145 |
| Others | (220) | (2,710 ) | 220 | 745 | (1,965) |
| | ₩ 7,592 | ₩ 25,824 | ₩ (18,370) | ₩ (4,138) | ₩ 10,908 |

**8.   Equity-Method Investments**

Equity-method investments as of December 31, 2006 and 2005, are as follows:

| (in millions of Korean won) | Percentage of ownership (%) at December 31, 2006 | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Net asset value | Carrying value | Acquisition cost | Net asset value | Carrying value |
| **Domestic companies** | | | | | | | |
| Hankuk Electric Glass Co., Ltd. | 20.00 | ₩ 119,282 | ₩ 102,945 | ₩ 96,141 | ₩ 119,282 | ₩ 121,295 | ₩ 111,087 |
| LG fund for small and medium Enterprises [8] | - | - | - | - | 5,000 | 5,000 | 5,000 |
| Blue Ocean Investment Fund [2, 4] | 83.33 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 |
| LG-Nortel Co., Ltd [10] | 50.00 | 153,254 | 180,302 | 168,989 | 153,254 | 146,674 | 130,560 |
| Paju Electric Glass Co., Ltd. | 40.00 | 14,400 | 20,631 | 19,284 | 14,400 | 14,083 | 14,156 |
| Korea Information Certificate Authority Inc. [6, 9] | 9.35 | 1,852 | 1,607 | 1,446 | - | - | - |
| | | 298,788 | 315,485 | 295,860 | 296,936 | 292,052 | 265,803 |
| **Overseas companies** | | | | | | | |
| Goldstar Electronics Thailand Co.,Ltd. (G.S.T.) [7] | - | - | - | - | 36 | 36 | 36 |
| Hitachi-LG Data Storage Inc. (HLDS) | 49.00 | 7,684 | 24,058 | 29,801 | 7,684 | 22,410 | 30,643 |
| LG Electronics Austria GmbH (LGEAG) | 100.00 | 5,993 | 7,770 | 7,281 | 5,993 | 5,993 | 5,993 |
| LG Electronics Argentina S.A. (LGEAR) [1] | 100.00 | 7,410 | - | - | 7,410 | - | - |
| LG Electronics Egypt Cairo S.A.E. (LGEEC) | 100.00 | 4,382 | 2,010 | 2,378 | 4,382 | 2,144 | 3,194 |
| LG Electronics Middle East Co., Ltd. (LGEME) [2] | 100.00 | 462 | 462 | 462 | 462 | 462 | 462 |
| Goldstar Mobilecomm France SASU (LGEMF) [8] | - | - | - | - | 5,621 | 5,621 | 5,621 |
| LG Electronics Mobile Research U.S.A.,LLC (LGEMR) [2] | 100.00 | 2,026 | 3,428 | 2,026 | 2,026 | 2,026 | 2,026 |
| LG Electronics North of England Ltd. (LGENE) [7] | - | - | - | - | 11,229 | - | - |
| LG Electronics RUS, LLC (LGERA) [8] | - | - | - | - | 10,621 | 10,621 | 10,621 |
| LG Electronics Ukraine Co., Ltd. (LGEUR) [2] | 100.00 | 1,041 | 1,041 | 1,041 | 1,041 | 1,041 | 1,041 |
| LG Electronics Wroclaw Sp.Zo.o. (LGEWR) [4] | 100.00 | 55,364 | 58,918 | 53,805 | 1,004 | 1,004 | 1,004 |
| LG Philips Displays Holding B.V. [1,3] | 50.00 | 1,509,997 | (224,358) | - | 1,509,997 | (224,358) | - |

29

LGE00092633