# Exhibit 11

## LG Electronics Inc. and Subsidiaries
### Notes to Consolidated Financial Statements
### December 31, 2007 and 2006

### 1. The Consolidated Companies and Equity Method Investees

The accompanying consolidated financial statements include the accounts of LG Electronics Inc. (LGE or Controlling Company) and its subsidiaries (collectively referred to as the "Company"). General information on the controlling company, its consolidated subsidiaries and its equity method investees is described below:

#### The Controlling Company

LG Electronics Inc. (the "Company") was spun off from LG Electronics Investment Ltd. (formerly LG Electronics Inc.) on April 1, 2002, to engage in the manufacture and sale of electronic, and information and communication products. Former LG Electronics Inc. was incorporated in October 1958 under the Commercial Code of the Republic of Korea to manufacture and sell electronics, and information and communication products, and had its shares listed on the Korea Stock Exchange in April 1970. As of December 31, 2007, the Company operates manufacturing facilities mainly in Kuro, Pyeongtaek, Chongju, Gumi and Changwon in the Republic of Korea.

As of December 31, 2007, the Company has outstanding capital stock amounting to ₩809,169 million, including non-voting preferred stock. The Company's stock was relisted on the Korean Stock Exchange on April 22, 2002, and its depositary receipts ("DRs") were relisted on the London Stock Exchange in September 2002.

As of December 31, 2007, LG Corp. and its related parties own 31.1% of the Company's total stocks including common stock and preferred stock, while financial institutions, foreign investors and others own the rest of the Company's common stocks.

#### Consolidated Subsidiaries and Equity Method Investees

Consolidated subsidiaries and equity method investees as of December 31, 2007, are as follows:

| ( in millions of Korean won) | Shareholders' equity | Total issued and outstanding shares | Shares owned by | | | Percentage of ownership (%) |
|---|---|---|---|---|---|---|
| | | | LGE | Subsidiaries | Total | |
| **Domestic subsidiaries** | | | | | | |
| LG Micron Ltd. | 335,692 | 7,500,000 | 2,699,702 | - | 2,699,702 | 36.00 |
| LG Innotek Co., Ltd. | 255,869 | 8,620,800 | 6,017,400 | - | 6,017,400 | 69.80 |
| LG.Philips LCD Co., Ltd. | 8,289,373 | 357,815,700 | 135,625,000 | - | 135,625,000 | 37.90 |
| Hi Plaza Inc. | 118,344 | 7,440,000 | 7,440,000 | - | 7,440,000 | 100.00 |
| Hi Business Logistics | 21,910 | 720,000 | 720,000 | - | 720,000 | 100.00 |
| LG fund for small and medium enterprises | 17,036 | 1 | 1 | 1 | 1 | 50.00 |
| Innovation Investment Fund (formerly Blue Ocean Investment Association) | 11,829 | 1 | 1 | 1 | 1 | 83.33 |
| **Domestic equity method investees** | | | | | | |
| Hankuk Electric Glass Co., Ltd. | 430,050 | 8,073,375 | 1,614,675 | - | 1,614,675 | 20.00 |
| LG-Nortel Co., Ltd. | 481,032 | 2,000,000 | 999,999 | - | 999,999 | 50.00 |
| Korea Information Certificate Authority Inc. | 20,388 | 4,280,000 | 400,000 | - | 400,000 | 9.27 |
| Paju Electric Glass Co., Ltd. | 55,142 | 3,600,000 | - | 1,440,000 | 1,440,000 | 40.00 |
| System Air-con Engineering Ltd. | 1,854 | 340,000 | 340,000 | - | 340,000 | 100.00 |

10

LGE00092678

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
### December 31, 2007 and 2006

*( in millions of Korean won)*

| | Shareholders' equity | Total issued and outstanding shares | LGE | Subsidiaries | Total | Percentage of ownership (%) |
|---|---|---|---|---|---|---|
| Overseas subsidiaries | | | | | | |
| LG Electronics Austria GmbH (LGEAG) | 10,005 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Alabama, Inc. (LGEAI) | 66,923 | 266 | - | 266 | 266 | 100.00 |
| LG Electronics Almaty Kazak Co., Ltd. (LGEAK) | 20,562 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Australia Pty, Ltd. (LGEAP) | 35,871 | 2,685,000 | 2,685,000 | - | 2,685,000 | 100.00 |
| LG Electronics Klima Sanayi ve Ticaret P.S. (LGEAT) | 73,910 | 288,000 | 144,000 | - | 144,000 | 50.00 |
| LG Electronics Da Amazonia Ltda. (LGEAZ) | 184,213 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Colombia Ltda. (LGECB) | 50,708 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics China Co., Ltd. (LGECH) | 21,786 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Canada, Inc. (LGECI) | 35,231 | 42,900 | 42,900 | - | 42,900 | 100.00 |
| LG Electronics Inc. Chile Limitada (LGECL) | 30,034 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Czech S.R.O. (LGECZ) | 14,754 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Deutschland GmbH (LGEDG) | 38,693 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Egypt S.A.E. (LGEEG) | 5,391 | 144,000 | 136,800 | - | 136,800 | 95.00 |
| LG Electronics Espana S.A. (LGEES) | 34,533 | 472,967 | - | 472,967 | 472,967 | 100.00 |
| LG Goldstar France S.A.R.L. (LGEFS) | 22,997 | 69,848 | - | 69,848 | 69,848 | 100.00 |
| LG Electronics Gulf FZE (LGEGF) | 17,245 | 40 | 40 | - | 40 | 100.00 |
| LG Electronics HK Limited (LGEHK) | (1,052) | 6,752,817 | 6,752,817 | - | 6,752,817 | 100.00 |
| LG Electronics Nature (Hangzhou) Recording Media Co., Ltd.(LGEHN) | 11,240 | [1] | [1] | [1] | [1] | 70.00 |
| LG Electronics Hellas S. A. (LGEHS) | 8,167 | 1,600,000 | - | 1,600,000 | 1,600,000 | 100.00 |
| LG Electronics Huizhou Inc. (LGEHZ) | 49,743 | [1] | [1] | [1] | [1] | 80.00 |
| LG Electronics India PVT Ltd. (LGEIL) | 252,173 | 113,128,726 | 113,128,726 | - | 113,128,726 | 100.00 |
| PT LG Electronics Indonesia Ltd. (LGEIN) | 89,156 | 51,920 | 51,920 | - | 51,920 | 100.00 |
| LG Electronics Italy S.P.A. (LGEIS) | 17,168 | 18,785,000 | - | 18,785,000 | 18,785,000 | 100.00 |
| LG Electronics Japan Inc. (LGEJP) | 4,571 | 1,380,000 | 1,380,000 | - | 1,380,000 | 100.00 |
| Kunshan LGMS Computer Co., Ltd. (LGEKS) | 10,100 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Latvia, LLC (LGELV) | 3,756 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Mlawa SP.Zo.O. (LGEMA) | 135,171 | 412,616 | 412,616 | - | 412,616 | 100.00 |
| LG Electronics Morocco S.A.R.L. (LGEMC) | 10,113 | 315,213 | 315,213 | - | 315,213 | 100.00 |
| GoldStar MobileComm.France S.A.S.U(LGEMF) | 7,857 | 400,000 | 400,000 | - | 400,000 | 100.00 |
| LG Electronics Magyar Kft (LGEMK) | 17,066 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics (M) SDN.BHD (LGEML) | 4,058 | 28,515,181 | 28,515,181 | - | 28,515,181 | 100.00 |
| LG Electronics Monterrey Mexico S.A. DE C.V. (LGEMM) | 45,460 | 70,162 | 6 | 70,156 | 70,162 | 100.00 |
| LG Electronics Mobile Research U.S.A.,LLC (LGEMR) | 3,959 | [1] | [1] | [1] | [1] | 100.00 |
| LG Electronics Mexico S.A. DE C.V. (LGEMS) | 112,146 | 714,328 | 714,028 | 300 | 714,328 | 100.00 |

11

LGE00092679

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
### December 31, 2007 and 2006

| ( in millions of Korean won) | Shareholders' equity | Total issued and outstanding shares | Shares owned by | | | Percentage of ownership (%) |
|---|---|---|---|---|---|---|
| | | | LGE | Subsidiaries | Total | |
| LG Electronics Mexicali S.A.D.E C.V.(LGEMX) | 14,862 | 899,625 | - | 899,625 | 899,625 | 100.00 |
| LG Electronics (Nanjing) Plazma Co., Ltd. (LGENP) | 21,188 | | | | | 100.00 |
| Nanjing LG-Tontru Color Display System Co., Ltd. (LGEND) | 44,456 | | | | | 70.00 |
| LG Electronics Philippines, Inc. (LGEPH) (formerly LGECM) | 4,131 | 739,036 | 739,036 | - | 739,036 | 100.00 |
| LG Electronics Polska SP.Zo. O. (LGEPL) | 30,913 | 28,366 | - | 28,366 | 28,366 | 100.00 |
| Nanjing LG Panda Appliances Co., Ltd. (LGEPN) | 35,706 | | | | | 70.00 |
| **Overseas subsidiaries** | | | | | | |
| LG Electronics Peru S.A. (LGEPR) | 17,708 | 59,626,822 | 59,626,822 | - | 59,626,822 | 100.00 |
| LG Electronics Panama S.A. (LGEPS) | 44,223 | 193,747 | 193,747 | - | 193,747 | 100.00 |
| LG Electronics Portugal (LGEPT) | 8,088 | | | | | 100.00 |
| Quingdao LG Inspur Digital Communication Co., Ltd.(LGEQD) | 20,079 | | | | | 70.00 |
| LG Electronics Qinhuangdao Co., Ltd. (LGEQH) | 10,070 | | | | | 100.00 |
| LG Electronics RUS, LLC(LGERA) | 46,182 | | | | | 100.00 |
| LG Electronics Russia Inc. (LGERI) | 10,518 | 2,410 | 2,290 | - | 2,290 | 95.00 |
| LG Electronics Romania S.R.L (LGERO) | 12,552 | 2,052,000 | - | 2,052,000 | 2,052,000 | 100.00 |
| LG Electronics Reynosa. S.A. DEC.V. (LGERS) | 37,774 | 72,000 | - | 72,000 | 72,000 | 100.00 |
| LG Electronics S.A. Pty Ltd. (LGESA) | 30,719 | 293,344,000 | 293,344,000 | - | 293,344,000 | 100.00 |
| LG Electronics European Holdings B.V. (LGEEH) | 44,639 | 6,544 | 6,544 | - | 6,544 | 100.00 |
| LG Electronics European Logistics & Services B.V(LGELS) | 9,358 | | | | | 100.00 |
| LG Electronics European Shared Service Center B.V. (LGESC) | 1,885 | 150,000 | - | 150,000 | 150,000 | 100.00 |
| LG Electronics Benelux(LGEBN) | 9,982 | 18,000 | - | 18,000 | 18,000 | 100.00 |
| LG Electronics JIT Europe B.V.(LGEJE) | 575 | 180 | - | 180 | 180 | 100.00 |
| Shanghai LG Electronics Co., Ltd. (LGESH) | 18,950 | | | | | 70.00 |
| LG Electronics Singapore Pte Ltd. (LGESL) | 5,851 | 11,083,999 | 11,083,999 | - | 11,083,999 | 100.00 |
| LG Electronics de Sao Paulo Ltda. (LGESP) | 191,363 | | | | | 100.00 |
| LG Electronics Sweden AB (LGESW) | 8,220 | 76,157 | - | 76,157 | 76,157 | 100.00 |
| LG Electronics Shenyang Inc. (LGESY) | 63,601 | | | | | 78.87 |
| LG Electronics Tianjin Appliance Co., Ltd. (LGETA) | 166,839 | | | | | 80.00 |
| LG Electronics Thailand Co., Ltd. (LGETH) | 43,064 | 6,138,995 | 6,138,995 | - | 6,138,995 | 100.00 |

12

LGE00092680

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
### December 31, 2007 and 2006

| *( in millions of Korean won)* | Shareholders' equity | Total issued and outstanding shares | Shares owned by | | | Percentage of ownership (%) |
|---|---|---|---|---|---|---|
| | | | LGE | Subsidiaries | Total | |
| Taizhou LG-Chunlan Home Appliances Co., Ltd.(LGETR) (formerly LGECT) | 74,728 | 1 | 1 | 1 | 1 | 100.00 |
| LG Taistar Electronics Taiwan Co., Ltd. (LGETT) | 11,683 | 52,892,542 | 52,892,542 | - | 52,892,542 | 99.94 |
| LG Electronics United Kingdom Ltd. (LGEUK) | 15,431 | 192,000 | - | 192,000 | 192,000 | 100.00 |
| LG Electronics U.S.A., Inc. (LGEUS) | 111,702 | 32,884 | 32,884 | - | 32,884 | 100.00 |
| LG Electronics Vietnam Co., Ltd. (LGEVN) | 8,469 | 1 | 1 | 1 | 1 | 100.00 |
| LG Electronics Wroclaw Sp.Zo.o. (LGEWR) | 64,334 | 181,018 | 181,018 | - | 181,018 | 100.00 |
| Langchao LG Digital Mobile Communication Co., Ltd. (LGEYT) | 34,557 | 1 | 1 | 1 | 1 | 70.00 |
| LG Electronics MobileComm U.S.A. Inc. (LGEMU) (Subsidiary of LGEUS) | 36,288 | 10,000 | - | 10,000 | 10,000 | 100.00 |
| LG Software PVT, Ltd. (LGSI) | 14,599 | 9,946,000 | 9,946,000 | - | 9,946,000 | 100.00 |
| Zenith Electronics Corporation (Zenith) | 453,571 | 2,000 | - | 2,000 | 2,000 | 100.00 |
| EIC Properties PTE, Ltd. | 21,812 | 34,170,000 | 13,052,940 | - | 13,052,940 | 38.20 |
| LGE (China) R&D Center | 6,533 | 1 | 1 | 1 | 1 | 100.00 |
| LG Holdings (HK) Ltd | 283,064 | 204,006,285 | 64,914,800 | - | 64,914,800 | 31.82 |
| Beijing LG Building Development | 112,310 | 1 | 1 | 1 | 1 | 100.00 |
| **Overseas subsidiaries** | | | | | | 100.00 |
| LG Electronics Overseas Trading FZE (Dubai) | 46,893 | 1 | 1 | - | 1 | |
| LG.Philips LCD America,Inc. | 10,297 | 5,000,000 | - | 5,000,000 | 5,000,000 | 100.00 |
| LG.Philips LCD Japan Co., Ltd. | 5,831 | 1,900 | - | 1,900 | 1,900 | 100.00 |
| LG.Philips LCD Germany GmbH | 6,645 | 960,000 | - | 960,000 | 960,000 | 100.00 |
| LG.Philips LCD Taiwan Co., Ltd. | 15,628 | 11,550,000 | - | 11,549,994 | 11,549,994 | 100.00 |
| LG.Philips LCD Nanjing Co., Ltd. | 237,881 | 1 | - | 1 | 1 | 100.00 |
| LG.Philips LCD Hong Kong Co., Ltd. | 7,564 | 115,000 | - | 115,000 | 115,000 | 100.00 |
| LG.Philips LCD Shanghai Co., Ltd. | 3,007 | 1 | - | 1 | 1 | 100.00 |
| LG.Philips LCD Poland Sp. zo.o. | 154,231 | 5,110,710 | - | 4,103,277 | 4,103,277 | 80.00 |
| LG.Philips LCD Guangzhou Co.,Ltd | 62,224 | 1 | 1 | - | 1 | 100.00 |
| LG Innotek Huizhou Co., Ltd. | 28,750 | 1 | 1 | 1 | 1 | 100.00 |
| LG Innotek Yantai Co., Ltd. | 51,823 | 1 | 1 | 1 | 1 | 100.00 |
| PT.LG Innotek Indonesia | 6,977 | 5,000 | - | 5,000 | 5,000 | 100.00 |
| LG Innotek USA Inc. | 2,249 | 10,000 | - | 10,000 | 10,000 | 100.00 |
| LG Innotek Poland., Ltd | 7,132 | 95,742 | - | 95,742 | 95,742 | 100.00 |
| LG Micron(Fujian) Electronics Co., Ltd | 17,241 | 1 | 1 | 1 | 1 | 80.00 |
| LG.Philips LCD Shenzhen Co., Ltd. | 1,481 | 1 | 1 | 1 | 1 | 100.00 |
| Global Professional Sourcing Co., Ltd. | 289 | 1,000,000 | - | 700,000 | 700,000 | 70.00 |
| **Overseas equity method investees** | | | | | | |
| Hitachi-LG Data Storage Inc. (HLDS) | 55,343 | 30,000 | 14,700 | - | 14,700 | 49.00 |
| LG Electronics Argentina S.A. (LGEAR) | 11,114 | 36,925,000 | 1,846,250 | 35,078,750 | 36,925,000 | 100.00 |
| LG Electronics Egypt Cairo S.A.E. (LGEEC) | 2,882 | 13,510 | 13,510 | - | 13,510 | 100.00 |

13

LGE00092681

# LG Electronics Inc. and Subsidiaries
## Notes to Consolidated Financial Statements
### December 31, 2007 and 2006

*( in millions of Korean won)*

| | Shareholders' equity | Total issued and outstanding shares | Shares owned by | | | Percentage of ownership (%) |
|---|---|---|---|---|---|---|
| | | | LGE | Subsidiaries | Total | |
| LG Electronics Middle East Co., Ltd. (LGEME) | 462 | 32,999 | 32,999 | - | 32,999 | 100.00 |
| LG MITR Electronics Co., Ltd. (LGEMT) | 5,774 | 5,076,000 | 5,076,000 | - | 5,076,000 | 100.00 |
| LG Electronics Ukraine Co., Ltd. (LGEUR) | 1,041 | 1 | 1 | 1 | 1 | 100.00 |
| LG.Philips Displays Holding B.V. | (526,605) | 68,182 | - | 34,090 | 34,090 | 50.00 |
| Electromagnetica Goldstar S.R.L. | 1,016 | 2,650 | 1,325 | - | 1,325 | 50.00 |
| SLD TELECOM Pte. Ltd. | 168,274 | 246,150,000 | 62,458,000 | - | 62,458,000 | 25.37 |
| Triveni Digital Inc. | 1,031 | 22,357,500 | 19,500,000 | - | 19,500,000 | 87.22 |
| LG Electronics RUS-Marketing, LLC (LGERM) | 204 | 1 | 1 | 1 | 1 | 100.00 |
| Hi Logistics China Company Limited | 5,390 | 1 | 1 | 1 | 1 | 100.00 |
| Hi Logistics Europe B.V. | 2,576 | 12,000 | - | 12,000 | 12,000 | 100.00 |
| LG Pasig | 2,567 | 100 | - | 38 | 38 | 51.00 |
| LG Micron(Taiwan) Ltd. | 27 | 1 | 1 | 1 | 1 | 100.00 |
| LG SHAKER CO LTD (LGESR) | 9,176 | 371,250 | 181,913 | - | 181,913 | 49.00 |
| LG Electronics Africa Logistics  FZE(LGEAF) | 759 | 3 | 3 | - | 3 | 100.00 |
| LG Electronics Antwerp Logistics N.V. (LGEAL) | 1,275 | 10,000 | - | 10,000 | 10,000 | 100.00 |
| LG Electronics Wales Ltd. (LGEWA) | 836,880 | 2,042,203 | - | 2,042,203 | 2,042,203 | 100.00 |

[1]   There are no issued and outstanding shares since these are not a corporation.

The consolidated subsidiaries and equity method investees are classified in accordance with the Enforcement Decree on External Audit for Corporations and SKFAS No. 25, *Consolidated Financial Statements.*

Newly consolidated subsidiaries as of December 31, 2007, are as follows:

| Consolidated subsidiaries | Remarks |
|---|---|
| LG Electronics Austria GmbH (LGEAG) | Total assets increased to more than ₩7,000 million |
| LG Soft India PVT., Ltd. (LGELV) | Total assets increased to more than ₩7,000 million |
| LG Electronics Wroclaw Sp. Zo.o. (LGEWR) | Total assets increased to more than ₩7,000 million |
| LG Electronics Mobile Research U.S.A., LLC. (LGEMR) | Total assets increased to more than ₩7,000 million |
| Inovation Investment Fund (Formerly Blue Ocean Investment Association) | Total assets increased to more than ₩7,000 million |
| LG.Philips LCD Shenzhen Co., Ltd. | The subsidiary was newly established in 2007 |
| Global Professional Sourcing Co., Ltd. | The subsidiary was newly established in 2007 |

LGE00092682