Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC; | Case No. 07-cv-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF GARY R. CARNEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL**<br><br>**[EXHIBITS 1-34 AND 36-48 FILED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5]** |

1  *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06276;

2  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

3

4  *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;

5  *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

6

7  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

8  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

9

10  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

11  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

12

13  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510

I, Gary R. Carney, hereby declare as follows:

1. I am a Counsel with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*.

2. I submit this Declaration in support of Plaintiffs' Opposition to the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal, dated December 23, 2014. I have personal knowledge of the facts stated herein and could competently testify to these facts if called upon to do so.

3. Attached as Exhibit 1 is a true and correct copy of relevant excerpts from the Deposition of Jack Milliken, dated November 19, 2014, designated by Toshiba Corporation as Highly Confidential.

4. Attached as Exhibit 2 is a true and correct copy of relevant excerpts from the Deposition of Mio Tamba, dated September 24, 2014, designated Toshiba Corporation as Highly Confidential.

5. Attached as Exhibit 3 is a true and correct copy of relevant excerpts from the Deposition of Dae Eui Lee, dated January 16, 2013, designated by Samsung SDI as Highly Confidential.

6. Attached as Exhibit 4 is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0086245, designated by Samsung SDI as Highly Confidential.

7. Attached as Exhibit 5 is a true and correct copy of relevant excerpts from the Deposition of Jing Song Lu, Volume I, dated February 27, 2013, designated by Toshiba Corporation as Highly Confidential.

8. Attached as Exhibit 6 is a true and correct copy of relevant excerpts from the Deposition of Sheng-Jen Yang, Volume II, dated February 25, 2013, designated by Toshiba Corporation as Highly Confidential.

- 2 -

9. Attached as Exhibit 7 is a true and correct copy of relevant excerpts from the Deposition of Chih Chun-Liu, Volume II, dated February 20, 2013, designated by Toshiba Corporation as Highly Confidential.

10. Attached as Exhibit 8 is a true and correct copy of a certified translation of the document produced at Bates number CHU00028203, designated by Chunghwa Picture Tubes, Ltd. as Confidential.

11. Attached as Exhibit 9 is a true and correct copy of relevant excerpts from the Deposition of Tomoyuki Kawano, Volume I, dated October 27, 2014, designated by Toshiba Corporation as Highly Confidential.

12. Attached as Exhibit 10 is a true and correct copy of relevant excerpts from the Deposition of Chih Chun-Liu, Volume I, dated February 19, 2013, designated by Toshiba Corporation as Highly Confidential.

13. Attached as Exhibit 11 is a true and correct copy of relevant excerpts from the Deposition of Sheng-Jen Yang, Volume I, dated February 22, 2013, designated by Toshiba Corporation as Highly Confidential.

14. Attached as Exhibit 12 is a true and correct copy of relevant excerpts from the Deposition of Sheng-Jen Yang, Volume III, dated February 26, 2013, designated by Toshiba Corporation as Highly Confidential.

15. Attached as Exhibit 13 is a true and correct copy of a certified translation of the document produced at Bates number CHU00028240, designated by Chunghwa Picture Tubes, Ltd. as Confidential.

16. Attached as Exhibit 14 is a true and correct copy of a certified translation of the document produced at Bates number CHU00028224, designated by Chunghwa Picture Tubes, Ltd. as Confidential.

17. Attached as Exhibit 15 is a true and correct copy of a certified translation of the document produced at Bates number CHU00028209, designated by Chunghwa Picture Tubes, Ltd. as Confidential.

18. Attached as Exhibit 16 is a true and correct copy of relevant excerpts from the Deposition of Tomoyuki Kawano, Volume II, dated October 28, 2014, designated by Toshiba Corporation as Highly Confidential.

19. Attached as Exhibit 17 is a true and correct copy of a certified translation of the document produced at Bates number TSB-CRT-00036875, designated by Toshiba Corporation as Highly Confidential.

20. Attached as Exhibit 18 is a true and correct copy of a certified translation of the document produced at Bates number TSB-CRT00042334, designated by Toshiba Corporation as Highly Confidential.

21. Attached as Exhibit 19 is a true and correct copy of a certified translation of the document produced at Bates number TSB-CRT-00041620, designated by Toshiba Corporation as Highly Confidential.

22. Attached as Exhibit 20 is a true and correct copy of a certified translation of the document produced at Bates number TSB-CRT-00035350, designated by Toshiba Corporation as Highly Confidential.

23. Attached as Exhibit 21 is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0035375, designated by MT Picture Display Co., Ltd. as Confidential.

24. Attached as Exhibit 22 is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0002526, designated by Samsung SDI as Highly Confidential.

25. Attached as Exhibit 23 is a true and correct copy of a certified translation of the document produced at Bates number CHU00028229, designated by Chunghwa Picture Tubes, Ltd. as Confidential.

26. Attached as Exhibit 24 is a true and correct copy of the document produced at Bates number PHLP-CRT-014272, designated by Koninklijke Philips N.V. as Confidential.

27. Attached as Exhibit 25 is a true and correct copy of relevant excerpts from the document produced at Bates number TSB-CRT-00008294, designated by Toshiba Corporation as Confidential.

28. Attached as Exhibit 26 is a true and correct copy of the document produced at Bates number PHLP-CRT-167050, designated by Koninklijke Philips N.V. as Confidential.

29. Attached as Exhibit 27 is a true and correct copy of relevant excerpts from the Deposition of Koji Kurosawa, dated July 30, 2012, designated by Toshiba Corporation as Highly Confidential.

30. Attached as Exhibit 28 is a true and correct copy of the document produced at Bates number TAEC-CRT-00029951, designated by Toshiba America Electronic Components, Inc. as Highly Confidential.

31. Attached as Exhibit 29 is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0013890, designated by MT Picture Display Co., Ltd. as Highly Confidential.

32. Attached as Exhibit 30 is a true and correct copy of the document produced at Bates number TSB-CRT-00007798, designated by Toshiba Corporation as Confidential.

33. Attached as Exhibit 31 is a true and correct copy of a certified translation of the document produced at Bates number CHU00020661, designated by Chunghwa Picture Tubes, Ltd. as Confidential.

34. Attached as Exhibit 32 is a true and correct copy of the document produced at Bates number PHLP-CRT-159268, designated by Koninklijke Philips N.V. as Confidential.

35. Attached as Exhibit 33 is a true and correct copy of the document produced at Bates number PHLP-CRT-156380, designated by Koninklijke Philips N.V. as Confidential.

- 5 -

36. Attached as Exhibit 34 is a true and correct copy of the document produced at TSA-CRT00033173, designated by Thomson SA as Highly Confidential.

37. Attached as Exhibit 35 is a true and correct copy of relevant excerpts from Brad E. Muniz & Elizabeth Harper, *2012 U.S. Master GAAP Guide* (2011).

38. Attached as Exhibit 36 is a true and correct copy of relevant excerpts from the Deposition of Takashi Nakano, dated July 13, 2012, designated by Panasonic Corporation as Highly Confidential.

39. Attached as Exhibit 37 is a true and correct copy of relevant excerpts from Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, designated by Toshiba Corporation as Confidential.

40. Attached as Exhibit 38 is a true and correct copy of relevant excerpts from the Deposition of Tatsuo Tobinaga, dated July 16, 2012, designated by Panasonic Corporation as Highly Confidential.

41. Attached as Exhibit 39 is a true and correct copy of a certified translation of the document produced at Bates number TSB-CRT00067727, designated by Toshiba Corporation as Highly Confidential.

42. Attached as Exhibit 40 is a true and correct copy of relevant excerpts from the Deposition of Kazuhiro Nishimaru, Volume I, dated June 26, 2013, designated by Toshiba Corporation as Highly Confidential.

43. Attached as Exhibit 41 is a true and correct copy of relevant excerpts from the Deposition of Yoshiaki Uchiyama, dated August 1, 2012, designated by Toshiba Corporation as Highly Confidential.

44. Attached as Exhibit 42 is a true and correct copy of the document produced at Bates number MTPD-0167498, designated by MT Picture Display Co., Ltd. as Confidential.

45. Attached as Exhibit 43 is a true and correct copy of a certified translation of the document produced at Bates number CHU00030060, designated by Chunghwa Picture Tubes, Ltd. as Confidential.

46. Attached as Exhibit 44 is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0400554, designated by MT Picture Display Co., Ltd. as Confidential.

47. Attached as Exhibit 45 are true and correct copies of certified translations of the documents produced at Bates numbers MTPD-0400555 and MTPD-0400558, designated by MT Picture Display Co., Ltd. as Confidential and Highly Confidential, respectively.

48. Attached as Exhibit 46 is a true and correct copy of a certified translation of the document produced at Bates number PC-0021858, designated by Panasonic Corporation as Confidential.

49. Attached as Exhibit 47 is a true and correct copy of a certified translation of the document produced at Bates number PC-0023105, designated by Panasonic Corporation as Confidential.

50. Attached as Exhibit 48 is a true and correct copy of relevant excerpts from the Deposition of Tomoyuki Kawano, Volume III, dated October 29, 2014, designated by Toshiba Corporation as Highly Confidential.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2014, in New York, New York.

*/s/ Gary R. Carney*
Gary R. Carney