# EXHIBIT 1

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# E<small>XHIBIT</small> 2

**(L<small>ODGED</small> U<small>NDER</small> S<small>EAL</small> P<small>URSUANT</small>
<small>TO</small> C<small>IVIL</small> L<small>OCAL</small> R<small>ULE</small> 79-5)**

# EXHIBIT 3

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 4

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 5

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 6

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 7

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 8

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 9

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 10

**(LODGED UNDER SEAL PURSUANT**
**TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 11

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 12

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 13

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 14

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5)**

# E<span>XHIBIT</span> 15

**(L<span>ODGED</span> U<span>NDER</span> S<span>EAL</span> P<span>URSUANT</span>
<span>TO</span> C<span>IVIL</span> L<span>OCAL</span> R<span>ULE</span> 79-5)**

# EXHIBIT 16

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 17

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 18

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 19

### (LODGED UNDER SEAL PURSUANT
### TO CIVIL LOCAL RULE 79-5)

# EXHIBIT 20

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 21

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# E<small>XHIBIT</small> 22

**(L<small>ODGED</small> U<small>NDER</small> S<small>EAL</small> P<small>URSUANT</small> TO C<small>IVIL</small> L<small>OCAL</small> R<small>ULE</small> 79-5)**

# EXHIBIT 23

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 24

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 25

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 26

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 27

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 28

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 29

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 30

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 31

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 32

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 33

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 34

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5)**