# EXHIBIT 36

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 37

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 38

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 39

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 40

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 41

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 42

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 43

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 44

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 45

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 46

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 47

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**

# EXHIBIT 48

**(LODGED UNDER SEAL PURSUANT
TO CIVIL LOCAL RULE 79-5)**