Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7356
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER DENYING THE TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL** |
| ALL INDIRECT PURCHASER ACTIONS | |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd. etal.*, No. 11-cv-01656; | |
| *Siegel v. Hitachi, Ltd.,et al.* No. 11-cv-05502; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC; | |
| <u>*Interbond Corporation of America v. Hitachi, et*</u> | |

1

1 *al.*, No. 11-cv-06276;

2 *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

3

4 *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;

5 *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

6

7 *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

8 *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

9

10 *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

11 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

12

13 *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER DENYING TOSHIBA'S MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL
CASE NO. 07-5944-SC; MDL NO. 1917

- 1 -

Upon consideration of the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal, all papers filed in support of and in opposition to said motion and the arguments of counsel, IT IS HEREBY ORDERED:

The Motion is DENIED.

DATED:_____          _____
                                 HON. SAMUEL CONTI
                                 UNITED STATES DISTRICT JUDGE