Mario N. Alioto (56433)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

Lead Counsel for Indirect Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.: 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd.*, et al., No. 11-cv-06397<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723<br><br>*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275<br><br>*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726 | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Date: February 6, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>The Honorable Samuel Conti |

1
2    *Sears, Roebuck and Co., & Kmart Corp. v.*
     *Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-
3    05514-SC

4    *Sears, Roebuck and Co. and Kmart Corp. v.*
     *Technicolor SA*, No. 3:13-cv-05262
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 7-11 and 79-5(d), the Indirect-Purchaser Plaintiffs and the above-captioned Direct Action Plaintiffs ("Plaintiffs") hereby move for administrative relief regarding Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on Indirect Purchaser Claims Based on Foreign Sales.  Plaintiffs respectfully request an order permitting Plaintiffs to file the following documents, or portions thereof, under seal:

    1.    Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on Indirect Purchaser Claims Based on Foreign Sales;

    2.    The Declaration of Mario N. Alioto In Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on Indirect Purchaser Claims Based on Foreign Sales (the "Alioto Declaration"); and

    3.    Exhibits 2-17, 19-145, and 148 to the Alioto Declaration.

This motion is supported by the Declaration of Lauren C. Capurro in Support of the Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Capurro Declaration"), dated December 23, 2014.  See Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Capurro Declaration, the documents that Plaintiffs seek to file under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (Dkt. 306, amended at Dkt. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."  See Capurro Decl., ¶ 4.

Plaintiffs take no position whether the designated documents satisfy the requirements for sealing.  Although Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality, it is Defendants' burden to show good

cause for sealing the designated documents by submitting a declaration within four days of the lodging of the designated documents.  See Civil Local Rule 79-5(e).

Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation.  See Civil Local Rules 7-11(a) (requiring explanation of lack of stipulation).

Dated: December 23, 2014                    Respectfully submitted,

/s/ Lauren C. Capurro

Mario N. Alioto
Lauren C. Capurro
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

*Liaison Counsel for the Direct Action Plaintiffs*