1 | Mario N. Alioto (56433)
Lauren C. Capurro (241151)
2 | **TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
3 | San Francisco, CA 94123
Telephone: (415) 563-7200
4 | Facsimile: (415) 346-0679
malioto@tatp.com
5 | laurenrussell@tatp.com

6 | *Lead Counsel for Indirect Purchaser Plaintiffs*

7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.: 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd.*, et al., No. 11-cv-06397<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723<br><br>*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275<br><br>*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726 | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>The Honorable Samuel Conti |

*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262

GOOD CAUSE APPEARING THEREFORE, Plaintiffs' Administrative Motion To Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                              HON. SAMUEL CONTI
                                                              UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917