Mario N. Alioto (56433)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.: 3:07-cv-05944-SC MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS BASED ON FOREIGN SALES** |
| ALL INDIRECT-PURCHASER ACTIONS | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* Case No. 3:11-cv-05513 | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05264 | Date: February 6, 2015 Time: 10:00 a.m. Place: Courtroom 1 |
| *Costco Wholesale Corporation v. Hitachi, Ltd.,* et al., No. 11-cv-06397 | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.,* No. 13-cv-05723 | The Honorable Samuel Conti |
| *Interbond Corp. of America v. Hitachi, Ltd., et al.,* Case No. 3:11-cv-06275 | |
| *Interbond Corp. of America v. Technicolor SA, et al.,* Case No. 3:13-cv-05727 | |
| *Office Depot, Inc. v. Hitachi, Ltd., et al.,* Case No. 3:11-cv-06276 | |
| *Office Depot, Inc. v. Technicolor SA, et al.,* Case | |

1   No. 3:13-cv-05726

2

3   *Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC

4

5   *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

1      I, Mario N. Alioto, declare as follows:

2      I am an attorney duly licensed to practice in the State of California and before this

3 Court. I am Lead Counsel for the Indirect Purchaser Plaintiffs. I have personal knowledge

4 of the facts set forth herein, and could and would be competent to testify thereto if called

5 upon to do so.

6      1.     Attached as **Exhibit 1** is a true and correct copy of the United States

7 Department of Justice Press Release entitled *Former Executive Indicted for His Role in*

8 *Two Cathode Ray Tube Price-Fixing Conspiracies*, dated February 10, 2009, which states:

9 "As Acting Assistant Attorney General in charge of the Antitrust Division Scott Hammond

10 stated: "This conspiracy harmed countless Americans who purchased computers and

11 televisions using cathode ray tubes sold at fixed prices."

12      2.     Attached as **Exhibit 2** is a true and correct copy of

13

14

15

16      3.     Attached as **Exhibit 3** is a true and correct copy of April 15, 2014 Expert

17 Report of Janet S. Netz, Ph.D (hereafter "Netz Report").

18      4.     The cartel allegedly consisted of 14 defendant groups: Beijing Matsushita

19 Color CRT Company, Ltd. ("BMCC"); Chunghwa Picture Tubes Ltd. ("Chunghwa");

20 Orion Electric Company ("Daewoo/Orion" or "OEC"), Hitachi Ltd., its related Hitachi

21 subsidiaries ("Hitachi"), IRICO, LG Electronics, Inc. ("LG"), Philips Display Components

22 ("Philips"), LG.Philips Displays (a CRT joint venture between LG and Philips known as

23 "LPD"), Toshiba Corporation and its related Toshiba subsidiaries; Matsushita Electric

24 Corporation and its related Matsushita subsidiaries; MT Picture Display Co., Ltd. (a CRT

25 joint venture between Toshiba and Matsushita known as "MTPD"); Samsung SDI Co. Ltd.

26 and its related subsidiaries; Samtel Color Ltd.; and Thai CRT Company, Ltd.).

27 Daewoo/Orion, LPD, and Thai CRT no longer exist. In addition, Thomson, Mitsubishi

28

1   and Videocon are named as defendants by certain DAPs and are named as co-conspirators

2   by the IPPs.

3        5.      Attached as **Exhibit 4** is a true and correct copy of

8        6.      Attached as **Exhibit 5** is a true and correct copy of an excerpt of the

13       7.      Attached as **Exhibit 6** is a true and correct copy of

17       8.      Attached as **Exhibits 7, 8** and **9** are true and correct copies of

25       9.      Attached as **Exhibit 10** is a true and correct copy of an excerpt of the

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917



10. Attached as **Exhibit 11** is a true and correct copy of

11. Attached as **Exhibit 12** is a true and correct copy of

12. Attached as **Exhibit 13** is a true and correct copy of an excerpt of the

3

13.   Attached as **Exhibit 14** is a true and correct copy of

14.   Attached as **Exhibit 15** is a true and correct copy of

).

15.   Attached as **Exhibit 16** is a true and correct copy of

).

16.   Attached as **Exhibit 17** is a true and correct copy of excerpts of the

4



*     *     *

*     *     *

17.     Attached as **Exhibit 18** is a true and correct copy of Samsung SDI Co., Ltd.'s Amended Plea Agreement, *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. May 17, 2011) (Dkt. 29).

18.     Attached as **Exhibit 19** is a true and correct copy of

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

1   ████████████████████████████████████.  "MKA" stands for Matsushita

2   Kotobuki Electronic Industries of America, Inc., which had a television factory in

3   Vancouver, Washington that made Panasonic-branded televisions for the U.S. market.

4         19.     Attached as **Exhibit 20** is a true and correct copy of an excerpt of the

5   ████████████████████████████████████

6   ████████████████████████████████████

7   ██

8         20.     Attached as **Exhibit 21** are true and correct copies of ██

9   ████████████████████████████████████

10  ████████████████████████████████████

11  ████████████████████████████████████

12  ████████████████████████████████████

13  ████████████████████████████████████

14  ████████████████████████████████████

15  ████████████████████████████████████

16  ██████████).

17        21.     Attached hereto as **Exhibit 22**, are true and correct copies of

18  ████████████████████████████████████

19  ████████████████████████████████████

20  ████████████████████████████████████

21  ██████████).

22        22.     Attached hereto as **Exhibit 23** is a true and correct copy of ██

23  ████████████████████████████████████

24  ████████████████████████████████████,

25  which had a factory in Forest City, Arkansas. *See*

26  http://www.arkansasbusiness.com/article/45104/sanyo-to-end-tv-production-at-forrest-

27  city-keep-hq-distribution (accessed December 17, 2014)).

28

1    23.    Attached as **Exhibit 24** is a true and correct copy of

2

3

4    24.    Attached as **Exhibit 25** is a true and correct copy of

5

6

7

8

9

10

11

12

13

14

15   25.    Attached as **Exhibit 26** is a true and correct copy of an excerpt of the

16

17

18

19

20   26.    Attached as **Exhibit 27** is a true and correct copy of

21

22

23

24   27.    Attached as **Exhibit 28** is a true and correct copy of an excerpt of the

25

26

27

28

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917



28.     Attached as **Exhibit 29** is a true and correct copy of

29.     Attached as **Exhibit 30** is a true and correct copy of

Attached as **Exhibit 31** is a true and correct copy of

31.     Attached hereto as **Exhibit 32** is a true and correct copy of

8

1 █████████████████████████████████████████████

2 ███

3     32.    Attached hereto as **Exhibit 33** is a true and correct copy of

4 ████████████████████████████████████████████████

5 ████████

6     33.    Attached hereto as **Exhibit 34** is a true and correct copy of ██

7 ████████████████████████████████████████████████████

8

9

10

11 ███

12     34.    Attached hereto as **Exhibit 35** is a true and correct copy of ███

13

14

15

16

17     35.    Attached hereto as **Exhibit 36** is a true and correct copy of ██

18

19

20

21

22     36.    Attached hereto as **Exhibit 37** is a true and correct copy of ██

23

24

25

26

27

28

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

1

2

3

4

5       37.     Attached hereto as **Exhibit 38** is a true and correct copy of

6

7

8

9       38.     Attached hereto as **Exhibit 39** is a true and correct copy of

10

11

12      39.     Attached as **Exhibit 40** is a true and correct copy of the

13

14

15

16

17

18      40.     Attached hereto as **Exhibit 41** is a true and correct copy of the

19

20

21

22

23      41.     Attached as **Exhibit 42** is a true and correct copy of

24

25

26

27

28

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

1          Attached as **Exhibit 43** is a true and correct copy of an excerpt of the

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          43.       Attached as **Exhibit 44** is a true and correct copy of an excerpt of the

24

25

26          44.       Attached as **Exhibit 45** is a true and correct copy of

27

28

11

1

2

3

4

5

6

7

8      45.     Attached hereto as **Exhibit 46** is a true and correct copy of the Samsung

9    SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of

10   Interrogatories Nos. 4 and 5.

11

12

13

14

15

16

17

18

19      46.    Attached as **Exhibit 47** is a true and correct copy of

20

21

22

23

24

25

26

27

28

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

1    47.    Attached as **Exhibit 48** is a true and correct copy of



7    48.    Attached as **Exhibit 49** is a true and correct copy of

13    49.    Attached hereto as **Exhibit 50** is a true and correct copy of

20    50.    Attached as **Exhibit 51** is a true and correct copy of

25    51.    Attached as **Exhibit 52** is a true and correct copy of

13

1

2

3    52.    Attached as **Exhibit 53** is a true and correct copy of

4

5

6

7    53.    Attached as **Exhibit 54** is a true and correct copy of excerpts of the

8

9

10

11

12

13

14

15

16

17    54.    Attached as **Exhibit 55** is a true and correct copy of

18

19

20

21

22

23

24    55.    Attached as **Exhibit 56** is a true and correct copy of

25

26

27

28

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917



56.   Attached as **Exhibit 57** is a true and correct copy of

57.   Attached as **Exhibit 58** is a true and correct copy of

58.   Attached as **Exhibit 59** is a true and correct copy of excerpts of the

59.   Attached as **Exhibit 60** is a true and correct copy of

60.   Attached as **Exhibit 61** is a true and correct copy of

15



61.     Attached as **Exhibit 62** is a true and correct copy of

62.     Attached as **Exhibit 63** is a true and correct copy of

63.     Attached as **Exhibit 64** is a true and correct copy of

64.     Attached as **Exhibit 65** is a true and correct copy of

65.     Attached as **Exhibit 66** is a true and correct copy of

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

1
2

3      66.      Attached as **Exhibit 67** is a true and correct copy of an excerpt of the

4
5

6      67.      Attached as **Exhibit 68** is a true and correct copy of

7
8
9
10
11
12
13
14

15      68.      Attached as **Exhibit 69** is a true and correct copy of

16
17
18
19
20
21
22

23      69.      Attached as **Exhibit 70** is a true and correct copy of

24
25
26
27
28

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

1    70.    Attached as **Exhibit 71** is a true and correct copy of

2

3

4

5

6

7

8    71.    Attached as **Exhibit 72** is a true and correct copy of an excerpt of the

9

10

11

12

13

14    72.    Attached as **Exhibit 73** is a true and correct copy of

15

16

17

18    73.

19                                                   Attached as **Exhibit 74** is a true and correct copy

20    of

21

22

23

24

25

26

27

28



18

74.     Attached as **Exhibit 75** is a true and correct copy of

75.     Attached as **Exhibit 76** is a true and correct copy of

76.     Attached as **Exhibit 77** is a true and correct copy of

77.     Attached as **Exhibit 78** is a true and correct copy of

78.     Attached as **Exhibit 79** is a true and correct copy of

79.     Attached as **Exhibit 80** is a true and correct copy of

80.     Attached as **Exhibit 81** is a true and correct copy of excerpts of the

19



81.    Attached as **Exhibit 82** is a true and correct copy of

82.

Attached as **Exhibit 83** is a true and correct copy of

83.    Attached as **Exhibit 84** is a true and correct copy of

84.    Attached as **Exhibit 85** is a true and correct copy of

85.    Attached as **Exhibit 86** is a true and correct copy of

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917



86.    Attached hereto as **Exhibit 87** is a true and correct copy of excerpts of the

87.    Attached as **Exhibit 88** is a true and correct copy of excerpts of the

88.    Attached as **Exhibit 89** is a true and correct copy of

89.    Attached as **Exhibit 90** is a true and correct copy of

90.    Attached as **Exhibit 91** is a true and correct copy of

21

1    91.    Attached as **Exhibit 92** is a true and correct copy of

2

3

4

5

6

7

8    92.    Attached as **Exhibit 93** is a true and correct copy of

9

10

11

12    93.    Attached as **Exhibit 94** is a true and correct copy of

13

14

15

16

17

18

19

20

21

22    94.    Attached as **Exhibit 95** is a true and correct copy of excerpts of the

23

24

25

26

27

28

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

1    95.    Attached as **Exhibits 96, 97** and **98** are true and correct copies of

2

3

4

5

6    96.    Attached as **Exhibit 99** is a true and correct copy of excerpts of the

7

8

9

10

11

12

13    97.    Attached as **Exhibit 100** is a true and correct copy of

14

15

16

17

18

19    98.    Attached as **Exhibit 101** is a true and correct copy of

20

21

22

23    99.    Attached as **Exhibit 102** is a true and correct copy of

24

25

26

27

28



DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

100.   Attached as **Exhibit 103** are a true and correct copies of

101.   Attached as **Exhibit 104** is a true and correct copy of

102.   Attached hereto as **Exhibit 105** is a true and correct copy of

103.   Attached as **Exhibit 106** is a true and correct copy of an excerpt of the

104.   Attached as **Exhibit 107** is a true and correct copy of

24

1

2

3       105.   Attached as **Exhibit 108** is a true and correct copy of

4

5

6

7

8       106.   Attached as **Exhibit 109** is a true and correct copy of

9

10

11

12       107.   Attached as **Exhibit 110** is a true and correct copy of

13

14

15

16

17

18       108.   Attached as **Exhibit 111** is a true and correct copy of

19

20

21

22       109.   Attached as **Exhibit 112** is a true and correct copy of an excerpt of the

23

24

25       110.   Attached as **Exhibit 113** is a true and correct copy of an excerpt of the

26

27

28

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917



111.  Attached as **Exhibit 114** is a true and correct copy of an excerpt of the

112.  Attached as **Exhibit 115** are true and correct copies of

113.

Attached as **Exhibit 116** is a true and correct copy of

114.

Attached as **Exhibit 117** is a true and correct copy of

115.

Attached as **Exhibit 118** is a true and correct copy of

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917



Attached as **Exhibit 119** is a true and correct copy of an excerpt of the

117.

Attached as **Exhibit 120** is a true and correct copy of

118.   Attached as **Exhibit 121** is a true and correct copy of an excerpt of the

27

1 
2 

3    119.   Attached as **Exhibit 122** is a true and correct copy of an excerpt of the

4 
5 
6 

7    120.   Attached as **Exhibit 123,** is a true and correct copy of excerpts of the

8 
9 
10 

11   121.   Attached as **Exhibit 124** is a true and correct copy of an excerpt of the

12 
13 

14   122.   Attached as **Exhibit 125** is a true and correct copy of an excerpt of the

15 
16 

17   123.   Attached hereto as **Exhibit 126** is a true and correct copy of

18 
19 
20 
21 

22   124.   Attached as **Exhibit 127** is a true and correct copy of

23 
24 
25 
26 

27 
28

125.   Attached as **Exhibit 128** is a true and correct copy of

126.   Attached as **Exhibit 129** is a true and correct copy of an excerpt of the

127.   Attached as **Exhibit 130** is a true and correct copy of an excerpt of the

).

128.   Attached as **Exhibit 131** is a true and correct copy of

).

129.   Attached as **Exhibit 132** is a true and correct copy of

.

130.   Attached as **Exhibit 133** is a true and correct copy of

29

131.   Attached as **Exhibit 134** is a true and correct copy of

132.   Attached as **Exhibit 135** is a true and correct copy of

133.   Attached as **Exhibit 136** is a true and correct copy of

134.   Attached as **Exhibit 137** is a true and correct copy of

135.   Attached as **Exhibit 138** is a true and correct copy of

136.   Attached as **Exhibit 139** is a true and correct copy of

137.   Attached as **Exhibit 140** is a true and correct copy of

138.   Attached as **Exhibit 141** is a true and correct copy of

139.   Attached as **Exhibit 142** is a true and correct copy of

140.   Attached as **Exhibit 143** is a true and correct copy of

141.   Attached as **Exhibit 144** is a true and correct copy of

142.   Attached as **Exhibit 145** is a true and correct copy of

143.   Attached as **Exhibit 146** is a true and correct copy of "Repeal the FTAIA! (Or at Least Consider It as Coextensive with *Hartford Fire*)," *CPI Antitrust Chronicle* (Sept.2014), which is the article cited in *Motorola Mobility LLC v. AU Optronics Corp.*, No. 14–8003, --- F.3d ----, 2014 WL 6678622, *10 (7th Cir. Nov. 26, 2014).

31

1       144.   Attached as **Exhibit 147** is a true and correct copy of the Brief for the

2   United States and the Federal Trade Commission as Amici Curiae In Support of Neither

3   Party, Doc. No. 89, No. 14-8003 (7th Cir., filed September 5, 2014).

4       145.   Attached as **Exhibit 148** is a true and correct copy of

5

6

7       I declare under penalty of perjury that the foregoing is true and correct.  Executed

8   on December 23, 2014 at San Francisco, California.

9

10                    /s/ Mario N. Alioto
                     Mario N. Alioto

DECL. OF MARIO N. ALIOTO ISO PLAINTIFFS' OPPOS. TO DEFENDANTS' MOT. FOR PARTIAL
SUMMARY JUDGMENT ON INDIRECT PURCHASER CLAIMS
BASED ON FOREIGN SALES
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917