Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC; | Case No. 07-cv-05944 SC<br><br>MDL No. 1917<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)** |

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;

*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510

Pursuant to Civil Local Rules 7-11 and 79-5, the Direct Action Plaintiffs and Indirect Purchaser Plaintiffs ("Plaintiffs") will, and hereby do, respectfully move this Court for leave to submit under seal portions of Plaintiffs' Opposition to the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal ("Withdrawal MSJ Opposition"), as well as Exhibits 1-34 and 36-48 to the Declaration of Gary R. Carney in Support of Plaintiffs' Withdrawal MSJ Opposition. In support of this request, Plaintiffs submit the Declaration of Gary R. Carney and a [Proposed] Order in compliance with Local Rule 79-5(d).

Specifically, the following exhibits and portions of Plaintiffs' Withdrawal MSJ Opposition contain, discuss, analyze, or directly reference information designated by other parties as "Confidential" or "Highly Confidential" pursuant to the Protective Order entered in the above-captioned case:

| DOCUMENT | PAGE:LINE REF. OR EXHIBIT NOS. |
| --- | --- |
| Plaintiffs' Withdrawal MSJ Opposition | 2:7-11 and 17-23<br>3:1-2<br>4:6-8 and 11-25<br>5:1-17<br>5:19 – 6:6<br>6:8-18 and 21-28<br>7:8-23 and 27-28<br>8:2-28<br>9:3-6 and 9-24<br>10:1 – 11:17<br>11:21-23 and 25-28<br>12:1-4<br>15:20-22<br>16:1-3 and 20-27<br>17:12-22<br>18:16-19<br>21:9-18 |
| Declaration of Gary R. Carney in Support of Plaintiffs' Withdrawal MSJ Opposition | Exhibits 1-34 and 36-48 |

All of the information subject to this administrative motion to file under seal has been designated "Confidential" or "Highly Confidential" by defendants Chunghwa Picture Tubes, Ltd.; Koninklijke Philips N.V.; MT Picture Display Co., Ltd.; Panasonic Corporation; Samsung SDI; Thomson SA; Toshiba America Electronic Components, Inc., or Toshiba Corporation under the Stipulated Protective

- 1 -
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(B), AND 79-5(E)
CASE NO. 07-5944-SC; MDL NO. 1917

Order entered in this case.  Plaintiffs seek to submit the above material under seal in good faith in order to comply with the Protective Order and this Court's Local Rules.

Pursuant to the Local Rules (revised November 1, 2014), the party or parties designating the materials referenced above "must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."  Civ. L.R. 79-5(e)(1).  Plaintiffs are prepared to file the documents referenced above that have been designated "Confidential" or "Highly Confidential" by the Designating Parties in the public record "[i]f the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied."  Civ. L.R. 79-5(e)(2).

Plaintiffs respectfully submit this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5(d), and, through this submission, hereby notify the Designating Parties listed above of their burden to establish that the designated material is properly sealable.

DATED:  December 23, 2014         By:  /s/ *Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

# CERTIFICATE OF SERVICE

On December 23, 2014, I caused a copy of Plaintiffs' Administrative Motion to File Documents Related to Plaintiffs' Opposition to the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b) to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.  In addition, I caused true and correct complete copies of all documents referenced in this administrative sealing motion to be delivered to counsel for all parties by electronic mail, pursuant to Civil Local Rule 79-5(e).

DATED:  December 23, 2014         By: */s/ Craig A. Benson*
                                      Craig A. Benson