1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3  2001 K Street, NW
   Washington, DC 20006-1047
4  Telephone: (202) 223-7300
   Facsimile: (202) 204-7420
5  Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
6  Email: cbenson@paulweiss.com

7  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
8  **TAYLOR & COMPANY LAW OFFICES, LLP**
   One Ferry Building, Suite 355
9  San Francisco, California 94111
   Telephone: (415) 788-8200
10 Facsimile: (415) 788-8208
   Email: staylor@tcolaw.com
11 Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **DECLARATION OF GARY R. CARNEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)** |
| ALL INDIRECT PURCHASER ACTIONS | |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC; | |

1  *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06276;

2

3  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

4  *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;

5

6  *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

7  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

8

9  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

10  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

11

12  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

13  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1  I, Gary R. Carney, hereby declare as follows:

2      1. I am a Counsel with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel
3  for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America,
4  Inc. I am a member of the bar of the State of New York and I am admitted to practice before this Court
5  *pro hac vice*.

6      2. I submit this Declaration in support of the Direct Action Plaintiffs and Indirect Purchaser
7  Plaintiffs' ("Plaintiffs") Administrative Motion to File Documents Related to Plaintiffs' Opposition to
8  the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal Under Seal. I have
9  personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify
10  competently to them.

11      3. The following exhibits and portions of Plaintiffs' Withdrawal MSJ Opposition contain,
12  discuss, analyze, or directly reference information designated by other parties as "Confidential" or
13  "Highly Confidential" pursuant to the Protective Order entered in the above-captioned case:

| DOCUMENT | PAGE:LINE REF. OR EXHIBIT NOS. |
|---|---|
| Plaintiffs' Withdrawal MSJ Opposition | 2:7-11 and 17-23<br>3:1-2<br>4:6-8 and 11-25<br>5:1-17<br>5:19 – 6:6<br>6:8-18 and 21-28<br>7:8-23 and 27-28<br>8:2-28<br>9:3-6 and 9-24<br>10:1 – 11:17<br>11:21-23 and 25-28<br>12:1-4<br>15:20-22<br>16:1-3 and 20-27<br>17:12-22<br>18:16-19<br>21:9-18 |
| Declaration of Gary R. Carney in Support of Plaintiffs' Withdrawal MSJ Opposition | Exhibits 1-34 and 36-48 |

27      4. All of the information subject to this administrative motion to file under seal has been
28  designated "Confidential" or "Highly Confidential" by defendants Chunghwa Picture Tubes, Ltd.;

- 1 -

- 2 -

1 Koninklijke Philips N.V.; MT Picture Display Co., Ltd.; Panasonic Corporation; Samsung SDI;
2 Thomson SA; Toshiba America Electronic Components, Inc., or Toshiba Corporation under the
3 Stipulated Protective Order entered in this case.  Plaintiffs seek to submit the above material under seal
4 in good faith in order to comply with the Protective Order and this Court's Local Rules.

5      5. Pursuant to the Local Rules (revised November 1, 2014), the party or parties designating the
6 materials referenced above "must file a declaration as required by subsection 79-5(d)(1)(A) establishing
7 that all of the designated material is sealable." Civ. L.R. 79-5(e)(1).  Plaintiffs are prepared to file the
8 documents referenced above that have been designated "Confidential" or "Highly Confidential" by the
9 Designating Parties in the public record "[i]f the Designating Party does not file a responsive declaration
10 as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied."  Civ.
11 L.R. 79-5(e)(2).

12      I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct.

15      Executed this 23rd day of December, 2014, in New York, New York.

17                                          */s/ Gary R. Carney*
                                          Gary R. Carney