Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)** |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC; | |

1  *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06276;

2

3  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

4  *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;

5

6  *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

7  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

8

9  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

10  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

11

12  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

13  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Upon consideration of Plaintiffs' Administrative Motion to File Documents Related to Plaintiffs' Opposition to the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal Under Seal Pursuant to Civil Local Rules 7-11, 79-5(b), and 79-5(e), submitted in connection with Plaintiffs' Opposition to the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal ("Withdrawal MSJ Opposition"), and any declarations in support of Plaintiffs' Sealing Motion subsequently submitted for the Court's consideration by the Designating Party or Parties pursuant to Civil Local Rule 79-5(e)(A)(1), and good cause appearing therefor, it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the portions of Plaintiffs' Withdrawal MSJ Opposition as specified in the table below, and Exhibits 1-34 and 36-48 attached to the Declaration of Gary R. Carney in Support of Plaintiffs' Withdrawal MSJ Opposition.

| DOCUMENT | PAGE:LINE REF. OR EXHIBIT NOS. |
|---|---|
| Plaintiffs' Withdrawal MSJ Opposition | 2:7-11 and 17-23<br>3:1-2<br>4:6-8 and 11-25<br>5:1-17<br>5:19 – 6:6<br>6:8-18 and 21-28<br>7:8-23 and 27-28<br>8:2-28<br>9:3-6 and 9-24<br>10:1 – 11:17<br>11:21-23 and 25-28<br>12:1-4<br>15:20-22<br>16:1-3 and 20-27<br>17:12-22<br>18:16-19<br>21:9-18 |
| Declaration of Gary R. Carney in Support of Plaintiffs' Withdrawal MSJ Opposition | Exhibits 1-34 and 36-48 |

**IT IS SO ORDERED.**

DATED:_____,        _____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER
SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 (CASE NO. 07-5944-SC; MDL NO. 1917)