Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917<br><br>**DECLARATION OF GARY R. CARNEY IN SUPPORT OF SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS**<br><br>**[EXHIBITS C-R AND T FILED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5]** |

- 1 -

DECLARATION OF GARY R. CARNEY ISO OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NOS. 13-1173 (SC), 13-2776 (SC); MDL NO. 1917

I, GARY R. CARNEY, hereby declare as follows:

1. I am a Counsel with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member of the bar of the State of New York and I am admitted to practice before this court *pro hac vice*.

2. I submit this Declaration in support of Sharp's Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds, dated December 23, 2014. I have personal knowledge of the facts stated herein and could competently testify to these facts if called upon to do so.

3. Attached as Exhibit A is a true and correct copy of relevant excerpts from Volumes I and II of the Deposition of Toshihito Nakanishi, dated July 29-30, 2014.

4. Attached as Exhibit B is a true and correct copy of relevant excerpts from the Deposition of Vincent Sampietro, dated June 25, 2014.

5. Attached as Exhibit C is a true and correct copy of the document produced at Bates number HEDUS-CRT00161617 by Hitachi Electronic Devices (USA), designated as Confidential.

6. Attached as Exhibit D is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0005830 by Samsung SDI, designated as Highly Confidential.

7. Attached as Exhibit E is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0423675 by MT Picture Display Co., Ltd., designated as Confidential.

8. Attached as Exhibit F is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0035375 by MT Picture Display Co., Ltd., designated as Confidential.

1  9. Attached as Exhibit G is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0426066 by MT Picture Display Co., Ltd., designated as Confidential.

10. Attached as Exhibit H is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0006868 by Samsung SDI, designated as Highly Confidential.

11. Attached as Exhibit I is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0291761 by MT Picture Display Co., Ltd., designated as Confidential.

12. Attached as Exhibit J is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0492286 by MT Picture Display Co., Ltd., designated as Confidential.

13. Attached as Exhibit K is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0493549 by MT Picture Display Co., Ltd., designated as Confidential.

14. Attached as Exhibit L is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0400579 by MT Picture Display Co., Ltd., designated as Confidential.

15. Attached as Exhibit M is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0410018 by MT Picture Display Co., Ltd., designated as Confidential.

16. Attached as Exhibit N is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0086449 by Samsung SDI, designated as Highly Confidential.

17. Attached as Exhibit O is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0086532 by Samsung SDI, designated as Highly Confidential.

1  18. Attached as Exhibit P is a true and correct copy of relevant excerpts from Volume I of the Deposition of Chih Chun-Liu, dated February 19, 2013, designated as Highly Confidential.

19. Attached as Exhibit Q is a true and correct copy of relevant excerpts from Volumes I and II of the Deposition of Tomoyuki Kawano, dated October 27-28, 2014, designated as Highly Confidential.

20. Attached as Exhibit R is a true and correct copy of relevant excerpts from Volume II of the Deposition of Sheng-Jen Yang, dated February 25, 2013, designated as Highly Confidential.

21. Attached at Exhibit S is a true and correct copy of a letter from Craig Benson to Defendants' Counsel, dated October 14, 2014.

22. Attached as Exhibit T is a true and correct copy of relevant excerpts from Volumes I and II of the Deposition of Ayumu Kinoshita, dated February 5-6, 2013, designated as Highly Confidential.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2014, at New York, NY.

       /s/ *Gary R. Carney*
       Gary R. Carney

- 4 -

DECLARATION OF GARY R. CARNEY ISO OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NOS. 13-1173 (SC), 13-2776 (SC); MDL NO. 1917