# E<span>XHIBIT</span> A

# In The Matter Of:

*In Re: Cathode Ray Tube Antitrust Litigation (CRT)*

*Toshihito Nakanishi- Vol I*
*July 29, 2014*

*Barkley Court Reporters*
*barkley.com*
*800.222.1231*

Original File 379278.txt

Min-U-Script® with Word Index

| | | |
|---|---|---|
| 11:31 1 | A | I believe he went back to Sharp |
| 2 | | Corporation, and then retired and is at the company |
| 3 | | as an adviser or something like that.  That's what I |
| 4 | | hear.  But I'm not exactly sure what he is doing |
| 11:32 5 | | now. |
| 6 | Q | Okay.  Do you know where he lives today? |
| 7 | A | Do you mean Mr. Harada? |
| 8 | Q | Yeah, and I mean which country.  Not his |
| 9 | | address, but... |
| 11:32 10 | A | I don't know. |
| 11 | Q | And you mentioned that he was serving as |
| 12 | | an adviser.  Do you know whether he was being paid |
| 13 | | in that position? |
| 14 | | MR. BENSON:  Objection to form. |
| 11:32 15 | | Mischaracterizes prior testimony. |
| 16 | | THE WITNESS:  That, I do not know as to |
| 17 | | compensation. |
| 18 | BY MR. HEMLOCK: | |
| 19 | Q | Okay.  How about Yasuhiro Kawaguchi?  Do |
| 11:33 20 | | you know who that is? |
| 21 | | MR. BENSON:  Objection to form.  Vague. |
| 22 | BY MR. HEMLOCK: | |
| 23 | Q | Sorry -- oh, did you respond? |
| 24 | A | Yes, I know him. |
| 11:34 25 | Q | And who is Kawaguchi-san? |

```
11:34   1              MR. BENSON:  Same objection.
        2              THE WITNESS:  He's -- he's manager at the
        3   procurement department of the Tochigi plant of Sharp
        4   Corporation.
11:34   5   BY MR. HEMLOCK:
        6        Q    And was there ever a time when he was
        7   involved in the procurement of CRTs?
        8        A    As far as I recall, Mr. Hongoh was the
        9   main person, and I -- I don't recall regarding
11:35  10   Mr. Kawaguchi.
       11        Q    Okay.  Well, I guess I'm not asking who
       12   was the main person.  I'm just asking was there ever
       13   a time when Kawaguchi-san was involved at all in the
       14   procurement of CRTs?
11:35  15              MR. BENSON:  Objection.  Form.  Asked and
       16   answered.
       17              THE WITNESS:  It's not something I recall,
       18   because I don't know how things worked in Japan.
       19   BY MR. HEMLOCK:
11:36  20        Q    Did you ever communicate with
       21   Kawaguchi-san regarding the subject of CRT
       22   procurement?
       23        A    Not that I recall.
       24        Q    Was he a subordinate of Hongoh-san?
11:36  25              MR. BENSON:  Objection to form.  Lack of
```

49

Toshihito Nakanishi- Vol I

BARKLEY
Court Reporters

```
05:17   1   been very patient today.  We have just one more
        2   session, and then I think we'll be done for the day.
        3        A    Thank you, I understand.
        4        Q    Okay.  Nakanishi-san, during the time that
05:17   5   you were involved in the procurement of CRT tubes,
        6   did you ever hear that CRT tube manufacturers were
        7   meeting or having communications with one another?
        8             MR. BENSON:  Objection to form.  Vague.
        9             THE WITNESS:  No.
05:18  10   BY MR. HEMLOCK:
       11        Q    Okay.  And did you ever have any suspicion
       12   or belief that CRT manufacturers were meeting or
       13   having communications with one another?
       14             MR. BENSON:  Same objection.
05:18  15             THE WITNESS:  No.
       16   BY MR. HEMLOCK:
       17        Q    Okay.  Did you or anyone else in the
       18   procurement function at SEMA ever take any steps to
       19   determine whether suppliers of CRT tubes were
05:19  20   meeting with one another or having communications?
       21             MR. BENSON:  Objection to form.  Lack of
       22   foundation.  Vague, and compound.
       23             THE WITNESS:  No.  No to that either.
       24   BY MR. HEMLOCK:
05:20  25        Q    Okay.  Did any other employee of SEMA or
```

139

```
05:26  1   Mr. Nakanishi, I've input Mr. Nakanishi's
       2   information which is dated on March 9 as follows."
       3              Do you see that?
       4       A    Yes.
05:27  5       Q    Okay.  I believe you mentioned earlier
       6   that you've seen in the past a compilation of
       7   documents like this as reflected in the index.  Can
       8   you describe to me, what is this document?
       9              MR. BENSON:  You mean this type of
05:27 10   document?
      11   BY MR. HEMLOCK:
      12       Q    This particular one that you're holding.
      13       A    Do you mean the overall document?
      14       Q    Yes, please.
05:28 15       A    So this is -- as I stated earlier, I spoke
      16   about the global procurement group, and so that
      17   would be Mr. Hongoh's group.  But this is prepared
      18   by the global procurement group, and this was
      19   prepared in Japan in regards to the price trend of
05:29 20   the key components for CRT tubes and CRT TVs.
      21       Q    Okay.
      22              PLAINTIFF'S CHECK INTERPRETER:  Give the
      23   alternative translation.
      24              As I stated earlier, I spoke about the
05:29 25   global procurement group, and so that would be
```

| | | |
|---|---|---|
| 05:29 | 1 | Mr. Hongoh's group.  But this is prepared by the |
| | 2 | global procurement group, and this was prepared in |
| | 3 | Japan in regards to the price trend of key |
| | 4 | components of CRT TVs, including CRT tubes. |
| 05:29 | 5 |        THE INTERPRETER:  Okay. |
| | 6 | BY MR. HEMLOCK: |
| | 7 |    Q   And was this a document that was regularly |
| | 8 | prepared as part of business at SEMA? |
| | 9 |        MR. BENSON:  Objection to form. |
| 05:30 | 10 | Mischaracterizes the testimony. |
| | 11 |        THE WITNESS:  I recall having received |
| | 12 | this type of thing regularly. |
| | 13 | BY MR. HEMLOCK: |
| | 14 |    Q   Okay.  If you could turn to |
| 05:30 | 15 | SHARP-CRT-212458.  It looks like this (indicating). |
| | 16 |    A   Yes. |
| | 17 |    Q   Okay.  Now, if you look at the top left, |
| | 18 | it says:  "SEMEX Cathode-Ray Tube Price Negotiation |
| | 19 | Strategy, Tactics"; is that right? |
| 05:31 | 20 |    A   Yes. |
| | 21 |    Q   Okay.  And at the top right, there's a |
| | 22 | date, 2002, June 12th; is that correct? |
| | 23 |    A   Yes. |
| | 24 |    Q   Now, as of June 2002, what was your area |
| 05:31 | 25 | of -- what was your responsibility at SEMEX? |

| | | |
|---|---|---|
| 05:32 | 1 | A     I was manager at procurement. |
| | 2 | Q     Okay.  Did you prepare this page right |
| | 3 | here that we're looking at, CRT-212458? |
| | 4 | A     I did not prepare this. |
| 05:32 | 5 | Q     Do you know who did? |
| | 6 | A     It says here, right here on the right -- |
| | 7 | on the upper right corner, it says "Global |
| | 8 | Procurement Planning Group."  That would be in |
| | 9 | Japan. |
| 05:32 | 10 | Q     Okay.  And was this document prepared and |
| | 11 | then sent to SEMEX and SEMA? |
| | 12 | A     I think so, yes. |
| | 13 | Q     What was the purpose of preparing this |
| | 14 | document? |
| 05:33 | 15 | MR. BENSON:  Objection to form.  Lack of |
| | 16 | foundation. |
| | 17 | THE WITNESS:  Well, I didn't prepare this, |
| | 18 | but -- so I would not know some of the things, but |
| | 19 | this is a document that reflects the fact that in |
| 05:34 | 20 | order to bring down the prices of CRT tubes and |
| | 21 | other parts, the -- they in Japan are looking at -- |
| | 22 | or monitoring prices globally. |
| | 23 | BY MR. HEMLOCK: |
| | 24 | Q     In your position as a manager of |
| 05:34 | 25 | procurement for SEMEX, am I correct that you would |

```
05:34   1  have received this document in 2002?
        2       A    Yes.
        3       Q    Okay.  And would you have read a document
        4  that had been -- would you have read this document
05:35   5  when it was sent in 2002?
        6            MR. BENSON:  Objection to form.  Vague.
        7            THE WITNESS:  I've received this type of
        8  document several times, so I believe I would have
        9  take a look at it.
05:35  10  BY MR. HEMLOCK:
       11       Q    Okay.  And do you have any reason to
       12  believe that you did not review this particular page
       13  when -- when it was received in June 2002?
       14            MR. BENSON:  Objection to form.  Assumes
05:36  15  facts.
       16            THE WITNESS:  No.
       17  BY MR. HEMLOCK:
       18       Q    And bearing in mind that this document
       19  ultimately went into a package to President Harada,
05:36  20  who was your boss, and came from the material
       21  department global purchasing planning, would it have
       22  been your practice to read such a document like
       23  this?
       24            MR. BENSON:  Objection to form.  Assumes
05:36  25  facts.
```

145

Toshihito Nakanishi- Vol I

BARKLEY
Court Reporters

```
05:37    1              THE WITNESS:  I believe I would have read
         2   it, reviewed it.
         3   BY MR. HEMLOCK:
         4       Q    Okay.  Now, if you look, there are rows
05:37    5   for different sizes, it looks like.  And it looks
         6   like the table's divided between flat and non-flat.
         7   For 25V in the upper half of the table, there are
         8   two sub-rows for Samsung and LGPD.
         9            Do you see that?
05:38   10       A    Yes.
        11       Q    And if you look all the way to the right,
        12   there's a note that says:  "There is a possibility
        13   that Samsung and LGPD are conspiring.  We will
        14   notice that we will concentrate purchase orders to
05:39   15   Thomson."
        16            Do you see that?
        17            MR. BENSON:  That's still -- I mean, I
        18   reiterate our objections to these translations, as
        19   I've stated for the entire document.
05:40   20            THE WITNESS:  Yes.
        21            MR. HEMLOCK:  What did he say?
        22            THE INTERPRETER:  He said this is the
        23   Japanese version.
        24   BY MR. HEMLOCK:
05:40   25       Q    Okay.  Do you recall reading those words?
```

| | | |
|---|---|---|
| 05:40 | 1 | A    I don't really recall. |
| | 2 | Q    Do you ever recall hearing from any Sharp |
| | 3 | personnel in Japan that they believed that Samsung |
| | 4 | and LGPD were conspiring? |
| 05:41 | 5 | A    No, I have not.  No, I don't recall ever |
| | 6 | hearing. |
| | 7 | PLAINTIFF'S CHECK INTERPRETER:  Ever heard |
| | 8 | about it. |
| | 9 | THE WITNESS:  I don't ever recall hearing |
| 05:41 | 10 | that. |
| | 11 | PLAINTIFF'S CHECK INTERPRETER:  No, he |
| | 12 | said -- please retranslate. |
| | 13 | THE WITNESS:  I've never heard anybody say |
| | 14 | that. |
| 05:41 | 15 | BY MR. HEMLOCK: |
| | 16 | Q    Did anyone at Sharp in Japan ever tell you |
| | 17 | that they believed that any CRT manufacturers were |
| | 18 | conspiring? |
| | 19 | A    No. |
| 05:42 | 20 | Q    Did anyone from Sharp in Japan ever tell |
| | 21 | you that they believed that CRT suppliers were |
| | 22 | having meetings or communications? |
| | 23 | MR. BENSON:  Objection to form.  Compound |
| | 24 | and vague. |
| 05:42 | 25 | THE WITNESS:  No. |

```
06:12    1  Nakanishi.  The time is 6:13 p.m. on July 29th,
         2  2014.  We are back on the record.
         3              MR. BENSON:  I wanted to state my
         4  objection that the witness has a copy of the
06:12    5  document that contains illegible pages.  And so I
         6  object to questioning on this document to the extent
         7  that he is not able to get context for this
         8  document.
         9  BY MR. HEMLOCK:
06:13   10      Q    Have you finished looking through the
        11  document?
        12      A    Yes.
        13      Q    Can you please turn to page
        14  SHARP-CRT-2849.
06:13   15              MR. BENSON:  Did you want to lay a
        16  foundation as to whether he's seen this document
        17  before?
        18              MR. HEMLOCK:  I will.
        19              MR. BENSON:  Well, I'm going to object to
06:13   20  questioning on the document until you do that.
        21              MR. HEMLOCK:  Okay.
        22              THE WITNESS:  I have not seen this
        23  document.  I don't recall seeing this.
        24  BY MR. HEMLOCK:
06:14   25      Q    Okay.  Do you recall ever receiving
```

```
06:14   1   documents similar to this?
        2           MR. BENSON:  Objection to form.  Vague.
        3           THE WITNESS:  Depends on to what extent
        4   the information would be disclosed, but I did
06:15   5   receive a variety of information, all types of
        6   information.
        7   BY MR. HEMLOCK:
        8       Q    Okay.  And in the -- had you received
        9   information that's reflected on page 2849?
06:15  10           MR. BENSON:  Objection to form.  From
       11   whom?
       12           THE WITNESS:  I don't think I have
       13   received this.
       14   BY MR. HEMLOCK:
06:15  15       Q    You don't recall ever receiving from
       16   Kinoshita-san information about the production of
       17   CRT tubes by other CRT suppliers?
       18       A    And -- well, first of all, I don't recall.
       19   And also, this type of information, this type of
06:16  20   information doesn't really have any meaning to me.
       21   And that's because I myself received information
       22   individually from Thomson, Philips, et cetera, so I
       23   myself was making such information documents like
       24   this one.  So I didn't really need to receive
06:17  25   anything like this from others.  I had that type of
```

158

# In The Matter Of:

*In Re: Cathode Ray Tube Antitrust Litigation (CRT)*

*Toshihito Nakanishi- Vol II*

*July 30, 2014*

*Barkley Court Reporters*
*barkley.com*
*800.222.1231*

Original File 379279.txt

Min-U-Script® with Word Index

```
07:17   1   technical difficulties.  How does the video look?
        2   Is it okay?  Okay.
        3              You also testified that you had no reason
        4   to believe, in or around 2002, that any of the CRT
07:17   5   suppliers from whom you were purchasing were
        6   conspiring; is that correct?
        7              MR. HEMLOCK:  Objection to form.
        8              THE WITNESS:  Correct.
        9   BY MR. BENSON:
07:18  10       Q   Why wouldn't this language in the column
       11   associated with 25V tubes have caused you to believe
       12   that SDI and LPD might possibly have been conspiring
       13   in June of 2002?
       14              MR. HEMLOCK:  Objection to form.
07:19  15              MS. KOBORI:  Objection to form.
       16              THE WITNESS:  Well, here, it's true, at
       17   25V, where you can see "$83," where it's circled,
       18   and the term is "landed in FOB San Diego."  So that
       19   means that in fact, in reality, it would be a
07:20  20   different price.
       21              As I said this morning, if it was FOB San
       22   Diego, there will be a cost associated with bringing
       23   from San Diego to Mexico.  So my understanding is
       24   that the actual cost would be different.  I believe
07:20  25   that would have been my understanding.  And so I
```

354

Toshihito Nakanishi- Vol II

BARKLEY
Court Reporters

```
07:20   1   believe that it was -- it was the Japan side that --
        2   who used the term "conspiracy."
        3              DEFENDANTS' CHECK INTERPRETER:  Bid
        4   rigging.
07:21   5              THE INTERPRETER:  Huh?
        6              DEFENDANTS' CHECK INTERPRETER:  Bid
        7   rigging.
        8              THE INTERPRETER:  Yeah, price.  Price --
        9              DEFENDANTS' CHECK INTERPRETER:  Fixing.
07:21  10              THE INTERPRETER:  -- rigging or fixing.
       11              THE WITNESS:  But such term was used, but
       12   people in Japan do not know the situation with the
       13   border, for example.  They have no knowledge
       14   regarding how things go back and forth between San
07:21  15   Diego and Mexico.  So just because the price just
       16   happened to be $83, the same $83, they came up with
       17   this comment.  I think that's what I think.
       18   BY MR. BENSON:
       19        Q    Was there anything that happened following
07:22  20   your review of this document -- well, let me ask
       21   another question.
       22              Was there anything that happened in or
       23   after June of 2002 that caused you to believe that
       24   Samsung or LGPD were conspiring?
07:22  25              MS. KOBORI:  Objection.  Vague.
```

355

Toshihito Nakanishi- Vol II

BARKLEY
Court Reporters

```
07:22   1              THE WITNESS:  No, nothing in particular.
        2      BY MR. BENSON:
        3          Q    After you received this document, did you
        4      continue to negotiate with both Samsung and LGPD for
07:22   5      purchases of CPT tubes?
        6          A    Yes, I did.
        7          Q    And did anything about their conduct in
        8      those negotiations cause you to believe that they
        9      may have been conspiring?
07:23  10          A    No, nothing in particular.
       11          Q    And did anything about the results of
       12      those negotiations cause you to believe that they
       13      may have been conspiring?
       14          A    No, nothing in particular.
07:23  15          Q    I'd like to ask you a little bit about the
       16      role --
       17              MR. HEMLOCK:  Sorry, I had an objection in
       18      there.  Forgive me if I didn't say it loud enough,
       19      but I objected to his last question.
07:24  20              Just:  Objection.  Form, please.  Thank
       21      you.
       22      BY MR. BENSON:
       23          Q    I'd like to ask you a little bit about --
       24      well, let me -- you commented earlier in response to
07:24  25      certain questions that one of the pieces of
```

356