# E<span>XHIBIT</span> B

```
 1
 2                 UNITED STATES DISTRICT COURT
 3                NORTHERN DISTRICT OF CALIFORNIA
 4                    SAN FRANCISCO DIVISION
 5                MASTER CASE NO: 3:07-cv-05944-SC
 6                INDIVIDUAL CASE NO. 3:13-cv-01173-SC
 7                MDL NO. 1917
 8
 9   In Re:  CATHODE RAY TUBE (CRT)
10   ANTITRUST LITIGATION
11   - - - - - - - - - - - - - - - - - - - - - - - - -
12   This Document Relates To :
13   All ACTIONS
14   - - - - - - - - - - - - - - - - - - - - -
15              HIGHLY CONFIDENTIAL TRANSCRIPT
16              VIDEOTAPED TRANSCRIPT of Vincent
17   Sampietro in the above-entitled matter, as taken by
18   and before LORRAINE B. ABATE, a Certified Shorthand
19   Reporter and Notary Public of the State of New York,
20   Registered Professional Reporter and Certified Live
21   Note Reporter, held at the offices of Weil Gotshal &
22   Manges, 767 Fifth Avenue, New York, New York  on June
23   25, 2014, commencing at 9:51 a.m., pursuant to
24   Notice.
25
                                 1
```

|||||
|---|---|---|---|
| | 1 | | - Sampietro - June 25, 2014 - HIGHLY CONFIDENTIAL |
| | 2 | | MR. BENSON:  Objection to form and to |
| | 3 | | this translation. |
| | 4 | A. | I have no knowledge of that. |
| 18:27 | 5 | Q. | To prepare for today's deposition, did |
| | 6 | | you speak to anybody else involved in procurement at |
| | 7 | | either of the two entities about whether they |
| | 8 | | believed there had been any conspiratorial activity |
| | 9 | | among CRT tube suppliers? |
| 18:27 | 10 | A. | No, I did not speak to them about such |
| | 11 | | activities. |
| | 12 | Q. | Okay.  In the context of the overall |
| | 13 | | preparation for today's deposition, in other words, |
| | 14 | | putting aside what you personally did, do you know |
| 18:27 | 15 | | whether anybody did that? |
| | 16 | A. | I have no knowledge if anyone else did. |
| | 17 | Q. | Did you ever have a belief that Samsung |
| | 18 | | and LGPD were conspiring? |
| | 19 | A. | I had no belief that they were |
| 18:27 | 20 | | conspiring. |
| | 21 | Q. | It says "We will notice that we will |
| | 22 | | concentrate purchase orders to Thomson." |
| | 23 | | Do you see that? |
| | 24 | A. | Yes, I see that. |
| 18:28 | 25 | Q. | Okay.  And do you have any understanding |

271

VINCENT SAMPIETRO - CONFIDENTIAL

BARKLEY
Court Reporters

```
         1            - Sampietro - June 25, 2014 - HIGHLY CONFIDENTIAL
         2                    MR. HEMLOCK:  I'd like to introduce as
         3            Exhibit 3621.  It's SHARP-CRT-2833.  It's a
         4            Japanese document.  We have an English
18:31    5            translation.  And the title of the document is
         6            USA Representative Monthly Report 2002 November
         7            A. Kinoshita, and the translation will be
         8            3621-E.
         9                    Mr. BENSON:  And I'll just lodge our
18:32   10            same preliminary objections to the translation
        11            until we have had a chance to study it.
        12                    (Exhibit 3621, USA Representative
        13            Monthly Report 2002 November A. Kinoshita,
        14            marked for identification, as of this date.)
18:32   15                    (Exhibit 3621-E, Translation of Exhibit
        16            3621, marked for identification, as of this
        17            date.)
        18            A.      Okay.
        19            Q.      Have you seen this document before?
18:35   20            A.      I've never seen it.
        21            Q.      Do you know who A. Kinoshita is?
        22            A.      No, I do not.
        23            Q.      I would like to turn your attention to
        24       Bates page 2838 -- you know what, scratch that.
18:36   25       Sorry.
```

274

```
  1              - Sampietro - June 25, 2014 - HIGHLY CONFIDENTIAL
  2                    Let's turn to 2848.  And sorry.  Just --
  3      I'll represent I don't think this will be disputed,
  4      this was produced by Sharp.  This document was
18:36  5  produced by Sharp.  It bears a Sharp Bates stamp.
  6           A.     Is this 2848?
  7           Q.     Yes.  It looks like this.  NAFTA CRT.
  8           A.     Yes.  Okay.
  9           Q.     And if you turn to the next page, you'll
18:36 10  see that there is a variety of information, appears
 11      information regarding -- well, the document is titled
 12      Y 2002 CRT Competitors Production Trend.  And then
 13      that's information about a variety of CRT suppliers;
 14      Thomson, MDDA, Philips, Toshiba, Sony, Samsung,
18:37 15  Hitachi, Orion.  Do you see that?
 16           A.     Yes, I see that.
 17           Q.     Okay.  Now, do you know who would
 18      have -- where could somebody get information like
 19      this?
18:37 20              MR. BENSON:  Objection to form.  Calls
 21           for speculation, beyond the scope.  You can
 22           answer if you have personal knowledge.
 23           A.     I have no personal knowledge.
 24           Q.     Do you recall ever seeing information
18:37 25  reflecting various tube sizes and how much was being
```

275

```
 1              - Sampietro - June 25, 2014 - HIGHLY CONFIDENTIAL
 2      produced in those sizes by various CRT tube
 3      competitors?
 4           A.    No.
 5                 MR. BENSON:  Objection to form.  Vague.
 6           You can answer in your personal capacity.
 7           A.    No, I have not seen this before or have
 8      no information where this would be obtained.
 9           Q.    Was this the kind of information that
10      was routinely available to Sharp and to other
11      purchasers of CRT tubes?
12                 MR. BENSON:  Objection to form.  Vague.
13           Beyond the scope.  You can answer if you have
14           personal knowledge.
15           A.    I have no personal knowledge of such.
16           Q.    If you turn to the next page, it says
17      NAFTA CRT Competitors Topics.  Do you see that?
18           A.    Yes.
19           Q.    And then there's some information about
20      Thomson, Philips and Samsung.  Do you see that?
21           A.    Yes, I see that.
22           Q.    Is this the kind of information that you
23      would expect that a competitor would have about its
24      other competitors?
25                 MR. BENSON:  Objection to form.  These
```

276

VINCENT SAMPIETRO - CONFIDENTIAL

BARKLEY
Court Reporters

```
 1            - Sampietro - June 25, 2014 - HIGHLY CONFIDENTIAL
 2                 If you became aware that a CRT supplier
 3     had obtained this information as to its competitors,
 4     would that lead you to believe that it had had
 5     communications or meetings with those suppliers?
 6            MR. BENSON:  Same objections.  And
 7         beyond the scope -- well, beyond the scope is
 8         included in there.  You can answer in your
 9         personal capacity.
10         A.    I cannot make that assumption.
11         Q.    Okay.  If this document, if this
12     presentation had been made by a CRT tube supplier to
13     Sharp and the document was found in Sharp's files and
14     produced from Sharp's files, isn't it reasonable to
15     assume that that supplier obtained all this
16     information from all these other suppliers?
17            MR. BENSON:  Same objection.
18         A.    I cannot make that assumption.  I don't
19     have information on the subject matter.
20         Q.    Do you recall whether any CRT tube maker
21     who ever visited SEMA or SMCA provided information
22     about what its competitors were doing?
23            MR. BENSON:  Same objections.  You can
24         answer in your personal capacity.
25         A.    In my experience, I was not aware of any
```

279

```
 1              - Sampietro - June 25, 2014 - HIGHLY CONFIDENTIAL
 2     CRT supplier providing information concerning another
 3     CRT supplier.
 4          Q.     Did SEMA believe in 2002 that the CRT
 5     suppliers were engaging in information exchanged with
 6     one another?
 7                 MR. BENSON:  Objection to form and
 8          vague.
 9          A.     I have no information they were aware of
10     any conversation between suppliers.
11          Q.     And separately, but apart from
12     awareness, was there a belief that there was such
13     communication?
14                 MR. BENSON:  Objection to form.  Asked
15          and answered.
16          A.     I have no understanding that there was
17     any belief that there was any communication between
18     suppliers per SEMA's knowledge.
19          Q.     Okay.  Are you aware that there was an
20     A. Kinoshita who was an employee of Panasonic in
21     November 2002?
22                 MR. BENSON:  Objection to form.  Beyond
23          the scope.  You can answer if you have personal
24          knowledge.
25          A.     No, I have no personal knowledge.
```

280