# EXHIBIT C

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**

# **E**XHIBIT **D**

**(L**ODGED **U**NDER **S**EAL **P**URSUANT TO **C**IVIL **L**OCAL **R**ULE **79-5** AND **S**TIPULATED **P**ROTECTIVE **O**RDER **)**

# **E**XHIBIT **E**

**(L**ODGED **U**NDER **S**EAL **P**URSUANT TO **C**IVIL **L**OCAL **R**ULE **79-5** AND **S**TIPULATED **P**ROTECTIVE **O**RDER **)**

# **E**XHIBIT **F**

**(L**ODGED **U**NDER **S**EAL **P**URSUANT TO **C**IVIL **L**OCAL **R**ULE **79-5** AND **S**TIPULATED **P**ROTECTIVE **O**RDER **)**

# EXHIBIT G

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**

# E<span style="font-variant:small-caps">XHIBIT</span> H

**(L<span style="font-variant:small-caps">ODGED</span> U<span style="font-variant:small-caps">NDER</span> S<span style="font-variant:small-caps">EAL</span> P<span style="font-variant:small-caps">URSUANT</span> <span style="font-variant:small-caps">TO</span> C<span style="font-variant:small-caps">IVIL</span> L<span style="font-variant:small-caps">OCAL</span> R<span style="font-variant:small-caps">ULE</span> 79-5 <span style="font-variant:small-caps">AND</span> S<span style="font-variant:small-caps">TIPULATED</span> P<span style="font-variant:small-caps">ROTECTIVE</span> O<span style="font-variant:small-caps">RDER</span> )**

# EXHIBIT I

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**

# EXHIBIT J

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**

# EXHIBIT K

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**

# EXHIBIT L

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**

# EXHIBIT M

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**

# **E**XHIBIT **N**

**(L**ODGED **U**NDER **S**EAL **P**URSUANT TO **C**IVIL **L**OCAL **R**ULE **79-5** AND **S**TIPULATED **P**ROTECTIVE **O**RDER **)**

# EXHIBIT O

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**

# EXHIBIT P

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**

# **E**XHIBIT **Q**

**(L**ODGED **U**NDER **S**EAL **P**URSUANT TO **C**IVIL **L**OCAL **R**ULE **79-5** AND **S**TIPULATED **P**ROTECTIVE **O**RDER )

# **E**XHIBIT **R**

**(L**ODGED **U**NDER **S**EAL **P**URSUANT TO **C**IVIL **L**OCAL **R**ULE **79-5** AND **S**TIPULATED **P**ROTECTIVE **O**RDER **)**