Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7356
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC;<br><br>*Sharp Electronics Corp.,* et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 SC. | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS** |

1

[PROPOSED] ORDER DENYING MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS
CASE NO. 07-5944-SC; MDL NO. 1917

- 1 -

Upon consideration of Defendants' Joint Motion for Partial Summary Judgment Against the Sharp Plaintiffs on Statute of Limitations Grounds (MDL Dkt. No. 3044), all papers filed in support of and in opposition to said motion and the arguments of counsel, IT IS HEREBY ORDERED:

The Motion is DENIED.

DATED:_____                    _____

                                                  HON. SAMUEL CONTI
                                       UNITED STATES DISTRICT JUDGE