Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC;<br><br>*Sharp Electronics Corp.*, et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 SC. | **SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b), AND 79-5(e)** |

Pursuant to Civil Local Rules 7-11 and 79-5(b) and 79-5(e), Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") will, and hereby do, respectfully move this Court for leave to submit under seal portions of Sharp's Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds ("Sharp's Opposition to MSJ re SOL") , as well as Exhibits C-R and Exhibit T to the Declaration of Gary R. Carney in Support of Sharp's Opposition to MSJ re SOL. In support of this request, Sharp submits the Declaration of Gary R. Carney and a [Proposed] Order in compliance with Local Rule 79-5(d).

Specifically, the following exhibits and portions of Sharp's Opposition to MSJ re SOL contain, discuss, analyze, or directly reference information designated by other parties as "Confidential" or "Highly Confidential" pursuant to the Protective Order entered in the above-captioned case:

| **DOCUMENT** | **PAGE:LINE REF. OR EXHIBITS** |
|---|---|
| Sharp's Opposition to MSJ re SOL | 3:26 – 5:16<br>13:24-28<br>14:7-13 |
| Declaration of Gary R. Carney in Support of Sharp's Opposition to MSJ re SOL | Exhibits C-R and T |

All of the information subject to this administrative motion to file under seal has been designated "Confidential" or "Highly Confidential" by defendants Hitachi Electronic Devices (USA); MT Picture Display Co., Ltd.; Panasonic Corporation; Samsung SDI; Toshiba America Electronic Components, Inc.; or Toshiba Corporation under the Stipulated Protective Order entered in this case. Sharp seeks to submit the above material under seal in good faith in order to comply with the Protective Order and this Court's Local Rules.

Pursuant to the Local Rules (revised November 1, 2014), the party or parties designating the materials referenced above "must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1). Sharp is prepared to file the documents referenced above that have been designated "Confidential" or "Highly Confidential"

by the Designating Parties in the public record "[i]f the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied." Civ. L.R. 79-5(e)(2).

Sharp respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5(d), and, through this submission, hereby notifies the Designating Parties listed above of their burden to establish that the designated material is properly sealable.

DATED: December 23, 2014 By: /s/ *Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**CERTIFICATE OF SERVICE**

On December 23, 2014, I caused a copy of Plaintiffs' Administrative Motion to File Documents Related to Sharp's Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds Under Seal o be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008. In addition, I caused true and correct complete copies of all documents referenced in this administrative sealing motion to be delivered to counsel for all parties by electronic mail, pursuant to Civil Local Rule 79-5(e).

DATED: December 23, 2014 By: *<u>/s/ Craig A. Benson</u>*
Craig A. Benson