1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3  2001 K Street, NW
   Washington, DC  20006-1047
4  Telephone:  (202) 223-7300
   Facsimile:  (202) 204-7420
5  Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
6  Email: cbenson@paulweiss.com

7  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
8  **TAYLOR & COMPANY LAW OFFICES, LLP**
   One Ferry Building, Suite 355
9  San Francisco, California 94111
   Telephone:  (415) 788-8200
10 Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
11 Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917<br><br>**DECLARATION OF GARY R. CARNEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC;<br><br>*Sharp Electronics Corp.,* et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 SC. | |

I, Gary R. Carney, hereby declare as follows:

1. I am a Counsel with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*.

2. I submit this Declaration in support of Sharp's Administrative Motion to File Documents Related to Sharp's Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds Under Seal. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. The following exhibits and portions of Sharp's Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds ("Sharp's Opposition to MSJ re SOL") contain, discuss, analyze, or directly reference information designated by other parties as "Confidential" or "Highly Confidential" pursuant to the Protective Order entered in the above-captioned case:

| DOCUMENT | PAGE:LINE REF. OR EXHIBIT NOS. |
|---|---|
| Sharp's Opposition to MSJ re SOL | 3:26 – 5:16<br>13:24-28<br>14:7-13 |
| Declaration of Gary R. Carney in Support of Sharp's Opposition to MSJ re SOL | Exhibits C-R and T |

4. All of the information subject to this administrative motion to file under seal has been designated "Confidential" or "Highly Confidential" by defendants Hitachi Electronic Devices (USA); MT Picture Display Co., Ltd.; Panasonic Corporation; Samsung SDI; Toshiba America Electronic Components, Inc.; or Toshiba Corporation under the Stipulated Protective Order entered in this case. Plaintiffs seek to submit the above material under seal in good faith in order to comply with the Protective Order and this Court's Local Rules.

5. Pursuant to the Local Rules (revised November 1, 2014), the party or parties designating the materials referenced above "must file a declaration as required by subsection 79-5(d)(1)(A) establishing

- 1 -

DECLARATION OF GARY R. CARNEY IN SUPPORT OF PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(B), AND 79-5(E): CASE NO. 07-5944-SC; MDL NO. 1917

- 2 -

1  that all of the designated material is sealable." Civ. L.R. 79-5(e)(1).  Plaintiffs are prepared to file the
2  documents referenced above that have been designated "Confidential" or "Highly Confidential" by the
3  Designating Parties in the public record "[i]f the Designating Party does not file a responsive declaration
4  as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied."  Civ.
5  L.R. 79-5(e)(2).
6       I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct.
8
9       Executed this 23rd day of December, 2014, in New York, New York.
10
11                                              */s/ Gary R. Carney*
                                                 Gary R. Carney