Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)** |
| This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC;<br><br>*Sharp Electronics Corp.,* et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 SC. | |

Upon consideration of Sharp's Administrative Motion to File Documents Related to Sharp's Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds ("Sharp's Opposition to Defendants' Motion for Partial Summary Judgment") Under Seal Pursuant to Civil Local Rules 7-11 and 79-5, submitted in connection with Sharp's Opposition to Defendants' Motion for Partial Summary Judgment, it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the portions of Sharp's Unredacted Opposition to Defendants' Motion for Partial Summary Judgment and Exhibits C-R and Exhibit T attached to the Declaration of Gary R. Carney in Support of Sharp's Opposition to Defendants' Motion for Partial Summary Judgment as described below.

| DOCUMENT | PAGE:LINE REF. OR EXHIBIT NOS. |
|---|---|
| Sharp's Opposition to Defendants' Motion for Partial Summary Judgment | 3:26 – 5:16<br>13:24-28<br>14:7-13 |
| Declaration of Gary R. Carney in Support of Sharp's Opposition to Defendants' Motion for Partial Summary Judgment | Exhibits C-R and T |

**IT IS SO ORDERED.**

DATED:_____, _____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE