Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725 | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THOMSON SA'S EMERGENCY MOTION TO AMEND ITS ANSWERS AND FOR PARTIAL RELIEF OF THE COURT'S ORDER RE: THOMSON DISCOVERY**<br><br>DATE:  January 23, 2015<br>TIME:   10:00 a.m.<br>PLACE: Courtroom 1, 17th Floor<br>JUDGE: Hon. Samuel Conti |

1  *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*,
2  No. 13-cv-05668;

3  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;
4

5  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

6  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;
7

8  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510;

9  *Crago, et al. v. Mitsubishi Electric Corp.*, No. 14-cv2058.
10

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA") (collectively, "Sharp"). I am a member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia and on March 20, 2013 was granted leave to appear *pro hac vice*. Dkt. No. 12. I submit this Declaration in support of Plaintiffs'[1] Opposition to Thomson SA's Emergency Motion to Amend Its Answers and for Partial Relief of the Court's Order Re: Thomson Discovery. I have personal knowledge of the facts stated herein and could competently testify to these facts if called as a witness.

2. Attached as Exhibit 1 is a true and correct copy of a series of emails between counsel for Thomson and counsel for Sharp, dated November 25, 2014 through December 16, 2014.

3. Attached as Exhibit 2 is a true and correct copy of a draft proposed stipulation between Plaintiffs and Thomson, dated December 16, 2014.

4. Attached as Exhibit 3 is a true and correct copy of the original and a certified translation of Cass. 1e civ., Feb. 20, 2007, *Cornelissen v. Avianca Inc.*, Bull. civ. I, No. 68 (Fr.).

5. Attached as Exhibit 4 is a true and correct copy of the original and a certified translation of Cass. 1e civ., Feb. 6, 1985, *Simitch v. Fairhurst*, Bull. civ. I, No. 55 (Fr.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December, 2014 in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson

---

[1] "Plaintiffs" refers to the plaintiffs in the above-captioned cases.