# Exhibit 2

# Filed Under Seal

# Exhibit 3

# Filed Under Seal

# Exhibit 4

# Filed Under Seal

# Exhibit 5

# Filed Under Seal

# Exhibit 6

# Filed Under Seal

# Exhibit 7

# Filed Under Seal

# Exhibit 8

# Filed Under Seal

# Exhibit 9

# Filed Under Seal

# Exhibit 10

# Filed Under Seal

# Exhibit 11

# Filed Under Seal

# Exhibit 12

# Filed Under Seal

# Exhibit 13

# Filed Under Seal

# Exhibit 14

# Filed Under Seal

# Exhibit 15

# Filed Under Seal

# Exhibit 16

# Filed Under Seal

# Exhibit 17

# Filed Under Seal

# Exhibit 19

# Filed Under Seal

# Exhibit 20

# Filed Under Seal

Exhibit 21

Filed Under Seal

# Exhibit 22

# Filed Under Seal

# Exhibit 23

# Filed Under Seal

Exhibit 24

Filed Under Seal

# Exhibit 25

# Filed Under Seal

# Exhibit 26

# Filed Under Seal

# Exhibit 27

# Filed Under Seal

# Exhibit 28

# Filed Under Seal

# Exhibit 29

# Filed Under Seal

# Exhibit 30

# Filed Under Seal

# Exhibit 31

# Filed Under Seal

# Exhibit 32

# Filed Under Seal

# Exhibit 33

# Filed Under Seal

# Exhibit 34

# Filed Under Seal

# Exhibit 35

# Filed Under Seal

# Exhibit 36

# Filed Under Seal

# Exhibit 37

# Filed Under Seal

# Exhibit 38

# Filed Under Seal

Exhibit 39

Filed Under Seal

Exhibit 40

Filed Under Seal

# Exhibit 41

# Filed Under Seal

# Exhibit 42

# Filed Under Seal

Exhibit 43

Filed Under Seal

# Exhibit 44

# Filed Under Seal

Exhibit 45

Filed Under Seal

# Exhibit 46

# Filed Under Seal

# Exhibit 47

# Filed Under Seal

Exhibit 48

Filed Under Seal

# Exhibit 49

# Filed Under Seal

# Exhibit 50

# Filed Under Seal

# Exhibit 51

# Filed Under Seal

# Exhibit 52

# Filed Under Seal

# Exhibit 53

# Filed Under Seal

# Exhibit 54

# Filed Under Seal

# Exhibit 55

# Filed Under Seal

# Exhibit 56

# Filed Under Seal

Exhibit 57

Filed Under Seal

Exhibit 58

Filed Under Seal

# Exhibit 59

# Filed Under Seal

# Exhibit 60

# Filed Under Seal

# Exhibit 61

# Filed Under Seal

# Exhibit 62

# Filed Under Seal

# Exhibit 63

# Filed Under Seal

Exhibit 64

Filed Under Seal

Exhibit 65

Filed Under Seal

Exhibit 66

Filed Under Seal

# Exhibit 67

# Filed Under Seal

# Exhibit 68

# Filed Under Seal

Exhibit 69

Filed Under Seal

Exhibit 70

Filed Under Seal

# Exhibit 71

# Filed Under Seal

Exhibit 72

Filed Under Seal

# Exhibit 73

# Filed Under Seal

# Exhibit 74

# Filed Under Seal

# Exhibit 75
# Filed Under Seal

# Exhibit 76

# Filed Under Seal

# Exhibit 77

# Filed Under Seal

# Exhibit 78

# Filed Under Seal

# Exhibit 79

# Filed Under Seal

# Exhibit 80

# Filed Under Seal

# Exhibit 81

# Filed Under Seal

Exhibit 82

Filed Under Seal

# Exhibit 83

# Filed Under Seal

Exhibit 84

Filed Under Seal

# Exhibit 85

# Filed Under Seal

Exhibit 86

Filed Under Seal

Exhibit 87

Filed Under Seal

Exhibit 88

Filed Under Seal

# Exhibit 89

# Filed Under Seal

# Exhibit 90

# Filed Under Seal

# Exhibit 91

# Filed Under Seal

# Exhibit 92

# Filed Under Seal

# Exhibit 93

# Filed Under Seal

# Exhibit 94

# Filed Under Seal

Exhibit 95

Filed Under Seal

Exhibit 96

Filed Under Seal

Exhibit 97

Filed Under Seal

# Exhibit 98

# Filed Under Seal

# Exhibit 99

# Filed Under Seal

Exhibit 100

Filed Under Seal

# Exhibit 101

# Filed Under Seal

# Exhibit 102

# Filed Under Seal

# Exhibit 103
# Filed Under Seal

Exhibit 104

Filed Under Seal

Exhibit 105

Filed Under Seal

Exhibit 106

Filed Under Seal

# Exhibit 107
# Filed Under Seal

# Exhibit 108
# Filed Under Seal

# Exhibit 109

# Filed Under Seal

# Exhibit 110

# Filed Under Seal

# Exhibit 111
# Filed Under Seal

# Exhibit 112

# Filed Under Seal

# Exhibit 113

# Filed Under Seal

Exhibit 114

Filed Under Seal

Exhibit 115

Filed Under Seal

# Exhibit 116

# Filed Under Seal

Exhibit 117

Filed Under Seal

Exhibit 118

Filed Under Seal

# Exhibit 119

# Filed Under Seal

# Exhibit 120

# Filed Under Seal

Exhibit 121

Filed Under Seal

# Exhibit 122

# Filed Under Seal

# Exhibit 123

# Filed Under Seal

# Exhibit 124

# Filed Under Seal

Exhibit 125

Filed Under Seal

# Exhibit 126
# Filed Under Seal

# Exhibit 127

# Filed Under Seal

Exhibit 128

Filed Under Seal

Exhibit 129

Filed Under Seal

# Exhibit 130
# Filed Under Seal

Exhibit 131

Filed Under Seal

Exhibit 132
Filed Under Seal

# Exhibit 133

# Filed Under Seal

Exhibit 134

Filed Under Seal

Exhibit 135

Filed Under Seal

Exhibit 136

Filed Under Seal

# Exhibit 137

# Filed Under Seal

Exhibit 138

Filed Under Seal

Exhibit 139

Filed Under Seal

# Exhibit 140

# Filed Under Seal

Exhibit 141

Filed Under Seal

Exhibit 142

Filed Under Seal

Exhibit 143

Filed Under Seal

# Exhibit 144

# Filed Under Seal

Exhibit 145

Filed Under Seal

Exhibit 148

Filed Under Seal