Vaughn R Walker
Law Office of Vaughn R Walker
P O Box 26250
San Francisco, CA 94126
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No 1917 |
| This Relates to: | Master Case No 3:07-cv-05944SC |
| Report and Recommendation Filed 12/12/2014 | **SPECIAL MASTER'S REPORT AND FURTHER RECOMMENDATION RE SETTLEMENT** |

1    In view of the holidays, the undersigned recommends that the court defer

2  the filing of responses to the Special Master's Report and Recommendation re

3  Settlement, Doc No 3200, to January 12, 2015 or such later date as the court determines.

4  IT IS SO RECOMMENDED.

5

6  DATED:  December 24, 2014

7

8

9                                  Vaughn R Walker
                                   Special Master, United States District Judge (Ret)
10

11

12    The Recommended Order of the Special Master is Accepted and Ordered / Denied /

13  Modified.

14

15

16  Dated: December ___, 2014

17

18                                  Hon Samuel Conti
                                   United States District Judge
19

20

21

22

23

24

25

26

27

28

SPECIAL MASTER'S REPORT AND RECOMMENDATION RE SETTLEMENT                    Page 2 of 2