IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Master Case No. 3:07-cv-05944 SC |
| This Relates to:<br>Report and Recommendation Filed 12/12/2014 | **ORDER APPROVING SPECIAL MASTER'S RECOMMENDATION TO EXTEND RESPONSE DEADLINE** |

On December 24, the undersigned judge (as the general duty judge) received a recommendation from Special Master Judge Vaughn Walker (ret.) in the above-captioned matter. Judge Walker recommended that "the court defer the filing of responses to the Special Master's Report and Recommendation re Settlement, Doc. No. 3200, to January 12, 2015." This recommendation is hereby **ADOPTED AND APPROVED**.

**IT IS SO ORDERED.**

Dated:   December 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE