```
GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

I, Rachel S. Brass, hereby declare as follows:

1.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced action brought by ViewSonic Corporation.

2.  I submit this declaration in support of ViewSonic Corporation's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11 (Case No. 07-cv-05944, Dkt. No. 3261) to provide the basis to maintain under seal the documents identified below.

3.  I have reviewed the following documents submitted under seal to the Court in connection with ViewSonic Corporation's Opposition To Defendants Chunghwa Picture Tubes, Ltd.

1

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF VIEWSONIC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917

Gibson, Dunn & Crutcher LLP

and Chunghwa (Malaysia) Sdn. Bhd.'s Motion For Partial Summary Judgment For Lack Of Standing as to ViewSonic Corporation ("Opposition"):

- Deposition Exhibit 1229E, the English translation of CPT document CHU00028768-70, internal report of January 28, 1997 meeting (Declaration of Astor H. L. Heaven in Support of ViewSonic's Opposition ("Heaven Decl."), Ex. 53);
- Deposition Exhibit 1159E, the English translation of CPT document CHU00030979-84, internal report of March 7-8, 2000 meeting (Heaven Decl., Ex. 54);
- Deposition Exhibit 1142E, the English translation of CPT document CHU00029235-37, internal report of April 15, 1999 meeting (Heaven Decl., Ex. 55);
- Deposition Exhibit 1175E, the English translation of CPT document CHU00031142-47, internal report of June 27, 2001 meeting (Heaven Decl., Ex. 56); and
- CPT document CHU00029316-20, and Deposition Exhibit 660E, the English translation of CHU00029316-20, internal report of September 7-8, 1998 meeting (Heaven Decl., Ex. 57).

4. The documents identified in paragraph 3 of this declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306). CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.

5. The CPT documents identified in paragraph 3 of this declaration are reports that were prepared by CPT employees strictly for internal purposes. They consist of confidential, nonpublic, proprietary and sensitive business information. They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

6. On information and belief, disclosure of the documents identified in paragraph 3 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF VIEWSONIC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of December 2014, at San Francisco, California.

By: _____/s/ *Rachel S. Brass*_____
Rachel S. Brass

Gibson, Dunn & Crutcher LLP

3
DECLARATION OF RACHEL S. BRASS IN SUPPORT OF VIEWSONIC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917