BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to: Individual Cases:<br>No. 13-cv-2171 (SC)<br><br>*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171. | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DELL INC. AND DELL PRODUCTS, L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

MDL 1917

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DELL INC. AND DELL PRODUCTS, L.P.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

I, Tiffany B. Gelott, hereby declare as follows:

1. I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On December 22, 2014, Dell Inc. and Dell Products L.P. (collectively, "Dell") filed an Administrative Motion to Seal (Dkt. 3234), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents that contain information from documents and data that the Philips Defendants have designated "Confidential" or "Highly Confidential:"

   a. Portions of Dell's Opposition to Defendants' Motion for Summary Judgment With Respect to Dell's Foreign Purchases Under the FTAIA ("Opposition");

   b. Exhibit 2 to the Declaration of Debra D. Bernstein In Support of Dell's Opposition to Defendants' Motion for Summary Judgment With Respect to Dell's Foreign Purchases Under the FTAIA ("Bernstein Declaration"), Expert Report of Mohan Rao, Ph.D., dated April 15, 2014 ("Exhibit 2"); and

   c. Exhibit 10 to the Bernstein Declaration, excerpts of the December 12, 2013 Deposition of Jim Smith ("Exhibit 10").

4. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, I make this declaration on behalf of the Philips Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Philips Defendants as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Opposition and Exhibits 2 and 10.

1

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DELL INC. AND DELL PRODUCTS, L.P.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

5.   Exhibit 2 should be maintained under seal in its entirety because it analyzes and relies upon documents and data designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

6.   Exhibit 10 should be maintained under seal in its entirety because it contains portions of the Transcript of the Deposition of Jim Smith, designated by Philips Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order.

7.   Upon information and belief, Exhibits 2 and 10 to the Bernstein Declaration, and the portions of the Opposition that discuss and cite Exhibits 2 and 10, were designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because the documents contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions.  The documents describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions.  Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' customers, and would put the Philips Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 26, 2014 in Washington, D.C.

　　　　　　　　　　　　　　　　/s/ Tiffany B. Gelott
　　　　　　　　　　　　　　　　Tiffany B. Gelott