SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com

HELEN C. ECKERT, Cal. Bar No. 240531
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
E-mail:       heckert@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC;<br><br>*Sharp Electronics Corp.*, et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 SC. | **DECLARATION OF HELEN C. ECKERT IN SUPPORT OF SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Helen C. Eckert, declare as follows:

1. I am an associate at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI"). I submit this declaration in support of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America Inc.'s ("Sharp" or "Plaintiffs") Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (MDL Dkt. No. 3284) ("Motion to Seal"), filed in connection with Plaintiffs' Response in Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds (MDL Dkt. No. 3283) ("Opposition").  Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (MDL Dkt. No. 306).

3. I have reviewed Sharp's Opposition and the Declaration of Gary R. Carney in support thereof ("Carney Declaration").

4. Pursuant to Civil Local Rule 79-5(e)(1), I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal redacted portions of Sharp's Opposition and Carney Declaration Exhibits D and H.

5. **Exhibit D** to the Carney Declaration is SDCRT-0005830-42, which is an internal presentation analyzing and describing SDI's display markets, competitive positions, customers, and sales forecasts.  This document consists of, cites to, and/or identifies confidential, non-public information.  SDI designated Exhibit D as "Highly Confidential" under the Protective Order.  I am informed and believe that SDI treats such information as confidential and have taken reasonable measures to safeguard it from disclosure outside the company.  I am informed and believe that

1  public disclosure of this confidential information would be substantially likely to irreparably harm
2  SDI. Accordingly, Exhibit D should be maintained under seal.

3      6.    **Exhibit H** to the Carney Declaration is SDCRT-0006868-69, which is an internal
4  report analyzing SDI's competitive positions, customers, display markets, and business strategies.
5  SDI designated Exhibit H as "Highly Confidential" under the Protective Order.  I am informed
6  and believe that SDI treats such information as confidential and have taken reasonable measures to
7  safeguard it from disclosure outside the company.  I am informed and believe that public
8  disclosure of this confidential information would be substantially likely to irreparably harm SDI.
9  Accordingly, Exhibit H should be maintained under seal.

10      7.    Plaintiffs' Opposition reflects, contains or refers to documents or information
11  designated as "Confidential" or "Highly Confidential" by SDI pursuant to the Protective Order,
12  including from the above exhibits.  As with the exhibits themselves, I understand that SDI
13  considers any statements in the Opposition purporting to summarize the exhibits or any other
14  documents or information designated as "Confidential" or "Highly Confidential" by SDI to be
15  confidential and proprietary, and that public disclosure of such information presents a risk of
16  undermining SDI's business relationships, causing SDI harm with respect to its competitors and
17  customers, and/or competitively disadvantaging SDI.  Accordingly, portions of Plaintiffs'
18  Opposition should be maintained under seal.

19      8.    SDI has narrowly tailored this sealing request to only those exhibits and references
20  thereto necessary to protect their proprietary and sensitive business information.  Accordingly, for
21  the reasons stated above, SDI requests that the Court maintain under seal Exhibits D, H and all
22  portions of the Opposition that quote from or describe these exhibits.

24  I declare under penalty of perjury under the laws of the United States of America
25  that the foregoing is true and correct.

27  Executed this 26th day of December 2014 in Los Angeles, California.

|     |                                               |
| --- | --------------------------------------------- |
| 1   |                                               |
| 2   |                                               |
| 3   | /s/ Helen C. Eckert<br>Helen C. Eckert        |