Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.*, *and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO DEFENDANT THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO DEFENDANT THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Plaintiffs' Administrative Motion to Seal Portions of Their Opposition to Defendant Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 3236) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On December 22, 2014, the Direct Action Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs' Opposition to Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment (the "Opposition") (Dkt. No. 3236-3) and exhibits thereto.

6. On December 22, 2014, the Direct Action Plaintiffs filed the Declaration of David M. Peterson in Support of the Motion to Seal (Dkt. No. 3236-1), which states that the Opposition and attached exhibits filed under seal contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a.  Exhibit 12 to the Declaration of David M. Peterson in Support of the Opposition, which is a document bearing the Bates label TAEC-CRT-00090061 – TAEC-CRT-00090062 that TAEC has designated as "Confidential" under the Stipulated Protective Order;

    b.  Exhibit 14 to the Declaration of David M. Peterson in Support of the Opposition, which is a document bearing the Bates label TAEC-CRT-00086226 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

    c.  Exhibit 15 to the Declaration of David M. Peterson in Support of the Opposition, which is a document bearing the Bates label TAEC-CRT-00094042 – TAEC-CRT-00094043 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order; and

    d.  The redacted portions on pages 5-6 of the Opposition that quote from Exhibits 12, 14, and 15.

8.    The documents listed in Paragraph 7 and excerpted in the Opposition contain confidential, non-public, proprietary, and highly sensitive business information. The documents concern confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants'

competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of December, 2014, in Washington, D.C.

_____
Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO DEFENDANT THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917
4

**CERTIFICATE OF SERVICE**

On December 28, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO DEFENDANT THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO
DEFENDANT THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND
PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917