Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.*, *and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *Best Buy Co. v. Technicolor SA*, No. 13-cv-05264;

2  *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

3  *Interbond Corp. of Am. v. Technicolor SA.*, No. 13-cv-05727;

4  *Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;

5  *Office Depot, Inc. v. Technicolor SA,* No. 13-cv-5726

6  *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

7  *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

8  *P.C. Richard & Son Long Island Corp. v. Technicolor SA.*, No. 13-cv-05725;

9  *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

10  *Schultze Agency Servs., LLC v. Technicolor SA.*, No. 13-cv-05668;

11  *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

12  *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.,* No. 13-cv-02171;

13  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

14  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC.
AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917

*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-1173 SC;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510;

*All Indirect Purchaser Actions*.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC.
AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1.  I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Dell Inc. and Dell Products, L.P.'s Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (Dkt. No. 3238) (the "Motion to Seal").

2.  Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.  On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4.  The Toshiba Defendants have produced in this action certain documents and testimony designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

5.  On December 23, 2014, the Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs' Opposition to Koninklijke Philips N.V.'s Motion for Summary Judgment (the "Opposition") (Dkt. No. 3238-3) and exhibits thereto.

6.  On December 23, 2014, the Plaintiffs filed the Declaration of Matthew D. Kent in Support of the Motion to Seal (Dkt. No. 3238-1), which states that the Opposition and attached exhibits filed under seal contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7.  Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a.  Exhibit 34 to the Declaration of Debra D. Bernstein in Support of the Opposition, which is a document bearing the Bates label

TSB-CRT-00035310 that Toshiba Corporation has designated as "Highly Confidential" under the Stipulated Protective Order;

b. Exhibit 53 to the Declaration of Debra D. Bernstein in Support of the Opposition, which is excerpts from the transcript of the deposition of Yasuki Yamamoto that Toshiba Corporation has designated as "Highly Confidential" under the Stipulated Protective Order; and

c. The redacted portions on pages of the Opposition that quote from Exhibits 34 and 53.

8. The documents listed in Paragraph 7 and excerpted in the Opposition contain confidential, non-public, proprietary, and highly sensitive business information. The documents concern confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of December, 2014, in Washington, D.C.

Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC.
AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917

3

# CERTIFICATE OF SERVICE

On December 28, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC.
AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917