Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:11-cv-05514-SC | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**STIPULATION OF DISMISSAL** |

1  Plaintiff Target Corporation ("Target") and Defendants Toshiba Corporation, Toshiba
2  America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic
3  Components, Inc., and Toshiba America Information Systems, Inc. (collectively, "Toshiba"), by
4  and through their respective attorneys, hereby stipulate to a dismissal of this action as to Toshiba
5  with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party
6  shall bear its own costs and attorneys' fees.  This stipulation does not affect the rights or claims
7  of Target against any other defendant or alleged co-conspirator in the above-captioned litigation.
8  WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
9  Dismissal.
10  **IT IS SO STIPULATED.**

Dated: December 29, 2014

*/s/ Jerome A. Murphy*
Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
         mmcburney@crowell.com
         aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
         rmcnary@crowell.com

*Counsel for Plaintiff Target Corporation*

*/s/Christopher M. Curran*

Christopher M. Curran (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
Dana E. Foster (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: 202-626-3600
Facsimile:  202-639-9355
Email: ccurran@whitecase.com
           alau@whitecase.com
           defoster@whitecase.com

*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*