**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates to: *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:11-cv-05514-SC | MDL No. 1917<br><br>**[PROPOSED] ORDER** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All of the claims asserted by Plaintiff Target Corporation ("Target") against Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, "Toshiba") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

                                                              Hon. Samuel Conti
                                                             United States District Court Judge