Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
          rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
          mmcburney@crowell.com
          aheaven@crowell.com


*Attorneys for Plaintiff ViewSonic Corporation*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:14-cv-02510-SC | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**STIPULATION OF DISMISSAL** |

1    Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Toshiba Corporation,

2  Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic

3  Components, Inc., and Toshiba America Information Systems, Inc. (collectively, "Toshiba"), by

4  and through their respective attorneys, hereby stipulate to a dismissal of this action as to Toshiba

5  with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party

6  shall bear its own costs and attorneys' fees.  This stipulation does not affect the rights or claims

7  of ViewSonic against any other defendant or alleged co-conspirator in the above-captioned

8  litigation.

9    WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of

10  Dismissal.

11    **IT IS SO STIPULATED.**

12

13  Dated: December 29, 2014                  */s/ Jerome A. Murphy*

14                                            Jerome A. Murphy (*pro hac vice*)
                                              Matthew J. McBurney (*pro hac vice*)
15                                            Astor H.L. Heaven (*pro hac vice*)
                                              CROWELL & MORING LLP
16                                            1001 Pennsylvania Avenue, N.W.
                                              Washington, D.C. 20004
17                                            Telephone: 202-624-2500
                                              Facsimile:  202-628-5116
18                                            Email: jmurphy@crowell.com
                                                     mmcburney@crowell.com
19                                                   aheaven@crowell.com

20                                            Jason C. Murray (CA Bar No. 169806)
                                              Robert B. McNary (CA Bar No. 253745)
21                                            CROWELL & MORING LLP
                                              515 South Flower St., 40th Floor
22                                            Los Angeles, CA 90071
                                              Telephone: 213-443-5582
23                                            Facsimile: 213-622-2690
                                              Email: jmurray@crowell.com
24                                                   rmcnary@crowell.com

25                                            *Counsel for Plaintiff ViewSonic Corporation*

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/Christopher M. Curran*

Christopher M. Curran (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
Dana E. Foster (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: 202-626-3600
Facsimile:  202-639-9355
Email: ccurran@whitecase.com
         alau@whitecase.com
         defoster@whitecase.com

*Counsel for Defendants Toshiba
Corporation, Toshiba America, Inc.,
Toshiba America Consumer Products, LLC,
Toshiba America Electronic Components,
Inc., and Toshiba America Information
Systems, Inc.*