| | |
|---|---|
| 1 | BAKER BOTTS L.L.P. |
| 2 | Jon V. Swenson (SBN 233054)<br>1001 Page Mill Road |
| 3 | Building One, Suite 200<br>Palo Alto, CA 94304-1007 |
| 4 | Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699 |
| 5 | Email: jon.swenson@bakerbotts.com |
| 6 | BAKER BOTTS L.L.P.<br>John M. Taladay (*pro hac vice*) |
| 7 | Erik T. Koons (*pro hac vice*)<br>Charles M. Malaise (*pro hac vice*) |
| 8 | 1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2400 |
| 9 | Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890 |
| 10 | Email: john.taladay@bakerbotts.com<br>Email: erik.koons@bakerbotts.com |
| 11 | Email: charles.malaise@bakerbotts.com |
| 12 | *Attorneys for Defendant Koninklijke Philips N.V., and Philips Electronics North America Corporation* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-06325;<br><br>*Interbond Corporation of America v. Mitsubishi Electric & Electronics USA, Inc., et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-81174; | **DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO TECHNOLOGIES DISPLAYS AMERICAS LLC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

MDL 1917

1  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-06327;
2  
3  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;
4  
5  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-02037;
6  
7  *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;
8  
9  *Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;
10  
11  *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-2171;
12  
13  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;
14  
15  *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;
16  
17  *Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No. 13-cv-02510.

MDL 1917

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO TECHNOLOGIES DISPLAYS AMERICAS LLC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

I, Tiffany B. Gelott, hereby declare as follows:

1. I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On December 23, 2014, Direct Action Plaintiffs ("Plaintiffs") filed an Administrative Motion to Seal (Dkt. 3269), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents that contain information from documents that the Philips Defendants have designated "Confidential" or "Highly Confidential":

    a. Portions of Plaintiffs' Opposition to Technologies Displays Americas LLC's Motion for Partial Summary Judgment ("Opposition"); and

    b. Exhibit 9 to the Declaration of Robert S. Safi in Support of Plaintiffs' Opposition to Technologies Displays Americas LLC's Motion For Partial Summary Judgment ("Safi Declaration"), a document produced by the Philips Defendants in this litigation with the bates number, PHLP-CRT-037654 ("Exhibit 9").

4. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, I make this declaration on behalf of the Philips Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Philips Defendants as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Opposition and Exhibit 9.

5. Exhibit 9 should be maintained under seal in its entirety because it is a document produced the Philips Defendants in this litigation that was designated as "Confidential" pursuant to

1 | the Stipulated Protective Order.

2 |     6. Upon information and belief, Exhibit 9 and the portions of the Opposition which cite and discuss Exhibit 9, were designated by the Philips Defendants as "Confidential" pursuant to the Stipulated Protective Order because the documents contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions. Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' customers, and would put the Philips Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2014 in Washington, D.C.

                                                  /s/ Tiffany B. Gelott
                                                  Tiffany B. Gelott