BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| This Document Relates to:<br><br>*Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Best Buy Co. v. Technicolor SA*, No. 13-cv-05264; | |

MDL 1917

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA*, No. 13-cv-5726;

*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

*Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-1173 SC;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510;

*All Indirect Purchaser Actions.*

MDL 1917

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

I, Tiffany B. Gelott, hereby declare as follows:

1. I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On December 22, 2014, Dell Inc. and Dell Products L.P.'s (collectively, "Plaintiffs") filed an Administrative Motion to Seal (Dkt. 3238), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents that contain information from documents that the Philips Defendants have designated "Confidential" or "Highly Confidential:"

- Portions of Plaintiffs' Opposition to Koninklijke Philips N.V.'s Motion for Summary Judgment and Plaintiffs' Opposition to Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s Motion for Partial Summary Judgment (the "Opposition");
- Exhibit 1 to the Declaration of Debra D. Bernstein in Support of Plaintiffs' Opposition to Koninklijke Philips N.V.'s Motion for Summary Judgment and Plaintiffs' Opposition to Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s Motion for Partial Summary Judgment ("Bernstein Declaration"), excerpts from the November 5, 2014, deposition transcript of Frans Spaargaren, a Fed. R. Civ. P. 30(b)(6) witness for the Philips Defendants ("Exhibit 1");
- Exhibit 2 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PNV0053292– PNV0053317 ("Exhibit 2");

- Exhibit 4 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates number, PHLP-CRT-071832 ("Exhibit 4");

- Exhibit 5 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-104383–PHLP-CRT-104511 ("Exhibit 5");

- Exhibit 7 to the Bernstein Declaration, excerpts from the July 31-August 1, 2012 deposition transcript of Roger De Moor, a Fed. R. Civ. P. 30(b)(6) witness for the Philips Defendants ("Exhibit 7");

- Exhibit 9 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, EIN0051737–EIN0051744 ("Exhibit 9");

- Exhibit 10 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PENAC-DOJ-0000577–PENAC-DOJ-0000594 ("Exhibit 10");

- Exhibit 11 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-026300–PHLP-CRT-026301 ("Exhibit 11");

- Exhibit 12 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-026296–PHLP-CRT-026299 ("Exhibit 12");

- Exhibit 13 to the Bernstein Declaration, excerpts from the transcript of the December 12-13, 2013, deposition of Jim Smith ("Exhibit 13");

- Exhibit 14 to the Bernstein Declaration, excerpts from the transcript of the October 8-9, 2014, deposition of Jan De Lombaerde ("Exhibit 14");

- Exhibit 24 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-109589–

PHLP-CRT-109590 ("Exhibit 24");

- Exhibit 25 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-131584–PHLP-CRT-131590 ("Exhibit 25");
- Exhibit 26 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-130656–PHLP-CRT-130661 ("Exhibit 26");
- Exhibit 27 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-131901–PHLP-CRT-131906 ("Exhibit 27");
- Exhibit 28 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-131576–PHLP-CRT-131579 ("Exhibit 28");
- Exhibit 31 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-082372–PHLP-CRT-082374 ("Exhibit 31");
- Exhibit 32 to the Bernstein Declaration, excerpts from the transcript of the January 30- 31, 2014, deposition of Patrick Canavan ("Exhibit 32");
- Exhibit 36 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, EIN0012882–EIN0012935 ("Exhibit 36");
- Exhibit 37 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, EIN104437–EIN104506 ("Exhibit 37");
- Exhibit 38 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, EIN0003750–EIN0003798 ("Exhibit 38");

- Exhibit 43 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-144478–PHLP-CRT-144585 ("Exhibit 43");
- Exhibit 46 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PNV0152948–PNV0152949 ("Exhibit 46");
- Exhibit 47 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-103886–PHLP-CRT-103888 ("Exhibit 47");
- Exhibit 48 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates number, PHLP-CRT-052479 ("Exhibit 48");
- Exhibit 49 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-160819–PHLP-CRT-160822 ("Exhibit 49");
- Exhibit 50 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-1000–PHLP-CRT-1010 ("Exhibit 50");
- Exhibit 51 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-148795–PHLP-CRT-148796 ("Exhibit 51");
- Exhibit 52 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-048786–PHLP-CRT-048787 ("Exhibit 52");
- Exhibit 54 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-014272–PHLP-CRT-014274 ("Exhibit 54");

- Exhibit 55 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates number, PHLP-CRT-052781 ("Exhibit 55");

- Exhibit 56 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-149827–PHLP-CRT-149829 ("Exhibit 56");

- Exhibit 57 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-163389–PHLP-CRT-163391 ("Exhibit 57");

- Exhibit 58 to the Bernstein Declaration, documents produced by the Philips Defendants in this litigation the following bearing bates numbers: PHLP-CRT-159385 and PHLP-CRT-159393 ("Exhibit 58");

- Exhibit 59 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-156458–PHLP-CRT-156460 ("Exhibit 59");

- Exhibit 60 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-158085–PHLP-CRT-158086 ("Exhibit 60");

- Exhibit 65 to the Bernstein Declaration, a composite exhibit consisting of true and correct copies of documents produced by the Philips Defendants in this litigation bearing the following bates numbers: PNV0121635–PNV0121640, EIN0000100, and PHLPCRT-082985 ("Exhibit 65");

- Exhibit 68 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-089651–PHLP-CRT-089652 ("Exhibit 68");

- Exhibit 69 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates number, PHLP-CRT-073314

("Exhibit 69");

- Exhibit 70 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-160267–PHLP-CRT-160268 ("Exhibit 70");

- Exhibit 71 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-094860–PHLP-CRT-094861 ("Exhibit 71");

- Exhibit 72 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates number, PHLP-CRT-161825 ("Exhibit 72");

- Exhibit 73 to the Bernstein Declaration, a document produced by the Philips Defendants in this litigation bearing bates numbers, PHLP-CRT-154722–PHLP-CRT-154723 ("Exhibit 73");

- Exhibit 74 to the Bernstein Declaration, the April 15, 2014 Expert Report of Mohan Rao ("Exhibit 74"); and

- Exhibit 75 to the Bernstein Declaration, the April 15, 2014 Expert Report of Janet S. Netz ("Exhibit 75").

4. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, I make this declaration on behalf of the Philips Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Philips Defendants as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Opposition, Bernstein Declaration, and Exhibits 1, 2, 4, 5, 7, 9-14, 24-28, 31, 32, 36-38, 43, 46-52, 54, 55-60, 65, and 68-75.

5. Exhibits 2, 4, 5, 9-12, 24-28, 31, 36-38, 43, 46-52, 54, 55-60, 65, and 68-73 should be maintained under seal in their entirety because they are documents produced the Philips Defendants in this litigation that were designated as "Confidential" or "Highly Confidential" pursuant to the

Stipulated Protective Order.

6. Exhibits 1, 7, 13, 14, and 32 should be maintained under seal in their entirety because they contains excerpts from the depositions of Frans Spaargaren, Roger de Moor, Jim Smith, Jan De Lombaerde, and Patrick Canavan, all of which were designated by the Philips Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order.

7. Exhibits 74 and 75 should be maintained under seal in their entirety because they analyze and discuss documents and data that the Philips Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

8. Upon information and belief, Exhibits 1, 2, 4, 5, 7, 9-14, 24-28, 31, 32, 36-38, 43, 46-52, 54, 55-60, 65, and 68-75 as well as the portions of the Opposition, which cite and discuss those exhibits, were designated by the Philips Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because the documents contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions. Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' customers, and would put the Philips Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2014 in Washington, D.C.

                             /s/ Tiffany B. Gelott
                             Tiffany B. Gelott