| | |
|---|---|
| 1 | JEFFREY L. KESSLER (*pro hac vice*) |
| 2 | ALDO A. BADINI (257086) |
| | EVA W. COLE (*pro hac vice*) |
| 3 | MOLLY M. DONOVAN (*pro hac vice*) |
| | WINSTON & STRAWN LLP |
| 4 | 200 Park Avenue |
| | New York, New York 10166-4193 |
| 5 | Telephone: (212) 294-6700 |
| 6 | Facsimile: (212) 294-4700 |
| | Email: jkessler@winston.com |
| 7 | |
| | STEVEN A. REISS (*pro hac vice*) |
| 8 | DAVID L. YOHAI (*pro hac vice*) |
| | ADAM C. HEMLOCK (*pro hac vice*) |
| 9 | WEIL, GOTSHAL & MANGES LLP |
| 10 | 767 Fifth Avenue |
| | New York, New York 10153-0119 |
| 11 | Telephone:  (212) 310-8000 |
| | Facsimile:  (212) 310-8007 |
| 12 | Email: steven.reiss@weil.com |

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF SOFIA ARGUELLO IN SUPPORT OF DELL PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DELL'S RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL ON STATUTE OF LIMITATIONS GROUNDS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>**[re Panasonic Documents in Dkt. No. 3230]** |
| This Document Relates to:<br><br>*Dell Inc., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-2171 (SC) | |

DECL. OF SOFIA ARGUELLO ISO
DELL'S ADMINISTRATIVE MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

1  I, Sofia Arguello, declare as follows:

2      1.    I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

    2.    On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On December 21, 2014, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") filed an Administrative Motion to Seal (Dkt. 3230), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79(b):

    (a) Portions of Dell's Opposition to Defendant's Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitation Grounds ("Dell's Opposition");

    (b) Certain Exhibits to the Declaration of Debra D. Bernstein in Support of Dell's Opposition ("Bernstein Declaration");

    3.    Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal (i) Exhibits 10, 11, 12, 13, 23, and 24 to the Bernstein Declaration that has been designated by the Panasonic Defendants as "Confidential" pursuant to the Stipulated Protective Order; and (ii) portions of Dell's Opposition that reference information designated "Confidential" by the Panasonic Defendants under the terms of the Stipulated Protective Order.

    4.    Attached as Exhibit 10 to the Bernstein Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0400579 - 0400580, and a certified English translation of the same, designated by the Panasonic Defendants as "Confidential" under the protective order.

- 1 -

DECL. OF SOFIA ARGUELLO  
I/S/O DELL'S MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

5. Upon information and belief, the documents appearing in Exhibit 10 to the Bernstein Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information. These documents contain, cite, and/or identify confidential information about the Panasonic Defendants' internal practices, sales practices, business practices, and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

6. Attached as Exhibit 11 to the Bernstein Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0410018 and MTPD0410020 - 0410021, and certified translations of the same, entered as Exhibits 1797, 1798, 1797E and 1798E at the deposition of Yasuki Yamamoto, and designated by the Panasonic Defendants as "Confidential" under the protective order.

7. Upon information and belief, the documents appearing in Exhibit 11 to the Bernstein Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information. These documents contain, cite, and/or identify confidential information about the Panasonic Defendants' internal practices, sales practices, business practices, pricing practices, and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

8. Attached as Exhibit 12 to the Bernstein Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0423675 - 0423677, and a certified English translation of the same, designated by the Panasonic Defendants as "Confidential" under the protective order.

9. Upon information and belief, the documents appearing in Exhibit 12 to the Bernstein Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly

1  sensitive business information. These documents contain, cite, and/or identify confidential
2  information about the Panasonic Defendants' internal practices, pricing practices, sales practices,
3  business practices and competitive position. I am informed and believe that this is sensitive
4  information and public disclosure of this information presents a risk of undermining the Panasonic
5  Defendants' business relationships, would cause it harm with respect to its competitors and
6  customers, and would put the Panasonic Defendants at a competitive disadvantage.

7      10. Attached as Exhibit 13 to the Bernstein Declaration is a copy of a document produced
8  by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0493549 - 0493550,
9  and a certified English translation of the same, designated by the Panasonic Defendants as
10  "Confidential" under the protective order.

11      11. Upon information and belief, the documents appearing in Exhibit 13 to the Bernstein
12  Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly
13  sensitive business information. These documents contain, cite, and/or identify confidential
14  information about the Panasonic Defendants' internal practices, sales practices, business practices
15  and competitive position. I am informed and believe that this is sensitive information and public
16  disclosure of this information presents a risk of undermining the Panasonic Defendants' business
17  relationships, would cause it harm with respect to its competitors and customers, and would put the
18  Panasonic Defendants at a competitive disadvantage.

19      12. Attached as Exhibit 23 to the Bernstein Declaration is a copy of a document produced
20  by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0035375 - 0035376,
21  and a certified English translation of the same, designated by the Panasonic Defendants as
22  "Confidential" under the protective order.

23      13. Upon information and belief, the documents appearing in Exhibit 23 to the Bernstein
24  Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly
25  sensitive business information. These documents contain, cite, and/or identify confidential
26  information about the Panasonic Defendants' internal practices, business practices and competitive
27  position. I am informed and believe that this is sensitive information and public disclosure of this
28

DECL. OF SOFIA ARGUELLO                                                            Case No. 07-5944 SC
I/S/O DELL'S MOTION TO SEAL                                    MDL NO. 1917

1  information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

14. Attached as Exhibit 24 to the Bernstein Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0492286 - 0492289, and a certified English translation of the same, designated by the Panasonic Defendants as "Confidential" under the protective order.

15. Upon information and belief, the documents appearing in Exhibit 24 to the Bernstein Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information. These documents contain, cite, and/or identify confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

16. Dell's Opposition consists of, cites to, quotes from or identifies confidential, nonpublic, proprietary, and highly sensitive business information about the Panasonic Defendants' business practices, pricing practices, sales practices and competitive positions. Specifically, pages 3 and 4 of Dell's Opposition describe documents or information designated as "Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order, including but not limited to Exhibits 10, 11, 12, 13, 23, and 24 to the Bernstein Declaration. As with the exhibits themselves, I understand that the Panasonic Defendants consider any statements in the Opposition purporting to summarize the exhibits or any other documents or information designated as "Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the Opposition and Exhibits 10, 11, 12, 13, 23, and 24 to the Bernstein Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  December 29, 2014

By:  /s/ *Sofia Arguello*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
SOFIA ARGUELLO (*pro hac vice*)
Email:  sarguello@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 5 -

DECL. OF SOFIA ARGUELLO
I/S/O DELL'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917