Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-00141;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | **DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Judge: Hon. Samuel Conti |

*Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-05726;

*Costco Wholesale Corporation v. Technicolor SA, et al.,* No. 13-cv-05723;

*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.,* No. 11-cv-06396;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.,* No. 31:cv-05725;

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.,* No. 13-cv-05668;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No. 13-cv-00157;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.,et al.,* No. 3:14-cv-02510.

I, Stephen M. Judge, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants Thomson Consumer Electronics, Inc. ("Thomson Consumer") and Thomson SA (collectively "Thomson Defendants"). I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California. The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. On June 18, 2008, the Court entered a "Stipulated Protective Order" in this matter [Dkt. No. 306] (the "Protective Order"). On December 23, 2014 the Plaintiffs filed an Administrative Motion to File Documents Under Seal [Dkt. 3282], and lodged under seal, pursuant to Civil Local

1  Rules 7-11 and 79-5(d), the following documents or portions thereof, that contain information
2  from documents the Thomson Defendants have designated "Confidential" or "Highly
3  Confidential":

4      a.    Exhibit 34 to the Declaration of Gary R. Carney In Support of Plaintiffs'
5            Opposition to the Toshiba Defendants' Motion for Summary Judgment
6            Concerning Withdrawal [Dkt. No. 3280-1] ("Carney Declaration"); and

7      b.    Portions of Plaintiffs' Opposition to the Toshiba Defendants' Motion for Summary
8            Judgment Concerning Withdrawal [Dkt. No. 3280] ("Plaintiffs' Opposition").

9  3.    Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Stipulated Protective Order, I
10 make this declaration on behalf of the Thomson Defendants to provide the basis for the Court to
11 maintain under seal certain documents and information designated by the Thomson Defendants as
12 "Confidential" or "Highly Confidential" under the Stipulated Protective Order, and references to
13 those documents and information in the Plaintiffs' Opposition.

14 4.    Specifically, the Thomson Defendants request that the following documents be maintained
15 under seal: (i) Exhibit 34 to the Carney Declaration; and (ii) all references to information in the
16 Plaintiffs' Opposition designated "Confidential" or "Highly Confidential" by the Thomson
17 Defendants under the terms of the Stipulated Protective Order.

18 5.    Exhibit 34 to the Carney Declaration was produced by the Thomson Defendants bearing
19 Bates number TSA-CRT00033173 and designated as "Highly Confidential" by the Thomson
20 Defendants. Upon information and belief, this document was designated as "Highly Confidential"
21 by the Thomson Defendants because it contains confidential, non-public, highly sensitive
22 business information about the Thomson Defendants' business practices, customers, strategies,
23 and supplier relationships. Publically disclosing this sensitive information risks undermining the
24 Thomson Defendants' business relationships and harming its suppliers and customers and putting
25 the Thomson Defendants at a competitive disadvantage.

26     I declare under penalty of perjury, under the laws of the United States of America, that the
27 foregoing is true and correct.

28

DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF    3    No. 07-5944-SC; MDL No. 1917
ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL

1
2      Executed this 29th day of December 2014, at South Bend, Indiana.
3
4                                         /s/ Stephen M. Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28