Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.*, *and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL INDIRECT-PURCHASER ACTIONS<br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS** |

DECLARATION OF DANA E. FOSTER IN SUPPORT OF ADMINISTRATIVE MOTION
TO FILE UNDER SEAL INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS'
OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF
ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS
Case No. 07-5944 SC, MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *Target Corp. v. Chunghwa Picture Tubes, Ltd.,*
2  *et al.*, No. 11-cv-05514;

3  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

4  *Sears, Roebuck & Co., et al. v. Chunghwa*
5  *Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

6  *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

7  *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*,
8  No. 11-cv-06275;

9  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;
10
11  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

12  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;
13

14  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

15  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*,
16  No. 11-cv-06397;

17  *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

18  *P.C. Richard & Son Long Island Corp., et al.*
19  *v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

20  *P.C. Richard & Son Long Island Corp., et al.*
21  *v. Technicolor SA, et al.*, No. 13-cv-05725;

22  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

23  *Schultze Agency Servs., LLC v. Technicolor*
24  *SA, et al.*, No. 13-cv-05668;

25  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

26  *Viewsonic Corp. v. Chunghwa Picture Tubes,*
27  *Ltd., et al.*, No. 14-cv-02510.

28

DECLARATION OF DANA E. FOSTER IN SUPPORT OF ADMINISTRATIVE MOTION
TO FILE UNDER SEAL INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS'
OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF
ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Administrative Motion To File Under Seal Indirect Purchaser and Certain Direct Action Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws (Dkt. No. 3245) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On December 22, 2014, the Indirect Purchaser and Certain Direct Action Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the Opposition to Defendants' Joint Motion for Partial Summary Judgment for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws (the "Opposition") (Dkt. No. 3245-4) and exhibits thereto.

6. On December 22, 2014, the Indirect Purchaser and Certain Direct Action Plaintiffs filed the Declaration of Lauren C. Capurro in Support of the Motion to Seal (Dkt. No. 3246), which states that the redacted portions of the Opposition and attached exhibits contain excerpts from, or statements derived from documents and testimony that

DECLARATION OF DANA E. FOSTER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS
Case No. 07-5944 SC, MDL No. 1917
2

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a. Exhibit 17 to the Declaration of Lauren C. Capurro in Support of the Opposition, which consists of excerpts from the transcript of the deposition of Jay Alan Heinecke that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

    b. Exhibit 26 to the Declaration of Lauren C. Capurro in Support of the Opposition, which consists of excerpts from the transcript of the deposition of Tomoyuki Kawano that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order; and

    c. The redacted portions on pages 5 and 6 of the Opposition that quote from Exhibits 17 and 26.

8. The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The materials contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

DECLARATION OF DANA E. FOSTER IN SUPPORT OF ADMINISTRATIVE MOTION
TO FILE UNDER SEAL INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS'
OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF
ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS
Case No. 07-5944 SC, MDL No. 1917
3

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed this 29th day of December, 2014, in Washington, D.C.

_____
Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF ADMINISTRATIVE MOTION
TO FILE UNDER SEAL INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS'
OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF
ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS
Case No. 07-5944 SC, MDL No. 1917
4

**CERTIFICATE OF SERVICE**

On December 29, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF ADMINISTRATIVE MOTION
TO FILE UNDER SEAL INDIRECT PURCHASER AND CERTAIN DIRECT ACTION PLAINTIFFS'
OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF
ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS
Case No. 07-5944 SC, MDL No. 1917