Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:11-cv-05514-SC | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**STIPULATION OF DISMISSAL** |

1  Plaintiff Target Corporation ("Target") and Defendants Hitachi Displays, Ltd. (n/k/a
2  Japan Display Inc.), Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi
3  Electronic Devices (USA), Inc. (collectively, "Hitachi"), by and through their respective
4  attorneys, hereby stipulate to a dismissal of this action as to Hitachi with prejudice, pursuant to
5  Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and
6  attorneys' fees.  This stipulation does not affect the rights or claims of Target against any other
7  defendant or alleged co-conspirator in the above-captioned litigation.

8  WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
9  Dismissal.

10  **IT IS SO STIPULATED.**

12  Dated: December 29, 2014              */s/ Jerome A. Murphy*
                                          Jerome A. Murphy (*pro hac vice*)
                                          Matthew J. McBurney (*pro hac vice*)
                                          Astor H.L. Heaven (*pro hac vice*)
                                          CROWELL & MORING LLP
                                          1001 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20004
                                          Telephone: 202-624-2500
                                          Facsimile:  202-628-5116
                                          Email: jmurphy@crowell.com
                                                 mmcburney@crowell.com
                                                 aheaven@crowell.com

                                          Jason C. Murray (CA Bar No. 169806)
                                          Robert B. McNary (CA Bar No. 253745)
                                          CROWELL & MORING LLP
                                          515 South Flower St., 40th Floor
                                          Los Angeles, CA 90071
                                          Telephone: 213-443-5582
                                          Facsimile: 213-622-2690
                                          Email: jmurray@crowell.com
                                                 rmcnary@crowell.com

                                          *Counsel for Plaintiff Target Corporation*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/Eliot A. Adelson*

Eliot A. Adelson (CA Bar No. 205284)
James M. Cooper (CA Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: 415-439-1400
Facsimile: 415-439-1500
Email: eadelson@kirkland.com
           max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200
Email: jmutchnik@kirkland.com
           bechols@kirkland.com
           kate.wheaton@kirkland.com

*Counsel for Defendants Hitachi Displays, Ltd. (n/k/a Japan Display Inc)., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*