GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi, Ltd.*, No. 13-cv-2171 (SC) | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced action.

2. I submit this declaration in support of Dell Inc. and Dell Products L.P.'s ("Dell") Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (Case No. 07-cv-05944, Dkt. No. 3230) to provide the basis to maintain under seal the documents identified below.

3. I have reviewed the following documents submitted under seal to the Court in connection with Dell's Opposition to Defendant's Joint Motion for Partial Summary Judgment Against Dell on Statute of Limitations Grounds ("Opposition"):

- Excerpts from the transcript of the deposition of Chih Chin Liu taken in this action (Declaration of Debra D. Bernstein in Support of Opposition ("Bernstein Decl."), Ex. 1)
- CPT document CHU00102864 – CHU00102865 and the English translation, internal report of January 23, 2007 meeting (Bernstein Decl., Ex. 3)
- CPT document CHU00028705 – CHU00028706 and the English translation, internal report of August 1, 1997 meeting (Bernstein Decl., Ex. 8)
- CPT document CHU00578883 – CHU00578885 and the English translation, internal report of November 15, 2004 meeting (Bernstein Decl., Ex. 9)

4. Mr. Liu's deposition testimony attached as Exhibit 1 to the Bernstein Declaration is designated by CPT as "Highly Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. Nos. 306).

5. Mr. Liu's deposition testimony attached to the Bernstein Declaration contains confidential, nonpublic, proprietary and sensitive business information.  It contains descriptions of Chunghwa's internal practices and procedures related to sales, pricing, and customer demand.

6. The documents attached as Exhibits 3, 8, and 9 to the Bernstein Declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306).  CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.

7. The documents attached as Exhibits 3, 8, and 9 to the Bernstein Declaration are reports that were prepared by CPT employees strictly for internal purposes.  They consist of confidential, nonpublic, proprietary and sensitive business information.  They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

8. On information and belief, disclosure of Mr. Liu's deposition testimony attached as Exhibit 1 to the Bernstein Declaration and the documents identified in paragraph 3 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of December 2014, at San Francisco, California.

By: _____/s/ *Rachel S. Brass*_____
       Rachel S. Brass