GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Dell Inc. and Dell Products L.P.*, No. 13-cv-2171 (SC) | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced actions.

2. I submit this declaration in support of Dell Inc. and Dell Products L.P.'s ("Dell") Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (Case No. 07-cv-05944, Dkt. No. 3234) to provide the basis to maintain under seal the documents identified below.

3. I have reviewed the following documents submitted under seal to the Court in connection with Dell's Opposition to Defendants' Motion for Summary Judgment with Respect to Dell's Foreign Purchases Under the FTAIA ("Opposition"):

- CPT document CHU00029191–CHU00029194 and the English translation, internal report of May 20, 1999 meeting (Declaration of Debra D. Bernstein in Support of Opposition ("Bernstein Decl."), Ex. 4)
- CPT document CHU00029179–CHU00029184 and the English translation, internal report of August 23, 1999 meeting (Bernstein Decl., Ex. 5)
- CPT document CHU00032057–CHU00032058 and the English translation, internal report of February 24, 1997 meeting (Bernstein Decl., Ex. 14)
- CPT document CHU00030731–CHU00030733 and the English translation, internal report of March 15, 1999 meeting (Bernstein Decl., Ex. 15)
- CPT document CHU00031254–CHU00031254 and the English translation, internal report of July 2, 2004 meeting (Bernstein Decl., Ex. 16)
- CPT document CHU00030701–CHU00030704 and the English translation, internal report of January 18, 1999 meeting (Bernstein Decl., Ex. 17)
- CPT document CHU0030835–CHU00030838 and the English translation, internal report of August 20, 1999 meeting (Bernstein Decl., Ex. 18)
- CPT document CHU00030855–CHU00030868 and the English translation, internal report of September 20, 1999 meeting (Bernstein Decl., Ex. 19)
- CPT document CHU00030960–CHU00030962 and the English translation, internal report of January 24, 2000 meeting (Bernstein Decl., Ex. 20)
- CPT document CHU00031262–CHU00031267 and the English translation, internal report of July 2004 meeting (Bernstein Decl., Ex. 22)

4. The documents identified in paragraph 3 of this declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306). CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.

5. The CPT documents identified in paragraph 3 of this declaration are reports that were prepared by CPT employees strictly for internal purposes. They consist of confidential, nonpublic, proprietary and sensitive business information. They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

6. On information and belief, disclosure of the documents identified in paragraph 3 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of December 2014, at San Francisco, California.

By:    /s/ *Rachel S. Brass*
        Rachel S. Brass