GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>INDIRECT-PURCHASER ACTIONS<br><br>*Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173;<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd.*, et al., No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>DECLARATION OF RACHEL S. BRASS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO PANASONIC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) |

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No.13-cv-05726;

*CompuCom Systems, Inc. v. Hitachi, Ltd.*, et al., No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp.*, et al. v. Hitachi, Ltd., et al., No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp.*, et al. v. Technicolor SA, et al., No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, et al., No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced actions.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Seal Portions of their Opposition to Panasonic's Motion for Summary Judgment Pursuant to civil Local Rules 7-11 and 79-5(d) (Case No. 3:07-cv-5944, Dkt. No. 3248) to provide the basis to maintain under seal the documents identified below.

3. I have reviewed Plaintiffs' Opposition to Panasonic Corporation and Panasonic Corporation of North America's Motion for Summary Judgment ("Opposition") and the following documents submitted under seal to the Court in connection with Opposition:

- CPT document CHU00028503 and the English translation, internal report of April 23, 1997 meeting (Declaration of Philip Iovieno in Support of Opposition ("Iovieno Decl."), Ex. 4)
- CPT document CHU00028740 and the English translation, internal report of April 23, 1997 meeting (Iovieno Decl., Ex. 5)
- CPT document CHU00028755 and the English translation, internal report of March 12, 1997 meeting (Iovieno Decl., Ex. 6)
- CPT document CHU00028424 and the English translation, internal report of June 21, 2000 meeting (Iovieno Decl., Ex. 11)
- CPT document CHU00028514 and the English translation, internal report of October 30, 1996 meeting (Iovieno Decl., Ex. 12)
- CPT document CHU00031010 and the English translation, internal report of June 20, 2000 meeting (Iovieno Decl., Ex. 13)
- Deposition Exhibits 1133 and 1133E, CPT document CHU00028463 and the English translation, internal report of August 25, 1998 meeting (Iovieno Decl., Ex. 15)
- Deposition Exhibits 1256 and 1256E, CPT document CHU00028441 and the English translation, internal report of September 14, 1999 meeting (Iovieno Decl., Ex. 17)
- Deposition Exhibits 2925 and 2925E, CPT document CHU00028441 and the English translation, internal report of April 9, 1997 meeting (Iovieno Decl., Ex. 18)
- CPT document CHU00028752 and the English translation, internal report of March 19, 1997 meeting (Iovieno Decl., Ex. 19).

4. The documents identified in paragraph 3 of this declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306). CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.

5. The CPT documents identified in paragraph 3 of this declaration are reports that were prepared by CPT employees strictly for internal purposes. They consist of confidential, nonpublic, proprietary and sensitive business information. They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

6. On information and belief, disclosure of the documents identified in paragraph 3 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of December 2014, at San Francisco, California.

By:    /s/ *Rachel S. Brass*
        Rachel S. Brass