GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced actions.

2. I submit this declaration in support of Direct Action Purchaser Plaintiffs ("Plaintiffs") Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11 (Case No. 07-cv-05944, Dkt. No. 3262) to provide the basis to maintain under seal the documents identified below.

1
DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917

Gibson, Dunn & Crutcher LLP

3. I have reviewed the following documents submitted under seal to the Court in connection with Plaintiffs' Opposition to Defendant LG Electronics, Inc. Motion for Partial Summary Judgment on Withdrawal Grounds ("Opposition"):

- CPT document CHU0073558 and the English translation, Internal CPT memorandum regarding January 30, 2000 meeting (Declaration of David Martinez in Support of Opposition ("Martinez Decl."), Ex. 7)
- CPT document CHU00031105.01-CHU00031106 and the English translation, internal report of February 22, 2001 meeting (Martinez Decl., Ex. 7)
- Deposition Exhibit 1271, CPT document CHU00030058.01 - CHU00030059.03 and the English translation, internal report of November 12, 2003 meeting (Martinez Decl., Ex. 9)
- CPT document CHU00029191 - CHU00029194 and the English translation, internal report of May 20, 1999 meeting (Martinez Decl., Ex. 10)
- CPT document CHU00029163.01 - CHU00029170 and the English translation, internal report of November 25, 1999 meeting (Martinez Decl., Ex. 10)
- CPT document CHU00028909 - CHU00028911 and the English translation, internal report of October 24, 1996 meeting (Martinez Decl., Ex. 12)
- CPT document CHU00028908.01 - CHU00028908.02 and the English translation, internal report of January 15, 1997 meeting (Martinez Decl., Ex. 12)
- CPT document CHU00028907 and the English translation, internal report of February 24, 1997 meeting (Martinez Decl., Ex. 12)
- CPT document CHU00028755.01 -CHU00028756.02 and the English translation, internal report of March 12, 1997 meeting (Martinez Decl., Ex. 12)
- CPT document CHU00028897.01 - CHU00028898 and the English translation, internal report of March 4, 1998 meeting (Martinez Decl., Ex. 16)
- CPT document CHU00021268.01- CHU00021271 and the English translation, internal report of March 5-6, 1999 meeting (Martinez Decl., Ex. 16)

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917

- CPT document CHU00029238.01 - CHU00029240.02 and the English translation, internal report of April 14, 1999 meeting (Martinez Decl., Ex. 16)
- CPT document CHU00030787.01 - CHU00030794 and the English translation, internal report of June 23, 1999 meeting (Martinez Decl., Ex. 16)
- CPT document CHU00030835.01 - CHU00030837 and the English translation, internal report of August 20, 1999 meeting (Martinez Decl., Ex. 16)
- CPT document CHU00031010.01 - CHU00031012 and the English translation, internal report of June 20, 2000 meeting (Martinez Decl., Ex. 16)
- CPT document CHU00028897.01 - CHU00028898 and the English translation, internal report of March 4, 1998 meeting (Martinez Decl., Ex. 17)
- CPT document CHU00031174.01 - CHU00031175.02 and the English translation, internal report of December 28, 2001 meeting (Martinez Decl., Ex. 18)
- CPT document CHU00030701.01 - CHU00030704.02 and the English translation, internal report of January 18, 1999 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00029235.01 -CHU00029237.02 and the English translation, internal report of April 15, 1999 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00030809.01 - CHU00030814 and the English translation, internal report of July 23, 1999 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00029179.01 - CHU00029814 and the English translation, internal report of August 23, 1999 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00029175.01 - CHU00029178.02 and the English translation, internal report of September 21, 1999 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00029163.01 - CHU00029170 and the English translation, internal report of November 25, 1999 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00029152 -CHU00029154.02 and the English translation, internal report of January 24, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00030965.01 - CHU00030970 and the English translation, internal report of February 24, 2000 meeting (Martinez Decl., Ex. 22)

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917

- CPT document CHU00030979 -CHU00030984 and the English translation, internal report of March 7-8, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00030995.01 - CHU00030997 and the English translation, internal report of April 14, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00029131.01 -CHU00029137 and the English translation, internal report of May 25, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00031106.01 - CHU00031109.02 and the English translation, internal report of May 26, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00029108.01 - CHU00029109 and the English translation, internal report of July 13, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00029105.01 -CHU00029107.02 and the English translation, internal report of August 22, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00031056.01 - CHU00031057.02 and the English translation, internal report of September 21, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00028975.01 -CHU00028976.02 and the English translation, internal report of October 25, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00735559 and the English translation, internal report of December 18, 2000 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00031111.01 – CHU00031112.02 and the English translation, internal report of March 19, 2001 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00031113 – CHU00031114 and the English translation, internal report of March 22, 2001 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00031142.01 –CHU00031147 and the English translation, internal report of June 27, 2001 meeting (Martinez Decl., Ex. 22)
- CPT document CHU00031006.01 - CHU00031009.02 and the English translation, internal report of March 26, 2000 meeting (Martinez Decl., Ex. 23)
- CPT document CHU00031150.01 – CHU00031152 and the English translation, internal report of July 24, 2001 meeting (Martinez Decl., Ex. 24)

Gibson, Dunn & Crutcher LLP

4

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917

- CPT document CHU00031172.01 – CHU00031173.02 and the English translation internal report of December 17, 2001 meeting (Martinez Decl., Ex. 24)
- CPT document CHU00031174.01 – CHU00031175.02 and the English translation, internal report of December 28, 2001 meeting (Martinez Decl., Ex. 24)
- CPT document CHU00031178.01 – CHU00031179.02 and the English translation, internal report of January 18, 2001 meeting (Martinez Decl., Ex. 24)
- CPT document CHU00660282– CHU00660283 and the English translation, internal report of January 30, 2002 meeting (Martinez Decl., Ex. 24)
- CPT document CHU00031183.01 – CHU00031185 and the English translation, internal report of February 22, 2002 meeting (Martinez Decl., Ex. 24)
- CPT document CHU00030701.01 – CHU00030704.02 and the English translation, internal report of January 18, 1999 meeting (Martinez Decl., Ex. 25)
- CPT document CHU00030809.01 – CHU00030814 and the English translation, internal report of July 23, 1999 meeting (Martinez Decl., Ex. 25)
- CPT document CHU00029155.01 –CHU00029162 and the English translation, internal report of January 18, 2000 meeting (Martinez Decl., Ex. 25)
- CPT document CHU00031013.01 – CHU00031014 and the English translation, internal report of June 28, 2000 meeting (Martinez Decl., Ex. 25)
- CPT document CHU00031106.01 - CHU00031109.02 and the English translation, internal report of May 26, 2000 meeting (Martinez Decl., Ex. 26)
- CPT document CHU00014208.01 – CHU14209 and the English translation, internal report of September 28, 2005 meeting (Martinez Decl., Ex. 30)
- CPT document CHU00030960.01 – CHU00030962 and the English translation, internal report of January 24, 2000 meeting (Martinez Decl., Ex. 31)
- CPT document CHU00030965.01- CHU00030970 and the English translation, internal report of February 24, 2000 meeting (Martinez Decl., Ex. 31)
- CPT document CHU00031006.01 - CHU00031009.02 and the English translation, internal report of May 26, 2000 meeting (Martinez Decl., Ex. 31)

5

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917

1  • CPT document CHU00031010.01 - CHU00031012 and the English translation,
2    internal report of June 20, 2000 meeting (Martinez Decl., Ex. 31)
3  • CPT document CHU00031051.01-CHU00031055 and the English translation, internal
4    report of September 21, 2000 meeting (Martinez Decl., Ex. 31)
5  • CPT document CHU00031075.01- CHU00031087 and the English translation,
6    internal report of October 25, 2000 meeting (Martinez Decl., Ex. 31)
7  • CPT document CHU00031111.01-CHU00031112.02 and the English translation,
8    internal report of March 19, 2001 meeting (Martinez Decl., Ex. 31)
9  • CPT document CHU00024554.01- CHU00024559 and the English translation,
10   internal report of April 18-19, 2001 meeting (Martinez Decl., Ex. 31)
11 • CPT document CHU00031142.01-CHU00031147 and the English translation, internal
12   report of June 27, 2001 meeting (Martinez Decl., Ex. 31)
13 • CPT document CHU00031148.01E – CHU00031149 and the English translation,
14   internal report of July 17, 2001 meeting (Martinez Decl., Ex. 32)
15 • CPT document CHU00660324-CHU00660328 and the English translation, internal
16   report of August 21, 2001 meeting (Martinez Decl., Ex. 32)
17 • CPT document CHU00660341- CHU00660343 and the English translation, internal
18   report of November 5, 2001 meeting (Martinez Decl., Ex. 32)
19 • CPT document CHU00660337- CHU00660340 and the English translation, internal
20   report of November 20, 2001 meeting (Martinez Decl., Ex. 32)
21 • CHU00660344 - CHU00660345 and the English translation, internal report of
22   December 11, 2001 meeting (Martinez Decl., Ex. 32)
23 • CPT document CHU00031172.01E – CHU00031173.02 and the English translation,
24   internal report of December 17, 2001 meeting (Martinez Decl., Ex. 32)
25 • CPT document CHU00031174.01- CHU00031175.02 and the English translation,
26   internal report of December 28, 1001 meeting (Martinez Decl., Ex. 32)
27 • CPT document CHU00031177.01- CHU00031177.02 and the English translation,
28   internal report of January 11, 2002 meeting (Martinez Decl., Ex. 32)

Gibson, Dunn & Crutcher LLP

6

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL -
CASE NO. 3:07-cv-5944 SC, MDL No. 1917

- CPT document CHU00031178.01- CHU00031179.02 and the English translation, internal report of January 18, 2002 meeting (Martinez Decl., Ex. 32)
- CPT document CHU00031180.01- CHU00031181 and the English translation, internal report of January 23, 2002 meeting (Martinez Decl., Ex. 32)
- CPT document CHU00660284 - CHU00660285 and the English translation, internal report of February 5, 2002 meeting (Martinez Decl., Ex. 32)
- CPT document CHU00660298- CHU00660301 and the English translation, internal report of February 22, 2002 meeting (Martinez Decl., Ex. 32)
- CPT document CHU00660302 -CHU00660305 and the English translation, internal report of March 5, 2002 meeting (Martinez Decl., Ex. 32)
- CPT document CHU00031188.01- CHU00031109.02 and the English translation, internal report of March 20, 2002 meeting (Martinez Decl., Ex. 32)
- CPT document CHU00660286 - CHU00660288 and the English translation, internal report of April 9, 2002 meeting (Martinez Decl., Ex. 32)
- CPT document CHU00014208.01- CHU00014209 and the English translation, internal report of September 28, 2005 meeting (Martinez Decl., Ex. 32)
- CPT document CHU00014210.01- CHU00014211 and the English translation, internal report of November 21, 2005 meeting (Martinez Decl., Ex. 32)
- CPT document CHU00030899.01- CHU00030903 and the English translation, internal report of October 27, 1999 meeting (Martinez Decl., Ex. 33)
- CPT document CHU00029155.01- CHU00029162 and the English translation, internal report of January 18, 2000 meeting (Martinez Decl., Ex. 33)
- CPT document CHU00029131.01- CHU00029137 and the English translation, internal report of May 25, 2000 meeting (Martinez Decl., Ex. 33)
- CPT document CHU00031113.01E-CHU00031114 and the English translation, internal report of March 20, 2001 meeting (Martinez Decl., Ex. 33)
- CPT document CHU00024560- CHU00024562.02 and the English translation, internal report of April 18-19, 2001 meeting (Martinez Decl., Ex. 33)

7
DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917

Gibson, Dunn & Crutcher LLP

- CPT document CHU00020660 and the English translation, internal report of February 21, 2003 meeting (Martinez Decl., Ex. 57)

4. The documents identified in paragraph 3 of this declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306). CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.

5. The CPT documents identified in paragraph 3 of this declaration are reports that were prepared by CPT employees strictly for internal purposes. They consist of confidential, nonpublic, proprietary and sensitive business information. They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

6. On information and belief, disclosure of the documents identified in paragraph 3 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of December 2014, at San Francisco, California.

By:  /s/ *Rachel S. Brass*
Rachel S. Brass

Gibson, Dunn & Crutcher LLP

8

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL - CASE NO. 3:07-cv-5944 SC, MDL No. 1917