1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  JSanders@gibsondunn.com
   RACHEL S. BRASS, SBN 219301
3  RBrass@gibsondunn.com
   AUSTIN V. SCHWING, SBN 211696
4  ASchwing@gibsondunn.com
   555 Mission Street, Suite 3000
5  San Francisco, California 94105-2933
   Telephone: 415.393.8200
6  Facsimile: 415.393.8306

7  Attorneys for Defendants
   CHUNGHWA PICTURE TUBES, LTD. and
8  CHUNGHWA PICTURE TUBES (MALAYSIA)
   SDN. BHD.

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC |
   |                                                     | MDL No. 1917 |

15 | This Document Relates To: |

16 | *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.*, No. 14-cv-02510 | **DECLARATION OF RACHEL S. BRASS IN SUPPORT OF VIEWSONIC CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11** |
17
18 | *Target Corp. v. Chunghwa Picture Tubes, LTD., et al.*, No. 11-cv-05514 |

19         I, Rachel S. Brass, hereby declare as follows:

20         1.      I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for

21 Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively

22 "CPT") in the above-referenced actions.

23         2.      I submit this declaration in support of ViewSonic Corporation and Target

24 Corporation's ("Plaintiffs") Administrative Motion to File Under Seal Pursuant to Civil Local Rules

25 79-5(D) And 7-11 (Case No. 07-cv-05944, Dkt. No. 3278) to provide the basis to maintain under seal

26 the documents identified below.

27

28

3.      I have reviewed the following documents submitted under seal to the Court in connection with Plaintiffs' Joint Opposition to LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds ("Opposition"):

- Deposition Exhibits 1112 and 1112E, CPT document CHU00028930E – CHU00028931 and the English translation, internal report of December 5, 1995 meeting (Declaration of Jason C. Murray in Support of Opposition ("Murray Decl."), Ex. 21)

- Deposition Exhibit 1850 and 1850E, CPT document CHU00028908 and CHU00028908 and the English translation, internal report of January 15, 1997 meeting (Murray Decl., Ex. 22)

- CPT document CHU00028899 - CHU00028900 and the English translation, internal report of February 18, 1998 meeting (Murray Decl., Ex. 23)

- CPT document CHU00028897 - CHU00028898 and the English translation, internal report of March 4, 1998 meeting (Murray Decl., Ex. 24)

- Deposition Exhibits 1299 and 1299E, CPT document CHU00028613.01-28614 and the English translation, internal report of August 25, 1998 meeting (Murray Decl., Ex. 25)

- CPT document CHU00029238 - CHU00029240 and the English translation, internal report of April 14, 1999 meeting (Murray Decl., Ex. 26)

- Deposition Exhibits 1108 and 1108E, CPT document CHU00029191-CHU00029194 and the English translation, internal report of May 20, 1999 meeting (Murray Decl., Ex. 27)

- Deposition Exhibits 1146 and 1146E, CPT document CHU00029189-CHU00029190 and the English translation, internal report of June 1, 1999 meeting (Murray Decl., Ex. 28)

- Deposition Exhibits 1249 and 1249E, CPT document CHU00029185-CHU00029188 and the English translation, internal report of June 21, 1999 meeting (Murray Decl., Ex. 29)

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL, CASE NO. 3:07-cv-5944 SC, MDL No. 1917

- Deposition Exhibits 1150 and 1150E, CPT document CHU00030835-CHU00030838 and the English translation, internal report of August 20, 1999 meeting (Murray Decl., Ex. 30)

- Deposition Exhibit 719 and 719E, CPT document CHU00029179-CHU00029184 and the English translation, internal report of August 23, 1999 meeting (Murray Decl., Ex. 31)

- Deposition Exhibits 1255 and 1255E, CPT document CHU00029065-CHU00029067 and the English translation, internal report of September 13, 1999 meeting (Murray Decl., Ex. 32)

- Deposition Exhibits 1153 and 1153E, CPT document CHU00029175 - CH000029178 and the English translation, internal report of September 21, 1999 meeting (Murray Decl., Ex. 33)

- Deposition Exhibits 1259 and 1259E, CPT document CHU00029059-CHU00029061 and the English translation, internal report of November 9, 1999 meeting (Murray Decl., Ex. 34)

- Deposition Exhibits 5610 and 5610E, CPT document CH000030917 - CHU00030919 and the English translation, internal report of November 11, 1999 meeting (Murray Decl., Ex. 35)

- Deposition Exhibits 1157 and 1157E, CPT document CHU00029163.01 – 29170 and the English translation, internal report of November 25, 1999 meeting (Murray Decl., Ex. 36)

- Deposition Exhibits 1260 and 1260E, CPT document CHU00029155-CHU00029162 and the English translation, internal report of January 18, 2000 meeting (Murray Decl., Ex. 37)

- Deposition Exhibits 706 and 706E, CPT document CHU00029144-CHU00029146 and the English translation, internal report of March 24, 2000 meeting (Murray Decl., Ex. 38)

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL,
CASE NO. 3:07-cv-5944 SC, MDL No. 1917

Gibson, Dunn &
Crutcher LLP

- Deposition Exhibits 1163 and 1163E, CPT document CHU00031010.01-CHU00031012 and the English translation, internal report of June 20, 2000 meeting (Murray Decl., Ex. 39)

- Deposition Exhibits 1264 and 1264E, CPT document CHU00029108-CHU00029109 and the English translation, internal report of July 13, 2000 meeting (Murray Decl., Ex. 40)

- Deposition Exhibit 1168 and 1168E, CPT document CHU00028975-CHU00028976 and the English translation, internal report of October 25, 2000 meeting (Murray Decl., Ex. 41)

- Deposition Exhibits 1171 and 1171E, CPT document CHU00031113-CHU00031114 and the English translation, internal report of March 20, 2001 meeting (Murray Decl., Ex. 42)

- CPT document CHU00024554 - CHU00024559 and the English translation, internal report of April 18-19, 2001 meeting (Murray Decl., Ex. 43)

- Deposition Exhibits 1175 and 1175E, CPT document CHU00031142-CHU00031147 and the English translation, internal report of June 27, 2001 meeting (Murray Decl., Ex. 44)

- Deposition Exhibit 1176 and 1176E, CPT document CHU00031150-CHU00031152 and the English translation, internal report of July 24, 2001 meeting (Murray Decl., Ex. 45)

- CPT document CHU00660324 - CHU00660328 and the English translation, internal report of August 21, 2001 meeting (Murray Decl., Ex. 46)

- Deposition Exhibits 1671 and 1671E, CPT document CHU00660337-CHU00660340 and the English translation, internal report of November 20, 2001 meeting (Murray Decl., Ex. 47)

- Deposition Exhibits 1181 and 1181E, CPT document CHU00031172 - CHU00031173 and the English translation, internal report of December 17, 2001 meeting (Murray Decl., Ex. 48)

- CPT document CHU00031174 - CHU00031175 and the English translation, internal report of December 28, 2001 meeting (Murray Decl., Ex. 49)
- CPT document CHU00031177.01-CHU00031177.02 and the English translation, internal report of January 11, 2002 meeting (Murray Decl., Ex. 50)
- Deposition Exhibits 1182 and 1182E, CPT document CHU00031178-CHU00031179 and the English translation, internal report of January 18, 2002 meeting (Murray Decl., Ex. 51)
- Deposition Exhibits 1202 and 1202E, CPT document CHU00031180-CHU00031181 and the English translation, internal report of January 23, 2002 meeting (Murray Decl., Ex. 53)
- CPT document CHU00660282 - CHU00660283 and the English translation, internal report of January 30, 2002 meeting (Murray Decl., Ex. 54)
- CPT document CHU00031183 - CHU00031185 and the English translation, internal report of February 22, 2002 meeting (Murray Decl., Ex. 55)
- CPT document CHU00660298 - CHU00660301 and the English translation, internal report of February 22, 2002 meeting (Murray Decl., Ex. 56)
- CPT document CHU00660286 - CHU00660288 and the English translation, internal report of April 9, 2002 meeting (Murray Decl., Ex. 57)
- Deposition Exhibits 1269 and 1269E, CPT document CHU00020660.01-CHU00020660.02 and the English translation, internal report of February 21, 2003 meeting (Murray Decl., Ex. 58)
- CPT document CHU00014208 - CHU00014209 and the English translation, internal report of September 28, 2005 meeting (Murray Decl., Ex. 61)
- CPT document CHU00014210 - CHU00014211 and the English translation, internal report of November 21, 2005 meeting (Murray Decl., Ex. 62).

4.      I have also reviewed Appendix A and Appendix B to the Opposition, which are charts containing excerpts and detailed, substantive summaries of the documents listed in paragraph 3 of this declaration.

5.      The documents identified in paragraph 3 of this declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306).  CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.  Appendix A and Appendix B

6.      The CPT documents identified in paragraph 3 of this declaration are reports that were prepared by CPT employees strictly for internal purposes.  They consist of confidential, nonpublic, proprietary and sensitive business information.  They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

7.      On information and belief, disclosure of the documents identified in paragraph 3 of Appendix A and Appendix B to the Opposition would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of December 2014, at San Francisco, California.


By:  _____/s/ *Rachel S. Brass*_____
                Rachel S. Brass

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL,
CASE NO. 3:07-cv-5944 SC, MDL No. 1917

Gibson, Dunn &
Crutcher LLP