GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Best Buy Co. v. Technicolor SA*, No. 13-cv-05264;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;<br><br>*Interbond Corp. of Am. v. Technicolor SA.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;<br><br>*Office Depot, Inc. v. Technicolor SA,* | **DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

1  No. 13-cv-5726;

2  *CompuCom Sys., Inc. v. Hitachi, Ltd.*,
   No. 11-cv-06396;

3  
4  *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

5  *P.C. Richard & Son Long Island Corp. v. Technicolor SA.*, No. 13-cv-05725;

6  
7  *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

8  *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

9  
10 *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171;

11 *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

12 
13 *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

14 *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-1173 SC;

15 
16 *Sharp Elecs. Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC;

17 *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510;

18 
19 *All Indirect Purchaser Actions*.

20      I, Rachel S. Brass, hereby declare as follows:

21      1.   I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for

22 Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively

23 "CPT") in the above-referenced actions.

24      2.   I submit this declaration in support of Dell Inc. and Dell Products L.P.'s

25 Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5

26 (Case No. 07-cv-05944, Dkt. No. 3238) to provide the basis to maintain under seal the documents

27 identified below.

28

3. I have reviewed the following documents submitted under seal to the Court in connection with Plaintiffs Dell Inc. and Dell Products L.P.'s Opposition to Koninklijke Philips N.V.'s Motion for Summary Judgment and Plaintiffs' Opposition to Philips Electronics North America Corporation's, Philip Taiwan Limited's, and Philips do Brasil Ltda.'s Motion for Partial Summary Judgment ("Opposition"):

- CPT document CHU00028760–CHU00028762, internal report of February 25, 1997 meeting (Declaration of Debra D. Bernstein in Support of the Philips Opposition Briefs ("Bernstein Decl."), Ex. 18)
- CPT document CHU00028674–CHU00028676, internal report of November 21, 1997 meeting (Bernstein Decl., Ex. 19)
- CPT document CHU00030787–CHU00030794 and the English translation, internal report of June 23, 1999 meeting (Bernstein Decl., Ex. 23)
- CPT document CHU00030835–CHU00030838 and the English translation, internal report of August 20, 1999 meeting (Bernstein Decl., Ex. 23)
- CPT document CHU00029163–CHU00029170 and the English translation, internal report of November 25, 1999 meeting (Bernstein Decl., Ex. 23)
- CPT document CHU00030979–CHU00030984 and the English translation, internal report of March 7-8, 2000 meeting (Bernstein Decl., Ex. 23)
- CPT document CHU00029131–CHU00029137 and the English translation, internal report of May 25, 2000 meeting (Bernstein Decl., Ex. 23)
- CPT document CHU00029105–CHU00029107 and the English translation, internal report of August 22, 2000 meeting (Bernstein Decl., Ex. 23)
- CPT document CHU00029138–CHU00029143 and the English translation, internal report of March 25, 2000 meeting (Bernstein Decl., Ex. 29)
- CPT document CHU00030995–CHU00030997 and the English translation, internal report of April 14, 2000 meeting (Bernstein Decl., Ex. 30)
- CPT document CHU00030701–CHU00030704 and the English translation, internal report of January 18, 1999 meeting (Bernstein Decl., Ex. 40)

- CPT document CHU00735558 and the English translation, internal report regarding January 30, 2001 meeting (Bernstein Decl., Ex. 42)
- CPT document CHU00578883–CHU00578885 and the English translation, internal report of November 15, 2004 meeting (Bernstein Decl., Ex. 63)
- CPT document CHU00031105–CHU00031106 and the English translation, internal report of February 22, 2001 meeting (Bernstein Decl., Ex. 67)

4. The documents identified in paragraph 3 of this declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306). CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.

5. The CPT documents identified in paragraph 3 of this declaration are reports that were prepared by CPT employees strictly for internal purposes. They consist of confidential, nonpublic, proprietary and sensitive business information. They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

6. I have also reviewed the following deposition testimony submitted under seal to the Court in connection with Plaintiffs' Opposition:

- Excerpts from the transcript of the deposition of Chih Chun Liu taken in this action (Bernstein Decl., Ex. 15)
- Excerpts from the transcript of the deposition of Sheng-Jen Yang taken in this action (Bernstein Decl., Ex. 44)

7. Mr. Liu's and Mr. Yang's deposition testimony attached as Exhibits 15 and 44 to the Bernstein Declaration is designated by Chunghwa as "Highly Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306). This testimony contains confidential, nonpublic, proprietary and sensitive business information. It contains descriptions of CPT's internal practices and procedures related to sales, pricing, and customer relations. Mr. Liu and Mr. Yang also testified to the details of the internal decision-making process at CPT for various strategic business issues and CPT's operations.

8.     On information and belief, disclosure of the documents identified in paragraphs 3 and 6 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of December 2014, at San Francisco, California.

By: _____/s/ *Rachel S. Brass*_____
             Rachel S. Brass