Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: max.cooper@kirkland.com
Email: eadelson@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC |
| | MDL NO. 1917 |
| This Document Relates to: | **DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF VARIOUS PLAINTIFFS' ADMINISTRATIVE MOTIONS TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) (ECF NOS. 3270, 3266, 3236, 3265, 3262, 3269, 3258, 3284, 3230, 3272, 3245, 3248, 3234, 3238, and 3281)** |
| *All Indirect Purchaser Actions* | |
| *All Direct Purchaser Actions* | |

I, James Maxwell Cooper, declare as follows:

1.      I am an attorney licensed to practice in the State of California and the Northern District of California.  I am an associate with Kirkland & Ellis LLP, and counsel for Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) ("HDP"), and Hitachi Electronic Devices (USA), Inc. ("HEDUS") (collectively, the "Hitachi Defendants").

2.      I submit this Declaration in Support of various administrative motions to seal documents pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF Nos. 3270, 3266, 3236, 3265, 3262, 3269, 3258, 3284, 3230, 3272, 3245, 3248, 3234, 3238, and 3281).

3.      Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

4.      On June 18, 2008 the Court approved a "Stipulated Protective Order" in this matter (ECF No. 0306).

5.      The Hitachi Defendants have disclosed or produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

6.      Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Stipulated Protective Order, I make this declaration on behalf of the Hitachi Defendants to provide the Court with a basis to maintain under seal a number of documents that quote from, contain, reflect, describe, or are documents or information designated by Hitachi Defendants as "Confidential" or "Highly Confidential."

7.      On December 23, 2014, Direct Action Plaintiffs and Indirect Purchaser Plaintiffs filed their Opposition to Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations (ECF No. 3268, "Plaintiffs' Opposition to Hitachi's Withdrawal Motion"),  the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion (ECF No. 3268-1) , and Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 3270).  The following portions of and exhibits to these documents cite to or quote from documents that the

Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the

Stipulated Protective Order:

(a)     Plaintiffs' Opposition to Hitachi's Summary Judgment Motion, at page 1, footnote 1; page 2, lines 24-28; page 3, lines 1-4, 6-9, and 13-24; page 4, lines 3-25, and footnote 2; page 5, lines 1-2,  and 10-27; page 6, lines 1-13, and 17-28; page 7, lines 1-18, and 26-28; page 8, lines 1-12, 17-20, and footnote 4; page 9, lines 12-28; page 10, lines 1-23, and 28; page 11, lines 1-3; page 15, lines 22-28; page 16, lines 1-18; page 20, lines 9-28; and  page 21, lines 1-6;

(b)     Exhibit 1 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of excerpts from the deposition of Patrick Barrett, taken on November 4, 2014;

(c)     Exhibit 2 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of excerpts of Hitachi, Ltd.'s Responses and Objections to Direct Action Plaintiffs' First Set of Requests for Admission, which was served on February 18, 2014;

(d)     Exhibit 3 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of Exhibit A to Costco's Objections and Responses to Hitachi Asia, Ltd.'s Second Set of Interrogatories, which was served on July 21, 2014;

(e)     Exhibit 4 is a copy of the document produced by Hitachi Displays, Ltd., identified as HDP-CRT00027193, and a certified translation of that document identified as HDP-CRT00027193E;

(f)     Exhibit 5 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of excerpts from the deposition of Lloyd Thomas Heiser, taken on March 18–19, 2014;

(g)     Exhibit 6 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of excerpts from the Expert Report of Vandy Howell, Ph.D, dated April 15, 2014;

(h)     Exhibit 7 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of excerpts from the deposition of Noboru Toyama, taken on March 11–12, 2014;

(i)     Exhibit 8 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP, identified as HDP-CRT00030898, and a certified translation of that document identified as HDP-CRT00030898E;

(j)     Exhibit 9 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP, and identified as HDP-CRT00052643, and a certified translation of that document identified as HDP-CRT00052643E;

(k)     Exhibit 10 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP, and identified as HDP-CRT00047882, and a certified translation of that document identified as HDP-CRT00047882E;

(l)     Exhibit 12 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP, and identified as HDP-CRT00030863, and a certified translation of that document identified as HDP-CRT00030863E;

(m)     Exhibit 17 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by Hitachi Electronic Devices USA, Inc., and identified as HEDUS-CRT00001714;

(n)     Exhibit 18 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP, identified as HDP-CRT00045426;

(o)     Exhibit 19 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00026627, and a certified translation of that document identified as HDP-CRT00026627E;

(p)     Exhibit 20 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP, identified as HDP-CRT00046269, and a certified translation of that document identified as HDP-CRT00046269E;

(q)     Exhibit 21 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP, identified as HDP-CRT00033956, and a certified translation of that document identified as HDP-CRT00033956E;

(r)     Exhibit 22 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00033957, and a certified translation of that document identified as HDP-CRT00033957E;

(s)     Exhibit 23 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00159828;

(t)     Exhibit 24 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00164421;

(u)     Exhibit 25 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS, identified as HEDUS-CRT00164426;

(v)     Exhibit 26 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00164436;

(w)     Exhibit 27 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00159824;

(x)     Exhibit 28 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00184595;

(y)     Exhibit 29 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00159829;

(z)     Exhibit 30 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00164462;

(aa)    Exhibit 31 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00164429;

(bb)    Exhibit 32 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00026634, and a certified translation of that document identified as HDP-CRT00026634E;

(cc)    Exhibit 33 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00161414;

(dd)    Exhibit 34 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HEDUS identified as HEDUS-CRT00161415;

(ee)    Exhibit 36 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of excerpts from the deposition of Nobuaki Ito, taken on May 22–24, 2013;

(ff)    Exhibit 37 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00026082, and a certified translation of that document identified as HDP-CRT00026082E;

(gg)    Exhibit 38 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP in identified as HDP-CRT00026313, and a certified translation of that document identified as HDP-CRT00026313E;

(hh)    Exhibit 39 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00026086, and a certified translation of that document identified as HDP-CRT00026086E;

(ii)    Exhibit 42 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of excerpts of the September 26, 2014 Rebuttal Expert Report of Dr. Kenneth G. Elzinga;

(jj)    Exhibit 44 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced

by HDP identified as HDP-CRT00025646, and a certified translation of that document identified as HDP-CRT00025646E;

(kk)     Exhibit 45 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of excerpts from the deposition of Nobuhiko Kobayashi, taken on May 15–17, 2013;

(ll)     Exhibit 46 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00049232, and a certified translation of that document identified as HDP-CRT00049232E;

(mm)     Exhibit 47 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00025985, and a certified translation of that document identified as HDP-CRT00025985E;

(nn)     Exhibit 48 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00049231, and a certified translation of that document identified as HDP-CRT00049231E;

(oo)     Exhibit 49 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00023625, and a certified translation of that document identified as HDP-CRT00023625E;

(pp)     Exhibit 51 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00025568, and a certified translation of that document identified as HDP-CRT00025568E;

(qq)     Exhibit 52 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00023360, and a certified translation of that document identified as HDP-CRT00023360E; and

(rr)     Exhibit 53 to the Declaration of David J. Burman in Support of Plaintiffs' Opposition to Hitachi's Withdrawal Motion, a copy of the document produced by HDP identified as HDP-CRT00004416, and a certified translation of that document identified as HDP-CRT00004416E.

8.     On December 23, 2014, the Indirect Purchaser Plaintiffs and the Direct Action Plaintiffs filed their Joint Opposition to Hitachi Parties' Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy (ECF No. 3266-3, "Joint Opposition to Hitachi Lack of Evidence Motion"), the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Joint Opposition (ECF No. 3266-1, the "Anderson Declaration"), and Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-

5(d) (ECF No. 3266).  The following portions of and exhibits to these documents cite to or quote

from documents that the Hitachi Defendants have designated as "Confidential" or "Highly

Confidential" pursuant to the Stipulated Protective Order:

(a)     Joint Opposition to Hitachi Lack of Evidence Motion, at page 2, lines 10-13, and footnote 4; page 3, lines 1-4, 8-12, and footnotes 5-7; page 4, lines 8-17; page 5, lines 1-4, and footnotes 14-15; page 6, lines 1-4, footnotes 18 and 21; page 7, lines 15-18; page 8, lines 6-17; page 9, lines 1-11, and footnotes 35-38; page 10, lines 1-12, and footnote 39; page 11, lines 1-3, 6-13, and footnotes 43 and 47; page 12, lines 2-7, and footnotes 51-52; page 13, lines 1-7, and footnotes 54-57; page 14, lines 3-7, and footnote 58; page 15, footnote 60; page 17, lines 16-17; page 18, lines 1-3, and 15-24; page 19, lines 1-2, 8-13, and footnote 66; page 20, lines 1-15, and footnote 67; page 22, lines 6-9;

(b)     The highlighted portions of the Anderson Declaration at paragraphs 6, 10, 11, 19-44, 50-54, 58, 65-66, 68-75, 79-80, 82-83, 85-94, and 98-105;

(c)     Exhibit 2 to the Anderson Declaration, excerpts from the transcript of the Deposition of Noboru Toyama taken on March 11-12, 2014;

(d)     Exhibit 3 to the Anderson Declaration, excerpts from the transcript of the Deposition of Kazumasa Hirai taken on February 4-6, 2014;

(e)     Exhibit 4 to the Anderson Declaration, excerpts from the transcript of the Deposition of Thomas Schmitt taken on July 11, 2013;

(f)     Exhibit 5 to the Anderson Declaration, a copy of a document identified as HITDOJCIV00000048 and marked at deposition as Exhibit 2667;

(g)     Exhibit 6 to the Anderson Declaration, excerpts from the transcript of the Deposition of Kazuhiro Sakashita on February 14-16, 2013;

(h)     Exhibit 7 to the Anderson Declaration, excerpts from the transcript of the second Deposition of Lloyd Thomas Heiser on March 18-19, 2014;

(i)     Exhibit 8 to the Anderson Declaration, excerpts from the transcript of the Deposition of Yuichi Kumazawa taken on May 29-31, 2013;

(j)     Exhibit 9 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00126459;

(k)     Exhibit 10 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00049395 and marked at deposition as Exhibit 176;

(l)     Exhibit 11 to the Anderson Declaration, excerpts from the transcript of the first Deposition of Lloyd Thomas Heiser taken on July 3, 2012;

(m)     Exhibit 16 to the Anderson Declaration, excerpts from the transcript of the Deposition of Nobuaki Ito taken on May 22-24, 2013;

(n)     Exhibit 18 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00025915E and marked at deposition as Exhibit 1537E;

(o)     Exhibit 19 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP- CRT00025985E and marked at deposition as Exhibit 1539E;

(p)     Exhibit 20 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00023436E and marked at deposition as Exhibit 1560E;

(q)     Exhibit 21 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00056186E and marked at deposition as Exhibit 1567E;

(r)     Exhibit 22 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026189E and marked at deposition as Exhibit 1571E;

(s)     Exhibit 23 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00004468E and marked at deposition as Exhibit 1572E;

(t)     Exhibit 24 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00051345E and marked at deposition as Exhibit 1536E;

(u)     Exhibit 25 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00019426E and marked at deposition as Exhibit 1566E;

(v)     Exhibit 26 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00051354E and marked at deposition as Exhibit 1540E;

(w)     Exhibit 27 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00023416E and marked at deposition as Exhibit 1563E;

(x)     Exhibit 28 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00023427E and marked at deposition as Exhibit 1596E;

(y)     Exhibit 29 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00049281E and marked at deposition as Exhibit 1597E;

(z)     Exhibit 30 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00023603E and marked at deposition as Exhibit 1552E;

(aa)    Exhibit 31 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00049348E and marked at deposition as Exhibit 1586E;

(bb)     Exhibit 32 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00048694E and marked at deposition as Exhibit 1568E;

(cc)     Exhibit 33 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00023467 and marked at deposition as Exhibit 1592;

(dd)     Exhibit 34 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00048795E and marked at deposition as Exhibit 1598E;

(ee)     Exhibit 35 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026180E and marked at deposition as Exhibit 1570E;

(ff)     Exhibit 36 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026197E and marked at deposition as Exhibit 1573E;

(gg)     Exhibit 37 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00051298E and marked at deposition as Exhibit 1601E;

(hh)     Exhibit 38 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00049201E and marked at deposition as Exhibit 1577E;

(ii)     Exhibit 39 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00051340E and marked at deposition as Exhibit 1605E;

(jj)     Exhibit 40 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026234E and marked at deposition as Exhibit 1587E;

(kk)     Exhibit 41 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00049313E and marked at deposition as Exhibit 1602E;

(ll)     Exhibit 42 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026272E and marked at deposition as Exhibit 1603E;

(mm)    Exhibit 43 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00056188E and marked at deposition as Exhibit 1604E;

(nn)     Exhibit 49 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00049280E and marked at deposition as Exhibit 1564E;

(oo)     Exhibit 50 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00025612E and marked at deposition as Exhibit 1534E;

1

2   (pp)   Exhibit 51 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00025568E and marked at deposition as Exhibit 1535E;

3

4   (qq)   Exhibit 52 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00023360E and marked at deposition as Exhibit 1581E;

5

6   (rr)   Exhibit 53 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00004416E and marked at deposition as Exhibit 1582E;

7

8   (ss)   Exhibit 57 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00162777 and marked at deposition as Exhibit 1836;

9

10   (tt)   Exhibit 64 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00002107 and marked at deposition as Exhibit 2634;

11

12   (uu)   Exhibit 65 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00160563 and marked at deposition as Exhibit 2635;

13

14   (vv)   Exhibit 67 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00166472;

15   (ww)   Exhibit 68 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00000578;

16

17   (xx)   Exhibit 69 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00051351 and marked at deposition as Exhibit 1606E;

18

19   (yy)   Exhibit 70 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00049270 and marked at deposition as Exhibit 1580E;

20

21   (zz)   Exhibit 71 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT000162931 and marked at deposition as Exhibit 2387;

22

23   (aaa)   Exhibit 72 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00026591E and marked at deposition as Exhibit 2383E;

24

25   (bbb)   Exhibit 73 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00049291E and marked at deposition as Exhibit 2386E;

26

27   (ccc)   Exhibit 74 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026227E and marked at deposition as Exhibit 1599E;

28

| | |
|---|---|
| (ddd) | Exhibit 76 to the Anderson Declaration, excerpts of the Expert Report of Janet S. Netz, Ph.D., dated March 15, 2014; |
| (eee) | Exhibit 77 to the Anderson Declaration, excerpts of the Rebuttal Expert Report of Janet S. Netz, Ph.D., dated September 26, 2014; |
| (fff) | Exhibit 78 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00159841 and marked at deposition as Exhibit 2620; |
| (ggg) | Exhibit 79 to the Anderson Declaration, a copy of a document produced by defendant HEDUS  identified as HEDUS-CRT00015427 and marked at deposition as Exhibit 344; |
| (hhh) | Exhibit 80 to the Anderson Declaration, excerpts from the transcript of the Deposition of William Allen Whalen taken on August 23, 2012; |
| (iii) | Exhibit 81 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00045422; |
| (jjj) | Exhibit 82 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00037583; |
| (kkk) | Exhibit 83 to the Anderson Declaration, excerpts from the transcript of the Deposition of Nobuhiko Kobayashi taken on May 15-17, 2013; |
| (lll) | Exhibit 84 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00046269E; |
| (mmm) | Exhibit 85 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026634E and marked at deposition as Exhibit 3803E; |
| (nnn) | Exhibit 86 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00047882E; |
| (ooo) | Exhibit 87 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00166481 and marked at deposition as Exhibit 2640; |
| (ppp) | Exhibit 88 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00001714 and marked at deposition as Exhibit 2639; |
| (qqq) | Exhibit 89 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00159824 and marked at deposition as Exhibit 2641; |
| (rrr) | Exhibit 90 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00164378 and marked at deposition as Exhibit 2642; |
| (sss) | Exhibit 91 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00184595 and marked at deposition as Exhibit 2517; |

(ttt)  Exhibit 92 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00164492 and marked at deposition as Exhibit 2643;

(uuu)  Exhibit 93 to the Anderson Declaration, a copy of a document produced by defendant HEDUS identified as HEDUS-CRT00166782 and marked at deposition as Exhibit 2644;

(vvv)  Exhibit 97 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00045426;

(www) Exhibit 98 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00048189 and HDP-CRT00048190;

(xxx)  Exhibit 99 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026313E and marked at deposition as Exhibit 1579E;

(yyy)  Exhibit 100 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026077E and marked at deposition as Exhibit 1578E;

(zzz)  Exhibit 101 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00026086E;

(aaaa)  Exhibit 102 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00033956E;

(bbbb)  Exhibit 103 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00033957;

(cccc)  Exhibit 104 to the Anderson Declaration, a copy of a document produced by defendant HDP identified as HDP-CRT00052643E and marked at deposition as Exhibit 3804E; and

(dddd)  Exhibit 105 to the Anderson Declaration, excerpts from the transcript of the Deposition of Kenichi Hazuku taken on June 12, 2013.

9.     On December 22, 2014, certain Direct Action Plaintiffs[1] filed their Opposition to Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment (ECF No. 3236-3, "Opposition to Thomson's Motion"), the Declaration of David M. Peterson in Support of the

---

[1] Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C. and Magnolia Hi-Fi, LLC (collectively, "Best Buy"); ABC Appliance, Inc. d/b/a ABC Warehouse; Interbond Corporation of America; CompuCom Systems, Inc.; Costco Wholesale Corp.; Dell Inc. and Dell Products L.P.; Electrograph Systems, Inc. and Electrograph Technologies Corp.; MARTA Cooperative of America, Inc.; Office Depot, Inc.; P.C. Richard & Son Long Island Corp.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC,; Sears, Roebuck and Co. and Kmart Corp.; Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.; Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Target Corp.; Tech Data Corp.; and ViewSonic Corp.

1   Opposition to Thomson's Motion (ECF No. 3236-5, the "Peterson Declaration"), and Plaintiffs'

2   Administrative Motion to Seal Portions of Their Opposition to Thomson's Motion (ECF No. 3236).

3   The following portions of and exhibits to these documents cite to or quote from documents that the

4   Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the

5   Stipulated Protective Order:

6         (a)    Exhibit 4 to the Peterson Declaration, the rebuttal expert report of Dr. Kenneth
        G. Elzinga, dated September 26, 2014;

7

8         (b)    Exhibit 5 to the Peterson Declaration, a copy of a summary chart of certain
        conspiratorial evidence relating to Thomson Consumer and Thomson SA; and

9         (c)    Exhibit 18 to the Peterson Declaration, a copy of the expert report of Dr.
        Kenneth G. Elzinga, dated April 15, 2014.

10

11         10.    On December 23, 2014, Costco Wholesale Corporation ("Costco") filed its

12   Opposition to Defendants' Joint Motion for Partial Summary Judgment on Due Process Grounds and

13   Defendants' Joint Motion for Partial Summary Judgment on Choice of Law Grounds (ECF No.

14   3265-3, the "Costco Opposition"), the Declaration of David J. Burman in Support of the Costco

15   Opposition (ECF No. 3265-1, the "Burman Declaration Supporting Opposition to Due Process and

16   Choice of Law Motions"), and Costco's Administrative Motion to file Documents Under Seal

17   Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 3265).  The following portions of and

18   exhibits to these documents cite to or quote from documents that the Hitachi Defendants have

19   designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

20         (a)    Costco Opposition, at page 7, lines 4-27; page 8, lines 1-2; page 16, lines 4-
        21; page 17, lines 7-11, and 16-20;

21

22         (b)    Exhibit 27 to the Burman Declaration Supporting Opposition to Due Process
        and Choice of Law Motions, excerpts from the deposition of Kazumasa Hirai
        (Hitachi), taken on February 4-6, 2014;

23

24         (c)    Exhibit 28 to the Burman Declaration Supporting Opposition to Due Process
        and Choice of Law Motions, a copy of a document produced by HEDUS
        identified as HEDUS-CRT00162931;

25

26         (d)    Exhibit 29 to the Burman Declaration Supporting Opposition to Due Process
        and Choice of Law Motions, a copy of documents produced by HDP
        identified as HDP-CRT00051351-353 with translation; and

27

28

1

2

    (e)    Exhibit 31 to the Burman Declaration Supporting Opposition to Due Process and Choice of Law Motions, a copy of documents produced by HEDUS identified as HEDUS-CRT00162777-779.

3

4

5

6

7

8

9

10

11

11.    On December 23, 3014, certain Direct Action Plaintiffs[2] filed their Opposition to Defendant LG Electronics, Inc.'s Motion for Partial Summary Judgment on Withdrawal Grounds (ECF No. 3262-3, the "Opposition to LGE Withdrawal Motion"), the Declaration of David Martinez filed in support of the Consolidated Opposition (ECF No. 3262-5, the "Martinez Declaration"), and Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 79-5 and 7-11 (ECF No. 3262). The following portions of and exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

12

    (a)    Opposition to LGE Withdrawal Motion, at page 23, line 22; page 24, line 1.

13

14

15

16

17

18

19

12.    On December 23, 2014, certain Direct Action Plaintiffs[3] filed their Opposition to Defendant Mitsubishi Electric Corporation's Motion for Summary Judgment Based Upon Absence of Evidence of Liability (ECF No. 3271, "Opposition to Mitsubishi's Motion for Summary Judgment"), the Declaration of Scott N. Wagner in Support of the Direct Action Plaintiffs' Opposition to Mitsubishi's Motion for Summary Judgment (ECF No. 3271-1, the "Wagner Declaration"), and Direct Action Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 (ECF No. 3269).  The following portions of and exhibits to

20

21

22

23

24

25

[2] Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P. and Bestbuy.com, L.L.C. (collectively, "Best Buy"); ABC Appliance, Inc. d/b/a ABC Warehouse; Interbond Corporation of America; CompuCom Systems, Inc.; Costco Wholesale Corp.; Dell Inc. and Dell Products L.P.; Electrograph Systems, Inc. and Electrograph Technologies Corp.; MARTA Cooperative of America, Inc.; Office Depot, Inc.; P.C. Richard & Son Long Island Corp.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Sears, Roebuck and Co. and Kmart Corp.; Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.; Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Target Corp., Tech Data Corp.; and ViewSonic Corp.

26

27

28

[3] Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P. and Bestbuy.com, L.L.C. (collectively, "Best Buy"); Electrograph Systems, Inc. and Electrograph Technologies Corp.; Interbond Corporation of America, Inc., et al.; Office Depot, Inc.; P.C. Richard & Son Long Island Corp., et al.; Target Corp.; Costco Wholesale Corp.; Sears, Roebuck and Co. and Kmart Corp.; Dell Inc. and Dell Products L.P.; Tech DataCorp.; Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust; and ViewSonic Corp.

these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

    (a)    Opposition to Mitsubishi's Motion for Summary Judgment, at page 17, lines 4-13;

    (b)    Exhibit 14 to the Wagner Declaration, excerpts from the deposition of the Mitsubishi Electric Corporation corporate representative Hitoshi Tsukamoto taken September 22, 2014 that reference Deposition Exhibit 6123, a document produced by HDP identified as HDP-CRT00023222 through HDP-CRT00023223;

    (c)    Exhibit 28 to the Wagner Declaration, a copy of Deposition Exhibit 6123, a document produced by HDP identified as HDP-CRT00023222 through HDP-CRT00023223; and

    (d)    Exhibit 29 to the Wagner Declaration, excerpts from the deposition of Masahiko Konishi taken December 8, 2014 that reference Deposition Exhibit 6123, a document produced by HDP identified as HDP-CRT00023222 through HDP-CRT00023223.

13.    On December 22, 2014, Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., Interbond Corporation of America, and Office Depot, Inc. filed their Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) SDN. BHD.'s Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds (ECF No. 3258-3, "Plaintiffs' Opposition to Chunghwa's Motion for Summary Judgment"), the Declaration of David Martinez in Support of Plaintiffs' Opposition to Chunghwa's Motion for Summary Judgment (ECF No. 3258-5, the "Martinez Declaration"), and Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 79-5 and 7-11 (ECF No. 3258).  The following portions of and exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

    (a)    Plaintiffs' Opposition to Chunghwa's Motion for Summary Judgment, at page 8, footnote 17;

    (b)    Exhibit 2 to the Martinez Declaration, a copy of excerpts of the Expert Report of Dr. Kenneth G. Elzinga dated April 15, 2014;

    (c)    Exhibit 3 to the Martinez Declaration, a copy of excerpts of the deposition of Lloyd Thomas Heiser (Hitachi 30(b)(6)) dated July 3, 2012; and

1      (d)     Exhibit 4 to the Martinez Declaration, a copy of excerpts of the deposition of Nobuhiko Kobayahsi dated July 17, 2012.

14.     On December 23, 2014, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. filed their Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds (ECF No. 3283, "Sharp's Opposition"), the Declaration of Gary R. Carney in Support of Sharp's Opposition (ECF No. 3284-1, the "Carney Declaration"), and Sharp's Administrative Motion to File Documents Related to Sharp's Opposition Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), and 79-5(e) (ECF No. 3284). The following portions of and exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

      (a)     Sharp's Opposition, at page 3, lines 26-28; and

      (b)     Exhibit C to the Carney Declaration, a copy of documents produced by HEDUS identified as HEDUS-CRT00161617 through HEDUS-CRT00161618.

15.     On December 23, 2014, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") filed their Opposition to Defendant's Joint Motion for Partial Summary Judgment Against Dell on Statute of Limitations Grounds (ECF No. 3231), the Declaration of Debra D. Bernstein in Support of Dell's Opposition (ECF No. 3231-1, the "Bernstein Declaration"), and Dell's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b) (ECF No. 3230). The following portions of and exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

      (a)     Exhibit 43 to the Bernstein Declaration, a copy of portions of the Transcript of the October 27, 2014 deposition of Kenneth G. Elzinga, Ph.D.

16.    On December 23, 2014, certain Direct Action Plaintiffs[4] and Indirect Purchaser Plaintiffs filed their Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds (ECF No. 3272, "Plaintiffs' Motion for Summary Judgment"), the Declaration of Philip J. Iovieno in Support of the Opposition (ECF No. 372-5, the "Iovieno FTAIA Declaration"), and Plaintiffs' Administrative Motion to Seal their Opposition (ECF No. 3272. The following portions of and exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

(a)    Plaintiffs' Motion for Summary Judgment at page 6, lines 27-28; page 7, lines 1, and 11-13, footnotes 4 and 8; page 8, lines 2-6, and footnote 10; page 9, lines 11-17, and footnote 13.

(b)    Exhibit 2 to the Iovieno FTAIA Declaration, a copy of pages 151-166 from the Expert Report of Dr. Kenneth G. Elzinga, Robert C. Taylor Professor of Economics, University of Virginia, dated April 15, 2014;

(c)    Exhibit 5 to the Iovieno FTAIA Declaration, a copy of Exhibits 57 through 60 to the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014;

(d)    Exhibit 7 to the Iovieno FTAIA Declaration, a copy of pages 72-73 from the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014;

(e)    Exhibit 9 to the Iovieno FTAIA Declaration a copy of pages 75-76 from the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014;

(f)    Exhibit 12 to the Iovieno FTAIA Declaration, a copy of pages 5-6 from the Expert Rebuttal Report of Dr. James T. McClave, dated September 26, 2014;

(g)    Exhibit 13 to the Iovieno FTAIA Declaration, a copy of the Data Appendix to the Expert Report of Mohan Rao, Ph.D. dated April 15, 2014 in *Dell Inc. and Dell Products L.P. v. Hitachi, Ltd., et al.*, U.S.D.C., N.D. Cal., San Francisco Division, Case No. 3:13-cv-02171-SC;

---

[4] Electrograph Systems, Inc. and Electrograph Technologies Corp.; Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P. and Bestbuy.com, L.L.C. (collectively, "Best Buy"); Target Corp.; Sears, Roebuck and Co. and Kmart Corp.; Interbond Corporation of America; Office Depot, Inc.; CompuCom Systems, Inc.; Costco Wholesale Corp.; P.C. Richard & Son Long Island Corp.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corp.; and Dell Inc. and Dell Products L.P.

(h)     Exhibit 14 to the Iovieno FTAIA Declaration, a copy of page 54 from the Rebuttal Expert Report of Janet S. Netz, Ph.D., dated September 26, 2014; and

(i)     Exhibit 18 to the Iovieno FTAIA Declaration a copy of pages 119-123 from the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014.

17.     On December 23, 2014, Indirect Purchaser Plaintiffs and certain Direct Action Plaintiffs[5] filed Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs[6] for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws (ECF No. 3254, "Plaintiffs' Opposition"), the Declaration of Lauren C. Capurro in Support of Plaintiffs' Opposition (ECF No. 3246, the "Capurro Declaration"), and the Administrative Motion to File Under Seal Plaintiff's Opposition (ECF No. 3245).  The following portions of and exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

(a)     Plaintiff's Opposition, at page 4, footnote 9, lines 15-17, and 22-23; page 5, footnote 14, lines 15-19; page 6, lines 8-9,  page 12, footnote 9, lines 15-19; footnote 15 lines 21-23;

(b)     Exhibit 1 to the Capurro Declaration, a copy of the April 15, 2014 Expert Report of Janet S. Netz;.

(c)     Exhibit 2 to the Capurro Declaration, a copy of the April 15, 2014 Expert Report of Kenneth G. Elzinga;

(d)     Exhibit 3 to the Capurro Declaration, a copy of the April 15, 2014 Expert Report of James T. McClave;

(e)     Exhibit 7 to the Capurro Declaration, copy of the April 15, 2014 Expert Report of Alan S. Frankel;

(f)     Exhibit 8 to the Capurro Declaration, copy of excerpts from the transcript of the July 3, 2012 deposition of Lloyd Thomas Heiser, a Fed. R. Civ. P. 30(b)(6) witness for Defendant HEDUS;

---

[5] Electrograph Systems, Inc. and Electrograph Technologies Corp.; Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P. and Bestbuy.com, L.L.C. (collectively, "Best Buy"); Target Corp.; Sears, Roebuck and Co. and Kmart Corp.; Interbond Corporation of America; Office Depot, Inc.; CompuCom Systems, Inc.; Costco Wholesale Corp.; P.C. Richard & Son Long Island Corp.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corp.; and Viewsonic Corp.

(g)     Exhibit 9 to the Capurro Declaration, a copy of excerpts from the transcript of the July 12, 2012 deposition of Yasu Hisa Takeda, a Fed. R. Civ. P. 30(b)(6) witness for Defendant Hitachi, Ltd.; and

(h)     Exhibit 18 to the Capurro Declaration, a copy of excerpts from the transcript of the July 17, 2012 deposition of Nobuhiko Kobayashi, a Fed. R. Civ. P. 30(b)(6) witness for Defendant Hitachi Displays, Ltd.

18.     On December 23, 2013, Plaintiffs' filed their Opposition to Panasonic Corporation and Panasonic Corporation of North America's Motion for Summary Judgment (ECF No. 3248-3, "Opposition to Panasonic's Motion for Summary Judgment"), the Declaration of Philip Iovieno in Support of the Opposition (ECF No. 3248-5, "Iovieno Declaration Supporting Opposition to Panasonic's Motion for Summary Judgment"), and the Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79- 5(d) (ECF No. 3248).  The following portions of and exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

(a)     Exhibit 2 to the Iovieno Declaration Supporting Opposition to Panasonic's Motion for Summary Judgment, a copy of the expert report of Janet Netz dated August 5, 2014;

(b)     Exhibit 20 to the Iovieno Declaration Supporting Opposition to Panasonic's Motion for Summary Judgment, a copy of the rebuttal report of Dr. Kenneth G. Elzinga, dated September 26, 2014;

(c)     Exhibit 24 to the Iovieno Declaration Supporting Opposition to Panasonic's Motion for Summary Judgment, a copy of the rebuttal report of Janet S. Netz, dated September 26, 2014; and

(d)     Exhibit 25 to the Iovieno Declaration Supporting Opposition to Panasonic's Motion for Summary Judgment, a copy of an excerpt from the expert report of Edward A. Snyder, dated August 5, 2014.

19.     On  December 22, 2014 Plaintiffs  Dell  Inc.  and  Dell  Products  L.P.  filed their Opposition to Defendants' Motion for Summary Judgment with Respect to Dell's Foreign Purchases Under the FTAIA (ECF No. 3234-3, "Dell's FTAIA Opposition"), the Declaration of Debra D. Bernstein in Support of Dell's FTAIA Opposition (ECF No. 3234-6, the "Bernstein FTAIA Declaration"), and Dell's Administrative Motion to filed documents under Seal Pursuant to Civil

1  Local Rules 7-11 and 79-5 (ECF No. 3234).  The following portions of and exhibits to these

2  documents cite to or quote from documents that the Hitachi Defendants have designated as

3  "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

4       (a)   Dell's FTAIA Opposition, at page 5, footnote 5, lines 26-28; page 12, lines
             22-23; page 19, footnote 17, lines 15-16;
5

6       (b)   Exhibit 2 to the Bernstein FTAIA Declaration, a copy of the April 15, 2014,
             Expert Report of Mohan Rao; and

7       (c)   Exhibit 21 to the Bernstein FTAIA Declaration, a copy of documents
             produced by HDP identified as HDP-CRT00056186 through HDP-
8            CRT00056187, accompanied by a certified English translation.

9

10      20.   On December 23, 2014, Plaintiffs Dell Inc. and Dell Products L.P. filed their

11  Opposition to Koninklijke Philips N.V.'s Motion for Summary Judgment and Plaintiffs' Opposition

12  to Philips Electronics North America Corporation's, Philip Taiwan Limited's, and Philips do Brasil

13  Ltda.'s Motion for Partial Summary Judgment (ECF No. 3241, the "Opposition to Philips' Motion

14  for Summary Judgment"), the Declaration of Debra D. Bernstein in Support of Dell's Opposition

15  (ECF No. 3238-1, the "Bernstein Declaration  in Support of Opposition to Philips' Motion for

16  Summary Judgment"), and Dell's Administrative Motion To File Documents Under Seal Pursuant to

17  Civil Local Rules 7-11 and 79-5 (ECF No. 3238).   The following portions of and exhibits to these

18  documents cite to or quote from documents that the Hitachi Defendants have designated as

19  "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

20      (a)   Exhibit 74 to the Bernstein Declaration in Support of Opposition to Philips'
             Motion for Summary Judgment, a copy of the April 15, 2014 Expert Report
21           of Mohan Rao; and

22      (b)   Exhibit 75 to the Bernstein Declaration in Support of Opposition to Philips'
             Motion for Summary Judgment; a copy of the April 15, 2014 Expert Report of
23           Janet S. Netz.

24

25

26

27

28

21.     On December 23, 2014, the Indirect-Purchaser Plaintiffs and certain Direct Action Plaintiffs[7] filed  Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on Indirect Purchaser Claims Based on Foreign Sales (ECF No. 3287, "Opposition to Defendants' Motion for Summary Judgment on Foreign Sales"), the Declaration of Mario N. Alioto In Support of Plaintiffs' Opposition to Defendants' Motion (ECF No. 3281-5, the "Alioto Declaration"), and Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (ECF No. 3281).  The following portions of and exhibits to these documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

(a)     Opposition to Defendants' Motion for Summary Judgment on Foreign Sales, at page 5, lines 15-17; page 5, footnote 12;  page 8, lines 1-2, and 9-10; page 8, footnote 20, lines 16-17; page 8, footnote 24, line 28; page 9, footnote 24, lines 20-22;

(b)     Alioto Declaration, at page 2, lines 17-24 and 25; page 3, lines 1-2; page 7, lines 4-14; page 7 lines 24-27; page 8 lines 1-2; and 6-9; page 19, lines 19-22; Page 24, lines 1-8; page 27, lines 26-28; page 28, lines 1-2; page 28, lines 4-6; page 29, lines 12-14; page 30, lines 10-13; page 31, lines 8-12; page 32, lines 4-6;

(c)     Exhibit 3 to the Alioto Declaration, a copy of the April 15, 2014 Expert Report of Janet S. Netz, Ph.D;

(d)     Exhibit 7 to the Alioto Declaration, a copy of documents produced by HEDUS identified as Exhibit 2656, and HEDUS-CRT00158204-05;

(e)     Exhibit 8 to the Alioto Declaration, a copy of documents produced by HEDUS identified as Ex. 2657, HEDUS-CRT00158744-45;

(f)     Exhibit 9 to the Alioto Declaration, a copy of documents produced by HEDUS identified as Ex. 2658, HEDUS- CRT00152622-24;

(g)     Exhibit 10 to the Alioto Declaration, a copy of an excerpt of the Deposition of Thomas Lloyd Heiser, 453:21-454:10;

(h)     Exhibit 25 to the Alioto Declaration, a copy of documents produced by HEDUS identified as HEDUS-CRT- 00189334-46;

(i)     Exhibit 28 to the Alioto Declaration, a copy of an excerpt of the Deposition of Kenichi Hazuku (Hitachi), at 137:10-137:25;

---

[7]  Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C. and Magnolia Hi-Fi, LLC (collectively, "Best Buy"); Interbond Corporation of America; Costco Wholesale Corp.; Office Depot, Inc.; Sears, Roebuck and Co. and Kmart Corp.

(j)     Exhibit 30 to the Alioto Declaration, a copy of documents produced by HEDUS identified as  HEDUS-CRT00155212-213;

(k)     Exhibit 79 to the Alioto Declaration, a copy of documents produced by HDP, identified as HDP-CRT00026806-11E;

(l)     Exhibit 100 to the Alioto Declaration, a copy documents produced by HEDUS identified as Ex. 2656, HEDUS-CRT00158204-05; Ex.2657, HEDUS-CRT00158744-45; and  Ex. 2658, HEDUS-CRT00152622-24;

(m)     Exhibit 121 to the Alioto Declaration, a copy of an excerpt of the Deposition of Lloyd Thomas Heiser (Hitachi 30(b)(6)), at 142:13-144:15;

(n)     Exhibit 122 to the Alioto Declaration, copy of an excerpt of the Deposition of Yasu Hisa Takeda (Hitachi 30(b)(6)), at 11:21-12:2;

(o)     Exhibit 130 to the Alioto Declaration, a copy of an excerpt of the Deposition of Hitachi Electronic Devices (USA) 30(b)(6) Witness Lloyd Thomas Heiser, at 136:2-142:12;

(p)     Exhibit 135 to the Alioto Declaration, a copy of documents produced by HDP, identified as Ex. 1586E;  HDPCRT00049348–49E;

(q)     Exhibit 139 to the Alioto Declaration, a copy of documents produced by HEDUS identified as HEDUS-CRT00018407-70; and

(r)     Exhibit 139 to the Alioto Declaration, a copy of documents produced by HDP, identified as HDPCRT-00056062-63E.

22.    I am informed and believe that each of the documents listed in Paragraphs 7 through 21 (and subparagraphs thereof) consist of, quote from, and/or contain confidential, non-public, proprietary, and highly sensitive business information of the Hitachi Defendants. The documents contain confidential, non-public information about the Hitachi Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies that remain important to the Hitachi Defendants' competitive positions. Upon information and belief, the public disclosure of this sensitive information presents a risk of undermining the Hitachi Defendants' relationships and would put the Hitachi Defendants at a competitive disadvantage.

23.    I am informed and believe that the Hitachi Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the documents listed in Paragraphs 7 through 21 and subparagraphs thereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of December, 2014 at San Francisco, California.

*/s/ James Maxwell Cooper*

James Maxwell Cooper