Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:      213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     312 222-9350
Facsimile:      312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | **DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF DIRECT ACTION PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL
RULES 7-11 AND 79-5
Case No. 3:07-cv-5944-SC; MDL No. 1917

2327736.2

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

### **DECLARATION OF SHAUN M. VAN HORN**

I, Shaun M. Van Horn, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am an associate at the law firm of Jenner & Block LLP, and an attorney for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, the "Mitsubishi Electric Defendants"). I submit this declaration in support of Direct Action Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5.

2. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On December 23, 2014, Direct Action Plaintiffs filed an Administrative Motion to Seal (Dkt. 3269), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents that contain information from documents that the Mitsubishi Electric Defendants have designated "Confidential" or "Highly Confidential:"

2
DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 3:07-cv-5944-SC; MDL No. 1917

2327736.2

- Portions of the Direct Action Plaintiffs' Opposition to Defendant Mitsubishi Electric Corporation's Motion for Summary Judgment Based Upon Absence of Evidence of Liability (the "Opposition");

- Exhibit 7 to the Declaration of Scott N. Wagner in Support of Direct Action Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 ("Wagner Declaration") ("Exhibit 1"), which is a true and correct copy of excerpts from the deposition of Norikazu Nakanishi taken on September 18, 2014 and designated by counsel as "Highly Confidential."

- Exhibit 8 to the Wagner Declaration ("Exhibit 2"), which is a true and correct copy of Deposition Exhibit 6113 and its certified translation Exhibit 6113E, Bates Numbered ME 000131622 and designated by counsel as "Highly Confidential."

- Exhibit 9 to the Wagner Declaration (Exhibit 3"), which is a true and correct copy of Exhibit 6125 and its certified translation Exhibit 6125E, Bates Numbered ME 00088171 and designated by counsel as "Highly Confidential."

- Exhibit 11 to the Wagner Declaration ("Exhibit 4"), which is a true and correct copy of Mitsubishi Electric Corporation's Supplemental Responses to DAPs' First Set of Interrogatories dated September 5, 2014 designated by counsel as "Confidential."

- Exhibit 13 to the Wagner Declaration ("Exhibit 5"), which is a true and correct copy of Deposition Exhibit 6120 designated by counsel as "Highly Confidential."

- Exhibit 14 to the Wagner Declaration ("Exhibit 6"), which is a true and correct copy of excerpts from the deposition of Mitsubishi Electric Corporation designated by counsel as "Highly Confidential."

- Exhibit 15 to the Wagner Declaration ("Exhibit 7"), which is a true and correct copy of Mitsubishi Electric Corporation's Response to DAP's First Set of Interrogatories dated June 25, 2014 and designated by counsel as "Confidential".

3

DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 3:07-cv-5944-SC; MDL No. 1917

2327736.2

- Exhibit 16 to the Wagner Declaration ("Exhibit 8"), which is a true and correct copy of Deposition Exhibit 6131 and its certified translation Exhibit 6131E, Bates Numbered ME 00025688 through ME 00025689 and designated by counsel as "Highly Confidential."

- Exhibit 17 to the Wagner Declaration ("Exhibit 9"), which is a true and correct copy of Deposition Exhibit 6129 and its certified translation Exhibit 6129E, Bates Numbered ME 00088485 and designated by counsel as "Highly Confidential."

- Exhibit 18 to the Wagner Declaration ("Exhibit 10"), which is a true and correct copy of the original document and its certified translation, Bates Numbered ME 00088485 and designated by counsel as "Highly Confidential."

- Exhibit 19 to the Wagner Declaration ("Exhibit 11"), which is a true and correct copy of Deposition Exhibit 6126 and its certified translation Exhibit 6126E, Bates Numbered ME 00088165 and designated by counsel as "Highly Confidential".

- Exhibit 20 to the Wagner Declaration ("Exhibit 12"), which is a true and correct copy of a letter from Molly Powers to Wendy Polit dated November 19, 2014, which supplements Mitsubishi Electric's discovery responses and designated by counsel as "Confidential."

- Exhibit 26 to the Wagner Declaration ("Exhibit 13"), which is a true and correct copy of Deposition Exhibit 6111 and its certified translation Exhibit 6111E, and designated by counsel as "Highly Confidential."[1]

- Exhibit 27 to the Wagner Declaration ("Exhibit 14"), which is a true and correct copy of Deposition Exhibit 6112 and its certified translation Exhibit 6112E, Bates Numbered ME 00109911 through ME 00109912 and designated by counsel as "Highly Confidential."

- Exhibit 29 to the Wagner Declaration ("Exhibit 15"), which is a true and correct copy of excerpts from the deposition of Masahiko Konishi taken December 8, 2014 designated by counsel as "Confidential."

---

[1] The Mitsubishi Electric Defendants note that Deposition Exhibit 6111 does not contain any Bates Numbers, but that the certified translation lists Bates Numbers ME 00109690E to ME 00109694E.

4
DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 3:07-cv-5944-SC; MDL No. 1917

2327736.2

4. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, I make this declaration on behalf of the Mitsubishi Electric Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Mitsubishi Electric Defendants as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Opposition, Wagner Declaration, and Exhibits 1-15.

5. Exhibits 1-15, as well as the portions of the Opposition which cite and discuss those Exhibits, should be maintained under seal in their entirety because they are documents produced by the Mitsubishi Electric Defendants in this litigation pursuant to the Stipulated Protective Order, contain excerpts from depositions designated as "Confidential" or Highly Confidential" under the Stipulated Protective Order, and were so designated because they contain confidential, nonpublic, and highly sensitive business information about the Mitsubishi Electric Defendants' sales practices, business and supply agreements, and competitive positions. Publicly disclosing this information presents a risk of undermining the Mitsubishi Electric Defendants relationships, would cause harm with respect to the Mitsubishi Electric Defendants' customers, and would put the Mitsubishi Electric Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2014 in Chicago, Illinois.

*By:*   /s/ Shaun M. Van Horn
Shaun M. Van Horn

5
DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF DIRECT ACTION PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL
RULES 7-11 AND 79-5
Case No. 3:07-cv-5944-SC; MDL No. 1917

2327736.2