Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com
*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No. C-07-5944 SC <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, <br><br> Plaintiff, <br> v. <br><br> HITACHI, LTD.; et al., <br><br> Defendants. | Case No. C 11-05502 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, <br><br> Plaintiff, <br> v. <br><br> TECHNICOLOR SA.; et al., <br><br> Defendants. | Case No. C 13-05261 SC <br><br> **NOTICE OF APPEARANCE OF BRIAN M. GILLETT** <br><br> JURY TRIAL DEMANDED |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1        PLEASE TAKE NOTICE THAT Brian Gillett, of the law firm of Susman Godfrey L.L.P.,

2   hereby appears in this action as additional counsel on behalf of plaintiff Alfred H. Siegel, as

3   Trustee of the Circuit City Stores, Inc. Liquidating Trust.  Plaintiff respectfully requests that all

4   pleadings and other documents be addressed to and served upon Brian Gillett using the contact

5   information set forth below.

6          Brian M. Gillett
           Susman Godfrey L.L.P.
7          1000 Louisiana, Suite 5100
           Houston, Texas 77002-5096
8          Telephone: 713-651-9366
           Facsimile: 713-654-6666
9          Email: bgillett@susmangodfrey.com

13  Dated: December 30, 2014                       SUSMAN GODFREY L.L.P.

                                                   By:    /s/ Brian Gillett
                                                       Kenneth S. Marks
                                                       Jonathan J. Ross
                                                       Johnny W. Carter
                                                       Robert S. Safi
                                                       David M. Peterson
                                                       Matthew C. Behncke
                                                       Brian M. Gillett
                                                       SUSMAN GODFREY L.L.P.
                                                       1000 Louisiana Street, Suite 5100
                                                       Houston, Texas 77002
                                                       Telephone: (713) 651-9366
                                                       Facsimile: (713) 654-6666
                                                       Email: kmarks@susmangodfrey.com
                                                              jross@susmangodfrey.com
                                                              jcarter@susmangodfrey.com
                                                              rsafi@susmangodfrey.com
                                                              dpeterson@susmangodfrey.com
                                                              mbehncke@susmangodfrey.com
                                                              bgillett@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
      rblack@susmangodfrey.com
      jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*