JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF SOFIA ARGUELLO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>**[re Panasonic Documents in Dkt. 3281]** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513;<br><br>*Best Buy Co., Inc. et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264;<br><br><u>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*,</u> | |

No. 11-cv-06397;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Interbond Corp. of America v. Hitachi, et al.*, Case No. 3:11-cv-06275;

*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726;

*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262.

1  I, Sofia Arguello, declare as follows:

2      1.    I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

    2.    On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On December 23, 2014, the Indirect-Purchaser Plaintiffs and the above-captioned Direct Action Plaintiffs (collectively, "Plaintiffs") filed an Administrative Motion to Seal (Dkt. 3281), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79-5(d):

    (a) Portions of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on Indirect Purchaser Claims Based on Foreign Sales (the "Opposition");

    (b) The Declaration of Mario N. Alioto In Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on Indirect Purchaser Claims Based on Foreign Sales (the "Alioto Declaration"); and

    (c) Certain Exhibits attached to the Alioto Declaration.

    3.    Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal (i) Exhibits 2, 3, 4, 15, 32, 33, 36, 37, 38, 39, 40, 53, 54, 55, 56, 59, 71, 80, 81, 84, 93, 119, 140, and 144 to the Alioto Declaration that have been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order; and (ii) portions of the Opposition and Alioto Declaration that reference information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants under the terms of the Stipulated Protective Order.

- 1 -

4.      Attached as Exhibit 2 to the Alioto Declaration is a document produced by Plaintiffs in this case and designated by Plaintiffs as "Highly Confidential." Exhibit 2 references documents, information and testimony designated by Panasonic Defendants as "Confidential" or "Highly Confidential."

5.      Upon information and belief, the documents, information, and/or testimony described or otherwise summarized in Exhibit 2 to the Alioto Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

6.      Attached as Exhibit 3 to the Alioto Declaration is the April 15, 2014 Expert Report of Janet S. Netz, Ph.D filed by Plaintiffs in this case and designated by Plaintiffs as "Highly Confidential." Exhibit 3 references documents, excerpts and testimony designated by Panasonic Defendants as "Confidential" or "Highly Confidential."

7.      Upon information and belief, the documents and information quoted from, described, or otherwise summarized in Exhibit 3 to the Alioto Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

8.      Attached as Exhibit 4 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates number MTPD-0164693, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

9. Upon information and belief, the document referenced in Exhibit 4 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information.  This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

10. Attached as Exhibit 15 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates number MTPD-0576311, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

11. Upon information and belief, the document referenced in Exhibit 15 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information.  This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

12. Attached as Exhibit 32 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates number MTPD-0202360, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

13. Upon information and belief, the document referenced in Exhibit 32 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information.  This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public

disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

14. Attached as Exhibit 33 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates number MTPD-0175641, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

15. Upon information and belief, the document referenced in Exhibit 33 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

16. Attached as Exhibit 36 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates number MTPD-0580572, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

17. Upon information and belief, the document referenced in Exhibit 36 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

18. Attached as Exhibit 37 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates number MTPD-0203443, and a certified

English translation of the same, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

19. Upon information and belief, the document referenced in Exhibit 37 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

20. Attached as Exhibit 38 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0087619 through MTPD-0087620, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

21. Upon information and belief, the document referenced in Exhibit 38 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

22. Attached as Exhibit 39 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates number MTPD-0421914, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

23. Upon information and belief, the document referenced in Exhibit 39 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly

sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

24. Attached as Exhibit 40 to the Alioto Declaration is a copy of Panasonic Defendants' Objections and Responses to Indirect Purchaser Plaintiffs' First Set of Requests for Admission, designated as "Confidential" under the Stipulated Protective Order.

25. Upon information and belief, the document referenced in Exhibit 40 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

26. Attached as Exhibit 53 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0042034 through MTPD-0042035, and a certified English translation of the same, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

27. Upon information and belief, the document referenced in Exhibit 53 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business

- 6 -

DECL. OF SOFIA ARGUELLO  
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

1  relationships, would cause it harm with respect to its competitors and customers, and would put the
2  Panasonic Defendants at a competitive disadvantage.

3        28.     Attached as Exhibit 54 to the Alioto Declaration are excerpts from the February 7-8,
4  2013 deposition of Shinichi Iwamoto, a witness for the Panasonic Defendants, designated by the
5  Panasonic Defendants as "Highly Confidential" under the Stipulated Protective Order.

6        29.     Upon information and belief, the transcript excerpts referenced in Exhibit 54 to the
7  Alioto Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly
8  sensitive business information. These transcript excerpts contain, cite, and/or identify confidential
9  information about the Panasonic Defendants' internal practices, sales practices, business practices
10 and competitive position. I am informed and believe that this is sensitive information and public
11 disclosure of this information presents a risk of undermining the Panasonic Defendants' business
12 relationships, would cause it harm with respect to its competitors and customers, and would put the
13 Panasonic Defendants at a competitive disadvantage.

14       30.     Attached as Exhibit 55 to the Alioto Declaration is a copy of a document produced by
15 the Panasonic Defendants in this litigation bearing bates number MTPD-0576483, and a certified
16 English translation of the same, designated by the Panasonic Defendants as "Confidential" under the
17 Stipulated Protective Order.

18       31.     Upon information and belief, the document referenced in Exhibit 55 to the Alioto
19 Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
20 sensitive business information. This document contains, cites, and/or identifies confidential
21 information about the Panasonic Defendants' internal practices, sales practices, business practices
22 and competitive position. I am informed and believe that this is sensitive information and public
23 disclosure of this information presents a risk of undermining the Panasonic Defendants' business
24 relationships, would cause it harm with respect to its competitors and customers, and would put the
25 Panasonic Defendants at a competitive disadvantage.

26       32.     Attached as Exhibit 56 to the Alioto Declaration is a copy of a document produced by
27 the Panasonic Defendants in this litigation bearing bates numbers MTPD-0426066 through MTPD-
28

1  0426067, and a certified English translation of the same, designated by the Panasonic Defendants as
2  "Confidential" under the Stipulated Protective Order.

3      33.    Upon information and belief, the document referenced in Exhibit 56 to the Alioto
4  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
5  sensitive business information.  This document contains, cites, and/or identifies confidential
6  information about the Panasonic Defendants' internal practices, sales practices, business practices
7  and competitive position.  I am informed and believe that this is sensitive information and public
8  disclosure of this information presents a risk of undermining the Panasonic Defendants' business
9  relationships, would cause it harm with respect to its competitors and customers, and would put the
10 Panasonic Defendants at a competitive disadvantage.

11     34.    Attached as Exhibit 59 to the Alioto Declaration are excerpts from the February 5,
12 2013 deposition of Ayumu Kinoshita, a witness for the Panasonic Defendants, designated by the
13 Panasonic Defendants as "Highly Confidential" under the Stipulated Protective Order.

14     35.    Upon information and belief, the transcript excerpts referenced in Exhibit 59 to the
15 Alioto Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly
16 sensitive business information.  These transcript excerpts contain, cite, and/or identify confidential
17 information about the Panasonic Defendants' internal practices, sales practices, business practices
18 and competitive position.  I am informed and believe that this is sensitive information and public
19 disclosure of this information presents a risk of undermining the Panasonic Defendants' business
20 relationships, would cause it harm with respect to its competitors and customers, and would put the
21 Panasonic Defendants at a competitive disadvantage.

22     36.    Attached as Exhibit 71 to the Alioto Declaration is a copy of a document produced by
23 the Panasonic Defendants in this litigation bearing bates number MTPD-0024384, and a certified
24 English translation of the same, designated by the Panasonic Defendants as "Confidential" under the
25 Stipulated Protective Order.

26     37.    Upon information and belief, the document referenced in Exhibit 71 to the Alioto
27 Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly

28

- 8 -

DECL. OF SOFIA ARGUELLO  
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

1  sensitive business information. This document contains, cites, and/or identifies confidential
2  information about the Panasonic Defendants' internal practices, sales practices, business practices
3  and competitive position. I am informed and believe that this is sensitive information and public
4  disclosure of this information presents a risk of undermining the Panasonic Defendants' business
5  relationships, would cause it harm with respect to its competitors and customers, and would put the
6  Panasonic Defendants at a competitive disadvantage.

7      38. Attached as Exhibit 80 to the Alioto Declaration is a copy of a document produced by
8  the Panasonic Defendants in this litigation bearing bates number MTPD-0599556, designated by the
9  Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

10      39. Upon information and belief, the document referenced in Exhibit 80 to the Alioto
11  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
12  sensitive business information. This documents contains, cites, and/or identifies confidential
13  information about the Panasonic Defendants' internal practices, sales practices, business practices
14  and competitive position. I am informed and believe that this is sensitive information and public
15  disclosure of this information presents a risk of undermining the Panasonic Defendants' business
16  relationships, would cause it harm with respect to its competitors and customers, and would put the
17  Panasonic Defendants at a competitive disadvantage.

18      40. Attached as Exhibit 81 to the Alioto Declaration are excerpts from the May 8, 2014
19  deposition of Chih-Yen Hsu, a witness for the Panasonic Defendants, designated by the Panasonic
20  Defendants as "Highly Confidential" under the Stipulated Protective Order.

21      41. Upon information and belief, the transcript excerpts referenced in Exhibit 81 to the
22  Alioto Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly
23  sensitive business information. These transcript excerpts contain, cite, and/or identify confidential
24  information about the Panasonic Defendants' internal practices, sales practices, and business
25  practices and competitive position. I am informed and believe that this is sensitive information and
26  public disclosure of this information presents a risk of undermining the Panasonic Defendants'

1   business relationships, would cause it harm with respect to its competitors and customers, and would
2   put the Panasonic Defendants at a competitive disadvantage.

3         42.      Attached as Exhibit 84 to the Alioto Declaration is a copy of a document produced by
4   the Panasonic Defendants in this litigation bearing bates number MTPD-0423651, and a certified
5   English translation of the same, designated by the Panasonic Defendants as "Confidential" under the
6   Stipulated Protective Order.

7         43.      Upon information and belief, the document referenced in Exhibit 84 to the Alioto
8   Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
9   sensitive business information.  This document contains, cites, and/or identifies confidential
10  information about the Panasonic Defendants' internal practices, sales practices, business practices
11  and competitive position.  I am informed and believe that this is sensitive information and public
12  disclosure of this information presents a risk of undermining the Panasonic Defendants' business
13  relationships, would cause it harm with respect to its competitors and customers, and would put the
14  Panasonic Defendants at a competitive disadvantage.

15        44.      Attached as Exhibit 93 to the Alioto Declaration are excerpts from the May 8, 2014
16  deposition of Chih-Yen Hsu, a witness for the Panasonic Defendants, designated by the Panasonic
17  Defendants as "Highly Confidential" under the Stipulated Protective Order.

18        45.      Upon information and belief, the transcript excerpts referenced in Exhibit 93 to the
19  Alioto Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly
20  sensitive business information.  These transcript excerpts contain, cite, and/or identify confidential
21  information about the Panasonic Defendants' internal practices, sales practices and business
22  practices.  I am informed and believe that this is sensitive information and public disclosure of this
23  information presents a risk of undermining the Panasonic Defendants' business relationships, would
24  cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants
25  at a competitive disadvantage.

- 10 -

DECL. OF SOFIA ARGUELLO                                                                                               Case No. 07-5944 SC
I/S/O PLAINTIFFS' MOTION TO SEAL                                                                                      MDL NO. 1917

1     46.    Attached as Exhibit 119 to the Alioto Declaration are excerpts from the July 17, 2012 deposition of Hirokazu Nishiyama, a witness for the Panasonic Defendants, designated by the Panasonic Defendants as "Highly Confidential" under the Stipulated Protective Order.

47.    Upon information and belief, the transcript excerpts referenced in Exhibit 119 to the Alioto Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information. These transcript excerpts contain, cite, and/or identify confidential information about the Panasonic Defendants' internal practices and sales practices. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships.

48.    Attached as Exhibit 140 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates number MTPD-0223728, and a certified English translation of the same, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

49.    Upon information and belief, the document referenced in Exhibit 140 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' sales practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships and would put the Panasonic Defendants at a competitive disadvantage.

50.    Attached as Exhibit 144 to the Alioto Declaration is a copy of a document produced by the Panasonic Defendants in this litigation bearing bates number MTPD-0319105, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

51.    Upon information and belief, the document referenced in Exhibit 144 to the Alioto Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices

1  and competitive position.  I am informed and believe that this is sensitive information and public

2  disclosure of this information presents a risk of undermining the Panasonic Defendants' business

3  relationships, would cause it harm with respect to its competitors and customers, and would put the

4  Panasonic Defendants at a competitive disadvantage.

5       52.     The Opposition consists of, cites to, or identifies confidential, nonpublic, proprietary,

6  and highly sensitive business information about the Panasonic Defendants' business practices,

7  pricing practices, confidential business agreements and competitive positions.  Specifically, page 4

8  of the Opposition describes documents or information designated as "Confidential" by the Panasonic

9  Defendants pursuant to the Stipulated Protective Order, including but not limited to Exhibit 4 to the

10 Alioto Declaration.  As with the exhibits themselves, I understand that the Panasonic Defendants

11 consider any statements in the Opposition purporting to summarize the exhibits or any other

12 documents or information designated as "Confidential" or "Highly Confidential" by the Panasonic

13 Defendants confidential and proprietary.  I am informed and believe that the Panasonic Defendants

14 have taken reasonable steps to preserve the confidentiality of information of the type contained,

15 identified, or cited to in the Opposition and Exhibits 4, 15, 32, 33, 36, 37, 38, 39, 40, 53, 54, 55, 56,

16 59, 71, 80, 81, 84, 93, 119, 140 and 144 to the Alioto Declaration.

17      53.     The Alioto Declaration consists of, cites to, or identifies confidential, nonpublic,

18 proprietary and highly sensitive business information about the Panasonic Defendants' business

19 practices, pricing practices, sales practices and competitive positions.  Specifically, pages 2, 4, 8, 9,

20 10, 14, 15, 18, 19, 20, 21, 22, 27, 30 and 31 of the Alioto Declaration describe documents or

21 information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants

22 pursuant to the Stipulated Protective Order, including but not limited to Exhibits 4, 15, 32, 33, 36,

23 37, 38, 39, 40, 53, 54, 55, 56, 59, 71, 80, 81, 84, 93, 119, 140 and 144.

24      I declare under penalty of perjury that the foregoing is true and correct.

25

26 DATED:  December 31, 2014          By:  /s/ *Sofia Arguello*
                                         JEFFREY L. KESSLER (*pro hac vice*)
27                                       Email: jkessler@winston.com
                                         ALDO A. BADINI (257086)
28

- 12 -

DECL. OF SOFIA ARGUELLO                                      Case No. 07-5944 SC
I/S/O PLAINTIFFS' MOTION TO SEAL                                 MDL NO. 1917

1  
2  
3  
4  
5  
6  
7  

Email: abadini@winston.com  
EVA W. COLE (*pro hac vice*)  
Email: ewcole@winston.com  
MOLLY M. DONOVAN (*pro hac vice*)  
Email: mmdonovan@winston.com  
SOFIA ARGUELLO (*pro hac vice*)  
Email:  sarguello@winston.com  
**WINSTON & STRAWN LLP**  
200 Park Avenue  
New York, New York 10166-4193  
Telephone: (212) 294-6700  
Facsimile: (212) 294-4700  

8  
9  
10  
11  
12  
13  
14  

STEVEN A. REISS (*pro hac vice*)  
Email: steven.reiss@weil.com  
DAVID L. YOHAI (*pro hac vice*)  
Email: david.yohai@weil.com  
ADAM C. HEMLOCK (*pro hac vice*)  
Email: adam.hemlock@weil.com  
**WEIL, GOTSHAL & MANGES LLP**  
767 Fifth Avenue  
New York, New York 10153-0119  
Telephone:  (212) 310-8000  
Facsimile:  (212) 310-8007  

15  
16  
17  

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

- 13 -

DECL. OF SOFIA ARGUELLO  
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917