JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF SOFIA ARGUELLO IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b), AND 79-5(e)**<br><br>**[re Panasonic Documents in Dkt. 3284]** |
| This Document Relates to:<br><br>*Sharp Elecs. Corp. et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-1173 SC;<br><br>*Sharp Elecs. Corp, et al. v. Koninklijke Philips Elecs., N.V., et al.*, Case No. 13-cv-2776 SC. | |

I, Sofia Arguello, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On December 23, 2014, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") filed an Administrative Motion to Seal (Dkt. 3284), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79(b):

 (a) Portions of Sharp's Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds ("Opposition"); and

 (b) Certain exhibits attached to the Declaration of Gary R. Carney in Support of Sharp's Opposition ("Carney Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal (i) Exhibits E, F, G, I, J, K, L, M, and T to the Carney Declaration that have been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order; and (ii) portions of the Opposition that reference information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants under the terms of the Stipulated Protective Order.

4. Attached as Exhibit E to the Carney Declaration is a certified translation of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0423675E to MTPD-0423677E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

- 1 -

DECL. OF SOFIA ARGUELLO  
I/S/O SHARP'S MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

5. Upon information and belief, the document appearing in Exhibit E to the Carney Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices, and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

6. Attached as Exhibit F to the Carney Declaration is a certified translation of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0035375E to MTPD-0035376E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

7. Upon information and belief, the document appearing in Exhibit F to the Carney Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices, and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

8. Attached as Exhibit G to the Carney Declaration is a certified translation of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0426066E to MTPD-0426067E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

9. Upon information and belief, the document appearing in Exhibit G to the Carney Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential

DECL. OF SOFIA ARGUELLO
I/S/O SHARP'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

1  information about the Panasonic Defendants' internal practices, sales practices, business practices, and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

10. Attached as Exhibit I to the Carney Declaration is a certified translation of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0291761E to MTPD-0291762E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

11. Upon information and belief, the document appearing in Exhibit I to the Carney Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices, and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

12. Attached as Exhibit J to the Carney Declaration is a certified translation of a document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-0492286E to MTPD-0492289E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

13. Upon information and belief, the document appearing in Exhibit J to the Carney Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices, and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business

- 3 -

DECL. OF SOFIA ARGUELLO
I/S/O SHARP'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

1  relationships, would cause it harm with respect to its competitors and customers, and would put the
2  Panasonic Defendants at a competitive disadvantage.

3      14.    Attached as Exhibit K to the Carney Declaration is a certified translation of a
4  document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-
5  0493549E to MTPD-0493550E, designated by the Panasonic Defendants as "Confidential" under the
6  Stipulated Protective Order.

7      15.    Upon information and belief, the document appearing in Exhibit K to the Carney
8  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
9  sensitive business information.  This document contains, cites, and/or identifies confidential
10 information about the Panasonic Defendants' internal practices, sales practices, business practices,
11 and competitive position.  I am informed and believe that this is sensitive information and public
12 disclosure of this information presents a risk of undermining the Panasonic Defendants' business
13 relationships, would cause it harm with respect to its competitors and customers, and would put the
14 Panasonic Defendants at a competitive disadvantage.

15     16.    Attached as Exhibit L to the Carney Declaration is a certified translation of a
16 document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-
17 0400579E, designated by the Panasonic Defendants as "Confidential" under the Stipulated
18 Protective Order.

19     17.    Upon information and belief, the document appearing in Exhibit L to the Carney
20 Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
21 sensitive business information.  This document contains, cites, and/or identifies confidential
22 information about the Panasonic Defendants' internal business practices.  I am informed and believe
23 that this is sensitive information and public disclosure of this information presents a risk of
24 undermining the Panasonic Defendants' business relationships.

25     18.    Attached as Exhibit M to the Carney Declaration is a certified translation of a
26 document produced by the Panasonic Defendants in this litigation bearing bates numbers MTPD-

27
28

1  0410018E, designated by the Panasonic Defendants as "Confidential" under the Stipulated
2  Protective Order.

3        19.    Upon information and belief, the document appearing in Exhibit M to the Carney
4  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
5  sensitive business information. This document contains, cites, and/or identifies confidential
6  information about the Panasonic Defendants' internal business practices. I am informed and believe
7  that this is sensitive information and public disclosure of this information presents a risk of
8  undermining the Panasonic Defendants' business relationships.

9        20.    Attached as Exhibit T to the Carney Declaration are excerpts from the transcript of
10 the February 5-6, 2013 deposition of Panasonic witness Ayumu Kinoshita, designated by the
11 Panasonic Defendants as "Highly Confidential" under the Stipulated Protective Order.

12       21.    Upon information and belief, the transcript excerpts appearing in Exhibit T to the
13 Carney Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly
14 sensitive business information. These transcript excerpts contain, cite, and/or identify confidential
15 information about the Panasonic Defendants' internal practices, sales practices, business practices,
16 and competitive position. I am informed and believe that this is sensitive information and public
17 disclosure of this information presents a risk of undermining the Panasonic Defendants' business
18 relationships, would cause it harm with respect to its competitors and customers, and would put the
19 Panasonic Defendants at a competitive disadvantage.

20       22.    Sharp's Opposition consists of, cites to, or identifies confidential, nonpublic,
21 proprietary, and highly sensitive business information about the Panasonic Defendants' business
22 practices, pricing practices, sales practices, and competitive positions. Specifically, pages 4-5 and
23 13 of the Motion describe documents or information designated as "Confidential" or "Highly
24 Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order, including but
25 not limited to Exhibits E, F, G, I, J, K, L M, and T to the Carney Declaration. As with the exhibits
26 themselves, I understand that the Panasonic Defendants consider any statements in the Motion
27 purporting to summarize the exhibits or any other documents or information designated as

- 5 -

DECL. OF SOFIA ARGUELLO                  Case No. 07-5944 SC
I/S/O SHARP'S MOTION TO SEAL                MDL NO. 1917

1  "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary.  I
2  am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the
3  confidentiality of information of the type contained, identified, or cited to in the Opposition and
4  Exhibits E, F, G, I, J, K, L M, and T to the Carney Declaration.

5  I declare under penalty of perjury that the foregoing is true and correct.

7  DATED:  December 31, 2014

By:  /s/ *Sofia Arguello*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
SOFIA ARGUELLO (*pro hac vice*)
Email:  sarguello@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 6 -

DECL. OF SOFIA ARGUELLO
I/S/O SHARP'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917