JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF SOFIA ARGUELLO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)**<br><br>**[re Panasonic Documents in Dkt. 3282]** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Electrograph Sys. Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |

1  *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

2

3  *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;

4  *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

5

6  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

7  *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-1173;

8  *CompuCom Sys., Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

9

10  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

11  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

12

13  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

14  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; and

15

16  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510.

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF SOFIA ARGUELLO
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

I, Sofia Arguello, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On December 23, 2014, the Direct Action Plaintiffs and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs") filed an Administrative Motion to Seal (Dkt. 3282), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79-5(b):

(a) Portions of Plaintiffs' Opposition to the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal ("Opposition"); and

(b) Certain exhibits attached to the Declaration of Gary R. Carney in Support of Plaintiffs' Opposition ("Carney Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal (i) Exhibits 21, 29, 36, 38, 42, 44, 45, 46 and 47 to the Carney Declaration that have been designated by the Panasonic Defendants as "Confidential" of "Highly Confidential" pursuant to the Stipulated Protective Order; and (ii) portions of the Opposition that references information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants under the Stipulated Protective Order.

4. Attached as Exhibit 21 to the Carney Declaration is a certified translation of a document produced by the Panasonic Defendants beginning with bates number MTPD-0035375E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

5. Upon information and belief, the document appearing in Exhibit 21 to the Carney Declaration consists of, cites to, and/or identifies confidential and nonpublic business information.

- 2 -

1   This document contains, cites, and/or identifies confidential information about the Panasonic
2   Defendants' internal practices and business practices.  I am informed and believe that this is
3   sensitive information and public disclosure of this information presents a risk of undermining the
4   Panasonic Defendants' business relationships, would cause it harm with respect to its competitors
5   and customers, and would put the Panasonic Defendants at a competitive disadvantage.

6       6.    Attached as Exhibit 29 to the Carney Declaration is a certified translation of a
7   document produced by the Panasonic Defendants beginning with bates number MTPD-0013890E,
8   designated by the Panasonic Defendants as "Highly Confidential" under the Stipulated Protective
9   Order.

10      7.    Upon information and belief, the document appearing in Exhibit 29 to the Carney
11  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
12  sensitive business information.  This document contains, cites, and/or identifies confidential
13  information about the Panasonic Defendants' internal practices, sales practices, business practices
14  and competitive position.  I am informed and believe that this is sensitive information and public
15  disclosure of this information presents a risk of undermining the Panasonic Defendants' business
16  relationships, would cause it harm with respect to its competitors and customers, and would put the
17  Panasonic Defendants at a competitive disadvantage.

18      8.    Attached as Exhibit 36 to the Carney Declaration are excerpts from the transcript of
19  the July 13, 2012 deposition of Takashi Nakano, designated as "Highly Confidential" by the
20  Panasonic Defendants under the Stipulated Protective Order.

21      9.    Upon information and belief, the transcript excerpts appearing in Exhibit 36 to the
22  Carney Declaration consists of, cites to, and/or identify confidential, nonpublic, and proprietary
23  business information.  These transcript excerpts contain, cite, and/or identify confidential
24  information about the Panasonic Defendants' internal practices, business practices, and competitive
25  position.  I am informed and believe that this is sensitive information and public disclosure of this
26  information presents a risk of undermining the Panasonic Defendants' business relationships, would

27
28

DECL. OF SOFIA ARGUELLO                                                                    Case No. 07-5944 SC
I/S/O PLAINTIFFS' MOTION TO SEAL                                                           MDL NO. 1917

cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

10. Attached as Exhibit 38 to the Carney Declaration are excerpts from the transcript of the July 16, 2012 deposition of Tatsuo Tobinaga, designated as "Highly Confidential" by the Panasonic Defendants under the Stipulated Protective Order.

11. Upon information and belief, the transcript excerpts appearing in Exhibit 38 to the Carney Declaration consists of, cites to, and/or identify confidential, nonpublic, and proprietary business information. These transcript excerpts contain, cite, and/or identify confidential information about the Panasonic Defendants' internal practices, business practices, and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

12. Attached as Exhibit 42 to the Carney Declaration is a copy of a document produced by the Panasonic Defendants in this litigation beginning with bates number MTPD-0167498, designated by the Panasonic Defendants as "Confidential" under the Protective Order.

13. Upon information and belief, the document appearing in Exhibit 42 to the Carney Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

14. Attached as Exhibit 44 to the Carney Declaration is a certified translation of a document produced by the Panasonic Defendants beginning with bates number MTPD-0400554E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

DECL. OF SOFIA ARGUELLO  
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

15. Upon information and belief, the document appearing in Exhibit 44 to the Carney Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

16. Attached as Exhibit 45 to the Carney Declaration are certified translations of documents produced by the Panasonic Defendants beginning with bates number MTPD-0400555E and MTPD-0400558, respectively, designated by the Panasonic Defendants as "Confidential" and "Highly Confidential" under the Stipulated Protective Order.

17. Upon information and belief, the documents appearing in Exhibit 45 to the Carney Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information. These documents contain, cite, and/or identify confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

18. Attached as Exhibit 46 to the Carney Declaration is a certified translation of a document produced by the Panasonic Defendants beginning with bates number PC-0021858, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

19. Upon information and belief, the document appearing in Exhibit 46 to the Carney Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, sales practices, business practices

1  and competitive position.  I am informed and believe that this is sensitive information and public
2  disclosure of this information presents a risk of undermining the Panasonic Defendants' business
3  relationships, would cause it harm with respect to its competitors and customers, and would put the
4  Panasonic Defendants at a competitive disadvantage.

5  20. Attached as Exhibit 47 to the Carney Declaration is a certified translation of a
6  document produced by the Panasonic Defendants beginning with bates number PC-0023105,
7  designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

8  21. Upon information and belief, the document appearing in Exhibit 47 to the Carney
9  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
10 sensitive business information.  This document contains, cites, and/or identifies confidential
11 information about the Panasonic Defendants' internal practices, sales practices, business practices
12 and competitive position.  I am informed and believe that this is sensitive information and public
13 disclosure of this information presents a risk of undermining the Panasonic Defendants' business
14 relationships, would cause it harm with respect to its competitors and customers, and would put the
15 Panasonic Defendants at a competitive disadvantage.

16 22. Plaintiffs' Opposition consists of, cites to, or identifies confidential, nonpublic,
17 proprietary, and highly sensitive business information about the Panasonic Defendants' business
18 practices, pricing practices, sales practices and competitive positions.  Specifically, pages 6, 7, 9-11,
19 and 17 of the Opposition describe documents or information designated as "Confidential" or "Highly
20 Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order, including but
21 not limited to Exhibits 21, 29, 36, 38, 42, 44, 45, 46 and 47 to the Carney Declaration.  As with the
22 exhibits themselves, I understand that the Panasonic Defendants consider any statements in the
23 Opposition purporting to summarize the exhibits or any other documents or information designated
24 as "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and
25 proprietary.  I am informed and believe that the Panasonic Defendants have taken reasonable steps to
26 preserve the confidentiality of information of the type contained, identified, or cited to in the
27 Opposition and Exhibits 21, 29, 36, 38, 42, 44, 45, 46 and 47 to the Carney Declaration.

28

- 5 -

DECL. OF SOFIA ARGUELLO                                                                              Case No. 07-5944 SC
I/S/O PLAINTIFFS' MOTION TO SEAL                                                                     MDL NO. 1917

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  December 31, 2014                By:  /s/ *Sofia Arguello*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
SOFIA ARGUELLO (*pro hac vice*)
Email:  sarguello@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 6 -

DECL. OF SOFIA ARGUELLO                                                  Case No. 07-5944 SC
I/S/O PLAINTIFFS' MOTION TO SEAL                                         MDL NO. 1917