JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF SOFIA ARGUELLO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>**[re Panasonic Documents in Dkt. 3266]** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. | |

3:11-cv-05513-SC;

*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:11-cv-05514-SC;

*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd.*, No. 3:11-cv-05514-SC;

*Interbond Corp. of Am. v. Hitachi, et al.*, No. 3:11-cv-06275-SC;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06276-SC;

*CompuCom Sys., Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC;

*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 3:12-cv-02648-SC;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 3:12-cv-02649-SC; and

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 3:13-cv-00157-SC.

I, Sofia Arguello, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On December 23, 2014, the Indirect Purchaser Plaintiffs and the Direct Action Plaintiffs (collectively, "Plaintiffs") filed an Administrative Motion to Seal (Dkt. 3266), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79-5(b):

> (a) Portions of Plaintiffs' Joint Opposition to Hitachi Parties' Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy ("Opposition"); and
>
> (b) Certain Exhibits attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Opposition ("Anderson Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal (i) Exhibits 54, 55, 56, 59, 60, 61, 62, 63, 76 and 77 to the Anderson Declaration that has been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order; and (ii) portions of the Opposition that reference information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants under the terms of the Stipulated Protective Order.

4. Attached as Exhibit 54 to the Anderson Declaration is a certified translation of a document produced by the Panasonic Defendants beginning with bates number MTPD-0016566E

- 1 -

DECL. OF SOFIA ARGUELLO
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

1  and marked at deposition as Exhibit 1407E, designated by the Panasonic Defendants as
2  "Confidential" under the Stipulated Protective Order.

3      5.    Upon information and belief, the document appearing in Exhibit 54 to the Anderson
4  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
5  sensitive business information. This document contains, cites, and/or identifies confidential
6  information about the Panasonic Defendants' internal practices, sales practices, business practices
7  and competitive position. I am informed and believe that this is sensitive information and public
8  disclosure of this information presents a risk of undermining the Panasonic Defendants' business
9  relationships, would cause it harm with respect to its competitors and customers, and would put the
10 Panasonic Defendants at a competitive disadvantage.

11     6.    Attached as Exhibit 55 to the Anderson Declaration are excerpts from the transcript
12 of the March 5-7, 2013 deposition of Hirokazu Nishiyama, designated by the Panasonic Defendants
13 as "Highly Confidential" under the Stipulated Protective Order.

14     7.    Upon information and belief, the excerpts appearing in Exhibit 55 to the Anderson
15 Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly
16 sensitive business information. These excerpts contain, cite, and/or identify confidential information
17 about the Panasonic Defendants' internal practices, sales practices, business practices and
18 competitive position. I am informed and believe that this is sensitive information and public
19 disclosure of this information presents a risk of undermining the Panasonic Defendants' business
20 relationships, would cause it harm with respect to its competitors and customers, and would put the
21 Panasonic Defendants at a competitive disadvantage.

22     8.    Attached as Exhibit 56 to the Anderson Declaration is a document produced by the
23 Panasonic Defendants beginning with bates number MTPDA_SEC-0896104 and marked at
24 deposition as Exhibit 1408, designated by the Panasonic Defendants as "Confidential" under the
25 Stipulated Protective Order.

26     9.    Upon information and belief, the document appearing in Exhibit 56 to the Anderson
27 Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
28

- 3 -

1  sensitive business information. This document contains, cites, and/or identifies confidential
2  information about the Panasonic Defendants' internal practices. I am informed and believe that this
3  is sensitive information and public disclosure of this information presents a risk of undermining the
4  Panasonic Defendants' business relationships, would cause it harm with respect to its competitors
5  and customers, and would put the Panasonic Defendants at a competitive disadvantage.

6  10. Attached as Exhibit 59 to the Anderson Declaration is a certified translation of a
7  document produced by the Panasonic Defendants beginning with bates number MTPD-0036413E
8  and marked at deposition as Exhibit 2378E, designated by the Panasonic Defendants as
9  "Confidential" under the Stipulated Protective Order.

10  11. Upon information and belief, the document appearing in Exhibit 59 to the Anderson
11  Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly
12  sensitive business information. This document contains, cites, and/or identifies confidential
13  information about the Panasonic Defendants' internal practices, business practices and competitive
14  position. I am informed and believe that this is sensitive information and public disclosure of this
15  information presents a risk of undermining the Panasonic Defendants' business relationships, would
16  cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants
17  at a competitive disadvantage.

18  12. Attached as Exhibit 60 to the Anderson Declaration are excerpts from the transcript
19  of the February 7-8, 2013 deposition of Shinichi Iwamoto, designated by the Panasonic Defendants
20  as "Highly Confidential" under the Stipulated Protective Order.

21  13. Upon information and belief, the excerpts appearing in Exhibit 60 to the Anderson
22  Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly
23  sensitive business information. These excerpts contain, cite, and/or identify confidential information
24  about the Panasonic Defendants' internal practices, sales practices, business practices and
25  competitive position. I am informed and believe that this is sensitive information and public
26  disclosure of this information presents a risk of undermining the Panasonic Defendants' business

27
28

DECL. OF SOFIA ARGUELLO  
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

14. Attached as Exhibit 61 to the Anderson Declaration is a certified translation of a document produced by the Panasonic Defendants beginning with bates number MTPD-0025523E and marked at deposition as Exhibit 2379E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

15. Upon information and belief, the document appearing in Exhibit 61 to the Anderson Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

16. Attached as Exhibit 62 to the Anderson Declaration is a certified translation of a document produced by the Panasonic Defendants beginning with bates number MTPD-0042965E and marked at deposition as Exhibit 2380E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

17. Upon information and belief, the document appearing in Exhibit 62 to the Anderson Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices and business practices. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

18. Attached as Exhibit 63 to the Anderson Declaration is a certified translation of a document produced by the Panasonic Defendants beginning with bates number MTPD-0041033E and marked at deposition as Exhibit 2381E, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

19. Upon information and belief, the document appearing in Exhibit 63 to the Anderson Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This document contains, cites, and/or identifies confidential information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

20. Attached as Exhibit 76 to the Anderson Declaration is a copy of the Expert Report of Janet S. Netz, Ph.D., dated March 15, 2014. Exhibit 76 quotes from, cites to, identifies and/or summarizes information from depositions of Panasonic witnesses and documents produced in this litigation that have been marked "Confidential" or "Highly Confidential" under the Stipulated Protective Order

21. Upon information and belief, the documents and information quoted from, described, or otherwise summarized in Exhibit 76 to the Anderson Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

22. Attached as Exhibit 77 to the Anderson Declaration is a copy of the Rebuttal Expert Report of Janet S. Netz, Ph.D., dated September 26, 2014. Exhibit 77 quotes from, cites to,

- 5 -

1  identifies and/or summarizes information from depositions of Panasonic witnesses and documents produced in this litigation that have been marked "Confidential" and "Highly Confidential" under the Stipulated Protective Order

23. Upon information and belief, the documents and information quoted from, described, or otherwise summarized in Exhibit 77 to the Anderson Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

24. The Opposition consists of, cites to, or identifies confidential, nonpublic, proprietary, and highly sensitive business information about the Panasonic Defendants' business practices, pricing practices, sales practices, and competitive positions. Specifically, pages 7, 8, 10, and 14 of the Opposition describe documents or information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order, including but not limited to Exhibits 54, 55, 56, 59, 60, 61, 62, 63, 76, and 77 to the Anderson Declaration. As with the exhibits themselves, I understand that the Panasonic Defendants consider any statements in the Opposition purporting to summarize the exhibits or any other documents or information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the Opposition and Exhibits 54, 55, 56, 59, 60, 61, 62, 63, 76, and 77 to the Anderson Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 31, 2014         By: /s/ *Sofia Arguello*
                                 JEFFREY L. KESSLER (*pro hac vice*)
                                 Email: jkessler@winston.com
                                 ALDO A. BADINI (257086)

- 6 -

DECL. OF SOFIA ARGUELLO                                    Case No. 07-5944 SC
I/S/O PLAINTIFFS' MOTION TO SEAL                           MDL NO. 1917

Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
SOFIA ARGUELLO (*pro hac vice*)
Email:  sarguello@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*