Kenneth S. Marks (*pro hac vice*)
Jonathan R. Ross (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: kmarks@susmangodfrey.com
        jross@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:11-cv-05502 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **STIPULATION OF DISMISSAL** |
| Plaintiff, | |
| v. | |
| HITACHI, LTD., ET AL. | |
| Defendants. | |

1  Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("CC Trust"), and defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively "Toshiba"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Toshiba with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation is not a dismissal of any person or entity other than Toshiba.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

IT IS SO STIPULATED.

Dated:  January 2, 2015                     SUSMAN GODFREY L.L.P.

                                            By:  /s/ Kenneth S. Marks
                                                Kenneth S. Marks
                                                Jonathan J. Ross
                                                SUSMAN GODFREY L.L.P.
                                                1000 Louisiana Street, Suite 5100
                                                Houston, Texas 77002
                                                Telephone:  (713) 651-9366
                                                Facsimile:  (713) 654-6666
                                                Email: kmarks@susmangodfrey.com
                                                       jross@susmangodfrey.com

                                            *Attorneys for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

Dated:  January 2, 2015                     By  /s/ Christopher M. Curran (*w/permission*)
                                                Christopher M. Curran
                                                Lucius B. Lau
                                                Dana E. Foster
                                                WHITE & CASE
                                                701 Thirteenth Street, NW
                                                Washington, D.C. 20005-3807
                                                Telephone:  (202) 626-3600
                                                Facsimile:  (202) 639-9355
                                                Email:  ccurran@whitecase.com
                                                        alau@whitecase.com

STIPULATION OF DISMISSAL - 2                MASTER FILE NO.:  3:07-cv-5944 SC
                                            CASE NO. 3:11-CV-05502 SC

3482409v1/012325

defoster@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January, 2015 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/ Kenneth S. Marks
Kenneth S. Marks