| | |
|---|---|
| 1 | Christopher M. Curran (*pro hac vice*) |
| 2 | ccurran@whitecase.com |
|   | Lucius B. Lau (*pro hac vice*) |
| 3 | alau@whitecase.com |
| 4 | Dana E. Foster (*pro hac vice*) |
|   | defoster@whitecase.com |
| 5 | White & Case LLP |
| 6 | 701 Thirteenth Street, N.W. |
|   | Washington, DC  20005 |
| 7 | Telephone:  (202) 626-3600 |
| 8 | Facsimile:  (202) 639-9355 |

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173;<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO PANASONIC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| 1 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; |
| 2 | |
| 3 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; |
| 4 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; |
| 5 | |
| 6 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; |
| 7 | |
| 8 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; |
| 9 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; |
| 10 | |
| 11 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; |
| 12 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; |
| 13 | |
| 14 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; |
| 15 | |
| 16 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; |
| 17 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; |
| 18 | |
| 19 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; |
| 20 | |
| 21 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; |
| 22 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; |
| 23 | |
| 24 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; |
| 25 | |
| 26 | *All Indirect Purchaser Actions.* |
| 27 | |
| 28 | |

DECLARATION OF DANA E. FOSTER IN SUPPORT
OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF THEIR OPPOSITION TO PANASONIC'S MOTION
FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Plaintiffs' Administrative Motion to Seal Portions of Their Opposition to Panasonic's Motion for Summary Judgment Pursuant to Civil Local Rules 7-11 and 79-5 (Dkt. No. 3248) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On December 23, 2014, the Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs' Opposition to Defendants Panasonic Corporation of North America and Panasonic Corporation's (F/K/A Matsushita Electric Industrial Co., Ltd.) Motion for Summary Judgment (the "Opposition") (Dkt. No. 3248-3) and exhibits thereto.

6. On December 23, 2014, the Plaintiffs filed the Declaration of Philip J. Iovieno in Support of the Motion to Seal (Dkt. No. 3248-1), which states that the Opposition and attached exhibits filed under seal contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

a. Exhibit 2 to the Declaration of Philip J. Iovieno in Support of the Opposition, which is the Expert Report of Janet Netz that cites to and discusses material that the Toshiba Defendants have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order;

b. Exhibit 20 to the Declaration of Philip J. Iovieno in Support of the Opposition, which is the Rebuttal Expert Report of Dr. Kenneth G. Elzinga that cites to and discusses material that the Toshiba Defendants have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order;

c. Exhibit 23 to the Declaration of Philip J. Iovieno in Support of the Opposition, which consists of excerpts from the transcript of the deposition of Kazuhiro Nishimaru that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

d. Exhibit 24 to the Declaration of Philip J. Iovieno in Support of the Opposition, which is the Rebuttal Expert Report of Janet Netz that cites to and discusses material that the Toshiba Defendants have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order;

e. Exhibit 25 to the Declaration of Philip J. Iovieno in Support of the Opposition, which is the Expert Report of Edward A. Snyder that the Toshiba Defendants has designated as "Highly Confidential" under the Stipulated Protective Order; and

f. The redacted portions on pages 14, 15, and 25 of the Opposition that contain information from Exhibits 23 and 25.

8. The documents listed in Paragraph 7 and excerpted in the Opposition contain confidential, non-public, proprietary, and highly sensitive business information. The documents concern confidential, non-public information about the Toshiba Defendants'

DECLARATION OF DANA E. FOSTER IN SUPPORT
OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF THEIR OPPOSITION TO PANASONIC'S MOTION
FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917

3

sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2015, in Washington, D.C.

_____
Dana E. Foster

## CERTIFICATE OF SERVICE

On January 2, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO PANASONIC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT
OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF THEIR OPPOSITION TO PANASONIC'S MOTION
FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917