Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.*, *and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173 SC;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776 SC. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b), AND 79-5(e)** |

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
RELATED TO SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (collectively, the "Sharp Plaintiffs") Administrative Motion to File Documents Related to Sharp's Opposition to Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), and 79-5(e) (Dkt. No. 3284) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On December 23, 2014, the Sharp Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the Opposition to the Defendants' Motion for Partial Summary Judgment on Statute of Limitations Grounds (the "Opposition") (Dkt. No. 3284-4) and exhibits thereto.

6. On December 23, 2014, the Sharp Plaintiffs filed the Declaration of Gary R. Carney in Support of the Motion to Seal (Dkt. No. 3284-1), which states that the redacted portions of the Opposition and attached exhibits contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
RELATED TO SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917
2

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a. Exhibit Q to the Declaration of Gary R. Carney in Support of the Opposition, which consists of excerpts from the transcript of the deposition of Tomoyuki Kawano that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order; and

    b. The redacted portion on page 5 of the Opposition that describes, summarizes, or quotes from Exhibit Q.

8. The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The materials contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2015, in Washington, D.C.

                              Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
RELATED TO SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917
3

**CERTIFICATE OF SERVICE**

    On January 2, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b), AND 79-5(e)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_/s/ Dana E. Foster_
Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
RELATED TO SHARP'S OPPOSITION TO DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005