1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Consumer Products, L.L.C., Toshiba America*
   *Electronic Components, Inc., and Toshiba*
11 *America Information Systems, Inc.*
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS** |

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION
PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION
TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND
NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION
TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS
Case No. 07-5944 SC, MDL No. 1917

1  *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

2  *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

3  *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

4  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

5  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

6  *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

7  *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

8  *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

9  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

10  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

11  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

12  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

13  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

14  *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION
PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION
TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND
NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION
TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS
Case No. 07-5944 SC, MDL No. 1917

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510;

*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Direct Action Plaintiffs' and Indirect Purchaser Plaintiffs' Administrative Motion to Seal Their Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds (Dkt. No. 3272) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On December 23, 2014, the Indirect Purchaser Plaintiffs and the Direct Action Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the Opposition to Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Purported Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA; and Direct Action Plaintiffs' Opposition to the LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds (the "Opposition") (Dkt. No. 3272-4) and exhibits thereto.

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS
Case No. 07-5944 SC, MDL No. 1917
2

6. On December 23, 2014, the Indirect Purchaser Plaintiffs and the Direct Action Plaintiffs filed the Declaration of Philip J. Iovieno in Support of the Motion to Seal (Dkt. No. 3272-1), which states that the redacted portions of the Opposition and attached exhibits contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

 a. Page 166 of Exhibit 2 to the Declaration of Philip J. Iovieno in Support of the Opposition, which is an excerpt from the Expert Report of Dr. Kenneth G. Elzinga, which quotes from a translation of a document Bates-labeled TSB-CRT-00041862 – TSB-CRT-00041863 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

 b. Page 77 of Exhibit 3 to the Declaration of Philip J. Iovieno in Support of the Opposition, which is an excerpt from the Expert Rebuttal Report of Dr. Kenneth G. Elzinga, which quotes from the Expert Report of Edward A. Snyder that the Toshiba Defendants have designated as "Highly Confidential" under the Stipulated Protective Order;

 c. Page 2 of Exhibit 59 of Exhibit 5 to Declaration of Philip J. Iovieno in Support of the Opposition, which quotes from, describes, or summarizes documents Bates-labeled TAEC-CRT-00055069 – TAEC-CRT-00055130, TAEC-CRT-00010351 – TAEC-CRT-00010410, and TAEC-CRT-00070348 – TAEC-CRT-00070353, that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

 d. Page 5 of Exhibit 12 to Declaration of Philip J. Iovieno in Support of the Opposition, which describes or summarizes the Expert Report of Edward

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS
Case No. 07-5944 SC, MDL No. 1917
3

A. Snyder that the Toshiba Defendants have designated as "Highly Confidential" under the Stipulated Protective Order;

    e. Exhibit 30 to the Declaration of Philip J. Iovieno in Support of the Opposition, which is Toshiba Corporation's Objections and Responses to Direct Action Plaintiffs' First Set of Requests for Admission that Toshiba Corp. has designated as "Confidential" under the Stipulated Protective Order; and

    f. The redacted portions on pages 7-9 and 30 of the Opposition that describes, summarizes, or quotes from Exhibits 2-3, 5, 12, and 30.

8. The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The materials contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2015, in Washington, D.C.

                                              Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS
Case No. 07-5944 SC, MDL No. 1917

## CERTIFICATE OF SERVICE

On January 2, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION PLAINTIFFS' AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' PURPORTED FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE LGE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FTAIA GROUNDS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster