Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723 | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)** |

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE
TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING
WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917

1  *Interbond Corp. of America v. Hitachi, Ltd., et al.*, No. 3:11-cv-06275

*Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.3:11-cv-06276

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726

*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262.

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE
TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING
WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. ("TAIS") (collectively, the "Toshiba Defendants"). I make this declaration in support of Plaintiffs' Administrative Motion to File Documents Related to Plaintiffs' Opposition to the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal Under Seal Pursuant to Civil Local Rules 7-11, 79-5(b), and 79-5(e) (Case No. 3:07-cv-05944-SC ("MDL") Dkt. No. 3282; Case No. 3:11-cv-05513-SC ("Best Buy") Dkt. No. 97) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (MDL Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On December 23, 2014, the Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the Opposition to the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal (the "Opposition") (MDL Dkt. No. 3282-3) and exhibits thereto.

6. On December 23, 2014, the Plaintiffs filed the Declaration of Gary R. Carney in Support of the Motion to Seal (MDL Dkt. No. 3282-1; Best Buy Dkt. No. 97-1), which states that the redacted portions of the Opposition and attached exhibits contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE
TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING
WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917
2

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a. Exhibit 1 to the Declaration of Gary R. Carney in Support of the Opposition, which consists of excerpts from the transcript of the deposition of Jack Milliken that TAIS has designated as "Highly Confidential" under the Stipulated Protective Order;

    b. Exhibit 2 to the Declaration of Gary R. Carney in Support of the Opposition, which consists of excerpts from the transcript of the Rule 30(b)(6) deposition of Toshiba Corp. that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

    c. Exhibit 9 to the Declaration of Gary R. Carney in Support of the Opposition, which consists of excerpts from the transcript of the deposition of Tomoyuki Kawano that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

    d. Exhibit 16 to the Declaration of Gary R. Carney in Support of the Opposition, which consists of excerpts from the transcript of the deposition of Tomoyuki Kawano that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

    e. Exhibit 17 to the Declaration of Gary R. Carney in Support of the Opposition, which is a translation of a document bearing the Bates label TSB-CRT-00036875 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

    f. Exhibit 18 to the Declaration of Gary R. Carney in Support of the Opposition, which is a translation of a document bearing the Bates label TSB-CRT-00042334 – TSB-CRT-00042336 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE
TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING
WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917
3

g. Exhibit 19 to the Declaration of Gary R. Carney in Support of the Opposition, which is a translation of a document bearing the Bates label TSB-CRT-00041620 – TSB-CRT-00041623 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

h. Exhibit 20 to the Declaration of Gary R. Carney in Support of the Opposition, which is a translation of a document bearing the Bates label TSB-CRT-00035350 – TSB-CRT-00035352 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

i. Exhibit 25 to the Declaration of Gary R. Carney in Support of the Opposition, which consists of excerpts from a document bearing the Bates label TSB-CRT-00008294 – TSB-CRT-00008358 that Toshiba Corp. has designated as "Confidential" under the Stipulated Protective Order;

j. Exhibit 27 to the Declaration of Gary R. Carney in Support of the Opposition, which is an excerpt from the transcript of the Rule 30(b)(6) deposition of Toshiba Corp. that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

k. Exhibit 28 to the Declaration of Gary R. Carney in Support of the Opposition, which is a document bearing the Bates label TAEC-CRT-00029951 – TAEC-CRT-00029952 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

l. Exhibit 30 to the Declaration of Gary R. Carney in Support of the Opposition, which consists of excerpts from a document bearing the Bates label TSB-CRT-00007798 – TSB-CRT-00007873 that Toshiba Corp. has designated as "Confidential" under the Stipulated Protective Order;

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE
TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING
WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917
4

    m. Exhibit 37 to the Declaration of Gary R. Carney in Support of the Opposition, which consists of excerpts from Toshiba Corp.'s Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories that Toshiba Corp. has designated as "Confidential" under the Stipulated Protective Order;

    n. Exhibit 39 to the Declaration of Gary R. Carney in Support of the Opposition, which is a translation of a document bearing the Bates label TSB-CRT-00067727, that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

    o. Exhibit 40 to the Declaration of Gary R. Carney in Support of the Opposition, which consists of excerpts from the transcript of the deposition of Kazuhiro Nishimaru that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

    p. Exhibit 41 to the Declaration of Gary R. Carney in Support of the Opposition, which is an excerpt from the transcript of the Rule 30(b)(6) deposition of Toshiba Corp. and TACP that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

    q. Exhibit 48 to the Declaration of Gary R. Carney in Support of the Opposition, which is an excerpt from the transcript of the deposition of Tomoyuki Kawano that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order; and

    r. The redacted portions on pages 2-12, 15-16, 18, and 21 of the Opposition that describes, summarizes, or quotes from Exhibits 1, 2, 9, 16-20, 25, 27-28, 30, 37, 39-41, and 48.

8.   The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The materials contain confidential, non-public information about the Toshiba Defendants' sales practices, business and

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE
TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING
WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917
5

1  supply agreements, and competitive positions. They describe relationships with
2  companies — including customers and vendors — that remain important to the Toshiba
3  Defendants' competitive positions. Upon information and belief, publicly disclosing this
4  sensitive information presents a risk of undermining the Toshiba Defendants'
5  relationships, would cause harm with respect to the Toshiba Defendants' competitors and
6  customers, and would put the Toshiba Defendants at a competitive disadvantage.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed this 2nd day of January, 2015, in Washington, D.C.

                                                            _____
                                                                    Dana E. Foster

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE
TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING
WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917
6

**CERTIFICATE OF SERVICE**

    On January 2, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS RELATED TO PLAINTIFFS' OPPOSITION TO THE
TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING
WITHDRAWAL UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)
Case No. 07-5944 SC, MDL No. 1917