1   Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
2   Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
3   Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
4
    White & Case LLP
5   701 Thirteenth Street, N.W.
    Washington, DC  20005
6   Telephone:  (202) 626-3600
    Facsimile:  (202) 639-9355
7

8
9   *Counsel to Defendants Toshiba Corporation,*
    *Toshiba America, Inc., Toshiba America*
10  *Consumer Products, L.L.C., Toshiba America*
    *Electronic Components, Inc., and Toshiba*
11  *America Information Systems, Inc.*

12

13              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
14               (SAN FRANCISCO DIVISION)

15

16                                          Case No. 07-cv-05944 SC
    IN RE: CATHODE RAY TUBE (CRT)             MDL No. 1917
17  ANTITRUST LITIGATION

18  This Document Relates to:

19
    ALL INDIRECT-PURCHASER ACTIONS
20
21  *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*
    No. 3:11-cv-05513;
22
23  *Best Buy Co., Inc., et al. v. Technicolor SA, et*    **DECLARATION OF DANA E. FOSTER**
    *al.*, No. 13-cv-05264;                               **IN SUPPORT OF PLAINTIFFS'**
24                                                         **ADMINISTRATIVE MOTION TO FILE**
                                                           **DOCUMENTS UNDER SEAL**
25  *Costco Wholesale Corporation v. Hitachi, Ltd.,*      **PURSUANT TO CIVIL LOCAL RULES**
    *et al.*, No. 11-cv-06397;                            **7-11 AND 79-5**
26
    *Costco Wholesale Corporation v. Technicolor*
27  *SA, et al.*, No. 13-cv-05723;

28
    *Interbond Corp. of America v. Hitachi, Ltd., et*
    *al.*, No. 3:11-cv-06275;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   *Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727;

2

3   *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06276;

4

5   *Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726;

6

7   *Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;

8

9   *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

I, Dana E. Foster, hereby declare as follows:

1.     I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (Case No. 3:07-cv-05944-SC ("MDL") Dkt. Nos. 3281 & 3286; Case No. 3:11-cv-05513-SC ("Best Buy") Dkt. No. 103) (the "Motion to Seal").

2.     Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.     On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4.     The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5.     On December 23, 2014, the Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the Opposition to Defendants' Motion for Summary Judgment on Indirect Purchaser Claims Based on Foreign Sales (the "Opposition") (MDL Dkt. No. 3281-4; Best Buy Dkt. No. 103-5) and exhibits thereto.

6.     On December 23, 2014, the Plaintiffs filed the Declaration of Lauren C. Capurro in Support of the Motion to Seal (MDL Dkt. Nos. 3281-1 & 3286-1; Best Buy Dkt. No. 103-1), which states that the redacted portions of the Opposition and attached exhibits contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

7.    Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a.   Exhibit 3 to the Declaration of Mario N. Alioto in Support of the Opposition, which is the Expert Report of Janet S. Netz, Ph.D, which:

        i.   On pages 11, 14, 15, 22, and 95, quotes from, describes, or summarizes portions of the transcript of the deposition of Jay Alan Heinecke that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

        ii.   On page 20, quotes from, describes, or summarizes a document Bates-labeled TAEC-CRT-00065484 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

        iii.   On page 20, quotes from, describes, or summarizes a document Bates-labeled TET-CRT-00003403 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

        iv.   On page 20, quotes from, describes, or summarizes a document Bates-labeled TAEC-CRT-00018123 that TAEC has designated as "Confidential" under the Stipulated Protective Order;

        v.   On page 51, quotes from, describes, or summarizes a document Bates-labeled TSB-CRT-00035348 – TSB-CRT-00035349 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

        vi.   On pages 63-64, quotes from, describes, or summarizes a document Bates-labeled TSB-CRT-00042440 – TSB-CRT-00042443 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

        vii.   On page 64, quotes from, describes, or summarizes a document Bates-labeled TSB-CRT-00041746 – TSB-CRT-00041749 that

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Toshiba Corp. has designated as "Highly Confidential" under the
2  Stipulated Protective Order;

3  viii.  On pages 77-78, quotes from, describes, or summarizes a
4  document Bates-labeled TSB-CRT-00039194 – TSB-CRT-
5  00039196 that Toshiba Corp. has designated as "Highly
6  Confidential" under the Stipulated Protective Order;

7  ix.  On pages 79 and 81, quotes from, describes, or summarizes
8  portions of the transcript of the deposition of Kazuhiro Nishimaru
9  that Toshiba Corp. has designated as "Highly Confidential" under
10  the Stipulated Protective Order;

11  x.  On page 81, quotes from, describes, or summarizes a document
12  Bates-labeled TAEC-CRT-00084530 that TAEC has designated
13  as "Confidential" under the Stipulated Protective Order;

14  xi.  On page 109, quotes from, describes, or summarizes portions of
15  the transcript of the Rule 30(b)(6) deposition of Toshiba Corp.
16  and TACP that Toshiba Corp. has designated as "Highly
17  Confidential" under the Stipulated Protective Order;

18  xii.  In Exhibit 53, quotes from, describes, or summarizes a document
19  Bates-labeled TET-CRT-00002966 – TET-CRT-00002988 that
20  Toshiba Corp. has designated as "Highly Confidential" under the
21  Stipulated Protective Order;

22  xiii.  In Exhibit 53, quotes from, describes, or summarizes portions of
23  the transcript of the Rule 30(b)(6) deposition of Toshiba Corp.
24  and TACP that Toshiba Corp. has designated as "Highly
25  Confidential" under the Stipulated Protective Order;

26  xiv.  On page 1 of Exhibit 54, quotes from, describes, or summarizes
27  portions of the transcript of the Rule 30(b)(6) deposition of

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Toshiba Corp. and TACP that Toshiba Corp. has designated as

2   "Highly Confidential" under the Stipulated Protective Order;

3       xv.  On page 2 of Exhibit 59, quotes from, describes, or summarizes

4          documents Bates-labeled TAEC-CRT-00055069 – TAEC-CRT-

5          00055130, TAEC-CRT-00010351 – TAEC-CRT-00010410, and

6          TAEC-CRT-00070348 – TAEC-CRT-00070353 that TAEC has

7          designated as "Highly Confidential" under the Stipulated

8          Protective Order;

9       xvi.  On page 3 of Exhibit 64, quotes from, describes, or summarizes a

10         document Bates-labeled TSB-CRT-00061306 – TSB-CRT-

11         00061317 that Toshiba Corp. has designated as "Confidential"

12         under the Stipulated Protective Order;

13     xvii.  On page 3 of Exhibit 64, quotes from, describes, or summarizes

14         documents Bates-labeled TAEC-CRT-00016371 and TAEC-

15         CRT-00016373 that TAEC has designated as "Confidential"

16         under the Stipulated Protective Order; and

17  b.  Exhibit 5 to the Declaration of Mario N. Alioto in Support of the

18     Opposition, which consists of excerpts from the transcript of the

19     deposition of Jay Heinecke that TAEC has designated as "Highly

20     Confidential" under the Stipulated Protective Order;

21  c.  Exhibit 42 to the Declaration of Mario N. Alioto in Support of the

22     Opposition, which is a document Bates-labeled TAEC-CRT-00085506 –

23     TAEC-CRT-00085515 that TAEC has designated as "Confidential"

24     under the Stipulated Protective Order;

25  d.  Exhibit 62 to the Declaration of Mario N. Alioto in Support of the

26     Opposition, which is a translation of a document Bates-labeled TSB-

27     CRT-00039194 – TSB-CRT-00039196 that Toshiba Corp. has designated

28     as "Highly Confidential" under the Stipulated Protective Order;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1      e.   Exhibit 64 to the Declaration of Mario N. Alioto in Support of the

2          Opposition, which is a translation of a document Bates-labeled TSB-

3          CRT-00042440 – TSB-CRT-00042443 that Toshiba Corp. has designated

4          as "Highly Confidential" under the Stipulated Protective Order;

5      f.   Exhibit 89 to the Declaration of Mario N. Alioto in Support of the

6          Opposition, which is a translation of a document Bates-labeled TSB-

7          CRT-00041862 – TSB-CRT-00041863 that Toshiba Corp. has designated

8          as "Highly Confidential" under the Stipulated Protective Order;

9      g.   Exhibit 90 to the Declaration of Mario N. Alioto in Support of the

10          Opposition, which is a document Bates-labeled TAEC-CRT-00081255 –

11          TAEC-CRT-00081257 that TAEC has designated as "Highly

12          Confidential" under the Stipulated Protective Order;

13      h.   Exhibit 91 to the Declaration of Mario N. Alioto in Support of the

14          Opposition, which is a translation of a document Bates-labeled TSB-

15          CRT-00036875 that Toshiba Corp. has designated as "Highly

16          Confidential" under the Stipulated Protective Order;

17      i.   Exhibit 95 to the Declaration of Mario N. Alioto in Support of the

18          Opposition, which consists of excerpts from the transcript of the

19          deposition of Daniel Ryan that TAEC has designated as "Highly

20          Confidential" under the Stipulated Protective Order;

21      j.   Exhibit 96 to the Declaration of Mario N. Alioto in Support of the

22          Opposition, which is a document Bates-labeled TAEC-CRT-00089144

23          that TAEC has designated as "Highly Confidential" under the Stipulated

24          Protective Order;

25      k.   Exhibit 97 to the Declaration of Mario N. Alioto in Support of the

26          Opposition, which is a document Bates-labeled TAEC-CRT-00122577 –

27          TAEC-CRT-00122583 that TAEC has designated as "Confidential"

28          under the Stipulated Protective Order;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

l.   Exhibit 98 to the Declaration of Mario N. Alioto in Support of the Opposition, which is a document Bates-labeled TAEC-CRT-00041353 that TAEC has designated as "Confidential" under the Stipulated Protective Order;

m.   Exhibit 107 to the Declaration of Mario N. Alioto in Support of the Opposition, which is a document Bates-labeled TET-CRT-00002295 – TET-CRT-00002306 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

n.   Exhibit 120 to the Declaration of Mario N. Alioto in Support of the Opposition, which is a document Bates-labeled TAEC-CRT-00084530 that TAEC has designated as "Confidential" under the Stipulated Protective Order;

o.   Exhibit 138 to the Declaration of Mario N. Alioto in Support of the Opposition, which is a document Bates-labeled TAEC-CRT-00010351 – TAEC-CRT-00010410 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

p.   Exhibit 139 to the Declaration of Mario N. Alioto in Support of the Opposition, which is a document Bates-labeled TAEC-CRT-00087508 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

q.   The redacted portions on pages 2, 10, 16, 21-25, 27, and 30 of the Alioto Declaration which quote, summarize, or describe Exhibits 5, 42, 62, 64, 89, 90, 91, 95-98, 107, 120, 138, and 139; and

r.   The redacted portions on pages 4-9 and 17 of the Opposition which quote, summarize, or describe Exhibits 3, 5, 42, 62, 64, 89, 90-91, 95-98, 107, 120, 138, and 139.

8.   The materials listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information.  The materials contain confidential,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    non-public information about the Toshiba Defendants' sales practices, business and

2    supply agreements, and competitive positions.    They describe relationships with

3    companies — including customers and vendors — that remain important to the Toshiba

4    Defendants' competitive positions.  Upon information and belief, publicly disclosing this

5    sensitive information presents a risk of undermining the Toshiba Defendants'

6    relationships, would cause harm with respect to the Toshiba Defendants' competitors and

7    customers, and would put the Toshiba Defendants at a competitive disadvantage.

8          I declare under penalty of perjury under the laws of the United States of America

9    that the foregoing is true and correct.

10          Executed this 2nd day of January, 2015, in Washington, D.C.

11

12

13    _____
                                                          Dana E. Foster
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

On January 2, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER

3

IN    SUPPORT    OF    PLAINTIFFS'    ADMINISTRATIVE    MOTION    TO    FILE

4

DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5"

5

to be electronically filed via the Court's Electronic Case Filing System, which constitutes

6

service in this action pursuant to the Court's order of September 29, 2008.

7

8

9

10

Dana E. Foster

11

12

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917