Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>*All Actions*. | **NOTICE OF APPEARANCE OF J. MARK GIDLEY** |

    PLEASE TAKE NOTICE that J. Mark Gidley hereby enters his appearance *pro hac vice* in these actions on behalf of defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.  Mr. Gidley is admitted to practice and in good standing in the United States District Court for the Southern District of New York, among other courts.

| | | |
|---|---|---|
| 1 | Dated: January 6, 2015 | Respectfully submitted, |
| 2 | | **WHITE & CASE LLP** |
| 3 | | By: /s/ J. Mark Gidley |
| 4 | | J. Mark Gidley |
| 5 | | *Counsel to Defendants Toshiba Corporation,* |
| 6 | | *Toshiba America, Inc., Toshiba America* |
| 7 | | *Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America* |
| 8 | | *Electronic Components, Inc.* |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005