# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 30, 2014

Re:   Van H. Beckwith, State Bar Number 02020150

To Whom It May Concern:

This is to certify that Mr. Van H. Beckwith was licensed to practice law in Texas on November 2, 1990, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Beckwith's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa

