BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile:  (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF VAN H. BECKWITH FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| This Document Relates to:<br><br>ALL ACTIONS | |

VAN H. BECKWITH, an active member in good standing of the bar of the State of Texas, whose business address and telephone number is:

>Van H. Beckwith
>Email: van.beckwith@bakerbotts.com
>BAKER BOTTS L.L.P.
>2001 Ross Avenue
>Dallas, Texas 75201-2980
>Telephone: (214) 953-6505
>Facsimile: (214) 661-4505

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 01/07/2015

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[Seal: United States District Court, Northern District of California — signed "Judge Samuel Conti"]