Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: +1 574-234-4149
Facsimile: +1 574-239-1900
steve.judge@FaegreBd.com

***Attorneys for Defendants Thomson Consumer, Inc. and Thomson SA***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*<br><br>*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*<br><br>*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*<br><br>*Costco Wholesale Corporation v. Technicolor* | **THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THEIR OBJECTIONS TO SPECIAL MASTER'S DECEMBER 24, 2014 RECOMMENDED ORDER RE THOMSON'S MOTIONS TO COMPEL DISCOVERY FROM DAPs**<br><br>**(Civil Local Rule 79-5(d))** |

*SA, et al., No. 13-cv-05723;*

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

*Target Corp. v. Technicolor SA, et al., No. 13-cv-05686*

*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173*

*ViewSonic Corporation v. Chunghwa Corp., et al., No. 14-cv-02510*

In accordance with Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Defendants Thomson SA and Thomson Consumer Electronics, Inc. ("Thomson Defendants") respectfully submit this Administrative Motion for a Sealing Order portions of exhibits to their Objections to Special Master's December 24, 2014 Recommended Order Regarding Thomson's Motions to Compel Discovery from Direct Action Plaintiffs ("DAPs") (the "Objections"). The designated portions of Exhibits 1, 2, 3 and 4 to the concurrently filed Declaration of Stephen M. Judge in Support of the Thomson Defendants' Objections (the "Exhibits") are hereby submitted under seal.

This motion is supported by the Declaration of Stephen M. Judge in Support of the Thomson Defendants' Administrative Motion to File Under Seal Their Objections to Special Master's December 24, 2014 Recommended Order Regarding Thomson's Motions to Compel Discovery from DAPs (the "Judge Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

1    Exhibit 1 to the Judge Declaration is a copy of Motion to Compel Interrogatory Responses
2 and Document Production, which was submitted to the Special Master for Discovery on
3 September 12, 2014 ("September 12 Motion").  The highlighted portions of Exhibit 1 discuss or
4 reference the highlighted portions of Exhibit 2, discussed below.

5    Exhibit 2 to the Judge Declaration includes the declaration and exhibits submitted to the
6 Special Master for Discovery in support of the September 12 Motion.  Pages 311 to 341 of
7 Exhibit 2 include the following documents that have been designated as "Confidential" or
8 "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case (No.
9 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142):

10   a.   May 22, 2014, Deposition of Brian R. Stone, as 30(b)(6) designee of Best
11        Buy (Designated "Highly Confidential").
12   b.   June 4, 2014, Deposition of Geoffrey Shavey, as 30(b)(6) designee of
13        Costco Wholesale Corporation. (Designated "Highly Confidential").
14   c.   July 18, 2014, Deposition of James A. Smith, as 30(b)(6) designee of
15        Kmart Corporation. (Designated "Highly Confidential").

16   Exhibit 3 to the Judge Declaration is a copy of Motion to Compel Interrogatory Responses
17 and Document Production, which was submitted to the Special Master for Discovery on
18 September 19, 2014 ("September 19 Motion").  The highlighted portions of Exhibit 3 discuss or
19 reference the highlighted portions of Exhibit 4, discussed below.

20   Exhibit 4 to the Judge Declaration includes the declaration and exhibits submitted to the
21 Special Master for Discovery in support of the September 19 Motion.  Pages 154-155 of Exhibit 4
22 include a document produced by the Best Buy Plaintiffs with Bates Number BBYCRT124789,
23 which has been designated as "Confidential" under the terms of the Stipulated Protective Order
24 entered in this case (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142).

25   The Thomson Defendants therefore seek to submit the designated portions of the Exhibits
26 under seal in good faith in order to comply with the Stipulated Protective Order and this Court's
27 Local Rules.
28

1  WHEREFORE, because the designated materials contain, discuss, and reference information designated as "Confidential" and "Highly Confidential" the Thomson Defendants respectfully request that the Court enter an Order sealing the Objections and the concurrently filed Exhibits.

Dated: January 7, 2015         Respectfully submitted,

   */s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1-650 324-6700
Facsimile: +1-650 324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Thomson SA and Thomson Consumer Electronics, Inc.***