1  Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
2  1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
3  Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
4  calvin.litsey@FaegreBD.com

5  Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
6  FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
7  Indianapolis, IN  46204
Telephone: +1 317-237-0300
8  Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
9  ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

10  ***Attorneys for Defendants Thomson SA and
Thomson Consumer Electronics, Inc.***

11

12  **UNITED STATES DISTRICT COURT**

13  **NORTHERN DISTRICT OF CALIFORNIA**

14  **SAN FRANCISCO DIVISION**

15  IN RE CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION,
16

17  This Document Relates to:

18  *Sharp Electronics Corp., et al. v. Hitachi,
Ltd., et. al., No. 13-cv-01173*
19

20  *Electrograph Systems, Inc. et al. v.
Technicolor SA, et al., No. 13-cv-05724;*

21
*Alfred H. Siegel, as Trustee of the Circuit
22  City Stores, Inc. Liquidating Trust v.
Technicolor SA, et al., No. 13-cv-00141;*
23

24  *Best Buy Co., Inc., et al. v. Technicolor SA,
et al., No. 13-cv-05264;*

25

26  *Interbond Corporation of America v.
Technicolor SA, et al., No. 13-cv-05727;*

27  *Office Depot, Inc. v. Technicolor SA, et al.,
No. 13-cv-05726;*
28

No. 07-cv-5944-SC
MDL No. 1917

**DECLARATION OF STEPHEN M.
JUDGE IN SUPPORT OF THOMSON
DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL AND
OBJECTIONS TO SPECIAL MASTER'S
RECOMMENDED ORDER RE
THOMSON DEFENDANT'S MOTIONS
TO COMPEL DISCOVERY RESPONSES
FROM DAPs**

Judge: Hon. Samuel Conti

1

2 *Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*

3

4 *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*

5

6 *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

7

8 *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

9

10 *Target Corp. v. Technicolor SA, et al., No. 13-cv-05686;*

11

12 *Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157;*

13 *ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al., 3:14cv-02510.*

14

15 I, Stephen M. Judge, hereby declare as follows:

16     1.    I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel

17 for Defendants, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson

18 Consumer Electronics, Inc.) (together "Thomson Defendants"). I am admitted to practice *pro hac*

19 *vice* before the United States District Court for the Northern District of California. I make this

20 declaration in support of the Thomson Defendants' Administrative Motion to Filed Under Seal its

21 Objections to the Special Master's December 24, 2014 Recommended Order Regarding the

22 Thomson Defendants' Motions to Compel ("Objections"). The statements contained in this

23 declaration are based on my personal knowledge and, if called as a witness, I could competently

24 testify to the following facts.

25     2.    Attached hereto as Exhibit 1 is a true and correct copy of Motion to Compel

26 Interrogatory Responses and Document Production, which was submitted to the Special Master

27

28
DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF    2    No. 07-5944-SC; MDL No. 1917
ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL

1  for Discovery on September 12, 2014 ("September 12 Motion").  The highlighted portions of

2  Exhibit 1 discuss or reference the designated portions of Exhibit 2, discussed below.

3      3.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of J.

4  Roberts and exhibits in Support of the September 12 Motion, which were submitted to the Special

5  Master for Discovery on September 12, 2014. Pages 311 to 341 of  Exhibit 2 include the

6  following documents that have been designated as "Confidential" or "Highly Confidential" under

7  the terms of the Stipulated Protective Order entered in this case (No. 07-cv-05944, Dkt. No. 306,

8  amended at Dkt. No. 1142):

9              a.      May 22, 2014, Deposition of Brian R. Stone, as 30(b)(6) designee of Best

10                     Buy (Designated "Highly Confidential").

11             b.      June 4, 2014, Deposition of Geoffrey Shavey, as 30(b)(6) designee of

12                     Costco Wholesale Corporation. (Designated "Highly Confidential").

13             c.      July 18, 2014, Deposition of James A. Smith, as 30(b)(6) designee of

14                     Kmart Corporation. (Designated "Highly Confidential").

15     4.      Attached hereto as Exhibit 3 is a true and correct copy of Motion to Compel

16  Interrogatory Responses and Document Production, which was submitted to the Special Master

17  for Discovery on September 19, 2014 ("September 19 Motion").  The highlighted portions of

18  Exhibit 3 discuss or reference the designated portions of Exhibit 4, discussed below.

19     5.      Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of S.

20  Judge and exhibits in Support of the September 19 Motion, which were submitted to the Special

21  Master for Discovery on September 19, 2014. Pages 154 to 155 of Exhibit 4 include a document

22  produced by the Best Buy Plaintiffs with Bates Number BBYCRT124789, which has been

23  designated as "Confidential" under the terms of the Stipulated Protective Order entered in this

24  case (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142).

25     6.      Attached hereto as Exhibit 5 is a true and correct copy of DAPs' Response to

26  Thomson Defendants' Motions to Compel, which was submitted to the Special Master for

27  Discovery on October 3, 2014 ("DAPs' Response").

28

DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF
ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL
3
No. 07-5944-SC; MDL No. 1917

1    7.    Attached hereto as <u>Exhibit 6</u> are true and correct copies of the declarations and

2    exhibits submitted to the Special Master of Discovery by DAPs in support of the DAPs'

3    Response, which were submitted to the Special Master for Discovery on October 3, 2014.

4    8.    Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the Thomson

5    Defendants' Reply in Support of their Motions to Compel Interrogatory Responses and Document

6    Production, which was submitted to the Special Master for Discovery on October 10, 2014.

7    9.    On June 18, 2008, the Court approved a "Stipulated Protective Order" in this

8    matter (Dkt. No. 306).

9    10.    Pursuant to the Protective Order and Civil Local Rules 79-5(d) and 7-11, the

10    Thomson Defendants seek to seal the highlighted portions of Exhibits 1, 2, 3, and 4.

11    11.    The Thomson Defendants seek to submit these documents under seal in good faith

12    in order to comply with the Stipulated Protective Order and this Court's Local Rules.

13    I declare under penalty of perjury, under the laws of the United States of America, that the

14    foregoing is true and correct.  Executed this 7th day of January, 2014, in Indianapolis, Indiana.

15

16    /s/ Stephen M. Judge

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF    4    No. 07-5944-SC; MDL No. 1917
ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL