1

2

3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

4

5

IN RE CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION,

No. 07-cv-5944-SC
MDL No. 1917

6

7

8

This Document Relates to:

*Sharp Electronics Corp., et al. v. Hitachi,
Ltd., et. al., No. 13-cv-01173*

**[PROPOSED] ORDER GRANTING
THOMSON DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE
UNDER SEAL**

9

10

*Electrograph Systems, Inc. et al. v.
Technicolor SA, et al., No. 13-cv-05724;*

11

12

*Alfred H. Siegel, as Trustee of the Circuit
City Stores, Inc. Liquidating Trust v.
Technicolor SA, et al., No. 13-cv-00141;*

13

14

*Best Buy Co., Inc., et al. v. Technicolor SA,
et al., No. 13-cv-05264;*

15

*Interbond Corporation of America v.
Technicolor SA, et al., No. 13-cv-05727;*

16

17

*Office Depot, Inc. v. Technicolor SA, et al.,
No. 13-cv-05726;*

18

19

*Costco Wholesale Corporation v.
Technicolor SA, et al., No. 13-cv-05723;*

20

21

*P.C. Richard & Son Long Island
Corporation, et al. v. Technicolor SA, et al.,
No. 31:cv-05725;*

22

23

*Schultze Agency Services, LLC, o/b/o
Tweeter Opco, LLC, et al. v. Technicolor SA,
Ltd., et al., No. 13-cv-05668;*

24

25

*Sears, Roebuck and Co. and Kmart Corp. v.
Technicolor SA, No. 3:13-cv-05262;*

26

27

*Target Corp. v. Technicolor SA, et al., No.
13-cv-05686;*

28

*Tech Data Corp., et al. v. Hitachi, Ltd., et*

1 | *al., No. 13-cv-00157*

2 | *ViewSonic Corporation, v. Chunghwa*
*Picture Tubes, Ltd., et al., 3:14cv-02510;*

3 |

4 |

5 | Upon consideration of the Thomson Defendants' Administrative Motion for a Sealing

6 | Order portions of exhibits to their Objections to Special Master's December 24, 2014

7 | Recommended Order Regarding Thomson Defendants' Motions to Compel Discovery from

8 | Direct Action Plaintiffs and the Declaration of Stephen M. Judge in support thereof, and good

9 | cause appearing therefore:

10 | The Court hereby GRANTS the Thomson Defendants' motion to seal and orders that the

11 | designated portions of Exhibits 1-4 are properly sealable and shall be sealed.

12 | IT IS SO ORDERED.

13 |

14 | DATED: _____

15 | Hon. Samuel Conti
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28