IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER REGARDING REPORT AND RECOMMENDATION |
| ALL INDIRECT PURCHASER ACTIONS | |

Having reviewed the Special Master's report and recommendation regarding settlement and the appointment of co-lead counsel for the Indirect Purchaser Plaintiffs, ECF No. 3200, the Court finds that no responsive briefing or objection need be filed until further order of the Court.

IT IS SO ORDERED.

Dated: January 13, 2015                  _____
                                          UNITED STATES DISTRICT JUDGE