1   [Stipulating parties listed on signature page]

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5                      SAN FRANCISCO DIVISION

6   In re: CATHODE RAY TUBE (CRT)          )   Case No. 07-5944 SC
    ANTITRUST LITIGATION                   )
7   _____    )   MDL No. 1917
                                           )
8   This Document Relates to:              )   STIPULATION AND [PROPOSED]
                                           )   ORDER REGARDING MITSUBISHI
9   Dell Inc. v. Hitachi Ltd., No. 13-cv-02171.  )   ELECTRIC DEFENDANTS' MOTION
                                           )   FOR PARTIAL SUMMARY JUDGMENT
10  Target Corp. v. Technicolor SA, et. al., No. 13-  )   AS TO DIRECT ACTION
    cv-05686.                              )   PURCHASERS' SHERMAN ACT
11                                         )   DAMAGES CLAIMS BASED ON CRT
    ViewSonic Corporation v. Chunghwa Picture  )   PRODUCT PURCHASES FROM NEC
12  Tubes Ltd., et. al., No. 13-cv-02510.  )   CORPORATION AND NEC-
                                           )   MITSUBISHI ELECTRIC VISUAL
13                                         )   SYSTEMS CORPORATION [MDL DKT
                                           )   NO. 3026]
14                                         )

15

16        Plaintiffs, Dell, Inc. and Dell Products L.P. ("Dell"), ViewSonic Corporation ("ViewSonic")

17  and Target Corporation ("Target") and Defendants Mitsubishi Electric Corporation, Mitsubishi

18  Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi

19  Electric Defendants"), hereby stipulate as follows:

20        WHEREAS, on November 7, 2014, Mitsubishi Electric Defendants filed Mitsubishi Electric

21  Defendants' Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act

22  Damages Claims Based on CRT Product Purchases From NEC Corporation and NEC-Mitsubishi

23  Electric Visual Systems Corporation (MDL Dkt. No. 3026);

24        WHEREAS, Dell, ViewSonic, and Target have each represented to Mitsubishi Electric

25  Defendants that it does not seek damages for purchases of CRT Products from NEC Corporation or

26  NEC-Mitsubishi Electric Visual Systems Corporation;

27

28                                          1

1    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Dell,

2  ViewSonic, and Target, and the Mitsubishi Electric Defendants, subject to the concurrence of the

3  Court, that:

4  Based upon the above representations, Mitsubishi Electric withdraws its Motion for Partial Summary

5  Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product

6  Purchases From NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation (MDL

7  Dkt. No. 3026) as to, but only as to, plaintiffs Dell, ViewSonic, and Target.  The motion will remain

8  pending as to the other plaintiffs' claims to which it is directed.

9                                                                * * *

10    The undersigned parties jointly and respectfully request that the Court enter this stipulation

11  as an order.

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14  Dated: __01/13/2015_____          _____

15                                                        Hon.

16                                                        

17                                                        Judge Samuel Conti

18

19

20

21

22

23

24

25

26

27

28

Dated:  December 15, 2014
JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*

JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

By: */s/ Astor H.L. Heaven*

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
        aheaven@crowell.com

1

*Counsel for Plaintiff ViewSonic Corporation and
Target Corp.*

2

3

By: */s/ Michael P. Kenny*

4

Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com

5

Debra D. Bernstein, Esq. (GA Bat No. 054998)
de bra. bernstein@alston.com

6

Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com

7

Melissa Mahurin Whitehead, Esq. (GA Bar No.
667932)

8

melissa.whitehead@alston.com

**ALSTON & BIRD LLP**

9

1201 West Peachtree Street
Atlanta, Georgia 30309-3424

10

Tel: (404) 881-7000
Facsimile: (404) 881-7777

11

12

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com

13

**KERR & WAGSTAFFE LLP**

100 Spear Street, 18th Floor

14

San Francisco, California 94105-1576
Tel: (415) 371-8500

15

Facsimile: (415) 371-0500

16

*Attorneys for Plaintiffs Dell Inc. and Dell
Products L.P.*

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING MITSUBISHI ELECTRIC DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT AS TO DIRECT ACTION PURCHASES' SHERMAN ACT DAMAGES CLAIMS BASED ON CRT PRODUCT
PURCHASES FROM NEC CORPORATION AND NEC-MITSUBISHI ELECTRIC VISUAL SYSTEMS CORPORATION