UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 | [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1.  The claims filed by Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, L.L.C.; and Magnolia Hi-Fi, LLC (collectively, "Best Buy") against Beijing Matsushita Color CRT Co., Ltd. ("BMCC") in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2.  BMCC's Motions for Summary Judgment [MDL Dkt. 2987, 2990] are withdrawn as to Best Buy.

3.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 01/13/2015

_____
The Honorable
United States District Judge

Judge Samuel Conti

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
(Case No. 3:07-cv-05944)

1