UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br>MDL No. 1917 |
| This document relates to:<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656 | [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE |

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The claims filed by Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corporation (collectively, "Electrograph") against Beijing Matsushita Color CRT Co., Ltd. ("BMCC") in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2. BMCC's Motion for Summary Judgment [MDL Dkt. 2990] is withdrawn as to Electrograph.

3. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:__01/13/2015_____     _____
                                                                    The Honorable Samuel Conti
                                                                    United States District Judge

*[Signature and seal of Judge Samuel Conti, United States District Court, Northern District of California]*