*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS <br><br> *Best Buy Co., Inc. et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-05513-SC <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05264-SC <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Store, Inc. Liquidating Trust v. Hitachi, Ltd.*, No. 3:11-cv-05502-SC <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Store, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 3:13-cv-05261-SC <br><br> *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396 <br><br> *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC <br><br> *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 3:13-cv-05723-SC <br><br> *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656-SC <br><br> *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724-SC <br><br> *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275-SC <br><br> *Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC <br><br> *Office Depot, Inc. v. Hitachi, Ltd. et al*, No. 3:11-cv-06276-SC <br><br> *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726-SC | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PAGE LIMITS** |

1

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON FTAIA GROUNDS

| | |
|---|---|
| *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648-SC | ) ) ) |
| *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725-SC | ) ) ) |
| *Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514-SC | ) ) ) ) |
| *Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 3:13-cv-05262 | ) ) ) |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:11-cv-05514-SC | ) ) ) |
| *Target Corp. v. Technicolor SA, et al.*, No 3:13-cv-05686-SC | ) ) ) |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 3:13-cv-00157-SC | ) ) ) |
| *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-2649-SC | ) ) ) ) |
| *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 13-cv-05668-SC | ) ) ) ) |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | ) ) ) |
| *Dell Inc., et al v. Hitachi, Ltd., et al.*, No. 13-cv-02171-SC | ) ) ) ) |

The Direct Action Plaintiffs in the above-captioned actions ("DAPs") and Indirect Purchaser Plaintiffs ("IPPs"), on the one hand (collectively, "Plaintiffs"), and Defendants, on the other hand, hereby stipulate as follows:

WHEREAS, on November 7, 2014, Defendants filed their Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA (MDL Dkt. No. 3008);

WHEREAS, on November 7, 2014, Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE Defendants") filed their Notice of Motion and Motion for Partial Summary Judgment on FTAIA Grounds (MDL Dkt. No. 3032);

1    WHEREAS, Plaintiffs intend to consolidate their oppositions into one brief;

2    WHEREAS, Defendants have not yet decided whether to file a consolidated reply or two separate replies;

3    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendants, subject to the concurrence of the Court, that:

    1.    Plaintiffs shall file one consolidated opposition to the above-referenced motions, not to exceed 35 pages.

    2.    Defendants shall have the option of filing one consolidated reply in support of the above-referenced motions, not to exceed 30 pages, or two separate replies, not to exceed 15 pages each.

\* \* \*

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 01/13/2015



Judge Samuel Conti