1

2                           **UNITED STATES DISTRICT COURT**

3                         **NORTHERN DISTRICT OF CALIFORNIA**

4                              **SAN FRANCISCO DIVISION**

5    IN RE: CATHODE RAY TUBE (CRT)              Case No. 3:07-cv-5944 SC
     ANTITRUST LITIGATION                       MDL No. 1917
6

7

8    This document relates to:                  [~~PROPOSED~~] **ORDER OF DISMISSAL**
                                                 **WITHOUT PREJUDICE**
9    *Tech Data Corp., et al. v. Hitachi, Ltd., et al.,*
     No. 13-cv-00157
10

11

12

13        The Court, having considered the stipulation of the parties, and good cause appearing,

14   orders as follows:

15        1.    The claims filed by Plaintiffs Tech Data Corporation and Tech Data Product

16   Management, Inc. (collectively, "Tech Data") against Beijing Matsushita Color CRT Co., Ltd.

17   ("BMCC") in the above-captioned action are dismissed, without prejudice, pursuant to Rule

18   41(a) of the Federal Rules of Civil Procedure; and

19        2.    BMCC's Motions for Summary Judgment [MDL Dkt. 2987, 2990] are withdrawn

20   as to Tech Data.

21        3.    Each party shall bear its own costs and attorneys' fees.

22        **IT IS SO ORDERED.**

23

24

25

26   Dated:___01/13/2015_____

27                                              

28                                              Judge Samuel Conti

     [PROPOSED] ORDER DISMISSING DEFENDANT BMCC
     (Case No. 3:07-cv-05944)