Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail:  rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com
          srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>SEARS, ROEBUCK & CO., AND KMART CORPORATION v. HITACHI, LTD., et al., Case No. 11-cv-5514-SC<br><br>&<br><br>SEARS, ROEBUCK & CO., AND KMART CORPORATION v. TECHNICOLOR, S.A., et al. Case No. 13-cv-5262-SC | **STIPULATION AND [PROPOSED] ORDER DISMISSING STATE LAW CLAIMS WITH PREJUDICE** |

Plaintiffs Sears, Roebuck and Co., and Kmart Corporation ("Plaintiffs") and Defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia), Irico Group Corporation, Irico Group Electronics Co., Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LP Displays International Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Shenzhen SEG Hitachi Color Display Devices, Ltd., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing Matsushita Color CRT Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samtel Color Ltd., Thai CRT Co., Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Videocon Industries, Ltd., Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC), Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc., being all the defendants in this case (collectively, "Defendants") state as follow:

On October 3, 2013, Plaintiffs filed their Second Amended Complaint ("SAC") in individual case number 3:11-cv-05514-SC (MDL Master Dkt. No. 1973). On November 11, 2013, Plaintiffs filed their Complaint in individual case number 3:13-cv-05562-SC (Ind. Case

Dkt. No. 1) (the "Thomson/Mitsubishi/TDA Complaint"). The SAC and the Thomson/Mitsubishi/TDA Complaint are the "Complaints." In the Complaints, Plaintiffs assert claims for relief against Defendants under the Sherman Act, the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.* New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*

Plaintiffs previously stipulated to the dismissal of their claims against Defendants under Massachusetts G.L. c. 93A, §§ 2, *et seq.*, California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.*, New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.* *See* Dkt. 2962 & 2979.

Plaintiffs now seek to dismiss their remaining state-law claims against Defendants under the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.* and Michigan Comp. Laws Ann. §§ 445.771, *et seq.* Plaintiffs also seek to withdraw their Joinders to Best Buy's Response in Opposition to Chunghwa's Motion for Partial Summary Judgment on Due Process Grounds, Dkt. 3259, and to Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment on State Law Claims Limited to Intrastate Activity, Dkt. 3255.

Plaintiffs are not dismissing, and will continue to prosecute, their claims against Defendants under the Sherman Act.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the claims Plaintiffs asserted against Defendants in these cases under the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.* and Michigan Comp. Laws Ann. §§ 445.771, *et seq.* are dismissed with prejudice. Plaintiffs' Joinders to Best Buy's Response in Opposition to Chunghwa's Motion for Partial Summary Judgment on Due Process Grounds, and to Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment on State Law Claims Limited to Intrastate Activity are also withdrawn (Dkts. 3255 & 3259). Both Plaintiffs and Defendants agree to bear their own costs and attorneys' fees with respect to the dismissed claims. This dismissal does not apply to the claims Plaintiffs asserted against Defendants in these cases under the Sherman Act.

1
2
3    PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5
6    Dated: _____          _____
7                                             Hon. Samuel Conti
                                             United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Dated:  January 14, 2015          Respectfully submitted,

2                                    KENNY NACHWALTER, P.A.

3
                                     By: */s/ Samuel J. Randall*
4                                    Richard Alan Arnold, Esquire (p*ro hac vice*)
5                                    William J. Blechman, Esquire (*pro hac vice*)
                                     Kevin J. Murray (*pro hac vice*)
6                                    Samuel J. Randall (*pro hac vice*)
7                                    **KENNY NACHWALTER, P.A.**
                                     201 S. Biscayne Boulevard, Suite 1100
8                                    Miami, Florida 33131
9                                    Tel:  (305) 373-1000
                                     Fax: (305) 372-1861
10                                   Email:      rarnold@knpa.com
11                                               wblechman@knpa.com
                                                 kmurray@knpa.com
12                                               srandall@knpa.com

13
                                     *Counsel for Plaintiffs Sears Roebuck and Co. and*
14                                   *Kmart Corp.*

15

16                                   WINSTON & STRAWN LLP

17
                                     By: */s/ Jeffrey L. Kessler*
18                                   JEFFREY L. KESSLER (*pro hac vice*)
19                                   JKessler@winston.com
                                     A. PAUL VICTOR (*pro hac vice*)
20                                   PVictor@winston.com
21                                   ALDO A. BADINI (SBN 257086)
                                     ABadini@winston.com
22                                   EVA W. COLE (*pro hac vice*)
23                                   EWCole@winston.com
                                     MOLLY M. DONOVAN
24                                   MMDonovan@winston.com
25                                   **WINSTON & STRAWN LLP**
                                     200 Park Avenue
26                                   New York, NY 10166
                                     Telephone: (212) 294-6700
27                                   Facsimile: (212) 294-4700
28
                                     STEVEN A. REISS (*pro hac vice*)

1   steven.reiss@weil.com
2   DAVID L. YOHAI (*pro hac vice*)
    david.yohai@weil.com
3   ADAM C. HEMLOCK (*pro hac vice*)
    adam.hemlock@weil.com
4   **WEIL, GOTSHAL & MANGES LLP**
5   767 Fifth Avenue
    New York, New York 10153-0119
6   Telephone: (212) 310-8000
7   Facsimile: (212) 310-8007

8   *Attorneys for Defendants Panasonic Corporation*
9   *(f/k/a Matsushita Electric Industrial Co., Ltd.),*
    *Panasonic Corporation of North America, MT*
10  *Picture Display Co., Ltd.*
11

12  KIRKLAND & ELLIS LLP
13
14  By: */s/ Eliot A. Adelson*
    ELIOT A. ADELSON (SBN 205284)
15  JAMES MAXWELL COOPER (SBN 284054)
    **KIRKLAND & ELLIS LLP**
16  555 California Street, 27th Floor
17  San Francisco, California 94104
    Tel: (415) 439-1400
18  Facsimile: (415) 439-1500
19  E-mail: eadelson@kirkland.com
    E-mail: max.cooper@kirkland.com
20
21  JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
    KATE WHEATON (*pro hac vice*)
22  **KIRKLAND & ELLIS LLP**
23  300 North LaSalle
    Chicago, Illinois 60654
24  Tel: (312) 862-2000
25  Facsimile: (312) 862-2200

26  *Attorneys for Defendants Hitachi, Ltd., Hitachi*
27  *Displays, Ltd. (n/k/a Japan Display East, Inc.),*
    *Hitachi Asia, Ltd., Hitachi America, Ltd., and*
28  *Hitachi Electronic Devices (USA), Inc.*

STIPULATION AND [PROPOSED] ORDER
DISMISSING STATE LAW CLAIMS WITH PREJUDICE
Case No. 07-5944 SC
MDL No. 1917

WHITE & CASE LLP

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560

1   Telephone: (213) 683-9100
2   Facsimile: (213) 687-3702

3   *Attorneys for Defendants LG Electronics, Inc.; LG,*
4   *LG Electronics USA, Inc.; and LG Electronics*
    *Taiwan Taipei Co., Ltd.*
5

6   SHEPPARD MULLIN RICHTER & HAMPTON
7

8   By: */s/ Gary L. Halling*
    GARY L. HALLING (SBN 66087)
9   ghalling@sheppardmullin.com
    JAMES L. MCGINNIS (SBN 95788)
10  jmcginnis@sheppardmullin.com
    MICHAEL W. SCARBOROUGH (SBN 203524)
11  mscarborough@sheppardmullin.com
12  **SHEPPARD     MULLIN     RICHTER     &**
13  **HAMPTON**
    Four Embarcadero Center, 17th Floor
14  San Francisco, California 94111
15  Telephone: (415) 434-9100
    Facsimile: (415) 434-3947
16

17  *Attorneys for Defendants Samsung SDI America,*
18  *Inc.; Samsung SDI Co., Ltd.; Samsung SDI*
    *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.*
19  *DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*
    *Samsung SDI Co., Ltd. and Tianjin Samsung SDI*
20  *Co., Ltd.*
21

22  BAKER BOTTS LLP
23

24  By: */s/ Jon V. Swenson*
    JON V. SWENSON (SBN 233054)
25  jon.swenson@bakerbotts.com
    **BAKER BOTTS LLP**
26  1001 Page Mill Road
27  Building One, Suite 200
    Palo Alto, CA 94304
28  Telephone: (650) 739-7500
    Facsimile: (650) 739-7699

1    E-mail: jon.swenson@bakerbotts.com

2    JOHN M. TALADAY (*pro hac vice*)
3    john.taladay@bakerbotts.com
     JOSEPH OSTOYICH (*pro hac vice*)
4    joseph.ostoyich@bakerbotts.com
5    **BAKER BOTTS LLP**
     1299 Pennsylvania Ave., N.W.
6    Washington, DC 20004-2400
7    Telephone: (202) 639-7700
     Facsimile: (202) 639-7890
8

9    *Attorneys for Defendants Koninklijke Philips*
     *Electronics N.V. and Philips Electronics North*
10   *America Corporation*

11

12   GIBSON, DUNN & CRUTCHER LLP

13
     By: */s/ Rachel S. Brass*
14   ────────────────────────────
     Joel S. Sanders (SBN 107234)
15   jsanders@gibsondunn.com
     Rachel S. Brass (SBN 219301)
16   rbrass@gibsondunn.com

17
     Austin V. Schwing (SBN 211696)
18   aschwing@gibsondunn.com
19   **GIBSON, DUNN & CRUTCHER LLP**
     555 Mission Street, Suite 3000
20   San Francisco, California 94105
     Tel: (415) 393-8200
21   Fax: (415) 393-8306
22

23   *Attorneys for Defendant Chunghwa Picture Tubes,*
     *Ltd. and Chunghwa Picture Tubes (Malaysia)*
24

25

26   FRESHFIELDS BRUCKHAUS
     DERINGER US LLP
27
     By: */s/ Richard Snyder*
28   ────────────────────────────

     TERRY CALVANI (SBN 53260)

1    Email: terry.calvani@freshfields.com

2    CHRISTINE LACIAK(*pro hac vice*)
     Email: christine.laciak@freshfields.com

3    RICHARD SNYDER (*pro hac vice*)
     Email: richard.snyder@freshfields.com

4    **FRESHFIELDS BRUCKHAUS DERINGER US**

5    **LLP**

6    701 Pennsylvania Avenue NW, Suite 600
     Washington, DC  20004

7    Telephone: (202) 777-4565
     Facsimile: (202) 777-4555

8

9    *Attorneys for Beijing-Matsushita Color CRT*
     *Company, Ltd.*

10

11

12   CURTIS, MALLET-PREVOST, COLT & MOSLE

13   LLP

14   By: */s/ Jeffrey I. Zuckerman*

15   Jeffrey I. Zuckerman (Pro Hac Vice)
     Ellen Tobin (Pro Hac Vice)

16   101 Park Avenue
     New York, New York 10178

17   Telephone:  (212) 696-6000

18   Facsimile:  (212) 697-1559
     Email: jzuckerman@curtis.com

19          etobin@curtis.com

20   Arthur Gaus (SBN 289560)

21   DILLINGHAM & MURPHY, LLP
     601 California Street, Suite 1900

22   San Francisco, California 94108
     Telephone: (415) 397-2700

23   Facsimile: (415) 397-3300
     Email: asg@dillinghammurphy.com

24

25   *Attorneys for Defendant Technologies Displays*
     *Americas LLC*

26

27   JENNER & BLOCK LLP

28
     By:   /s/ Terrence J. Truax
     JENNER & BLOCK LLP

STIPULATION AND [PROPOSED] ORDER
DISMISSING STATE LAW CLAIMS WITH PREJUDICE
Case No. 07-5944 SC
MDL No. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Terrence J. Truax *(pro hac vice)*
Michael T. Brody (*pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US, Inc., and*
*Mitsubishi Electric Visual Solutions America, Inc.*