```
 1  GIBSON, DUNN & CRUTCHER LLP
    JOEL S. SANDERS, SBN 107234
 2  JSanders@gibsondunn.com
    RACHEL S. BRASS, SBN 219301
 3  RBrass@gibsondunn.com
    AUSTIN SCHWING, SBN 211696
 4  ASchwing@gibsondunn.com
    555 Mission Street, Suite 3000
 5  San Francisco, California 94105-2933
    Telephone: 415.393.8200
 6  Facsimile: 415.393.8306

 7  Attorneys for Defendants
    CHUNGHWA PICTURE TUBES, LTD. and
 8  CHUNGHWA PICTURE TUBES (MALAYSIA)
    SDN. BHD.
 9
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*Sears, Roebuck and Co. et al. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:11-cv-05514-SC<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:14-cv-02510-SC | **DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S NOTICE OF LIMITATION OF DAMAGES PURSUANT TO ANTITRUST CRIMINAL PENALTY ENHANCEMENT AND REFORM ACT OF 2004** |

TO THE COURT, THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in connection with the trial currently scheduled to commence on March 9, 2015 in this matter, Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "CPT"), will and hereby do assert the protections offered under the Antitrust Criminal Penalty Enhancement and Reform Act of 2004, Pub. L. No. 108-237, 118 Stat. 661, § 213(a) ("ACPERA") that limit any recovery from CPT to "actual damages sustained by" a plaintiff that are "attributable to the commerce done by" CPT.

CPT self-reported conduct related to cathode ray tubes to the U.S. Department of Justice and obtained amnesty from criminal prosecution pursuant to the Antitrust Division's Leniency Program. *See* Decl. of Rachel Brass in Support of Notice, Ex. A (leniency agreement). ACPERA relieves a successful leniency applicant, here CPT, from exposure to treble damages and joint-and-several liability in any civil action:

> [I]n any civil action alleging a violation of section 1 or 3 of the Sherman Act, or alleging a violation of any similar State law, based on conduct covered by a currently effective antitrust leniency agreement, *the amount of damages recovered* by or on behalf of a claimant from an antitrust leniency applicant who satisfies the [cooperation] requirements of subsection (b), together with the amounts so recovered from cooperating individuals who satisfy such requirements, *shall not exceed that portion of the actual damages sustained by such claimant which is attributable to the commerce done by the applicant in the goods or services affected by the violation*.

ACPERA § 213(a) (emphasis added). CPT intends to demonstrate that it has satisfied its statutory cooperation obligations and is therefore entitled to the benefits of ACPERA. Accordingly, any damages that Direct Action Plaintiffs seek to recover from CPT must be limited to "actual damages" they can prove they "sustained" that are directly "attributable to the commerce done by" CPT.

DATED: January 15, 2015            GIBSON, DUNN & CRUTCHER LLP


By:   /s/ *Joel S. Sanders*
      Joel S. Sanders

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD and
CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.

**DECLARATION OF SERVICE**

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date below, I served the within:

**DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S NOTICE OF LIMITATION OF DAMAGES PURSUANT TO ANTITRUST CRIMINAL PENALTY ENHANCEMENT AND REFORM ACT OF 2004**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on January 15, 2015. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on January 15, 2015, at San Francisco, California.

                                                    /s/ *Joseph Hansen*
                                                      Joseph Hansen

101863726.3