# BOIES, SCHILLER & FLEXNER LLP

30 SOUTH PEARL STREET • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

January 16, 2015

<u>VIA ECF</u>

Judge Samuel Conti
San Francisco Courthouse
Courtroom 1 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917
     Notice of Supplemental Authority

Dear Judge Conti:

The Direct Action Plaintiffs submit the Provisional Non-Confidential Decision of the European Commission Regarding TV and Computer Monitor Tubes, Case No. COMP/39437 (the "Redacted Provisional Decision") as a supplemental authority relevant to the following oppositions to Defendants' summary judgment motions:

- MDL Dkt. No. 3230, Dell's Opposition to Defendants' Joint Motion for Summary Judgment on Statute of Limitations Grounds;

- MDL Dkt. No. 3236, Plaintiffs' Opposition to Defendant Thomson's Motion for Summary Judgment Regarding Liability;

- MDL Dkt. No. 3238, Plaintiffs' Opposition to Defendant Philips' Motion for Summary Judgment Regarding Liability;

- MDL Dkt. No. 3238, Plaintiffs' Opposition to Defendant Philips' Motion for Summary Judgment Regarding Withdrawal;

- MDL Dkt. No. 3245, Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Regarding Antitrust Injury and Antitrust Injury;

- MDL Dkt. No. 3248, Plaintiffs' Opposition to Defendant Panasonic's Motion for Summary Judgment Regarding Liability;

- MDL Dkt. No. 3250, Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds;

- MDL Dkt. No. 3253, Plaintiffs' Opposition to Defendant Technology Displays America's Motion for Summary Judgment Regarding Liability;

Judge Conti
January 16, 2015
Page 2 of 2

- MDL Dkt. No. 3262, Plaintiffs' Opposition to Defendant LGE's Motion for Summary Judgment Regarding Withdrawal;

- MDL Dkt. No. 3266, Plaintiffs' Opposition to Defendant Hitachi's Motion for Summary Judgment Regarding Liability;

- MDL Dkt. No. 3269, Plaintiffs' Opposition to Defendant Mitsubishi's Motion for Partial Summary Judgment Regarding Liability;

- MDL Dkt. No. 3270, Plaintiffs' Opposition to Defendant Hitachi's Motion for Summary Judgment Regarding Withdrawal;

- MDL Dkt. No. 3278, Plaintiffs' Opposition to Defendant LGE's Motion for Partial Summary Judgment Regarding Plaintiffs' Standing for Purchases from LGE;

- MDL Dkt. No. 3282, Plaintiffs' Opposition to Defendant Toshiba's Motion for Summary Judgment Regarding Withdrawal; and

- MDL Dkt. No. 3283, Sharp Plaintiffs' Opposition to Defendants' Joint Motion for Summary Judgment on Statute of Limitations Grounds.

The Redacted Provisional Decision, which is attached hereto as Exhibit A, was made available on December 23, 2014, and can also be accessed from the European Commission's website at http://ec.europa.eu/competition/antitrust/cases/dec_docs/39437/39437_6784_3.pdf.

Respectfully,

*/s/ Philip Iovieno*

Philip Iovieno

*Liaison Counsel for the Direct Action Plaintiffs*