JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. Master File No. 3:07-md-05944-sc<br><br>MDL No. 1917 |
| This Document Relates to:<br>*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514-SC<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502<br><br>*Siegel v. Technicolor SA,* No. 13-cv-05261<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514<br>*Target Corp. v. Technicolor SA,* No. 13-cv-05686 | **DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND OPINIONS OF JANUSZ A. ORDOVER**<br><br>[Declaration of Laura K. Lin, and [Proposed] Order filed concurrently herewith]<br><br>Judge:   Hon. Samuel Conti<br>Date:    February 27, 2015<br>Time:   10:00 a.m.<br>Ctrm:    1, 17th Floor |

3:07-md-05944-sc; MDL 1917

ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFS.' JOINT OPPOSITION TO PLTFS.' MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND OPINIONS OF JANUSZ A. ORDOVER

1
*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05724-SC

*CompuCom Sys., Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC

*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC

*Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC

*Office Depot, Inc. v. Hitachi, Ltd. et al*, No. 3:11-cv-06276-SC

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648-SC

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05725-SC

*Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649-SC

*Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 3:13-cv-05668-SC

*Tech Data Corporation; Tech Data Product Management, Inc.; v. AU Optronics Corp., et al.*, No. 13-cv-00157
*Best Buy Co, Inc., et al v. Hitachi, Ltd.*, Individual Case No. 11-cv-05513

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC

-2-                                3:07-md-05944-sc; MDL 1917
ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFS.' JOINT OPPOSITION TO PLTFS.' MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND OPINIONS OF JANUSZ A. ORDOVER

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Defendant LG Electronics, Inc. ("LGE"), by and through its counsel, respectfully requests an Order permitting it to file under seal Defendants' Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report of and Opinions of Janusz A. Ordover and the exhibits to the Declaration of Laura K. Lin.

This motion is supported by the Declaration of Laura K. Lin in Support of Defendants LG's Administrative Motion to File Under Seal.

Specifically, defendants request that certain portions be sealed:

1. The highlighted portions of the sealed version of Defendants' Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report of and Opinions of Janusz A. Ordover.

2. Exhibits 1- 9 to the Declaration of Laura K. Lin In Support of Defendants' Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report of and Opinions of Janusz A. Ordover.

LGE requests that portions of the opposition and the entirety of exhibits listed above be filed under seal because those documents are or contain discussion, analysis, or references to documents or information that other parties to this litigation (the "Designating Parties") have designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306), as set forth in the Declaration of Laura K. Lin in support of LGE's Administrative Motion to File under Seal.  N.D. Cal. Civil Local Rule 79-5 provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable.  N.D. Cal. Civ. L.R. 79-5(e).  It is the designating party's burden to establish that the designated information is sealable. Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

Thus, LGE respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the designated material is sealable.

A proposed order granting this application is enclosed.

DATED:  January 16, 2014

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
HOJOON HWANG

By:    /s/ *Hojoon Hwang*
       HOJOON HWANG
Attorney for LG Electronics, Inc.