JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to: *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514-SC<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502<br><br>*Siegel v. Technicolor SA,* No. 13-cv-05261<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514<br><br>*Target Corp. v. Technicolor SA,* No. 13-cv-05686 | **DECLARATION OF LAURA K. LIN IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>[Administrative Motion to Seal and [Proposed] Order filed concurrently herewith]<br><br>Judge:  Hon. Samuel Conti<br>Date:   February 27, 2015<br>Time:   10:00 a.m.<br>Ctrm:   1, 17th Floor |

1  *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

2

3  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC

4

5  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05724-SC

6  *CompuCom Sys., Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC

7

8  *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC

9

10  *Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC

11

12  *Office Depot, Inc. v. Hitachi, Ltd. et al,* No. 3:11-cv-06276-SC

13  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC

14

15  *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648-SC

16

17  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05725-SC

18

19  *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649-SC

20

21  *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 3:13-cv-05668-SC

22

23

24  *Tech Data Corporation; Tech Data Product Management, Inc.; v. AU Optronics Corp., et al.*, No. 13-cv-00157

25

26  *Best Buy Co, Inc., et al v. Hitachi, Ltd.*, Individual Case No. 11-cv-05513

27

28  *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC

I, Laura K. Lin, declare:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Pursuant to Civil Local Rule 7-11 and 79-5, I make this declaration in support of the LGE Defendants' Administrative Motion to Seal.

3. LG seeks permission to file under seal the highlighted portions of the sealed version of Defendants' Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover;

4. The portions the documents referenced in Paragraph 3 contain discussion, analysis, references to, or information taken directly from, material designated by other parties in this matter as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306) in this case.

5. LG further seeks permission to file under seal the following documents in their entirety Exhibits 1, 4, 5, 10, and 11 to the Declaration of Laura K. Lin in Support Defendants' Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover ("Lin Declaration").

6. The documents referenced in paragraph 5 are excerpts of the opinions and depositions transcripts of Defendants' expert witnesses. These excerpts were designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by Defendants pursuant to the Stipulated Protective Order (Dkt. No. 306).

7. LG further seeks permission to file under seal the following documents in their entirety Exhibits 2, 3, 6, 7, 8 and 9 to the Declaration of Laura K. Lin in Support Defendants' Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover ("Lin Declaration").

8. The documents referenced in paragraph 8 contain excerpts of the opinions and depositions transcripts of Plaintiffs' expert witnesses. These excerpts were designated as as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by Plaintiffs under the Stipulated Protective Order (Dkt. No. 306) in this case.

9. LGE seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Local Rules. Because the information LGE seeks to submit under seal has been designated as Confidential or Highly Confidential by other parties, LGE is filing the accompanying Administrative Motion, and will be prepared to file an unredacted versions of the above-referenced documents in the public record if required by Civil Local Rule 79-5(e).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 16, 2015, in San Francisco, California.

/s/ *Laura K. Lin*
LAURA K. LIN