1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171 | **[PROPOSED] ORDER GRANTING LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL** |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | [Administrative Motion to Seal Declaration of Laura K. Lin filed concurrently herewith] |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514-SC | Judge: Hon. Samuel Conti<br>Date: February 27, 2015<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 | |
| *Siegel v. Technicolor SA,* No. 13-cv-05261 | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | |

3:07-cv-05944-SC; MDL 1917
[PROPOSED] ORDER GRANTING LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL

| | |
|---|---|
| 1 | *Target Corp. v. Technicolor SA,* No. 13-cv-05686 |
| 2 | |
| 3 | *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510 |
| 4 | |
| 5 | *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC |
| 6 | *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05724-SC |
| 7 | |
| 8 | *CompuCom Sys., Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC |
| 9 | |
| 10 | *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC |
| 11 | |
| 12 | *Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC |
| 13 | *Office Depot, Inc. v. Hitachi, Ltd. et al*, No. 3:11-cv-06276-SC |
| 14 | |
| 15 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC |
| 16 | |
| 17 | *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648-SC |
| 18 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05725-SC |
| 19 | |
| 20 | |
| 21 | *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649-SC |
| 22 | |
| 23 | *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 3:13-cv-05668-SC |
| 24 | |
| 25 | |
| 26 | *Tech Data Corporation; Tech Data Product Management, Inc.; v. AU Optronics Corp., et al.*, No. 13-cv-00157 |
| 27 | |
| 28 | *Best Buy Co, Inc., et al v. Hitachi, Ltd.*, Individual Case No. 11-cv-05513 |

1
2   *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Having read and considered all of the pleadings and documents filed in support of and in
2    opposition to Defendant LG Electronics' Administrative Motion to Seal, filed January 16, 2015,
3    and having considered the arguments of counsel, the Court hereby grants the Motion.
4    IT IS SO ORDERED.

6    Dated: _____          _____
7                                             SAMUEL CONTI
                                              United States District Judge

10   .