IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>ORDER REGARDING SUBMISSIONS IN SUPPORT OF DISPOSITIVE MOTIONS |

In the coming weeks, the parties will complete briefing on dispositive motions, motions in limine, and other non-dispositive motions. The Court issues this order to simplify and streamline the parties' submissions and the Court's consideration of those submissions.

First, pursuant to the undersigned's Civil Standing Order and Civil Local Rule 5-1(e)(7), the parties are required to file paper copies of documents that are electronically filed, and are required to submit exhibits of greater than two inches in tabbed three ring binders. To ease administrative burdens and the limits on space, the Court instead ORDERS that the following rules shall govern

courtesy copies for the remaining dispositive motion filings, <u>Daubert</u> motions, and other motions in limine.

   Paper courtesy copies no longer need to be submitted except for the following items:

- Briefs (both unredacted and redacted copies),
- full or excerpted expert reports (in three ring binders if necessary), and
- administrative motions for leave to file under seal and supporting declarations.

The parties may submit any additional materials (including the exhibits parties seek to have filed under seal and all other exhibits or declarations) in electronic format whether on a CD or flash drive.

   Second, in conjunction with the parties' submission of replies in support of dispositive motions on January 26, the Court ORDERS the parties to confer and file a single spreadsheet or other document showing, in tabular format, the dispositive motions that are still active and against what parties they remain active. This document will help the Court determine which motions remain active in light of the numerous recent settlements and other dismissals. The parties need not follow this format precisely, but to provide an example of the information the Court would like the parties to provide, here is a suggestion:

///
///
///
///
///

| ECF No. | Movant | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. |
|---|---|---|---|---|---|
| 2976 | Hitachi Parties (joinder by Toshiba, ECF No. 3010) | Motion for Summary Judgment Based on Lack of Evidence of Participation in Alleged Conspiracy | IPPs, Electrograph, Circuit City, Best Buy, Target, Sears, Interbond, Office Depot, CompuCom, Costco, P.C. Richard & Son, Schultze, and Tech Data | 3274 | X |

If, because of a settlement, a motion is no longer active against one of the initially adverse parties, the parties shall indicate that using ~~strikethrough~~, footnote, or some other means.  If an entire motion is no longer necessary the parties shall indicate that using similar means.  This document should be submitted both on ECF and in electronic format to the Court's proposed order email inbox, SCpo@cand.uscourts.gov.

    IT IS SO ORDERED.

Dated: January 16, 2015

UNITED STATES DISTRICT JUDGE