1  JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
560 Mission Street
5  Twenty-Seventh Floor
San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
7
WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
Thirty-Fifth Floor
10  Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
11  Facsimile:    (213) 687-3702

12  *Attorneys for Defendants LG Electronics, Inc.*

13

14  UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA
15
   SAN FRANCISCO DIVISION
16

| | |
|---|---|
| 17  In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC |
| 18 | MDL NO. 1917 |
| This Document Relates to: | |
| 19  *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171 | **DECLARATION OF LAURA K. LIN IN SUPPORT OF DEFENDANTS'** |
| 20 | **OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE** |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | **THE EXPERT REPORT AND OPINIONS** |
| 21 | **OF JANUSZ A. ORDOVER** |
| 22  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514-SC | Judge:  Hon. Samuel Conti |
| 23 | Date:   February 27, 2015 |
| | Time:   10:00 a.m. |
| 24  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 | Ctrm:   1, 17th Floor |
| 25 | |
| *Siegel v. Technicolor SA,* No. 13-cv-05261 | |
| 26  *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | |
| 27 | |
| *Target Corp. v. Technicolor SA,* No. 13-cv-05686 | |
| 28 | |

DECLARATION OF LAURA K. LIN ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
TO EXCLUDE EXPERT REPORT OF JANUSZ A. ORDOVER

1    *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

2

3    *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC

4

5    *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05724-SC

6    *CompuCom Sys., Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC

7

8    *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC

9

10   *Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC

11

12   *Office Depot, Inc. v. Hitachi, Ltd. et al*, No. 3:11-cv-06276-SC

13   *Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC

14

15   *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648-SC

16

17   *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05725-SC

18

19   *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649-SC

20

21   *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 3:13-cv-05668-SC

22

23

24   *Tech Data Corporation; Tech Data Product Management, Inc.; v. AU Optronics Corp., et al.*, No. 13-cv-00157

25

26   *Best Buy Co, Inc., et al v. Hitachi, Ltd.*, Individual Case No. 11-cv-05513

27

28   *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC

3:07-cv-05944-SC; MDL 1917

DECLARATION OF LAURA K. LIN ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
TO EXCLUDE EXPERT REPORT OF JANUSZ A. ORDOVER

1   I, Laura K. Lin, hereby certify and state as follows:

2        1.        I am over the age of eighteen, and am not a party to this action.  I have personal

3   knowledge of the facts and matters stated herein and, if called, could and would testify

4   competently to them.

5        2.        Attached hereto as Exhibit 1 are true and correct copies of excerpts from the

6   Expert Report of Dennis Carlton dated August 5, 2014 produced in the *Dell Inc. v. Hitachi, Ltd.*,

7   Case No. 3:13-cv-02171, action.

8        3.        Attached hereto as Exhibit 2 are true and correct copies of excerpts from the

9   Expert Report of James McClave dated April 15, 2014 produced in each of the DAP actions.

10        4.        Attached hereto as Exhibit 3 are true and correct copies of excerpts from the

11   Expert Report of Alan Frankel dated April 15, 2014 produced in the *Best Buy Co., Inc. v. Hitachi,*

12   *Ltd.*, Case No. 3:11-05513, and *Best Buy Co., Inc. v. Technicolor SA*, Case No. 13-cv-05262,

13   actions.

14        5.        Attached hereto as Exhibit 4 are true and correct copies of excerpts from the

15   deposition of Dennis Carlton deposed in this case on September 17, 2014.

16        6.        Attached hereto as Exhibit 5 are true and correct copies of excerpts from the

17   deposition of Janusz Ordover deposed in this case on September 4, 2014.

18        7.        Attached hereto as Exhibit 6 are true and correct copies of excerpts from the

19   deposition of Alan Frankel deposed in this case on July 10, 2014.

20        8.        Attached hereto as Exhibit 7 are true and correct copies of excerpts from the

21   deposition of Mohan Rao deposed in this case on June 10, 2014.

22        9.        Attached hereto as Exhibit 8 are true and correct copies of excerpts from the

23   deposition of James McClave deposed in this case on December 3, 2014.

24        10.        Attached hereto as Exhibit 9 are true and correct copies of excerpts from the

25   Expert Rebuttal Report of James McClave produced in each of the DAP actions.

26

27

28
                                    - 3 -                      3:07-cv-05944-SC; MDL 1917
       DECLARATION OF LAURA K. LIN ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
                     TO EXCLUDE EXPERT REPORT OF JANUSZ A. ORDOVER

1          11.          Attached hereto as Exhibit 10 are true and correct copies of excerpts from the

2    Expert Report of Janusz Ordover in the *Best Buy Co., Inc. v. Hitachi, Ltd.*, Case No. 3:11-05513,

3    and *Best Buy Co., Inc. v. Technicolor SA*, Case No. 13-cv-05262, actions.

4          12.          Attached hereto as Exhibit 11 are true and correct copies of excerpts from the

5    Expert Rebuttal Report of Janusz Ordover produced in each of the DAP actions.

6

7          I declare under penalty of perjury under the laws of California that the foregoing is true

8    and correct.  Executed on the 16th day of January, 2015 in San Francisco, California.

9

                                                            */s/ Laura K. Lin*
10                                                          LAURA K. LIN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:07-cv-05944-SC; MDL 1917

DECLARATION OF LAURA K. LIN ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
TO EXCLUDE EXPERT REPORT OF JANUSZ A. ORDOVER