**FILED UNDER SEAL –**
**EX. 1 TO DECLARATION OF LAURA K. LIN IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE EXPERT**
**REPORT AND OPINIONS OF JANUSZ A. ORDOVER**