**FILED UNDER SEAL –**
**EX. 3 TO DECLARATION OF LAURA K. LIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND OPINIONS OF JANUSZ A. ORDOVER**