**FILED UNDER SEAL –
EX. 7 TO DECLARATION OF LAURA K. LIN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE EXPERT
REPORT AND OPINIONS OF JANUSZ A. ORDOVER**