*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Costco Wholesale Corp. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC | **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS** |

Costco Wholesale Corporation ("Costco") on the one hand, and the undersigned Defendants ("Defendants") on the other hand, hereby stipulate as follows:

WHEREAS, on November 7, 2014, Defendants filed their Joint Notice of Motion and Motion for Partial Summary Judgment Against Costco on Choice of Law Grounds (MDL Dkt. No. 2997) and their Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds (MDL Dkt. No. 3029);

WHEREAS, on December 23, 2014, Costco filed a consolidated opposition to both motions (MDL Dkt. No. 3264); and

WHEREAS, Defendants intend to file a consolidated reply in support of both motions;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Costco and Defendants, subject to the concurrence of the Court, that:

1. Defendants shall be permitted to file one consolidated reply in support of the above-referenced motions, not to exceed 25 pages.

\* \* \*

Costco and Defendants jointly and respectfully request that the Court enter this stipulation as an order.

1

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON CHOICE OF LAW GROUNDS AND ON DUE PROCESS GROUNDS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                                Hon. Samuel Conti
                                                United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY
JUDGMENT ON CHOICE OF LAW GROUNDS AND ON DUE PROCESS GROUNDS

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

| | |
|---|---|
| Dated: January 16, 2015 | PERKINS COIE LLP |
| | By: */s/ David J. Burman* |
| | David J. Burman (*pro hac vice*)<br>DBerman@perkinscoie.com<br>Cori G. Moore (*pro hac vice*)<br>CGMoore@perkinscoie.com<br>Eric J. Weiss (*pro hac vice*)<br>EWeiss@perkinscoie.com<br>Nicholas H. Hesterberg (*pro hac vice*)<br>NHesterberg@perkinscoie.com<br>Steven D. Meriman *(pro hac vice)*<br>SMerriman@perkinscoie.com |
| | *Attorneys for Plaintiff Costco Wholesale Corporation* |
| | KIRKLAND & ELLIS LLP |
| | By: */s/Eliot A. Adelson* |
| | Eliot A. Adelson<br>James Maxwell Cooper<br>**KIRKLAND & ELLIS LLP**<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: eadelson@kirkland.com<br>Email: max.cooper@kirkland.com |
| | James H. Mutchnik, P.C. *(pro hac vice)*<br>Barack S. Echols *(pro hac vice)*<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Tel: (312) 862-2000<br>Facsimile: (312) 862-2200 |
| | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.* |

|   |   |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | By: */s/ Hojoon Hwang* |
| 3 | JEROME C. ROTH (SBN 159483) jerome.roth@mto.com |
| 4 | HOJOON HWANG (SBN. 184950) hoojon.hwang@mto.com |
| 5 | MIRIAM KIM (SBN 238230) miriam.kim@mto.com |
| 6 | **MUNGER, TOLLES & OLSON LLP** 560 Mission Street, Twenty-Seventh Floor |
| 7 | San Francisco, California 94105-2907 Telephone: (415) 512-4000 |
| 8 | Facsimile: (415) 512-4077 |
| 9 | WILLIAM D. TEMKO (SBN 098858) william.temko@mto.com |
| 10 | **MUNGER, TOLLES & OLSON LLP** 355 South Grand Avenue, Thirty-Fifth Floor |
| 11 | Los Angeles, CA 90071-1560 Telephone: (213) 683-9100 |
| 12 | Facsimile: (213) 687-3702 |
| 13 | *Attorneys for Defendants LG Electronics, Inc.* |

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON CHOICE OF LAW GROUNDS AND ON DUE PROCESS GROUNDS