JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
CATHLEEN  H. HARTGE (State Bar No. 296547)
cathleen.hartge@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
JESSICA BARCLAY-STROBEL (State Bar No. 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:      (213) 683-9100
Facsimile:      (213) 683-3702

*Attorneys for Defendants LG Electronics, Inc.,
LG Electronics U.S.A., Inc., and LG Electronics
Taiwan Taipei Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE OF E. MARTIN ESTRADA** |
| ALL DIRECT PURCHASER ACTIONS | |
| and | |
| ALL INDIRECT PURCHASER ACTIONS | Judge:    The Honorable Samuel Conti |

1      TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT E. Martin Estrada (State Bar No. 223802 ) of

3  Munger, Tolles & Olson LLP, 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles,

4  California 90071-1560, hereby enters an appearance as counsel of record for Defendants LG

5  Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. in the

6  above referenced matter.  Service may be made using the contact information set forth below.

7               E. Martin Estrada (State Bar No. 223802)
                MUNGER, TOLLES & OLSON LLP
8               355 South Grand Avenue
                Thirty-Fifth Floor
9               Los Angeles, California 90071-1560
                Telephone:    (213) 683-9253
10              Facsimile:    (213) 687-3702
                Email:  martin.estrada@mto.com

11

12  DATED:  January 16, 2015          Respectfully submitted,

13                                    MUNGER, TOLLES & OLSON LLP

14
                                      By:   /s/ E. Martin Estrada
15                                       E. Martin Estrada

16                                    *Attorneys for Defendants LG Electronics, Inc.,*
17                                    *LG Electronics U.S.A., Inc., and*
                                      *LG Electronics Taiwan Taipei Co., Ltd.*
18

19

20

21

22

23

24

25

26

27

28
                              - 2 -           3:07-md-05944-sc  MDL No. 1917
                      NOTICE OF APPEARANCE OF E. MARTIN ESTRADA