1  Michael P. Kenny, Esq. (admitted *pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted *pro hac vice*)
   debra.bernstein@alston.com
3  Matthew D. Kent, Esq. (admitted *pro hac vice*)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
5  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
6  Tel: (404) 881-7000
7  Facsimile: (404) 881-7777

8  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
10 San Francisco, California 94105-1576
11 Tel: (415) 371-8500
   Facsimile: (415) 371-0500

12
   *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>  PLAINTIFFS,<br><br>  v.<br><br>HITACHI, LTD., *ET AL*.,<br><br>  DEFENDANTS. | **DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") respectfully request an order permitting Dell to file under seal portions of Direct Action Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Certain Testimony of Professor Kenneth Elzinga ("DAPs' Opposition") and Exhibits 3, 4 and 13 to the Declaration of Debra D. Bernstein in Support of DAPs' Opposition ("Bernstein Declaration").  This Administrative Motion is supported by the Declaration of Matthew D. Kent ("Kent Declaration") filed contemporaneously herewith.

Dell submits this Administrative Motion because the DAPs' Opposition and the exhibits to the Bernstein Declaration contain: (a) material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential"; and (b) analysis of, references to, or information taken directly from material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential." *See id.*

As set forth in the Kent Declaration, Dell seeks to file materials under seal that reflect, contain, or refer to information that certain parties other than Dell have designated as "Confidential" or "Highly Confidential" pursuant to a Protective Order.  N.D. Cal. Civil Local Rule 79-5 provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal, and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable. N.D. Cal. Civ. L.R. 79-5(e).  It is the other party's burden to establish that the designated information is sealable. Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006). Dell leaves it to this Court's discretion to determine whether the material designated for protection by other parties should be filed under seal, but files this administrative motion in order to comply with the Protective Order entered in this action.

WHEREFORE, Dell respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the designated material is sealable.

1 | Date:  January 16, 2015

2 |                                         Respectfully submitted,

3 |                              By:   */s/ Matthew D. Kent*
4 |                                    Michael P. Kenny, Esq. (GA Bar No. 415064)
     mike.kenny@alston.com
5 |  Debra D. Bernstein, Esq. (GA Bar No. 054998)
     debra.bernstein@alston.com
6 |  Matthew D. Kent, Esq. (GA Bar No. 526272)
     matthew.kent@alston.com
7 |  Elizabeth Helmer, Esq. (GA Bar No. 415161)
     elizabeth.helmer@alston.com
8 |  **ALSTON & BIRD LLP**
     1201 West Peachtree Street
9 |  Atlanta, Georgia  30309-3424
     Tel: (404) 881-7000
10 | Facsimile: (404) 881-7777

11 | James M. Wagstaffe, Esq. (SBN 95535)
     wagstaffe@kerrwagstaffe.com
12 | **Kerr & Wagstaffe LLP**
     101 Mission Street, 18th Floor
13 | San Francisco, California 94105-1576
     Tel: (415) 371-8500
14 | Facsimile: (415) 371-0500

15 | *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

3

ADMINISTRATIVE MOTION                              MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL              MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC