Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.,* No. 13-cv-02171; | **DECLARATION OF MATTHEW D. KENT IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, **MATTHEW D. KENT**, declare as follows:

1. I am a Partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this declaration in support of Direct Action Plaintiffs' Administrative Motion to File Documents under Seal, related to the Direct Action Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Certain Testimony of Professor Kenneth Elzinga ("DAPs' Opposition Brief"). I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3. Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Dell, by and through its counsel, respectfully request an Order permitting it to file under seal portions of the DAPs' Opposition Brief and Exhibits 3, 4 and 13 to the Declaration of Debra D. Bernstein in Support of Direct Action Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Certain Testimony of Professor Kenneth Elzinga (the "Bernstein Declaration").

1. **Exhibit 3** to the Bernstein Declaration is a true and correct copy of Expert Report of Dr. Kenneth G. Elzinga, Robert C. Taylor Professor of Economics, University of Virginia, April 15, 2014, designated by Dell as "Highly Confidential" under the protective order because it contains references to information designated by Defendants and other parties as "Confidential" or "Highly Confidential" under the protective order.

2. **Exhibit 4** to the Bernstein Declaration is a true and correct copy of Expert Rebuttal Report of Dr. Kenneth G. Elzinga, September 26, 2014, designated by Dell as "Highly Confidential" under the protective order because it contains references to information designated by Defendants and other parties as "Confidential" or "Highly Confidential" under the protective order.

2

DECL. OF MATTHEW D. KENT IN SUPPORT                    MASTER FILE NO. 3:07-CV-05944-SC
OF ADMIN. MOTION TO SEAL                               MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC

3.     **Exhibit 13** to the Bernstein Declaration is a true and correct copy of excerpts from the Transcript of the July 17, 2014 deposition of Kenneth G. Elzinga, Ph. D, designated by Dell as "Highly Confidential" under the protective order because it contains references to information designated by Defendants and other parties as "Confidential" or "Highly Confidential" under the protective order.

Accordingly, Dell requests that the documents identified herein (or relevant portion thereof) be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2015, in Atlanta, Georgia.

By:   /s/ Matthew D. Kent
Matthew D. Kent, Esq. (GA Bar No. 425262)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*