Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc. v. Technicolor SA,* No. 13-cv-05264;<br><br>*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397;<br><br>*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.,* No. 13-cv-02171; | **DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF PROFESSOR KENNETH ELZINGA** |

*Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656;

*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;

*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA*, No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA*, No. 13-cv-05725;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510.

I, **DEBRA D. BERNSTEIN**, declare as follows:

1. I am a Partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of Direct Action Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Certain Testimony of Professor Kenneth Elzinga (hereinafter, the "Bernstein Declaration").

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. Pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding, I have been admitted *pro hac vice* in this litigation.

1. **Exhibit 1** is a true and correct copy of *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, Final Pretrial Scheduling Order, 07-md-1827-SI, MDL Dkt. No. 5597 (May 4, 2012).

2. **Exhibit 2** is a true and correct copy of *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, LG/Toshiba Motion in *Limine* No. 1, md-1827-SI, MDL Dkt. No. 5175.

3. **Exhibit 3** is a true and correct copy of Expert Report of Dr. Kenneth G. Elzinga, Robert C. Taylor Professor of Economics, University of Virginia, dated April 15, 2014, which Dell has lodged under seal.

4. **Exhibit 4** is a true and correct copy of Expert Rebuttal Report of Dr. Kenneth G. Elzinga, September 26, 2014, which Dell has lodged under seal.

5. **Exhibit 5** is a true and correct copy of excerpts from *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, Trial Transcript from Toshiba Trial (June 12-14, 2012).

6. **Exhibit 6** is a true and correct copy of excerpts from Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, (2005).

7. **Exhibit 7** is a true and correct copy of David Genesove, and Wallace P. Mullin, "*Rules, Communication, and Collusion: Narrative Evidence from the Sugar Institute Case*," American Economic Review, Vol. 91 No. 3. (2001).

8. **Exhibit 8** is a true and correct copy of Jeffrey M. Perloff, "Cartels," *Journal of Industrial Organization Education*: 1(1), Article 6 (2006).

9. **Exhibit 9** is a true and correct copy of excerpts from Lynne Pepall and Daniel Jay Richards, *Industrial Organization: Contemporary Theory and Empirical Applications*. 4th ed. Malden, MA, (2008).

10. **Exhibit 10** is a true and correct copy of excerpts from Waldman, Don E., and Elizabeth Jane Jensen. *Industrial Organization: Theory and Practice*. 2nd ed. Boston: Addison Wesley Longman, (2001).

11. **Exhibit 11** is a true and correct copy of excerpts from, Phillip E. Areeda and Herbert Hovenkamp, *Antitrust Law*, Volume 2, 3rd ed., Aspen Publishers, (2001).

12. **Exhibit 12** is a true and correct copy of excerpts from In re: *Urethane Antitrust Litigation*, Trial Transcript (February 13, 2013).

13. **Exhibit 13** is a true and correct copy of excerpts from Transcript of the July 17, 2014 deposition, of Kenneth G. Elzinga, Ph. D, which Dell has lodged under seal.

14. **Exhibit 14** is a true and correct copy of excerpts from Transcript of the Change of Plea Hearing, *United States v. Samsung SDI Co., Ltd*., No. 3:11-CR-00162-WHA, Dkt. No. 35 (N.D. Cal. May 24, 2011).

15. **Exhibit 15** is a true and correct copy of Amended Plea Agreement, *United States v. Samsung SDI Co., Ltd*., No. 3:11-CR-00162-WHA, Dkt. No. 40-1 (N.D. Cal. Aug. 8, 2011).

16. **Exhibit 16** is a true and correct copy of CRT MDL Dkt. No. 3395, Defendants Chunghwa Picture Tubes, Ltd. Notice of Limitation of Damages Pursuant to ACPERA.

17. **Exhibit 17** is a true and correct copy of excerpts from Scherer, F. M., and David Ross. *Industrial Market Structure and Economic Performance*, 3rd ed. Boston: Houghton Mifflin, 1990

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2015, in Atlanta, Georgia.

*/s/ Debra D. Bernstein*
Debra D. Bernstein, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
debra.bernstein@alston.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*

- 4 -