Michael P. Kenny, Esq. (*admitted pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (*admitted pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (*admitted pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*
[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc. v. Technicolor SA*, No. 13-cv-05264;<br><br>*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397;<br><br>*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171; | **[PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF PROFESSOR KENNETH ELZINGA** |

*Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656;

*Electrograph Sys., Inc. v. Technicolor SA,* No. 13-cv-05724;

*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA,* No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA,* No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA,* No. 13-cv-05725;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510.

**[PROPOSED] ORDER**

Upon consideration of the Direct Action Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Certain Testimony of Professor Kenneth Elzinga, it is hereby ORDERED: Defendants' Motion to Exclude Certain Testimony of Professor Kenneth Elzinga is DENIED.

Dated: _____, 2015

_____
**The Honorable Samuel Conti
Northern District of California**

3

[PROPOSED] ORDER DENYING DEFENDANTS'                    MASTER FILE NO. 3:07-CV-05944-SC
MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. ELZINGA                    MDL NO. 1917