Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com
         srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT ACTION CASES | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE** |

Plaintiffs Sears, Roebuck and Co. ("Sears"), and Kmart Corporation ("Kmart") (collectively, "Plaintiffs") and Defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia), Irico Group Corporation, Irico Group Electronics Co., Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LP Displays International Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Shenzhen SEG Hitachi Color Display Devices, Ltd., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing Matsushita Color CRT Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samtel Color Ltd., Thai CRT Co., Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Videocon Industries, Ltd., Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC), Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc., being all the defendants in this case (collectively, "Defendants") state as follow:

On October 3, 2013, Plaintiffs filed their Second Amended Complaint ("SAC") in individual case number 3:11-cv-05514-SC (MDL Master Dkt. No. 1973). On November 11,

2013, Plaintiffs filed their Complaint in individual case number 3:13-cv-05562-SC (Ind. Case Dkt. No. 1) (the "Thomson/Mitsubishi/TDA Complaint"). The SAC and the Thomson/Mitsubishi/TDA Complaint are the "Complaints." In the Complaints, Plaintiffs assert claims for relief against Defendants under the Sherman Act, the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.* New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*

Plaintiffs previously stipulated to the dismissal of their claim under Massachusetts G.L. c. 93A, §§ 2, *et seq.* That proposed order is currently pending before this Court.

Plaintiffs now desire to dismiss with prejudice their claims against Defendants under the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.*, New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§

75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*  In addition, Sears now desires to dismiss with prejudice its claim pursuant to Michigan Comp. Laws Ann. §§ 445.771, *et seq.*

Plaintiffs are not dismissing, and will continue to prosecute, their claims against Defendants as follows:

1. Sears will continue to prosecute its claims under the Sherman Act and the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*; and

2. Kmart will continue to prosecute its claims under the Sherman Act.  In addition, Kmart will continue to prosecute its claims under Michigan Comp. Laws Ann. §§ 445.771, *et seq.* for purchases pre-dating March 24, 2005.  Kmart will continue to prosecute its claims under the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.* for purchases post-dating March 24, 2005.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the claims Plaintiffs asserted against Defendants in these cases under the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.*, New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.* are dismissed with prejudice. Both Plaintiffs and Defendants agree to bear

1  their own costs and attorneys' fees with respect to the dismissed claims. This dismissal does not

2  apply to the claims Plaintiffs asserted against Defendants in these cases under the Sherman Act,

3

4  the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, and Michigan Comp. Laws Ann. §§

5  445.771, *et seq.*, as described above.

6

7

8

9

10

11

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15

16

17  Dated:___01/16/2015_____

18

19

20  Judge Samuel Conti

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014
Case No. 07-5944 SC
MDL No. 1917

1    Dated:  November 7, 2014         Respectfully submitted,

2

3                                        KENNY NACHWALTER, P.A.

4                                        By: */s/ Samuel J. Randall*

Richard Alan Arnold, Esquire (p*ro hac vice*)

5                                        William J. Blechman, Esquire (*pro hac vice*)

6                                        Kevin J. Murray (*pro hac vice*)

Samuel J. Randall (*pro hac vice*)

7                                        **KENNY NACHWALTER, P.A.**

8                                        201 S. Biscayne Boulevard, Suite 1100

Miami, Florida 33131

9                                        Tel:  (305) 373-1000

10                                      Fax: (305) 372-1861

Email:        rarnold@knpa.com

11                                                      wblechman@knpa.com

12                                                        kmurray@knpa.com

srandall@knpa.com

13

14                                        *Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.*

15

16                                        WINSTON & STRAWN LLP

17

18                                        By: */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER (*pro hac vice*)

19                                        JKessler@winston.com

20                                        A. PAUL VICTOR (*pro hac vice*)

PVictor@winston.com

21                                        ALDO A. BADINI (SBN 257086)

22                                        ABadini@winston.com

EVA W. COLE (*pro hac vice*)

23                                        EWCole@winston.com

24                                        MOLLY M. DONOVAN

MMDonovan@winston.com

25                                        **WINSTON & STRAWN LLP**

26                                        200 Park Avenue

New York, NY 10166

27                                        Telephone: (212) 294-6700

28                                        Facsimile: (212) 294-4700

1  STEVEN A. REISS (*pro hac vice*)
2  steven.reiss@weil.com
   DAVID L. YOHAI (*pro hac vice*)
3  david.yohai@weil.com
   ADAM C. HEMLOCK (*pro hac vice*)
4  adam.hemlock@weil.com
5  **WEIL, GOTSHAL & MANGES LLP**
   767 Fifth Avenue
6  New York, New York 10153-0119
7  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
8
9  *Attorneys for Defendants Panasonic Corporation*
   *(f/k/a Matsushita Electric Industrial Co., Ltd.),*
10 *Panasonic Corporation of North America, MT*
11 *Picture Display Co., Ltd.*
12
13 KIRKLAND & ELLIS LLP
14
   By: */s/ Eliot A. Adelson*
15 ELIOT A. ADELSON (SBN 205284)
   JAMES MAXWELL COOPER (SBN 284054)
16 **KIRKLAND & ELLIS LLP**
17 555 California Street, 27th Floor
   San Francisco, California 94104
18 Tel: (415) 439-1400
19 Facsimile: (415) 439-1500
   E-mail: eadelson@kirkland.com
20 E-mail: max.cooper@kirkland.com
21
22 JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
   KATE WHEATON (*pro hac vice*)
23 **KIRKLAND & ELLIS LLP**
   300 North LaSalle
24 Chicago, Illinois 60654
25 Tel: (312) 862-2000
   Facsimile: (312) 862-2200
26
27 *Attorneys for Defendants Hitachi, Ltd., Hitachi*
   *Displays, Ltd. (n/k/a Japan Display East, Inc.),*
28 *Hitachi Asia, Ltd., Hitachi America, Ltd., and*

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014
Case No. 07-5944 SC
MDL No. 1917

1    *Hitachi Electronic Devices (USA), Inc.*

2

3    WHITE & CASE LLP

4
     By: */s/ Lucius B. Lau*
5    CHRISTOPHER M. CURRAN (*pro hac vice*)
     ccurran@whitecase.com
6    LUCIUS B. LAU (*pro hac vice*)
     alau@whitecase.com
7    DANA E. FOSTER (*pro hac vice*)
     defoster@whitecase.com
8
9    **WHITE & CASE LLP**
     701 Thirteenth Street, N.W.
10   Washington, DC 20005
     Telephone: (202) 626-3600
11   Facsimile: (202) 639-9355
12
13   *Attorneys for Defendants Toshiba Corporation,*
     *Toshiba America, Inc., Toshiba America*
14   *Information Systems, Inc., Toshiba America*
     *Consumer Products, L.L.C., and Toshiba America*
15   *Electronic Components, Inc.*
16
17
18   MUNGER, TOLLES & OLSON LLP
19
     By: */s/ Hojoon Hwang*
20   HOJOON HWANG (SBN 184950)
     Hojoon.Hwang@mto.com
21   **MUNGER, TOLLES & OLSON LLP**
     560 Mission Street, Twenty-Seventh Floor
22   San Francisco, California 94105-2907
     Telephone: (415) 512-4000
23   Facsimile: (415) 512-4077
24
25   WILLIAM D. TEMKO (SBN 098858)
     William.Temko@mto.com
26   JONATHAN E. ALTMAN (SBN 170607)
     Jonathan.Altman@mto.com
27   BETHANY W. KRISTOVICH (SBN 241891)
     Bethany.Kristovich@mto.com
28

1    **MUNGER, TOLLES & OLSON LLP**
2    355 South Grand Avenue, Thirty-Fifth Floor
     Los Angeles, CA 90071-1560
3    Telephone: (213) 683-9100
     Facsimile: (213) 687-3702
4

5    *Attorneys for Defendants LG Electronics, Inc.; LG,*
     *LG Electronics USA, Inc.; and LG Electronics*
6    *Taiwan Taipei Co., Ltd.*
7

8    SHEPPARD MULLIN RICHTER & HAMPTON
9
     By: */s/ Gary L. Halling*
10   GARY L. HALLING (SBN 66087)
11   ghalling@sheppardmullin.com
     JAMES L. MCGINNIS (SBN 95788)
12   jmcginnis@sheppardmullin.com
13   MICHAEL W. SCARBOROUGH (SBN 203524)
     mscarborough@sheppardmullin.com
14   **SHEPPARD       MULLIN       RICHTER       &**
15   **HAMPTON**
     Four Embarcadero Center, 17th Floor
16   San Francisco, California 94111
17   Telephone: (415) 434-9100
     Facsimile: (415) 434-3947
18

19   *Attorneys for Defendants Samsung SDI America,*
     *Inc.; Samsung SDI Co., Ltd.; Samsung SDI*
20   *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.*
21   *DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*
     *Samsung SDI Co., Ltd. and Tianjin Samsung SDI*
22   *Co., Ltd.*
23

24   BAKER BOTTS LLP
25
     By: */s/ Jon V. Swenson*
26   JON V. SWENSON (SBN 233054)
27   jon.swenson@bakerbotts.com
     **BAKER BOTTS LLP**
28   1001 Page Mill Road

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014
Case No. 07-5944 SC
MDL No. 1917

1   Building One, Suite 200
2   Palo Alto, CA 94304
    Telephone: (650) 739-7500
3   Facsimile: (650) 739-7699
    E-mail: jon.swenson@bakerbotts.com
4

5   JOHN M. TALADAY (*pro hac vice*)
    john.taladay@bakerbotts.com
6   JOSEPH OSTOYICH (*pro hac vice*)
7   joseph.ostoyich@bakerbotts.com
    **BAKER BOTTS LLP**
8   1299 Pennsylvania Ave., N.W.
9   Washington, DC 20004-2400
    Telephone: (202) 639-7700
10  Facsimile: (202) 639-7890
11
12  *Attorneys for Defendants Koninklijke Philips*
    *Electronics N.V. and Philips Electronics North*
13  *America Corporation*
14
15  GIBSON, DUNN & CRUTCHER LLP
16
    By: */s/ Rachel S. Brass*
17  Rachel S. Brass (SBN 219301)
    rbrass@gibsondunn.com
18  Joel S. Sanders (SBN 107234)
19  jsanders@gibsondunn.com
    Austin V. Schwing (SBN 211696)
20  **GIBSON, DUNN & CRUTCHER LLP**
21  555 Mission Street, Suite 3000
    San Francisco, California 94105
22  Tel: (415) 393-8200
23  Fax: (415) 393-8306
24
    *Attorneys for Defendant Chunghwa Picture Tubes,*
25  *Ltd. and Chunghwa Picture Tubes (Malaysia)*
26
27  FRESHFIELDS BRUCKHAUS
    DERINGER US LLP
28

1
By: */s/ Richard Snyder*_____

2

3
TERRY CALVANI (SBN 53260)
Email: terry.calvani@freshfields.com

4
CHRISTINE LACIAK(*pro hac vice*)
Email: christine.laciak@freshfields.com

5
RICHARD SNYDER (*pro hac vice*)
Email: richard.snyder@freshfields.com

6
**FRESHFIELDS BRUCKHAUS DERINGER US**

7
**LLP**
701 Pennsylvania Avenue NW, Suite 600

8
Washington, DC  20004

9
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

10

11
*Attorneys for Beijing-Matsushita Color CRT*

12
*Company, Ltd.*

13

14
*CURTIS, MALLET-PREVOST, COLT & MOSLE*
*LLP*

15

16
*By: /s/ Jeffrey I. Zuckerman*_____
Jeffrey I. Zuckerman (*Pro Hac Vice*)

17
Ellen Tobin (*Pro Hac Vice*)

18
101 Park Avenue
New York, New York 10178

19
Telephone: 212.696.6000

20
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com

21
etobin@curtis.com

22
Arthur Gaus (SBN 289560)

23
DILLINGHAM & MURPHY, LLP

24
601 California Street, Suite 1900
San Francisco, California 94108

25
Telephone: 415.397.2700
Facsimile: 415.397-3300

26
Email: asg@dillinghammurphy.com

27

28
*Attorneys for Defendant Technologies Displays*
*Americas LLC*

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014
Case No. 07-5944 SC
MDL No. 1917

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY TO OCCUR AFTER SEPTEMBER 5, 2014
Case No. 07-5944 SC
MDL No. 1917