Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>    PLAINTIFFS,<br><br>    V.<br><br>HITACHI, LTD., *et al*.,<br><br>    DEFENDANTS. | **DECLARATION OF MATTHEW D. KENT IN SUPPORT OF DELL INC. AND DELL PRODUCTS, L.P.'s ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, **MATTHEW D. KENT**, declare as follows:

1.  I am a partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in Support of Dell's Administrative Motion to File Documents Under Seal, related to Direct Action Plaintiffs' Response in Opposition to SDI Defendants' Motion to Exclude Expert Testimony of Professor Stephan Haggard ("Haggard *Daubert* Response"). I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.  I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3.  Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Dell, by and through its counsel, respectfully request an Order permitting it to file under seal portions of the Haggard *Daubert* Response and Exhibits 1-6 to the Declaration of Debra D. Bernstein in Support of the Haggard *Daubert* Response ("Bernstein Declaration").

4.  **Exhibit 1** to the Bernstein Declaration is a true and correct copy of the April 15, 2014 Expert Report of Stephan Haggard. Exhibit 1 contains references to information designated as "Confidential" or "Highly Confidential" under the protective order by Defendant Samsung SDI Co., Ltd. ("Samsung SDI") and Samsung Electronics ("Samsung Electronics").

5.  **Exhibit 2** to the Bernstein Declaration is a copy of the "Full Network of Samsung Intra-Group Shareholdings (1998, 2002, 2007)" originally attached as supporting material to the April 15, 2014 Expert Report of Stephan Haggard. Exhibit 2 contains references to information designated as "Confidential" or "Highly Confidential" under the protective order by Defendant Samsung SDI Co., Ltd. ("Samsung SDI") and Samsung Electronics ("Samsung Electronics").

6. **Exhibit 3** to the Bernstein Declaration is a copy of the "Samsung SDI Personnel Profiles Summary (1998-2007)" originally attached as supporting material to the April 15, 2014 Expert Report of Stephan Haggard, which is designated by Dell as Highly Confidential. Exhibit 3 contains confidential, non-public information regarding Samsung SDI and Samsung Electronics. In addition, Exhibit 3 contains excerpts from or references to materials designated by other parties as "Confidential" or "Highly Confidential" under the Protective Order.

7. **Exhibit 4** to the Bernstein Declaration is a copy of the Samsung SDI Defendants Responses to Dell Plaintiffs' Second Set of Requests for Admission, which is designated as "Highly Confidential" by the Samsung SDI Defendants.

8. **Exhibit 5** to the Bernstein Declaration is a copy of the Samsung Electronics' Responses to Dell Plaintiffs' First Set of Requests for Admission, which is designated as "Highly Confidential" by Samsung Electronics.

9. **Exhibit 6** to the Bernstein Declaration is a copy of the July 10, 2014 deposition testimony of Professor Stephan Haggard, which was designated as Highly Confidential because it refers to information designated as "Confidential" or "Highly Confidential" by Defendants.

10. The Haggard *Daubert* Response refers to or contains excerpts from the above Exhibits. These references or excerpts are identified in the Haggard *Daubert* Response with yellow highlighting. An unredacted copy of the Haggard *Daubert* Response with yellow highlighting is being submitted to Chambers.

11. Accordingly, Dell requests that the documents identified herein (or relevant portion thereof) be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1  Executed on January 16, 2015 in Atlanta, Georgia.

2  
3  By:   /s/ Matthew D. Kent
      Matthew D. Kent
      matthew.kent@alston.com
4        **ALSTON & BIRD LLP**
      1201 West Peachtree Street
5        Atlanta, Georgia  30309-3424
      Tel: (404) 881-7000

6  *Attorney for Plaintiffs Dell Inc. and Dell Products L.P*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28