Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Fax:  (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) <br><br> MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) <br><br> DELL INC. AND DELL PRODUCTS L.P., <br><br>        PLAINTIFFS, <br><br>        V. <br><br> HITACHI, LTD., *et al*., <br><br>        DEFENDANTS. | **DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO SDI DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PROFESSOR STEPHAN HAGGARD [MDL DKT # 3172]** |

- 1 -

DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DIRECT ACTION
PLAINTIFFS' RESPONSE IN OPPOSITION TO SDI DEFENDANTS' EXCLUDE MOTION
TO EXCLUDE EXPERT TESTIMONY PROFESSOR STEPHAN HAGGARD

No. 3:13-cv-02171-SC
MDL No. 1917

I, **DEBRA D. BERNSTEIN**, declare as follows:

1. I am a Partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of Direct Action Plaintiffs' Response in Opposition to SDI Defendants' Motion to Exclude Expert Testimony of Professor Stephan Haggard (the "Haggard *Daubert* Response").

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. Pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding, I have been admitted *pro hac vice* in this litigation.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the April 15, 2014 Expert Report of Stephan Haggard.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the "Full Network of Samsung Intra-Group Shareholdings (1998, 2002, 2007)" originally attached as supporting material to the April 15, 2014 Expert Report of Stephan Haggard.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the "Samsung SDI Personnel Profiles Summary (1998-2007)" originally attached as supporting material to the April 15, 2014 Expert Report of Stephan Haggard.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Samsung SDI Defendants Responses to Dell Plaintiffs' Second Set of Requests for Admission.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Samsung Electronics' Responses to Dell Plaintiffs' First Set of Requests for Admission.

8. Attached hereto as **Exhibit 6** is a copy of the July 10, 2014 deposition testimony of Professor Stephan Haggard.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Heitor Almeida, Sang Yong Park, Marti Subrahmanyan, and Daniel Wolfenzon's article, "The structure and formation of business groups: Evidence from Korean chaebols," dated July 20, 2010.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Woochan Kim, Youngjae

DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DIRECT ACTION
PLAINTIFFS' RESPONSE IN OPPOSITION TO SDI DEFENDANTS' EXCLUDE MOTION
TO EXCLUDE EXPERT TESTIMONY PROFESSOR STEPHAN HAGGARD

No. 3:13-cv-02171-SC
MDL No. 1917

Lim, and Taeyoon Sung's article "Group control motive as a determinant of ownership structure in business conglomerates: Evidence from Korea's chaebols," dated February 22, 2007.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Rafael la Porta, Florencio Lopez-de-Silanes, and Andrei Shleifer's article "Corporate Ownership Around the World" published in The Journal of Finance in April 1999 (at Vol. 54(2)).

12. Attached hereto as **Exhibit 10** is a copy of Young Hack Song and Christopher B. Meek's article "The Impact of Culture on the Management Values and Beliefs of Korean Firms" published in the Journal of Comparative International Management in 1998 (at Vol. 1(1)).

13. Attached hereto as **Exhibit 11** is a true and correct copy of a portion of Samsung Electronics Co., Ltd. 1998 Annual Report, accompanied by a certified English translation.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a portion of Samsung Electronics Co., Ltd.'s 2002 Annual Report, accompanied by a certified English translation.

15. Attached hereto as **Exhibit 13** is a true and correct of Section VII of each of Samsung Electronics Co., Ltd.'s Annual Reports from 1998 until 2007, accompanied by certified English translations.

16. Attached hereto as **Exhibit 14** is a true and correct of Section VII of each of Samsung SDI Co., Ltd.'s Annual Reports from 1998 until 2005, accompanied by certified English translations.

17. Attached hereto as **Exhibit 15** is a true and copy of T.L. Campbell & P.Y. Keys' "Corporate governance in South Korea: the chaebol experience," an article published in the Journal of Corporate Finance in 2002 (at Vol. 8(4)).

18. Attached hereto as **Exhibit 16** is a true and correct copy of Dong-Woon Kim's "Interlocking Ownership in the Korean Chaebol," published in Corporate Governance: An International Review in 2003 (at Vol. 11(132)).

19. Attached hereto as **Exhibit 17** is a true and correct copy of Sang M. Lee, Sangjin Yoo, & Tosca M. Lee's "Korean Chaebols: Corporate Values and Strategies," an article published in the Journal of Organizational Dynamics in 1991 (at Vol. 19(4)).

I declare under penalty of perjury under the laws of the United States of America that the

1 | foregoing is true and correct.

2 |     Executed on January 16, 2015 in Atlanta, Georgia.

*/s/ Debra D. Bernstein*
Debra D. Bernstein, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
debra.bernstein@alston.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*

- 4 -
DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO SDI DEFENDANTS' EXCLUDE MOTION TO EXCLUDE EXPERT TESTIMONY PROFESSOR STEPHAN HAGGARD

No. 3:13-cv-02171-SC
MDL No. 1917