Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) | **CERTIFICATE OF SERVICE** |
| DELL INC. AND DELL PRODUCTS L.P., | |
| PLAINTIFFS, | |
| V. | |
| HITACHI, LTD., *et al.*, | |
| DEFENDANTS. | |

I HEREBY CERTIFY that I caused a true and correct copy of the documents listed below to be served by e-mail on January 16, 2015 to each of the persons as set forth on the attached service list.

- DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO SDI DEFENDANTS' MOTION TO EXCLUDE EXPERT TESIMONY OF PROFESSOR STEPHAN HAGGARD [MDL DKT # 3172] (UNREDACTED)

- DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO SDI DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PROFESSOR STEPHAN HAGGARD [MDL DKT # 3172]

- [PROPOSED] ORDER DENYING SDI DEFENDANTS' MOTION TO EXCLUDE EXPERT TESIMONY OF PROFESSOR STEPHAN HAGGARD [MDL DKT # 3172]

- DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

- DECLARATION OF MATTHEW D. KENT IN SUPPORT OF DELL INC. AND DELL PRODUCTS, L.P.'s ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

- [PROPOSED] ORDER REGARDING DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

- EXHIBITS 1-6 IN THE DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO SDI DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PROFESSOR STEPHAN HAGGARD [MDL DKT # 3172] (UNREDACTED)

Dated: January 16, 2015

Respectfully submitted,

By: /s/ Matthew Kent
Matthew D. Kent, Esq.
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

CERTIFICATE OF SERVICE

3:13-cv-02171-SC
MDL No. 1917

*In re: Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917*

**SERVICE LIST**

| | |
|---|---|
| John Taladay<br>john.taladay@bakerbotts.com<br>Charles Malaise<br>charles.malaise@bakerbotts.com<br>Erik Koons<br>erik.koons@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner 1299 Pennsylvania Ave.<br>NW Washington, D.C. 20004-2400<br>Tel: (202) 639-7909<br>Fax: (202) 639-1165<br><br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>William D. Temko<br>William.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Tel: (415) 512-4000<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |
| Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | Eliot A. Adelson<br>eadelson@kirkland.com<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Tel: (415) 439-1413<br>Fax: (415) 439-1500<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| Michael R. Lazerwitz<br>mlazerwitz@cgsh.com<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 9000<br>Washington, DC 20006<br>Tel: (202) 974-1500<br>Fax: (202) 974-1999<br><br>*Counsel for Defendant LP Displays International, Ltd.* | James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>MScarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>Tel: (415) 434-9100<br>Fax: (415) 434-3947<br><br>*Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |

| | |
|---|---|
| Jeffrey L. Kessler<br>jkessler@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166-4193<br>Tel: (212) 294-6700<br><br>David L. Yohai<br>david.yohai@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corp. of North America, and MT Picture Display Co., Ltd.* | Laura Kabler Oswell<br>oswelll@sullcrom.com<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303<br>Tel: (650) 461-5600<br>Fax: (650) 461-5700<br><br>Kathy L. Osborn<br>kathy.osborn@FaegreBD.com<br>Ryan M. Hurley<br>ryan.hurley@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Fax: (317) 237-1000<br><br>*Thomson SA (n/k/a Technicolor SA) and Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.)* |
| Brent Caslin<br>bcaslin@jenner.com<br>JENNER & BLOCK LLP<br>633 West Fifth Street<br>Suite 3600<br>Los Angeles, California 90071<br>Tel: (213) 239-5100<br>Fax: (213) 239-5199<br><br>Terrence J. Truax<br>ttruax@jenner.com<br>Michael T. Brody<br>mbrody@jenner.com<br>Molly M. Powers<br>mpowers@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, Illinois 60654-3456<br>Tel: (312) 222-9350<br>Fax: (312) 527-0484<br><br>*Counsel for Mitsubishi Electric Corp., Mitsubishi Electric US, Inc. and Mitsubishi Digital Electronics Americas, Inc.* | Mario N. Alioto<br>malioto@tatp.com<br>Lauren C. Russell<br>laurenRussell@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, California 94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679<br><br>*Counsel for Indirect Purchaser Plaintiffs* |

CERTIFICATE OF SERVICE                         3:13-cv-02171-SC
                                                                                MDL No. 1917

| | |
|---|---|
| Philip J. Iovieno<br>Piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, New York 12207<br>Tel: (518) 434-0600<br>Fax: (518) 434-0665<br><br>*Liaison Counsel for Direct Action Plaintiffs* | Guido Saveri<br>Guido@saveri.com<br>R. Alexander Saveri<br>rick@saveri.com<br>Geoffrey C. Rushing<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, California 94111<br>Tel: (415) 217-6810<br>Fax: (415) 217-6813<br><br>*Counsel for Direct Purchaser Plaintiffs* |
| Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio E. Varanini<br>Deputy Attorney General<br>Emilio.Varanini@doj.ca.gov<br>OFFICE OF ATTORNEY GENERAL<br>455 Golden Gate Avenue<br>San Francisco, California 94102<br>Tel: (415) 703-5908<br>Fax: (415) 703-5480<br><br>*California Office of the Attorney General* | Ian Simmons<br>isimmons@omm.com<br>Kevin D. Feder<br>kfeder@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006-4001<br>Tel: (202) 383-5106<br>Fax: (202) 383-5414<br><br>*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| Joel S. Sanders<br>jsanders@gibsondunn.com<br>Rachel S. Brass<br>rbrass@gibsondunn.com<br>Christine A. Fujita<br>cfujita@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel: 415-393-8200<br>Fax: 415-393-8206<br><br>*Counsel for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* | |

CERTIFICATE OF SERVICE                                                3:13-cv-02171-SC
                                                                       MDL No. 1917