UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-md-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396;<br><br>*Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171;<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd., et al.*, Case No. 13-cv-1173;<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Koninklijke Philips Electronics N.V., et al.*, Case No. 13-cv-2776;<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor* | **[PROPOSED] ORDER GRANTING SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED IN SUPPORT OF OPPOSITION TO CERTAIN PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DANIEL L. RUBINFELD** |

*SA, et al.*, Case No. 3:13-cv-05724;

*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275;

*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725;

*Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA.*, Case No. 3:13-cv-05262;

*Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514;

*Siegel v. Hitachi, Ltd.*, Case No. 11-cv-05502;

*Siegel v. Technicolor SA.*, Case No. 13-cv-05261;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-05514;

*Target Corp. v. Technicolor SA*, Case No. 13-cv-05686;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157;

*Viewsonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:14-cv-002510

1 On January 16, 2015, Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd. (collectively, "SDI") filed the following documents under seal:

1. Portions of SDI Defendants' Opposition to Certain Plaintiffs' Motion to Partially Exclude Testimony of Designated Expert Daniel L. Rubinfeld ("SDI Opposition"); and

2. Exhibits A through K of the Declaration of Mona Solouki in Support of SDI's Opposition ("Solouki Declaration").

With respect to these documents, SDI filed an Administrative Motion to Seal Documents ("Motion to Seal") and the Declaration of Tyler M. Cunningham in support thereof ("Cunningham Declaration"), seeking leave to maintain these documents under seal.

After due consideration of the Motion to Seal, the Cunningham Declaration, any additional declarations subsequently filed in support, the Court's previously entered Protective Order, and the Court's file in this matter, IT IS HEREBY:

ORDERED that the Motion to Seal is GRANTED; and it is further

///
///
///

-2-

ORDERED that the Clerk shall file and maintain under seal the following documents or portions of documents related to SDI's Motion to Seal:

| Document | Sealed Portions |
|---|---|
| SDI Defendants' Opposition to Certain Plaintiffs' Motion to Partially Exclude Testimony of Designated Expert Daniel L. Rubinfeld | Highlighted portions |
| Declaration of Mona Solouki in Support of SDI Defendants' Opposition to Certain Plaintiffs' Motion to Partially Exclude Testimony of Designated Expert Daniel L. Rubinfeld | Exhibits A-K |

**IT IS SO ORDERED.**

DATED: _____, 2015

_____
Hon. Samuel Conti
United States District Judge