SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:    (415) 434-9100
Facsimile:     (415) 434-3947
E-mail: ghalling@sheppardmullin.com
            jmcginnis@sheppardmullin.com
            mscarborough@sheppardmullin.com
            msolouki@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to: | Judge: Hon. Samuel Conti |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396;<br><br>*Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171;<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd., et al.*, Case No. 13-cv-1173;<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of* | **CERTIFICATE OF SERVICE** |

*America, Inc. v. Koninklijke Philips Electronics N.V., et al.*, Case No. 13-cv-2776;

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05724;

*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275;

*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725;

*Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA.*, Case No. 3:13-cv-05262;

*Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514;

*Siegel v. Hitachi, Ltd.*, Case No. 11-cv-05502;

*Siegel v. Technicolor SA.*, Case No. 13-cv-05261;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-

1 | 05514;
2 | *Target Corp. v. Technicolor SA*, Case No. 13-cv-05686;
3 |
4 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157;
5 |
6 | *Viewsonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:14-cv-002510;
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

# CERTIFICATE OF SERVICE

I, Matthew O'Hearn, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Sheppard, Mullin, Richter & Hampton, Four Embarcadero Center, 17th Floor, San Francisco, California 94111.  I am readily familiar with the practice at my place of business for the collection and processing of mail.

On January 16, 2015, I served:

- **SDI'S OPPOSITION TO CERTAIN PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE TESTIMONY OF DESIGNATED EXPERT DANIEL L. RUBINFELD**

- **DECLARATION OF MONA SOLOUKI IN SUPPORT OF SDI DEFENDANTS' OPPOSITION TO CERTAIN PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DANIEL L. RUBINFELD AND EXHIBITS A-M**

- **SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF OPPOSITION TO CERTAIN PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DANIEL L. RUBINFELD**

- **DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF OPPOSITION TO CERTAIN PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DANIEL L. RUBINFELD**

- **[PROPOSED] ORDER GRANTING SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF OPPOSITION TO CERTAIN PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DANIEL L. RUBINFELD**

☒ **BY ELECTRONIC MAIL**:  true and correct copies of the above-referenced documents were sent to all the addressees listed below.

☐ **BY U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at SMRH in accordance with SMRH's ordinary business practices.  I am readily familiar with SMRH's practice for collection and processing of mail, and know that in the ordinary course of SMRH's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on January 16, 2015, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew O'Hearn*
　　　　　　　　　　　　　　　　　　　　　Matthew O'Hearn

SMRH:434752569.1                                                     CERTIFICATE OF SERVICE

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

CASE NO. 07-5944 SC; MDL NO. 1917

**SERVICE LIST**

| | |
|---|---|
| H. Lee Godfrey<br>Kenneth S. Marks<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>lgodfrey@susmangodfrey.com<br>kmarks@susmangodfrey.com | Counsel for Plaintiff Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust<br><br>**BY EMAIL** |
| David J. Burman<br>Eric J. Weiss<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>DBurman@perkinscoie.com<br>EWeiss@perkinscoie.com | Counsel for Plaintiff Costco Wholesale Corporation<br><br>**BY EMAIL** |
| Debra D. Bernstein<br>Matthew D. Kent<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30303-3224<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>debra.bernstein@alston.com<br>matthew.kent@alston.com | Counsel for Plaintiffs Dell Inc. and Dell Products L.P.<br><br>**BY EMAIL** |

| | |
|---|---|
| Kenneth A. Gallo<br>Craig A. Benson<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>2001 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 223-7356<br>Facsimile: (202) 204-7356<br>kgallo@paulweiss.com<br>cbenson@paulweiss.com | Counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.<br><br>**BY EMAIL** |
| William J. Blechman<br>**KENNY NACHWALTER, P.A.**<br>201 S. Biscayne Boulevard, Suite 1100<br>Miami, FL 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>wblechman@knpa.com | Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.<br><br>**BY EMAIL** |
| Jason C. Murray<br>**CROWELL & MORING LLP**<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5582<br>Facsimile: (213) 622-2690<br>jmurray@crowell.com | Counsel for Plaintiffs Target Corporation and Viewsonic Corporation<br><br>**BY EMAIL** |
| Robert W. Turken<br>Mitchell E. Widom<br>Scott N. Wagner<br>**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131-3456<br>Telephone: (305) 374-7580<br>Facsimile: (305) 734-7593<br>rturken@bilzin.com<br>mwidom@bilzin.com<br>swagner@bilzin.com | Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.<br><br>**BY EMAIL** |

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>**BOIES, SCHILLER & FLEXNER LLP**<br>10 North Pearl Street, 4th Floor<br>Albany, NY  12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br>piovieno@bsfllp.com<br>anardacci@bsfllp.com | Liaison Counsel for Direct Action Plaintiffs; Counsel for Plaintiff Office Depot, Inc.; Plaintiff Interbond Corporation of America; Plaintiff Shultze Agency Services, LLC; Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp.; Plaintiffs P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc. d/b/a ABC Warehouse; Plaintiff CompuCom Systems, Inc.;<br><br>**BY EMAIL** |
| Mario N. Alioto<br>Lauren C. Russell<br>**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**<br>2280 Union Street<br>San Francisco, CA  94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>malioto@tatp.com<br>laurenrussell@tatp.com | Interim Lead Counsel for the Indirect Purchaser Plaintiffs<br><br>**BY EMAIL** |
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey Rushing<br>**SAVERI & SAVERI, INC.**<br>706 Sansome Street<br>San Francisco, CA  94111-1730<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>guido@saveri.com<br>rick@saveri.com<br>grushing@saveri.com | Interim Lead Counsel for the Direct Purchaser Plaintiffs<br><br>**BY EMAIL** |
| Emilio E. Varanini, IV, Esq.<br>Deputy Attorney General<br>State of California<br>Department of Justice<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102-7004<br>emilio.varanini@doj.ca.gov | Counsel for Plaintiff State of California<br><br>**BY EMAIL** |
| **ALL DEFENSE COUNSEL** | **BY EMAIL** |