Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397;<br><br>*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171;<br><br>*Electrograph Sys. v. Hitachi, Ltd.*, No. 11-cv-01656; | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**[PROPOSED] ORDER DENYING SDI DEFENDANTS' MOTION TO EXCLUDE EXPERT TESIMONY OF PROFESSOR STEPHAN HAGGARD [MDL DKT # 3172]** |

*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd.*, No. 11-cv-06276;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510.

## [PROPOSED] ORDER

Upon consideration of the Direct Action Plaintiffs' Response in Opposition to SDI Defendants' Motion to Exclude Expert Testimony of Professor Stephan Haggard, it is hereby: ORDERED that SDI Defendants' Motion to Exclude Expert Testimony of Professor Stephan Haggard is DENIED.

Dated: _____, 2015

**The Honorable Samuel Conti**
**Northern District of California**