Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>PLAINTIFFS,<br><br>V.<br><br>HITACHI, LTD., *ET AL.*,<br><br>DEFENDANTS. | **STIPULATION OF DISMISSAL OF PHILIPS DEFENDANTS** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V.), Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd. (n/k/a Philips Taiwan Limited), Philips da Amazonia Industria Electronica Ltda. (n/k/a Philips do Brasil Ltda.) (collectively, "Philips"), by and

- 2 -

1   through undersigned counsel, stipulate and agree that Dell hereby dismisses with prejudice all claims
2   being asserted against Philips in the above-captioned action pursuant to Rule 41(a)(2) of the Federal
3   Rules of Civil Procedure.  In support of this stipulation of dismissal, the parties state as follows:
4       1.   Dell and Philips seek the dismissal of this action with prejudice.
5       2.   This stipulation does not affect the rights or claims Dell may have against any other
6   defendant or co-conspirator in this litigation.
7       3.   Each side shall bear its own costs.
8       WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of
9   Dismissal.
10   **IT IS SO STIPULATED.**

DATED: January 19, 2015

Respectfully submitted,

By:    /s/ Michael P. Kenny
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
Kerr & Wagstaffe LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

- 3 -

STIPULATION OF DISMISSAL OF PHILIPS DEFENDANTS

3:13-cv-02171-SC
MDL No. 1917

DATED: January 19, 2015

By: <u>/s/ John M. Taladay</u>
John M. Taladay (pro hac vice)
Erik T. Koons (pro hac vice)
Charles M. Malaise (pro hac vice)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.