SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com
               tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi, Ltd.*, No. 13-cv-2171-SC | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-11 AND 79-5** |

I, TYLER M. CUNNINGHAM, do declare and state as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of Dell Inc. and Dell Products L.P.'s (together, "Dell") Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (Dkt. No. 3403). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) ("Protective Order").

3. I have reviewed the Direct Action Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Certain Testimony of Professor Kenneth Elzinga ("Opposition") (Dkt. No. 3404) and the Declaration of Debra D. Bernstein in Support of the Opposition ("Bernstein Declaration").

4. Pursuant to Civil Local Rule 79-5(e)(1), I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal Bernstein Declaration Exhibits 3 and 4.

5. Bernstein Declaration Exhibit 3 is the April 15, 2014 Expert Report of Dr. Kenneth G. Elzinga, the Direct Action Plaintiffs' ("DAPs") expert witness ("Elzinga Report"). The DAPs have designated the Elzinga Report as "Highly Confidential" in its entirety under the terms of the Protective Order. Upon information and belief, the documents and information referred to in and/or attached to the Elzinga Report and its exhibits consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about SDI's

market analyses, business practices, internal practices and competitive positions.  The documents quoted from or summarized in the Elzinga Report have been designated as "Confidential" or "Highly Confidential" by SDI.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining SDI's business relationships, would cause it harm with respect to its competitors and customers, and would put SDI at a competitive disadvantage.

6. Bernstein Declaration Exhibit 4 is the September 26, 2014 Rebuttal Expert Report of Dr. Kennith G. Elzinga ("Elzinga Rebuttal Report").  The DAPs have designated the Elzinga Rebuttal Report as "Highly Confidential" in its entirety under the terms of the Protective Order.  Upon information and belief, the documents and information referred to in and/or attached to the Elzinga Rebuttal Report and its exhibits consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about SDI's market analyses, business practices, internal practices and competitive positions.  SDI has designated the underlying documents and depositions quoted from or summarized in the Elzinga Rebuttal Report as "Confidential" or "Highly Confidential" under the Protective Order.  I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining SDI's business relationships, would cause it harm with respect to its competitors and customers, and would put SDI at a competitive disadvantage.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on January 20, 2015 at San Francisco, California.

*/s/ Tyler M. Cunningham*
TYLER M. CUNNINGHAM