1    *(Stipulating parties listed on signature pages)*

2              **UNITED STATES DISTRICT COURT**

3            **NORTHERN DISTRICT OF CALIFORNIA**

4                **SAN FRANCISCO DIVISION**

5

6    IN RE CATHODE RAY TUBE (CRT)                    No. 07-cv-5944-SC
7    ANTITRUST LITIGATION,                           MDL No. 1917

8    _____

     This Document Relates to:
9                                                    **STIPULATION AND [PROPOSED]
     *Sharp Electronics Corp., et al. v. Hitachi*    ORDER REGARDING SCHEDULING
10   *Ltd., et al.*, No. 13-cv-1173;                 OF DIRECT ACTION PLAINTIFFS'
                                                      SUPPLEMENTATION OF THEIR
11                                                    OPPOSITION TO THOMSON
     *Electrograph Systems, Inc. et al. v.*          CONSUMER'S MOTION FOR
12   *Technicolor SA, et al.*, No. 13-cv-05724;      SUMMARY JUDGMENT AND
                                                      THOMSON CONSUMER'S REPLY IN
13   *Siegel v. Technicolor SA, et al.*, No. 13-cv-  SUPPORT OF ITS MOTION FOR
     05261;                                          SUMMARY JUDGMENT**
14
     *Best Buy Co., Inc., et al. v. Technicolor SA,*
15   *et al.*, No. 13-cv-05264;                      Judge: Hon. Samuel Conti

16
     *Target Corp. v. Technicolor SA, et al.*, No.
17   13-cv- 05686;

18
     *Interbond Corporation of America v.*
19   *Technicolor SA, et al.*, No. 13-cv-05727;

20   *Office Depot, Inc. v. Technicolor SA, et al.*,
     No. 13-cv-05726;
21
     *Costco Wholesale Corporation v.*
22   *Technicolor SA,   et al.*, No. 13-cv-05723;

23
     *P.C. Richard & Son Long Island*
24   *Corporation, et al. v. Technicolor SA, et al.*,
     No. 13-cv-05725;
25
     *Schultze Agency Services, LLC v.*
26   *Technicolor SA, Ltd., et al.*, No. 13-cv-
     05668;
27

28   *Sears, Roebuck and Co. and Kmart Corp. v.*
     *Technicolor SA*, No. 3:13-cv-05262;

1  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

2

3  *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510;

4

5    Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.;

6  Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.;

7  Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.;

8  BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;  Office Depot,

9  Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC

10 Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on

11 behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart

12 Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing

13 Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data

14 Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs"); and Thomson

15 SA and Thomson Consumer Electronics, Inc. (collectively, "Thomson Defendants") have

16 conferred by and through their counsel and, subject to the Court's approval, HEREBY

17 STIPULATE AS FOLLOWS:

18    WHEREAS, there is pending in the United States District Court for the Northern District

19 of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

20 purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re:*

21 *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the

22 "MDL Proceedings");

23    WHEREAS, on October 23, 2014, the Court issued an Order granting DAPs' motion to

24 extend time for the taking of discovery from Thomson SA and Thomson Consumer, extending the

25 fact discovery deadline sixty (60) days to December 22, 2014, in all actions filed by the DAPs

26 (Dkt. No. 2945) ("October 23 Order");

27    WHEREAS, this stipulation is made without prejudice to the arguments made by the

28 parties in briefing related to DAPs' motion to enforce the October 23 Order, and DAPs continue

1    to seek all relief sought in its motion to enforce, and Thomson SA continues to seek all relief

2    sought in its response to DAPs' motion to enforce;

3          WHEREAS, on January 8-9, 2015 DAPs took the Fed.R.Civ.P. 30(b)(6) deposition of a

4    representative of Thomson SA and Thomson Consumer;

5          WHEREAS, on November 7, 2014 Thomson Consumer filed its Motion for Summary

6    Judgment and Partial Summary Judgment ("Thomson Consumer's Motion") [Dkt. No. 2981];

7          WHEREAS, on December 22, 2014 DAPs filed their Opposition to Defendant Thomson

8    Consumer's Motion for Summary Judgment and Partial Summary Judgment ("DAPs'

9    Opposition") [Dkt. No. 3236];

10          WHEREAS, in accord with Fed.R.Civ.P. 56(d), in their Opposition DAPs reserved the

11    right "to supplement the summary judgment record with additional evidence and argument based

12    on information that is discovered after this submission." *Id*. at 3.

13          WHEREAS, DAPs and Thomson Consumer have agreed to deadlines for: (1) DAPs to

14    supplement their Opposition in accord with Fed.R.Civ.P. 56(d) and (2) Thomson Consumer to

15    file its Reply in support of its Motion;

16    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned

17    counsel as follows:

18       1.   The deadline for DAPs to supplement their Opposition in accord with Fed.R.Civ.P. 56(d)

19            shall be February 2, 2015;

20       2.   The deadline for Thomson Consumer to file its Reply in support of its Motion shall be

21            February 16, 2015.

22    PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24    Dated:_____                    _____

25                                              Hon. Samuel Conti
                                                United States District Judge

26

27

28

1

2
Dated: January 20, 2015                    FAEGRE BAKER DANIELS LLP

3
                                           By: /s/ *Kathy L. Osborn*

4
                                           Kathy L. Osborn (*pro hac vice*)
                                           Ryan M. Hurley (*pro hac vice*)
5
                                           Faegre Baker Daniels LLP
                                           300 N. Meridian Street, Suite 2700
6
                                           Indianapolis, IN  46204
                                           Telephone: (317) 237-0300
7
                                           Facsimile: (317) 237-1000
                                           kathy.osborn@FaegreBD.com
8
                                           ryan.hurley@FaegreBD.com

9
                                           Jeffrey S. Roberts (*pro hac vice*)
                                           Faegre Baker Daniels LLP
10
                                           3200 Wells Fargo Center
                                           1700 Lincoln Street
11
                                           Denver, CO  80203
                                           Telephone: (303) 607-3500
12
                                           Facsimile:  (303) 607-3600
                                           jeff.roberts@FaegreBD.com

13
                                           Stephen M. Judge (*pro hac vice*)
14
                                           Faegre Baker Daniels LLP
                                           202 S. Michigan Street, Suite 1400
15
                                           South Bend, IN  46601
                                           Telephone: +1 574-234-4149
16
                                           Facsimile:  +1 574-239-1900
                                           steve.judge@FaegreBd.com

17
                                           Calvin L. Litsey (SBN 289659)
18
                                           Faegre Baker Daniels LLP
                                           1950 University Avenue, Suite 450
19
                                           East Palo Alto, CA  94303-2279
                                           Telephone: (650) 324-6700
20
                                           Facsimile: (650) 324-6701
                                           calvin.litsey@FaegreBD.com

21
                                           *Attorneys for Defendants Thomson SA and Thomson*
22
                                           *Consumer Electronics, Inc.*

23

24

25

26

27

28

1

/s/ Philip J. Iovieno

2

3
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP

4
30 South Pearl St., 11th Floor
Albany, NY 12207

5
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

6
piovieno@bsfllp.com
anardacci@bsfllp.com

7

8
William Isaacson
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW, Suite 800

9
Washington, D.C. 20015
Telephone: (202) 237-2727

10
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

11

12
Stuart Singer
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200

13
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

14
Facsimile: (954) 356-0022
ssinger@bsfllp.com

15

16
*Liaison Counsel for Direct Action Plaintiffs and
Tech Data*

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Craig Benson

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of
America, Inc.*

STIPULATION AND [PROPOSED] ORDER RE
SCHEDULING

6

No. 07-5944-SC; MDL No. 1917

1

*/s/  David Martinez*
Roman M. Silberfeld

2

David Martinez
Jill S. Casselman

3

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400

4

Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130

5

Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com

6

dmartinez@rkmc.com
jscasselman@rkmc.com

7

8

Elliot S. Kaplan
K. Craig Wildfang

9

Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue

10

2800 LaSalle Plaza
Minneapolis, MN 55402

11

Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

12

Email:  eskaplan@rkmc.com
kcwildfang@rkmc.com

13

lenelson@rkmc.com

14

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy*

15

*Purchasing LLC, Best Buy Enterprise Services, Inc.,*
*Best Buy Stores, L.P., BestBuy.com, L.L.C., and*

16

*Magnolia Hi-Fi, LLC.*

17

18

19

20

21

22

23

24

25

26

27

28

1                                                      */s/  David J. Burman*

David J. Burman

2                                                      Cori G. Moore

Eric J. Weiss

3                                                      Nicholas H. Hesterberg

Steven D. Merriman

4                                                      PERKINS COIE LLP

1201 Third Avenue, Suite 4900

5                                                      Seattle, WA 98101-3099

Telephone:  (206) 359-8000

6                                                      Facsimile:   (206) 359-9000

Email:  DBurman@perkinscoie.com

7                                                          CGmoore@perkinscoie.com

EWeiss@perkinscoie.com

8                                                          NHesterberg@perkinscoie.com

SMerriman@perkinscoie.com

9

Joren S. Bass

10                                                     PERKINS COIE LLP

Four Embarcadero Center, Suite 2400

11                                                  San Francisco, CA 94111-4131

Telephone:  (415) 344-7120

12                                                 Facsimile:   (415) 344-7320

Email:  JBass@perkinscoie.com

13

*Attorneys for Plaintiff Costco Wholesale*

14                                                 *Corporation*

15

*/s/  Scott N. Wagner*

16                                                  Robert W. Turken

Scott N. Wagner

17                                                  BILZIN SUMBERG BAENA PRICE &

AXELROD LLP

18                                                 1450 Brickell Ave, Suite 2300

Miami, FL 33131-3456

19                                                 Telephone:  (305) 374-7580

Facsimile:   (305) 374-7593

20                                                 Email:  rturken@bilzin.com

swagner@bilzin.com

21

Stuart Singer

22                                                  BOIES, SCHILLER & FLEXNER LLP

401 East Las Olas Blvd., Suite 1200

23                                                 Fort Lauderdale, FL 33301

Telephone:  (954) 356-0011

24                                                 Facsimile:   (954) 356-0022

Email:  ssinger@bsfllp.com

25

William A. Isaacson

26                                                  BOIES, SCHILLER & FLEXNER LLP

5301 Wisconsin Ave. NW, Suite 800

27                                                 Washington, D.C.  20015

Telephone:  (202) 237-2727

28                                                 Facsimile:   (202) 237-6131

Email:  wisaacson@bsfllp.com

1

2   Philip J. Iovieno
    Anne M. Nardacci
3   BOIES, SCHILLER & FLEXNER LLP
    30 South Pearl Street, 11th Floor
    Albany, NY  12207
4   Telephone:  (518) 434-0600
    Facsimile:   (518) 434-0665
5   Email:  piovieno@bsfllp.com
              anardacci@bsfllp.com
6
    *Attorneys for Plaintiffs Tech Data Corporation and*
7   *Tech Data Product Management*

8
    */s/  Lee Godfrey*
9   H. Lee Godfrey
    Kenneth S. Marks
10  Jonathan J. Ross
    Johnny W. Carter
11  David M. Peterson
    SUSMAN GODFREY L.L.P.
12  1000 Louisiana Street, Suite 5100
    Houston, TX 77002
13  Telephone:  (713) 651-9366
    Facsimile:   (713) 654-6666
14  Email:  lgodfrey@susmangodfrey.com
              kmarks@susmangodfrey.com
15            jross@susmangodfrey.com
              jcarter@susmangodfrey.com
16            dpeterson@susmangodfrey.com

17  Parker C. Folse III
    Rachel S. Black
18  Jordan Connors
    SUSMAN GODFREY L.L.P.
19  1201 Third Avenue, Suite 3800
    Seattle, WA 98101-3000
20  Telephone:  (206) 516-3880
    Facsimile:   (206) 516-3883
21  Email:  pfolse@susmangodfrey.com
    rblack@susmangodfrey.com
22  jconnors@susmangodfrey.com

23  *Counsel for Plaintiff Alfred H. Siegel, solely in his*
    *capacity as Trustee of the Circuit City Stores, Inc.*
24  *Liquidating Trust*

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE          9          No. 07-5944-SC; MDL No. 1917
SCHEDULING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/  Jason Murray*
Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 443-5582
Facsimile:   (213) 622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:  jmurphy@crowell.com
            aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

*/s/  Richard Arnold*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER RE
SCHEDULING

10

No. 07-5944-SC; MDL No. 1917