Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Fax:  (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al*.,<br><br>    Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**DECLARATION OF MATTHEW D. KENT IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e)(1)**<br><br>**[MDL DKT. NO. 3397, 3408]** |

I, **MATTHEW D. KENT**, declare as follows:

1. I am a partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of Defendants' Administrative Motions to File Documents under Seal Pursuant to Civil Local Rules 79-5(e)(1) [MDL Dkt. Nos. 3397, 3408]. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify to the following.

2. Specifically, I refer to the SDI Defendants' Administrative Motion to Seal Documents Filed In Support Of Opposition to Certain Plaintiffs' Motion to Partially Exclude Testimony of Designated Expert Daniel L. Rubinfeld ("Rubinfeld Administrative Motion") [MDL Dkt. No. 3408] and the Defendant LG Electronics, Inc.'s Administrative Motion to Seal in Connection with Defendants' Joint Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover ("Ordover Administrative Motion") [MDL Dkt. No. 3397], each filed on January 16, 2015.

3. Through the Rubinfeld Administrative Motion, the SDI Defendants seek permission to file under seal a true and correct copy the Expert Report of Mohan Rao dated April 15, 2014, which is designated as Exhibit A in support of the SDI Defendants' Opposition to Certain Plaintiffs' Motion to Partially Exclude Testimony of Designated Expert Daniel L. Rubinfeld. The Expert Report of Mohan Rao includes confidential and commercially sensitive information, including descriptions of the overcharges paid by Dell during the conspiratorial period.

4. Through the Ordover Administrative Motion, Defendants seek permission to file under seal excerpts of the Reply Expert Report of Prof. Dennis W. Carlton dated August 5, 2014, which is designated as Exhibit 1 in support of Defendants' Joint Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover. The Reply Expert Report of Prof. Dennis W. Carlton references information that is confidential and commercially sensitive to Dell, including descriptions of the overcharges paid by Dell during the conspiratorial period. In addition, Defendants seek permission to file under seal excerpts of the Deposition of Mohan Rao from June 10, 2014, which is designated as Exhibit 7 in support of Defendants' Joint Opposition to Plaintiffs' Motion

to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover. The Deposition of Mohan Rao was marked Highly Confidential by Dell and refers to information that is confidential and commercially sensitive to Dell.

5. In addition, SDI Defendants' Opposition to Certain Plaintiffs' Motion to Partially Exclude Testimony of Designated Expert Daniel L. Rubinfeld and Defendants' Joint Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover contain references to and/or excerpts of the above-described exhibits, and other information that Dell considers to be confidential and sensitive. The public disclosure of this information would be harmful to Dell.

6. Therefore, Dell respectfully requests an order granting the Rubinfeld Administrative Motion and the Ordover Administrative Motion [MDL Dkt. Nos. 3397, 3408] as to all exhibits referenced therein, and as to the redacted portions of SDI Defendants' Opposition to Certain Plaintiffs' Motion to Partially Exclude Testimony of Designated Expert Daniel L. Rubinfeld Defendants' Joint Opposition to Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, which contain references to these exhibits.

I declare under penalty of perjury under the laws of the State of Georgia and the United States that the foregoing is true and correct.

Executed on January 20, 2015 in Atlanta, Georgia.

Respectfully submitted,

*/s/ Matthew D. Kent*
Matthew D. Kent, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
matthew.kent@alston.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*