JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-11 AND 79-5** |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; | |

*Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397;

*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171;

*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Electrograph Sys., Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*Interbond Corp. of America v. Hitachi, et al.*, No. 11-cv-06275;

*Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-02510.

DECL. OF JENNIFER M. STEWART
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

I, Jennifer M. Stewart, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On January 16, 2015, the above-captioned Direct Action Plaintiffs (collectively, "DAPs") filed an Administrative Motion to Seal (Dkt. 3403), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79-5(d):

   (a) Portions of Direct Action Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Certain Testimony of Professor Kenneth Elzinga ("Opposition") (Dkt. No. 3404); and

   (b) Certain exhibits attached to the Declaration of Debra D. Bernstein in Support of the Opposition ("Bernstein Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal Exhibits 3 and 4 to the Bernstein Declaration that consist of, cite to, and/or identify information that has been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

4. Attached as Exhibit 3 to the Bernstein Declaration is the April 15, 2014 Expert Report of Dr. Kenneth G. Elzinga, the DAPs' expert witness ("Elzinga Report"). The DAPs have designated the Elzinga Report as "Highly Confidential" in its entirety under the terms of the Stipulated Protective Order. Upon information and belief, the documents and information referred to in and/or attached to the Elzinga Report and its exhibits consist of, cite to, and/or identify

- 1 -

DECL. OF JENNIFER M. STEWART  
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

1  confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic
2  Defendants' market analyses, business practices, and competitive positions.  The documents quoted
3  from or summarized in the Elzinga Report have been designated as "Confidential" or "Highly
4  Confidential" by the Panasonic Defendants.  I am informed and believe that this is sensitive
5  information and public disclosure of this information presents a risk of undermining the Panasonic
6  Defendants' business relationships, would cause it harm with respect to its competitors and
7  customers, and would put the Panasonic Defendants at a competitive disadvantage.

8       5.     Attached as Exhibit 4 to the Bernstein Declaration is the September 26, 2014 Rebuttal
9  Expert Report of Dr. Kenneth G. Elzinga ("Elzinga Rebuttal Report").  The DAPs have designated
10 the Elzinga Rebuttal Report as "Highly Confidential" in its entirety under the terms of the Stipulated
11 Protective Order.  Upon information and belief, the documents and information referred to in and/or
12 attached to the Elzinga Rebuttal Report and its exhibits consist of, cite to, and/or identify
13 confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic
14 Defendants' market analyses, business practices, and competitive positions.  The Panasonic
15 Defendants have designated the underlying documents and depositions quoted from or summarized
16 in the Elzinga Rebuttal Report as "Confidential" or "Highly Confidential" under the Protective
17 Order.  I am informed and believe that this is sensitive information and public disclosure of this
18 information presents a risk of undermining the Panasonic Defendants' business relationships, would
19 cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants
20 at a competitive disadvantage.

21     I declare under penalty of perjury that the foregoing is true and correct.

22

23 DATED:  January 21, 2015          By:  /s/ *Jennifer Stewart*
                                 JEFFREY L. KESSLER (*pro hac vice*)
24                                  Email: jkessler@winston.com
                                 ALDO A. BADINI (257086)
25                                  Email: abadini@winston.com
                                 EVA W. COLE (*pro hac vice*)
26                                  Email: ewcole@winston.com
                                 MOLLY M. DONOVAN (*pro hac vice*)
27                                  Email: mmdonovan@winston.com
28

- 2 -

DECL. OF JENNIFER M. STEWART                                 Case No. 07-5944 SC
I/S/O PLAINTIFFS' MOTION TO SEAL                          MDL NO. 1917

JENNIFER M. STEWART (*pro hac vice*)
Email:  jstewart@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007


*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 3 -

DECL. OF JENNIFER M. STEWART
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917