Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Consumer Products, L.L.C., Toshiba America
Electronic Components, Inc., and Toshiba
America Information Systems, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC MDL No. 1917 |
| This Document Relates to: *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 11-cv-06396; *Dell, Inc, et al. v. Hitachi, Ltd., et al.,* No. 13-cv-02171; *Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.,* No. 13-cv-01173; *Sharp Electronics Corp., et. al. v. Koninklijke Philips Electronics N.V., et al.,* No. 13-cv-01173; *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-01656; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF OPPOSITION TO CERTAIN PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DANIEL L. RUBINFELD** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2    *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

3    *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;
4
5    *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

6    *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11- cv-06276;
7
8    *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

9    *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;
10

11   *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;
12

13   *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

14   *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;
15

16   *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

17   *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;
18

19   *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
20

21   *Target Corp. v. Technicolor SA, et al.*, No. 13- cv-05686;

22   *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;
23

24   *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;
25

26   *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

27   *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 13-cv-05686.
28

DECLARATION OF DANA E. FOSTER IN SUPPORT
OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS FILED IN SUPPORT OF OPPOSITION TO CERTAIN PLAINTIFFS'
MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DANIEL L. RUBINFELD
Case No. 07-5944 SC, MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   I, Dana E. Foster, hereby declare as follows:

2       1.      I am an attorney with the law firm of White & Case LLP, attorneys for

3   Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer

4   Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba

5   America Information Systems, Inc. (collectively, the "Toshiba Defendants").  I make this

6   declaration in support of the SDI Defendants' Administrative Motion to Seal Documents

7   Filed In Support Of Opposition to Plaintiffs' Motion to Partially Exclude Expert

8   Testimony of Daniel L. Rubinfeld (Dkt. No. 3408) (the "Motion to Seal").

9       2.      Except for those matters stated on information and belief, which I believe to be

10  true, I have personal knowledge of the facts set forth herein and, if called upon, could and

11  would competently testify thereto under oath.

12      3.      On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No.

13  306) (the "Stipulated Protective Order").

14      4.      The Toshiba Defendants have produced in this action certain documents and

15  testimony designated as "Confidential" or "Highly Confidential" pursuant to the

16  Stipulated Protective Order.

17      5.      On January 16, 2015, the SDI defendants filed the Motion to Seal, and lodged

18  conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), SDI's

19  Opposition to Certain Plaintiffs' Motion to Partially Exclude Testimony of Designated

20  Expert Daniel L. Rubinfeld (Dkt. No. 3408-3) and exhibits thereto.

21      6.      On January 16, 2015, the SDI defendants filed the Declaration of Tyler M.

22  Cunningham in Support of the Motion to Seal (Dkt. No. 3408-1), which states that the

23  Opposition and attached exhibits filed under seal contain excerpts from, or statements

24  derived from documents and testimony that have been designated as "Confidential" or

25  "Highly Confidential" under the Stipulated Protective Order.

26      7.      Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective

27  Order, the following materials should be maintained under seal:

28

DECLARATION OF DANA E. FOSTER IN SUPPORT
OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS FILED IN SUPPORT OF OPPOSITION TO CERTAIN PLAINTIFFS'
MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DANIEL L. RUBINFELD
Case No. 07-5944 SC, MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1       a. Exhibit B to the Declaration of Mona Solouki in Support of the

2       Opposition, which is the Expert Report of Kenneth G. Elzinga, dated

3       April 15, 2014, which:

4           i. On page 17, describes or summarizes testimony from the

5           transcript of the depositions of Jay Alan Heinecke, Koji

6           Kurosawa, and Richard Huber that the Toshiba Defendants have

7           designated as "Highly Confidential" under the Stipulated

8           Protective Order;

9          ii. On pages 13, 97-98, 100-01, and 105, describes or summarizes

10          testimony from the transcript of the deposition of Kazuhiro

11          Nishimaru that Toshiba Corp. has designated as "Highly

12          Confidential" under the Stipulated Protective Order;

13        iii. On pages 13, 96, 100, and 118, describes or summarizes

14          testimony from the transcript of the deposition of Yasuki

15          Yamamoto that Toshiba Corp. has designated as "Highly

16          Confidential" under the Stipulated Protective Order;

17        iv. On pages 69-71, quotes from, describes, or summarizes a

18          translation of a document Bates-labeled TSB-CRT-00035348 –

19          TSB-CRT-00035349 that Toshiba Corp. has designated as

20          "Highly Confidential" under the Stipulated Protective Order;

21        v. On pages 111-12, describes or summarizes a translation of a

22          document Bates-labeled TSB-CRT-00042493 – TSB-CRT-

23          00042495 that Toshiba Corp. has designated as "Highly

24          Confidential" under the Stipulated Protective Order;

25        vi. On pages 111-12, quotes from, describes, or summarizes a

26          translation of a document Bates-labeled TSB-CRT-00041870 –

27          TSB-CRT-00041871 that Toshiba Corp. has designated as

28          "Highly Confidential" under the Stipulated Protective Order;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

vii. On pages 111 and 118, describes or summarizes a translation of a document Bates-labeled TSB-CRT-00041721 – TSB-CRT-00041724 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

viii. On page 111, quotes from, describes, or summarizes a translation of a document Bates-labeled TSB-CRT-00041746 – TSB-CRT-00041749 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

ix. On page 166, quotes from, describes, or summarizes a translation of a document Bates-labeled TSB-CRT-00041862 – TSB-CRT-00041863 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

x. On pages 112-13 and 117, quotes from, describes, or summarizes a document Bates-labeled TAEC-CRT-00088054 – TAEC-CRT-00088055 that TAEC has designated as "Confidential" under the Stipulated Protective Order;

xi. On pages 112-13 and 116-17, quotes from, describes, or summarizes a document Bates-labeled TAEC-CRT-00088715 – TAEC-CRT-00088716 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

xii. On pages 112-13 and 117, describes or summarizes a document Bates-labeled TAEC-CRT-00089968 – TAEC-CRT-00089969 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

xiii. On pages 111-12, quotes from, describes, or summarizes a translation of a document Bates-labeled TSB-CRT-00039414 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

xiv.   On pages 111-12, quotes from, describes, or summarizes a translation of a document Bates-labeled TSB-CRT-00039415 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

xv.   On pages 112-13 and 117, describes or summarizes a document Bates-labeled TAEC-CRT-00090127 – TAEC-CRT-00090128 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

xvi.   On pages 112-13 and 118, describes or summarizes a document Bates-labeled TAEC-CRT-00087223 – TAEC-CRT-00087224 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

xvii.   On pages 112-13, 115-16, and 120, quotes from, describes, or summarizes a document Bates-labeled TAEC-CRT-00088432 – TAEC-CRT-00088434 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

xviii.   On pages 112-13 and 119, describes or summarizes a document Bates-labeled TAEC-CRT-00089342 – TAEC-CRT-00089344 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

xix.   On pages 112-13 and 120, describes or summarizes a document Bates-labeled TAEC-CRT-00093312 – TAEC-CRT-00093313 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

xx.   On pages 112-13 and 120, describes or summarizes a document Bates-labeled TAEC-CRT-00096166 – TAEC-CRT-00096168, that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

xxi. On pages 112-13 and 120, describes or summarizes a document Bates-labeled TAEC-CRT-00096935 – TAEC-CRT-00096937 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

xxii. On pages 112-13 and 120, describes or summarizes a document Bates-labeled TAEC-CRT-00091750 – TAEC-CRT-00091751 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order; and

xxiii. On pages 112-13 and 120, describes or summarizes a document Bates-labeled TAEC-CRT-00095236 – TAEC-CRT-00095237 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order;

b. Exhibit G to the Declaration of Mona Solouki in Support of the Opposition, which is the Expert Sur-Rebuttal Report of Daniel L. Rubinfeld, dated November 6, 2014, which, on pages 11-12, quotes from and describes testimony from the transcript of the deposition of Koji Kurosawa that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

c. Exhibit I to the Declaration of Mona Solouki in Support of the Opposition, which is the Expert Rebuttal Report of Dr. Kenneth G. Elzinga, dated September 26, 2014, which:

i. On page 24, quotes from, describes, or summarizes a document Bates-labeled TSB-CRT-00041862 – TSB-CRT-00041863 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

ii. On page 94, quotes from, describes, or summarizes documents Bates-labeled TSB-CRT-00042493 – TSB-CRT-00042495, TSB-CRT-00035348 – TSB-CRT-00035349, and TSB-CRT-

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1          00036875, that Toshiba Corp. has designated as "Highly

2          Confidential" under the Stipulated Protective Order;

3      iii.   On pages 119-20 and 123-24, quotes from, describes, or

4          summarizes a document Bates-labeled TAEC-CRT-00089968 –

5          TAEC-CRT-00089969, that TAEC has designated as "Highly

6          Confidential" under the Stipulated Protective Order; and

7      iv.   Quotes from, describes, or summarizes on pages 4, 9-12, 19-20,

8          27, 37, 62-63, 65, 67, 76-77, 89-90, 92-93, 105-06, 108-09, 111-

9          14, 116, and 134-41 the Expert Report of Edward A. Snyder,

10          dated August 5, 2014, that the Toshiba Defendants have

11          designated as "Highly Confidential" under the Stipulated

12          Protective Order.

13       8.     The documents listed in Paragraph 7 contain confidential, non-public,

14 proprietary, and highly sensitive business information. The documents concern

15 confidential, non-public information about the Toshiba Defendants' sales practices,

16 business and supply agreements, and competitive positions. They describe relationships

17 with companies — including customers and vendors — that remain important to the

18 Toshiba Defendants' competitive positions. Upon information and belief, publicly

19 disclosing this sensitive information presents a risk of undermining the Toshiba

20 Defendants' relationships, would cause harm with respect to the Toshiba Defendants'

21 competitors and customers, and would put the Toshiba Defendants at a competitive

22 disadvantage.

23       I declare under penalty of perjury under the laws of the United States of America

24 that the foregoing is true and correct.

25       Executed this 23rd day of January, 2015, in Washington, D.C.

26

27

28                                     _____
                                         Dana E. Foster

**CERTIFICATE OF SERVICE**

On January 23, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF OPPOSITION TO CERTAIN PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF DANIEL L. RUBINFELD" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster