1   DAVID L. YOHAI (*pro hac vice*)
    ADAM C. HEMLOCK (*pro hac vice*)
2   DAVID E. YOLKUT (*pro hac vice*)
    **WEIL, GOTSHAL & MANGES LLP**
3   767 Fifth Avenue
    New York, New York 10153-0119
4   Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
5   E-mail: david.yohai@weil.com

6   BAMBO OBARO (267683)
    **WEIL, GOTSHAL & MANGES LLP**
7   201 Redwood Shores Parkway
    Redwood Shores, California 94065-1175
8   Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
9   E-mail: bambo.obaro@weil.com

10  JEFFREY L. KESSLER (*pro hac vice*)
    A. PAUL VICTOR (*pro hac vice*)
11  EVA W. COLE (*pro hac vice*)
    MOLLY M. DONOVAN (*pro hac vice*)
12  **WINSTON & STRAWN LLP**
    200 Park Avenue
13  New York, New York 10166-4193
    Telephone: (212) 294-6700
14  Facsimile: (212) 294-7400
    E-mail: jkessler@winston.com

15
    *Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and*
16  *MT Picture Display Co., Ltd.*

17              **IN THE UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                   **SAN FRANCISCO DIVISION**

19  **In re CATHODE RAY TUBE (CRT)**          )   MDL No. 1917
    **ANTITRUST LITIGATION**                 )   Master No. 3:07-cv-05944-SC
20                                           )
                                             )   **PANASONIC DEFENDANTS'**
21  This Document Relates to:                )   **ADMINISTRATIVE MOTION TO FILE**
                                             )   **UNDER SEAL DEFENDANTS' REPLY**
22  ALL INDIRECT-PURCHASER ACTIONS           )   **IN SUPPORT OF MOTION FOR**
                                             )   **PARTIAL SUMMARY JUDGMENT**
23  *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et* )   **AGAINST INDIRECT PURCHASER**
    *al.*, No. 11-cv-01656;                  )   **PLAINTIFFS AND CERTAIN DIRECT**
24                                           )   **ACTION PLAINTIFFS FOR LACK OF**
    *Electrograph Sys., Inc., et al. v. Technicolor SA,* )   **ANTITRUST INJURY AND**
25  *et al.*, No. 13-cv-05724;               )   **ANTITRUST STANDING UNDER**
                                             )   **FEDERAL AND CERTAIN STATE**
26  *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;  )   **LAWS**
                                             )
27  *Siegel v. Technicolor SA, et al.*, No. 13-cv-      )
    05261;                                   )
28                                           )
                                             )

PANASONIC DEFS.' ADMIN. MOT. TO SEAL DEFS.' REPLY ISO          MDL No. 1917
MOT. FOR PARTIAL SUMM. J. FOR LACK OF ANTITRUST INJURY         Master No. 3:07-cv-05944-SC

| | |
|---|---|
| 1 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; |
| 2 | |
| 3 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; |
| 4 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; |
| 5 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; |
| 6 | |
| 7 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; |
| 8 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; |
| 9 | |
| 10 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; |
| 11 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; |
| 12 | |
| 13 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; |
| 14 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; |
| 15 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; |
| 16 | |
| 17 | *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397; |
| 18 | *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; |
| 19 | |
| 20 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; |
| 21 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; |
| 22 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; |
| 23 | |
| 24 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; |
| 25 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 |
| 26 | |
| 27 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510 |
| 28 | |

---

PANASONIC DEFS.' ADMIN. MOT. TO SEAL DEFS.' REPLY ISO
MOT. FOR PARTIAL SUMM. J. FOR LACK OF ANTITRUST INJURY

MDL No. 1917
Master No. 3:07-cv-05944-SC

2

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") respectfully submit this Administrative Motion for a Sealing Order regarding Defendants' Reply in Support of Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws ("Defendants' Antitrust Standing Reply"). The highlighted portions of Defendants' Antitrust Standing Reply are herein submitted under seal.

This motion is supported by the Declaration of David E. Yolkut, dated January 23, 2015. *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Dated: January 23, 2015

By:  /s/ *Adam C. Hemlock*

DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
DAVID E. YOLKUT (*pro hac vice*)
E-mail: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BAMBO OBARO (267683)
E-mail: bambo.obaro@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
E-mail: jkessler@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
E-mail: mmdonovan@winston.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

*Attorneys for Defendants Panasonic Corporation,*
*Panasonic Corporation of North America, and*
*MT Picture Display Co., Ltd.*

---