DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, | MDL No. 1917<br>Master No. 3:07-cv-05944-SC<br><br>**DECLARATION OF DAVID E. YOLKUT IN SUPPORT OF PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS** |

YOLKUT DECL. ISO PANASONIC DEFS.' ADMIN. MOT. TO SEAL DEFS.' REPLY ISO MOT. FOR PARTIAL S.J. FOR LACK OF ANTITRUST INJURY

MDL No. 1917
Master No. 3:07-cv-05944-SC

| | |
|---|---|
| 1 | No. 11-cv-05513; |
| 2 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; |
| 3 | |
| 4 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; |
| 5 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; |
| 6 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; |
| 7 | |
| 8 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; |
| 9 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; |
| 10 | |
| 11 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; |
| 12 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; |
| 13 | |
| 14 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; |
| 15 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; |
| 16 | *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397; |
| 17 | |
| 18 | *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; |
| 19 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; |
| 20 | |
| 21 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; |
| 22 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; |
| 23 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; |
| 24 | |
| 25 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 |
| 26 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510 |
| 27 | |
| 28 | |

YOLKUT DECL. ISO PANASONIC DEFS.' ADMIN. MOT. TO SEAL DEFS.' REPLY ISO MOT. FOR PARTIAL S.J. FOR LACK OF ANTITRUST INJURY

MDL No. 1917
Master No. 3:07-cv-05944-SC

2

I, David E. Yolkut, hereby declare as follows:

1. I am an attorney with Weil, Gotshal & Manges LLP, counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*.

2. I submit this Declaration in Support of Panasonic Defendants' Administrative Motion to File Under Seal Defendants' Reply in Support of Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws ("Defendants' Antitrust Standing Reply"). I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142) (the "Protective Order").

4. Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), Panasonic Defendants seek to seal the highlighted portions of Defendants' Antitrust Standing Reply, which is being concurrently filed. These highlighted portions reference confidential information contained in documents previously submitted under seal by Panasonic Defendants (*see* Dkt. 3051) and/or Plaintiffs (*see* Dkt. 3245).

YOLKUT DECL. ISO PANASONIC DEFS.' ADMIN. MOT. TO SEAL DEFS.'
REPLY ISO MOT. FOR PARTIAL S.J. FOR LACK OF ANTITRUST INJURY

MDL No. 1917
Master No. 3:07-cv-05944-SC

3

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on January 23, 2015 at New York, New York.

3  By: _____
4  DAVID E. YOLKUT

YOLKUT DECL. ISO PANASONIC DEFS.' ADMIN. MOT. TO SEAL DEFS.'
REPLY ISO MOT. FOR PARTIAL S.J. FOR LACK OF ANTITRUST INJURY

MDL No. 1917
Master No. 3:07-cv-05944-SC

4