DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917<br>Master Case No. 3:07-cv-05944-SC |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | **[PROPOSED] ORDER GRANTING PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS** |

| | |
|---|---|
| 1 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; ) |
| 2 | ) |
| 3 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; ) |
| 4 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; ) |
| 5 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; ) |
| 6 | ) |
| 7 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; ) |
| 8 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; ) |
| 9 | ) |
| 10 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; ) |
| 11 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; ) |
| 12 | ) |
| 13 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; ) |
| 14 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; ) |
| 15 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; ) |
| 16 | ) |
| 17 | *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397; ) |
| 18 | *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; ) |
| 19 | ) |
| 20 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; ) |
| 21 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; ) |
| 22 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; ) |
| 23 | ) |
| 24 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; ) |
| 25 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 ) |
| 26 | ) |
| 27 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510 ) |
| 28 | |

[PROPOSED] ORDER GRANTING PANASONIC DEFS.' ADMIN. MOT. TO SEAL DEFS.' REPLY ISO MOT. FOR PARTIAL SUMM. J. FOR LACK OF ANTITRUST INJURY

MDL No. 1917
Master No. 3:07-cv-05944-SC

2

Upon consideration of the Panasonic Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11 (the "Administrative Motion to File Under Seal"), submitted in connection with Defendants' Reply in Support of Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws, it is hereby:

ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or excerpted portions of documents related to the Administrative Motion to File Under Seal:

| Document | Sealed Portions |
| --- | --- |
| Defendants' Reply in Support of Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws | 5:1-5, 14-16, 25-28<br>12:2 |

IT IS SO ORDERED

Dated: _____                              _____
                                                    Hon. Samuel Conti
                                                    United States District Judge