DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
LARA E. VEBLEN TRAGER (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917<br>Master Case No. 3:07-cv-05944-SC |
| This Document Relates to: | |
| ALL INDIRECT-PURCHASER ACTIONS | **CERTIFICATE OF SERVICE** |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, | |

| | | |
|---|---|---|
| 1 | No. 11-cv-05513; | ) |
| 2 | | ) |
| | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | ) ) ) |
| 3 | | ) |
| 4 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | ) ) ) |
| 5 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | ) ) ) |
| 6 | | ) |
| 7 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | ) ) ) |
| 8 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | ) ) ) |
| 9 | | ) |
| 10 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; | ) ) ) |
| 11 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; | ) ) ) |
| 12 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; | ) ) ) |
| 13 | | ) |
| 14 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | ) ) ) |
| 15 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; | ) ) ) |
| 16 | | ) |
| 17 | *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | ) ) ) |
| 18 | *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; | ) ) ) |
| 19 | | ) |
| 20 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | ) ) ) |
| 21 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | ) ) ) |
| 22 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | ) ) ) |
| 23 | | ) |
| 24 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; | ) ) ) |
| 25 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 | ) ) ) |
| 26 | | ) |
| 27 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd,. et al.*, No. 14-cv-02510 | ) ) |
| 28 | | |

CERTIFICATE OF SERVICE                                                             MDL No. 1917
                                                                    Master No. 3:07-cv-05944-SC

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153. I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on January 23, 2015, I served copies of:

- **DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS (UNDER SEAL);**

- **PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS;**

- **DECLARATION OF DAVID E. YOLKUT IN SUPPORT OF PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS;**

- **[PROPOSED] ORDER GRANTING PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INDIRECT PURCHASER PLAINTIFFS AND CERTAIN DIRECT ACTION PLAINTIFFS FOR LACK OF ANTITRUST INJURY AND ANTITRUST STANDING UNDER FEDERAL AND CERTAIN STATE LAWS.**

☒  **BY ELECTRONIC MAIL** by sending a true copy thereof to the following addressees, as stated below.

| | |
|---|---|
| Philip J. Iovieno<br>Email: piovieno@bsfllp.com<br>Anne M. Nardacci<br>Email: anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for CompuCom Systems, Inc., Electrograph Systems, Inc. and Electrograph Technologies Corporation, Tech Data Corporation and Tech Data Product Management, Inc., P.C. Richard & Son Long Island Corporation, Schultze Agency Services, LLC ("Tweeter"), Appliance, Inc. d/b/a ABC Warehouse, MARTA Cooperative of America, Inc., and Office Depot, Inc.* | Mario N. Alioto<br>E-mail: malioto@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* |

CERTIFICATE OF SERVICE                                                                            MDL No. 1917
                                                                                            Master No. 3:07-cv-05944-SC

3

| | |
|---|---|
| Guido Saveri<br>E-mail: guido@saveri.com<br>SAVERI & SAVERI, INC.<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* | Emilio Varanini<br>E-mail: emilio.varanini@doj.ca.gov<br>CALIFORNIA ATTORNEY GENERAL'S OFFICE<br><br>*Counsel for the State of California* |
| Shay S. Scott, Esq.<br>HAGLUND KELLEY LLP<br>sscott@hk-law.com<br><br>*Counsel for Plaintiff State of Oregon* | Jason C. Murray<br>Email: jmurray@crowell.com<br>CROWELL & MORING LLP<br><br>*Attorneys for Target Corp. and ViewSonic Corporation* |
| Richard Alan Arnold, Esquire<br>Email: rarnold@knpa.com<br>William J. Blechman, Esquire<br>Email: wblechman@knpa.com<br>Kevin J. Murray, Esquire<br>Email: kmurray@knpa.com<br>KENNY NACHWALTER, P.A.<br>*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.* | *Defense Counsel* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2015 at New York, New York.

          */s/ Ryan Goodland*
          RYAN GOODLAND