1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Consumer Products, L.L.C., Toshiba America*
   *Electronic Components, Inc.*, *and Toshiba*
11 *America Information Systems, Inc.*
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Dell Inc. and Dell Products L.P.'s (collectively, the "Dell Plaintiffs") Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (Case No. 3:07-cv-05944-SC ("MDL") Dkt. No. 3403; Case No. 3:13-cv-02171-SC ("Dell") Dkt. No. 94) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On January 16, 2015, the Dell Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the Direct Action Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Certain Testimony of Professor Kenneth Elzinga (the "Opposition") (MDL Dkt. No. 3403-4; Best Buy Dkt. No. 94-4) and exhibits thereto.

6. On January 16, 2015, the Dell Plaintiffs filed the Declaration of Mathew D. Kent in Support of the Motion to Seal (MDL Dkt. Nos. 3403-1; Best Buy Dkt. No. 94-1), which states that the redacted portions of the Opposition and attached exhibits contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a. Exhibit 3 to the Declaration of Debra D. Bernstein in Support of the Opposition ("Bernstein Declaration"), which is the Expert Report of Dr. Kenneth G. Elzinga, dated April 15, 2014, which has been designated as "Highly Confidential" pursuant to the Stipulated Protective Order;

    b. Exhibit 4 to the Bernstein Declaration, which is the Expert Rebuttal Report of Dr. Kenneth G. Elzinga, dated September 26, 2014, which has been designated as "Highly Confidential" pursuant to the Stipulated Protective Order; and

    c. The redacted portions on pages 8, 11, and 13 of the Opposition which reference confidential information in Exhibits 3 and 4.

8. The materials listed in Paragraph 7 contain confidential, non-public, and highly sensitive business information. The materials contain quotes from, and/or summarize confidential, non-public, proprietary, and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about the Toshiba Defendants' sales processes, business practices, internal practices, confidential business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' commercial relationships, would cause harm with respect to the Toshiba

1 Defendants' competitors, customers, and suppliers, and would put the Toshiba Defendants
2 at a competitive disadvantage.
3     I declare under penalty of perjury under the laws of the United States of America
4 that the foregoing is true and correct.
5     Executed this 23rd day of January, 2015, in Washington, D.C.

                                                Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

# CERTIFICATE OF SERVICE

On January 23, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster