IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  No. 11-cv-06396;

2  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.,* No. 11-cv-06397;

3  *Costco Wholesale Corp. v. Technicolor SA, et al.,* No. 13-cv-05723;

4  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.,* No. 12-cv-02648;

5  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.,* No. 13-cv-05725;

6  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.,* No. 12-cv-02649;

7  *Schultze Agency Servs., LLC v. Technicolor SA, et al.,* No. 13-cv-05668;

8  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No. 13-cv-00157

9  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-cv-02510;

10 *Dell Inc., et al. v. Hitachi Ltd. et al.,* No. 13-cv-02171.

Upon consideration of Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA, it is hereby:

ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or excerpted portions of documents related to the Administrative Motion to File Under Seal:

| Document | Sealed Portions |
|---|---|
| Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | Portions of pages 1, 4, 5, 11, 12, 13, 14, 15 |

| | |
|---|---|
| Exhibit A to the Reply Declaration of Jennifer M. Stewart in Support of Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA ("Stewart Reply Decl.") (the April 15, 2014 Expert Report of Alan S. Frankel, Ph.D.) | Entire document |
| Exhibit B to the Stewart Reply Decl. (excerpts from the July 10, 2014 deposition of Alan S. Frankel, Ph.D.) | Entire excerpted document |

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO ORDERED**

Dated: _____

                                                  Hon. Samuel Conti
                                          United States District Judge