Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC; | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-59(d) AND 7-11 RE HITACHI DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND THE STATUTES OF LIMITATIONS** |

1  *Sears, Roebuck and Co. and Kmart Corp. v.*
2  *Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC

3  *Interbond Corporation of America, d/b/a*
4  *BrandsMart USA v. Hitachi, et al.,*
   No. 3:11-cv-06275-SC;
5
6  *Office Depot, Inc. v. Hitachi, Ltd., et al.,*
   No. 3:11-cv-06276-SC;
7
8  *CompuCom Systems, Inc. v. Hitachi, Ltd.,*
   *et al.,* No. 3:11-cv-06396-SC;
9
10 *Costco Wholesale Corporation v. Hitachi,*
   *Ltd., et al.,* No. 3:11-cv-06397-SC;
11
   *P.C. Richard & Son Long Island Corporation, et*
12 *al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

13 *Schultze Agency Services, LLC on behalf of*
   *Tweeter OPCO, LLC and Tweeter Newco, LLC v.*
14 *Hitachi,*
   *Ltd., et al.,* No. 3:12-cv-02649-SC;
15
   *Tech Data Corporation, et al. v. Hitachi,*
16 *Ltd., et al.,* No. 3:13-cv-00157-SC

17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), by and through their counsel, respectfully request an order permitting the Hitachi Defendants to file the following materials under seal: (1) the highlighted portions of the Hitachi Defendants' Reply to Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations ("Withdrawal Reply"); and (2) Exhibit 25 to the Reply Declaration of Eliot Adelson in Support of the Hitachi Defendants' Reply to Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations  ("Adelson Declaration"). |

This motion is supported by the Declaration of Eliot A. Adelson in Support of Hitachi Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated January 23, 2015 ("Adelson Sealing Declaration").  *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Exhibit 25 to the Adelson Declaration is a document designated by the Hitachi Defendants as "Confidential" or "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case.  *See* Dkt. No. 306, No. 07-cv-05944 (N.D. Cal) (amended at Dkt. No. 1142).  The highlighted portions of the Withdrawal Reply contain, reference, or summarize confidential information contained in these exhibits.  The Hitachi Defendants seek to file Exhibit 25 to the Adelson Declaration, as well as the highlighted portions of the Withdrawal Reply corresponding thereto, under seal because there is a "compelling reason" to do so.  *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  A party meets the "compelling reasons" standard by presenting "articulable facts" identifying the interests favoring filing a document under seal. *Id.* at 1181. As set forth in the Adelson Sealing Declaration, the Hitachi Defendants meet this standard because Exhibit 25 to the Adelson Declaration, as well as the highlighted portions of the Withdrawal Reply corresponding thereto, contain confidential, non-public information about the Hitachi Defendants' business practices that remain important to the Hitachi Defendants' competitive position.

1  Pursuant to Civil Local Rule 79-5(d), a copy of the Withdrawal Reply Exhibit 25 to the
2  Adelson Declaration will be lodged with the Court for in camera review, served on all parties, and
3  will be e-filed with the Court pending the Court's granting of this Motion to Seal.

DATED: January 23, 2015

By: /s/ Eliot A. Adelson

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.