1   Eliot A. Adelson (SBN 205284)
    James Maxwell Cooper (SBN 284054)
2   KIRKLAND & ELLIS LLP
    555 California Street, 27th Floor
3   San Francisco, CA 94104
    Telephone: (415) 439-1400
4   Facsimile: (415) 439-1500
    Email: eadelson@kirkland.com
5   Email: max.cooper@kirkland.com

6   James H. Mutchnik, P.C. (*pro hac vice*)
    Barack Echols *(pro hac vice)*
7   KIRKLAND & ELLIS LLP
    300 North LaSalle
8   Chicago, IL  60654
    Telephone: (312) 862-2000
9   Facsimile: (312) 862-2200
    Email: jmutchnik@kirkland.com
10  Email: bechols@kirkland.com

11  Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS, LTD.
12  (n/k/a JAPAN DISPLAY INC.), HITACHI
    AMERICA, LTD., HITACHI ASIA, LTD.,
13  AND HITACHI ELECTRONIC DEVICES
    (USA), INC.

14

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18  IN RE: CATHODE RAY TUBE (CRT)          Case No. Master File No. 3:07-cv-05944-SC
    ANTITRUST LITIGATION
19                                          MDL NO. 1917

20  This Document Relates to:              **DECLARATION OF ELIOT A.
                                           ADELSON IN SUPPORT OF
21                                          ADMINISTRATIVE MOTION TO FILE
    *All Indirect Purchaser Actions*       UNDER SEAL PURSUANT TO CIVIL
22                                          LOCAL RULES 79-5(d) AND 7-11 RE
                                           HITACHI DEFENDANTS' REPLY TO
    *Electrograph Systems, Inc., et al. v. Hitachi,*   **MOTION FOR SUMMARY JUDGMENT
23  *Ltd., et al.,* No. 3:11-cv-01656-SC;  BASED UPON WITHDRAWAL AND
                                           THE STATUTES OF LIMITATIONS**
24  *Alfred H. Siegel as Trustee of the Circuit City
    Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et
25  al.*, No. 3:11-cv-05502-SC;

26
    *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*
27  No. 3:11-cv-05513-SC;

28

1

2

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC

3

4

5

*Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC;

6

*Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC;

7

8

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC;

9

10

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;

11

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

12

13

14

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;

15

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC

16

17

18

19

20

21

22

23

24

25

26

27

28

ADELSON DECLARATION RE HITACHI'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE
REPLY TO MOTION FOR SUMMARY JUDGMENT

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917

1    I, Eliot A. Adelson, declare as follows:

2    1.    I am an attorney licensed to practice in the State of California and the Northern

3    District of California.  I am a partner with the firm of Kirkland & Ellis LLP, and counsel for Hitachi,

4    Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and

5    Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").  Except for those

6    matters stated on information and belief, about which I am informed and which I believe to be true, I

7    have personal knowledge of the facts stated herein and, if called as a witness, I could and would

8    competently testify thereto.

9    2.    I submit this declaration in support of Hitachi Defendants' Administrative Motion to

10   File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11. I make this declaration pursuant to

11   Civil Local Rule 79-5(d) to establish that certain documents containing Confidential and Highly

12   Confidential information and submitted to the Court in connection with the Hitachi Defendants'

13   Reply to Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations

14   ("Withdrawal Reply") are sealable.

15   3.    On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter

16   (Dkt. 306). On January 23, 2015, the Hitachi Defendants filed an Administrative Motion to Seal, and

17   lodged conditionally under seal, the following documents, or portions thereof, pursuant to Civil

18   Local Rules 7-11 and 79-5(d):

19   a.   Portions of the Withdrawal Reply that contain quotations or information from

20        documents and/or deposition testimony that certain Plaintiffs and Defendants have

21        designated "Confidential" or "Highly Confidential"; and

22   b.   Exhibit 25 attached to the Reply Declaration of Eliot Adelson in Support of the

23        Hitachi Defendants' Reply to Motion For Summary Judgment Based Upon

24        Withdrawal and The Statutes of Limitations ("Adelson Declaration"), which quote

25        from, summarize, or are documents or deposition testimony that the Hitachi

26        Defendants have designated "Confidential" or "Highly Confidential."

27   4.    Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Hitachi

28   Defendants to provide the basis for the Court to maintain under seal certain documents and

1   information designated by the Hitachi Defendants as "Confidential" or "Highly Confidential"

2   pursuant to the Stipulated Protective Order, and all references to those documents and information in

3   the Withdrawal Reply.

4          5.      Exhibit 25 to the Adelson Declaration is a true and correct copy of excerpts from the

5   March 18 and 19, 2014 Deposition of Lloyd Thomas Heiser designated by Hitachi Defendants as

6   "Highly Confidential."

7          6.      Upon information and belief, the documents and testimony referred to or contained in

8   Exhibits 25 contain confidential, nonpublic, proprietary and highly sensitive business information

9   about the Hitachi Defendants' sales processes, business practices, internal practices, negotiating

10  tactics, confidential business and supply agreements and/or competitive positions. These documents

11  describe relationships with companies that remain important to the Hitachi Defendants' competitive

12  position. I am informed and believe that this is sensitive information and public disclosure of this

13  information presents a risk of undermining the Hitachi Defendants' business relationships, would

14  cause it harm with respect to its competitors and customers, and would put the Hitachi Defendants at

15  a competitive disadvantage.

16         7.      The highlighted portions of the Withdrawal Reply quote from, describe, or contain

17  documents or information designated as "Confidential" or "Highly Confidential" by the Hitachi

18  Defendants pursuant to the Stipulated Protective Order, including Exhibit 25 to the Adelson

19  Declaration.  I understand that Hitachi considers any statements in the Withdrawal Reply purporting

20  to summarize the exhibits or any other documents or information designated as "Confidential" or

21  "Highly Confidential" by the Hitachi Defendants is confidential and proprietary.  I am informed and

22  believe that the Hitachi Defendants have taken reasonable steps to preserve the confidentiality of

23  information of the type contained, identified, or cited to in Exhibit 25 and referenced in the

24  Withdrawal Reply.

25  / / /

26  / / /

27  / / /

28  / / /

ADELSON DECLARATION RE HITACHI'S                      2                  CASE NO.: 3:07-cv-05944-SC
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE                                   MDL NO.: 1917
REPLY TO MOTION FOR SUMMARY JUDGMENT

1      I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3

4  DATED: January 23, 2015

By: /s/ Eliot A. Adelson

5
Eliot A. Adelson
6  James Maxwell Cooper
KIRKLAND & ELLIS LLP
7  555 California Street, 27th Floor
San Francisco, CA  94104
8  Telephone: (415) 439-1400
Facsimile: (415) 439-1500
9  Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

10  Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS,
11  LTD. (n/k/a JAPAN DISPLAY INC.),
HITACHI AMERICA, LTD., HITACHI
12  ASIA, LTD., AND HITACHI
ELECTRONIC DEVICES (USA), INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28