| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN FRANCISCO DIVISION |

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-59(d) AND 7-11 RE REPLY TO HITACHI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND THE STATUTES OF LIMITATIONS** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC<br><br>*Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC; | |

1  *Office Depot, Inc. v. Hitachi, Ltd., et al.,*
    No. 3:11-cv-06276-SC;
2
3  *CompuCom Systems, Inc. v. Hitachi, Ltd.,
    et al.,* No. 3:11-cv-06396-SC;
4
   *Costco Wholesale Corporation v. Hitachi,
5  Ltd., et al.,* No. 3:11-cv-06397-SC;
6
   *P.C. Richard & Son Long Island Corporation, et
7  al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;
8  *Schultze Agency Services, LLC on behalf of
    Tweeter OPCO, LLC and Tweeter Newco, LLC v.
9  Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;
10
   *Tech Data Corporation, et al. v. Hitachi,
11 Ltd., et al.,* No. 3:13-cv-00157-SC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING HITACHI'S                                CASE NO.: 3:07-cv-05944-SC
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE                                   MDL NO.: 1917
REPLY TO MOTION FOR SUMMARY JUDGMENT

Upon consideration of Hitachi Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with its Reply to Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations, it is hereby ORDERED that the motion is GRANTED. The clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Hitachi Defendants' Reply to Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations | The highlighted portions of pp. 1:18-21; 2:15-20; 2:24-26; 5:20-21; 6:21-23; 7:3; 7:16-22; 7:25-26; 8:10-13; 8:14-22; 9:3-4; 9:6-7; 9:9-17; 9:26-28; 11:5-11:13 |
| Reply Declaration of Eliot A. Adelson in Support of Hitachi Defendants' Reply to Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations | The highlighted portion of p. 1:10-13 |
| Exhibit 25 to the Reply Declaration of Eliot A. Adelson, Excerpts from the March 18 and 19, 2014 Deposition of Lloyd Thomas Heiser | Entire Document |

IT IS SO ORDERED.

Dated: _____

_____
Hon. Samuel Conti
United States District Judge