Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*The Indirect Purchaser Action*<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173.

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following documents under seal:

1. Exhibits O, P, Q, R, S, T, and V to the Supplemental Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Motion For Summary Judgment Concerning Withdrawal ("Supplemental Lau Declaration") which are transcript excerpts of deposition testimony that the Toshiba Defendants and other Defendants have designated as "Highly Confidential" pursuant to the Stipulated Protective Order (Dkt. No. 306); and

2. Exhibits U, W, and X to the Supplemental Lau Declaration which are documents that the Toshiba Defendants and other Defendants have produced in this litigation and designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

This motion is supported by the Declaration of Samuel J. Sharp, dated January 23, 2015 ("Sharp Declaration"). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable." Because the above cited materials are subject to a protective order and contain sensitive business information, compelling reasons exist for sealing the documents. *See, e.g., Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

As set forth in the Sharp Declaration, the standard for filing under seal is met in the present case for Exhibits O, Q, R, S, T, W, and X. These materials consist of, quote from, and/or summarize confidential, nonpublic, proprietary and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about the Toshiba Defendants' sales processes, business

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

practices, internal practices, confidential business and supply agreements, and competitive positions. This information is confidential commercial information, the disclosure of which would prejudice the Toshiba Defendants both in their commercial relationships with customers and suppliers and in their competitive efforts. Accordingly, compelling reasons exist for Exhibits O, Q, R, S, T, W, and X to the Supplemental Lau Declaration to be filed under seal. Exhibits P, U, and V have been designated as "Confidential" and "Highly Confidential" by other parties, and the Toshiba Defendants have filed these documents under seal in a good faith effort to abide by the Stipulated Protective Order. For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to Civil Local Rules 7-11 and 79-5.

Respectfully submitted,

Dated: January 23, 2015

**WHITE & CASE** LLP

By:  */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
3

**CERTIFICATE OF SERVICE**

    On January 23, 2015, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                                                                         */s/ Lucius B. Lau*
                                                                                           Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005