Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc.,
Toshiba America Consumer Products, LLC,
Toshiba America Information Systems, Inc.,
and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*The Indirect Purchaser Action*<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | **SUPPLEMENTAL DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING WITHDRAWAL** |

1  *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

3  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276;

5  *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

7  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

9  *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

11 *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

13 *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

15 *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173.

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of the Toshiba Defendants' Reply Memorandum In Support Of Their Motion for Summary Judgment Concerning Withdrawal, filed contemporaneously herewith. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as Exhibit O is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) deposition of Toshiba Corporation (Koji Kurosawa), dated July 30, 2012.

4. Attached hereto as Exhibit P is a true and correct copy of excerpts from the transcript of the deposition of Hirokazu Nishiyama, dated July 17, 2012.

5. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the transcript of the deposition of Tomoyuki Kawano, dated October 27, 2014.

6. Attached hereto as Exhibit R is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) deposition of Toshiba Corporation (Mio Tamba), dated September 24, 2014.

7. Attached hereto as Exhibit S is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) deposition of Toshiba America Electronic Components, Inc. (Jay Heinecke), dated July 31, 2012.

8. Attached hereto as Exhibit T is a true and correct copy of excerpts from the transcript of the deposition of Norio Fujita, dated June 6, 2015.

9. Attached hereto as Exhibit U is a true and correct copy of a certified translation of a document produced in this litigation by Chunghwa Picture Tubes, Ltd. bearing the Bates numbers CHU00029175 through CHU00029178.

10. Attached hereto as Exhibit V is a true and correct copy of excerpts from the transcript of the deposition of Sheng-Jen Yang, dated February 22, 2013.

11. Attached hereto as Exhibit W is a true and correct copy of a certified translation of a document produced in this litigation by Toshiba Corporation bearing the Bates numbers TSB-CRT-00040784 through TSB-CRT-00040785.

12. Attached hereto as Exhibit X is a true and correct copy of a certified translation of a document produced in this litigation by Toshiba Corporation bearing the Bates numbers TSB-CRT-00042994 through TSB-CRT-0004998.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2015, in Washington, D.C.

_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005