# EXHIBIT O

(FILED UNDER SEAL)

# EXHIBIT P

(FILED UNDER SEAL)

# EXHIBIT Q

(FILED UNDER SEAL)

# EXHIBIT R

(FILED UNDER SEAL)

# EXHIBIT S

(FILED UNDER SEAL)

# EXHIBIT T

(FILED UNDER SEAL)

# EXHIBIT U

(FILED UNDER SEAL)

# EXHIBIT V

(FILED UNDER SEAL)

# EXHIBIT W

(FILED UNDER SEAL)

# EXHIBIT X

(FILED UNDER SEAL)