Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC |
| | MDL NO. 1917 |
| This Document Relates to: | **DECLARATION OF ELIOT A. ADELSON IN SUPPORT OF HITACHI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND THE STATUTES OF LIMITATIONS** |
| *All Indirect Purchaser Actions* | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC; | |
| *Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 3:11-cv-05502-SC; | |

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1   *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*
2   No. 3:11-cv-05513-SC;

3   *Target Corp, et al. v. Chunghwa Picture Tubes,*
    *Ltd., et al.,* No. 3:11-cv-05514-SC;
4
5   *Sears, Roebuck and Co. and Kmart Corp. v.*
    *Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-
    05514-SC
6
7   *Interbond Corporation of America, d/b/a*
    *BrandsMart USA v. Hitachi, et al.,*
8   No. 3:11-cv-06275-SC;

9   *Office Depot, Inc. v. Hitachi, Ltd., et al.,*
    No. 3:11-cv-06276-SC;
10
11  *CompuCom Systems, Inc. v. Hitachi, Ltd.,*
    *et al.,* No. 3:11-cv-06396-SC;
12
13  *Costco Wholesale Corporation v. Hitachi,*
    *Ltd., et al.,* No. 3:11-cv-06397-SC;

14  *P.C. Richard & Son Long Island Corporation, et*
15  *al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

16  *Schultze Agency Services, LLC on behalf of*
    *Tweeter OPCO, LLC and Tweeter Newco, LLC v.*
17  *Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;

18  *Tech Data Corporation, et al. v. Hitachi,*
19  *Ltd., et al.,* No. 3:13-cv-00157-SC

20

21

22

23

24

25

26

27

28

1      I, Eliot A. Adelson, declare as follows:

2      1.    I am an attorney licensed to practice in the State of California and the Northern

3 District of California. I am a partner with the firm of Kirkland & Ellis LLP, and counsel for Hitachi,

4 Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and

5 Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"). I submit this

6 Declaration in Support of Hitachi Defendants' Motion for Summary Judgment Based Upon

7 Withdrawal and the Statutes of Limitations. Except for those matters stated on information and

8 belief, about which I am informed and which I believe to be true, I have personal knowledge of the

9 matters set forth herein, and could and would testify competently to each of them.

10      2.

14      I declare under penalty of perjury under the laws of the United States of America that the

15 foregoing is true and correct.

17 DATED: January 23, 2015        By: */s/ Eliot A. Adelson*

18                      Eliot A. Adelson
James Maxwell Cooper
19                      KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
20                      San Francisco, CA 94104
Telephone: (415) 439-1400
21                      Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
22                      Email: max.cooper@kirkland.com

23                      Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS,
24                      LTD. (n/k/a JAPAN DISPLAY INC.),
HITACHI AMERICA, LTD., HITACHI
25                      ASIA, LTD., AND HITACHI
ELECTRONIC DEVICES (USA), INC.

ADELSON DECLARATION RE HITACHI'S MOTION FOR      1      CASE NO.: 3:07-cv-05944-SC
SUMMARY JUDGMENT BASED UPON WITHDRAWAL              MDL NO.: 1917
AND STATUES OF LIMITATIONS