1  JEFFREY L. KESSLER (*pro hac vice*)
   ALDO A. BADINI (257086)
2  EVA W. COLE (*pro hac vice*)
   MOLLY M. DONOVAN (*pro hac vice*)
3  WINSTON & STRAWN LLP
   200 Park Avenue
4  New York, New York 10166-4193
   Telephone: (212) 294-6700
5  Facsimile: (212) 294-4700
   Email: jkessler@winston.com
6
   STEVEN A. REISS (*pro hac vice*)
7  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
8  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
9  New York, New York 10153-0119
   Telephone: (212) 310-8000
10 Facsimile: (212) 310-8007
   Email: steven.reiss@weil.com
11
   *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.),*
12 *Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

13              Additional Moving Defendants and Counsel Listed on Signature Pages

14                        **IN THE UNITED STATES DISTRICT COURT**
                           **NORTHERN DISTRICT OF CALIFORNIA**
15                              **SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et* | **REPLY DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA** |

*al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510;

*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171.

I, Jennifer M. Stewart, declare as follows:

1. I am an attorney at law and an associate with the firm of Winston & Strawn LLP, attorneys of record for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. I make this declaration in support of Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA. I have personal knowledge of the facts herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of the April 15, 2014 Expert Report of Alan S. Frankel, Ph.D.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the July 10, 2014 deposition of Alan S. Frankel, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 23, 2015

By: /s/ *Jennifer M. Stewart*
JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
JENNIFER M. STEWART (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000

-1-

REPLY DECL. OF JENNIFER M. STEWART I/S/O
DEFS.' MOT. FOR SUMMARY JUDGMENT

Case No. 07-5944 SC
MDL No. 1917

Facsimile:  (212) 310-8007
Email:  steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

-2-

REPLY DECL. OF JENNIFER M. STEWART I/S/O
DEFS.' MOT. FOR SUMMARY JUDGMENT

Case No. 07-5944 SC
MDL No. 1917