UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC |
| | MDL NO. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-59(d) AND 7-11 RE HITACHI PARTIES' REPLY TO MOTION FOR SUMMARY JUDGMENT BASED UPON THE LACK OF EVIDENCE OF PARTICIPATION IN THE ALLEGED CONSPIRACY** |
| *All Indirect Purchaser Actions* | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC; | |
| *Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-05513-SC; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 3:11-cv-05514-SC | |
| *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.*, No. 3:11-cv-06275-SC; | |

1  *Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC;

2

3  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC;

4

5  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;

6  *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

7

8  *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;

9

10  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Upon consideration of Hitachi Parties' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with its Reply to Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy, it is hereby ORDERED that the motion is GRANTED. The clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Hitachi Parties' Reply to Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy | The highlighted portions of  pp. 4:13-16; 4:18-5:5; 5:11-19; 5:24-26; 5:27-6:2; 6:26-28; 7:3-5; 9:23-28; 10:12-23; 10:25-27; 12:3-5; 12:9-23; 13:2-4 |
| Reply Declaration of Eliot A. Adelson in Support of Hitachi Parties' Reply to Notice of Motion and Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy ("Adelson Decl.") | The highlighted portions of pp. 1:10-2:6 |
| Exhibit 27 to the Adelson Decl., Excerpts from the deposition of Thomas Schmitt, taken on July 11, 2013 | Entire Document |
| Exhibit 28 to the Adelson Decl., Excerpts from the deposition of Kazumasa Hirai, taken on February 4, 2014 | Entire Document |
| Exhibit 29 to the Adelson Decl., Excerpts from the deposition of L. Thomas Heiser, taken on March 18 and 19, 2014 | Entire Document |
| Exhibit 30 to the Adelson Decl., Excerpts from the deposition of Noboru Toyama, taken on March 11, 2014 | Entire Document |
| Exhibit 31 to the Adelson Decl., HDP-CRT00056564 - HDP-CRT00056594 | Entire Document |
| Exhibit 32 to the Adelson Decl., HDP-CRT00030942-30944 | Entire Document |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Exhibit 33 to the Adelson Decl., Excerpts from the deposition of Dr. Kenneth G. Elzinga, taken on October 15, 2014 | Entire Document |

IT IS SO ORDERED.

Dated: _____            _____
                                     Hon. Samuel Conti
                                     United States District Judge