JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**<br><br>[Declaration of Cathleen H. Hartge and [Proposed] Order filed concurrently herewith]<br><br>Judge:  Honorable Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00am<br>Crtrm.:  1, 17th Floor |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | |

25577061.1                                                                                        3:07-md-05944-sc; MDL 1917

**DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**

1  Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d),
2  Defendant LG Electronics, Inc. ("LGE"), by and through its counsel, respectfully requests an
3  Order permitting it to file under seal LGE's Reply in Support of its Motion for Partial Summary
4  Judgment on Withdrawal Grounds and certain exhibits to the Declaration of Cathleen H. Hartge
5  filed concurrently with that Reply.
6  This motion is supported by the Declaration of Cathleen H. Hartge in Support of
7  Defendant LGE's Administrative Motion to File Under Seal.
8  Specifically, LGE requests authorization to file the following under seal:
9  1.  The highlighted portions of the sealed version of LGE's Reply in Support of its
10 Motion for Partial Summary Judgment on Withdrawal Grounds, filed concurrently herewith;
11 2.  Exhibits A and C to the Declaration of Cathleen H. Hartge in Support of LGE's
12 Reply in Support of its Motion for Partial Summary Judgment on Withdrawal Grounds, filed
13 concurrently herewith.
14 LGE requests that portions of the document and the entirety of exhibits listed above be
15 filed under seal because those are or contain discussion, analysis, or references to documents or
16 information that other parties to this litigation (the "Designating Parties") have designated
17 "CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306), as set forth in
18 paragraphs 5-7 of the Declaration of Cathleen H. Hartge in Support of LGE's Administrative
19 Motion to File Under Seal.
20 As permitted by Civil Local Rule 79-5(c), LGE has concurrently e-filed *under seal* an
21 unredacted version of the documents referenced above attached to this motion.
22 LGE takes no position on whether the designated documents satisfy the requirements for
23 sealing, and specifically reserve the right to challenge any "CONFIDENTIAL" designation under
24 the Stipulated Protective Order (Dkt. No. 306) as well as the sealability of these documents under
25 Civil Local Rule 79-5.  The Designating Parties must show good cause for sealing the documents
26 by submitting a declaration within four days after the filing of this Administrative Motion to Seal.
27 *See* Civil Local Rule 79-5(d), (e).
28

25577061.1                                                   -2-                          3:07-md-05944-sc; MDL 1917
**DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**

1   A proposed order granting this application is enclosed.

                          Respectfully submitted,

4   DATED: January 23, 2015    MUNGER, TOLLES & OLSON LLP

                          By:    /s/ Jerome C. Roth
                                 JEROME C. ROTH

                          Attorney for Defendant LG ELECTRONICS, INC.