1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 S. Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, California 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 *Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **DECLARATION OF CATHLEEN H. HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**<br><br>[Administrative Motion to Seal and [Proposed] Order filed concurrently herewith]<br><br>Judge:  Honorable Samuel Conti<br>Date:   February 6, 2015<br>Time:   10:00am<br>Crtrm.:  1, 17th Floor |

3:07-md-05944-sc; MDL 1917

**DECLARATION OF CATHLEEN H. HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**

I, Cathleen H. Hartge, hereby declare:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE"), in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Pursuant to Civil Local Rule 7-11 and 79-5, I make this declaration in support of the LGE's Administrative Motion to Seal.

3. LGE seeks permission to file under seal the highlighted portions of the sealed version of its Reply in Support of its Motion for Partial Summary Judgment on Withdrawal Grounds.

4. The portions of the document referenced in Paragraph 3 contain discussion, analysis, references to, or information taken directly from, material designated by Defendants Chunghwa and Philips in this matter as "CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306) in this case.

5. LGE further seeks permission to file under seal the following documents in their entirety:

   (a) Exhibit A of the Declaration of Cathleen H. Hartge in Support of LGE's Reply in Support of its Motion for Partial Summary Judgment on Withdrawal Grounds ("Hartge Declaration");

   (b) Exhibit C of the Hartge Declaration.

6. The document referenced in paragraph 5(a) has been designated "CONFIDENTIAL" by Chunghwa under the Stipulated Protective Order (Dkt. No. 306).

7. The document referenced in paragraph 5(b) is an excerpt of the transcript of a Philips witness designated "CONFIDENTIAL" by Philips under the Stipulated Protective Order (Dkt. No. 306).

//

//

8. LGE seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Local Rules. Because the information LGE seeks to submit under seal has been designated as Confidential by other parties, LGE is filing the accompanying Administrative Motion, and will be prepared to file unredacted versions of the above-referenced documents in the public record if required by Civil Local Rule 79-5(e).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on the 23rd day of January, 2015 in San Francisco, California.

/s/ *Cathleen H. Hartge*
CATHLEEN H. HARTGE