JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Related to: | **[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS** |
| DIRECT PURCHASER ACTIONS | |
| | [Administrative Motion to Seal and Declaration of Cathleen H. Hartge filed concurrently herewith] |
| | Judge:    Honorable Samuel Conti |
| | Date:     February 6, 2015 |
| | Time:     10:00am |
| | Crtrm.:   1, 17th Floor |

25579780.1

3:07-md-05944-sc; MDL 1917

**[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**

1         Defendant LG Electronics, Inc.'s Administrative Motion to File Under Seal came on for

2    hearing on _____.

3         Having read and considered all of the pleadings and documents filed in support of and in

4    opposition to the Motion, and having considered the arguments of counsel, the Court hereby

5    grants the Motion.

6         IT IS SO ORDERED.

7

8

9    Dated: _____

10                                         _____
     SAMUEL CONTI
11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**