1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, California 94105-2907
   Telephone:     (415) 512-4000
6  Facsimile:     (415) 512-4077

7  WILLIAM D. TEMKO (State Bar No. 98858)
   william.temko@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 S. Grand Avenue, Thirty-Fifth Floor
9  Los Angeles, California 90071-1560
   Telephone:     (213) 683-9100
10 Facsimile:     (213) 687-3702

11 *Attorneys for Defendant LG Electronics, Inc.*

                  UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
|---|---|
| | MDL No. 1917 |
| This Document Related to: DIRECT PURCHASER ACTIONS | **DECLARATION OF CATHLEEN H. HARTGE AND EXHIBITS IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS** |
| | **[Def. LGE's Reply ISO Motion for Partial Summary Judgment and Declaration of Duk Chul Ryu filed concurrently herewith]** |
| | Judge:   Honorable Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 a.m.<br>Crtrm.:  1, 17th Floor |

Master File No. 3:07-cv-05944-SC

**DECLARATION OF CATHLEEN H. HARTGE AND EXHIBITS IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**

I, Cathleen H. Hartge, hereby certify and state as follows:

I am an attorney licensed to practice law in the State of California. I am an associate in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE") in the above-entitled action. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below. I submit this declaration in support LGE's Reply In Support of its Motion for Partial Summary Judgment on Withdrawal Grounds.

1. Attached to this declaration as Exhibit A is a true and correct copy of a document produced in this case and Bates stamped as CHU00123358 and CHU00123358E (Chinese and Certified Translation English versions) dated March 21, 2004.

2. Attached to this declaration as Exhibit B is a true and correct copy of a document produced in this case and Bates stamped as LGE00065498 and LGE00065498E (Korean and Certified Translation English versions) dated September 29, 2006.

3. Attached to this declaration as Exhibit C is a true and correct copy of excerpts from the deposition of Frans Spaargaren deposed in this case on August 27, 2014.

4. Attached to this declaration as Exhibit D is a true and correct copy of the bankruptcy judgment for LG.Philips Displays Holding B.V. (Dutch and Certified Translation English versions).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on the 23rd day of January, 2015 in San Francisco, California.

              /s/ *Cathleen H. Hartge*
              CATHLEEN H. HARTGE