# EXHIBIT A
## CONFIDENTIAL-FILED UNDER SEAL

# EXHIBIT B

CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates Numbers from *LGE00065498E* to *LGE00065503E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability.  I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical and business documents.

January 19, 2015

_____

Nicole Lee
Certified Court Interpreter (Korean <> English)
State of California
Certification No. 300859

| From: | JEONG SUK LEE [suk@lge.com] |
|---|---|
| Sent: | Friday, September 29, 2006 9:33 AM |
| To: | Sales@cptm.com.my |
| Cc: | 'eAaE£; Richard Lim; jimmychen@cptm.com.my; swattal@lgindia.com; ARIN DIAN SETIADI; ¹0A0E,LE; ˙A.aAA.; %Eª±a; -xiO-xi0±6; ˝ƈ|µ; A.0Aa¹J; ·u'oA.,-r |
| Subject: | Re : RE: Fw : Re : RE: Re : LG Q4 Price |
| Attachments: | LGE Oct Quotation.pdf |
| | |
| Importance: | High |

Dear Mr. Chen, Mr. Yang
CC : Ms. Yong

We are very disappointed at your reply for increasement and AK offer price as well as break mutual rules which is quarterly price basis.
So far, I think that only CPTM asked us increase price, it is really too much different situation than other makers.
For AK price concern, CPTM told us the gab of AK and invar price is $4~$5.00 during quarterly meeting in Q1 2006 and Q2 2006.

In Q4,  CPTM offer AK price is only $2.0 difference compare with Invar, it is also unexpected reply.
As we know, some makers offer us even $7.0 gab between AK and Invar.
How come price gab has huge differences ($4.0~$5 ->$2.0) and the most expensive AK Tube among current LG vemdors ?

For Quarterly price, CPTM shouldn't ask us to break 5years business understanding each other.
Will CPTM want to negociate monthly base from Q4 2006 ?
Why dose indicate October shipment only in Q4 Quoation which haven't decided yet ?
LG people are disappointed at CPTM current action, it is difficult to go further discussion.
As CPTM wish, LG try to minimize allocation Qty and development and status of development.

14'      : Allocation Qty, inform u by monday .
21'F Ak  : No development consider in Q4.
29'F  Ak   : No development in Q4.
29'F invar : Try to minimize Qty.
    - October : 7K
    - November : After re-adjust Qty first ,let u know soon.
    - December : After re-adjust Qty first, let u know soon.

Best Regards,
SUK

Jeong Suk Lee (Lee Jeong Suk)
--------------------------------------------------------------
LG Electronics Inc (Singapore IPO)
Address  : 8 Temasek Boulevard,#26-02 Suntec Tower 3, S'pore 038988
Tel       65 6333 6093
Fax       65 6333 6110
H.P       65 9137 8071
E-amil  : suk@lge.com
MSN ID : fuhoyit@hotmail.com
--------------------------------------------------------------

---------- Original Message ----------

From : Sales@cptm.com.my
To : JEONG SUK LEE manager(suk)Cc  :  Jeong Ho Bae General Mgr.(bjhh),  Richard  Lim  LOCAL  EMPLOYEE(richardlim),

1

jimmychen@cptm.com.my
Date : 06/9/29  16:06:01
Subject : RE: Fw : Re : RE: Re : LG Q4 Price


From : Sales@cptm.com.my
Received : from lgenet.lge.com by lgenet.lge.com;  29 Sep 2006  16:06:02
Mailer : Internet Mail Service (5.5.2653.19)
MessageID : <286D8DA25AC5D7118C2200AOC9D005830D6AB3Cl@CPTM2>
MIMETrack : Itemize by SMTP Server on LGEKRHQMS33/LGE/LG  Group(Release 6.5.4FP2HF305 ₁ February  15, 2006) at
2006/09/29  16:06:00
MIME  Version : 1.0

Dear Suk,

We are sure you know very well how the tube price increase from the beginning of this year, and how the shortage happening, no matter in small or medium size, even much more in large size. In fact, the demand is good for such CRT-maker this year but we still facing big loss due to material cost up problem and insist to keep the price whole quarter, i.e. the operation between CPTM and LGE.

As we know, every CRT-Maker is increasing price since Q2. For 29"RF, It will become higher price in the coming quarter due to big impact from invar mask cost up. Meanwhile, under CEPT agreement, we are sure LGE has fully enjoyed the low import duty rate from using our tube. Therefore, we are confident that the price that we offer to you is the most supportive and competitive price.

We do  fully understand your situation, and we try our best to keep your price for whole quarter, even we have stress on facing material price up. Hereby, we attached Oct quotation for your reference.

Looking forward to your continuous support.

Thanks.



Rgds,

Yong Chaw Ping  楊超萍 [*written in Chinese*]    (Veronica)
ChungHwa Picture Tubes (M) Sdn Bhd
Sales & Marketing Division
Tel : +603 - 5891 7533
Fax: +603 - 5891 7997 *18*
email : sales@cptm.com.my
website : www.cptm.com.my


        -----Original Message-----
        **From:** JEONG SUK LEE [mailto:suk@lge.com]
        **Sent:** Friday, September 29, 2006 1:15 PM
        **To:** Sales Department
        Cc: ???; Richard Lim; Jimmy Chen - SAL
        **Subject:** Fw : Re : RE: Re : LG Q4 Price


        Dear Mr.  Jimmy chen,

        I haven't recieved CPTM final price yet.

        Jeong Suk Lee (Lee Jeong Suk)
        ----------------------------------------------------------------
        LG Electronics Inc (Singapore IPO)
        Address  : 8 Temasek Boulevard,#26-02 Suntec Tower 3, S'pore 038988

2

HIGHLY CONFIDENTIAL

Tel       65 6333 6093
Fax      65 6333 6110
H.P       65 9137 8071
E-amil  : suk@lge.com
MSN ID  : fuhoyit@hotmail.com


---------- Original Message ----------

From : SINGAPOREIPO Singapore IPO JEONG SUK LEE manager(suk@lge.com, 65-6-333-6093)
To : Sales@cptm.com.myCc :  Jeong Ho Bae General Mgr.(bjhh),  Richard Lim  LOCAL
EMPLOYEE(richardlim),
jimmychen@cptm.com.my, Byung Ghi Ahn General Mgr.(abg),  Choon Taek Kang Sr. Mgr.(kang),  Jin Hoon Park
Sr. Mgr.(38143),  SWattal@lgindia.com, ARIN DIAN SETIADI supervisor(arin)
Date : 06/9/26 19:12:08
Subject : Re : RE: Re : LG Q4 Price


Hi,Ms Yong,

How are you ?

For your information, LG TV price is down 6~8% for all inches, should I reflect your CRT tube negociation ?
For LG quarterly meeting, it is mutal understanding Q price keep in quarterly, not change it every month.
What for do LG and CPTM have a meeting in quarterly if the price were reflected material cost changes every
month?

We already explained our situation and current other makers offering LG in Q4.
I think all makers are same situation, but why CPTM only asking us price up ? Is it any reason ?

If CPTM think LG as business partner, CPTM shouldn't ask us increase price in Q4.
At least, CPTM can offer a little bit favor price than Q3.

For 21'F, it should be same as 29'F, could you please consider it again ?
It is begining stage of development, how can be starting to develop it with higher than current price ?
At least, it should be same as current price.

For 14', IL wanna keep relationship with CPTM, so keep it some Qty in September even having huge stocks.
However, the price gab is too big, it will be more difficult to keep it continously. could you please consider it again ?

Hope you won't make us disappointed it again. Look forward to hearing your reply by thursday.

Thanks.


Jeong Suk Lee (Lee Jeong Suk)
--------------------------------------------------------------
LG Electronics Inc (Singapore IPO)
Address  : 8 Temasek Boulevard,#26-02 Suntec Tower 3, S'pore 038988
Tel       65 6333 6093
Fax      65 6333 6110
H.P       65 9137 8071
E-amil  : suk@lge.com
MSN ID  : fuhoyit@hotmail.com
--------------------------------------------------------------------

3

---------- Original Message ----------

From : Sales@cptm.com.my
To : JEONG SUK LEE manager(suk)Cc :  Jeong Ho Bae General Mgr.(bjhh), Richard Lim LOCAL
EMPLOYEE(richardlim), jimmychen@cptm.com.my,   Byung Ghi Ahn General Mgr.(abg),  Choon Taek Kang Sr.
Mgr.(kang),  Jin Hoon Park Sr. Mgr.(38143),  SWattal@lgindia.com,  ARIN DIAN SETIADI supervisor(arin)
Date : 06/9/26  11:50:26
Subject : RE: Re : LG Q4 Price


From : Sales@cptm.com.my
Received : from lgenet.lge.com by lgenet.lge.com; 26 Sep 2006  11:50:26
Mailer : Internet Mail Service (5.5.2653.19)
MessageID : <286D8DA25AC5D7118C2200AOC9D005830D6AB22CF@CPTM2>
MIMETrack : Itemize by  SMTP Server on LGEKRHQMS33/LGE/LG  Group(Release 6.5.4FP2HF305  ı February 15,
2006) at 2006/09/26  11:50:24
MIME  Version : 1.0

Dear Suk,
Sorry for the late reply.
For your information, WW mask maker had informed that, price for 29"RF Invar Mask will increase $3 from Oct
onward. To reflect the cost, our management had instructed at least $3 price increase in Oct, and maybe another
$2 more increases in Nov.
We are sure you know very well that, in mask industry, it is always oligopoly. In fact, our mask supplier
already informed, "no price increase, no capacity provide".
However, to show our support to LG group, our management had agreed that price for Oct will keep as
what we agreed in the quarterly meeting. We hereby confirm your Oct price - 29"RF (CIF India/Vietnam):
$71.5    (CIF Thailand/Indonesia): $69.5. For Nov and Dec, price will be review in Oct. Meanwhile, for
14" and 21"RF, we will keep the price for whole quarter: 14" - CIF$17.8 (India) 21"RF - CIF$33 (Thailand).
We understand your situation, but please also understand our difficulties. You can see that market is still
very good and no wonder we are full running in 04. Regardless, we had tried very best to reserve the
capacity for you in 04. Meanwhile, we need your Oct PO confirmation within this week, and pls. provide
your monthly forecast immediately for better material/capacity arrangement.
Looking forward to your prompt attention. Thanks.

Rgds,

Yong Chaw Ping 楊超萍 [written in Chinese]

(Veronica)
ChungHwa Picture Tubes (M) Sdn Bhd
Sales & Marketing  Division
Tel : +603 - 5891 7533
Fax: +603 - 5891 7997 /8
email : sales@cptm.com.my
website : www.cptm.com.my


        -----Original Message-----
        **From:** JEONG SUK LEE [mailto:suk@lge.com]
        **Sent:** Thursday, September 21, 2006 9:23 PM
        **To:** Sales Department
        Cc: ???; Richard Lim; Jimmy Chen - SAL; ???; ???; ???; SWattal@lgindia.com; ARIN
        DIAN SETIADI
        **Subject:** Re : LG Q4 Price

        Dear Mr. Jimmy, Ms Veronica,

        It was our happiness to see you in LGETH in 19/September. You could see LGETH factory and
        our LG people in one place

4

However, we were very much shocked CPTM increas price in Q4 for all inches.
Somehow, the situation shouldn't be increase price, it should be decreased,  the reason why

First of all, you know very well, LG already changed to all AK(29'F) completely from October.
      => CPTM already lost competivness,  have to consider the competiveness against AK.

Secondly, Competitor don't ask any price increasement even raw material increased, try to offer better than Q3.
      Market trend is not increasement.
      => Consider about next quarter business and  faster compeletion development for AK.

Thirdly, TV Market price keep on reducing more than 2% every month.
      => CPTM proivide **favorable** price to LG for staying longer in CRT TV market, otherwise LG won't survive long.

Fourthly, Try to connect other inch like 21'F AK which is main inch in SE asia market.
      => This is Business expansion for other inch with LG. Should be price competitivness than others
        if you wanna penatrate into new.

At Last, LG will keep Business partner with CPTM till CRT TV disappear.
      => Business is Win- Win game and partnership for keeping good position by important vendors with competitive price.

We always appereciate CPTM support LG so far, we also did our best to keep business with CPTM.
I think CPTM won't disappointed at our hope in Q4 price. Pls consider Q4 price again  and Looking forward to hearing your favorable price by 25/Sep.


Best Regards.

Jeong Suk Lee (Lee Jeong Suk)

LG Electronics Inc (Singapore IPO)
Address  : 8 Temasek Boulevard,#26-02  Suntec Tower 3, S'pore 038988
Tel      65 6333 6093
Fax     65 6333 6110
H.P     65 9137 8071
E-amil  : suk@lge.com
MSN ID  : fuhoyit@hotmail.com

---------- Original Message ----------

From : Sales@cptm.com.my
To :  Jeong Ho Bae Gen. Mgr. (bjhh),  JEONG  SUK  LEE  manager(suk)
Cc : Richard Lim LOCAL EMPLOYEE(richardlim),  jimmychen@cptm.com.my
Date : 06/9/21 15:05:55
Subject : LG Q4 Price


From : Sales@cptm.com.my
Received : from lgenet.lge.com by lgenet.lge.com; 21 Sep 2006 15:05:56
Mailer : Internet Mail Service (5.5.2653.19)
MessageID : <286D8DA25AC5D7118C2200AOC9D005830C60A537@CPTM2>
MIMETrack : Itemize by SMTP Server on LGEKRMHUB02/LGE/LG  Group(Release

HIGHLY CONFIDENTIAL

6.5.4FP2HF305 ╵February  15, 2006) at 2006/09/21 15:05:54
MIME_Version : 1.0


Dear Mr. Beh, Suk,
Good day to you.
As per our Q4 meeting, pls. accept our best offer as
below: 14"  - $17.8CIF (India)
29"RF - $69.5CIF (Indonesia/Thailand)
        - $71.5CIF (Vietnam/India)
21"RF - $33.5-->33CIF (Thailand)
29"RF Q4 quantity will be 25-30K, and trying to go to 40K in the quarter. For Oct, as
what we mentioned, due to festival celebration and plant shut down, the arrangement will
be as below: Vietnam - 1K    Indonesia - 2K    Thailand - 2K.
Meanwhile, we had proposed your 21"RF development project to our management
people, tried to find out a better price for you. Finally, our management had agreed to
offer you $33 CIF for your Thailand plant.
Please kindly advice us the PO status so that we could start to prepare the material for
production. Looking forward your prompt feedback. Thanks.


Rgds,
Yong Chaw Ping    楊超萍 [*written in Chinese*] (Veronica)
ChungHwa Picture Tubes (M) Sdn Bhd
Sales & Marketing Division
Tel : +603 - 5891 7533
Fax: +603 - 5891 7997 */8*
email  : sales@cptm.com.my
website  : www.cptm.com.my

6

   LGE00065503 E

| From: | JEONG SUK LEE [suk@lge.com] |
|---|---|
| Sent: | Friday, September 29, 2006 9:33 AM |
| To: | Sales@cptm.com.my |
| Cc: | ¹èÁ¤È£; Richard Lim; jimmychen@cptm.com.my; swattal@lgindia.com; ARIN DIAN SETIADI; ¹ÚøÈÆ; °ÁáÅÃ; ¾È°¹±å; ¼Ü¼ø±Ò; °´ë¿µ; ÂÖÄ¤¹Ì; ·ù´öÃ¶ |
| Subject: | Re : RE: Fw : Re : RE: Re : LG Q4 Price |
| Attachments: | LGE Oct Quotation.pdf |
| Importance: | High |

Dear Mr. Chen, Mr. Yang
CC : Ms. Yong

We are very disappointed at your reply for increasement and AK offer price as well as break mutual rules which is quarterly price basis.
So far, I think that only CPTM asked us increase price, it is really too much different situation than other makers.
For AK price concern, CPTM told us the gab of AK and invar  price is $4~$5.00 during quarterly meeting in Q1 2006 and Q2 2006.

In Q4,  CPTM offer AK price is only $2.0 difference compare with Invar, it is also unexpected reply.
As we know, some makers offer us even $7.0 gab between AK and Invar.
How come price gab has huge differences ($4.0~$5 ->$2.0) and the most expensive AK Tube among current LG verndors ?

For Quarterly price, CPTM shouldn't ask us to break 5years business understanding each other.
Will CPTM want to negociate monthly base from Q4 2006 ?
Why dose indicate October shipment only in Q4 Quoation which haven't decided yet ?
LG people are disappointed at CPTM current action, it is difficult to go further discussion.
As CPTM wish, LG try to minimise allocation Qty and development and status of development.

14`     : Allocation Qty, inform u by monday .
21`F Ak    : No develpoment consider in Q4.
29`F Ak    : No development in Q4.
29`F invar : Try to minimise Qty.
            - October : 7K
            - November : After re-adjust Qty first ,let u know soon.
            - December : After re-adjust Qty first, let u know soon.

Best Regards,
SUK

이 정 숙 (Lee Jeong Suk)
------------------------------------------------------------
LG Electronics Inc (Singapore IPO)
Address  : 8 Temasek Boulevard,#26-02 Suntec Tower 3, S'pore 038988
Tel      : 65 6333 6093
Fax      : 65 6333 6110
H.P      : 65 9137 8071
E-amil   : suk@lge.com
MSN ID  : fuhoyit@hotmail.com
------------------------------------------------------------


---------- Original Message ----------

From : Sales@cptm.com.my
To : JEONG SUK LEE manager(suk)Cc : 배정호 부장(bjhh), Richard Lim LOCAL EMPLOYEE(richardlim),

1

LGE00065498

jimmychen@cptm.com.my
Date : 06/9/29 16:06:01
Subject : RE: Fw : Re : RE: Re : LG Q4 Price


From : Sales@cptm.com.my
Received : from lgenet.lge.com by lgenet.lge.com; 29 Sep 2006 16:06:02
Mailer : Internet Mail Service (5.5.2653.19)
MessageID : <286D8DA25AC5D7118C2200A0C9D005830D6AB3C1@CPTM2>
MIMETrack : Itemize by SMTP Server on LGEKRHQMS33/LGE/LG Group(Release 6.5.4FP2HF305 | February 15, 2006) at
2006/09/29 16:06:00
MIME_Version : 1.0

Dear Suk,

We are sure you know very well how the tube price increase from the beginning of this year, and how the shortage happening, no matter in
small or medium size, even much more  in large size. In fact, the demand is good for such CRT-maker this year but we still facing big loss
due to material cost up problem and insist to keep the price whole quarter, i.e. the operation between CPTM and LGE.

As we know, every CRT-Maker is increasing price since Q2. For 29"RF, It will become higher price in the coming quarter due to big impact
from invar mask cost up. Meanwhile, under CEPT agreement, we are sure LGE has fully enjoyed the low import duty rate from using our
tube. Therefore, we are confident that the price that we offer to you is the most supportive and competitive price.

We do  fully understand your situation, and we try our best to keep your price for whole quarter, even we have stress on facing material price
up. Hereby, we attached Oct quotation for your reference.

Looking forward to your continuous support.

Thanks.



Rgds,

Yong Chaw Ping    楊超萍  (Veronica)
ChungHwa Picture Tubes (M) Sdn Bhd
Sales & Marketing Division
Tel : +603 - 5891 7533
Fax: +603 - 5891 7997 /8
email : sales@cptm.com.my
website : www.cptm.com.my



          -----Original Message-----
          **From:** JEONG SUK LEE [mailto:suk@lge.com]
          **Sent:** Friday, September 29, 2006 1:15 PM
          **To:** Sales Department
          **Cc:** ???; Richard Lim; Jimmy Chen - SAL
          **Subject:** Fw : Re : RE: Re : LG Q4 Price

          Dear Mr.  Jimmy chen,

          I haven't recieved CPTM final price yet.

          이 정 숙 (Lee Jeong Suk)
          ------------------------------------------------------------
          LG Electronics Inc (Singapore IPO)
          Address  : 8 Temasek Boulevard,#26-02 Suntec Tower 3, S'pore 038988

2

HIGHLY CONFIDENTIAL                                                                              LGE00065499

Tel    : 65 6333 6093
Fax    : 65 6333 6110
H.P    : 65 9137 8071
E-amil : suk@lge.com
MSN ID : fuhoyit@hotmail.com
-------------------------------------------------------------


---------- Original Message ----------

From : SINGAPOREIPO Singapore IPO JEONG SUK LEE manager(suk@lge.com, 65-6-333-6093)
To : Sales@cptm.com.myCc : 배성호 부장(bjhh), Richard Lim LOCAL EMPLOYEE(richardlim),
jimmychen@cptm.com.my, 안병기 부장(abg), 강춘택 차장(kang), 박진훈 차장(38143), SWattal@lgindia.com,
ARIN DIAN SETIADI supervisor(arin)
Date : 06/9/26 19:12:08
Subject : Re : RE: Re : LG Q4 Price


Hi, Ms Yong,

How are you ?

For your information, LG TV price is down 6~8% for all inches, should I reflect your CRT tube negociation ?
For LG quarterly meeting, it is mutal understanding Q price keep in quarterly, not change it every month.
What for do LG and CPTM have a meeting in quarterly if the price were reflected material cost changes every
month?

We already explained our situation and current other makers offering LG in Q4.
I think all makers are same situation, but why CPTM only asking us price up ? Is it any reason ?

If CPTM think LG as business partner, CPTM shouldn't ask us increase price in Q4.
At least, CPTM can offer a little bit favor price than Q3.

For 21`F, it should be same as 29`F, could you please consider it again ?
It is begining stage of development, how can be starting to develop it with higher than current price ?
At least, it should be same as current price.

For 14`, IL wanna keep relationship with CPTM, so keep it some Qty in September even having huge stocks.
However, the price gab is too big, it will be more difficult to keep it continously. could you please consider it again ?

Hope you won't make us disappointed it again. Look forward to hearing your reply by thursday.

Thanks.


이 정 숙 (Lee Jeong Suk)
-------------------------------------------------------------
LG Electronics Inc (Singapore IPO)
Address  : 8 Temasek Boulevard,#26-02 Suntec Tower 3, S'pore 038988
Tel    : 65 6333 6093
Fax    : 65 6333 6110
H.P    : 65 9137 8071
E-amil : suk@lge.com
MSN ID : fuhoyit@hotmail.com
-------------------------------------------------------------

3

HIGHLY CONFIDENTIAL

LGE00065500

---------- Original Message ----------

From : Sales@cptm.com.my
To : JEONG SUK LEE manager(suk)Cc : 배정호 부장(bjhh), Richard Lim LOCAL EMPLOYEE(richardlim),
jimmychen@cptm.com.my, 안병기 부장(abg), 강춘택 차장(kang), 박진훈 차장(38143), SWattal@lgindia.com,
ARIN DIAN SETIADI supervisor(arin)
Date : 06/9/26 11:50:26
Subject : RE: Re : LG Q4 Price


From : Sales@cptm.com.my
Received : from lgenet.lge.com by lgenet.lge.com; 26 Sep 2006 11:50:26
Mailer : Internet Mail Service (5.5.2653.19)
MessageID : <286D8DA25AC5D7118C2200A0C9D005830D6AB2CF@CPTM2>
MIMETrack : Itemize by SMTP Server on LGEKRHQMS33/LGE/LG Group(Release 6.5.4FP2HF305 | February
15, 2006) at 2006/09/26 11:50:24
MIME_Version : 1.0

Dear Suk,
Sorry for the late reply.
For your information, WW mask maker had informed that, price for 29"RF Invar Mask will increase $3 from Oct
onward. To reflect the cost, our management had instructed at least $3 price increase in Oct, and maybe another
$2 more increases in Nov.
We are sure you know very well that, in mask industry, it is always oligopoly. In fact, our mask supplier
already informed, "no price increase, no capacity provide".
However, to show our support to LG group, our management had agreed that price for Oct will keep as
what we agreed in the quarterly meeting. We hereby confirm your Oct price - 29"RF (CIF India/Vietnam):
$71.5    (CIF Thailand/Indonesia): $69.5. For Nov and Dec, price will be review in Oct. Meanwhile, for 14"
and 21"RF, we will keep the price for whole quarter: 14" - CIF$17.8 ( India)    21"RF - CIF$33 (Thailand).
We understand your situation, but please also understand our difficulties. You can see that market is still
very good and no wonder we are full running in Q4. Regardless, we had tried very best to reserve the
capacity for you in Q4. Meanwhile, we need your Oct PO confirmation within this week, and pls. provide
your monthly forecast immediately for better material/capacity arrangement.
Looking forward to your prompt attention. Thanks.

Rgds,
Yong Chaw Ping   楊超萍   (Veronica)
ChungHwa Picture Tubes (M) Sdn Bhd
Sales & Marketing Division
Tel : +603 - 5891 7533
Fax: +603 - 5891 7997 /8
email : sales@cptm.com.my
website : www.cptm.com.my


-----Original Message-----
**From:** JEONG SUK LEE [mailto:suk@lge.com]
**Sent:** Thursday, September 21, 2006 9:23 PM
**To:** Sales Department
**Cc:** ???; Richard Lim; Jimmy Chen - SAL; ???; ???; ???; SWattal@lgindia.com; ARIN
DIAN SETIADI
**Subject:** Re : LG Q4 Price

Dear Mr. Jimmy, Ms Veronica,

It was our happiness to see you in LGETH in 19/September. You could see LGETH factory and
our LG people in one place

4

                                                                      LGE00065501

However, we were very much shocked CPTM increas price in Q4 for all inches.
Somehow, the situation shouldn't be increase price, it should be decreased,  the reason why

First of all, you know very well, LG already changed to all AK(29`F) completely from October.
       => CPTM already lost competivness,  have to consider the competiveness against AK.

Secondly, Competitor don't ask any price increasement even raw material increased, try to offer
better than Q3.
       Market trend is not increasement.
       => Consider about next quarter business and  faster compeletion development for AK.

Thirdly, TV Market price keep on reducing more than 2% every month.
       => CPTM proivide **favorable** price to LG for staying longer in CRT TV market,
otherwise LG won't survive long.

Fourthly, Try to connect other inch like 21`F AK which is main inch in SE asia market.
       => This is Business expansion for other inch with LG. Should be price competitivness
than others
        if you wanna penatrate into new.

At Last, LG will keep Business partner with CPTM till CRT TV disappear.
       => Business is Win- Win game and partnership for keeping good position by important
vendors with competitive price.

We always appereciate CPTM support LG so far, we also did our best to keep business with
CPTM.
I think CPTM won't disappointed at our hope in Q4 price. Pls consider Q4 price again  and
Looking forward to hearing your favorable price by 25/Sep.


Best Regards.

이 정 숙 (Lee Jeong Suk)
---------------------------------------------------------
LG Electronics Inc (Singapore IPO)
Address  : 8 Temasek Boulevard,#26-02 Suntec Tower 3, S'pore 038988
Tel    : 65 6333 6093
Fax    : 65 6333 6110
H.P    : 65 9137 8071
E-amil  : suk@lge.com
MSN ID  : fuhoyit@hotmail.com
---------------------------------------------------------


---------- Original Message ----------

From : Sales@cptm.com.my
To : 배정호 부장(bjhh), JEONG SUK LEE manager(suk)
Cc : Richard Lim LOCAL EMPLOYEE(richardlim), jimmychen@cptm.com.my
Date : 06/9/21 15:05:55
Subject : LG Q4 Price


From : Sales@cptm.com.my
Received : from lgenet.lge.com by lgenet.lge.com; 21 Sep 2006 15:05:56
Mailer : Internet Mail Service (5.5.2653.19)
MessageID : <286D8DA25AC5D7118C2200A0C9D005830C60A537@CPTM2>
MIMETrack : Itemize by SMTP Server on LGEKRMHUB02/LGE/LG Group(Release

5

LGE00065502

6.5.4FP2HF305 | February 15, 2006) at 2006/09/21 15:05:54
MIME_Version : 1.0

Dear Mr. Beh, Suk,
Good day to you.
As per our Q4 meeting, pls. accept our best offer as below:
14"    - $17.8CIF (India)
29"RF - $69.5CIF (Indonesia/Thailand)
      - $71.5CIF (Vietnam/India)
21"RF - $33.5-->33CIF (Thailand)
29"RF Q4 quantity will be 25~30K, and trying to go to 40K in the quarter. For Oct, as
what we mentioned, due to festival celebration and plant shut down, the arrangement will
be as below: Vietnam - 1K    Indonesia - 2K    Thailand - 2K.
Meanwhile, we had proposed your 21"RF development project to our management
people, tried to find out a better price for you. Finally, our management had agreed to
offer you $33 CIF for your Thailand plant.
Please kindly advice us the PO status so that we could start to prepare the material for
production. Looking forward your prompt feedback. Thanks.

Rgds,
Yong Chaw Ping    楊超萍    (Veronica)
ChungHwa Picture Tubes (M) Sdn Bhd
Sales & Marketing Division
Tel : +603 - 5891 7533
Fax: +603 - 5891 7997 /8
email : sales@cptm.com.my
website : www.cptm.com.my

HIGHLY CONFIDENTIAL                                                                    LGE00065503

# EXHIBIT C
# CONFIDENTIAL-FILED UNDER SEAL

# EXHIBIT D


TRANSPERFECT

## CERTIFICATE OF TRANSLATION

City of New York, State of New York, County of New York

I, Bret Newman (Project Manager, TransPerfect Translations International, Inc.) hereby certify that the following document is, to the best of my knowledge and belief, true and accurate translation completed under TransPerfect's ISO 9001:2008-certified Quality Management process.

NAME OF DOCUMENT:
*LG Philips Displays Holding B V*

LANGUAGE:
*Dutch into English*

Bret Newman
Project Manager
TransPerfect Translations International, Inc.

Sworn to before me this

20th day of January, 2015

Signature, Notary Public

LEAH RAE TALLMAN
Notary Public - State of New York
No. 01TA6295072
Qualified in New York County
Commission Expires Dec 31

Stamp, Notary Public

[Illegible] [stamp:] 2005 [initials]

# Judgment

**COURT OF 's-HERTOGENBOSCH**

Civil Rights Sector

Petition number: 137743/FT-RK 06.140
Bankruptcy number: 06/74 F

**Judgment bankruptcy declaration with withdrawal of moratorium**

Decision by the Court of 's-Hertogenbosch on the petition submitted on January 30, 3006 by solicitor mr. A.A.M. Deterink, administrator in the moratorium below, concerning the withdrawal of the moratorium under simultaneous declaration of bankruptcy.

**Preamble:**

By decision of this Court of January 27, 2006, temporary moratorium is granted to:

the private company with limited liability
L.G. PHILIPS DISPLAYS HOLDING B.V.,
with its registered office and place of business in 5651 CA Eindhoven, Zwaanstraat 2 a, registered with the Chamber of Commerce in Eindhoven under number 17134006,

with the appointment of mr. F.H.E. Boerma, judge of this Court, as magistrate and mr. A.A.M. Deterink, attorney and solicitor in Eindhoven, as administrator.

The Court has been informed of the list containing the income and debts of the estate.

Now that the director of the company, P. Verhagen, has co-signed the abovementioned request, he was not called to be heard at the request.

**Evaluation:**

The Court is of the opinion that the list of the estate is such that the maintenance of the moratorium is no longer desirable, and that it is not expected that in time the debtor will be able to pay its creditors.

Furthermore, facts and circumstances were observed which show that the debtor is in a situation where it has stopped making payments. Considering paragraph 1 preamble and under 5, as well as paragraph 4 of article 242 of the Bankruptcy Act, this gives rise to the Court to issue the following decision.

**UBZ**

Considering article 3(1) of Ordinance 1346/2000 of the Council of the European Union concerning insolvency procedures (hereafter IVO), the Court is authorized to initiate this insolvency procedure now that the center of the main interests of applicant is located in the Netherlands.

**Decision:**

Revokes the moratorium that was granted to LG.PHILIPS DISPLAYS HOLDING B.V., and declares it to be bankrupt.

Appoints mr. F.H.E. Boerma, judge of this Court, as magistrate and mr. A.A.M. Deterink, attorney and solicitor in Eindhoven, as trustee.

Orders the trustee to open letters and telegrams that are addressed to the bankrupt party.

Orders the clerk of this Court to immediately publish this decision in the Dutch Official Gazette.

Understands that the Netherlands is the Member State within the meaning of article 4 IVO where the insolvency procedure was initiated.

This decision was issued by mr. W. Schoorlemmer, judge, and handed down by him at the public hearing of the aforementioned Court today, January 30, 2006 at 1:37pm, in the presence of the clerk.

[signature]                                                                [signature]


[signature]
[SEAL: illegible]



# vonnis

## RECHTBANK 's-HERTOGENBOSCH

Sector civiel recht

Rekestnummer: 137743/FT-RK  06.140
Faillissementsnummer: 06/74 F

### Vonnis faillietverklaring met intrekking surseance van betaling

Beslissing van de rechtbank 's-Hertogenbosch op het d.d. 30 januari 2006 door de procureur mr. A.A.M. Deterink, bewindvoerder in na te melden surseance van betaling, ingediende verzoekschrift strekkende tot intrekking van de surseance van betaling onder gelijktijdige faillietverklaring.

### Inleiding:

Bij beschikking van deze rechtbank van 27 januari 2006, is voorlopig surseance van betaling verleend aan:

de besloten vennootschap met beperkte aansprakelijkheid
LG.PHILIPS DISPLAYS HOLDING B.V.,
statutair gevestigd en kantoorhoudende te 5651 CA Eindhoven, Zwaanstraat 2 a,
ingeschreven bij de Kamer van Koophandel te Eindhoven onder nummer 17134006,

met benoeming van mr. F.H.E. Boerma, rechter in deze rechtbank, tot rechter-commissaris en mr. A.A.M. Deterink, advocaat en procureur te Eindhoven, tot bewindvoerder.

De rechtbank heeft kennis genomen van de staat inhoudende de baten en de schulden van de boedel.

Nu de bestuurder van de vennootschap, P. Verhagen, voormeld verzoek van de bewindvoerder mede heeft ondertekend, is hij niet opgeroepen om op het verzoek te worden gehoord.

### Beoordeling:

De rechtbank is van oordeel dat de staat van de boedel zodanig is gebleken dat handhaving van de surseance van betaling niet langer wenselijk is en dat het vooruitzicht dat de schuldenaar na verloop van tijd zijn schuldeisers tevreden zal kunnen stellen niet bestaat.

Voorts is gebleken van feiten en omstandigheden die aantonen dat de schuldenaar verkeert in de toestand van te hebben opgehouden te betalen. Dit geeft de rechtbank, gelet op lid 1 aanhef en onder 5 alsmede lid 4 van artikel 242 van de Faillissementswet, aanleiding tot het geven van de navolgende beslissing.

Zaaknummer: **137743/FT-RK 06.140**        blad 2

De rechtbank is gelet op het bepaalde in artikel 3 lid 1 van de Verordening 1346/2000 van de Raad van de Europese Unie betreffende insolventie procedures (hierna IVO) bevoegd deze insolventieprocedure te openen nu het centrum van de voornaamste belangen van verzoekster in Nederland ligt.

**Beslissing:**

Trekt in de op 27 januari 2006 aan LG.PHILIPS DISPLAYS HOLDING B.V. verleende surseance van betaling en verklaart haar in staat van faillissement.

Benoemt tot rechter-commissaris mr. F.H.E. Boerma, rechter in deze rechtbank, en tot curator mr. A.A.M. Deterink, advocaat en procureur te Eindhoven.

Gelast de curator om de aan gefailleerde gerichte brieven en telegrammen te openen.

Beveelt dat door de griffier van deze rechtbank onverwijld aankondiging zal worden gedaan van deze beschikking in de Nederlandse Staatscourant.

Verstaat dat Nederland de lidstaat in de zin van artikel 4 IVO is waar de insolventieprocedure is geopend.

Deze beslissing is gegeven door mr. W. Schoorlemmer, rechter, en door hem uitgesproken ter openbare terechtzitting van de rechtbank voornoemd van heden 30 januari 2006 te 13:37 uur, in tegenwoordigheid van de griffier.

UBZ