# EXHIBIT 1

## CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates Numbers from *LGE00070864E* to *LGE00070867E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability.  I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical and business documents.

January 19, 2015

_____

Nicole Lee
Certified Court Interpreter (Korean <> English)
State of California
Certification No. 300859

| | |
|---|---|
| *From:* | *[illegible-corrupted font] <dcryu@lge.com>* |
| *Sent:* | *Tuesday, January 25, 2005 2:55 PM* |
| *To:* | *[illegible-corrupted font]* |
| *Cc:* | *[illegible-corrupted font]* |
| *Subject:* | *FW: SDI [illegible-corrupted font](SDI CDT [illegible-corrupted font])* |
| | |
| *Importance:* | *High* |

To: *NT* Procurement Group
From: Deok-cheol Ryu, Manager at Strategic Procurement Group

1. Please review the 17" *FCDT* offer price of $49.5 for *SDI* (500*cd/85khz*) as follows.
   Currently, it is being applied for the Chinese domestic bound only, and it maybe
   further considered for other models such as *CIS (70/85KHZ)*,
   we are experiencing great difficulties in further lowering the price.
   Please give us your opinion at *NT*. (within today, 26th)

2. Dear Manager Young-taek Lee,
   Please go with $49.5 for the *SDI 500cd*.
   Since the *SDI* is saying that the market price is a reduced price compared to *4Q* of '04,
   Please negotiate with *SDI* using below price

Fyi, *DI* has decided to go ahead with 19" *FCDT P-P*

 -----*Original Message*-----
 *From:* Deok-cheol Ryu*[mailto:dcryu@lge.com]*
 *Sent: Tuesday, January 25, 2005 4:37 PM*
 To: Geun-jik Park
 *Cc:* Dong-woo Ryu; Ho-geon Hwang
 *Subject: SDI* meeting report *(SDI CDT* sales team*)*
 *Importance: High*

 Dear Group leader,

 Here is a report on the meeting result with *SDI CDT* Sales Team.

 1. Date: 1/25(Tue) 11:00~12:00]

 2. Location: Fast 3 conference room

 3. Attendees
 - *SDI* : Senior Manager Eui-seop Cho, Associate Ji-woon Jung (*CDT* Sales Team)
 - *LGE*: General Manager Geun-jik Park, drafter, Associate Dong-woo Ryu (Strategic Procurement Group)

 4. Main discussions
   (1) 17"*FCDT*

1

                                                      LGE00070864 E

1) Current *Biz* status

- Currently supplying *LGENT 500cd 85khz*  1.0K/month (*From SDI* Korea)

- Currently, the development of model has been completed for Chinese domestic market only; *SDI* is requesting to *Volume-up* with *Brand* models for other regions.

2) Price status

- *LPD(Q1)* : $ 47.0 (Based on *ITC* arrival price)

- Current supply price for *SDI* : $ 51.5 (Based on *ITC* arrival price)

- Regarding 1), in order to adopt *SDI*'s *CDT*, current prices need to go *Down*, specially in the case of *NT*, it is experiencing difficulties due to the *CIS* selling price reduction; in case *SDI CDT* is used, additional profit loss will occur because their price is higher than *LPD* that it needs to be able to *Meet* the *LPD* price for volume increase.

☞ *SDI*'s presented price : $ 49.5

: Overall trend of industry for *Q1 is* [price] reduction of $1.5~2 compared to December '04; it is quite difficult to manage prices considering factors such as *LPD/SEC*, etc.

3) Discussed items

- Will discuss with *NT* about going with *SDI*; *SDI* also requested to present 2nd price by 1/26

4) The drafter's opinion

- Currently, *SDI* 17"*FCDT 85KHZ* model is being supplied by *SDI* Korea; even if the volume for *NT* goes *UP*, there is no logistical advantages because the plan is to produce them at *SDI* Tianjin

- It looks like the immediate adoption to *NT* seems unlikely due to the *Gap* between the *LPD* price and *SDI*'s offered price, but *Push* to reduce the *Gap* will continue.


(2) 19"*FCDT*

   1) Current *Biz* status

     - *LGENT E/S* has been completed; price negotiation for *LGEDI P-P* (40 units) is underway

   2) Price status

     - *LPD(Q1)* : $ 68.0 (Based on *Semi-ITC* arrival price)

     - *SDI*'s presented price: $ 70.0 (Based on *ITC* arrival price)

   3) The drafter's opinion

     - Compared to *LPD* price, there is $1.0 difference based on *ITC*, but price needs to be renegotiated at the time of *M-P*, after proceeding with *P-P* first.

(3) Procurement Team Leaders' introductory meeting (VP Sang-kyu Park, *SDI CDT* Sales Team)

     - When the schedule is coordinated with *SDI CPT* Sales, same date is preferred.

(4) Other

     - *SDI* Sales is asking such teams as *SDI* Development to develop *Slim CDT* by the end of '05.

(5) Post meeting opinion

     - [I] was able to sense that *SDI* is strongly hoping to expand the *BIZ* with *LGE*,

     - *LGE* also needs to pull in *SDI* as the 2nd, but it is quite difficult to *Biz start* due to the price *Gap* with *LPD*.

     - *SDI* pitched the possibility of *Meet*ing the price by means of *A/S*, etc. once the volume goes *UP*, after [we] first go ahead with it.

     - We plan to have a discussion with *LGENT/LGEDI* procurement about price negotiation issues regarding

HIGHLY CONFIDENTIAL                                                      LGE00070865 E

*17"FCDT/19"FCDT SDI.*

Report is hereby submitted.

_____

*From:* Ji-woon Jung *[mailto:charlie76.jung@samsung.com]*
*Sent: Friday, January 21, 2005 8:40 PM*
*To:* Eui-seop Cho*; dcryu@lge.com; Sang-min Chi; Joon-yeol Yoon;  In-seop Im*
*Subject: ISSUE items and requests regarding the visit to SDI LG Gumi*
*Importance: High*

To: Deok-cheol Ryu, Manager, *LG* Electronics Procurement Group

From: Ji-woon Jung, Associate, *SDI CDT* Sales Team

How are you? This is Ji-woon Jung at *SDI CDT* Sales Team.

Regarding *SDI CDT* Sales Team's visit to *LG* Gumi next week and the *ISSUES* to discuss,

[I] would like to share the confirmed items below for your reference.

- Below-

□ Samsung *SDI*'s visit *LG* Electronics related schedule

...................................................................................................................................................

1. When          : Jan. 25 (Tue) 11:00

2. Visitors          : Senior Manager Eui Seop Cho at *SDI CDT* Sales Team, Associate Ji-woon Jung

3. Purpose of the visit

    1) To discuss current *ISSUE*s regarding *SDI* 15"/17"/19"

    2) Regarding the *TOP MEETING* between the Procurement Team Leader at *LG&* Sales Team Leader at *SDI CDT*

3

LGE00070866 E

4. Requests

Mr. Ryu, please reserve a conference room and the visitor's list.

 ......................................................................................................................................................

□ *ISSUE*s regarding 17" High-brightness Tube

--------------------------------------------------------------------------------------------------------------------

-  *LG* Electronics request: Due to the price issues, it is difficult to expand *SDI*'s volume.

-  Position of *SDI*: Currently *LG* Electronics is using 17" high-brightness tube 85*khz* (Impedance 0.13 *mH*)
model(high-end model),

　　　*But,* if you change it to *SDI* 17" high-brightness tube 70*khz* (Impedance 0.18 *mH*) model(general model),

　　　you'll be able to reduce the price burden.

　　　(*SDI*'s request: requested development of *LG* Electronics 17" *Chassis* 0.18 *mH* model.)

- Future plan: Requested to discuss the price details of 17" high-brightness 70*khz* at the next Tuesday meeting.

 ......................................................................................................................................................

* Need additional discussions on 15" *TILT COIL*.

(As I said over the phone, *VE* effect isn't likely, based on the verification result from the engineer *Part* and as to the *LPD*
prices.)

　　　　　　"The End"

4

　　　　　　　　　　　　　　　　　　　　　　　　LGE00070867 E

| | |
|---|---|
| **From:** | ·ù´öÃ¶ [dcryu@lge.com] |
| **Sent:** | Tuesday, January 25, 2005 10:55 PM |
| **To:** | ±è¿¬Ã¶; ÀÌ¿µ Ã; ¹Ûµ¿È£ |
| **Cc:** | ¹Ú±ÜÁ+; ·ùµ¿¿ì; ÃÖ¼°¿; ÃÖÕ¢¼± |
| **Subject:** | FW: SDI ¹ÌÆÃ °á°ú °·í(SDI CDT ¿µ¾÷ÆÀ) |
| **Importance:** | High |

수신: NT 구매그룹
발신: 전략구매그룹 류덕철과장

1. 하기와 같이 17"FCDT SDI 제시 가격(500cd/85khz) $ 49.5에 대하여
   검토를 요청드립니다.
   현재 중국 내수향으로만 일부 적용중이나, CIS등 기타 모델(70/85KHZ)
   에 검토할 수도 있습니다만,
   추가 가격 인하에 어려움이 많습니다.
   NT의 의견 요청드립니다.(금일 26일 중)

2. 이영택과장님
   2월부터는 SDI 500cd를 $49.5로 진행바랍니다.
   SDI에서 시장 가격이 '04년 4Q 대비 인하된 가격이라 하므로
   하기 가격으로 SDI와 협의 바랍니다.

참고로 DI에서는 19"FCDT P-P 진행키로 하였습니다.

-----Original Message-----
From: 류덕철 [mailto:dcryu@lge.com]
Sent: Tuesday, January 25, 2005 4:37 PM
To: 박근직
Cc: 류동우; 황호건
Subject: SDI 미팅 결과 보고(SDI CDT 영업팀)
Importance: High

그룹장님

SDI CDT영업팀과의 미팅 결과를 하기와 같이 보고드립니다.

1. 일시: 1/25일(화) 11:00~12:00]

2. 장소: Fast 3 회의실

3. 참석자
   - SDI : 조의섭차장,정지운사원(CDT영업팀)
   - LGE: 박근직부장,기안자,류동우사원(전략구매그룹)

4. 주요 협의 내용
   (1) 17"FCDT
       1) 현 Biz 현황
          - LGENT 500cd 85khz  1.0K/월 공급중(From SDI 한국)
          - 현 중국 내수향 모델로만 개발 완료되어 있으며 SDI에서는

1

LGE00070864

기타 지역향 Brand 모델로 Volume-up 요청중
2) 가격 현황
- LPD(1Q) : $ 47.0 ( ITC 도착가 기준)
- SDI 현 공급가격: $ 51.5 ( ITC 도착가 기준)
- 1)번 관련 SDI CDT 채용을 위해서는 현 공급 가격 Down이
  필요하며, 특히 NT의 경우 CIS 판가 하락으로 어려움을 겪고
  있으며 ,LPD 대비 가격이 높은 SDI CDT 사용시 추가 손익
  악화 발생됨으로 LPD 수준 가격 Meet되어야 증량 가능
☞ SDI 제시 가격: $ 49.5
  : '04년 12월 대비 1Q 업계 전반적으로 $ 1.5~2 인하되는
    추세이며, LPD/SEC등 고려시 가격 운용에 어려움이 많음
3) 협의 사항
- NT와 SDI 적용에 대하여 협의를 하겠으며, SDI에서도 1/26일까지
  2차 가격 제시 요청함
4) 기안자 의견
- 현 SDI 17"FCDT 85KHZ 모델은 SDI 한국에서 공급중이며
  NT향 물량 UP시 SDI 천진에서 생산할 계획이라 물류의 잇점도
  없음.
- LPD 가격 및 SDI 제시 가격과의 Gap으로 NT 적용은 당장
  어려울 것으로 보이나, Gap을 줄일 수 있도록 지속 Push 예정

(2) 19"FCDT
1) 현 Biz 현황
- LGENT E/S 완료되었으며, LGEDI P-P 진행(40대) 가격 협의중
2) 가격 현황
- LPD(1Q) : $ 68.0 ( Semi-ITC 도착가 기준)
- SDI 제시 가격: $ 70.0 ( ITC 도착가 기준)
3) 기안자 의견
- LPD 가격 대비 ITC 기준 $ 1.0 차이가 있으나
  우선 P-P 진행후 M-P시 가격 재협의 필요

(3) 구매팀장 상견례(SDI CDT 영업팀 박상규 상무)
- SDI CPT영업과 일정 확정시 동일 일자 진행 희망

(4) 기타
- SDI영업에서는 SDI 개발등에 '05년 년말까지 Slim CDT 개발을
  요청하고 있음

(5) 상담 소감
- SDI에서 LGE와의 BIZ 확대를 강력히 희망하고 있음을 감지할
  수 있으며
- LGE도 SDI를 2nd로 끌고 가야 하나, LPD 대비 가격 Gap으로 인하여
  Biz start에 어려움이 많음
- SDI에서는 우선 진행하고 향후 물량 UP이 되면 A/S 비용등의 방법으로
  가격 Meet도 가능함을 피력함.
- LGENT/LGEDI 구매와 17"FCDT/19"FCDT SDI 가격 협의 사항을
  협의하 예정임.

이상으로 보고드립니다.

_____

2

HIGHLY CONFIDENTIAL

From: 정지운 [mailto:charlie76.jung@samsung.com]
Sent: Friday, January 21, 2005 8:40 PM
To: 조의섭 ; dcryu@lge.com; 지상민 ; 윤준열 ; 임인섭
Subject: SDI LG 구미 방문 관련 ISSUE 사항 및 요청사항
Importance: High


수신:LG전자 구매 그룹 류덕철 과장님

발신:SDI CDT 영업팀 정지운 사원


안녕하십니까? SDI CDT영업팀 정지운입니다.

차주 SDI CDT영업팀 LG구미 방문 관련 및 ISSUE 사항 관련하여

현재까지의 확인 사항 공유하고져 하오니 아래 참조 하시길 바랍니다.


                          - 아    래 -



□삼성 SDI LG 전자 방문 관련 일정

----------------------------------------------------------------

1. 일시    : 1월 25일 (화) 11:00

2. 방문자   : SDI CDT 영업팀 조의섭 차장, 정지운 사원

3. 방문목적

    1) SDI 15"/17"/19" 관련 현안 ISSUE 협의

    2) LG 구매팀장님 & SDI CDT 영업팀장 TOP MEETING 관련


4. 요청사항

    회의실 및 방문자 예약 부탁드립니다. 과장님.

----------------------------------------------------------------



                              3

□ 17"고휘도관 관련 ISSUE 사항

----------------------------------------------------------------------------------------------

- LG선사 요청사항: 가격 문제로 SDI 제품 물량 확대 어려움.

- SDI 입장: 현재 LG전자 사용 제품은 17"고휘도관 85khz(임피던스 0.13 mH) 모델(고급 모델),

     But,SDI 17"고휘고관 70khz(임피던스 0.18 mH) 모델(일반 모델) 사용하신다면

     가격적 부담 줄일 수 있음.

     (SDI 요청사항: LG전자 17" Chassis 0.18 mH 모델 개발 요청.)

- 향후 계획: 17"고휘도관 70khz 에 대한 구체적인 가격부분은 차주 화요일 미팅 시 협의 요청.

----------------------------------------------------------------------------------------------

* 15" TILT COIL 관련은 추가 협의 필요.

  (유선상 말씀 드렸다시피 엔지니어 Part 확인 결과 및 LPD 가격 관련하여 VE 효과는 어려울 듯 합니다.)


" 이     상 "

4

# EXHIBIT 2

# CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates Numbers from *LGE00080915E* to *LGE00080918E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability.  I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical and business documents.


January 19, 2015


Nicole Lee
Certified Court Interpreter (Korean <> English)
State of California
Certification No. 300859

| From: | [*illegible-corrupted font*] [dcryu@lge.com] |
|---|---|
| Sent: | Tuesday, January 25 ,2005 7:37 AM |
| To: | [*illegible-corrupted font*] |
| Cc: | [*illegible-corrupted font*] |
| Subject: | SDI [*illegible-corrupted font*] (SDI CDT [*illegible-corrupted font*]) |
| | |
| Importance: | High |

Dear Group leader,

Here is a report on the meeting result with *SDI CDT* Sales Team.

1. Date: 1/25(Tue) 11:00~12:00]

2. Location: Fast 3 conference room

3. Attendees
- *SDI* : Senior Manager Eui-seop Cho, Associate Ji-woon Jung (*CDT* Sales Team)
- *LGE*: General Manager Geun-jik Park, drafter, Associate Dong-woo Ryu (Strategic Procurement Group)

4. Main discussions
  (1) 17"*FCDT*

    1) Current *Biz* status
    - Currently supplying *LGENT 500cd 85khz*  1.0K/month (*From SDI* Korea)
    - Currently, the development of model has been completed for Chinese domestic market only; *SDI* is requesting to *Volume-up* with *Brand* models for other regions.

    2) Price status
    - *LPD(Q1)* : $ 47.0 (Based on *ITC* arrival price)
    - Current supply price for *SDI*: $ 51.5 (Based on *ITC* arrival price)
    - Regarding 1), in order to adopt *SDI*'s *CDT*, current prices need to go *Down*, specially in the case of *NT*, it is experiencing difficulties due to the *CIS* selling price reduction; in case *SDI CDT* is used, additional profit loss will occur because their price is higher than *LPD* that it needs to be able to *Meet* the *LPD* price for volume increase.
    ☞ *SDI*'s presented price : $ 49.5
    : Overall trend of industry for *Q1 is* [price] reduction of $1.5~2 compared to December '04; it is quite difficult to manage prices considering factors such as *LPD/SEC*, etc.

    3) Discussed items
    - Will discuss with *NT* about going with *SDI; SDI* also requested to present 2nd price by 1/26

    4) The drafter's opinion
    - Currently, *SDI* 17"*FCDT 85KHZ* model is being supplied by *SDI* Korea; even if the volume for *NT* goes *UP*, there is no logistical advantages because the plan is to produce them at *SDI* Tianjin
    - It looks like the immediate adoption to *NT* seems unlikely due to the *Gap* between the *LPD* price and *SDI*'s offered price, but *Push* to reduce the *Gap* will continue.

1

                                                                        LGE00080915 E

(2) 19"*FCDT*

  1) Current *Biz* status

    - *LGENT E/S* has been completed; price negotiation for *LGEDI P-P* (40 units) is underway

  2) Price status

    - *LPD(Q1)* : $ 68.0 (Based on *Semi-ITC* arrival price)

    - *SDI*'s presented price: $ 70.0 (Based on *ITC* arrival price)

  3) The drafter's opinion

    - Compared to *LPD* price, there is $1.0 difference based on *ITC,* but price needs to be renegotiated at the time of *M-P,*

    after proceeding with *P-P* first.

(3) Procurement Team Leaders' introductory meeting (VP Sang-kyu Park, *SDI CDT* Sales Team)

    - When the schedule is coordinated with *SDI CPT* Sales, same date is preferred.

(4) Other

    - *SDI* Sales is asking such teams as *SDI* Development to develop *Slim CDT* by the end of '05.

(5) Post meeting opinion

    - [I] was able to sense that *SDI* is strongly hoping to expand the *BIZ* with *LGE,*

    - *LGE* also needs to pull in *SDI* as the 2nd, but it is quite difficult to *Biz start* due to the price *Gap* with *LPD.*

    - *SDI* pitched the possibility of *Meet*ing the price by means of *A/S,* etc. once the volume goes *UP,* after [we] first go ahead with it.

    - We plan to have a discussion with *LGENT/LGEDI* procurement about price negotiation issues regarding

    *17"FCDT/19"FCDT SDI.*

Report is hereby submitted.

---

*From:* Ji-woon Jung [*mailto:charlie76.jung@samsung.com*]

*Sent:* Friday, January 21, 2005 8:40 PM

*To:* Eui-seop Cho *; dcryu@lge.com; * Sang-min Chi *;* Joon-yeol Yoon *; * In-seop Im

*Subject: ISSUE* items and requests regarding the visit to *SDI LG* Gumi

*Importance: High*

To: Deok-cheol Ryu, Manager, *LG* Electronics Procurement Group

From: Ji-woon Jung, Associate, *SDI CDT* Sales Team

How are you? This is Ji-woon Jung at *SDI CDT* Sales Team.

2

HIGHLY CONFIDENTIAL

LGE00080916 E

Regarding *SDI CDT* Sales Team's visit to *LG* Gumi next week and the *ISSUES* to discuss,

[I] would like to share the confirmed items below for your reference.

- Below-

□ Samsung *SDI*'s visit *LG* Electronics related schedule

.......................................................................................................................................

1. When            : Jan. 25 (Tue) 11:00

2. Visitors           : Senior Manager Eui Seop Cho at *SDI CDT* Sales Team, Associate Ji-woon Jung

3. Purpose of the visit

    1) To discuss current *ISSUE*s regarding *SDI* 15"/17"/19"

    2) Regarding the *TOP MEETING* between the Procurement Team Leader at *LG*& Sales Team Leader at *SDI CDT*

4. Requests

Mr. Ryu, please reserve a conference room and the visitor's list.

.......................................................................................................................................

□ *ISSUE*s regarding 17" High-brightness Tube

----------------------------------------------------------------------------------------------------------------------------------------------------------------------

-  *LG* Electronics request: Due to the price issues, it is difficult to expand *SDI's* volume.

-  Position of *SDI*: Currently *LG* Electronics is using 17" high-brightness tube 85*khz*(Impedance 0.13 *mH*)
model(high-end model),

3

LGE00080917 E

*But,* if you change it to *SDI* 17" high-brightness tube 70*khz*(Impedance 0.18 *mH*) model(general model),

you'll be able to reduce the price burden.

(*SDI*'s request: requested development of *LG* Electronics 17" *Chassis* 0.18 *mH* model.)

- Future plan: Requested to discuss the price details of 17" high-brightness 70*khz* at the next Tuesday meeting.

……………………………………………………………………………………………………………………………………………………………………………………………………
…………………………

* Need additional discussions on 15" *TILT COIL*.

(As I said over the phone, *VE* effect isn't likely, based on the verification result from the engineer *Part* and as to the *LPD* prices.)

"The End"

4

                                                                                          LGE00080918 E

| | |
|---|---|
| **From:** | ·ù´öÃ¶ [dcryu@lge.com] |
| **Sent:** | Tuesday, January 25, 2005 7:37 AM |
| **To:** | ¹Ú±ÙÁ÷ |
| **Cc:** | ·ùµ¿¿ì; È²È£°Ç |
| **Subject:** | SDI ¹ÎÆÃ °á°ú º¸°í(SDI CDT ¿µ¾÷ÆÀ) |
| | |
| **Importance:** | High |

그룹장님

SDI CDT영업팀과의 미팅 결과를 하기와 같이 보고드립니다.

1. 일시: 1/25일(화) 11:00~12:00]

2. 장소: Fast 3 회의실

3. 참석자
   - SDI : 조의섭차장,정지운사원(CDT영업팀)
   - LGE : 박근직부장,기안자,류동우사원(전략구매그룹)

4. 주요 협의 내용
   (1) 17"FCDT
      1) 현 Biz 현황
         - LGENT 500cd 85khz  1.0K/월 공급죽(From SDI 한국)
         - 현 중국 내수향 모델로만 개발 완료되어 있으며 SDI에서는
            기타 지역향 Brand 모델로 Volume-up 요청중
      2) 가격 현황
         - LPD(1Q) : $ 47.0 ( ITC 도착가 기준)
         - SDI 현 공급가격: $ 51.5 ( ITC 도착가 기준)
         - 1)번 관련 SDI CDT 채용을 위해서는 현 공급 가격 Down이
            필요하며, 특히 NT의 경우 CIS 판가 하락으로 어려움을 겪고
            있으며 ,LPD 대비 가격이 높은 SDI CDT 사용시 추가 손익
            악화 발생됨으로 LPD 수준 가격 Meet되어야 증량 가능
         ☞ SDI 제시 가격: $ 49.5
            : '04년 12월 대비 1Q 업계 전반적으로 $ 1.5~2 인하되는
               추세이며, LPD/SEC등 고려시 가격 운용에 어려움이 많음
      3) 협의 사항
         - NT와 SDI 적용에 대하여 협의를 하겠으며, SDI에서도 1/26일까지
            2차 가격 제시 요청함
      4) 기안자 의견
         - 현 SDI 17"FCDT 85KHZ 모델은 SDI 한국에서 공급중이며
            NT향 물량 UP시 SDI 천진에서 생산할 계획이라 물류의 잇점도
            없음.
         - LPD 가격 및 SDI 제시 가격과의 Gap으로 NT 적용은 당장
            어려울 것으로 보이나, Gap을 줄일 수 있도록 지속 Push 예정

1

   LGE00080915

(2) 19"FCDT
　　1) 현 Biz 현황
　　　- LGENT E/S 완료되었으며, LGEDI P-P 진행(40대) 가격 협의중
　　2) 가격 현황
　　　- LPD(1Q) : $ 68.0 ( Semi-ITC 도착가 기준)
　　　- SDI 제시 가격: $ 70.0 ( ITC 도착가 기준)
　　3) 기안자 의견
　　　- LPD 가격 대비 ITC 기준 $ 1.0 차이가 있으나
　　　　우선 P-P 진행후 M-P시 가격 재협의  필요

(3) 구매팀장 상견례(SDI CDT 영업팀 박상규 상무)
　　　- SDI CPT영업과 일정 확정시 동일 일자 진행 희망

(4) 기타
　　　- SDI영업에서는 SDI 개발등에 '05년 년말까지 Slim CDT 개발을
　　　　요청하고 있음

(5) 상담 소감
　　　- SDI에서 LGE와의 BIZ 확대를 강력히 희망하고 있음을 감지할
　　　　수 있으며
　　　- LGE도 SDI를 2nd로 끌고 가야 하나, LPD 대비 가격 Gap으로 인하여
　　　　Biz start에 어려움이 많음
　　　- SDI에서는 우선 진행하고 향후 물량 UP이 되면 A/S 비용등의 방법으로
　　　　가격 Meet도 가능함을 피력함.
　　　- LGENT/LGEDI 구매와 17"FCDT/19"FCDT SDI 가격 협의 사항을
　　　　협의하 예정임.

이상으로 보고드립니다.


―――――――――――――――――――――

From: 정지운 [mailto:charlie76.jung@samsung.com]
Sent: Friday, January 21, 2005 8:40 PM
To: 조의섭 ; dcryu@lge.com; 지상민 ; 윤준열 ; 임인섭
Subject: SDI LG 구미 방문 관련 ISSUE 사항 및 요청사항
Importance: High


수신:LG전자 구매 그룹 류덕철 과장님

발신:SDI CDT 영업팀 정지운 사원


안녕하십니까? SDI CDT영업팀 정지운입니다.

2

LGE00080916

차주 SDI CDT영업팀 LG구미 방문 관련 및 ISSUE 사항 관련하여

현재까지의 확인 사항 공유하고져 하오니 아래 참조 하시길 바랍니다.


- 아    래 -



□삼성 SDI LG 전자 방문 관련 일정

-----------------------------------------------------------------

1. 일시     : 1월 25일 (화) 11:00

2. 방문자    : SDI CDT 영업팀 조의섭 차장, 정지운 사원

3. 방문목적

   1) SDI 15"/17"/19" 관련 현안 ISSUE 협의

   2) LG 구매팀장님 & SDI CDT 영업팀장 TOP MEETING 관련


4. 요청사항

   회의실 및 방문자 예약 부탁드립니다. 과장님.

-----------------------------------------------------------------



□ 17"고휘도관 관련 ISSUE 사항

----------------------------------------------------------------------------
------------

   - LG전자 요청사항: 가격 문제로 SDI 제품 물량 확대 어려움.

   - SDI 입장: 현재 LG전자 사용 제품은 17"고휘도관 85khz(임피던스 0.13 mH) 모델(고급
모델),

HIGHLY CONFIDENTIAL                                                                     LGE00080917

But,SDI 17"고휘고관 70khz(임피던스 0.18 mH) 모델(일반 모델) 사용하신다면

가격적 부담 줄일 수 있음.

(SDI 요청사항: LG전자 17" Chassis 0.18 mH 모델 개발 요청.)

  - 향후 계획: 17"고휘도관 70khz 에 대한 구체적인 가격부분은 차주 화요일 미팅 시 협의 요청.

----------------------------------------------------------------------------------------------

\* 15" TILT COIL 관련은 추가 협의 필요.

  (유선상 발씀 느렸다시피 엔지니어 Part 확인 결과 및 LPD 가격 관련하여 VE 효과는 어려울 듯 합니다.)


" 이      상 "


4

HIGHLY CONFIDENTIAL                                                                                                   LGE00080918

# EXHIBIT 3

CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the document bearing Bates Numbers from *LGE00085313E* to *LGE00085316E* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability.  I further certify that I am a qualified professional translator familiar with both languages with more than fifteen years of experience in Korean to English translation of various legal, technical and business documents.

January 19, 2015

_____

Nicole Lee
Certified Court Interpreter (Korean $\diamond$ English)
State of California
Certification No. 300859

| From: | ·ù´ôÃ¶ [dcryu@lge.com] |
| --- | --- |
| Sent: | Monday, January 31, 2005 8:17 PM |
| To: | 'Â¤À¢ÉÆ'; 'ÀÌ½Â¸' |
| Cc: | '±èÇõµ¿'; 'Ú±ÙÁ+'; ÇÑ¼ºÃ¶; 'Úµ¿È£; ÀÌ¿µÂÃ; ±è¿¬Ã¶; È«ÀÇ¼º |
| Subject: | SDI 17"FCDT 70KHZ ¸ôµ¨ °³¹ß ¿äÃ» |

To: Gen. Mgr. Seung Man Lee
Cc: Manager Seong Cheol Han

Thank you for your cooperation.

During the last meeting with SDI, we had a price discussion on 85KHZ but the difference in opinions was not narrowed due to difference of $2.5 relative to LPD's price.
As to 500cd (T730BHPL, T730PUPL) for the domestic consumption in China applied at NT, it was agreed to lower price by $1.5 relative to December.

The Division's Strategic Procurement plans on expanding SDI.  Therefore, we would like to request you review the following development and application thereof, as stated below:

1. Development CDT SPEC: SDI 17" FCDT high luminance tube 70Khz (impedance: 0.18mH)

2. Requested: Develop a 17" FCDT Chassis 0.18mH model

3. Applicable model: NT mass production BRAND (CIS/China)

4. SDI production site: SDI Tianjin plant

Please review and reply.
When applied, we will have a price discussion on the logistics costs, SPEC DOWN, etc.

Thank you.


-----------------------------------------------------
From: Eui Hoon Jeong [mailto:ehjeong@lge.com]
Sent: Monday, January 24, 2005 10:06 AM
To: Deok Cheol Ryu; Seung Man Lee
Cc: Hyuk Dong Kim
Subject: RE: Issues and requests associated with SDI's visit to LG Gumi


Doesn't seem like there would be much merit from the perspective of shared use of chassis….
Gen. Mgr. Seung Man Lee and Supervisor Hyuk Dong Kim, please contemplate this matter.

Eui Hoon Jeong

1

----- Original Message -----
From: Deok Cheol Ryu [mailto:dcryu@lge.com]
Sent: Monday, January 24, 2005  9:42 AM
To: Seung Man Lee
Cc: Eui Hoon Jeong; Hyuk Dong Kim
Subject: FW: Issues and requests associated with SDI's visit to LG Gumi
Importance: High

Gen. Mgr.,

Greetings.

As described below, SDI is requesting for review on development of 17" FCDT 70Khz.
LPD's standard is 85Khz and will go for development of 500cd and ez Green.
It appears unnecessary to separately develop Samsung 70Khz, but
please advise.

The opinion of Procurement in the Business Division is that, if the price for current 85khz (0.13) 500cd is set
at the level of LPD, we may approach that a discussion on further volume is possible.
Please share your opinion, Gen. Mgr.

Thank you.


-------------------------------------------------
From: Ji Woon Jung [mailto:charlie76.jung@samsung.com]
Sent: Friday, January 21, 2005  8:40 PM
To: Eui Seop Cho; dcryu@lge.com; Sang Min Chi; Joon Yeol Yoon; In Seop Lim
Subject: Issues and requests associated with SDI's visit to LG Gumi
Importance: High


To: Mgr. Deok Cheol Ryu at Procurement Group, LGE

From: Associate Ji Woon Jeong, CDT Sales Team, SDI


Greetings. This is Ji Woon Jeong at CDT Sales Team, SDI.

With respect to the issues associated with SDI CDT Sales Team's visit to LG Gumi next week, I would like
to share with you what has been confirmed so far. Please refer to below.

2

HIGHLY CONFIDENTIAL                                        LGE00085314 E

- Below -

☐ Samsung SDI's schedule to visit LGE

-------------------------------------------------------------------------------------------------------------

1. Date and time:         Tuesday, January 25,  11:00

2. Visitors:              Sr. Mgr. Eui Seop Cho and Associate Ji Woon Jeong at CDT Sales Team, SDI

3. Purpose of the Visit

   1) Discuss the current issues associated with SDI 15", 17" and 19"

   2) Top meeting of Procurement Team Leader at LG and CDT Sales Team Leader at SDI

4. Request

   Mgr. Mr. Ryu, Please register the visitors and reserve a conference room.

-------------------------------------------------------------------------------------------------------------

☐ Issues associated with 17" high luminance tube

-------------------------------------------------------------------------------------------------------------

- LGE request: It is difficult to increase SDI product volume due to the price issue.

- SDI's position: Currently, the product used by LGE is 17" high luminance tube 85khz (impedance: 0.13mH) model (high-end model). But if SDI's 17" high luminance 70khz (impedance: 0.18mH) model (general model) is used, price burden can be decreased.
(SDI request: development of LGE 17" chassis 0.18mH model development)

- Future plan: A request is made that the specific pricing for 17" high luminance tube 70khz be discussed during the meeting next Tuesday.

-------------------------------------------------------------------------------------------------------------

* Further discussion about 15" TILT COIL is necessary.

HIGHLY CONFIDENTIAL                                                                           LGE00085315 E

(As it was mentioned to you over the phone, the VE effect seems difficult with respect to LPD prices as well as with what was checked with the engineer part.)

"The end"

4

HIGHLY CONFIDENTIAL

LGE00085316 E

| | |
|---|---|
| **From:** | ·ù´öÃ¶ [dcryu@lge.com] |
| **Sent:** | Monday, January 31, 2005 8:17 PM |
| **To:** | 'Á¤ÀÇÆÆ'; 'ÀÌ½Â¸¸' |
| **Cc:** | '±èÇõµ¿'; 'Ú±ÙÁ+'; ÇÑ¼°Ã¶; 'Úµ¿È£; Àì¿µÅÃ; ±è¿¬Ã¶; È«ÀÇ¼° |
| **Subject:** | SDI 17"FCDT 70KHZ ¸õµ¨ °³¹ß ¿äÃ» |

수신: 이승만 부장님
참조: 한성철 실장님

업무 협조에 감사를 드립니다.

다름아니라,
지난번 SDI와의 미팅시 85KHZ 가격 협의를 하였으나
LPD 가격 대비 $ 2.5 차이로 이견을 좁히지 못하였고
현재 NT에서 적용중인 중국 내수향 500cd
(T730BHPL,T730PUPL)에 대해서는 12월 대비
$ 1.5 인하하기로 하였습니다.

사업부 구매 전략은 SDI 확대를 하고자 하며,
하기와 같이 SDI 70KHZ 개발하여 적용을 검토 요청드립니다.

1. 개발 CDT SPEC: SDI 17"FCDT 고휘고관 70khz(임피던스 0.18 mH)

2. 요청 사항: 17"FCDT Chassis 0.18 mH 모델 개발

3. 적용모델: NT 양산 BRAND(CIS/중국)

4. SDI 생산지: SDI 천진 공장

검토후 회신 요청드립니다.
적용시 물류 비용/SPEC DOWN등으로 가격 협의 진행
예정입니다.

감사합니다.

_____

From: 정의훈 [mailto:ehjeong@lge.com]
Sent: Monday, January 24, 2005 10:06 AM
To: 류덕철; 이승만
Cc: 김혁동
Subject: RE: SDI LG 구미 방문 관련 ISSUE 사항 및 요청사항

chassis공용화 측면에서 보면 별 merit가 없을것
같은데...
이승만 부장과 김혁동 주임이 고민해 주시기 바랍니다

정의훈

1

HIGHLY CONFIDENTIAL
LGE00085313

-----Original Message-----
From: 류덕철 [mailto:dcryu@lge.com]
Sent: Monday, January 24, 2005 9:42 AM
To: 이승만
Cc: 정의훈; 김혁동
Subject: FW: SDI LG 구미 방문 관련 ISSUE 사항 및 요청사항
Importance: High


부장님

안녕하세요

하기와 같이 SDI에서  17"FCDT 70Khz 개발 검토 요청하고
있습니다.
LPD는 기본 85Khz이며, 향후 500cd 개발, ez Green 개발로
갈것으로 되어 있는데
삼성 70khz를 별두로 개발할 필요가 없는 듯 합니다만,
Advice 부탁드립니다.

사업부 구매 의견은 현재 85khz(0.13) 500 cd에 대한
기격을 LPD 수준으로 맞추면 추기 물량 협의기 기능한 것으로
Approach했으면 합니다만,
부장님 고견을 부탁드립니다.

감사합니다.


_____

From: 정지운 [mailto:charlie76.jung@samsung.com]
Sent: Friday, January 21, 2005 8:40 PM
To: 조의섭 ; dcryu@lge.com; 지상민 ; 윤준열 ; 임인섭
Subject: SDI LG 구미 방문 관련 ISSUE 사항 및 요청사항
Importance: High


수신:LG전자 구매 그룹 류덕철 과장님

발신:SDI CDT 영업팀 정지운 사원


안녕하십니까? SDI CDT영업팀 정지운입니다.

차주 SDI CDT영업팀 LG구미 빙문 관련 및 ISSUE 사항 관련하여

현재까지의 확인 사항 공유하고져 하오니 아래 참조 하시길 바랍니다.

2

LGE00085314

- 아    래 -

□삼성 SDI LG 전자 방문 관련 일정

-----------------------------------------------------------------

1. 일시     : 1월 25일 (화) 11:00

2. 방문자    : SDI CDT 영업팀 조의섭 차장, 정지운 사원

3. 방문목적

   1) SDI 15"/17"/19" 관련 현안 ISSUE 협의

   2) LG 구매팀장님 & SDI CDT 영업팀장 TOP MEETING 관련


4. 요청사항

   회의실 및 방문자 예약 부탁드립니다. 과장님.

-----------------------------------------------------------------


□ 17"고휘도관 관련 ISSUE 사항

   ---------------------------------------------------------------------------------------
------

      - LG전자 요청사항: 가격 문제로 SDI 제품 물량 확대 어려움.

      - SDI 입장: 현재 LG전자 사용 제품은 17"고휘도관 85khz(임피던스 0.13 mH) 모델(고급 모델),

               But,SDI 17"고휘고관 70khz(임피던스 0.18 mH) 모델(일반 모델) 사용하신다면

               가격적 부담 줄일 수 있음.

               (SDI 요청사항: LG전자 17" Chassis 0.18 mH 모델 개발 요청.)

      - 향후 계획: 17"고휘도관 70khz 에 대한 구체적인 가격부분은 차주 화요일 미팅 시 협의 요청.

   ---------------------------------------------------------------------------------------
------

      * 15" TILT COIL 관련은 추가 협의 필요.

3

HIGHLY CONFIDENTIAL                                                    LGE00085315

        (유선상 말씀 드렸다시피 엔지니어 Part 확인 결과 및 LPD 가격 관련하여 VE 효과는 어려울 듯
합니다.)


                                    " 이      상 "

HIGHLY CONFIDENTIAL                                                                    LGE00085316