Brent Caslin (Cal. Bar. No. 198682)
Jenner & Block LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:  213 239-5100
Facsimile:  213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:  312 222-9350
Facsimile:  312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 3:07-cv-5944-SC**<br>**MDL No. 1917** |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DIRECT ACTION PURCHASERS' SHERMAN ACT DAMAGES CLAIMS BASED ON CRT PRODUCT PURCHASES FROM NEC CORPORATION AND NEC-MITSUBISHI ELECTRIC VISUAL SYSTEMS CORPORATION** |

2328057.1

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261.

## DECLARATIION OF SHAUN M. VAN HORN

I, Shaun M. Van Horn, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am an associate at the law firm of Jenner & Block LLP, attorneys of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc (collectively, the "Mitsubishi Electric Defendants"). I submit this declaration in support of the Mitsubishi Electric Defendants' Reply in Support of Its Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation ("Reply"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

    1. **[PUBLIC]** Attached to my declaration as **Exhibit O** is a true and correct copy of the Oxford English Dictionary's definition of "Ownership," *available at* http://www.oed.com/view/Entry/135518?redirectedFrom=ownership&print (accessed on January 22, 2015).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 23 day of January, 2015 at Chicago, Illinois.

Dated:  January 23, 2015

                JENNER & BLOCK LLP

                By:   /s/ Shaun M. Van Horn
                JENNER & BLOCK LLP
                Terrence J. Truax *(pro hac vice)*
                Michael T. Brody *(pro hac vice)*
                Gabriel A. Fuentes *(pro hac vice)*
                353 N. Clark Street
                Chicago, Illinois 60654-3456
                Telephone: (312) 222-9350
                Facsimile: (312) 527-0484
                ttruax@jenner.com
                mbrody@jenner.com
                gfuentes@jenner.com

                Brent Caslin (Cal. Bar. No. 198682)
                JENNER & BLOCK LLP
                633 West Fifth Street, Suite 3600
                Los Angeles, California 90071
                Telephone: (213) 239-5100
                Facsimile: (213) 239-5199
                bcaslin@jenner.com

                *Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*