# Exhibit O

Case 4:07-cv-05944-JST   Document 3446-1   Filed 01/23/15   Page 2 of 4

# Oxford English Dictionary | The definitive record of the English language

---

# ownership, *n.*

**Pronunciation:**  Brit. /ˈəʊnəʃɪp/ , U.S. /ˈoʊnərˌʃɪp/

**Etymology:**  < OWNER *n.* + -SHIP *suffix*.

**1.** The fact or state of being an owner; proprietorship, dominion; legal right of possession. Also: the condition of being owned (by a particular person, institution, etc.).

1583   A. GOLDING tr. J. Calvin *Serm. on Deut.* xxxix. 235   One that hath but onely the laying out of them, and not the ownership of them.

1652   M. NEDHAM tr. J. Selden (*title*)   Of the dominion, or, ownership of the sea.

1765   W. BLACKSTONE *Comm. Laws Eng.* (1778) I. 218   The queen is of ability to purchase lands, and to convey them, to make leases, to grant copyholds, and do other acts of ownership, without the concurrence of her lord.

1799–1800   C. B. BROWN *Arthur Mervyn* vii. 64,   I must acquaint the lady with the history of this picture, and convince her of my ownership.

1842   M. A. LOWER *Eng. Surnames* (1875) II. App. 156   A nick is the mark cut in the mandible of a swan to distinguish its ownership.

1869   H. FAWCETT *Man. Polit. Econ.* (ed. 3) II. vi. 179   There are..many collateral advantages associated with the ownership of land.

1929   P. GEDDES in *Sociol. Rev.* **21** 7   Of all forms of rural development over Europe, it is the forest which most definitely thrives and prospers under collective ownership.

1956   H. GAITSKELL in J. Gould & W. L. Kolb *Dict. Social Sci.* (1964) 457/2   Public ownership..means the ownership by the community of any property whether individual or not, whether embracing the whole of an industry or only part of it.

1988   *Star (*Tarrytown, N.Y.*)* 12 Apr. 2/1   The property..is surrounded by several estates whose ownerships have not changed since the Thirties.

2002   *Times* 11 Feb. 45/1   BT launches its contentious claim for ownership of hypertext links.

**2.** orig. *U.S.* The fact or state of being or feeling responsible for solving a problem, addressing an issue, etc. Cf. OWN *v.* 1d.

1977   L. H. GUNNEMANN *Shaping of United Church of Christ* IV. 95   These committees then brought recommended actions to the floor of the synod, often becoming advocates of the special concerns... In this way the General Synod expressed 'ownership' of the work of the agencies.

1983   *Christian Sci. Monitor* 13 Oct. 16/4   The first step is contributing charitable dollars, which lets us buy into ownership of an issue, so to speak.

1990   *New Age Jrnl.* Apr. 46/1   Since blacks have been told for hundreds of years that 'It's a white man's world', it's not surprising that many feel no particular 'ownership' of the environment.

2000   *Paper Technol.* (Paper Industry Techn. Assoc.) Feb. 3/1 (*in figure*)   The successful start-up is down to well trained and empowered operators who have been given total ownership of the process.

## COMPOUNDS

### C1.

**ownership marriage**  *n.*

1899   T. VEBLEN *Theory of Leisure Class* ii. 23   The practice of seizing women from the enemy as trophies, gave rise to a form of ownership-marriage.

2002   *Herald Sun (Melbourne)* (Nexis) 19 Oct. 73   There's a never-ending book on how the most unlikely of ownership marriages are conceived.

### C2.

**ownership flat**  *n. S. Asian* and *N.Z.* a flat built for owner occupation rather than tenancy.

1979   P. NIHALANI et al. *Indian & Brit. Eng.* 135   Most ownership flats are to be built in the centre of the city.

1997   *Southland (N.Z.) Times* (Nexis) 14 Oct. 16   The flats were designed to cater for the middle bracket of older people no longer able to maintain their family home or grounds but who would not get enough money from selling them to buy an ownership flat.

**ownership vote**  *n.* a vote the entitlement to which derives from the ownership, esp. of property.

1880   *Daily News* 6 Nov. 5/6   If allowance for ownership votes were made, the majority of voters were with him.

1906   *Westm. Gaz.* 20 June 7/1   These were the 'ownership' voters, which were a scandal of the franchise. The speaker knows of a case where one man had sixty-seven ownership votes.

2002   *Sun (Baltimore)* 2 Apr. 6 B,   Owners and tenants of Long Reach lien-paying properties are entitled to vote in the annual elections. One ownership vote and one tenancy vote is allowed per household.

This entry has been updated (OED Third Edition, March 2005).

Oxford University Press
Copyright © 2015 Oxford University Press . All rights reserved.

Your access is brought to you by:
Jenner %26 Block LLP