1

2

3

4

5

6

7

8

9

10

11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

14 SAN FRANCISCO DIVISION

15

16 In re: CATHODE RAY TUBE (CRT)                    Master Case No. 07-5944 SC
   ANTITRUST LITIGATION                            MDL No. 1917
17

18 This Document Relates to:                       **[PROPOSED] ORDER GRANTING
                                                   DEFENDANTS' MOTION FOR PARTIAL
19 INDIRECT PURCHASER ACTIONS                      SUMMARY JUDGMENT AS TO
                                                   INDIRECT PURCHASER PLAINTIFFS'
20 *Interbond Corporation of America v.*           AND CERTAIN DIRECT ACTION
   *Technicolor SA, et al.*, No. 13-cv-05727;      PLAINTIFFS' STATE LAW CLAIMS ON
21                                                  STATUTE OF LIMITATIONS GROUNDS**
   *Interbond Corporation of America v. Hitachi,*
22 *Ltd. et al.*, No. 3:11-cv-06275;               Date:  February 6, 2015
                                                   Time:  10:00 a.m.
23 *Office Depot, Inc. v. Technicolor SA, et al.*, No.   Ctrm:  1
   13-cv-05726;                                    Judge: Hon. Samuel Conti
24
   *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No.
25 3:11-cv-06276;

26

27

28

1        Defendants' Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and

2 Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds (the

3 "Motion") came on regularly for hearing before this Court.

4        Having considered all the papers filed in support of and in opposition of the Motion, and

5 having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED

6 that the Motion is GRANTED, and the following claims are DISMISSED with prejudice as

7 untimely:

8        1.     Interbond and Office Depot's claims under the Florida Deceptive and Unfair Trade

9 Practices Act (the "FDUTPA") based on purchases made before November 14, 2007; and

10        2.     The Indirect Purchaser Plaintiffs' FDUTPA claims based on purchases made before

11 November 13, 2003.

12

13        **IT IS SO ORDERED.**

14

15

16        DATED:  _____, 2015

17

18

19                               HONORABLE SAMUEL CONTI

20                               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28