Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500
Email:  eadelson@kirkland.com
Email:  max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:  jmutchnik@kirkland.com
Email:  bechols@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.),
HITACHI AMERICA, LTD.,
HITACHI ASIA, LTD., AND
HITACHI ELECTRONIC DEVICES (USA), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC; | **HITACHI DEFENDANTS' OBJECTIONS TO PROPOSED EVIDENCE SUBMITTED IN PLAINTIFFS' OPPOSITION TO THE HITACHI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON WITHDRAWAL AND STATUTES OF LIMITATIONS (ECF NOS. 3268, 3270)**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date:     February 6, 2015<br>Time:     10:00 a.m.<br>Before:   Hon. Samuel Conti |

HITACHI'S OBJECTIONS TO EVIDENCE RE PLAINTIFFS'
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
RE WITHDRAWAL AND STATUTES OF LIMITATIONS

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917

1  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC

2

3  *Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC;

4

5

6  *Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC;

7  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC;

8

9  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;

10

11  *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

12

13  *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;

14

15  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC

16

17

18

19

20

21

22

23

24

25

26

27

28

HITACHI'S OBJECTIONS TO EVIDENCE RE PLAINTIFFS'
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
RE WITHDRAWAL AND STATUTES OF LIMITATIONS

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917

Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd. ("HDP"), Hitachi Asia, Ltd. ("HAS"), Hitachi America, Ltd. ("HAL") and Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Defendants") respectfully submit these Objections to Plaintiffs Proposed Evidence Submitted in Plaintiffs' Opposition to the Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations ("Opp."), ECF Nos. 3268, 3270.

| Proposed Evidence | Basis for Objection |
|---|---|
| Declaration of D. Burman, Ex. 3 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 10 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 11 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of D. Burman, Ex. 13 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of D. Burman, Ex. 14 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of D. Burman, Ex. 15 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of D. Burman, Ex. 16 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of D. Burman, Ex. 20 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 23 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 24 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 25 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 26 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 29 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 30 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 31 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 32 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 35 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 36 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 38 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 39 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 40 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 41 | Hearsay, Fed. R. Ev. 802; Irrelevant, Fed. R. Ev. 402; Unduly Prejudicial, Fed. R. Ev. 403, Improper Character Evidence, Fed. R. Ev. 404 |

| Proposed Evidence | Basis for Objection |
|---|---|
| Declaration of D. Burman, Ex. 42 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 43 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of D. Burman, Ex. 44 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 45 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 46 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 47 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 48 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 50 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of D. Burman, Ex. 51 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 52 | Hearsay, Fed. R. Ev. 802 |
| Declaration of D. Burman, Ex. 54 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |

DATED: January 23, 2015

By: /s/ Eliot A. Adelson

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.