| | |
|---|---|
| 1 | Christopher M. Curran (*pro hac vice*) |
| 2 | ccurran@whitecase.com |
|   | Lucius B. Lau (*pro hac vice*) |
| 3 | alau@whitecase.com |
| 4 | Dana E. Foster (*pro hac vice*) |
|   | defoster@whitecase.com |
| 5 | White & Case LLP |
| 6 | 701 Thirteenth Street, N.W. |
|   | Washington, DC  20005 |
| 7 | Telephone:  (202) 626-3600 |
| 8 | Facsimile:  (202) 639-9355 |
| 9 | *Counsel to Defendants Toshiba Corporation,* |
| 10 | *Toshiba America, Inc., Toshiba America* |
|    | *Information Systems, Inc., Toshiba America* |
| 11 | *Consumer Products, LLC, and Toshiba America* |
| 12 | *Electronic Components, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to: | | |
| ALL INDIRECT PURCHASER ACTIONS | | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513 | | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264 | | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397 | | |
| *Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275 | | |

1 | *Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727
2 |
3 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276
4 |
5 | *Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726
6 |
7 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following document under seal:

    1.    Portions of the Defendants' Reply Memorandum in Support of Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales that contain quotations from, or discussion of, a document that the Indirect Purchaser Plaintiffs ("IPPs") have designated as "Confidential."

This motion is supported by the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated January 23, 2015 ("Lau Declaration"). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable." Civ. L. R. 79-5(d)(1)(A).

Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of documents that contain material that is "privileged, protectable as a trade secret or otherwise entitled to protection under law." Civ. L. R. 79-5(b). This Court's General Order No. 62 sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(e) requires a party seeking to file under seal a document designated as confidential by the opposing party pursuant to a protective order, or a document containing information so designated, to file a declaration in support specifically identifying the designating party. Civ. L. R. 79-5(e).

The Toshiba Defendants seek to file the above-specified document under seal in order to comply with the Protective Order and applicable Local Rules. Because the IPPs have designated content in the above-specified document as "Confidential" it is the IPPs' burden

1 to establish that the designated material is in fact sealable. Civ. L. R. 79-5(d); *see Kamakana*
2 *v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006).

3     For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to
4 Civil Local Rules 7-11 and 79-5 and hereby notify the IPPs of their burden to establish that
5 the material they designated as "Confidential" is in fact sealable.

                                                                       Respectfully submitted,

Dated: January 23, 2015                           **WHITE & CASE** LLP

                                               By: */s/ Lucius B. Lau*
                                                   Christopher M. Curran (*pro hac vice*)
                                                   ccurran@whitecase.com
                                                   Lucius B. Lau (*pro hac vice*)
                                                   alau@whitecase.com
                                                   Dana E. Foster (*pro hac vice*)
                                                   defoster@whitecase.com
                                                   701 Thirteenth Street, N.W.
                                                   Washington, DC 20005
                                                   tel.: (202) 626-3600
                                                   fax: (202) 639-9355

                                                   *Counsel to Defendants Toshiba*
                                                   *Corporation, Toshiba America, Inc.,*
                                                   *Toshiba America Consumer Products,*
                                                   *LLC, Toshiba America Information*
                                                   *Systems, Inc., and Toshiba America*
                                                   *Electronic Components, Inc.*

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917
3

**CERTIFICATE OF SERVICE**

    On January 23, 2015, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                                       */s/ Lucius B. Lau*
                                                       Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005