Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397<br><br>*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275<br><br>*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727 | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC, MDL No. 1917

ii

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated January 23, 2015, filed contemporaneously herewith. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. On November 7, 2014, the Toshiba Defendants filed the Defendants' Notice of Motion and Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales ("Defendants' Motion") and the Declaration of Lucius B. Lau in Support of the Defendants' Motion, and attached:

    a. Exhibit B, the Expert Report of Janet S. Netz, Ph.D., dated April 15, 2014, which the Indirect Purchaser Plaintiffs designated as "Confidential" under the Stipulated Protective Order.

5. Portions of the Defendants' Motion contained quotations from, and discussion of, the above-specified "Confidential" material. As such, the Toshiba Defendants filed the Defendants' Motion under seal.

6. On January 23, 2015, the Toshiba Defendants filed the Defendants' Reply Memorandum in Support of Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales ("Defendants' Reply"), which contained quotations from, and discussion of, the above-specified "Confidential" material. As such, the Toshiba Defendants filed the Defendants' Reply under seal.

7. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the

Stipulated Protective Order, the above-mentioned materials should be maintained under seal and in redacted form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2015, in Washington, D.C.

_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC, MDL No. 1917
3