Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500
Email:  eadelson@kirkland.com
Email:  max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:  jmutchnik@kirkland.com
Email:  bechols@kirkland.com

Attorneys for Defendants
HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD. AND HITACHI ASIA, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC;<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv- | **HITACHI PARTIES' OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE HITACHI PARTIES' MOTION FOR SUMMARY JUDGMENT BASED UPON LACK OF EVIDENCE OF PARTICIPATION IN THE ALLEGED CONSPIRACY (ECF NOS. 3266, 3274)**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date:      February 6, 2015<br>Time:      10:00 a.m.<br>Before:    Hon. Samuel Conti |

05514-SC

*Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.*, No. 3:11-cv-06275-SC;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06276-SC;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 3:12-cv-02648-SC;

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-02649-SC;

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 3:13-cv-00157-SC

1  Hitachi Displays, Ltd. ("HDP"), Hitachi America, Ltd. ("HAL") and Hitachi Electronic
2  Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Parties") respectfully submit these
3  Objections to Plaintiffs Proposed Evidence Submitted in Plaintiffs' Opposition to Hitachi
4  Defendants' Motion for Summary Judgment Based Upon The Lack of Evidence of Participation in
5  the Alleged Conspiracy, ECF 3266, 3274.

| Proposed Evidence | Objection |
|---|---|
| Declaration of J. Anderson, Ex. 2 | Hearsay, Fed. R. Ev. 802; Lack of Personal Knowledge, Fed. R. Ev. 602 |
| Declaration of J. Anderson, Ex. 3 | Hearsay, Fed. R. Ev. 802; Lack of Personal Knowledge, Fed. R. Ev. 602 |
| Declaration of J. Anderson, Ex. 7 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 8 | Hearsay, Fed. R. Ev. 802; Lack of Personal Knowledge, Fed. R. Ev. 602 |
| Declaration of J. Anderson, Ex. 12 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 13 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 15 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 16 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 19 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 20 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 21 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 22 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 23 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 24 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 25 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 26 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 27 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 28 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 29 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 30 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 31 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 32 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 35 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 36 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 37 | Hearsay, Fed. R. Ev. 802 |

| Proposed Evidence | Objection |
|---|---|
| Declaration of J. Anderson, Ex. 38 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 39 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 40 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 44 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 45 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 46 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 47 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 48 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 49 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 50 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 51 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 52 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 53 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 54 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 56 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 57 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 58 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 59 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 61 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 62 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 63 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 64 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 66 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 68 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 69 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 70 | Hearsay, Fed. R. Ev. 802 |

| Proposed Evidence | Objection |
|---|---|
| Declaration of J. Anderson, Ex. 71 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 72 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 73 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 74 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 75 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 76 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 77 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 78 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 79 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 84 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 85 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 86 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 90 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 91 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 92 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 94 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 95 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 96 | Hearsay, Fed. R. Ev. 802; Improper Authentication, Fed. R. Ev. 901 |
| Declaration of J. Anderson, Ex. 98 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 99 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 100 | Hearsay, Fed. R. Ev. 802 |
| Declaration of J. Anderson, Ex. 101 | Hearsay, Fed. R. Ev. 802 |

DATED: January 23, 2015           By: */s/ Eliot A. Adelson*

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500
Email:  eadelson@kirkland.com
Email:  max.cooper@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.