1  JEROME C. ROTH (State bar No. 1594830)
   Jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
   hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   MUNGER, TOLLES & OLSON LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 *Attorneys for Defendants LG Electronics, Inc.*

13                    UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

15

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
|---|---|
| This Document Related to:<br><br>*Best Buy Co., et al. v. Hitachi, LTD, et al.*, Individual Case No. 11-cv-05513<br><br>*Circuit City, et al. v. Hitachi, LTD., et al.,* Individual Case No. 11-cv-05502<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06397<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, LTD., et al.,* Individual Case No. 11-cv-01656<br><br>*Interbond Corporation of America d/b/a BrandsMart USA v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06275 | **DECLARATION OF HOJOON HWANG IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S REPLY TO PLAINTIFFS' JOINT OPPOSITION [ECF NO. 3279] TO LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON STANDING GROUNDS [ECF NO. 3053]**<br><br>Judge:   Hon. The Honorable Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 AM<br>Crtrm.:  1, 17th Floor |

*Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276

*P.C. Richard & Son Long Island Corporation et al. v. Hitachi Ltd., et al.*, Individual Case No. 12-cv-02648

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC, et al., v. Technicolor SA, et al.,* Individual Case No. 13-cv-05668

*Sears, Roebuck and Co. and Kmart Corp v. Chunghwa Picture Tubes, Ltd., et al.*, Individual Case No. 11-cv-05514

*Target Corp. v. Chunghwa Picture Tubes, LTD., et al.,* Individual Case No. 11-cv-05514

*Tech Data Corp., et al. v. Hitachi, LTD., et al.,* Individual Case No. 13-cv-00151

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Individual Case No. 14-02510

1  I, Hojoon Hwang, hereby declare:

2  I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below. I submit this declaration in support of LGE'S Reply To Plaintiffs' Opposition To LGE's Motion For Partial Summary Judgment On Standing Grounds.

   1.   Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the deposition of Young Bea Na deposed in this case on September 23, 2014.

   I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January 2015, in Los Angeles, California.

   By:   /s/   Hojoon Hwang
                Hojoon Hwang