EXHIBIT 10 TO HOJOON HWANG DECLARATION IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S REPLY TO PLAINTIFFS' JOINT OPPOSITION [ECF NO. 3279] TO LG ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON STANDING GROUNDS [ECFR NO. 3053]

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4    BEST BUY CO. INC., BEST BUY          :
 5    PURCHASING LLC, BEST BUY             :
 6    ENTERPRISE SERVICES, INC. BEST       :  Master File No.
 7    BUY STORES, L.P., Bestbuy.com,       :  3:07-cv-05944-SC
 8    LLC, and MAGNOLIA HI-FI, LLC.,       :  MDL No. 1917
 9              Plaintiffs,                :
10        vs.                              :
11    LG,                                  :
12              Defendant.                 :
13
14        VIDEOTAPED DEPOSITION OF YOUNG BAE NA
15              Tuesday, September 23, 2014
16                 commencing at 9:16 a.m.
17                    Lewis Silkin LLP
18                     5 Chancery Lane
19                     Clifford's Inn
20                   London, EC4A 1BL
21                    United Kingdom
22    Reported by:
23    Thelma Harries, MBIVR, ACR
24
25    PAGES 1 - 271
```

Page 1

```
 1    APPEARANCES:
 2
 3    On behalf of the Plaintiffs, Best Buy Co. Inc.,
 4    Best Buy Purchasing LLC, Best Buy Enterprise
 5    Services, Inc. Best Buy Stores, L.P., Bestbuy.com,
 6    LLC, and Magnolia Hi-Fi, LLC.,
 7         ROBINS, KAPLAN, MILLER & CIRESI, LLP
 8         Suite 3400
 9         2049 Century Park East
10         Los Angeles, CA  90067-3208
11         Phone: 310.552.0130
12         Fax:   310.229.5800
13         rmsilberfeld@rkmc.com
14             BY:   ROMAN M. SILBERFELD, ESQ
15
16    On behalf the of Defendant, LG:
17         MUNGER, TOLLES & OLSON, LLP
18         355 South Grand Avenue
19         35th Floor
20         Los Angeles, CA  90071-1560
21         Phone:  213.683.9266
22         Fax:    213.683.5166
23         william.temko@mto.com
24             BY:   WILLIAM D. TEMKO, ESQ
25
```

```
 1     On behalf of defendant, LG Electronics:
 2          MUNGER, TOLLES & OLSON, L.LP
 3          33 New Montgomery Street
 4          Nineteenth Floor
            San Francisco CA 94105-9781
 5          415.512.4009
 6          415.512.4077
 7          Hwanghx@mto.com
               BY:   HOJOON HWANG, ESQ
 8
            LG ELECTRONICS
 9          LG Twin Towers
10          128, Yeoui-daero Yeongdeungpo-gu
11          Seoul, Korea   150-721
12          Phone: +82.2.3777.3206
            eric11.kim@lge.com
13             BY:   ERIC KIM, ESQ
14
       On behalf of Philips, Defendants:
15          BAKER BOTTS, LLP
16          The Warner
17          1299 Pennsylvania Avenue, NW
18          Washington, DC  20004-2400
19          Phone: 202.639.1117
20          Fax:   202.585.1037
21          charles.malaise@bakerbotts.com
22             BY:   CHARLES MALAISE, ESQ
23
24          Pat Kirk, videographer
25          Nicole Lee, Interpreter
```

```
 1         A    Yeah, because once I was asked to do
 2   some -- something in the remuneration, but we
 3   didn't convene or we didn't do anything.
 4         Q    So it was a sub-committee that never
 5   met?                                              03:42PM
 6         A    Never met, no.
 7         Q    (After a pause)  Excuse me one
 8   second.
 9              Mr. Na, let's turn back to the
10   deposition Notice, which is on your left there.   03:45PM
11   One of the topics for today that we have not yet
12   discussed is topic number 4.
13              Do you see that?
14         A    Yes, I do.
15         Q    It says you're here to testify about   03:45PM
16   any actual or threatened lawsuits, arbitrations, or
17   demands amongst LPD and the LG Defendants during
18   the Relevant Period, including whether the LG
19   Defendants required LPD to obtain approval from any
20   of the LG Defendants prior to instituting          03:45PM
21   litigation.
22              Have you -- well, withdraw that.
23              Are you aware yourself, from your
24   personal knowledge, of any instance in which there
25   was either litigation or a threat of litigation    03:45PM
```

Page 183

```
 1    between LPD and LGEI?
 2         A    Some dispute and also some almost
 3    litigation issue --
 4         Q    Did occur?
 5         A    -- was there, yeah.                    03:46PM
 6         Q    When did that occur?
 7         A    Around -- around 2003/2004. Only
 8    2004.
 9         Q    Okay, what happened?
10         A    One of them was the rebate, the       03:46PM
11    rebate things, which HEG rebate has been refunded
12    to LPD, and LPD also has been paying to LGE. But,
13    all of a sudden, they hold it. So -- so we asked
14    them -- I had a couple of dispute, and they said --
15    finally they said, oh, that they paid, they paid   03:47PM
16    back that LGE rebate. So it was not actual
17    litigation, but we had a lot of fighting between
18    LPD and LGE. That was one of the case.
19              And the other one was LG brand.
20    LG brand. LG brand was something they can use by  03:47PM
21    paying a brand license fee, which they did not
22    agree, and we -- we employed counsel to study how
23    we can do it.
24              That was the two events I remember.
25         Q    Okay. And both occurred in this        03:48PM
```

Page 184

```
 1   2003/2004 time frame?
 2        A    Yeah.  Two thousand -- 2003/4.  And
 3   the brand issue, maybe 2005, yeah 2005, because our
 4   legal team has been embarked already.  LPD's legal
 5   team.                                                    03:48PM
 6             MR. TEMKO:  I'm just going to caution
 7   you.  Don't disclose the contents of any
 8   communication that you had with counsel about that.
 9   You can otherwise answer counsel's questions.
10   BY MR. SILBERFELD:                                       03:48PM
11        Q    So let's talk about these two
12   instances a bit more.
13             In this 2003/2004 time frame, there
14   was some dispute about a rebate?
15        A    Yes.
16        Q    Is that right?  And I'm not sure
17   I understood your answer completely, so forgive me.
18             LPD owed a rebate to LGE and stopped
19   paying it?
20        A    Yes.                                           03:49PM
21        Q    Okay.  And there was a dispute about
22   that, and it was resolved when LPD agreed to go
23   ahead and pay over or credit the rebate to LGE?
24        A    Yeah.  Finally, they paid it to LGE.
25   LPD, they paid it -- paid it back to LGE.  And,         03:49PM
```

Page 185

```
 1    again, that money was owed by LPD to LGEI, and that
 2    money, the rebate, was from HEG, the glass company.
 3           Q    So it was an obligation of HEG?
 4           A    Yes.
 5           Q    Not LPD?                                      03:50PM
 6           MR. TEMKO:  Vague and ambiguous.
 7           THE WITNESS:  Obligation to -- yes,
 8    they -- okay.  They used to pay the glass --
 9           MR. HWANG:  For clarity's sake, do
10    you -- could you please just have it translated?    03:50PM
11           MR. TEMKO:  Just do it in Korean.  It
12    may be easier.
13           THE WITNESS:  So the first orders.
14    HEG is the name of a glass company and where we
15    make CRTs we need a lot glasses, so HEG was the     03:51PM
16    company where a lot of glass components were
17    purchased from.  And because of the volume, rebate
18    was generated.  And, initially, HEG paid the rebate
19    directly to LGEI, but, after the formation of LPD,
20    the rebate money went to LPD from HEG.              03:51PM
21    BY MR. SILBERFELD:
22           Q    Well --
23           MR. TEMKO:  Hang on a minute.
24           MR. SILBERFELD:  I'm sorry.
25           MR. TEMKO:  He's breaking it up.
```

```
 1                MR. SILBERFELD:  Oh, he's breaking it
 2     up.
 3                MR. TEMKO:  So it's easier.
 4                THE WITNESS:  (Interpreted)  And LPD              
 5     started to pay that rebate to us because that was    03:52PM
 6     what was written in JVA.  So, in accordance with
 7     the JVA, the rebate was paid from LPD to LGEI.  So
 8     it had been done that way and, all of a sudden,
 9     they stopped paying that rebate to us, which is
10     LGEI, and, because of that, the dispute arose.       03:52PM
11     BY MR. SILBERFELD:
12          Q     How long did the dispute last?
13          A     For 5 month.
14          Q     And how much money was involved in
15     that dispute, roughly?                               03:52PM
16          A     Roughly, around $4 to 5 million;
17     US dollar.
18          Q     The dispute lasted a few months.  It
19     was about $5 million, and --
20                MR. TEMKO:  I think he said $4 to 5       03:53PM
21     million.
22                MR. SILBERFELD:  About 5.
23                MR. TEMKO:  Sorry.
24     BY MR. SILBERFELD:
25          Q     And it was resolved that LGEI finally     03:53PM
```

Page 187

```
 1    got the money, right?
 2           A     Yes.
 3           Q     No lawsuit was filed about that?
 4           A     No actual lawsuit, no.
 5           Q     And the second instance that you can      03:53PM
 6    think of, the LG brand issue.  Help me understand
 7    better what that was about?  Was the idea that LPD
 8    wanted to use the LG brand or logo, and LG wanted
 9    LPD to pay a license fee for that?  Is that what
10    this was about?  Or maybe I'm completely wrong.      03:53PM
11    I don't know.
12           MR. HWANG:  Again, I think
13    a translation would help.
14           THE WITNESS:  (Interpreted)   the
15    LG brand and logo's ownership is not with LGE but,   03:54PM
16    rather, it's with LG Corp.  So whichever the
17    company that uses such logo, has to pay the
18    licensing fee to the LG Corp.
19           But as for the LG Philips Displays,
20    although they used the logos or the brand names,     03:55PM
21    they did not pay the licensing fee that they were
22    supposed to pay, and there were several demands
23    made to them to pay the fee and they still didn't.
24    So my understanding is that the legal team prepared
25    to go with legal action because of that.             03:55PM
```

```
 1                    C E R T I F I C A T E
 2
 3         I, THELMA HARRIES, MBIVR, ACR do hereby
 4    certify:
 5         That YOUNG BAE NA the witness whose
 6    examination is hereinbefore set forth was duly
 7    sworn by me and the within transcript is a true
 8    record of the testimony given by such witness.
 9         I further certify that I am not related to
10    any of the parties of this action nor in anyway
11    interested in the outcome of this matter.
12
13
                                THELMA HARRIES, MBIVR, ACR
14                              Certified Court Reporter
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 271
```