JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv- | **DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

05261;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(c), Defendants Panasonic Corporation of North America ("PNA") and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) ("Panasonic Corp.") respectfully submit this Administrative

-3-

1  Motion for a Sealing Order regarding Defendants PNA and Panasonic Corp.'s Reply in Support of
2  Motion for Summary Judgment (the "Reply").  The following materials are submitted under seal:
3  (a) the highlighted portions of the Reply; and (b) Exhibits 1 through 6 to the concurrently-filed
4  Declaration of Sofia Arguello in Support of the Reply.
5      This motion is supported by the Declaration of Sofia Arguello in Support of Defendants PNA
6  and Panasonic Corp.'s Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11
7  and 79-5(d) (the "Arguello Decl."), dated January 23, 2015.  See Civ. L. R. 79-5(d)(1)(A) (stating
8  that an administrative motion to seal must be accompanied by a declaration "establishing that the
9  document sought to be filed under seal . . . [is] sealable").
10     On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (No. 07-
11  cv-05944, Dkt. No. 306, amended at Dkt. No. 1142) (the "Protective Order").
12     As set forth in the Arguello Decl., the standard for filing under seal is met in the present case
13  with respect to the documents and information designated "Confidential" or "Highly Confidential"
14  by Panasonic Corporation of North America ("PNA"), MT Picture Display Co., Ltd., and Panasonic
15  Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) ("Panasonic Corp.") (collectively, the
16  "Panasonic Defendants") in these actions.  The documents and information designated
17  "Confidential" or "Highly Confidential" by the Panasonic Defendants consist of, cite to, and/or
18  identify confidential, nonpublic, proprietary and highly sensitive business information, including,
19  among other commercially sensitive business information and strategies, confidential information
20  about the Panasonic Defendants' sales processes, business practices, internal practices, negotiating
21  tactics, confidential business and supply agreements and/or competitive positions.  This information
22  is confidential commercial information, the disclosure of which would prejudice the Panasonic
23  Defendants both in their commercial relationships with customers and suppliers and in their
24  competitive efforts.  Accordingly, compelling reasons exist for portions of these documents to
25  remain under seal.  *See, e.g.*, *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006)
26  (those who seek to maintain the secrecy of documents attached to dispositive motions must show
27  "compelling reasons" to support secrecy).
28

DEFENDANTS PNA AND PANASONIC CORP.'S                                     Case No. 07-5944 SC
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                                 MDL NO. 1917

Defendants PNA and Panasonic Corp. also submit this Administrative Motion because they wish to file documents that contain material designated by other defendants, in the above-captioned actions, pursuant to the Stipulated Protective Order (Dkt. 306, June 18, 2008), as "Highly Confidential."  Defendants PNA and Panasonic Corp. take no position on whether those designated documents satisfy the requirements for sealing.  Although the request of Defendants PNA and Panasonic Corp. is narrowly tailored to include only the information that may require confidentiality, it is the burden of the relevant defendants to show compelling reasons for sealing the designated documents by submitting a declaration showing good cause and a proposed order within four days after the lodging of the designated documents.  *See* Civil Local Rule 79-5(d).

Because Civil Local Rule 79-5(a) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation.  *See* Civil Local Rule 7-11 (requiring explanation for lack of stipulation).

DATED:  January 23, 2015                    WINSTON & STRAWN LLP

By: /s/ *Sofia Arguello*
JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: MMDonovan@winston.com
SOFIA ARGUELLO (*pro hac vice*)
Email: SArguello@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-4-

DEFENDANTS PNA AND PANASONIC CORP.'S                                       Case No. 07-5944 SC
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                                   MDL NO. 1917

-5-

1  
2  *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*

3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28