**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et* | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD) ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

-1-

*al.*, No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

Upon consideration of Defendants Panasonic Corporation of North America ("PNA") and Panasonic Corporation's (f/k/a Matsushita Electric Industrial Co., Ltd.) Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with their Reply in Support of Motion for Summary Judgment, it is hereby:

ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or excerpted portions of documents related to the Administrative Motion to File Under Seal:

| Document | Sealed Portions |
|---|---|
| Defendants Panasonic Corporation of North America And Panasonic Corporation's (f/k/a Matsushita Electric Industrial Co., Ltd.) Reply in Support of Motion for Summary Judgment | Portion of pages 1-14, Appendix A |
| Exhibit 1 to the Declaration of Sofia Arguello in Support of the Reply (the "Arguello Decl.") (excerpts from the transcript of the May 8-9, 2014 deposition of Michael Hsu) | Entire excerpted document |
| Exhibit 2 to the Arguello Declaration (excerpts from the transcript of the July 16-17, 2012 deposition of Tatsuo Tobinaga) | Entire excerpted document |
| Exhibit 3 to the Arguello Declaration (excerpts from the transcript of the July 13, 2012 deposition of Takashi Nakano) | Entire excerpted document |
| Exhibit 4 to the Arguello Declaration (excerpts from the transcript of the March 12-13, 2014 deposition of Allen Chang) | Entire excerpted document |

-2-

| | |
|---|---|
| Exhibit 5 to the Arguello Declaration (excerpts from the transcript of the July 24-26, 2013 deposition of Jae In Lee) | Entire excerpted document |
| Exhibit 6 to the Arguello Declaration (excerpts from the transcript of the February 22-26, 2013 deposition of Sheng-Jen Yang) | Entire excerpted document |

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO ORDERED**

Dated: _____        _____
                                                                                Hon. Samuel Conti
                                                                                United States District Judge

-3-

[PROPOSED] ORDER GRANTING DEFS PNA AND PANASONIC CORP.'S           Case No. 07-5944 SC
ADMINISTRATIVE MOTION TO SEAL DOCUMENTS                                              MDL NO. 1917