JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-4692
Facsimile: (212) 294-4700

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*

Additional Counsel Listed on Signature Pages

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et* | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF SOFIA ARGUELLO IN SUPPORT OF DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA AND PANASONIC CORPORATION'S (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

- 1 -

DECL. OF SOFIA ARGUELLO I/S/O DEFENDANTS
PNA AND PANASONIC CORP.'S REPLY I/S/O MOT.
FOR SUMMARY JUDGMENT

Case No. 07-5944 SC
MDL No. 1917

*al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

DECL. OF SOFIA ARGUELLO I/S/O DEFENDANTS
PNA AND PANASONIC CORP.'S REPLY I/S/O MOT.
FOR SUMMARY JUDGMENT

Case No. 07-5944 SC
MDL No. 1917

I, Sofia Arguello, declare as follows:

I am an attorney with Winston & Strawn LLP, attorneys for Defendants Panasonic Corporation of North America and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) in these actions.  I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*.  I make this declaration in support of Panasonic Corporation of North America and Panasonic Corporation's Reply in Support of their Motion for Summary Judgment.

1. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the transcript of the May 8-9, 2014 deposition of Michael Hsu.

2. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the transcript of the July 16-17, 2012 deposition of Tatsuo Tobinaga.

3. Attached hereto as Exhibit 3 are true and correct copies of excerpts from the transcript of the July 13, 2012 deposition of Takashi Nakano.

4. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the transcript of the March 12-13, 2014 deposition of Allen Chang.

5. Attached hereto as Exhibit 5 are true and correct copies of excerpts from the transcript of the July 24-26, 2013 deposition of Jae In Lee.

6. Attached hereto as Exhibit 6 are true and correct copies of excerpts from the transcript of the February 22-26, 2013 deposition of Sheng-Jen Yang.

I declare that the foregoing is true and correct.

DATED: January 23, 2015              By:   /s/ *Sofia Arguello*

 

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
SOFIA ARGUELLO (*pro hac vice*)

- 3 -

Email: sarguello@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*

- 4 -