| | |
|---|---|
| 1 | Jon V. Swenson (SBN 233054) |
| 2 | BAKER BOTTS LLP<br>620 Hansen Way |
| 3 | Palo Alto, CA 94304 |
| 4 | Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699 |
| 5 | Email: jon.swenson@bakerbotts.com |

John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | Case No. 07-5944 SC<br><br>**[PROPOSED] ORDER GRANTING PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Date:          February 6, 2015<br>Time:         10:00 a.m.<br>Place:         Courtroom No. 1<br><br>Hon. Samuel Conti |


1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Best Buy Co., Inc. v. Technicolor SA*, No. 13-cv-05264;

*Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA*, No. 13-cv-05726;

*CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA*, No. 13-cv-05668;

*Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Sharp Electronics Corp. v. Hitachi Ltd.*, Case No. 13-cv-1173 SC

*Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.*, Case No. 13-cv-2776 SC

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, Case No. 14-cv-2510 SC

*All Indirect Purchaser Actions*

[PROPOSED] ORDER GRANTING PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

1  Upon consideration of Philips Electronics North America Corporation's, Philips Taiwan
2  Limited's, and Philips do Brasil Ltda.'s Administrative Motion to File Documents under Seal
3  Pursuant to the Civil Local Rules 7-11 and 79-5(d), submitted in conjunction with Philips
4  Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s
5  Reply in Support of Motion for Partial Summary Judgment; it is hereby
6  ORDERED that the Administrative Motion is hereby GRANTED; and it is further
7  ORDERED that the Clerk shall file under seal the unredacted version of Philips
8  Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s
9  Reply in Support of Motion for Partial Summary Judgment, and Exhibits 1-6 to the Declaration of
10 Tiffany B. Gelott in Support of Philips Electronics North America Corporation's, Philips Taiwan
11 Limited's, and Philips do Brasil Ltda.'s  Reply in Support of Motion for Partial Summary
12 Judgment.

Dated: _____, 2015

_____
**The Honorable Samuel Conti**
**Northern District of California**

1
[PROPOSED] ORDER GRANTING PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S, PHILIPS
TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)