# EXHIBIT 1

# (FILED UNDER SEAL)

# EXHIBIT 2

# (FILED UNDER SEAL)

# EXHIBIT 3

# (FILED UNDER SEAL)

# EXHIBIT 4

# (FILED UNDER SEAL)

# EXHIBIT 5

# (FILED UNDER SEAL)

# EXHIBIT 6

# (FILED UNDER SEAL)