1    Jon V. Swenson (SBN 233054)
     BAKER BOTTS LLP
2    620 Hansen Way
     Palo Alto, CA 94304
3    Telephone: (650) 739-7500
     Facsimile: (650) 739-7699
4    Email: jon.swenson@bakerbotts.com

5
     John M. Taladay (*pro hac vice*)
6    Erik T. Koons (*pro hac vice*)
     Charles M. Malaise (*pro hac vice*)
7    BAKER BOTTS LLP
     1299 Pennsylvania Ave., N.W.
8    Washington, DC 20004-2400
     Telephone: (202) 639-7700
9    Facsimile: (202) 639-7890
     Email: john.taladay@bakerbotts.com
10   Email: erik.koons@bakerbotts.com
     Email: charles.malaise@bakerbotts.com
11

12   *Attorneys for Philips Electronics North America
     Corporation, Philips Taiwan Limited, and Philips do
13   Brasil Ltda.*

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17   In re:  CATHODE RAY TUBE (CRT)              ) Case No. 07-5944-SC
     ANTITRUST LITIGATION                        )
18                                               ) MDL No. 1917
                                                 )
19   _____           ) **CERTIFICATE OF SERVICE**
                                                 )
20   This Document Relates to:                   )
                                                 )
21   *Electrograph Sys., Inc. v. Hitachi, Ltd.*, )
     No. 11-cv-01656;                            )
22                                               )
     *Electrograph Sys., Inc. v. Technicolor SA,* )
23   No. 13-cv-05724;                            )
                                                 )
24   *Siegel v. Hitachi, Ltd.,*                   )
     No. 11-cv-05502;                            )
25                                               )
     *Siegel v. Technicolor SA,*                  )
26   No. 13-cv-05261;                            )
                                                 )
27                                               )
     *Best Buy Co., Inc. v. Hitachi, Ltd.,*       )
28   No. 11-cv-05513;                            )

1

2   *Best Buy Co., Inc. v. Technicolor SA,*
    No. 13-cv-05264;                                    )
3                                                       )
4   *Interbond Corp. of Am. v. Hitachi, Ltd.,*          )
    No. 11-cv-06275;                                    )
5                                                       )
    *Interbond Corp. of Am. v. Technicolor SA,*         )
6   No. 13-cv-05727;                                    )
                                                        )
7   *Office Depot, Inc. v. Hitachi, Ltd.,*              )
    No. 11-cv-06276;                                    )
8                                                       )
9   *Office Depot, Inc. v. Technicolor SA,*             )
    No. 13-cv-05726;                                    )
10                                                      )
    *CompuCom Sys., Inc. v. Hitachi, Ltd.,*             )
11  No. 11-cv-06396;                                    )
                                                        )
12  *P.C. Richard & Son Long Island Corp. v.*           )
    *Hitachi, Ltd.,*                                    )
13  No. 12-cv-02648;                                    )
                                                        )
14  *P.C. Richard & Son Long Island Corp. v.*           )
15  *Technicolor SA,*                                   )
    No. 13-cv-05725;                                    )
16                                                      )
    *Schultze Agency Servs., LLC v. Hitachi, Ltd.,*     )
17  No. 12-cv-02649;                                    )
                                                        )
18  *Schultze Agency Servs., LLC v. Technicolor SA,*    )
19  No. 13-cv-05668;                                    )
                                                        )
20  *Tech Data Corp. v. Hitachi, Ltd.,*                 )
    No. 13-cv-00157;                                    )
21                                                      )
22  *Sears, Roebuck and Co. and Kmart Corp. v.*         )
    *Technicolor SA,*                                   )
23  No. 13-cv-05262                                     )
                                                        )
24  *Sears, Roebuck and Co. and Kmart Corp. v.*         )
    *Chunghwa Picture Tubes, Ltd.,*                     )
25  No. 11-cv-05514                                     )
                                                        )
26  *Sharp Electronics Corp. v. Hitachi Ltd.,*          )
27  Case No. 13-cv-1173 SC                              )
                                                        )
28  *Sharp Electronics Corp. v. Koninklijke Philips*    )
    *Elecs., N.V.,*                                     )

1  | Case No. 13-cv-2776 SC )
2  | *ViewSonic Corp. v. Chunghwa Picture Tubes,*
   | *Ltd.,*
3  | Case No. 14-cv-2510 SC
4  | *All Indirect Purchaser Actions*
5
6
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    I, Tiffany B. Gelott, declare that I am a citizen of the United States and over the age of eighteen

2    years.  I am employed by the firm of Baker Botts LLP, and I am not a party to this action.

3    On January 23, 2015 I served the foregoing documents:

4    - Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips

5      do Brasil, Ltda.'s Reply In Support Of Motion For Partial Summary Judgment

6      [UNREDACTED VERSION]; and

7    - Exhibits 1-6 to the Declaration of Tiffany B. Gelott in Support of Philips Electronics

8      North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s

9      Reply In Support Of Motion For Partial Summary Judgment [UNDER SEAL]

10   on the following by electronic mail at the address below:

| | |
|---|---|
| Mario N. Alioto<br>Lauren C. Capurro (Russell)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>E-mail: malioto@tatp.com<br>E-mail: laurenrussell@tatp.com<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111 Plaintiffs Class<br>Tel: (415) 217-6810<br>E-mail: guido@saveri.com<br>E-mail: rick@saveri.com<br>E-mail: grushing@saveri.com<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* |
| Michael P. Kenny<br>Debra D. Bernstein<br>Rodney J. Ganske<br>E-mail: mike.kenny@alston.com<br>E-mail: debra.bernstein@alston.com<br>E-mail: rod.ganske@alston.com<br>ALSTON & BIRD LLP<br><br>*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* | Kenneth A. Gallo<br>Joseph J. Simons<br>Craig Benson<br>E-mail: kgallo@paulweiss.com<br>E-mail: jsimons@paulweiss.com<br>E-mail: cbenson@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>*Counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.* |
| Philip J. Iovieno<br>Anne M. Nardacci<br>Kyle Smith<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor | Emilio Varanini<br>OFFICE OF THE ATTORNEY GENERAL<br>OF CALIFORNIA<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664 |

-1-

| | | |
|---|---|---|
| 1 | Albany, NY 12207<br>E-mail:  piovieno@bsfllp.com | E-mail:  emilio.varanini@doj.ca.gov |
| 2 | E-mail:  anardacci@bsfllp.com<br>E-mail:  ksmith@bsfllp.com | *Attorneys for the State of California* |
| 3 | | |
| 4 | *Liaison Counsel for Direct Action Plaintiffs* | |
| 5 | Hojoon Hwang<br>William D. Temko | Jeffrey L. Kessler<br>WINSTON & STRAWN LLP |
| 6 | Jonathan E. Altman<br>MUNGER, TOLLES & OLSON LLP | 200 Park Avenue<br>New York, NY 10166-4193 |
| 7 | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105 | Email: jkessler@winston.com |
| 8 | Email: hojoon.hwang@mto.com<br>Email: William.temko@mto.com | David L. Yohai<br>WEIL, GOTSHAL & MANGES LLP |
| 9 | Email: joonathan.altman@mto.com | 767 Fifth Avenue<br>New York, NY 10153 |
| 10 | *Counsel for Defendants LG Electronics, Inc., LG* | Email: david.yohai@weil.com |
| 11 | *Electronics USA, Inc., and LG Electronics*<br>*Taiwan Taipei Co., Ltd* | *Counsel for Defendants Panasonic* |
| 12 | | *Corporation, Panasonic Corporation of North*<br>*America, and MT Picture* |
| 13 | | *Display Co., Ltd* |
| 14 | | |
| 15 | Kate S. McMillan<br>Christine Laciak | Joel S. Sanders<br>Rachel S. Brass |
| 16 | Richard Snyder<br>richard.snyder@freshfields.com | GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000 |
| 17 | FRESHFIELDS BRUCKHAUS &<br>DERINGER US, LLP | San Francisco, CA 94105<br>Email: jsanders@gibsondunn.com |
| 18 | 701 Pennsylvania Avenue, NW<br>Suite 6000 | Email: rbrass@gibsondunn.com |
| 19 | Washington, DC 20004<br>Email: kate.mcmillan@freshfields.com | *Counsel for Defendant Tatung Company* |
| 20 | Email: Christine.laciak@freshfields.com<br>Email: richard.snyder@freshfields.com | *America and Counsel for Defendants*<br>*Chunghwa Picture Tubes, Ltd. and Chunghwa* |
| 21 | | *Picture Tubes (Malaysia)* |
| 22 | *Counsel for Defendant Beijing*<br>*Matsushita Color CRT Co., Ltd.* | |
| 23 | Lucius B. Lau<br>Dana E. Foster | James L. McGinnis<br>Michael Scarborough |
| 24 | WHITE & CASE, LLP<br>701 13th Street, NW | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP |
| 25 | Washington, DC 20005<br>Email: alau@whitecase.com | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 26 | Email: defoster@whitecase.com | Email: jmcginnis@sheppardmullin.com<br>Email: mscarborough@sheppardmullin.com |
| 27 | *Counsel for Defendants Toshiba Corporation,*<br>*Toshiba America, Inc., Toshiba America* | *Counsel for Defendants Samsung SDI America,* |
| 28 | | |

| | |
|---|---|
| *Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | *Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |
| Eliot A. Adelson<br>James Maxwell Cooper<br>Sarah Farley sfarley@kirkland.com KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Email: eadelson@kirkland.com<br>Email: max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Email: jmutchnik@kirldand.com<br>Email: kate.wheaton@kirkland.com<br><br>*Counsel for Hitachi, Ltd, Hitachi Displays, Ltd, Hitachi Asia, Ltd, Hitachi America, Ltd, and Hitachi Electronic Devices (USA), Inc.* | Brent Caslin<br>Terrence J. Truax<br>Michael T. Brody Molly M. Powers JENNER & BLOCK LLP<br>633 West Fifth Street<br>Suite 3600<br>Los Angeles, CA 90071<br>Email: bcaslin@jenner.com Email: ttruax@jenner.com Email: mbrody@jenner.com<br>Email: mpowers@jenner.com<br><br>*Counsel for Mitsubishi Electric U.S., Inc. and Mitsubishi Digital Electronics Americas, Inc.* |
| Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE SANDERS LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Email: mark.dosker@squiresanders.com<br>Email: nathan.lane@squiresanders.corn<br><br>*Counsel for Technologies Displays Americas LLC and Videocon Industries, Ltd* | Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Email: kathy.osborn@FaegreBD.com<br>Email: ryan.hurley@FaegreBD.com<br><br>Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Email: jeff.roberts@FaegreBD.com<br><br>*Attorneys for Thomson SA* |

CERTIFICATE OF SERVICE (3:07-CV-05944 SC, MDL NO. 1917)

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my

2  knowledge and information.

3    Executed on January 23, 2015 in Washington, D.C.

4

5                                                   /s/ Tiffany B. Gelott

6                                                   Tiffany B. Gelott

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE (3:07-CV-05944 SC, MDL NO. 1917)