Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Philips Electronics North America
Corporation, Philips Taiwan Limited, and Philips do
Brasil, Ltda.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANTS PHILIPS ELECTRONICS NORTH AMERICAN CORPORATION'S, PHILIPS TAIWAN LIMITED'S, AND PHILIPS DO BRASIL LTDA.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      February 6, 2015<br>Time:      10:00 a.m.<br>Place:     Courtroom 1, 17th Floor<br><br>Hon. Samuel P. Conti |

No. 11-cv-05513;                                                  )
                                                                 )
*Best Buy Co., Inc. v. Technicolor SA,*                          )
No. 13-cv-05264;                                                 )
                                                                 )
*Interbond Corp. of Am. v. Hitachi, Ltd.,*                       )
No. 11-cv-06275;                                                 )
                                                                 )
*Interbond Corp. of Am. v. Technicolor SA,*                      )
No. 13-cv-05727;                                                 )
                                                                 )
*Office Depot, Inc. v. Hitachi, Ltd.,*                           )
No. 11-cv-06276;                                                 )
                                                                 )
*Office Depot, Inc. v. Technicolor SA,*                          )
No. 13-cv-05726;                                                 )
                                                                 )
*CompuCom Sys., Inc. v. Hitachi, Ltd.,*                          )
No. 11-cv-06396;                                                 )
                                                                 )
*P.C. Richard & Son Long Island Corp. v.*                        )
*Hitachi, Ltd.,*                                                 )
No. 12-cv-02648;                                                 )
                                                                 )
*P.C. Richard & Son Long Island Corp. v.*                        )
*Technicolor SA,*                                                )
No. 13-cv-05725;                                                 )
                                                                 )
*Schultze Agency Servs., LLC v. Hitachi, Ltd.,*                  )
No. 12-cv-02649;                                                 )
                                                                 )
*Schultze Agency Servs., LLC v. Technicolor SA,*                 )
No. 13-cv-05668;                                                 )
                                                                 )
*Tech Data Corp. v. Hitachi, Ltd.,*                              )
No. 13-cv-00157;                                                 )
                                                                 )
*Sears, Roebuck and Co. and Kmart Corp. v.*                      )
*Technicolor SA,*                                                )
No. 13-cv-05262                                                  )
                                                                 )
*Sears, Roebuck and Co. and Kmart Corp. v.*                      )
*Chunghwa Picture Tubes, Ltd.,*                                  )
No. 11-cv-05514                                                  )
                                                                 )
*Sharp Electronics Corp. v. Hitachi Ltd.,*                       )
No. 13-cv-1173 SC                                                )
                                                                 )
*Sharp Electronics Corp. v. Koninklijke Philips*                 )

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF PHILIPS SUBSIDIARIES' REPLY IN SUPPORT OF MOTION FOR PARTIAL
SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)

*Elecs., N.V.,*
No. 13-cv-2776 SC

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.,*
No. 14-cv-2510 SC

*All Indirect Purchaser Actions*

I, Tiffany Gelott, declare and state as follows:

1.      I am an attorney with Baker Botts LLP, attorneys for Philips Electronics North America Corporation ("PENAC"), Philips Taiwan Limited ("PTL"), and Philips do Brasil, Ltda. ("PDBL") (collectively, the "Philips Subsidiaries") in the above-captioned action.  I am a member of the bar of the District of Columbia and have been admitted to practice before this Court on this matter pro hac vice.  I make this declaration in support of the Philips' Subsidiaries' Reply in Support of Motion for Partial Summary Judgment.  The information contained herein is based on my own personal knowledge, and if called as a witness I could, and would, testify competently that the matters set forth herein are true.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Deposition of Jim Smith (12/12/2013) ("Smith Dep.").

3.      Attached hereto as Exhibit 2 is a true and correct copy of the document bearing bates number, PHLP-CRT-148288, that was produced in this litigation by Koninklijke Philips N.V ("KPNV") and PENAC.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the document bates numbers, PHLP-CRT-150976 through PHLP-CRT-150977, that was produced in this litigation by KPNV and PENAC.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the document bates numbers, PHLP-CRT-149177 through PHLP-CRT-149179, that was produced in this litigation by KPNV and PENAC.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the document bates numbers, PHLP-CRT-064967 through PHLP-CRT-064968, that was produced in this litigation by KPNV and PENAC.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the Deposition of Jan De Lombaerde (10/9/2014) ("Lombaerde Dep.").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed on January 23, 2015 in Washington, D.C.


/s/ Tiffany B. Gelott
Tiffany B. Gelott