# EXHIBIT 1

# (FILED UNDER SEAL)

# EXHIBIT 2

# (FILED UNDER SEAL)

# <u>EXHIBIT 3</u>

# (FILED UNDER SEAL)

# <u>EXHIBIT 4</u>

# (FILED UNDER SEAL)

# EXHIBIT 5

# (FILED UNDER SEAL)

# **EXHIBIT 6**

# **(FILED UNDER SEAL)**