Exhibit 25

1   Brent Caslin (Cal. Bar. No. 198682)
    Jenner & Block LLP
2   633 West Fifth Street
    Suite 3600
3   Los Angeles, California 90071
    Telephone:     213 239-5100
4   Facsimile:     213 239-5199
    bcaslin@jenner.com
5
    Terrence J. Truax (*pro hac vice*)
6   Michael T. Brody (*pro hac vice*)
    Jenner & Block LLP
7   353 N. Clark Street
    Chicago, Illinois 60654-3456
8   Telephone:     312 222-9350
    Facsimile:     312 527-0484
9   ttruax@jenner.com
    mbrody@jenner.com
10
    *Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc.,*
11  *and Mitsubishi Electric Visual Solutions America, Inc.*

12                      UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
13                         SAN FRANCISCO DIVISION

14  In re: CATHODE RAY TUBE (CRT)        Case No. 3:07-cv-5944-SC
    ANTITRUST LITIGATION                 MDL No. 1917
15

16  This Document Relates to:            AFFIDAVIT  OF MARY RUDDY IN SUPPORT
                                         OF MITSUBISHI ELECTRIC CORPORATION'S
17  *Best Buy Co., Inc., et al. v. Technicolor SA,*   REPLY IN SUPPORT OF ITS MOTION FOR
    *et al.*, No. 13-cv-05264;           SUMMARY JUDGMENT BASED ON ABSENCE
18                                       OF EVIDENCE OF LIABILITY [DKT. NO. 3037]
    *Electrograph Systems, Inc., et al. v.*
19  *Technicolor SA, et al.*, No. 13-cv-05724;

20  *Interbond Corp. of Am. v. Technicolor SA,*
21  *et al.*, No. 13-cv-05727;

22  *Office Depot, Inc. v. Technicolor SA, et al.*,
    No. 13-cv-05726;
23
24  *P.C. Richard & Son Long Island*
    *Corporation, et al. v. Technicolor SA, et al.*,
25  No. 13-cv-05725;

26  *Target Corp. v. Technicolor SA, et al.*,
    No. 13-cv-05686;
27
28  *Costco Wholesale Corporation v.*

---

1    *Technicolor SA, et al.*, No. 13-cv-05723;

2    *Schultze Agency Services, LLC v.*
3    *Technicolor SA, Ltd., et al.*, No. 13-cv-
     05668;

4
     *Sears, Roebuck and Co., et al. v.*
5    *Technicolor SA*, No. 13-cv-05262;

6    *Dell Inc., et al. v. Phillips Electronics North*
7    *America Corporation, et al.*, No. 13-cv-
     02171;

8
     *Tech Data Corp., et al. v. Hitachi, Ltd., et*
9    *al.*, No.13-cv-00157;

10   *Siegel v. Technicolor SA, et al.*, No.13-cv-
11   05261;

12   *Viewsonic Corporation v. Chunghwa*
     *Picture Tubes Ltd., et al.*, No.13-cv-02510.
13   _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## AFFIDAVIT OF MARY RUDDY

I, Mary Ruddy, being first duly sworn under oath and subject to the penalties of perjury state as follows:

1.      I am currently the Library Supervisor at Jenner & Block LLP, located at 353 North Clark Street, Chicago, Illinois 60654.

2.      I have been employed at the Jenner & Block LLP Library Services Department since approximately 2000.

3.      Attached to my Affidavit as **Exhibit 1** is a true and correct copy of a news article retrieved via the Lexis Nexis service bearing the headline "M'bishi Electric to Liquidate 2 CRT Units," dated February 27, 2003, provided via the Jiji Press Ticker Service.

4.      Attached to my Affidavit as **Exhibit 2** is a true and correct copy of a news article retrieved via the Westlaw service bearing the headline "Mitsubishi division closes Mexican assembly plant," dated March 1, 2003, provided via the EFE World News Service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed this 23rd day of January, 2015 at Chicago, Illinois.


_Mary Ruddy_
Mary Ruddy


NANCY J. GOTTSCHALK
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 25, 2018

_Nancy J. Gottschalk_

1

# Exhibit 1 to Ruddy Affidavit



FOCUS - 7 of 7 DOCUMENTS

Copyright 2003 Jiji Press Ltd.
Jiji Press Ticker Service

**February** 27, 2003, Thursday

**LENGTH:** 139 words

**HEADLINE:** M'bishi Electric to **Liquidate** 2 **CRT** Units

**DATELINE:** Tokyo, Feb. 27

**BODY:**

   **Mitsubishi** Electric Corp. <6503> said Thursday that it will **liquidate** in March 2004 a wholly owned U.S. unit and its Mexican subsidiary that produces 17-inch **cathode-ray tube** displays for personal computers.

   The move reflects shrinking demand for small **cathode-ray tube** displays due to the widespread adoption of **liquid** crystal displays.

   **Mitsubishi** Electric will shed a total of around 1,200 workers at the two companies.

   The **liquidation** will cause **Mitsubishi** Electric to incur a consolidated extraordinary loss of some 10 billion yen in the current business year to March 31, although the firm already has set aside reserves to cover the loss.

   **Mitsubishi** Electric will continue to produce 19- and 22-inch **cathode-ray tube** displays at a plant in Kyoto Prefecture, as the products still enjoy a solid market share.

**LOAD-DATE:** February 27, 2003

Exhibit 2  to Ruddy Affidavit

3/1/03 EFE News Serv. 00:00:00

Loaded Date: 01/15/2009

EFE World News Service
Copyright 2003 News provided by Comtex.

**March 1, 2003**

Mitsubishi division closes Mexican assembly plant.

t>

(EFE via COMTEX) -- Tijuana, **Mexico** Feb 28 (EFE).- Japaneset>conglomerate Mitsubishi Companies has decided to close a Mexican assembly plant within its Mitsubishi Electric division, Baja California state officials said Friday.

t>

The **closing** will leave some 1,300 workers without jobs.

t>

Baja California Secretary of Economic Development Sergio Tagliapietra said **Mexicali**-based Melco Display Devices, which made tubes for computer monitors, is shutting down for good.

t>

**Mitsubishi Electric** entered the Mexican market in 1997.

t>

Tagliapieta attributed the **closing** to unfavorable market conditions and diminished demand for the company&est is product.

t>

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 4:07-cv-05944-JST   Document 3462-6   Filed 01/23/15   Page 9 of 10

The president of **Mexico**&est is National Assembly Plant Industry Board, Daniel Romero, however, blamed the sec-tor&est is loss on **Mexico**&est is inability to compete globally, new taxes and legal shortcomings that have caused major investors to cut back on investments in **Mexico**, resulting first in firings and then factory **closings**.

t>

Nearly 3,500 assembly plants were operating in **Mexico** last year, 60 percent of which were located near the U.S.-Mexican border.

t>

The United States is the destiny of 90 percent of all Mexican exports.

t>

t>    dec/ac/bg/dc http://www.efe.es

t>

Copyright (c) 2003. Agencia EFE S.A.

t>

News Provided by COMTEX (http://www.comtexnews.com)

t>

---- INDEX REFERENCES ---

COMPANY: MITSUBISHI; MITSUBISHI ELECTRIC; AGENCIA EFE; MITSUBISHI ELECTRIC INC; MITSUBISIII ELECTRIC CORP

NEWS SUBJECT: (Plant Closings (1PL71); Economics & Trade (1EC26))

INDUSTRY: (Manufacturing (1MA74))

REGION: (North America (1NO39); Latin America (1LA15); Americas (1AM92); USA (1US73); Mexico (1ME48))

Language: EN

OTHER INDEXING: (COMTEX; MELCO DISPLAY DEVICES; MITSUBISHI; MITSUBISHI ELECTRIC; NATION-

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 4:07-cv-05944-JST   Document 3462-6   Filed 01/23/15   Page 10 of 10

AL ASSEMBLY PLANT INDUSTRY BOARD) (Agencia; Baja California; Daniel Romero; News; Sergio Tagliapietra; Tagliapieta) (Mexico; Spain)

KEYWORDS: (News, opinion and commentary)

COMPANY TERMS: AGENCIA EFE SA

Word Count: 262
3/1/03 EFENEWSERV 00:00:00
END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.