1  Jon V. Swenson (SBN 233054)
   BAKER BOTTS LLP
2  620 Hansen Way
   Palo Alto, CA 94304
3  Telephone: (650) 739-7500
4  Facsimile: (650) 739-7699
   Email: jon.swenson@bakerbotts.com
5
6  John M. Taladay (*pro hac vice*)
   Erik T. Koons (*pro hac vice*)
7  Charles M. Malaise (*pro hac vice*)
   BAKER BOTTS LLP
8  1299 Pennsylvania Ave., N.W.
   Washington, DC 20004-2400
9  Telephone: (202) 639-7700
   Facsimile: (202) 639-7890
10 Email: john.taladay@bakerbotts.com
   Email: joseph.ostoyich@bakerbotts.com
11 Email: erik.koons@bakerbotts.com
12 Email: charles.malaise@bakerbotts.com

13 *Attorneys for Defendant Koninklijke Philips N.V.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | Case No. 07-5944 SC<br><br>**[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Date:   February 6, 2015<br>Time:   10:00 a.m.<br>Place:  Courtroom No. 1<br><br>Hon. Samuel Conti |

| | |
|---|---|
| 1 | *Best Buy Co., Inc. v. Technicolor SA*, No. 13-cv-05264; |
| 2 | |
| 3 | *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275; |
| 4 | *Interbond Corp. of Am. v. Technicolor SA*, No. 13-cv-05727; |
| 5 | |
| 6 | *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276; |
| 7 | *Office Depot, Inc. v. Technicolor SA*, No. 13-cv-05726; |
| 8 | |
| 9 | *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396; |
| 10 | *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, |
| 11 | No. 12-cv-02648; |
| 12 | *P.C. Richard & Son Long Island Corp. v. Technicolor SA*, |
| 13 | No. 13-cv-05725; |
| 14 | *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649; |
| 15 | |
| 16 | *Schultze Agency Servs., LLC v. Technicolor SA*, No. 13-cv-05668; |
| 17 | *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157; |
| 18 | |
| 19 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262 |
| 20 | |
| 21 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 |
| 22 | |
| 23 | *Sharp Electronics Corp. v. Hitachi Ltd.*, Case No. 13-cv-1173 SC |
| 24 | *Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.*, |
| 25 | Case No. 13-cv-2776 SC |
| 26 | *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, |
| 27 | Case No. 14-cv-2510 SC |
| 28 | *All Indirect Purchaser Actions* |

[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

1  Upon consideration of Koninklijke Philips N.V.'s Administrative Motion to File
2  Documents under Seal Pursuant to the Civil Local Rules 7-11 and 79-5(d), submitted in
3  conjunction with Koninklijke Philips N.V.'s Reply in Support for Motion for Summary
4  Judgment; it is hereby
5  ORDERED that the Administrative Motion is hereby GRANTED; and it is further
6  ORDERED that the Clerk shall file under seal the unredacted version of Koninklijke
7  Philips N.V.'s Reply in Support of Motion for Summary Judgment, and Exhibits 1-4 to the
8  Declaration of Tiffany B. Gelott in Support of Koninklijke Philips N.V.'s Reply in Support of
9  Motion for Summary Judgment.

Dated: _____, 2015

_____
**The Honorable Samuel Conti**
**Northern District of California**