Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    February 6, 2015<br>Time:    10:00 a.m.<br>Place:   Courtroom No. 1, 17th Floor<br><br>Hon. Samuel Conti |

*Best Buy Co., Inc. v. Technicolor SA*,
No. 13-cv-05264;

*Interbond Corp. of Am. v. Hitachi, Ltd.*,
No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA*,
No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd.*,
No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA*,
No. 13-cv-05726;

*CompuCom Sys., Inc. v. Hitachi, Ltd.*,
No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*,
No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp. v. Technicolor SA*,
No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd.*,
No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA*,
No. 13-cv-05668;

*Tech Data Corp. v. Hitachi, Ltd.*,
No. 13-cv-00157;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*,
No. 13-cv-05262

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*,
No. 11-cv-05514

*Sharp Electronics Corp. v. Hitachi Ltd.*,
No. 13-cv-1173 SC

*Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.*,
No. 13-cv-2776 SC

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

| | | |
|---|---|---|
| 1 | | ) |
| 2 | *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, | ) ) |
| 3 | No. 14-cv-2510 SC | ) ) |
| 4 | *All Indirect Purchaser Actions* | ) ) |
| 5 | | ) ) |
| 6 | | ) |

1  I, Tiffany Gelott, declare and state as follows:

2  1. I am an attorney with Baker Botts LLP, attorneys for Koninklijke Philips N.V. ("KPNV") in the above-captioned action. I am a member of the bar of the District of Columbia and have been admitted to practice before this Court on this matter *pro hac vice*. I make this declaration in support of KPNV's Reply in Support of Motion for Summary Judgment. The information contained herein is based on my own personal knowledge, and if called as a witness I could, and would, testify competently that the matters set forth herein are true.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts of the Deposition of Jan De Lombaerde (10/9/2014) ("Lombaerde Dep.").

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts of the Deposition of Franciscus Spaargaren (11/5/2014) ("Spaargaren Dep.").

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts of the Deposition of Jim Smith (12/12/2013) ("Smith Dep.").

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts of the Deposition of Roger De Moor (7/31/2012) ("De Moor Dep.").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed on January 23, 2015 in Washington, D.C.

/s/ Tiffany B. Gelott
Tiffany B. Gelott

-1-
DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)