# EXHIBIT 1

**(FILED UNDER SEAL)**

# EXHIBIT 2

# (FILED UNDER SEAL)

# <u>EXHIBIT 3</u>

# (FILED UNDER SEAL)

# <u>EXHIBIT 4</u>

# (FILED UNDER SEAL)