Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | |

| | | |
|---|---|---|
| 1 | | ) |
| 2 | *Best Buy Co., Inc. v. Technicolor SA*, No. 13-cv-05264; | ) ) ) |
| 3 | *Interbond Corp. of Am. v. Hitachi, Ltd.*, | ) ) |
| 4 | No. 11-cv-06275; | ) ) |
| 5 | *Interbond Corp. of Am. v. Technicolor SA*, No. 13-cv-05727; | ) ) ) |
| 6 | | ) |
| 7 | *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276; | ) ) ) |
| 8 | *Office Depot, Inc. v. Technicolor SA*, | ) ) |
| 9 | No. 13-cv-05726; | ) ) |
| 10 | *CompuCom Sys., Inc. v. Hitachi, Ltd.*, | ) ) |
| 11 | No. 11-cv-06396; | ) ) |
| 12 | *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, | ) ) ) |
| 13 | No. 12-cv-02648; | ) ) |
| 14 | *P.C. Richard & Son Long Island Corp. v.* | ) ) |
| 15 | *Technicolor SA*, No. 13-cv-05725; | ) ) |
| 16 | | ) |
| 17 | *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649; | ) ) ) |
| 18 | *Schultze Agency Servs., LLC v. Technicolor SA*, | ) ) |
| 19 | No. 13-cv-05668; | ) ) |
| 20 | *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157; | ) ) ) |
| 21 | | ) |
| 22 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, | ) ) ) |
| 23 | No. 13-cv-05262 | ) ) |
| 24 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, | ) ) ) |
| 25 | No. 11-cv-05514 | ) ) |
| 26 | *Sharp Electronics Corp. v. Hitachi Ltd.*, | ) ) |
| 27 | Case No. 13-cv-1173 SC | ) ) |
| 28 | *Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.*, | ) ) ) |

CERTIFICATE OF SERVICE (3:07-CV-05944 SC, MDL NO. 1917)

| | |
|---|---|
| 1 | Case No. 13-cv-2776 SC ) |
| 2 | *ViewSonic Corp. v. Chunghwa Picture Tubes,* ) |
| 3 | *Ltd.*, ) Case No. 14-cv-2510 SC ) |
| 4 | ) |
| 5 | *All Indirect Purchaser Actions* ) |
| 6 | ) |
| 7 | ) |

CERTIFICATE OF SERVICE (3:07-CV-05944 SC, MDL NO. 1917)

I, Tiffany B. Gelott, declare that I am a citizen of the United States and over the age of eighteen years. I am employed by the firm of Baker Botts LLP, and I am not a party to this action.

On January 23, 2015 I served the foregoing documents:

- Koninklijke Philips N.V.'s Reply in Support of Motion for Summary Judgment [UNREDACTED VERSION]; and

- Exhibits 1-4 to the Declaration of Tiffany B. Gelott in Support of Koninklijke Philips N.V.'s Reply in Support of Motion for Summary Judgment [UNDER SEAL]

on the following by electronic mail at the address below:

| | |
|---|---|
| Mario N. Alioto<br>Lauren C. Capurro (Russell)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>E-mail: malioto@tatp.com<br>E-mail: laurenrussell@tatp.com<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111 Plaintiffs Class<br>Tel: (415) 217-6810<br>E-mail: guido@saveri.com<br>E-mail: rick@saveri.com<br>E-mail: grushing@saveri.com<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs* |
| Michael P. Kenny<br>Debra D. Bernstein<br>Rodney J. Ganske<br>E-mail: mike.kenny@alston.com<br>E-mail: debra.bernstein@alston.com<br>E-mail: rod.ganske@alston.com<br>ALSTON & BIRD LLP<br><br>*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* | Kenneth A. Gallo<br>Joseph J. Simons<br>Craig Benson<br>E-mail: kgallo@paulweiss.com<br>E-mail: jsimons@paulweiss.com<br>E-mail: cbenson@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>*Counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.* |
| Philip J. Iovieno<br>Anne M. Nardacci<br>Kyle Smith<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>E-mail: piovieno@bsfllp.com<br>E-mail: anardacci@bsfllp.com | Emilio Varanini<br>OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>E-mail: emilio.varanini@doj.ca.gov<br><br>*Attorneys for the State of California* |

-1-

CERTIFICATE OF SERVICE (3:07-CV-05944 SC, MDL NO. 1917)

| | |
|---|---|
| E-mail: ksmith@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs* | |
| Hojoon Hwang<br>William D. Temko<br>Jonathan E. Altman<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Email: hojoon.hwang@mto.com<br>Email: William.temko@mto.com<br>Email: joonathan.altman@mto.com<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd* | Jeffrey L. Kessler<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Email: jkessler@winston.com<br><br>David L. Yohai<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: david.yohai@weil.com<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd* |
| Kate S. McMillan<br>Christine Laciak<br>Richard Snyder<br>richard.snyder@freshfields.com<br>FRESHFIELDS BRUCKHAUS & DERINGER US, LLP<br>701 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20004<br>Email: kate.mcmillan@freshfields.com<br>Email: Christine.laciak@freshfields.com<br>Email: richard.snyder@freshfields.com<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Joel S. Sanders<br>Rachel S. Brass<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Email: jsanders@gibsondunn.com<br>Email: rbrass@gibsondunn.com<br><br>*Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| Lucius B. Lau<br>Dana E. Foster<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Email: alau@whitecase.com<br>Email: defoster@whitecase.com<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | James L. McGinnis<br>Michael Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Email: jmcginnis@sheppardmullin.com<br>Email: mscarborough@sheppardmullin.com<br><br>*Counsel for Defendants Samsung SDI America, Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin* |

CERTIFICATE OF SERVICE (3:07-CV-05944 SC, MDL NO. 1917)

| | |
|---|---|
| | *Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |
| Eliot A. Adelson<br>James Maxwell Cooper<br>Sarah Farley sfarley@kirkland.com KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Email: eadelson@kirkland.com<br>Email: max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Email:  jmutchnik@kirldand.com<br>Email: kate.wheaton@kirkland.com<br><br>*Counsel for Hitachi, Ltd, Hitachi Displays, Ltd, Hitachi Asia, Ltd, Hitachi America, Ltd, and Hitachi Electronic Devices (USA), Inc.* | Brent Caslin<br>Terrence J. Truax<br>Michael T. Brody Molly M. Powers JENNER & BLOCK LLP<br>633 West Fifth Street<br>Suite 3600<br>Los Angeles, CA 90071<br>Email: bcaslin@jenner.com Email: ttruax@jenner.com Email: mbrody@jenner.com<br>Email:  mpowers@jenner.com<br><br>*Counsel for Mitsubishi Electric U.S., Inc. and Mitsubishi Digital Electronics Americas, Inc.* |
| Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE SANDERS LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Email:  mark.dosker@squiresanders.com<br>Email: nathan.lane@squiresanders.corn<br><br>*Counsel for Technologies Displays Americas LLC and Videocon Industries, Ltd* | Kathy L. Osborn<br>Ryan M. Hurley<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Email:  kathy.osborn@FaegreBD.com<br>Email:  ryan.hurley@FaegreBD.com<br><br>Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Email:  jeff.roberts@FaegreBD.com<br><br>*Attorneys for Thomson SA* |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

-3-

1 | Executed on January 23, 2015 in Washington, D.C.

/s/ Tiffany B. Gelott

Tiffany B. Gelott