Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br>_____<br><br>This Document Relates to:<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al., Individual Case no. 13-cv-05723*<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396<br><br>*Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276 | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-59(d) AND 7-11 RE DEFENDANTS' JOINT REPLY TO COSTCO'S OPPOSITION TO (1) DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS [ECF NO. 3029] AND (2) DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST COSTCO ON CHOICE OF LAW GROUNDS [ECF NO. 2997]** |

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), by and through their counsel, respectfully request an order permitting the Hitachi Defendants to file the following materials under seal: (A) the highlighted portions of the Defendants' Joint Reply to Costco's Opposition to (1) Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds [ECF No. 3029] and (2) Defendants' Joint Motion for Partial Summary Judgment Against Costco on Choice of Law Grounds [ECF No. 2997] ("Reply"); and (B) Exhibits 1 through 4 to the Declaration of James Maxwell Cooper in Support of the Reply ("Cooper Declaration").

This motion is supported by the Declaration of James Maxwell Cooper in Support of Hitachi Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, dated January 23, 2014 ("Cooper Sealing Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Exhibit 2 and 4 to the Cooper Declaration is are documents designated by the Hitachi Defendants as "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case. *See* Dkt. No. 306, No. 07-cv-05944 (N.D. Cal) (amended at Dkt. No. 1142). The highlighted portions of the Reply contain, reference, or summarize confidential information contained in this exhibit. The Hitachi Defendants seek to file Exhibits 2 and 4 to the Cooper Declaration, as well as the highlighted portions of the Reply corresponding thereto, under seal because there is a "compelling reason" to do so. *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). A party meets the "compelling reasons" standard by presenting "articulable facts" identifying the interests favoring filing a document under seal. *Id*. at 1181. As set forth in the Cooper Sealing Declaration, the Hitachi Defendants meet this standard because Exhibits 2 and 4 to the Cooper Declaration, as well as the highlighted portions of the Reply corresponding thereto, contain confidential, non-public information about the Hitachi Defendants' business practices that remain important to the Hitachi Defendants' competitive position.

1. Exhibit 1 and 3 to the Cooper Declaration are documents that have been designated by certain Defendants as "Highly Confidential" under the terms of the Stipulated Protective Order entered in this case. The Hitachi Defendants seek to submit these documents as well as the highlighted portions of the Reply that contain, reference or summarize these documents, under seal in good faith in order to comply with the Protective Order and this Court's Local Rules. Because these Defendants have designated content in these documents as "Highly Confidential," it is their burden to establish that the designated material is in fact sealable. Civ. L. R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006). The Hitachi Defendants respectfully submit this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5, and, through this submission, hereby notifies the Designating Parties of their burden to establish that the designated material is properly sealable. *See Kamakana*, 447 F.3d at 1178-1180.

Pursuant to Civil Local Rule 79-5(d), a copy of the Reply and Exhibits 1 through 4 to the Cooper Declaration will be lodged with the Court for in camera review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal.

DATED: January 23, 2015

By: */s/ J. Maxwell Cooper*

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.