Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br> _____ <br><br> This Document Relates to: <br><br> *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC; <br><br> *Costco Wholesale Corp. v. Technicolor SA, et al., Individual Case no. 13-cv-05723;* <br><br> *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396; <br><br> *Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276; | Case No. Master File No. 3:07-cv-05944-SC <br><br> MDL NO. 1917 <br><br> **DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11 RE DEFENDANTS' JOINT REPLY TO COSTCO'S OPPOSITION TO (1) DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS [ECF NO. 3029] AND (2) DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST COSTCO ON CHOICE OF LAW GROUNDS [ECF NO. 2997]** |

COOPER DECL. RE HITACHI'S ADMIN. MOTION RE DEFENDANTS' JOINT REPLY TO COSTCO OPP. TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917

I, James Maxwell Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and the Northern District of California. I am an associate with the firm of Kirkland & Ellis LLP, and counsel for Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Hitachi Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11. I make this declaration pursuant to Civil Local Rule 79-5(d) to establish that certain documents containing Confidential and Highly Confidential information and submitted to the Court in connection with Defendants' Joint Reply to Costco's Opposition to (1) Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds [ECF No. 3029] and (2) Defendants' Joint Motion for Partial Summary Judgment Against Costco on Choice of Law Grounds [ECF No. 2997] ("Reply") are sealable.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On January 23, 2015, the Hitachi Defendants filed an Administrative Motion to Seal, and lodged conditionally under seal, the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

   a. Portions of the Reply that contain quotations or information from documents and/or deposition testimony that certain Defendants have designated "Highly Confidential"; and

   b. Exhibit 2 and 4 attached to the Declaration of James Maxwell Cooper in Support of the Reply ("Cooper Declaration"), which are excerpts from deposition testimony that the Hitachi Defendants have designated "Highly Confidential."

4. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Hitachi Defendants to provide the basis for the Court to maintain under seal certain documents and

information designated by the Hitachi Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Reply.

5. Exhibit 2 to the Cooper Declaration is a true and correct copy of excerpts from the deposition of L. Thomas Heiser, dated March 18, 2014, and designated by Hitachi Defendants as "Highly Confidential."

6. Exhibit 4 to the Cooper Declaration is a true and correct copy of excerpts from the deposition of Kazumasa Hirai, dated February 4, 2014 and designated by Hitachi Defendants as "Highly Confidential."

7. Upon information and belief, the testimony included in Exhibits 2 and 4 contains confidential, nonpublic, proprietary and highly sensitive business information about the Hitachi Defendants' sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements and/or competitive positions. These documents describe relationships with companies that remain important to the Hitachi Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Hitachi Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Hitachi Defendants at a competitive disadvantage.

8. The highlighted portions of the Reply quote from, describe, or contain documents or information designated as "Highly Confidential" by the Hitachi Defendants pursuant to the Stipulated Protective Order, including Exhibits 2 and 4 to the Cooper Declaration.  I understand that Hitachi considers any statements in the Reply purporting to summarize the exhibits or any other documents or information designated as "Confidential" or "Highly Confidential" by the Hitachi Defendants is confidential and proprietary.  I am informed and believe that the Hitachi Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Exhibits 2 and 4, and referenced in the Reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 23, 2015

By: */s/ James Maxwell Cooper*

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

COOPER DECL. RE HITACHI'S ADMIN. MOTION RE DEFENDANTS' JOINT REPLY TO COSTCO OPP. TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

3

CASE NO.: 3:07-cv-05944-SC
MDL NO.: 1917