1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br> _____ <br><br> This Document Relates to: <br><br> *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397-SC; <br><br> *Costco Wholesale Corp. v. Technicolor SA, et al.,* Individual Case no. 13-cv-05723*;* <br><br> *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396; <br><br> *Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276 | Case No. Master File No. 3:07-cv-05944-SC <br><br> MDL NO. 1917 <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-59(d) AND 7-11 RE DEFENDANTS' JOINT REPLY TO COSTCO'S OPPOSITION TO (1) DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS [ECF NO. 3029] AND (2) DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST COSTCO ON CHOICE OF LAW GROUNDS [ECF NO. 2997]** |

Upon consideration of Hitachi Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with Defendants' Joint Reply to Costco's Opposition to (1) Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds [ECF No. 3029] and (2) Defendants' Joint Motion for Partial Summary Judgment Against Costco on Choice of Law Grounds [ECF No. 2997], it is hereby ORDERED that the motion is GRANTED.  The clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
| --- | --- |
| Defendants' Joint Reply to Costco's Opposition to (1) Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds and (2) Defendants' Joint Motion for Partial Summary Judgment Against Costco on Choice of Law Grounds | The highlighted portions of pp. 13:14; 13:16-17; 13:27-28; 14:1 14:22-23; 14:27; 16:7-8, 16:15-17, 16:25-28 |
| Declaration of James Maxwell Cooper in Support of Defendants' Joint Reply to Costco's Opposition to (1) Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds and (2) Defendants' Joint Motion for Partial Summary Judgment Against Costco on Choice of Law Grounds ("Cooper Decl.") | The highlighted portions of p. 1:12-25. |
| Exhibit 1 to the Cooper Decl., Excerpts from the deposition of Jai In Lee taken on July 24, 2013 | Entire document |
| Exhibit 2 to the Cooper Decl., Excerpts from the deposition of L. Thomas Heiser taken on March 18, 2014 | Entire document |
| Exhibit 3 to the Cooper Decl., Excerpts from the deposition of Hirokazu Nishiyama March 5, 2013 | Entire Document |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Exhibit 4 to the Cooper Decl., Excerpts from the deposition of Kazumasa Hirai taken on February 4, 2014 | Entire Document |

IT IS SO ORDERED.

Dated: _____        _____
                                    Hon. Samuel Conti
                                    United States District Judge