Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD.,
AND HITACHI ELECTRONIC DEVICES
(USA), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF DEFENDANTS' JOINT REPLY TO COSTCO'S OPPOSITION TO (1) DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DIRECT ACTION PLAINTIFFS ON DUE PROCESS GROUNDS [ECF NO. 3029] AND (2) DEFENDANTS JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST COSTCO ON CHOICE OF LAW GROUNDS [ECF No. 2997]** |
| This Document Relates to: | |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC; | |
| *Costco Wholesale Corp. v. Technicolor SA, et al., Individual Case no. 13-cv-05723* | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396 | |
| *Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276 | |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1  I, James Maxwell Cooper, declare as follows:

2  1. I am an attorney licensed to practice in the State of California and the Northern
3  District of California. I am an associate with the firm of Kirkland & Ellis LLP, and counsel for
4  Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display
5  Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"). I submit
6  this Declaration in Support of Defendants' Joint Reply to Costco's Opposition to (1) Defendants'
7  Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process
8  Grounds [ECF No. 3029] and (2) Defendants Joint Motion for Partial Summary Judgment Against
9  Costco on Choice of Law Grounds [ECF No. 2997] ("Reply"). Except for those matters stated on
10  information and belief, about which I am informed and which I believe to be true, I have personal
11  knowledge of the matters set forth herein, and could and would testify competently to each of them.

12  2. 

26  I declare under penalty of perjury under the laws of the United States of America that the
27  foregoing is true and correct.

28

COOPER DECLARATION RE DEFENDANTS' JOINT  1  CASE NO.: 3:07-cv-05944-SC
REPLY TO COSTCO'S OPPOSITION TO DEFENDANTS'     MDL NO.: 1917
JOINT MOTIONS FOR SUMMARY JUDGMENT

DATED: January 23, 2015

By: */s/ James Maxwell Cooper*

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.