```
 1  Jon V. Swenson (SBN 233054)
    BAKER BOTTS LLP
 2  620 Hansen Way
    Palo Alto, CA 94304
 3  Telephone: (650) 739-7500
    Facsimile: (650) 739-7699
 4  Email: jon.swenson@bakerbotts.com
 5
    John M. Taladay (pro hac vice)
 6  Joseph Ostoyich (pro hac vice)
    Erik T. Koons (pro hac vice)
 7  Charles M. Malaise (pro hac vice)
    BAKER BOTTS LLP
 8  1299 Pennsylvania Ave., N.W.
    Washington, DC 20004-2400
 9  Telephone: (202) 639-7700
10  Facsimile: (202) 639-7890
    Email: john.taladay@bakerbotts.com
11  Email: joseph.ostoyich@bakerbotts.com
    Email: erik.koons@bakerbotts.com
12  Email: charles.malaise@bakerbotts.com
13  Attorneys for Defendant Koninklijke Philips N.V.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Electrograph Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc. v. Technicolor SA*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  February 6, 2015<br>Time:  10:00 a.m.<br>Place: Courtroom No. 1, 17th Floor<br><br>Hon. Samuel Conti |

DECLARATION OF JAP JONGEDIJK IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)

| | |
|---|---|
| *Best Buy Co., Inc. v. Technicolor SA*, No. 13-cv-05264; | ) ) ) |
| *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275; | ) ) ) |
| *Interbond Corp. of Am. v. Technicolor SA*, No. 13-cv-05727; | ) ) ) |
| *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276; | ) ) ) |
| *Office Depot, Inc. v. Technicolor SA*, No. 13-cv-05726; | ) ) ) |
| *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 11-cv-06396; | ) ) ) |
| *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648; | ) ) ) ) |
| *P.C. Richard & Son Long Island Corp. v. Technicolor SA*, No. 13-cv-05725; | ) ) ) ) |
| *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649; | ) ) ) |
| *Schultze Agency Servs., LLC v. Technicolor SA*, No. 13-cv-05668; | ) ) ) |
| *Tech Data Corp. v. Hitachi, Ltd.*, No. 13-cv-00157; | ) ) ) |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262 | ) ) ) ) |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | ) ) ) ) |
| *Sharp Electronics Corp. v. Hitachi Ltd.*, No. 13-cv-1173 SC | ) ) ) |
| *Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC | ) ) ) ) |

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)

| | |
|---|---|
| 1 | |
| 2 | *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, )<br>) |
| 3 | No. 14-cv-2510 SC ) |
| 4 | *All Indirect Purchaser Actions* ) |
| 5 | ) |
| 6 | ) |

-2-
DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (3:07-CV-05944 SC, MDL NO. 1917)

I, Tiffany Gelott, declare and state as follows:

1. I am an attorney with Baker Botts LLP, attorneys for Koninklijke Philips N.V. ("KPNV") in the above-captioned action. I am a member of the bar of the District of Columbia and have been admitted to practice before this Court on this matter *pro hac vice*. I make this declaration in support of KPNV's Reply in Support of Motion for Summary Judgment. The information contained herein is based on my own personal knowledge, and if called as a witness I could, and would, testify competently that the matters set forth herein are true.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts of the Deposition of Jan De Lombaerde (10/9/2014) ("Lombaerde Dep.").

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts of the Deposition of Franciscus Spaargaren (11/5/2014) ("Spaargaren Dep.").

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts of the Deposition of Jim Smith (12/12/2013) ("Smith Dep.").

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts of the Deposition of Roger De Moor (7/31/2012) ("De Moor Dep.").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed on January 23, 2015 in Washington, D.C.

/s/ Tiffany B. Gelott
Tiffany B. Gelott