# EXHIBIT 1

# (FILED UNDER SEAL)

# <u>EXHIBIT 2</u>

# (FILED UNDER SEAL)

# EXHIBIT 3

# (FILED UNDER SEAL)

# **EXHIBIT 4**

# **(FILED UNDER SEAL)**