Brent Caslin (Cal. Bar. No. 198682)
Jenner & Block LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:    213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 3:07-cv-5944-SC**<br>**MDL No. 1917** |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT BASED ON ABSENCE OF EVIDENCE OF LIABILITY** |

|   |   |
|---|---|
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; | |
| *Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262; | |
| *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171; | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157; | |
| *Siegel v. Technicolor SA, et al.*, No.13-cv-05261; | |
| *Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.,* No.13-cv-02510. | |

## DECLARATIION OF GABRIEL A. FUENTES

I, Gabriel A. Fuentes, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am a Partner at the law firm of Jenner & Block LLP, attorneys of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc (collectively, the "Mitsubishi Electric Defendants"). I submit this declaration in support of the Mitsubishi Electric Defendants' Reply in Support of Its Motion for Summary Judgment Based on Absence of Evidence of Liability ("Reply"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2.     **[UNDER SEAL]** Attached to my declaration as **Exhibit 24** is a true and correct copy of an excerpt of the Deposition of J. I. Lee, Vol. I at 59-64 designated as "Highly Confidential" by Samsung SDI Co., Ltd.

3.     **[PUBLIC]** Attached to my declaration as **Exhibit 25** is a true and correct copy of the Affidavit of Mary Ruddy in Support of the Reply and Exhibits 1 and 2 thereto.

4.     **[UNDER SEAL]** Attached to my declaration as **Exhibit 26** is a true and correct copy of Yongtae Kim's Verification to Samsung SDI Co., Ltd.'s Response to Dell Plaintiffs' First Set of Interrogatories designated by Samsung SDI Co., Ltd. as "Confidential."

5.     **[UNDER SEAL]** Attached to my declaration as **Exhibit 27** is a true and correct copy of an excerpt of the Deposition of Masahiko Konishi, Vol. I at 106-113 designated as "Confidential" by Mitsubishi Electric Corporation.

6.     **[UNDER SEAL]** Attached to my declaration as **Exhibit 28** is a true and correct copy of documents Bates Numbered ME 00011726 – ME 00011758, and certified translations thereof, which were produced by Mitsubishi Electric Corporation and reflect its exit from the CRT business, and are designated as "Highly Confidential" by Mitsubishi Electric Corporation.

7.     **[UNDER SEAL]** Attached to my declaration as **Exhibit 29** is a true and correct copy of the Notes of C. C. Liu, Bates Numbered CHU 00031214 – CHU 00031220, and certified translations thereof, which were designated as "Confidential" by Chunghwa Picture Tubes, Ltd.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 23 day of January, 2015 at Chicago, Illinois.

Dated: January 23, 2015

JENNER & BLOCK LLP

By:  /s/ Gabriel A. Fuentes
JENNER & BLOCK LLP
Terrence J. Truax *(pro hac vice)*
Michael T. Brody *(pro hac vice)*
Gabriel A. Fuentes *(pro hac vice)*
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*