Exhibit 25

1 | Brent Caslin (Cal. Bar. No. 198682)
Jenner & Block LLP
2 | 633 West Fifth Street
Suite 3600
3 | Los Angeles, California 90071
Telephone:     213 239-5100
4 | Facsimile:     213 239-5199
bcaslin@jenner.com
5 |
Terrence J. Truax (*pro hac vice*)
6 | Michael T. Brody (*pro hac vice*)
Jenner & Block LLP
7 | 353 N. Clark Street
Chicago, Illinois 60654-3456
8 | Telephone:     312 222-9350
Facsimile:     312 527-0484
9 | ttruax@jenner.com
mbrody@jenner.com
10 |
*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc.,*
11 | *and Mitsubishi Electric Visual Solutions America, Inc.*

12 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
13 | SAN FRANCISCO DIVISION

14 | In re: CATHODE RAY TUBE (CRT)     Case No. 3:07-cv-5944-SC
ANTITRUST LITIGATION               MDL No. 1917
15 |

16 | This Document Relates to:          AFFIDAVIT  OF MARY RUDDY IN SUPPORT
                                   OF MITSUBISHI ELECTRIC CORPORATION'S
17 | *Best Buy Co., Inc., et al. v. Technicolor SA,*   REPLY IN SUPPORT OF ITS MOTION FOR
*et al.*, No. 13-cv-05264;          SUMMARY JUDGMENT BASED ON ABSENCE
18 |                                   OF EVIDENCE OF LIABILITY [DKT. NO. 3037]
*Electrograph Systems, Inc., et al. v.*
19 | *Technicolor SA, et al.*, No. 13-cv-05724;

20 | *Interbond Corp. of Am. v. Technicolor SA,*
*et al.*, No. 13-cv-05727;
21 |

22 | *Office Depot, Inc. v. Technicolor SA, et al.*,
No. 13-cv-05726;
23 |

24 | *P.C. Richard & Son Long Island*
*Corporation, et al. v. Technicolor SA, et al.*,
25 | No. 13-cv-05725;

26 | *Target Corp. v. Technicolor SA, et al.*,
No. 13-cv-05686;
27 |

28 | *Costco Wholesale Corporation v.*

1  | *Technicolor SA, et al.*, No. 13-cv-05723;

2  |
3  | *Schultze Agency Services, LLC v.*
   | *Technicolor SA, Ltd., et al.*, No. 13-cv-
   | 05668;

4  |
5  | *Sears, Roebuck and Co., et al. v.*
   | *Technicolor SA*, No. 13-cv-05262;

6  | *Dell Inc., et al. v. Phillips Electronics North*
7  | *America Corporation, et al.*, No. 13-cv-
   | 02171;

8  |
9  | *Tech Data Corp., et al. v. Hitachi, Ltd., et*
   | *al.*, No.13-cv-00157;

10 | *Siegel v. Technicolor SA, et al.*, No.13-cv-
11 | 05261;

12 | *Viewsonic Corporation v. Chunghwa*
   | *Picture Tubes Ltd., et al.*, No.13-cv-02510.

13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

## AFFIDAVIT OF MARY RUDDY

I, Mary Ruddy, being first duly sworn under oath and subject to the penalties of perjury state as follows:

1.      I am currently the Library Supervisor at Jenner & Block LLP, located at 353 North Clark Street, Chicago, Illinois 60654.

2.      I have been employed at the Jenner & Block LLP Library Services Department since approximately 2000.

3.      Attached to my Affidavit as **Exhibit 1** is a true and correct copy of a news article retrieved via the Lexis Nexis service bearing the headline "M'bishi Electric to Liquidate 2 CRT Units," dated February 27, 2003, provided via the Jiji Press Ticker Service.

4.      Attached to my Affidavit as **Exhibit 2** is a true and correct copy of a news article retrieved via the Westlaw service bearing the headline "Mitsubishi division closes Mexican assembly plant," dated March 1, 2003, provided via the EFE World News Service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of January, 2015 at Chicago, Illinois.

Mary Ruddy

Mary Ruddy

NANCY J. GOTTSCHALK
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 25, 2018

Nancy J. Gottschalk

1

# Exhibit 1 to Ruddy Affidavit



FOCUS - 7 of 7 DOCUMENTS

Copyright 2003 Jiji Press Ltd.
Jiji Press Ticker Service

**February** 27, 2003, Thursday

**LENGTH:** 139 words

**HEADLINE:** M'bishi Electric to **Liquidate** 2 **CRT** Units

**DATELINE:** Tokyo, Feb. 27

**BODY:**

   **Mitsubishi** Electric Corp. <6503> said Thursday that it will **liquidate** in March 2004 a wholly owned U.S. unit and its Mexican subsidiary that produces 17-inch **cathode-ray tube** displays for personal computers.

   The move reflects shrinking demand for small **cathode-ray tube** displays due to the widespread adoption of **liquid** crystal displays.

   **Mitsubishi** Electric will shed a total of around 1,200 workers at the two companies.

   The **liquidation** will cause **Mitsubishi** Electric to incur a consolidated extraordinary loss of some 10 billion yen in the current business year to March 31, although the firm already has set aside reserves to cover the loss.

   **Mitsubishi** Electric will continue to produce 19- and 22-inch **cathode-ray tube** displays at a plant in Kyoto Prefecture, as the products still enjoy a solid market share.

**LOAD-DATE:** February 27, 2003

Exhibit 2  to Ruddy Affidavit

Westlaw.                                                                    **News**Room

3/1/03 EFE News Serv. 00:00:00

Loaded Date: 01/15/2009

EFE World News Service
Copyright 2003 News provided by Comtex.

**March 1, 2003**

Mitsubishi division closes Mexican assembly plant.

t>

(EFE via COMTEX) -- Tijuana, **Mexico** Feb 28 (EFE).- Japaneset>conglomerate Mitsubishi Companies has decided to close a Mexican assembly plant within its Mitsubishi Electric division, Baja California state officials said Friday.

t>

The **closing** will leave some 1,300 workers without jobs.

t>

Baja California Secretary of Economic Development Sergio Tagliapietra said **Mexicali**-based Melco Display Devices, which made tubes for computer monitors, is shutting down for good.

t>

**Mitsubishi Electric** entered the Mexican market in 1997.

t>

Tagliapieta attributed the **closing** to unfavorable market conditions and diminished demand for the company&est is product.

t>

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 4:07-cv-05944-JST   Document 3468-2   Filed 01/23/15   Page 9 of 10

The president of **Mexico**&est is National Assembly Plant Industry Board, Daniel Romero, however, blamed the sector&est is loss on **Mexico**&est is inability to compete globally, new taxes and legal shortcomings that have caused major investors to cut back on investments in **Mexico**, resulting first in firings and then factory **closings**.

t>

Nearly 3,500 assembly plants were operating in **Mexico** last year, 60 percent of which were located near the U.S.-Mexican border.

t>

The United States is the destiny of 90 percent of all Mexican exports.

t>

t>      dec/ac/bg/dc http://www.efe.es

t>

Copyright (c) 2003. Agencia EFE S.A.

t>

News Provided by COMTEX (http://www.comtexnews.com)

t>

---- INDEX REFERENCES ---

COMPANY: MITSUBISHI; MITSUBISHI ELECTRIC; AGENCIA EFE; MITSUBISHI ELECTRIC INC; MITSUBISIII ELECTRIC CORP

NEWS SUBJECT: (Plant Closings (1PL71); Economics & Trade (1EC26))

INDUSTRY: (Manufacturing (1MA74))

REGION: (North America (1NO39); Latin America (1LA15); Americas (1AM92); USA (1US73); Mexico (1ME48))

Language: EN

OTHER INDEXING: (COMTEX; MELCO DISPLAY DEVICES; MITSUBISHI; MITSUBISHI ELECTRIC; NATION-

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 4:07-cv-05944-JST   Document 3468-2   Filed 01/23/15   Page 10 of 10

AL ASSEMBLY PLANT INDUSTRY BOARD) (Agencia; Baja California; Daniel Romero; News; Sergio Tagliapietra; Tagliapieta) (Mexico; Spain)

KEYWORDS: (News, opinion and commentary)

COMPANY TERMS: AGENCIA EFE SA

Word Count: 262
3/1/03 EFENEWSERV 00:00:00
END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.