1  JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
2  HOJOON HWANG (State Bar No. 184950)
Hojoon.hwang@mto.com
3  MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
4  MUNGER, TOLLES & OLSON LLP
560 Mission Street
5  Twenty-Seventh Floor
San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
7
WILLIAM D. TEMKO (State Bar No. 98858)
8  William.temko@mto.com
MUNGER, TOLLES & OLSON LLP
9  355 S. Grand Avenue
Thirty-Fifth Floor
10  Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
11  Facsimile:    (213) 687-3702

12  *Attorneys for Defendants LG Electronics, Inc.*

13
*Additional Moving Defendants and Counsel*
14  *Listed on Signature Pages*

15                  UNITED STATES DISTRICT COURT

16       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

17

18

19  IN RE: CATHODE RAY TUBE (CRT)          Master File No. 3:07-cv-05944-SC
   ANTITRUST LITIGATION
                                          MDL No. 1917
20
   This Document Related to:              **LG DEFENDANTS' ADMINISTRATIVE**
21  Individual Case No. 3:13-cv-2171 (SC)  **MOTION TO SEAL IN SUPPORT OF**
   *Dell Inc.; Dell Products L.P., v. Philips*  **DEFENDANTS' REPLY IN SUPPORT OF**
22  *Electronics North America Corporation et al.,*  **JOINT MOTIONS FOR SUMMARY**
                                          **JUDGMENT**
23  Individual Case No. 3:13-cv-01173-SC,
   *Sharp Electronics Corp., et al. v. Hitachi, Ltd.,*  [Declaration of Claire Yan and [Proposed]
24  *et al.,*                              Order filed concurrently herewith]

25  Individual Case No. 3:13-cv-2776 SC,   Judge:   Hon. Samuel Conti
   *Sharp Electronics Corp., et al. v. Koninklijke*  Date:    February 6, 2015
26  *Philips Elecs., N.V. et al.,*         Time:    10:00 a.m.
                                          Crtrm.:  1, 17th Floor
27

28

1    Pursuant to Northern District of California Civil Local Rule 7-11 and 79-5, Defendants LG

2    Electronics, Inc., respectfully move for this Court to issue an order authorizing the filing under

3    seal of the following submissions:

4        (1)    The highlighted portions of the sealed version of Defendants' Reply in Support of

5    Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of

6    Limitations Grounds, filed concurrently herewith;

7        (2)    Exhibits 4 through 10 in the Declaration of Claire Yan in Support of Defendants'

8    Reply in Support of Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs

9    on Statute of Limitations Grounds ("Yan Suppl. Decl."), filed concurrently herewith;

10    Moving Defendants concurrently submit the Declaration of Claire Yan in Support of LG

11    Defendants' Administrative Motion to Seal in Support of Defendants' Reply in Support of Joint

12    Motion for Summary Judgment ("Yan Sealing Declaration"), and a [Proposed] Order in

13    compliance with Civil Local Rule 79-5(d).

14    Moving Defendants request that portions of the document listed in paragraph (1), and the

15    entirety of exhibits listed in paragraph (2), be filed under seal because that document and exhibits

16    are or contain discussion, analysis, references to documents or information that other parties to

17    this litigation (the "Designating Parties") have designated "CONFIDENTIAL" or "HIGHLY

18    CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306), as set forth in paragraph

19    4 and 5 of the Yan Sealing Declaration.

20    As permitted by Civil Local Rule 79-5(c), Moving Defendants have concurrently e-filed

21    *under seal* unredacted version of the documents referenced above attached to this motion.

22    Moving Defendants take no position on whether the designated documents satisfy the

23    requirements for sealing, and specifically reserve the right to challenge any "CONFIDENTIAL"

24    or "HIGHLY CONFIDENTIAL" designation under the Stipulated Protective Order (Dkt. No. 306)

25    as well as the sealability of these documents under Civil Local Rule 79-5.  The Designating Parties

26    must show good cause for sealing the documents by submitting a declaration within four days

27    after the filing of this Administrative Motion to Seal. *See* Civil Local Rule 79-5(d), (e).

28

1

2      DATED:  January 23, 2015

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPECTFULLY SUBMITTED,

MUNGER, TOLLES & OLSON LLP


By:  _____/s/ *Hojoon Hwang*_____
        HOJOON HWANG

Attorneys for Defendants LG ELECTRONICS, INC.