JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Related to:<br><br>Individual Case No. 3:13-cv-2171 (SC), *Dell Inc.; Dell Products L.P., v. Philips Electronics North America Corporation et al.*;<br><br>Individual Case No. 3:13-cv-01173-SC, *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*<br><br>Individual Case No. 3:13-cv-2776 SC, *Sharp Electronics Corp. et al. v. Koninklijke Philips Elecs., N.V. et al.* | Master File No. 3:07-md-05944-SC (N.D. Cal) MDL No. 1917<br><br>**DECLARATION OF CLAIRE YAN IN SUPPORT OF LG DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Administrative Motion to Seal and [Proposed] Order filed concurrently]<br><br>Judge:   Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 A.M.<br>Crtrm.:  1, 17th Floor |

I, Claire Yan, hereby declare:

1. I am an attorney with the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants LG Electronics, Inc. ("LGE"), in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Pursuant to Civil Local Rule 7-11 and 79-5, I make this declaration in support of the LGE Defendants' Administrative Motion to Seal.

3. Defendants seek permission to file under seal the highlighted portions of the sealed version of:

   (a) Defendants' Reply in Support of Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds.

4. The portions the document referenced in Paragraph 3 contain discussion, analysis, references to, or information taken directly from, material designated by the Sharp and Dell Plaintiffs this matter as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306) in this case.

5. Defendants further seek permission to file under seal the following documents in their entirety:

   (a) Exhibits 4 through 10 to the Declaration of Claire Yan in Support of Defendants' Reply in Support of Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds ("Yan Suppl. Decl.")

6. The documents referenced in paragraph 5(a) have been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by the Sharp and Dell Plaintiffs under the Stipulated Protective Order (Dkt. No. 306).

7. LGE seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Local Rules. Because the information LGE seeks to submit under seal has been designated as Confidential or Highly Confidential by the other parties, LGE is filing the accompanying Administrative Motion,

and will be prepared to file unredacted versions of the above-referenced documents in the public record if required by Civil Local Rule 79-5(e).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on the 23rd day of January, 2015 in Los Angeles, California.

>                      /s/ Claire Yan
>                     ──────────────────────
>                          CLAIRE YAN
>            Attorneys for Defendants LG Electronics, Inc.