JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
Hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
William.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) <u>ANTITRUST LITIGATION</u><br><br>This Document Related to:<br><br>Individual Case No. 3:13-cv-2171 (SC)<br>*Dell Inc.; Dell Products L.P., v. Philips Electronics North America Corporation et al.*<br><br>. | Master File No. 3:07-cv-05944-SC (N.D.Cal)<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING LG DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>[Administrative Motion to Seal and Declaration of Claire Yan filed concurrently herewith]<br><br>Judge:    Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 a.m.<br>Crtrm.:   1, 17th Floor |

1    LG Defendants' Administrative Motion to Seal In Support of Defendants' Reply in
2  Support of Joint Motion for Summary Judgment came on for hearing on _____.
3    Having read and considered all of the pleadings and documents filed in support of and in
4  opposition to the Motion, and having considered the arguments of counsel, the Court hereby
5  grants the Motion.
6    IT IS SO ORDERED.

Dated: _____

_____
SAMUEL CONTI
United States District Judge