# EXHIBIT 4
# CONFIDENTIAL-FILED UNDER SEAL