# EXHIBIT 5
# CONFIDENTIAL-FILED UNDER SEAL