# EXHIBIT 6
## CONFIDENTIAL-FILED UNDER SEAL