# EXHIBIT 7
# CONFIDENTIAL-FILED UNDER SEAL