# EXHIBIT 8
# CONFIDENTIAL-FILED UNDER SEAL