# EXHIBIT 9
## CONFIDENTIAL-FILED UNDER SEAL