# EXHIBIT 10
## CONFIDENTIAL-FILED UNDER SEAL