JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Related to:<br><br>Individual Case No. 3:13-cv-2171 (SC), *Dell Inc.; Dell Products L.P., v. Philips Electronics North America Corporation et al.;*<br><br>Individual Case No. 3:13-cv-01173-SC, *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*<br><br>Individual Case No. 3:13-cv-2776 SC, *Sharp Electronics Corp. et al. v. Koninklijke Philips Elecs., N.V. et al.* | Master File No. 3:07-md-05944-SC (N.D. Cal)<br>MDL No. 1917<br><br>**DECLARATION OF CLAIRE YAN AND EXHIBITS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS – Sealed Exhibits 4-10**<br><br>[Reply in Support of Joint Motion for Partial Summary Judgment filed concurrently]<br><br>Judge:   Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 A.M.<br>Crtrm.:  1, 17th Floor |

25572038.1                                                                                               3:07-cv-05944-SC; MDL No. 1917
DECL. OF CLAIRE YAN AND EXHIBITS ISO DEFS' REPLY ISO JOINT MOTION FOR PARTIAL SUMMARY
JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS

I, Claire Yan, hereby declare:

I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendants LG Electronics, Inc., ("LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

1. Attached to this declaration as Exhibit 1 is a true and correct copy of Defendants' Joint Motion for Partial Summary Judgment Dismissing Best Buy's (1) Pre-October 8, 2006 Claims as Time Barred and (2) Post-May 2003 Claims for Failure to Mitigate Damages, at 4-5, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, Case No. 3:07-md-01827-SI (N.D. Cal. Aug. 3, 2012), ECF No. 6379.

2. Attached to this declaration as Exhibit 2 is a true and correct copy of Best Buy's Opposition to Defendants' Joint Motion for Partial Summary Judgment Dismissing Best Buy's (1) Pre-October 8, 2006 Claims as Time Barred and (2) Post-May 2003 Claims for Failure to Mitigate Damages, at 12, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, Case No. 3:07-md-01827-SI (N.D. Cal. Aug. 17, 2012), ECF No. 6497.

3. Attached to this declaration as Exhibit 3 is a true and correct copy of Defendants' Reply in Support of Joint Motion for Partial Summary Judgment Dismissing Best Buy's (1) Pre-October 8, 2006 Claims as Time Barred and (2) Post-May 2003 Claims for Failure to Mitigate Damages at 2-3, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 3:07-md-01827-SI (N.D. Cal. Sept. 14, 2012), ECF No. 6748.

4. Attached to this declaration as Exhibit 4 is a true and correct copy of a Letter from Adam C. Hemlock to Hon. Vaughn R. Walker (Ret.), dated September 3, 2014.

5. Attached to this declaration as Exhibit 5 is a true and correct copy of a Letter from Craig Benson to Hon. Vaughn R. Walker (Ret.), dated January 22, 2015.

6. Attached to this declaration as Exhibit 6 are true and correct copies of excerpts to the deposition of Ayumu Kinoshita, Volume 1, deposed in this case on February 5, 2013.

7. Attached to this declaration as Exhibit 7 are true and correct copies of excerpts to the deposition of Vincent Sampietro, Volume 1, deposed in this case on June 25, 2014.

8. Attached to this declaration as Exhibit 8 are true and correct copies of excerpts to the deposition of Toshihito Nakanishi, Volume 1, deposed in this case on July 29, 2014.

9. Attached to this declaration as Exhibit 9 are true and correct copies of excerpts to the deposition of Toshihito Nakanishi, Volume 2, deposed in this case on July 30, 2014.

10. Attached to this declaration as Exhibit 10 are true and correct copies of excerpts to the deposition of Martin Garvin, Volume 1, deposed in this case on August 6, 2014.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on the 23rd day of January, 2015 in Los Angeles, California.

/s/ Claire Yan
CLAIRE YAN
Attorneys for Defendants LG Electronics, Inc.