| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | JOEL S. SANDERS, SBN 107234 |
| 2 | JSanders@gibsondunn.com |
| | RACHEL S. BRASS, SBN 219301 |
| 3 | RBrass@gibsondunn.com |
| | AUSTIN SCHWING, SBN 211696 |
| 4 | ASchwing@gibsondunn.com |
| | 555 Mission Street, Suite 3000 |
| 5 | San Francisco, California 94105-2933 |
| | Telephone: 415.393.8200 |
| 6 | Facsimile: 415.393.8306 |

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. AND
CHUNGHWA PICTURES TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | **[PROPOSED] ORDER GRANTING DEFENDANT CHUNGHWA PICTURE TUBES, LTD. CHUNGHWA PICTURES TUBES (MALAYSIA) SDN. BHD.'S MOTION TO SHORTEN TIME FOR MOTION TO EXCLUDE LATE-DISCLOSED EVIDENCE UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(c)(1)** |

1   The Court having considered all papers filed in support of and in opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s (collectively, "Chunghwa") Motion to Shorten Time For Motion To Exclude Late-Disclosed Evidence Under Federal Rule Of Civil Procedure 37(c)(1) ("Motion"), and good cause appearing, HEREBY ORDERS that the Motion is GRANTED in its entirety.

The hearing on the Motion currently set for March 6, 2015 is rescheduled to February 6, 2015. ViewSonic Corporation's opposition is due January 29, 2015, and Chunghwa's reply is due by February 3, 2015.

**IT IS SO ORDERED.**

DATED: _____   _____
Honorable Samuel Conti
U.S. District Judge