1  Brent Caslin (Cal. Bar. No. 198682)
   Jenner & Block LLP
2  633 West Fifth Street
   Suite 3600
3  Los Angeles, California 90071
   Telephone:     213 239-5100
4  Facsimile:      213 239-5199
   bcaslin@jenner.com
5
   Terrence J. Truax (*pro hac vice*)
6  Michael T. Brody (*pro hac vice*)
   Gabriel A. Fuentes (*pro hac vice*)
7  Jenner & Block LLP
   353 N. Clark Street
8  Chicago, Illinois 60654-3456
   Telephone:     312 222-9350
9  Facsimile:      312 527-0484
   ttruax@jenner.com
10 mbrody@jenner.com
   gfuentes@jenner.com
11
   *Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc.,*
12 *and Mitsubishi Electric Visual Solutions America, Inc.*

13
                    UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
15

16 | In re: CATHODE RAY TUBE (CRT) | **Case No. 3:07-cv-5944-SC** |
   | ANTITRUST LITIGATION | **MDL No. 1917** |

17 This Document Relates to:

18                                         **DECLARATION OF GABRIEL A. FUENTES**
                                           **IN SUPPORT OF MITSUBISHI ELECTRIC**
19 *Best Buy Co., Inc., et al. v. Technicolor SA,*  **DEFENDANTS' ADMINISTRATIVE MOTION**
   *et al.*, No. 13-cv-05264;                **TO FILE DOCUMENTS UNDER SEAL**

20 *Electrograph Systems, Inc., et al. v.*
   *Technicolor SA, et al.*, No. 13-cv-05724;
21

22 *Interbond Corp. of Am. v. Technicolor SA,*
   *et al.*, No. 13-cv-05727;
23

24 *Office Depot, Inc. v. Technicolor SA, et al.*,
   No. 13-cv-05726;
25

   *P.C. Richard & Son Long Island*
26 *Corporation, et al. v. Technicolor SA, et al.*,
   No. 13-cv-05725;
27

28
DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 3:07-cv-5944-SC; MDL No. 1917

2328076.1

1   *Target Corp. v. Technicolor SA, et al.*,
    No. 13-cv-05686;

2

3   *Costco Wholesale Corporation v.
    Technicolor SA, et al.*, No. 13-cv-05723;

4

5   *Schultze Agency Services, LLC v.
    Technicolor SA, Ltd., et al.*, No. 13-cv-
    05668;

6

7   *Sears, Roebuck and Co., et al. v.
    Technicolor SA*, No. 13-cv-05262;

8

9   *Dell Inc., et al. v. Phillips Electronics North
    America Corporation, et al.*, No. 13-cv-
    02171;

10

11  *Tech Data Corp., et al. v. Hitachi, Ltd., et
    al.*, No.13-cv-00157;

12

13  *Siegel v. Technicolor SA, et al.*, No.13-cv-
    05261;

14

15  *Viewsonic Corporation v. Chunghwa
    Picture Tubes Ltd., et al.,* No.13-cv-02510.

16

17                    **<u>DECLARATION OF GABRIEL A. FUENTES</u>**

18  I, Gabriel A. Fuentes, declare as follows:

19          1.      I am an attorney licensed to practice law in the State of Illinois, and I am a Partner

20  at the law firm of Jenner & Block LLP, and attorney of record for Defendants Mitsubishi Electric

21  Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.

22  (collectively, the "Mitsubishi Electric Defendants").  I submit this declaration in support of the

23  Mitsubishi Electric Defendants' Administrative Motion to File Documents Under Seal (the

24  "Motion").  I have personal knowledge of the facts set forth in this declaration and, if called as a

25  witness, I could and would testify competently to such facts under oath.

26

27

28
                                          2
                DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS'
                        ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
                                Case No. 3:07-cv-5944-SC; MDL No. 1917

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.      On June 18, 2008, this Court signed the stipulated Protective Order (Case No. 3:07-cv-05944-SC, Dkt. No. 306), that allows a party to designate a document or deposition testimony "Confidential" or "Highly Confidential" when that party believes the document or testimony contains "trade secrets, or other confidential research, development, or commercial information, within the meaning of Fed. R. Civ. P. 26(c); or other private or competitively sensitive information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted." *See id.* at 1-6.

3.      When litigation materials are designated confidential pursuant to the Protective Order, "a Party may not file [them] in the public record." "A party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5." *Id.* at 11.

4.      Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following should be maintained under seal: Exhibits 15-21 to the Declaration of Shaun M. Van Horn in Support of Defendants' Reply in Support of Defendants' Joint Motion for Summary Judgment Against ViewSonic Corporation Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce and the redacted portions of the Reply are "Confidential" or "Highly Confidential" expert reports, deposition testimony, and other private or competitively sensitive information, designated as "Confidential" or "Highly Confidential" by ViewSonic Corporation pursuant to the Protective Order.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 23rd day of January, 2015 at Chicago, Illinois.

DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 3:07-cv-5944-SC; MDL No. 1917

1

2

3

4

JENNER & BLOCK LLP

5 *By:* /s/ Gabriel A. Fuentes
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
6 Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes *(pro hac vice)*
7 353 N. Clark Street
Chicago, Illinois 60654-3456
8 Telephone: (312) 222-9350
Facsimile: (312) 527-0484
9 ttruax@jenner.com
mbrody@jenner.com
10 gfuentes@jenner.com

11 Brent Caslin (Cal Bar. No. 198682)
JENNER & BLOCK LLP
12 633 West Fifth Street, Suite 3600
Los Angeles, California 90017
13 Telephone: (213) 239-5100
Facsimile: (213) 239-5199
14 bcaslin@jenner.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 3:07-cv-5944-SC; MDL No. 1917