Brent Caslin (Cal. Bar. No. 198682)
Jenner & Block LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:     213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     312 222-9350
Facsimile:     312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 3:07-cv-5944-SC** <br> **MDL No. 1917** |
| This Document Relates to: <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; <br><br> *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br><br> *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; <br><br> *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; <br><br> *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Siegel v. Technicolor SA, et al.*, No.13-cv-05261;

*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No.13-cv-02510.

Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, the "Mitsubishi Electric Defendants'") administrative motion to file Defendants' Reply in Support of Defendants' Joint Motion for Summary Judgment Against ViewSonic Corporation Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce (the "Reply"), as well as Exhibits 15-21 thereto, Under Seal, has come before the Court. Having considered the Reply and the documents proposed to be filed under seal, pursuant to the Court's prior sealing orders, and for good cause shown,

IT IS HEREBY ORDERED THAT the following are to be sealed:

- Exhibits 15-21 to the Declaration of Shaun M. Van Horn in Support of the Reply and the portions of the Reply that refer to or discuss those Exhibits or that discuss other "Confidential" or "Highly Confidential" information.

IT IS SO ORDERED.

Dated: _____   _____
Honorable Samuel Conti
United States District Judge