GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | **DECLARATION OF AUSTIN V. SCHWING IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC CORPORATION**<br><br>Date:      February 6, 2015<br>Time:     10:00 a.m.<br>Judge:    Hon. Samuel Conti |

I, Austin V. Schwing, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. in the above-referenced action.

2. I submit this declaration in support of Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Reply in Support of Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. Attached as Exhibit A is a true and correct copy of Taiwan Company Act, Art. 23 from the Laws and Regulations Database of The Republic of China website, *available at* http://law.moj.gov.tw/eng/LawClass/LawSearchNo.aspx?PC=J0080001&DF=&SNo=23 (last accessed January 19, 2015).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January 2015, at San Francisco, California.

Austin V. Schwing

1

SCHWING DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF CPT AND CPTM'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC – MASTER CASE NO. 07-CV-5944 SC