GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510-SC | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF WANG CHIH CHENG IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC CORPORATION**<br><br>Date:        February 6, 2015<br>Time:       10:00 a.m.<br>Judge:      Hon. Samuel Conti |

I, Wang Chih Cheng, hereby declare as follows:

1. I am the Chief Financial Officer at Chunghwa Picture Tubes, Ltd. ("CPT"). I am a resident of Taiwan. I am an adult over eighteen (18) years of age.

2. I submit this declaration in support of Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Reply in Support of Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. I have reviewed Exhibits 16-18 to the Declaration of Astor H. L. Heaven in Support of ViewSonic Corporation's Opposition to Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Reply in Support of Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation. Exhibits 16-18 are excerpts of the Chinese versions of CPT's annual reports for 2005, 2006, and 2007 and ViewSonic's corresponding English translations.

4. ViewSonic's English translations of Exhibits 16 (page 90), Exhibit 17 (page 86), and Exhibit 18 (page 85) list Jean as a "shareholder" or "stakeholder." That is incorrect. The Chinese character included in those documents means "related party." Jean was not a shareholder or stakeholder in 2005, 2006 or 2007.

5. Attached as Exhibit A is a true and correct copy of an excerpt of the English version of CPT's 2006 annual report.

//
//
//
//
//
//
//
//

6. Attached as Exhibit B is a true and correct copy of an excerpt of the English version of CPT's 2007 annual report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of January, 2015, at ____Taoyuan____, Taiwan.

_____
Wang Chih Cheng

2

DECLARATION OF WANG CHIH CHENG IN SUPPORT OF REPLY IN SUPPORT OF CPT AND CPTM'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF STANDING AS TO VIEWSONIC – MASTER CASE NO. 07-CV-5944 SC