# Exhibit A

**CHUNGHWA PICTURE TUBES, LTD.**
Financial Statements
For The Years Ended
December 31, 2005 and 2006
With
Report of Independent Auditors

The reader is advised that these consolidated financial statements have been prepared originally in Chinese. If there is any conflict between these consolidated financial statements and the Chinese version or any difference in the interpretation of the two versions, the Chinese language consolidated financial statements shall prevail.

| | | |
|---|---|---|
| Semiconductor Energy Laboratory Co., Ltd. (SEL) | January 2004 \| December 2008 | 1. The Company is required to pay licensing fees on installment basis for using the technologies.<br>2. The Company is required to pay royalty fees based on a pre-determined percentage of net sales of the related products for continuing use of exclusive technology. |
| Industrial Technology Research Institute (ITRI) | May 2002 \| May 2009 | The Company is required to pay licensing fees on installment basis for using the technologies. |
| Mitsubishi Electric Corporation and Advanced Display Inc. | November 2002 | The Company is required to pay licensing fees on installment basis for using the technologies. |
| Hewlett - Packard Development Company, L.P. (HP) | February 2004 | The Company is required to pay licensing fees on installment basis for using the technologies. |
| Guardian Industries, Corp. | May 2006 \| April 2011 | 1. The Company is required to pay licensing fees on installment basis for using the technologies.<br>2. The Company is required to pay royalty fees based on a pre-determined percentage of net sales of the related products for continuing use of exclusive technology. |

Purchase Agreement

| | | |
|---|---|---|
| Corning Display Technologies Taiwan Co., Ltd ("Corning Taiwan") | April 2005 \| March 2011 | 1. Corning Taiwan will guarantee to supply materials of TFT-LCD to the Company for 6 generation fabrication.<br>2. The Company is required to make prepayments on installment basis to Corning Taiwan to deductible from subsequent purchase. |

5. **RELATED PARTY TRANSACTIONS**

   (1) Name and relationship:

| Name of related party | Relationship with the Company |
|---|---|
| Tatung Co., Ltd. | The Company's major stockholder |
| Forward Electronics Co., Ltd. | An investee accounted for under the equity method |
| Toppan Chunghwa Electronics Co., Ltd. | An investee accounted for under the equity method |
| Grand Cathay International Asset Management Co., Ltd. | A subsidiary of the Company |
| Sintronic Technology Inc. | An investee of Grand Cathay International Asset Management Co., Ltd. accounted for under the equity method |
| Tatung Chungai Precious Metals Co., Ltd. | Subsidiary of Tatung Co., Ltd. |
| Tatung Atherton Co. | Subsidiary of Tatung Co., Ltd. |
| Taiwan Telecommunication Industry Co., Ltd. | Subsidiary of Tatung Co., Ltd. |