# Exhibit B

Stock Code : 2475

# 2007
## ANNUAL REPORT

**CHUNGHWA PICTURE TUBES, LTD.**



Chairman, Wei-Shan Lin



**CHUNGHWA PICTURE TUBES, LTD.**
1127, Heping Rd., Bade City, Taoyuan, Taiwan, 334, R.O.C.
Tel: 886-3-3675151  Fax: 886-3-3773115

**CHUNGHWA PICTURE TUBES, LTD.**

Annual Report 2007

| Annual Report 2007
| Printed on April 25 2008

Inquiry Websites
CPT website: http://www.cptt.com.tw
MOPS: http://mops.tse.com.tw

CHUNGHWA PICTURE TUBES, LTD.

## 31 Technical and purchase agreement

| Contracting party | The term of the contract | The content of repayment |
|---|---|---|
| **Technology Agreement** | | |
| Advanced Display Inc. (ADI) | April 1997 \| June 2010 | 1. The Company is required to pay licensing fees on installment basis for using the technologies.<br>2. The Company is required to pay royalty fees based on a pre-determined percentage of net sales of the related products for continuing use of exclusive technology.<br>3. ADI has the right to purchase no more than 15% of the total products from the Company at 90% of the average selling price. The Company bears the shipping costs of the products to locations designated by ADI. |
| Sharp Corporation | January 2002 \| June 2011 | 1. The Company is required to pay licensing fees (one time payment) for using the technologies.<br>2. The Company is required to pay royalty fees based on a pre-determined percentage of net sales of the related products for continuing use of exclusive technology. |
| Hitachi | January 2003 \| December 2010 | 1. The Company is required to pay licensing fees on installment basis for using the technologies.<br>2. The Company is required to pay royalty fees based on a pre-determined percentage of net sales of the related products for continuing use of exclusive technology. |
| Semiconductor Energy Laboratory Co., Ltd. (SEL) | January 2004 \| December 2008 | 1. The Company is required to pay licensing fees on installment basis for using the technologies.<br>2. The Company is required to pay royalty fees based on a pre-determined percentage of net sales of the related products for continuing use of exclusive technology. |
| Industrial Technology Research Institute (ITRI) | May 2002 \| May 2009 | The Company is required to pay licensing fees on installment basis for using the technologies. |
| Mitsubishi Electric Corporation and Advanced Display Inc. | November 28, 2002 | The Company is required to pay licensing fees on installment basis for using the technologies. |
| Guardian Industries, Corp. | May 2006 \| April 2011 | 1. The Company is required to pay licensing fees on installment basis for using the technologies.<br>2. The Company is required to pay royalty fees based on a pre-determined percentage of net sales of the related products for continuing use of exclusive technology. |
| Toshiba Matsushita Display Technology Co., Ltd. (TMD) | April 2007 \| February 2012 | 1. The Company is required to pay licensing fees on installment basis for using the technologies.<br>2. The Company is required to pay royalty fees based on a pre-determined percentage of net sales of the related products for continuing use of exclusive technology. |
| LG. Display Co. Ltd (LG. Philips LCD Co.,Ltd; LPL) | October 2007 \| September 2014 | 1. Subsidiary of the company is required to pay licensing fees on installment basis for using the technologies.<br>2. The company is required to pay royalty fees based on pre-determined percentage of net sales of the related products for continuing use of exclusive technology. |
| **Purchase Agreement** | | |
| Corning Display Technologies Taiwan Co., Ltd ("Corning Taiwan") | April 2005 \| March 2011 | 1. Corning Taiwan will guarantee to supply materials of TFT-LCD to the Company for 6 generation fabrication.<br>2. The Company is required to make prepayments on installment basis to Corning Taiwan to deductible from subsequent purchase. |

82

## V. RELATED PARTY TRANSACTIONS

### 1 Name and relationship

| Name of related party | Relationship with the Company |
|---|---|
| Tatung Co., Ltd. | The Company's major stockholder and represented on the Company's board of directors |
| Forward Electronics Co., Ltd. | An investee accounted for under the equity method |
| Toppan Chunghwa Electronics Co., Ltd. | An investee accounted for under the equity method |
| Grand Cathay International Asset Management Co., Ltd. | A subsidiary of the Company |
| Sintronic Technology Inc. | An investee of Grand Cathay International Asset Management Co., Ltd. accounted for under the equity method |
| Tatung Chungai Precious Metals Co., Ltd. | Subsidiary of Tatung Co., Ltd. |
| Tatung Atherton Co. | Subsidiary of Tatung Co., Ltd. |
| Taiwan Telecommunication Industry Co., Ltd. | Subsidiary of Tatung Co., Ltd. |
| Tatung Fine Chemical Co., Ltd. | Subsidiary of Tatung Co., Ltd. |
| Shang Chih International Express Co., Ltd. | Subsidiary of Tatung Co., Ltd. |
| Tatung-Fanuc Robotics Company | Subsidiary of Tatung Co., Ltd. |
| Tatung Co. of Japan, Inc. | Subsidiary of Tatung Co., Ltd. |
| Tatung (U.K.) Ltd. | Subsidiary of Tatung Co., Ltd. |
| Tatung (Thailand) Co., Ltd. | Subsidiary of Tatung Co., Ltd. |
| Tatung Co. of America, Inc. | Subsidiary of Tatung Co., Ltd. |
| Tatung Consumer Products (Taiwan) Co., Ltd. | Subsidiary of Tatung Co., Ltd. |
| Tatung Electronics (Singapore) Pte Ltd. | Subsidiary of Tatung Co., Ltd. |
| Tatung System Technology Inc. | Subsidiary of Tatung Co., Ltd. |
| Toes Opto-Mechatronics Co. Ltd. | Subsidiary of Tatung Co., Ltd. |
| Tatung Telecom Corporation | An investee of Tatung Co., Ltd. accounted for under the equity method |
| Tatung OTIS Elevator Co., Ltd. | An investee of Tatung Co., Ltd. accounted for under the equity method |
| Kuender Company Co., Ltd. | An investee of Tatung Co., Ltd. accounted for under the equity method |
| Tatung Okuma Co., Ltd. | An investee of Tatung Co., Ltd. accounted for under the equity method |
| Elitegroup Computer Systems Co., Ltd. | An investee of Tatung Co., Ltd. accounted for under the equity method |
| TIS Net Technology Inc. | Subsidiary of subsidiary of Tatung Co., Ltd. |
| Tatung Information Technology (Jiang Su) Co., Ltd. | Subsidiary of subsidiary of Tatung Co., Ltd. |
| Chunghwa P.T. (Bermuda) Ltd. | A subsidiary of the Company |
| Chunghwa P.T. (Labuan) Ltd. | A subsidiary of the Company's subsidiary |
| Chunghwa P.T. (Malaysia) Sdn. Bhd. | A subsidiary of the Company's subsidiary |
| CPTF Optronics Co., Ltd. | A subsidiary of the Company's subsidiary |
| Chunghwa P.T. (Wujiang) Ltd. | A subsidiary of the Company's subsidiary |
| Dalemont Investment Ltd. | A subsidiary of the Company's subsidiary |
| Daliant Investment Ltd. | A subsidiary of the Company's subsidiary |
| Bangalor Investment Ltd. | A subsidiary of the Company's subsidiary |
| Bensaline Investment Ltd. | A subsidiary of the Company's subsidiary |
| Chunghwa P.T. Display Technology (Fujian) Ltd. | A subsidiary of the Company's subsidiary |
| Chunghwa P.T. Display Technology (Shen-Zhen) Ltd. | A subsidiary of the Company's subsidiary |
| CPT TPV Optical Co., Ltd. | A subsidiary of the Company's subsidiary |
| Chunghwa P.T. (Kampar) Sdn. Bhd. | A subsidiary of the Chunghwa P.T. (Malaysia) Sdn. Bhd. |
| CPTF Visual Display (Fuzhou) Ltd. | A subsidiary of CPTF Optronics Co., Ltd. |
| Makolin Electronics (M) Sdn. Bhd. | An investee of Chunghwa P.T. (Bermuda) Ltd. accounted for under the equity method |
| Xiamen Overseas Chinese Electronic Co., Ltd. | An investee of Chunghwa P.T. (Wujiang) Ltd. accounted for under the equity method |
| Jean Co., Ltd. | Chairman is one of the immediate family members of the Company's Chairman |
| Jeffrey Investment Ltd. | Subsidiary of Jean Co., Ltd. |
| K-tronics, Inc. | Subsidiary of subsidiary of Jean Co., Ltd. |
| Jean (M) Sdn. Bhd., Malaysia | Subsidiary of Jean Co., Ltd. |
| Tatung University | The major stockholder of Tatung Co., Ltd. |
| Lin Wei Shan | Chairman of the Company |

83