Brent Caslin (Cal. Bar. No. 198682)
Jenner & Block LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:    213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Viewsonic Corporation v. Chunghwa Picture Tubes Ltd.*, *et al.*, No.13-cv-02510. | **Case No. 3:07-cv-5944-SC**<br>**MDL No. 1917**<br><br>**DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT AGAINST VIEWSONIC CORPORATION BASED UPON FAILURE TO PROVIDE EVIDENCE TO AVOID FTAIA BAR ON FOREIGN COMMERCE [DKT. 3108.]** |

**DECLARATIION OF SHAUN M. VAN HORN**

I, Shaun M. Van Horn, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am an associate at the law firm of Jenner & Block LLP, attorneys of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc (collectively, the "Mitsubishi Electric Defendants"). I submit this declaration in support of the Defendants' Reply in Support of its Joint Motion for Summary Judgment Against ViewSonic Corporation Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce ("Reply"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. **[UNDER SEAL]** Attached to my declaration as **Exhibit 15** is a true and correct copy of an excerpt of the Deposition Transcript of Rose Yang designated as "Highly Confidential" by ViewSonic Corporation.

3. **[UNDER SEAL]** Attached to my declaration as **Exhibit 16** is a true and correct copy of Exhibit 7256 as marked in the Deposition of Bonny Cheng, ViewSonic's 30(b)(6) witness, designated as "Highly Confidential" by ViewSonic Corporation.

4. **[UNDER SEAL]** Attached to my declaration as **Exhibit 17** is a true and correct copy of an excerpt of the Deposition Transcript of Rose Yang designated as "Highly Confidential" by ViewSonic Corporation.

5. **[UNDER SEAL]** Attached to my declaration as **Exhibit 18** is a true and correct copy of an excerpt of the Deposition Transcript of Bonny Cheng, ViewSonic's 30(b)(6) witness designated as "Highly Confidential" by ViewSonic Corporation.

6. **[UNDER SEAL]** Attached to my declaration as **Exhibit 19** is a true and correct copy of an excerpt of the Deposition Transcript of Bonny Cheng, ViewSonic's 30(b)(6) witness designated as "Highly Confidential" by ViewSonic Corporation.

7. **[UNDER SEAL]** Attached to my declaration as **Exhibit 20** is a true and correct copy of an excerpt of the Deposition Transcript of Bonny Cheng, ViewSonic's 30(b)(6) witness designated as "Highly Confidential" by ViewSonic Corporation.

8. **[UNDER SEAL]** Attached to my declaration as **Exhibit 21** is a true and correct copy of an excerpt of the Deposition Transcript of Bonny Cheng, ViewSonic's 30(b)(6) witness designated as "Highly Confidential" by ViewSonic Corporation.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 23 day of January, 2015 at Chicago, Illinois.

Dated:  January 23, 2015                    JENNER & BLOCK LLP

By:   /s/ Shaun M. Van Horn
JENNER & BLOCK LLP
Terrence J. Truax *(pro hac vice)*
Michael T. Brody *(pro hac vice)*
Gabriel A. Fuentes *(pro hac vice)*
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*