# Exhibits 15-21

# (Filed Under Seal)