FREEBORN & PETERS LLP
Marc H. Kallish
311 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6571
Email: marc.kallish@freeborn.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V.
and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

TO: TO THE COURT AND ALL ATTORNEYS OF RECORD:

**MOTION TO WITHDRAW**

COMES NOW Marc H. Kallish, and files his Motion to Withdraw as counsel for the Defendant Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation in the above-styled matter. As grounds for said motion, counsel states as follows:

The limited purpose for which Marc H. Kallish, and Freeborn & Peters LLP, had appeared is now concluded.

WHEREFORE, PREMISES CONSIDERED, Marc H. Kallish moves this Honorable Court for an order allowing him and Freeborn & Peters LLP to withdraw from representation of plaintiff in this case.

Dated:   January 26, 2015            /s/ Marc H. Kallish
                                     MARC H. KALLISH

## CERTIFICATE OF SERVICE

I do hereby certify that on January 26, 2014, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by placing a copy of same in the United States Mail, First Class Postage Prepaid.

                                              /s/Marc H. Kallish
                                              Marc H. Kallish