JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-11 AND 79-5** |
| This Document Relates to:<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397;<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al.*, Individual Case No. 13-cv-05723;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396;<br><br>*Office Depot Inc. v. Hitachi Ltd., et al.*, Individual Case No. 11-cv-06276. | |

I, Jennifer M. Stewart, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On January 23, 2015, defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. filed an Administrative Motion to Seal (Dkt. 3466), and lodged conditionally under seal the following documents pursuant to Civil Local Rules 7-11 and 79-5(d):

(a) Portions of Defendants' Joint Reply to Costco's Opposition to (1) Defendants' Joint Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs' on Due Process Grounds and (2) Defendants' Joint Motion for Partial Summary Judgment Against Costco on Choice of Law Grounds (Dkt. No. 3466-11) (the "Reply"); and

(b) Certain exhibits attached to the Declaration of James Maxwell Cooper in Support of the Reply ("Cooper Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal portions of the Reply and Exhibit 3 to the Cooper Declaration, which has been designated by the Panasonic Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order.

4. Attached as Exhibit 3 to the Cooper Declaration are excerpts of the March 5, 2013 deposition of Hirokazu Nishiyama, a percipient witness for the Panasonic Defendants.

- 1 -

DECL. OF JENNIFER M. STEWART  
I/S/O DEFENDANTS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

5. Upon information and belief, the transcript excerpts in Exhibit 3 to the Cooper Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' business practices and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

6. The highlighted portions of page 16 of the Reply quote from or describe documents or information designated as "Highly Confidential" by the Panasonic Defendants, including Exhibit 3. As with the Exhibit itself, I understand that the Panasonic Defendants consider any statements in the Reply purporting to summarize Exhibit 3, or any other documents or information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants, confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Exhibit 3, and referenced in the Reply.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 26, 2015        By:  /s/ *Jennifer Stewart*
                              JEFFREY L. KESSLER (*pro hac vice*)
                              Email: jkessler@winston.com
                              ALDO A. BADINI (257086)
                              Email: abadini@winston.com
                              EVA W. COLE (*pro hac vice*)
                              Email: ewcole@winston.com
                              MOLLY M. DONOVAN (*pro hac vice*)
                              Email: mmdonovan@winston.com
                              JENNIFER M. STEWART (*pro hac vice*)
                              Email:  jstewart@winston.com
                              **WINSTON & STRAWN LLP**
                              200 Park Avenue
                              New York, New York 10166-4193
                              Telephone: (212) 294-6700
                              Facsimile: (212) 294-4700

DECL. OF JENNIFER M. STEWART                                   Case No. 07-5944 SC
I/S/O DEFENDANTS' MOTION TO SEAL                                  MDL NO. 1917

| | |
|---|---|
| 1 | STEVEN A. REISS (*pro hac vice*) |
| | Email: steven.reiss@weil.com |
| 2 | DAVID L. YOHAI (*pro hac vice*) |
| | Email: david.yohai@weil.com |
| 3 | ADAM C. HEMLOCK (*pro hac vice*) |
| | Email: adam.hemlock@weil.com |
| 4 | **WEIL, GOTSHAL & MANGES LLP** |
| | 767 Fifth Avenue |
| 5 | New York, New York 10153-0119 |
| | Telephone: (212) 310-8000 |
| 6 | Facsimile: (212) 310-8007 |

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 3 -