JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-4692
Facsimile: (212) 294-4700

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*

Additional Counsel Listed on Signature Pages

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.,* | **Case No. 07-5944 SC**<br>**MDL No. 1917**<br><br>**DEFENDANTS' CERTIFICATE OF SERVICE RELATING TO REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA**<br><br>Judge: Hon. Samuel P. Conti<br>Court: Courtroom 1, 17th Floor<br>Date:   February 6, 2015 10 a.m. |

DEFS.' CERTIFICATE OF SERVICE RELATING TO REPLY MEM. ISO THEIR MSJ BASED UPON PLS.' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917

1. *et al.*, No. 11-cv-05514;
2. *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;
3. *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
4. *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;
5. *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;
6. *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;
7. *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;
8. *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;
9. *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;
10. *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;
11. *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;
12. *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;
13. *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;
14. *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;
15. *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;
16. *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;
17. *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510;
18. *Dell Inc., et al. v. Hitachi Ltd. Et al.*, No. 13-cv-02171.

ii

DEFS.' CERTIFICATE OF SERVICE RELATING TO REPLY MEM. ISO THEIR MSJ BASED UPON PLS.' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917

1   I, Jennifer M. Stewart, declare that I am employed with the law firm of Winston & Strawn

2   LLP, 200 Park Avenue, New York, New York 10166.  I am not a party to the within cause, and I

3   am over the age of eighteen (18).

4   I further declare that on January 23, 2015, the following documents were electronically

5   filed and served via the Court's Electronic Case Filing System, which constitutes service in this

6   action pursuant to the Court's order of September 29, 2008, except for sealed materials that I have

7   emailed to the annexed service list.

- DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA [REDACTED AND UNREDACTED VERSIONS];

- DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED UPON PLAINTIFFS' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA; AND

- DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D), INCLUDING THE DECLARATION OF JENNIFER M. STEWART AND ALL OTHER ATTACHMENTS.

Dated: January 26, 2015

By: ___/s/ Jennifer M. Stewart___
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
JENNIFER M. STEWART (*pro hac vice*)
Email:  Jstewart@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193

DEFS.' CERTIFICATE OF SERVICE RELATING TO REPLY MEM. ISO THEIR MSJ BASED UPON PLS.' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917

Telephone: (212) 294-4692
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) and Panasonic Corporation of North America*

2

DEFS.' CERTIFICATE OF SERVICE RELATING
TO REPLY MEM. ISO THEIR MSJ BASED UPON
PLS.' FAILURE TO DISTINGUISH BETWEEN
ACTIONABLE AND NON-ACTIONABLE DAMAGES
UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917

| | |
|---|---|
| Philip J. Iovieno<br>Email: piovieno@bsfllp.com<br>Anne M. Nardacci<br>Email: anardacci@bsfllp.com<br>Stuart Singer<br>Email: ssinger@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br><br>*Liaison Counsel for Direct Action Plaintiffs* | Kenneth S. Marks<br>Email: kmarks@susmangodfrey.com<br>Jonathan Ross<br>Email: jross@susmangodfrey.com<br>SUSMAN GODFREY LLP<br><br>*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| Richard Alan Arnold<br>Email: rarnold@knpa.com<br>KENNY NACHWALTER, P.A.<br><br>*Attorneys for Sears, Roebuck and Co. and Kmart Corp.* | David Martinez<br>Email: DMartinez@rkmc.com<br>Bernice Conn<br>Email: Bconn@rkmc.com<br>Laura Nelson<br>Email: lenelson@rkmc.com<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br><br>*Attorneys for Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.* |
| Rick Saveri<br>Email: Rick@saveri.com<br>Geoff Saveri<br>Email: Geoff@saveri.com<br>SAVERI & SAVERI, INC.<br><br>*Attorneys for Direct Purchaser Plaintiffs* | Jason C. Murray<br>Email: jmurray@crowell.com<br>Astor H.L. Heaven<br>Email: aheaven@crowell.com<br>CROWELL & MORING LLP<br><br>*Attorneys for Target Corp. and ViewSonic Corp.* |
| Emilio Varanini<br>Email: emilio.varanini@doj.ca.gov<br>OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br><br>*Attorneys for the State of California* | Scott N. Wagner<br>Email: swagner@bilzin.com<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br><br>*Attorneys for Tech Data Corporation and Tech Data Product Management, Inc.* |

3

DEFS.' CERTIFICATE OF SERVICE RELATING TO REPLY MEM. ISO THEIR MSJ BASED UPON PLS.' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917

| | |
|---|---|
| David J. Burman<br>Email: DBurman@perkinscoie.com<br>Nicholas H. Hesterberg<br>Email: NHesterberg@perkinscoie.com<br>Steven D. Merriman<br>Email: SMerriman@perkinscoie.com<br>PERKINS COIE LLP<br><br>*Attorneys for Costco Wholesale Corporation* | Michael P. Kenny<br>Email: mike.kenny@alston.com<br>Debra D. Bernstein<br>Email: debra.bernstein@alston.com<br>ALSTON & BIRD LLP<br><br>James M. Wagstaffe<br>Email: wagstaffe@kerrwagstaffe.com<br>KERR & SAGSTAFFE LLP<br><br>*Attorneys for Dell Inc. and Dell Products L.P.* |
| Mario N. Alioto<br>Email: malioto@tatp.com<br>Lauren Capurro<br>Email: laurenrussell@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br><br>*Attorneys for Indirect Purchaser Plaintiffs* | *Defense Counsel* |

4

DEFS.' CERTIFICATE OF SERVICE RELATING TO REPLY MEM. ISO THEIR MSJ BASED UPON PLS.' FAILURE TO DISTINGUISH BETWEEN ACTIONABLE AND NON-ACTIONABLE DAMAGES UNDER THE FTAIA

Case No. 07-5944 SC
MDL NO. 1917