JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
Hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

WILLIAM D. TEMKO (State Bar No. 98858)
William.temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
|---|---|
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **CERTIFICATE OF SERVICE RE LG DEFENDANTS' ADMINISTRATIVE MOTIONS TO SEAL IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS**<br><br>Judge:   Hon. Samuel Conti<br>Date:    February 6, 2015<br>Time:    10:00 a.m.<br>Crtrm.:   1, 17th Floor |

25597386.1

1

3:07-cv-05944-SC; MDL No. 1917

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within action; my business address is 355 S. Grand Ave., Los Angeles, California 90071.

On January 23, 2015, I served upon the parties in this action documents described as:

(1) DEFENDANTS REPLY IN SUPPORT OF JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS – SEALED;

(2) EXHIBITS 4-10 TO THE DECLARATION OF CLAIRE YAN IN SUPPORT OF DEFENDANTS REPLY IN SUPPORT OF JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DELL AND SHARP PLAINTIFFS ON STATUTE OF LIMITATIONS GROUNDS – SEALED; and

(3) DEFENDANT LG'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS AND SEALED EXHIBITS A, C.

☐ By placing ☐ the original ☐ a true copy thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be deposited with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation dated or postage meter date is more than one day after dated of deposit for mailing, pursuant to this affidavit.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** By attaching a true copy thereof to the email addressed as stated on the attached service list.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed for Federal Express collection and delivery at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the Federal Express delivery date is more than one day after dated of deposit with the local Federal Express office, pursuant to this affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 26, 2015, at Los Angeles, California.

_____
Cynthia S. Soden

25597386.1                                              1                              3:07-cv-05944-SC; MDL No. 1917
CERTIFICATE OF SERVICE

*In Re: Cathode Ray Tue (CRT) Antitrust Litigation; Related To: Direct Purchaser Actions*
U.S. District Court for the Northern District of California
Master File No. 3:07-cv-05944-SC; MDL No. 1917

### Service List

| | |
|---|---|
| Liaison Counsel for the Direct Action Plaintiffs | Philip J. Iovieno<br>BOIES, SCHILLER & FLEXNER LLP<br>10 N. Pearl St., 4th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Email: piovieno@bsfllp.com |
| Counsel for Plaintiffs Dell Inc. and Dell Products L.P. | Michael P. Kenny<br>Debra D. Bernstein<br>Matthew D. Kent<br>James Cash<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000<br>Email: mike.kenny@alston.com<br>Email: debra.bernstein@alston.com<br>Email: matthew.kent@alston.com<br>Email: james.cash@alston.com<br><br>James M. Wagstaffe<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, California 94105-1576<br>Telephone: (415) 371-8500<br>Email: wagstaffe@kerrwagstaffe.com |
| Counsel for Plaintiff Sharp Electronics Manufacturing Company of America, Inc. | Craig A. Benson<br>Kenneth A. Gallo<br>Joseph J. Simons<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>2001 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 223-7300<br>Email: cbenson@paulweiss.com<br>Email: kgallo@paulweiss.com<br>Email: jsimons@paulweiss.com<br><br>Jonathan Alan Patchen<br>Stephen E. Taylor<br>TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111<br>Telephone: (415) 788-8200<br>Email: jpatchen@tcolaw.com<br>Email: staylor@tcolaw.com |

| | |
|---|---|
| Counsel for Indirect Purchaser Plaintiffs | Lauren C. Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Email: laurenrussell@tatp.com |
| Counsel for Direct Purchaser Plaintiffs | R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Email: rick@saveri.com |
| California Office of the Attorney General | Kamala D. Harris<br>Attorney General of California<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Telephone: (415) 703-5908<br>Email: emilio.varanini@doj.ca.gov |
| ALL DEFENSE COUNSEL | |