Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:   (213) 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:   (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171; | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**PARTIES' JOINT FILING OF DISPOSITIVE MOTIONS CHART PURSUANT TO COURT ORDER [DKT. No. 3398]** |

JOINT FILING OF DISPOSITIVE MOTIONS CHART

2332953.1

| | |
|---|---|
| 1 | *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; |
| 2 | |
| 3 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; |
| 4 | |
| 5 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; |
| 6 | *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; |
| 7 | |
| 8 | *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; |
| 9 | |
| 10 | *Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262; |
| 11 | *Sharp Elec. Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173; |
| 12 | |
| 13 | *Siegel v. Technicolor SA, et al.*, No.13-cv-05261; |
| 14 | |
| 15 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; |
| 16 | |
| 17 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157; |
| 18 | *Viewsonic Corporation v. Chunghwa Picture Tubes Ltd., et al.,* No.13-cv-02510. |
| 19 | |

Pursuant to Court Order (Dkt. 3398), dated January 16, 2015, the parties submit the attached Dispositive Motions Chart.

1

JOINT FILING OF DISPOSITIVE MOTIONS CHART

2332953.1

Dated: January 26, 2015

**JENNER & BLOCK LLP**

By: /s/ *Terrence J. Truax*
Terrence J. Truax (*pro hac vice*)
Email: ttruax@jenner.com
Michael T. Brody (*pro hac vice*)
Email: mbrody@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

BRENT CASLIN (Cal. Bar. No. 198682)
Email: bcaslin@jenner.com
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

**WINSTON & STRAWN LLP**
By: /s/ *Eva W. Cole*
JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

JOINT FILING OF DISPOSITIVE MOTIONS CHART

2332953.1

| | |
|---|---|
| 1 | |
| 2 | STEVEN A. REISS (*pro hac vice*)<br>Email: steven.reiss@weil.com |
| 3 | DAVID L. YOHAI (*pro hac vice*)<br>Email: david.yohai@weil.com |
| 4 | ADAM C. HEMLOCK (*pro hac vice*)<br>Email: adam.hemlock@weil.com |
| 5 | **WEIL, GOTSHAL & MANGES LLP** |
| 6 | 767 Fifth Avenue<br>New York, New York 10153-0119 |
| 7 | Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
| 8 | *Attorneys for Defendants Panasonic* |
| 9 | *Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North* |
| 10 | *America, MT Picture Display Co., Ltd.* |
| 11 | **WHITE & CASE, LLP** |
| 12 | |
| 13 | By: /s/ *Lucius B. Lau*<br>CHRISTOPHER M. CURRAN (*pro hac vice*) |
| 14 | Email: ccurran@whitecase.com<br>LUCIUS B. LAU (*pro hac vice*) |
| 15 | Email: alau@whitecase.com<br>DANA E. FOSTER (*pro hac vice*) |
| 16 | Email: defoster@whitecase.com<br>**WHITE & CASE LLP** |
| 17 | 701 Thirteenth Street, N.W. |
| 18 | Washington, DC 20005<br>Telephone: (202) 626-3600 |
| 19 | Facsimile: (202) 639-9355 |
| 20 | *Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America* |
| 21 | *Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba* |
| 22 | *America Electronic Components, Inc. (with respect to all of the above-captioned cases* |
| 23 | *except for Dell Inc., et al. v. Hitachi, Ltd., et al., No. 13-cv-0271)* |
| 24 | |
| 25 | **BAKER BOTTS LLP**<br>By: /s/ *John M. Taladay* |
| 26 | JOHN M. TALADAY (*pro hac vice*)<br>Email: john.taladay@bakerbotts.com |
| 27 | JOSEPH OSTOYICH (*pro hac vice*)<br>Email: joseph.ostoyich@bakerbotts.com |
| 28 | |

3
JOINT FILING OF DISPOSITIVE MOTIONS CHART

2332953.1

| | |
|---|---|
| 1 | ERIK T. KOONS (*pro hac vice*) |
| 2 | Email: erik.koons@bakerbotts.com |
|   | CHARLES M. MALAISE (*pro hac vice*) |
| 3 | Email: charles.malaise@bakerbotts.com |
|   | **BAKER BOTTS LLP** |
| 4 | 1299 Pennsylvania Avenue, N.W. |
|   | Washington, DC 20004-2400 |
| 5 | Telephone: (202) 639-7700 |
|   | Facsimile: (202) 639-7890 |
| 6 | JON V. SWENSON (SBN 233054) |
| 7 | Email: jon.swenson@bakerbotts.com |
|   | **BAKER BOTTS LLP** |
| 8 | 1001 Page Mill Road |
|   | Building One, Suite 200 |
| 9 | Palo Alto, CA 94304 |
|   | Telephone: (650) 739-7500 |
| 10 | Facsimile: (650) 739-7699 |
| 11 | *Attorneys for Defendants Koninklijke Philips N.V. and* |
| 12 | *Philips Electronics North America Corporation* |
| 13 | **MUNGER, TOLLES & OLSON LLP** |
| 14 | By: /s/ *Hojoon Hwang* |
|   | JEROME C. ROTH (State Bar No. 159483) |
| 15 | jerome.roth@mto.com |
|   | HOJOON HWANG (State Bar No. 184950) |
| 16 | hojoon.hwang@mto.com |
|   | MIRIAM KIM (State Bar No. 238230) |
| 17 | miriam.kim@mto.com |
| 18 | **MUNGER, TOLLES & OLSON LLP** |
|   | 560 Mission Street, Twenty-Seventh Floor |
| 19 | San Francisco, California 94105-2907 |
|   | Telephone: (415) 512-4000 |
| 20 | Facsimile: (415) 512-4077 |
| 21 | WILLIAM D. TEMKO (SBN 098858) |
| 22 | William.Temko@mto.com |
|   | **MUNGER, TOLLES & OLSON LLP** |
| 23 | 355 South Grand Avenue, Thirty-Fifth Floor |
|   | Los Angeles, CA 90071-1560 |
| 24 | Telephone: (213) 683-9100 |
|   | Facsimile: (213) 687-3702 |
| 25 | *Attorneys for Defendants LG Electronics, Inc.;* |
| 26 | *LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.* |
| 27 | |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Rachel S. Brass*
JOEL S. SANDERS (Cal. Bar. No. 107234)
Email: jsanders@gibsondunn.com
RACHEL S. BRASS (Cal. Bar. No. 219301)
Email: rbrass@gibsondunn.com
AUSTIN V. SCHWING (Cal. Bar. No. 211696)
Email: aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.as to Direct Action Plaintiffs Best Buy entities, Target, Sears, Interbond, Office Depot, CompuCom, P.C. Richards, MARTA, ABC Appliance, Schultze Agency Services, and ViewSonic only*

**FAEGRE BAKER DANIELS LLP**

By: /s/ *Kathy L. Osborn*
KATHY L. OSBORN (*pro hac vice*)
Email: kathy.osborn@FaegreBD.com
RYAN M. HURLEY (*pro hac vice*)
Email: ryan.hurley@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

|   |   |
|---|---|
| 1 | STEPHEN M. JUDGE (*pro hac vice*) |
| 2 | Email: steve.judge@FaegreBd.com<br>**FAEGRE BAKER DANIELS LLP** |
| 3 | 202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601 |
| 4 | Telephone: (574) 234-4149<br>Facsimile: (574) 239-1900 |
| 5 |   |
| 6 | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| 7 |   |
| 8 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| 9 | By: /s/ *Michael Lacovara* |
| 10 | Michael Lacovara (209279)<br>**FRESHFIELDS BRUCKHAUS** |
| 11 | **DERINGER US LLP** |
| 12 | 601 Lexington Avenue, 31st Floor<br>New York, NY 10022 |
| 13 | Telephone: 212 277 4000<br>Facsimile: 212 277 4001 |
| 14 | Email: michael.lacovara@freshfields.com |
| 15 | TERRY CALVANI (SBN 53260) |
| 16 | Email: terry.calvani@freshfields.com<br>CHRISTINE LACIAK(pro hac vice) |
| 17 | Email: christine.laciak@freshfields.com<br>RICHARD SNYDER (pro hac vice) |
| 18 | Email: richard.snyder@freshfields.com<br>**FRESHFIELDS BRUCKHAUS** |
| 19 | **DERINGER US LLP** |
| 20 | 700 13th Street, NW, 10th Floor<br>Washington, DC 20005 |
| 21 | Telephone: (202) 777-4565<br>Facsimile: (202) 777-4555 |
| 22 |   |
| 23 | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |
| 24 | **SQUIRE PATTON BOGGS (US) LLP** |
| 25 | By: /s/ *Nathan Lane, III*<br>MARK C. DOSKER |
| 26 | Email: mark.dosker@squirepb.com<br>NATHAN LANE, III |
| 27 | Email: nathan.lane@squirepb.com |
| 28 | 275 Battery Street, Suite 2600 |

| | |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | Telephone: (415) 954-0200 |
|   | Facsimile: (415) 393-9887 |
| 3 | |
|   | DONALD A. WALL (*pro hac vice*) |
| 4 | Email: donald.wall@squirepb.com |
|   | **SQUIRE PATTON BOGGS (US) LLP** |
| 5 | 1 East Washington Street, Suite 2700 |
|   | Phoenix, Arizona 85004 |
| 6 | Telephone: (602) 528-4000 |
| 7 | Facsimile: (602) 253-8129 |

San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (*pro hac vice*)
Email: donald.wall@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

**CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP**
By: /s/ *Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (*pro hac vice*)
Ellen Tobin (*pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
**DILLINGHAM & MURPHY, LLP**
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com
*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

| | |
|---|---|
| 1 | **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP** |
| 2 | By: /s/ Mario N. Alioto |
| 3 | Mario N. Alioto (56433) |
|   | malioto@tatp.com |
| 4 | Lauren C. Capurro (241151) |
|   | laurenrussell@tatp.com |
| 5 | 2280 Union Street |
|   | San Francisco, California 94123 |
| 6 | Telephone: (415) 563-7200 |
| 7 | Facsimile: (415) 346-0679 |
|   | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |
| 8 | |
| 9 | /s/ *Debra D. Bernstein* |
|   | Michael P. Kenny (admitted *pro hac vice*) |
| 10 | Debra D. Bernstein (admitted *pro hac vice*) |
|   | Matthew D. Kent (admitted *pro hac vice*) |
| 11 | Elizabeth Helmer (admitted *pro hac vice*) |
| 12 | **ALSTON & BIRD LLP** |
|   | 1201 West Peachtree Street |
| 13 | Atlanta, Georgia 30309-3424 |
|   | Telephone: (404)-881-7000 |
| 14 | Facsimile: (404)-881-7777 |
| 15 | Email: mike.kenny@alston.com |
|   | debra.bernstein@alston.com |
| 16 | matthew.kent@alston.com |
|   | elizabeth.helmer@alston.com |
| 17 | James M. Wagstaffe, Esq. (SBN 95535) |
| 18 | |
|   | **KERR & WAGSTAFFE LLP** |
| 19 | 101 Mission Street, 18th Floor |
|   | San Francisco, California 94105-1576 |
| 20 | Telephone: (415)-371-8500 |
|   | Facsimile: (415)371-0500 |
| 21 | Email: wagstaffe@kerrwagstaffe.com |
| 22 | |
|   | *Counsel For Plaintiffs Dell Inc. and Dell Products L.P.* |
| 23 | |
| 24 | /s/ *Philip J. Iovieno* |
|   | Philip J. Iovieno |
| 25 | Anne M. Nardacci |
| 26 | **BOIES, SCHILLER & FLEXNER LLP** |
|   | 30 South Pearl Street, 11th Floor |
| 27 | Albany, NY 12207 |
|   | Telephone: (518) 434-0600 |
| 28 | Facsimile: (518) 434-0665 |

8

JOINT FILING OF DISPOSITIVE MOTIONS CHART

2332953.1

William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation,*
*MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

/s/ *Scott N. Wagner*
Scott N. Wagner
Mitchell E. Widom
**BILZIN SUMBERG MAENA PRICE & AXELROD, LLP**
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
swagner@bilzin.com
mwidom@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

9
JOINT FILING OF DISPOSITIVE MOTIONS CHART
2332953.1

/s/ *Roman M. Silberfeld*
Roman M. Silberfeld
Bernice Conn
David Martinez
Jill S. Casselman
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
dmartinez@rkmc.com
jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

/s/ *David J. Burman*
David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile: (206)359-9000

Email: DBurman@perkinscoie.com
CGMoore@perkinsncoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415)344-7120
Facsimile: (415)344-7320
Email: JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

/s/ Richard Alan Arnold
Richard Alan Arnold (*pro hac vice*)
William J. Blechman (*pro hac vice*)
Kevin J. Murray (*pro hac vice*)
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

/s/ *Kenneth S. Marks*
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
jross@susmangodfrey.com;
jcarter@susmangodfrey.com
jconnors@susmangodfrey.com

11
JOINT FILING OF DISPOSITIVE MOTIONS CHART

2332953.1

| | |
|---|---|
| 1 | Parker C. Folse III |
| 2 | Rachel S. Black |
|   | Jordan Connors |
| 3 | **SUSMAN GODFREY L.L.P.** |
|   | 1201 Third Avenue, Suite 3800 |
| 4 | Seattle, Washington 98101-3000 |
|   | Telephone: (206) 516-3880 |
| 5 | Facsimile: (206) 516-3883 |
|   | Email: pfolse@susmangodfrey.com |
| 6 | rblack@susmangodfrey.com |
| 7 | jconnors@susmangodfrey.com |
| 8 | *Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| 9 | |
| 10 | /s/ *Jason C. Murray* |
| 11 | Jason C. Murray (CA Bar No. 169806) |
|    | **CROWELL & MORING LLP** |
| 12 | 515 South Flower St., 40th Floor |
|    | Los Angeles, CA 90071 |
| 13 | Telephone: 213-443-5582 |
|    | Facsimile: 213-622-2690 |
| 14 | Email: jmurray@crowell.com |
| 15 | Jerome A. Murphy (*pro hac vice*) |
|    | Astor H.L. Heaven (*pro hac vice*) |
| 16 | CROWELL & MORING LLP |
|    | 1001 Pennsylvania Avenue, N.W. |
| 17 | Washington, D.C. 20004 |
|    | Telephone: 202-624-2500 |
| 18 | Facsimile: 202-628-5116 |
|    | E-mail: jmurphy@crowell.com |
| 19 | aheaven@crowell.com |
| 20 | |
| 21 | *Counsel for Target Corp. and ViewSonic Corp.* |

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ *Kenneth A. Gallo* |
|   | Kenneth A. Gallo (*pro hac vice*) |
| 3 | Joseph J. Simons (*pro hac vice*) |
|   | Craig A. Benson (*pro hac vice*) |
| 4 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |

/s/ *Kenneth A. Gallo*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, N.W.
Washington, DC 2006-1047
Telephone: 202-223-7300
Facsimile: 202-223-7420
Email: kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

*Counsel for Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.