### *IN RE CRT ANTITRUST LITIGATION* - DISPOSITIVE MOTIONS CHART

The parties have prepared the following Dispositive Motions Chart in response to the Court's Order dated January 16, 2015, Dkt. 3398.

The Chart refers to defendant groups, unless a motion includes only a subset of the defendant group, in which case only the relevant members of the defendant group are named.  As used in the Chart, defendant groups contain the following members.

| Defendant Group | Members | Abbreviation |
|---|---|---|
| Beijing Matsushita | Beijing Matsushita Color CRT Co., Ltd. | BMCC |
| Chunghwa | Chunghwa Picture Tubes, Ltd. | CPT |
| | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. | |
| Hitachi | Hitachi, Ltd. | HTL |
| | Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) | HDP |
| | Hitachi America, Ltd. | HAL |
| | Hitachi Electronic Devices (USA), Inc. | HEDUS |
| | Hitachi Asia, Ltd. | HAS |
| LG[1] | LG Electronics, Inc. | LGE |
| | LG Electronics U.S.A., Inc. | LGE USA |
| | LG Electronics Taiwan Taipei Co., Ltd. | |
| Mitsubishi | Mitsubishi Electric Corporation | MELCO |
| | Mitsubishi Electric US, Inc. | MEUS |
| | Mitsubishi Electric Visual Solutions America, Inc. | MEVSA |
| Panasonic | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) | Panasonic Corp. |
| | MT Picture Display Co., Ltd. | MTPD |
| | Panasonic Corporation of North America | PNA |
| Philips | Koninklijke Philips N.V. | KPNV |
| | Philips Electronics North America Corporation | PENAC |
| | Philips Taiwan Limited | Philips Taiwan |
| | Philips do Brasil Ltda. | |
| Samsung SDI | Samsung SDI Co., Ltd. | |
| | Samsung SDI America, Inc. | |
| | Samsung SDI (Malaysia) Sdn. Bhd. | |
| | Samsung SDI Mexico S.A. De C.V. | |
| | Samsung SDI Brasil Ltda. | |
| | Shenzhen Samsung SDI Co., Ltd. | |
| | Tianjin Samsung SDI Co., Ltd. | |
| Tech Displays Americas | Technologies Displays Americas LLC | TDA |
| Thomson | Thomson Consumer Electronics, Inc. | Thomson Consumer |
| | Thomson SA | |
| Toshiba | Toshiba Corporation | Toshiba Corp. |

---

[1] The LG Defendants previously included LG Electronics U.S.A., Inc. and LG Electronics Taiwan Taipei Co., Ltd.   These entities have since been dismissed by all Plaintiffs.  *See* ECF No. 3387.

| | Toshiba America, Inc. | TAI |
| | Toshiba America Consumer Products, LLC | TACP |
| | Toshiba America Information Systems, Inc. | TAIS |
| | Toshiba America Electronic Components, Inc. | TAEC |

The Chart also refers to plaintiff groups, unless a motion includes only a subset of the plaintiff group, in which case only the relevant members of the plaintiff group are named. As used in the Chart, plaintiff groups contain the following members.

| Plaintiff Group | Members |
| --- | --- |
| IPPs | A class of Indirect Purchaser Plaintiffs |
| DPPs | A putative class of Direct Purchaser Plaintiffs |
| Best Buy | Best Buy Co., Inc.; Best Buy Purchasing, LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, L.L.C.; and Magnolia Hi-Fi, Inc. |
| Circuit City | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust |
| Compucom | CompuCom Systems, Inc. |
| Costco | Costco Wholesale Corporation |
| Dell | Dell Inc. and Dell Products L.P. |
| Electrograph | Electrograph Systems, Inc. and Electrograph Technologies Corp. |
| Interbond | Interbond Corporation of America., d/b/a BrandsMart USA |
| Office Depot | Office Depot, Inc. |
| P.C. Richard, et. al. | P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; and ABC Appliance, Inc. |
| Sears/Kmart | Sears Roebuck and Co. and Kmart Corp. |
| Sharp | Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc. |
| Target | Target Corp. |
| Tech Data | Tech Data Corporation and Tech Data Product Management, Inc. |
| Tweeter | Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| ViewSonic | ViewSonic Corporation |

*Categories*. The Chart orders the dispositive motions into the following categories:

1. Motions Related to March 2015 Trial
2. Motions Not Related to March 2015 Trial
3. Moot Motions

END

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *(1) Motions Related to March 2015 Trial* | | | | | | | |
| ECF No. | Movant | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings | Settlement Status |
| 2972 | • Hitachi<br>• Toshiba (Joinder, ECF No. 3011) | Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statues of Limitations | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart~~<br>• ~~Target~~<br>• Tech Data<br>• Tweeter | 3268 | 3433 | Stipulation to dismiss Toshiba as to Target (ECF No. 3315).<br><br>Stipulation to dismiss Toshiba as to Circuit City (ECF No. 3362).<br><br>The Court dismissed Target's claims against Hitachi (ECF No. 3392).<br><br>Objection to Evidence  (ECF No. 3449). | Hitachi has reached a settlement or settlement in principle with the IPPs, Sears/Kmart and Target.<br><br>Toshiba has reached a settlement with Target and Circuit City. |
| 2973 | • Chunghwa<br>• Toshiba (Joinder, ECF No. 3013) | Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds | • Best Buy<br>• ~~CompuCom~~<br>• Interbond<br>• Office Depot<br>• ~~P.C. Richard, et. al.~~<br>• ~~Sears/Kmart~~<br>• ~~Target~~ | 3258-3 | 3422 | Plaintiffs indicated by strike-through subsequently dismissed their state law claims (ECF Nos. 3136, 3149, 3266, 3405). | Toshiba has reached a settlement with Target.<br><br>Interbond and Office Depot have reached a settlement in principle with Chunghwa. |

| 2976 | • Hitachi America, Ltd.; Hitachi Displays, Ltd; Hitachi Electronic Devices (USA), Inc.<br>• Toshiba (Joinder, ECF No. 3010) | Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart~~<br>• ~~Target~~<br>• Tech Data<br>• Tweeter | 3274 | 3439 | Objection to Evidence re (ECF No. 3451).<br><br>(ECF No. 3315).<br>(ECF No. 3362).<br>(ECF No. 3392). | Hitachi has reached a settlement or settlement in principle with the IPPs, Sears/Kmart and Target.<br><br>Toshiba has reached a settlement with Target and Circuit City. |
| 2978 | • *IPPs*: All Defendants except LGE and Chunghwa<br>• *Interbond, Office Depot, Sears & Kmart Only*: All Defendants | Defendants' Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds | • ~~Costco~~<br>• ~~Electrograph~~<br>• IPPs<br>• Interbond<br>• Office Depot<br>• ~~Sears/Kmart~~ | 3250 | 3448 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.2.<br><br>Costco, Electrograph, and Sears/Kmart Kmart withdrew all state claims at issue after Motion was filed. | Hitachi, BMCC, Panasonic, PNA, and MTPD have reached an agreement in principle to settle with the IPP class.<br><br>Interbond and Office Depot have reached a settlement in principle with Chunghwa. |
| 2981 | • Thomson Consumer Electronics, Inc.<br>• Toshiba (Joinder, ECF No. 3012) | Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment | • Best Buy<br>• Circuit City<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp | 3236 | | Stipulation to dismiss Toshiba as to ViewSonic (ECF No. 3316).<br><br>Stipulation extending DAPs' Deadline to supplement Opp. | Thomson Consumer and Toshiba have reached settlements or settlements in principal with Target and ViewSonic.<br><br>Toshiba has reached a settlement with Circuit |

| | | | • Target<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | | | Response to 2/2/2015 and Thomson Reply to 2/16/2015 (ECF No. 3415).<br><br>(ECF No. 3315).<br>(ECF No. 3362). | City. |
|---|---|---|---|---|---|---|---|
| 2983 | • Samsung SDI<br>• Toshiba (Joinder, ECF No. 3015) | Samsung SDI's Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics | • Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | 3244 | 3454 | Stipulation to dismiss Toshiba as to Dell (ECF No. 2956).<br><br>(ECF No. 3315).<br>(ECF No. 3316).<br>(ECF No. 3362). | Samsung SDI has reached settlements with Target and ViewSonic.<br><br>Toshiba has reached settlements with Circuit City, Dell, Target, and ViewSonic. |
| 2984 | • Tech Displays Americas | Notice of Motion and Motion for Summary Judgment | • Best Buy<br>• Circuit City<br>• Costco<br>• Crago<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Target<br>• Tweeter | 3253 | 3430 | Opp'n limited to TDA's Sherman Act claims; Pltfs do not oppose TDA's motion re state-law claims.<br><br>Pltfs request the Court defer ruling on TDA's motion, under FRCP 56(d), to allow Pltfs to | |

| | | | | | | supplement the record w/ additional discovery from Thomson. | |
|---|---|---|---|---|---|---|---|
| 2995 | • Toshiba | Motion for Summary Judgment Concerning Withdrawal | • Best Buy<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• IPPs<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | 3280 | 3437 | (ECF No. 3315). (ECF No. 3316). (ECF No. 3362). | Toshiba has reached settlements with Circuit City, Target, and ViewSonic. |
| 3001 | • Panasonic Corp.<br>• PNA | Motion for Summary Judgment | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Electrograph<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• ~~Sharp~~<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | 3248 | 3459 | The Court dismissed ViewSonic's complaint without prejudice as to Panasonic, PNA, and MTPD (ECF No. 3215). | Panasonic and PNA have reached an agreement in principle to settle with the IPPs, Sharp and Target. |

2331903.2

| 3006 | • ~~BMCC~~<br>• Hitachi<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• Thomson<br>• Toshiba<br>• Chunghwa | Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales | • Best Buy<br>• ~~CompuCom~~<br>• Costco<br>• ~~Electrograph~~<br>• Interbond<br>• IPPs<br>• Office Depot<br>• ~~P.C. Richard, et. al.~~<br>• ~~Sears/Kmart~~<br>• ~~Tech Data~~ | 3287 | 3452 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.2.<br><br>Stipulation and Order Dismissing Costco State Law Claims Against Samsung SDI (ECF No. 2262).<br><br>The Court previously dismissed Tech Data's state law indirect purchaser claims (ECF No. 2433).<br><br>Order Dismissing Costco AZ, IL, FL State Law Claims (ECF No. 3181).<br><br>Stipulation to dismiss IL and MI State Law Claims as to Sears (ECF No. 3394).<br><br>Stipulation to | BMCC, Hitachi, Panasonic, PNA, and MTPD have reached an agreement in principle to settle with the IPP class.<br><br>Interbond and Office Depot have reached a settlement in principle with Chunghwa<br><br>Philips has reached a settlement in principle with Costco.<br><br>Kmart and Defendants stipulated to dismissal of IL and MI law claims (ECF No. 3394), but the Court has not yet so ordered.<br><br>Sears and Defendants stipulated  to the dismissal of its IL law claims (ECF No. 3394), but the Court has not yet so ordered. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | dismiss State Law Claims as to Electrograph, CompuCom, P.C. Richard, et. al. and Tweeter (ECF No. 3226).<br><br>The Court dismissed claims against BMCC by Best Buy (ECF No. 3380) and Tech Data (ECF No. 3388). | |
| 3008 | • ~~BMCC~~<br>• Chunghwa<br>• Hitachi<br>• LG<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• Tech Displays Americas<br>• Thomson<br>• Toshiba | Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• IPPs<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Target<br>• Tech Data<br>• Tweeter<br>• ViewSonic | 3272 | 3442 | [1]Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.2.<br><br>Stipulation to dismiss Philips as to Target (ECF No. 3116). Stipulation to dismiss Philips as to Dell (ECF No. 3411). | BMCC, Chunghwa, Hitachi, LG, Panasonic, PNA, and MTPD have reached settlements or settlements in principle with the IPPs.<br><br>BMCC, Hitachi, Panasonic, PNA, MTPD. Philips, Samsung SDI, Toshiba and Thomson have reached settlements or settlements in principle with Target.<br><br>BMCC, Thomson, |

[1] Chunghwa has no suit as to Dell, Electrograph, or Sharp; Hitachi has no suit as to ViewSonic; Mitsubishi has no suit as to CompuCom, the IPPs, or Sharp; Panasonic, PNA, and MTPD have no suit as to Costco or Dell; Samsung SDI has no suit as to Best Buy; Tech Displays Americas has no suit as to CompuCom, Dell, the IPPs, Tech Data, or ViewSonic; Thomson has no suit as to CompuCom, Dell and the IPPs.

| | | | | | | The Court dismissed claims against BMCC by Electrograph (ECF No. 3383), Sears (ECF No. 3384), and ViewSonic (ECF No. 3382).<br><br>(ECF No. 2956) (ECF No. 3215). (ECF No. 3315). (ECF No. 3362) (ECF No. 3380). (ECF No. 3388). (ECF No. 3392). | Samsung SDI and Toshiba have reached settlements or settlements in principle with ViewSonic.<br><br>Chunghwa and Toshiba have reached settlements with Circuit City.<br><br>Chunghwa has settled with Sharp and Electrograph.<br><br>Chunghwa and Philips have reached settlements or settlements in principle with Costco and Dell.<br><br>CompuCom, Interbond, Office Depot, P.C. Richard, et. al, Tech Data and Tweeter have reached a settlement in principle with Chunghwa.<br><br>Hitachi has reached a settlement in principle with Sears and Kmart.<br><br>Panasonic, PNA, and MTPD have reached a settlement in principle with Sharp. |

| | | | | | | | Toshiba has reached a settlement with Dell. |
|---|---|---|---|---|---|---|---|
| 3014 | • ~~BMCC~~<br>• Hitachi<br>• LG<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• Thomson<br>• Toshiba | Motion for Partial Summary Judgment with Respect to DAP's Alleged Direct Damage Claims Based on Purchases from Sanyo | • Best Buy<br>• Circuit City<br>• Costco<br>• Interbond<br>• Sears/Kmart | 3275 | 3425 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.2. Claims dismissed against BMCC: Best Buy (ECF No. 3380) and Sears/Kmart (ECF No. 3384).<br><br>(ECF No. 3362). | BMCC has reached a settlement or settlement in principle with each of the subject plaintiffs.<br><br>Hitachi has reached a settlement in principle with Sears/Kmart.<br><br>Philips has reached a settlement with Costco.<br><br>Toshiba has reached a settlement with Circuit City. |
| 3026 | • Mitsubishi Electric Corporation | Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC-Mitsubishi Electric Visual Systems Corporation | • Best Buy<br>• Circuit City<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | 3251 | 3445 | Mitsubishi Electric entered stipulation that motion did not apply to Target, Dell, and ViewSonic (ECF No. 3378). | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3027 | • Philips Electronics North America Corporation, Philips Taiwan Limited, Philips do Brasil Ltda<br>• Toshiba (Joinder, ECF No. 3028) | Motion for Partial Summary Judgment | • Best Buy<br>• Circuit City<br>• CompuCom<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• IPPs<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tech Data<br>• Tweeter<br>• ViewSonic | 3241 | 3461 | Stipulation to dismiss Philips as to Dell (ECF No. 3411).<br><br>(ECF No. 2956)<br>(ECF No. 3316)<br>(ECF No. 3362) | Philips and Toshiba have reached settlements with Dell.<br><br>Toshiba has reached a settlement with ViewSonic and Circuit City. |
| 3032 | • LG | Motion for Partial Summary Judgment on FTAIA Grounds | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Target<br>• Tech Data<br>• Tweeter<br>• ViewSonic | 3272-3 | 3443 | | |
| 3034 | • Philips<br>• Toshiba (Joinder, ECF No. 3042) | Motion for Summary Judgment Against Indirect Purchaser Plaintiffs Who Are Natural Persons Residing | • IPPs | 3247 | 3456 | | |

2331903.2

| | | in California | | | | | |
|---|---|---|---|---|---|---|---|
| 3037 | • Mitsubishi Electric Corporation | Motion for Summary Judgment Based Upon Absence of Evidence of Liability | • Best Buy<br>• Circuit City<br>• Costco<br>• Dell<br>• Electrograph Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Target<br>• Tech Data<br>• Tweeter<br>• ViewSonic | 3271 | 3462 | | |
| 3040 | • Koninklijke Philips N.V.<br>• Toshiba (Joinder, ECF No. 3045) | Motion for Summary Judgment | • Best Buy<br>• Circuit City<br>• CompuCom<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• IPPs<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tech Data<br>• Tweeter<br>• ViewSonic | 3240 | 3460 | (ECF No. 2956).<br>(ECF No. 3316).<br>(ECF No. 3362).<br>(ECF No. 3411). | Philips and Toshiba have settled with Dell.<br><br>Toshiba has reached a settlement with ViewSonic and Circuit City. |

| 3044 | • LG<br>• Samsung SDI<br>• Thomson<br>• *Dell only*: Mitsubishi<br>• *Sharp only*: Philips, ~~Panasonic, PNA, MTPD,~~ Toshiba | Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds | • Dell<br>• Sharp[2] | 3231 (Dell); 3283 (Sharp) | 3472 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.2.<br><br>(ECF No. 2956). (ECF No. 3387). (ECF No. 3411). | Panasonic, PNA, and MTPD have reached an agreement in principle with Sharp.<br><br>Philips and Toshiba have reached settlements with Dell. |
| 3048 | • ~~LG Electronics, U.S.A., Inc.~~<br>• ~~LG Electronics Taiwan Taipei Co., LTD.~~<br>• Mitsubishi Electric US, Inc,,not brought as to Sharp<br>• Mitsubishi Electric Visual Solutions America, Inc., not brought as to Sharp | Motion for Summary Judgment | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• ~~Sharp~~<br>• Target<br>• Tech Data<br>• Tweeter<br>• ViewSonic | 3257 | 3434 | (ECF No. 3387). | |
| 3050 | • ~~BMCC~~<br>• Chunghwa<br>• Hitachi<br>• LG<br>• Mitsubishi<br>• Panasonic<br>• PNA | Joint Motion for Partial Summary Judgment Against IPPs and Certain DAPs for Lack | • IPPs (10 state law and Sherman Act claims)<br>• *Sherman Act claims*: Best Buy, Circuit City, CompuCom, | 3245 | 3428 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.2. | BMCC has reached a settlement or settlement in principle with each of the subject plaintiffs.<br><br>BMCC, Thomson, |

---

[2] Sharp's claims against Samsung SDI and Hitachi have been resolved with DPP class settlements, which Sharp failed to opt out of. Judge Conti has not yet issued final approval of DPP settlements.

| | | | | | | |
|---|---|---|---|---|---|---|
| • MTPD<br>• Philips<br>• Samsung SDI<br>• Toshiba<br>• Thomson<br>• Tech Displays Americas | of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws | Costco, Electrograph, Interbond, P.C. Richard, et. al., Office Depot, Sears/Kmart, Target, Tech Data, Tweeter<br>• *CA claims*: Costco, Tech Data<br>• *IL claims*: Sears, Kmart<br>• *MI claims*: Kmart | | | Stipulation to Dismiss Hitachi as to Target (ECF No.3333).<br><br>Sears and Defendants stipulated to the dismissal of its IL law claims (ECF No. 3394), but the Court has not yet so ordered.<br><br>(ECF No.2262). (ECF No.3215). (ECF No.3315). (ECF No.3116). (ECF No.3380). (ECF No.3383). (ECF No.3384). (ECF No.3388). (ECF No.3392). | Samsung SDI and Toshiba have reached settlements or settlements in principle with ViewSonic.<br><br>Chunghwa and Philips have reached settlements or settlements in principle with Costco.<br><br>Chunghwa and Toshiba have reached settlements or settlements in principle with Circuit City.<br><br>Chunghwa has settled with Electrograph.<br><br>Chunghwa, LG, Hitachi, Panasonic, PNA, and MTPD have reached settlements or settlements in principle with the IPPs.<br><br>CompuCom, Interbond, Office Depot, P.C. Richard, et al., Tech Data, and Tweeter have reached a settlement in principle with Chunghwa.<br><br>Hitachi has reached a |

2331903.2

| | | | | | | | | settlement in principle with Sears and Kmart. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Hitachi, Panasonic, PNA, MTPD, Philips, Samsung SDI, Toshiba and Thomson have reached settlements or settlements in principle with Target. |
| | | | | | | | | Kmart and Defendants stipulated to dismissal of IL and MI law claims (ECF No. 3394), but the Court has not yet so ordered. |
| | | | | | | | | Sears and Defendants stipulated to the dismissal of its IL law claims (ECF No. 3394), but the Court has not yet so ordered. |
| 3053 | • LG<br>• Toshiba (Joinder, ECF No. 3047) | Corrected Motion for Partial Summary Judgment on Standing Grounds | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• IPPs<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Target<br>• Tech Data | 3279 | 3455 | (ECF No.2956).<br>(ECF No.3315).<br>(ECF No.3316).<br>(ECF No.3362).<br>(ECF No.3387). | | Toshiba has reached settlements with Circuit City, Target, and ViewSonic. |

| | | | • Tweeter<br>• ViewSonic | | | | |
|---|---|---|---|---|---|---|---|
| 3086 | • LG<br>• Toshiba (Joinder, ECF No. 3055) | Motion for Partial Summary Judgment on Withdrawal Grounds (Correction of ECF No. 3043). | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Target<br>• Tech Data<br>• Tweeter<br>• ViewSonic | 3262-3 | 3441 | (ECF No.2956).<br>(ECF No.3315).<br>(ECF No.3316).<br>(ECF No.3362).<br>(ECF No.3387). | Toshiba has reached settlements with Circuit City, Dell, Target, and ViewSonic. |
| 3102 | • Chunghwa | Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation | • ViewSonic | 3263 | 3476 | | |
| 3108 | • Chunghwa<br>• LG<br>• Mitsubishi<br>• ~~Panasonic~~<br>• ~~PNA~~<br>• ~~MTPD~~<br>• Philips<br>• ~~Samsung SDI~~<br>• ~~Thomson~~ | Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce | • ViewSonic | 3249 | 3477 | (ECF No.3215). | Thomson and Samsung SDI have reached a settlement in principal with ViewSonic. |

| | | | (2) Not Related to March 2015 Trial | | | | |
|---|---|---|---|---|---|---|---|
| ECF No. | Movant | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings | Settlement Status |
| 2994 | • ~~Chunghwa~~<br>• Hitachi<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• Thomson<br>• Toshiba | Motion for Summary Judgment with Respect to MARTA | • MARTA (P.C. Richard action) | 3267 | 3431 | | MARTA has reached a settlement in principle with Chunghwa. |
| 2997 | • ~~Chunghwa~~<br>• Hitachi<br>• LG<br>• Tech Displays Americas<br>• ~~Toshiba~~ | Motion for Partial Summary Judgment against Costco on Choice of Law Grounds | • Costco | 3264 | 3469 | Reply also in re ECF No. 3029.<br><br>(ECF No.3387). | |
| 3003 | • LG Electronics, Inc.<br>• Mitsubishi<br>• ~~Philips~~<br>• Samsung SDI | Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA | • Dell | 3235 | 3447 | (ECF No.3411). | Philips has reached a settlement with Dell. |
| 3029 | • ~~BMCC~~<br>• Hitachi<br>• LG<br>• Mitsubishi<br>• Panasonic | Motion for Partial Summary Judgment against Certain Direct | • ~~CompuCom~~<br>• Costco<br>• ~~Office Depot~~ | 3264 (as to Costco CA law claim) | 3469 | Reply also in re ECF No. 2997. Motion withdrawn: As to Costco | |

2331903.2

| ECF No. | Movant | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings | Settlement Status |
|---|---|---|---|---|---|---|---|
| | • PNA<br>• MTPD<br>• Samsung SDI<br>• Thomson<br>• Toshiba (Joinder, ECF No. 3038) | Action Plaintiffs on Due Process Grounds | | | | (ECF No.3166), Sears/Kmart (ECF No. 3394) and P.C. Richard, et. al (ECF No.3226).<br><br>(ECF No.3387).<br>(ECF No.2262). | |
| 3031 | • ~~BMCC~~<br>• Chunghwa<br>• Hitachi<br>• LG<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• Tech Displays Americas<br>• Thomson | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity | • ~~Costco~~<br>• Interbond<br>• Office Depot<br>• ~~P.C. Richard, et. al.~~<br>• ~~Sears/Kmart~~ | 3252 ( Office Depot, Interbo nd); Sears/K mart (Joinde r, ECF No. 3255). | 3423 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.2.<br><br>(ECF No.3166).<br>(ECF No.3226).<br>(ECF No.3384).<br>(ECF No.3387).<br>(ECF No.3394). | Interbond and Office Depot have reached a settlement in principle with Chunghwa. |

| *(3) Moot Motions* | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ECF No.** | **Movant** | **Motion** | **Adverse Parties** | **Opp'n ECF No.** | **Reply ECF No.** | **Notes / Related Filings** | **Settlement Status** |
| 2963 | • ~~Chunghwa~~ | Motion to Dismiss Tech Data Corporation's Claims for Failure to Prosecute | • Tech Data | 3141 | N/A | Motion Withdrawn: Notice of Withdrawal (ECF No.3188). | |
| 2977 | • ~~BMCC~~<br>• ~~Chunghwa~~ | Motion for Summary | • Best Buy<br>• Circuit City | N/A | N/A | Motion Withdrawn: | |

| | | Judgment on Plaintiffs' Umbrella Damages | • CompuCom<br>• Costco<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Target<br>• Tech Data<br>• Tweeter<br>• ViewSonic | | | Stipulation (ECF No. 3199) and Order (ECF No. 3225). | |
| | • ~~Hitachi~~<br>• ~~LG~~<br>• ~~Panasonic~~<br>• ~~PNA~~<br>• ~~MTPD~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~Tech Displays Americas~~<br>• ~~Thomson~~<br>• ~~Toshiba~~ | | | | | | |
| 2987 | • ~~BMCC~~ | Motion to Dismiss Under Rule 12(b)(2) and Motion for Summary Judgment Under Rule 56 for Lack of Personal Jurisdiction | • Best Buy<br>• Target<br>• Tech Data<br>• ViewSonic | N/A | N/A | (ECF No.3380).<br>(ECF No.3382).<br>(ECF No.3388). | BMCC has reached a settlement in principle with Target. |
| 2990 | • ~~BMCC~~ | Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and for Lack of Standing to Seek Injunctive Relief | • IPPs<br>• Best Buy<br>• Electrograph<br>• Sears/Kmart<br>• Target<br>• Tech Data<br>• ViewSonic | N/A | N/A | Motion Stayed as to IPPs until settlement finalized: Stipulation (ECF No. 3219) and Order (ECF No. 3381).<br><br>(ECF No.3380).<br>(ECF No.3382).<br>(ECF No.3383).<br>(ECF No.3384).<br>(ECF No.3388). | BMCC has reached a settlement in principle with IPPs and Target. |

| 3000 | • BMCC<br>• Chunghwa (Errata, ECF No. 3065)<br>• Hitachi<br>• LG<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Samsung SDI<br>• Thomson<br>• Toshiba (Joinder, ECF No. 3018) | Motion for Partial Summary Judgment against Electrograph, P.C. Richard and MARTA on Choice of Law Grounds | • Electrograph,<br>• P.C. Richard, et. al. | N/A | N/A | Motion Withdrawn: Stipulation (ECF No. 3198) and Order (ECF No. 3226). | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3002 | • Chunghwa<br>• Hitachi<br>• LG Panasonic<br>• PNA<br>• MTPD<br>• Toshiba<br>• Samsung SDI<br>• Philips | Motion for Partial Summary Judgment against CompuCom Systems, Inc. on Choice of Law Grounds | • CompuCom | N/A | N/A | Motion Withdrawn: (ECF No.3198). (ECF No.3226). | |
| 3004 | • BMCC<br>• Chunghwa<br>• LG<br>• Hitachi<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Thomson<br>• Toshiba (Joinder, ECF No. 3019) | Motion for Partial Summary Judgment against Magnolia Hi-Fi on Choice of Law Grounds | • Magnolia Hi-Fi | N/A | N/A | Motion Withdrawn: Stipulation (ECF No. 3211) and Amended Stipulation (ECF No.3277). | |
| 3021 | • Chunghwa<br>• Hitachi<br>• LG<br>• Panasonic<br>• PNA<br>• MTPD | Motion for Partial Summary Judgment Against Office Depot on Choice of Law Grounds | • Office Depot | N/A | N/A | Motion Withdrawn: (ECF No.3198). (ECF No.3226). | |

2331903.2

| | | | | | | |
|---|---|---|---|---|---|---|
| • ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~Toshiba~~ | | | | | | |