1   GIBSON, DUNN & CRUTCHER LLP
    JOEL S. SANDERS, SBN 107234
2   JSanders@gibsondunn.com
    RACHEL S. BRASS, SBN 219301
3   RBrass@gibsondunn.com
    AUSTIN V. SCHWING, SBN 211696
4   ASchwing@gibsondunn.com
    555 Mission Street, Suite 3000
5   San Francisco, California 94105-2933
    Telephone: 415.393.8200
6   Facsimile: 415.393.8306

7   Attorneys for Defendants
    CHUNGHWA PICTURE TUBES, LTD. and
8   CHUNGHWA PICTURE TUBES (MALAYSIA)
    SDN. BHD.

9

10                  UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

    | | |
    |---|---|
    | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC MDL No. 1917 |
    | This Document Relates to: | **DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS** |
    | DIRECT PURCHASER ACTIONS | |

        I, Rachel S. Brass, hereby declare as follows:

        1.      I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for

Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively

"CPT") in the above-referenced actions.

        2.      I submit this declaration in support of Defendant LG Electronics, Inc.'s Administrative

Motion to Seal in Support of Reply in Support of Motion for Partial Summary Judgment on

Withdrawal Grounds   (Case No. 07-cv-05944, Dkt. No. 3441) to provide the basis to maintain under

seal the documents identified below.

Gibson, Dunn &
Crutcher LLP

                                         1
DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL,
                    CASE NO. 3:07-cv-5944 SC, MDL No. 1917

1    3.      I have reviewed the following documents submitted under seal to the Court in

2   connection with  Defendant LG Electronics, Inc.'s Reply In Support Of Motion For Partial Summary

3   Judgment On Withdrawal Grounds ("Reply"):

4          • CPT document CHU00123358 and the English translation, internal report of March

5             21, 2004 meeting (Declaration of Cathleen H. Haartge in Support of Reply, Ex. A)

6    4.      The document identified in paragraph 3 of this declaration is designated as

7   "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-

8   05944, Dkt. No. 306).  CPT designated this document as "Confidential" because it is an internal

9   report prepared by CPT employees for review and analysis by CPT supervisors.

10    5.      The CPT document identified in paragraph 3 of this declaration is a report that was

11   prepared by CPT employees strictly for internal purposes.  It consists of confidential, nonpublic,

12   proprietary and sensitive business information.  It contains recommendations and analysis of sales,

13   pricing, and customer conditions that CPT employees submitted for consideration by senior

14   management.

15    6.      On information and belief, disclosure of the document identified in paragraph 3 would

16   undermine CPT's business relationships, cause it harm with respect to its competitors and customers,

17   and put CPT at a competitive disadvantage.

18          I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th

19   day of January 2015, at San Francisco, California.

21                              By:  _____/s/ *Rachel S. Brass*_____
22                                        Rachel S. Brass

Gibson, Dunn &
Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL,
CASE NO. 3:07-cv-5944 SC, MDL No. 1917

1

**DECLARATION OF SERVICE**

2       I, Joseph Hansen, declare as follows:

3       I am employed in the County of San Francisco, State of California; I am over the age of
eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite

4    3000, San Francisco, California, 94105, in said County and State.  On the date below, I served the
within:

5

**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT LG**
6    **ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF**
**REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON**
7    **WITHDRAWAL GROUNDS**

8    to all named counsel of record as follows:

9       ☑   **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the
United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service
10          on January 27, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are
automatically e-served with a copy of the documents upon confirmation of e-filing.

11

      I certify under penalty of perjury that the foregoing is true and correct, that the foregoing
12    document(s) were printed on recycled paper, and that this Declaration of Service was executed by me
on January 27, 2015, at San Francisco, California.

13

14                                                         _/s/ Joseph Hansen_____
                                                            Joseph Hansen
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL,
CASE NO. 3:07-cv-5944 SC, MDL No. 1917