Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Fax:  (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys For Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No.<br><br>3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al.*,<br><br>    Defendants. | Individual Case No. 3:13-cv-02171-SC<br><br>**DECLARATION OF MATTHEW D. KENT IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e)(1)**<br><br>**[MDL DKT. NO. 3432, 3470]** |

I, **MATTHEW D. KENT**, declare as follows:

1. I am a partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of LG Defendants' Administrative Motion to Seal Pursuant to Civil Local Rule 79-5(e)(1) in Support of Defendants' Reply in Support of Joint Motions for Summary Judgment [MDL Dkt. No. 3470] ("LG Administrative Motion") and Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 79-5(e)(1) ("Panasonic Administrative Motion") [MDL Dkt. No. 3432], both filed on January 23, 2015. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify to the following.

2. Through the LG Administrative Motion, the LG Defendants seek permission to file under seal a true and correct copy of excerpts of the deposition of Martin Garvin from August 6, 2014, which is designated as Exhibit 10 in support of Defendants' Reply in Support of Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds. The deposition of Martin Garvin was marked Highly Confidential by Dell and refers to information that is confidential and commercially sensitive to Dell. These particular deposition excerpts also discuss email correspondences that Dell has designated Highly Confidential. In addition, Defendants' Reply in Support of Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds contains references to and/or excerpts of the above-described exhibits, and other information that Dell considers to be confidential and sensitive. The public disclosure of this information would be harmful to Dell.

3. Through the Panasonic Administrative Motion, Defendants seek permission to file under seal portions of Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA, which contains references to and/or excerpts of the Expert Report of Dr. Mohan Rao and other information that Dell considers to be confidential and sensitive. The public disclosure of this information would be harmful to Dell.

4. Therefore, Dell respectfully requests an order granting the LG Administrative Motion

- 2 -

and Panasonic Administrative Motion [MDL Dkt. Nos. 3432, 3470] as to all exhibits referenced therein, and as to the redacted portions of Defendants' Reply in Support of Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds and Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA, which contain references to confidential exhibits.

I declare under penalty of perjury under the laws of the State of Georgia and the United States that the foregoing is true and correct.

Executed on January 27, 2015 in Atlanta, Georgia.

Respectfully submitted,

*/s/ Matthew D. Kent*
Matthew D. Kent, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
matthew.kent@alston.com

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P*