JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF SOFIA ARGUELLO IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>**[re Panasonic Documents in Dkt. 3435]** |
| This Document Relates to:<br><br>*The Indirect Purchaser Action*<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |

1  *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

2

3  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

4

5  *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;

6

7  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

8  *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

9

10  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

11

12  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

13

14  *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF SOFIA ARGUELLO I/S/O                                                      Case No. 07-5944 SC
TOSHIBA DEFENDANTS' MOTION TO SEAL                                                       MDL NO. 1917

I, Sofia Arguello, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On January 23, 2015, defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants") filed an Administrative Motion to Seal (Dkt. 3435), and lodged conditionally under seal the following documents pursuant to Civil Local Rules 7-11 and 79-5(d):

   (a) Certain exhibits attached to the Supplemental Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal ("Supplemental Lau Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal Exhibit P to the Supplemental Lau Declaration, which has been designated by the Panasonic Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order.

4. Attached as Exhibit P to the Supplemental Lau Declaration are excerpts of the July 17, 2012 deposition of Hirokazu Nishiyama, a 30(b)(6) witness for the Panasonic Defendants.

5. Upon information and belief, the transcript excerpts in Exhibit P to the Supplemental Lau Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' business practices and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this

- 1 -

information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  January 27, 2015

By: /s/ *Sofia Arguello*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
SOFIA ARGUELLO (*pro hac vice*)
Email:  sarguello@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700


STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007


*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 2 -

DECL. OF SOFIA ARGUELLO I/S/O
TOSHIBA DEFENDANTS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917