JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| This Document Relates to:<br><br>Individual Case No. 3:13-cv-2171 (SC)<br>*Dell Inc.; Dell Products L.P. v. Philips Electronics North America Corporation et al.*,<br><br>Individual Case No. 3:13-cv-01173-SC,<br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*,<br><br>Individual Case No. 3:13-cv-2776 SC,<br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V. et al.* | |

I, Jennifer M. Stewart, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On January 23, 2015, defendant LG Electronics, Inc. filed an Administrative Motion to Seal (Dkt. 3470), and lodged conditionally under seal the following documents pursuant to Civil Local Rules 7-11 and 79-5(d):

>   (a) Portions of Defendants' Reply in Support of Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds (Dkt. No. 3470-3) (the "Reply"); and
>
>   (b) Exhibits 4 through 10 attached to the Declaration of Claire Yan in Support of the Reply ("Yan Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal portions of the Reply and Exhibit 6 to the Yan Declaration, which consist of, cite to, and/or identify information that has been designated by the Panasonic Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order.

4. Attached as Exhibit 6 to the Yan Declaration are excerpts of the February 6, 2013 deposition transcript of Ayumu Kinoshita, a percipient witness for the Panasonic Defendants.

5. Upon information and belief, the transcript excerpts in Exhibit 6 to the Yan Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' business practices and competitive

- 1 -

DECL. OF JENNIFER M. STEWART  
I/S/O DEFENDANTS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

1   positions.  I am informed and believe that this is sensitive information and public disclosure of this
2   information presents a risk of undermining the Panasonic Defendants' business relationships, would
3   cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants
4   at a competitive disadvantage.

5   6. The highlighted portions of pages 11-13 of the Reply quote from or describe
6   documents or information designated as "Highly Confidential" by the Panasonic Defendants,
7   including Exhibit 6.  As with the Exhibits themselves, I understand that the Panasonic Defendants
8   consider any statements in the Reply purporting to summarize Exhibit 6, or any other documents or
9   information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants,
10  confidential and proprietary.  I am informed and believe that the Panasonic Defendants have taken
11  reasonable steps to preserve the confidentiality of information of the type contained, identified, or
12  cited to in Exhibit 6, and referenced in the Reply.

13      I declare under penalty of perjury that the foregoing is true and correct.

14

15  DATED:  January 27, 2015         By:  /s/ *Jennifer Stewart*
                                     JEFFREY L. KESSLER (*pro hac vice*)
16                                   Email: jkessler@winston.com
                                     ALDO A. BADINI (257086)
17                                   Email: abadini@winston.com
                                     EVA W. COLE (*pro hac vice*)
18                                   Email: ewcole@winston.com
                                     MOLLY M. DONOVAN (*pro hac vice*)
19                                   Email: mmdonovan@winston.com
                                     JENNIFER M. STEWART (*pro hac vice*)
20                                   Email:  jstewart@winston.com
                                     **WINSTON & STRAWN LLP**
21                                   200 Park Avenue
                                     New York, New York 10166-4193
22                                   Telephone: (212) 294-6700
                                     Facsimile: (212) 294-4700
23

24

25                                   STEVEN A. REISS (*pro hac vice*)
                                     Email: steven.reiss@weil.com
26                                   DAVID L. YOHAI (*pro hac vice*)
                                     Email: david.yohai@weil.com
27                                   ADAM C. HEMLOCK (*pro hac vice*)
28

- 2 -

DECL. OF JENNIFER M. STEWART                                Case No. 07-5944 SC
I/S/O DEFENDANTS' MOTION TO SEAL                            MDL NO. 1917

| | |
|---|---|
| 1 | Email: adam.hemlock@weil.com |
| 2 | **WEIL, GOTSHAL & MANGES LLP** |
|   | 767 Fifth Avenue |
| 3 | New York, New York 10153-0119 |
|   | Telephone: (212) 310-8000 |
| 4 | Facsimile: (212) 310-8007 |

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 3 -