Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. AND DELL PRODUCTS L.P.,<br><br>PLAINTIFFS,<br><br>V.<br><br>HITACHI, LTD., *ET AL.*,<br><br>DEFENDANTS. | **DELL PLAINTIFFS' AND PHILIPS DEFENDANTS' STIPULATION OF WITHDRAWAL OF PENDING MOTIONS** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V.), Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd. (n/k/a Philips Taiwan Limited), Philips da Amazonia Industria Electronica Ltda. (n/k/a Philips do Brasil Ltda.) (collectively, "Philips"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 19, 2015, Dell and Philips filed a stipulation with the Court seeking dismissal of Dell's claims against Philips in this action (MDL Dkt. No. 3411);

WHEREAS, at the time of this stipulation, Dell and Philips have certain summary judgment and *Daubert* motions pending against each other;

WHEREAS, in light of the stipulated dismissal of Dell's causes of action against Philips, Dell and Philips seek to withdraw these motions as they pertain to each other; and

WHEREAS, Dell and Philips do not seek to withdraw these motions as they pertain to any other parties;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Dell and Philips, subject to the concurrence of the Court, that:

1. Dell withdraws its Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D. (MDL Dkt. No. 3170) as to—and only as to—Philips. The motion will remain pending as to the other Defendants.

2. Philips withdraws the following motions as to—and only as to—Dell. Each of the following motions will remain pending as to other Plaintiffs' claims to which they are directed:

    a) Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA (MDL Dkt. No. 3003);

    b) Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under FTAIA (MDL Dkt. No. 3008);

    c) Defendant Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s Motion for Partial Summary Judgment (MDL Dkt. No. 3027);

      d)   Koninklijke Philips N.V.'s Motion for Summary Judgment (MDL Dkt. No. 3040);

      e)   Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds (MDL Dkt. No. 3044); and

      f)   Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga (MDL Dkt. No. 3174).

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

                                                                               Hon. Samuel Conti
                                                                              United States District Judge

DATED: January 27, 2015         Respectfully submitted,

By: *Michael P. Kenny*
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
Kerr & Wagstaffe LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

- 4 -

STIPULATION OF WITHDRAWAL OF PENDING MOTIONS           3:13-cv-02171-SC
                                                      MDL No. 1917

DATED: January 27, 2015

By: *Charles M. Malaise*
John M. Taladay (pro hac vice)
Erik T. Koons (pro hac vice)
Charles M. Malaise (pro hac vice)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.