Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com
       mmcburney@crowell.com

*Counsel For ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510 | Individual Case No. 3:14-cv-02510<br><br>**DECLARATION OF ASTOR H. L. HEAVEN IN SUPPORT OF VIEWSONIC CORPORATION'S OPPOSITION TO CHUNGHWA'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR CHUNGHWA'S MOTION TO EXCLUDE EVIDENCE** |

I, Astor H.L. Heaven, hereby declare as follows:

1. I am an attorney with the law firm of Crowell & Moring LLP, which represents ViewSonic Corporation ("ViewSonic") in the above-captioned action currently pending in the United States District Court for the Northern District of California. I am a member in good standing of the District of Columbia and Maryland bars, and am admitted to appear in this Court *pro hac vice* in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC, MDL No. 1917. The matters stated herein are true to my own personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in accordance with Civil Local Rule 6-3(b) to set forth facts in support of ViewSonic's Opposition to the Administrative Motion to Shorten Time (MDL Dkt No. 3474) (the "Motion to Shorten") filed by Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa"). The Motion to Shorten seeks to expedite the briefing schedule for Chunghwa's Motion to Exclude (MDL Dkt. No. 3473).

3. On December 23, 2014, ViewSonic filed an opposition to Chunghwa's motion for summary judgment, to which ViewSonic attached exhibits that included (i) publicly available documents from Chunghwa's and Tatung Company's websites and (ii) a declaration of a former Tatung employee attesting to the family relationships of Chunghwa's Chairman. Tatung and Chunghwa share a Chairman. The documents also provide publicly available information on the companies' board membership and corporate history, the roles and responsibilities of the companies' Chairmen, and information on corporate strategy.

4. On January 15, 2015, Chunghwa's counsel sent ViewSonic correspondence requesting that it withdraw the exhibits. A true and correct copy of this correspondence is attached hereto as Exhibit A.

5. On January 20, 2015, citing a lack of prejudice to Chunghwa, ViewSonic's counsel sent Chunghwa a letter informing it that ViewSonic would not withdraw the exhibits, but inviting further discussion on the topic to resolve the dispute. A true and correct copy of this correspondence is attached hereto as Exhibit B.

6. Chunghwa never responded to ViewSonic's invitation to engage in discussions on the

1  topic.  On January 23, 2015, at 5:10 p.m., Chunghwa's counsel, however, confirmed that it would
2  file the Motion to Exclude, and, for the first time, requested that ViewSonic stipulate to an
3  expedited briefing schedule for the Motion to Exclude.  Chunghwa requested an immediate
4  response to meet its January 23 deadline to file the Motion to Shorten.  Given the lateness of
5  Chunghwa's request and the timing of the proposed briefing schedule, ViewSonic declined
6  Chunghwa's request.  A true and correct copy of this correspondence is attached hereto as Exhibit
7  C.

8  7.     The shortened time that Chunghwa proposes will prejudice ViewSonic's pretrial
9  preparations.  It coincides with ViewSonic's narrow window to respond to the Defendants' pretrial
10 submissions, which include more than 240 volumes of deposition testimony and more than 1,500
11 exhibits.  Defendants served these pretrial materials on January 22, 2015.  ViewSonic's deadline
12 to respond to these pretrial disclosures is February 13, 2015.  *See* MDL Dkt. No. 3182.

13 8.     Chunghwa's expedited briefing schedule further coincides with the Special Master's Order
14 requiring ViewSonic to produce additional competitive intelligence discovery, including
15 producing documents, responding to interrogatories, and making a 30(b)(6) witness available
16 prior to trial in this matter.  *See* MDL Dkt. No. 3401.

17        I declare under penalty of perjury of the laws of the United States that the foregoing is true
18 and correct.

20 Executed this 27th day of January, 2015, in San Francisco, California.

22                                     */s/ Astor H.L. Heaven*
                                       Astor H.L. Heaven