# Exhibit C

## Slade, Andrew

| | |
|---|---|
| **From:** | Fujita, Christine [CFujita@gibsondunn.com] |
| **Sent:** | Friday, January 23, 2015 3:53 PM |
| **To:** | Heaven, Astor |
| **Cc:** | Schwing, Austin; Murphy, Jerome; Murray, Jason; Slade, Andrew |
| **Subject:** | RE: CRT - ViewSonic - Motion to Exclude |

Astor,

Thank you for getting back to us on this.

Best,
Christine


**Christine A. Fujita**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
CFujita@gibsondunn.com • www.gibsondunn.com

---

**From:** Heaven, Astor [mailto:AHeaven@crowell.com]
**Sent:** Friday, January 23, 2015 3:22 PM
**To:** Fujita, Christine
**Cc:** Schwing, Austin; Murphy, Jerome; Murray, Jason; Slade, Andrew
**Subject:** RE: CRT - ViewSonic - Motion to Exclude

Christine-
  I am just seeing your email.  Thank you for reaching out.  But given the timing of the request and the prospective timing of the briefing schedule, we cannot agree to your proposed briefing schedule.
Best,
Astor

_____

**Astor H.L. Heaven**
aheaven@crowell.com
Direct 1.202.624.2599 |Cell 1.301.237.7805

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

---

**From:** Fujita, Christine [mailto:CFujita@gibsondunn.com]
**Sent:** Friday, January 23, 2015 5:10 PM
**To:** Heaven, Astor
**Cc:** Schwing, Austin
**Subject:** CRT - ViewSonic - Motion to Exclude

Astor,

1

Along with CPT's ownership/control reply brief, we are filing today a motion to exclude untimely-disclosed evidence submitted with ViewSonic's opposition. We think it makes sense to have this issue heard on February 6, the same date as the summary judgment hearing.

Would you agree to a stipulated request to shorten the time for hearing on the motion to exclude? Our motion is very short, and given that the parties have already exchanged letters on the subject and thought through the issue, it should not be too difficult to brief this on a shortened schedule. We would propose ViewSonic's opposition be due on Thursday, January 29, and CPT's reply on Tuesday, February 3.

The deadline to file the motion to shorten time is today, so if you could let us know as soon as possible we would greatly appreciate it. Please give me a call if you would like to discuss.

Thanks,
Christine
**Christine A. Fujita**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
CFujita@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.