BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., and
Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| DIRECT PURCHASER ACTIONS | **DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS** |

MDL 1917

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S
ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL
SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

1      I, Tiffany B. Gelott, hereby declare as follows:

2      1.    I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants

3 Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the

4 "Philips Defendants").  I am a member of the bar of the District of Columbia and I am admitted to

5 practice before this Court *pro hac vice.*

6      2.    I have personal knowledge of the facts set forth herein and, if called upon, could and

7 would competently testify thereto under oath.

8      3.    On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the

9 "Stipulated Protective Order").  On January 23, 2015, Defendant LG Electronics, Inc. filed an

10 Administrative Motion to Seal (Dkt. 3441), and lodged conditionally under seal, pursuant to Civil

11 Local Rules 7-11 and 79-5(d), the following documents that contain information from documents

12 that the Philips Defendants have designated "Confidential" or "Highly Confidential:"

13      •   Portions of Defendant LG Electronics, Inc.'s Reply in Support of Motion for

14      Partial Summary Judgment on Withdrawal Grounds (the "Reply"); and

15      •   Exhibit C to the Declaration of Cathleen H. Hartge in Support of Defendant

16      LG Electronics, Inc.'s Reply in Support of Motion for Partial Summary

17      Judgment on Withdrawal Grounds ("Hartge Declaration"), excerpts from the

18      August 27, 2014 deposition transcript of Frans Spaargaren ("Exhibit C").

19      4.    Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92,

20 Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective

21 Order, I make this declaration on behalf of the Philips Defendants to provide the basis for the Court

22 to maintain under seal certain documents and information designated by the Philips Defendants as

23 "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order, and all

24 references to those documents and information in the Reply, Hartge Declaration, and Exhibit C.

25      5.    Exhibit C should be maintained under seal in its entirety because it contains excerpts

26 from the deposition of Frans Spaargaren, which was designated by the Philips Defendants as

27 "Highly Confidential" pursuant to the Stipulated Protective Order.

28

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S
ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL
SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS

1      6.      Upon information and belief, Exhibit C and the portions of the Reply, which cite and

2  discuss that exhibit, were designated by the Philips Defendants as "Confidential" or "Highly

3  Confidential" pursuant to the Stipulated Protective Order because the documents contain

4  confidential, nonpublic, and highly sensitive business information about the Philips Defendants'

5  sales practices, business and supply agreements, and competitive positions.  The documents describe

6  relationships with companies (including customers and vendors) that remain important to the Philips

7  Defendants' competitive positions.  Publicly disclosing this sensitive information presents a risk of

8  undermining the Philips Defendants' relationships, would cause harm with respect to the Philips

9  Defendants' customers, and would put the Philips Defendants at a competitive disadvantage.

10     I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.

13     Executed on January 28, 2015 in Washington, D.C.

15          /s/ Tiffany B. Gelott

16          Tiffany B. Gelott

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S
ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PARTIAL
SUMMARY JUDGMENT ON WITHDRAWAL GROUNDS