1  BAKER BOTTS L.L.P.
   Jon V. Swenson (SBN 233054)
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA 94304-1007
   Telephone: (650) 739-7500
4  Facsimile: (650) 739-7699
   Email: jon.swenson@bakerbotts.com
5
   BAKER BOTTS L.L.P.
6  John M. Taladay (*pro hac vice*)
   Erik T. Koons (*pro hac vice*)
7  Charles M. Malaise (*pro hac vice*)
   1299 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004-2400
   Telephone: (202) 639-7700
9  Facsimile: (202) 639-7890
   Email: john.taladay@bakerbotts.com
10 Email: joseph.ostoyich@bakerbotts.com
   Email: erik.koons@bakerbotts.com
11 Email: charles.malaise@bakerbotts.com

12 *Attorneys for Defendant Koninklijke Philips N.V., and
   Philips Electronics North America Corporation*
13

14                       **UNITED STATES DISTRICT COURT**
                         **NORTHERN DISTRICT OF CALIFORNIA**
15                           **SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *All Indirect Purchaser Actions* | **DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |
| *All Direct Purchaser Actions* | |

MDL 1917

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO
SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

I, Tiffany B. Gelott, hereby declare as follows:

1. I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On January 23, 2015, Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, "Defendants") filed an Administrative Motion to Seal (Dkt. 3432), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following document that contains information from documents and data that the Philips Defendants have designated "Confidential" or "Highly Confidential:" Exhibit A to the Declaration of Jennifer M. Stewart in Support of Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA ("Stewart Declaration"), a copy of the Expert Report of Alan S. Frankel, Ph.D., dated April 15, 2014 ("Exhibit A").

4. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Philips Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Philips Defendants as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in Exhibit A to the Stewart Declaration.

5. Exhibit A analyzes and relies upon documents and data designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because the documents and data contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and

1   competitive positions.  The documents and data describe relationships with companies (including
2   customers and vendors) that remain important to the Philips Defendants' competitive positions.
3   Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants'
4   relationships, would cause harm with respect to the Philips Defendants' customers, and would put
5   the Philips Defendants at a competitive disadvantage.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on January 28, 2015 in Washington, D.C.

   \_\_/s/ Tiffany B. Gelott_____
   Tiffany B. Gelott