1  Craig Y. Allison (State Bar No. 161175)
   BUNSOW DE MORY, SMITH & ALLISON LLP
2  600 Allerton Street, Suite 101
   Redwood City, CA 94063
3  Telephone: (650) 351-7248
   Facsimile:  (650) 351-7253
4  Email: callison@bdiplaw.com

5  Attorneys for Defendants
   *Panasonic Corporation of North America, MT
6  Picture Display Co., Ltd., and Panasonic
   Corporation (f/k/a/ Matsushita Electric Industrial
7  Co., Ltd.)*

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.  07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF WITHDRAWAL OF CRAIG Y. ALLISON AND BUNSOW, DE MORY, SMITH & ALLISON LLP AS COUNSEL FOR DEFENDANTS PANASONIC CORPORATION OF NORTH AMERICA, MT PICTURE DISPLAY CO., LTD., AND PANASONIC CORPORATION** |
| ALL ACTIONS | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Craig Y. Allison (State Bar No. 161175) of BUNSOW DE MORY, SMITH & ALLISON LLP, 600 Allerton Street, Suite 101, Redwood City, CA 94063, previously admitted in this action, and the firm of BUNSOW DE MORY, SMITH & ALLISON LLP hereby withdraw as attorneys of record for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation in the above-entitled action.  This withdrawal is with the consent of the clients.  Lead counsel in this case practice at the firm of Winston & Strawn LLP, which continues to represent the clients in this case.

It is further requested that Craig Y. Allison's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to callison@bdiplaw.com and that Mr. Allison's name be removed from any applicable service lists.

Dated: January 28, 2015            Respectfully submitted,

BUNSOW, DE MORY, SMITH & ALLISON LLP


By: */s/ Craig Y. Allison*
    Craig Y. Allison

Attorneys for Defendants
*Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation*