1  Craig Y. Allison (State Bar No. 161175)
   BUNSOW DE MORY, SMITH & ALLISON LLP
2  600 Allerton Street, Suite 101
   Redwood City, CA 94063
3  Telephone: (650) 351-7248
   Facsimile:  (650) 351-7253
4  Email: callison@bdiplaw.com

5  Attorneys for Defendants
   *Panasonic Corporation of North America, MT*
6  *Picture Display Co., Ltd., and Panasonic*
   *Corporation (f/k/a/ Matsushita Electric Industrial*
7  *Co., Ltd.)*

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 In re: CATHODE RAY TUBE (CRT)       )   Case No.  07-5944 SC
   ANTITRUST LITIGATION                )
14                                     )   MDL No. 1917
                                       )
15 This Document Relates to:           )   **[PROPOSED] ORDER GRANTING**
                                       )   **WITHDRAWAL OF CRAIG Y.**
16 ALL ACTIONS                         )   **ALLISON AS COUNSEL FOR**
                                       )   **DEENDANTS PANASONIC**
17                                         **CORPORATION OF NORTH**
                                           **AMERICA, MT PICTURE DISPLAY**
18                                         **CO., LTD., AND PANASONIC**
                                           **CORPORATION**
19

20

21       IT IS HEREBY ORDERED that the request for withdrawal of Craig Y. Allison's as

22 counsel of record for Defendants is GRANTED.

23       It is further ORDERED that Craig Y. Allison's name be removed from the case docket,

24 that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to

25 callison@bdiplaw.com and that Mr. Allison's name be removed from any applicable service

26 lists.

27

28

[PROPOSED] ORDER GRANTING                                               Case No.  07-5944 SC
WITHDRAWAL OF CRAIG Y. ALLISON AS                                           MDL No. 1917
COUNSEL

**IT IS SO ORDERED:**

Dated: _____     By: _____
                                                                               Honorable Samuel Conti
                                                                               United States District Judge