United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER DENYING MOTION TO SHORTEN TIME |
| Case No. 3:14-cv-02510 | |
| VIEWSONIC CORP. | |
| Plaintiff | |
| v. | |
| CHUNGHWA PICTURE TUBES, LTD., et al, | |
| Defendants. | |

Now before the Court is an administrative motion to shorten time filed by Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa"). ECF No. 3474 ("Mot."). Citing the impending trial date and various other pre-trial deadlines, Chunghwa seeks to shorten the time for Plaintiff ViewSonic Corporation to respond to Chunghwa's motion to exclude certain allegedly late-disclosed evidence pursuant to Federal Rule of Civil Procedure 37(c)(1). ECF No. 3473 ("37(c)(1) Mot."). Under Chunghwa's proposed schedule, ViewSonic would be

ordered to file its opposition to the motion to exclude by January 29, 2015, Chunghwa would file its reply by February 3, 2015, and the motion would be heard along with the pending summary judgment motions on Friday, February 6, 2015.

ViewSonic opposes the request, arguing that it will be prejudiced by being forced to respond to Chunghwa's motion to exclude just two days after opposing this motion and in the midst of preparing for trial on March 9, 2015.  See ECF No. 3493 ("Opp'n") at 1-2.  As a result, ViewSonic argues the motion should be governed by the schedule set forth by the local rules, which would require ViewSonic to file its opposition to the motion to exclude on February 6, 2015, Chunghwa to serve its reply by February 13, 2015, and the motion to be heard on March 6, 2015.

In light of the prejudice ViewSonic will suffer if it is forced to respond with such short notice, the motion is DENIED.  Instead, briefing on the motion to exclude shall be governed by the schedule set forth in the local rules.  To accommodate Chunghwa's concerns about the hearing date's proximity to the trial date, the Court ORDERS the motion to be set for a hearing on Friday, February 20, 2015 at 10:00 AM.

IT IS SO ORDERED.

Dated: January 29, 2015

UNITED STATES DISTRICT JUDGE