IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Order Relates To: <br><br> ALL ACTIONS | MDL No. 1917 <br><br> Case No. C-07-5944-SC <br><br> ORDER GRANTING ADMINISTRATIVE MOTIONS FOR <u>LEAVE TO FILE UNDER SEAL</u> |

Now before the Court are 71 administrative motions for leave to file under seal portions of briefs, declarations, exhibits and other documents related to dispositive and non-dispositive motions. <u>See</u> ECF Nos. 2968, 2971, 2974, 2975, 2980, 2981, 2985, 2986, 2989, 2993, 2998, 2999, 3005, 3007, 3009, 3020, 3022, 3023, 3033, 3036, 3039, 3041, 3051, 3062, 3064, 3107, 3168, 3169, 3173, 3175, 3230, 3234, 3236, 3238, 3243, 3245, 3248, 3250, 3251, 3253, 3258, 3261, 3262, 3265, 3266, 3269, 3270, 3278, 3281, 3282, 3284, 3374, 3397, 3403, 3407, 3408, 3426, 3433, 3435, 3439, 3441, 3445, 3450, 3453, 3457, 3460, 3462, 3464, 3466, 3470, 3475. These motions are voluminous, and the Court simply lacks the capacity to conduct a

thorough review of all the parties' submissions and their claims of sealability.  Accordingly, as the Court has done previously, the motions are GRANTED with the proviso that "the Court will look favorably upon motions to intervene filed by members of the public who wish to access the sealed documents."  ECF No. 1512, at 1.

IT IS SO ORDERED.

Dated: January 29, 2015

UNITED STATES DISTRICT JUDGE