Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
          rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
          mmcburney@crowell.com
          aheaven@crowell.com

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to:<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:11-cv-05514-SC | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**STIPULATION OF DISMISSAL** |

1   Plaintiff Target Corporation ("Target") and Defendants Panasonic Corporation,
2   Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively,
3   "Panasonic"), by and through their respective attorneys, hereby stipulate to a dismissal of this
4   action as to Panasonic and Beijing Matsushita Color CRT Co., Ltd. with prejudice, pursuant to
5   Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and
6   attorneys' fees.  This stipulation does not affect the rights or claims Target may have against any
7   other defendant or alleged co-conspirator in the above-captioned litigation.
8   WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
9   Dismissal.
10   **IT IS SO STIPULATED.**

Dated: January 29, 2015

*/s/ Jerome A. Murphy*

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

*Counsel for Plaintiff Target Corporation*

|   |   |
|---|---|
| 1 | */s/ David L. Yohai* |
| 2 | David L. Yohai (*pro hac vice*)<br>Adam C. Hemlock (*pro hac vice*) |
| 3 | David E. Yolkut (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP |
| 4 | 767 Fifth Avenue |
| 5 | New York, N.Y. 10153<br>Telephone: 212-310-8000 |
| 6 | Facsimile:  212-310-8007<br>Email: david.yohai@weil.com |
| 7 |         adam.hemlock@weil.com<br>        david.yolkut@weil.com |

Jeffrey L. Kessler (*pro hac vice*)
Eva W. Cole (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-294-6700
Facsimile:  212-294-7400
Email: jkessler@winston.com
        ewcole@winston.com
        mmdonovan@winston.com

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

Pursuant to Civil L.R. 5-1, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.