KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN FOOTE
Senior Assistant Attorney General
EMILIO VARANINI
Deputy Attorney General
State Bar No. 163952
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5908
 Fax:  (415) 703-5480
 E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,**<br><br>**This Document Relates To:**<br>**ALL ACTIONS** | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER TRANSFERRING THE HAGUE EVIDENCE CONVENTION PROCESS CONCERNING LEO MINK'S DEPOSITION TO THE CALIFORNIA SUPERIOR COURT OR IN THE ALTERNATIVE, EXTENDING THE TIME FOR COMPLETION BY THE DUTCH COURT IN THIS FORUM** |

The California Attorney General, on behalf of the State of California Plaintiffs (hereafter "Plaintiffs"), has moved under Civil Local Rule 7.11 for an order transferring the process concerning Mr. Leo Mink's deposition pursuant to the Hague Convention on the Taking of Evidence in Civil and Commercial Matters ("Hague Evidence Convention") to the San Francisco Superior Court, where she is litigating her related law enforcement antitrust action *State of California et. al. v. Samsung SDI, Co., Ltd.,* Case No. 11-51584 (California Superior Court, San

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION RE HAGUE EVIDENCE CONVENTION PROCESS CONCERNING LEO MINK'S DEPOSITION (Master File No. CV-07-5944-SC)

1  Francisco). In the alternative, should the Court decide to continue the trial of MDL 1917, the
2  Attorney General requested a corresponding extension of time. This administrative motion is
3  unopposed by the Phillips Defendants and is related to Docket Nos. 2780 and 2877.
4      The Court, having reviewed the administrative motion and supporting papers, and any
5  other relevant records on file in this action, finds that the administrative motion of the California
6  Attorney General should be, and hereby is, GRANTED.
7      NOW, THEREFORE, IT IS HEREBY ORDERED THAT:
8      Whereas coordination of the main pre-trial proceedings in the present MDL has concluded
9  but the Hague Evidence Convention process that the Attorney General initiated in connection
10 with Mr. Mink's deposition in this forum continues to be processed by the relevant authorities in
11 the Netherlands, this process shall therefore return with the Attorney General's law enforcement
12 action to the San Francisco Superior Court so that the Netherlands' relevant authorities may
13 effectuate comity as desired before the Attorney General's action is tried in July 2016.
14     [Alternate Order: Whereas the trial date of the federal cases in the present MDL has been
15 continued by _____ months, the Court finds good cause also to extend the time for
16 treatment of the Hague Evidence Convention process that the Attorney General initiated in
17 connection with Mr. Mink's deposition. This process shall be extended by _____ months,
18 after which time, if the process is still underway by the relevant authorities in the Netherlands,
19 then it shall return with the Attorney General's state court law enforcement action to the San
20 Francisco Superior Court so that the Netherlands' relevant authorities may effectuate comity as
21 desired before the Attorney General's action is tried in July 2016.]
22 **IT IS SO ORDERED.**
23
24      Dated: _____, 2015      _____
25                                         SAMUEL CONTI
                                          United States District Judge
26
27
28 SF2011203501/Proposed Order (W).doc

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION RE HAGUE EVIDENCE CONVENTION
PROCESS CONCERNING LEO MINK'S DEPOSITION (Master File No. CV-07-5944-SC)