Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:    (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Crago, d/b/a/ Dash Comp., Inc. et al. v. Mitsubishi Elec. Corp. et al.*, No. 14-CV-02058 SC | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC'S MOTION TO MODIFY DIRECT PURCHASER PLAINTIFF CLASS CERTIFICATION SCHEDULING ORDER [DKT. 3184]**<br><br>Hearing Date:          February 6, 2015<br>Hearing Time:         10:00am<br>Hearing Location:   Courtroom 1, 17th Floor<br>                                    Hon. Samuel Conti |

Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, the "Mitsubishi Electric Defendants") Notice of Motion and Motion to Modify Direct Purchaser Plaintiff Class Certification Scheduling Order (the "Motion") has come before the Court.

After considering the Motion and the arguments submitted in support of and in opposition to it, the Mitsubishi Electric Defendants' Motion is hereby granted, and the following amended Scheduling Order for the Direct Purchaser Plaintiff class certification is entered.

- The Direct Purchaser Plaintiffs shall make their class certification expert available for deposition on or before **March 28, 2015**;

- Defendants Mitsubishi Electric, Thomson, and TDA may serve their opposition to the class certification motion, and any expert report on the issue of class certification, on or before **April 27, 2015**;

- Defendants shall make available for deposition any expert submitted in opposition to class certification on or before **May 22, 2015**; and

- Plaintiffs may submit a reply in support of class certification on or before **June 12, 2015**.

IT IS SO ORDERED.

Dated: _____   _____

Honorable Samuel Conti

United States District Judge

1

[PROPOSED] ORDER GRANTING MOTION TO MODIFY DPP CLASS CERTIFICATION SCHEDULE