Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL INDIRECT PURCHASER ACTIONS<br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-01656;<br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05724;<br>*Siegel v. Hitachi, Ltd., et al.,* No. 11-cv-05502;<br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;<br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; *al.*, No. 11-cv-05514; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

2  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et*

3  *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

4  *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

5  *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

6  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

7  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

8  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

9  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

10  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

11  *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

12  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

13  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

14  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

15  *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

16  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

17  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 13-cv-05686;

18  *Dell, Inc., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-02171.

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. ("TAIS") (collectively, the "Toshiba Defendants"). I make this declaration in support of the Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 3432) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" pursuant to the Stipulated Protective Order.

5. On January 23, 2015, the Defendants filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of the Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA (the "Reply") (Dkt. No. 3432-3) and exhibits thereto.

6. On January 23, 2015, the Defendants filed the Declaration of Jennifer M. Stewart in Support of the Motion to Seal (Dkt. No. 3432-1), which states that the Reply and attached exhibits filed under seal contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, Exhibit A to the Reply Declaration of Jennifer M. Stewart in Support of Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

2

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Between Actionable and Non-Actionable Damages Under the FTAIA, which is Best Buy's Expert Report of Alan S. Frankel, dated April 15, 2014, should remain under seal. Exhibit A describes or summarizes on page 14 and attached Exhibits 10, 12, 13, and 16c, documents produced by TACP Bates-labeled TACP-CRT-00000045 through TACP-CRT-00000064, and a document produced by TAIS Bates-labeled TAIS-CRT-00000970, that TACP or TAIS has designated as "Confidential."

8.  The documents listed in Paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The documents concern confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2015, in Washington, D.C.

_____
Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917
3

# CERTIFICATE OF SERVICE

On January 30, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*(signature)*

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917