BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**APPLICATION OF RICHARD P. SOBIECKI FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Document Relates to:<br><br>ALL ACTIONS | |

Pursuant to Civil L.R. 11-3, RICHARD P. SOBIECKI, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation in the above-titled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or the highest court of another State or District of Columbia, as indicated above. My bar number is: 500163;

2. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application;

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in above-entitled action. The name, address and telephone number of that attorney is:

>  Jon V. Swenson (SBN 233054)
>  Email: jon.swenson@bakerbotts.com
>  BAKER BOTTS L.L.P.
>  1001 Page Mill Road
>  Building One, Suite 200
>  Palo Alto, CA 94304
>  Telephone: (650) 739-7514
>  Facsimile: (650) 739-7614

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 28, 2015

_____
RICHARD P. SOBIECKI