1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 6  In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
| 7 | MDL No. 1917 |
| 8  This Document Relates To: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR RULE 56(d) SUPPLEMENT TO OPPOSITION TO THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| 9  ALL INDIRECT-PURCHASER ACTIONS | |
| 10 *Sharp Electronics Corp., et. al. v. Hitachi Ltd., et al.*, No. 13-cv-01173 | |
| 12 *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| 13 *Electrograph Sys. Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| 15 *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| 16 *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| 17 *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| 19 *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| 21 *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| 23 *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| 25 *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| 27 *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | |
| 28 *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No.11-cv-06275; | |

3539016v1/012325

*Interbond Corp. of Am. v. Technicolor SA, et al., No.13-cv-05727;*

*Office Depot, Inc. v. Hitachi, Ltd., et al., No. 11-cv-06276;*

*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al., No. 11-cv-06396;*

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al., No. 12-cv-02648;*

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al., No. 13-cv-05725;*

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al., No. 12-cv-02649;*

*Schultze Agency Servs., LLC v. Technicolor SA, et al., No. 13-cv-05668;*

*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et Tubes, Ltd., et al.*, No. 11-cv-05514;

The Court has considered Plaintiffs' Administrative Motion to Seal the following portions of their Rule 56(d) Supplement to Opposition to Panasonic's Motion for Summary Judgment Pursuant to Local Rules 7-11 and 79-5(d):

- The highlighted portions of Plaintiffs' Rule 56(d) Supplement to Opposition to Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment.

- Exhibits 47–60 to Plaintiffs' Supplement.

Having read and considered the papers filed and arguments made by counsel, if any, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of Their Rule 56(d)

3539016v1/012325

Supplement to Opposition to Panasonic's Motion for Summary Judgment Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.

Dated: _____, 2015

                                  HON. SAMUEL CONTI
                            UNITED STATES DISTRICT JUDGE