Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | **PLAINTIFFS' RULE 56(d) SUPPLEMENT TO OPPOSITION TO DEFENDANT THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | The Honorable Samuel Conti |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | **HIGHLIGHTED DOCUMENT SHOWING MATERIAL SOUGHT TO BE SEALED** |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725 | |
| *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; | |

1  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

2

3  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

4  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

5

6  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# I. PRELIMINARY STATEMENT

On December 22, 2014, Direct Action Plaintiffs "DAPs" submitted their opposition to Thomson Consumer's Motion for Summary Judgment. (D.E. 3236.) Although the evidence submitted at that time was and remains more than sufficient to require the denial of Thomson Consumer's motion, DAPs' opposition was submitted subject to the accompanying Declaration of David M. Peterson and Rule 56(d) of the Federal Rules of Civil Procedure, which provides: "If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order."

Since that time, Thomson Consumer has produced additional documents, and DAPs have deposed Thomson SA and Thomson Consumer pursuant to Rule 30(b)(6). On January 20, 2015, DAPs and Thomson Consumer submitted the Stipulation and [Proposed] Order Regarding Scheduling of Direct Action Plaintiffs' Supplementation of Their Opposition to Thomson Consumer's Motion for Summary Judgment and Thomson Consumer's Reply in Support of Its Motion for Summary Judgment. (D.E. 3415.) Accordingly, DAPs submit this supplement to their opposition to Thomson Consumer's motion to address three limited categories of information.[1]

# II. SUPPLEMENTAL EVIDENCE PURSUANT TO RULE 56(D)

**A.    The European Commission Provisional Decision evidences attendance at Asian top meetings.**

In its motion for summary judgment, Thomson Consumer asserted that ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓

---

[1] DAPs incorporate and reassert all arguments made in their opposition.

█████████████████████████████████████████████████████████ Mot. at

1. At the Rule 30(b)(6) deposition of Thomson SA and Thomson Consumer, the witness, Meggan Ehret, ███████████████████████████████████████████████████████

███████ The European Commission Provisional Decision refutes that contention:

> Although there is relatively little written evidence on Thomson's participation in Top meetings in Asia, [...] it participated in such meetings once or twice a year where, among others, investment plans and price issues were discussed. [...][Thomson's] employees [name] and sometimes [name] participated in those Asian Top meetings.[3]

In addition, the EC Provisional Decision noted that a Thomson employee was kept apprised of Asian top level meetings, which it stated demonstrated the connection between Asian and European meetings.[4]

**B. Thomson Consumer and Thomson SA obtained information and communicated about CDTs.**

Thomson Consumer also argued strongly that it had no connection to the market for CDTs. Mot. at 16–17.[5] However, Ms. Ehret testified during the second day of deposition that Thomson SA and its subsidiaries were indeed interested in information about CDTs:



---

[2] Ex. 47, Meggan Ehret Dep. Vol. 1, 155:12–19 ███████████████████████████
████████████████████████████████████████████████████████████████████████

[3] EC Provisional Decision ¶311 (footnotes omitted) (brackets in original). A copy of the EC Provisional Decision was submitted as document number 3396. The decision is also available at http://ec.europa.eu/competition/antitrust/cases/dec_docs/39437/39437_6784_3.pdf. The EC Provisional Decision explained that its references to "Thomson" would refer to Thomson S.A. Id. ¶53.

[4] EC Provisional Decision ¶254.

[5] *See also* Ex. 47, Meggan Ehret Dep. Vol. 1, 33:3–17 (emphasizing that ████████████
████████████████████████████████████████████████████████████

3524402v1/012325

[redacted]

C. **The presence of a bates stamp beginning "T" does not necessarily mean that the document came only from Thomson SA.**

At the Rule 30(b)(6) deposition of Thomson SA and Thomson Consumer, [redacted]



---

[6] Ex. 48, Meggan Ehret Vol. 2, 656:21–657:21. Such documents are attached hereto as exhibits. See Ex. 49, TCE-CRT 0020914; Ex. 50, TSA-CRT00159624; Ex. 51, TSA-CRT00223692; Ex. 52, TSA-CRT00223693; Ex. 53, TSA-CRT00222386.

3524402v1/012325

[REDACTED]

But, in fact, there are countless documents with both a "T" and a "TCE-CRT" prefix that were addressed to an employee of Thomson Consumer.[8] Ms. Ehret is overgeneralizing when she claims that [REDACTED]

### III. CONCLUSION

[REDACTED]

The Court should deny Thomson Consumer's motion.

---

[7] Ex. 47, Meggan Ehret Vol. 1, 239:20–241:3 (emphasis added).

[8] *See, e.g.*, Ex. 32, TCE-CRT 0018762 (Thomson Consumer employee J.P. Hirschler); Ex. 54, TCE-CRT 0005487 (Thomson Consumer employee Jacquelyn Taylor-Boggs); Ex. 55, TCE-CRT 0005885 (Thomson Consumer employees Jacquelyn Taylor-Boggs and James Hanrahan); Ex. 56, TCE-CRT 0005920 (Thomson Consumer employees Jacquelyn Taylor-Boggs and James Hanrahan); Ex. 57, TCE-CRT 0006270 (Thomson Consumer employee Jacquelyn Taylor-Boggs); Ex. 58, TCE-CRT 0006288 (Thomson Consumer employee Jacquelyn Taylor-Boggs); Ex. 59, TCE-CRT 0021684 (Thomson Consumer employee Jack Brunk); Ex. 60, TCE-CRT 0022894 (Thomson Consumer employee Jack Brunk).

3524402v1/012325

Dated: February 2, 2015

By: /s/ Kenneth S. Marks
 Kenneth S. Marks
 Jonathan J. Ross
 Johnny W. Carter
 Robert S. Safi
 David M. Peterson
 Brian M. Gillett
 SUSMAN GODFREY L.L.P.
 1000 Louisiana Street, Suite 5100
 Houston, Texas 77002
 Telephone: (713) 651-9366
 Facsimile: (713) 654-6666
 Email: kmarks@susmangodfrey.com
  jross@susmangodfrey.com
  jcarter@susmangodfrey.com
  rsafi@susmangodfrey.com
  dpeterson@susmangodfrey.com
  bgillett@susmangodfrey.com

 Parker C. Folse III
 Rachel S. Black
 Jordan Connors
 SUSMAN GODFREY L.L.P.
 1201 Third Avenue, Suite 3800
 Seattle, Washington 98101-3000
 Telephone: (206) 516-3880
 Facsimile: (206) 516-3883
 Email: pfolse@susmangodfrey.com
  rblack@susmangodfrey.com
  jconnors@susmangodfrey.com

 *Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

3524402v1/012325

By: /s/ *Craig A. Benson*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America*


By: /s/ *David Martinez*

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
Jill Casselman
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com
Email: jcasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson

3524402v1/012325

```
 1              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                800 LaSalle Avenue
 2              2800 LaSalle Plaza
                Minneapolis, MN 55402
 3              Telephone: (612) 349-8500
                Facsimile: (612) 339-4181
 4              Email: eskaplan@rkmc.com
                Email: kcwildfang@rkmc.com
 5              Email: lenelson@rkmc.com
 6
 7
                *Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy*
 8              *Purchasing LLC, Best Buy Enterprise Services, Inc.,*
                *Best Buy Stores, L.P., Bestbuy.com, L.L.C., and*
 9              *Magnolia Hi-Fi, Inc.*
10
11
                By: /s/ Jason Murray
12              _____
13
                Jason C. Murray (CA Bar No. 169806)
14              **CROWELL & MORING LLP**
                515 South Flower St., 40th Floor
15              Los Angeles, CA 90071
                Telephone: 213-443-5582
16              Facsimile: 213-622-2690
                Email: jmurray@crowell.com
17
18
                Jerome A. Murphy (pro hac vice)
19              Astor H.L. Heaven (pro hac vice)
                **CROWELL & MORING LLP**
20              1001 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004
21              Telephone: 202-624-2500
                Facsimile: 202-628-5116
22              E-mail: jmurphy@crowell.com
                Email aheaven@crowell.com
23
24
                *Attorneys for Target Corp. and Viewsonic Corp.*
25
26
                By: /s/ Richard Arnold
27              _____
28              Richard Alan Arnold
```

7

William J. Blechman
Kevin J. Murray
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

By: /s/ Philip J. Iovieno

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:   ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email:   piovieno@bsfllp.com
Email:   anardacci@bsfllp.com

*Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC, Tweeter Newco, LLC, Tech Data Corporation, and Tech Data Product Management, Inc.*

3524402v1/012325

By: /s/ David J. Burman
David J. Burman
Cori G. Moore
Nicholas H. Hesterberg
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email:   dburman@perkinscoie.com
Email:   cgmoore@perkinscoie.com
Email:   nhesterberg@perkinscoie.com

Jordan S. Bass (Cal. Bar No. 208143)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344.7000
Facsimile: (415) 344.7050
Email:   jbass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

3524402v1/012325

# CERTIFICATE OF SERVICE

## IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Case No. CV-07-5944-SC
MDL No. 1917

I, Kenneth S. Marks, declare:

I am employed in the County of Harris, State of Texas. I am over the age of 18 years and not a party to the within action. My business address is Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002.

On February 2, 2015, I served a true and correct copy of the following document(s) in the manner indicated below:

[ ]  **BY U.S. MAIL:** I caused the said document(s) to be deposition in the United States mail, at Houston, Texas, in a sealed envelope with first-class postage thereon fully prepaid, to the addressee(s) named below: and

[X]  **BY ELECTRONIC MAIL:** I caused the said document(s) to be emailed to the offices and/or to attorneys of the offices of the addressee(s) named below.

**SEE ATTACHED SERVICE LIST**

Dated: February 2, 2015          Signed   /s/ Kenneth S. Marks
                                          Kenneth S. Marks

3524402v1/012325

| | |
|---|---|
| | **SERVICE LIST** |
| Philip J. Iovieno<br>piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Mario N. Alioto<br>malioto@tatp.com<br>Lauren C. Russell<br>laurenrussell@tatp.com<br>Joseph M. Patane<br>jpatane@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs Class* |
| Kamala D. Harris<br>    Attorney General of California<br>Mark Breckler<br>    Chief Assistant Attorney General<br>Kathleen E. Foote<br>    Senior Assistant Attorney General<br>Emilio E. Varanini<br>    Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5908<br>emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | Guido Saveri<br>guido@saveri.com<br>R. Alexander Saveri<br>rick@saveri.com<br>Geoffrey C. Rushing<br>grushing@saveri.com<br>Cadio Zirpoli<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br><br>*Interim Lead Counsel for The Direct Purchaser Plaintiffs Class* |

11

3524402v1/012325

| | |
|---|---|
| Jeffrey L. Kessler<br>jkessler@winston.com<br>A. Paul Victor<br>pvictor@winston.com<br>Eva W. Cole<br>ewcole@winston.com<br>Molly M. Donovan<br>mmdonovan@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Tel: (212) 294-6700<br><br>David L. Yohai<br>david.yohai@weil.com<br>Steven A. Reiss<br>steven.reiss@weil.com<br>Adam C. Hemlock<br>adam.hemlock@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Tel: (415) 512-4000<br><br>William D. Temko<br>william.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>Bethany W. Kristovich<br>bethany.kristovich@mto.com<br>MUNGER TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Tel. (213) 683-9100<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |

3524402v1/012325

| | |
|---|---|
| Mark C. Dosker<br>mark.dosker@squirepb.com<br>Nathan Lane, III<br>nathan.lane@squirepb.com<br>SQUIRE PATTON BOGGS L.L.P.<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 954-0200<br><br>*Counsel for Technologies Displays Americas LLC (in all actions except Office Depot Action)*<br><br>Ellen Tobin<br>etobin@curtis.com<br>Curtis, Mallet-Provost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 696-6000<br>Fax: (212) 697-1559<br><br>Arthur S. Gaus<br>asg@dillinghammurphy.com<br>Dillingham & Murphy, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 397-2700<br>Fax: (415) 397-3300<br><br>*Counsel for Technologies Displays Americas, LLC (in the Office Depot action only)* | Joseph R. Tiffany<br>Joseph.tiffany@pillsburylaw.com<br>PILLSBURY   WINTHROP   SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Tel. (650) 233-4644<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd., IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* |

3524402v1/012325

| | |
|---|---|
| John Taladay<br>john.taladay@bakerbotts.com<br>Joseph Ostoyich<br>joseph.ostoyich@bakerbotts.com<br>Charles M. Malaise<br>Charles.malaise@bakerbotts.com<br>Erik T. Koons<br>erik.koons@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>Tel: (202) 639-7909<br><br>Jon V. Swenson<br>jon.swenson@bakerbotts.com<br>BAKER BOTTS LLP<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304<br>Tel. (650) 739-7500<br><br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* | Ian Simmons<br>isimmons@omm.com<br>Benjamin G. Bradshaw<br>bbradshaw@omm.com<br>Courtney C. Byrd<br>cbyrd@omm.com<br>David Kendall Roberts<br>droberts2@omm.com<br>Kevin Douglas Feder<br>kfeder@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Tel: (202) 383-5163<br><br>Michael Frederick Tubach<br>mtubach@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3305<br>Tel. (415) 984-8700<br><br>*Counsel for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.* |

3524402v1/012325

| | |
|---|---|
| Joel S. Sanders<br>jsanders@gibsondunn.com<br>Rachel S. Brass<br>rbrass@gibsondunn.com<br>Austin V. Schwing<br>aschwing@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel: (415) 393-8200<br><br>*Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chungwha Picture Tubes (Malaysia)* | Christopher M. Curran<br>ccurran@whitecase.com<br>Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC 20005<br>Tel: (202) 626-3600<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| Christine Laciak<br>christine.laciak@freshfields.com<br>Richard Snyder<br>richard.snyder@freshfields.com<br>Craig D. Minerva<br>craig.minerva@freshfields.com<br>Bruce C. McCulloch<br>bruce.mcculloch@freshfields.com<br>Terry Calvani<br>terry.calvani@freshfields.com<br>FRESHFIELDS BRUCKHAUS &<br>   DERINGER US, LLP<br>700 13th Street, NW<br>10th Floor<br>Washington, DC 20005-3960<br>Tel: (202) 777-4500<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Gary L. Halling<br>ghalling@sheppardmullin.com<br>James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>   HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Tel: (415) 434-9100<br><br>*Counsel for Defendants Samsung SDI America Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |

3524402v1/012325

| | |
|---|---|
| Eliot A. Adelson<br>eadelson@kirkland.com<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik<br>jmutchnik@kirkland.com<br>Kate Wheaton<br>kate.wheaton@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | Calvin L. Litsey<br>calvin.litsey@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Tel: (650) 324-6700<br><br>Kathy Osborn<br>kathy.osborn@faegrebd.com<br>Ryan M. Hurley<br>ryan.hurley@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br><br>Jeffrey S. Roberts<br>Jeff.roberts@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 607-3500<br><br>Stephen M. Judge<br>Steve.judge@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel: (574) 234-4149<br><br>*Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)* |

3524402v1/012325

| | |
|---|---|
| 1 | Brent Caslin |
| 2 | bcaslin@jenner.com |
| | JENNER & BLOCK LLP |
| 3 | 633 West 5th Street, Suite 3600 |
| | Los Angeles, CA 90071-2054 |
| 4 | Tel: (213) 239-5100 |
| 5 | |
| | Terrence J. Truax |
| 6 | ttruax@jenner.com |
| | Michael T. Brody |
| 7 | mbrody@jenner.com |
| | Shaun M. Van Horn |
| 8 | svanhorn@jenner.com |
| 9 | Gabriel A. Fuentes |
| | gfuentes@jenner.com |
| 10 | Molly M. Powers |
| 11 | mpowers@jenner.com |
| | JENNER & BLOCK LLP |
| 12 | 353 North Clark Street |
| | Chicago, IL 60654 |
| 13 | Tel: (312) 222-9350 |
| 14 | |
| | *Counsel for Mitsubishi Electric Corporation,* |
| 15 | *Mitsubishi Electric & Electronics USA, Inc.* |
| | *and Mitsubishi Digital Electronic Americas,* |
| 16 | *Inc.* |

17