1  Kenneth S. Marks
   Jonathan J. Ross
2  SUSMAN GODFREY L.L.P.
   1000 Louisiana Street, Suite 5100
3  Houston, Texas 77002-5096
   Telephone: (713) 651-9366
4  Facsimile:  (713) 654-6666
   kmarks@susmangodfrey.com
5  jross@susmangodfrey.com

6  *Attorneys for plaintiff Alfred H. Siegel, solely
   in his capacity as Trustee of the Circuit City
7  Stores, Inc. Liquidating Trust*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF BRIAN M. GILLETT IN SUPPORT OF PLAINTIFFS' RULE 56(d) SUPPLEMENT TO OPPOSITION TO DEFENDANT THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 6, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-005723;<br><br>*Crago, d/b/a Dash Computers, Inc. Et al., v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-02058;<br><br>*Electrograph Systems, Inc., et. Al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Coporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668;<br><br>*Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv- | |

Declaration in Support of Plaintiffs' Rule 56(d) Supplement to Opposition to Thomson Consumer MSJ and MPSJ
MDL No. 1917, Master File No. 07-cv-5944-SC

3538452v1/012325

01173;

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686.

I, Brian M. Gillett, hereby declare as follows:

1. I am an attorney with the law firm of Susman Godfrey L.L.P., counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust. I submit this declaration in support of Plaintiffs' Rule 56(d) Supplement to Opposition to Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment. Except as to those matters based on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from Volume I of the Deposition of Meggan Ehret, dated January 8, 2015.

3. Attached hereto as Exhibit 48 is a true and correct copy of excerpts from Volume II of the Deposition of Meggan Ehret, dated January 9, 2015.

4. Attached hereto as Exhibit 49 is a true and correct copy of TCE-CRT 0020914.

5. Attached hereto as Exhibit 50 is a true and correct copy of TSA-CRT00159624.

6. Attached hereto as Exhibit 51 is a true and correct copy of TSA-CRT00223692.

7. Attached hereto as Exhibit 52 is a true and correct copy of TSA-CRT00223693.

8. Attached hereto as Exhibit 53 is a true and correct copy of TSA-CRT00222386.

9. Attached hereto as Exhibit 54 is a true and correct copy of TCE-CRT 0005487.

10. Attached hereto as Exhibit 55 is a true and correct copy of TCE-CRT 0005885.

11. Attached hereto as Exhibit 56 is a true and correct copy of TCE-CRT 0005920.

12. Attached hereto as Exhibit 57 is a true and correct copy of TCE-CRT 0006270.

13. Attached hereto as Exhibit 58 is a true and correct copy of TCE-CRT 0006288.

14. Attached hereto as Exhibit 59 is a true and correct copy of TCE-CRT 0021684.

15. Attached hereto as Exhibit 60 is a true and correct copy of TCE-CRT 0022894.

2

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed this 2nd day of February, 2015, at Houston, Texas.

                                    */s/ Brian M. Gillett*
                                    Brian M. Gillett

3