UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:07-cv-5944-SC<br><br>MDL No. 1917<br><br>[PROPOSED] **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER TRANSFERRING THE HAGUE EVIDENCE CONVENTION PROCESS CONCERNING LEO MINK'S DEPOSITION TO THE CALIFORNIA SUPERIOR COURT OR IN THE ALTERNATIVE, EXTENDING THE TIME FOR COMPLETION BY THE DUTCH COURT IN THIS FORUM** |

1  Plaintiffs' Administrative Motion for Order Transferring the Hague Evidence
2  Convention Process Concerning Leo Mink's Deposition to the California Superior Court
3  or in the Alternative, Extending the Time for Comletion by the Dutch Court in This Forum
4  (Dkt. No. 3500) ("Motion") came on for hearing before the Court.  After full consideration
5  of the points and authorities submitted by the parties, and the Court's file in this matter,
6  and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiffs' Motion is
7  DENIED.

**IT IS SO ORDERED.**

Dated:  _____            _____
                                  HONORABLE SAMUEL CONTI
                                  UNITED STATES DISTRICT JUDGE