GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF WILLIAM S. FARMER, DAVID BROWNSTEIN, AND JACOB ALPREN** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that William S. Farmer (State Bar No. 46694), David Brownstein (State Bar No. 141929), and Jacob Alpren (State Bar No. 235713) hereby enter their appearances as counsel of record in the above captioned matters for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.  All pleadings, discovery, correspondence, and other material should be served upon counsel using the contact information set forth below:

> William S. Farmer (SBN 46694)
> David Brownstein (SBN 141929)
> Jacob Alpren (SBN 235713)
> FARMER BROWNSTEIN JAEGER LLP
> 235 Montgomery Street, Suite 835
> San Francisco CA 94104
> Telephone (415) 962-2876
> Facsimile: (415) 520-5678
> Email: WFarmer@FBJ-law.com
>        DBrownstein@FBJ-law.com
>        JAlpren@FBJ-law.com

DATED:  February 5, 2015               Respectfully submitted,

                                       FARMER BROWNSTEIN JAEGER LLP


                                       By: /s/ *William S. Farmer*
                                              William S. Farmer

                                       Attorneys for Defendants
                                       CHUNGHWA PICTURE TUBES, LTD. and
                                       CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.

# DECLARATION OF SERVICE

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date below, I served the within:

**NOTICE OF APPEARANCE OF WILLIAM S. FARMER, DAVID BROWNSTEIN, AND JACOB ALPREN**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on February 5, 2015. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on February 5, 2015, at San Francisco, California.

                                            /s/ *Joseph Hansen*
                                               Joseph Hansen

101874772.2