# Attachment B

# Exhibit 5

CHUNGHWA PICTURE TUBES, LTD. - Corporate Governance    http://www.cptt.com.tw/index.php?option=com_content&task=view&id...

Case 4:07-cv-05944-JST   Document 3511-3   Filed 02/06/15   Page 3 of 15
Case 3:07-cv-05944-SC   Document 3263-5   Filed 12/23/14   Page 2 of 4



Global    Contact Us

**Home**   **About CPT**   **Social Responsibility**   **Investor Relations**   **Our Products**   **Technology**   **e-Business**
**Join CPT**

**INVESTOR RELATIONS**

IR Legal Notice
Financial Calendar
Financial Results
Investor Services
Corporate Governance
FAQ
IR Contacts
IR Member

Home > Investor Relations > Corporate Governance

**∷ Operation of Board of Directors**

CPT's Board of Directors is the ultimate body responsible for the company's management. The Audit Committee operates under the Board of Directors, responsible for carrying out audits on the company's management systems and operational procedures. The Chief Executive Officer (CEO) is a position appointed by the Board of Directors to support the Chairman, and is responsible for planning the company's future operational development and management strategies. At present, CPT's Chairman serves concurrently as the CEO. The directors of the company were elected by the shareholders' meeting from among the persons with disposing capacity.

CPT is dedicated to exercising sound management practices. All directors were elected by the shareholders' meeting. Board meetings are convened at least once each quarter. The Board is dedicated to managing the company's operating performance and maximising returns to shareholders. Recusal policy for directors in the "Procedures for Board of Directors Meetings" stipulates that if an interested-party relationship exists between any director, or a juristic person the director represents, and any agenda item, and such relationship is likely to prejudice the interests of the company, the director may state opinions and answer questions but may not participate in discussion of or voting on that agenda item, and shall recuse themselves during discussion of and voting on that item, and may not act as the proxy of another director to exercise voting rights on that matter.

Article 15-2 of CPT's Articles of Incorporation provides that the company may take out an insurance policy to protect directors from liability arising out of their duties during their tenure of office. Since 2006, CPT has been taking out indemnity insurance for our directors and supervisors. (Supervisors were removed from 2013.)

**∷ Audit Committee**

CPT has put in place an effective accounting system and internal controls system in accordance with the "Regulations Governing Establishment of Internal Control Systems by Public Companies" to carry out fiduciary and ethical management. Internal auditors perform periodic audits on the status of compliance with the aforementioned systems. The Internal Audit Dept. is set up under and reports directly to the Board of Directors. It is responsible for formulating the annual audit plan for adoption by the Board, through which the annual audit plan is submitted to the Competent Authority. In addition to presenting written audit reports to the Chairman for review, such reports shall also be delivered to independent directors and supervisors for their perusal within the valid legal timeframe. Representative (s) of the Internal Audit Dept. shall attend board meetings regularly to report the company's audit affairs. Any material event or deficiency shall be reported immediately to directors and supervisors for timely and effective control of risks. Details of internal control deficiencies identified during the audit process shall be kept on file for control purposes. It is essential to follow up the matters and status of improvement.

The Internal Audit Dept. filed 52 reports in 2013, in which a total of 66 matters were identified for follow- up. The responsible departments were required to take the appropriate corrective actions.

**∷ Board of Directors**

| Title | Name |
|---|---|
| Chairman | Chunghwa Electronics Investment Co., Ltd. Representative:Mr. Wei- Shan Lin |
| Director | Chunghwa Electronics Investment Co., Ltd. Representative:Mr. Wei- Shan Lin |
| Director | Chunghwa Electronics Investment Co., Ltd. Representative:Lin K., Wen-Yen |
| Director | Chunghwa Electronics Investment Co., Ltd. Representative:Wen-Chieh Peng |
| Director | Chunghwa Electronics Investment Co., Ltd. Representative:Ho-Lung Lin |
| Director | Chunghwa Electronics Investment Co., Ltd. Representative:Yung-Chi Chang |
| Independent Director | Chien-Ho Chao |
| Independent Director | Chien-Chung Yuan |
| Independent Director | Yuh-Yuan Tsai |

**Chairman/Director: Mr. Wei-Shan Lin**

| Education and experience | Other positions of the company |
|---|---|

| Education and experience | Other positions of the company |
|---|---|
| MBA of Economics, Washington University, USA<br>President, Tatung Co. | Chairman, Tatung Co.<br>Chairman, Green Energy Technology Inc.<br>Chairman, Forward Electronics Co., Ltd.<br>Chairman, Shan Chih Asset Development Co.<br>Chairman, Shan Chih Investment Co., Ltd.<br>President, Shan Chih Investment Co., Ltd.<br>Chairman, Tatung InfoComm Co., Ltd.<br>Chairman, Tatung Die Casting Co., Ltd.<br>Chairman, Tatung Electronics (S) Pte. Ltd.<br>Chairman, Tatung (Thailand) Co., Ltd.<br>Chairman, Tatung Co. of Japan, Inc.<br>Chairman, Tatung Telecom Corp.<br>Chairman, Tatung Display Mexico S.A. de C.V<br>Chairman, Tatung Electrics (S) Pte. Ltd.<br>Director, Kornerstone Materials Technology CO., Ltd.<br>Chairman, Shan Chih Semiconductor Co., Ltd.<br>Chairman, Tatung Fine Chemicals Co., Ltd.<br>Chairman, Toes Opto-Mechatronics Co.<br>Chairman, Chunghwa Electronics Development Co., Ltd.<br>Chairman, Tatung Medical & Healthcare Technologies Co., Ltd.<br>Chairman, CPT (Bermuda) Ltd,<br>Chairman, CPT (Labuan) Ltd,<br>Chairman, Bensaline Investment Ltd.<br>Chairman, Banglor Investment Ltd.<br>Chairman, Dalemont Investment Ltd.<br>Chairman, Daliant Investment Ltd. |

[TOP]

**Director: Wen-Yen K. Lin**

| Education and experience | Other positions of the company |
|---|---|
| Master of Economics, University of Maryland, USA<br>Vice President, Tatung Co. | President, Tatung Co.<br>Chairman, Tatung System Technologies Inc.<br>Chairman, Tatung Mexico S.A. de C.V<br>Chairman, Tatung Information (S) Pte. Ltd.<br>Chairman, Tatung Czech, s.r.o<br>Chairman, Elitegroup Computer Systems Co.,Ltd. |

[TOP]

**Director: Wen-Chieh Peng**

| Education and experience | Other positions of the company |
|---|---|
| Master of Insurance, Feng Chia University<br>Chief of Investment Division, Tatung Co. | Director, Ultra Engineering Co. Ltd.<br>Director, Chih Sheng Real Estate Co., Ltd.<br>Director, Tatung Medical & Healthcare Technologies Co., Ltd.<br>Director, Chih Sheng Holding Co., Ltd.<br>Director, Tatung Trade Electronics(Wujiang) Co., Ltd<br>Director, Absolute Alpha Limited<br>Director, Tatung(UK) Ltd.<br>President and Director, Chih Sheng Investment Co., Ltd.<br>Director, Chih Sheng(Hong Kong) Holding Co., Ltd.<br>Supervisor, Lu Sheng Investment Co., Ltd.<br>Director, Chuang Sheng Shi Co., Ltd.<br>Director, WTE-niche Limited<br>Director, Blissful Honour Limited<br>Director, Taipei Municipal Datong High School |

[TOP]

**Director:** Ho-Lung Lin

| Education and experience | Other positions of the company |
|---|---|
| Master of Materials Science and Engineering, National Tsing Hua University<br>CEO, Green Energy Technology Inc. | Director, Green Energy Technology Inc.<br>Director, Shan Chih Semiconductor Co., Ltd.<br>Director, Ultra Engineering Co. Ltd.<br>Chairman, Ultra Energy(Weifang) Technology Co., Ltd. |

[TOP]

**Director:** Yung-Chi Chang

| Education and experience | Other positions of the company |
|---|---|
| Master of Chemical Engineering, Tatung University<br>President, Tatung Fine Chemicals Co. | Director, Tatung Fine Chemicals Co.<br>Director, Huaian Tatung Advanced Technology Materials Co., Ltd.<br>Director, Dongguan Tongli Trading Co., Ltd. |

[TOP]

Case 4:07-cv-05944-JST   Document 3511-3   Filed 02/06/15   Page 5 of 5
Case 3:07-cv-05944-SC   Document 3263-5   Filed 12/23/14   Page 4 of 4

**Independent Director:** Chien-Ho Chao

| Education and experience | Other positions of the company |
|---|---|
| Master of Ming Chuan University School of Law | Major Lawyer, Hsieh Li law office |

**Independent Director:** Chien-Chung Yuan

| Education and experience | Other positions of the company |
|---|---|
| Education and experience<br>PhD of Electrical Engineering, NY State University, USA<br>Visiting Scholar, MIT, USA<br>Visiting Scholar, Royal Institute, UK | Professor, Dept of Management Science. National Chiao Tung University |

**Independent Director:** Yuh-Yuan Tsai

| Education and experience | Other positions of the company |
|---|---|
| Phd of Business Management, National Chengchi University<br>Post-doctorate researcher, University of California, Berkeley<br>Visiting Scholar, University of Illinois at Urbana Champaign | Professor, National Dong Hwa University<br>Spokesman, National Dong Hwa University |

Copyright© 2006 Chunghwa Picture Tubes, LTD. All rights reserved. Add : 1 Huaying Rd., Lungtan Shiang, Taoyuan, Taiwan, R.O.C. Tel : 03-480-5678

Incase your are unable to view some of the images on the screen, you may need to install the Flash Program, a plug-in for your browser.Click this link to download the required program.