# Attachment D

# Exhibit 10

Tatung Co. Page 1 of 2
Case 4:07-cv-05944-JST Document 3511-5 Filed 02/06/15 Page 3 of 4
Case 5:07-cv-05944-SC Document 3263-10 Filed 12/23/14 Page 2 of 3

## About TATUNG
Milestones / Product highlights / Vision / Corporate Ma...

**About Tatung**
- About Tatung
  - Milestones
  - Product highlights
  - Organization
- Corporate Value
- Vision
- Tatung Mascot

Home > About Tatung > Milestones

**Milestones**

### 1960
Mass production of Tatung rice cookers, a revolu...

### 1957
First preferred stock issue offered to the general public

### 1949
Mass production of electric fans & motors (Pioneering in Home Appliance & Motor industries)

### 1942
Mr. T. S. Lin succeeded as chairman of Tatung and principal of both Tatung High School and Tatung University

Establishment of Tatung High School



### 1939
Tatung Iron Works was established.

(When Taiwan was retroceded to the Republic of China in 1945, Tatung Iron Works was renamed "Tatung Steel and Machinery Manufacturing Company.")



### 1918
Establishment of Xie Zhi Business Enterprise, the forerunner of Tatung Company, by founder and chairman, Mr. Shang-Zhi Lin



Completed over 600 constructions, including the Danshuei River embankment project and the Executive Yuan building