| | |
|---|---|
| 1 | Michael P. Kenny, Esq. (admitted *pro hac vice*) |
| 2 | mike.kenny@alston.com |
|   | Debra D. Bernstein, Esq. (admitted *pro hac vice*) |
| 3 | debra.bernstein@alston.com |
|   | Matthew D. Kent (admitted *pro hac vice*) |
| 4 | matthew.kent@alston.com |

Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P., <br><br>     Plaintiffs, <br><br>   v. <br><br> HITACHI, LTD., *et al*., <br><br>     Defendants. | Master File No. 3:07-cv-05944-SC <br><br> MDL No. 1917 <br><br> Individual Case No. 3:13-cv-02171-SC <br><br> **DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") respectfully requests an order permitting Dell to file under seal portions of its Reply in Support of the Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld (the "Rubinfeld Reply"). This Administrative Motion is supported by the Declaration of Matthew D. Kent ("Kent Declaration") filed contemporaneously herewith.

Dell submits this Administrative Motion because the Rubinfeld Reply contains: (a) material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential"; and (b) analysis of, references to, or information taken directly from material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential." *See id.*

As set forth in the Kent Declaration, Dell seeks to file the Rubinfeld Reply under seal because it contains material that is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." N.D. Cal. Civ. L. R. 79-5(a)-(c). These materials consist of, cite to, and/or identify confidential, non-public information. It also refers to information that certain parties other than Dell have designated as "Confidential" or "Highly Confidential" pursuant to a Protective Order. N.D. Cal. Civil Local Rule 79-5 provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable. N.D. Cal. Civ. L.R. 79-5(e). It is the other party's burden to establish that the designated information is sealable. Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006). Dell leaves it to this Court's discretion to determine whether the material designated for protection by other parties should be filed under seal, but files this administrative motion in order to comply with the Protective Order entered in this action.

WHEREFORE, Dell respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the designated material is sealable.

1  Date: February 9, 2015

2                                                Respectfully submitted,

3                                By:   */s/ Matthew D. Kent*
                                     Michael P. Kenny, Esq. (GA Bar No. 415064)
                                     mike.kenny@alston.com
                                     Debra D. Bernstein, Esq. (GA Bar No. 054998)
                                     debra.bernstein@alston.com
                                     Matthew D. Kent, Esq. (GA Bar No. 526272)
                                     matthew.kent@alston.com
                                     Elizabeth Helmer, Esq. (GA Bar No. 415161)
                                     elizabeth.helmer@alston.com
                                     **ALSTON & BIRD LLP**
                                     1201 West Peachtree Street
                                     Atlanta, Georgia 30309-3424
                                     Tel: (404) 881-7000
                                     Facsimile: (404) 881-7777

                                     James M. Wagstaffe, Esq. (SBN 95535)
                                     wagstaffe@kerrwagstaffe.com
                                     **Kerr & Wagstaffe LLP**
                                     101 Spear Street, 18th Floor
                                     San Francisco, California 94105-1576
                                     Tel: (415) 371-8500
                                     Facsimile: (415) 371-0500

                                   *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

3

ADMINISTRATIVE MOTION                                MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                    MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC