Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

**[Additional Counsel Listed on Signature Page]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HITACHI, LTD., *et al.*,<br><br>　　　　　　　　　　Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**DECLARATION OF MATTHEW D. KENT IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, **MATTHEW D. KENT**, declare as follows:

1.      I am a Partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I submit this declaration in support of Dell's Administrative Motion to File Documents Under Seal, related to Plaintiffs' Reply in Support of Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld (the "Rubinfeld Reply").  I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.      I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia.  I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3.      Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Dell, by and through its counsel, respectfully request an Order permitting it to file under seal portions of the Rubinfeld Reply.

4.      The Rubinfeld Reply refers to materials that are "privileged or protectable as a trade secret or otherwise entitled to protection under the law."  N.D. Cal. Civ. L. R. 79-5(a)-(c).  These materials consist of, cite to, and/or identify confidential, non-public information, including exhibits that were previously filed under seal in this matter in connection with the Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld.  It also refers to information that certain parties other than Dell have designated as "Confidential" or "Highly Confidential" pursuant to a Protective Order.

5.      The Court has already granted Plaintiffs' Administrative Motions for Leave to File the Rubinfeld Expert Report Under Seal.  *See* MDL Dkt. No. 3498.

6.      Accordingly, Dell requests that the Rubinfeld Reply be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECL. OF MATTHEW D. KENT IN SUPPORT                    MASTER FILE NO. 3:07-CV-05944-SC
OF ADMIN. MOTION TO SEAL                               MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC

1   Executed on February 9, 2015, in Atlanta, Georgia.

2

3                                   By:    /s/ Matthew D. Kent
                                          Matthew D. Kent, Esq. (GA Bar No. 425262)
4                                         matthew.kent@alston.com
                                          **ALSTON & BIRD LLP**
5                                         1201 West Peachtree Street
                                          Atlanta, Georgia  30309-3424
6                                         Tel: (404) 881-7000
                                          Facsimile: (404) 881-7777

7                                         *Attorney for Plaintiffs Dell Inc. and Dell Products L.P*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MATTHEW D. KENT IN SUPPORT                    MASTER FILE NO. 3:07-CV-05944-SC
OF ADMIN. MOTION TO SEAL                    MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC