Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HITACHI, LTD., *et al.*,<br><br>            Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

**[PROPOSED] ORDER**

Upon consideration of the Dell Plaintiffs' Administrative Motion to File Documents Under Seal ("Administrative Motion"), it is hereby

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file under seal those portions of Dell's Reply In Support of Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld ("Dell's Rubinfeld Motion") identified by Dell in connection with its Administrative Motion.

Dated: _____, 2015

_____
**The Honorable Samuel Conti**
**Northern District of California**

2

[PROPOSED] ORDER RE ADMIN. MOTION                                MASTER FILE NO. 3:07-CV-05944-SC
TO FILE DOCUMENTS UNDER SEAL                            MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC