**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6               FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE: CATHODE RAY TUBE (CRT)      )  MDL No. 1917
    ANTITRUST LITIGATION               )
                                       )  Case No. C-07-5944-SC
9   _____   )
                                       )  SCHEDULING ORDER
10  This Order Relates To:             )
                                       )
11                                     )
    ALL ACTIONS                        )
12                                     )
                                       )
13                                     )
                                       )
14                                     )
                                       )
15                                     )
                                       )
16  _____   )

17

18      A trial is currently set in these matters beginning on Monday,

19  March 9, 2015.   Based on the Court's review of the pending

20  motions, that date is no longer feasible.  Accordingly, the trial

21  date, pre-trial conference, and all outstanding pre-trial deadlines

22  are hereby VACATED.  The deadlines for motions in limine and

23  Daubert motions set forth in the scheduling stipulation, ECF No.

24  2459, shall remain in effect.

25      The Court ORDERS as follows:

26  •  The parties shall appear for a status conference and trial

27     setting at 10:00 AM in Courtroom 1, 17th Floor, San

28     Francisco Courthouse on Friday, August 7, 2015.  Prior to

**United States District Court**
For the Northern District of California

1      the conference the parties shall meet and confer and file

2      no less than one week prior to the conference a joint case

3      management statement outlining the present status of these

4      actions, proposing mutually agreeable trial dates and pre-

5      trial deadlines, and listing the actions requiring remand

6      to their original districts under Lexecon Inc. v. Milberg

7      Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), including

8      the case number, judicial district, and (if applicable)

9      division to which the action must be transferred for trial.

10 • At his convenience, the Special Master shall produce a

11      report and any recommendations necessary regarding the

12      status and/or scheduling of any pending or forthcoming

13      class action settlements requiring the Court's approval.

14 • The motion to modify the schedule for pre-trial exchanges,

15      ECF No. 3150, is DENIED as moot.  Given the likelihood that

16      circumstances will materially change prior to trial, the

17      motion for separate trials, ECF No. 2897, is DENIED with

18      leave to refile once the status of the actions to be tried

19      is clearer.

20

21 IT IS SO ORDERED.

22

23 Dated: February 9, 2015     _____

24                  UNITED STATES DISTRICT JUDGE

25

26

27

28