1  Michael P. Kenny, Esq. (admitted *pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted *pro hac vice*)
   debra.bernstein@alston.com
3  Matthew D. Kent (admitted *pro hac vice*)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
5  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
6  Tel: (404) 881-7000
7  Facsimile: (404) 881-7777

8  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
10 San Francisco, California 94105-1576
   Tel: (415) 371-8500
11 Facsimile: (415) 371-0500

12 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to: Individual Cases: No. 13-cv-2171 (SC)<br><br>*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171. | **DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

1   Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order
2   No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell")
3   respectfully request an order permitting Dell to file under seal portions of Plaintiffs' Reply Brief in
4   Further Support of Their Motion to Partially Exclude the Expert Report and Opinions of Janusz A.
5   Ordover, Ph.D. ("Reply Brief").  This Administrative Motion is supported by the Declaration of
6   Matthew D. Kent ("Kent Declaration") filed contemporaneously herewith.

7   This Court previously granted an earlier administrative motion filed by Dell to seal, *inter alia*,
8   portions of Plaintiffs' Motion to Partially Exclude the Expert Report and Opinions of Janusz A.
9   Ordover, Ph.D. ("Opening Brief").  *See* MDL Dkt. No. 3498.  Specifically, Dell filed an administrative
10  motion to seal exhibits to the Declaration of Debra D. Bernstein ("Bernstein Declaration") filed in
11  support of the Opening Brief, as well as those portions of the Opening Brief that referred to or
12  contained excerpts from the exhibits to the Bernstein Declaration.  *See* MDL Dkt. No. 3169.  The
13  Court granted Dell's administrative motion.  *See* MDL Dkt. No. 3498.

14  With the instant Motion, Dell moves to seal portions of the Reply Brief that also refer to or
15  contain excerpts from the same exhibits to the Bernstein Declaration, namely, Exhibits B and D.

16  WHEREFORE, Dell respectfully submits this Administrative Motion pursuant to the Protective
17  Order and Civil Local Rule 79-5.[1]

18  Date:  February 9, 2015

19                                        Respectfully submitted,

20              By:   */s/ Matthew D. Kent*
                     Michael P. Kenny, Esq. (GA Bar No. 415064)
21                   mike.kenny@alston.com
                     Debra D. Bernstein, Esq. (GA Bar No. 054998)
22                   debra.bernstein@alston.com
                     Rodney J. Ganske, Esq. (GA Bar No. 283819)
23                   rod.ganske@alston.com
                     Matthew D. Kent, Esq. (GA Bar No. 526272)
24                   matthew.kent@alston.com
                     Elizabeth Helmer, Esq. (GA Bar No. 415161)
25

---

[1] Dell takes no position as to the propriety of any confidentiality designations made by Defendants.
Per N.D. Cal. Civil Local Rule 79-5, Dell is required to move to seal any material designated by
another party as "Confidential" or "Highly Confidential" pursuant to the Protective Order in this
litigation.  It is the other party's burden to establish that the information they have designated for
protection is in fact sealable.  *See* N.D. Cal. Civil Local Rule 79-5(e).

| DELL'S ADMINISTRATIVE MOTION | MASTER FILE NO. 3:07-CV-05944-SC |
|---|---|
| TO FILE DOCUMENTS UNDER SEAL | MDL NO. 1917 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

elizabeth.helmer@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**Kerr & Wagstaffe LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*