| | |
|---|---|
| 1 | ROBERT E. FREITAS (SBN 80948) |
| | rfreitas@fawlaw.com |
| 2 | JASON S. ANGELL (SBN 221607) |
| | jangell@fawlaw.com |
| 3 | JESSICA N. LEAL (SBN 267232) |
| | jleal@fawlaw.com |
| 4 | FREITAS ANGELL & WEINBERG LLP |
| | 350 Marine Parkway, Suite 200 |
| 5 | Redwood Shores, California  94065 |
| | Telephone:     (650) 593-6300 |
| 6 | Facsimile:      (650) 593-6301 |
| 7 | Attorneys for Defendants LG Electronics, Inc., |
| | LG Electronics U.S.A., Inc., and LG Electronics |
| 8 | Taiwan Taipei Co., Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 3:07-CV-05944 SC |
| | MDL NO. 1917 |
| This Document Relates To: | |
| DIRECT PURCHASER ACTIONS | **NOTICE OF APPEARANCE** |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Individual Case No. 13-cv-5264 | |
| *Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, Individual Case No. 11-cv-5261 | |
| *Sears, Roebuck and Co. and Kmart Corp v. Technicolor SA, et al.*, Individual Case No. 13-cv-5262 | |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Individual Case No. 13-cv-1173 | |
| *Target Corp. v. Technicolor SA, et. al.*, Individual Case No. 13-cv-5686 | |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Individual Case No. 14-cv-02510 | |

1   TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2   PLEASE TAKE NOTICE that Robert E. Freitas, Jason S. Angell, and Jessica N. Leal of Freitas Angell & Weinberg LLP hereby appears on behalf of defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. in the above-captioned matter.

All notices, including electronic or "ECF" notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matters, be provided to and served upon counsel at the address set forth below:

> Robert E. Freitas
> rfreitas@fawlaw.com
> Jason S. Angell
> jangell@fawlaw.com
> Jessica N. Leal
> jleal@fawlaw.com
> FREITAS ANGELL &WEINBERG LLP
> 350 Marine Parkway, Suite 200
> Redwood Shores, CA 94065
> Telephone: (650) 593-6300
> Facsimile: (650) 593-6301

Dated:  February 9, 2015                    FREITAS ANGELL & WEINBERG LLP


                                            */s/Robert E. Freitas*
                                            Robert E. Freitas
                                            Attorneys for Defendants
                                            LG Electronics, Inc.,
                                            LG Electronics U.S.A., Inc., and
                                            LG Electronics Taiwan Taipei Co., Ltd.