1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. MCGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  E-mail:       ghalling@sheppardmullin.com
                 jmcginnis@sheppardmullin.com
7                mscarborough@sheppardmullin.com

8  HELEN C. ECKERT, Cal. Bar No. 240531
   333 South Hope Street, 43rd Floor
9  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
10 Facsimile:    213-620-1398
   E-mail:       heckert@sheppardmullin.com
11
   Attorneys for Defendants
12 SAMSUNG SDI CO., LTD.,
   SAMSUNG SDI AMERICA, INC.,
13 SAMSUNG SDI (MALAYSIA) SDN. BHD.,
   SAMSUNG SDI MEXICO S.A. DE C.V.,
14 SAMSUNG SDI BRASIL LTDA.,
   SHENZHEN SAMSUNG SDI CO., LTD. and
15 TIANJIN SAMSUNG SDI CO., LTD.

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18
                    SAN FRANCISCO DIVISION
19

20 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |

21 | | MDL No. 1917 |

22 | This Document Relates to: | |

23 | *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502; | **DECLARATION OF JAMES L. MCGINNIS IN SUPPORT OF SDI DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. STEPHAN HAGGARD** |

25 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 11-cv-06396; | |

27 | *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | |

28 | *Dell Inc. and Dell Products L.P., v. Hitachi,* | |

1 | *Ltd., et al,* No. 13-cv-02171;

2 | *Electrograph Systems, Inc. and Electrograph Technologies Corp., v. Hitachi, Ltd., et al.,*
3 | No. 11-cv-01656;

4 | *Interbond Corporation of America v. Hitachi, Ltd., et al.,* No. 11-cv-06275;
5 |

6 | *Office Depot, Inc. v. Hitachi Ltd., et al.,* No. 11-cv-06276;

7 | *P.C. Richard & Son Long Island Corp., Marta Coooperative of Am., Inc., ABC Appliance,*
8 | *Inc. v. Hitachi, Ltd., et al.,* No. 12-cv-02648;

9 | *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*
10 | *v. Hitachi, Ltd., et al.,* No. 12-cv-02649;

11 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-
12 | cv-05514;

13 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;
14 |

15 | *Tech Data Corp and Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.,* No. 13-cv-00157;
16 |

17 | *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-02510..

18 |

19 | **EXHIBITS SUBMITTED UNDER SEAL**

I, James L. McGinnis, declare as follows:

1. I am a partner at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for defendants Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI"). I submit this declaration in support of SDI's Reply Brief in Support of Their Motion to Exclude Expert Testimony of Dr. Stephan Haggard ("Reply"). I have personal knowledge of the facts herein set forth and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Dr. Haggard's "SDI Personnel Profiles 1998-2007 Workbook," which was originally included as supporting material to the April 15, 2014 expert report of Dr. Haggard.

3. Attached hereto as Exhibit B is a true and correct copy of Dr. Haggard's "SDI-SEC Long Term Supply Contract, 1998-2001 Workbook," which was originally included as supporting material to the April 15, 2014 expert report of Dr. Haggard.

4. Attached hereto as Exhibit C is a true and correct copy of Supplemental Attachment A to Certain Direct Action Plaintiffs' Responses to Various Interrogatories, dated September 5, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of February 2015 in San Francisco, California.

*/s/ James L. McGinnis*
James L. McGinnis

# EXHIBIT A
# [SUBMITTED UNDER SEAL]

# EXHIBIT B
# [SUBMITTED UNDER SEAL]

# EXHIBIT C
[SUBMITTED UNDER SEAL]