1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. MCGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  Four Embarcadero Center, 17th Floor
   San Francisco, CA  94111-4109
5  Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947
6  E-mail:ghalling@sheppardmullin.com
                  jmcginnis@sheppardmullin.com
7                 mscarborough@sheppardmullin.com

8
   HELEN C. ECKERT, Cal. Bar No. 240531
9  333 South Hope Street, 43rd Floor
   Los Angeles, California  90071-1448
10 Telephone:    213-620-1780
   Facsimile:    213-620-1398
11 E-mail:       heckert@sheppardmullin.com

12
   Attorneys for Defendants
13 SAMSUNG SDI AMERICA, INC.,
   SAMSUNG SDI CO., LTD.,
14 SAMSUNG SDI (MALAYSIA) SDN. BHD.,
   SAMSUNG SDI MEXICO S.A. DE C.V.,
15 SAMSUNG SDI BRASIL LTDA.,
   SHENZEN SAMSUNG SDI CO., LTD. and
16 TIANJIN SAMSUNG SDI CO., LTD.

17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

21

22 | In re: CATHODE RAY TUBE (CRT)         | Case No. 07-5944 SC
   | ANTITRUST LITIGATION                  |
23 |                                       | MDL No. 1917
   |                                       | Judge: Hon. Samuel Conti
24 | This Document Relates to:             |
   |                                       | **CERTIFICATE OF SERVICE**
25 | *Alfred H. Siegel, as Trustee of the Circuit
   | City Stores, Inc. Liquidating Trust v. Hitachi,
26 | Ltd., et al.,* No. 11-cv-05502;
   |
27 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et
   | al.,* No. 11-cv-06396;
28 | (CONTINUED ON NEXT PAGE)

SMRH:434752569.1                                    CERTIFICATE OF SERVICE

1
2  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;
3  *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd., et al,* No. 13-cv-02171;
4
5  *Electrograph Systems, Inc. and Electrograph Technologies Corp., v. Hitachi, Ltd., et al.*, No. 11-cv-01656;
6
7  *Interbond Corporation of America v. Hitachi, Ltd., et al.*, No. 11-cv-06275;
8  *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;
9
10 *P.C. Richard & Son Long Island Corp., Marta Coooperative of Am., Inc., ABC Appliance, Inc. v. Hitachi, Ltd., et al.*, No.
11 12-cv-02648;
12 *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco,
13 LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;
14 *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-
15 cv-05514;
16 *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
17
18 *Tech Data Corp and Tech Data Product Management, Inc., v. Hitachi, Ltd., et al.*, No. 13-cv-00157;
19
20 *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-02510.
21
22
23
24
25
26
27
28

2

Case 4:07-cv-05944-JST   Document 3519-6   Filed 02/09/15   Page 3 of 6

# CERTIFICATE OF SERVICE

I, Matthew O'Hearn, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Sheppard, Mullin, Richter & Hampton, Four Embarcadero Center, 17th Floor, San Francisco, California 94111. I am readily familiar with the practice at my place of business for the collection and processing of mail.

On February 9, 2015, I served:

- **SDI DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. STEPHAN HAGGARD**

- **DECLARATION OF JAMES L. MCGINNIS IN SUPPORT OF SDI DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. STEPHAN HAGGARD**

☒ **BY ELECTRONIC MAIL**: true and correct copies of the above-referenced documents were sent to all the addressees listed below.

☐ **BY U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at SMRH in accordance with SMRH's ordinary business practices. I am readily familiar with SMRH's practice for collection and processing of mail, and know that in the ordinary course of SMRH's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 9, 2015, at San Francisco, California.

*/s/ Matthew O'Hearn*
Matthew O'Hearn

SMRH:434752569.1                                                                                    CERTIFICATE OF SERVICE

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

CASE NO. 07-5944 SC; MDL NO. 1917

**SERVICE LIST**

| | |
|---|---|
| H. Lee Godfrey<br>Kenneth S. Marks<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>lgodfrey@susmangodfrey.com<br>kmarks@susmangodfrey.com | Counsel for Plaintiff Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust<br><br>**BY EMAIL** |
| David J. Burman<br>Eric J. Weiss<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>DBurman@perkinscoie.com<br>EWeiss@perkinscoie.com | Counsel for Plaintiff Costco Wholesale Corporation<br><br>**BY EMAIL** |
| Debra D. Bernstein<br>Matthew D. Kent<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30303-3224<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>debra.bernstein@alston.com<br>matthew.kent@alston.com | Counsel for Plaintiffs Dell Inc. and Dell Products L.P.<br>**BY EMAIL** |
| William J. Blechman<br>**KENNY NACHWALTER, P.A.**<br>201 S. Biscayne Boulevard, Suite 1100<br>Miami, FL 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>wblechman@knpa.com | Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.<br>**BY EMAIL** |

| | |
|---|---|
| Jason C. Murray<br>**CROWELL & MORING LLP**<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5582<br>Facsimile: (213) 622-2690<br>jmurray@crowell.com | Counsel for Plaintiffs Target Corporation and Viewsonic Corporation<br><br>**BY EMAIL** |
| Robert W. Turken<br>Mitchell E. Widom<br>Scott N. Wagner<br>**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131-3456<br>Telephone: (305) 374-7580<br>Facsimile: (305) 734-7593<br>rturken@bilzin.com<br>mwidom@bilzin.com<br>swagner@bilzin.com | Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.<br><br>**BY EMAIL** |
| Philip J. Iovieno<br>Anne M. Nardacci<br>**BOIES, SCHILLER & FLEXNER LLP**<br>10 North Pearl Street, 4th Floor<br>Albany, NY  12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br>piovieno@bsfllp.com<br>anardacci@bsfllp.com | Liaison Counsel for Direct Action Plaintiffs; Counsel for Plaintiff Office Depot, Inc.; Plaintiff Interbond Corporation of America; Plaitiff Shultze Agency Services, LLC; Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp.; Plaintiffs P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc. d/b/a ABC Warehouse; Plaintiff CompuCom Systems, Inc.;<br><br>**BY EMAIL** |
| Mario N. Alioto<br>Lauren C. Russell<br>**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**<br>2280 Union Street<br>San Francisco, CA  94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>malioto@tatp.com<br>laurenrussell@tatp.com | Interim Lead Counsel for the Indirect Purchaser Plaintiffs<br><br>**BY EMAIL** |

SMRH:434752569.1                                                              CERTIFICATE OF SERVICE

| | |
|---|---|
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey Rushing<br>**SAVERI & SAVERI, INC.**<br>706 Sansome Street<br>San Francisco, CA  94111-1730<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>guido@saveri.com<br>rick@saveri.com<br>grushing@saveri.com | Interim Lead Counsel for the Direct Purchaser Plaintiffs<br><br>**BY EMAIL** |
| Emilio E. Varanini, IV, Esq.<br>Deputy Attorney General<br>State of California<br>Department of Justice<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102-7004<br>emilio.varanini@doj.ca.gov | Counsel for Plaintiff State of California<br><br>**BY EMAIL** |
| Ian Simmons<br>Benjamin G. Bradshaw<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>isimmons@omm.com<br>bbradshaw@omm.com | Counsel for Non-Party Samsung Electronics Co., and Samsung Electronics America, Inc. |
| **ALL DEFENSE COUNSEL** | **BY EMAIL** |

SMRH:434752569.1                                                                                   CERTIFICATE OF SERVICE