Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397<br><br>*Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171 | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656

2

3  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05724

4

5  *Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275

6

7  *Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727

8  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276

9

10 *Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726

11

12 *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648

13

14 *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725

15 *Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514

16

17

18 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157

19

20 *Viewsonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:14-cv-002510

21
22
23
24
25
26
27
28

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants, by and through their
2  counsel, respectfully request an Order permitting them to file under seal designated portions
3  of the Reply Memorandum in Support of Motion to Exclude Certain Expert Testimony of
4  Professor Kenneth Elzinga and the entirety of Exhibit A to the Declaration of Lucius B. Lau
5  in support thereof ("Lau Reply Declaration").

6  Defendants request that portions of the Reply and the exhibit attached to the Lau
7  Reply Declaration be filed under seal pursuant to Civil Local Rules 79-5(c) and (d) because
8  they contain references to and/or excerpts of documents and testimony that have been
9  designated "confidential" or "highly confidential" pursuant to the Protective Order governing
10 this action (Dkt. No. 306, filed June 18, 2008).

11 This motion is supported by the Declaration of Lucius B. Lau, dated February 9, 2015
12 ("Lau Sealing Declaration").  Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking
13 to file a document, or portions thereof, under seal must file an administrative motion to file
14 under seal" accompanied by "a declaration establishing that the document sought to be filed
15 under seal, or portions thereof, are sealable."  Because the above-cited materials are subject
16 to a protective order and contain sensitive business information, compelling reasons exist for
17 sealing the documents.  *See, e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172,
18 1179 (9th Cir. 2006).

19 Exhibit A to the Lau Reply Declaration is an excerpt of deposition testimony from the
20 Plaintiffs' expert that has been designated "Highly Confidential" under the terms of the
21 Stipulated Protective Order entered in this case.  Defendants seek to submit this material
22 under seal in good faith in order to comply with the Protective Order and this Court's Local
23 Rules. Defendants take no position as to the confidentiality of the excerpted testimony in
24 Exhibit A.  If Plaintiffs believe that the testimony is "Highly Confidential," it is their burden
25 to establish that the designated material is in fact sealable. Civ. L. R. 79-5(d); *see Kamakana*,
26 447 F.3d at 1178-1180.  Defendants respectfully submit this administrative motion pursuant
27 to the Protective Order and Civil Local Rule 79-5, and, through this submission, hereby
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917

1  notifies the Plaintiffs of their burden to establish that the designated material is properly
2  sealable. *See Kamakana*, 447 F.3d at 1178-1180.
3    For these reasons, Defendants respectfully submit this motion pursuant to Civil
4  Local Rules 7-11 and 79-5.

5                    Respectfully submitted,

7  Dated:  February 9, 2015              **WHITE & CASE LLP**

9                    By:  /s/ Lucius B. Lau
                          Christopher M. Curran (*pro hac vice*)
10                         ccurran@whitecase.com
                          Lucius B. Lau (*pro hac vice*)
11                         alau@whitecase.com
12                         Dana E. Foster (*pro hac vice*)
                          defoster@whitecase.com
13                         701 Thirteenth Street, N.W.
14                         Washington, DC  20005
                          tel.: (202) 626-3600
15                         fax: (202) 639-9355

17                         *Counsel to Defendants Toshiba*
                          *Corporation, Toshiba America, Inc.,*
18                         *Toshiba America Consumer Products, LLC,*
                          *Toshiba America Information Systems, Inc.,*
19                         *and Toshiba America Electronic*
20                         *Components, Inc.*

21                         (With respect to all of the above-captioned
22                         cases except for *Dell Inc., et al. v. Hitachi,*
                          *Ltd., et al.*, No. 13-cv-0271)
23
24                         BAKER BOTTS LLP

25                    By:  /s/ John M. Taladay
26                         JOHN M. TALADAY (*pro hac vice*)
                          john.taladay@bakerbotts.com
27                         JOSEPH OSTOYICH (*pro hac vice*)
28                         joseph.ostoyich@bakerbotts.com

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
2

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  ERIK T. KOONS (*pro hac vice*)
2  erik.koons@bakerbotts.com
   CHARLES M. MALAISE (*pro hac vice*)
3  Charles.malaise@bakerbotts.com
   BAKER BOTTS LLP
4  1299 Pennsylvania Avenue, N.W.
5  Washington DC 20004-2400
   Telephone:  (202) 639-7700
6  Facsimile:  (202) 639-7890
7
8  JON V. SWENSON (SBN 233054)
   jon.swenson@bakerbotts.com
9  BAKER BOTTS LLP
10 1001 Page Mill Road
   Building One, Suite 200
11 Palo Alto, CA 94304
12 Telephone:  (650) 739-7500
   Facsimile:  (650) 739-7699
13 E-mail:  jon.swenson@bakerbotts.com
14
   *Attorneys for Defendants Koninklijke*
15 *Philips N.V., Philips Electronics North*
   *America Corporation, Philips Taiwan Ltd.,*
16 *and Philips do Brasil, Ltda.*
17 By: */s/ Jeffrey L. Kessler*
   WINSTON & STRAWN LLP
18 Jeffrey L. Kessler (*pro hac vice*)
19 A. Paul Victor (*pro hac vice*)
   Aldo A. Badini Cal. Bar No. 257086
20 Eva W. Cole (*pro hac vice*)
21 Molly M. Donovan (*pro hac vice*)
   200 Park Avenue
22 New York, NY 10166
23 Telephone:(212) 294-4692
   Facsimile: (212) 294-4700
24 Email:   jkessler@winston.com
25          abadini@winston.com
            pvictor@winston.com
26          ewcole@winston.com
27          mmdonovan@winston.com
28
   WEIL, GOTSHAL & MANGES LLP

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917

3

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steven A. Reiss (*pro hac vice*)
David L. Yohai (*pro hac vice*)
Adam C. Hemlock (*pro hac vice*)
767 Fifth Avenue
New York, NY 10153-0119
Telephone:(212) 310-8000
Facsimile:  (212) 310-8007
Email:    steven.reiss@weil.com
               david.yohai@weil.com
               adam.hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

(With respect to all of the above-captioned cases except for *Dell Inc., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-0271, and *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06397)


By: */s/ Michael W. Scarborough*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:(415) 434-9100
Facsimile:  (415) 434-3947
E-mail:ghalling@sheppardmullin.com
            jmcginnis@sheppardmullin.com
            mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*

| | |
|---|---|
| 1 | *Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 2 | |
| 3 | |
| 4 | By: */s/ Eliot A. Adelson* |
| 5 | KIRKLAND & ELLIS LLP |
| 6 | Eliot A. Adelson Cal. Bar. No. 205284 |
| 7 | 555 California Street, 27th Floor |
| 8 | San Francisco, CA 94104 |
| 9 | Telephone:(415) 439-1400 |
|   | Facsimile: (415) 439-1500 |
|   | Email:   eadelson@kirkland.com |
| 10 | *Attorneys for Defendants Hitachi, Ltd.,* |
| 11 | *Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi* |
| 12 | *America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | By: */s/ Rachel S. Brass* |
| 18 | GIBSON, DUNN & CRUTCHER LLP |
| 19 | Rachel S. Brass Cal. Bar. No. 219301 |
|    | Joel S. Sanders Cal. Bar. No. 107234 |
| 20 | Austin V. Schwing Cal. Bar. No. 211696 |
| 21 | 555 Mission Street, Suite 3000 |
| 22 | San Francisco, CA 94105 |
|    | Telephone:(415) 393-8200 |
| 23 | Facsimile: (415) 393-8306 |
| 24 | Email:   rbrass@gibsondunn.com |
|    |              jsanders@gibsondunn.com |
| 25 |              aschwing@gibsondunn.com |
| 26 | *Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture* |
| 27 | *Tubes (Malaysia)* |
| 28 | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
5

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| 1 | By: */s/ Kathy L. Osborn* |
| 2 | FAEGRE BAKER DANIELS LLP |
|   | Kathy L. Osborn (*pro hac vice*) |
| 3 | Ryan M. Hurley (*pro hac vice*) |
| 4 | 300 N. Meridian Street, Suite 2700 |
|   | Indianapolis, IN 46204 |
| 5 | Telephone: (317) 237-0300 |
|   | Facsimile: (317) 237-1000 |
| 6 | kathy.osborn@FaegreBD.com |
| 7 | ryan.hurley@FaegreBD.com |

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*


By: */s/ Michael T. Brody*
JENNER&BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER&BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Nathan Lane, III*
Mark Dosker
Nathan Lane, III
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:  415.954.0200
Facsimile:  415.393.9887
Email:  mark.dosker@squirepb.com
nathan.lane@squirepb.com

Donald A. Wall (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone:  602.528.4000
Facsimile:  602.253.8129
Email:  donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

By: */s/ Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email:  jzuckerman@curtis.com
           etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co. et al. v. Technicolor SA, et al.*

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By: */s/ Michael Lacovara*
Michael Lacovara (209279)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: 212 277 4000
Facsimile: 212 277 4001
Email:  michael.lacovara@freshfields.com

Terry Calvani (53260)
Richard Snyder (pro hac vice)
Christine Laciak (pro hac vice)
Freshfields Bruckhaus Deringer US LLP

700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
Email: christine.laciak@freshfields.com

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*

JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)

William.Temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd.*

# CERTIFICATE OF SERVICE

On February 9, 2015, I caused a copy of "DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                                */s/ Lucius B. Lau*
                                                  Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005