White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397<br><br>*Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05724<br><br>*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275<br><br>*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648
2
3  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725
4
5  *Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514
6
7  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157
8
9  *Viewsonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:14-cv-002510
10

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

Upon consideration of Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with the Defendants' Reply Memorandum in Support of Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga ("Defendants' Reply"), and the Declaration of Lucius B. Lau in Support of the Defendants' Reply, it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall maintain under seal the designated portions of the Reply Memorandum in Support of Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga and the entirety of Exhibit A to the Declaration of Lucius B. Lau in support thereof, which consist wholly of material designated as "Highly Confidential" or "Confidential" by the parties to this litigation.

**IT IS SO ORDERED.**

Dated: _____    _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917