Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone:  415-563-7200
Facsimile: 415-346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

 *Class Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER APPROVING PAYMENT OF EXPENSES** |
| INDIRECT PURCHASER ACTION | |

1    WHEREAS, Indirect Purchaser Plaintiffs ("IPPs") and Defendants LG Electronics, Inc.,

2  LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd, (collectively, "LG")

3  entered into a settlement agreement on May 28, 2013 by which LG agreed to pay IPPs Twenty

4  Five Million Dollars ($25,000,000) in return for a release of claims;

5    WHEREAS, the settlement agreement also provides that:

6    [A]fter final approval, Class Counsel may apply to use any amount paid by LG to
     pay the past or future expenses of this litigation.
7

8  LG Settlement Agreement, ¶ 22(a);

9    WHEREAS, the Court granted preliminary approval of the LG settlement on December 9,

10  2013 (Dkt. No.2248);

11    WHEREAS, in its Order Granting Preliminary Approval of Class Action Settlement With

12  LG, the Court directed IPPs' Class Counsel to provide notice to class members of the terms of the

13  settlement, including Class Counsel's request to withdraw up to $5 million from the Settlement

14  Fund to pay expenses incurred or to be incurred in this litigation;

15    WHEREAS, said notice was given to Class Members as directed by the Court;

16    WHEREAS, the published notice provided that at the Final Approval Hearing: "The Court

17  will also consider Lead Counsel's request that $5 million from the Settlement Fund be set aside to

18  pay for expenses incurred or to be incurred in prosecuting this case.";

19    WHEREAS, after the Fairness Hearing, the Court entered its Order Granting Final

20  Approval of Settlement With LG, including the request that $5 million from the Settlement Fund

21  be set aside to pay for expenses incurred or to be incurred in prosecuting this litigation  (Dkt. No.

22  2542);

23    WHEREAS, the Order Granting Final Approval of Settlement With LG is now final;

24    WHEREAS, the Court has previously approved the withdrawal of $1,250,000 by IPPs to

25  be used to pay expenses (Dkt Nos. 2618, 2944);

26    WHEREAS, IPPs' Class Counsel seeks to withdraw an additional $2,500,000 from the

27  Escrow Fund at this time to pay for expenses incurred in this litigation (specifically, to pay the

28

STIPULATION AND [PROPOSED] ORDER APPROVING EXPENSES MDL No. 1917

1  cost of IPPs' expert economist's work in preparing the IPPs' merits and damages reports and

2  responding to multiple merits and damages reports submitted by defendants' experts and for other

3  trial preparation;

4        WHEREAS, LG has no objection to IPPs' Class Counsel withdrawing $2,500,000 from

5  the Escrow Fund to pay for expenses incurred or to be incurred in this litigation.

6        IT IS HEREBY STIPULATED by and between counsel for the undersigned Plaintiffs and

7  Defendants, as follows:

8        Class Counsel for the IPPs may withdraw $2,500,000 from the LG Settlement Fund

9  Escrow Account to pay expenses incurred or to be incurred in this litigation.  The balance of the

10  settlement fund shall remain in the escrow account, to be distributed upon further Court Order.

11  IPPS' Class Counsel shall provide the Court with an accounting of all expenses paid.

12       The undersigned parties jointly and respectfully request that the Court enter this

13  stipulation as an order.

14

15  Dated: January 16, 2015          By:     /s/ Mario N. Alioto
                                              Mario N. Alioto
16                                            TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                              2280 Union Street
17                                            San Francisco, CA 94123
                                              Telephone: (415) 563-7200
18                                            Facsimile: (415) 346-0679
                                              malioto@tatp.com
19
20                                            **Class Counsel for the Indirect Purchaser**
                                              **Plaintiffs**
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER APPROVING EXPENSES MDL No. 1917

1   Dated: January 16, 2015      By:    /s/ Hojoon Hwang

2                                           Hojoon Hwang
                                         MUNGER TOLLES & OLSON LLP

3                                         560 Mission Street, 27th Floor
                                         San Francisco, CA 94105

4                                         Telephone: (415) 512-4000
                                         Hojoon.Hwang@mto.com

5

6                                         **Attorneys for Defendants LG Electronics, Inc.;
LG Electronics USA, Inc.; and LG Electronics
Taipei Taiwan Taipei Co., Ltd**

7

8

9

10  **IT IS SO ORDERED.**

11

12

13  Dated: _____02/12___, 2015

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER APPROVING EXPENSES MDL No. 1917