GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:14-cv-02510-SC | **DECLARATION OF AUSTIN SCHWING IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION IN LIMINE TO EXCLUDE OPINIONS OR CALCULATIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THE CHUNGHWA DEFENDANTS** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF AUSTIN SCHWING IN SUPPORT OF CPT AND CPTM'S MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO CHUNGHWA DEFENDANTS – MASTER CASE NO. 07-CV-5944 SC

I, Austin Schwing, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. in the above-referenced action.

2. I submit this declaration in support of Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable to Chunghwa Defendants. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. Attached as **Exhibit A** is a true and correct copy of cited excerpts from the certified deposition transcript of Dr. Alan S. Frankel, which took place on July 10, 2014.

4. Attached as **Exhibit B** is a true and correct copy of cited excerpts from the certified deposition transcript of Dr. James McClave, which took place on June 25, 2014.

5. Attached as **Exhibit C** is a true and correct copy of cited excerpts of Dr. Alan S. Frankel's June 6, 2014 expert report prepared on behalf of Plaintiff ViewSonic Corporation.

6. Plaintiffs have agreed that the above-cited excerpts do not need to be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February 2015, at San Francisco, California.

By: ___/s/ *Austin Schwing*___
      Austin Schwing

101878940.1

1

DECLARATION OF AUSTIN SCHWING IN SUPPORT OF CPT AND CPTM'S MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO CHUNGHWA DEFENDANTS – MASTER CASE NO. 07-CV-5944 SC