# Exhibit B

Page 1

1     IN THE UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
2            SAN FRANCISCO DIVISION

3

4

   IN RE:  CATHODE RAY TUBE
5  (CRT) ANTITRUST LITIGATION

6

      Master File No.
7  3:07-cv-05944 SC
        MDL NO. 1917
8     Judge:  Hon. Samuel Conti

9

10

         VIDEOTAPED DEPOSITION OF JAMES MCCLAVE, Ph.D.
11
           Taken on Behalf of the Defendant
12

13
         DATE TAKEN:         Wednesday, June 25, 2014
14
         TIME:               9:00 a.m. - 1:50 p.m.
15
         PLACE:              Greenberg Traurig
16                           450 South Orange Avenue
                             Orlando, Florida
17

18

19

20

21
               STENOGRAPHICALLY REPORTED BY:
22                 NORA KELLY-MEOLA, RPR

23

24

25        Job No. 80760

```
 1   APPEARANCES:
     Counsel for Plaintiff and the witness:
 2       Philip Iovieno
         Anne Nardacci
 3       Kyle Smith
         Boies Schiller & Flexner
 4       30 South Pearl Street
         Albany, NY 12207
 5

 6
     Counsel for Plaintiff, Philips:
 7       Charles Loughlin
         Baker Botts
 8       1299 Pennsylvania Avenue Northwest
         Washington, DC 20004
 9

10   Counsel for Plaintiff, ViewSonic Corp and Target Corp.:
         Robert McNary
11       Crowell & Moring
         515 South Flower Street
12       Los Angeles, CA 90071

13

14   Counsel for Plaintiff and the witness:
         Jonathan Weiss
15       Klee Tuchin Bogdanoff & Stern
         1999 Avenue of the Stars
16       Los Angeles, CA 90067

17

18   Counsel for Plaintiff, Mitsubishi:
         John Lahad
19       Susman Godfrey
         1000 Louisiana
20       Houston, TX 77002

21

22   Counsel for Defendant, Panasonic:
         Jeffrey Kessler
23       Jennifer Stewart
         Winston & Strawn
24       200 Park Avenue
         New York, NY 10166
25
```

```
 1   Counsel for Defendant, Samsung SDI:
         James McGinnis
 2       Sheppard Mullin Richter & Hampton
         Four Embarcadero Center
 3       San Francisco, CA 94111

 4

 5   Counsel for Defendant, LG:
         William Temko
 6       Munger Tolles & Olson
         355 South Grand Avenue
 7       Los Angeles, CA 90071

 8

 9    Counsel for Defendant, Chunghwa Picture Tube:
         Rachel Brass
10       Gibson Dunn & Crutcher
         555 Mission Street
11       San Francisco, CA 94105

12
     Counsel for Defendant, Mitsubishi:
13       Lucius Lau
         White & Case
14       701 Thirteenth Street Northwest
         Washington, DC 20005
15

16   Counsel for Defendant, Hitachi:
         Matthew Hertko
17       Kirkland & Ellis
         300 North LaSalle
18       Chicago, IL 60654
         Appeared via telephone conference call
19

20

21   Counsel for State of California:
         Paul Moore, III
22       Deputy Attorney General - State of California
         455 Golden Gate Avenue
23       San Francisco, CA 94012
         Appeared via telephone conference call
24

25
```

1   Counsel for Defendant, Mitsubishi Electric:
        Shaun Van Horn
2       Jenner & Block
        353 North Clark Street
3       Chicago, IL 60654
        Appeared via telephone conference call
4

5   ALSO PRESENT:

6       Jamie Hollingsworth, Videographer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 9                    CROSS-EXAMINATION
10     BY MS. BRASS:
11         Q.   Hello, Dr. McClave.  I'm Rachel Brass.  I'm
12     from Gibson, Dunn & Crutcher, the Chunghwa Picture Tube
13     defendants.
14         A.   Hello.
15         Q.   Hello.  Just to make sure I understand your
16     report, do you attempt to offer an opinion on the
17     traceability of tubes sold by Chunghwa Pictures Tubes to
18     particular tube customers or to the plaintiffs for whom
19     you have submitted your report?
20         A.   Did I understand you to ask about
21     traceability --
22         Q.   Exactly.
23         A.   -- following the tube?
24         Q.   Yeah.  Do you offer an opinion on that?
25         A.   No.
```

Page 139

1    Q.   Okay.  Do you know or did you study what
2  proportion of purchases made by any of the plaintiffs in
3  your report included Chunghwa Picture Tubes as tubes?
4    A.   So make sure I understand it, the finished
5  products that purchased by plaintiffs, is that what
6  you're asking about?
7    Q.   Uh-hum.  Did you study what percentage of tubes
8  in the products they purchased were Chunghwa Pictures
9  Tubes tubes?
10   A.   No.

```
 1                CERTIFICATE OF REPORTER OATH
 2
 3     STATE OF FLORIDA
 4     COUNTY OF POLK
 5
 6           I, the undersigned authority, hereby certify
 7     that the witness named herein personally appeared before
 8     me and was duly sworn.
 9
10           WITNESS my hand and official seal this 8th day
11     of July 2014.
12
13
14
15
16           _____
17           NORA KELLY-MEOLA, RPR, CLR
18           NOTARY PUBLIC - STATE OF FLORIDA
19           MY COMMISSION NO.  FF 065827
20           EXPIRES: NOVEMBER 27, 2017
21           SCLAFANI WILLIAMS COURT REPORTERS, INC.
22
23
24
25
```

Page 150

1              REPORTER'S DEPOSITION CERTIFICATE

2

3     STATE OF FLORIDA

4     COUNTY OF POLK

5

6         I, Nora Kelly-Meola, Shorthand Reporter and

7     Notary Public in and for the State of Florida at large,

8     hereby certify that the witness appeared before me for

9     the taking of the foregoing deposition, and that I was

10    authorized to and did stenographically and

11    electronically report the deposition, and that the

12    transcript is a true and complete record of my

13    stenographic notes and recordings thereof.

14        I FURTHER CERTIFY that I am neither an attorney,

15    nor counsel for the parties to this cause, nor a

16    relative or employee of any attorney or party connected

17    with this litigation, nor am I financially interested in

18    the outcome of this action.

19        DATED THIS 8th day of July 2014 at Lakeland,

20    Polk County, Florida.

21

22

23             _____
               Nora Kelly-Meola
24             SCLAFANI WILLIAMS COURT REPORTERS, INC.

25