Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com
         srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>SEARS, ROEBUCK & CO., AND KMART CORPORATION v. HITACHI, LTD., et al., Case No. 11-cv-5514-SC<br><br>&<br><br>SEARS, ROEBUCK & CO., AND KMART CORPORATION v. TECHNICOLOR, S.A., et al. Case No. 13-cv-5262-SC | **STIPULATION AND [PROPOSED] ORDER DISMISSING STATE LAW CLAIMS WITH PREJUDICE** |

Plaintiffs Sears, Roebuck and Co., and Kmart Corporation ("Plaintiffs") and Defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia), Irico Group Corporation, Irico Group Electronics Co., Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LP Displays International Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Shenzhen SEG Hitachi Color Display Devices, Ltd., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing Matsushita Color CRT Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samtel Color Ltd., Thai CRT Co., Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Videocon Industries, Ltd., Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC), Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc., being all the defendants in this case (collectively, "Defendants") state as follow:

On October 3, 2013, Plaintiffs filed their Second Amended Complaint ("SAC") in individual case number 3:11-cv-05514-SC (MDL Master Dkt. No. 1973). On November 11, 2013, Plaintiffs filed their Complaint in individual case number 3:13-cv-05562-SC (Ind. Case

Dkt. No. 1) (the "Thomson/Mitsubishi/TDA Complaint"). The SAC and the Thomson/ Mitsubishi/TDA Complaint are the "Complaints." In the Complaints, Plaintiffs assert claims for relief against Defendants under the Sherman Act, the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.* New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*

Plaintiffs previously stipulated to the dismissal of their claims against Defendants under Massachusetts G.L. c. 93A, §§ 2, *et seq.*, California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Iowa Code §§ 553.1, *et seq.*, Massachusetts G.L. c. 93A, §§ 2, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, Mississippi Code Ann. §§ 75-21-1, *et seq.*, Nebraska Rev. Stat. §§ 59-801, *et seq.*, Nevada Rev. Stat. Ann. §§ 598A, *et seq.*, New Mexico Stat. Ann. §§ 57-1-1, *et seq.* New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq. See* Dkt. 2962 & 2979.

Plaintiffs now seek to dismiss their remaining state-law claims against Defendants under the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.* and Michigan Comp. Laws Ann. §§ 445.771, *et seq*. Plaintiffs also seek to withdraw their Joinders to Best Buy's Response in Opposition to Chunghwa's Motion for Partial Summary Judgment on Due Process Grounds, Dkt. 3259, and to Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment on State Law Claims Limited to Intrastate Activity, Dkt. 3255.

Plaintiffs are not dismissing, and will continue to prosecute, their claims against Defendants under the Sherman Act.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the claims Plaintiffs asserted against Defendants in these cases under the Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.* and Michigan Comp. Laws Ann. §§ 445.771, *et seq.* are dismissed with prejudice. Plaintiffs' Joinders to Best Buy's Response in Opposition to Chunghwa's Motion for Partial Summary Judgment on Due Process Grounds, and to Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment on State Law Claims Limited to Intrastate Activity are also withdrawn (Dkts. 3255 & 3259). Both Plaintiffs and Defendants agree to bear their own costs and attorneys' fees with respect to the dismissed claims. This dismissal does not apply to the claims Plaintiffs asserted against Defendants in these cases under the Sherman Act.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 02/12/2015

_____
Hon. Samuel Conti
United States District Judge

| | | |
|---|---|---|
| 1 | Dated: January 14, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | KENNY NACHWALTER, P.A. |
| 4 | | By: /s/ Samuel J. Randall |
| | | Richard Alan Arnold, Esquire (p*ro hac vice*) |
| 5 | | William J. Blechman, Esquire (*pro hac vice*) |
| 6 | | Kevin J. Murray (*pro hac vice*) |
| | | Samuel J. Randall (*pro hac vice*) |
| 7 | | **KENNY NACHWALTER, P.A.** |
| | | 201 S. Biscayne Boulevard, Suite 1100 |
| 8 | | Miami, Florida 33131 |
| 9 | | Tel:  (305) 373-1000 |
| | | Fax: (305) 372-1861 |
| 10 | | Email:     rarnold@knpa.com |
| 11 | | wblechman@knpa.com |
| | | kmurray@knpa.com |
| 12 | | srandall@knpa.com |
| 13 | | |
| 14 | | *Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.* |
| 15 | | |
| 16 | | WINSTON & STRAWN LLP |
| 17 | | |
| 18 | | By: /s/ Jeffrey L. Kessler |
| | | JEFFREY L. KESSLER (*pro hac vice*) |
| 19 | | JKessler@winston.com |
| 20 | | A. PAUL VICTOR (*pro hac vice*) |
| | | PVictor@winston.com |
| 21 | | ALDO A. BADINI (SBN 257086) |
| 22 | | ABadini@winston.com |
| | | EVA W. COLE (*pro hac vice*) |
| 23 | | EWCole@winston.com |
| 24 | | MOLLY M. DONOVAN |
| | | MMDonovan@winston.com |
| 25 | | **WINSTON & STRAWN LLP** |
| 26 | | 200 Park Avenue |
| | | New York, NY 10166 |
| 27 | | Telephone: (212) 294-6700 |
| 28 | | Facsimile: (212) 294-4700 |
| | | |
| | | STEVEN A. REISS (*pro hac vice*) |

STIPULATION AND [PROPOSED] ORDER
DISMISSING STATE LAW CLAIMS WITH PREJUDICE
Case No. 07-5944 SC
MDL No. 1917

steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*


KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
JAMES MAXWELL COOPER (SBN 284054)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, California 94104
Tel: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: eadelson@kirkland.com
E-mail: max.cooper@kirkland.com

JAMES H. MUTCHNIK, P.C. (*pro hac vice*)
KATE WHEATON (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

WHITE & CASE LLP

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*


MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560

STIPULATION AND [PROPOSED] ORDER
DISMISSING STATE LAW CLAIMS WITH PREJUDICE
Case No. 07-5944 SC
MDL No. 1917

Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

BAKER BOTTS LLP

By: */s/ Jon V. Swenson*
JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

STIPULATION AND [PROPOSED] ORDER
DISMISSING STATE LAW CLAIMS WITH PREJUDICE
Case No. 07-5944 SC
MDL No. 1917

E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*


GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
Joel S. Sanders (SBN 107234)
jsanders@gibsondunn.com
Rachel S. Brass (SBN 219301)
rbrass@gibsondunn.com

Austin V. Schwing (SBN 211696)
aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*


FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By: */s/ Richard Snyder*

TERRY CALVANI (SBN 53260)

Email: terry.calvani@freshfields.com
CHRISTINE LACIAK(*pro hac vice*)
Email: christine.laciak@freshfields.com
RICHARD SNYDER (*pro hac vice*)
Email: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*


CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: */s/ Jeffrey I. Zuckerman*

Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Email: jzuckerman@curtis.com
         etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC*

JENNER & BLOCK LLP

By:   /s/ Terrence J. Truax
JENNER & BLOCK LLP

STIPULATION AND [PROPOSED] ORDER
DISMISSING STATE LAW CLAIMS WITH PREJUDICE
Case No. 07-5944 SC
MDL No. 1917

| | |
|---|---|
| 1 | Terrence J. Truax *(pro hac vice)* |
| 2 | Michael T. Brody *(pro hac vice)* |
| | 353 N. Clark Street |
| 3 | Chicago, Illinois 60654-3456 |
| 4 | Telephone: (312) 222-9350 |
| | Facsimile: (312) 527-0484 |
| 5 | ttruax@jenner.com |
| 6 | mbrody@jenner.com |
| 7 | Brent Caslin (Cal. Bar. No. 198682) |
| 8 | JENNER & BLOCK LLP |
| | 633 West Fifth Street, Suite 3600 |
| 9 | Los Angeles, California 90071 |
| 10 | Telephone: (213) 239-5100 |
| | Facsimile: (213) 239-5199 |
| 11 | bcaslin@jenner.com |

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*