(*Stipulating Parties Listed on Signature Pages*)

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | |
| ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR BRIEFING AND HEARING DATE FOR MOTIONS IN LIMINE** |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
| *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264 | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; | |
| *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | |
| *Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514; | |
| *Viewsonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:14-cv-002510 | |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling dated December 12, 2014 (Doc. No. 3182) ("Stipulation and Order"), Indirect Purchaser Plaintiffs ("IPPs"), Direct Action Plaintiffs' ("DAPs") and Defendants must file any motions in limine no later than February 13, 2015;

WHEREAS, pursuant to the Stipulation and Order, IPPs, DAPs and Defendants must file oppositions to motions in limine no later than February 20, 2015;

WHEREAS, pursuant to the Stipulation and Order, the Court will hold a hearing on all motions in limine on February 27, 2015;

WHEREAS, pursuant to the Scheduling Order dated February 9, 2015 (Doc. No. 3515) the

1   Court vacated the trial date, pre-trial conference, and all outstanding pre-trial deadlines and set a

2   status conference and trial setting for August 7, 2015;

3        WHEREAS, counsel for the IPPs, DAPs, and Defendants have met and conferred and

4   agree that a modest modification of the case schedule regarding motions in limine will aid in the

5   efficient resolution of the litigation;

6        IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs,

7   DAPs, and Defendants as follows:

8        1.  Oppositions to any motion in limine must be filed no later than February 27, 2015;

9        2.  Replies to any motion in limine must be filed no later than March 6, 2015; and

10       3.  The hearing before the Court regarding all motions in limine will be held at the

11  Court's convenience.

12                         * * *

13       The undersigned parties jointly and respectfully request that the Court enter this

14  stipulation as an order.

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  Dated:_____       _____

19                                      Hon. Samuel Conti

                             United States District Judge

20

21

22  DATED: February 13, 2015

23                         BAKER BOTTS LLP

24                         By: _/s/ John M. Taladay_____

25                           JOHN M. TALADAY (*pro hac vice*)

                         john.taladay@bakerbotts.com

26                           JOSEPH OSTOYICH (*pro hac vice*)

                         joseph.ostoyich@bakerbotts.com

27                           ERIK T. KOONS (*pro hac vice*)

                         erik.koons@bakerbotts.com

                         CHARLES M. MALAISE (*pro hac vice*)

28                           Charles.malaise@bakerbotts.com

                         BAKER BOTTS LLP

2

1299 Pennsylvania Avenue, N.W.
Washington DC 20004-2400
Telephone:  (202) 639-7700
Facsimile:  (202) 639-7890

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone:  (650) 739-7500
Facsimile:  (650) 739-7699
E-mail:  jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V.,*
*Philips Electronics North America Corporation,*
*Philips Taiwan Ltd., and Philips do Brasil, Ltda.*

**WHITE & CASE** LLP

By:  */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America Information*
*Systems, Inc., Toshiba America Consumer Products,*
*L.L.C., and Toshiba America Electronic*
*Components, Inc.*

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
WINSTON & STRAWN LLP
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)
Aldo A. Badini Cal. Bar No. 257086
Eva W. Cole (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:     (212) 294-4692

3

1

Facsimile:      (212) 294-4700
Email:          jkessler@winston.com

2

abadini@winston.com

3

pvictor@winston.com
ewcole@winston.com

4

mmdonovan@winston.com

5

WEIL, GOTSHAL & MANGES LLP

6

Steven A. Reiss (*pro hac vice*)
David L. Yohai (*pro hac vice*)

7

Adam C. Hemlock (*pro hac vice*)

8

767 Fifth Avenue
New York, NY 10153-0119

9

Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007

10

Email:          steven.reiss@weil.com

11

david.yohai@weil.com
adam.hemlock@weil.com

12

*Attorneys for Defendants Panasonic Corporation*

13

*(f/k/a Matsushita Electric Industrial Co., Ltd.),*
*Panasonic Corporation of North America, and MT*

14

*Picture Display Co., Ltd.*

15

SHEPPARD MULLIN RICHTER & HAMPTON
LLP

16

17

By: */s/ James L. McGinnis*
SHEPPARD MULLIN RICHTER & HAMPTON

18

LLP
Gary L. Halling, Cal. Bar No. 66087

19

James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524

20

Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109

21

Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947

22

E-mail:         ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com

23

mscarborough@sheppardmullin.com

24

*Attorneys for Defendants Samsung SDI America,*
*Inc.; Samsung SDI Co., Ltd.; Samsung SDI*

25

*(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.*
*DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*

26

*Samsung SDI Co., Ltd. and Tianjin Samsung SDI*
*Co., Ltd.*

27

28

4

KIRKLAND & ELLIS LLP

By: /s/ Eliot A. Adelson
KIRKLAND & ELLIS LLP
Eliot A. Adelson Cal. Bar. No. 205284
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:        eadelson@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*


GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass Cal. Bar. No. 219301
Joel S. Sanders Cal. Bar. No. 107234
Austin V. Schwing Cal. Bar. No. 211696
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306
Email:        rbrass@gibsondunn.com
jsanders@gibsondunn.com
aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*


FAEGRE BAKER DANIELS LLP

By: /s/ Kathy L. Osborn
FAEGRE BAKER DANIELS LLP
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINE FOR BRIEFING AND HEARING DATE FOR MOTIONS IN LIMINE

Case No. 07-5944
MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and
Thomson Consumer Electronics, Inc.*


JENNER & BLOCK LLP

By: */s/ Michael T. Brody*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER&BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US, Inc. and,
Mitsubishi Electric Visual Solutions America, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Donald A. Wall*
Mark Dosker
Nathan Lane, III
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:  415.954.0200
Facsimile:  415.393.9887
Email:  mark.dosker@squirepb.com
nathan.lane@squirepb.com

6

1

2          Donald A. Wall (*Pro Hac Vice*)
           SQUIRE PATTON BOGGS (US) LLP
3          1 East Washington Street, Suite 2700
           Phoenix, Arizona 85004
4          Telephone:  602.528.4000
           Facsimile:  602.253.8129
5          Email:  donald.wall@squirepb.com

6          *Attorneys for Defendant Technologies Displays*
           *Americas LLC with respect to all cases except*
7          *Office Depot, Inc. v. Technicolor SA, et al. and*
           *Sears, Roebuck and Co., et al v. Technicolor SA, et*
8          *al.*

9
           CURTIS, MALLET-PREVOST, COLT & MOSLE
10         LLP

11
           By: */s/  Jeffrey I. Zuckerman*
12         Jeffrey I. Zuckerman (Pro Hac Vice)
           Ellen Tobin (Pro Hac Vice)
13         101 Park Avenue
           New York, New York 10178
14         Telephone: 212.696.6000
           Facsimile: 212.697.1559
15         Email:  jzuckerman@curtis.com
           etobin@curtis.com
16

17         Arthur Gaus (SBN 289560)
           DILLINGHAM & MURPHY, LLP
18         601 California Street, Suite 1900
           San Francisco, California 94108
19         Telephone: 415.397.2700
           Facsimile: 415.397-3300
20         Email: asg@dillinghammurphy.com

21
           *Attorneys for Defendant Technologies Displays*
22         *Americas LLC with respect to Office Depot, Inc. v.*
           *Technicolor SA, et al. and Sears, Roebuck and Co.*
23         *et al. v. Technicolor SA, et al.*

24
           MUNGER, TOLLES & OLSON LLP
25

26
           By: */s/ Brad D. Brian*
27         JEROME C. ROTH (State Bar No. 159483)
           jerome.roth@mto.com
28         MIRIAM KIM (State Bar No. 238230)

                                7

1        miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP

2        560 Mission Street, Twenty-Seventh Floor

3        San Francisco, California 94105-2907
Telephone: (415) 512-4000

4        Facsimile: (415) 512-4077

5        BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com

6        WILLIAM D. TEMKO (SBN 098858)

7        William.Temko@mto.com
GREGORY J. WEINGART (SBN 157997)

8        gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)

9        martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP

10       355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560

11       Telephone: (213) 683-9100

12       Facsimile: (213) 687-3702

13       ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com

14       FREITAS ANGELL & WEINBERG LLP

15       350 Marine Parkway, Suite 200
Redwood Shores, California 94065

16       Telephone: (650) 593-6300
Facsimile: (650) 593-6301

17

18       *Attorneys for Defendant LG Electronics, Inc.*

19       TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

20       By: /s/ *Lauren C. Capurro*
MARIO N. ALIOTO (SBN 56433)

21       Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)

22       Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT,**

23       **LLP**
2280 Union Street

24       San Francisco, CA 94123
Telephone: (415) 563-7200

25       Facsimile: (415) 346-0679

26       *Interim Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING        Case No. 07-5944
DEADLINE FOR BRIEFING AND HEARING DATE FOR MOTIONS IN LIMINE    MDL NO. 1917

SUSMAN GODFREY L.L.P.

By: /s/ Jonathan J. Ross_____
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
John P. Lahad
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com
Email: jlahad@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel,
Solely in his Capacity as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

PAUL WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Craig A. Benson_____
Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
PAUL,WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics
Corporation and Sharp Electronics Manufacturing
Co. of America*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ *Laura Nelson*
Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
Jill Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com
Email: jcasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
Email: kcwildfang@rkmc.com
Email: lenelson@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy
Purchasing LLC, Best Buy Enterprise Services, Inc.,
Best Buy Stores, L.P., Bestbuy.com, L.L.C., and
Magnolia Hi-Fi, Inc.*

10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL & MORING LLP

By: /s/ Jason C. Murray
Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
Email aheaven@crowell.com

*Attorneys for Target Corp. and Viewsonic Corp.*

KENNY NACHWALTER, P.A.

By: /s/ Kevin J. Murray
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

11