*(Stipulating parties listed on signature pages)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv- 05686;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;<br><br>*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING OF DIRECT ACTION PLAINTIFFS' SUPPLEMENTATION OF THEIR OPPOSITION TO THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND THOMSON CONSUMER'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Samuel Conti |

1 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;
2 |
3 | *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14-cv-02510;
4 |

5    Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.;
6 Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.;
7 Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.;
8 BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;  Office Depot,
9 Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC
10 Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on
11 behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart
12 Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing
13 Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data
14 Product Management, Inc.; ViewSonic Corporation; (all collectively the "DAPs"); and Thomson
15 SA and Thomson Consumer Electronics, Inc. (collectively, "Thomson Defendants") have
16 conferred by and through their counsel and, subject to the Court's approval, HEREBY
17 STIPULATE AS FOLLOWS:

18    WHEREAS, there is pending in the United States District Court for the Northern District
19 of California a multidistrict consolidated proceeding comprised of actions brought on behalf of
20 purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re:*
21 *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the
22 "MDL Proceedings");

23    WHEREAS, on October 23, 2014, the Court issued an Order granting DAPs' motion to
24 extend time for the taking of discovery from Thomson SA and Thomson Consumer, extending the
25 fact discovery deadline sixty (60) days to December 22, 2014, in all actions filed by the DAPs
26 (Dkt. No. 2945) ("October 23 Order");

27    WHEREAS, this stipulation is made without prejudice to the arguments made by the
28 parties in briefing related to DAPs' motion to enforce the October 23 Order, and DAPs continue

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING     2     No. 07-5944-SC; MDL No. 1917

1  to seek all relief sought in its motion to enforce, and Thomson SA continues to seek all relief
2  sought in its response to DAPs' motion to enforce;

3  WHEREAS, on January 8-9, 2015 DAPs took the Fed.R.Civ.P. 30(b)(6) deposition of a
4  representative of Thomson SA and Thomson Consumer;

5  WHEREAS, on November 7, 2014 Thomson Consumer filed its Motion for Summary
6  Judgment and Partial Summary Judgment ("Thomson Consumer's Motion") [Dkt. No. 2981];

7  WHEREAS, on December 22, 2014 DAPs filed their Opposition to Defendant Thomson
8  Consumer's Motion for Summary Judgment and Partial Summary Judgment ("DAPs'
9  Opposition") [Dkt. No. 3236];

10  WHEREAS, in accord with Fed.R.Civ.P. 56(d), in their Opposition DAPs reserved the
11  right "to supplement the summary judgment record with additional evidence and argument based
12  on information that is discovered after this submission." *Id*. at 3.

13  WHEREAS, DAPs and Thomson Consumer have agreed to deadlines for: (1) DAPs to
14  supplement their Opposition in accord with Fed.R.Civ.P. 56(d) and (2) Thomson Consumer to
15  file its Reply in support of its Motion;

16  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned
17  counsel as follows:

18  1. The deadline for DAPs to supplement their Opposition in accord with Fed.R.Civ.P. 56(d)
19  shall be February 2, 2015;

20  2. The deadline for Thomson Consumer to file its Reply in support of its Motion shall be
21  February 16, 2015.

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  Dated: 02/12/2015

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti, signature]

| | | |
|---|---|---|
| 1 | Dated:  January 20, 2015 | FAEGRE BAKER DANIELS LLP |
| 2 | | |
| 3 | | By: /s/ *Kathy L. Osborn* |
| 4 | | Kathy L. Osborn (*pro hac vice*) |
| | | Ryan M. Hurley (*pro hac vice*) |
| 5 | | Faegre Baker Daniels LLP |
| | | 300 N. Meridian Street, Suite 2700 |
| 6 | | Indianapolis, IN  46204 |
| | | Telephone: (317) 237-0300 |
| 7 | | Facsimile: (317) 237-1000 |
| | | kathy.osborn@FaegreBD.com |
| 8 | | ryan.hurley@FaegreBD.com |
| 9 | | Jeffrey S. Roberts (*pro hac vice*) |
| | | Faegre Baker Daniels LLP |
| 10 | | 3200 Wells Fargo Center |
| | | 1700 Lincoln Street |
| 11 | | Denver, CO  80203 |
| | | Telephone: (303) 607-3500 |
| 12 | | Facsimile:  (303) 607-3600 |
| | | jeff.roberts@FaegreBD.com |
| 13 | | |
| | | Stephen M. Judge (*pro hac vice*) |
| 14 | | Faegre Baker Daniels LLP |
| | | 202 S. Michigan Street, Suite 1400 |
| 15 | | South Bend, IN  46601 |
| | | Telephone: +1 574-234-4149 |
| 16 | | Facsimile:  +1 574-239-1900 |
| | | steve.judge@FaegreBd.com |
| 17 | | |
| | | Calvin L. Litsey (SBN 289659) |
| 18 | | Faegre Baker Daniels LLP |
| | | 1950 University Avenue, Suite 450 |
| 19 | | East Palo Alto, CA  94303-2279 |
| | | Telephone: (650) 324-6700 |
| 20 | | Facsimile: (650) 324-6701 |
| | | calvin.litsey@FaegreBD.com |
| 21 | | |
| | | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| 22 | | |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING        4        No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| 1 | */s/  Philip J. Iovieno* |
| 2 | |
| 3 | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP |
| 4 | 30 South Pearl St., 11th Floor<br>Albany, NY 12207 |
| 5 | Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 |
| 6 | piovieno@bsfllp.com<br>anardacci@bsfllp.com |
| 7 | |
| 8 | William Isaacson<br>Boies, Schiller & Flexner LLP |
| 9 | 5301 Wisconsin Ave. NW, Suite 800<br>Washington, D.C. 20015 |
| 10 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 |
| 11 | wisaacson@bsfllp.com |
| 12 | Stuart Singer<br>Boies, Schiller & Flexner LLP |
| 13 | 401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 |
| 14 | Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 |
| 15 | ssinger@bsfllp.com |
| 16 | *Liaison Counsel for Direct Action Plaintiffs and Tech Data* |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING         5         No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| 1 | */s/ Craig Benson* |
| 2 | Kenneth A. Gallo (*pro hac vice*) |
| | Joseph J. Simons (*pro hac vice*) |
| 3 | Craig A. Benson (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & |
| 4 | GARRISON LLP |
| | 2001 K Street, NW |
| 5 | Washington, DC 20006 |
| | Telephone: (202) 223-7300 |
| 6 | Facsimile: (202) 223-7420 |
| | kgallo@paulweiss.com |
| 7 | jsimons@paulweiss.com |
| | cbenson@paulweiss.com |
| 8 | |
| 9 | Stephen E. Taylor (SBN 058452) |
| | Jonathan A. Patchen (SBN 237346) |
| 10 | Taylor & Company Law Offices, LLP |
| | One Ferry Building, Suite 355 |
| 11 | San Francisco, California 94111 |
| | Telephone: (415) 788-8200 |
| 12 | Facsimile: (415) 788-8208 |
| | staylor@paulweiss.com |
| 13 | jpatchen@paulweiss.com |
| 14 | *Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.* |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING        6        No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| 1 | */s/ David Martinez*<br>Roman M. Silberfeld |
| 2 | David Martinez<br>Jill S. Casselman |
| 3 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400 |
| 4 | Los Angeles, CA 90067-3208<br>Telephone:  (310) 552-0130 |
| 5 | Facsimile:   (310) 229-5800<br>Email:  rmsilberfeld@rkmc.com |
| 6 | dmartinez@rkmc.com<br>jscasselman@rkmc.com |

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
         kcwildfang@rkmc.com
         lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

---

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING       7       No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| 1 | */s/ David J. Burman* |
| | David J. Burman |
| 2 | Cori G. Moore |
| | Eric J. Weiss |
| 3 | Nicholas H. Hesterberg |
| | Steven D. Merriman |
| 4 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 5 | Seattle, WA 98101-3099 |
| | Telephone: (206) 359-8000 |
| 6 | Facsimile: (206) 359-9000 |
| | Email: DBurman@perkinscoie.com |
| 7 | CGmoore@perkinscoie.com |
| | EWeiss@perkinscoie.com |
| 8 | NHesterberg@perkinscoie.com |
| | SMerriman@perkinscoie.com |

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7120
Facsimile: (415) 344-7320
Email: JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

*/s/ Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: rturken@bilzin.com
swagner@bilzin.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING     8     No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| 1 | |
| 2 | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP |
| 3 | 30 South Pearl Street, 11th Floor<br>Albany, NY  12207 |
| 4 | Telephone:  (518) 434-0600<br>Facsimile:   (518) 434-0665 |
| 5 | Email:  piovieno@bsfllp.com<br>              anardacci@bsfllp.com |
| 6 | |
| 7 | *Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management* |
| 8 | |
| 9 | */s/  Lee Godfrey*<br>H. Lee Godfrey |
| 10 | Kenneth S. Marks<br>Jonathan J. Ross |
| 11 | Johnny W. Carter<br>David M. Peterson |
| 12 | SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100 |
| 13 | Houston, TX 77002<br>Telephone:  (713) 651-9366 |
| 14 | Facsimile:  (713) 654-6666<br>Email:  lgodfrey@susmangodfrey.com |
| 15 |             kmarks@susmangodfrey.com<br>            jross@susmangodfrey.com |
| 16 |             jcarter@susmangodfrey.com<br>            dpeterson@susmangodfrey.com |
| 17 | Parker C. Folse III |
| 18 | Rachel S. Black<br>Jordan Connors |
| 19 | SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800 |
| 20 | Seattle, WA 98101-3000<br>Telephone:  (206) 516-3880 |
| 21 | Facsimile:  (206) 516-3883<br>Email:  pfolse@susmangodfrey.com |
| 22 | rblack@susmangodfrey.com<br>jconnors@susmangodfrey.com |
| 23 | *Counsel for Plaintiff Alfred H. Siegel, solely in his* |
| 24 | *capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING         9         No. 07-5944-SC; MDL No. 1917

|   |   |
|---|---|
| 1 | */s/ Jason Murray* |
|   | Jason C. Murray |
| 2 | CROWELL & MORING LLP |
|   | 515 South Flower Street, 40th Floor |
| 3 | Los Angeles, CA 90071 |
|   | Telephone:  (213) 443-5582 |
| 4 | Facsimile:   (213) 622-2690 |
|   | Email:  jmurray@crowell.com |

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:  jmurphy@crowell.com
            aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*


*/s/ Richard Arnold*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING         10         No. 07-5944-SC; MDL No. 1917