JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| This Document Relates to:<br><br>Individual Case No. 3:13-cv-2171 (SC)<br><br>*Dell Inc., et al. v. Hitachi Ltd. et al.,* No. 13-cv-02171. | |

1  I, Jennifer M. Stewart, declare as follows:

2      1.    I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

    2.    On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On February 9, 2015, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") filed an Administrative Motion to Seal (Dkt. 3516), and lodged conditionally under seal the following documents pursuant to Civil Local Rules 7-11 and 79-5(d):

    (a) Portions of Dell's Reply Brief in Further Support of Their Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D. (Dkt. 3518) (the "Reply"); and

    (b) Exhibits B and D attached to the Declaration of Debra D. Bernstein in Support of the Reply ("Bernstein Declaration").

    3.    Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under Exhibit B to the Bernstein Declaration. This Court has previously granted Dell's administrative motion to seal Exhibit B to the Bernstein Declaration. *See* Dkt. 3498.

    4.    Attached as Exhibit B to the Bernstein Declaration is a copy of the Expert Report of Janusz A. Ordover ("Ordover Report"), dated August 5, 2014 and designated by Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order. The Ordover Report consists of, cites to, quotes from, and/or otherwise summarizes documents designated by the Panasonic Defendants as "Confidential" or "Highly Confidential."

- 1 -

DECL. OF JENNIFER M. STEWART  
I/S/O DELL'S MOTION TO SEAL  
Case No. 07-5944 SC  
MDL NO. 1917

5.     Upon information and belief, Exhibit B consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' internal practices, business practices, and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 13, 2015

By: /s/ *Jennifer Stewart*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
JENNIFER M. STEWART (*pro hac vice*)
Email: jstewart@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700


STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007


*Attorneys for Defendants Panasonic Corporation of*

- 2 -

DECL. OF JENNIFER M. STEWART
I/S/O DELL'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

1  *North America, MT Picture Display Co., Ltd., and*
2  *Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -