1

2                        UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
3                           SAN FRANCISCO DIVISION

4

5    IN RE: CATHODE RAY TUBE (CRT)
     ANTITRUST LITIGATION
6

7    This Document Relates to:                    Master File No. 3:07-cv-05944-SC

8    *Target Corp. v. Chunghwa Picture Tubes, Ltd.,*   MDL No. 1917
     *et al.,* Case No. 3:11-cv-05514-SC
9
                                                  [~~PROPOSED~~] ORDER
10

11           The Court, having considered the stipulation of the parties, and good cause appearing

12   therefore, orders as follows:

13           1.      Claims asserted by Plaintiff Target Corporation against Defendants Panasonic

14   Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd., and

15   Beijing Matsushita Color CRT Co., Ltd. are dismissed with prejudice pursuant to Rule 41(a)(2)

16   of the Federal Rules of Civil Procedure.

17           2.      Each party shall bear its own costs and attorneys' fees.

18

19           **IT IS SO ORDERED.**

20

21   Dated:   02/12/2015

22                                               

23

24

25

26

27

28