1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10   SAN FRANCISCO DIVISION

11  | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC
12  | | MDL NO. 1917
13  | This Document Relates to: | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-59(d) AND 7-11 RE HITACHI DEFENDANTS' MOTION IN LIMINE TO COMPEL PLAINTIFFS TO REFER TO DEFENDANT SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD. BY ITS SPECIFIC, INDIVIDUAL CORPORATE ENTITY NAME OR AS "SEG"**
14  | |
15  | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC; |

Upon consideration of Hitachi Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with Hitachi Defendants' Motion to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its Specific, Individual Corporate Entity Name or as "SEG" ("Hitachi Defendants' Motion"), it is hereby ORDERED that the motion is GRANTED. The clerk shall file and maintain under seal the following documents or portions of documents:

| Document | Sealed Portions (Page:Line) |
| --- | --- |
| Hitachi Defendants' Motion in Limine to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its Specific, Individual Corporate Entity Name or as "SEG" ("Hitachi Defendants' Motion") | The highlighted portions of pp. 1:26-2:3; 2:21-26. |
| Declaration of Eliot A. Adelson in Support of Hitachi Defendants' Motion in Limine to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its Specific, Individual Corporate Entity Name or as "SEG" ("Adelson Decl.") | The highlighted portions of pp. 1:12-15. |
| Exhibit 1 to the Adelson Decl., Excerpts from the September 5, 2014 deposition of Dr. Janet S. Netz | Entire Document |
| Exhibit 2 to the Adelson Decl., Excerpts from the March 18, 2014 deposition of Lloyd Thomas Heiser | Entire Document |

IT IS SO ORDERED.

Dated: _____

_____
Hon. Samuel Conti
United States District Judge