# Exhibit 3

Page 1

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2               SAN FRANCISCO DIVISION
               CASE NO. 3:07-CV-05944-SC
 3                   MDL NO. 1917
 4
 5   IN RE: CATHODE RAY TUBE (CRT)
 6   ANTITRUST LITIGATION
 7   _____
 8   This Document Relates to:
 9   ALL ACTIONS
10   _____/
11
12                         Kenny Nachwalter, P.A.
                           201 South Biscayne Boulevard
13                         Suite 1100
                           Miami, Florida 33131
14                         Tuesday, November 4th, 2014
                           12:58 p.m. - 1:45 p.m.
15
16            DEPOSITION OF PATRICK BARRETT
17       as 30(b)(6) representative of Hitachi, Ltd.
18
19         Taken before Beverly Bourlier James,
20   Registered Professional Reporter, Certified Realtime
21   Reporter and Notary Public in and for the State of
22   Florida at Large, pursuant to Notice of Taking
23   Deposition filed in the above-mentioned cause.
24
25
```

Page 4

1    MR. RANDALL:  So, Elliott, you agree to
2    stipulate to the witness being sworn in remotely
3    and that the witness is who he says he is?
4    MR. ADELSON:  I do.
5    THEREUPON:
6    PATRICK BARRETT
7    called as a witness on behalf of the Plaintiffs
8    herein, duly sworn and responding "Yes," was examined
9    and testified as follows:
10   MR. ADELSON:  Before we begin, there are a
11   couple things we should put on the record here.
12   MR. RANDALL:  Go ahead.
13   MR. ADELSON:  The first is that the
14   witness here is Mr. Patrick Barrett.  He is the
15   senior vice president and general counsel of
16   Hitachi America who will be testifying on behalf
17   of Hitachi, Ltd., and you and I have discussed and
18   you have agreed that by offering a witness who is
19   in-house counsel to Hitachi America we are in no
20   way waiving any privilege.  None of the questions
21   that you will be asking today seek privileged
22   information nor will we be providing any
23   privileged information.  And just wanted to put
24   that on the record and get your agreement that
25   that is our agreement.

```
 1   Electronic Devices (USA), Inc. to increase or
 2   decrease prices for the CRTs sold by Hitachi
 3   Electronic Devices (USA), Inc.?
 4        A.   No.
 5        Q.   During the relevant period, did Hitachi
 6   Displays, Ltd. have the ability to determine or
 7   modify budgetary decisions made by Hitachi Electronic
 8   Devices (USA), Inc.?
 9        A.   No.
10        Q.   Between January 1, 1995 and September 30,
11   2002, what was the percentage amount, if any, of
12   Hitachi, Ltd.'s ownership share in Shenzhen SEG
13   Hitachi Color Display Devices, Ltd.?
14        A.   Hitachi, Ltd. had a 25 percent ownership
15   share in Shenzhen SEG Hitachi Color Display Devices,
16   Ltd. from January 1, 1995 to September 30, 2002.
17        Q.   Between October 1, 2002 and November 7,
18   2007, what was the percentage amount, if any, of
19   Hitachi, Ltd.'s ownership share in Shenzhen SEG
20   Hitachi Color Display Devices, Ltd.?
21        A.   Hitachi, Ltd. had no ownership share of
22   Shenzhen SEG Hitachi Color Display Devices, Ltd. from
23   October 1, 2002 to November 7, 2007.
24        Q.   Between October 1, 2002 and November 7,
25   2007, what was the percentage amount, if any, of
```

1  Hitachi Display, Ltd.'s ownership share in Shenzhen
2  SEG Hitachi Color Display Devices, Ltd.?
3     A.     Hitachi Displays, Ltd. had a 25 percent
4  ownership share in Shenzhen SEG Hitachi Color Display
5  Devices, Ltd. from October 1, 2002 to November 7,
6  2007.
7     Q.     When, if ever, did Hitachi, Ltd. sell its
8  ownership share in Shenzhen SEG Hitachi Color Display
9  Devices, Ltd.?
10    A.     Hitachi, Ltd.'s Display Group was spun off
11 to form Hitachi Displays, Ltd. on October 1, 2002.
12 At that time, Hitachi, Ltd.'s ownership share in
13 Shenzhen SEG Hitachi Color Display Devices, Ltd. was
14 transferred to Hitachi Displays, Ltd.
15    Q.     When, if ever, did Hitachi Displays, Ltd.
16 sell its ownership share in Shenzhen SEG Hitachi
17 Color Display Devices, Ltd.?
18    A.     Hitachi Displays, Ltd. sold its minority
19 ownership share in Shenzhen SEG Hitachi Color Display
20 Devices, Ltd. through an agreement executed on
21 November 8, 2007.
22    Q.     Between January 1, 1995 and November 7,
23 2007, did Hitachi, Ltd. have the ability to remove
24 officers or directors at Shenzhen SEG Hitachi Color
25 Display Devices, Ltd.?

1      A.     No.
2      Q.     Between January 1, 1995 and November 7,
3  2007, did Hitachi, Ltd. have the ability to appoint
4  officers or directors at Shenzhen SEG Hitachi Color
5  Display Devices, Ltd.?
6      A.     From January 1, 1995 to September 30,
7  2002, as a minority shareholder, Hitachi, Ltd. had
8  the ability to appoint three of the seven members of
9  Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
10 board of directors.  From October 1, 2002 through
11 November 7, 2007, Hitachi, Ltd. did not have the
12 ability to appoint any members of Shenzhen SEG
13 Hitachi Color Display Devices' board of directors.
14     Q.     Between January 1, 1995 and November 7,
15 2007, did Hitachi, Ltd. have the ability to hire
16 employees at Shenzhen SEG Hitachi Color Display
17 Devices, Ltd.?
18     A.     No.
19     Q.     Between January 1, 1995 and November 7,
20 2007, did Hitachi, Ltd. have the ability to fire
21 employees at Shenzhen SEG Hitachi Color Display
22 Devices, Ltd.?
23     A.     No.
24     Q.     Between October 1, 2002 and November 7,
25 2007, did Hitachi Displays, Ltd. have the ability to

```
 1    remove officers or directors at Shenzhen SEG Hitachi
 2    Color Display Devices, Ltd.?
 3         A.     From October 1, 2002 to November 7, 2007,
 4    as a minority shareholder, Hitachi Displays had the
 5    ability to remove three of the seven members of
 6    Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
 7    board of directors.  It did not have the ability to
 8    remove any officers.
 9         Q.     Between October 1, 2002 and November 7,
10    2007, did Hitachi Displays, Ltd. have the ability to
11    appoint officers or directors at Shenzhen SEG Hitachi
12    Color Display Devices, Ltd.?
13         A.     From October 1, 2002 to November 7, 2007,
14    as a minority shareholder, Hitachi Displays, Ltd. had
15    the ability to appoint three of the seven members of
16    Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
17    board of directors, but did not have the ability to
18    appoint officers.
19         Q.     Between October 1, 2002 and November 7,
20    2007, did Hitachi Displays, Ltd. have the ability to
21    hire employees at Shenzhen SEG Hitachi Color Display
22    Devices, Ltd.?
23         A.     No.
24         Q.     Between October 1, 2002 and November 7,
25    2007, did Hitachi Displays, Ltd. have the ability to
```

1  fire employees at Shenzhen SEG Hitachi Color Display
2  Devices, Ltd.?
3       A.      No.
4       Q.      During the relevant period, did Shenzhen
5  SEG Hitachi Color Display Devices, Ltd. manufacture
6  CRTs?
7       A.      Yes.
8       Q.      During the relevant period, did Shenzhen
9  SEG Hitachi Color Display Devices, Ltd. sell CRTs?
10      A.      Yes.
11      Q.      During the relevant period, did Hitachi,
12 Ltd. have the ability to direct Shenzhen SEG Hitachi
13 Color Display Devices, Ltd. to increase or decrease
14 production quantity levels for the CRTs manufactured
15 by Shenzhen SEG Hitachi Color Display Devices, Ltd.?
16      A.      No.
17      Q.      During the relevant period, did Hitachi,
18 Ltd. have the ability to direct Shenzhen SEG Hitachi
19 color display devices to increase or decrease prices
20 for the CRTs sold by Shenzhen SEG Hitachi Color
21 Display Devices, Ltd.?
22      A.      No.
23      Q.      During the relevant period, did Hitachi,
24 Ltd. have the ability to determine or modify
25 budgetary decisions made by Shenzhen SEG Hitachi

Page 40

CERTIFICATE

STATE OF FLORIDA:
COUNTY OF MIAMI-DADE:

      I, BEVERLY BOURLIER JAMES, a Notary Public for the State of Florida at Large, hereby certify that I reported the deposition of PATRICK BARRETT; and that the foregoing pages constitute a true and correct transcription of my shorthand report of the deposition by said witness on this date.

      I further certify that I am not an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action nor financially interested in the action.

      WITNESS my hand and official seal in the State of Florida, this 4th day of November, 2014.

_____

BEVERLY BOURLIER JAMES
Registered Professional Reporter
Certified Realtime Reporter
Certified LiveNote Reporter
Florida Professional Reporter
NCRA Realtime Systems Administrator