```
 1  Eliot A. Adelson (SBN 205284)
    James Maxwell Cooper (SBN 284054)
 2  KIRKLAND & ELLIS LLP
    555 California Street, 27th Floor
 3  San Francisco, CA 94104
    Telephone: (415) 439-1400
 4  Facsimile: (415) 439-1500
    Email: eadelson@kirkland.com
 5  Email: max.cooper@kirkland.com

 6  James H. Mutchnik, P.C. (pro hac vice)
    Barack Echols (pro hac vice)
 7  KIRKLAND & ELLIS LLP
    300 North LaSalle
 8  Chicago, IL  60654
    Telephone: (312) 862-2000
 9  Facsimile: (312) 862-2200
    Email: jmutchnik@kirkland.com
10  Email: bechols@kirkland.com

11  Attorneys for Defendants
    HITACHI AMERICA, LTD., HITACHI
12  DISPLAYS, LTD. (N/K/A JAPAN DISPLAY
    INC.), HITACHI ASIA, LTD., HITACHI,
13  LTD., and HITACHI ELECTRONIC
    DEVICES (USA), INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC<br><br>MDL NO.: 1917 |
| This Document Relates To:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-05513-SC; | **DECLARATION OF ELIOT A. ADELSON IN SUPPORT OF HITACHI DEFENDANTS' MOTION IN LIMINE TO COMPEL PLAINTIFFS TO REFER TO DEFENDANT SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD. BY ITS SPECIFIC, INDIVIDUAL CORPORATE ENTITY NAME OR AS "SEG"** |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Eliot A. Adelson, hereby declare:

1. I am an attorney licensed to practice law in the State of California and the Northern District of California. I am a partner with Kirkland & Ellis LLP and counsel for Hitachi Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2. I submit this Declaration in Support of Hitachi's Defendants' Motion in Limine to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its Specific, Individual Corporate Entity Name or as "SEG", filed on February 13, 2015. Except for those matters stated on information and belief, about which I am informed and believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.



5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the November 4, 2014 deposition of Patrick Barrett.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of February, 2015 at San Francisco, California.

/s/ Eliot A. Adelson
Eliot A. Adelson