1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC |
|---|---|
| | MDL NO. 1917 |
| This Document Relates to: *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC; | **[PROPOSED] ORDER GRANTING HITACHI DEFENDANTS' MOTION IN LIMINE TO COMPEL PLAINTIFFS TO REFER TO DEFENDANT SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD. BY ITS SPECIFIC, INDIVIDUAL CORPORATE ENTITY NAME OR AS "SEG"** |

After full consideration of the evidence, briefs and authorities, and oral argument of counsel, the Court finds that:

(a) Plaintiffs are prohibited from referring to defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. as "Hitachi," a "Hitachi company," "part of Hitachi," or any similar term implying Shenzen SEG Hitachi Color Display Devices, Ltd. is controlled by any of Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

(b) Plaintiffs must refer to defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its specific, individual corporate entity name or as "SEG" in the above-captioned cases as to the Hitachi Defendants.

IT IS HEREBY ORDERED that the Hitachi Defendants' Motion in Limine to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its Specific, Individual Corporate Entity Name or as "SEG" is GRANTED.

IT IS SO ORDERED.

Dated: _____

Hon. Samuel Conti
United States District Judge