Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

Attorneys for Defendants
HITACHI AMERICA, LTD., HITACHI DISPLAYS, LTD. (N/K/A JAPAN DISPLAY INC.), HITACHI ASIA, LTD., HITACHI, LTD., and HITACHI ELECTRONIC DEVICES (USA), INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-cv-05944-SC<br><br>MDL NO.: 1917 |
| This Document Relates To:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC; | **DECLARATION OF ELIOT A. ADELSON IN SUPPORT OF HITACHI DEFENDANTS' MOTION IN LIMINE TO COMPEL PLAINTIFFS TO REFER TO DEFENDANT SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD. BY ITS SPECIFIC, INDIVIDUAL CORPORATE ENTITY NAME OR AS "SEG"** |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

Case 4:07-cv-05944-JST   Document 3536-1   Filed 02/13/15   Page 2 of 2

I, Eliot A. Adelson, hereby declare:

1. I am an attorney licensed to practice law in the State of California and the Northern District of California. I am a partner with Kirkland & Ellis LLP and counsel for Hitachi Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2. I submit this Declaration in Support of Hitachi's Defendants' Motion in Limine to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its Specific, Individual Corporate Entity Name or as "SEG", filed on February 13, 2015. Except for those matters stated on information and belief, about which I am informed and believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.



5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the November 4, 2014 deposition of Patrick Barrett.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of February, 2015 at San Francisco, California.

                                         /s/ Eliot A. Adelson
                                         Eliot A. Adelson

DECLARATION OF ELIOT A. ADELSON IN SUPPORT OF    1    CASE NO.: 3:11-cv-05513-SC
HITACHI DEFENDANTS' MOTION IN LIMINE RE SEG                  MDL NO.: 1917