# Exhibit 3

Page 1

```
 1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2                SAN FRANCISCO DIVISION
              CASE NO. 3:07-CV-05944-SC
 3                    MDL NO. 1917
 4
 5   IN RE: CATHODE RAY TUBE (CRT)
 6   ANTITRUST LITIGATION
 7   _____
 8   This Document Relates to:
 9   ALL ACTIONS
10   _____/
11
12                          Kenny Nachwalter, P.A.
                            201 South Biscayne Boulevard
13                          Suite 1100
                            Miami, Florida 33131
14                          Tuesday, November 4th, 2014
                            12:58 p.m. - 1:45 p.m.
15
16             DEPOSITION OF PATRICK BARRETT
17       as 30(b)(6) representative of Hitachi, Ltd.
18
19         Taken before Beverly Bourlier James,
20   Registered Professional Reporter, Certified Realtime
21   Reporter and Notary Public in and for the State of
22   Florida at Large, pursuant to Notice of Taking
23   Deposition filed in the above-mentioned cause.
24
25
```

1     MR. RANDALL: So, Elliott, you agree to
2  stipulate to the witness being sworn in remotely
3  and that the witness is who he says he is?
4     MR. ADELSON: I do.
5  THEREUPON:
6                  PATRICK BARRETT
7  called as a witness on behalf of the Plaintiffs
8  herein, duly sworn and responding "Yes," was examined
9  and testified as follows:
10     MR. ADELSON: Before we begin, there are a
11  couple things we should put on the record here.
12     MR. RANDALL: Go ahead.
13     MR. ADELSON: The first is that the
14  witness here is Mr. Patrick Barrett. He is the
15  senior vice president and general counsel of
16  Hitachi America who will be testifying on behalf
17  of Hitachi, Ltd., and you and I have discussed and
18  you have agreed that by offering a witness who is
19  in-house counsel to Hitachi America we are in no
20  way waiving any privilege. None of the questions
21  that you will be asking today seek privileged
22  information nor will we be providing any
23  privileged information. And just wanted to put
24  that on the record and get your agreement that
25  that is our agreement.

1  Electronic Devices (USA), Inc. to increase or
2  decrease prices for the CRTs sold by Hitachi
3  Electronic Devices (USA), Inc.?
4      A.    No.
5      Q.    During the relevant period, did Hitachi
6  Displays, Ltd. have the ability to determine or
7  modify budgetary decisions made by Hitachi Electronic
8  Devices (USA), Inc.?
9      A.    No.
10     Q.    Between January 1, 1995 and September 30,
11 2002, what was the percentage amount, if any, of
12 Hitachi, Ltd.'s ownership share in Shenzhen SEG
13 Hitachi Color Display Devices, Ltd.?
14     A.    Hitachi, Ltd. had a 25 percent ownership
15 share in Shenzhen SEG Hitachi Color Display Devices,
16 Ltd. from January 1, 1995 to September 30, 2002.
17     Q.    Between October 1, 2002 and November 7,
18 2007, what was the percentage amount, if any, of
19 Hitachi, Ltd.'s ownership share in Shenzhen SEG
20 Hitachi Color Display Devices, Ltd.?
21     A.    Hitachi, Ltd. had no ownership share of
22 Shenzhen SEG Hitachi Color Display Devices, Ltd. from
23 October 1, 2002 to November 7, 2007.
24     Q.    Between October 1, 2002 and November 7,
25 2007, what was the percentage amount, if any, of

1  Hitachi Display, Ltd.'s ownership share in Shenzhen
2  SEG Hitachi Color Display Devices, Ltd.?
3      A.      Hitachi Displays, Ltd. had a 25 percent
4  ownership share in Shenzhen SEG Hitachi Color Display
5  Devices, Ltd. from October 1, 2002 to November 7,
6  2007.
7      Q.      When, if ever, did Hitachi, Ltd. sell its
8  ownership share in Shenzhen SEG Hitachi Color Display
9  Devices, Ltd.?
10     A.      Hitachi, Ltd.'s Display Group was spun off
11 to form Hitachi Displays, Ltd. on October 1, 2002.
12 At that time, Hitachi, Ltd.'s ownership share in
13 Shenzhen SEG Hitachi Color Display Devices, Ltd. was
14 transferred to Hitachi Displays, Ltd.
15     Q.      When, if ever, did Hitachi Displays, Ltd.
16 sell its ownership share in Shenzhen SEG Hitachi
17 Color Display Devices, Ltd.?
18     A.      Hitachi Displays, Ltd. sold its minority
19 ownership share in Shenzhen SEG Hitachi Color Display
20 Devices, Ltd. through an agreement executed on
21 November 8, 2007.
22     Q.      Between January 1, 1995 and November 7,
23 2007, did Hitachi, Ltd. have the ability to remove
24 officers or directors at Shenzhen SEG Hitachi Color
25 Display Devices, Ltd.?

1  A.  No.
2  Q.  Between January 1, 1995 and November 7,
3  2007, did Hitachi, Ltd. have the ability to appoint
4  officers or directors at Shenzhen SEG Hitachi Color
5  Display Devices, Ltd.?
6  A.  From January 1, 1995 to September 30,
7  2002, as a minority shareholder, Hitachi, Ltd. had
8  the ability to appoint three of the seven members of
9  Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
10  board of directors.  From October 1, 2002 through
11  November 7, 2007, Hitachi, Ltd. did not have the
12  ability to appoint any members of Shenzhen SEG
13  Hitachi Color Display Devices' board of directors.
14  Q.  Between January 1, 1995 and November 7,
15  2007, did Hitachi, Ltd. have the ability to hire
16  employees at Shenzhen SEG Hitachi Color Display
17  Devices, Ltd.?
18  A.  No.
19  Q.  Between January 1, 1995 and November 7,
20  2007, did Hitachi, Ltd. have the ability to fire
21  employees at Shenzhen SEG Hitachi Color Display
22  Devices, Ltd.?
23  A.  No.
24  Q.  Between October 1, 2002 and November 7,
25  2007, did Hitachi Displays, Ltd. have the ability to

1  remove officers or directors at Shenzhen SEG Hitachi
2  Color Display Devices, Ltd.?
3      A.      From October 1, 2002 to November 7, 2007,
4  as a minority shareholder, Hitachi Displays had the
5  ability to remove three of the seven members of
6  Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
7  board of directors.  It did not have the ability to
8  remove any officers.
9      Q.      Between October 1, 2002 and November 7,
10 2007, did Hitachi Displays, Ltd. have the ability to
11 appoint officers or directors at Shenzhen SEG Hitachi
12 Color Display Devices, Ltd.?
13     A.      From October 1, 2002 to November 7, 2007,
14 as a minority shareholder, Hitachi Displays, Ltd. had
15 the ability to appoint three of the seven members of
16 Shenzhen SEG Hitachi Color Display Devices, Ltd.'s
17 board of directors, but did not have the ability to
18 appoint officers.
19     Q.      Between October 1, 2002 and November 7,
20 2007, did Hitachi Displays, Ltd. have the ability to
21 hire employees at Shenzhen SEG Hitachi Color Display
22 Devices, Ltd.?
23     A.      No.
24     Q.      Between October 1, 2002 and November 7,
25 2007, did Hitachi Displays, Ltd. have the ability to

Page 32

1  fire employees at Shenzhen SEG Hitachi Color Display
2  Devices, Ltd.?
3      A.    No.
4      Q.    During the relevant period, did Shenzhen
5  SEG Hitachi Color Display Devices, Ltd. manufacture
6  CRTs?
7      A.    Yes.
8      Q.    During the relevant period, did Shenzhen
9  SEG Hitachi Color Display Devices, Ltd. sell CRTs?
10     A.    Yes.
11     Q.    During the relevant period, did Hitachi,
12 Ltd. have the ability to direct Shenzhen SEG Hitachi
13 Color Display Devices, Ltd. to increase or decrease
14 production quantity levels for the CRTs manufactured
15 by Shenzhen SEG Hitachi Color Display Devices, Ltd.?
16     A.    No.
17     Q.    During the relevant period, did Hitachi,
18 Ltd. have the ability to direct Shenzhen SEG Hitachi
19 color display devices to increase or decrease prices
20 for the CRTs sold by Shenzhen SEG Hitachi Color
21 Display Devices, Ltd.?
22     A.    No.
23     Q.    During the relevant period, did Hitachi,
24 Ltd. have the ability to determine or modify
25 budgetary decisions made by Shenzhen SEG Hitachi

Page 40

```
 1                   C E R T I F I C A T E
 2
 3    STATE OF FLORIDA:
 4    COUNTY OF MIAMI-DADE:
 5             I, BEVERLY BOURLIER JAMES, a Notary Public
 6    for the State of Florida at Large, hereby certify
 7    that I reported the deposition of PATRICK BARRETT;
 8    and that the foregoing pages constitute a true and
 9    correct transcription of my shorthand report of the
10    deposition by said witness on this date.
11             I further certify that I am not an attorney
12    or counsel of any of the parties, nor a relative or
13    employee of any attorney or counsel connected with
14    the action nor financially interested in the action.
15             WITNESS my hand and official seal in the
16    State of Florida, this 4th day of November, 2014.
17
18             _____
19             BEVERLY BOURLIER JAMES
               Registered Professional Reporter
20             Certified Realtime Reporter
               Certified LiveNote Reporter
21             Florida Professional Reporter
               NCRA Realtime Systems Administrator
22
23
24
25
```