1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13 | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) | Master File No. 3:07-cv-5944 SC |
   | --- | --- | --- |
   | | ) | MDL No. 1917 |
   | This Document Relates to: | ) ) ) | |
   | Indirect-Purchaser Class Action | ) ) ) | **[PROPOSED] ORDER REGARDING** |
   | | ) ) ) ) | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 1:** |
   | | ) ) ) | **TO PRECLUDE REFERENCE TO DUPLICATIVE RECOVERY** |
   | | ) ) ) | |

---

INDIRECT PURCHASER PLAINTIFFS' MOTION IN LIMINE RE DUPLICATIVE RECOVERY
Master File No. 3:07-cv-5944 SC

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 1 to preclude reference to duplicative recovery, it is hereby

ORDERED that the motion is GRANTED, and at trial Defendants shall be precluded from referring to, and from making direct or oblique arguments about, duplicative recovery, including arguing to the jury that the Plaintiffs' State law claims present a risk of improper duplicative recovery.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California