1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13  IN RE CATHODE RAY TUBE (CRT)            )  Master File No. 3:07-cv-5944 SC
    ANTITRUST LITIGATION                    )
14                                          )  MDL No. 1917
                                            )
15  This Document Relates to:               )
                                            )  **[PROPOSED] ORDER REGARDING**
16  Indirect-Purchaser Class Action         )
                                            )  **INDIRECT PURCHASER PLAINTIFFS'**
17                                          )  **NOTICE OF MOTION AND MOTION *IN***
                                            )  ***LIMINE* NO. 2:**
18                                          )
                                            )  **TO PRECLUDE REFERENCE TO**
19                                          )  **TREBLE DAMAGES, FEES, AND COSTS**
                                            )
20                                          )
                                            )
21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 2 to preclude reference to treble damages, fees, and costs, it is hereby

ORDERED that the motion is GRANTED, and at trial, Defendants shall be precluded from referring to, introducing any evidence about, or making any arguments about, Plaintiffs' ability to recover treble damages, attorneys' fees, or costs.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Samuel Conti
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　Northern District of California