MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 3:** |
| | **TO PRECLUDE REFERENCE TO THE FINANCIAL CONDITION OF NAMED PLAINTIFFS** |
| | Hearing Date: February 27, 2015 |
| | Time: None set |
| | Courtoom: One, 17th Floor |
| | The Honorable Samuel Conti |

# NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 3:

## TO PRECLUDE REFERENCE
## TO THE FINANCIAL CONDITION OF NAMED PLAINTIFFS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 27, 2015 or as soon thereafter as this matter may be heard before the Honorable Samuel P. Conti, U.S. District Court Judge, U.S. District Court for the Northern District of California, Courtroom No. 1, 17th Fl., 450 Golden Gate Avenue, San Francisco, California 94102, Indirect Purchaser Plaintiffs ("Plaintiffs") will and hereby do respectfully move this Court for an Order to preclude reference to or argument about the financial condition of Named Plaintiffs.

This Motion is based on this Notice of Motion and Motion, the accompanying memorandum of law in support of thereof, the pleadings and correspondence on file with the Court, and such other arguments and authorities as may be presented at or before the hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Indirect Purchaser Plaintiffs ("Plaintiffs") submit this memorandum in support of their motion *in limine* to preclude reference to the financial condition of any of the Named Plaintiffs.

### I.   ARGUMENT

Plaintiffs anticipate that Defendants may attempt to offer argument or evidence at trial about the Named Plaintiffs' personal financial condition.  However, a Named Plaintiff's financial condition is irrelevant to Plaintiffs' claims, namely, whether Defendants conspired to fix prices of CRT and whether Plaintiffs were injured as a result. *Sanderson v. Winner*, 507 F.2d 477, 479 (10th Cir. 1974) (holding that evidence of the financial situation of a class plaintiff is irrelevant since courts "generally eschew the question whether litigants are rich or poor. Instead, we address ourselves to the merits of the litigation"); *In re W. Coast Dep't Stores Antitrust Litig.*, Civ. A. No. C-79-2724 SW, 1979 WL 1721, at *1 (N.D. Cal. Nov. 16, 1979) ("[I]nquiry into the financial affairs of the named plaintiff … is irrelevant.").  In addition, "evidence of a party's financial condition … can be unduly prejudicial, as it can distract the jury from the real issues in the case." *In re Homestore.com, Inc.*, No. CV 01-11115 RSWL CWX, 2011 WL 291176, at *1 (C.D. Cal. Jan. 25, 2011) (granting motion *in limine* to exclude reference to financial condition of lead plaintiff on grounds of irrelevance and undue prejudice).  Accordingly, reference to or evidence of the Named Plaintiffs' financial condition is inadmissible under Federal Rules of Evidence 402 and 403.

Court within this District have granted similar motions *in limine* in recent litigation involving similar antitrust claims. *See In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 07-MD-1827-SI, Doc. No. 5597 (N.D. Cal. May 4, 2012) (granting motion *in limine* to exclude reference to plaintiffs' financial condition); *In re Static Random Access Memory (SRAM) Antitrust Litig.*, No. 07-MD-01819 CW, 2010 WL 10086747, at *2 (N.D. Cal. Dec. 16, 2010) (granting motion *in*

*limine* to exclude reference to or evidence of named plaintiff's financial condition, fee arrangements or other litigation).

## II. CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that this Court grant their motion *in limine* to preclude reference to the financial condition of any of the Named Plaintiffs.

Dated:  February 13, 2015                By:  */s/ Mario N. Alioto*
                                         Mario N. Alioto (56433)
                                         Lauren C. Capurro (241151)
                                         TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                         2280 Union Street
                                         San Francisco, CA 94123
                                         Telephone:    (415) 563-7200
                                         Facsimile:    (415) 346-0679
                                         Email:  malioto@tatp.com
                                         Email:  laurenrussell@tatp.com

                                         *Lead Counsel for Indirect Purchaser Plaintiffs*

                                         *On the brief:*

                                         Donald L. Perelman
                                         Gerard A. Dever
                                         Matthew Duncan
                                         Fine, Kaplan and Black, R.P.C.
                                         One South Broad Street, 23rd Floor
                                         Philadelphia, PA 19107
                                         Telephone:  (215) 567-6565
                                         Facsimile:  (215) 568-5872
                                         Email:  gdever@finekaplan.com

                                         *Counsel for Indirect Purchaser Plaintiffs*