MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 4:** |
| | **TO PRECLUDE REFERENCE TO OTHER LAWSUITS FILED BY ANY OF THE NAMED PLAINTIFFS** |
| | Hearing Date: February 27, 2015<br>Time: None set<br>Courtoom: One, 17th Floor |
| | The Honorable Samuel Conti |

**NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 4**

**TO PRECLUDE ARGUMENTS OR REFERENCE TO OTHER LAWSUITS FILED BY ANY OF THE NAMED PLANTIFFS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 27, 2015 or as soon thereafter as this matter may be heard before the Honorable Samuel P. Conti, U.S. District Court Judge, U.S. District Court for the Northern District of California, Courtroom No. 1, 17th Fl., 450 Golden Gate Avenue, San Francisco, California 94102, Indirect Purchaser Plaintiffs ("Plaintiffs") will and hereby do respectfully move this Court for an Order to preclude reference to other lawsuits filed by any of the Named Plaintiffs.

This Motion is based on this Notice of Motion and Motion, the accompanying memorandum of law in support of thereof, the pleadings and correspondence on file with the Court, and such other arguments and authorities as may be presented at or before the hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Indirect Purchaser Class Plaintiffs ("Plaintiffs") submit this memorandum in support of their motion *in limine* to preclude reference to other lawsuits brought by any of the Named Plaintiffs.

I.   ARGUMENT

Several Named Plaintiffs have been parties to other lawsuits that have nothing to do with this case.  Plaintiffs anticipate that Defendants might attempt to refer to or present evidence of those unrelated lawsuits.  But "reference to or evidence of [a Named] Plaintiff's involvement in other litigation … is … irrelevant and carries with it a high risk of prejudice." *In re Homestore.com, Inc.*, No. CV 01-11115 RSWL CWX, 2011 WL 291176, at *1 (C.D. Cal. Jan. 25, 2011); *Seals v. Mitchell*, No. CV 04-3764 NJV, 2011 WL 1399245, at *5 (N.D. Cal. Apr. 13, 2011) ("[A plaintiff's] litigiousness may have some slight probative value, but that value is outweighed by the substantial danger of jury bias against the chronic litigant.  The trial court has a duty to prevent exploitation of this prejudice ..."; granting motion *in limine* to exclude reference to plaintiff's other lawsuits) (internal quotation marks and citation omitted); *S. California Hous. Rights Ctr. v. Los Feliz Towers Homeowners Ass'n*, No. CV 04-2716 CBM(JTX), 2005 WL 3954722, at *1 (C.D. Cal. Nov. 16, 2005) (granting motion *in limine* to exclude plaintiff's "litigation history" on grounds of irrelevance and undue prejudice).

Courts within this District have granted similar motions *in limine* in recent litigation involving similar antitrust claims.  *See In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 07-MD-1827-SI, Dkt. No. 5597 (N.D. Cal. May 4, 2012) (granting motion *in limine* to exclude reference to plaintiffs' other lawsuits); *In re Static Random Access Memory (SRAM) Antitrust Litig.*, No. 07-MD-01819 CW, 2010 WL 10086747, at *2 (N.D. Cal. Dec. 16, 2010) (granting motion *in limine* to exclude reference to or evidence of named plaintiff's financial condition, fee arrangements or other

litigation).

## II.  CONCLUSION

For the reasons stated above, Class Plaintiffs respectfully request that this Court grant their motion *in limine* to preclude reference to other lawsuits brought by any of the Named Plaintiffs.

Dated:  February 13, 2015           By:  */s/ Mario N. Alioto*
                                    Mario N. Alioto (56433)
                                    Lauren C. Capurro (241151)
                                    TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                    2280 Union Street
                                    San Francisco, CA 94123
                                    Telephone:    (415) 563-7200
                                    Facsimile:    (415) 346-0679
                                    Email:  malioto@tatp.com
                                    Email:  laurenrussell@tatp.com

                                    *Lead Counsel for Indirect Purchaser Plaintiffs*

                                    *On the brief:*

                                    Donald L. Perelman
                                    Gerard A. Dever
                                    Matthew Duncan
                                    Fine, Kaplan and Black, R.P.C.
                                    One South Broad Street, 23rd Floor
                                    Philadelphia, PA 19107
                                    Telephone:  (215) 567-6565
                                    Facsimile:  (215) 568-5872
                                    Email:  gdever@finekaplan.com

                                    *Counsel for Indirect Purchaser Plaintiffs*