1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9

10           UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12           SAN FRANCISCO DIVISION

13

14 | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION ) | Master File No. 3:07-cv-5944 SC |
15 | | MDL No. 1917 |
16 | This Document Relates to: | |
17 | Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING** |
18 | | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 4:** |
19 | | |
20 | | **TO PRECLUDE REFERENCE TO OTHER LAWSUITS FILED BY ANY OF THE NAMED PLAINTIFFS** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 4 to preclude reference to other lawsuits filed by any of the Named Plaintiffs, it is hereby

ORDERED that the motion is GRANTED, and at trial, Defendants shall be precluded from referring to, introducing any evidence about, or making any arguments to the jury about, other lawsuits involving any of the Named Plaintiffs.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California