1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING** |
| | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 6:** |
| | **TO PRECLUDE REFERENCE TO PLAINTIFFS' ATTENDANCE OR NON-ATTENDANCE AT TRIAL** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 6 to preclude reference to Plaintiffs' attendance or non-attendance at trial, it is hereby

ORDERED that the motion is GRANTED, and at trial Defendants shall be precluded from making any references to, or arguments about, a class representative's or other class member's attendance or lack of attendance at trial, including by arguing or implying that the absence of a class member or class representative in any way indicates that the class is uninterested or lacks dedication to or belief in its allegations.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California