1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN FRANCISCO DIVISION**

13

14  IN RE CATHODE RAY TUBE (CRT)          )   Master File No. 3:07-cv-5944 SC
    ANTITRUST LITIGATION                   )
15  _____    )   MDL No. 1917
                                           )
16  This Document Relates to:              )
                                           )   **[PROPOSED] ORDER REGARDING**
17  Indirect-Purchaser Class Action        )
                                           )   **INDIRECT PURCHASER PLAINTIFFS'**
18                                         )   **NOTICE OF MOTION AND MOTION**
                                           )   ***IN LIMINE* NO. 7:**
19                                         )
                                           )   **TO PRECLUDE REFERENCE TO**
20                                         )   **OR ARGUMENT ABOUT HOW**
                                           )   **PLAINTIFFS BECAME INVOLVED IN**
21                                         )   **THIS CASE OR THAT THE CASE IS**
                                           )   **"LAWYER-DRIVEN"**
22                                         )
                                           )
23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 7 to preclude reference to or argument about how Plaintiffs became involved in this case or that the case is "lawyer-driven," it is hereby

ORDERED that the motion is GRANTED, and at trial, Defendants shall be precluded from: (a) referring to and from introducing evidence about the manner in which any Plaintiff became involved in or asserted claims in this litigation; and (b) referring to this case as being lawyer-driven or making any similar characterization of the case before the jury, such as references to attorneys' fees, rates, wealth, or motives.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California