# EXHIBIT A

CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

IN RE: URETHANE ANTITRUST
        LITIGATION

The Polyether Polyol Cases                    MDL:   1616
                                              Case No:  04-md-1616-JWL

**Attorney for Plaintiffs: Roger N. Walter, Roberta Liebenberg, Joseph Goldberg and
Michael Guzman**

**Attorney for Defendant: Brian Markley, David M. Bernick, Hamilton Loeb, Jeremy Evans,
and Donald Morrow**

| JUDGE: | John W. Lungstrum | DATE: | 1/9/2013 |
| --- | --- | --- | --- |
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Becky Ryder |

# LIMINE CONFERENCE

#2557 - Defendant Dow's Motion in Limine to Exclude Any Reference to Alleged Conspiracies or Illegal
        Conduct Occurring Before 1999: **GRANTED as set forth in full on the record.**

#2558 - Defendant Dow's Motion in Limine to Preclude Reference to or Evidence of Dow's Overall
        Financial Condition:  **GRANTED as set forth in full on the record.**

#2559 -   Defendant Dow's Motion in Limine to Exclude Testimony from Witness Attorney Paul Costa:
          **DENIED as set forth in full on the record.**

#2560 -   Defendant Dow's Motion in Limine to Exclude Reference to or Allegations of Any Purported
          Conspiracy to Fix the Prices of Polyether Polyols Systems: **GRANTED as set forth in full on the
          record.**

#2561 -   Defendant Dow's Motion in Limine to Preclude Reference to Unrelated Price-Fixing Cases:
          **GRANTED in part and DENIED in part as set forth in full on the record.**

#2562 -   Class Plaintiffs' Motion in Limine to Preclude Reference to Class Representatives' or Class
          Members' Attendance or Non-Attendance at Trial: **GRANTED as set forth in full on the record.**

#2564 -   Class Plaintiffs' Motion in Limine to Preclude Evidence or Reference to the Closing of the
          Department of Justice Criminal Investigation Without Indictment of Dow : **GRANTED as set
          forth in full on the record.**

#2566 -     Class Plaintiffs' Motion in Limine to Preclude Reference to How Class Plaintiffs Became Involved in the Case or to the Case Being Lawyer Driven: **GRANTED as set forth in full on the record.**

#2569 -     Defendant Dow's Motion in Limine to Preclude Certain Statements by Alleged Co-Conspirators:  **DENIED as set forth in full on the record.**

#2571 -     Class Plaintiffs' Motion in l imine to preclude Reference Before the Jury to "Pass Through" of Damages, or to any Alleged benefits to Class Plaintiffs From the Alleged Price Fixing: **GRANTED in part, DENIED in part, and TAKEN UNDER ADVISEMENT in part as set forth in full on the record.**

#2573 -     Defendant Dow's Motion in Limine to Exclude Evidence of Settlement and Settlement Discussions : **GRANTED as set forth in full on the record.**

#2574 -     Class Plaintiffs' Motion in Limine to Preclude Reference to the Terms or Payment Amounts of Prior Settlements: **GRANTED as set forth in full on the record.**

#2576 -     Class Plaintiffs' Motion in Limine to Preclude Reference to Paul Seegott's Bankruptcy, to Dormant Status of Plaintiff Seegott Holdings, Inc. and to BASF Corporation's Now-Settled Counterclaim Against Seegott Holdings: **GRANTED in part and TAKEN UNDER ADVISEMENT in part as set forth in full on the record.**

#2578 -     Class Plaintiffs' Motion in Limine to Preclude Disclosure to the Jury that Any Damages Award will be Trebled **GRANTED as set forth in full on the record.**

#2580 -     Class Plaintiffs' Motion in Limine to Exclude Defendant's Initial Video Deposition Designations from Class Plaintiffs' Case in Chief : **GRANTED in part and DENIED in part as set forth in full on the record.**

#2675 -     Joint Motion to Disseminate Juror Questionnaire: **DENIED as set forth in full on the record.**

#2681 -     Class Plaintiffs' Motion to Modify Pretrial Order: **GRANTED as set forth in full on the record.**