MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 8:** |
| | **TO PRECLUDE REFERENCE TO AND EXCLUDE EVIDENCE OF THE ABSENCE OF CRIMINAL INDICTMENT, CONVICTION OR GUILTY PLEA** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 8 to preclude reference to and exclude evidence of the absence of criminal indictments, convictions or guilty pleas, it is hereby

ORDERED that the motion is GRANTED, and at trial, Defendants shall be precluded from referring to, introducing any evidence of, or making any arguments about, the absence of criminal indictments, convictions or guilty pleas, including the closing of the Department of Justice investigation of the CRT industry without issuing indictments and without obtaining guilty pleas from, or otherwise sanctioning, certain of the Defendants.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California