MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF GERARD A. DEVER IN SUPPORT OF**<br><br>**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 8:**<br><br>**TO PRECLUDE REFERENCE TO AND EXCLUDE EVIDENCE OF THE ABSENCE OF CRIMINAL INDICTMENT, CONVICTION OR GUILTY PLEA**<br><br>Hearing Date: February 27, 2015<br>Time: None set<br>Courtoom: One, 17th Floor<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>Indirect-Purchaser Class Action | |

I, Gerard A. Dever, hereby declare and state as follows:

1. I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in support of Plaintiffs' Motion *in Limine* No. 8: to preclude reference to and exclude evidence of the absence of criminal indictment, conviction or guilt plea.

2. Attached hereto as **Exhibit A** is a true and correct copy of the January 9, 2013 Minute Order in *In re Urethanes Antitrust Litig.,* No. 04-1616 (D. Kan.) (Dkt. No. 2961).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 13, 2015, in Philadelphia, Pennsylvania.

<pre>
                                    /s/ Gerard A. Dever
                                    Gerard A. Dever
                                    Fine, Kaplan and Black, R.P.C.
                                    One South Broad Street, 23rd Floor
                                    Philadelphia, PA 19107
                                    Telephone:  (215) 567-6565
                                    Facsimile:  (215) 568-5872
                                    Email:  gdever@finekaplan.com

                                    Counsel for Indirect Purchaser Plaintiffs
</pre>

1
INDIRECT PURCHASER PLAINTIFFS' MOTION IN LIMINE RE ABSENCE OF CRIMINAL INDICTMENT
Master File No. 3:07-cv-5944 SC