# EXHIBIT A

CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

IN RE: URETHANE ANTITRUST
      LITIGATION

The Polyether Polyol Cases             MDL: 1616
                                               Case No: 04-md-1616-JWL

**Attorney for Plaintiffs: Roger N. Walter, Roberta Liebenberg, Joseph Goldberg and Michael Guzman**

**Attorney for Defendant: Brian Markley, David M. Bernick, Hamilton Loeb, Jeremy Evans, and Donald Morrow**

| JUDGE: | John W. Lungstrum | DATE: | 1/9/2013 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Becky Ryder |

# LIMINE CONFERENCE

#2557 - Defendant Dow's Motion in Limine to Exclude Any Reference to Alleged Conspiracies or Illegal Conduct Occurring Before 1999: **GRANTED as set forth in full on the record.**

#2558 - Defendant Dow's Motion in Limine to Preclude Reference to or Evidence of Dow's Overall Financial Condition: **GRANTED as set forth in full on the record.**

#2559 - Defendant Dow's Motion in Limine to Exclude Testimony from Witness Attorney Paul Costa: **DENIED as set forth in full on the record.**

#2560 - Defendant Dow's Motion in Limine to Exclude Reference to or Allegations of Any Purported Conspiracy to Fix the Prices of Polyether Polyols Systems: **GRANTED as set forth in full on the record.**

#2561 - Defendant Dow's Motion in Limine to Preclude Reference to Unrelated Price-Fixing Cases: **GRANTED in part and DENIED in part as set forth in full on the record.**

#2562 - Class Plaintiffs' Motion in Limine to Preclude Reference to Class Representatives' or Class Members' Attendance or Non-Attendance at Trial: **GRANTED as set forth in full on the record.**

#2564 - Class Plaintiffs' Motion in Limine to Preclude Evidence or Reference to the Closing of the Department of Justice Criminal Investigation Without Indictment of Dow : **GRANTED as set forth in full on the record.**

1

#2566 -   Class Plaintiffs' Motion in Limine to Preclude Reference to How Class Plaintiffs Became Involved in the Case or to the Case Being Lawyer Driven: **GRANTED as set forth in full on the record.**

#2569 -   Defendant Dow's Motion in Limine to Preclude Certain Statements by Alleged Co-Conspirators:  **DENIED as set forth in full on the record.**

#2571 -   Class Plaintiffs' Motion in l imine to preclude Reference Before the Jury to "Pass Through" of Damages, or to any Alleged benefits to Class Plaintiffs From the Alleged Price Fixing: **GRANTED in part, DENIED in part, and TAKEN UNDER ADVISEMENT in part as set forth in full on the record.**

#2573 -   Defendant Dow's Motion in Limine to Exclude Evidence of Settlement and Settlement Discussions : **GRANTED as set forth in full on the record.**

#2574 -   Class Plaintiffs' Motion in Limine to Preclude Reference to the Terms or Payment Amounts of Prior Settlements: **GRANTED as set forth in full on the record.**

#2576 -   Class Plaintiffs' Motion in Limine to Preclude Reference to Paul Seegott's Bankruptcy, to Dormant Status of Plaintiff Seegott Holdings, Inc. and to BASF Corporation's Now-Settled Counterclaim Against Seegott Holdings: **GRANTED in part and TAKEN UNDER ADVISEMENT in part as set forth in full on the record.**

#2578 -   Class Plaintiffs' Motion in Limine to Preclude Disclosure to the Jury that Any Damages Award will be Trebled **GRANTED as set forth in full on the record.**

#2580 -   Class Plaintiffs' Motion in Limine to Exclude Defendant's Initial Video Deposition Designations from Class Plaintiffs' Case in Chief : **GRANTED in part and DENIED in part as set forth in full on the record.**

#2675 -   Joint Motion to Disseminate Juror Questionnaire: **DENIED as set forth in full on the record.**

#2681 -   Class Plaintiffs' Motion to Modify Pretrial Order: **GRANTED as set forth in full on the record.**