MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 10:** |
| | **TO EXCLUDE THE TESTIMONY OF WITNESSES NOT DESIGNATED PURSUANT TO THE COURT'S SCHEDULING ORDERS** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 10 to exclude the testimony of witnesses not disclosed as required by this Court's scheduling orders, it is hereby

ORDERED that the motion is GRANTED, and at trial, the parties shall be precluded from introducing the testimony of expert and percipient witnesses who were not timely and properly designated pursuant to the Federal Rules of Civil Procedure or in conformance with this Court's scheduling orders.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California