MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 11:** |
| | **TO PRECLUDE ARGUMENT AND EXCLUDE EVIDENCE REGARDING POSSIBLE EFFECTS OF A LARGE DAMAGE AWARD** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 11 to exclude evidence and preclude argument regarding the possible effect of a large damage award levied against Defendants, it is hereby

ORDERED that the motion is GRANTED, and at trial, Defendants shall be precluded from introducing evidence of, and making arguments about, the effect that a large damage award levied against Defendants could have, including the effect an award could have on Defendants, Defendants' customers, and other downstream purchasers, including Plaintiffs.

Dated:

                                                        _____
The Honorable Samuel Conti
United States District Judge
Northern District of California