MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 12:** |
| | **TO EXCLUDE PERCIPIENT WITNESSES, EXCEPT FOR ONE PARTY REPRESENTATIVE, FROM THE COURTROOM UNLESS THEY ARE TESTIFYING** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 12 to exclude percipient witnesses, except for one party representative, from the courtroom unless they are testifying, it is hereby

ORDERED that the motion is GRANTED, and:

(a) all percipient witnesses shall be excluded from the courtroom when they are not testifying;

(b) all percipient witness shall be precluded from reading daily transcripts of the court proceedings;

(c) expert witnesses are not excluded from the courtroom during trial and are not barred from reviewing trial transcripts; and

(d) each party may designate one party representative to attend the trial.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California