MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 13:** |
| | **TO PRECLUDE LIVE TESTIMONY OF DEFENDANTS' WITNESSES WHO ARE NOT MADE AVAILABLE TO TESTIFY LIVE IN PLAINTIFFS' CASE-IN-CHIEF** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 13 to preclude live testimony by Defendants' witnesses who are not made available to testify live during Plaintiffs' case-in-chief, it is hereby

ORDERED that the motion is GRANTED, and at trial, Defendants shall be precluded from introducing the live testimony of any witness who is not made available to testify live during Plaintiffs' case-in-chief.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California