1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  IN RE CATHODE RAY TUBE (CRT)        )  Master File No. 3:07-cv-5944 SC
    ANTITRUST LITIGATION                )
14                                      )  MDL No. 1917
                                        )
15  This Document Relates to:           )
                                        )  **[PROPOSED] ORDER REGARDING**
16  Indirect-Purchaser Class Action     )
                                        )  **INDIRECT PURCHASER PLAINTIFFS'**
17                                      )  **NOTICE OF MOTION AND MOTION**
                                        )  ***IN LIMINE* NO. 14:**
18                                      )
                                        )  **TO LIMIT DEFENDANTS' DEPOSITION**
19                                      )  **DESIGNATIONS PRESENTED IN**
                                        )  **PLAINTIFFS' CASE TO REASONABLE**
20                                      )  **CROSS AND TO EXCLUDE**
                                        )  **UNRELATED DESIGNATIONS**
21                                      )
                                        )
22                                      )

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 14 to limit Defendants' deposition designations presented in Plaintiffs' case to reasonable cross and to exclude unrelated designations, it is hereby

ORDERED that the motion is GRANTED, and Defendants' designations of videotaped deposition testimony to be played during the presentation of Plaintiffs' case-in-chief shall not exceed the scope of reasonable cross-examination of the witness's testimony presented by Plaintiffs and shall not include unrelated testimony or other unrelated evidence.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California