1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  IN RE CATHODE RAY TUBE (CRT)         )   Master File No. 3:07-cv-5944 SC
    ANTITRUST LITIGATION                 )
13                                       )   MDL No. 1917
                                         )
14  This Document Relates to:            )
                                         )   **DECLARATION OF GERARD A.**
15  Indirect-Purchaser Class Action      )   **DEVER IN SUPPORT OF**
                                         )
16                                       )   **INDIRECT PURCHASER PLAINTIFFS'**
                                         )   **NOTICE OF MOTION AND MOTION**
17                                       )   ***IN LIMINE* NO. 14:**
                                         )
18                                       )   **TO LIMIT DEFENDANTS' DEPOSITION**
                                         )   **DESIGNATIONS PRESENTED IN**
19                                       )   **PLAINTIFFS' CASE TO REASONABLE**
                                         )   **CROSS AND TO EXCLUDE**
20                                       )   **UNRELATED DESIGNATIONS**
                                         )
21                                       )   Hearing Date: February 27, 2015
                                         )   Time: None set
22                                       )   Courtoom: One, 17th Floor
                                         )
23                                       )   The Honorable Samuel Conti
                                         )
24                                       )
25

26

27

28

I, Gerard A. Dever, hereby declare and state as follows:

1. I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in support of Plaintiffs' Motion *in Limine* No. 14: to limit Defendants' deposition designations presented in Plaintiffs' case to reasonable cross and to exclude unrelated designations.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the Transcript of Motion *In Limine* Conference in *In re Urethane Antitrust Litig.*, No. 04-1616 (D. Kan.), with the relevant portions highlighted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 13, 2015, in Philadelphia, Pennsylvania.

*/s/ Gerard A. Dever*
Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
Email: gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiffs*