1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | IN RE CATHODE RAY TUBE (CRT) ) | Master File No. 3:07-cv-5944 SC
   | ANTITRUST LITIGATION          ) |
15 |                               ) | MDL No. 1917
   |                               ) |
16 | This Document Relates to:     ) |
   |                               ) | **[PROPOSED] ORDER REGARDING**
17 | Indirect-Purchaser Class Action ) |
   |                               ) | **INDIRECT PURCHASER PLAINTIFFS'**
18 |                               ) | **NOTICE OF MOTION AND MOTION**
   |                               ) | ***IN LIMINE* NO. 16:**
19 |                               ) |
   |                               ) | **TO PRECLUDE REFERENCE TO AND**
20 |                               ) | **EXCLUDE EVIDENCE OF OTHER CRT**
   |                               ) | **LITIGATIONS**
21 |                               ) |
22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 16 to preclude reference to and evidence of other cathode ray tube ("CRT") litigations, it is hereby

ORDERED that the motion is GRANTED, and at trial, Defendants shall be precluded from referring to or presenting evidence of any CRT actions that are not before the jury.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California