MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect-Purchaser Class Action | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 17:**<br><br>**TO (1) PRECLUDE ARGUMENT THAT THE SAMSUNG SDI GUILTY PLEA INCLUDES DOJ FINDINGS OF FACT; (2) EXCLUDE EVIDENCE OF THE VOLUME OF AFFECTED SALES IN THE GUILTY PLEA; (3) EXCLUDE EVIDENCE OF THE FACT AND AMOUNT OF THE CRIMINAL FINE; AND (4) EXCLUDE ANY STATEMENT BY THE DOJ CHARACTERIZING THE CRT CONSPIRACY** |

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 17 to (1) preclude argument that the guilty plea by Samsung SDI Company, Ltd. ("Samsung") includes Department of Justice ("DOJ") Findings of Fact; (2) exclude evidence of the volume of affected sales in the guilty plea; (3) exclude evidence of the amount of the criminal fine; and (4) exclude any statement by the DOJ characterizing the cathode ray tube ("CRT") conspiracy, it is hereby

ORDERED that the motion is GRANTED, and at trial, Defendants shall be precluded from:

(1) arguing that the DOJ made findings of fact or otherwise concluded that the CRT conspiracy was limited to the scope of the conspiracy admitted to by Samsung in its guilty plea;

(2) offering evidence that the DOJ or the guilty plea identified a particular volume of affected sales;

(3) offering evidence of the fact or the amount of the criminal fine imposed on Samsung; and

(4) offering any statement by the DOJ characterizing the CRT conspiracy.

Dated: _____

                                              _____
                                              The Honorable Samuel Conti
                                              United States District Judge
                                              Northern District of California