1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                      **SAN FRANCISCO DIVISION**

13

14  IN RE CATHODE RAY TUBE (CRT)          )   Master File No. 3:07-cv-5944 SC
    ANTITRUST LITIGATION                  )
15  _____      )   MDL No. 1917
                                          )
16  This Document Relates to:             )
                                          )   **[PROPOSED] ORDER REGARDING**
17  Indirect-Purchaser Class Action       )
                                          )   **INDIRECT PURCHASER PLAINTIFFS'**
18                                        )   **NOTICE OF MOTION AND MOTION**
                                          )   ***IN LIMINE* NO. 18:**
19                                        )
                                          )   **TO PRECLUDE ARGUMENT THAT**
20                                        )   **PRICE FIXING WAS PRO-**
                                          )   **COMPETITIVE OR NECESSARY**
21                                        )
                                          )
22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion *In Limine* No. 18 to preclude argument that price fixing was pro-competitive or necessary, it is hereby

ORDERED that the motion is GRANTED, and at trial, Defendants shall be precluded from referring to, presenting evidence that, or arguing that price fixing was pro-competitive, necessary or otherwise excusable.

Dated:

_____
The Honorable Samuel Conti
United States District Judge
Northern District of California

[PROPOSED] ORDER IPP'S MOTION IN LIMINE RE PRO-COMPETITIVE CARTEL
Master File No. 3:07-cv-5944 SC