1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> *All Indirect Purchaser Actions* <br><br> *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173; <br><br> *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776; <br><br> *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; <br><br> *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; <br><br> *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; <br><br> *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; <br><br> *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; <br><br> [*continued on next page*] | Master File No. 3:07-CV-5944 SC <br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE #3: TO EXCLUDE ALL EVIDENCE AND REFERENCE AT TRIAL TO THE U.S. DEPARTMENT OF JUSTICE'S CRIMINAL INVESTIGATIONS OF THE CATHODE RAY TUBE INDUSTRY** <br><br> Judge:     Hon. Samuel Conti |

1

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

Having considered the Defendants' Motion in Limine #3: To Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigations of the Cathode Ray Tube Industry ("Motion"), as well as the materials submitted in opposition to the Motion, and for good cause appearing, it is hereby

ORDERED that Defendants' Motion is GRANTED. At trial, Plaintiffs shall not present any evidence or make any reference to the U.S. Department of Justice's criminal investigations of the cathode ray tube industry, including any indictments resulting from those investigations and related press releases. This Order does not address the guilty plea of Defendant Samsung SDI Company, Ltd., which is the subject of a separate motion in limine.

**IT IS SO ORDERED.**

DATED: _____, 2015

_____
Honorable Samuel Conti
U.S. District Judge

**DECLARATION OF SERVICE**

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date below, I served the within:

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE #3: TO EXCLUDE ALL EVIDENCE AND REFERENCE AT TRIAL TO THE U.S. DEPARTMENT OF JUSTICE'S CRIMINAL INVESTIGATIONS OF THE CATHODE RAY TUBE INDUSTRY**

to all named counsel of record as follows:

☑   **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on February 13, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on February 13, 2015, at San Francisco, California.

                                                          /s/ *Joseph Hansen*
                                                           Joseph Hansen

101879857.1