GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776;<br><br>[*continued on next page*] | **DECLARATION OF AUSTIN SCHWING IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE #11: TO EXCLUDE REFERENCES TO DOCUMENTS OR BEHAVIOR NOT IN EVIDENCE**<br><br>Judge:   Hon. Samuel Conti<br>Date:    None Set<br>Courtroom: 1, 17th Floor |

1  *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

2  *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

3  *Best Buy Co., et al. v. Hitachi, Ltd., et al.*,
4  No. 11-cv-05513;

5  *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;
6

7  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
8

9  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

10 *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
11
12

13 *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262;

14 *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Austin Schwing, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. in the above-referenced action.

2. I submit this declaration in support of Defendants' Motion in Limine #11: To Exclude References to Documents or Behavior Not in Evidence. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. Attached as **Exhibit A** is a true and correct copy of cited excerpts of Dr. Kenneth Elzinga's Expert Rebuttal Report, dated September 26, 2014.

4. Plaintiffs have agreed that the above-cited excerpt does not need to be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February 2015, at San Francisco, California.

By: _/s/ *Austin Schwing*_
Austin Schwing

101878940.1