ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:     310-552-0130
Facsimile:       310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING
LLC; BEST BUY ENTERPRISE SERVICES, INC.;
BEST BUY STORES, L.P.; BESTBUY.COM,
L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case Nos.<br>3:11-cv-05513-SC;<br>3:13-cv-05264-SC |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.,* No. 3:07-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502-SC<br><br>*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-5514* | **DECLARATION OF JILL S. CASSELMAN IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE***<br><br>Judge:  Hon. Samuel Conti |

*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al.,* No. 13-cv-01173-SC

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.,* No. 13-cv-2776 SC

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-cv-02510

I, JILL S. CASSELMAN, declare as follows:

1. I am an attorney with the law firm of Robins Kaplan LLP, counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively "Best Buy") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this declaration in support of Plaintiffs' Motions *in Limine*. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Brian Stone, dated December 3, 2012, and designated as "Highly Confidential." (FILED UNDER SEAL.)

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Nikhil Nayar, dated May 1, 2014.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Bonny Cheng, dated October 9, 2014.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Timothy Furey, dated July 30, 2014.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the deposition transcript of James Smith, dated July 11, 2014, and designated as "Highly Confidential." (FILED UNDER SEAL.)

7. Attached hereto as **Exhibit F** is a true and correct copy of Best Buy's Responses and Objections to Defendants' FRCP Rule 30(b)(6) Deposition Notice.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Special Master's Report and Recommendations regarding Best Buy's Motion for a Protective Order, dated June 23, 2014.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Court's Order Overruling Best Buy's Objection to the Special Master's Order.

10. Attached hereto as **Exhibit I** is a true and correct copy of Defendants' June 2, 2014 Opposition to Best Buy's Motion for a Protective Order and Cross-Motion to Compel Interrogatory Responses.  (FILED UNDER SEAL.)

11. Attached hereto as **Exhibit J** is a true and correct copy of the European Commission's Provisional Decision in case AT.39437—TV and Monitor Computer Tubes, which is publicly available and can be accessed at http://ec.europa.eu/competition/elojade/isef/case_details.cfm?proc_code=1_39437.  All highlighting has been prepared by Plaintiffs in support of their Motion *in Limine* to establish the preclusive effect of the highlighted paragraphs.

12. Attached hereto as **Exhibit K** are true and correct copies of Exhibits 16a and 17 to the Report of Alan S. Frankel Ph.D. on behalf of Viewsonic.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the deposition transcript of Rose Yang, dated November 7, 2014.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of February, 2015 in Los Angeles, California.

                                                                           /s/ Jill S. Casselman
                                                                            Jill S. Casselman