ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING
LLC; BEST BUY ENTERPRISE SERVICES, INC.;
BEST BUY STORES, L.P.; BESTBUY.COM,
L.L.C.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case Nos.<br>3:11-cv-05513-SC;<br>3:13-cv-05264-SC |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513-SC*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264-SC*<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al., No. 3:07-cv-05514-SC*<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al., No. 11-cv-05502-SC*<br><br>*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-5514* | **DECLARATION OF LAURA NELSON IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 3  TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING BEST BUY'S PRIVATE LABEL CRT PRODUCTS**<br><br>Judge:  Hon. Samuel Conti |

*Sharp Electronics Corporation, et al. v.*
*Hitachi, Ltd., et al., No. 13-cv-01173-SC*

*Sharp Electronics Corp., et al. v. Koninklijke*
*Philips Electronics N.V., et al., No. 13-cv-2776*
*SC*

*ViewSonic Corporation v. Chunghwa Picture*
*Tubes, Ltd., et al., No. 14-cv-02510*

I, LAURA NELSON, declare as follows:

1.      I am an attorney with the law firm of Robins Kaplan LLP, counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively "Best Buy") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I submit this declaration in support of Plaintiffs' Motion in Limine No. 3 to Exclude Evidence or Argument regarding Best Buy's Private Label CRT Products.  I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.      As counsel for Best Buy, I met and conferred with Michael Hamburger and Aya Kobori of White & Case during discovery regarding certain of Toshiba's discovery requests seeking information regarding Best Buy's private label CRT products. I informed counsel that Best Buy was not making a claim for any private-label products and that Best Buy did not source components for its private label CRT products, rather it purchased fully-finished products and labeled them with house brands.

3.      Nonetheless, Best Buy timely responded to Toshiba's discovery requests relating to private label CRT products. Those responses are now the subject to a Toshiba Motion to Compel, currently pending before Judge Walker.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of February, 2015 in Los Angeles, California.

_____/s/ Laura Nelson_____

Laura Nelson