JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

Additional Moving Defendants and Counsel Listed on Signature Pages

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | |
| *All Indirect Purchaser Actions* | **DEFENDANTS' JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)** |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776; | Oral Argument Requested |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | Judge:   Hon. Samuel Conti<br>Date:    None Set<br>Place:   Courtroom 1, 17th Floor |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, | |

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

1

## <u>TABLE OF CONTENTS</u>

2
<u>Page</u>

3      I.      INTRODUCTION ...............................................................................................1

4      II.     ARGUMENT .....................................................................................................2

5              A.      The Court Should Make Foundational Findings Before Admitting Co-
                       Conspirator Statements as Non-Hearsay ................................................2
6
               B.      The Court Should Exercise Its Discretion to Resolve Questions of Alleged
7                      Co-Conspirator Statement Admissibility Before Trial .............................4

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

i

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

# TABLE OF AUTHORITIES

Page(s)

CASES

*Bourjaily v. United States*,
    483 U.S. 171 (1987)..............................................................................................2, 3

*In re Coordinated Pretrial Proceedings in Petroleum Prods. Antitrust Litig.*,
    906 F.2d 432 (9th Cir. 1990) .................................................................................2, 3

*In re Static Random Access Memory (SRAM) Antitrust Litig.*,
    No. 4:07-md-01819-CW (N.D. Cal. Dec. 16, 2010)...................................................4

*Luce v. United States*,
    469 U.S. 38 (1984)......................................................................................................4

*Sun Microsystems Inc. v. Hynix Semiconductor Inc.*,
    No. 4:06-cv-01665-PJH (N.D. Cal. May 20, 2009)................................................3, 5

*United States v. AU Optronics Corp.*,
    No. CR 09-0110 SI, 2012 U.S. Dist. LEXIS 3967 (N.D. Cal. Jan. 11, 2012) .........4

*United States v. Cook*,
    608 F.2d 1175 (9th Cir. 1979) ...................................................................................4

*United States v. Jimenez Recio*,
    537 U.S. 270 (2003)....................................................................................................4

*United States v. Nerlinger*,
    862 F.2d 967 (2d Cir. 1988).......................................................................................3

*United States v. Silverman*,
    861 F.2d 571 (9th Cir. 1988) .....................................................................................3

*Zenith Radio Corp. v. Matsushita Elec. Indus. Co., Ltd.*,
    513 F.Supp. 1100 (E.D. Penn. 1981) .........................................................................3

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

1

## NOTICE OF MOTION AND MOTION

2    TO THE COURT, THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3          PLEASE TAKE NOTICE that on a date and time to be set by the United States District

4    Court for the Northern District of California, San Francisco Division, before the Honorable Samuel

5    Conti, the undersigned defendants ("Defendants")[1] will and hereby do move the Court, pursuant to

6    Rule 801 of the Federal Rules of Evidence, for an order compelling pretrial disclosure of statements

7    that Plaintiffs seek to admit as non-hearsay "Co-Conspirator Statements," and for a pretrial

8    evidentiary hearing to determine their admissibility, for the reasons set forth in the accompanying

9    Memorandum of Points and Authorities.  *See* Fed. R. Evid. 801(d)(2)(E).

10          This motion is based upon this Notice of Motion, the accompanying Memorandum of Points

11    and Authorities in support thereof, the complete files and records in this action, oral argument of

12    counsel, and such other and further matters as this Court may consider.

13

## MEMORANDUM OF POINTS AND AUTHORITIES

14    ### I.    INTRODUCTION

15          Plaintiffs have designated thousands of documents produced by eleven different defendant

16    families in their trial exhibit lists.  The evidence that Plaintiffs intend to use includes, among other

17    things, hundreds of "minutes" from the so-called "Glass Meetings," or other group meetings, and

18    hundreds of "minutes" from bilateral information exchanges among various groups and sub-groups

19    of Defendants and alleged co-conspirators.  Those documents include thousands of statements made

20    by dozens of alleged co-conspirators.  Plaintiffs have provided no indication of how they plan to

21    establish the prerequisites for admission of any of those alleged co-conspirator statements under

22    Rule 801(d)(2)(E) against a specific Defendant – indeed, Plaintiffs have not provided a single

23    description of the intended use of any of the approximately 3300 documents cited in the DAP exhibit

24    list and 2600 documents cited in the IPP exhibit list.

25

26

27    _____
[1] Each Defendant moves only as to the cases in which it remains active.

1

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Contrary to Plaintiffs' allegation of a single, overarching conspiracy that affected all CRTs over a 12-year period, the evidence Plaintiffs rely on shows that different CRT manufacturers entered and exited the business for various types of CRTs during the class period,[2] that not all Defendants attended the "Glass Meetings" or group meetings, and that the participants at those meetings changed over time.  Accordingly, there are dozens of permutations of which Defendants were involved in various meetings with alleged co-conspirators.  Given that each Defendant is differently situated, the issues regarding the admissibility of alleged co-conspirator statements will vary by Defendant.  For example, several Defendants will challenge the admission of statements by alleged co-conspirators relating to the "Glass Meetings" as they apply to them on the ground that they never attended those meetings or participated in any conspiracy relating to those meetings, or on the ground that the statements at issue were made by a declarant after the relevant Defendant's withdrawal from the alleged conspiracy.  Therefore, determining whether the prerequisites for admission of each co-conspirator statement under Rule 801(d)(2)(E) have been met with respect to each Defendant will be a complicated and lengthy process, and should be addressed before trial based on a pretrial proffer by Plaintiffs in order to avoid undue delay during the trial itself.

## II.   ARGUMENT

### A.   The Court Should Make Foundational Findings Before Admitting Co-Conspirator Statements as Non-Hearsay

Before being allowed to use a purported co-conspirator statement at trial as substantive evidence against a particular Defendant, Plaintiffs must make a preliminary factual showing with respect to each statement.  Specifically, Plaintiffs must show, by a preponderance of the evidence, the existence of a conspiracy involving both the Defendant against whom the statement will be used and the declarant; that the declarant made the statement while a member of the conspiracy; and that the statement was made in furtherance of the conspiracy.  *Bourjaily v. United States*, 483 U.S. 171,

---

[2] *See* Defs.' Mem. of Points & Auth. in Opp'n to Mot. of Indirect-Purchaser Plaintiffs for Class Cert. at 10 n.21 (Dec. 17, 2012) (Dkts. 1538, 1660) (describing various Defendants' exit from the CRT business during the class period).

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1   175 (1987); *In re Coordinated Pretrial Proceedings in Petroleum Prods. Antitrust Litig.*, 906 F.2d

2   432, 458–59 (9th Cir. 1990) (applying *Bourjaily* standards to civil antitrust case); Final Pretrial

3   Order at 8, *Sun Microsystems Inc. v. Hynix Semiconductor Inc.*, No. 4:06-cv-01665-PJH (N.D. Cal.

4   May 20, 2009) (same).

5           As an initial matter, Plaintiffs must provide evidence of the global 12-year conspiracy

6   involving all CRTs and Defendants that is alleged – or any smaller scope conspiracy that they pursue

7   at trial – that is independent from the co-conspirator statements.   *See Zenith Radio Corp. v.*

8   *Matsushita Elec. Indus. Co., Ltd.*, 513 F.Supp. 1100, 1179 (E.D. Penn. 1981) ("unless plaintiffs can

9   show by independent evidence . . . that *the conspiracy they have pleaded* exists and that the

10  declarants and the defendant against whom the statement is offered are members of *that conspiracy*,

11  the hearsay statements of alleged coconspirators are inadmissible") (emphases added); *United States*

12  *v. Silverman*, 861 F.2d 571, 577 (9th Cir. 1988) (abandoning the independent evidence requirement

13  would "eliminate one of the few safeguards of reliability that this exemption from the hearsay

14  definition possesses").

15          Moreover, in addition to establishing the existence of the conspiracy being alleged, a

16  document-by-document analysis will be required in order to determine *for each statement* that the

17  declarant was a member of the conspiracy *at the time the statement was made* and that the statement

18  was made in furtherance of the alleged conspiracy.   Importantly, Plaintiffs must provide evidence

19  *independent of the alleged co-conspirator statements themselves* to show that the declarant was a

20  participant in the conspiracy at the time he or she made the statement. Fed. R. Evid. 801(d)(2) ("The

21  statement must be considered *but does not by itself establish* . . . the existence of the conspiracy or

22  participation in it under (E).") (emphasis added); *Coordinated Pretrial Proceedings*, 906 F.2d at 459

23  ("[T]he offering party must present *some* evidence aside from the proferred [sic] co-conspirator's

24  statements [to] show that the [nonoffering party] knowingly participated in the alleged conspiracy.")

25  (internal citations omitted).   Statements made after the defendant against whom a statement is

26  offered has withdrawn from the conspiracy, are not in furtherance of the conspiracy, and are thus not

27

28

3

admissible under Rule 801(d)(2)(E).  *See United States v. Nerlinger*, 862 F.2d 967, 975 (2d Cir. 1988) (holding that district court's admission of hearsay statements of co-conspirators against defendant made after defendant had withdrawn from conspiracy was error); *see also United States v. Jimenez Recio*, 537 U.S. 270, 274–75 (2003).  Even assuming Plaintiffs could establish the existence of the alleged conspiracy, many Defendants will dispute that they were members of any such conspiracy or that they were a member at the time the particular alleged co-conspirator statements were made.

**B.  The Court Should Exercise Its Discretion to Resolve Questions of Alleged Co-Conspirator Statement Admissibility Before Trial**

The Court, not the jury, must answer the preliminary questions that determine document admissibility (Fed. R. Evid. 104(a)), and the Court has ample authority to resolve preliminary admissibility issues before trial.  *See Luce v. United States*, 469 U.S. 38, 41 n.4 (1984) (court has "inherent authority to manage the course of trials"); *United States v. Cook*, 608 F.2d 1175, 1186 (9th Cir. 1979) (trial court has discretion to determine admissibility of evidence before or during trial, "with a reminder that advance planning helps both parties and the court").  Defendants respectfully request the Court to exercise that discretion here by ordering Plaintiffs to disclose the statements they intend to offer into evidence as co-conspirator statements and against which Defendants, and by holding a pretrial evidentiary hearing to determine their admissibility.  Such a procedure would facilitate the smooth introduction of evidence at trial, avoid repeated trial interruptions to hear arguments about admissibility outside the presence of the jury, and avoid the risk of mistrial by guarding against the admission of such statements without proper foundation.

Judges in this district have regularly required pretrial disclosure of alleged co-conspirator statements to facilitate similar pretrial admissibility determinations.  *See, e.g.*, *United States v. AU Optronics Corp.*, No. CR 09-0110 SI, 2012 U.S. Dist. LEXIS 3967, at *3-7 (N.D. Cal. Jan. 11, 2012) (ruling on admissibility of alleged co-conspirator statements prior to a witness examination in which the government intended to use the documents); Order on Motions in Limine and For Pre-Trial

4

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1    Preparation at 4-5, *In re Static Random Access Memory (SRAM) Antitrust Litig.*, No. 4:07-md-

2    01819-CW (N.D. Cal. Dec. 16, 2010) (requiring plaintiffs to make a proffer regarding alleged co-

3    conspirator statements one week in advance:  "These will be proposed by Plaintiffs not less than a

4    week before they are proffered, along with an offer of proof as to the co-conspirator's participation

5    in the conspiracy, the dates thereof, and the relevance of the statement to the conspiracy.").

6          If the Court is not inclined to hold a pretrial hearing on these admissibility issues, Defendants

7    propose as the next best alternative the trial procedure adopted by the court in *Sun Microsystems*.  In

8    that case, the court, *sua sponte*, ordered that the parties wishing to rely on co-conspirator statements

9    at trial must, on the business day prior to introducing the statement, submit the following

10   information to the court:  (1) the identity of the testifying witness; (2) a statement describing the

11   witness; (3) a summary of the evidence showing that the witness knew about and participated in the

12   conspiracy; (4) the emails to be introduced via that witness, identifying within the email the specific

13   co-conspirator statements to be introduced via that witness; (5) the identity of the declarant of each

14   specific co-conspirator statement; and (6) a summary of the evidence showing that each declarant of

15   the co-conspirator statement(s) knew about and participated in the conspiracy.  *See* Final Pretrial

16   Order at 8, *Sun Microsystems*, No. 4:06-cv-01665-PJH.  The *Sun Microsystems* court further ruled

17   that it would hear arguments regarding the co-conspirator statements the following day before trial

18   and rule on the admissibility of the statement at that time.  *Id.* at 8-9.  At minimum, such a procedure

19   is necessary in this case to prevent undue trial delay or errors in the admission of alleged co-

20   conspirator statements.

21         For the foregoing reasons, Defendants respectfully request that this Court grant this motion in

22   limine.

23

24

25

26

27

28

5

1    DATED:  February 13, 2015              Respectfully submitted,

2                                           By: /s/ Jeffrey L. Kessler

3                                           JEFFREY L. KESSLER (*pro hac vice*)
                                            Email: JKessler@winston.com
4                                           ALDO A. BADINI (SBN 257086)
                                            Email: ABadini@winston.com
5                                           EVA W. COLE (*pro hac vice*)
                                            Email: EWCole@winston.com
6                                           MOLLY M. DONOVAN (*pro hac vice*)
                                            Email: MMDonovan@winston.com
7                                           **WINSTON & STRAWN LLP**
                                            200 Park Avenue
8                                           New York, NY 10166
                                            Telephone: (212) 294-6700
9                                           Facsimile: (212) 294-4700

10                                          STEVEN A. REISS (*pro hac vice*)
                                            Email: steven.reiss@weil.com
11                                          DAVID L. YOHAI (*pro hac vice*)
                                            Email: david.yohai@weil.com
12                                          ADAM C. HEMLOCK (*pro hac vice*)
                                            Email: adam.hemlock@weil.com
13                                          **WEIL, GOTSHAL & MANGES LLP**
                                            767 Fifth Avenue
14                                          New York, NY 10153-0119
                                            Telephone: (212) 310-8000
15                                          Facsimile: (212) 310-8007

16                                          *Attorneys for Defendants Panasonic Corporation (f/k/a*
                                            *Matsushita Electric Industrial Co., Ltd.), Panasonic*
17                                          *Corporation of North America, and MT Picture Display*
                                            *Co., Ltd.*
18

19                                          **WHITE & CASE**LLP

20                                          By: /s/ Lucius B. Lau
                                            CHRISTOPHER M. CURRAN (*pro hac vice*)
21                                          Email: ccurran@whitecase.com
                                            LUCIUS B. LAU (*pro hac vice*)
22                                          Email: alau@whitecase.com
                                            DANA E. FOSTER (*pro hac vice*)
23                                          Email: defoster@whitecase.com
                                            **WHITE & CASE LLP**
24                                          701 Thirteenth Street, N.W.
                                            Washington, DC  20005
25                                          Telephone: (202) 626-3600
                                            Facsimile: (202) 639-9355

26                                          *Attorneys for Defendants Toshiba Corporation,*
                                            *Toshiba America, Inc., Toshiba America Information*
27
                                                          6
28   DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR          Case No. 07-5944 SC
     PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED                     MDL NO. 1917
     CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA  94111-5802*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1

2

*Systems, Inc., Toshiba America Consumer Products,*
*L.L.C., and Toshiba America Electronic Components,*
*Inc.*

3

**MUNGER, TOLLES & OLSON LLP**

4

By: */s/ Miriam Kim*
JEROME C. ROTH (State Bar No. 159483)

5

jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)

6

miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP

7

560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907

8

Telephone: (415) 512-4000
Facsimile: (415) 512-4077

9

10

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com

11

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com

12

GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com

13

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com

14

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor

15

Los Angeles, CA 90071-1560
Telephone: (213) 683-9100

16

Facsimile: (213) 687-3702

17

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com

18

FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200

19

Redwood Shores, California 94065
Telephone: (650) 593-6300

20

Facsimile: (650) 593-6301

21

*Attorneys for Defendant LG Electronics, Inc.*

22

KIRKLAND & ELLIS LLP

23

By:    */s/ Eliot A. Adelson*

24

Eliot A. Adelson
James Maxwell Cooper

25

KIRKLAND & ELLIS LLP
555 California Street, 27th Floor

26

San Francisco, CA  94104
Telephone: (415) 439-1400

27

Facsimile: (415) 439-1500

28

7

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

1

Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

2

James H. Mutchnik, P.C. (*pro hac vice*)

3

Barack Echols (*pro hac vice*)
KIRKLAND & ELLIS LLP

4

300 North LaSalle
Chicago, Illinois 60654

5

Tel: (312) 862-2000
Facsimile: (312) 862-2200

6

Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

7

8

*Attorneys for Defendants Hitachi, Ltd., Hitachi*
*Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi*

9

*America, Ltd., Hitachi Asia, Ltd., and Hitachi*
*Electronic Devices (USA), Inc.*

10

BAKER BOTTS LLP

11

12

By: /s/ *John M. Taladay*
JOHN M. TALADAY (*pro hac vice*)

13

Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)

14

Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)

15

Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)

16

Email: charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**

17

1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400

18

Telephone: (202) 639-7700
Facsimile: (202) 639-7890

19

JON V. SWENSON (SBN 233054)

20

Email: jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**

21

1001 Page Mill Road
Building One, Suite 200

22

Palo Alto, CA 94304
Telephone: (650) 739-7500

23

Facsimile: (650) 739-7699

24

*Attorneys for Defendants Koninklijke Philips N.V.,*
*Philips Electronics North America Corporation, Philips*

25

*Taiwan Ltd., and Philips do Brasil, Ltda.*

26

SHEPPARD MULLIN RICHTER & HAMPTON

27

8

28

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.;
Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.
BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung
SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and
Tianjin Samsung SDI Co., Ltd.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
**GIBSON, DUNN & CRUTCHER LLP**
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

**FARMER BROWNSTEIN JAEGER LLP**
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd
and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

FAEGRE BAKER DANIELS LLP

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA  94111-5802*

By: /s/ *Kathy L. Osborn*_____
KATHY L. OSBORN (*pro hac vice*)
Email: kathy.osborn@FaegreBD.com
RYAN M. HURLEY (*pro hac vice*)
Email: ryan.hurley@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

STEPHEN M. JUDGE (*pro hac vice*)
Email: steve.judge@FaegreBd.com
**FAEGRE BAKER DANIELS LLP**
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

JENNER & BLOCK LLP

By: /s/ *Gabriel A. Fuentes*_____

JENNER & BLOCK LLP
Charles B. Sklarsky (*pro hac vice*)
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
csklarsky@jenner.com
ttruax@jenner.com
mbrody@jenner.com

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

10

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US, Inc. and,*
*Mitsubishi Electric Visual Solutions America, Inc.*


SQUIRE PATTON BOGGS (US) LLP

By: /s/ Nathan Lane, III
MARK C. DOSKER
Email: mark.dosker@squirepb.com
NATHAN LANE, III
Email: nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (*pro hac vice*)
Email: donald.wall@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to all cases except Office*
*Depot, Inc. v. Technicolor SA, et al. and Sears,*
*Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP

By: /s/ Jeffrey I. Zuckerman
Jeffrey I. Zuckerman (*pro hac vice*)
Ellen Tobin (*pro hac vice*)
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Email: jzuckerman@curtis.com
etobin@curtis.com

11

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

Arthur Gaus (SBN 289560)
**DILLINGHAM & MURPHY, LLP**
601 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co.,  et al. v. Technicolor SA, et al.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

**DECLARATION OF SERVICE**

I, Sofia Arguello, declare as follows:

I declare that I am employed with the law firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166.  I am not a party to the within cause, and I am over the age of eighteen years.  I further declare that on February 13, 2015, I served a copy of:

**DEFENDANTS' JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)**

to all named counsel of record as follows:

**BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on February 13, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on February 13, 2015, at San Francisco, California.

_/s/ Sofia Arguello_
Sofia Arguello

DEFS JOINT MOTION IN LIMINE NO. 1: NOTICE OF MOTION AND MOTION FOR
PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED
CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)

Case No. 07-5944 SC
MDL NO. 1917

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802