# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION IN LIMINE NO. 1: MOTION FOR PRETRIAL PROFFER AND RULING ON ADMISSIBILITY OF ALLEGED CO-CONSPIRATOR STATEMENTS UNDER FED. R. E. 801(d)(2)(E)** |
| *All Indirect Purchaser Actions* | |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262; | |
| *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | |

1  Having considered the Defendants' Motion in Limine for a pretrial proffer and ruling on
2  admissibility of alleged co-conspirator statements under Federal Rule of Evidence 801(d)(2)(E), it is
3  hereby
4  ORDERED that Defendants' motion is GRANTED; and it is further
5  ORDERED that Plaintiffs disclose in advance of trial the statements they intend to offer into
6  evidence as co-conspirator statements and to specify against which Defendant(s) they intend to use
7  each statement.
8  **IT IS SO ORDERED**

Dated:_____          _____
                                                                Hon. Samuel Conti
                                                           United States District Judge