SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com

HELEN C. ECKERT, Cal. Bar No. 240531
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:     213-620-1780
Facsimile:     213-620-1398
E-mail:        heckert@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.,* No. 13-cv- | **DECLARATION OF HELEN C. ECKERT IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>**[RE SDI'S MIL NO. 1]** |

1  05261;

2  *Best Buy Co., et al. v. Hitachi, Ltd., et al.,*
3  No. 11-cv-05513;

4  *Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

5

6  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

7  *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

8

9  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

10

11  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

12

13  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Helen C. Eckert, declare as follows:

1. I am an associate at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI"). I submit this declaration pursuant to Civil Local Rule 79-5(d) to establish that documents or portions of documents containing "Confidential" and "Highly Confidential" information pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) and submitted to the Court in connection with SDI's Motion *In Limine* To Prohibit Plaintiffs From Conflating SDI With Non-Parties, Including But Not Limited To Samsung Electronics Co., Ltd. ("SDI's MIL No. 1") are sealable. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein and could and would testify competently to each of them.

2. The parties have disclosed or produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306).

3. On February 13, 2015, SDI filed an Administrative Motion to Seal and lodged the following documents pursuant to Civil Local Rules 7-11 and 79-5(d) and (e):

    a. Exhibits 1-2 of the Declaration of James L. McGinnis in Support of SDI's MIL No. 1 ("McGinnis Declaration").

4. Exhibit 1 to the McGinnis Declaration are excerpts of the September 26, 2014 Rebuttal Report of Alan Frankel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust which reflects, contains or refers to documents or information designated as "Confidential" or "Highly Confidential" by Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.

5. Exhibit 2 to the McGinnis Declaration are excerpts of the June 30, 2014 Supplemental Report of Alan Frankel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust which reflects, contains or refers to documents or information

-1-

1 designated as "Confidential" or "Highly Confidential" by Plaintiff Alfred H. Siegel, as Trustee of
2 the Circuit City Stores, Inc. Liquidating Trust.

4     I declare under penalty of perjury under the laws of the United States of America
5 that the foregoing is true and correct.
6     Executed this 13th day of February 2015 in Los Angeles, California.

8                                           */s/ Helen C. Eckert*
9                                             Helen C. Eckert