1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. MCGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  E-mail:       ghalling@sheppardmullin.com
                 jmcginnis@sheppardmullin.com
7                mscarborough@sheppardmullin.com

8
   Attorneys for Defendants
9  SAMSUNG SDI CO., LTD.,
   SAMSUNG SDI AMERICA, INC.,
10 SAMSUNG SDI (MALAYSIA) SDN. BHD.,
   SAMSUNG SDI MEXICO S.A. DE C.V.,
11 SAMSUNG SDI BRASIL LTDA.,
   SHENZHEN SAMSUNG SDI CO., LTD. and
12 TIANJIN SAMSUNG SDI CO., LTD.

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                    SAN FRANCISCO DIVISION
16

17 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC
18 | | MDL No. 1917
19 | This Document Relates to: |
20 | This Document Relates to: | **DECLARATION OF JAMES L. MCGINNIS IN SUPPORT OF SDI DEFENDANTS' MOTION *IN LIMINE* TO PROHIBIT PLAINTIFFS FROM CONFLATING SDI WITH NON-PARTIES, INCLUDING BUT NOT LIMITED TO SAMSUNG ELECTRONICS CO., LTD. [SDI'S MIL NO. 1]**
21 | *All Indirect Purchaser Actions* |
22 | *Sharp Electronics Corp., et a. v. Hitachi Ltd.,*
23 | *et al.,* No. 13-cv-1173; |
24 | *Sharp Elecs. Corp. v. Koninklijke Philips*
25 | *Elecs. N.V.,* No. 13-cv-02776; |
26 | *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; |
27 | *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261; |
28

1  *Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

**REDACTED VERSION OF DOCUMENT SUBMITTED UNDER SEAL**

1        I, James L. McGinnis, declare as follows:

2        1.      I am a partner at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for defendants Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI"). I submit this declaration in support of SDI Defendants' Motion *In Limine* To Prohibit Plaintiffs From Conflating SDI With Non-Parties, Including But Not Limited To Samsung Electronics Co., Ltd. ("SDI's MIL No. 1"). I have personal knowledge of the facts herein set forth and, if called as a witness, I could and would competently testify thereto.

3        2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the September 26, 2014 Rebuttal Report of Alan Frankel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.

4        3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the June 30, 2014 Supplemental Report of Alan Frankel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.

         I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

         Executed this 13th day of February 2015 in San Francisco, California.

                                                      */s/ James L. McGinnis*
                                                      James L. McGinnis

# EXHIBIT 1
[SUBMITTED UNDER SEAL]

# EXHIBIT 2
[SUBMITTED UNDER SEAL]