UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

*All Indirect Purchaser Actions*

*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776;

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

Case No. 07-5944 SC

MDL No. 1917

**[PROPOSED] ORDER GRANTING SDI DEFENDANTS' MOTION *IN LIMINE* TO PROHIBIT PLAINTIFFS FROM CONFLATING SDI WITH NON-PARTIES, INCLUDING BUT NOT LIMITED TO SAMSUNG ELECTRONICS CO., LTD. [SDI's MIL NO. 1]**

*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

Having considered SDI Defendants' Motion *in Limine* to Prohibit Plaintiffs From Conflating SDI With Non-Parties, Including But Not Limited To Samsung Electronics Co., Ltd., as well as the materials submitted in opposition to the motion, and for good cause appearing, it is hereby

ORDERED that SDI Defendants' motion is GRANTED; and it is further

ORDERED that Plaintiffs and their witnesses may not offer evidence or argument:

- conflating SDI Defendants with non-parties, including but not limited to Samsung Electronics Co., Ltd.; and
- referring to SDI Defendants and non-parties, including but not limited to Samsung Electronics Co., Ltd., interchangeably by the same name.

**IT IS SO ORDERED.**

DATED: ___________, 2015

________________________________
Hon. Samuel Conti
United States District Judge