1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
6
   BRAD D. BRIAN (State Bar no. 079001)
7  brad.brian@mto.com
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   E. MARTIN ESTRADA (State Bar No. 223802)
9  martin.estrada@mto.com
   CLAIRE YAN (State Bar No. 268521)
10 claire.yan@mto.com
   MUNGER, TOLLES & OLSON LLP
11 355 South Grand Avenue
   Thirty-Fifth Floor
12 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
13 Facsimile:     (213) 687-3702

14 *Attorneys for Defendants LG Electronics, Inc.*

15                        UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17                              SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| 19  This Document Relates to: | MDL No. 1917 |
| 20  *All Indirect Purchaser Actions* | **DECLARATION OF CLAIRE YAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |
| 21 | |
| 22  *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 | [Administrative Motion to Seal and [Proposed] Order filed concurrently herewith] |
| 23  *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 | Judge:  Hon. Samuel Conti |
| 24 | Date:   None Set |
| 25  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | Ctrm:   1, 17th Floor |
| 26 | |
| 27  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | |
| 28 | |

*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

*Siegel v. Technicolor SA*, No. 13-cv-05261

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Target Corp. v. Technicolor SA*, No. 13-cv-05686

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

I, Claire Yan, declare:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Pursuant to Civil Local Rule 7-11 and 79-5, I make this declaration in support of the LGE Defendants' Administrative Motion to Seal.

3. LG seeks permission to file under seal the highlighted portions of the sealed version of Defendants' Motion *In Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

4. The portions the documents referenced in Paragraph 2 contain discussion, analysis, references to, or information taken directly from, material designated by a Party in this matter as "CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306) in this case.

5. LG further seeks permission to file under seal the following documents in their entirety Exhibits 2 and 3 to the Declaration of Claire Yan in Support Defendants' Motion *In Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

6. The documents referenced in Paragraph 5 were produced by Defendant Philips in this litigation and have been designated "CONFIDENTIAL" by Philips under the Stipulated Protective Order (Dkt. No. 306).

7. LGE seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Local Rules. Because the information LGE seeks to submit under seal has been designated as Confidential or Highly Confidential by other parties, LGE is filing the accompanying Administrative Motion, and will be prepared to file an unredacted versions of the above-referenced documents in the public record if required by Civil Local Rule 79-5(e).

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed on February 13, 2015, in Los Angeles, California.

                                          /s/ *Claire Yan*
                                          CLAIRE YAN