1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. Master File No. 3:07-md-05944-sc<br><br>MDL No. 1917 |
| This Document Related to:<br><br>DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING LG DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:  Hon. Samuel Conti<br><br>Crtrm.:  1, 17th Floor |

Upon consideration of Defendants LG's Administrative Motion to Seal in support of Defendants' Motion *In Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices, and the supporting Declaration of Claire Yan pursuant to Local Rule 79.5 in support of that motion, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the following be sealed in this case:

1.  The highlighted portions of the sealed version of Defendants' Motion *In Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

2.  Exhibits 2 and 3 to the Declaration of Claire Yan In Support of Defendants' Motion *In Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

DATED: _____, 2015

_____
THE HONORABLE JUDGE SAMUEL CONTI