# EXHIBIT 2
# CONFIDENTIAL-FILED UNDER SEAL