# EXHIBIT 3
# CONFIDENTIAL-FILED UNDER SEAL