1   SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2       Including Professional Corporations
    GARY L. HALLING, Cal. Bar No. 66087
3   JAMES L. McGINNIS, Cal. Bar No. 95788
    MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4   Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4106
5   Telephone:      415-434-9100
    Facsimile:      415-434-3947
6   E-mail:         ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
7                   mscarborough@sheppardmullin.com

8   HELEN C. ECKERT, Cal. Bar No. 240531
    333 South Hope Street, 43rd Floor
9   Los Angeles, California  90071-1448
    Telephone:      213-620-1780
10  Facsimile:      213-620-1398
    E-mail:         heckert@sheppardmullin.com
11
    Attorneys for Defendants
12  SAMSUNG SDI AMERICA, INC.,
    SAMSUNG SDI CO., LTD.,
13  SAMSUNG SDI (MALAYSIA) SDN. BHD.,
    SAMSUNG SDI MEXICO S.A. DE C.V.,
14  SAMSUNG SDI BRASIL LTDA.,
    SHENZEN SAMSUNG SDI CO., LTD. and
15  TIANJIN SAMSUNG SDI CO., LTD.

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19
    In re: CATHODE RAY TUBE (CRT)          Case No. 07-5944 SC
20  ANTITRUST LITIGATION
                                           MDL No. 1917
21

22  This Document Relates to:             **SDI DEFENDANTS'
                                          ADMINISTRATIVE MOTION TO SEAL
23  *All Indirect Purchaser Actions*       DOCUMENTS PURSUANT TO CIVIL
                                           LOCAL RULES 7-11 AND 79-5**
24  *Sharp Electronics Corp., et a. v. Hitachi Ltd., et
    al.,* No. 13-cv-1173;                 **[RE SDI'S MIL NO. 2]**
25

26  *Sharp Elecs. Corp. v. Koninklijke Philips Elecs.
    N.V.,* No. 13-cv-02776;
27
    *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;
28

    SMRH:436366741.1              SDI DEFENDANTS' ADMINISTRATIVE MOTIONTO SEAL DOCUMENTS

1   *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;

2

3   *Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513;

4

5   *Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

6   *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

7

8   *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

9

10  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

11

12  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

13

14  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Civil Local Rules of the United States District Court, Northern District of

2  California 7-11 and 79-5(d) and (e), Defendants Samsung SDI America, Inc.; Samsung SDI Co.,

3  Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI

4  Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively,

5  "SDI") hereby bring this administrative motion to file the following documents or portions of

6  documents under seal:

7    1.    Exhibits 1-2 of the Declaration of James L. McGinnis in Support of SDI

8    Defendants' Motion *In Limine* To Exclude Irrelevant And Highly Prejudicial

9    Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT-00077732

10    ("McGinnis Declaration").

11    SDI seeks to file these documents under seal as they reflect, contain or analyze material

12  designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order

13  entered on June 18, 2008 (Dkt. No. 306).  Civil Local Rule 79-5(d)(1) provides that if a party

14  wishes to file a document under seal, the party must file an administrative motion to file under seal

15  in conformance with Civil L.R. 7-11, accompanied by a declaration establishing that the document

16  sought to be filed under seal is sealable.  SDI's administrative motion is supported by the

17  accompanying declaration of Helen C. Eckert ("Eckert Declaration").

18    As set forth in the Eckert Declaration, Exhibit 1 of the McGinnis Declaration reflects,

19  contains or analyzes material that is "privileged, protectable as a trade secret or otherwise entitled

20  to protection under the law."  N.D. Cal. Civ. L.R. 79-5(b).  Exhibit 1 consists of, cites to, and/or

21  identifies confidential, nonpublic, and sensitive business information, including confidential

22  information concerning SDI's prices; and sensitive, private information relating to personal

23  matters of certain individuals at SDI.  This information is confidential, the disclosure of which

24  would prejudice SDI and invade the legitimate privacy rights and interests of certain individuals at

25  SDI.  Accordingly, good cause exists for these documents or portions of documents to remain

26  under seal.

27    As further set forth in the Eckert Declaration, SDI seeks to also file documents that reflect,

28  contain or refer to material that certain parties other than SDI have designated as "Confidential,"

-1-

1    "Highly Confidential" or "Attorneys' Eyes Only."  Civil Local Rule 79-5(e) provides that if a

2    party wishes to file a document that has been designated confidential by another party, or if a party

3    wishes to refer in a memorandum to information so designated by another party, the submitting

4    party must file an administrative motion to seal and the designating party must file a declaration

5    within four days of filing the administrative motion to seal establishing that the designated

6    material is sealable.  N.D. Cal. Civ. L.R. 79-5(e).

7          Because Civil Local Rule 79-5(d)(1)(A) prohibits the sealing of documents by agreement

8    of the parties, the parties are unable to enter into such as stipulation.  *See* N.D. Cal. Civ. L.R. 7-11

9    (requiring explanation for why a stipulation could not be obtained in lieu of the administrative

10   motion to seal).

11

12   Dated:  February 13, 2015              Respectfully submitted,

13                                          By:  ___ */s/  Helen C. Eckert* _____

14                                          SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                            Helen C. Eckert, Esq.
15                                          333 South Hope Street, 43rd Floor
                                            Los Angeles, California  90071-1448
16                                          Telephone:        213-620-1780
                                            Facsimile:213-620-1398
17                                          E-mail:    heckert@sheppardmullin.com

18

19                                          *Counsel for Defendants Samsung SDI Co., Ltd.,*
                                            *Samsung SDI America, Inc., Samsung SDI (Malaysia)*
20                                          *SDN. BHD., Samsung SDI Mexico S.A. de C.V.,*
                                            *Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co.,*
21                                          *Ltd., and Tianjin Samsung SDI Co., Ltd.*

22

23

24

25

26

27

28

-2-