UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** <br><br> **[RE SDI'S MIL NO. 2]** |
| This Document Relates to: <br><br> *All Indirect Purchaser Actions* <br><br> *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173; <br><br> *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776; <br><br> *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; <br><br> *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261; <br><br> *Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513; | |

1
2   *Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

3
4   *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

5
6   *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

7
8   *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

9
10   *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

11
12   *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:436367910.1                                   -1-

1   On February 13, 2015, Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;
2   Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil
3   Ltda.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd. (collectively, "SDI")
4   lodged the following documents:

5   1.   Exhibits 1-2 of the Declaration of James L. McGinnis in Support of SDI's Motion *In Limine* To Exclude Irrelevant And Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT-00077732 ("McGinnis Decl. in Support of SDI's MIL No. 2").

9   With respect to these documents, SDI filed an Administrative Motion to Seal Documents
10  pursuant to Civil Local Rules 7-11 and 79-5(d) and (e) ("Motion to Seal") and the Declaration of
11  Helen C. Eckert in support thereof ("Eckert Declaration") seeking leave to maintain these
12  documents under seal.
13  After due consideration of the Motion to Seal, the Eckert Declaration, any additional
14  declarations subsequently filed in support, the Court's previously entered Protective Order, and
15  the Court's file in this matter, IT IS HEREBY:
16  ORDERED that the Motion to Seal is GRANTED; and it is further
17  ///
18  ///
19  ///

ORDERED that the Clerk shall file and maintain under seal the following documents or portions of documents related to SDI's Motion to Seal:

| Document | Sealed Portions |
|---|---|
| Exhibits 1-2 of the McGinnis Decl. in Support of SDI's MIL No. 2 | All |

**IT IS SO ORDERED.**

DATED: _____, 2015

> Hon. Samuel Conti
> United States District Judge