SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-CV-05944-SC<br><br>MDL NO.: 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.,* | **SDI DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE IRRELEVANT AND HIGHLY PREJUDICIAL PORTIONS OF PLAINTIFFS' TRIAL EXHIBIT, BATES STAMPED TSA-CRT00077732**<br><br>**[SDI'S MIL NO. 2]**<br><br>Date:  TBD<br>Time:  TBD<br>Place: Courtroom 1, 17th Floor<br>Hon. Samuel Conti |

SMRH:436361749.2
SMRH:436364794.1                                          SDI'S MIL NO. 2

No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

**NOTICE OF MOTION AND MOTION**

**PLEASE TAKE NOTICE THAT** on a date and time to be set by the United States District Court for the Northern District of California, San Francisco Division, before the Honorable Samuel Conti, Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI (Malaysia) Sdn. Bhd.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") and other undersigned Defendants will and hereby do move the Court for an order excluding irrelevant and highly prejudicial portions of the certified translation of Plaintiffs' proposed trial exhibit, bates-stamped TSA-CRT00077732 under Federal Rules of Evidence 402 and 403.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the declaration of James L. McGinnis submitted concurrently herewith ("McGinnis Decl."), the pleadings and correspondence on file with the Court, and such arguments and authorities as may be presented at or before the hearing.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**STATEMENT OF THE ISSUE PRESENTED**

Whether the Court should exclude evidence or argument relating to irrelevant and highly prejudicial portions of the certified translation of Plaintiffs' proposed trial exhibit, bates-stamped TSA-CRT00077732.

**ARGUMENT**

The Court should exclude evidence or argument relating to irrelevant and highly prejudicial portions of the certified translation of Plaintiffs' proposed trial exhibit, bates-stamped TSA-CRT00077732, regarding a purported night out among unidentified SDI and/or Philips employees more than 10 years ago. Such gossip has no relevance to any issue at trial and are highly and unduly prejudicial. Fed. R. Evid. 402 and 403.

TSA-CRT00077732[1] is an April 24, 2002 email exchange between two Thomson individuals. The email briefly discusses a possible, future request to inquire about SDI's prices in

---

[1] McGinnis Decl., Ex. 1 (Plaintiffs' Certified Translation of TSA-CRT00077732). SDI's proposed redactions of the irrelevant and highly prejudicial portions of TSA-CRT00077732 are indicated in

1   China, but the majority of the email exchange is nothing more than salacious gossip as to a purported
2   night out by unidentified employees of SDI and/or Philips.  Plaintiffs belatedly added TSA-
3   CRT00077732 to their trial exhibit list,[2] and deposed Thomson's 30(b)(6) representative regarding
4   it.[3]

5         To state the obvious, such gossip has no relevance to any issue in this case, and must be
6   excluded on this basis alone.  Fed. R. Evid. 401/402.  If allowed before the jury, however, it will
7   present real dangers of unfair prejudice by inflaming the jury to prejudge Defendants' liability on
8   grounds other than the merits of the case.  Fed. R. Evid. 403; *id.*, 1972 Advisory Committee Note
9   (evidence which may induce improper decision on a purely emotional basis must be excluded under
10  Rule 403); *U.S. v. Basham*, 561 F.3d 302, 327 (unfair prejudice occurs when evidence lures "the
11  factfinder into declaring guilt on a ground different from proof specific to the offense charged").  It
12  will also needlessly distract the jury, drawing their attention away from the complicated tasks at
13  hand.  Such irrelevant and highly prejudicial portions of TSA-CRT00077732 should also be
14  excluded as improper character evidence under Rule 404, and inadmissible hearsay (including
15  multiple levels of hearsay) under Rule 802 for which no exceptions apply.  Fed. R. Evid. 404, 802.
16  ///
17  ///
18  ///

---

24  yellow highlight in Ex. 1.

25  [2] Plaintiffs designated this document as a trial exhibit *after* the December 5, 2014 deadline for
    Plaintiffs' exchange of trial exhibits, despite having been in possession of this document long before
26  that deadline.  Plaintiffs should be precluded from using it at trial on this basis alone.

27  [3] Ex. 2 (1/9/2015 30(b)(6) Meggan Ehret Dep. Tr. 381:8-387:15.)  Defendants reserve all other
    objections to this trial exhibit, including but not limited to lack of personal knowledge, foundation
28  and authenticity, none of which were established in Ms. Ehret's deposition.  *Id.*

SMRH:436361749.2
SMRH:436364794.1                                                                    SDI'S MIL NO. 2

## I. CONCLUSION

For these reasons, the Court should grant this motion and exclude evidence or argument relating to the certified translation of irrelevant and highly prejudicial portions of TSA-CRT00077732, as reflected in the proposed redactions of Exhibit 1 to the McGinnis Declaration.

Dated:  February 13, 2015

Respectfully submitted,

By:      */s/  James L. McGinnis*

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Esq.
James L. McGinnis, Esq.
Michael W. Scarborough, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:  415-434-9100
Facsimile:  415-434-3947
ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com

Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.

**JENNER & BLOCK LLP**

By: /s/ *Gabriel A. Fuentes*

JENNER & BLOCK LLP
Charles B. Sklarsky (*pro hac vice*)
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
csklarsky@jenner.com
ttruax@jenner.com
mbrody@jenner.com

SMRH:436361749.2
SMRH:436364794.1

SDI'S MIL NO. 2

1  
2  
3  
4  
5  
6  
7  
8  

gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

SMRH:436361749.2
SMRH:436364794.1

SDI'S MIL NO. 2