SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| This Document Relates to: | **DECLARATION OF JAMES L. MCGINNIS IN SUPPORT OF SDI DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE IRRELEVANT AND PREJUDICIAL PORTIONS OF PLAINTIFFS' TRIAL EXHIBIT, BATES STAMPED TSA-CRT00077732 [SDI'S MIL NO. 2]** |
| *All Indirect Purchaser Actions* | |
| *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776; | |
| *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261; | |

*Best Buy Co., et al. v. Hitachi, Ltd., et al.,*
No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA, et al.,*
No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

## <u>REDACTED VERSION; EXHIBITS SUBMITTED UNDER SEAL</u>

1          I, James L. McGinnis, declare as follows:

2          1.      I am a partner at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel

3   of record for defendants Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;

4   Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil

5   Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI").

6   I submit this declaration in support of SDI Defendants' Motion *In Limine* To Exclude Irrelevant

7   And Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732

8   ("SDI's MIL No. 2").  I have personal knowledge of the facts herein set forth and, if called as a

9   witness, I could and would competently testify thereto.

10          2.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' certified

11   translation of TSA-CRT00077732, with irrelevant and highly prejudicial portions which SDI

12   proposes redacting indicated in yellow highlight.

13          3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the January 9,

14   2015 deposition of Meggan Ehret, Thomson Consumer Electronics, Inc.'s 30(b)(6) designee.

15

16          I declare under penalty of perjury under the laws of the United States of America

17   that the foregoing is true and correct.

18          Executed this 13th day of February 2015 in San Francisco, California.

19

20                                                  */s/ James L. McGinnis*

21                                                  James L. McGinnis

22

23

24

25

26

27

28

# EXHIBIT 1
## [SUBMITTED UNDER SEAL]

# EXHIBIT 2
## [SUBMITTED UNDER SEAL]