1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

16
17
18
19
20
21
22
23
24
25
26
27
28

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: *All Indirect Purchaser Actions* *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173; *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776; *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261; *Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513; | **[PROPOSED] ORDER GRANTING SDI DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE IRRELEVANT AND PREJUDICIAL PORTIONS OF PLAINTIFFS' TRIAL EXHIBIT, BATES STAMPED TSA-CRT-00077732 [SDI'S MIL NO. 2]** |

*Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

Having considered SDI Defendants' Motion *in Limine* to To Exclude Irrelevant And Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT-00077732 ("SDI's MIL No. 2"), as well as the materials submitted in opposition to the motion, and for good cause appearing, it is hereby

ORDERED that SDI's MIL No. 2 is GRANTED; and it is further

ORDERED that Plaintiffs are prohibited from offering evidence or argument referring, revealing or otherwise relating to irrelevant and highly prejudicial portions of the certified translation of TSA-CRT-00077732, which are identified in the highlighted portions of Exhibit 1 to the Declaration of James L. McGinnis in support of SDI's MIL No. 2.  Plaintiffs may only use at trial a properly-redacted version of the certified translation of TSA-CRT-00077732, which redacts all of the material highlighted in Exhibit 1 to the Declaration of James L. McGinnis in support of SDI's MIL No. 2.

**IT IS SO ORDERED.**

DATED:  _____, 2015

Hon. Samuel Conti
United States District Judge