JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
CLAIRE YAN (State Bar No. 268521)
claire.yan@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

*Additional Opposing Defendants and Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF CLAIRE YAN IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE # 8: TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO DAMAGES FROM "SPILLOVER" OR "RIPPLE" EFFECTS OF FOREIGN PRICE-FIXING ACTIVITIES ON U.S. PRICES**<br><br>Judge:   Hon. Samuel Conti<br>Date:    None Set<br>Ctrm:    1, 17th Floor |

1  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514

2

3  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173

4

5  *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776

6

7  *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502

8  *Siegel v. Technicolor SA,* No. 13-cv-05261

9  *Target Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514

10

11  *Target Corp. v. Technicolor SA,* No. 13-cv-05686

12

13  *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.,* No. 14-cv-2510

25772179.2

3:07-MD-05944-SC, MDL 1917

DECL. OF CLAIRE YAN ISO DEFS' MOTION IN LIMINE #8: TO EXCLUDE SPILLOVER EFFECTS ON THE U.S. MARKET

**Declaration of Claire Yan**

1. I am an attorney licensed to practice law in the State of California. I am an associate in the law firm of Munger, Tolles & Olson LLP, counsel of record for defendants LG Electronics, Inc. ("LGE") in the above-captioned actions. I submit this declaration in support of Defendants' Motion *In Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the deposition of Chih Chun-Liu deposed in this case on February 20, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of deposition exhibit 2360, Bates numbered as JLJ-00003191-93, marked for identification at the deposition of Patrick Canavan on January 30, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of deposition exhibit 186, Bates numbered as PHLP-CRT-007891, marked for identification at the deposition of Pil Jae Lee on July 17, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February 2015, in Los Angeles, California.

By: _____*/s/  Claire Yan*_____
                Claire Yan