# EXHIBIT 1

# CERTIFIED TRANSCRIPT

Page 204

1      *** HIGHLY CONFIDENTIAL ***

2      UNITED STATES DISTRICT COURT

3      NORTHERN DISTRICT OF CALIFORNIA

4      SAN FRANCISCO DIVISION

5  Case No. 3:07-cv-05944 SC

6  MDL No. 1917                         HIGHLY CONFIDENTIAL

7  ------------------------------------x

8  IN RE:   CATHODE RAY TUBE (CRT)

9          ANTITRUST LITIGATION

10 ------------------------------------x

11 This Document Relates to:

12 ALL ACTIONS

13 ------------------------------------x

14                          Taipei 101 Tower

15                          Xinyi Road

16                          Taipei City, 11049

17                          Taiwan

18

19                          February 20, 2013

20                          9:33 a.m.

21     Volume II of III

22     CONTINUED DEPOSITION of CHIH CHUN-LIU, held at the

23 aforementioned time and place, before Audrey

24 Shirley, Qualified Realtime Reporter, MBIVR

25

Page 300

```
 1    that will manufacture color televisions for use      13:38:25
 2    in the Northern Hemisphere are sufficiently           13:38:30
 3    standardized so that a TV manufacturer who wishes     13:38:33
 4    to manufacture televisions for sale in the            13:38:36
 5    Northern Hemisphere, can use color picture tubes      13:38:38
 6    from any of the major manufacturers?                  13:38:41
 7         MR. LAU:  Objection; unintelligible              13:38:43
 8    question.                                             13:38:46
 9         THE WITNESS:  I know.                            13:40:34
10    BY MR. SCHIRMER:                                      13:40:41
11         Q.   And what is your understanding?            13:40:42
12         A.   I understand what you said.                13:40:46
13         For Northern Hemisphere use the color           13:41:25
14    picture tubes can be used interchangeably right       13:41:41
15    at the beginning, probably because of differences     13:41:55
16    of magnetic use, there were some differences          13:41:59
17    between the North Hemisphere and the South            13:42:03
18    Hemisphere.  However, in later stage the image        13:42:07
19    tubes can be adjusted, so there were no other --      13:42:20
20    or there have been no much difference so they         13:42:24
21    interchangeably use.                                  13:42:38
22    BY MR. SCHIRMER:                                      13:42:49
23         Q.   Yesterday and today you've talked about    13:42:50
24    various agreements that were -- that you              13:42:52
25    understood were reached with regard to the prices     13:42:54
```

Page 301

```
 1    of CDTs.  Did you have an understanding as to      13:42:56
 2    whether the agreements reached with regard to the  13:43:03
 3    prices of -- that you were charging for CDTs        13:43:06
 4    would have an effect on CDT prices worldwide?       13:43:10
 5         MR. TALADAY:  Objection; lack of               13:43:44
 6    foundation, mischaracterizes prior testimony.       13:43:55
 7         THE WITNESS:  Yes, they would have impact      13:44:06
 8    to the whole world.  Our considerations were the    13:44:20
 9    global market.  Our customers have been the major   13:44:28
10    integrators, who have concentrated in Asia.         13:45:13
11    Their selves represent 80 to 90 per cent of the     13:45:26
12    global productions.  Certainly what they sell       13:45:35
13    will affect the world market.                       13:45:50
14    BY MR. SCHIRMER:                                     13:46:01
15         Q.   Would the same be true as to the          13:46:01
16    agreements you reached as to color picture tubes?   13:46:04
17         MR. TALADAY:  Objection; lack of               13:46:08
18    foundation.  Vague.                                  13:46:10
19         A.   Regarding CDT I believe I have said       13:37:53
20    that would affect the entire world.  Our direct     13:47:50
21    customers are the integrators who represent         13:47:57
22    90 per cent of the world production.                 13:48:03
23         Regarding TVs, the first part to your          13:48:09
24    question would be the same.  Certainly they would   13:48:14
25    have a global impact.  But the second part is       13:48:19
```

```
1     that the percentage has not been that high.        13:48:25
2     Those produced by Asian integrators do not         13:48:46
3     represent that high percentage.                    13:48:53
4          MR. ALPREN:  Objection; I think it was -- I   13:49:01
5     think in the first part of that -- the first time  13:49:03
6     around he specified CPT customers -- the CPT       13:49:04
7     integrators don't represent.                       13:49:09
8          THE CHECK INTERPRETER:  Right.                13:49:14
9          MR SCHIRMER:  If I understood that.           13:49:18
10         MR. ALPREN:  Okay, just making it clear.      13:49:20
11         MR SCHIRMER:  So, let me make sure I          13:49:22
12    understand what the question and answer was.  I    13:49:23
13    know everybody is trying to make it clear but      13:49:36
14    maybe I'm just not as quick as everybody else      13:49:39
15    round here.                                        13:49:41
16    BY MR. SCHIRMER:                                   13:49:41
17         Q.   With regard to color picture tubes your  13:49:42
18    customers were major producers or integrators of   13:49:44
19    color televisions, but the percentage of the       13:49:50
20    market that they had of color picture -- of color  13:49:52
21    TVs worldwide was not as great as your customers   13:49:57
22    for CDTs?                                           13:50:00
23         A.   Correct.                                 13:50:54
24         Q.   Okay.  On to something else.             13:50:56
25         I think you did -- we've been testifying or   13:51:01
```

Page 385

1              CERTIFICATE OF COURT REPORTER

2

3          I, Audrey Shirley, Member of the British

4    Institute of Verbatim Reporters, Qualified

5    Realtime Reporter, hereby certify that the

6    foregoing testimony was recorded by me

7    stenographically and thereafter transcribed by

8    me; and that the foregoing transcript is a true

9    and accurate verbatim record of the said

10   testimony, to the best of my skill and ability.

11          I further certify that I am not

12   a relative, employee or counsel of any of the

13   parties of the within cause, nor am I an employee

14   or relative of any counsel for the parties, nor

15   am I in any way interested in the outcome of the

16   within cause.

17

18

19

20   Signed   *Audrey Shirley*

21        Audrey Shirley, MBIVR, QRR

22

23   Date: February 26, 2013.

24

25

```
                                              Page 386
 1                    CERTIFICATE OF WITNESS

 2

 3          I, CHIH CHUN LIU, hereby certify that I

 4    have read the foregoing pages of my deposition of

 5    testimony taken in these proceedings on 20

 6    February 2013, and with the exception of the

 7    changes listed on the next page, and/or

 8    corrections, if any, find them to be a true and

 9    accurate transcription thereof.

10

11

12

13

14    Signed ...............................

15

16

17    Date   ...............................

18

19

20

21

22

23

24

25
```