UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173 | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**[PROPOSED] ORDER GRANTING MOTION IN LIMINE #8: TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO DAMAGES FROM "SPILLOVER" OR "RIPPLE" EFFECTS OF FOREIGN PRICE-FIXING ACTIVITIES ON U.S. PRICES**<br><br>Judge: Hon. Samuel Conti<br>Date: None Set<br>Ctrm: 1, 17th Floor |

*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

*Siegel v. Technicolor SA,* No. 13-cv-05261

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Target Corp. v. Technicolor SA,* No. 13-cv-05686

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

1     Defendants' Motion In Limine #8: To Exclude Evidence and Argument Relating to
2 Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices,
3 came on for hearing on _____, or as soon as counsel could be heard
4 thereafter, in Courtroom 1, 17th Floor, San Francisco, California before the Honorable Samuel
5 Conti.

6     Having read and considered all of the pleadings and documents related to Defendants'
7 motion, and having considered the arguments of counsel, the Court hereby grants Defendants'
8 Motion In Limine #8: To Exclude Evidence and Argument Relating to Damages From "Spillover"
9 or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

10     IT IS SO ORDERED.

13 DATED:

15                                          Honorable Samuel Conti
                                          United States District Judge