1   JEROME C. ROTH (State Bar No. 184950)
    Jerome.roth@mto.com
2   MIRIAM KIM (State Bar No. 184950)
    Miriam.kim@mto.com
3   MUNGER, TOLLES & OLSON LLP
    560 Mission Street
4   Twenty-Seventh Floor
    San Francisco, California 94105-2907
5   Telephone:    (415) 512-4000
    Facsimile:    (415) 512-4077
6

7   BRAD D. BRIAN (State Bar No. 079001)
    Brad.brian@mto.com
    WILLIAM D. TEMKO (State Bar No. 98858)
8   William.temko@mto.com
    MUNGER, TOLLES & OLSON LLP
9   355 S. Grand Avenue
    Thirty-Fifth Floor
10   Los Angeles, California 90071-1560
    Telephone:    (213) 683-9100
11   Facsimile:    (213) 687-3702

12   Attorneys for Defendant LG Electronics, Inc.

13           UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15           SAN FRANCISCO DIVISION

| | |
|---|---|
| 16   IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| 17 | MDL No. 1917 |
| 18   This Document Relates to: | **NOTICE OF APPEARANCE BY GREGORY J. WEINGART** |
| 19   ALL ACTIONS | |
| 20 | |
| 21 | Judge:   The Honorable Samuel Conti |

22

23

24

25

26

27

28   25774459.1                                           MDL No. 1917

1    TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT Gregory J. Weingart (State Bar No. 157997) of

3    Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California

4    90071-1560, hereby enters an appearance as counsel of record for Defendant LG Electronics, Inc.

5    in the above referenced matter.  Service may be made using the contact information set forth

6    below.

7            Gregory J. Weingart (State Bar No. 157997)
        MUNGER, TOLLES & OLSON LLP

8            355 South Grand Avenue
        35th Floor

9            Los Angeles, California 90071-1560
        Telephone:   (213) 683-9571

10           Facsimile:    (213) 593-2971
        Email: gregory.weingart@mto.com

11

12   DATED:  February 13, 2015        Respectfully submitted,

13           MUNGER, TOLLES & OLSON LLP

14

15           By:  */s/ Gregory J. Weingart*
        Gregory J. Weingart

16           Attorneys for Defendant LG Electronics, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

25774459.1

-1-

MDL No. 1917

1    **DECLARATION OF SERVICE**

2         I, the undersigned, declare that I am over the age of 18 and not a party to the within

3    cause.  I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of

4    California.  My business address is 355 South Grand Avenue, 35th Floor, Los Angeles, California

5    90071-1560..

6         On February 13, 2015, I served the following document:

7         **NOTICE OF APPEARANCE BY GREGORY J. WEINGART**

8    to all named counsel of record as follows:

9

10   ☒   **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed document(s)
         utilizing the United States District Court, Northern District of California's mandated ECF

11       (Electronic Case Filing) service on February 13, 2015. Counsel of record are required by
         the Court to be registered e-filers, and as such are automatically e-served with a copy of

12       the documents upon confirmation of e-filing.

13        I certify under penalty of perjury that the foregoing is true and correct and that this

14   Declaration of Service was executed by me on February 13, 2015, at Los Angeles, California.

15
                                            *Carol Jette*
16                                          Carol Jette

17

18

19

20

21

22

23

24

25

26

27

28   25774459.1                          -2-                          MDL No. 1917

NOTICE OF APPEARANCE BY GREGORY J. WEINGART