JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
JESSICA BARCLAY-STROBEL (State Bar No. 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

ROBERT E. FREITAS (State Bar No. 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:   (650) 593-6300
Facsimile:    (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br>Indirect Purchaser Actions<br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | **DECLARATION OF JESSICA BARCLAY-STROBEL IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE #12: TO EXCLUDE PLAINTIFFS' "PRICE LADDER" THEORY OF RECOVERY**<br><br>Judge:  Hon. Samuel Conti<br>Date:   None Set<br>Ctrm:   1, 17th Floor |

25761669.1                                                                                       3:07-cv-05944-SC; MDL 1917

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

*Siegel v. Technicolor SA*, No. 13-cv-05261

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Target Corp. v. Technicolor SA*, No. 13-cv-05686

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

**Declaration of Jessica Barclay-Strobel**

1. I am an attorney licensed to practice law in the State of California. I am an associate in the law firm of Munger, Tolles & Olson LLP, counsel of record for defendants LG Electronics, Inc. ("LGEI") in the above-captioned actions. I submit this declaration in support of Defendants' Motion In Limine #12: To Exclude Plaintiffs' "Price Ladder" Theory Of Recovery.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the deposition of Chih Chun-Liu deposed in this case on February 20, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February 2015, in Los Angeles, California.

By:     /s/ *Jessica Barclay-Strobel*
        Jessica Barclay-Strobel