# EXHIBIT 1

Page 204

```
 1            *** HIGHLY CONFIDENTIAL ***
 2           UNITED STATES DISTRICT COURT
 3          NORTHERN DISTRICT OF CALIFORNIA
 4              SAN FRANCISCO DIVISION
 5   Case No. 3:07-cv-05944 SC
 6   MDL No. 1917
 7   ------------------------------------x
 8   IN RE:  CATHODE RAY TUBE (CRT)
 9           ANTITRUST LITIGATION
10   ------------------------------------x
11   This Document Relates to:
12   ALL ACTIONS
13   ------------------------------------x
14                              Taipei 101 Tower
15                              Xinyi Road
16                              Taipei City, 11049
17                              Taiwan
18
19                              February 20, 2013
20                              9:33 a.m.
21       Volume II of III
22       CONTINUED DEPOSITION of CHIH CHUN-LIU, held at the
23   aforementioned time and place, before Audrey
24   Shirley, Qualified Realtime Reporter, MBIVR
25
```

Page 296

| | | |
|---|---|---|
| 1 | tube would affect other sizes of different tubes? | 12:15:00 |
| 2 | BY MR. SCHIRMER: | 12:15:09 |
| 3 | Q.  Let's assume for a moment that you were | 12:15:10 |
| 4 | to raise the price of 15-inch color picture | 12:15:12 |
| 5 | tubes, without changing the price of the 17-inch | 12:15:16 |
| 6 | color picture tubes.  Do you have | 12:15:19 |
| 7 | an understanding, based upon your years of | 12:15:23 |
| 8 | experience in the CRT business, what effect, if | 12:15:27 |
| 9 | any, that would have on the relative mix of sales | 12:15:30 |
| 10 | of 15-inch and 17-inch CPT tubes? | 12:15:33 |
| 11 | MR. LAU:  Objection; calls for speculation. | 12:15:36 |
| 12 | Objection; calls for improper lay opinion. | 12:15:41 |
| 13 | MR. TALADAY:  Objection; lack of | 12:15:44 |
| 14 | foundation. | 12:15:46 |
| 15 | THE WITNESS:  This question is not | 12:16:00 |
| 16 | difficult.  We are professionals in this | 12:17:03 |
| 17 | industry.  We are selling tubes like | 12:17:09 |
| 18 | professionals if not experts.  How could we only | 12:17:15 |
| 19 | change the price of a 15 inches tubes without | 12:17:23 |
| 20 | changing the prices for 15 inches of tubes?  Of | 12:17:31 |
| 21 | course, we would consider the overall market | 12:17:38 |
| 22 | structure and the market acceptance and the | 12:17:41 |
| 23 | reasonable cost gaps.  We would certainly raise | 12:17:46 |
| 24 | the prices at the same time. | 12:17:51 |
| 25 | THE CHECK INTERPRETER:  Small correction, | 12:17:54 |

```
                                                          Page 297
 1   Mr. Liu said we could not raise the price of         12:17:56
 2   15-inch tubes without also rising the price of       12:17:59
 3   17-inch tubes.  I think you said 15-inch twice.      12:18:02
 4   Small correction.                                    12:18:05
 5        THE INTERPRETER:  Agree.                        12:18:09
 6   BY MR. SCHIRMER:                                     12:18:13
 7        Q.   Excuse me, I have horrible allergies.      12:18:13
 8        Do you recall whether the participants in       12:18:18
 9   the group and one-on-one meetings would have         12:18:22
10   discussions about the effect -- possible effects     12:18:25
11   of changing one -- the price of, say, 15-inch        12:18:28
12   tubes on the sales on 17-inch tubes?                 12:18:32
13        MR. LAU:  Objection; vague as to time           12:18:57
14   period.                                              12:19:04
15        THE WITNESS:  Not really considering the        12:20:20
16   price will be an overall comprehensive               12:20:30
17   consideration of all products, we would not focus    12:20:39
18   only on one type of products unless the cost gaps    12:20:48
19   were unreasonably different.  We would not only      12:20:58
20   raise the price for 15 inches without changing       12:21:12
21   prices of all other items unless there is            12:21:19
22   a particular situation that the purchase of          12:21:26
23   17 inches was not that strong and the purchase       12:21:32
24   for 15 inches was particularly strong.  Otherwise    12:21:41
25   we would have an overall comprehensive               12:21:52
```

CERTIFICATE OF COURT REPORTER

I, Audrey Shirley, Member of the British Institute of Verbatim Reporters, Qualified Realtime Reporter, hereby certify that the foregoing testimony was recorded by me stenographically and thereafter transcribed by me; and that the foregoing transcript is a true and accurate verbatim record of the said testimony, to the best of my skill and ability.

I further certify that I am not a relative, employee or counsel of any of the parties of the within cause, nor am I an employee or relative of any counsel for the parties, nor am I in any way interested in the outcome of the within cause.

Signed

    Audrey Shirley, MBIVR, QRR

Date: February 26, 2013.

Page 386

1    CERTIFICATE OF WITNESS
2
3        I, CHIH CHUN LIU, hereby certify that I
4    have read the foregoing pages of my deposition of
5    testimony taken in these proceedings on 20
6    February 2013, and with the exception of the
7    changes listed on the next page, and/or
8    corrections, if any, find them to be a true and
9    accurate transcription thereof.
10
11
12
13
14   Signed ................................
15
16
17   Date    ................................
18
19
20
21
22
23
24
25