JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
JESSICA BARCLAY-STROBEL (State Bar No. 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

ROBERT E. FREITAS (State Bar No. 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING MOTION IN LIMINE #12: TO EXCLUDE PLAINTIFFS' "PRICE LADDER" THEORY OF RECOVERY**<br><br>Judge:   Hon. Samuel Conti<br>Date:    None Set<br>Ctrm:   1, 17th Floor |

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514

*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

*Siegel v. Technicolor SA,* No. 13-cv-05261

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Target Corp. v. Technicolor SA,* No. 13-cv-05686

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

Defendants' Motion In Limine #12: To Exclude Plaintiffs' "Price Ladder" Theory of Recovery, came on for hearing on _____ in Courtroom 1, 17th Floor, San Francisco, California before the Honorable Samuel Conti.

Having read and considered all of the pleadings and documents related to Defendants' motion, and having considered the arguments of counsel, the Court hereby grants Defendants' Motion In Limine #12: To Exclude Plaintiffs' "Price Ladder" Theory of Recovery.

IT IS SO ORDERED.

DATED:

					_____
					Honorable Samuel Conti
					United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:   /s/  *Miriam Kim*
          Miriam Kim

Attorneys for Defendants LG Electronics, Inc.