1  Jon V. Swenson (SBN 233054)
   BAKER BOTTS LLP
2  620 Hansen Way
   Palo Alto, CA 94304
3  Telephone: (650) 739-7500
4  Facsimile: (650) 739-7699
   Email: jon.swenson@bakerbotts.com
5

6  John M. Taladay (*pro hac vice*)
   Erik T. Koons (*pro hac vice*)
7  Charles M. Malaise (*pro hac vice*)
   BAKER BOTTS LLP
8  1299 Pennsylvania Ave., N.W.
   Washington, DC 20004-2400
9  Telephone: (202) 639-7700
10 Facsimile: (202) 639-7890
   Email: john.taladay@bakerbotts.com
11 Email: erik.koons@bakerbotts.com
   Email: charles.malaise@bakerbotts.com
12

13 *Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

14                    **UNITED STATES DISTRICT COURT**
15                    **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
16

17

18 | **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC |
   |---|---|
   | | MDL No. 1917 |

19 This Document Relates to:

20 *Sharp Electronics Corp., et al. v. Hitachi, Ltd.,
21 et al.,* No. 13-cv-01173;

22 *Sharp Electronics Corp. v. Koninklijke Philips
23 Elecs., N.V.,* No. 13-cv-2776 SC.

**[PROPOSED] ORDER GRANTING JOINT DEFENSE MOTION IN LIMINE #10: MOTION TO EXCLUDE EVIDENCE OF ANY ALLEGED CDT PRICE-FIXING CONSPIRACY**

Date:      None set
Time:      10:00 a.m.
Place:     Courtroom No. 1

Hon. Samuel Conti

26
27
28

1  Having considered the Joint Defense Motion in Limine #10: Motion to Exclude Evidence
2  of Any Alleged CDT Price-Fixing Conspiracy and good cause appearing, it hereby
3  ORDERED that the Motion is GRANTED in its entirety.
4  **IT IS SO ORDERED.**

8  Dated: _____          _____
9                                          **The Honorable Samuel Conti**
                                           **Northern District of California**