UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE IMPROPER CHARACTERIZATIONS OF OR REFERENCES TO DEFENDANTS AND ALLEGED CO-CONSPIRATORS**<br><br>**[DEFENDANTS' MIL NO. 6]** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513; | |

1  *Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

2

3  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

4

5  *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

6  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

7

8  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

9

10 *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having considered the Defendants' Joint Motion in Limine to Exclude Improper Characteritzations of or References to Defendants And Alleged Co-Conspirators, as well as the materials submitted in opposition to the motion, and for good cause appearing, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Plaintiffs and their witnesses are precluded from using inflammatory rhetoric to refer to the Defendants and/or their alleged co-conspirators at trial, including but not limited to references to them as "convicted criminals," "felons," "admitted price-fixers" or "cartelists."

Plaintiffs and their witnesses are also precluded from referring to negative stereotypes or generalizations regarding Asian companies and Asian business culture.

Plaintiffs are also compelled to refer to Defendants and their alleged co-conspirators by their specific, individual corporate entity names rather than generic references to corporate entities which group together multiple, legally separate entities.

**IT IS SO ORDERED.**

DATED: _____, 2015

                                        Hon. Samuel Conti
                                United States District Judge