JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
JESSICA BARCLAY-STROBEL (State Bar No. 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

ROBERT E. FREITAS (State Bar No. 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 | Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE #4: TO EXCLUDE LCD AND OTHER NON-CRT PRODUCT CONSPIRACIES**<br><br>Judge:   Hon. Samuel Conti<br>Date:    None Set<br>Ctrm:    1, 17th Floor |

1  *Sears, Roebuck and Co. and Kmart Corp. v.*
2  *Technicolor SA,* No. 3:13-cv-05262

3  *Sears, Roebuck and Co. and Kmart Corp. v.*
4  *Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514

5
   *Sharp Electronics Corp., et al. v. Hitachi Ltd.,*
6  *et al.*, No. 13-cv-1173

7  *Sharp Electronics Corp., et al. v. Koninklijke*
8  *Philips Elecs., N.V., et al.,* No. 13-cv-2776

9  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

10 *Siegel v. Technicolor SA,* No. 13-cv-05261

11 *Target Corp. v. Chunghwa Picture Tubes,*
12 *Ltd.*, No. 11-cv-05514

13 *Target Corp. v. Technicolor SA,* No. 13-cv-05686
14
15 *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

16
17
18
19
20
21
22
23
24
25
26
27
28

1  Defendants' Motion In Limine #4: To Exclude LCD and Other Non-CRT Product
2 Conspiracies, came on for hearing on _____ in Courtroom 1, 17th Floor, San Francisco,
3 California before the Honorable Samuel Conti.
4  Having read and considered all of the pleadings and documents related to Defendants'
5 motion, and having considered the arguments of counsel, the Court hereby grants Defendants'
6 Motion In Limine #4: To Exclude LCD and Other Non-CRT Product Conspiracies.
7  IT IS SO ORDERED.

10 DATED:

12  Honorable Samuel Conti
   United States District Judge

14
   Submitted by:
15
   MUNGER, TOLLES & OLSON LLP
16

17
   By:  /s/  *Miriam Kim*
18         Miriam Kim

19 Attorneys for Defendants LG Electronics, Inc.