UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*The Indirect Purchaser Action* | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER RE THE TOSHIBA DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE REGARDING DAMAGES ALLEGEDLY SUFFERED BY THE NEW YORK INDIRECT PURCHASER PLAINTIFF CLASS PRIOR TO DECEMBER 23, 1998** |

Having considered the Toshiba Defendants' Motion *in Limine* to Preclude Evidence Regarding Damages Allegedly Suffered by the New York Indirect Purchaser Plaintiff Class Prior to December 23, 1998, as well as any additional materials submitted in opposition to or in support of the motion, and for good cause appearing,

IT IS HEREBY ORDERED that the Toshiba Defendants' motion is GRANTED; and it is further

ORDERED that the Indirect Purchaser Plaintiffs may not introduce evidence or argument regarding any damages purportedly suffered by the New York Indirect Purchaser Plaintiff Class based on purchases made prior to December 23, 1998.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                                         The Honorable Samuel Conti
                                                                         United States District Judge