SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:         ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
                    mscarborough@sheppardmullin.com

HELEN C. ECKERT, Cal. Bar No. 240531
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
E-mail:         heckert@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>**[RE DEFENDANTS' MIL 7]** |
| This Document Relates to:<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA.*, No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513; | |

1  *Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;
2
3  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
4
5  *Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA.*, No. 3:13-cv-05262;
6  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
7
8  *Target Corp. v. Technicolor SA*, Case No. 13-cv-05686;
9  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-02510.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:436358404.1

DEFENDANTS' ADMINISTRATIVE
MOTION TO SEAL DOCUMENTS

Pursuant to the Civil Local Rules of the United States District Court, Northern District of California 7-11 and 79-5(d) and (e), Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI") hereby bring this administrative motion to file the following documents or portions of documents under seal:

1. Exhibits 1-3 of the Declaration of James L. McGinnis in Support of Defendants' Motion *in Limine* to Exclude Dr. Frankel's Inflation-Adjusted Damages ("McGinnis Declaration").

As set forth in the Eckert Declaration, SDI seeks to file documents that reflect, contain or refer to material that certain parties other than SDI have designated as "Confidential," "Highly Confidential" or "Attorneys' Eyes Only." Civil Local Rule 79-5(e) provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable. N.D. Cal. Civ. L.R. 79-5(e).

Because Civil Local Rule 79-5(d)(1)(A) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such as stipulation. *See* N.D. Cal. Civ. L.R. 7-11 (requiring explanation for why a stipulation could not be obtained in lieu of the administrative motion to seal).

Dated:  February 13, 2014              Respectfully submitted,

                                       By:   */s/  Helen C. Eckert*

                                       SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                       Helen C. Eckert, Esq.
                                       333 South Hope Street, 43rd Floor
                                       Los Angeles, California  90071-1448
                                       Telephone:        213-620-1780
                                       Facsimile:213-620-1398
                                       E-mail:    heckert@sheppardmullin.com

1
2
3
*Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-