1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   Gary L. Halling, Cal. Bar No. 66087
2  James L. McGinnis, Cal. Bar No. 95788
   Michael W. Scarborough, Cal. Bar No. 203524
3  Mona Solouki, Cal. Bar No. 215145
4  Tyler M. Cunningham, Cal. Bar No. 243694
   Four Embarcadero Center, 17th Floor
5  San Francisco, CA  94111-4109
   Telephone:     (415) 434-9100
6  Facsimile:      (415) 434-3947
7  E-mail: ghalling@sheppardmullin.com
            jmcginnis@sheppardmullin.com
8           mscarborough@sheppardmullin.com

9  HELEN C. ECKERT, Cal. Bar No. 240531
   333 South Hope Street, 43rd Floor
10 Los Angeles, California  90071-1448
   Telephone:     213-620-1780
11 Facsimile:     213-620-1398
   E-mail: heckert@sheppardmullin.com
12
   Attorneys for Defendants
13 SAMSUNG SDI AMERICA, INC.,
   SAMSUNG SDI CO., LTD.,
14 SAMSUNG SDI (MALAYSIA) SDN. BHD.,
   SAMSUNG SDI MEXICO S.A. DE C.V.,
15 SAMSUNG SDI BRASIL LTDA.,
   SHENZEN SAMSUNG SDI CO., LTD. and
16 TIANJIN SAMSUNG SDI CO., LTD.

17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19                        SAN FRANCISCO DIVISION
20

21 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-md-05944 SC MDL No. 1917 |
22

23 This Document Relates to:

24 *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502;
25

26 *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA.*, No. 13-cv-05261;
27

28

**DECLARATION OF HELEN C. ECKERT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

**[RE DEFENDANTS' MIL NO. 7]**

1  *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;
2
3  *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;
4
5  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
6
7  *Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA.*, No. 3:13-cv-05262;
8  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
9
10  *Target Corp. v. Technicolor SA*, Case No. 13-cv-05686;
11  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-02510.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Helen C. Eckert, declare as follows:

1. I am an associate at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for defendants Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI"). I submit this declaration pursuant to Civil Local Rule 79-5(d) to establish that documents or portions of documents containing "Confidential" and "Highly Confidential" information pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) and submitted to the Court in connection with Defendants' Motion *In Limine* To Exclude Dr. Frankel's Inflation-Adjusted Damages ("Defendants' MIL No. 7") are sealable. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein and could and would testify competently to each of them.

2. The parties have disclosed or produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306).

3. On February 13, 2015, SDI filed an Administrative Motion to Seal and lodged the following documents pursuant to Civil Local Rules 7-11 and 79-5(d) and (e):

   a. Exhibits 1-3 of the Declaration of James L. McGinnis in Support of Defendants' MIL No. 7 (McGinnis Declaration).

4. Exhibit 1 to the McGinnis Declaration are excerpts of the April 15, 2014 Expert Report of Alan S. Frankel for Plaintiffs Sears, Roebuck, and Kmart Corp. which reflects, contains or refers to documents or information designated as "Confidential" or "Highly Confidential" by Plaintiffs Sears, Roebuck and Kmart.

5. Exhibit 2 to the McGinnis Declaration are excerpts of the September 26, 2014 Rebuttal Reports of Alan S. Frankel for the following Plaintiffs: Best Buy Co. Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services L.P., Best Buy Stores L.P., Bestbuy.com LLC, and Magnolia Hi-Fi LLC (collectively "Best Buy"); Alfred H. Siegel, as Trustee of the Circuit City

Stores, Inc. Liquidating Trust; CompuCom Systems, Inc.; Costco Wholesale Corp.; Electrograph Systems, Inc., Electrograph Technologies Corp. (collectively "Electrograph"); Interbond Corp. of America, d/b/a/ BrandsMart USA; Office Depot, Inc.; P.C. Richard & Son Long Island Corp.; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Sears; Roebuck and Co.; Kmart Corp.; Target Corp.; Tech Data Corp., Tech Data Product Management, Inc. (collectively "Tech Data"); Schultze Agency Services, LLC, on behalf of Tweeter Opco LLC and Tweeter Newco LLC; and ViewSonic Corp.  The excerpts reflect, contain or refer to documents or information designated as "Confidential" or "Highly Confidential" by those Plaintiffs.

6. Exhibit 3 to the McGinnis Declaration are excerpts of the July 10, 2014 Deposition of Alan S. Frankel which reflects, contains or refers to documents or information designated as "Confidential" or "Highly Confidential" by Plaintiffs Best Buy; Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust; CompuCom Systems, Inc.; Costco Wholesale Corp.; Electrograph; Interbond Corp. of America, d/b/a/ BrandsMart USA; Office Depot, Inc.; P.C. Richard & Son Long Island Corp.; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Sears; Roebuck & Co.; Kmart Corp.; Target Corp.; Tech Data; Schultze Agency Services, LLC, on behalf of Tweeter Opco LLC and Tweeter Newco LLC; and ViewSonic Corp.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February 2015 in Los Angeles, California.

*/s/ Helen C. Eckert*
Helen C. Eckert