UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-md-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA.*, No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA.*, No. 3:13-cv-05262; | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>**[RE DEFENDANTS' MIL 7]** |

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA*, Case No. 13-cv-05686;

*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-02510.

1     On February 13, 2015, Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;
2  Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil
3  Ltda.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd. (collectively, "SDI")
4  lodged the following documents:

5     1.   Exhibits 1 through 3 of the Declaration of James L. McGinnis in Support of
6          Defendants' Motion *in Limine* No. 7 to Exclude Dr. Frankel's Inflation-Adjusted
7          Damages ("McGinnis Decl. in Support of Defendants' MIL 7").

8     With respect to these documents, SDI filed an Administrative Motion to Seal Documents
9  pursuant to Civil Local Rules 7-11 and 79-5(d) and (e) ("Motion to Seal") and the Declaration of
10 Helen Cho Eckert in support thereof ("Eckert Declaration"), seeking leave to maintain these
11 documents under seal.

12    After due consideration of the Motion to Seal, the Eckert Declaration, any additional
13 declarations subsequently filed in support, the Court's previously entered Protective Order, and
14 the Court's file in this matter, IT IS HEREBY:

15    ORDERED that the Motion to Seal is GRANTED; and it is further
16    ORDERED that the Clerk shall file and maintain under seal the following documents or
17 portions of documents related to SDI's Motion to Seal:

| Document | Sealed Portions |
|---|---|
| Exhibits 1-3 of the McGinnis Decl. in Support of Defendants' MIL 7 | All |

**IT IS SO ORDERED.**

DATED: _____, 2015

_____
Hon. Samuel Conti
United States District Judge

-1-