SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:    (415) 434-9100
Facsimile:     (415) 434-3947
E-mail: ghalling@sheppardmullin.com
           jmcginnis@sheppardmullin.com
           mscarborough@sheppardmullin.com

HELEN C. ECKERT, Cal. Bar No. 240531
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
E-mail:        heckert@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-md-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA.*, No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513; | **DECLARATION OF JAMES L. MCGINNIS IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE DR. FRANKEL'S INFLATION ADJUSTED DAMAGES**<br><br>**[DEFENDANTS' MIL 7]** |

1  *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

2

3  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

4

5  *Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA.*, No. 3:13-cv-05262;

6  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

7

8  *Target Corp. v. Technicolor SA*, Case No. 13-cv-05686;

9  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-02510.

10

11

12

**REDACTED VERSION OF DOCUMENT SUBMITTED UNDER SEAL**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, James L. McGinnis, declare as follows:

1. I am a partner at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI"). I submit this declaration in support of the SDI Defendants' Motion *in Limine* to Exclude Direct Action Plaintiffs' Opportunity Cost Damages. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the April 15, 2014 expert report of Alan S. Frankel, expert witness for certain direct action plaintiffs ("DAPs").

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the September 26, 2014 expert rebuttal reports of Alan S. Frankel, certain DAPs' expert witness.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the July 10, 2014 deposition of Alan S. Frankel, certain DAPs' expert witness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February 2015 in San Francisco, California.

*/s/ James L. McGinnis*
James L. McGinnis

-1-

# Exhibit 1
# [SUBMITTED UNDER SEAL]

# Exhibit 2
# [SUBMITTED UNDER SEAL]

# Exhibit 3
# [SUBMITTED UNDER SEAL]