White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*The Indirect Purchaser Action* | **[PROPOSED] ORDER RE THE TOSHIBA DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE IPP ALTER EGO THEORIES OF LIABILITY AT TRIAL** |

Having considered the Toshiba Defendants' Motion *In Limine* To Preclude IPP Alter Ego Theories Of Liability At Trial, as well as the materials submitted in opposition to the motion, and for good cause appearing, it is hereby

ORDERED that the Toshiba Defendants' motion is GRANTED; and it is further

ORDERED that Indirect Purchaser Plaintiffs are precluded from introducing evidence at trial relating to an alter ego theory of liability.

**IT IS SO ORDERED.**

Dated: _____    _____
The Honorable Samuel Conti
United States District Judge