White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |

This Document Relates to
Case No. 13-cv-1173-SC (N.D. Cal.)

*Sharp Electronics Corporation; Sharp Electronics Manufacturing Company Of America, Inc.*,

                        Plaintiffs,

        v.

*Hitachi, Ltd., et al.*,

                        Defendants.

**[PROPOSED] ORDER RE THE TOSHIBA DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF TOSHIBA'S SALES TO SHARP CORPORATION**

        Having considered the Toshiba Defendants' Motion *In Limine* To Exclude Evidence of Toshiba's Sales to Sharp Corporation, as well as the materials submitted in opposition to the motion, and for good cause appearing, it is hereby

        ORDERED that the Toshiba Defendants' motion is GRANTED; and it is further

        ORDERED that the Sharp Plaintiffs are precluded from introducing evidence or argument at trial regarding Sharp's purchase of CRTs from Toshiba, as well as any evidence or argument regarding Sharp's alleged damages resulting from those purchase.

        **IT IS SO ORDERED.**

Dated: _____        _____
                                                                        The Honorable Samuel Conti
                                                                        United States District Judge