UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-md-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA.*, No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA.*, No. 3:13-cv-05262; | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE DR. FRANKEL'S INFLATION ADJUSTED DAMAGES** |

1  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

2

3  *Target Corp. v. Technicolor SA*, Case No. 13-cv-05686;

4  *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-02510.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Motion *in Limine* to Exclude Direct Action Plaintiffs Opportunity Cost Damages came on regularly for hearing before this Court.

Having considered all the papers filed in support of and in opposition of said Motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion *in Limine* is GRANTED in full and evidence of certain DAPs' inflation-adjusted damages is excluded.

**IT IS SO ORDERED.**

DATED: _____, 2015

_____
Hon. Samuel Conti
United States District Judge