White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*The Indirect Purchaser Action*<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;<br><br>*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | **[PROPOSED] ORDER RE DEFENDANTS' JOINT MOTION *IN LIMINE* NO. 13 TO ALLOW FULL DEFENSE EXAMINATION OF COMMON WITNESSES DURING PLAINTIFFS' CASE-IN-CHIEF AND LIMIT USE OF DEPOSITION TESTIMONY** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;

*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776;

*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14cv-02510

Having considered the Defendants' Motion in Limine No. 13 to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-in-Chief and Limit Use of Deposition Testimony, as well as the materials submitted in opposition to the motion, and for good cause appearing, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants may conduct a full direct examination of any common witness called to testify by Plaintiff during their case-in-chief immediately following the conclusion of Plaintiffs' examination.

Neither Plaintiffs nor Defendants shall be permitted to use the deposition testimony of any witness appearing live except for impeachment purposes when the witness is testifying on the stand.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        The Honorable Samuel Conti
                                        United States District Judge

[PROPOSED] ORDER RE DEFENDANTS' JOINT MOTION *IN LIMINE* NO. 13
TO ALLOW FULL DEFENSE EXAMINATION OF COMMON WITNESSES DURING
PLAINTIFFS' CASE-IN-CHIEF AND LIMIT USE OF DEPOSITION TESTIMONY
Case No. 07-5944 SC
MDL No. 1917