ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; and BESTBUY.COM, L.L.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>[Honorable Samuel Conti]<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e) AND 7-11** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.,* No. 3:07-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502-SC<br><br>*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-5514* | |

60945592.1

*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al., No. 13-cv-01173-SC*

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al., No. 13-cv-2776 SC*

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al., No. 14-cv-02510*

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 7-11 and 79-5, Best Buy,[1] Circuit City,[2] Sharp,[3] Sears and Kmart,[4] Target,[5] ViewSonic,[6] (collectively, "Plaintiffs") respectfully request an order permitting Plaintiffs to file under seal the entirety of Exhibits A, E, and I ("Designated Exhibits") to the Declaration of Jill S. Casselman filed in support of Plaintiffs' Motions *in Limine*.

Plaintiffs request that the Designated Exhibits be filed under seal pursuant to Civil Local Rule 79-5(d). Specifically, they refer to, contain, and/or reflect excerpts of documents and testimony that have been designated as "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 by Judge Samuel Conti in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC (MDL No. 1917), in the United States District Court for the Northern District of California, San Francisco Division ("*CRT Antitrust MDL*"). The Stipulated Protective Order is document number 306 on the Court's docket in the *CRT Antitrust MDL*. The confidential/highly confidential designations have been made by certain of the defendants in the *CRT Antitrust MDL*. To qualify under the Stipulated Protective Order as "confidential" or "highly confidential," the information must contain trade secrets or other confidential research, development or commercial information or other private or competitively sensitive information. (¶1).

---

[1] "Best Buy" refers collectively to Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P. and Bestbuy.com, L.L.C.
[2] "Circuit City" refers to Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust
[3] "Sharp" refers collectively to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.
[4] "Sears and Kmart" refers collectively to Sears, Roebuck and Co., and Kmart Corporation
[5] "Target" refers to Target Corp.
[6] "ViewSonic" refers to ViewSonic Corporation.

60945592.1 - 2 -

PLAINTIFFS' ADMINSTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1   Plaintiffs are filing redacted copies of the Designated Exhibits in accordance with Civil
2   Local Rule 79-5. Plaintiffs are also filing under seal an unredacted version of the Designated
3   Exhibits, the entirety of which have been omitted from the redacted version due to "confidential"
4   or "highly confidential" designations.

5   Plaintiffs submit this Application as the party wishing to file documents referencing,
6   containing, or analyzing, in whole or in part, the documents described above. Plaintiffs attach
7   hereto the Declaration of Jill S. Casselman in support of this Application. Contemporaneous with
8   filing this Application, Plaintiffs are giving notice to the defendants in the *CRT Antitrust MDL* of
9   this Application and of the Designated Exhibits to be filed in this case. Plaintiffs' request is
10  narrowly tailored to include only the information that may require confidentiality pursuant to the
11  provisions of the Stipulated Protective Order.

12  Accordingly, Plaintiffs request that the Court grant this Administrative Motion to File
13  Under Seal the entirety of the Designated Exhibits.

Respectfully submitted,

Dated:  February 13, 2015        **ROBINS KAPLAN LLP**

By:   /s/ Jill S. Casselman
      Roman M. Silberfeld
      David Martinez
      Laura E. Nelson
      Jill S. Casselman

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, L.L.C.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES