ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; and BESTBUY.COM, L.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>[Honorable Samuel Conti] |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.,* No. 3:07-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502-SC<br><br>*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-5514 | **[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11** |

Master Case No. 3:07-5944-SC

[PROPOSED] ORDER

*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al., No. 13-cv-01173-SC*

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al., No. 13-cv-2776 SC*

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al., No. 14-cv-02510*

Having considered the motion regarding whether certain documents lodged with the Court by Best Buy, Circuit City, Sharp, Sears and Kmart, Target, and ViewSonic, (collectively, "Plaintiffs") in support of Plaintiffs' Motions *in Limine* should be filed under seal pursuant to Local Rules 7-10 and 79-5, and good cause appearing, the motions is hereby GRANTED.

It is hereby ordered that the following document shall remain under seal:

- Excerpts from the deposition transcript of Brian Stone, dated December 3, 2012, designated as "Highly Confidential", which are attached as Exhibit A to the Declaration of Jill S. Casselman in Support of Plaintiff's Motions *in Limine*.

- Excerpts from the deposition transcript of James Smith, dated July 11, 2014, designated as "Highly Confidential", which are attached as Exhibit E to the Declaration of Jill S. Casselman in Support of Plaintiff's Motions *in Limine*.

- Portions of Defendants' June 2, 2014 Opposition to Best Buy's Motion for a Protective Order and Cross-Motion to Compel Interrogatory Responses, which are attached as Exhibit I to the Declaration of Jill S. Casselman in Support of Plaintiff's Motions *in Limine*.

IT IS FURTHER ORDERED that, to maintain the effect of the Seal under Civil Local Rule 79-5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents of their contents absent further order of the Court.

**IT IS SO ORDERED.**

DATED: _____
HONORABLE SAMUEL CONTI
United States District Court Judge

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

60945509.1 - 3 -

[PROPOSED] ORDER