# EXHIBIT A
# [Highly Confidential – Filed Under Seal]