# EXHIBIT E
# [Highly Confidential – Filed Under Seal]