# EXHIBIT I
# [Highly Confidential – Filed Under Seal]