ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:      310-552-0130
Facsimile:      310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; and BESTBUY.COM, L.L.C.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

This document relates to:

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,
No. 11-cv-05513-SC*

*Best Buy Co., Inc., et al. v. Technicolor SA, et
al., No. 13-cv-05264-SC*

*Target Corp. v. Chunghwa Pictures Tubes,
Ltd., et al., No. 3:07-cv-05514-SC*

*Target Corp. v. Technicolor SA, et al.,* Case
No. 3:11-cv-05514-SC

*Alfred H. Siegel, as Trustee of the Circuit City
Stores, Inc. Liquidating Trust v. Hitachi, Ltd.,
et al., No. 11-cv-05502-SC*

Master Case No.: 3:07-cv-05944-SC
MDL No. 1917

[Honorable Samuel Conti]

**PROOF OF SERVICE**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60741022.1

PROOF OF SERVICE

*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-5514*

*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al., No. 13-cv-01173-SC*

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al., No. 13-cv-2776 SC*

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al., No. 14-cv-02510*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.

60741022.1

-2-

PROOF OF SERVICE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1

## CERTIFICATE OF SERVICE

2

STATE OF CALIFORNIA )
) ss.

3

COUNTY OF LOS ANGELES )

4

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

5

6

On February 13, 2015, I served the foregoing document described as:

7

**DECLARATION OF JILL S. CASSELMAN IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE* [UNREDACTED VERSION]**

8

on the interested parties in this action as follows:

9

### SEE ATTACHED SERVICE LIST

10

[ ]    BY FEDERAL EXPRESS - OVERNIGHT:  I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

11

12

[ ]    BY MAIL**:**  I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

13

14

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

15

16

17

[ ]    BY PERSONAL SERVICE:  I caused such envelope to be delivered by hand to the offices of the addressees.

18

19

**[X]**    **BY ELECTRONIC MAIL**:  I caused a true copy of the document described to be served by electronic mail to the addressees.

20

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

21

22

Executed on **February 13, 2015**, at Los Angeles, California.

23

24

/s/ Jill Casselman
Jill Casselman

25

26

27

28

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.

1          **SERVICE LIST**

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Telephone:      (518) 434-0600<br>Facsimile:      (518) 434-0665<br>Email: piovieno@bsfllp.com<br>          anardacci@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio E. Varanini<br>Deputy Attorney General<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:      415-703-5908<br>Fax:      415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:    415-563-7200<br>Fax:    415-346-0679<br>Email: malioto@tatp.com<br>          laurenrussell@tatp.com<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs*<br><br>Joseph Goldberg<br>Vincent J. Ward<br>Josh Ewing<br>FREEDMAN BOYD HOLLANDER<br>GOLDBERG URIAS & WARD P.A.<br>20 First Plaza N.W., Suite 700<br>Albuquerque, NM 87102<br>Telephone:  (505) 842-9960<br>Facsimile:  (505) 842-0761<br>Email: jg@fbdlaw.com<br>          vjw@fbdlaw.com<br>          je@fbdlaw.com<br><br>*Associated Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Class* | Donald L. Perelman<br>Gerard E. Dever<br>Matthew Dunacan<br>FINE, KAPLAN, and BLACK, R.P.C..<br>One S. Broad Street, 23rd Floor<br>Philadelphia, PA19107<br>Telephone:  (215) 567-6565<br>Facsimile:   (215) 568-5672<br>Email:  dperleman@finekaplan.com<br>          gdever@finekaplan.com<br>          mduncan@finekaplan.com<br><br>*Associated Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Class*<br><br>Dennis Stewart<br>HULETT HARPER STEWART LLP<br>225 Broadway, Suite 1350<br>San Diego, CA 92101<br>Telephone:  (619) 338-1133<br>Facsimile:   (619) 338-1139<br>Email:  dstewart@hulettharper.com<br><br>*Associated Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Class*<br><br>Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:    415-217-6810<br>Fax:    415-217-6813<br>Email: guido@saveri.com<br>          rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |

Jeffrey L. Kessler
Jennifer M. Stewart
A. Paul Victor
Eva W. Cole
Molly M. Donovan
Martin C. Geagan
John S. Tschirgi
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel:    212-294-4692
Fax:   212-294-4700
Email: jkessler@winston.com
          jstewart@winston.com
          pvictor@winston.com
          ewcole@winston.com
          mmdonovan@winston.com
          mgeagan@winston.com
          jtschirgi@winston.com

Matthew R. DalSanto
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel:   312-558-6211
Fax:  312-558-5700
E-mail:  mdalsanto@winston.com

Aldo Badini
WINSTON & STRAWN LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Tel:    650-858-6424
Fax:   650-858-6550
E-mail:  abadini@winston.com


*Counsel for Panasonic Corporation;*
*Panasonic Corporation of North America; and*
*MT Picture Display Co., Ltd.*

Steven A. Reiss
David L. Yohai
David Yolkut
Marjan Hajibandeh (*pro hac vice*)
Ryan Goodland (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel:    212-310-8000
Fax:   212-310-8007
Email: steven.reiss@weil.com
          david.yohai@weil.com
          david.yolkut@weil.com
          marjan.hajibandeh@weil.com
          ryan.goodland@weil.com


Bambo Obaro
Meaghan P. Thomas-Kennedy (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Tel:    (650) 802-3000
Fax:    (650) 802-3100
Email: bambo.obaro@weil.com
          Meaghan.thomas-kennedy@weil.com

Craig Y. Allison
BUNSOW DE MORY, SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (650) 351-7253
Email: callison@bdiplaw.com

Amy Lee Stewart
ROSE LAW FIRM
120 East Fourth Street
Little Rock, AR 72201
Tel: (501) 377-0334
Fax: (501) 375-1309
E-mail: astewart@roselawfirm.com


*Counsel for Panasonic Corporation;*
*Panasonic Corporation of North America;*
*and MT Picture Display Co., Ltd.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Eliot A. Adelson<br>James Maxwell Cooper<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Tel:    415-439-1400<br>Fax:    415-439-15001<br>Email: eliot.adelson@kirkland.com<br>          max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>Barack S. Echols (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: 312-862-2000<br>Fax: 312-862-2200<br>Email: james.mutchnik@kirkland.com<br>          kate.wheaton@kirkland.com<br>          barack.echols@kirkland.com<br><br>*Counsel for Hitachi, Ltd.; Hitachi Displays,*<br>*Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.;*<br>*and Hitachi Electronic Devices (USA), Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel:    415-393-8200<br>Fax:    415-393-8206<br>Email: jsanders@gibsondunn.com<br>          rbrass@gibsondunn.com<br>          *cfujita@gibsondunn.com*<br><br>William S. Farmer (SBN 46694)<br>David Brownstein (SBN 141929)<br>Jacob Alpren (SBN 235713)<br>FARMER BROWNSTEIN JAEGER LLP<br>235 Montgomery Street, Suite 835<br>San Francisco CA 94104<br>Telephone (415) 962-2876<br>Facsimile: (415) 520-5678<br>Email: WFarmer@FBJ-law.com<br>DBrownstein@FBJ-law.com<br>JAlpren@FBJ-law.com<br><br>*Counsel for Chunghwa Picture Tubes, Ltd.*<br>*and Chunghwa Picture Tubes (Malaysia)* |

Christopher M. Curran (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
Charise Naifeh
Dana Foster (*pro hac vice*)
WHITE & CASE
701 Thirteenth Street N.W.
Washington, DC 20005
Tel:     202-626-3600
Fax:    202-639-9355
Email: ccurran@whitecase.com
          alau@whitecase.com
          cnaifeh@whitecase.com
          dfoster@whitecase.com

*Counsel for Toshiba Corporation; Toshiba
America, Inc.; Toshiba America Consumer
Products, L.L.C.; Toshiba America Electronics
Components, Inc.; Toshiba America
Information Systems, Inc.*

William Temko
Jonathan Altman
Hojoon Hwang
Laura Lin
Miriam Kim
Bethany W. Kristovich
Jerome C. Roth
Cathleen H. Hartge
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Tel:     415-512-4009
Fax:    415-512-4077
Email: william.temko@mto.com
          jonathan.altman@mto.com
          hojoon.hwang@mto.com
          laura.lin@mto.com
          miriam.kim@mto.com
          bethany.kristovich@mto.com
          jerome.roth@mto.com
          cathleen.hartge@mto.com

Jessica Barclay-Strobel
Claire Yan
E. Martin Estrada
Brad D. Brian
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel:     213-683-9100
Fax:    213-687-3702
Email: *Jessica.barclay-strobel@mto.com*
          *Claire.yan@mto.com*
          *Martin.estrada@mto.com*
          *Brad.brian@mto.com*

Robert E. Freitas
Jason S. Angell
Jessica N. Leal
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Tel:     (650) 593-6300
Fax:    (650) 593-6301
Email:  *rfreitas@fawlaw.com*
          *jangell@fawlaw.com*
          *jleal@fawlaw.com*

*Attorneys for Defendants LG Electronics, Inc., LG
electronics U.S.A., Inc., and LG Electroics
Taiwan Taipai Co., Ltd.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br>Richard P. Sobiecki, *pro hac vice*<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel:    (202) 639-7700<br>Fax:   (202) 639-7890<br>Email: john.taladay@bakerbotts.com<br>      erik.koons@bakerbotts.com<br>      *charles.malaise@bakerbotts.com*<br>      rich.sobiecki@bakerbotts.com<br><br>Jon V. Swenson<br>BAKER BOTTS L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Tel:    (650) 739-7500<br>Fax:   (650) 739-7699<br>Email: jon.swenson@bakerbotts.com<br><br>Van H. Beckwith<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>Tel:    (214)  953-6505<br>Fax:   (214) 661-4505<br>Email:  van.beckwith@bakerbotts.com<br><br>Marc Howard Kallish<br>FREEBORN & PETERS LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel:  (312) 360-6471<br>Fax:  (312) 360-6520<br>Email: Mkallish@freeborn.com<br><br>*Counsel for Koninklijke Philips Electronics*<br>*N.V. and Philips Electronics North America*<br>*Corporation* | Christine Laciak<br>Richard Snyder<br>FRESHFIELDS BRUCKHAUS<br>& DERINGER US, LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Tel: (202) 777-4500<br>Email: christine.laciak@freshfields.com<br>      richard.snyder@freshfields.com<br><br>Michael Lacovara<br>FRESHFIELDS BRUCKHAUS<br>& DERINGER US, LLP<br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>Tel: (212) 277-4000<br>Fax: (202) 277-4001<br>E-mail: Michael.lacovara@freshfields.com<br><br>*Counsel for Defendant Beijing Matsushita*<br>*Color CRT Co., Ltd.* |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Joseph R. Tiffany, II<br>PILLSBURY WINTHROP SHAW<br>PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4644<br>Facsimile: (650) 233-4545<br>Email: joseph.tiffany@pillsburylaw.com<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.* | Michael R. Lazerwitz<br>CLEARY GOTTLIEG STEEN &<br>HAMPTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: mlazerwitz@cgsh.com<br><br>*Counsel for Defendant LP Displays International, Ltd.* |
| Gary L. Halling<br>James L. McGinnis<br>Michael W. Scarborough<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:    415-434-9100<br>Fax:    415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>        mscarborough@sheppardmullin.com<br>        dballard@sheppardmullin.com<br><br>Leo D. Caseria<br>Helen Cho Eckert<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone: 213-620-1780<br>Fax: 213-620-1398<br>E-mail: lcaseria@sheppardmullin.com<br>        heckert@sheppardmullin.com<br><br>Bruce Cobath<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Tel:   212-653-8700<br>E-mail: bcolbath@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* | Brent Caslin<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel:  (213) 239-5100<br>Fax:  (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>Terrence J. Truax<br>Michael T. Brody<br>Shaun M. Van Horn<br>Gabriel A. Fuentes<br>Molly M. Powers<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel:  (312) 222-9350<br>Fax:  (312) 527-0484<br>Email: ttruax@jenner.com<br>        mbrody@jenner.com<br>        svanhorn@jenner.com<br>        gfuentes@jenner.com<br>        mpowers@jenner.com<br><br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Calvin L. Litsey<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Tel: (650) 324-6700<br>Email: calvin.litsey@faegrebd.com | Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE PATTON BOGGS (US)  LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel:     415-954-0200<br>Fax:     415-393-9887<br>Email: mark.dosker@squiresanders.com<br>         nathan.lane@squiresanders.com |
| Kathy L. Osborn  (*pro hac vice*)<br>Ryan M. Hurley  (*pro hac vice*)<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Email: kathy.osborn@faegrebd.com<br>         ryan.hurley@faegrebd.com | Donald A. Wall (Pro Hac Vice)<br>SQUIRE PATTON BOGGS (US) LLP<br>1 East Washington Street, Suite 2700<br>Phoenix, Arizona 85004<br>Telephone: + 1 602 528 4000<br>Facsimile: +1 602 253 8129<br>Email: donald.wall@squirepb.com |
| Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 607-3500<br>Email: jeff.roberts@faegrebd.com | Ellen Tobin (pro hac vice)<br>Jeffrey I. Zuckerman (pro hac vice)<br>CURTIS, MALLET-PREVOST, COLT &<br>MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel:     (212) 696-8873<br>Email: etobin@curtis.com<br>         jzuckerman@curtis.com |
| Stephen M. Judge<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel: (574) 234-4149<br>Email: steve.judge@faegrebd.com | Arthur S. Gaus<br>DILLINGHAM & MURPHY, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:     (415) 397-2700<br>Fax:     (415) 397-3300<br>Email: asg@dillinghammurphy.com |
| *Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)* | *Counsel for Technologies Displays Americas LLC* |