UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT OF POSITIVE NET WORTH OF DEFENDANTS OR THEIR PURPORTEDLY AFFILIATED COMPANIES**<br><br>**[DEFENDANTS' MIL NO. 14]** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513; | |

*Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

Having considered the Defendants' Joint Motion *in Limine* to Exclude Evidence or Argument of Positive Net Worth of Defendants or Their Purportedly Affiliated Companies, as well as the materials submitted in opposition to the motion, and for good cause appearing, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Plaintiffs shall not present evidence or argument relating to current positive net worth, current positive financial condition or ability to pay damages of Defendants or their purportedly affiliated companies, or other insinuations that Defendants or their purportedly affiliated companies have "deep pockets."

**IT IS SO ORDERED.**

DATED: _____, 2015

                                        Hon. Samuel Conti
                                    United States District Judge