# EXHIBIT "K"

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>VIEWSONIC CORPORATION<br><br>   Plaintiff,<br><br>vs.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>   Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 14-cv-02510 |

**REPORT OF ALAN S. FRANKEL, Ph.D.**

June 6, 2014

Exhibit 16a - Viewsonic Monitor Unit Purchases

|  | CDT Size | 10 | 12 | 14 | 15 | 16 | 17 | 19 | 20 | 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Monitor Size | 9-10 | 12-13 | 14 | 15 | 16 | 17-18 | 19 | 20 | ≥21 | All Sizes |
| 1995Q2 | Direct |  |  |  |  |  |  |  |  |  | 90,182 |
| 1995Q3 | Direct |  |  |  |  |  |  |  |  |  | 63,831 |
| 1995Q4 | Direct |  |  |  |  |  |  |  |  |  | 94,248 |
| 1996Q1 | Direct |  |  |  |  |  |  |  |  |  | 92,221 |
| 1996Q2 | Direct |  |  |  |  |  |  |  |  |  | 116,645 |
| 1996Q3 | Direct |  |  |  |  |  |  |  |  |  | 100,629 |
| 1996Q4 | Direct |  |  |  |  |  |  |  |  |  | 150,428 |
| 1997Q1 | Direct | 0 | 0 | 31,680 | 20,144 | 0 | 84,331 | 0 | 0 | 28,784 | 164,939 |
| 1997Q2 | Direct | 0 | 0 | 13,830 | 68,757 | 0 | 116,794 | 0 | 0 | 36,000 | 235,381 |
| 1997Q3 | Direct | 0 | 0 | 26,398 | 54,316 | 0 | 100,000 | 0 | 0 | 23,586 | 204,300 |
| 1997Q4 | Direct | 0 | 0 | 33,660 | 113,858 | 0 | 134,004 | 0 | 0 | 32,037 | 313,559 |
| 1998Q1 | Direct | 0 | 0 | 27,728 | 37,966 | 0 | 71,393 | 0 | 0 | 31,841 | 168,928 |
| 1998Q2 | Direct | 0 | 0 | 21,120 | 62,288 | 0 | 124,598 | 0 | 0 | 41,490 | 249,496 |
| 1998Q3 | Direct | 0 | 0 | 33,000 | 118,465 | 0 | 172,975 | 0 | 0 | 36,540 | 360,980 |
| 1998Q4 | Direct | 0 | 0 | 33,660 | 148,961 | 0 | 295,968 | 0 | 0 | 42,840 | 521,429 |
| 1999Q1 | Direct | 0 | 0 | 21,780 | 42,289 | 0 | 174,740 | 4,800 | 0 | 20,160 | 263,769 |
| 1999Q2 | Direct | 0 | 0 | 79,860 | 23,040 | 0 | 132,856 | 34,056 | 0 | 26,280 | 296,092 |
| 1999Q3 | Direct | 0 | 0 | 121,440 | 72,132 | 0 | 135,708 | 4,872 | 0 | 25,098 | 359,250 |
| 1999Q4 | Direct | 0 | 0 | 103,620 | 55,740 | 0 | 179,974 | 28,248 | 0 | 49,320 | 416,902 |
| 2000Q1 | Direct | 0 | 0 | 46,200 | 15,990 | 0 | 82,476 | 30,126 | 0 | 28,512 | 203,304 |
| 2000Q2 | Direct | 0 | 0 | 98,540 | 21,420 | 0 | 149,774 | 41,520 | 0 | 28,236 | 339,490 |
| 2000Q3 | Direct | 0 | 0 | 128,700 | 7,560 | 0 | 158,970 | 51,392 | 0 | 18,654 | 365,276 |
| 2000Q4 | Direct | 0 | 0 | 29,040 | 1,890 | 0 | 193,253 | 35,432 | 0 | 2,520 | 262,135 |
| 2001Q1 | Direct | 0 | 0 | 15,180 | 0 | 0 | 73,768 | 14,496 | 0 | 0 | 103,444 |
| 2001Q2 | Direct | 0 | 0 | 18,480 | 0 | 0 | 162,499 | 17,209 | 0 | 0 | 198,188 |
| 2001Q3 | Direct | 0 | 0 | 19,140 | 0 | 0 | 108,144 | 4,845 | 0 | 0 | 132,129 |
| 2001Q4 | Direct | 0 | 0 | 21,780 | 0 | 0 | 66,512 | 51,144 | 0 | 0 | 139,436 |
| 2002Q1 | Direct | 0 | 0 | 5,940 | 0 | 0 | 76,170 | 51,036 | 0 | 0 | 133,146 |
| 2002Q2 | Direct | 0 | 0 | 5,940 | 0 | 0 | 68,408 | 46,008 | 0 | 0 | 120,356 |
| 2002Q3 | Direct | 0 | 0 | 9,760 | 0 | 0 | 77,232 | 31,536 | 0 | 0 | 118,528 |
| 2002Q4 | Direct | 0 | 0 | 11,880 | 0 | 0 | 85,880 | 42,036 | 0 | 0 | 139,796 |
| 2003Q1 | Direct | 0 | 0 | 1,320 | 0 | 0 | 56,736 | 39,096 | 0 | 0 | 97,152 |
| 2003Q2 | Direct | 0 | 0 | 3,300 | 0 | 0 | 75,336 | 50,384 | 0 | 0 | 129,020 |
| 2003Q3 | Direct | 0 | 0 | 0 | 0 | 0 | 80,957 | 36,155 | 0 | 0 | 117,112 |
| 2003Q4 | Direct | 0 | 0 | 0 | 0 | 0 | 31,920 | 51,611 | 0 | 0 | 83,531 |
| 2004Q1 | Direct | 0 | 0 | 0 | 0 | 0 | 3,696 | 42,432 | 0 | 0 | 46,128 |
| 2004Q2 | Direct | 0 | 0 | 0 | 0 | 0 | 10,752 | 22,176 | 0 | 0 | 32,928 |
| 2004Q3 | Direct | 0 | 0 | 0 | 0 | 0 | 8,400 | 0 | 0 | 0 | 8,400 |
| 2004Q4 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005Q1 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005Q2 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005Q3 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005Q4 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2006Q1 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2006Q2 | Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | Direct |  |  |  |  |  |  |  |  |  | 7,032,708 |

Source: VS table master.xls, Exhibit 16c.

Exhibit 17 - Viewsonic Direct Monitor Overcharge Damages

| | Before Adjusting for Inflation | | Inflation Multiplier | After Adjusting for Inflation | |
|---|---|---|---|---|---|
| | Before Mkt Share Adjustment | After Mkt Share Adjustment | | Before Mkt Share Adjustment | After Mkt Share Adjustment |
| 1995Q2 | $0 | $0 | 1.65 | $0 | $0 |
| 1995Q3 | $1,382,000 | $1,286,642 | 1.65 | $2,273,898 | $2,116,999 |
| 1995Q4 | $2,494,230 | $2,322,128 | 1.64 | $4,095,202 | $3,812,633 |
| 1996Q1 | $2,719,444 | $2,531,802 | 1.63 | $4,435,514 | $4,129,464 |
| 1996Q2 | $3,462,248 | $3,223,353 | 1.61 | $5,579,320 | $5,194,347 |
| 1996Q3 | $3,092,549 | $2,879,163 | 1.61 | $4,970,600 | $4,627,628 |
| 1996Q4 | $4,561,353 | $4,246,620 | 1.60 | $7,316,160 | $6,811,345 |
| 1997Q1 | $6,634,581 | $6,176,795 | 1.60 | $10,635,982 | $9,902,099 |
| 1997Q2 | $8,991,129 | $7,921,185 | 1.62 | $14,561,106 | $12,828,334 |
| 1997Q3 | $6,864,970 | $6,048,038 | 1.62 | $11,117,797 | $9,794,779 |
| 1997Q4 | $9,613,295 | $8,469,313 | 1.62 | $15,532,070 | $13,683,753 |
| 1998Q1 | $5,570,988 | $4,908,040 | 1.65 | $9,178,540 | $8,086,294 |
| 1998Q2 | $7,667,160 | $6,788,655 | 1.65 | $12,642,221 | $11,193,674 |
| 1998Q3 | $8,160,365 | $7,239,014 | 1.66 | $13,524,017 | $11,997,079 |
| 1998Q4 | $11,315,378 | $10,444,615 | 1.67 | $18,879,329 | $17,426,491 |
| 1999Q1 | $6,516,257 | $5,913,657 | 1.68 | $10,949,013 | $9,936,487 |
| 1999Q2 | $7,660,321 | $6,896,695 | 1.65 | $12,674,909 | $11,411,400 |
| 1999Q3 | $7,604,622 | $6,842,055 | 1.62 | $12,348,021 | $11,109,800 |
| 1999Q4 | $10,755,369 | $9,669,792 | 1.61 | $17,318,442 | $15,570,430 |
| 2000Q1 | $5,797,490 | $5,266,638 | 1.59 | $9,212,776 | $8,369,201 |
| 2000Q2 | $8,164,017 | $7,489,252 | 1.56 | $12,737,599 | $11,684,822 |
| 2000Q3 | $8,053,841 | $7,313,370 | 1.54 | $12,402,875 | $11,262,553 |
| 2000Q4 | $5,822,816 | $5,278,503 | 1.52 | $8,850,222 | $8,022,908 |
| 2001Q1 | $2,163,479 | $1,961,934 | 1.50 | $3,235,011 | $2,933,645 |
| 2001Q2 | $3,755,611 | $3,429,036 | 1.51 | $5,678,903 | $5,185,085 |
| 2001Q3 | $2,191,846 | $2,019,937 | 1.54 | $3,385,556 | $3,120,023 |
| 2001Q4 | $2,290,564 | $2,133,272 | 1.59 | $3,646,493 | $3,396,090 |
| 2002Q1 | $2,164,334 | $2,055,208 | 1.60 | $3,458,904 | $3,284,506 |
| 2002Q2 | $1,914,014 | $1,828,809 | 1.57 | $3,013,657 | $2,879,500 |
| 2002Q3 | $1,754,751 | $1,659,440 | 1.56 | $2,745,409 | $2,596,289 |
| 2002Q4 | $1,937,731 | $1,870,439 | 1.55 | $2,999,794 | $2,895,619 |
| 2003Q1 | $1,325,710 | $1,279,503 | 1.49 | $1,978,481 | $1,909,522 |
| 2003Q2 | $1,694,422 | $1,657,884 | 1.50 | $2,544,722 | $2,489,848 |
| 2003Q3 | $1,432,565 | $1,422,136 | 1.49 | $2,137,434 | $2,121,873 |
| 2003Q4 | $1,092,571 | $1,084,930 | 1.48 | $1,616,492 | $1,605,187 |
| 2004Q1 | $647,805 | $642,894 | 1.45 | $938,452 | $931,338 |
| 2004Q2 | $400,410 | $398,289 | 1.41 | $563,932 | $560,945 |
| 2004Q3 | $74,658 | $74,433 | 1.39 | $104,126 | $103,813 |
| 2004Q4 | $0 | $0 | 1.37 | $0 | $0 |
| 2005Q1 | $0 | $0 | 1.35 | $0 | $0 |
| 2005Q2 | $0 | $0 | 1.33 | $0 | $0 |
| 2005Q3 | $0 | $0 | 1.30 | $0 | $0 |
| 2005Q4 | $0 | $0 | 1.25 | $0 | $0 |
| 2006Q1 | $0 | $0 | 1.27 | $0 | $0 |
| 2006Q2 | $0 | $0 | 1.25 | $0 | $0 |
| Total | $167,744,897 | $152,673,471 | | $269,282,979 | $244,985,803 |

Source: Exhibits 5, 16a.

# EXHIBIT "L"

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
                              )  Case No.
IN RE:  CATHODE RAY TUBE      )  3:14-CV-02510
(CRT) ANTITRUST LITIGATION    )
                              )  Pages 1-111
                              )
```

TRANSCRIPT DESIGNATED HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF ROSE YANG

TAKEN ON

FRIDAY, NOVEMBER 7, 2014

Reported by:

BRENDA R. COUNTZ, RPR-CRR

CSR NO. 12563

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 106

1   bunch of objections which hopefully they don't.
2           You testified just now that the CRT
3   purchasing agents and Bonnie Chang negotiated the
4   standard terms and conditions for the sales
5   regions, do you recall that?
6       A.   Yes.
7       Q.   And those are the standard terms and
8   conditions that were included in the OEM
9   contracts, is that right?
10          MR. GOLDSTEIN:  Objection to form.
11          THE WITNESS:  Yes.
12  BY MR. HEAVEN:
13      Q.   These purchasing agents, were they part
14  of Viewsonic Corporation?
15      A.   Yes.
16      Q.   And Viewsonic Corporation was the
17  corporate entity; is that correct?
18      A.   Yes.
19      Q.   And where were they located?
20      A.   During what time frame?
21      Q.   In the 1997 --
22      A.   They are in Walnut, California.
23      Q.   And where did these negotiations occur
24  for the standard terms and conditions?
25      A.   In our office in Walnut, California.

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 107

1      Q.   And did these negotiations include
2   price terms as well?
3      A.   Yes.
4      Q.   And those negotiations happened in
5   California as well, is that right?
6      A.   That is correct.
7      Q.   Did the sales regions have authority to
8   deviate from the negotiated terms and conditions?
9      A.   No, they didn't.
10     Q.   And did the regions have authority to
11  deviate from the prices that were negotiated?
12     A.   No.
13          MR. HEAVEN:  Okay, that's all I have.
14                FURTHER EXAMINATION
15  BY MR. GOLDSTEIN:
16     Q.   Ms. Yang, you were just asked where the
17  Viewsonic purchasing agents were located and you
18  asked Mr. Heaven to clarify the time frame?
19     A.   Yes.
20     Q.   Is that because the location of the
21  purchasing agents changed over time?
22     A.   Yes.
23     Q.   How did it change?
24     A.   Our business unit transferred from the
25  U.S. to Taipei.  I don't remember exactly when.

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 108

1   I think it was -- it's been a while.
2       Q.   What's your best approximation of when
3   the purchasing transferred to Taiwan?
4       A.   2005, 2006.  I don't know.
5       Q.   You said that some price negotiations
6   happened in Walnut, California.  Did price
7   negotiations happen anywhere else?
8       A.   No.  No.  At that time supplier come
9   visit often and all the negotiations happened in
10  our office.
11      Q.   So Viewsonic employees never went to
12  visit suppliers?
13      A.   Once in a while, not often.  There were
14  factory visits but negotiations are done in our
15  office.
16      Q.   Were all negotiations done face to
17  face?
18      A.   There were phone calls.
19      Q.   So it would be a Viewsonic employee in
20  California calling a supplier in Taiwan, for
21  example?
22      A.   That is correct.
23           MR. GOLDSTEIN:  Okay.  Thank you.
24           MR. HEAVEN:  Anybody else?  All right.
25  This deposition is closed.

HIGHLY CONFIDENTIAL
Rose Yang -- November 7, 2014

Page 111

```
 1    STATE OF CALIFORNIA    )   SS
 2    COUNTY OF LOS ANGELES  )
 3              I, BRENDA R. COUNTZ, Certified Shorthand
 4    Reporter No. 12563 for the State of California,
 5    do hereby certify:
 6              That prior to being examined, the
 7    witness named in the foregoing deposition was
 8    duly sworn to testify the truth, the whole truth,
 9    and nothing but the truth;
10              That said deposition was taken down by
11    me in shorthand at the time and place therein
12    named and thereafter transcribed and that the
13    same is a true, correct, and complete transcript
14    of said proceedings.
15              Before completion of the deposition,
16    review of the transcript [  ] was [  ] was not
17    requested.  If requested, any changes made by the
18    deponent during the period allowed are appended
19    hereto.
20              I further certify that I am not
21    interested in the outcome of the action.
22    Witness my hand this____day of_____,____.
23
24                        _____
25                         Brenda R. Countz, CSR No. 12563
```