White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*The Indirect Purchaser Action*<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V.*, et al., No. 13-cv-2776; and<br><br>*ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14cv-02510. | **[PROPOSED] ORDER RE DEFENDANTS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE OR TESTIMONY PERTAINING TO FOREIGN ANTITRUST INVESTIGATIONS** |

Having considered Defendants' Motion *in Limine* to exclude evidence or testimony pertaining to foreign antitrust investigations, as well as any materials submitted in opposition to the motion, and for good cause appearing, it is hereby

ORDERED that the Defendants' motion is GRANTED; and it is further

1  ORDERED that Plaintiffs may not introduce evidence, testimony or argument
2  pertaining to any foreign investigations.
3  **IT IS SO ORDERED.**

Dated: _____    _____
The Honorable Samuel Conti
United States District Judge

[PROPOSED] ORDER RE DEFENDANTS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE
PERTAINING TO FOREIGN ANTITRUST INVESTIGATIONS
Case No. 07-5944 SC, MDL No. 1917
2