Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*The Indirect Purchaser Action* | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation,

2    Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America

3    Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively,

4    the "Toshiba Defendants"), by and through their counsel, respectfully request an order

5    permitting the Toshiba Defendants to file the following materials under seal:

6        1.    Exhibit B to the Declaration of J. Frank Hogue in Support of the Toshiba

7              Defendants' Motion to Decertify the IPP Statewide Classes for Damages

8              ("Hogue Declaration") which is a declaration that the Indirect Purchaser

9              Plaintiffs ("IPPs") have designated as "Confidential" under the Stipulated

10             Protective Order;

11       2.    Exhibits C and D to the Hogue Declaration which are expert reports that the

12             Indirect Purchaser Plaintiffs have designated as "Confidential" and "Highly

13             Confidential" pursuant to the Stipulated Protective Order;

14       3.    Exhibit K to the Hogue Declaration which consists of interrogatory responses

15             that the IPPs have designated as "Confidential" under the Stipulated

16             Protective Order;

17       4.    Exhibit L to the Hogue Declaration which consists of transcript excerpts of

18             deposition testimony that the IPPs have designated as "Confidential" pursuant

19             to the Stipulated Protective Order; and

20       5.    The redacted portions of the Toshiba Defendants' Motion to Decertify the IPP

21             Statewide Classes for Damages that quote from Exhibits B, C, D, K, and L.

22       This motion is supported by the Declaration of Samuel J. Sharp, dated

23   February 13, 2015 ("Sharp Declaration").  Civil Local Rule 79-5(d)(1)(A) provides that "a

24   party seeking to file a document, or portions thereof, under seal must file an administrative

25   motion to file under seal" accompanied by "a declaration establishing that the document

26   sought to be filed under seal, or portions thereof, are sealable."

27       As explained in the Sharp Declaration, Exhibits B, C, D, K, and L have been

28   designated as "Confidential" and "Highly Confidential" by parties other than the Toshiba

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Defendants, and the Toshiba Defendants have filed these documents under seal in a good

2  faith effort to comply with the Stipulated Protective Order.  For these reasons, the Toshiba

3  Defendants respectfully submit this motion pursuant to Civil Local Rules 7-11 and 79-5.

4

5                                              Respectfully submitted,

6

7  Dated:  February 13, 2015                **WHITE & CASE** LLP

8

9                                  By:   _/s/ Lucius B. Lau_
                                          Christopher M. Curran (*pro hac vice*)
10                                         ccurran@whitecase.com
                                          Lucius B. Lau (*pro hac vice*)
11                                         alau@whitecase.com
                                          Dana E. Foster (*pro hac vice*)
12                                         defoster@whitecase.com
                                          701 Thirteenth Street, N.W.
13                                         Washington, DC  20005
                                          tel.: (202) 626-3600
14                                         fax: (202) 639-9355
15

16                                         *Counsel to Defendants Toshiba*
17                                         *Corporation, Toshiba America, Inc.,*
                                          *Toshiba America Consumer Products,*
18                                         *LLC, Toshiba America Information*
                                          *Systems, Inc., and Toshiba America*
19                                         *Electronic Components, Inc.*
20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

On February 13, 2015, I caused a copy of "THE TOSHIBA DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO
CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's
Electronic Case Filing System, which constitutes service in this action pursuant to the
Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917