Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*The Indirect Purchaser Action* | **DECLARATION OF SAMUEL J. SHARP IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Samuel J. Sharp, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court approved a Stipulated Protective Order (Dkt. No. 306) in this matter.

4. The Toshiba Defendants and other parties to this litigation have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On February 13, 2015, the Toshiba Defendants filed an administrative motion to seal the following materials pursuant to Civil Local Rules 7-11 and 79-5(d):

   a. Exhibit B to the Hogue Declaration, which is the Declaration of Janet S. Netz, Ph.D., in Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification that the IPPs have previously submitted under seal because it contains information designated "Confidential" and/or "Highly Confidential" under the Stipulated Protective Order;

   b. Exhibit C to the Hogue Declaration, which is the Expert Report of Janet S. Netz, Ph.D. that the IPPs have designated as "Highly Confidential" under the Stipulated Protective Order;

   c. Exhibit D to the Hogue Declaration, which is the Rebuttal Expert Report of Janet S. Netz, Ph.D. that the IPPs have designated as "Highly Confidential" under the Stipulated Protective Order;

d. Exhibit K to the Hogue Declaration, which is the Indirect Purchaser Plaintiffs' Objections and Responses to Defendant Panasonic Corporation of North America's First Set of Interrogatories that the IPPs have designated as "Confidential" under the Stipulated Protective Order;

e. Exhibit L to the Hogue Declaration, which is excerpts from the transcript of the deposition of Janet S. Netz, Ph.D., dated October 31, 2014, that IPPs have designated as "Confidential" under the Stipulated Protective Order; and

f. The redacted portions of the Toshiba Defendants' Motion to Decertify the IPP Statewide Classes for Damages that quote from the exhibits listed above.

6. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, Exhibits B, C, D, K, and L to the Hogue Declaration should be maintained under seal pending further supporting declarations from the designating parties. Under the Stipulated Protected Order, it is the burden of the parties designating those exhibits as "Confidential" or "Highly Confidential" to demonstrate that those materials should remain under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February, 2015, in Washington, D.C.

_____
Samuel J. Sharp

**CERTIFICATE OF SERVICE**

On February 13, 2015, I caused a copy of "DECLARATION OF SAMUEL J. SHARP IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                                          */s/ Lucius B. Lau*
                                                           Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF SAMUEL J. SHARP IN SUPPORT OF
THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917