Exhibit E

```
              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

               SAN FRANCISCO DIVISION


IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

_____
                                    Master File No.
This Document Relates to:           CV-07-5944 SC

ALL INDIRECT PURCHASER ACTIONS      MDL No. 1917
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~




                   DEPOSITION OF

                   BRIAN LUSCHER



                  APRIL 25, 2012

                    9:00 A.M.



       2929 North Central Avenue, Suite 2100

                 Phoenix, Arizona




    SOMMER E. GREENE, CSR, RPR, CR No. 50622
```

1

```
 1          Q.     So the total that you paid out of pocket
 2   was $594.54 --
 3          A.     That's right.
 4          Q.     -- for the television?
 5          A.     Yes, that's right.  Sorry.
 6          Q.     Did the Philips television come with a
 7   manual or any other documents?
 8          A.     Yes, I recall that it did come with a
 9   manual.
10          Q.     Do you still have a copy of that manual?
11          A.     No.
12          Q.     Do you know what you did with it?
13          A.     Yes.
14          Q.     What did you do with it?
15          A.     At some time subsequent to my purchase of
16   this, I gave the television to my daughter, along
17   with all of the manuals and paperwork.
18          Q.     So you do not currently own this
19   television anymore?
20          A.     No, I do not currently own it.
21          Q.     You mentioned you gave it to your
22   daughter.  Do you know whether the television is
23   still functioning?
24          A.     I'm sorry?
25          Q.     Do you know whether the TV is still
```

46

```
 1          Q.     Just again --
 2          A.     I'm sorry.
 3          Q.     Let's try and let me finish my question
 4   before you answer.
 5          A.     Yes, I'm sorry.
 6          Q.     So just to clarify, you do not recall
 7   specifically that the manual or the warranty
 8   information stated that there was a CRT inside the
 9   Philips television?
10          A.     I don't recall for certain, no.
11          Q.     Okay.  Do you know who manufactured the
12   CRT you believe was inside the Philips television?
13          A.     No.
14          Q.     Do you know whether Hitachi defendant
15   manufactured the CRT that you believe was contained
16   in the television you purchased?
17          A.     I don't know.
18          Q.     Are you aware that there are other
19   manufacturers of CRTs other than the defendants that
20   are named in this case?
21          A.     Yes.
22          Q.     Is it possible that a company that is not
23   a defendant manufactured the CRT you believe is
24   inside the Philips television you purchased?
25                 MS. RUSSELL:  Objection.  Calls for
```

49