Exhibit H

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE NORTHERN OF CALIFORNIA
 3                      SAN FRANCISCO DIVISION
 4
 5   IN RE:  CATHODE RAY TUBE (CRT)   )
     ANTITRUST LITIGATION,             ) Master File No.
 6                                     )
                                       ) 3:07-cv-05944 SC
 7   _____)
                                       )
 8   THIS DOCUMENT RELATES TO:         )
                                       )
 9                                     )
     ALL INDIRECT PURCHASER ACTIONS    ) MDL No. 1917
10                                     )
     _____)
11
12
13
14          VIDEOTAPED DEPOSITION OF JEFFREY FIGONE
15
16                   Held at Winston & Strawn
17              101 California Street, 39th Floor
18                    San Francisco, California
19
20                  Friday, October 19, 2012
21                    10:06 a.m. - 1:56 p.m.
22
23
24
25   REPORTED BY:  JAMES BEASLEY, RPR, CA CSR No. 12807
```

2

```
          1    including myself, then you can answer, but don't
          2    tell her things that you talked to your lawyers
          3    about.
          4             Why don't you read the question back to
11:38     5    him.
          6             (Record read as follows:
          7              Question:  "Specific to the Sharp
          8              television set, do you have any
          9              personal knowledge whether the
         10              specific Sharp television set that you
         11              purchased in 1999 or 2000 contains a
         12              CRT?")
         13             THE WITNESS:  At that time, no.
         14    BY MS. DONOVAN:
11:39    15        Q.   At any time?
         16        A.   No.
         17        Q.   Do you still have the Sharp television set
         18    today?
         19        A.   No.
11:39    20        Q.   Do you have any documents, like an owner's
         21    manual or something else, that would verify that the
         22    Sharp television set you purchased in 1999 or 2000
         23    contains a CRT or not?
         24        A.   No.
11:39    25        Q.   Assuming for a moment that the Sharp
```

```
        1    television set does contain a CRT --
        2         A.   Uh-huh.
        3         Q.   -- do you know who manufactured the CRT
        4    inside the Sharp television?
11:39   5         A.   No.
        6         Q.   Is it possible that the CRT was
        7    manufactured by Sharp?
        8              MR. GRALEWSKI:  Object to the form.  Calls
        9    for speculation.
11:40  10              MS. DONOVAN:  You may answer.
       11              THE WITNESS:  I don't know.
       12    BY MS. DONOVAN:
       13         Q.   Do you know where the CRT was manufactured?
       14         A.   No.
11:40  15         Q.   Do you know where the CRT was first sold?
       16         A.   No.
       17         Q.   Is there any way for you to find out who
       18    manufactured the CRT that you think was inside the
       19    Sharp television?
11:40  20              MR. GRALEWSKI:  Object to the form.  Vague
       21    and ambiguous.  Calls for a legal conclusion.
       22              If you understand the question, you need to
       23    answer.  Do you want the question read back to you?
       24              THE WITNESS:  One more -- read back,
11:41  25    please.
```

JEFFREY FIGONE

BARKLEY
Court Reporters