Exhibit J

# TOSHIBA



ANDREWS DEPOSITION EXHIBIT 528

# OWNER'S MANUAL
## Color Television
### COLORSTREAM®

**TOSHIBA TV**

**27A32**

© 2002 TOSHIBA CORPORATION
All Rights Reserved

**Owner's Record**

The model number and serial number are on the back of your TV. Record these numbers in the spaces below. Refer to these numbers whenever you communicate with your Toshiba dealer about this TV.

Model number: 27A32
Serial number: 4982370607 A

Tabs: Important Safeguards | Welcome to Toshiba | Connecting your TV | Using the Remote Control | Setting up your TV | Using the TV's Features | Appendix

CRT000766



## Dear Customer,

Thank you for purchasing this Toshiba TV. This manual will help you use the many exciting features of your new TV. Before operating the TV, please read this manual completely, and keep it nearby for future reference.

## Safety Precautions

### WARNING

TO REDUCE THE RISK OF FIRE OR ELECTRIC SHOCK, DO NOT EXPOSE THIS APPLIANCE TO RAIN OR MOISTURE.

**WARNING**
RISK OF ELECTRIC SHOCK
DO NOT OPEN

**WARNING: TO REDUCE THE RISK OF ELECTRIC SHOCK, DO NOT REMOVE COVER (OR BACK). NO USER-SERVICEABLE PARTS INSIDE. REFER SERVICING TO QUALIFIED SERVICE PERSONNEL.**

 The lightning symbol in the triangle tells you that the voltage inside this product may be strong enough to cause an electric shock. DO NOT TRY TO SERVICE THIS PRODUCT YOURSELF.

 The exclamation mark in the triangle tells you that important operating and maintenance instructions follow this symbol.

## NOTE TO CATV INSTALLERS IN THE USA

This is a reminder to call the CATV system installer's attention to Article 820-40 of the NEC, which provides guidelines for proper grounding and, in particular, specifies that the cable ground shall be connected to the grounding system of the building, as close to the point of cable entry as practical. For additional antenna grounding information, see items 24 and 25 on page 4.

### NOTICE OF POSSIBLE TV STAND INSTABILITY

 **DANGER: RISK OF SERIOUS PERSONAL INJURY OR DEATH!** Use this TV with the TOSHIBA TV stand recommended in the "Specifications" section only. Use with other stands may result in instability, causing possible injury or death.

### NOTICE OF POSSIBLE ADVERSE EFFECTS ON TV PICTURE TUBE

If a fixed (non-moving) pattern remains on the TV screen for long periods of time, the image can become permanently engrained in the picture tube. **This type of damage is NOT COVERED BY YOUR WARRANTY.** See item 32 on page 4.

## Child Safety 

### It Makes A Difference Where Your TV Stands

Congratulations on your purchase! As you enjoy your new TV, keep these safety tips in mind:

### The Issue

- If you are like most Americans, you have a TV in your home. Many homes, in fact, have more than one TV.
- The home theater entertainment experience is a growing trend, and larger TVs are popular purchases; however, they are not always supported on the proper TV stands.
- Sometimes TVs are improperly secured or inappropriately situated on dressers, bookcases, shelves, desks, audio speakers, chests, or carts. As a result, TVs may fall over, causing unnecessary injury.

### Toshiba Cares!

- The consumer electronics industry is committed to making home entertainment enjoyable and safe.
- The Consumer Electronics Association formed the Home Entertainment Support Safety Committee, comprised of TV and consumer electronics furniture manufacturers, to advocate children's safety and educate consumers and their families about television safety.

### Tune Into Safety

- One size does NOT fit all! Use appropriate furniture large enough to support the weight of your TV (and other electronic components).
- Use appropriate angle braces, straps, and anchors to secure your furniture to the wall (but never screw anything directly into the TV).
- Carefully read and understand the other enclosed instructions for proper use of this product.
- Do not allow children to climb on or play with furniture and TVs.
- Avoid placing any item on top of your TV (such as a VCR, remote control, or toy) that a curious child may reach for.
- Remember that children can become excited while watching a program and can potentially push or pull a TV over.
- Share our safety message about this hidden hazard of the home with your family and friends. Thank you!



2500 Wilson Blvd,
Arlington, VA 22201 U.S.A.
Tel. 703-907-7600  Fax 703-907-7690
www.CE.org
CEA is the Sponsor, Producer and Manager of the International CES®

2



## Important Safeguards

## Important Safety Instructions

1) Read these instructions.
2) Keep these instructions. 
3) Heed all warnings.
4) Follow all instructions.
5) Do not use this apparatus near water. 
6) Clean only with a dry cloth. 
7) Do not block any ventilation openings. Install in accordance with the manufacturer's instructions.
8) Do not install near any heat sources such as radiators, heat registers, stoves, or other apparatus (including amplifiers) that produce heat. 
9) Do not defeat the safety purpose of the polarized or grounding type plug. A polarized plug has two blades with one wider than the other. A grounding type plug has two blades and a third grounding prong. The wide blade or the third prong are provided for your safety. If the provided plug does not fit into your outlet, consult an electrician for replacement of the obsolete outlet. — Wide plug 

CAUTION: To reduce the risk of electric shock, do not use the polarized plug with an extension cord, receptacle, or other outlet unless the blades can be inserted completely to prevent blade exposure.

10) Protect the power cord from being walked on or pinched, particularly at plugs, convenience receptacles, and the point where it exits the apparatus. 
11) Only use attachments/accessories specified by the manufacturer.
12) Use only with the cart, stand, tripod, bracket, or table specified by the manufacturer, or sold with the apparatus. When a cart is used, use caution when moving the cart/apparatus combination to avoid injury from tip-over. 
13) Unplug this apparatus during lightning storms or when unused for long periods of time.
14) Refer all servicing to qualified service personnel. Servicing is required when the apparatus has been damaged in any way, such as power supply cord or plug is damaged, liquid has been spilled or objects have fallen into the apparatus, the apparatus has been exposed to rain or moisture, does not operate normally, or has been dropped. 

## Installation, Care, and Service

### Installation

Follow these recommendations and precautions and heed all warnings when installing your TV:

15) Never modify this equipment. Changes or modifications may void: a) the warranty, and b) the user's authority to operate this equipment under the rules of the Federal Communications Commission.

16) ⚠ DANGER: RISK OF SERIOUS PERSONAL INJURY, DEATH, OR EQUIPMENT DAMAGE! Never place the TV on an unstable cart, stand, or table. The TV may fall, causing serious personal injury, death, or serious damage to the TV. 

17) Never place or store the TV in direct sunlight; hot, humid areas; areas subject to excessive dust or vibration; or locations with temperatures at or below 41°F (5°C). 

18) Always place the TV on the floor or a sturdy, level, stable surface that can support the weight of the unit. 

19) Never place items such as vases, aquariums, or candles on top of the TV. 

20) Never block or cover the slots or openings in the TV cabinet back, bottom, and sides. Never place the TV:
- on a bed, sofa, rug, or similar surface;
- too close to drapes, curtains, or walls; or
- in a confined space such as a bookcase, built-in cabinet, or any other place with poor ventilation.

The slots and openings are provided to protect the TV from overheating and to help maintain reliable operation of the TV. 

21) Never allow anything to rest on or roll over the power cord, and never place the TV where the power cord is subject to wear or abuse.

22) Never overload wall outlets and extension cords. 



3








**Important Safeguards**

23) Always operate this equipment from a 120 VAC, 60 Hz power source only.



24) Always make sure the antenna system is properly grounded to provide adequate protection against voltage surges and built-up static charges (see Section 810 of the National Electric Code).



25) ⚠ **DANGER: RISK OF SERIOUS PERSONAL INJURY OR DEATH!**
   - Use extreme care to make sure you are never in a position where your body (or any item you are in contact with, such as a ladder or screwdriver) can accidentally touch overhead power lines. Never locate the antenna near overhead power lines or other electrical circuits.
   - Never attempt to install any of the following during lightning activity:
     a) an antenna system; or b) cables, wires, or any home theater component connected to an antenna or phone system.

### Care

For better performance and safer operation of your TOSHIBA TV, follow these recommendations and precautions:

26) Always sit approximately 10–25 feet away from the TV and as directly in front of it as possible. The picture can appear dull if you sit too far to the left or right of the TV, or if sunlight or room lights reflect on the screen. Turn the TV off to check for reflections on the screen, and then remove the source of reflections while viewing the TV.

27) Always unplug the TV before cleaning. Never use liquid or aerosol cleaners.



28) ⚠ **WARNING: RISK OF ELECTRIC SHOCK!** Never spill liquids or push objects of any kind into the TV cabinet slots.

29) *[This item applies to projection TVs only.]* If the air temperature rises suddenly (for example, when the TV is first delivered), condensation may form on the lenses. This can make the picture appear distorted or the color appear faded. If this happens, turn off the TV for 6 to 7 hours to allow the condensation to evaporate.

30) For added protection of your TV from lightning and power surges, always unplug the power cord and disconnect the antenna from the TV if you leave the TV unattended or unused for long periods of time.

31) During normal use, the TV may make occasional snapping or popping sounds. This is normal, especially when the unit is being turned on or off. If these sounds become frequent or continuous, unplug the power cord and contact a Toshiba Authorized Service Center.

32) **Possible Adverse Effects on TV Picture Tube:** If a fixed (non-moving) pattern remains on the TV screen for long periods of time, the image can become permanently engrained in the picture tube and cause subtle but permanent ghost images. This type of damage is NOT COVERED BY YOUR WARRANTY. Never leave your TV on for long periods of time while it is displaying the following formats or images:
   - **Fixed Images,** such as PIP/POP windows, stock tickers, video game patterns, TV station logos, and websites.
   - **Special Formats** that do not use the entire screen. For example, viewing letterbox style (16:9) media on a normal (4:3) display (gray bars at top and bottom of screen); or viewing normal style (4:3) media on a widescreen (16:9) display (gray bars on left and right sides of screen).

### Service

33) ⚠ **WARNING: RISK OF ELECTRIC SHOCK!** Never attempt to service the TV yourself. Opening and removing the covers may expose you to dangerous voltage or other hazards. Refer all servicing to a Toshiba Authorized Service Center.



34) If you have the TV serviced:
   - Ask the service technician to use only replacement parts specified by the manufacturer.
   - Upon completion of service, ask the service technician to perform routine safety checks to determine that the TV is in safe operating condition.

35) When the TV reaches the end of its useful life, ask a qualified service technician to properly dispose of the TV. Improper disposal may result in a picture tube implosion and possible personal injury.

CRT000769

Important Safety Information ........................................................................................ 2-4
Welcome to Toshiba ...................................................................................................... 6
    Exploring your new TV ............................................................................................ 6
    Selecting a location for the TV ................................................................................ 6
Connecting your TV ...................................................................................................... 7
    Connecting a VCR .................................................................................................. 7
    Connecting a cable converter box .......................................................................... 8
    Connecting a DVD player/satellite receiver and a VCR ......................................... 9
    Connecting a DVD player with ColorStream® and a VCR ..................................... 9
    Connecting two VCRs ........................................................................................... 10
    Connecting a camcorder ...................................................................................... 10
    Connecting an audio amplifier ............................................................................. 10
Using the remote control ............................................................................................ 11
    Preparing the remote control for use .................................................................... 11
    Installing the remote control batteries .................................................................. 11
    Using the remote control with a VCR or a cable TV converter ............................ 11
    Programming the remote control for use with a VCR or a cable TV converter ... 12
    VCR and cable TV converter codes ..................................................................... 12
    Learning about the remote control ....................................................................... 13
Setting up your TV ...................................................................................................... 14
    Changing the on-screen display language ........................................................... 14
    Adding channels to the TV's memory .................................................................. 15
        Programming channels automatically ............................................................. 15
        Adding and erasing channels manually ........................................................... 15
    Changing channels ............................................................................................... 15
Using the TV's features .............................................................................................. 16
    Adjusting the channel settings ............................................................................. 16
        Switching between two channels .................................................................... 16
        Programming your favorite channels ............................................................... 16
    Using the V-Chip (parental control) feature (U.S. V-Chip system only) ............... 17
        Selecting a PIN code ....................................................................................... 17
        Blocking programs by ratings .......................................................................... 18
        Blocking unrated movies or programs ............................................................. 21
    Using the LOCK menu .......................................................................................... 21
        Locking channels ............................................................................................. 21
        Locking video input .......................................................................................... 22
    Setting the game timer ......................................................................................... 22
    Labeling channels ................................................................................................. 23
    Adjusting the picture ............................................................................................. 24
        Adjusting the picture quality ............................................................................ 24
    Watching video input ............................................................................................ 24
    Selecting the ColorStream® mode ....................................................................... 24
    Displaying on-screen information ......................................................................... 24
    Setting the sleep timer .......................................................................................... 25
    Using the closed caption feature .......................................................................... 25
    Adjusting the sound .............................................................................................. 26
        Muting the sound ............................................................................................. 26
        Selecting stereo/SAP broadcasts .................................................................... 26
        Adjusting the sound quality ............................................................................. 27
        Using the StableSound® feature ..................................................................... 27
    Auto power off ...................................................................................................... 27
    Understanding the Power Return feature ............................................................ 27
Appendix ..................................................................................................................... 28
    Troubleshooting .................................................................................................... 28
    Specifications ....................................................................................................... 29
    Limited United States Warranty ........................................................................... 30
    Limited Canada Warranty .................................................................................... 31

CRT000770

# Appendix

## Troubleshooting

Before calling a service technician, please check the following table for a possible cause of the problem and some solutions.

| Problem | Solution |
|---|---|
| TV will not turn on | • Make sure the power cord is plugged in, then press POWER.<br>• The remote control batteries may be dead. Replace the batteries. |
| No picture, no sound | • Check the antenna/cable connections. |
| No sound, picture OK | • The sound may be muted. Press VOLUME.<br>• The station may have broadcast difficulties. Try another channel. |
| Poor sound, picture OK | • The station may have broadcast difficulties. Try another channel. |
| Poor picture, sound OK | • Check the antenna connections.<br>• The station may have broadcast difficulties. Try another channel.<br>• Adjust the PICTURE menu. |
| Poor reception of broadcast channels | • The station may have broadcast difficulties. Try another channel.<br>• Check the antenna connections.<br>• If you are using a VCR, make sure the TV/VCR button is set correctly. |
| Cannot receive above channel 13 | • Make sure TV/CABLE is set to CABLE mode. |
| Unable to select a certain channel | • The channel may be blocked by the V-Chip feature or CH LOCK feature, or erased with the add/erase feature. |
| Cannot access signal input sources (Video1, Video2, Video3 and ColorStream) and/or Channels 3 and 4 | • Check the VIDEO LOCK feature. |
| Multiple images | • The station may have broadcast difficulties. Try another channel.<br>• Use a highly directional outdoor antenna. |
| Poor color or no color | • The station may have broadcast difficulties. Try another channel.<br>• Adjust the TINT and/or COLOR in the PICTURE menu.<br>• If you change the direction of the TV while it is turned on, the picture could suffer from color shading. If so, turn off the TV and allow it to cool for several hours before turning it on again. |
| No stereo or SAP sound from a known MTS broadcast | • Make sure the MTS feature is set properly. |
| The V-Chip PIN code does not work (U.S. V-Chip system only) | • Change or reset your PIN code (page 17 and 18). |
| The remote control does not operate | • Make sure the TV/VCR/CABLE mode is set properly.<br>• Remove all obstruction between the remote control and the remote control sensor.<br>• The remote control batteries may be dead. Replace the batteries. |


Appendix

28

CRT000793

## Specifications

| | |
|---|---|
| Picture Tube | Type 27 (676 mm diagonal) |
| Television system | NTSC standard |
| Channel coverage | VHF: 2 ~ 13 |
| | UHF: 14 ~ 69 |
| | Cable TV: 4A, A-5 ~ A-1, A-I, |
| | J ~ W, W+1 ~ W+48 |
| Power source | 120V AC, 60 Hz |
| Power consumption | 125 W |
| Audio power | 2.5W + 2.5W |
| Speaker type | 2 x 3-1/2 inches (51 x 89 mm) x 2 pcs. |
| Video/Audio terminals | S-VIDEO INPUT |
| |    Y-INPUT: 1V (p-p), 75 ohm, negative sync. |
| |    C-INPUT: 0.286V (p-p) (burst signal), 75 ohm |
| | VIDEO/AUDIO INPUT |
| |    VIDEO: 1V (p-p), 75 ohm, negative sync. |
| |    AUDIO: 150 mV (rms) (30% modulation equivalent, 47k ohm) |
| | ColorStream® (component video) INPUT |
| |    Y  : 1V (p-p), 75 ohm |
| |    $P_R$ : 0.7V (p-p), 75 ohm |
| |    $P_B$ : 0.7V (p-p), 75 ohm |
| | VIDEO/AUDIO OUTPUT |
| |    VIDEO: 1V (p-p), 75 ohm, negative sync. |
| |    AUDIO: 150 mV (rms) (30% modulation equivalent, 47k ohm) |
| Dimensions | Width:   23-5/8 inches (600 mm) |
| | Height:  22-1/16 inches (560 mm) |
| | Depth:   19-11/16 inches (500.5 mm) |
| Weight | 77.1 lbs. (35 kg) |
| Supplied accessories | Remote control with two size "AAA" batteries |

Design and specifications are subject to change without notice.


Appendix

29

# Limited United States Warranty

## for 27" Standard (Non FST PURE®) Television Models

Toshiba America Consumer Products, Inc. ("TACP") and Toshiba Hawaii, Inc. ("THI") make the following limited warranties to original consumers in the United States. THESE LIMITED WARRANTIES EXTEND TO THE ORIGINAL CONSUMER PURCHASER OR ANY PERSON RECEIVING THIS TELEVISION AS A GIFT FROM THE ORIGINAL CONSUMER PURCHASER AND TO NO OTHER PURCHASER OR TRANSFEREE.

PRODUCTS PURCHASED IN THE U.S.A. AND USED IN CANADA ARE NOT COVERED BY THESE WARRANTIES.

PRODUCTS PURCHASED IN CANADA AND USED IN THE U.S.A. ARE NOT COVERED BY THESE WARRANTIES.

**Limited Ninety (90) Day Warranty on Labor***
TACP/THI warrant this television and its parts against defects in materials or workmanship for a period of ninety (90) days after the date of original retail purchase. DURING THIS PERIOD, TACP/THI WILL, AT TACP/THI'S OPTION, REPAIR OR REPLACE A DEFECTIVE PART WITH A NEW OR REFURBISHED PART WITHOUT CHARGE TO YOU FOR PARTS OR LABOR. TACP/THI Authorized Service Station personnel will come to your home when warranty service is required. Depending on the type of repair required, either the service will be performed in your home or the set will be taken to the TACP/THI Authorized Service Station for repair and returned to your home at no cost to you.

**Limited One (1) Year Warranty on Parts***
TACP/THI further warrant the parts in this television against defects in materials or workmanship for a period of one (1) year after the date of original retail purchase. DURING THIS PERIOD, TACP/THI WILL, AT TACP/THI'S OPTION, REPAIR OR REPLACE A DEFECTIVE PART WITH A NEW OR REFURBISHED PART WITHOUT CHARGE TO YOU FOR THE PART, EXCEPT THAT, IF A DEFECTIVE PART IS REPAIRED OR REPLACED AFTER NINETY (90) DAYS FROM THE DATE OF ORIGINAL RETAIL PURCHASE, YOU MUST PAY ALL LABOR CHARGES INVOLVED IN THE REPAIR OR REPLACEMENT. AFTER 90 DAYS FROM DATE OF ORIGINAL RETAIL PURCHASE, YOU MAY REQUEST IN-HOME SERVICE AT YOUR EXPENSE OR DELIVER THE ENTIRE TELEVISION TO AN AUTHORIZED TACP/THI SERVICE STATION. YOU MUST PAY FOR ALL TRANSPORTATION AND INSURANCE CHARGES FOR THE TELEVISION TO AND FROM THE SERVICE STATION.

**Limited Two (2) Year Warranty on Picture Tube***
TACP/THI further warrant the picture tube in this television against defects in materials or workmanship for a period of two (2) years after the date of original retail purchase. DURING THIS PERIOD, TACP/THI WILL, AT TACP/THI'S OPTION, REPAIR OR REPLACE A DEFECTIVE PICTURE TUBE WITH A NEW OR REFURBISHED PICTURE TUBE WITHOUT CHARGE TO YOU, EXCEPT THAT, IF A DEFECTIVE PICTURE TUBE IS REPAIRED OR REPLACED AFTER NINETY (90) DAYS FROM THE DATE OF THE ORIGINAL RETAIL PURCHASE, YOU PAY LABOR CHARGES INVOLVED IN THE REPAIR OR REPLACEMENT. AFTER 90 DAYS FROM DATE OF ORIGINAL RETAIL PURCHASE, YOU MAY REQUEST IN-HOME SERVICE AT YOUR EXPENSE OR DELIVER THE ENTIRE TELEVISION TO AN AUTHORIZED TACP/THI SERVICE STATION. YOU MUST PAY FOR ALL TRANSPORTATION AND INSURANCE CHARGES FOR THE TELEVISION TO AND FROM THE SERVICE STATION.

**Rental Units**
The warranty for rental units begins with the date of first rental or thirty (30) days from the date of shipment to the rental firm, whichever comes first.

***Commercial Units**
Televisions sold and used for commercial purposes have a limited ninety (90) day warranty for all parts, labor, and picture tubes.

**Owner's Manual and Product Registration Card**
Read this owner's manual thoroughly before operating this television. Complete and mail the enclosed product registration card within ten days after you, or the person who has given you this product as a gift, purchased this television. Returning the product registration card will enable TACP/THI to provide you with better customer service and improved product support. Failure to return the product registration card will not affect your rights under this warranty.

**Your Responsibility**
THE ABOVE WARRANTIES ARE SUBJECT TO THE FOLLOWING CONDITIONS:
(1) You must provide your bill of sale or other proof of purchase.
(2) All warranty servicing of this television must be made by an Authorized TACP/THI Service Station.
(3) The warranties from TACP and THI are effective only if the television is purchased and operated in the U.S.A. or Puerto Rico.
(4) Labor service charges for set installation, setup, adjustment of customer controls, and installation or repair of antenna systems are not covered by these warranties. Reception problems caused by inadequate antenna systems are your responsibility.
(5) Warranties extend only to defects in materials or workmanship as limited above and do not extend to any television or parts that have been lost or discarded by you or to damage to television or parts caused by misuse, accident, Acts of God (such as lightning or fluctuations in electric power), improper installation, improper maintenance, or use in violation of instructions furnished by TACP/THI; or to units that have been modified or had the serial number removed, altered, defaced, or rendered illegible.

**How to Obtain Warranty Services**
If, after following all of the operating instructions in this manual and checking the "Troubleshooting" section, you find that service is needed:
(1) To find the nearest TACP/THI Authorized Service Station: For televisions purchased in the United States, except Hawaii, visit TACP's web site at www.toshiba.com/tacp, or call toll free 1-800-631-3811.
For televisions purchased in Hawaii, contact Toshiba Hawaii, Inc., 327 Kamakee Street, Honolulu, HI 96814, (808) 591-9281.
(2) Present your bill of sale or other proof of purchase to the Authorized Service Station. Authorized TACP/THI Service Station personnel will come to your home when warranty service is required. Depending on the type of repair required, either the service will be performed in your home or the set will be taken to the Authorized Service Station for repair and returned to your home at no cost to you.

---

**For additional information, visit TACP's web site:**
**www.toshiba.com/tacp.**

---

ALL WARRANTIES IMPLIED BY THE LAW OF ANY STATE OF THE U.S.A., INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY LIMITED TO THE DURATION OF THE LIMITED WARRANTIES SET FORTH ABOVE. WITH THE EXCEPTION OF ANY WARRANTIES IMPLIED BY THE LAW OF ANY STATE OF THE U.S.A. AS HEREBY LIMITED, THE FOREGOING WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, GUARANTEES, AGREEMENTS, AND SIMILAR OBLIGATIONS OF TACP OR THI WITH RESPECT TO THE REPAIR OR REPLACEMENT OF ANY PARTS. IN NO EVENT SHALL TACP OR THI BE LIABLE FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES.
No person, agent, distributor, dealer, or company is authorized to change, modify, or extend the terms of these warranties in any manner whatsoever. The time within which action must be commenced to enforce any obligation of TACP or THI arising under this warranty or under any law of the United States or of any state hereof is hereby limited to 90 days from the date you discover, or should have discovered, the defect. This limitation does not apply to implied warranties arising under the law of any state of the U.S.A. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH MAY VARY FROM STATE TO STATE IN THE U.S.A. SOME STATES OF THE U.S.A. DO NOT ALLOW LIMITATIONS ON THE DURATION OF AN IMPLIED WARRANTY, LIMITATIONS ON THE TIME WITHIN WHICH AN ACTION MAY BE BROUGHT, OR THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES; THEREFORE, THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU UNDER SUCH CIRCUMSTANCES.
FST PURE® is a registered trademark of Toshiba America Consumer Products, Inc.

Appendix

30

# Limited Canada Warranty
## for 27" Standard (Non FST PURE®) Television Models

Toshiba of Canada Limited ("TCL") makes the following limited warranties to original consumers in Canada.

THESE LIMITED WARRANTIES EXTEND TO THE ORIGINAL CONSUMER PURCHASER OR ANY PERSON RECEIVING THIS TELEVISION AS A GIFT FROM THE ORIGINAL CONSUMER PURCHASER AND TO NO OTHER PURCHASER OR TRANSFEREE.

PRODUCTS PURCHASED IN THE U.S.A. AND USED IN CANADA ARE NOT COVERED BY THESE WARRANTIES.

PRODUCTS PURCHASED IN CANADA AND USED IN THE U.S.A. ARE NOT COVERED BY THESE WARRANTIES.

### Limited Ninety (90) Day Warranty on Labor*
TCL warrants this television and its parts against defects in materials or workmanship for a period of ninety (90) days after the date of original retail purchase. DURING THIS PERIOD, TCL WILL, AT TCL'S OPTION, REPAIR OR REPLACE A DEFECTIVE PART WITH A NEW OR REFURBISHED PART WITHOUT CHARGE TO YOU FOR PARTS OR LABOR. TCL Authorized Service Depot personnel will come to your home when warranty service is required. Depending on the type of repair required, either the service will be performed in your home or the set will be taken to the TCL Authorized Service Depot for repair and returned to your home at no cost to you. IN-HOME SERVICE ONLY APPLIES WITHIN 100 KILOMETERS OF AN AUTHORIZED TCL SERVICE DEPOT.

### Limited One (1) Year Warranty on Parts*
TCL further warrants the parts in this television against defects in materials or workmanship for a period of one (1) year after the date of original retail purchase. DURING THIS PERIOD, TCL WILL, AT TCL'S OPTION, REPAIR OR REPLACE A DEFECTIVE PART WITH A NEW OR REFURBISHED PART WITHOUT CHARGE TO YOU FOR THE PART, EXCEPT THAT, IF A DEFECTIVE PART IS REPAIRED OR REPLACED AFTER NINETY (90) DAYS FROM THE DATE OF ORIGINAL RETAIL PURCHASE, YOU MUST PAY ALL LABOR CHARGES INVOLVED IN THE REPAIR OR REPLACEMENT. AFTER 90 DAYS FROM DATE OF ORIGINAL RETAIL PURCHASE, YOU MAY REQUEST IN-HOME SERVICE AT YOUR EXPENSE OR DELIVER THE ENTIRE TELEVISION TO AN AUTHORIZED TCL SERVICE DEPOT. YOU MUST PAY FOR ALL TRANSPORTATION AND INSURANCE CHARGES FOR THE TELEVISION TO AND FROM THE SERVICE DEPOT. IN-HOME SERVICE ONLY APPLIES WITHIN 100 KILOMETERS OF AN AUTHORIZED TCL SERVICE DEPOT.

### Limited Two (2) Year Warranty on Picture Tube*
TCL further warrants the picture tube in this television against defects in materials or workmanship for a period of two (2) years after the date of original retail purchase. DURING THIS PERIOD, TCL WILL, AT TCL'S OPTION, REPAIR OR REPLACE A DEFECTIVE PICTURE TUBE WITH A NEW OR REFURBISHED PICTURE TUBE WITHOUT CHARGE TO YOU, EXCEPT THAT, IF A DEFECTIVE PICTURE TUBE IS REPAIRED OR REPLACED AFTER NINETY (90) DAYS FROM THE DATE OF THE ORIGINAL RETAIL PURCHASE, YOU PAY LABOR CHARGES INVOLVED IN THE REPAIR OR REPLACEMENT. AFTER 90 DAYS FROM DATE OF ORIGINAL RETAIL PURCHASE, YOU MAY REQUEST IN-HOME SERVICE AT YOUR EXPENSE OR DELIVER THE ENTIRE TELEVISION TO AN AUTHORIZED TCL SERVICE DEPOT. YOU MUST PAY FOR ALL TRANSPORTATION AND INSURANCE CHARGES FOR THE TELEVISION TO AND FROM THE SERVICE DEPOT.

### Rental Units
The warranty for rental units begins with the date of first rental or thirty (30) days from the date of shipment to the rental firm, whichever comes first.

### *Commercial Units
Televisions sold and used for commercial purposes have a limited ninety (90) day warranty for all parts, labor, and picture tubes.

### Owner's Manual
Read this owner's manual thoroughly before operating this television.

### Your Responsibility
THE ABOVE WARRANTIES ARE SUBJECT TO THE FOLLOWING CONDITIONS:
(1) You must provide your bill of sale or other proof of purchase.
(2) All warranty servicing of this television must be made by an Authorized TCL Service Depot.
(3) The warranties from TCL are effective only if the television is purchased in Canada from an authorized TCL dealer and operated in Canada.
(4) Labor service charges for set installation, setup, adjustment of customer controls, and installation or repair of antenna systems are not covered by these warranties. Reception problems caused by inadequate antenna systems are your responsibility.
(5) Warranties extend only to defects in materials or workmanship as limited above and do not extend to any television or parts that have been lost or discarded by you or to damage to television or parts caused by misuse, accident, Acts of God (such as lightning or fluctuations in electric power), improper installation, improper maintenance, or use in violation of instructions furnished by TCL; or to units that have been modified or had the serial number removed, altered, defaced, or rendered illegible.

### How to Obtain Warranty Services
If, after following all of the operating instructions in this manual and checking the "Troubleshooting" section, you find that service is needed:
(1) To find the nearest TCL Authorized Service Depot, visit TCL's web site: www.toshiba.ca.
(2) Present your bill of sale or other proof of purchase to the Authorized Service Depot. Authorized TCL Service Depot personnel will come to your home when warranty service is required. Depending on the type of repair required, either the service will be performed in your home or the set will be taken to the Authorized Service Depot for repair and returned to your home at no cost to you. IN-HOME SERVICE ONLY APPLIES WITHIN 100 KILOMETERS OF AN AUTHORIZED TCL SERVICE DEPOT.

> **For additional information, visit TCL's web site:**
> **www.toshiba.ca**

ALL WARRANTIES IMPLIED BY THE LAW OF ANY PROVINCE OF CANADA, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY LIMITED TO THE DURATION OF THE LIMITED WARRANTIES SET FORTH ABOVE. WITH THE EXCEPTION OF ANY WARRANTIES IMPLIED BY THE LAW OF ANY PROVINCE OF CANADA AS HEREBY LIMITED, THE FOREGOING WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, GUARANTEES, AGREEMENTS, AND SIMILAR OBLIGATIONS OF TCL WITH RESPECT TO THE REPAIR OR REPLACEMENT OF ANY PARTS. IN NO EVENT SHALL TCL BE LIABLE FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES.

No person, agent, distributor, dealer, or company is authorized to change, modify, or extend the terms of these warranties in any manner whatsoever. The time within which action must be commenced to enforce any obligation of TCL arising under this warranty or under any law of Canada or of any province thereof, is hereby limited to 90 days from the date you discover, or should have discovered, the defect. This limitation does not apply to implied warranties arising under the law of any province of Canada.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH MAY VARY FROM PROVINCE TO PROVINCE IN CANADA. SOME PROVINCES OF CANADA DO NOT ALLOW LIMITATIONS ON THE DURATION OF AN IMPLIED WARRANTY, LIMITATIONS ON THE TIME WITHIN WHICH AN ACTION MAY BE BROUGHT, OR THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES; THEREFORE, THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU UNDER SUCH CIRCUMSTANCES.

FST PURE® is a registered trademark of Toshiba America Consumer Products, Inc.









CRT000796

**TOSHIBA AMERICA CONSUMER PRODUCTS, INC.**
Head Office
82 Totowa Road, Wayne, NJ 07470
Factory Service Center
1420B Toshiba Drive, Lebanon, TN 37087

**TOSHIBA HAWAII, INC**
Head Office
327 Kamakee Street, Honolulu, HI 96814

**TOSHIBA OF CANADA LIMITED**
191 McNabb Street
Markham, Ontario L3R 8H2

ColorStream®, FST Pure® and StableSound® are registered trademarks of Toshiba America Consumer Products, Inc.

PRINTED IN UNITED STATES

**TOSHIBA**

3L52401B [L]
02/07

CRT000797