Exhibit M

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION
 3
 4    _____
                                      )
 5    IN RE:  CATHODE RAY TUBE        )  Master File No.
      (CRT) ANTITRUST LITIGATION,     )  CV-07-5944-SC
 6                                    )  MDL No. 1917
      _____)
 7                                    )
      This Document Relates to:       )
 8                                    )
      ALL INDIRECT PURCHASER          )
 9    ACTIONS                         )
                                      )
10                                    )
      _____)
11
12
13
14
15      VIDEOTAPED DEPOSITION OF JANET S. NETZ, Ph.D.
16               San Francisco, California
17              Thursday, November 15, 2012
18                       Volume I
19
20
21
      Reported by:
22    SUZANNE F. BOSCHETTI
      CSR No. 5111
23
      Job No. 1550376
24
25    PAGES 1 - 260

                                                      Page 1
```

```
 1    for you for that purpose.
 2        A    Again with the clarification that some
 3    production that they do could be sold under
 4    different brands and so captured elsewhere on the
 5    exhibit.                                              12:22:14
 6        Q    Okay.  And so again, you've done no
 7    analysis, statistical analysis, to determine whether
 8    or not Toshiba and Funai are representative of the
 9    rest of the TV manufacturers on the issue of pass-on
10    or whether or not BenQ and Tatung are -- who was the  12:22:29
11    third one? -- BenQ, Tatung and -- there was one
12    more, I'm sorry -- BenQ, Tatung and -- and Toshiba
13    were representative of the universe of monitor
14    manufacturers on the issue of pass-through?  You
15    didn't do any that statistical analysis to determine  12:22:54
16    representativeness, correct?
17        A    Not a statistical test of
18    representativeness, that's correct.
19        Q    Thank you.  Okay.  Let's move on next.
20             Do you know whether or not companies like    12:23:26
21    Walmart, for example, had any buying power as a
22    retailer in the United States with respect to the
23    purchase of CRT TVs or CRT monitors during the
24    relevant period?
25        A    Did you say did I measure such --            12:23:48
```

Page 139

```
 1        Q   Do you know whether they have any buying --
 2   any material buying power?  Not a precise
 3   measurement.
 4        A   I would assume that they did.  I don't know
 5   how one would measure it either, but they are a         12:24:00
 6   large buyer, and typically large buyers have some
 7   market power.
 8        Q   All right.  Did you examine at all the
 9   issue of whether for a large buyer like a Walmart or
10   a Best Buy, that when they purchased their CRT TVs     12:24:19
11   during the relevant period, that they essentially
12   told the manufacturers, here is the price point you
13   have to hit, and if you want to sell to me, hit that
14   price point, and if you don't hit it, I'm not buying
15   from you?  Do you know if that occurred or not?        12:24:41
16        A   I know that generally -- could you please
17   stop doing that?  I'm sorry.
18        Q   I don't know what I'm doing.  I'm sorry.
19   Okay.
20        A   You're are rubbing your fingernails --        12:24:54
21        Q   I apologize.
22        A   -- on the bottom of the table when you
23   twist.
24        Q   Not deliberately.  Sorry.
25        A   I know that the bargaining between the two   12:25:04
```

Page 140