1    Christopher M. Curran (*pro hac vice*)
2    ccurran@whitecase.com
     Lucius B. Lau (*pro hac vice*)
3    alau@whitecase.com
     Dana E. Foster (*pro hac vice*)
4    defoster@whitecase.com
5    White & Case LLP
     701 Thirteenth Street, N.W.
6    Washington, DC  20005
7    Telephone:  (202) 626-3600
     Facsimile:  (202) 639-9355
8

9    *Counsel to Defendants Toshiba Corporation,*
     *Toshiba America, Inc.,*
10   *Toshiba America Consumer Products, LLC,*
11   *Toshiba America Information Systems, Inc.,*
     *and Toshiba America Electronic Components, Inc.*
12

13                      UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
14                       (SAN FRANCISCO DIVISION)
15

16   IN RE: CATHODE RAY TUBE (CRT)                Case No. 07-5944 SC
17   ANTITRUST LITIGATION                         MDL No. 1917

18

19                                                **DECLARATION OF J. FRANK**
                                                  **HOGUE IN SUPPORT OF THE**
20   This Document Relates To:                    **TOSHIBA DEFENDANTS'**
                                                  **NOTICE OF MOTION AND**
21   *The Indirect Purchaser Action*              **MOTION TO DECERTIFY THE**
                                                  **IPP STATEWIDE CLASSES FOR**
22                                                **DAMAGES**
23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    I, J. Frank Hogue, hereby declare as follows:

2       1.      I am an attorney with the law firm of White & Case LLP, counsel for

3   Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer

4   Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic

5   Components, Inc. (collectively, the "Toshiba Defendants").

6       2.      I submit this declaration in support of the Toshiba Defendants' Notice of

7   Motion and Motion to Decertify the IPP Statewide Classes for Damages, filed

8   contemporaneously herewith.  I have personal knowledge of the facts stated herein, and I

9   could and would competently testify thereto if called as a witness.

10      3.      Attached hereto as Exhibit A is a true and correct copy of the Declaration of

11  Mario N. Alioto in Support of Reply Brief in Support of Motion of Indirect-Purchaser

12  Plaintiffs for Class Certification, dated February 15, 2013.

13      4.      Attached hereto as Exhibit B is a true and correct copy of the Declaration of

14  Janet S. Netz, Ph.D., in Support of Motion of Indirect-Purchaser Plaintiffs for Class

15  Certification, dated October 1, 2012.

16      5.      Attached hereto as Exhibit C is a true and correct copy of the Expert Report of

17  Janet S. Netz, Ph.D., dated April 15, 2014.

18      6.      Attached hereto as Exhibit D is a true and correct copy of the Rebuttal Expert

19  Report of Dr. Janet Netz, dated September 24, 2014.

20      7.      Attached hereto as Exhibit E is a true and correct copy of excerpts from the

21  transcript of the deposition of Brian Luscher (Arizona Class Representative), dated

22  April 25, 2014.

23      8.      Attached hereto as Exhibit F is a true and correct copy of excerpts from the

24  transcript of the deposition of David Rooks (Florida Class Representative), dated

25  November 30, 2012.

26      9.      Attached hereto as Exhibit G is a true and correct copy of excerpts from the

27  transcript of the deposition of Louise Wood (New York Class Representative), dated

28  October 15, 2012.

DECLARATION OF J. FRANK HOGUE IN SUPPORT OF THE TOSHIBA DEFENDANTS' NOTICE
OF MOTION AND MOTION TO DECERTIFY THE IPP STATEWIDE CLASSES FOR DAMAGES
Case No. 07-5944-SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

10.     Attached hereto as Exhibit H is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey Figone (California Class Representative), dated October 19, 2012.

11.     Attached hereto as Exhibit I is a true and correct copy of excerpts from the transcript of the deposition of Gloria Comeaux (Nevada Class Representative), dated October 15, 2012.

12.     Attached hereto as Exhibit J is a true and correct copy of select pages from a Toshiba television manual produced in this litigation by the Indirect Purchaser Plaintiffs and bearing the Bates numbers CRT000766 through CRT000829.

13.     Attached hereto as Exhibit K is a true and correct copy of the Indirect Purchaser Plaintiffs' Objections and Responses to Defendant Panasonic Corporation of North America's First Set of Interrogatories, dated August 13, 2014.

14.     Attached hereto as Exhibit L is a true and correct copy of excerpts from the transcript of the deposition of Janet S. Netz, Ph.D., dated October 31, 2014.

15.     Attached hereto as Exhibit M is a true and correct copy of excerpts from the transcript of the deposition of Janet S. Netz, Ph.D., dated November 15, 2012.

16.     On February 13, 2015, I attempted to access the URL http://www.orderpartstoday.com using two different web browsers, Internet Explorer and Google Chrome.  Internet Explorer reported that, "This page can't be displayed."  Google Chrome reported that, "This webpage is not available."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February, 2015, in Washington, D.C.

_____
J. Frank Hogue

DECLARATION OF J. FRANK HOGUE IN SUPPORT OF THE TOSHIBA DEFENDANTS' NOTICE
OF MOTION AND MOTION TO DECERTIFY THE IPP STATEWIDE CLASSES FOR DAMAGES
Case No. 07-5944-SC
MDL No. 1917