Exhibit G

```
 1               UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                 (SAN FRANCISCO DIVISION)

 4

 5    - - - - - - - - - - - - - - - - - - - - -

 6    IN RE:  CATHODE RAY TUBE (CRT)

 7    ANTITRUST LITIGATION                        Case No.

 8                                                07-5944 SC

 9                                                MDL No. 1917

10    - - - - - - - - - - - - - - - - - - - - -

11    This Document Relates to:

12    INDIRECT PURCHASER ACTIONS

13    - - - - - - - - - - - - - - - - - - - - -

14                  SUPERIOR COURT OF CALIFORNIA

15               CITY AND COUNTY OF SAN FRANCISCO

16    - - - - - - - - - - - - - - - - - - - - -

17    STATE OF CALIFORNIA,

18               Plaintiffs

19        vs.                                     Case No.

20                                                CGC-11-51584

21    SAMSUNG SDI, INC., CO., LTD., et al.,

22

23               Defendants.

24    - - - - - - - - - - - - - - - - - - - - -

25
```

2

LOUISE WOOD

BARKLEY
Court Reporters

1

2          VIDEOTAPED TRANSCRIPT of LOUISE WOOD in

3    the above-entitled matter, as taken by and before

4    LORRAINE B. ABATE, a Certified Shorthand Reporter and

5    Notary Public of the State of New York and Registered

6    Professional Reporter, held at the offices of Weil

7    Gotshal & Manges 767 5th Avenue, New York, New York,

8    on October 15, 2012, commencing at 10:18 a.m.,

9    pursuant to Notice.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LOUISE WOOD

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2   computer monitor as a bundle instead of separately?
 3        A.    Yes.
 4        Q.    When you purchased the computer bundle
 5   around 2005, did you consider buying a separate
 6   computer CPU and separate monitor?
 7        A.    No.
 8        Q.    And why was that?
 9        A.    It was easier to buy them together.
10        Q.    Were the features of the computer
11   monitor and bundle important to you in that purchase
12   decision?
13        A.    I don't remember.
14        Q.    Going back to the Toshiba television we
15   mentioned before, is that the only product for which
16   you're claiming damages in this case?
17        A.    Yes.
18              MR. GRALEWSKI:  Objection to the form.
19        Asked and answered.
20              MR. FRUTIG:  I have to also state an
21        objection, vague and ambiguous as to Toshiba.
22        Q.    Do you still own the television that's
23   the basis for your claim?
24        A.    No, I do not.
25        Q.    When did you buy the television?
```

32

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012
 2        A.      November 2004.
 3        Q.      When did you cease to own the Toshiba
 4   television?
 5        A.      2009.
 6                MR. FRUTIG:  Objection.  Vague and
 7           ambiguous as to Toshiba.  This is Matt from
 8           White & Case.
 9                MR. GOLDSTEIN:  Matt, what can I do to
10           have -- to make that better for you or to just
11           leave that as a standing objection?
12                MR. FRUTIG:  Let's just leave that as a
13           standing objection.
14                MR. GOLDSTEIN:  Okay.
15                MR. GRALEWSKI:  What is the standing
16           objection to?
17                MR. FRUTIG:  Because there are various
18           Toshiba entities named.  Without one particular
19           being named, the question is vague and
20           ambiguous.
21                MR. GRALEWSKI:  I mean, I got the gist
22           of that, but I mean, what -- so any time the
23           word Toshiba is used in his questions, you have
24           a standing objection to it?  Is that the -- I
25           just want to clarify what you're objecting to.
```

33

BARKLEY
Court Reporters

```
 1                    Wood - October 15, 2012

 2        Q.      Did anyone else ever open the TV for

 3   repair or anything?

 4        A.      They did not.

 5        Q.      Do you know if CRTs come in different

 6   sizes?

 7        A.      I do not.

 8        Q.      Do you know what size the CRT was inside

 9   your TV?

10        A.      I do not.

11        Q.      When you got the TV, did it come with an

12   owner's manual?

13        A.      I believe it did.

14        Q.      Do you still have the owner's manual?

15        A.      I do not.

16        Q.      Do you know who manufactured your TV?

17        A.      Toshiba manufactured the television.

18        Q.      Do you know if Toshiba actually made the

19   TV or someone else made the TV and Toshiba stuck its

20   label on it?

21        A.      I do not.

22        Q.      Do you know where the manufacturer

23   purchased the CRT that went inside the TV?

24        A.      I do not.

25        Q.      And you don't know who manufactured the
```

84

BARKLEY
Court Reporters