Exhibit H

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE NORTHERN OF CALIFORNIA

 3                    SAN FRANCISCO DIVISION

 4

 5   IN RE:  CATHODE RAY TUBE (CRT)    )
     ANTITRUST LITIGATION,             ) Master File No.
 6                                     )
                                       ) 3:07-cv-05944 SC
 7   _____)
                                       )
 8   THIS DOCUMENT RELATES TO:         )
                                       )
 9                                     )
     ALL INDIRECT PURCHASER ACTIONS    ) MDL No. 1917
10                                     )
     _____)
11

12

13

14        VIDEOTAPED DEPOSITION OF JEFFREY FIGONE

15

16              Held at Winston & Strawn

17          101 California Street, 39th Floor

18              San Francisco, California

19

20            Friday, October 19, 2012

21              10:06 a.m. - 1:56 p.m.

22

23

24

25   REPORTED BY:  JAMES BEASLEY, RPR, CA CSR No. 12807
```

2

```
       1     including myself, then you can answer, but don't
       2     tell her things that you talked to your lawyers
       3     about.
       4            Why don't you read the question back to
11:38  5     him.
       6            (Record read as follows:
       7              Question: "Specific to the Sharp
       8              television set, do you have any
       9              personal knowledge whether the
      10              specific Sharp television set that you
      11              purchased in 1999 or 2000 contains a
      12              CRT?")
      13            THE WITNESS: At that time, no.
      14     BY MS. DONOVAN:
11:39 15       Q.   At any time?
      16       A.   No.
      17       Q.   Do you still have the Sharp television set
      18     today?
      19       A.   No.
11:39 20       Q.   Do you have any documents, like an owner's
      21     manual or something else, that would verify that the
      22     Sharp television set you purchased in 1999 or 2000
      23     contains a CRT or not?
      24       A.   No.
11:39 25       Q.   Assuming for a moment that the Sharp
```

69

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | television set does contain a CRT --                            |
|       | 2  |    A.   Uh-huh.                   |
|       | 3  |    Q.   -- do you know who manufactured the CRT |
|       | 4  | inside the Sharp television?                                    |
| 11:39 | 5  |    A.   No.                       |
|       | 6  |    Q.   Is it possible that the CRT was |
|       | 7  | manufactured by Sharp?                                          |
|       | 8  |       MR. GRALEWSKI:  Object to the form.  Calls |
|       | 9  | for speculation.                                                |
| 11:40 | 10 |       MS. DONOVAN:  You may answer. |
|       | 11 |       THE WITNESS:  I don't know. |
|       | 12 | BY MS. DONOVAN:                                                 |
|       | 13 |    Q.   Do you know where the CRT was manufactured? |
|       | 14 |    A.   No.                       |
| 11:40 | 15 |    Q.   Do you know where the CRT was first sold? |
|       | 16 |    A.   No.                       |
|       | 17 |    Q.   Is there any way for you to find out who |
|       | 18 | manufactured the CRT that you think was inside the              |
|       | 19 | Sharp television?                                               |
| 11:40 | 20 |       MR. GRALEWSKI:  Object to the form.  Vague |
|       | 21 | and ambiguous.  Calls for a legal conclusion.                   |
|       | 22 |       If you understand the question, you need to |
|       | 23 | answer.  Do you want the question read back to you?             |
|       | 24 |       THE WITNESS:  One more -- read back, |
| 11:41 | 25 | please.                                                         |

70