Exhibit I

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4                         ---o0o---

 5

 6   In Re: CATHODE RAY TUBE (CRT)     )
     ANTITRUST LITIGATION,             )
 7                                     )
                     Plaintiff,        )
 8   _____ )   Case No.
                                       )   07-5944 Sc
 9                                     )   MDL No. 1917
     This Document Relates to:         )
10                                     )
     ALL ACTIONS,                      )
11   _____ )

12

13

14

15       VIDEOTAPED DEPOSITION OF GLORIA COMEAUX

16              MONDAY, OCTOBER 15, 2012

17

18

19

20

21

22

23

24

25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

                                2

```
          1      A.    Yes.
          2      Q.    Okay.  Okay.  Did you -- do you remember
          3   looking at anybody else's ads?
          4      A.    I might have, but I don't remember.
10:47     5      Q.    Okay.  Did you consider buying your
          6   television online?
          7      A.    No.
          8      Q.    Okay.  Do you know where Walmart got the
          9   television that they sold you?
10:47    10      A.    No.
         11      Q.    Okay.  Do you know how much Walmart paid
         12   for the television that they sold you?
         13      A.    No.
         14      Q.    Okay.  Do you know when Walmart bought the
10:47    15   television that they sold you?
         16      A.    No.
         17      Q.    Okay.  Do you still have this television?
         18      A.    Yes.
         19      Q.    Okay.  Do you still use it?
10:48    20      A.    Well, I don't use it.  I had it in my
         21   garage, then I gave it to my daughter recently.
         22      Q.    Okay.  So you gave it away?
         23      A.    So she use it.
         24      Q.    Does your daughter live with you or she
10:48    25   lives somewhere else?
```

45

```
            1       Q.    Okay.  You didn't keep any of the -- keep
            2   the invoice or any type of packing slip or
            3   anything?
            4       A.    No.
11:32       5       Q.    Okay.  Did it come with a user guide?
            6       A.    The manufacturer papers, you mean?
            7       Q.    Right.  The -- so the user manual?
            8       A.    Yes.
            9       Q.    Did it come with that?
11:32      10       A.    Yes.
           11       Q.    Do you still have that?
           12       A.    No.
           13       Q.    And what happened to the user manual?
           14       A.    I probably threw it away.
11:32      15       Q.    Okay.  Do you know how long you kept it?
           16       A.    No.
           17       Q.    How long do you normally keep user manuals
           18   when you purchase things?
           19       A.    At least 30 days.
11:32      20       Q.    Okay.  And then you just throw them away?
           21       A.    Yeah, I don't know what else to do with
           22   the thing because I don't need it.
           23       Q.    Okay.  Other than the television, what
           24   else did you get when you purchased the television?
11:33      25       A.    That date, the television.
```

                                   73

```
       1    the games on.
       2         Q.   Okay.  Do you know who made the CRT that
       3    you think is inside your television?
       4         A.   No.
11:36  5         Q.   Do you know whether one of the defendants
       6    in this case made the CRT that's inside your
       7    television?
       8         A.   My lawyers told me they did.
       9         Q.   Other than what your lawyers have told
11:36 10    you, do you have any other basis to believe that a
      11    defendant manufactured the CRT inside your
      12    television?
      13              You have to give an audible response.  I'm
      14    sorry.
11:36 15         A.   Oh, I'm sorry.  No.
      16         Q.   Okay.  As a plaintiff in this case, would
      17    it be important for you to know that you actually
      18    purchased a product that you're -- upon which
      19    you're suing the defendants for?
11:37 20         A.   Can you repeat that?
      21         Q.   Sure.  Let me rephrase it.
      22              As a plaintiff who's sued a bunch of
      23    defendants, right, that's what you did in this
      24    case, that's what you're doing, right?
11:37 25         A.   Yes.
```

76