White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*The Indirect Purchaser Action* | **[PROPOSED] ORDER RE THE TOSHIBA DEFENDANTS' MOTION TO DECERTIFY THE IPP STATEWIDE CLASSES FOR DAMAGES** |

Upon consideration of the Toshiba Defendants' Motion to Decertify the IPP Statewide Classes for Damages and the papers and declarations submitted by the parties in connect with that Motion, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that IPP statewide classes for damages are decertified.

**IT IS SO ORDERED.**

Dated: _____         _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE