Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> *The Indirect Purchaser Action* | Case No. 07-5944 SC <br> MDL No. 1917 <br><br> **THE TOSHIBA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DECERTIFY THE IPP STATEWIDE CLASSES FOR DAMAGES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Toshiba Defendants hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the following documents, true and correct copies of which are attached hereto:

- Exhibit A:  A market research report from the Consumer Electronics Association titled, "2014 CRT Television and Monitors Per US Household," dated April 2014; and

- Exhibit B:  Excerpts from S P Dali, *Colour Television: Theory and Practice* (Tata McGraw-Hill 1994).

This Court may properly take judicial notice of these documents pursuant to Federal Rule of Evidence 201.  *See Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (taking judicial notice of newspapers, magazines, and books); *Rouser v. White*, 630 F. Supp. 2d 1165, 1171 n.1 (E.D. Cal. 2009) (taking judicial notice of excerpts of two books).

This request is based upon this Request, the pleadings and papers on file in this action, and such oral argument as this Court may entertain.

Dated:  February 13, 2015

Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

THE TOSHIBA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF THEIR MOTION TO DECERTIFY THE IPP STATEWIDE CLASSES FOR DAMAGES
Case No. 07-5944 SC
MDL No. 1917

| | |
|---|---|
| 1 | 701 Thirteenth Street, N.W. |
| 2 | Washington, DC  20005 |
|   | tel.: (202) 626-3600 |
| 3 | fax: (202) 639-9355 |
| 4 | |
|   | *Attorneys for Defendants Toshiba Corporation,* |
| 5 | *Toshiba America, Inc., Toshiba America* |
|   | *Information Systems, Inc., Toshiba America* |
| 6 | *Consumer Products, L.L.C., and Toshiba America* |
| 7 | *Electronic Components, Inc.* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

THE TOSHIBA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF THEIR MOTION TO DECERTIFY THE IPP STATEWIDE CLASSES FOR DAMAGES
Case No. 07-5944 SC
MDL No. 1917

**CERTIFICATE OF SERVICE**

On February 13, 2015, I caused a copy of the "TOSHIBA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DECERTIFY THE IPP STATEWIDE CLASSES FOR DAMAGES" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: _/s/ Lucius B. Lau_
　　Lucius B. Lau (*pro hac vice*)