# EXHIBIT B

# 2014 CRT Television and Monitors
## Per US Household



CEA Market Research Report

April 2014



The Authoritative Source for Consumer Technologies Market Research

research@CE.org  |  703-907-7600

**This document is copyrighted by the Consumer Electronics Association (CEA®) and may not be reproduced, in whole or part, without written permission. Federal copyright law prohibits unauthorized reproduction of this document by any means. Requests to reproduce text, data, charts, figures or other material should be made to CEA. Requests should be made to <u>cea@CE.org</u> or by calling 1-866-858-1555 or 703-907-7600.**

**Any general questions should be directed to <u>research@CE.org</u>.**

# Table of Contents

Methodology……………………………………………………………………………………... 1

Research Objectives…………………………………………………………………………… 3

Key Findings…………………………………………………………………………………….. 4

Detailed Findings

    I.      Household Penetration of Direct-View CRT TVs.……………………………….….. 5

    II.     Household Penetration of Tube PC Monitor or CRT PC Monitors..………................ 6

# Methodology

The report described herein was designed and formulated by the Consumer Electronics Association (CEA). It represents the findings of a quantitative study administered via telephone interview between February 20 and 23, 2014 to two national probability samples, which, when combined, consists of 1,023 U.S. adults. 671 interviews were conducted by landline phone, and 352 interviews were conducted by cell phone.

The margin of sampling error at 95% confidence for aggregate results is +/- 3.06%. Sampling error is larger for subgroups of the data. As with any survey, sampling error is only one source of possible error. While non-sampling error cannot be accurately calculated, precautionary steps were taken in all phases of the survey design, collection and processing of the data to minimize its influence.

During the fielding of this study, CEA employed the services of Opinion Research Corporation (ORC) to conduct telephone interviewing. The telephone interviewing employed industry standard random-digit dialing and computer assisted telephone interviewing (CATI).

**Sampling**
ORC's CARAVAN® landline-cell combined sample is a dual frame sampling design. This means that the sample is drawn from two independent non-overlapping sample frames—one for landlines and one for cell phones.

Land Line Sample
ORC's Random Digit Dial (RDD) telephone sample is generated using a list-assisted methodology.

Cell Phone sample
The cell phone sample was generated by SSI, Inc., a leading provider of survey sample to the research community.

As is common practice in survey research, the data was weighted to reflect the known demographics of the population under study. In this survey, weights were applied to cases based on gender, age, race and geographic region. As a result, this data can be generalized to the entire U.S. adult population.

The bases shown on all charts and tables are weighted bases. All percentages in the text, charts and tables included in this report are also based on weighted data.

The Consumer Electronics Association is a member of the Marketing Research Association (MRA) and adheres to the MRA's Code of Marketing Research Standards.

Note: In the analysis and presentation of some data, the following figures were used in calculations.

Total U.S. Population: 317 million
Total U.S. Adult Population: 243 million
Total U.S. Occupied Households: 119 million
*The following data are 2013 projections made by CEA. Projections are based on data from the U.S. Census Bureau 2012 American Community Survey (published September 2013) and the 2010 U.S. Census (published February 2011).*

Percentage of U.S. Adults Online: 85%
*Source: Pew Internet & American Life Project Spring Tracking Survey, April 17-May 19, 2013.*

Percentage of U.S. Households with Internet Access: 71%
*Source: U.S. Census Bureau, Current Population Survey School Enrollment and Internet Use Supplement, October 2010, and ESA Calculations*



CEA designed this study in its entirety and is responsible for all content contained in this report. Any questions regarding the study should be directed to CEA Market Research staff at info@CE.org.



## Research Objectives

The purpose of this research is to understand the number of Tube TVs, (direct-view CRTs) in U.S. households, regardless of use.



© 2014 Consumer Electronics Association (CEA)®. All rights reserved. research.CE.org                                     3

## Key Findings

- Close to half (46%) of U.S. adults report having at least one CRT TV or CRT/Tube PC monitor in their home.

- Less than half (41%) of U.S. adults have a CRT TV in their home. This includes CRT TVs in active use as well as those not being used and potentially in storage. Of the approximately 119 million U.S. households, an estimated 49 million have CRT TVs.

- Within the past five years, 44% of U.S. households have removed at least one CRT TV from their household through recycling, trash or donation.

- Only 21% of U.S. households have at least one CRT/Tube PC monitor, regardless of use. Among the approximately 119 million U.S. households, an estimated 25 million have CRT/Tube PC monitors.

- Close to three in 10 (27%) U.S. households indicate disposing of at least one CRT/Tube PC monitor through recycling, trash or donation within the past five years.



© 2014 Consumer Electronics Association (CEA)®. All rights reserved. research.CE.org            4

# Detailed Findings

## I.  Household Penetration of Direct-View CRT TVs

Four in 10 (41%) U.S. adults have at least one tube television, also known as a direct-view CRT television (TV).

*Figure 1*

| Number of CRTs | % Overall |
|---|---|
| Any | 41% |
| One | 19% |
| Two or more | 13% |
| Three or more | 5% |
| Four or more | 4% |
| None | 55% |
| Don't know | 3% |

Q. How many of the following electronics are currently in your home? Please include those not being used or in your home in storage. If you do not have any, please indicate this. Base: U.S. Adults (n=1000)

Households with a CRT TV own an average of 1.86 CRT TVs.

*Figure 2*

| Average number of CRT TVs in a household | # |
|---|---|
| CRT TV includes zero | .65 |
| CRT TV excludes zero | 1.86 |

Q. How many of the following electronics are currently in your home? Please include those not being used or in your home in storage. If you do not have any, please indicate this. Base: U.S. Adults (n=1000)

Four in 10 (44%) U.S. adults indicate they have had at least one CRT TV within the past five years and subsequently discarded it in some fashion.

*Figure 3*

| Previous ownership of CRTs that have been disposed of | % Overall |
|---|---|
| Any | 44% |
| One | 20% |
| Two or more | 14% |
| Three or more | 5% |
| Four or more | 4% |
| None, didn't have any | 53% |
| Don't know | 3% |

Q. Have you or someone in your household had any other Tube TV or direct-view CRT within the PAST 5 YEARS, but have since gotten rid of it? If so, how many have you gotten rid of? Base U.S. Adults (n=1000)

Among the 44% of households that have disposed of a CRT TV within the past five years, 45% disposed of their CRT TV through donation or giving away, 41% recycled and 20% threw the TV in the trash.

A third (34%) of U.S. adults disposed of at least one CRT TV in the past five years and do not have any more remaining in their households. Two in 10 (19%) U.S. adults have a CRT and have not disposed of any in the past five years.

## II.  Household Penetration of Tube PC Monitor or CRT PC Monitors



© 2014 Consumer Electronics Association (CEA)®. All rights reserved. research.CE.org           5

One in five (21%) U.S. adults have a tube PC monitor or CRT PC monitor in their home.

*Figure 4*

| Number of tube PC monitor | % Overall |
|---|---|
| Any | 21% |
| One | 13% |
| Two or more | 5% |
| Three or more | 1% |
| Four or more | 2% |
| None | 74% |
| Don't know | 5% |

Q. How many of the following electronics are currently in your home? Please include those not being used or in your home in storage. If you do not have any, please indicate this. Base: U.S. Adults (n=1000)

Households with a tube PC monitor (CRT PC monitor) own an average of 1.39 monitors.

*Figure 5*

| Average number of tube PC monitor in a household | # |
|---|---|
| Tube PC monitor includes zero | .25 |
| Tube PC monitor excludes zero | 1.39 |

Q. How many of the following electronics are currently in your home? Please include those not being used or in your home in storage. If you do not have any, please indicate this. Base: U.S. Adults (n=1000)

Close to three in 10 (27%) U.S. adults have had at least one tube PC monitor in the past five years but they have since disposed of it.

*Figure 6*

| Previous ownership of Tube PC monitor that have been disposed of | % Overall |
|---|---|
| Any | 27% |
| One | 16% |
| Two or more | 7% |
| Three or more | 2% |
| Four or more | 2% |
| None, have not had any within five years | 69% |
| Don't know | 4% |

Q. Have you or someone in your household had any other Tube PC monitor or CRT PC monitor within the PAST 5 YEARS, but have since gotten rid of it? If so, how many have you gotten rid of? Base: U.S. Adults (n=1000)

Among the 27% of households that have disposed of a tube PC monitor in the past five years, 37% indicate they disposed of their tube PC monitor through donation or giving away, 34% recycled and 20% threw the PC monitor in the trash.



© 2014 Consumer Electronics Association (CEA)®. All rights reserved. research.CE.org      6