Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF J. FRANK HOGUE IN SUPPORT OF THE TOSHIBA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| This Document Relates to:<br><br>*The Indirect Purchaser Action* | |

# DECLARATION OF J. FRANK HOGUE

I, J. Frank Hogue, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc. Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"). I have personal knowledge of the facts set forth in this declaration and if called upon to do so I could and would testify competently to such matters.

2. Attached to the Request for Judicial Notice as Exhibit A is a true and correct copy of a market research report from the Consumer Electronics Association titled, "2014 CRT Television and Monitors Per US Household," dated April 2014.

3. Attached to the Request for Judicial Notice as Exhibit B is a true and correct copy of excerpts from S P Dali, *Colour Television: Theory and Practice* (Tata McGraw-Hill 1994).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February, 2015, in Washington, D.C.

_____
J. Frank Hogue

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

# CERTIFICATE OF SERVICE

On February 13, 2015, I caused a copy of the "DECLARATION OF J. FRANK HOGUE IN SUPPORT OF THE TOSHIBA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: /s/ Lucius B. Lau
Lucius B. Lau (*pro hac vice*)

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005