White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br>*The Indirect Purchaser Action* | **[PROPOSED] ORDER RE TOSHIBA DEFENDANTS' MOTION FOR AN ORDER DIRECTING CERTAIN INDIRECT PURCHASER CLASS REPRESENATIVES TO TESTIFY AT TRIAL** |

Having considered the Toshiba Defendants' Motion For An Order Directing Certain Indirect Purchaser Class Representatives To Testify At Trial, as well as any materials submitted in opposition to the motion, and for good cause appearing, it is hereby

ORDERED that the Toshiba Defendants' motion is GRANTED; and it is further

ORDERED that the Class Representatives of the Indirect Purchaser Plaintiffs that the Toshiba Defendants intend to call in their case-in-chief must appear at trial to provide live testimony.

**IT IS SO ORDERED.**

Dated: _____       _____
                                                                                     The Honorable Samuel Conti
                                                                                     United States District Judge