JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
JESSICA BARCLAY-STROBEL (State Bar No. 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

ROBERT E. FREITAS (State Bar No. 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect Purchaser Actions<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart Corp. v.* | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF JESSICA BARCLAY-STOBEL IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE #5: TO EXCLUDE PLEA BY SAMSUNG SDI COMPANY, LTD. AS TO NON-PLEADING DEFENDANTS OR, ALTERNATIVELY, TO PROVIDE A LIMITING INSTRUCTION**<br><br>Judge:  Hon. Samuel Conti<br>Date:    None Set<br>Ctrm:   1, 17th Floor |

1  *Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514

2

3  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

4

5  *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776

6  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

7  *Siegel v. Technicolor SA,* No. 13-cv-05261

8  *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

9

10  *Target Corp. v. Technicolor SA,* No. 13-cv-05686

11

12  *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Declaration of Jessica Barclay-Strobel**

1. I am an attorney licensed to practice law in the State of California. I am an associate in the law firm of Munger, Tolles & Olson LLP, counsel of record for defendants LG Electronics, Inc. ("LGEI"), I submit this declaration in support of the LGEI's Motion In Limine #5 to Exclude Plea By Samsung SDI Company, Ltd., As To Non-Pleading Defendants Or, Alternatively, To Provide A Limiting Instruction.  I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of SDI Amended Plea Agreement (Case No. 3:11-cr-00162-WHA, ECF No. 26-2), dated May 12, 2011.

/s/ *Jessica Barclay-Strobel*
JESSICA BARCLAY-STROBEL