JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
JESSICA BARCLAY-STROBEL (State Bar No. 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

ROBERT E. FREITAS (State Bar No. 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING MOTION IN LIMINE # 5: TO EXCLUDE PLEA BY SAMSUNG SDI COMPANY, LTD. AS TO NON-PLEADING DEFENDANTS OR, ALTERNATIVELY, TO PROVIDE A LIMITING INSTRUCTION** |
| *All Indirect Purchaser Actions* | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 | |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 | Judge:   Hon. Samuel Conti<br>Date:    None Set<br>Ctrm:   1, 17th Floor |

3:07-cv-05944-SC; MDL 1917

[PROPOSED] ORDER GRANTING MIL # 5: TO EXCLUDE PLEA BY SAMSUNG SDI COMPANY, LTD. AS TO NON-PLEADING DEFENDANTS OR, ALTERNATIVELY, TO PROVDE A LIMITING INSTRUCTION

1
2  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262
3
4  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514
5
6  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173
7
8  *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776
9  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502
10 *Siegel v. Technicolor SA,* No. 13-cv-05261
11
12 *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514
13 *Target Corp. v. Technicolor SA,* No. 13-cv-05686
14
15 *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Defendants' Motion In Limine # 5: To Exclude Plea By Samsung SDI Company, Ltd. as to
2    Non-Pleading Defendants or, Alternatively, to Provide A Limiting Instruction, came on for
3    hearing on _____ in Courtroom 1, 17th Floor, San Francisco, California before the
4    Honorable Samuel Conti.
5    Having read and considered all of the pleadings and documents related to Defendants'
6    motion, and having considered the arguments of counsel, the Court hereby grants Defendants'
7    Motion In Limine # 5: To Exclude Plea By Samsung SDI Company, Ltd. as to Non-Pleading
8    Defendants or, Alternatively, to Provide A Limiting Instruction.
9    IT IS SO ORDERED.

12    DATED:

             Honorable Samuel Conti
             United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:    /s/   *Miriam Kim*
              Miriam Kim

Attorneys for Defendants LG Electronics, Inc.