Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173<br><br>*Sharp Electronics Corp.*, et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1       Pursuant to Civil Local Rules 7-11 and 79-5, Defendants, by and through their counsel, respectfully request an Order permitting them to file under seal designated portions of Defendants' Joint Motion *In Limine* No. 9 to Exclude Certain Expert Testimony of Jerry A. Hausman and the entirety of Exhibits A, B, C, and D to the Declaration of Lucius B. Lau in support thereof ("Lau Motion Declaration").

      Defendants request that portions of the Motion and exhibits attached to the Lau Motion Declaration be filed under seal pursuant to Civil Local Rules 79-5(c) and (d) because they contain references to and/or excerpts of documents and testimony that have been designated "confidential" or "highly confidential" pursuant to the Protective Order governing this action (Dkt. No. 306, filed June 18, 2008).

      This motion is supported by the Declaration of Lucius B. Lau, dated February 13, 2015 ("Lau Sealing Declaration"). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable." Because the above-cited materials are subject to a protective order and contain sensitive business information, compelling reasons exist for sealing the documents. *See, e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

      Exhibits A, B, and C to the Lau Motion Declaration are expert reports that have been designated as "Highly Confidential" under the terms of the Stipulated Protective Order entered in this action. As set forth in the Lau Sealing Declaration, the expert reports contain quotes from, and/or summarize confidential, nonpublic, proprietary and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about the Defendants' sales processes, business practices, internal practices, confidential business and supply agreements, and competitive positions. The expert reports also contain confidential information about the businesses of third-parties. This information is confidential commercial information, the disclosure of which would prejudice Defendants both in their commercial relationships with customers and

1  suppliers and in their competitive efforts.  Accordingly, compelling reasons exist for portions
2  of the Motion which reference confidential information in the expert reports as well as the
3  entirety of Exhibits A, B, and C to the Lau Motion Declaration to be filed under seal.

4      Exhibit D to the Lau Motion Declaration is a supplemental response to interrogatories
5  that has been designated "Confidential" under the terms of the Stipulated Protective Order
6  entered in this case.  Defendants seek to submit this material under seal in good faith in order
7  to comply with the Protective Order and this Court's Local Rules. Defendants take no
8  position as to the confidentiality of the discovery responses in Exhibit D.  If Plaintiffs believe
9  that the responses are "Confidential," it is their burden to establish that the designated
10 material is in fact sealable. Civ. L. R. 79-5(d); *see Kamakana*, 447 F.3d at 1178-1180.
11 Defendants respectfully submit this administrative motion pursuant to the Protective Order
12 and Civil Local Rule 79-5, and, through this submission, hereby notifies the Plaintiffs of their
13 burden to establish that the designated material is properly sealable. *See Kamakana*, 447 F.3d
14 at 1178-1180.

15     For these reasons, Defendants respectfully submit this motion pursuant to Civil Local
16 Rules 7-11 and 79-5.

17     Respectfully submitted,

19 Dated:  February 13, 2015     **WHITE & CASE** LLP

21     By:  /s/ Lucius B. Lau
    Christopher M. Curran (*pro hac vice*)
22     ccurran@whitecase.com
    Lucius B. Lau (*pro hac vice*)
23     alau@whitecase.com
24     Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
25     701 Thirteenth Street, N.W.
26     Washington, DC  20005
    tel.: (202) 626-3600
27     fax: (202) 639-9355

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

**MUNGER, TOLLES & OLSON LLP**

By: */s/ Miriam Kim*_____
  JEROME C. ROTH (State Bar No. 159483)
  jerome.roth@mto.com
  MIRIAM KIM (State Bar No. 238230)
  miriam.kim@mto.com
  MUNGER, TOLLES & OLSON LLP
  560 Mission Street, Twenty-Seventh Floor
  San Francisco, California 94105-2907
  Telephone: (415) 512-4000
  Facsimile: (415) 512-4077

  BRAD D. BRIAN (SBN 079001)
  brad.brian@mto.com
  WILLIAM D. TEMKO (SBN 098858)
  William.Temko@mto.com
  GREGORY J. WEINGART (SBN 157997)
  gregory.weingart@mto.com
  E. MARTIN ESTRADA (SBN 223802)
  martin.estrada@mto.com
  MUNGER, TOLLES & OLSON LLP
  355 South Grand Avenue, Thirty-Fifth Floor
  Los Angeles, CA 90071-1560
  Telephone: (213) 683-9100
  Facsimile: (213) 687-3702

  ROBERT E. FREITAS (SBN 80948)
  rfreitas@fawlaw.com
  FREITAS ANGELL & WEINBERG LLP

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
3

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

350 Marine Parkway, Suite 200  
Redwood Shores, California 94065  
Telephone: (650) 593-6300  
Facsimile: (650) 593-6301  

*Attorneys for Defendant LG Electronics, Inc.*

**BAKER BOTTS LLP**

By: */s/ John M. Taladay*  

JOHN M. TALADAY (*pro hac vice*)  
john.taladay@bakerbotts.com  
JOSEPH OSTOYICH (*pro hac vice*)  
joseph.ostoyich@bakerbotts.com  
ERIK T. KOONS (*pro hac vice*)  
erik.koons@bakerbotts.com  
CHARLES M. MALAISE (*pro hac vice*)  
charles.malaise@bakerbotts.com  
BAKER BOTTS LLP  
1299 Pennsylvania Ave., N.W.  
Washington, DC 20004-2400  
Telephone: (202) 639-7700  
Facsimile: (202) 639-7890  

JON V. SWENSON (SBN 233054)  
jon.swenson@bakerbotts.com  
BAKER BOTTS LLP  
1001 Page Mill Road  
Building One, Suite 200  
Palo Alto, CA 94304  
Telephone: (650) 739-7500  
Facsimile: (650) 739-7699  
E-mail: jon.swenson@bakerbotts.com  

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd., and Philips do Brasil, Ltda.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

|   |   |
|---|---|
| 1 | **SQUIRE PATTON BOGGS (US) LLP** |
| 2 | By:  */s/ Nathan Lane, III* |
| 3 | |
| 4 | Nathan Lane, III (CA Bar No. 50961) |
| 5 | Mark C. Dosker (CA Bar No. 114789) SQUIRE PATTON BOGGS (US) LLP |
| 6 | 275 Battery Street, Suite 2600 San Francisco, California 94111 |
| 7 | Telephone:  (415) 954-0200 |
| 8 | Facsimile:  (415) 393-9887 E-mail:  nathan.lane@squiresanders.com |
| 9 | E-mail:  mark.dosker@squiresanders.com |

Donald A. Wall (Pro Hac Vice)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4005
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

**FAEGRE BAKER DANIELS LLP**

By:    */s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917
5

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Stephen M. Judge (*pro hac vice*)
Email: steve.judge@FaegreBd.com
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

**CERTIFICATE OF SERVICE**

On February 13, 2015, I caused a copy of "DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

 */s/ Lucius B. Lau*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005