Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc.,*
*Toshiba America Consumer Products, LLC,*
*Toshiba America Information Systems, Inc.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173<br><br>*Sharp Electronics Corp.*, et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court approved a Stipulated Protective Order (Dkt. No. 306) ("Protective Order") in this matter.

4. The Toshiba Defendants and other parties to this litigation have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On February 13, 2015, Defendants filed an administrative motion to seal the following documents, pursuant to Civil Local Rules 7-11 and 79-5(d):

   a. Designated portions of Defendants' Joint Motion *In Limine* No. 9 to Exclude Certain Expert Testimony of Jerry A. Hausman;

   b. Exhibit A to the Lau Declaration which is the Expert Report of Jerry A. Hausman, dated April 15, 2014, which has been designated as "Highly Confidential" pursuant to the Protective Order;

   c. Exhibit B to the Lau Declaration which is the Supplemental Expert Report of Jerry A. Hausman, dated July 3, 2014, which has been designated as "Highly Confidential" pursuant to the Protective Order; and

   d. Exhibit C to the Lau Declaration which is the Expert Rebuttal Report of Jerry A. Hausman, dated September 26, 2014, which has been designated as "Highly Confidential" pursuant to the Protective Order.

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

6.     Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, the designated portions of Defendants' Motion *In Limine* No. 9 to Exclude Certain Expert Testimony of Jerry A. Hausman, as well as Exhibits A, B, and C to the Lau Declaration should be maintained under seal.

7.     The expert reports listed in Paragraph 6 have been designated as "Highly Confidential" pursuant to the Protective Order because they contain confidential, nonpublic, and highly sensitive business information.  I have conferred with the other Defendants and determined that Exhibits A, B, and C contain quotes from, and/or summarize confidential, nonpublic, proprietary and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about the Defendants' sales processes, business practices, internal practices, confidential business and supply agreements, and competitive positions.  Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Defendants' relationships, would cause harm with respect to the Defendants' competitors and customers, and would put the Defendants at a competitive disadvantage.

8.     Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, the above-mentioned materials should be maintained under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February, 2015, in Washington, D.C.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917
2

**CERTIFICATE OF SERVICE**

    On February 13, 2015, I caused a copy of "DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                                                                         */s/ Lucius B. Lau*
                                                                                             Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917