White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173<br><br>*Sharp Electronics Corp.*, et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Upon consideration of Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with the Defendants' Joint Motion *In Limine* No. 9 to Exclude Certain Expert Testimony of Jerry A. Hausman ("Defendants' Motion"), and the Declaration of Lucius B. Lau in Support of the Defendants' Motion, it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall maintain under seal the designated portions of Defendants' Joint Motion *In Limine* No. 9 to Exclude Certain Expert Testimony of Jerry A. Hausman and the entirety of Exhibits A, B, C, and D to the Declaration of Lucius B. Lau in support thereof, which consist wholly of material designated as "Highly Confidential" or "Confidential" by the parties to this litigation.

**IT IS SO ORDERED.**

Dated: _____   _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE