White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates To:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173<br><br>*Sharp Electronics Corp.*, et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 | **[PROPOSED] ORDER RE DEFENDANTS' JOINT MOTION *IN LIMINE* NO. 9 TO EXCLUDE CERTAIN EXPERT TESTIMONY OF JERRY A. HAUSMAN** |

1 Upon consideration of Defendants' Joint Motion *In Limine* No. 9 to Exclude Certain
2 Testimony of Jerry A. Hausman and the papers and declarations submitted by the parties in
3 connect with that Motion, it is hereby:

4 ORDERED that the Motion is GRANTED; and it is further

5 ORDERED that Jerry A. Hausman is precluded from presenting at trial the testimony
6 concerning the effect of Defendants' information exchanges on the North American CPT
7 market and Sharp's alleged damages that resulted from the information exchanges, which are
8 discussed in his expert report, dated April 15, 2014, in paragraphs 17-77.

9 **IT IS SO ORDERED.**

12 Dated: _____ _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE