Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc.,
Toshiba America Consumer Products, LLC,
Toshiba America Information Systems, Inc.,
and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173<br><br>*Sharp Electronics Corp.*, et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' JOINT MOTION *IN LIMINE* NO. 9 TO EXCLUDE CERTAIN EXPERT TESTIMONY OF JERRY A. HAUSMAN** |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' JOINT NOTICE OF MOTION
AND MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF PROF. ELZINGA
Case No. 07-5944 SC
MDL No. 1917

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of Defendants' Joint Motion *In Limine* No. 9 to Exclude Certain Expert Testimony of Jerry A. Hausman. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Jerry A. Hausman, dated April 15, 2014.

4. Attached hereto as Exhibit B is a true and correct copy of the Supplemental Expert Report of Jerry A. Hausman, dated July 3, 2014.

5. Attached hereto as Exhibit C is a true and correct copy of the Rebuttal Expert Report of Jerry A. Hausman, dated Sept. 26, 2014.

6. Attached hereto as Exhibit D is a true and correct copy of Sharp's First Supplemental Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc. and Samsung SDI America, Inc.'s First Set of Interrogatories, dated Feb. 26, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February, 2015, in Washington, D.C.

_____
Lucius B. Lau

# EXHIBIT A

**(Filed Under Seal)**

# EXHIBIT B

## (Filed Under Seal)

# EXHIBIT C

**(Filed Under Seal)**

# EXHIBIT D

## (Filed Under Seal)