1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173<br><br>*Sharp Electronics Corp.*, et al. v. *Koninklijke Philips Elecs., N.V.*, et al., Case No. 13-cv-2776 | **[PROPOSED] ORDER RE DEFENDANTS' JOINT MOTION *IN LIMINE* NO. 9 TO EXCLUDE CERTAIN EXPERT TESTIMONY OF JERRY A. HAUSMAN** |

Upon consideration of Defendants' Joint Motion *In Limine* No. 9 to Exclude Certain Testimony of Jerry A. Hausman and the papers and declarations submitted by the parties in connect with that Motion, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Jerry A. Hausman is precluded from presenting at trial the testimony concerning the effect of Defendants' information exchanges on the North American CPT market and Sharp's alleged damages that resulted from the information exchanges, which are discussed in his expert report, dated April 15, 2014, in paragraphs 17-77.

**IT IS SO ORDERED.**

Dated: _____          _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER RE DEFENDANTS' JOINT MOTION *IN LIMINE* NO. 9 TO EXCLUDE CERTAIN
EXPERT TESTIMONY OF JERRY A. HAUSMAN
Case No. 07-5944-SC, MDL No. 1917
2