1  Jon V. Swenson (SBN 233054)
   BAKER BOTTS LLP
2  620 Hansen Way
   Palo Alto, CA 94304
3  Telephone: (650) 739-7500
4  Facsimile: (650) 739-7699
   Email: jon.swenson@bakerbotts.com
5
6  John M. Taladay (*pro hac vice*)
   Erik T. Koons (*pro hac vice*)
7  Charles M. Malaise (*pro hac vice*)
   BAKER BOTTS LLP
8  1299 Pennsylvania Ave., N.W.
   Washington, DC 20004-2400
9  Telephone: (202) 639-7700
   Facsimile: (202) 639-7890
10 Email: john.taladay@bakerbotts.com
   Email: erik.koons@bakerbotts.com
11 Email: charles.malaise@bakerbotts.com
12
   *Attorneys for Defendants Koninklijke Philips N.V. and*
13 *Philips Electronics North America Corporation*

14
                  **UNITED STATES DISTRICT COURT**
15                **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
16

17

18 | **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC |
|---|---|
19 | This Document Relates to: | MDL No. 1917 |
20 | | **[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
21 | *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173; | |
22 | *Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.,* No. 13-cv-2776 SC. | |
23 | | |
24 | | |
25 | | Date:       None set |
   | | Time:      10:00 a.m. |
26 | | Place:      Courtroom No. 1 |
27 | | Hon. Samuel Conti |
28

1  Upon consideration of Koninklijke Philips N.V.'s and Philips Electronics North America
2  Corporation's Administrative Motion to File Documents under Seal Pursuant to the Civil Local
3  Rules 7-11 and 79-5(d), submitted in conjunction with Joint Defense Motion in Limine #15:
4  Motion to Exclude Evidence Related to a Violation of the Antitrust Laws Under a Rule of Reason
5  Analysis; it is hereby
6  ORDERED that the Administrative Motion is hereby GRANTED; and it is further
7  ORDERED that the Clerk shall file under seal the unredacted version Joint Defense
8  Motion in Limine #15: Motion to Exclude Evidence Related to a Violation of the Antitrust Laws
9  Under a Rule of Reason Analysis, and Exhibit 1 to the Declaration of Tiffany B. Gelott in
10 Support of Joint Defense Motion in Limine #15: Motion to Exclude Evidence Related to a
11 Violation of the Antitrust Laws Under a Rule of Reason Analysis.

13 Dated: _____

_____
**The Honorable Samuel Conti**
**Northern District of California**