Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-01173;*<br><br>*Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V., No. 13-cv-2776 SC.* | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING JOINT DEFENSE MOTION IN LIMINE #15: MOTION TO EXCLUDE EVIDENCE RELATED TO A VIOLATION OF THE ANTITRUST LAWS UNDER A RULE OF REASON ANALYSIS**<br><br>Date:      None set<br>Time:     10:00 a.m.<br>Place:    Courtroom No. 1<br><br>Hon. Samuel Conti |

Having considered the Joint Defense Motion in Limine #15: Motion To Exclude Evidence Related To A Violation Of The Antitrust Laws Under A Rule Of Reason Analysis and good cause appearing, it hereby

ORDERED that the Motion is GRANTED in its entirety.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                                     **The Honorable Samuel Conti**
                                                                                     **Northern District of California**

1

[PROPOSED] ORDER GRANTING JOINT DEFENSE MOTION IN LIMINE #15: MOTION TO EXCLUDE EVIDENCE RELATED TO A VIOLATION OF THE ANTITRUST LAWS UNDER A RULE OF REASON ANALYSIS