1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc.,*
10 *Toshiba America Consumer Products, LLC,*
11 *Toshiba America Information Systems, Inc.,*
   *and Toshiba America Electronic Components, Inc.*
12

13                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
14                    (SAN FRANCISCO DIVISION)
15

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions* | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following materials under seal:

1. Exhibit E to the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Notice of Motion and Motion to Strike Class Representatives with Inadequate Proof of Their Individual Purchases of Televisions or Monitors ("Lau Declaration"), which is Samsung Exhibits A25, B25, D25, and E25 to the Indirect Purchaser Plaintiffs' Amended and Supplemental Objections and Responses to Defendant Samsung SDI Co., Ltds.'s First Set of Interrogatories, dated August 31, 2011, also marked and admitted as Exhibit 425 during the deposition of Brigid Terry (Wisconsin Class Representative), dated October 17, 2012, that the Indirect Purchaser Plaintiffs designated as "Confidential" pursuant to the Stipulated Protective Order (Dkt. No. 306); and

2. Exhibit O to the Lau Declaration, which is excerpts from the transcript of the deposition of Craig Stephenson (New Mexico Class Representative), dated April 26, 2012, that the Indirect Purchaser Plaintiffs designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

This motion is supported by the Declaration of Matthew Frutig, dated February 13, 2015 ("Frutig Declaration"). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable."

As explained in the Frutig Declaration, Exhibits E & O have been designated as "Confidential" or "Highly Confidential" by parties other than the Toshiba Defendants, and the Toshiba Defendants have filed these documents under seal in a good faith effort to

comply with the Stipulated Protective Order.  For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to Civil Local Rules 7-11 and 79-5.

Respectfully submitted,

Dated:  February 13, 2015                              WHITE & CASE LLP

By:  */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

On February 13, 2015, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                           */s/ Lucius B. Lau*
                                               Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005