UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions* | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Upon consideration of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Defendants' Motion"), submitted in connection with the Toshiba Defendants' Motion to Strike Class Representatives with Inadequate Proof of Their Individual Purchases of Televisions or Monitors (the "Motion to Strike"), and the Declaration of Matthew Frutig in Support of the Defendants' Motion, it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall maintain under seal Exhibits E and O to the Declaration of Lucius B. Lau in Support of the Motion to Strike.

**IT IS SO ORDERED.**

Dated: _____     _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005