White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions* | **[PROPOSED] ORDER RE TOSHIBA DEFENDANTS' MOTION TO STRIKE CLASS REPRESENTATIVES WITH INADEQUATE PROOF OF THEIR INDIVIDUAL PURCHASES OF TELEVISIONS OR MONITORS** |

1  Upon consideration of the Toshiba Defendants' Motion to Strike Class
2  Representatives with Inadequate Proof of Their Individual Purchases of Televisions or
3  Monitors and the papers and declarations submitted by the parties in connection with that
4  Motion, it is hereby:

5  ORDERED that the Motion is GRANTED; and it is further

6  ORDERED that the following class representatives are stricken: (1) Albert Sidney Crigler (Tennessee); (2) Lisa Reynolds (Michigan); (3) Brigid Terry (Wisconsin); (4) Lawyer's Choice Suites (Washington, D.C.); (5) Jeffrey Figone (California); (6) Barry Kushner (Minnesota) (to the extent he bases his claim on his inadequately documented purchase of a 32″ Toshiba television); (7) David Norby (Minnesota); (8) Travis Burau (Iowa); (9) Charles Jenkins (Mississippi); (10) Gloria Comeaux (Nevada); (11) Craig Stephenson (New Mexico); (12) Jeff Speaect (South Dakota); (13) Jeff Hanson (North Dakota); and (14) Margaret Slagle (Vermont).

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HONORABLE SAMUEL CONTI
                                        UNITED STATES DISTRICT JUDGE