1 | Christopher M. Curran (*pro hac vice*)
2 | ccurran@whitecase.com
3 | Lucius B. Lau (*pro hac vice*)
  | alau@whitecase.com
4 | Dana E. Foster (*pro hac vice*)
  | defoster@whitecase.com
5 | White & Case LLP
6 | 701 Thirteenth Street, N.W.
  | Washington, DC  20005
7 | Telephone:  (202) 626-3600
8 | Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*All Indirect Purchaser Actions* | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' MOTION TO STRIKE CLASS REPRESENTATIVES WITH INADEQUATE PROOF OF THEIR INDIVIDUAL PURCHASES OF TELEVISIONS OR MONITORS** |

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of the Toshiba Defendants' Motion to Strike Class Representatives with Inadequate Proof of Their Individual Purchases of Televisions or Monitors, filed contemporaneously herewith. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Albert Sidney Crigler (Tennessee Class Representative), dated October 23, 2012.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the deposition of Lisa Reynolds (Michigan Class Representative), dated April 13, 2012.

5. Attached hereto as Exhibit C is a true and correct copy of a carbon copy of a check produced in this litigation by the Indirect Purchaser Plaintiffs bearing the Bates number CRT000518, also marked and admitted as Exhibit 85 during the deposition of Lisa Reynolds (Michigan Class Representative), dated April 13, 2012.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from the transcript of the deposition of Brigid Terry (Wisconsin Class Representative), dated October 17, 2012.

7. Attached hereto as Exhibit E is a true and correct copy of Samsung Exhibits A25, B25, D25, and E25, dated September 7, 2011, to the Indirect Purchaser Plaintiffs' Amended and Supplemental Objections and Responses to Defendant Samsung SDI Co., Ltds.'s First Set of Interrogatories, dated August 31, 2011, also marked and admitted as

1  Exhibit 425 during the deposition of Brigid Terry (Wisconsin Class Representative), dated
2  October 17, 2012.

3      8.    Attached hereto as Exhibit F is a true and correct copy of excerpts from the
4  transcript of the Rule 30(b)(6) deposition of Lawyers' Choice Suites, Inc. (Alvin M.
5  Guttman) (District of Columbia Class Representative), dated October 11, 2012.

6      9.    Attached hereto as Exhibit G is a true and correct copy of an order
7  confirmation produced in this litigation by the Indirect Purchaser Plaintiffs bearing the Bates
8  numbers CRT000907 through CRT000909, also marked and admitted as Exhibit 367 during
9  the Rule 30(b)(6) deposition of Lawyers' Choice Suites, Inc. (Alvin M. Guttman) (District of
10 Columbia Class Representative), dated October 11, 2012.

11     10.    Attached hereto as Exhibit H is a true and correct copy of a shipping contents
12 list and shipping label produced in this litigation by the Indirect Purchaser Plaintiffs bearing
13 the Bates numbers CRT000910 through CRT000911, also marked and admitted as Exhibits
14 368 and 369 during the Rule 30(b)(6) deposition of Lawyers' Choice Suites, Inc. (Alvin M.
15 Guttman) (District of Columbia Class Representative), dated October 11, 2012.

16     11.    Attached hereto as Exhibit I is a true and correct copy of excerpts from the
17 transcript of the deposition of Jeffrey Figone (California Class Representative), dated October
18 19, 2012.

19     12.    Attached hereto as Exhibit J is a true and correct copy of excerpts from the
20 transcript of the deposition of Travis Burau (Iowa Class Representative), dated June 8, 2012.

21     13.    Attached hereto as Exhibit K is a true and correct copy of excerpts from the
22 transcript of the deposition of David G. Norby (Minnesota Class Representative), dated
23 October 19, 2012.

24     14.    Attached hereto as Exhibit L is a true and correct copy of excerpts from the
25 transcript of the deposition of Barry Kushner (Minnesota Class Representative), dated March
26 2, 2012.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

15.    Attached hereto as Exhibit M is a true and correct copy of excerpts from the transcript of the deposition of Charles Jenkins (Mississippi Class Representative), dated November 14, 2012.

16.    Attached hereto as Exhibit N is a true and correct copy of excerpts from the transcript of the deposition of Gloria Comeaux (Nevada Class Representative), dated October 15, 2012.

17.    Attached hereto as Exhibit O is a true and correct copy of excerpts from the transcript of the deposition of Craig Stephenson (New Mexico Class Representative), dated April 26, 2012.

18.    Attached hereto as Exhibit P is a true and correct copy of excerpts from the transcript of the deposition of Gary Hanson (North Dakota Class Representative), dated May 4, 2012.

19.    Attached hereto as Exhibit Q is a true and correct copy of excerpts from the transcript of the deposition of Jeff Speaect (South Dakota Class Representative), dated November 16, 2012.

20.    Attached hereto as Exhibit R is a true and correct copy of excerpts from the transcript of the deposition of Margaret Slagle (Vermont Class Representative), dated March 20, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February, 2015, in Washington, D.C.

_____
Lucius B. Lau