White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER RE TOSHIBA DEFENDANTS' MOTION TO STRIKE CLASS REPRESENTATIVES WITH INADEQUATE PROOF OF THEIR INDIVIDUAL PURCHASES OF TELEVISIONS OR MONITORS** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions* | |

Upon consideration of the Toshiba Defendants' Motion to Strike Class Representatives with Inadequate Proof of Their Individual Purchases of Televisions or Monitors and the papers and declarations submitted by the parties in connection with that Motion, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the following class representatives are stricken: (1) Albert Sidney Crigler (Tennessee); (2) Lisa Reynolds (Michigan); (3) Brigid Terry (Wisconsin); (4) Lawyer's Choice Suites (Washington, D.C.); (5) Jeffrey Figone (California); (6) Barry Kushner (Minnesota) (to the extent he bases his claim on his inadequately documented purchase of a 32″ Toshiba television); (7) David Norby (Minnesota); (8) Travis Burau (Iowa); (9) Charles Jenkins (Mississippi); (10) Gloria Comeaux (Nevada); (11) Craig Stephenson (New Mexico); (12) Jeff Speaect (South Dakota); (13) Jeff Hanson (North Dakota); and (14) Margaret Slagle (Vermont).

**IT IS SO ORDERED.**

Dated: _____          _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE