JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
william.temko@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. Master File No. 3:07-md-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | **DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFENDANTS' MOTION *IN LIMINE* #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER**<br><br>[Declaration of E. Martin Estrada and [Proposed] Order filed concurrently herewith]<br><br>Judge: Hon. Samuel Conti<br>Date: None Set<br>Ctrm: 1, 17th Floor |

3:07-md-05944-sc; MDL 1917

ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEF'S MOTION *IN LIMINE* #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER

1
2  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514
3
4  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173
5  *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776
6
7  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502
   *Siegel v. Technicolor SA,* No. 13-cv-05261
8
9  *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514
10 *Target Corp. v. Technicolor SA,* No. 13-cv-05686
11
12 *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-   3:07-md-05944-sc; MDL 1917
ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEF'S MOTION *IN LIMINE* #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER

1  Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Defendant LG Electronics, Inc. ("LGE"), by and through its counsel, respectfully requests an Order permitting it to file under seal Defendants' Motion *In Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power and the exhibits to the Declaration of E. Martin Estrada.

This motion is supported by the Declaration of E. Martin Estrada in Support of Defendant LGE's Administrative Motion to File Under Seal, filed concurrently herewith.

Specifically, defendants request that certain portions be sealed:

1. The highlighted portions of the sealed version of Defendants' Motion *In Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power.

2. Exhibits A and B of the Declaration of E. Martin Estrada In Support of Defendants' Motion *In Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power.

LGE requests that the portions of the motion and the entirety of exhibits listed above be filed under seal because those documents are or contain discussion, analysis, or references to documents or information that other parties to this litigation (the "Designating Parties") have designated "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306), as set forth in the Declaration of E. Martin Estrada in support of LGE's Administrative Motion to File under Seal. N.D. Cal. Civil Local Rule 79-5 provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable. N.D. Cal. Civ. L.R. 79-5(e). It is the designating party's burden to establish that the designated information is sealable. Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

1    Thus, LGE respectfully submits this administrative motion pursuant to the Protective
2  Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the
3  designated material is sealable.

5    A proposed order granting this application is enclosed.

7  DATED:  February 13, 2015        Respectfully submitted,

8                     MUNGER, TOLLES & OLSON LLP
                      MIRIAM KIM

12               By:    /s/ *Miriam Kim*
                          MIRIAM KIM
13               Attorney for LG Electronics, Inc.