JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
william.temko@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. Master File No. 3:07-md-05944-sc<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262 | **DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL**<br>_____<br>[Administrative Motion to Seal and [Proposed] Order filed concurrently herewith]<br><br>Judge: Hon. Samuel Conti<br>Date: None Set<br>Ctrm: 1, 17th Floor |

1  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514

2  

3  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

4  

5  *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776

6  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

7  *Siegel v. Technicolor SA,* No. 13-cv-05261

8  *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

9  

10  *Target Corp. v. Technicolor SA,* No. 13-cv-05686

11  *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                        3:07-md-05944-sc; MDL 1917
DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S
ADMINISTRATIVE MOTION TO SEAL

I, E. Martin Estrada, declare:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Pursuant to Civil Local Rule 7-11 and 79-5, I make this declaration in support of Defendant LGE's Administrative Motion to Seal In Connection With Defendants' Motion *In Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power.

3. LGE seeks permission to file under seal the highlighted portions of the sealed version of Defendants' Motion *In Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power.

4. The portions of the documents referenced in Paragraph 3 contain discussion, analysis, references to, or information taken directly from, material designated by a Party in this matter as "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306) in this case.

5. LGE further seeks permission to file under seal the following documents in their entirety: Exhibits A and B to the Declaration of E. Martin Estrada In Support of Defendants' Motion *In Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power.

6. The documents referenced in Paragraph 5 have been designated by a Party in this matter as "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306) in this case.

7. LGE seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Local Rules. Because the information LGE seeks to submit under seal has been designated as Highly Confidential by other parties, LGE is filing the accompanying Administrative Motion, and will be prepared to file an

1  unredacted versions of the above-referenced documents in the public record if required by Civil
2  Local Rule 79-5(e).
3     I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.
5     Executed on February 13, 2015, in Los Angeles, California.

7              /s/ *E. Martin Estrada*
                E. MARTIN ESTRADA
8              Attorneys for Defendant LG Electronics, Inc.