JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
william.temko@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. Master File No. 3:07-md-05944-SC<br>MDL No. 1917 |
| This Document Relates to: | [PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONIC INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513 | |
| *Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264 | [Administrative Motion to Seal and Declaration of E. Martin Estrada file concurrently herewith] |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | Judge: Hon. Samuel Conti<br>Date:  None Set<br>Crtrm.: 1, 17th Floor |

3:07-md-05944-sc; MDL 1917

[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONIC, INC.'S ADMINISTRATIVE
MOTION TO SEAL

1

2  *Sears, Roebuck and Co. and Kmart Corp. v.*
   *Chunghwa Picture Tubes, Ltd.,* No. 11-cv-
3  05514

4  *Sharp Electronics Corp., et al. v. Hitachi Ltd.,*
   *et al.,* No. 13-cv-1173
5
   *Sharp Electronics Corp., et al. v. Koninklijke*
6  *Philips Elecs., N.V., et al.,* No. 13-cv-2776

7  *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502

8  *Siegel v. Technicolor SA,* No. 13-cv-05261

9  *Target Corp. v. Chunghwa Picture Tubes,*
   *Ltd.,* No. 11-cv-05514
10
   *Target Corp. v. Technicolor SA,* No. 13-cv-
11 05686

12 *ViewSonic Corporation v. Chunghwa Picture*
   *Tubes Ltd.,* No. 14-cv-2510
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                    3:07-md-05944-sc; MDL 1917
**[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONIC, INC.'S ADMINISTRATIVE MOTION TO SEAL**

Upon consideration of Defendant LGE's Administrative Motion to Seal in support of Defendants' Motion *In Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power, and the supporting Declaration of E. Martin Estrada pursuant to Local Rule 79.5 in support of that motion, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the following be sealed in this case:

1.   The highlighted portions of the sealed version of Defendants' Motion *In Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power.

2.   Exhibits A and B to the Declaration of E. Martin Estrada In Support of Defendants' Motion *In Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power.

DATED: _____, 2015   _____
THE HONORABLE JUDGE SAMUEL CONTI

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:   /s/   *Miriam Kim*
          Miriam Kim

Attorneys for Defendants LG Electronics, Inc.