# EXHIBIT B
# CONFIDENTIAL-FILED UNDER SEAL