JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
william.temko@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart Corp. v.* | **DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER**<br><br>Judge: Hon. Samuel Conti<br>Date: None Set<br>Ctrm: 1, 17th Floor |

3:07-cv-05944-SC; MDL 1917

DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER

1  *Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514
2
3  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173
4
5  *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776
6  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502
7
   *Siegel v. Technicolor SA,* No. 13-cv-05261
8
   *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514
9
10 *Target Corp. v. Technicolor SA,* No. 13-cv-05686
11
12 *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3:07-MD-05944-SC, MDL 1917
DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER

**Declaration of E. Martin Estrada**

1. I am an attorney licensed to practice law in the State of California. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record for defendant LG Electronics, Inc. ("LGE") in the above-captioned actions. I submit this declaration in support of Defendants' Motion *in Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the expert report of Dr. Alan Frankel, dated April 15, 2014, and served in *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 and *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the transcript of the July 10, 2014, deposition of Dr. Alan Frankel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February 2015, in Los Angeles, California.

By:       /s/ *E. Martin Estrada*
           E. Martin Estrada