1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
4  San Francisco, California 94105-2907
   Telephone: (415) 512-4000
5  Facsimile: (415) 512-4077

6  BRAD D. BRIAN (SBN 079001)
   brad.brian@mto.com
7  WILLIAM D. TEMKO (SBN 098858)
   william.temko@mto.com
8  GREGORY J. WEINGART (SBN 157997)
   gregory.weingart@mto.com
9  E. MARTIN ESTRADA (SBN 223802)
   martin.estrada@mto.com
10 MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
11 Los Angeles, CA 90071-1560
   Telephone: (213) 683-9100
12 Facsimile: (213) 687-3702

13 ROBERT E. FREITAS (SBN 80948)
   rfreitas@fawlaw.com
14 FREITAS ANGELL & WEINBERG LLP
   350 Marine Parkway, Suite 200
15 Redwood Shores, California 94065
   Telephone: (650) 593-6300
16 Facsimile: (650) 593-6301

17 *Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | Case No. Master File No. 3:07-md-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER**<br><br>Judge: Hon. Samuel Conti<br>Date:   None Set<br>Ctrm:   1, 17th Floor |

3:07-cv-05944-SC; MDL 1917

1  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514
2
3  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173
4
5  *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776
6
7  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502
8  *Siegel v. Technicolor SA,* No. 13-cv-05261
9  *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514
10
11 *Target Corp. v. Technicolor SA,* No. 13-cv-05686
12
13 *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3:07-cv-05944-SC; MDL 1917
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER

1     Defendants' Motion In Limine #16 to Permit Evidence And Argument Regarding Upstream Pass-On And Plaintiffs' Bargaining Power, came on for hearing on February 27, 2015 at 10:00 a.m., or as soon as counsel could be heard thereafter, in Courtroom 1, 17th Floor, San Francisco, California before the Honorable Samuel Conti.

    Having read and considered all of the pleadings and documents related to Defendants' motion, and having considered the arguments of counsel, the Court hereby grants Defendants' Motion *In Limine* #16 to Permit Evidence And Argument Regarding Upstream Pass-On And Plaintiffs' Bargaining Power.

    IT IS SO ORDERED.

DATED:

Honorable Samuel Conti
United States District Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:    /s/ *Miriam Kim*
          Miriam Kim

Attorneys for Defendants LG Electronics, Inc.