1  Brent Caslin (Cal. Bar. No. 198682)
   JENNER & BLOCK LLP
2  633 West Fifth Street
   Suite 3600
3  Los Angeles, California 90071
   Telephone:   213 239-5100
4  Facsimile:   213 239-5199
   bcaslin@jenner.com
5
   Terrence J. Truax (*pro hac vice*)
6  Michael T. Brody (*pro hac vice*)
   Gabriel A. Fuentes (*pro hac vice*)
7  JENNER & BLOCK LLP
   353 N. Clark Street
8  Chicago, Illinois 60654-3456
   Telephone:   312 222-9350
9  Facsimile:   312 527-0484
   ttruax@jenner.com
10 mbrody@jenner.com
   gfuentes@jenner.com
11
12 *Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944-SC |
| This Document Relates to: | MDL No. 1917 |
| *All Indirect Purchaser Actions* | **[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |

*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, "Mitsubishi Electric") administrative motion to file Mitsubishi Electric's Motions in Limine Nos. 1-3, as well as Exhibits 1-4 and 6 to the Declaration of Shaun M. Van Horn in support, Under Seal, has come before the Court. Having considered the Motions in Limine and the documents proposed to be filed under seal, pursuant to the Court's prior sealing orders, and for good cause shown,

IT IS HEREBY ORDERED THAT the following are to be sealed:

- Exhibits 1-4 and 6 to the Declaration of Shaun M. Van Horn in Support of the Motions in Limine and the portions of the Motions in Limine that refer to or discuss those Exhibits.

IT IS SO ORDERED.

Dated: _____

                                                               Honorable Samuel P. Conti
                                                               United States District Judge