# Exhibit 5



# JEITA Members

ABC  DEF  GHIJ  KLM  N  OPQR  S  T  UVWXYZ

|  | JEITA Full Members | Associate Members |
|---|---|---|
| **[A]** | | |
| | ACCUPHASE LABORATORY, INC. | ADVANTEST CORPORATION |
| | AIPHONE CO., LTD. | ALPINE ELECTRONICS, INC. |
| | ALPS ELECTRIC CO., LTD. | ALPS GREEN DEVICES CO., LTD. |
| | ALPS SYSTEM INTEGRATION CO., LTD. | AMD JAPAN LTD. |
| | AMENITY RESEARCH INSTITUTE CO., LTD. | AMKOR TECHNOLOGY JAPAN, K.K. |
| | ANRITSU CUSTOMER SUPPORT CO., LTD. | ANTENNA GIKEN CO., LTD. |
| | APPLE JAPAN, LLC. | ARGO GRAPHICS INC. |
| | ASAHI GLASS CO., LTD. | ASAHI KASEI CORPORATION |
| | ASAHI KASEI ZOLL MEDICAL CORPORATION | ASAHI ONKYO CO., LTD. |
| | ASAHI TSUSHIN CO., LTD. | ASHIDA SOUND CO., LTD. |
| | ASSOCIATION OF MUSICAL ELECTRONICS INDUSTRY | AUDIO-TECHNICA FUKUI INC. |
| | AZBIL CORPORATION | |
| **[B]** | | |
| | BESTO CO., LTD. | BROTHER INDUSTRIES, LTD. |
| | BSEF JAPAN | BUFFALO INC. |
| **[C]** | | |
| | CADENCE DESIGN SYSTEMS (JAPAN) B.V. | CALSONIC KANSEI CORPORATION |
| | CANARE ELECTRIC CO., LTD. | CANON INC. |
| | CASIO COMPUTER CO., LTD. | CENTER OF THE INTERNATIONAL COOPERATION FOR COMPUTERIZATION |
| | CHIYODA INTEGRE CO., LTD. | CHUO ELECTRONICS CO., LTD. |
| | COMMUNICATIONS AND INFORMATION NETWORK ASSOCIATION OF JAPAN | COMPUTER ENGINEERING & CONSULTING, LTD. |
| | CORE CORPORATION | CORNING INTERNATIONAL K.K. |
| | COSEL CO., LTD. | COSMOS CORPORATION |
| | CU CORPORATION | |



HOME > JEITA Members [DEF]

**ABC  DEF  GHIJ  KLM  N  OPQR  S  T  UVWXYZ**

| JEITA Full Members | Associate Members |
|---|---|
| **[D]** | |
| D&M HOLDINGS, INC. | DAI NIPPON PRINTING CO., LTD. |
| DAIDO ELECTRIC IND. CO., LTD. | DAIDO ELECTRONICS CO., LTD. |
| DAIWA, K.K. | DASSAULT SYSTEMES K.K. |
| DELTA ELECTRONICS (JAPAN) INC. | DENKI KAGAKU KOGYO CO., LTD. |
| DENKI KOGYO CO., LTD. | DENSO CORPORATION |
| DENTSU INC. | DX ANTENNA CO., LTD. |
| **[E]** | |
| EBARA CORPORATION | EBARA DENSAN LTD. |
| EDWARDS LIFESCIENCES LTD. | ELYSIUM CO., LTD. |
| EMUDEN MUSEN KOGYO CO., LTD. | ENPLAS CORPORATION |
| ESPEC CORP. | ETA ELECTRIC INDUSTRY CO., LTD. |
| e-OHTAMA, LTD. | eSOL Co.,Ltd. |
| **[F]** | |
| FOR-A CO., LTD. | FOSTER ELECTRIC CO., LTD. |
| FUJI CERAMICS CORPORATION | FUJI ELECTRIC CO., LTD. |
| FUJI ELECTRONICS CO., LTD. | FUJI XEROX CO., LTD. |
| FUJIFILM CORPORATION | FUJIKURA LTD. |
| FUJITSU LIMITED | FUJITSU NETWORK SOLUTIONS LIMITED |
| FUJITSU TEN LIMITED | FUKUDA DENSHI CO., LTD. |
| FUKUDA MEE KOGYO CO., LTD. | FUNAI ELECTRIC CO., LTD. |
| FURUKAWA ELECTRIC CO., LTD. | FURUNO ELECTRIC CO., LTD. |
| FUTABA CORPORATION | FUTAMI MEEE CO., LTD. |



JEITA — Japan Electronics and Information Technology Industries Association

HOME > JEITA Members [GHIJ]

Activities and Organization | JEITA Members | Press releases | Statistics | Exhibitions | Publications/JEITA Standards | Others

### JEITA Members

**ABC   DEF   GHIJ   KLM   N   OPQR   S   T   UVWXYZ**

| | JEITA Full Members | Associate Members |
|---|---|---|
| **[G]** | | |
| | GADGET GARAGE INC. | GE HEALTHCARE JAPAN CORPORATION |
| | GENUSION, INC. | GIKEN KOGYO CO., LTD. |
| | GLOBAL ADVANCED METALS JAPAN K.K. | GOLD INDUSTRIES CO., LTD. |
| | GOOBLE INC. | |
| **[H]** | | |
| | HAKKO CORPORATION | HAMAI ELECTRIC LAMP CO., LTD. |
| | HAMAMATSU PHOTONICS K.K. | HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED |
| | HERAEUS K.K. | HEWLETT-PACKARD JAPAN, LTD. |
| | HGST JAPAN LTD. | HIBINO CORPORATION |
| | HIGH-RELIABILITY ENGINEERING & COMPONENTS CORPORATION | HIROSE ELECTRIC CO., LTD. |
| | HITACHI ALOKA MEDICAL,LTD. | HITACHI CHEMICAL COMPANY, LTD. |
| | HITACHI HIGH-TECH INSTRUMENTS CO., LTD. | HITACHI MEDICAL CORPORATION |
| | HITACHI METALS, LTD. | HITACHI SOLUTIONS, LTD. |
| | HITACHI, LTD. | HOCHIKI CORPORATION |
| | HOKUMO CO., LTD. | HOKURIKU ELECTRIC INDUSTRY CO., LTD. |
| | HONDA TSUSHIN KOGYO CO., LTD. | HORIBA, LTD. |
| | HOSIDEN CORPORATION | HUMAX JAPAN CO., LTD. |
| | HUNTKEY JAPAN INC. | |
| **[I]** | | |
| | I-O DATA DEVICE, INC. | IBM JAPAN, LTD. |
| | ICOM INCORPORATED | IKEGAMI TSUSHINKI CO., LTD. |
| | INFORMATION SERVICES INTERNATIONAL-DENTSU, LTD. | INNOTECH CORPORATION |
| | INTEL K.K. | INTERTEK JAPAN K.K. |
| | IRISO ELECTRONIC CO., LTD. | ISHIHARA SANGYO CO., LTD. |
| | ISHIKAWA METAL CO., LTD. | IT VERIFICATION INDUSTRY ASSOCIATION |
| **[J]** | | |
| | JAPAN AUDIT AND CERTIFICATION ORGANIZATION FOR ENVIRONMENT AND QUALITY | JAPAN AVIATION ELECTRONICS INDUSTRY, LTD. |
| | JAPAN CAPACITOR INDUSTRIAL CO., LTD. | JAPAN CARLIT CO., LTD. |
| | JAPAN DISPLAY INC. | JAPAN ELECTRIC MEASURING INSTRUMENTS MANUFACTURERS' ASSOCIATION |
| | JAPAN ELECTRONICS COLLEGE | JAPAN ELECTRONICS PACKAGING AND CIRCUITS ASSOCIATION |
| | JAPAN FINE CERAMICS ASSOCIATION | JAPAN FINECHEM COMPANY, INC |
| | JAPAN INTERPHONE INDUSTRY ASSOCIATION | JAPAN LIFELINE CO., LTD. |
| | JAPAN QUALITY ASSURANCE ORGANIZATION | JAPAN RADIO CO., LTD. |
| | JAPAN TRANSLATION FEDERATION INC. | JECC CORPORATION |
| | JEOL LTD. | JFE FERRITE CORPORATION |
| | JFE MINERAL COMPANY, LTD. | JM ENERGY CORPORATION |
| | JOHNSON CONTROLS, K.K. | JPC CO., LTD. |
| | JUNKOSYA INC. | JVC KENWOOD CORPORATION |



Japan Electronics and Information Technology Industries Association

HOME > JEITA Members [KLM]

## JEITA Members

ABC   DEF   GHIJ   KLM   N   OPQR   S   T   UVWXYZ

|  | JEITA Full Members | Associate Members |
|---|---|---|
| **[K]** | | |
| | KAMI ELECTRONICS IND. CO., LTD. | KCM CORPORATION |
| | KEC ELECTRONIC INDUSTRY DEVELOPMENT CENTER | KEISOKU GIKEN CO., LTD. |
| | KEL CORPORATION | KIKUSUI ELECTRONICS CORPORATION |
| | KITAGAWA INDUSTRIES CO., LTD. | KOA CORPORATION |
| | KOBELCO RESEARCH INSTITUTE, INC. | KODEN ELECTRONICS CO., LTD. |
| | KOHOKU KOGYO CO., LTD. | KONAMI CORPORATION |
| | KONICA MINOLTA, INC. | KONISHIYASU CO., LTD. |
| | KOYO CO., LTD. | KYOCERA CORPORATION |
| | KYUSHU MITSUI ALMINIUM CO., LTD. | |
| **[L]** | | |
| | LENOVO ENTERPRISE SOLUSIONS LTD. | LENOVO JAPAN LTD. |
| | LG DISPLAY CO., LTD. | LG ELECTRONICS JAPAN LAB INC. |
| | LG ELECTRONICS JAPAN, INC. | LOROM JAPAN CO., LTD. |
| **[M]** | | |
| | MABUCHI MOTOR CO., LTD. | MAKITA CORPORATION |
| | MALCOM CO., LTD. | MARUBUN CORPORATION |
| | MASPRO DENKOH CORP. | MASTER CONTROL K.K. |
| | MATSUO ELECTRIC CO., LTD. | MAXTEL CO., LTD. |
| | MEMORY EXPERT CORPORATION | MENTOR GRAPHICS JAPAN CO., LTD. |
| | MICRON MEMORY JAPAN, INC. | MICROSOFT DEVELOPMENT CO., LTD. |
| | MICROSOFT JAPAN CO., LTD. | MIDORI PRECISIONS CO., LTD. |
| | MIDORIYA ELECTRIC CO., LTD. | MIKASA SHOJI CO., LTD. |
| | MINATO MEDICAL SCIENCE CO., LTD. | MINY ANTENNA CO., LTD. |
| | MISHIMA KOSAN CO., LTD | MITSUBISHI CHEMICAL CORPORATION |
| | MITSUBISHI ELECTRIC CORPORATION | MITSUBISHI HEAVY INDUSTRIES, LTD. |
| | MITSUBISHI MATERIALS CORP. | MITSUI MINING & SMELTING CO., LTD. |
| | MITSUMI ELECTRIC CO., LTD. | MIYAMA ELECTRIC CO., LTD. |
| | MIZUHO INFORMATION & RESEARCH INSTITUTE, INC. | MIZUTANI ELECTRIC IND. CO., LTD. |
| | MUNAZO CO., LTD. | MURATA MANUFACTURING CO., LTD. |



ABC  DEF  GHIJ  KLM  N  OPQR  S  T  UVWXYZ

[N]

| JEITA Full Members | Associate Members |
|---|---|
| NABTESCO CORPORATION | NAGANO JAPAN RADIO CO., LTD. |
| NAGASE CHEMTEX CORPORATION | NAGASHIMA MEDICAL INSTRUMENTS CO., LTD. |
| NAMICS CORPORATION | NANABOSHI ELECTRIC MFG. CO., LTD. |
| NEC CORPORATION | NEC DISPLAY SOLUTIONS, LTD. |
| NEC PERSONAL COMPUTERS, LTD. | NEC TOKIN CORPORATION |
| NEW COSMOS ELECTRIC CO., LTD. | NEW JAPAN RADIO CO., LTD. |
| NHK INTEGRATED TECHNOLOGY INC. | NICCABI Coporation |
| NICHICON CORPORATION | NIHON DENON CO., LTD. |
| NIHON GENMA MFG. CO., LTD. | NIHON KOHDEN CORPORATION |
| NIHON RADIALL KK | NIHON SYNOPSYS G.K. |
| NIHON UNISYS, LTD. | NIHON VINYL CORD CORP. |
| NIKON CORPORATION | NIPPO CO., LTD. |
| NIPPON ANTENNA CO., LTD. | NIPPON AVIONICS CO., LTD. |
| NIPPON CHEMI-CON CORPORATION | NIPPON CHEMICAL INDUSTRIAL CO., LTD |
| NIPPON ELECTRIC GLASS CO.,LTD. | NIPPON KODOSHI CORPORATION |
| NIPPON LIGHT METAL CO., LTD. | NIPPON TANSHI CO., LTD. |
| NISCOM INC. | NISSHINBO HOLDINGS INC. |
| NISSHO CORPORATION | NITTO DENKO CORPORATION |
| NITTO ELECTRIC WORKS, LTD. | NOBLE MUSEN CO., LTD. |
| NOBORU ELECTRIC CO., LTD. | NOISE LABORATORY CO., LTD. |
| NORITAKE CO., LIMITED | NTT DATA ENGINEERING SYSTEMS CORPORATION |



HOME > JEITA Members [OPQR]

ABC  DEF  GHIJ  KLM  N  OPQR  S  T  UVWXYZ

|  | JEITA Full Members | Associate Members |
|---|---|---|
| **[O]** | | |
| | OG GIKEN CO., LTD. | OHIZUMI MFG. CO.,LTD. |
| | OI ELECTRIC CO., LTD. | OKAYA ELECTRIC INDUSTRIES CO., LTD. |
| | OKI ELECTRIC INDUSTRY CO., LTD. | OLYMPUS CORPORATION |
| | OMRON CORPORATION | ONKYO CORPORATION |
| | ORIGIN ELECTRIC CO., LTD. | ORION ELECTRIC CO., LTD. |
| | OTSUKA ELECTRONICS CO., LTD. | |
| **[P]** | | |
| | PANASONIC CORPORATION | PARAMOUNT BED CO., LTD. |
| | PFU LTD. | PHILIPS ELECTRONICS JAPAN CORPORATION |
| | PHYSIO-CONTROL JAPAN INC. | PIONEER CORPORATION |
| | PIXELA CORPORATION | POLYPLASTICS CO., LTD. |
| | PRIMO COMPANY LIMITED | PTC JAPAN CO., LTD. |
| **[Q]** | | |
| | QEL CO., LTD. | |
| **[R]** | | |
| | R&M Japan K.K. | RATOC SYSTEMS, INC. |
| | RB CONTROLS CO., LTD. | RELIABILITY CENTER FOR ELECTRONIC COMPONENTS OF JAPAN |
| | RENESAS ELECTRONICS CORPORATION | RHESCA CO., LTD. |
| | RICOH COMPANY, LTD. | RION CO., LTD. |
| | ROHM CO., LTD. | RUBYCON CORPORATION |
| | RYOSAN COMPANY, LIMITED | |



## JEITA Members

ABC  DEF  GHIJ  KLM  N  OPQR  S  T  UVWXYZ

**[S]**

| JEITA Full Members | Associate Members |
|---|---|
| SAGAMI ELEC CO., LTD. | SAKAE TSUSHIN KOGYO CO., LTD. |
| SAKAI CHEMICAL INDUSTRY CO., LTD. | SAMSUNG JAPAN CORPORATION |
| SAMSUNG R&D INSTITUTE JAPAN CO., LTD | SANKEN ELECTRIC CO., LTD. |
| SANSHIN ELECTRONICS CO., LTD. | SANTOKU CORPORATION |
| SANWA CONNECTOR MFG. CO., LTD. | SANWA DENKI KOGYO CO., LTD. |
| SANYOSEIKO CO., LTD. | SATORI ELECTRIC CO., LTD. |
| SEIKO EPSON CO. | SEIKO INSTRUMENTS INC. |
| SEMICONDUCTOR EQUIPMENT ASSOCIATION OF JAPAN | SEMITEC Corporation |
| SENJU METAL INDUSTRY CO., LTD. | SGS JAPAN INC. |
| SHARP CORPORATION | SHIBAURA ELECTRONICS CO., LTD. |
| SHIHEN TECHNICAL CORPORATION | SHIMADZU CORPORATION |
| SHIMADZU TECHNO-RESEARCH INC. | SHIN-ETSU POLYMER CO., LTD. |
| SHINAGAWA SHOKO CO., LTD. | SHINDENGEN ELECTRIC MFG. CO., LTD. |
| SHINON CORPORATION | SHINSEI ELECTRONICS CO., LTD. |
| SHOEI CHEMICAL INC. | SHOWA DENKO K.K. |
| SIEMENS INDUSTRY SOFTWARE K.K. | SIEMENS JAPAN K.K. |
| SKY PERFECT JSAT CORPORATION | SMK CORPORATION |
| SOLIDWORKS JAPAN K.K. | SOLIZE CORPORATION |
| SONY CORPORATION | SOSHIN ELECTRIC CO.,LTD. |
| STACK ELECTRONICS CO., LTD. | STANLEY ELECTRIC CO., LTD. |
| SUMCO CORPORATION | SUMIDA CORPORATION |
| SUMITOMO CHEMICAL CO., LTD. | SUMITOMO DENSETSU CO., LTD. |
| SUMITOMO ELECTRIC DEVICE INNOVATIONS, INC. | SUMITOMO METAL MINING CO., LTD. |
| SUN ELECTRONICS CO., LTD. | SUN-EH ELECTRIC CO., LTD. |
| SUSUMU CO., LTD. | SYNCLAYER INC. |
| SYSMEX CORPORATION | SYSTEM SOLUTIONS CO., LTD. |



ABC   DEF   GHIJ   KLM   N   OPQR   S   T   UVWXYZ

| JEITA Full Members | Associate Members |
|---|---|
| **[T]** | |
| TABUCHI ELECTRIC CO., LTD. | TAIYO STAINLESS SPRING CO., LTD. |
| TAIYO WIRE CLOTH CO., LTD. | TAIYO YUDEN CO., LTD. |
| TAJIMI ELECTRONICS CO., LTD. | TAMRON CO., LTD. |
| TAMURA CORPORATION | TANAKA KIKINZOKU KOGYO K.K. |
| TANDBERG DATA (JAPAN) INC. | TAYCA CORPORATION |
| TDK CORPORATION | TEAC CORPORATION |
| TEIJIN LIMITED | TEIKOKU TSUSHIN KOGYO CO., LTD. |
| TERUMO CORPORATION | TETSUGEN CORPORATION |
| THE ASSOCIATION FOR PROMOTION OF DIGITAL BROADCASTING | TITAN KOGYO KABUSHIKI KAISHA |
| TOA CORPORATION | TOHO TITANIUM CO., LTD. |
| TOITU CO., LTD. | TOKO DENSHI CO., LTD. |
| TOKO, INC. | TOKYO COSMOS ELECTRIC CO., LTD. |
| TOKYO ELECTRON LTD. | TOKYO KEIKI INC. |
| TOKYO SANGYO YOSHI CO., LTD. | TOMIYAMA PURE CHEMICAL INDUSTRIES, LTD. |
| TOPS SYSTEMS CORP. | TOSHIBA CONSUMER MARKETING CORPORATION |
| TOSHIBA CORPORATION | TOSHIBA LIGHTING & TECHNOLOGY CORPORATION |
| TOSHIBA SOLUTIONS CORPORATION | TOSHIBA TEC CORPORATION |
| TOYO CORPORATION | TOYO JUSHI CO., LTD. |
| TOYOBO CO., LTD | TSUBAME RADIO CO., LTD. |
| TSUSHIN KOGYO ELECTRIC WIRE & CABLE CO., LTD. | TUV RHEINLAND JAPAN LTD. |
| TUV SUD ZACTA LTD. | TYCO ELECTRONICS JAPAN G.K. |
| Toyota Tsusho Electronics Corporation | |



HOME > JEITA Members [UVWXYZ]

**JEITA Members**

ABC  DEF  GHIJ  KLM  N  OPQR  S  T  UVWXYZ

|  | JEITA Full Members | Associate Members |
|---|---|---|
| **[U]** | | |
| | UACJ FOIL CORPORATION | UBE INDUSTRIES, LTD. |
| | UKC ELECTRONICS CORPORATION | UL JAPAN, INC. |
| | UNITECHNO INC. | UNITEX CORPORAION |
| | URAKAWA TRANSFORMER MFG. CO., LTD. | URICARE CO., LTD. |
| | USHIO INC. | |
| **[V]** | | |
| | VDE GLOBAL SERVICES JAPAN CO., LTD. | VOLEX JAPAN CO., LTD. |
| **[W]** | | |
| | WACOM CO., LTD. | WAKA MANUFACTURING CO., LTD. |
| | WAT CONSULTING CO., LTD | |
| **[X]** | | |
| **[Y]** | | |
| | YAMAHA CORPORATION | YAMAICHI ELECTRONICS CO., LTD. |
| | YASKAWA ELECTRIC CORPORATION | YAZAKI ENERGY SYSTEM CORPORATION |
| | YOKOGAWA ELECTRIC CORPORATION | |
| **[Z]** | | |
| | ZEON MEDICAL INC. | ZUKEN INCORPORATED |