# E<small>XHIBIT</small> B

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5   In re CATHODE RAY TUBE (CRT) )   Master Case No.
    ANTITRUST LITIGATION         )   3:07-cv-05944-SC
6                                )   MDL No. 1917
                                 )   Individual Case No.
7                                )   3:13-cv-01173-SC;
    _____)   3:13-cv-02776-SC
8                                )
    This Document Relates to:    )
9                                )
    ALL ACTIONS                  )
10  _____)

11

12

13

14              HIGHLY CONFIDENTIAL

15                   VOLUME 2

16        Videotaped Deposition of TOSHIHITO

17    NAKANISHI, taken on behalf of the Defendants,

18    at 501 West Broadway, 19th Floor, San Diego,

19    California, commencing at 9:35 a.m., Wednesday,

20    July 30, 2014, before Cheryl Sletta, CSR No.

21    7354, RPR.

22

23

24

25

                        173

BARKLEY
Court Reporters

07:17  1   technical difficulties.  How does the video look?

     2   Is it okay?  Okay.

     3         You also testified that you had no reason

     4   to believe, in or around 2002, that any of the CRT

07:17  5   suppliers from whom you were purchasing were

     6   conspiring; is that correct?

     7         MR. HEMLOCK:  Objection to form.

     8         THE WITNESS:  Correct.

     9   BY MR. BENSON:

07:18 10    Q   Why wouldn't this language in the column

    11   associated with 25V tubes have caused you to believe

    12   that SDI and LPD might possibly have been conspiring

    13   in June of 2002?

    14         MR. HEMLOCK:  Objection to form.

07:19 15         MS. KOBORI:  Objection to form.

    16         THE WITNESS:  Well, here, it's true, at

    17   25V, where you can see "$83," where it's circled,

    18   and the term is "landed in FOB San Diego."  So that

    19   means that in fact, in reality, it would be a

07:20 20   different price.

    21         As I said this morning, if it was FOB San

    22   Diego, there will be a cost associated with bringing

    23   from San Diego to Mexico.  So my understanding is

    24   that the actual cost would be different.  I believe

07:20 25   that would have been my understanding.  And so I

BARKLEY
Court Reporters

07:20   1    believe that it was -- it was the Japan side that --

        2    who used the term "conspiracy."

        3           DEFENDANTS' CHECK INTERPRETER:  Bid

        4    rigging.

07:21   5           THE INTERPRETER:  Huh?

        6           DEFENDANTS' CHECK INTERPRETER:  Bid

        7    rigging.

        8           THE INTERPRETER:  Yeah, price.  Price --

        9           DEFENDANTS' CHECK INTERPRETER:  Fixing.

07:21  10           THE INTERPRETER:  -- rigging or fixing.

       11           THE WITNESS:  But such term was used, but

       12    people in Japan do not know the situation with the

       13    border, for example.  They have no knowledge

       14    regarding how things go back and forth between San

07:21  15    Diego and Mexico.  So just because the price just

       16    happened to be $83, the same $83, they came up with

       17    this comment.  I think that's what I think.

       18    BY MR. BENSON:

       19       Q    Was there anything that happened following

07:22  20    your review of this document -- well, let me ask

       21    another question.

       22           Was there anything that happened in or

       23    after June of 2002 that caused you to believe that

       24    Samsung or LGPD were conspiring?

07:22  25           MS. KOBORI:  Objection.  Vague.

                                355

BARKLEY
Court Reporters

07:22  1          THE WITNESS:  No, nothing in particular.

       2  BY MR. BENSON:

       3      Q    After you received this document, did you

       4  continue to negotiate with both Samsung and LGPD for

07:22  5  purchases of CPT tubes?

       6      A    Yes, I did.

       7      Q    And did anything about their conduct in

       8  those negotiations cause you to believe that they

       9  may have been conspiring?

07:23 10      A    No, nothing in particular.

      11      Q    And did anything about the results of

      12  those negotiations cause you to believe that they

      13  may have been conspiring?

      14      A    No, nothing in particular.

07:23 15      Q    I'd like to ask you a little bit about the

      16  role --

      17          MR. HEMLOCK:  Sorry, I had an objection in

      18  there.  Forgive me if I didn't say it loud enough,

      19  but I objected to his last question.

07:24 20          Just:  Objection.  Form, please.  Thank

      21  you.

      22  BY MR. BENSON:

      23      Q    I'd like to ask you a little bit about --

      24  well, let me -- you commented earlier in response to

07:24 25  certain questions that one of the pieces of

                              356

BARKLEY
Court Reporters