1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
6
   BRAD D. BRIAN (State Bar No. 079001)
7  brad.brian@mto.com
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   E. MARTIN ESTRADA (State Bar No. 223802)
9  martin.estrada@mto.com
   GREGORY J. WEINGART (State Bar No. 157997)
10 gregory.weingart@mto.com
   MUNGER, TOLLES & OLSON LLP
11 355 South Grand Avenue
   Thirty-Fifth Floor
12 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
13 Facsimile:     (213) 687-3702

14 ROBERT E. FREITAS (State Bar No. 80948)
   rfreitas@fawlaw.com
15 FREITAS ANGELL & WEINBERG LLP
   350 Marine Parkway, Suite 200
16 Redwood Shores, California 94065
   Telephone:     (650) 593-6300
17 Facsimile:     (650) 593-6301

18 *Attorneys for Defendant LG Electronics, Inc.*

19                       UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

21

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | **CERTIFICATE OF SERVICE RE: LGE'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER**<br><br>Judge:  Hon. Samuel Conti<br>Date:   None Set<br>Ctrm:   1, 17th Floor |

CERTIFICATE OF SERVICE

1

2  *Sears, Roebuck and Co. and Kmart Corp. v.
3  Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514

4
   *Sharp Electronics Corp., et al. v. Hitachi Ltd.,
5  et al.,* No. 13-cv-1173

6  *Sharp Electronics Corp., et al. v. Koninklijke
7  Philips Elecs., N.V., et al.,* No. 13-cv-2776

8  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

9  *Siegel v. Technicolor SA,* No. 13-cv-05261

10 *Target Corp. v. Chunghwa Picture Tubes,
   Ltd.*, No. 11-cv-05514
11

12 *Target Corp. v. Technicolor SA,* No. 13-cv-05686

13
   *ViewSonic Corporation v. Chunghwa Picture
14 Tubes Ltd.*, No. 14-cv-2510

15

16

17

18

19

20

21

22

23

24

25

26

27

28                       CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, CA 90071-1560.

On February 13, 2015, I served true copies of the following document(s) described as:

(1) Defendants' Motion in Limine #16: To Permit Evidence And Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power;

(2) Exhibit A to the Declaration of E. Martin Estrada in Support of Defendants' Motion in Limine #16;

(3) Exhibit B to the Declaration of E. Martin Estrada in Support of Defendants' Motion in Limine #16; and

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jennifer.jones@mto.com to the persons at the e-mail addresses listed in the Service List. I sent this transmission at 9:43 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 13, 2015, at Los Angeles, California.


                                       */s/ Jennifer A. Jones*
                                       Jennifer A. Jones

CERTIFICATE OF SERVICE

*In Re: Cathode Ray Tue (CRT) Antitrust Litigation; Related To: Direct Purchaser Actions*
U.S. District Court for the Northern District of California
**Master File No. 3:07-cv-05944-SC; MDL No. 1917**

## SERVICE LIST

| | |
|---|---|
| Liaison Counsel for the Direct Action Plaintiffs | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>10 N. Pearl St., 4th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Email: piovieno@bsfllp.com<br>Email: anardacci@bsfllp.com |
| Counsel for Plaintiff Target Corporation and Viewsonic Corporation | Jason C. Murray<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-443-5582<br>Facsimile: 213-622-2690<br>Email: jmurray@crowell.com |
| Counsel for Plaintiff Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust | H. Lee Godfrey<br>Kenneth S. Marks<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>lgodfrey@susmangodfrey.com<br>kmarks@susmangodfrey.com |
| Counsel for Plaintiffs BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, LLC. | Roman M. Silberfeld<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: 310-552-0130<br>Facsimile: 310-229-5800<br>RMSilberfeld@rkmc.com |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Counsel for Plaintiff Sharp Electronics Manufacturing Company of America, Inc. | Craig A. Benson<br>Kenneth A. Gallo<br>Joseph J. Simons<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>2001 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 223-7300<br>Email: cbenson@paulweiss.com<br>Email: kgallo@paulweiss.com<br>Email: jsimons@paulweiss.com |
| Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation | William J. Blechman<br>KENNY NACHWALTER, P.A.<br>201 S. Biscayne Boulevard, Suite 1100<br>Miami, Florida 33131<br>Tel: (305) 373-1000<br>Fax: (305) 372-1861<br>Email: wblechman@knpa.com |
| Counsel for Indirect Purchaser Plaintiffs | Mario N. Alioto<br>Lauren C. Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Email: malioto@tatp.com<br>Email: laurenrussell@tatp.com |
| Counsel for Direct Purchaser Plaintiffs | Guido Saveri<br>R. Alexander Saveri<br>Geoffrey Rushing<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Email: guido@saveri.com<br>Email: rick@saveri.com<br>Email: grushing@saveri.com |
| California Office of the Attorney General | Kamala D. Harris<br>Attorney General of California<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate A venue, Suite 11000<br>San Francisco, CA 94102-3664<br>Telephone: ( 415) 703-5908<br>Email: emilio.varanini@doj.ca.gov |
| ALL DEFENSE COUNSEL | |

CERTIFICATE OF SERVICE