Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:    213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944-SC |
| This Document Relates to: | MDL No. 1917 |
| *All Indirect Purchaser Actions* | **DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF MITSUBISHI ELECTRIC'S NOTICE OF MOTION AND MOTIONS IN LIMINE NOS. 1-3** |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |

*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

## DECLARATION OF SHAUN M. VAN HORN

I, Shaun M. Van Horn, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am an associate at the law firm of Jenner & Block LLP, attorneys of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric"). I submit this declaration in support of Mitsubishi Electric's Motions in Limine Nos. 1-3. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. **[UNDER SEAL]** Attached to my declaration as **Exhibit 1** is a true and correct copy of Plaintiffs' Deposition Exhibit 6101, Samsung SDI Co., Ltd.'s Responses to Dell Plaintiffs' First Set of Interrogatories, designated as "Confidential" by Samsung SDI Co., Ltd.

3. **[UNDER SEAL]** Attached to my declaration as **Exhibit 2** is a true and correct copy of Yongtae Kim's Verification to Samsung SDI Co., Ltd.'s Responses to Dell Plaintiffs' First Set of Interrogatories, designated as "Confidential" by Samsung SDI Co., Ltd.

4. **[UNDER SEAL]** Attached to my declaration as **Exhibit 3** is a true and correct copy of D. Bernstein's 8/27/14 Letter to the Hon. Vaughn R. Walker, designated as "Confidential" by Dell Inc. and Dell Products L.P.

5. **[UNDER SEAL]** Attached to my declaration as **Exhibit 4** is a true and correct copy of a chart listing DAP designated depositions taken before September 26, 2013, and designated as "Confidential" by Mitsubishi Electric Corporation.

6. **[PUBLIC]** Attached to my declaration as **Exhibit 5** is a true and correct copy of a list of JEITA members as of 2011.

7. **[UNDER SEAL]** Attached to my declaration as **Exhibit 6** is a true and correct copy of Volume I of Hitoshi Tsukamoto's Deposition Transcript, excerpted at pages 97 to 101, and designated as "Highly Confidential" by Mitsubishi Electric Corporation.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 13th day of February, 2015 at Chicago, Illinois.

Dated: February 13, 2015

JENNER & BLOCK LLP

By:   /s/ Shaun M. Van Horn