| | |
|---|---|
| Calvin L. Litsey (SBN 289659)<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Telephone: +1 650-324-6700<br>Facsimile: +1 650-324-6701<br>calvin.litsey@FaegreBD.com | Jeffrey S. Roberts (*pro hac vice*)<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: +1 303-607-3500<br>Facsimile: +1 303-607-3600<br>jeff.roberts@FaegreBD.com |
| Kathy L. Osborn (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: +1 317-237-0300<br>Facsimile: +1 317-237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com | Stephen M. Judge (*pro hac vice*)<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Telephone: +1 574-234-4149<br>Facsimile: +1 574-239-1900<br>steve.judge@FaegreBd.com |

*Attorneys for Defendants Thomson Consumer, Inc. and Thomson SA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*<br><br>*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*<br><br>*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;* | **THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br>**(Civil Local Rule 79-5(d))** |

| | |
|---|---|
| 1 | *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725; |
| 2 | |
| 3 | *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; |
| 4 | |
| 5 | |
| 6 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; |
| 7 | |
| 8 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686 |
| 9 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 |
| 10 | |
| 11 | *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173 |
| 12 | |
| 13 | *ViewSonic Corporation v. Chunghwa Corp., et al.*, No. 14-cv-02510 |

14  In accordance with Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and

15  79-5(d), Defendants Thomson SA and Thomson Consumer Electronics, Inc. ("Thomson

16  Consumer") (collectively "Thomson Defendants") respectfully submit this Administrative Motion

17  for a Sealing Order regarding the concurrently filed Reply In Support of Thomson Consumer's

18  Motion for Summary Judgment and Partial Summary Judgment ("Reply"). The following

19  materials are submitted under seal: (a) the highlighted portions of Thomson Consumer's Reply;

20  and (b) Exhibits 33, 34, 35, 36, 37, 37E, and 38 attached to the concurrently filed Reply.

21  

22  This motion is supported by the Declaration of Jeffrey S. Roberts in Support of the

23  Thomson Defendants' Administrative Motion to File Under Seal and Reply In Support of

24  Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment ("Roberts

25  Declaration). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be

26  accompanied by a declaration "establishing that the document sought to be filed under seal . . .

27  [is] sealable.").

28

1  The highlighted portions of Thomson Consumer's Reply discuss or reference Exhibits 7, 9, 10, 19, 21, 22, 24, 27, and 32 to Plaintiffs' Opposition to Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment, documents previously designated as "Confidential" or "Highly Confidential" by the Thomson Defendants or other parties in this action that the Court has ordered sealed. (*See* Order Granting Administrative Motions for Leave to File Under Seal [Dkt. No. 3498].) Thomson Consumer submits these portions of its Reply under seal in good faith in order to comply with the Stipulated Protective Order and this Court's Local Rules.

In addition, Thomson Consumer's concurrently filed Reply discusses and attaches Exhibits 33, 34, 35, 36, 37, 37E, and 38, which contain documents or deposition testimony that have been designated as "Confidential" or "Highly Confidential" by the Thomson Defendants or other parties in this action under the terms of the Stipulated Protective Order entered in this case. (*See* Roberts Declaration at ¶15; *see also* [Dkt. No. 306].)

WHEREFORE, because Thomson Consumer's concurrently filed Reply discusses and/or references Exhibits that previously have been ordered sealed by the Court and discusses and attaches Exhibits 33, 34, 35, 36, 37, 37E, and 38, documents that have been designated "Confidential" or "Highly Confidential" by the Thomson Defendants or other parties under the terms of the Stipulated Protective Order entered in this case, Thomson Consumer respectfully requests that Court enter an Order sealing: (a) the highlighted portions of its Reply and (b) Exhibits 33, 34, 35, 36, 37, 37E, and 38 attached to Thomson Consumer's concurrently filed Reply.

| | | |
|---|---|---|
| 1 | Dated:  February 16, 2015 | Respectfully submitted, |

                                                           */s/ Jeffrey S. Roberts*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1-650 324-6700
Facsimile: +1-650 324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Thomson SA and Thomson Consumer Electronics, Inc.***