1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC MDL No. 1917 |
| 12 | |
| 13  This Document Relates to: | **[PROPOSED] ORDER GRANTING THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 14  *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173* | |
| 15 | |
| 16  *Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;* | |
| 17 | |
| 18  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-00141;* | |
| 19 | |
| 20  *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;* | |
| 21 | |
| 22  *Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;* | |
| 23 | |
| 24  *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;* | |
| 25 | |
| 26  *Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;* | |
| 27 | |
| 28  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;* | |

[PROPOSED] ORDER GRANTING THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL     1     No. 07-5944-SC; MDL No. 1917

1

2  *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA,*

3  *Ltd., et al., No. 13-cv-05668;*

4  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

5

6  *Target Corp. v. Technicolor SA, et al., No. 13-cv-05686;*

7

8  *Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

9  *ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.,* 3:14cv-02510;

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Upon consideration of Thomson Defendants' Administrative Motion to File Under Seal Portions of Reply In Support of Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment and the Declaration of Jeffrey S. Roberts in support thereof, and good cause appearing therefore:

The Court hereby GRANTS Thomson Defendants' motion to seal and orders that Exhibits 33, 34, 35, 36, 37, 37E, and 38 and the portions of Thomson Consumer's Reply that discuss and/or reference those exhibits and/or other exhibits previously ordered sealed, are properly sealable and shall be sealed.

IT IS SO ORDERED.

DATED: _____

Hon. Samuel Conti
United States District Judge