# EXHIBIT 39

| Field | Value |
|---|---|
| Doc ID Beg | T-0008498 |
| Doc ID Beg Attach | |
| PRODBATESBEG | TCE-CRT 0012393 |
| PRODBATESEND | TCE-CRT 0012394 |
| PRODBATES_BEGATTACH | |
| PRODBATES_ENDATTACH | |
| Application Name | Microsoft Word |
| Attach Document Date | |
| Attach Document IDs | |
| Attach Name | |
| Attach Number | |
| Author | |
| Custodian | Martin, Agnes |
| Date Accessed | |
| Date Created | 2/23/2001 |
| Date Last Modified | 2/27/2001 |
| Date Last Printed | |
| Date Received | 2/27/2001 |
| Date Sent | |
| Doc ID End | T-0008499 |
| Doc ID End Attach | |
| Document Date | |
| Document Extension | |
| Document Subject | |
| Document Title | |
| Document Type | E-DOC |
| Domain (Email BCC) | |
| Domain (Email CC) | |
| Domain (Email TO) | |
| Duplicate Custodians | |
| Duplicate Paths | |
| ED Folder | |
| ED Source | \Documents\Bilateral Market Intelligence Meetings\Philips\ |
| Email BCC | |
| Email CC | |
| Email From | |
| Email Importance | |
| Email Sensitivity | |
| Email Subject | Meeting with Philips – February 22nd, 2001-02-23 |
| Email To | |
| Email Unread | |
| File Description | |
| File Name | Meeting with Philips.doc |
| File Size | 24576 |
| FILE_FOLDER | |
| MD5 Hash | 01372F9194211DEC782FD2E671B01978 |
| Pages | 2 |