JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

BRAD D. BRIAN (State Bar no. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
CLAIRE YAN (State Bar No. 268521)
claire.yan@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: *All Indirect Purchaser Actions* *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | **CERTIFICATE OF SERVICE RE LG DEFENDANTS' ADMINISTRATIVE MOTIONS TO SEAL IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE #8: TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO DAMAGES FROM "SPILLOVER" OR "RIPPLE" EFFECTS OF FOREIGN PRICE-FIXING ACTIVITIES ON U.S. PRICES** Judge:   Hon. Samuel Conti Crtrm.:  1, 17th Floor |

*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

*Siegel v. Technicolor SA*, No. 13-cv-05261

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Target Corp. v. Technicolor SA*, No. 13-cv-05686

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within action; my business address is 355 S. Grand Ave., Los Angeles, California 90071.

On February 13, 2015, I served upon the parties in this action documents described as:

1. Defendants' Motion in Limine #8: To Exclude Evidence and Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices;

2. Exhibit 2 to the Declaration of Claire Yan in Support of Defendants' Motion in Limine #8: To Exclude Evidence and Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices; and

3. Exhibit 3 to the Declaration of Claire Yan in Support of Defendants' Motion in Limine #8: To Exclude Evidence and Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

☐ By placing ☐ the original ☐ a true copy thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be deposited with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation dated or postage meter date is more than one day after dated of deposit for mailing, pursuant to this affidavit.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** By attaching a true copy thereof to the email addressed as stated on the attached service list.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 13, 2015, at Los Angeles, California.

*/s/ Cynthia S. Soden*
Cynthia S. Soden

*In Re: Cathode Ray Tue (CRT) Antitrust Litigation; Related To: Direct Purchaser Actions*
U.S. District Court for the Northern District of California
Master File No. 3:07-cv-05944-SC; MDL No. 1917

### Service List

| | |
|---|---|
| Liaison Counsel for the Direct Action Plaintiffs | Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>10 N. Pearl St., 4th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Email: piovieno@bsfllp.com<br>Email: anardacci@bsfllp.com |
| Counsel for Plaintiff Target Corporation and Viewsonic Corporation | Jason C. Murray<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-443-5582<br>Facsimile: 213-622-2690<br>Email: jmurray@crowell.com |
| Counsel for Plaintiff Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust | H. Lee Godfrey<br>Kenneth S. Marks<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>lgodfrey@susmangodfrey.com<br>kmarks@susmangodfrey.com |
| Counsel for Plaintiffs BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, LLC. | Roman M. Silberfeld<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: 310-552-0130<br>Facsimile: 310-229-5800<br>RMSilberfeld@rkmc.com |

| | |
|---|---|
| Counsel for Plaintiff Sharp Electronics Manufacturing Company of America, Inc. | Craig A. Benson<br>Kenneth A. Gallo<br>Joseph J. Simons<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>2001 K Street NW<br>Washington, DC  20006<br>Telephone: (202) 223-7300<br>Email: cbenson@paulweiss.com<br>Email: kgallo@paulweiss.com<br>Email: jsimons@paulweiss.com |
| Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation | William J. Blechman<br>KENNY NACHWALTER, P.A.<br>201 S. Biscayne Boulevard, Suite 1100<br>Miami, Florida 33131<br>Tel: (305) 373-1000<br>Fax: (305) 372-1861<br>Email: wblechman@knpa.com |
| Counsel for Indirect Purchaser Plaintiffs | Mario N. Alioto<br>Lauren C. Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Email: malioto@tatp.com<br>Email: laurenrussell@tatp.com |
| Counsel for Direct Purchaser Plaintiffs | Guido Saveri<br>R. Alexander Saveri<br>Geoffrey Rushing<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Email: guido@saveri.com<br>Email: rick@saveri.com<br>Email: grushing@saveri.com |
| California Office of the Attorney General | Kamala D. Harris<br>Attorney General of California<br>Emilio E. Varanini<br>Deputy Attorney General<br>455 Golden Gate A venue, Suite 11000<br>San Francisco, CA 94102-3664<br>Telephone: ( 415) 703-5908<br>Email: emilio.varanini@doj.ca.gov |
| ALL DEFENSE COUNSEL | |