(*Stipulating Parties Listed on Signature Pages*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776;<br><br>*Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514;<br><br>*Viewsonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:14-cv-002510 | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR BRIEFING FOR DAPS' MOTIONS IN LIMINE #11 AND DEFENDANTS MOTION IN LIMINE #2** |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling dated December 12, 2014 (Doc. No. 3182) ("Stipulation and Order"), Direct Action Plaintiffs' ("DAPs") filed a series of motions in limine on February 13, 2015;

WHEREAS, DAPs filed Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission ("DAP MIL #11") on February 13, 2015;

WHEREAS, pursuant to the Stipulation and Order, Defendants filed Motion in Limine No. 2 to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations ("Defendants MIL #2) on February 13, 2015;

WHEREAS, pursuant to the Stipulation and Order Regarding Deadline for Briefing and Hearing Date For Motions In Limine (Doc. No. 3605), Defendants must file its opposition to

1  DAPs MIL #11 and DAPs must file its opposition to Defendants MIL #2 no later than February
2  27, 2015;
3      WHEREAS, pursuant to the Scheduling Order dated February 9, 2015 (Doc. No. 3515) the
4  Court vacated the trial date, pre-trial conference, and all outstanding pre-trial deadlines and set a
5  status conference and trial setting for August 7, 2015;
6      WHEREAS, counsel for the DAPs, and Defendants have met and conferred and agree that
7  a modest modification of the case schedule regarding DAPs MIL #11 and Defendants MIL #2 will
8  aid in the efficient resolution of the litigation;
9      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs
10 and Defendants as follows:
11     1.  Defendants Response to DAPs MIL #11 must be filed no later than March 13,
12 2015;
13     2.  DAPs Response to Defendants MIL #2 must be filed no later than March 13, 2015;
14     3.  DAPs' Response In Support of DAPs MIL #11 must be filed no later than March
15 27, 2015;
16     4.  Defendants Response In Support of Defendants MIL #2 must be filed no later than
17 March 27, 2015; and
18     5.  The hearing before the Court regarding MIL #11 will be held at the Court's
19 convenience.
20                                          * * *
21     The undersigned parties jointly and respectfully request that the Court enter this
22 stipulation as an order.
23
24 PURSUANT TO STIPULATION, IT IS SO ORDERED.
25
26 Dated:_____           _____
27                                    Hon. Samuel Conti
                                      United States District Judge
28

1  DATED: February 17, 2015

2                                              BAKER BOTTS LLP

3                                   By:  /s/ Erik T. Koons
     JOHN M. TALADAY (*pro hac vice*)
4    john.taladay@bakerbotts.com
     JOSEPH OSTOYICH (*pro hac vice*)
5    joseph.ostoyich@bakerbotts.com
     ERIK T. KOONS (*pro hac vice*)
6    erik.koons@bakerbotts.com
     CHARLES M. MALAISE (*pro hac vice*)
7    Charles.malaise@bakerbotts.com
     BAKER BOTTS LLP
8    1299 Pennsylvania Avenue, N.W.
     Washington DC 20004-2400
9    Telephone:  (202) 639-7700
     Facsimile:  (202) 639-7890
10
     JON V. SWENSON (SBN 233054)
11   jon.swenson@bakerbotts.com
     BAKER BOTTS LLP
12   1001 Page Mill Road
     Building One, Suite 200
13   Palo Alto, CA 94304
     Telephone:  (650) 739-7500
14   Facsimile:  (650) 739-7699
     E-mail:  jon.swenson@bakerbotts.com
15
     *Attorneys for Defendants Koninklijke Philips N.V.,*
16   *Philips Electronics North America Corporation,*
     *Philips Taiwan Ltd., and Philips do Brasil, Ltda.*
17

18                                           **WHITE & CASE** LLP

19                                  By:  /s/ Lucius B. Lau
     Christopher M. Curran (*pro hac vice*)
20   ccurran@whitecase.com
     Lucius B. Lau (*pro hac vice*)
21   alau@whitecase.com
     Dana E. Foster (*pro hac vice*)
22   defoster@whitecase.com
     701 Thirteenth Street, N.W.
23   Washington, DC  20005
     tel.: (202) 626-3600
24   fax: (202) 639-9355

25
     *Counsel to Defendants Toshiba Corporation,*
26   *Toshiba America, Inc., Toshiba America Information*
     *Systems, Inc., Toshiba America Consumer Products,*
27   *L.L.C., and Toshiba America Electronic*
     *Components, Inc.*
28

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
WINSTON & STRAWN LLP
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)
Aldo A. Badini Cal. Bar No. 257086
Eva W. Cole (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:     (212) 294-4692
Facsimile:     (212) 294-4700
Email:         jkessler@winston.com
               abadini@winston.com
               pvictor@winston.com
               ewcole@winston.com
               mmdonovan@winston.com

WEIL, GOTSHAL & MANGES LLP
Steven A. Reiss (*pro hac vice*)
David L. Yohai (*pro hac vice*)
Adam C. Hemlock (*pro hac vice*)
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007
Email:         steven.reiss@weil.com
               david.yohai@weil.com
               adam.hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ James L. McGinnis*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:     (415) 434-9100

| | |
|---|---|
| 1 | Facsimile:   (415) 434-3947 |
| 2 | E-mail:   ghalling@sheppardmullin.com |
|   | jmcginnis@sheppardmullin.com |
|   | mscarborough@sheppardmullin.com |

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*


KIRKLAND & ELLIS LLP

By: */s/ Eliot A Adelson*
KIRKLAND & ELLIS LLP
Eliot A. Adelson Cal. Bar. No. 205284
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500
Email:   eadelson@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*


GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass Cal. Bar. No. 219301
Joel S. Sanders Cal. Bar. No. 107234
Austin V. Schwing Cal. Bar. No. 211696
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306
Email:   rbrass@gibsondunn.com
jsanders@gibsondunn.com
aschwing@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*


FAEGRE BAKER DANIELS LLP

By: */s/ Ryan M. Hurley*
FAEGRE BAKER DANIELS LLP
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*


JENNER & BLOCK LLP

By: */s/ Michael T. Brody*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER&BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINE FOR BRIEFING FOR DAPS' MIL #11 AND DEFENDANTS MIL #2

Case No. 07-5944
MDL NO. 1917

|   |   |
|---|---|
| 1 | |
| 2 | SQUIRE PATTON BOGGS (US) LLP |
| 3 | By: /s/ Donald A. Wall |
|   | Mark Dosker |
| 4 | Nathan Lane, III |
|   | 275 Battery Street, Suite 2600 |
| 5 | San Francisco, CA  94111 |
|   | Telephone:  415.954.0200 |
| 6 | Facsimile:  415.393.9887 |
|   | Email:  mark.dosker@squirepb.com |
| 7 | nathan.lane@squirepb.com |

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Donald A. Wall*
Mark Dosker
Nathan Lane, III
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:  415.954.0200
Facsimile:  415.393.9887
Email:  mark.dosker@squirepb.com
nathan.lane@squirepb.com

Donald A. Wall (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone:  602.528.4000
Facsimile:  602.253.8129
Email:  donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: */s/ Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email:  jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

7

1
2
3

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co. et al. v. Technicolor SA, et al.*

4

MUNGER, TOLLES & OLSON LLP

5
6
7
8
9
10
11

By: /s/_Brad D. Brian_____
JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

12
13
14
15
16
17
18
19

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

20
21
22
23

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

24
25

*Attorneys for Defendant LG Electronics, Inc.*

26

SUSMAN GODFREY L.L.P.

27
28

*By: /s/_Jonathan J. Ross_____*
Kenneth S. Marks
Jonathan J. Ross

Johnny W. Carter
David M. Peterson
John P. Lahad
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com
Email: jlahad@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, Solely in his Capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP

*By: /s/ Craig A. Benson*_____
Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/  Laura E Nelson
Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
Jill Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com
Email: jcasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
Email: kcwildfang@rkmc.com
Email: lenelson@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*


CROWELL & MORING LLP

By: /s/ *Astor H.L Heaven*_____
Jason C. Murray (CA Bar No. 169806)

|   |   |
|---|---|
| 1 | CROWELL & MORING LLP |
| 2 | 515 South Flower St., 40th Floor |
|   | Los Angeles, CA 90071 |
| 3 | Telephone: 213-443-5582 |
|   | Facsimile: 213-622-2690 |
| 4 | Email: jmurray@crowell.com |

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
Email aheaven@crowell.com

*Attorneys for Target Corp. and Viewsonic Corp.*

KENNY NACHWALTER, P.A.

By: /s/ _Kevin J. Murray_____
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.