Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD., and
HITACHI ELECTRONIC DEVICES (USA),
INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*All Direct Purchaser Actions* | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF VARIOUS DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) [ECF 3570, 3590, 3592]** |

I, James Maxwell Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and the Northern District of California. I am an associate with Kirkland & Ellis LLP, and counsel for Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

3. On June 18, 2008 the Court approved a "Stipulated Protective Order" in this matter (ECF No. 0306).

4. The Hitachi Defendants have disclosed or produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Stipulated Protective Order, I make this declaration on behalf of the Hitachi Defendants to provide the Court with a basis to maintain under seal certain documents that quote from, contain, reflect, describe, or are documents or information designated by Hitachi Defendants as "Confidential" or "Highly Confidential."

6. On February 13, 2015, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. filed Defendants' Joint Motion In Limine No. 9 to Exclude Certain Expert Testimony of Jerry A. Hausman (ECF No. 3591, "Defendants' Joint MIL No. 9"), the Declaration of Lucius B. Lau in Support of Defendants' Joint Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 3590-1, "Lau Declaration"), and Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 3590). I am informed and believe that the following documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

    a. Exhibit A to the Lau Declaration, a true and correct copy of the Expert Report of

Jerry A. Hausman, dated April 15, 2014;

    b.    Exhibit C to the Lau Declaration, a true and correct copy of the Expert Rebuttal Report of Jerry A. Hausman, dated Sept. 26, 2014;

    c.    Exhibit D to the Lau Declaration, a true and correct copy of Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s First Supplemental Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc. and Samsung SDI America, Inc.'s First Set of Interrogatories, dated Feb. 26, 2014; and

    d.    Portions of Defendants' Joint MIL No. 9 that quote from or cite to Exhibits A, C, or D to the Lau Declaration.

7.    On February 13, 2015, Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation filed their Joint Defense Motion in Limine No. 10 - Notice of Motion and Motion to Exclude Evidence of any Alleged CDT Price-Fixing Conspiracy (ECF No. 3574, "Joint Defense MIL No. 10"), the Declaration of Tiffany B. Gelott in Support of Joint Defense MIL No. 10, (ECF No. 3574-1, "Gelott Declaration in Support of Joint Defense MIL No. 10"), and Philips' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (ECF No. 3570). I am informed and believe that Exhibit 2 to the Gelott Declaration in Support of Joint Defense MIL No. 10, a copy of Sharp's First Supplemental Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc. and Samsung SDI America, Inc.'s First Set of Interrogatories, dated February 26, 2014, cites to or quotes from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

8.    On February 13, 2015, Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation filed their Joint Defense Motion in Limine No. 15 - Motion to Exclude Evidence Related to a Violation of the Antitrust Laws under a Rule of Reason Analysis (ECF No. 3593, "Joint Defense MIL No. 15"), the Declaration of Tiffany B. Gelott in Support of Joint Defense MIL No. 15 (ECF No. 3593-1, "Gelott Declaration in Support of Joint Defense MIL No. 15"), and Philips' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d)

(ECF No. 3592).   I am informed and believe that the following documents cite to or quote from documents that the Hitachi Defendants have designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order:

      a.   Joint Defense MIL No. 15 at page 4, lines 16-19; and

      b.   Exhibit 1 to the Gelott Declaration in Support of Joint Defense MIL No. 15, a copy of interrogatory responses from Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s First Supplemental Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc. and Samsung SDI America, Inc.'s First Set of Interrogatories, dated February 26, 2014.

9.   I am informed and believe that the documents described in paragraphs six through eight, and subparts thereto, consist of, quote from, and/or contain confidential, non-public, proprietary, and highly sensitive business information.  The documents contain confidential, non-public information about the Hitachi Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies that remain important to the Hitachi Defendants' competitive positions. Upon information and belief, the public disclosure of this sensitive information presents a risk of undermining the Hitachi Defendants' relationships and would put the Hitachi Defendants at a competitive disadvantage.

10.   I am informed and believe that the Hitachi Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in paragraphs six through eight, and subparts thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February at San Francisco, California.

            */s/ James Maxwell Cooper*
            James Maxwell Cooper