SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF VARIOUS DEFENDANTS' MOTIONS TO SEAL [DKT NOS. 3584, 3590, 3598]** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |

1
2 *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

3 *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
4
5 *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

6 *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262;
7
8 *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    I, TYLER M. CUNNINGHAM, do declare and state as follows:

2    1. I am a member of the bar of the State of California and an associate with
3    Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI
4    America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico
5    S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung
6    SDI Co., Ltd. (collectively "SDI") in these actions.  I make this declaration in support of the
7    Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil
8    Local Rules 7-11 and 79-5(d) (MDL Dkt. No. 3584); Defendants' Administrative Motion to File
9    Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (MDL Dkt. No. 3590); and
10   the Mitsubishi Electric Defendants' Administrative Motion to File Documents Under Seal (Dkt.
11   No. 3598).  Except for those matters stated on information and belief, about which I am informed
12   and which I believe to be true, I have personal knowledge of the matters set forth herein, and could
13   and would testify competently to each of them.

14   2. SDI has disclosed or produced to the parties in this action certain
15   documents and information designated as either "Confidential" or "Highly Confidential" pursuant
16   to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) ("Protective Order").

17   3. On February 13, 2015, Defendants Toshiba Corporation, Toshiba America,
18   Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and
19   Toshiba America Electronic Components, Inc. filed Defendants' Joint Motion In Limine No. 9 to
20   Exclude Certain Expert Testimony of Jerry A. Hausman (Dkt. No. 3591) ("Defendants' MIL No.
21   9") and the supporting Declaration of Lucius B. Lau ("Lau Declaration").  I am informed and
22   believe that Lau Declaration Exhibit A cites to or quotes documents or deposition testimony that
23   SDI has designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order.

24   4. On February 13, 2015, Defendants Toshiba Corporation, Toshiba America,
25   Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and
26   Toshiba America Electronic Components, Inc. filed the Toshiba Defendants' Motion to Decertify
27   the Statewide IPP Classes for Damages (MDL Dkt. No. 3585) and the supporting Declaration of J.
28   Frank Hogue ("Hogue Declaration").   I am informed and believe that Hogue Declaration Exhibits

-1-

Case No. 07-5944 SC; MDL No. 1917      CUNNINGHAM DECLARATION I/S/O VARIOUS DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL DOCUMENTS

1  B, C and D cite to or quote documents or deposition testimony that SDI has designated as

2  "Confidential" or "Highly Confidential" pursuant to the Protective Order.

3          5.      On February 13, 2015 certain Defendants filed Mitsubishi Electric's Notice

4  of Motion and Motions In Limine Nos. 1-3 ("Defendants' MIL Nos. 1-3") (MDL Dkt. No. 3601)

5  and the supporting declaration of Shaun M. Van Horn ("Van Horn Declaration").  I am informed

6  and believe that Defendants' MIL Nos. 1-3 and Van Horn Declaration Exhibits 1 and 3 cite to or

7  quote documents or deposition testimony that SDI has designated "Confidential" or "Highly

8  Confidential" pursuant to the Protective Order.

9          6.      I am informed and believe that the documents described in paragraphs 2

10 through 5 consist of, quote from, cite to and/or contain confidential, non-public and highly

11 sensitive business information concerning SDI's sales, business and supply practices and/or

12 competitive positions.  Upon information and belief, disclosure of this information would risk

13 undermining SDI's business relationships and would place SDI at a competitive disadvantage.

14         I declare under penalty of perjury of the laws of the United States that the foregoing

15 is true and correct.

16         Executed on February 17, 2015 at San Francisco, California.

17                                                  */s/ Tyler M. Cunningham*
                                                    TYLER M. CUNNINGHAM
18

-2-

Case No. 07-5944 SC; MDL No. 1917         CUNNINGHAM DECLARATION I/S/O VARIOUS DEFENDANTS'
                                          ADMINISTRATIVE MOTION TO SEAL DOCUMENTS