Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD., and
HITACHI ELECTRONIC DEVICES (USA),
INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF JAMES MAXWELL COOPER IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFENDANTS' MOTION IN LIMINE #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER [ECF 3596]** |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*All Direct Purchaser Actions* | |

I, James Maxwell Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and the Northern District of California. I am an associate with Kirkland & Ellis LLP, and counsel for Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants").

2. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

3. On June 18, 2008 the Court approved a "Stipulated Protective Order" in this matter (ECF No. 0306).

4. The Hitachi Defendants have disclosed or produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On February 13, 2015, Defendant LG Electronics, Inc. filed an Administrative Motion to Seal (ECF 3596) and filed conditionally under seal, pursuant to Civil Local Rule 7-11, the following documents:

    a. Portions of Defendants' Motion in Limine #16: To Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power ("Defendants' MIL #16", ECF 3597); and

    b. Certain exhibits to the Declaration of Martin Estrada in Support of Defendants' MIL #16 ("Estrada Declaration", ECF 3597-1).

6. Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Stipulated Protective Order, I make this declaration on behalf of the Hitachi Defendants to provide the Court with a basis to maintain under seal certain documents that quote from, contain, reflect, describe, or are documents or information designated by Hitachi Defendants as "Confidential" or "Highly Confidential."

7. Attached as Exhibit A to the Estrada Declaration is a true and correct copy of an excerpt from the Expert Report of Alan S. Frankel, Ph.D., dated April 15, 2015, that has been designated as "Highly Confidential" pursuant to the Protective Order.

8. Upon information and belief, Exhibit A to the Estrada Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. This Exhibit contains, cites, and/or identifies confidential information about the Hitachi Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Hitachi Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Hitachi Defendants at a competitive disadvantage.

9. I understand that the Hitachi Defendants consider any statements in Defendants' MIL # 16 purporting to summarize the exhibits or any other documents or information designated "Confidential" or "Highly Confidential" by the Hitachi Defendants confidential and proprietary. I am informed and believe that the Hitachi Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Exhibit A to the Estrada Declaration and referenced in Defendants' MIL #16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February at San Francisco, California.

        */s/ James Maxwell Cooper*
        James Maxwell Cooper