| | |
|---|---|
| Kenneth S. Marks (*pro hac vice*) | |
| Jonathan R. Ross (*pro hac vice*) | |
| SUSMAN GODFREY LLP | |
| 1000 Louisiana Street, Suite 5100 | |
| Houston, Texas 77002-5096 | |
| Telephone: (713) 651-9366 | |
| Facsimile: (713) 654-6666 | |
| Email: kmarks@susmangodfrey.com | |
|       jross@susmangodfrey.com | |

*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:11-cv-05502 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **STIPULATION OF DISMISSAL** |
|       Plaintiff, | |
| v. | |
| HITACHI, LTD., ET AL. | |
|       Defendants. | |

STIPULATION OF DISMISSAL - 1

MASTER FILE NO.: 3:07-cv-5944 SC
CASE NO. 3:11-CV-05502 SC

3482409v1/012325

1    Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("CC Trust"), and defendants Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively "Hitachi"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Hitachi with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation is not a dismissal of any person or entity other than Hitachi.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

IT IS SO STIPULATED.

Dated:  February 18, 2015                      SUSMAN GODFREY L.L.P.

By:  __/s/ Kenneth S. Marks____
     Kenneth S. Marks
     Jonathan J. Ross
     SUSMAN GODFREY L.L.P.
     1000 Louisiana Street, Suite 5100
     Houston, Texas 77002
     Telephone:  (713) 651-9366
     Facsimile:  (713) 654-6666
     Email:   kmarks@susmangodfrey.com
              jross@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

Dated:  February 18, 2015                      By:  /s/ Eliot A. Adelson
     Eliot A. Adelson
     James Maxwell Cooper
     KIRKLAND & ELLIS LLP
     555 California Street, 27th Floor
     San Francisco, CA  94104
     Telephone: (415) 439-1400
     Facsimile: (415) 439-1500
     Email: eadelson@kirkland.com
     Email: max.cooper@kirkland.com

---

STIPULATION OF DISMISSAL - 2

MASTER FILE NO.:  3:07-cv-5944 SC
CASE NO. 3:11-CV-05502 SC

3482409v1/012325

|   |   |
|---|---|
| 1 | James H. Mutchnik, P.C. (pro hac vice) |
| 2 | Barack Echols (pro hac vice) |
|   | KIRKLAND & ELLIS LLP |
| 3 | 300 North LaSalle |
|   | Chicago, Illinois 60654 |
| 4 | Telephone: (312) 862-2000 |
|   | Facsimile: (312) 862-2200 |
| 5 | Email: jmutchnik@kirkland.com |
|   | Email: bechols@kirkland.com |
| 6 |   |
| 7 | *Attorneys for Defendants Hitachi, Ltd.,* |
|   | *Hitachi Displays, Ltd. (n/k/a Japan* |
| 8 | *Display Inc.), Hitachi America, Ltd.,* |
|   | *Hitachi Asia, Ltd., and Hitachi Electronic* |
| 9 | *Devices (USA), Inc.* |

   Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

---

| STIPULATION OF DISMISSAL - 3 | MASTER FILE NO.: 3:07-cv-5944 SC |
|---|---|
|   | CASE NO. 3:11-CV-05502 SC |

3482409v1/012325

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February, 2015 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/ *Kenneth S. Marks*
Kenneth S. Marks