IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| ALL ACTIONS | |

Now before the Court is a motion filed by Marc H. Kallish of Freeborn & Peters LLP to withdraw as counsel on behalf of Defendant Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (collectively, "Philips"). ECF No. 3479. The time to file a responsive brief passed on February 9, 2015, and no opposition was filed.

In support of his motion, counsel points out that the limited purpose for which he appeared is now complete. Furthermore, Philips did not object to Mr. Kallish's withdrawal, and Philips remains represented in this matter by other counsel.

Because written notice has been given, there is no objection,

1 and Philips remains represented by counsel, there is no need for
2 conditional withdrawal.  <u>See</u> Civ. L.R. 11-5.  Accordingly, the
3 motion is GRANTED.

5     IT IS SO ORDERED.

7     Dated: February 19, 2015     
8                                   UNITED STATES DISTRICT JUDGE

2