Brent Caslin (Cal. Bar. No. 198682)
Jenner & Block LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:     213 239-5100
Facsimile:      213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     312 222-9350
Facsimile:      312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Master Case No. 07-cv-05944-SC<br>Case No. 14-cv-2058-SC<br>MDL No. 1917<br><br>**DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF REPLY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' MOTION TO MODIFY DIRECT PURCHASER PLAINTIFF CLASS CERTIFICATION SCHEDULING ORDER** |

## DECLARATIION OF GABRIEL A. FUENTES

I, Gabriel A. Fuentes, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am a Partner at the law firm of Jenner & Block LLP, attorneys of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric U.S., Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively referred to here as "Mitsubishi Electric"). I submit this declaration in support of Mitsubishi Electric's Reply in Support of the Mitsubishi Electric Defendants' Motion to Modify Direct Purchaser Plaintiff Class Certification Schedule ("Reply"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. On December 8-9, 2014, Douglas A. Millen took the deposition of Koji Murata on behalf of the Direct Purchaser Plaintiffs ("DPPs"). Certain Direct Action Plaintiffs ("DAPs") also participated in this deposition.

3. On December 10-11, 2014, Scott Wagner took the deposition of Masahiko Konishi on behalf of the DAPs. Upon information and belief, the DPPs also participated in this deposition.

4. On January 9, 2015, Mitsubishi Electric provided the DAPs with a Second Supplemental Response to the DAPs' First Set of Interrogatories.

5. On January 16, 2015, Mitsubishi Electric provided the DPPs with a Supplemental Response to the DPPs' First Set of Interrogatories.

6. On January 20, 2015, Mitsubishi Electric responded to Direct Purchaser Plaintiff Wettstein and Sons, Inc.'s First Set of Interrogatories and First Set of Requests for Documents.

7. The deposition of Kunihiko Seki is scheduled for February 24-25, 2015. Upon information and belief, counsel for both the DPPs and DAPs will participate in Mr. Seki's deposition.

8. On January 28, 2015, Mitsubishi Electric's counsel contacted counsel for the DPPs to negotiate an extension of the class certification schedule. The DPPs, however, declined to agree to any extension of the schedule.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 19 day of February, 2015 at Chicago, Illinois.

Dated: February 19, 2015              JENNER & BLOCK LLP

                                      By:   */s/ Gabriel A. Fuentes*

---

3
DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' REPLY
Case No. 14-cv-2058-SC; MDL NO. 1917