Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA., et al.*, No. 13-cv-05261; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

*Best Buy Co., et al. v. Hitachi, Ltd., et al.*,
No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA., et al.*,
No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*,
No. 13-cv-05686;

*Sears, Roebuck and Co and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*,
No. 11-cv-05514;

*Sears, Roebuck and Co and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*ViewSonic Corp., v. Chunghwa Picture Tubes, Ltd.*, No. 3:14cv-02510.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE
MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. ("TAIS") (collectively, the "Toshiba Defendants"). I make this declaration in support of Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd.'s (collectively the "SDI Defendants") Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5 (Dkt. No. 3560) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On February 13, 2015, the SDI Defendants filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the Declaration of James L. McGinnis in Support of SDI Defendants' Motion *in Limine* to Prohibit Plaintiffs from Conflating SDI with Non-Parties, including but Not Limited to Samsung Electronics Co., Ltd. (the "McGinnis Declaration") (Dkt. No. 3560-3) and exhibits thereto.

6. On February 13, 2015, the SDI Defendants filed the Declaration of Helen C. Eckert in Support of the Motion to Seal (Dkt. No. 3560-1), which states that Exhibits 1 and 2 to the McGinnis Declaration contain excerpts from, or statements derived from

1  documents and testimony that have been designated as "Confidential" or "Highly
2  Confidential" under the Stipulated Protective Order.

3     7.   Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective
4  Order, the following materials should be maintained under seal:

5     a. Exhibit 1 to the McGinnis Declaration, which includes excerpts from
6        Circuit City's Rebuttal Report of Alan S. Frankel, dated September 26,
7        2014, that quotes from, describes, or summarizes on page 13 the Expert
8        Report of Edward A. Snyder that the Toshiba Defendants have
9        designated as "Highly Confidential" under the Stipulated Protective
10       Order; and

11    b. Exhibit 2 to the McGinnis Declaration, which is excerpts from Circuit
12       City's Supplemental Report of Alan S. Frankel, dated June 30, 2014, that
13       describes or summarizes in attached Exhibit 20b, documents Bates-
14       labeled TACP-CRT-00000045 through TACP-CRT-00000064 and TAIS-
15       CRT-00000970, that TAIS or TACP have designated as "Confidential"
16       under the Stipulated Protective Order.

17    8.   The materials listed in Paragraph 7 contain confidential, non-public,
18 proprietary, and highly sensitive business information. The materials contain confidential,
19 non-public information about the Toshiba Defendants' sales practices, business and
20 supply agreements, and competitive positions. They describe relationships with
21 companies — including customers and vendors — that remain important to the Toshiba
22 Defendants' competitive positions. Upon information and belief, publicly disclosing this
23 sensitive information presents a risk of undermining the Toshiba Defendants'
24 relationships, would cause harm with respect to the Toshiba Defendants' competitors and
25 customers, and would put the Toshiba Defendants at a competitive disadvantage.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1     I declare under penalty of perjury under the laws of the United States of America
2 that the foregoing is true and correct.
3     Executed this 20th day of February, 2015, in Washington, D.C.

                                                Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN
SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE
MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917
4

**CERTIFICATE OF SERVICE**

On February 20, 2014, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster