1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Consumer Products, L.L.C., Toshiba America*
   *Electronic Components, Inc., and Toshiba*
11 *America Information Systems, Inc.*
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA*, No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFENDANTS' MOTION *IN LIMINE* #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER** |

1
2  *Best Buy Co., et al. v. Technicolor SA., et al.*,
   No. 13-cv-05264;
3
4  *Target Corp. v. Chunghwa Picture Tubes,
   Ltd., et al.*, No. 11-cv-05514;
5
6  *Target Corp. v. Technicolor SA*,
   No. 13-cv-05686;
7
8  *Sears, Roebuck and Co and Kmart Corp. v.
   Chunghwa Picture Tubes, Ltd.*,
9  No. 11-cv-05514;

10 *Sears, Roebuck and Co and Kmart Corp. v.
11 Technicolor SA*,
   No. 13-cv-05262;
12
13 *ViewSonic Corp., v. Chunghwa Picture
   Tubes, Ltd.*, No. 3:14cv-02510.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF LGE'S ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFENDANTS' MOTION *IN LIMINE* #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER
Case No. 07-5944 SC, MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. ("TAIS") (collectively, the "Toshiba Defendants"). I make this declaration in support of LG Electronics, Inc.'s Administrative Motion to Seal in Connection with Defendants' Motion *in Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power (Dkt. No. 3596) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" pursuant to the Stipulated Protective Order.

5. On February 13, 2015, LG Electronics, Inc. filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), Defendants' Motion *in Limine* #16 to Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power (the "Motion *in Limine*") (Dkt. No. 3596-3) and exhibits thereto.

6. On February 13, 2015, LG Electronics, Inc. filed the Declaration of E. Martin Estrada in Support of the Motion to Seal (Dkt. No. 3596-1), which states that the redacted portions of the Motion *in Limine* and attached exhibits contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, Exhibit A to the Declaration of E. Martin Estrada in Support of the Motion *in*

1  *Limine*, which includes excerpts from Best Buy's Expert Report of Alan S. Frankel, dated
2  April 15, 2014, should remain under seal. Exhibit A describes or summarizes on page 14
3  documents Bates-labeled TACP-CRT-00000045 through TACP-CRT-00000064 and
4  TAIS-CRT-00000970, that TAIS or TACP have designated as "Confidential" under the
5  Stipulated Protective Order.

6      8. The materials listed in Paragraph 7 contain confidential, non-public,
7  proprietary, and highly sensitive business information. The materials contain confidential,
8  non-public information about the Toshiba Defendants' sales practices, business and
9  supply agreements, and competitive positions. They describe relationships with
10 companies — including customers and vendors — that remain important to the Toshiba
11 Defendants' competitive positions. Upon information and belief, publicly disclosing this
12 sensitive information presents a risk of undermining the Toshiba Defendants'
13 relationships, would cause harm with respect to the Toshiba Defendants' competitors and
14 customers, and would put the Toshiba Defendants at a competitive disadvantage.

15     I declare under penalty of perjury under the laws of the United States of America
16 that the foregoing is true and correct.

17     Executed this 20th day of February, 2015, in Washington, D.C.

                                                  Dana E. Foster

**CERTIFICATE OF SERVICE**

On February 20, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFENDANTS' MOTION *IN LIMINE* #16: TO PERMIT EVIDENCE AND ARGUMENT REGARDING UPSTREAM PASS-ON AND PLAINTIFFS' BARGAINING POWER" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster