JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF THOMSON CONSUMER'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |

1  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

2  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

3  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725;

4  *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

5  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

6  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686

7  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

8  *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;

9  *Viewsonic Corp. v. Chunghwa Corp., et al.*, No. 14-cv-02510

DECL. OF JENNIFER M. STEWART
I/S/O THOMSON'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917

I, Jennifer M. Stewart, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On February 16, 2015, defendants Thomson Consumer, Inc. and Thomson SA (collectively "Thomson") filed an Administrative Motion to Seal (Dkt. 3603), and lodged conditionally under seal the following documents pursuant to Civil Local Rules 7-11 and 79-5(d):

> (a) Portions of the Reply in Support of Thomson Consumer's Motions for Summary Judgment and Partial Summary Judgment ("Reply"); and
>
> (b) Exhibits 33, 34, 35, 36, 37, 37E and 38 attached to the Declaration of Jeffrey S. Roberts in Support of Administrative Motion to File Under Seal and Reply ("Roberts Declaration").

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal Exhibits 37 and 37E to the Roberts Declaration, which consist of, cite to, and/or identify information that has been designated by the Panasonic Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order.

4. Attached as Exhibit 37 to the Roberts Declaration is a document bearing bates number MTPD-0570796 - MTPD-0570802, a document produced by MTPD. Attached as Exhibit 37E to the Roberts Declaration is the English translation of that same document bearing bates number MTPD-0570796E - MTPD-0570802E.

- 1 -

5. Upon information and belief, Exhibits 37 and 37E consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' business practices and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

6. As with the exhibits themselves, I understand that the Panasonic Defendants consider any statements in the Reply purporting to summarize the exhibits or any other documents or information designated as "Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to the Reply and Exhibits 37 and 37E.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 20, 2015

By: /s/ *Jennifer Stewart*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
JENNIFER M. STEWART (*pro hac vice*)
Email:  jstewart@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com

- 2 -

|   |   |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | 767 Fifth Avenue |
|   | New York, New York 10153-0119 |
| 3 | Telephone: (212) 310-8000 |
|   | Facsimile: (212) 310-8007 |
| 4 |   |
| 5 | *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)* |

- 3 -