(*Stipulating Parties Listed on Signature Pages*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions* | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR BRIEFING FOR DAPS' MOTION IN LIMINE #11 AND DEFENDANTS' MOTION IN LIMINE #2** |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling dated December 12, 2014 (Doc. No. 3182), the parties filed a series of motions in limine on February 13, 2015;

WHEREAS, the Direct Action Plaintiffs ("DAPs") filed Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission ("DAP MIL #11") on February 13, 2015;

WHEREAS, Defendants filed Motion in Limine No. 2 to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations ("Defendants MIL #2) on February 13, 2015;

WHEREAS, pursuant to the Stipulation and Order Regarding Deadlines for Briefing and Hearing Date for Motions in Limine (Doc No. 3605) dated February 17, 2015, responses to the motions in limine were due no later than February 27, 2015;

WHEREAS, on February 17, 2015, the DAPs and the Defendants filed a Stipulation and

1 Proposed Order Regarding Deadline For Briefing For DAPs' Motion in Limine #12 and
2 Defendants' Motion in Limine #2 (Doc. No. 3607), which proposed a modest modification of the
3 briefing schedule on these two motions;
4     WHEREAS, on February 20, 2015, the Court entered the Stipulation and Proposed Order
5 Regarding Deadline For Briefing For DAPs' Motion in Limine #12 and Defendants' Motion in
6 Limine #2 (Doc. No. 3623);
7     WHEREAS, the Indirect Purchaser Plaintiffs ("IPPs") may file responses to DAP MIL
8 #11 and Defendants MIL #2; and
9     WHEREAS, the parties agree that in the interests of efficiently resolving these motions,
10 IPPs should file their responses on the same dates as the DAPs and the Defendants.
11     IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs and
12 Defendants as follows:
13     1.  IPPs' response to DAP MIL #11 must be filed no later than March 13, 2015;
14     2.  IPPs' response to Defendants MIL #2 must be filed no later than March 13, 2015;
15     3.  DAPs' Reply In Support of DAP MIL #11 must be filed no later than March 27,
16 2015;
17     4.  Defendants' Reply In Support of Defendants' MIL #2 must be filed no later than
18 March 27, 2015; and
19     5.  The hearing before the Court regarding MIL #11 and Defendants' MIL #2 will be
20 held at the Court's convenience.
21                                  * * *
22     The undersigned parties jointly and respectfully request that the Court enter this
23 stipulation as an order.
24
25 PURSUANT TO STIPULATION, IT IS SO ORDERED.
26
27 Dated:_____          _____
28                                           Hon. Samuel Conti
                                          United States District Judge

| | | |
|---|---|---|
|1| DATED: February 23, 2015 | By: /s/_____ |

                  Mario N. Alioto (56433)
                  Lauren C. Capurro (241151)
                  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                  2280 Union Street
                  San Francisco, CA 94123
                  Telephone: (415) 563-7200
                  Facsimile: (415) 346-0679
                  malioto@tatp.com
                  laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*


BAKER BOTTS LLP

By: /s/_____
JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Charles.malaise@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd., and Philips do Brasil, Ltda.*

**WHITE & CASE** LLP

By: /s/_____
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com

3

STIPULATION AND [PROPOSED] ORDER REGARDING            Case No. 07-5944
DEADLINE FOR BRIEFING FOR DAPS' MOTIONS IN LIMINE #11 AND DEFENDANTS' MIL #2 MDL NO. 1917

Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

WINSTON & STRAWN LLP

By: */s/*
WINSTON & STRAWN LLP
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)
Aldo A. Badini Cal. Bar No. 257086
Eva W. Cole (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:    (212) 294-4692
Facsimile:     (212) 294-4700
Email:          jkessler@winston.com
                   abadini@winston.com
                   pvictor@winston.com
                   ewcole@winston.com
                   mmdonovan@winston.com

WEIL, GOTSHAL & MANGES LLP
Steven A. Reiss (*pro hac vice*)
David L. Yohai (*pro hac vice*)
Adam C. Hemlock (*pro hac vice*)
767 Fifth Avenue
New York, NY 10153-0119
Telephone:    (212) 310-8000
Facsimile:     (212) 310-8007
Email:          steven.reiss@weil.com
                   david.yohai@weil.com
                   adam.hemlock@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.),*

4

STIPULATION AND [PROPOSED] ORDER REGARDING                                                    Case No. 07-5944
DEADLINE FOR BRIEFING FOR DAPS' MOTIONS IN LIMINE #11 AND DEFENDANTS' MIL #2 MDL NO. 1917

*Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:      (415) 434-9100
Facsimile:       (415) 434-3947
E-mail:         ghalling@sheppardmullin.com
                jmcginnis@sheppardmullin.com
                mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

KIRKLAND & ELLIS LLP

By: */s/*
KIRKLAND & ELLIS LLP
Eliot A. Adelson Cal. Bar. No. 205284
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500
Email:          eadelson@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

GIBSON, DUNN & CRUTCHER LLP

By: */s/*
GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass Cal. Bar. No. 219301

Joel S. Sanders Cal. Bar. No. 107234
Austin V. Schwing Cal. Bar. No. 211696
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:      (415) 393-8200
Facsimile:      (415) 393-8306
Email:          rbrass@gibsondunn.com
jsanders@gibsondunn.com
aschwing@gibsondunn.com

**FARMER BROWNSTEIN JAEGER LLP**
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)*


FAEGRE BAKER DANIELS LLP

By: */s/*_____
FAEGRE BAKER DANIELS LLP
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: (650) 324-6700
Facsimile: (650) 324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

JENNER & BLOCK LLP

By: */s/*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER&BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: */s/*
Mark Dosker
Nathan Lane, III
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:  415.954.0200
Facsimile:  415.393.9887
Email:  mark.dosker@squirepb.com
nathan.lane@squirepb.com

Donald A. Wall (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone:  602.528.4000
Facsimile:  602.253.8129
Email:  donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: /s/ _____
Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email:  jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co. et al. v. Technicolor SA, et al.*

MUNGER, TOLLES & OLSON LLP


By: /s/ _____
JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BRAD D. BRIAN (SBN 079001)

brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

SUSMAN GODFREY L.L.P.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.