IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER GRANTING ADMINISTRATIVE MOTIONS FOR LEAVE TO FILE UNDER SEAL |
| ALL ACTIONS | |

Now before the Court are several administrative motions for leave to file under seal documents largely related to motions in limine. See ECF Nos. 3272, 3432, 3506, 3513, 3516, 3519, 3521, 3535, 3560, 3563, 3564, 3569, 3570, 3575, 3580, 3584, 3590, 3592, 3594, 3596, 3598, 3603. As the Court has ordered previously, the motions are GRANTED with the proviso that "the Court will look

///
///
///
///
///

favorably upon motions to intervene filed by members of the public who wish to access the sealed documents."  ECF No. 1512, at 1.

IT IS SO ORDERED.

Dated: February 25, 2015  

UNITED STATES DISTRICT JUDGE

2