(Stipulating Parties Listed on Signature Pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No. 07-5944 SC
MDL No. 1917

This Document Relates to:
Individual Case No. CV 11-5514

SEARS, ROEBUCK AND CO. and KMART CORP.,
Plaintiffs.

v.

CHUNGHWA PICTURE TUBES, LTD., *et al.*,
Defendants.

**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING SEARS AND KMART'S CLAIMS AGAINST CHUNGHWA**

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned Defendant Chunghwa Picture Tubes, Ltd., and Chunghwa Picture Tubes (Malaysia) Sdn. (collectively "Chunghwa") and Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (collectively, the "Stipulating Plaintiffs"), have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, on October 3, 2013, the Stipulating Plaintiffs filed a Second Amended Complaint for Damages and Injunctive Relief ("Second Amended Complaint") in which the Stipulating Plaintiffs assert a cause of action against Chunghwa under the Sherman Act (MDL Dkt. No. 1973);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for the Stipulating Plaintiffs and counsel for the Chunghwa in the above-captioned actions, as follows:

1. The Stipulating Plaintiffs' claims are voluntarily dismissed with prejudice, with each side bearing its own attorneys' fees and costs;

2. This Stipulation has no bearing on, and is without prejudice to, all other claims asserted by the Stipulating Plaintiffs against any other Defendants or alleged co-conspirators in the above-captioned case.

Dated: February 25, 2015

Respectfully submitted,

By: */s/ Samuel J. Randall*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Samuel Randall
Kenny Nachwalter, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________________ ______________________________

Hon. Samuel Conti
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Samuel J. Randall, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of February, 2015, at Miami, Florida.

By: *_/s/ Samuel J. Randall_*
Samuel J. Randall

**CERTIFICATE OF SERVICE**

On February 25, 2015, I caused a copy of the "STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING SEARS AND KMART'S CLAIMS AGAINST CHUNGHWA" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's Order of September 29, 2008.

By: *_/s/ Samuel J. Randall_*
Samuel J. Randall (*pro hac vice*)