**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:11-cv-05502 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **[PROPOSED] ORDER** |
| Plaintiff, | |
| v. | |
| HITACHI, LTD., ET AL. | |
| Defendants. | |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust, against defendants Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively "Hitachi") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Hitachi.

IT IS SO ORDERED.

This __25__ day of ___February___, 2015.



Hon. Samuel Conti
United States District Judge

[Proposed] Order - 2

MASTER FILE NO.: 3:07-cv-5944 SC
CASE NO. 3:11-CV-05502 SC

3482413v1/012325