(*Stipulating Parties on Signature Page*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions* | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING FOR THE TOSHIBA DEFENDANTS' MOTION TO DECERTIFY THE STATEWIDE IPP CLASSES FOR DAMAGES AND MOTION TO STRIKE CLASS REPRESENTATIVES WITH INADEQUATE PROOF OF THEIR INDIVIDUAL PURCHASES OF TELEVISIONS OR MONITORS** |

WHEREAS, on February 13, 2015, the Toshiba Defendants filed a Motion to Decertify the Statewide IPP Classes for Damages (Doc. No. 3586), and a Motion to Strike Class Representatives with Inadequate Proof of Their Individual Purchases of Televisions or Monitors (Doc. No. 3595);

WHEREAS, pursuant to Northern District of California Civil Local Rule 7-3, the Indirect Purchaser Plaintiffs' ("IPPs") oppositions to these motions are due on February 27, 2014, and the Toshiba Defendants' replies are due on March 6, 2014; and

WHEREAS, counsel for the IPPs and the Toshiba Defendants have met and conferred and agree that a modest modification of the briefing schedule on these motions is appropriate and will

aid in the efficient resolution of the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs and the Toshiba Defendants as follows:

1. IPPs' opposition to the Toshiba Defendants' Motion to Strike Class Representatives with Inadequate Proof of Their Individual Purchases of Televisions or Monitors must be filed no later than March 6, 2015;

2. The Toshiba Defendants' reply in support of their Motion to Strike Class Representatives with Inadequate Proof of Their Individual Purchases of Televisions or Monitors must be filed no later than March 17, 2015.

3. IPPs' opposition to the Toshiba Defendants' Motion to Decertify the Statewide IPP Classes For Damages must be filed no later than March 20, 2015; and

4. The Toshiba Defendants' reply in support of their Motion to Decertify the Statewide IPP Classes for Damages must be filed no later than April 7, 2015.

* * *

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 02/25/2015

_Judge Samuel Conti_

//

//

DATED:  February 23, 2015        By: /s/ _____
Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

DATED: February 23, 2015

**WHITE & CASE LLP**

By: /s/ _____
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.