*(Stipulating Parties Listed on Signature Pages)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions* | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**THE PHILIPS DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS' STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF PENDING MOTIONS** |

Defendants Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V.), Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd. (n/k/a Philips Taiwan Limited), and Philips da Amazonia Industria Electronica Ltda. (n/k/a Philips do Brasil, Ltda.) (collectively, the "Philips Defendants") and the Indirect Purchaser Plaintiffs ("IPPs"), by and through undersigned counsel, stipulate as follows:

WHEREAS, at the time of this stipulation, the Philips Defendants have certain summary judgment motions pending against the IPPs;

WHEREAS, the parties have executed a settlement agreement that would release the IPPs' claims against the Philips Defendants (the "Settlement Agreement");

WHEREAS, the Settlement Agreement is subject to the approval of the Court, and therefore, would become final only when the Court has entered a final order approving the Settlement Agreement under Federal Rule of Civil Procedure 23(e) and a final judgment dismissing the underlying action with prejudice as it relates to IPPs' claims against the Philips Defendants;

WHEREAS, in light of the Settlement Agreement, the Philips Defendants seek to withdraw all pending summary judgment motions solely as they pertain to the IPPs, subject to reinstatement in the event that the Settlement Agreement does not become final; and

WHEREAS, the Philips Defendants do not seek to withdraw these summary judgment motions as they pertain to any other plaintiff;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Philips Defendants and the IPPs, subject to the concurrence of the Court, that:

1. The Philips Defendants withdraw their participation in the following motions as to—and only as to—the IPPs' claims against the Philips Defendants.[1]  Each of the following motions will remain pending as to other plaintiffs' claims to which they are directed:

---

[1] As to the pending summary judgment motions filed by multiple defendants which include the Philips Defendants (specifically 1(a), 1(b), 1(c), and 1(f)), the Philips Defendants withdraw only their participation in such motions and nothing in this stipulation is intended to withdraw or otherwise impact any motion filed by any other defendant.

a. Defendants' Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds [Dkt. No. 2978];

b. Defendants' Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales [Dkt. No. 3006];

c. Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA [Dkt. No. 3008];

d. Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil, Ltda.'s Motion for Partial Summary Judgment [Dkt. No. 3027];

e. Koninklijke Philips N.V's Motion for Summary Judgment [Dkt. No. 3040]; and

f. Defendants' Joint Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws [Dkt. No. 3050].

2. The Philips Defendants also withdraw the following motion, filed solely with respect to the IPPs' claims against the Philips Defendants, in its entirety:

a. Koninklijke Philips N.V's, Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil, Ltda.'s Motion for Summary Judgment Against Indirect Purchaser Plaintiffs Who Are Natural Persons Residing in California [Dkt. No. 3034].[2]

3. The Philips Defendants' summary judgment motions shall be subject to reinstatement in the event that the Settlement Agreement does not become final.

The undersigned parties jointly and respectfully request that the Court issue this stipulation as an order.

---

[2] This motion, however, will still be subject to the Toshiba Defendants' Joinder Motion [Dkt. No. 3042].

Dated: February 25, 2015

Respectfully submitted,

By:  /s/ Erik T. Koons
Erik T. Koons (*pro hac vice*)
John M. Taladay (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

Dated: February 25, 2015

By:  */s/Mario N. Alioto*

MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2015

_____
Honorable Samuel Conti
United States District Judge

-4-
THE PHILIPS DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS' STIPULATION AND [PROPOSED] ORDER REGARDING
WITHDRAWAL OF PENDING MOTIONS  (3:07-CV-05944 SC, MDL NO. 1917)