Guido Saveri (22349)
    *guido@saveri.com*
R. Alexander Saveri (173102)
    *rick@saveri.com*
Geoffrey C. Rushing (126910)
    *grushing@saveri.com*
Travis L. Manfredi (281779)
    *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF ERRATUM IN DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR: (1) CERTIFICATION OF A SETTLEMENT CLASS; (2) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH THE THOMSON AND TDA DEFENDANTS; (3) DIRECTING NOTICE TO THE SETTLEMENT CLASS; AND (4) MEMORANDUM IN SUPPORT THEREOF** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | |
| | Date:           March 20, 2015
Time:           10:00 a.m.
Judge:         Honorable Samuel Conti
Courtroom: 1 |

1   TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE THAT the Direct Purchaser Plaintiffs' Notice of Motion and Motion for: (1) Certification of a Settlement Class; (2) Preliminary Approval of Class Action Settlement with the Thomson and TDA Defendants; (3) Directing Notice to the Settlement Class; and (4) Memorandum in Support Thereof, filed on February 13, 2015, Dkt. No. 3562, contains the following error:

- At p. 25, lines 27–28, replace "Samsung SDI" with "Thomson and TDA".

DATED:  February 25, 2015                Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　  /s/ R. Alexander Saveri
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Travis L. Manfredi
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:	(415) 217-6810
Facsimile:	(415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*