Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
        mmcburney@crowell.com
        aheaven@crowell.com

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: | Master File No. 3:07-cv-05944-SC |
| *Target Corp. v. Technicolor SA, et al.,* Case No. 3:13-cv-05686-SC | MDL No. 1917 |
| | **STIPULATION OF DISMISSAL** |

1    Plaintiff Target Corporation ("Target") and Defendants Technicolor SA and Technicolor

2  USA, Inc. (collectively, "Technicolor"), by and through their respective attorneys, hereby

3  stipulate to a dismissal of this action as to Technicolor with prejudice, pursuant to Rule 41(a)(2)

4  of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.

5  This stipulation does not affect the rights or claims of Target against any other defendant or

6  alleged co-conspirator in the above-captioned litigation.

7    WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of

8  Dismissal.

9    **IT IS SO STIPULATED.**

10

11  Dated: February 26, 2015

*/s/ Jerome A. Murphy*

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
          mmcburney@crowell.com
          aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
          rmcnary@crowell.com

*Counsel for Plaintiff Target Corporation*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

*/s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
2
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
4
Telephone: 317-237-0300
Facsimile:  317-237-1000
5
Email: kathy.osborn@faegrebd.com
           ryan.hurley@faegrebd.com
6

7
Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
8
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
9
Telephone: 650-324-6700
Facsimile: 650-324-6701
10
Email: calvin.litsey@faegrebd.com

11
Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
12
3200 Wells Fargo
1700 Lincoln Street
13
Denver, CO 80203
Telephone: 303-607-3500
14
Facsimile: 303-607-3600
Email: jeff.roberts@faegrebd.com
15

16
Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
17
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
18
Telephone:  574-234-4149
Facsimile: 574-239-1900
19
Email: steve.judge@faegrebd.com

20
*Counsel for Defendants Technicolor SA and Technicolor USA, Inc.*

21

22

23

24

25

26

27

28

3