**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates to: *Target Corp. v. Technicolor SA, et al.,* Case No. 3:13-cv-05686-SC | MDL No. 1917 **[PROPOSED] ORDER** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiff Target Corporation ("Target") against Defendants Technicolor SA and Technicolor USA, Inc. (collectively, "Technicolor") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

   Hon. Samuel Conti
   United States District Court Judge