Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: | Master File No. 3:07-cv-05944-SC |
| *Target Corp. v. Technicolor SA, et al.,* Case No. 3:13-cv-05686-SC | MDL No. 1917 |
| | **STIPULATION OF DISMISSAL** |

1   Plaintiff Target Corporation ("Target") and Defendant Technologies Displays Americas
2   LLC ("TDA"), by and through their respective attorneys, hereby stipulate to a dismissal of this
3   action as to TDA with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil
4   Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation does not
5   affect the rights or claims of Target against any other defendant or alleged co-conspirator in the
6   above-captioned litigation.
7       WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
8   Dismissal.
9   **IT IS SO STIPULATED.**

11  Dated: February 26, 2015              */s/ Jerome A. Murphy*
                                          Jerome A. Murphy (*pro hac vice*)
12                                        Matthew J. McBurney (*pro hac vice*)
                                          Astor H.L. Heaven (*pro hac vice*)
13                                        CROWELL & MORING LLP
                                          1001 Pennsylvania Avenue, N.W.
14                                        Washington, D.C. 20004
                                          Telephone: 202-624-2500
15                                        Facsimile:  202-628-5116
                                          Email: jmurphy@crowell.com
16                                               mmcburney@crowell.com
                                                 aheaven@crowell.com

                                          Jason C. Murray (CA Bar No. 169806)
18                                        Robert B. McNary (CA Bar No. 253745)
                                          CROWELL & MORING LLP
19                                        515 South Flower St., 40th Floor
                                          Los Angeles, CA 90071
20                                        Telephone: 213-443-5582
                                          Facsimile: 213-622-2690
21                                        Email: jmurray@crowell.com
                                                 rmcnary@crowell.com

                                          *Counsel for Plaintiff Target Corporation*

*/s/ Nathan Lane III*

Mark C. Dosker (CA Bar # 114789)
Nathan Lane III (CA Bar # 50961)
SQUIRE PATTON BOGGS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-954-0200
Facsimile: 415-393-9887
Email: mark.dosker@squirepb.com
         nathan.lane@squirepb.com

*Counsel for Defendant Technologies Displays Americas LLC*