Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:13-cv-05686-SC | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VIDEOCON INDUSTRIES, LTD.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Target Corporation ("Target"), through its counsel, hereby dismisses without prejudice all claims made in this action against Videocon Industries, Ltd. ("Videocon").  Each party shall bear its own attorney's fees and costs.

Dated:   February 26, 2015              */s/ Jerome A. Murphy*
                                                 Jerome A. Murphy (*pro hac vice*)
                                                 Matthew J. McBurney (*pro hac vice*)
                                                 Astor H.L. Heaven (*pro hac vice*)
                                                 CROWELL & MORING LLP
                                                 1001 Pennsylvania Avenue, N.W.
                                                 Washington, D.C. 20004
                                                 Telephone: 202-624-2500
                                                 Facsimile:  202-628-5116
                                                 Email: jmurphy@crowell.com
                                                              mmcburney@crowell.com
                                                              aheaven@crowell.com

                                                 Jason C. Murray (CA Bar No. 169806)
                                                 Robert B. McNary (CA Bar No. 253745)
                                                 CROWELL & MORING LLP
                                                 515 South Flower St., 40th Floor
                                                 Los Angeles, CA 90071
                                                 Telephone: 213-443-5582
                                                 Facsimile: 213-622-2690
                                                 Email: jmurray@crowell.com
                                                              rmcnary@crowell.com

                                                 *Counsel for Plaintiff Target Corporation*