Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
          rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
          mmcburney@crowell.com
          aheaven@crowell.com

*Attorneys for Plaintiff ViewSonic Corporation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates to: | MDL No. 1917 |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:14-cv-02510-SC | **STIPULATION OF DISMISSAL** |

1

1    Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Technicolor SA and

2   Technicolor USA, Inc. (collectively, "Technicolor"), by and through their respective attorneys,

3   hereby stipulate to a dismissal of this action as to Technicolor with prejudice, pursuant to Rule

4   41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and

5   attorneys' fees.  This stipulation does not affect the rights or claims of ViewSonic against any

6   other defendant or alleged co-conspirator in the above-captioned litigation.

7    WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of

8   Dismissal.

9    **IT IS SO STIPULATED.**

10

11   Dated: February 26, 2015                      */s/ Jerome A. Murphy*

12                                                 Jerome A. Murphy (*pro hac vice*)
                                                   Matthew J. McBurney (*pro hac vice*)
13                                                 Astor H.L. Heaven (*pro hac vice*)
                                                   CROWELL & MORING LLP
14                                                 1001 Pennsylvania Avenue, N.W.
                                                   Washington, D.C. 20004
15                                                 Telephone: 202-624-2500
                                                   Facsimile:  202-628-5116
16                                                 Email: jmurphy@crowell.com
                                                           mmcburney@crowell.com
17                                                         aheaven@crowell.com

18                                                 Jason C. Murray (CA Bar No. 169806)
                                                   Robert B. McNary (CA Bar No. 253745)
19                                                 CROWELL & MORING LLP
                                                   515 South Flower St., 40th Floor
20                                                 Los Angeles, CA 90071
                                                   Telephone: 213-443-5582
21                                                 Facsimile: 213-622-2690
                                                   Email: jmurray@crowell.com
22                                                         rmcnary@crowell.com

23                                                 *Counsel for Plaintiff ViewSonic Corporation*

24

25

26

27

28

*/s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-0300
Facsimile:  317-237-1000
Email: kathy.osborn@faegrebd.com
            ryan.hurley@faegrebd.com

Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: 650-324-6700
Facsimile: 650-324-6701
Email: calvin.litsey@faegrebd.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600
Email: jeff.roberts@faegrebd.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone:  574-234-4149
Facsimile: 574-239-1900
Email: steve.judge@faegrebd.com

*Counsel for Defendants Technicolor SA and
Technicolor USA, Inc.*