Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail: rarnold@knpa.com
        wblechman@knpa.com
        kmurray@knpa.com
        srandall@knpa.com

*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | **DECLARATION OF SAMUEL RANDALL IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN *LIMINE* TO EXCLUDE REFERENCE TO LCD**<br><br>**[DEFENDANTS' MIL #4, Dkt. 3572]**<br><br><br>The Honorable Samuel Conti |

1  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

2

3  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510

4

5        I, SAMUEL RANDALL, do testify as follows:

6        1. I am an attorney at the law firm Kenny Nachwalter, P.A., counsel of record for

7  Plaintiffs Sears, Roebuck and Co., and Kmart Corporation in this action. This declaration is

8  submitted in support of Direct Action Plaintiffs' Response in Opposition to Defendants' Motion

9  in *Limine* to Exclude Reference to LCD. The facts set forth here are based on my personal

10 knowledge.

11       2. Attached hereto as **Exhibit 1** is a true and correct copy of the Plea Agreement by

12 Chunghwa Picture Tubes, Ltd. in connection with its participation in the LCD conspiracy.

13       3. Attached hereto as **Exhibit 2** is a true and correct copy of the Amended Judgment

14 of conviction against Chunghwa Picture Tubes, Ltd. in connection with its participation in the

15 LCD conspiracy.

16       4. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript containing

17 the in-court statements by Chunghwa Picture Tubes, Ltd. during the plea and sentencing hearing

18 in connection with Chunghwa Picture Tubes, Ltd.'s participation in the LCD conspiracy.

19       5. Attached hereto as **Exhibit 4** is a true and correct copy of the Plea Agreement by

20 LG Display Co., Ltd. in connection with its participation in the LCD conspiracy.

21       6. Attached hereto as **Exhibit 5** is a true and correct copy of the Amended Judgment

22 of conviction against LG Display Co., Ltd. in connection with its participation in the LCD

23 conspiracy.

24       7. Attached hereto as **Exhibit 6** is a true and correct copy of transcript containing the

25 in-court statements by LG Display Co. Ltd. during the plea and sentencing hearing in connection

26 with LG Display Co., Ltd.'s participation in the LCD conspiracy.

27

28

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Plea Agreement by Hitachi Displays, Ltd. in connection with its participation in the LCD conspiracy.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Amended Judgment of conviction against Hitachi Displays, Ltd. in connection with its participation in the LCD conspiracy.

10. Attached hereto as **Exhibit 9** is a true and correct copy of transcript containing the in-court statements by Hitachi Displays, Ltd. during the plea and sentencing hearing in connection with Hitachi Displays, Ltd.'s participation in the LCD conspiracy.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Plea Agreement of C.C. Liu in connection with his participation in the LCD conspiracy.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Amended Judgment of conviction against C. C. Liu in connection with his participation in the LCD conspiracy.

Executed this 27th day of February, 2015, at Miami, Florida.

/s/ Samuel Randall

Samuel Randall

## DECLARATION OF SERVICE

I, Samuel Randal, declare that on February 27, 2015, I caused a true and correct copy of the above-styled document to be filed on CM/ECF, effecting service on all counsel of record in the above-captioned matter.

s/Samuel J. Randall