# EXHIBIT 2

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

**AMENDED**

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>CHUNGHWA PICTURE TUBES, LTD. | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br><br>CASE NUMBER:   CR-08-0804 SI<br><br>G. Spratling & J. Sanders<br>Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

X  pleaded guilty to count(s)  One of the Information

☐  pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐  was found guilty on count(s) _____
    after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 15:1 | Price Fixing | 12/6/06 | 1 |

The defendant organization is sentenced as provided in pages 2   __3__   of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

    It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:

_____

_____

_____

Defendant Organization's Mailing Address:

_____

_____

1/14/09
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Susan Illston, U.S. District Judge
Name and Title of Judge

1/20/09
Date

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
      Sheet 3 — Criminal Monetary Penalties

Judgment — Page  2   of  3

DEFENDANT ORGANIZATION:   Chunghwa Picture Tubes
CASE NUMBER:   CR-08-0804 SI

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 400.00 | $ 65 Million | $ |

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |
| **TOTALS** | $ | $ | |

Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

AO 245E  (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 — Schedule of Payments

Judgment — Page  3  of  3

DEFENDANT ORGANIZATION:    Chunghwa Picture Tubes
CASE NUMBER:    CR-08-0804 SI

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  x   Lump sum payment of $ __400.00__ due immediately, balance due

     ☐ not later than _____ , or
     ☐ in accordance with ☐ C or ☐ D below; or

B  ☐   Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

C  ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  x   Special instructions regarding the payment of criminal monetary penalties:

    11 Million is due within 30 days of this judgment.
    11 Million with interest is due on the 1st through 4th Anniversary of this judgment.
    10 Million with interest is due on the 5th Anniversary of this judgment.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant organization shall pay the cost of prosecution.

☐   The defendant organization shall pay the following court cost(s):

☐   The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Ms. Deborah A. Garza
Page 2

All requests for public benefit parole on Chih-Chun Liu's behalf will need to be coordinated through an appropriate law enforcement agency and the ICE Parole Branch. For future trips, Chih-Chun Liu will be able to seek admission as a nonimmigrant with the INA § 212(d)(3) waiver granted as part of his plea agreement.

Sincerely,

John P. Torres
Acting Assistant Secretary

Enclosures:   DOJ Memorandum
              DOJ Petition
              DOS Concurrence