# EXHIBIT 3

1   Pages 1 - 20

2                   UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4               BEFORE THE HONORABLE SUSAN ILLSTON

5   UNITED STATES OF AMERICA,          )
                                       )
6                   Plaintiff,         )
                                       )
7              vs.                     )NO. CR-08-0804 SI
                                       )
8   CHUNGHWA PICTURES TUBES,           )
                                       )SAN FRANCISCO, CALIFORNIA
9                   Defendant.         )WEDNESDAY, JANUARY 14, 2008
                                       )4:35 P.M.
10  _____   )

11                 __TRANSCRIPT OF PROCEEDINGS__

12            (CHANGE OF PLEA AND SENTENCING HEARING)

13  __APPEARANCES:__

14  **For Plaintiff:**

15                   U.S. Department of Justice
                     Antitrust Division - 10th Floor
                     450 Golden Gate Avenue
16                   San Francisco, CA 94103
                     BY:  **HEATHER S. TEWKSBURY, ESQ.**
17                   **and  NIALL E. LYNCH, ESQ.**

18

19  **For Defendant:**

20                   GIBSON, DUNN & CRUTCHER, LLP
                     555 Mission Street, Suite 3000
21                   San Francisco, CA 94105
                     BY:  **GARY R. SPRATLING, ESQ.**
22                   **and  JOEL S. SANDERS, ESQ.**

23

24  *Reported by:*   *MARGARET "MARGO" GURULE, CSR  #12976*
                     *PRO TEM COURT REPORTER,  USDC*

25

1

PDF created with pdfFactory trial version www.pdffactory.com

```
 1              January 14, 2008; 4:37 p.m.; Courtroom 10, 19th Floor

 2                     Tracy Sutton - Courtroom Deputy

 3                                   o0o

 4                       P R O C E E D I N G S

 5              THE COURT:  Good afternoon.  You may be seated.

 6              THE CLERK:  Calling Criminal 08-804, United States

 7    vs. Chunghwa --

 8              MR. SPRATLING:  Chunghwa.

 9              THE CLERK:  Chunghwa Picture Tubes.

10              THE COURT:  Please state your appearances.

11              MS. TEWKSBURY:  Good afternoon, Your Honor.  Heather

12    Tewksbury and Niall Lynch on behalf of the United States.

13              THE COURT:  Good afternoon.

14              MR. SPRATLING:  Good afternoon, Your Honor.  Gary

15    Spratling and Joel Sanders, from Gibson, Dunn & Crutcher, on

16    behalf of the Defendant, Chunghwa Picture Tubes, Ltd.  And with

17    me is Dr. Terng-Yaw Lin.  Spelling, L-I-N.

18              Dr. Lin is the Vice-President of Legal and

19    Intellectual Property General Division of the Defendant

20    Chunghwa Picture Tubes.  And he is appearing here today as the

21    corporate representative pursuant to a resolution of the board

22    of directors.

23              THE COURT:  All right.  Thank you.  Welcome to you,

24    Dr. Yaw.

25              THE DEFENDANT:  Good afternoon.
```

2

PDF created with pdfFactory trial version www.pdffactory.com

1          **THE COURT:**  I understand that you would like to enter

2    a changed plea for Chunghwa Picture Tubes, correct?

3          **THE DEFENDANT:**  Yes.

4          **THE COURT:**  And you would also like to proceed on an

5    expedited basis to sentencing this afternoon, correct?

6          **MR. SPRATLING:**  Correct.

7          **THE COURT:**  All right.  Well, I'm prepared to do both

8    of those things.

9          Now, Mr. -- is it Mr. --

10          **MR. SPRATLING:**  It's Dr. Lin --

11          **THE COURT:**  Dr. Lin.

12          **MR. SPRATLING:**  -- L-I-N.

13          **THE COURT:**  I wrote it down, but I couldn't read my

14    writing.

15          Dr. Lin, I need to ask you some questions.

16          **THE DEFENDANT:**  Yes.

17          **THE COURT:**  And before you answer them, you need to

18    swear to tell the truth.

19          So, Tracy, would you swear Dr. Lin, please.

20          **THE CLERK:**  Raise your right hand.

21        (*Oath administered.*)

22          **THE COURT:**  You understand you could be punished if

23    you deliberately answer any of my questions falsely?

24          **THE DEFENDANT:**  Yes.

25          **THE COURT:**  All right.  You're able to speak and

PDF created with pdfFactory trial version www.pdffactory.com

1    understand English?

2          **THE DEFENDANT:**  Yes, I do.

3          **THE COURT:**  All right.  If any of my questions are

4    unclear to you, please let me know, and I'll try to make them

5    clearer.  All right?

6          **THE DEFENDANT:**  Yes, because English is my second

7    language.  English is my second language.

8          **THE COURT:**  All right.  As I said, if I'm not clear,

9    please let me know.  All right?

10         **THE DEFENDANT:**  Okay.

11         **THE COURT:**  Have you had any drugs, medicine or

12   pills, or drunk any alcoholic beverages in the last 24 hours?

13         **THE DEFENDANT:**  No.

14         **THE COURT:**  All right.  Do you understand that your

15   company, your corporation, has a right to a lawyer at all

16   stages of these proceedings including trial if the matter -- if

17   you wish to take the matter to trial?

18         **THE DEFENDANT:**  Yes.

19         **THE COURT:**  Have you had enough time to talk to your

20   lawyers about the case?

21         **THE DEFENDANT:**  Yes, I do.

22         **THE COURT:**  Have they explained to you what the

23   government would have to prove before you could be convicted of

24   these charges?

25         **THE DEFENDANT:**  Yes.

4

1          THE COURT:   Are you satisfied with your lawyer's

2    representation of the company?

3          THE DEFENDANT:   Yes, very much.

4          THE COURT:   All right.   I understand that the

5    defendant was arraigned on an information this morning?

6          MS. TEWKSBURY:   That's correct, and he also signed a

7    waiver of indictment, as well.

8          THE COURT:   All right.   Ms. Tewksbury, can you

9    summarize for me and for Dr. Lin the elements of the offense to

10   which he's proposing to plead guilty?

11         MS. TEWKSBURY:   Yes, Your Honor.   The defendant is

12   charged by information with one count of violating Section 1 of

13   the Sherman Act, 15 U.S.C. Section 1.   To establish certain

14   allegations, the United States must prove beyond a reasonable

15   doubt that the defendant entered into a conspiracy.   The

16   conspiracy was under reasonable restraint of trade, and the

17   conspiracy affected interstate commerce in the United States.

18         THE COURT:   Do you understand those are the elements

19   of the offense that you're proposing to plead to here?

20         THE DEFENDANT:   Yes.

21         THE COURT:   And do you understand that the maximum

22   punishment for that offense is a fine in an amount equal to the

23   greatest of $100 million or twice the gross pecuniary gain the

24   conspirators derived from the crime, or twice the gross

25   pecuniary loss caused to the victims of the crime by the

5

PDF created with pdfFactory trial version www.pdffactory.com

1    conspirators.  Do you understand that?

2           THE DEFENDANT:  Yes, I understand.

3           THE COURT:  And do you understand that I may impose a

4    term of probation of at least a year but not more than five

5    years?

6           THE DEFENDANT:  Yes, I understand.

7           THE COURT:  And I may order restitution to the

8    victims of the offense.  Do you understand that?

9           THE DEFENDANT:  Yes, I understand.

10          THE COURT:  And that I must order that you pay a $400

11   special assessment.  Do you understand that?

12          THE DEFENDANT:  Yes.

13          THE COURT:  Now, do you understand that under the

14   Constitution and laws of the United States, this defendant is

15   entitled to plead not guilty to these charges.  And if it

16   pleads not guilty, it will be presumed innocent of the charges

17   unless and until the government proves beyond a reasonable

18   doubt that it's guilty of every element of this offense.  Do

19   you understand that?

20          THE DEFENDANT:  Yes, I understand.

21          THE COURT:  And it would be up to the government to

22   present evidence to prove the defendant is guilty of every

23   element.  Do you understand that?

24          THE DEFENDANT:  Yes, I understand.

25          THE COURT:  And if you want, if the corporation

PDF created with pdfFactory trial version www.pdffactory.com

1   wanted to, it would have the right to have these matters heard

2   by a jury.  And if it chose to have a jury trial, it could not

3   be convicted unless all 12 jurors unanimously agreed that the

4   company was guilty beyond a reasonable doubt of every element

5   of this offense.  Do you understand that?

6           **THE DEFENDANT:**  Yes, I do.

7           **THE COURT:**  And the government would be required to

8   put on evidence, to call witnesses, to introduce documents, all

9   to prove the guilt of the defendant.  Do you understand that?

10          **THE DEFENDANT:**  Yes, I understand.

11          **THE COURT:**  And your lawyer would have the right to

12  cross-examine the government's witnesses and challenge the

13  government's evidence.  Do you understand that?

14          **THE DEFENDANT:**  Yes, I understand.

15          **THE COURT:**  And your lawyer would have a right to

16  call witnesses on your behalf to present your side of the

17  story.  Do you understand that?

18          **THE DEFENDANT:**  Yes.

19          **THE COURT:**  And your company could choose anyone it

20  wanted to testify in its behalf if it chose to.  Do you

21  understand that?

22          **THE DEFENDANT:**  Yes.

23          **THE COURT:**  And if you plead guilty here today and

24  if I accept the guilty plea, your company will give up all the

25  trial rights we talked about, the right to confront the

7

PDF created with pdfFactory trial version www.pdffactory.com

1  witnesses against it, the right to put the government to its

2  proof, and the company will be found guilty based on your

3  statement here in open court that it is guilty.  Do you

4  understand that?

5           THE DEFENDANT:  Yes, I understand.

6           THE COURT:  And do you understand that you can't

7  appeal from the finding of guilt because you will have admitted

8  it.  Do you understand that?

9           THE DEFENDANT:  Yes.

10          THE COURT:  And we will get to the plea agreement in

11  a moment.  But if I accept this plea agreement, the company

12  will not be able to appeal from the finding of its guilt from

13  any orders I may have entered, and you would give up your right

14  to appeal from any challenge to the sentence that I impose, and

15  the only appellate challenge or collateral attack challenge

16  that would be available would be a contention that your lawyers

17  were ineffective.  Do you understand that?

18          THE DEFENDANT:  Yes, I understand.

19          THE COURT:  Has anyone threatened or forced you or

20  your company to enter this guilty plea?

21          THE DEFENDANT:  No.

22          THE COURT:  Is there a plea agreement in this matter?

23          MS. TEWKSBURY:  Yes.  I would like to hand you the

24  original along with the board resolution.

25          THE COURT:  I'm holding a document entitled, "Plea

PDF created with pdfFactory trial version www.pdffactory.com

1    Agreement."  And on page 15 of this agreement, in English, is

2    typed "Terng-Yaw Lin."

3         THE DEFENDANT:  Yes.

4         THE COURT:  Now, did you sign that document, sir?

5         THE DEFENDANT:  Yes, I do.

6         THE COURT:  Had you read it through before you signed

7    it?

8         THE DEFENDANT:  Yes.

9         THE COURT:  And are you the individual referred to in

10   the resolution of the board of directors dated November 7,

11   2008, in paragraphs 2, 3 and 4 where it authorizes Terng

12   Yaw-Lin to undertake certain activities on behalf of the

13   corporation?

14        THE DEFENDANT:  Yes.

15        THE COURT:  All right.  And have you signed this plea

16   agreement consistent with the authorization received from the

17   board on November 7, 2008?

18        THE DEFENDANT:  Yes.

19        THE COURT:  And that's your belief, as well,

20   Mr. Spratling?

21        MR. SPRATLING:  It is, Your Honor.

22        THE COURT:  Okay.  Mr. Spratling, can you summarize

23   for me and for Dr. Lin the general terms of this plea

24   agreement?

25        MR. SPRATLING:  Yes, Your Honor.  The terms of the

PDF created with pdfFactory trial version www.pdffactory.com

1   plea agreement are that Chunghwa will plead guilty to a single

2   count of violating Section 1 of the Sherman Act with respect to

3   the sales of TFT LCD panels.  The government has agreed, as set

4   forth in paragraph 8, to jointly recommend a corporate fine of

5   $65 million.  The fine will be paid in installments with

6   interest over a period of five years.

7           Chunghwa agrees, as set forth in paragraph 13, to

8   cooperate fully with the government investigation by producing,

9   if requested, non-privileged documents, information, and

10  materials, wherever located, and making its best efforts to

11  secure the ongoing, full and truthful cooperation of current or

12  former employees, including making those individuals available

13  for interviews or testimony if requested.  In return for this

14  cooperation, the government agrees not to prosecute Chunghwa

15  for any acts or offenses committed before the date of the plea

16  agreement in connection with the sale of TFT LCD panels.

17          The government also agrees, with the exception of

18  seven individuals identified in paragraph 16(a), not to

19  prosecute current or former employees of Chunghwa, so long as

20  these individuals cooperate fully in response to the

21  government's request.

22          **THE COURT:**  Now, this is under Rule 11(c)(1)(C), is

23  it?

24          **MR. SPRATLING:**  That's correct, Your Honor.

25          **THE COURT:**  So that if I agree with the proposed

10

PDF created with pdfFactory trial version www.pdffactory.com

1   sentence that's included in the plea agreement, then the

2   defendant will not be able to withdrew its plea.  If I were to

3   decide that a more severe sentence were appropriate, then you

4   would have an opportunity to reconsider.  And if I were to

5   decide that a less severe sentence is appropriate, then the

6   government would have an opportunity to reconsider.  But as

7   long as I do what this says, this is it.  You can't change your

8   mind.  Do you understand that?

9          **THE DEFENDANT:**  Yes, I understand.

10         **THE COURT:**  Okay.  Is there any agreement,

11  Mr. Spratling, that the individuals at Chunghwa will have

12  agreed not to talk to anybody besides the government about the

13  case?

14         **MR. SPRATLING:**  There is no such agreement.

15         **THE COURT:**  And the request is that there be no term

16  of probation, correct?

17         **MR. SPRATLING:**  Yes.

18         **THE COURT:**  And that there be no restitution?

19         **MR. SPRATLING:**  That's correct.  It's jointly

20  recommended, yes.

21         **THE COURT:**  Right.  In light of the ongoing civil

22  matters which could bring more of a recovery, should there be a

23  restitutionary order, as well as recovery in the civil

24  litigation, correct?

25         **MR. SPRATLING:**  Yes, Your Honor.

11

1          **THE COURT:**  Are those all the terms that you

2    understood to be part of this plea arrangement, sir?

3          **THE DEFENDANT:**  Yes, Your Honor.

4          **THE COURT:**  Okay.  Ms. Tewksbury, can you tell me

5    what the government would be prepared to prove should this

6    matter go to trial?

7          **MS. TEWKSBURY:**  Yes, Your Honor.

8          Your Honor, had this case gone to trial, the United

9    States would have presented evidence that proved the following

10   facts to establish a violation of Section 1 of the Sherman Act

11   in this case.  For purposes of the plea agreement, the relevant

12   period is that period from on or about September 14, 2001, to

13   on or about December 1, 2006.

14         During the relevant period, Chunghwa Pictures Tubes,

15   Ltd., commonly referred to as CPT, a corporation organized and

16   existing under the laws of Taiwan, Republic of China, sold thin

17   filled transistor liquid crystal displays, more commonly known

18   as TFT LCD panels, into various markets including the United

19   States.  The defendant has its headquarters and principal place

20   of business in Taoyuan, Taiwan, Republic of China.  During the

21   relevant period, the defendant was a producer of TFT LCD, was

22   engaged in the sale of TFT LCD in the United States and

23   elsewhere, and employed 5,000 or more individuals.

24         TFT LCD are glass panels composed of an array of tiny

25   pixels that are electronically manipulated in order to display

                                                              12

PDF created with pdfFactory trial version www.pdffactory.com

1   images.   TFT LCD are manufactured in a broad range of sizes and

2   specifications for use in televisions, notebook computers,

3   desktop monitors, mobile devices and other applications.

4         During the relevant period, the defendant, through

5   its officers and employees, including high-level personnel of

6   the defendant, participated in a conspiracy among major TFT LCD

7   producers, the primary purpose of which was to fix the price of

8   TFT LCD sold in the United States and elsewhere.

9         In furtherance of the conspiracy, the defendant,

10  through its officers and employees, engaged in discussions and

11  attended meetings, including group meetings commonly referred

12  to by the participants as "crystal meetings" with

13  representatives of other major TFT LCD producers.   During these

14  discussions and meetings, agreements were reached to fix the

15  price of TFT LCD to be sold in the United States and elsewhere.

16        During the relevant period, sales of TFT LCD by the

17  defendant affected U.S. commerce totaled $357,677,000.

18        During the relevant time period, TFT LCD sold by one

19  or more of the conspirator firms and equipment and supplies

20  necessary to the production and distribution of TFT LCD, as

21  well as payments for TFT LCD traveled in interstate and foreign

22  commerce.   The business activities of the defendant and its

23  co-conspirators in connection with the production and sale of

24  TFT LCD affected by the conspiracy were within the flow of and

25  substantially affected interstate and foreign trade and

PDF created with pdfFactory trial version www.pdffactory.com

1    commerce.  Acts in furtherance of this conspiracy were carried

2    out within the Northern District of California.  TFT LCD

3    affected by this conspiracy were sold by one or more of the

4    conspirators to customers in this district.

5            THE COURT:  Mr. Spratling, do you agree the

6    government is in a position to put on such proof?

7            MR. SPRATLING:  Yes, I do, Your Honor.

8            THE COURT:  And Mr. -- Dr. Lin, did you hear what

9    Ms. Tewksbury just said?

10           THE DEFENDANT:  Yes, it's true.

11           THE COURT:  Are those things true?

12           THE DEFENDANT:  Yes, it's true.

13           THE COURT:  Tell me in your own words what your

14   company did that makes it guilty of this offense.

15           THE DEFENDANT:  Yes.  As set forth in paragraph 4 of

16   the plea agreement, Chunghwa Picture Tubes participated in the

17   conspiracy with LCD producers to fix prices during the period

18   of after September 14, 2001 until December 12th of 2006.

19           THE COURT:  All right.  And do you admit as true the

20   other matters that Ms. Tewksbury stated a moment ago?

21           THE DEFENDANT:  Yes.

22           THE COURT:  And have you read carefully the materials

23   that are set out here in paragraph 4, subparagraphs A, B, C, D

24   and E?

25           THE DEFENDANT:  Yes.

PDF created with pdfFactory trial version www.pdffactory.com

1      **THE COURT:**   And are all of those things true?

2      **THE DEFENDANT:**   Yes.

3      **THE COURT:**   Was the dollar value of commerce included

4    in this paragraph?

5      **MS. TEWKSBURY:**   It was not, Your Honor.

6      **THE COURT:**   And what was the dollar value of

7    commerce?

8      **MS. TEWKSBURY:**   $357,677,000.

9      **THE COURT:**   Do you admit that's true, as well, sir?

10      **THE DEFENDANT:**   Yes.

11      **THE COURT:**   Okay.  Is there anything else you would

12    like me to inquire of Dr. Lin?

13      **MS. TEWKSBURY:**   No, Your Honor.

14      **THE COURT:**   All right.  Well, I think there is a

15    factual basis for your plea of guilty; that it is freely and

16    voluntarily given; and that the company is guilty.

17          So, therefore, Tracy, would you please take Dr. Lin's

18    plea to the information.

19      **THE CLERK:**   Okay.  Chunghwa Picture Tubes, Ltd., has

20    been charged in a single count information of a violation of

21    Title 15 United States Code Section 1, which is price fixing.

22          How do you wish to plead to the single count

23    information, guilty or not guilty?

24      **THE DEFENDANT:**   Guilty.

25      **THE CLERK:**   Thank you.

PDF created with pdfFactory trial version www.pdffactory.com

1          **THE COURT:**  All right.  Well, I will accept that
2    guilty plea.
3          Now, your lawyers have requested that I go ahead and
4    impose sentence at this time, as well.  Usually there is a
5    delay between the guilty plea and the sentence.  Usually a
6    report is prepared by the probation office, which helps me
7    understand a little bit more about the case and how the
8    sentence should be crafted.  But the lawyers have suggested
9    that there is enough information already available to me to
10   make a reasonable sentencing decision, and they have requested
11   that I do it today.  Is that what you would like also, sir?
12         **THE DEFENDANT:**  Yes, Your Honor.
13         **THE COURT:**  And you understand that you're giving up
14   your right to have the probation report prepared?
15         **THE DEFENDANT:**  Yes.
16         **THE COURT:**  And that's okay with you?
17         **THE DEFENDANT:**  Yes.
18         **THE COURT:**  All right.  Well, I do find that there is
19   enough information provided in the plea agreement and the
20   various memos that have been submitted to me, the joint memos
21   in support of the plea agreement and in support of an expedited
22   sentencing to make an informed sentencing decision.
23         So I agree under local Rule 32-1(b) to go ahead and
24   sentence today.  And I should mention that there was also a
25·  motion for a downward departure by the government based on

PDF created with pdfFactory trial version www.pdffactory.com

1    substantial assistance.

2           **MS. TEWKSBURY:**  That's correct.

3           **THE COURT:**  I find that the applicable guideline

4    calculation is as follows:  Based on the volume of commerce

5    affected, which has been agreed to, which is $357,677,000 and

6    that 20 percent of that is a base fine, that would be a base

7    fine of $71,535,400.

8           The culpability score is calculated based on the

9    factors set out in Section 8(c)2.5, the various subparts of it.

10    And the calculation as reflected in the government's memo --

11    and I have gone over that and I accept it as correct -- is that

12    the total culpability score is 8.  Therefore, the minimum and

13    maximum multiplies under 8(c)2.6 are 1.6 to 3.2.  So that the

14    minimum and maximum fine ranges under 8(c)2.7 would be

15    $114,456,640, as a minimum, to $228,913,280, as a maximum.

16           However, the government has moved under 8(c)4.1 of

17    the Sentencing Guidelines for a downward departure to a fine of

18    $65,000,000, due in part to the defendant's substantial

19    assistance which it as outlined in the confidential memorandum

20    submitted to the Court.  And I will grant the motion for

21    downward departure and I agree on the $65,000,000 fine.  So I

22    am prepared to go ahead and impose sentence as set out in the

23    plea agreement.

24           Did you wish to be heard, Mr. Spratling, on any point

25    before I do so?

PDF created with pdfFactory trial version www.pdffactory.com

1      **MR. SPRATLING:**  No, Your Honor.

2          **THE COURT:**  All right.  Dr. Lin, do you want to say

3      anything before I impose sentence?

4          **THE DEFENDANT:**  No.

5          **THE COURT:**  All right.  Ms. Tewksbury, did you to

6      want to say anything?

7          **MS. TEWKSBURY:**  No.

8          **THE COURT:**  All right.  And I do agree not to impose

9      restitution on account of the pending civil actions, but I

10     remain concerned that the -- that the civil actions not get

11     delayed or hampered by the criminal.  I realize that both are

12     going on at the same time.  But Mr. Spratling has indicated

13     there is no agreement here that the company won't testify if

14     required to testify in the civil matters as well as in the

15     federal actions.  And so relying on that, then I'm going to

16     agree not to impose restitution in this case.

17          All right.  Pursuant to the Sentencing Reform Act of

18     1984, I hereby impose the following sentence on Defendant

19     Chunghwa Picture Tubes, Ltd.  The defendant shall pay a fine of

20     $65,000,000 to the United States.  There shall be no term of

21     probation.  The fine is payable $11 million within 30 days from

22     today's date; an additional $11 million, plus accrued interest,

23     on each of the following four anniversary dates of the first

24     payment; and a final $10 million, plus accrued interest

25     payment, on the fifth anniversary date.  And the defendant may

PDF created with pdfFactory trial version www.pdffactory.com

1    prepay at any time before the five-year anniversary.   And

2    Chunghwa is further ordered to pay $400 special assessment,

3    which is due immediately.   And I think that's it.

4             THE CLERK:   You said $400?

5             THE COURT:   $400.

6             MS. TEWKSBURY:   That's correct, yes.

7             THE COURT:   Anything else?

8             MR. SPRATLING:   No, Your Honor.

9             THE DEFENDANT:   No, Your Honor.

10            THE COURT:   Thank you.

11            THE CLERK:   Don't go away.   I have a form that I need

12   to give you.

13            MR. SPRATLING:   Thank you.

14            THE DEFENDANT:   Thank you.

15            THE COURT:   Court is in recess.

16        (*Hearing adjourned at 4:59 p.m.*)

17

18

19

20

21

22

23

24

25

19

```
 1                    CERTIFICATE OF REPORTER

 2            I, MARGARET "MARGO" GURULE, Pro Tem Court Reporter

 3    for the United States Court, Northern District of California,

 4    hereby certify that the foregoing proceedings in Case

 5    No. CR-08-0804, USA v. Chunghwa Picture Tubes were reported by

 6    me, a Certified Shorthand Reporter, and were thereafter

 7    transcribed under my direction into typewriting; that the

 8    foregoing is a true record of said proceedings as bound by me

 9    at the time of filing.

10            The validity of the reporter's certification of said

11    transcript may be void upon disassembly and/or removal from the

12    court file.

13

14

15

16

17

18                    /s/
                      _____
19                    MARGARET "MARGO" GURULE
                      CSR No. 12976
20                    August 18, 2009

21

22

23

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com