1 | Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: **CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions*;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sharp Electronics Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 13-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv- | **DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE # 5 [D.E. 3589] TO EXCLUDE PLEA BY SAMSUNG SDI COMPANY, LTD. AS TO NON-PLEADING DEFENDANTS OR, ALTERNATIVELY, TO PROVIDE A LIMITING INSTRUCTION PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>The Honorable Samuel Conti |

05686;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510.

Pursuant to Civil Local Rules 7-11 and 79-5(d), Direct Action Plaintiffs ("DAPs") hereby move for administrative relief regarding Direct Action Plaintiffs' Response in Opposition to Defendants' Motion in Limine # 5. DAPs respectfully request an order permitting DAPs to file the following documents, or portions thereof, under seal:

1.  The highlighted portions of Direct Action Plaintiffs' Response In Opposition to Defendants' Motion in Limine # 5 (the "Opposition").

This motion is supported by the Declaration of Brian M. Gillett in Support of the Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated February 27, 2015 (the "Gillett Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Gillett Declaration, the documents that Plaintiffs seek to file under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (D.E. 306, amended at D.E. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential." *See* Gillett Decl.

Plaintiffs take no position whether the designated documents satisfy the requirements for sealing. Although Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality, it is Defendants' burden to show good cause for sealing the designated documents by submitting a declaration within four days of the lodging of the designated documents. *See* Civil Local Rule 79-5(e).

Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation. *See* Civil Local Rules 7-11(a) (requiring explanation of lack of stipulation).

Dated:   February 27, 2015

By: */s/ Kenneth S. Marks*
    Kenneth S. Marks
    Jonathan J. Ross
    Johnny W. Carter
    Robert S. Safi
    David M. Peterson
    Brian M. Gillett
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666
    Email: kmarks@susmangodfrey.com
           jross@susmangodfrey.com
           jcarter@susmangodfrey.com
           rsafi@susmangodfrey.com
           dpeterson@susmangodfrey.com
           bgillett@susmangodfrey.com

    Parker C. Folse III
    Rachel S. Black
    Jordan Connors
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, Washington 98101-3000
    Telephone:  (206) 516-3880
    Facsimile:  (206) 516-3883
    Email: pfolse@susmangodfrey.com
           rblack@susmangodfrey.com
           jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as  Trustee of the Circuit City Stores, Inc. Liquidating Trust*

By: */s/ Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America*

By:  /s/ *David Martinez*

Roman M. Silberfeld
Bernice Conn
David Martinez
Laura Nelson
Jill Casselman
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

Email:  rsilberfeld@robinskaplan.com
           dmartinez@ robinskaplan.com
           bconn@robinskaplan.com
           lnelson@robinskaplan.com
           jcasselman@robinskaplan.com

|   |   |
|---|---|
| 1 | *Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C..* |
| 2 | |
| 3 | |
| 4 | By:  /s/ *Jason Murray* |
| 5 | |
| 6 | Jason C. Murray (CA Bar No. 169806) |
| 7 | **CROWELL & MORING LLP** |
|   | 515 South Flower St., 40th Floor |
| 8 | Los Angeles, CA 90071 |
|   | Telephone: 213-443-5582 |
| 9 | Facsimile: 213-622-2690 |
|   | Email: jmurray@crowell.com |
| 10 | |
| 11 | |
|   | Jerome A. Murphy (pro hac vice) |
| 12 | Astor H.L. Heaven (pro hac vice) |
|   | **CROWELL & MORING LLP** |
| 13 | 1001 Pennsylvania Avenue, N.W. |
|   | Washington, D.C. 20004 |
| 14 | Telephone: 202-624-2500 |
|   | Facsimile: 202-628-5116 |
| 15 | E-mail: jmurphy@crowell.com |
| 16 | Email aheaven@crowell.com |
| 17 | *Attorneys for Target Corp. and Viewsonic Corp.* |
| 18 | |
| 19 | By:  /s/ *Richard Arnold* |
| 20 | Richard Alan Arnold |
| 21 | William J. Blechman |
|   | Kevin J. Murray |
| 22 | **KENNY NACHWALTER, P.A.** |
|   | 201 S. Biscayne Blvd., Suite 1100 |
| 23 | Miami, FL 33131 |
| 24 | Tel: 305-373-1000 |
|   | Fax: 305-372-1861 |
| 25 | Email: rarnold@knpa.com |
|   | Email: wblechman@knpa.com |
| 26 | Email: kmurray@knpa.com |
| 27 | |
|   | *Attorneys for Plaintiff Sears, Roebuck and Co. and* |
| 28 | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567802v1/012325

*Kmart Corp.*

By: */s/ Philip J. Iovieno*

Stuart Singer
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:     ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email:     piovieno@bsfllp.com
Email:     anardacci@bsfllp.com

*Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC, Tweeter Newco, LLC, Tech Data Corporation, and Tech Data Product Management, Inc.*

By: */s/ David J. Burman*
David J. Burman
Cori G. Moore
Nicholas H. Hesterberg
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email:     dburman@perkinscoie.com
Email:     cgmoore@perkinscoie.com
Email:     nhesterberg@perkinscoie.com

Jordan S. Bass (Cal. Bar No. 208143)
**PERKINS COIE LLP**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344.7000
Facsimile: (415) 344.7050
Email:    jbass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567802v1/012325

**CERTIFICATE OF SERVICE**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. CV-07-5944-SC**
**MDL No. 1917**

I, Kenneth S. Marks, declare:

I am employed in the County of Harris, State of Texas.  I am over the age of 18 years and not a party to the within action.  My business address is Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas  77002.

On February 27, 2015, I served a true and correct copy of the following document(s) in the manner indicated below:

[ ]   **BY U.S. MAIL:**  I caused the said document(s) to be deposition in the United States mail, at Houston, Texas, in a sealed envelope with first-class postage thereon fully prepaid, to the addressee(s) named below: and

[X]   **BY ELECTRONIC MAIL:**  I caused the said document(s) to be emailed to the offices and/or to attorneys of the offices of the addressee(s) named below.

**SEE ATTACHED SERVICE LIST**

Dated: February 27, 2015          Signed      */s/ Kenneth S. Marks*
                                                              Kenneth S. Marks

**SERVICE LIST**

| | |
|---|---|
| Philip J. Iovieno<br>piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY  12207<br>Tel:  (518) 434-0600<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Mario N. Alioto<br>malioto@tatp.com<br>Lauren C. Russell<br>laurenrussell@tatp.com<br>Joseph M. Patane<br>jpatane@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel:  (415) 563-7200<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs Class* |
| Kamala D. Harris<br>    Attorney General of California<br>Mark Breckler<br>    Chief Assistant Attorney General<br>Kathleen E. Foote<br>    Senior Assistant Attorney General<br>Emilio E. Varanini<br>    Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-3664<br>Tel:  (415) 703-5908<br>emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | Guido Saveri<br>guido@saveri.com<br>R. Alexander Saveri<br>rick@saveri.com<br>Geoffrey C. Rushing<br>grushing@saveri.com<br>Cadio Zirpoli<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA  94111<br>Tel:  (415) 217-6810<br><br>*Interim Lead Counsel for The Direct Purchaser Plaintiffs Class* |

| | | |
|---|---|---|
| 1 | Jeffrey L. Kessler<br>jkessler@winston.com | Hojoon Hwang<br>hojoon.hwang@mto.com |
| 2 | A. Paul Victor<br>pvictor@winston.com | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor |
| 3 | Eva W. Cole | San Francisco, CA  94105 |
| 4 | ewcole@winston.com | Tel:  (415) 512-4000 |
| 5 | Molly M. Donovan<br>mmdonovan@winston.com | William D. Temko |
| 6 | WINSTON & STRAWN LLP<br>200 Park Avenue | william.temko@mto.com<br>Jonathan E. Altman |
| 7 | New York, NY  10166-4193<br>Tel:  (212) 294-6700 | jonathan.altman@mto.com<br>Bethany W. Kristovich |
| 8 | | bethany.kristovich@mto.com |
| 9 | David L. Yohai<br>david.yohai@weil.com | MUNGER TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor |
| 10 | Steven A. Reiss<br>steven.reiss@weil.com | Los Angeles, CA  90071-1560<br>Tel. (213) 683-9100 |
| 11 | Adam C. Hemlock | |
| 12 | adam.hemlock@weil.com<br>WEIL, GOTSHAL & MANGES LLP | *Counsel for Defendants LG Electronics, Inc.,<br>LG Electronics USA, Inc., and LG Electronics* |
| 13 | 767 Fifth Avenue<br>New York, NY  10153 | *Taiwan Taipei Co., Ltd.* |
| 14 | Tel:  (212) 310-8000 | |
| 15 | *Counsel for Defendants Panasonic* | |
| 16 | *Corporation, Panasonic Corporation<br>of North America, and MT Picture* | |
| 17 | *Display Co., Ltd.* | |

| | |
|---|---|
| Mark C. Dosker<br>mark.dosker@ squirepb.com<br>Nathan Lane, III<br>nathan.lane@ squirepb.com<br>SQUIRE PATTON BOGGS L.L.P.<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 954-0200<br><br>*Counsel for Technologies Displays Americas LLC (in all actions except Office Depot Action)*<br><br>Ellen Tobin<br>etobin@curtis.com<br>Curtis, Mallet-Provost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 696-6000<br>Fax: (212) 697-1559<br><br>Arthur S. Gaus<br>asg@dillinghammurphy.com<br>Dillingham & Murphy, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 397-2700<br>Fax: (415) 397-3300<br><br>*Counsel for Technologies Displays Americas, LLC (in the Office Depot action only)* | Joseph R. Tiffany<br>Joseph.tiffany@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Tel. (650) 233-4644<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd., IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567802v1/012325

| | | |
|---|---|---|
| 1 | John Taladay<br>john.taladay@bakerbotts.com | Ian Simmons<br>isimmons@omm.com |
| 2 | Joseph Ostoyich<br>joseph.ostoyich@bakerbotts.com | Benjamin G. Bradshaw<br>bbradshaw@omm.com |
| 3 | Charles M. Malaise<br>Charles.malaise@bakerbotts.com | Courtney C. Byrd<br>cbyrd@omm.com |
| 4 | Erik T. Koons<br>erik.koons@bakerbotts.com | David Kendall Roberts<br>droberts2@omm.com |
| 5 | BAKER BOTTS LLP<br>The Warner | Kevin Douglas Feder<br>kfeder@omm.com |
| 6 | 1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400 | O'MELVENY & MYERS LLP<br>1625 Eye Street, NW |
| 7 | Tel:  (202) 639-7909 | Washington, DC  20006-4001<br>Tel:  (202) 383-5163 |
| 8 | | |
| 9 | Jon V. Swenson<br>jon.swenson@bakerbotts.com | Michael Frederick Tubach |
| 10 | BAKER BOTTS LLP<br>1001 Page Mill Road | mtubach@omm.com<br>O'MELVENY & MYERS LLP |
| 11 | Building One, Suite 200<br>Palo Alto, CA  94304 | Two Embarcadero Center<br>28th Floor |
| 12 | Tel. (650) 739-7500 | San Francisco, CA 94111-3305<br>Tel. (415) 984-8700 |
| 13 | *Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* | |
| 14 | | *Counsel for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.* |
| 15 | | |
| 16 | | |
| 17 | Joel S. Sanders<br>jsanders@gibsondunn.com | Christopher M. Curran<br>ccurran@whitecase.com |
| 18 | Rachel S. Brass<br>rbrass@gibsondunn.com | Lucius B. Lau<br>alau@whitecase.com |
| 19 | Austin V. Schwing<br>aschwing@gibsondunn.com | Dana E. Foster<br>defoster@whitecase.com |
| 20 | GIBSON, DUNN & CRUTCHER | WHITE & CASE, LLP |
| 21 | 555 Mission Street, Suite 3000<br>San Francisco, CA  94105 | 701 13th Street, NW<br>Washington, DC  20005 |
| 22 | Tel:  (415) 393-8200 | Tel:  (202) 626-3600 |
| 23 | | |
| 24 | *Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chungwha Picture Tubes (Malaysia)* | |
| 25 | | *Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567802v1/012325

| | |
|---|---|
| Christine Laciak<br>christine.laciak@freshfields.com<br>Richard Snyder<br>richard.snyder@freshfields.com<br>Craig D. Minerva<br>craig.minerva@freshfields.com<br>Bruce C. McCulloch<br>bruce.mcculloch@freshfields.com<br>Terry Calvani<br>terry.calvani@freshfields.com<br>FRESHFIELDS BRUCKHAUS &<br>  DERINGER US, LLP<br>700 13th Street, NW<br>10th Floor<br>Washington, DC 20005-3960<br>Tel:  (202) 777-4500<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Gary L. Halling<br>ghalling@sheppardmullin.com<br>James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>  HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111<br>Tel:  (415) 434-9100<br><br>*Counsel for Defendants Samsung SDI America Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |

| | |
|---|---|
| Eliot A. Adelson<br>eadelson@kirkland.com<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik<br>jmutchnik@kirkland.com<br>Kate Wheaton<br>kate.wheaton@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | Calvin L. Litsey<br>calvin.litsey@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Tel: (650) 324-6700<br><br>Kathy Osborn<br>kathy.osborn@faegrebd.com<br>Ryan M. Hurley<br>ryan.hurley@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br><br>Jeffrey S. Roberts<br>Jeff.roberts@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 607-3500<br><br>Stephen M. Judge<br>Steve.judge@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel: (574) 234-4149<br><br>*Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567802v1/012325

| | |
|---|---|
| 1  Brent Caslin | |
| 2  bcaslin@jenner.com | |
|    JENNER & BLOCK LLP | |
| 3  633 West 5th Street, Suite 3600 | |
|    Los Angeles, CA 90071-2054 | |
| 4  Tel: (213) 239-5100 | |
| 5  Terrence J. Truax | |
|    ttruax@jenner.com | |
| 6  Michael T. Brody | |
| 7  mbrody@jenner.com | |
|    Shaun M. Van Horn | |
| 8  svanhorn@jenner.com | |
|    Gabriel A. Fuentes | |
| 9  gfuentes@jenner.com | |
| 10 Molly M. Powers | |
|    mpowers@jenner.com | |
| 11 JENNER & BLOCK LLP | |
|    353 North Clark Street | |
| 12 Chicago, IL 60654 | |
| 13 Tel: (312) 222-9350 | |
| 14 *Counsel for Mitsubishi Electric Corporation,* | |
|    *Mitsubishi Electric & Electronics USA, Inc.* | |
| 15 *and Mitsubishi Digital Electronic Americas,* | |
|    *Inc.* | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567802v1/012325