| | |
|---|---|
| 1 | Kenneth S. Marks |
| 2 | Jonathan J. Ross |
|   | SUSMAN GODFREY L.L.P. |
|   | 1000 Louisiana Street, Suite 5100 |
| 3 | Houston, Texas 77002-5096 |
|   | Telephone: (713) 651-9366 |
| 4 | Facsimile: (713) 654-6666 |
|   | kmarks@susmangodfrey.com |
| 5 | jross@susmangodfrey.com |

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: **CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | **DECLARATION OF BRIAN M. GILLETT IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE # 5** |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-005723; | |
| *Crago, d/b/a Dash Computers, Inc. Et al., v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-02058; | The Honorable Samuel Conti |
| *Electrograph Systems, Inc., et. Al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Interbond Coporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | |
| *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; | |
| *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | |
| *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | |

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686.

I, Brian M. Gillett, hereby declare as follows:

1. I am an attorney with the law firm of Susman Godfrey L.L.P., counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust. I submit this declaration in support of Direct Action Plaintiffs' Opposition to Defendants' Motion in Limine # 5. Except as to those matters based on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Final Pretrial Scheduling Order – Phase 1 DAP Trial, from Case No. 3:07-md-01827-SI, in the United States District Court for the Northern District of California, filed July 11, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Final Pretrial Scheduling Order, from Case No. 3:07-md-01827-SI, in the United States District Court for the Northern District of California, filed May 4, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order re Best Buy's Trial Brief re (1) FRE 1006 Summary Witness and (2) Dr. McClave, from Case No. 3:07-md-01827-SI, in the United States District Court for the Northern District of California, filed August 8, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of February, 2015, at Houston, Texas.

*/s/ Brian M. Gillett*
Brian M. Gillett

2

Declaration in Support of Plaintiffs' Rule 56(d) Supplement To Opposition to Thomson Consumer MSJ and MPSJ
MDL No. 1917, Case No. 07-cv-5944-SC