1

2

3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

4

**SAN FRANCISCO DIVISION**

5

6

7

In re: CATHODE RAY TUBE (CRT) ANTITRUST
LITIGATION

Case No. 3:07-cv-5944 SC

MDL No. 1917

8

This Document Relates to:

**[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION IN
LIMINE NO. 5**

9

*All Indirect Purchaser Actions*;

10

11

*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-
cv-05513;

12

13

*Best Buy Co., et al. v. Technicolor SA, et al.*, No.
13-cv-05264;

14

*Sears, Roebuck and Co. and Kmart Corp. v.
Technicolor SA*, No. 13-cv-05262;

15

16

*Sears, Roebuck and Co. and Kmart Corp. v.
Chunghwa Picture tubes, Ltd.*, No. 11-cv-05514;

17

18

*Sharp Electronics Corp. v. Hitachi, Ltd.*, No. 13-
cv-01173;

19

*Sharp Electronics Corp. v. Koninklijke Philips
Electronics, N.V., et al.*, No. 13-cv-02776;

20

21

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

22

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

23

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et
al.*, No. 13-cv-05514;

24

25

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-
05686;

26

27

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*,
No. 14-cv-02510.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of Defendants Motion in Limine # 5 (D.E. 3589) to Exclude Plea by Samsung SDI Company, Ltd. as to Non-Pleading Defendants, or, Alternatively, to Provide a Limiting Instruction, all papers filed in support of and in opposition to said motion, and arguments made by counsel, if any, IT IS HEREBY ORDERED:

Defendants Motion in Limine # 5 is DENIED.

Dated: _____, 2015        _____
                                            HON. SAMUEL CONTI
                                    UNITED STATES DISTRICT JUDGE