1  Kenneth S. Marks
   Jonathan J. Ross
2  SUSMAN GODFREY LLP
   1000 Louisiana Street, Suite 5100
3  Houston, Texas 77002-5096
   Telephone:  (713) 651-9366
4  Facsimile:   (713) 654-6666
   kmarks@susmangodfrey.com
5  jross@susmangodfrey.com

6  *Attorneys for plaintiff Alfred H. Siegel, solely
   in his capacity as Trustee of the Circuit City*
7  *Stores, Inc. Liquidating Trust*

8  [additional counsel listed on signature page]

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                   **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  **In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 07-5944 SC |
| 12 | |
| 13  This Document Relates to: | MDL No. 1917 |
| 14  *All Indirect Purchaser Actions*; | |
| 15  *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| 16  *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | **DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR RESPONSE IN OPPOSITION TO MITSUBISHI ELECTRIC'S MOTIONS IN LIMINE NOS. 1–3 PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| 17 | |
| 18  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262; | |
| 19 | |
| 20  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture tubes, Ltd.*, No. 11-cv-05514; | |
| 21  *Sharp Electronics Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | The Honorable Samuel Conti |
| 22 | |
| 23  *Sharp Electronics Corp. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776; | |
| 24  *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| 25  *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| 26  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 13-cv-05514; | |
| 27 | |
| 28  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv- | |

05686;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510.

Pursuant to Civil Local Rules 7-11 and 79-5(d), Direct Action Plaintiffs ("DAPs") hereby move for administrative relief regarding Direct Action Plaintiffs' Response in Opposition to Mitsubishi Electric's Motions in Limine Nos. 1–3. DAPs respectfully request an order permitting DAPs to file the following documents, or portions thereof, under seal:

1. The highlighted portions of Direct Action Plaintiffs' Response In Opposition to Mitsubishi Electric's Motions in Limine Nos. 1–3 (the "Opposition");

2. Exhibits A and B to the concurrently filed Declaration of Brian M. Gillett in Support of the Opposition.

This motion is supported by the Declaration of Brian M. Gillett in Support of the Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated February 27, 2015 (the "Gillett Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Gillett Declaration, the documents that Plaintiffs seek to file under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (D.E. 306, amended at D.E. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential." *See* Gillett Decl.

Plaintiffs take no position whether the designated documents satisfy the requirements for sealing. Although Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality, it is Defendants' burden to show good cause for sealing the designated documents by submitting a declaration within four days of the lodging of the designated documents. *See* Civil Local Rule 79-5(e).

Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation. *See* Civil Local Rules 7-11(a) (requiring explanation of lack of stipulation).

Dated:   February 27, 2015

By: */s/ Kenneth S. Marks*
    Kenneth S. Marks
    Jonathan J. Ross
    Johnny W. Carter
    Robert S. Safi
    David M. Peterson
    Brian M. Gillett
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666
    Email: kmarks@susmangodfrey.com
          jross@susmangodfrey.com
          jcarter@susmangodfrey.com
          rsafi@susmangodfrey.com
          dpeterson@susmangodfrey.com
          bgillett@susmangodfrey.com

    Parker C. Folse III
    Rachel S. Black
    Jordan Connors
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, Washington 98101-3000
    Telephone:  (206) 516-3880
    Facsimile:  (206) 516-3883
    Email: pfolse@susmangodfrey.com
          rblack@susmangodfrey.com
          jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as  Trustee of the Circuit City Stores, Inc. Liquidating Trust*

1
2
3          By: /s/ *David Martinez*

4          Roman M. Silberfeld
           Bernice Conn
5          David Martinez
           Laura Nelson
6          Jill Casselman
7          **ROBINS KAPLAN LLP**
           2049 Century Park East, Suite 3400
8          Los Angeles, CA  90067-3208
           Telephone:  (310) 552-0130
9          Facsimile:   (310) 229-5800

10         Email:  rsilberfeld@robinskaplan.com
11                 dmartinez@ robinskaplan.com
                   bconn@robinskaplan.com
12                 lnelson@robinskaplan.com
                   jcasselman@robinskaplan.com
13
14         *Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C.*
15
16
17         By: /s/ *Jason Murray*
18
19         Jason C. Murray (CA Bar No. 169806)
           **CROWELL & MORING LLP**
20         515 South Flower St., 40th Floor
           Los Angeles, CA 90071
21         Telephone: 213-443-5582
           Facsimile: 213-622-2690
22         Email: jmurray@crowell.com
23
24         Jerome A. Murphy (pro hac vice)
           Astor H.L. Heaven (pro hac vice)
25         **CROWELL & MORING LLP**
26         1001 Pennsylvania Avenue, N.W.
           Washington, D.C. 20004
27         Telephone: 202-624-2500
28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567696v1/012325

|   |   |
|---|---|
| 1 | Facsimile: 202-628-5116 |
| 2 | E-mail: jmurphy@crowell.com |
|   | Email aheaven@crowell.com |

*Attorneys for Target Corp. and Viewsonic Corp.*


By:  /s/ *Richard Arnold*

  Richard Alan Arnold
  William J. Blechman
  Kevin J. Murray
  **KENNY NACHWALTER, P.A.**
  201 S. Biscayne Blvd., Suite 1100
  Miami, FL 33131
  Tel: 305-373-1000
  Fax: 305-372-1861
  Email: rarnold@knpa.com
  Email: wblechman@knpa.com
  Email: kmurray@knpa.com

  *Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*


By: */s/ Philip J. Iovieno*

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:     ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email:     piovieno@bsfllp.com
Email:     anardacci@bsfllp.com

*Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America,*

| | |
|---|---|
| 1 | |
| 2 | P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC, Tweeter Newco, LLC, Tech Data Corporation, and Tech Data Product Management, Inc. |
| 3 | |
| 4 | |
| 5 | By: */s/ David J. Burman* |
| 6 | David J. Burman<br>Cori G. Moore |
| 7 | Nicholas H. Hesterberg |
| 8 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 |
| 9 | Seattle, WA 98101-3099<br>Telephone: (206) 359-8000 |
| 10 | Facsimile: (206) 359-9000<br>Email:    dburman@perkinscoie.com |
| 11 | Email:    cgmoore@perkinscoie.com<br>Email:    nhesterberg@perkinscoie.com |
| 12 | |
| 13 | Jordan S. Bass (Cal. Bar No. 208143)<br>PERKINS COIE LLP |
| 14 | Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131 |
| 15 | Telephone: (415) 344.7000<br>Facsimile: (415) 344.7050 |
| 16 | Email:    jbass@perkinscoie.com |
| 17 | *Attorneys for Plaintiff Costco Wholesale Corporation* |

**CERTIFICATE OF SERVICE**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. CV-07-5944-SC**
**MDL No. 1917**

I, Kenneth S. Marks, declare:

I am employed in the County of Harris, State of Texas.  I am over the age of 18 years and not a party to the within action.  My business address is Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas  77002.

On February 27, 2015, I served a true and correct copy of the following document(s) in the manner indicated below:

[ ]  **BY U.S. MAIL:**  I caused the said document(s) to be deposition in the United States mail, at Houston, Texas, in a sealed envelope with first-class postage thereon fully prepaid, to the addressee(s) named below: and

[X]  **BY ELECTRONIC MAIL:**  I caused the said document(s) to be emailed to the offices and/or to attorneys of the offices of the addressee(s) named below.

**SEE ATTACHED SERVICE LIST**

Dated: February 27, 2015          Signed     */s/ Kenneth S. Marks*
                                              Kenneth S. Marks

## SERVICE LIST

| | |
|---|---|
| Philip J. Iovieno<br>piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY  12207<br>Tel:  (518) 434-0600<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Mario N. Alioto<br>malioto@tatp.com<br>Lauren C. Russell<br>laurenrussell@tatp.com<br>Joseph M. Patane<br>jpatane@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel:  (415) 563-7200<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs Class* |
| Kamala D. Harris<br>    Attorney General of California<br>Mark Breckler<br>    Chief Assistant Attorney General<br>Kathleen E. Foote<br>    Senior Assistant Attorney General<br>Emilio E. Varanini<br>    Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-3664<br>Tel:  (415) 703-5908<br>emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | Guido Saveri<br>guido@saveri.com<br>R. Alexander Saveri<br>rick@saveri.com<br>Geoffrey C. Rushing<br>grushing@saveri.com<br>Cadio Zirpoli<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA  94111<br>Tel:  (415) 217-6810<br><br>*Interim Lead Counsel for The Direct Purchaser Plaintiffs Class* |

| | |
|---|---|
| Jeffrey L. Kessler<br>jkessler@winston.com<br>A. Paul Victor<br>pvictor@winston.com<br>Eva W. Cole<br>ewcole@winston.com<br>Molly M. Donovan<br>mmdonovan@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>Tel:  (212) 294-6700<br><br>David L. Yohai<br>david.yohai@weil.com<br>Steven A. Reiss<br>steven.reiss@weil.com<br>Adam C. Hemlock<br>adam.hemlock@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Tel:  (212) 310-8000<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105<br>Tel:  (415) 512-4000<br><br>William D. Temko<br>william.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>Bethany W. Kristovich<br>bethany.kristovich@mto.com<br>MUNGER TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Tel. (213) 683-9100<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |

| | |
|---|---|
| Mark C. Dosker<br>mark.dosker@ squirepb.com<br>Nathan Lane, III<br>nathan.lane@ squirepb.com<br>SQUIRE PATTON BOGGS L.L.P.<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 954-0200<br><br>*Counsel for Technologies Displays Americas LLC (in all actions except Office Depot Action)*<br><br>Ellen Tobin<br>etobin@curtis.com<br>Curtis, Mallet-Provost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 696-6000<br>Fax: (212) 697-1559<br><br>Arthur S. Gaus<br>asg@dillinghammurphy.com<br>Dillingham & Murphy, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 397-2700<br>Fax: (415) 397-3300<br><br>*Counsel for Technologies Displays Americas, LLC (in the Office Depot action only)* | Joseph R. Tiffany<br>Joseph.tiffany@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Tel. (650) 233-4644<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd., IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567696v1/012325

| | |
|---|---|
| John Taladay<br>john.taladay@bakerbotts.com<br>Joseph Ostoyich<br>joseph.ostoyich@bakerbotts.com<br>Charles M. Malaise<br>Charles.malaise@bakerbotts.com<br>Erik T. Koons<br>erik.koons@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400<br>Tel:  (202) 639-7909<br><br>Jon V. Swenson<br>jon.swenson@bakerbotts.com<br>BAKER BOTTS LLP<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA  94304<br>Tel. (650) 739-7500<br><br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* | Ian Simmons<br>isimmons@omm.com<br>Benjamin G. Bradshaw<br>bbradshaw@omm.com<br>Courtney C. Byrd<br>cbyrd@omm.com<br>David Kendall Roberts<br>droberts2@omm.com<br>Kevin Douglas Feder<br>kfeder@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC  20006-4001<br>Tel:  (202) 383-5163<br><br>Michael Frederick Tubach<br>mtubach@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3305<br>Tel. (415) 984-8700<br><br>*Counsel for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.* |
| Joel S. Sanders<br>jsanders@gibsondunn.com<br>Rachel S. Brass<br>rbrass@gibsondunn.com<br>Austin V. Schwing<br>aschwing@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Tel:  (415) 393-8200<br><br>*Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chungwha Picture Tubes (Malaysia)* | Christopher M. Curran<br>ccurran@whitecase.com<br>Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC  20005<br>Tel:  (202) 626-3600<br><br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567696v1/012325

| | |
|---|---|
| Christine Laciak<br>christine.laciak@freshfields.com<br>Richard Snyder<br>richard.snyder@freshfields.com<br>Craig D. Minerva<br>craig.minerva@freshfields.com<br>Bruce C. McCulloch<br>bruce.mcculloch@freshfields.com<br>Terry Calvani<br>terry.calvani@freshfields.com<br>FRESHFIELDS BRUCKHAUS &<br>  DERINGER US, LLP<br>700 13th Street, NW<br>10th Floor<br>Washington, DC 20005-3960<br>Tel:  (202) 777-4500<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Gary L. Halling<br>ghalling@sheppardmullin.com<br>James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>  HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111<br>Tel:  (415) 434-9100<br><br>*Counsel for Defendants Samsung SDI America Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |

| | |
|---|---|
| Eliot A. Adelson<br>eadelson@kirkland.com<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik<br>jmutchnik@kirkland.com<br>Kate Wheaton<br>kate.wheaton@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | Calvin L. Litsey<br>calvin.litsey@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Tel: (650) 324-6700<br><br>Kathy Osborn<br>kathy.osborn@faegrebd.com<br>Ryan M. Hurley<br>ryan.hurley@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br><br>Jeffrey S. Roberts<br>Jeff.roberts@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 607-3500<br><br>Stephen M. Judge<br>Steve.judge@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel: (574) 234-4149<br><br>*Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)* |

| | |
|---|---|
| Brent Caslin<br>bcaslin@jenner.com<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel: (213) 239-5100<br><br>Terrence J. Truax<br>ttruax@jenner.com<br>Michael T. Brody<br>mbrody@jenner.com<br>Shaun M. Van Horn<br>svanhorn@jenner.com<br>Gabriel A. Fuentes<br>gfuentes@jenner.com<br>Molly M. Powers<br>mpowers@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br><br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3567696v1/012325