Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-5944-SC <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; <br><br> *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-005723; <br><br> *Crago, d/b/a Dash Computers, Inc. Et al., v. Mitsubishi Electric Corporation, et al.*, No. 14-cv-02058; <br><br> *Electrograph Systems, Inc., et. Al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br><br> *Interbond Coporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; <br><br> *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; <br><br> *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; <br><br> *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; <br><br> *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; <br><br> *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | **DECLARATION OF BRIAN M. GILLETT IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO MITSUBISHI ELECTRIC'S MOTIONS IN LIMINE NOS. 1–3** <br><br> The Honorable Samuel Conti |

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Target Corp., v. Technicolor SA, et al.*, No. 13-cv-05686.

I, Brian M. Gillett, hereby declare as follows:

1. I am an attorney with the law firm of Susman Godfrey L.L.P., counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust. I submit this declaration in support of Plaintiffs' Rule 56(d) Supplement to Opposition to Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment. Except as to those matters based on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of the Amended Plea Agreement between the United States of America and Samsung SDI Company, Ltd., from Case No. 3:11-CR-00162-WHA, in the United States District Court for the Northern District of California, filed May 17, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of the Interim Order of the Special Master- SDI Motion for Protective Order, dated September 15, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of February, 2015, at Houston, Texas.

*/s/ Brian M. Gillett*
Brian M. Gillett