**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER DENYING MITSUBISHI ELECTRIC'S MOTIONS IN LIMINE NOS. 1–3** |
| *All Indirect Purchaser Actions*; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture tubes, Ltd.*, No. 11-cv-05514; | |
| *Sharp Electronics Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | |
| *Sharp Electronics Corp. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 13-cv-05514; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510. | |

...

Upon consideration of Mitsubishi Electric's Motions in Limine Nos. 1–3 (D.E. 3601), all papers filed in support of and in opposition to said motion, and arguments made by counsel, if any, IT IS HEREBY ORDERED:

Mitsubishi Electric's Motion in Limine No. 1 is DENIED

Mitsubishi Electric's Motion in Limine No. 2 is DENIED

Mitsubishi Electric's Motion in Limine No. 3 is DENIED

Dated: _____, 2015

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE