**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions*;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sharp Electronics Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 13-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510. | Case No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE # 12 PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |

The Court has considered Direct Action Plaintiffs' Administrative Motion to Seal Portions of Their Response in Opposition to Defendants' Motion in Limine # 12 Pursuant to Civil Local Rules 7-11 and 79-5(d):

- The highlighted portions of Direct Action Plaintiffs' Opposition.

Having read and considered the papers filed and arguments made by counsel, if any, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of Their Response in Opposition to Defendants' Motion in Limine # 12 Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.

Dated: _____, 2015

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE