Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions*;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sharp Electronics Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 13-cv-05514; | Master File No. 3:07-CV-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF JONATHAN J. ROSS IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 12 [D.E. 3568]**<br><br>Judge: The Honorable Samuel Conti<br>Court: Courtroom No. 1, 17th Floor<br>Date: None Set |

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510.

I, Jonathan J. Ross, hereby declare as follows:

1. I am an attorney with the law firm of Susman Godfrey L.L.P., counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust. I submit this declaration in support of Direct Action Plaintiffs' Response in Opposition to defendants' Motion in Limine No. 12. Except as to those matters based on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of Deposition Testimony of C.C. Liu, dated February 20, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of CHU00028768.01 – CHU00028770, marked at deposition in this case as Ex. 1229, dated January 28, 1997.

4. Attached hereto as Exhibit C is a true and correct copy of CHU00029235 – CHU00029237, marked at deposition in this case as Ex. 1142, dated April 15, 1999.

5. Attached hereto as Exhibit D is a true and correct copy of MTPD-0303225 – MTPD-0303228, marked at deposition in this case as Ex. 2019, dated August, 2005

6. Attached hereto as Exhibit E is a true and correct copy of SDCRT-0002520 – SDCRT-0002522, dated March, 2001.

7. Attached hereto as Exhibit F is a true and correct copy of CHU00029131 – CHU00029137, marked at deposition in this case as Ex. 710, dated May 25, 2000.

8. Attached hereto as Exhibit G is a true and correct copy of CHU00029171 – CHU00029174, dated October 27, 1999.

I declare under penalty of perjury that the foregoing is true and correct.

2

Declaration in Support of Plaintiffs' Rule 56(d) Supplement To Opposition to Thomson Consumer MSJ and MPSJ
MDL No. 1917, Case No. 07-cv-5944-SC

Executed this 27th day of February, 2015, at Houston, Texas.

*/s/ Jonathan J. Ross*
Jonathan J. Ross