**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Indirect Purchaser Actions*;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sharp Electronics Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp. v. Koninklijke Philips Electronics, N.V., et al.*, No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 13-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510. | Case No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION IN LIMINE NO. 12** |

Upon consideration of Defendants' Motion in Limine No. 12 (D.E. 3568), all papers filed in support of and in opposition to said motion, and arguments made by counsel, if any, IT IS HEREBY ORDERED:

Defendants' Motion in Limine No. 12 is DENIED

Dated: _____, 2015

　　　　　　　　　　　　　　　　　　　　　HON. SAMUEL CONTI
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE