Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail: rarnold@knpa.com
        wblechman@knpa.com
        kmurray@knpa.com
        srandall@knpa.com

*Counsel for Plaintiff Sears Roebuck and Co.
and Kmart Corp.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
| *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513; | **[PROPOSED] ORDER RE DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e) AND 7-11** |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; | |
| *Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | The Honorable Samuel Conti |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510 | |

Having considered the motion regarding whether certain documents lodged with the Court by Direct Action Plaintiffs in support of their Response in Opposition to Defendants' Motion in *Limine* to Exclude Evidence of "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices should be filed under seal pursuant to Local Rules 7-10 and 79-5, and good cause appearing, the motion is hereby GRANTED.

It is hereby ordered that the following documents shall remain under seal:

- Exhibit 1 to the Declaration of Samuel Randall in Support of Direct Action Plaintiffs' Response in Opposition to Defendants' Motion in *Limine* to Exclude Evidence of "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices, consisting of excerpts of Rebuttal Expert Report of Dr. Kenneth G. Elzinga dated September 26, 2014; and

- Exhibit 2 to the Declaration of Samuel Randall in Support of Direct Action Plaintiffs' Response in Opposition to Defendants' Motion in *Limine* to Exclude Evidence of "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices, consisting of excerpts of Rebuttal Report of Dr. James T. McClave dated September 26, 2014.

It is further ordered that, to maintain the effect of the Seal under Civil Local Rule 79-5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

IT IS SO ORDERED.

DATED:

HONORABLE SAMUEL CONTI
United States District Court Judge