Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail: rarnold@knpa.com
           wblechman@knpa.com
           kmurray@knpa.com
           srandall@knpa.com

*Counsel for Plaintiff Sears Roebuck and Co.
and Kmart Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT ACTION PURCHASER ACTIONS<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | **DIRECT ACTION PLAINTIFFS'[1] ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e) AND 7-11**<br><br>The Honorable Samuel Conti |

---

[1] The Direct Action Plaintiffs that are parties to this Motion are Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C.; Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust; Sears, Roebuck and Co.; Kmart Corporation; Target Corp.; Sharp Electronics Corp.; and Viewsonic Corporation.

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 7-11 and 79-5, Direct Action Plaintiffs respectfully request an order permitting Plaintiffs to file under seal the following documents or portions thereof that contain information that has been designated confidential or highly confidential ("Designated Documents"):

- Portions of Direct Action Plaintiffs' Response in Opposition to Samsung SDI's Motion in *Limine* to Exclude Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732; and

- Exhibit 1 to the Declaration of Samuel Randall in Support of Direct Action Plaintiffs' Response in Opposition to Samsung SDI's Motion in *Limine* to Exclude Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732.

Plaintiffs request that the Designated Documents be filed under seal pursuant to Civil Local Rule 79-5(d). Specifically, they refer to, contain, and/or reflect excerpts of documents and testimony that has been designated as "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 by Judge Samuel Conti in *In re Cathode Ray Tube (CRT) Antitrust Litigation,* Case No. 07-5944-SC (MDL No. 1917), in the United States District Court for the Northern District of California, San Francisco Division (*"CRT Antitrust MDL"*). The Stipulated Protective Order is document number 306 on the Court's docket in the

*CRT Antitrust MDL*. The confidentiality/highly confidential designations have been made by certain of the defendants in the *CRT Antitrust MDL*. To qualify under the Stipulated Protective Order as "confidential" or "highly confidential," the information must contain trade secrets or other confidential research, development or commercial information or other private or competitively sensitive information (¶1).

Plaintiffs are filing redacted copies of the Designated Documents in accordance with Civil Local Rule 79-5. Plaintiffs are also filing under seal an unredacted version of the Designated Documents, the entirety of which have been omitted from the redacted version due to "confidential" or "highly confidential" designations.

Plaintiffs submit this Application as the party wishing to file documents referencing, containing, or analyzing, in whole or in part, the documents described above. Plaintiffs attached hereto the Declaration of Samuel Randall in support of this Application. Contemporaneous with filing this Application, Plaintiffs are giving notice to the defendants in the *CRT Antitrust MDL* of this Application and of the Designated Documents to be filed in this case. Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality pursuant to the provisions of the Stipulated Protective Order.

Accordingly, Plaintiffs request that the Court grant this Administrative Motion to File Under Seal the entirety of the Designated Documents.

| | |
|---|---|
| Dated: February 27, 2015 | Respectfully submitted,<br><br>/s/ *Samuel J. Randall*<br>Richard Alan Arnold (*pro hac vice*)<br>William J. Blechman (*pro hac vice*)<br>Samuel J. Randall (*pro hac vice*)<br>KENNY NACHWALTER, P.A.<br>201 S. Biscayne Blvd., Suite 1100<br>Miami, Florida 33131<br>Telephone:   (305) 373-1000<br>Facsimile:    (305) 372-1861<br>Email: rarnold@knpa.com<br>           wblechman@knpa.com<br>           srandall@knpa.com<br><br>***Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.***<br><br>/s/ *David Martinez*<br>Roman M. Silberfeld<br>Bernice Conn<br>David Martinez<br>Jill S. Casselman<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130<br>Facsimile:  (310) 229-5800<br><br>Email: rmsilberfeld@rkmc.com<br>           dmartinez@rkmc.com<br>           jscasselman@rkmc.com<br><br>Elliot S. Kaplan<br>K. Craig Wildfang<br>Laura E. Nelson<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue<br>2800 LaSalle Plaza<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8500<br>Facsimile:  (612) 339-4181<br>Email: eskaplan@rkmc.com<br>           kcwildfang@rkmc.com<br>           lenelson@rkmc.com<br><br>***Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*** |

| | |
|---|---|
| 1 | |
| 2 | */s/  Kenneth S. Marks* |
|   | H. Lee Godfrey |
| 3 | Kenneth S. Marks |
|   | Jonathan J. Ross |
| 4 | Johnny W. Carter |
|   | David M. Peterson |
| 5 | SUSMAN GODFREY L.L.P. |
|   | 1000 Louisiana Street, Suite 5100 |
| 6 | Houston, Texas 77002 |
|   | Telephone:  (713) 651-9366 |
| 7 | Facsimile:   (713) 654-6666 |
|   | Email:  lgodfrey@sumangodfrey.com |
| 8 |         kmarks@susmangodfrey.com |
|   |         jross@susmangodfrey.com |
| 9 |         jcarter@susmangodfrey.com |
| 10 |        dpeterson@susmangodfrey.com |

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
Email:  pfolse@susmangodfrey.com
        rblack@susmangodfrey.com
        jconnors@susmangodfrey.com

***Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust***

*/s/  Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone: 213-443-5582
Facsimile:   213-622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
aheaven@crowell.com

***Counsel for Target Corp. and ViewSonic Corp.***

*/s/ Craig A. Benson*
Craig A. Benson
Joseph J. Simons
Kenneth A. Gallo
PAUL WEISS LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7343
Email: CBenson@paulweiss.com
jsimons@paulweiss.com
kgallo@paulweiss.com

***Attorneys for Plaintiff Sharp Electronics Corp.***

## **CERTIFICATE OF SERVICE**

    I, Samuel J. Randall, declare that on February 27, 2015, I caused a true and correct copy of the above-styled document to be filed on CM/ECF, effecting service on all counsel of record in the above-captioned matter.

    *s/Samuel J. Randall*