Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail: rarnold@knpa.com
           wblechman@knpa.com
           kmurray@knpa.com
           srandall@knpa.com

*Counsel for Plaintiff Sears Roebuck and Co.
and Kmart Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 07-5944 SC  <br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT ACTION PURCHASER ACTIONS<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.,* No. 11-cv-05513;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776<br><br> *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | **[PROPOSED] ORDER RE DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e) AND 7-11**<br><br>The Honorable Samuel Conti |

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510

Having considered the motion regarding whether certain portions of Direct Action Plaintiffs' Response in Opposition to Samsung SDI's Motion in *Limine* to Exclude Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 and a certain document lodged with the Court by Direct Action Plaintiffs' Response in Opposition to Samsung SDI's Motion in *Limine* to Exclude Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 should be filed under seal pursuant to Local Rules 7-10 and 79-5, and good cause appearing, the motion is hereby GRANTED.

It is hereby ordered that the following documents shall remain under seal:

- Portions of Direct Action Plaintiffs' Response in Opposition to Samsung SDI's Motion in *Limine* to Exclude Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732; and

- Exhibit 1 to the Declaration of Samuel Randall in Support of Direct Action Plaintiffs' Response in Opposition to Samsung SDI's Motion in *Limine* to Exclude Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732.

It is further ordered that, to maintain the effect of the Seal under Civil Local Rule 79-5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

IT IS SO ORDERED.

DATED:

                    HONORABLE SAMUEL CONTI
                    United States District Court Judge