Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida  33131
Tel:    (305) 373-1000
Fax:   (305) 372-1861
E-mail: rarnold@knpa.com
        wblechman@knpa.com
        kmurray@knpa.com
        srandall@knpa.com

*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL DIRECT ACTION PURCHASER ACTIONS<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.,* No. 11-cv-05513;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514-SC;<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.,* No. 13-cv-01173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips* | **DECLARATION OF SAMUEL RANDALL IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO SAMSUNG SDI's MOTION IN *LIMINE* TO EXCLUDE PORTIONS OF PLAINTIFFS' TRIAL EXHIBIT, BATES STAMPED TSA-CRT00077732**<br><br>**[SAMSUNG'S MIL #2, Dkt. 3565]**<br><br>The Honorable Samuel Conti |

DECLARATION OF SAMUEL RANDALL IN SUPPORT OF IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO SAMSUNG SDI'S MIL #2, DKT. 3565

-1-

Master File Case No. 3:07-cv-05944-SC
MDL No. 1917

1  *Elecs. N.V.*, No. 13-cv-02776

2  *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

3

4  *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

5  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

6

7  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

8  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510

9

10         I, SAMUEL RANDALL, do testify as follows:

11         1.      I am an attorney at the law firm Kenny Nachwalter, P.A., counsel of record for

12 Plaintiffs Sears, Roebuck and Co., and Kmart Corporation in this action. This declaration is

13 submitted in support of Direct Action Plaintiffs' Response in Opposition to Samsung SDI's

14 Motion in *Limine* to Exclude Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-

15 CRT00077732. The facts set forth here are based on my personal knowledge.

16         2.      Attached hereto as **Exhibit 1** is a true and correct copy of the proposed redactions

17 to TSA-CRT00077732. (FILED UNDER SEAL.)

18         I declare under penalty of perjury under the laws of the State of Florida that the foregoing

19 is true and correct.

20         Executed this 27th day of February, 2015, at Miami, Florida.

21

22                                                                  */s/ Samuel Randall*

23                                                                  Samuel Randall

24

25

26

27

28