Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart* Corp. *v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 1** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION IN LIMINE  NO. 1
MASTER FILE NO. 3:07-CV-05944-SC

1   *Sharp* Electronics *Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

2

3   *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776

4

5   *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

6   *Siegel v. Technicolor SA,* No. 13-cv-05261

7   *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

8   *Target Corp. v. Technicolor SA,* No. 13-cv-05686

9

10  *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION IN LIMINE  NO. 1
MASTER FILE NO. 3:07-CV-05944-SC

Defendants' first joint motion *in limine* asks the Court to conduct a lengthy pre-trial evidentiary hearing to determine the admissibility of co-conspirator statements under Federal Rule of Evidence 801(d)(2)(E). Because there is a more efficient and less burdensome alternative, Defendants' request should be rejected.

A common procedure followed in most courts, including those within the Ninth Circuit, is to conditionally admit co-conspirator statements "subject to later connection" – that is, subject to a decision at the close of all the evidence or the plaintiffs' case in chief as to whether the predicates for admission under Rule 801(d)(2)(E) have been met. Proceeding in this manner is efficient and eliminates the need for a separate, duplicative, costly, time-consuming, and complicated bench trial on admissibility that encompasses many of the same issues that the jury – as a trier of fact – must ultimately decide at trial.

Such conditional admission of co-conspirator statements, subject to a later connection, is well within the discretion of the Court. *See, e.g.*, *Flintkote Co. v. Lysfjord*, 246 F.2d 368, 378 (9th Cir. 1957) ("The trial court has absolute judicial discretion as to the order of proof. If [the judge] believes it better to allow evidence to be introduced, subject to its being connected up at a later time, that is [the judge's] prerogative and such rulings are not error.") (internal citations omitted); *see also Esco Corp. v. United States*, 340 F.2d 1000, 1009 (9th Cir. 1965); *United States v. Zemek*, 634 F.2d 1159, 1169 (9th Cir. 1980) ("The procedure of conditionally admitting co-conspirator's statements subject to later motions to strike is well within the court's discretion."); *United States v. Batimana*, 623 F.2d 1366, 1369 (9th Cir. 1980); *Enrequez v. United States*, 293 F.2d 788, 792 (9th Cir. 1961); *United States v. Ghilarducci*, No. 05-10499, 2007 U.S. App. Lexis 2197, at *8 (9th Cir. Jan. 29, 2007); *United States v. Peral-Cota*, No. 91-50102, 1993 U.S. App. Lexis 5914, at *13 (9th Cir. Mar. 11, 1993); *United States v. Miranda-Uriarte*, 649 F.2d 1345, 1349 (9th Cir. 1981); *United States v. Swanson*, 2007 WL 4105732, at *3 (N.D. Cal. Nov. 16, 2007) (citing *United States v. Arbelaz*, 719 F.2d 1453, 1460 (9th Cir. 1983) (concluding that it was not an abuse of discretion for the court to allow the government to introduce co-conspirator statements prior to establishing prima facie the existence of a conspiracy).

This procedure is especially efficient here, where due to the length and scope of the

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION IN LIMINE  NO. 1
MASTER FILE NO. 3:07-CV-05944-SC

1  conspiracy, there are a vast number of documents reflecting conspiracy communications, but time
2  constraints dictate that only a smaller subset of those documents will be presented at trial. Given
3  the number of parties that will be participating in the trial and the chance that at least some of
4  those parties will resolve their disputes all the way up to and during trial, it makes little sense to
5  devote significant time and resources in advance of trial to conduct what Defendants describe as a
6  "complicated and lengthy" hearing addressing Rule 801(d)(2)(E). This is particularly true where
7  the subject documents can be conditionally admitted, a procedure that is neither complicated nor
8  lengthy.
9      Moreover, the procedure proposed by Defendants would be unfair to Plaintiffs.
10 Defendants want the Court to order Plaintiffs to disclose all statements they intend to offer into
11 evidence at trial in advance of trial. In reality, Defendants are asking for a free preview of
12 Plaintiffs' trial strategy.
13     For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendants'
14 first joint motion *in limine*.

Dated: February 27, 2015

/s/ *Jason C. Murray*

Jason C. Murray
Robert B. McNary
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy
Matthew J. McBurney
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

|   |   |
|---|---|
| 1 | *Counsel for Target Corp. and ViewSonic Corp.* |
| 2 |   |
| 3 | /s/  *Roman M. Silberfeld* |
| 4 | Roman M. Silberfeld |
|   | Bernice Conn |
| 5 | David Martinez |
|   | Laura Nelson |
| 6 | Jill Casselman |
| 7 | ROBINS KAPLAN LLP |
|   | 2049 Century Park East, Suite 3400 |
| 8 | Los Angeles, CA  90067-3208 |
|   | Telephone:  (310) 552-0130 |
| 9 | Facsimile:   (310) 229-5800 |
| 10 | Email:  rsilberfeld@robinskaplan.com |
|   |            dmartinez@ robinskaplan.com |
| 11 |            bconn@robinskaplan.com |
|   |            lnelson@robinskaplan.com |
| 12 |            jcasselman@robinskaplan.com |
| 13 | *Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C.* |
| 14 |  |
| 15 |   |
| 16 | /s/  *William J. Blechman* |
| 17 | Richard Alan Arnold |
|   | William J. Blechman |
| 18 | Kevin J. Murray |
|   | KENNY NACHWALTER, P.A. |
| 19 | 201 S. Biscayne Blvd., Suite 1100 |
|   | Miami, FL 33131 |
| 20 | Tel:       305-373-1000 |
|   | Fax:      305-372-1861 |
| 21 | Email:   rarnold@knpa.com |
|   |             wblechman@knpa.com |
| 22 |             kmurray@knpa.com |
| 23 | *Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.* |
| 24 |   |
| 25 | /s/  *Kenneth S. Marks* |
| 26 | H. Lee Godfrey |
|   | Kenneth S. Marks |
| 27 | Jonathan J. Ross |
|   | Johnny W. Carter |
| 28 | David M. Peterson |

```
                              SUSMAN GODFREY L.L.P.
                              1000 Louisiana Street, Suite 5100
                              Houston, Texas 77002
                              Telephone:  (713) 651-9366
                              Facsimile:  (713) 654-6666
                              Email:   lgodfrey@sumangodfrey.com
                                       kmarks@susmangodfrey.com
                                       jross@susmangodfrey.com
                                       jcarter@susmangodfrey.com
                                       dpeterson@susmangodfrey.com

                              Parker C. Folse III
                              Rachel S. Black
                              Jordan Connors
                              SUSMAN GODFREY L.L.P.
                              1201 Third Avenue, Suite 3800
                              Seattle, Washington 98101-3000
                              Telephone:  (206) 516-3880
                              Facsimile:  (206) 516-3883
                              Email:   pfolse@susmangodfrey.com
                                       rblack@susmangodfrey.com
                                       jconnors@susmangodfrey.com
```

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/  Craig A. Benson

Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email:   kgallo@paulweiss.com
         jsimons@paulweiss.com
         cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email:   staylor@tcolaw.com
         jpatchen@tcolaw.com

*Counsel for Plaintiffs Sharp Electronics*

1  *Corporation and Sharp Electronics*
2  *Manufacturing Company of America, Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-5-

PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION IN LIMINE  NO. 1
MASTER FILE NO. 3:07-CV-05944-SC