Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>Sears*, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart* Corp. *v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | Individual Case No. 3:14-cv-02510<br><br>**PLAINTIFFS' OPPOSITION TO SAMSUNG SDI'S MOTION *IN LIMINE* NO. 1** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

PLAINTIFFS' OPPOSITION TO
SAMSUNG SDI'S MOTION IN LIMINE NO. 1
MASTER FILE NO. 3:07-CV-05944-SC

1  *Sharp* Electronics *Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173
2
3  *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776
4
5  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502
6  *Siegel v. Technicolor SA,* No. 13-cv-05261
7  *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514
8  *Target Corp. v. Technicolor SA,* No. 13-cv-05686
9
10 *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* No. 14-cv-02510
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

PLAINTIFFS' OPPOSITION TO
SAMSUNG SDI'S MOTION IN LIMINE  NO. 1
MASTER FILE NO. 3:07-CV-05944-SC

Defendant Samsung SDI's first motion *in limine* seeks to bar Plaintiffs from ever using the generic name "Samsung" to refer to it at trial. The Court should reject Samsung SDI's request for several reasons.[1]

First, the relief requested in the motion runs contrary to how Samsung SDI referred to itself in its own documents. Samsung SDI routinely called itself "Samsung" in its own materials. As is discussed in Plaintiffs' Opposition to Samsung SDI's Motion for Partial Summary Judgment (Dkt. No. 3244) (the "Opposition"), Samsung SDI routinely used the "Samsung" trademark and logo. *See* Opposition at 22 and n.71. Moreover, Samsung SDI employees used the "samsung.com" email domain when communicating with those outside the company. *See id*. In fact, Samsung Electronics' 30(b)(6) witness identified Samsung SDI simply as "part of SEC." Thus, the motion seeks to impose a counterfactual restriction on how Plaintiffs refer to Samsung SDI – one that conveniently helps Samsung SDI distance itself from the rest of the Samsung group.

Second, Samsung SDI's motion is nothing more than an attempt to sever any connections between it and the larger Samsung group in advance of trial. Samsung SDI has called into question those connections by arguing a lack of ownership or control between it and Samsung Electronics. *See* Samsung SDI's Motion for Partial Summary Judgment For Lack of Standing as to Plaintiffs' Sherman Act Damage Claims Based on CRT Purchases from Samsung Electronics (Dkt. No. 2983). Granting Samsung SDI's motion *in limine* would create – to the benefit of Samsung SDI – an additional roadblock for Plaintiffs in meeting their burden to establish ownership or control at trial.

Third, Samsung SDI's motion would impose an unnecessary burden on Plaintiffs in advance of trial – one disfavored by other courts. *See United States v. Branham*, No. 86-63-JRR,1987 U.S. Dist. LEXIS 4821, at *12 (D. Del. June 5, 1987) (refusing to sever the criminal

---

[1] The arguments raised by Defendants in this motion *in limine* are duplicative of those raised in Defendants' sixth motion *in limine* (Dkt. No. 3571), where all Defendants seek similar relief. Plaintiffs incorporate by reference here the arguments raised in their opposition to that motion *in limine*, as well as the arguments raised by the Indirect Purchaser Plaintiffs in their opposition to Defendants' sixth motion *in limine*.

-1-

PLAINTIFFS' OPPOSITION TO
SAMSUNG SDI'S MOTION IN LIMINE  NO. 1
MASTER FILE NO. 3:07-CV-05944-SC

CROWELL
& MORING LLP
ATTORNEYS AT LAW

cases of two defendants with identical names – a father and son – in favor of the court making "the jury aware of which evidence is admissible against each defendant"); *see also United States v. Bainbridge Mgmt.*, No. 01-469, 2002 U.S. Dist. LEXIS 16686, at *3 (N.D. Ill. Sept. 5, 2002) (denying the defendants' motion *in limine* to restrict use of a generic name for multiple defendants and instead endorsing a mutually agreed-upon naming convention). At the beginning of trial, the jury will be instructed about the various parties at issue in the case. If the naming conventions used by Plaintiffs ever become an issue during trial, the Court has the ability to address the issue then and instruct the jury appropriately.

For these reasons, Samsung SDI's motion *in limine* seeking to dictate how Plaintiffs refer to it at trial should be denied.

Dated: February 27, 2015

/s/  Jason C. Murray

Jason C. Murray
Robert B. McNary
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-443-5582
Facsimile:   213-622-2690
Email:  jmurray@crowell.com
            rmcnary@crowell.com

Jerome A. Murphy
Matthew J. McBurney
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:   202-628-5116
Email:  jmurphy@crowell.com
            mmcburney@crowell.com
            aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

/s/  Roman M. Silberfeld

Roman M. Silberfeld
Bernice Conn

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

PLAINTIFFS' OPPOSITION TO
SAMSUNG SDI'S MOTION IN LIMINE  NO. 1
MASTER FILE NO. 3:07-CV-05944-SC

|   |   |
|---|---|
| 1 | David Martinez |
| 2 | Laura Nelson<br>Jill Casselman |
| 3 | ROBINS KAPLAN LLP |
| 4 | 2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067-3208 |
| 5 | Telephone:  (310) 552-0130<br>Facsimile:   (310) 229-5800 |
| 6 | Email:  rsilberfeld@robinskaplan.com |
| 7 | dmartinez@ robinskaplan.com<br>bconn@robinskaplan.com |
| 8 | lnelson@robinskaplan.com<br>jcasselman@robinskaplan.com |

9-11  *Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C.*

12  /s/  William J. Blechman

13  Richard Alan Arnold
14  William J. Blechman
    Kevin J. Murray
15  KENNY NACHWALTER, P.A.
    201 S. Biscayne Blvd., Suite 1100
16  Miami, FL 33131
    Tel:        305-373-1000
17  Fax:       305-372-1861
    Email:   rarnold@knpa.com
18             wblechman@knpa.com
               kmurray@knpa.com

19  *Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

20

21  /s/  Kenneth S. Marks

22  H. Lee Godfrey
    Kenneth S. Marks
23  Jonathan J. Ross
    Johnny W. Carter
24  David M. Peterson
    SUSMAN GODFREY L.L.P.
25  1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
26  Telephone: (713) 651-9366
    Facsimile:  (713) 654-6666
27  Email:   lgodfrey@sumangodfrey.com
             kmarks@susmangodfrey.com
28           jross@susmangodfrey.com

jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
       rblack@susmangodfrey.com
       jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/  Craig A. Benson

Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
       jsimons@paulweiss.com
       cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
       jpatchen@tcolaw.com

*Counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*