MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Indirect-Purchaser Class Action* | **INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MITSUBISHI ELECTRIC'S MOTIONS *IN LIMINE* NOS. 1-3** |
| *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | Hearing Date: None<br>Time: None<br>Courtoom: |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | The Honorable Samuel Conti |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, et al., No. 11-cv-05514; | |

1 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;  )
2 | )
3 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;  )
4 | )
5 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;  )
6 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.  )

For the reasons set forth in Indirect Purchaser Plaintiffs' Omnibus Response to Direct Action Plaintiffs' Motions *In Limine*, the Court should (1) sever the IPP case for trial and (2) resolve the pending evidentiary motions based on the particular facts of the DAP and IPP actions, respectively.

Mitsubishi is not a party in the IPP case.  Therefore, if the cases are severed, Mitsubishi's Motions *In Limine* directed at the DAPs need not be resolved in the IPP case.

If the Court does not sever the trials, the IPP's oppose Mitsubishi's Motions *In Limine* Nos. 1 through 3.  Specifically, Mitsubishi seeks to exclude Samsung's interrogatory responses (MIL No. 1), depositions taken before DAPs sued Mitsubishi (MIL No. 2) and any evidence relating to trade associations (MIL No. 3).  For the reasons set forth in the DAPs' response to these motions, all that evidence is plainly relevant and admissible.  In the event the trials are not severed and the Court grants any of Mitsubishi's motions, the Court should not prohibit IPPs from introducing the evidence in their case, but should instead provide appropriate limiting instructions to the jury.

Dated: February 27, 2015       By:  */s/ Mario N. Alioto*
       Mario N. Alioto (56433)
       Lauren C. Capurro (241151)
       TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
       2280 Union Street
       San Francisco, CA 94123
       Telephone:    (415) 563-7200
       Facsimile:    (415) 346-0679
       Email:  malioto@tatp.com
       Email:  laurenrussell@tatp.com

       *Lead Counsel for Indirect Purchaser Plaintiffs*

*On the brief:*

Donald L. Perelman
Gerard A. Dever
Matthew Duncan
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone:  (215) 567-6565
Facsimile:   (215) 568-5872
Email:  gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiff*