Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al., No. 13-cv-1173;*<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V., No. 13-cv-02776;*<br><br>*Siegel v. Hitachi, Ltd., No. 11-cv-05502;*<br><br>*Siegel v. Technicolor SA, et al., No. 13-cv-05261;*<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513;*<br><br>*Best Buy Co., et al. v. Technicolor SA, et al., No. 13-cv-05264;*<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-05514;*<br><br>*Target Corp. v. Technicolor SA, et al., No. 13-cv-05686;*<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., No. 11-cv-05514;*<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 13-cv-05262;* | Master File No. 07-5944 SC<br><br>MDL No. 1917<br><br><br>**DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION *IN LIMINE* NO. 13 TO ALLOW FULL DEFENSE EXAMINATION OF COMMON WITNESSES DURING PLAINTIFFS' CASE-IN-CHIEF AND LIMIT USE OF DEPOSITION TESTIMONY**<br><br>The Honorable Samuel Conti |

DAPS' OPPOSITION TO DEFENDANTS' JOINT MOTION IN LIMINE NO. 13
Master File No. 3:07-cv-5944 SC

3580320v1/012325

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd. No. 14-cv-02510.*

Direct Action Plaintiffs oppose Defendants' Joint Motion *In Limine* No. 13 to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-in-Chief and Limit Use of Deposition Testimony ("Defendants' MIL No. 13") (D.E. 3579) for the reasons set forth below and in Indirect Purchaser Plaintiffs' Response to Defendants' Motion *In Limine* No. 13 to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-in-Chief and Limit Use of Deposition Testimony ("IPP's Opposition to MIL No. 13") (D.E. 3655).

- Defendants' request for full examination of witnesses in DAPs' case-in-chief is contrary to Federal Rule of Evidence 611(b), which limits cross-examination to the scope of direct examination. *See* Fed. R. Evid. 611(b) ("Cross-examination should not go beyond the subject matter of the direct examination and matters affecting the witness's credibility."); *United States v. Furr*, 528 F.2d 578, 579 (5th Cir. 1976) (district court did not abuse its discretion limiting cross-examination to the scope of direct examination during government's case where the defendant could recall the witness). The Court should reject Defendants' request to hijack DAPs' order of proof.

- Defendants may not limit DAPs' use of deposition testimony to impeachment of live witnesses. Rather, Federal Rule of Civil Procedure 32 and the Federal Rules of Evidence permit DAPs to use deposition testimony for many purposes, including "to contradict or impeach the testimony given by the deponent as a witness, or for any other purpose allowed by the Federal Rules of Evidence," Fed. R. Civ. P. 32(a)(2), to "use for any purpose the deposition of a party or anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6)," Fed. R. Civ. P. 32(a)(3), and as independent, substantive evidence, *see, e.g.*, Fed. R. Evid. 803 (hearsay exceptions unaffected by witness's availability). Defendants' request to limit deposition testimony to "impeachment" is improper and should be rejected.

These and related arguments are further developed in IPP's Opposition to MIL No. 13, a copy of which is attached as Exhibit 1 and which DAPs incorporate by reference into this brief.

Dated:   February 27, 2015

By: /s/ Kenneth S. Marks
  Kenneth S. Marks
  Jonathan J. Ross
  Johnny W. Carter
  Robert S. Safi
  David M. Peterson
  Brian M. Gillett
  SUSMAN GODFREY L.L.P.
  1000 Louisiana Street, Suite 5100
  Houston, Texas 77002
  Telephone:  (713) 651-9366
  Facsimile:  (713) 654-6666
  Email: kmarks@susmangodfrey.com
    jross@susmangodfrey.com
    jcarter@susmangodfrey.com
    rsafi@susmangodfrey.com
    dpeterson@susmangodfrey.com
    bgillett@susmangodfrey.com

  Parker C. Folse III
  Rachel S. Black
  Jordan Connors
  SUSMAN GODFREY L.L.P.
  1201 Third Avenue, Suite 3800
  Seattle, Washington 98101-3000
  Telephone:  (206) 516-3880
  Facsimile:  (206) 516-3883
  Email: pfolse@susmangodfrey.com
    rblack@susmangodfrey.com
    jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as  Trustee of the Circuit City Stores, Inc. Liquidating Trust*

By: /s/ Craig A. Benson

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America*

By: /s/ *David Martinez*

Roman M. Silberfeld
Bernice Conn
David Martinez
Laura Nelson
Jill Casselman
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Email: rsilberfeld@robinskaplan.com
       dmartinez@ robinskaplan.com
       bconn@robinskaplan.com
       lnelson@robinskaplan.com
       jcasselman@robinskaplan.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C..*

By:  /s/ *Jason Murray*

Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
Email aheaven@crowell.com

*Attorneys for Target Corp. and Viewsonic Corp.*

By:  /s/ *Richard Arnold*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and*

---

DAPS' OPPOSITION TO DEFENDANTS' JOINT MOTION IN LIMINE NO. 13
Master File No. 3:07-cv-5944 SC

3580320v1/012325

|   |   |
|---|---|
| 1 | *Kmart Corp.* |
| 2 |   |
| 3 | By: */s/ Philip J. Iovieno* |
| 4 | Stuart Singer<br>**BOIES, SCHILLER & FLEXNER LLP** |
| 5 | 401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011 |
| 6 | Facsimile: (954) 356-0022<br>Email:    ssinger@bsfllp.com |
| 7 |   |
| 8 | Philip J. Iovieno<br>Anne M. Nardacci |
| 9 | **BOIES, SCHILLER & FLEXNER LLP**<br>10 North Pearl Street, 4th Floor |
| 10 | Albany, NY 12207<br>Telephone: (518) 434-0600 |
| 11 | Facsimile: (518) 434-0665 |
| 12 | Email:    piovieno@bsfllp.com<br>Email:    anardacci@bsfllp.com |

*Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC, Tweeter Newco, LLC, Tech Data Corporation, and Tech Data Product Management, Inc.*

By: */s/ David J. Burman*
David J. Burman
Cori G. Moore
Nicholas H. Hesterberg
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email:    dburman@perkinscoie.com
Email:    cgmoore@perkinscoie.com
Email:    nhesterberg@perkinscoie.com

Jordan S. Bass (Cal. Bar No. 208143)
**PERKINS COIE LLP**

---

DAPS' OPPOSITION TO DEFENDANTS' JOINT MOTION IN LIMINE NO. 13
Master File No. 3:07-cv-5944 SC

3580320v1/012325

Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344.7000
Facsimile: (415) 344.7050
Email:    jbass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

**CERTIFICATE OF SERVICE**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. CV-07-5944-SC**
**MDL No. 1917**

I, Kenneth S. Marks, declare:

I am employed in the County of Harris, State of Texas. I am over the age of 18 years and not a party to the within action. My business address is Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002.

On February 27, 2015, I served a true and correct copy of the following document(s) in the manner indicated below:

[ ]  **BY U.S. MAIL:** I caused the said document(s) to be deposition in the United States mail, at Houston, Texas, in a sealed envelope with first-class postage thereon fully prepaid, to the addressee(s) named below: and

[X]  **BY ELECTRONIC MAIL:** I caused the said document(s) to be emailed to the offices and/or to attorneys of the offices of the addressee(s) named below.

**SEE ATTACHED SERVICE LIST**

Dated: February 27, 2015          Signed    */s/ Kenneth S. Marks*
                                            Kenneth S. Marks

---

DAPS' OPPOSITION TO DEFENDANTS' JOINT MOTION IN LIMINE NO. 13
Master File No. 3:07-cv-5944 SC

3580320v1/012325

## SERVICE LIST

| | |
|---|---|
| Philip J. Iovieno<br>piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Mario N. Alioto<br>malioto@tatp.com<br>Lauren C. Russell<br>laurenrussell@tatp.com<br>Joseph M. Patane<br>jpatane@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs Class* |
| Kamala D. Harris<br>    Attorney General of California<br>Mark Breckler<br>    Chief Assistant Attorney General<br>Kathleen E. Foote<br>    Senior Assistant Attorney General<br>Emilio E. Varanini<br>    Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5908<br>emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | Guido Saveri<br>guido@saveri.com<br>R. Alexander Saveri<br>rick@saveri.com<br>Geoffrey C. Rushing<br>grushing@saveri.com<br>Cadio Zirpoli<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br><br>*Interim Lead Counsel for The Direct Purchaser Plaintiffs Class* |

DAPS' OPPOSITION TO DEFENDANTS' JOINT MOTION IN LIMINE NO. 13
Master File No. 3:07-cv-5944 SC

3580320v1/012325

| | |
|---|---|
| Jeffrey L. Kessler<br>jkessler@winston.com<br>A. Paul Victor<br>pvictor@winston.com<br>Eva W. Cole<br>ewcole@winston.com<br>Molly M. Donovan<br>mmdonovan@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>Tel:  (212) 294-6700<br><br>David L. Yohai<br>david.yohai@weil.com<br>Steven A. Reiss<br>steven.reiss@weil.com<br>Adam C. Hemlock<br>adam.hemlock@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Tel:  (212) 310-8000<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105<br>Tel:  (415) 512-4000<br><br>William D. Temko<br>william.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>Bethany W. Kristovich<br>bethany.kristovich@mto.com<br>MUNGER TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Tel. (213) 683-9100<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |

| | |
|---|---|
| Mark C. Dosker<br>mark.dosker@ squirepb.com<br>Nathan Lane, III<br>nathan.lane@ squirepb.com<br>SQUIRE PATTON BOGGS L.L.P.<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 954-0200<br><br>*Counsel for Technologies Displays Americas LLC (in all actions except Office Depot Action)*<br><br>Ellen Tobin<br>etobin@curtis.com<br>Curtis, Mallet-Provost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 696-6000<br>Fax: (212) 697-1559<br><br>Arthur S. Gaus<br>asg@dillinghammurphy.com<br>Dillingham & Murphy, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 397-2700<br>Fax: (415) 397-3300<br><br>*Counsel for Technologies Displays Americas, LLC (in the Office Depot action only)* | Joseph R. Tiffany<br>Joseph.tiffany@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Tel. (650) 233-4644<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd., IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* |

DAPS' OPPOSITION TO DEFENDANTS' JOINT MOTION IN LIMINE NO. 13
Master File No. 3:07-cv-5944 SC

3580320v1/012325

| | |
|---|---|
| John Taladay<br>john.taladay@bakerbotts.com<br>Joseph Ostoyich<br>joseph.ostoyich@bakerbotts.com<br>Charles M. Malaise<br>Charles.malaise@bakerbotts.com<br>Erik T. Koons<br>erik.koons@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400<br>Tel:  (202) 639-7909<br><br>Jon V. Swenson<br>jon.swenson@bakerbotts.com<br>BAKER BOTTS LLP<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA  94304<br>Tel. (650) 739-7500<br><br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* | Ian Simmons<br>isimmons@omm.com<br>Benjamin G. Bradshaw<br>bbradshaw@omm.com<br>Courtney C. Byrd<br>cbyrd@omm.com<br>David Kendall Roberts<br>droberts2@omm.com<br>Kevin Douglas Feder<br>kfeder@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC  20006-4001<br>Tel:  (202) 383-5163<br><br>Michael Frederick Tubach<br>mtubach@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3305<br>Tel. (415) 984-8700<br><br>*Counsel for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.* |
| Joel S. Sanders<br>jsanders@gibsondunn.com<br>Rachel S. Brass<br>rbrass@gibsondunn.com<br>Austin V. Schwing<br>aschwing@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Tel:  (415) 393-8200<br><br>*Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chungwha Picture Tubes (Malaysia)* | Christopher M. Curran<br>ccurran@whitecase.com<br>Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, NW<br>Washington, DC  20005<br>Tel:  (202) 626-3600<br><br><br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |

| | |
|---|---|
| Christine Laciak<br>christine.laciak@freshfields.com<br>Richard Snyder<br>richard.snyder@freshfields.com<br>Craig D. Minerva<br>craig.minerva@freshfields.com<br>Bruce C. McCulloch<br>bruce.mcculloch@freshfields.com<br>Terry Calvani<br>terry.calvani@freshfields.com<br>FRESHFIELDS BRUCKHAUS &<br>  DERINGER US, LLP<br>700 13th Street, NW<br>10th Floor<br>Washington, DC 20005-3960<br>Tel:  (202) 777-4500<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Gary L. Halling<br>ghalling@sheppardmullin.com<br>James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>  HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111<br>Tel:  (415) 434-9100<br><br>*Counsel for Defendants Samsung SDI America Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |

DAPS' OPPOSITION TO DEFENDANTS' JOINT MOTION IN LIMINE NO. 13
Master File No. 3:07-cv-5944 SC

3580320v1/012325

| | |
|---|---|
| Eliot A. Adelson<br>eadelson@kirkland.com<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik<br>jmutchnik@kirkland.com<br>Kate Wheaton<br>kate.wheaton@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | Calvin L. Litsey<br>calvin.litsey@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Tel: (650) 324-6700<br><br>Kathy Osborn<br>kathy.osborn@faegrebd.com<br>Ryan M. Hurley<br>ryan.hurley@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br><br>Jeffrey S. Roberts<br>Jeff.roberts@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 607-3500<br><br>Stephen M. Judge<br>Steve.judge@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel: (574) 234-4149<br><br>*Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)* |

Brent Caslin
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel: (213) 239-5100

Terrence J. Truax
ttruax@jenner.com
Michael T. Brody
mbrody@jenner.com
Shaun M. Van Horn
svanhorn@jenner.com
Gabriel A. Fuentes
gfuentes@jenner.com
Molly M. Powers
mpowers@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350

*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.*