Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC<br><br>and<br><br>*Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.*, et al., Case No. 13-cv-2776 SC. | Case No. 07-cv-5944 SC<br>MDL No. 1917<br><br>**PLAINTIFFS SHARP ELECTRONICS CORPORATION & SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 3**<br><br>Hearing Date:   None set<br>Judge:   Hon. Samuel Conti |

Defendants' Motion in Limine No. 3 should be denied. With this motion, Defendants seek to exclude in advance any and all evidence or reference to the U.S. Department of Justice ("DOJ") investigations into the CRT conspiracy. This motion is premature and overbroad. Whether references to the DOJ investigation are appropriate or are hearsay cannot be determined without appropriate understanding of the context for which they would be offered, and that context cannot be known until trial. *Colton Crane Co., LLC v. Terex Cranes Wilmington, Inc.*, No. CV 08-8525 PSG (PJWx), 2010 WL 2035800, at *1 (C.D. Cal. May 19, 2010) ("[M]otions *in limine* should rarely seek to exclude broad categories of evidence, as the court is almost always better situated to rule on evidentiary issues in their factual context during trial.").

For the foregoing reasons, Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. respectfully request that the Court deny Defendants' Motion in Limine No. 3.

DATED: February 27, 2015        By: /s/ *Craig A. Benson*

        Kenneth A. Gallo (*pro hac vice*)
        Joseph J. Simons (*pro hac vice*)
        Craig A. Benson (*pro hac vice*)
        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
        2001 K Street, NW
        Washington, DC  20006
        Telephone: (202) 223-7300
        Facsimile: (202) 223-7420
        kgallo@paulweiss.com
        jsimons@paulweiss.com
        cbenson@paulweiss.com

        Stephen E. Taylor (SBN 058452)
        Jonathan A. Patchen (SBN 237346)
        **TAYLOR & COMPANY LAW OFFICES, LLP**
        One Ferry Building, Suite 355
        San Francisco, California 94111
        Telephone:  (415) 788-8200
        Facsimile:  (415) 788-8208

Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*