Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail: rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com
            srandall@knpa.com

*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF SAMUEL RANDALL IN SUPPORT OF DIRECT ACTION PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN *LIMINE* TO EXCLUDE EVIDENCE OF "SPILLOVER" OR "RIPPLE" EFFECTS OF FOREIGN PRICE-FIXING ACTIVITIES ON U.S. PRICES**<br><br>**[DEFENDANTS' MIL #8]**<br><br>The Honorable Samuel Conti |
| This Document Relates To:<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sears, Roebuck and Co., & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262; | |

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510

I, SAMUEL RANDALL, do testify as follows:

1. I am an attorney at the law firm Kenny Nachwalter, P.A., counsel of record for Plaintiffs Sears, Roebuck and Co., and Kmart Corporation in this action. This declaration is submitted in support of Direct Action Plaintiffs' Response in Opposition to Defendants' Motion in *Limine* to Exclude Evidence of "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices. The facts set forth here are based on my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Rebuttal Expert Report of Dr. Kenneth G. Elzinga dated September 26, 2014. (FILED UNDER SEAL.)

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Rebuttal Report of Dr. James T. McClave dated September 26, 2014. (FILED UNDER SEAL.)

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this 27th day of February, 2015, at Miami, Florida.

*/s/ Samuel J. Randall*
Samuel J. Randall