JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
JESSICA BARCLAY-STROBEL (State Bar No. 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**LG ELECTRONICS, INC.'S RESPONSE TO DIRECT ACTION PLAINTIFFS' MOTION IN LIMINE #15 TO ADMIT TESTIMONY OF SUMMARY WITNESS**<br><br>Judge:  Hon. Samuel Conti<br>Date:   None Set<br>Ctrm:   1, 17th Floor |

*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

*Siegel v. Technicolor SA,* No. 13-cv-05261

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Target Corp. v. Technicolor SA,* No. 13-cv-05686

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

1  Plaintiffs' Motion *in Limine* No. 15 seeks a pretrial ruling that Daniel Gill and Sean Chen
2  can testify at trial as summary witnesses on an unknown volume of unidentified documents
3  pursuant to Federal Rule of Evidence 611(a) and 1006.  Although Defendant LG Electronics, Inc.
4  ("LGE") acknowledges the Court's authority to admit summary exhibits at trial subject to the
5  requirements of the Federal Rules of Evidence, it respectfully requests that the Court deny
6  Plaintiffs' motion as premature.

7  Plaintiffs state that they "are not seeking pre-admission of any trial exhibits" but instead
8  are "simply seeking a determination that they will be allowed to present summary testimony along
9  the [] lines" described in the motion.  Motion *in Limine* No. 15 at 63 (ECF No. 3558).  Plaintiffs
10  fail to support this vague request with the actual substance of the proposed summary testimony of
11  either summary witness, the proposed summary exhibits, or the documents that would form the
12  basis of the testimony or exhibits.  Therefore, LGE lacks the necessary information to evaluate the
13  admissibility of the proposed summary witness testimony or to lodge any and all appropriate
14  objections at this time.[1]

15  Once Plaintiffs identify the documents to be summarized and complete the summary
16  exhibits about which Messrs. Gill and Chen intend to testify, LGE is willing to meet and confer
17  with Plaintiffs on the admissibility of the proposed testimony, summary exhibits, and underlying
18  documents.  As LGE informed Plaintiffs at an in-person, pretrial meet and confer on February 5,
19  2015, LGE likewise intends to utilize a summary witness to summarize similar documents
20  pursuant to Federal Rule of Evidence 1006.[2]  Rather than make any pretrial rulings at this time on
21  the admissibility of summary witness testimony, LGE respectfully requests that the Court deny
22  Plaintiffs' motion so as to give the parties the opportunity to meet and confer and eliminate or
23  narrow any disputes that need to be presented to the Court prior to the new trial date.

---

[1] To the extent the Court determines at this time that Plaintiffs are permitted to present the proposed summary witness testimony from Messrs. Gill and Chen, LGE respectfully reserves the right to assert any and all objections as to their testimony and/or any summary exhibits offered by Plaintiffs.

[2] LGE reserves the right to disclose the identity of a summary witness and make summary exhibits available to Plaintiffs in accordance with new pre-trial deadlines set by the Court.

A similar approach was taken in the *LCD* litigation. There, the Best Buy and Target plaintiffs filed a similar motion *in limine* with a nebulous request for a pretrial ruling to admit summary witness testimony. Judge Susan Illston denied the motion "as premature." Final Pretrial Scheduling Order – Phase 1 DAP Trial at 5, *In re TFT-LCD Flat Panel Antitrust Litig.*, No. 3:07-md-01827-SI (N.D. Cal. July 11, 2013) (ECF No. 8298). In the Costco *LCD* litigation, Judge Richard Jones reserved ruling on a motion *in limine* regarding the summary witness testimony of Daniel Gill, one of the proposed witnesses here. *Costco Wholesale Corp. v. AU Optronics Corp.*, No. C13-1207RAJ, 2014 WL 4674390, at *14 (W.D. Wash. Sept. 17, 2014) (reserving ruling on motion on the ground that "Costco has yet to complete the summary exhibits about which Daniel Gill will testify, and the parties have promised to meet and confer to narrow or eliminate their disputes about his exhibits and testimony"). Judge Jones' decision to reserve ruling on the motion proved prescient, because Costco did not call Mr. Gill to testify at trial.

As in the *LCD* cases, a pretrial ruling allowing summary witness testimony based on unidentified documents or summary exhibits would be premature. Accordingly, Plaintiffs' Motion *in Limine* No. 15 should be denied.

Dated: February 27, 2015        Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: */s/ Miriam Kim*
    MIRIAM KIM
JEROME C. ROTH (SBN 159483)
jerome.roth@mto.com
MIRIAM KIM (SBN 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
william.temko@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
JESSICA BARCLAY-STROBEL (SBN 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ROBERT E. FREITAS (State Bar No. 80948)
rfreitas@fawlaw.com
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*