1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12

13 | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) | Master File No. 3:07-cv-5944 SC |
14 | | ) | MDL No. 1917 |
15 | This Document Relates to: | ) ) ) | |
16 | Indirect-Purchaser Class Action | ) ) | **DECLARATION OF GERARD A. DEVER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
17 | *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | ) ) ) | |
18 | | ) | |
19 | *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | ) ) ) | |
20 | *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | ) ) | |
21 | *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | ) ) ) | |
22 | | ) | |
23 | *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | ) ) ) | |
24 | *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | ) ) ) | |
25 | | ) | |
26 | *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, et al., No. 11-cv-05514; | ) ) ) | |
27 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | ) ) | |
28 | | | |

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

1  *Sears, Roebuck and Co. and Kmart Corp. v.*  )
   *Chunghwa Picture Tubes, Ltd.*, No. 11-cv-   )
2  05514;                                        )
                                                 )
3  *Sears, Roebuck and Co. and Kmart Corp. v.*   )
   *Technicolor SA*, No. 13-cv-05262;            )
4                                                )
   *Viewsonic Corp. v. Chunghwa Picture Tubes,*  )
5  *Ltd*. No. 14-cv-02510.                       )
                                                 )

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

I, GERARD A. DEVER, declare as follows:

1. I am a member of the law firm of Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of IPPs' Administrative Motion to File Documents Under Seal, related to IPP's Response to Defendants' Joint Motion *In Limine* to Exclude Improper Characterizations of Or References to Defendants and Alleged Co-Conspirators ("IPPs' Response to Defendants' MIL No. 6").

2. I am a member in good standing of the bar of the Commonwealth of Pennsylvania, and I am admitted *pro hac vice* to practice before this Court.

3. Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, IPPs, by and through their counsel, respectfully request an Order permitting filing under seal Exhibits A through C to the Declaration of Gerard A. Dever in Support of IPPs' Response to Defendants' MIL No. 6 ("Dever Declaration").

4. Exhibit A to the Dever Declaration is a Hitachi email (HDP-CRT00048694E-695).

5. Exhibit B to the Dever Declaration is a Contact Report (CHU00028755.01-756.02).

6. Exhibit C to the Dever Declaration is a letter from Philips to Samsung (SDCRT-0086690).

7. IPPs respectfully request that the documents identified herein be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2015, in Philadelphia, Pennsylvania.

*/s/ Gerard A. Dever*
Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
Email: gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiffs*