1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
   |---|---|
14 | | MDL No. 1917 |
15 | This Document Relates to: | |
16 | Indirect-Purchaser Class Action | **DECLARATION OF GERARD A. DEVER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION *IN LIMINE* NO. 6:** |
17 | *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
18 | | |
19 | *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | **TO EXCLUDE IMPROPER CHARACTERIZATIONS OF OR REFERENCES TO DEFENDANTS AND ALLEGED CO-CONSPIRATORS** |
20 | *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
21 | *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
22 | | |
23 | *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
24 | *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
25 | | |
26 | *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, et al., No. 11-cv-05514; | |
27 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
28 | | |

| | |
|---|---|
| 1 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; |
| 2 | |
| 3 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262; |
| 4 | |
| 5 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510. |

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO. 6
Master File No. 3:07-cv-5944 SC

I, Gerard A. Dever, hereby declare and state as follows:

1. I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before this Court.  I submit this Declaration in support of Indirect Purchaser Plaintiffs' Response to Defendants' Joint Motion *In Limine* No. 6 to Exclude Improper Characterizations Of or References to Defendants and Alleged Co-Conspirators.

2. Attached hereto as **Exhibit A** is a true and correct copy of a Hitachi email (HDP-CRT00048694E-695).

1. Attached hereto as **Exhibit B** is a true and correct copy of a Contact Report (CHU00028755.01-756.02).

2. Attached hereto as **Exhibit C** is a true and correct copy of an letter from Philips to Samsung (SDCRT-0086690).

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2015, in Philadelphia, Pennsylvania.

*/s/ Gerard A. Dever*
Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone:  (215) 567-6565
Facsimile:   (215) 568-5872
Email:  gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiffs*

1
DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO. 6
Master File No. 3:07-cv-5944 SC