GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

[*Additional counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>———————————————<br><br>This Document Relates To:<br><br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776;<br><br>[*continued on next page*] | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) DOCUMENTS RELATED TO DEFENDANTS' JOINT OPPOSITIONS TO DIRECT ACTION PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-18 AND INDIRECT PURCHASER PLAINTIFFS' MOTIONS IN LIMINE NOS. 2, 3, 8, 9, 12, 13, 15, 16, & 18**<br><br>Judge:      Hon. Samuel Conti<br>Date:       None Set<br>Courtroom: 1, 17th Floor |

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

1

## NOTICE OF MOTION AND MOTION

2  TO THE COURT, THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3          PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil

4  Local Rules 7-11 and 79-5(c), Defendants submit this Administrative Motion regarding Defendants'

5  Joint Oppositions to Direct Action Plaintiffs' Motions in Limine Nos. 1-18 and Indirect Purchaser

6  Plaintiffs' Motions in Limine Nos. 2, 3, 8, 9, 12, 13, 15, 16, & 18 (the "Joint Oppositions") to

7  respectfully request an order permitting Defendants to file the following materials under seal: (a) the

8  highlighted portions of the concurrently-filed Joint Oppositions; and (b) Exhibits 3, 4, 5, 6, 7, 8, 9,

9  10, 12, 16, 17, 18, 19, 20, 22, 23, 24, and 32 to the concurrently-filed Declaration of Rachel S. Brass

10  in Support of the Joint Oppositions.

11          This Administrative Motion is supported by the Declaration of Rachel S. Brass in Support of

12  Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-

13  5(d) Documents Related to Defendants' Joint Oppositions to Direct Action Plaintiffs' Motions in

14  Limine Nos. 1-18 and Indirect Purchaser Plaintiffs' Motions in Limine Nos. 2, 3, 8, 9, 12, 13, 15, 16,

15  & 18 (the "Brass Sealing Declaration"), dated February 27, 2015.  *See* Civ. L. R. 79-5(d)(1)(A).

16          On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (ECF No.

17  306, amended at ECF No. 1142) (the "Protective Order").

18          As set forth in the Brass Sealing Declaration, the standard for filing under seal is met in the

19  present case with respect to the documents and information designated "Confidential" or "Highly

20  Confidential" by certain Defendants in these actions.  The documents and information designated

21  "Confidential" or "Highly Confidential" by the Defendants consist of, cite to, and/or identify

22  confidential, nonpublic, proprietary and highly sensitive business information, including, among

23  other commercially sensitive business information and strategies, confidential information about the

24  Defendants' sales processes, business practices, internal practices, negotiating tactics, confidential

25  business and supply agreements and/or competitive positions.  This information is confidential

26  commercial information, the disclosure of which would prejudice the Defendants both in their

27  commercial relationships with customers and suppliers and in their competitive efforts.  Accordingly,

28

1    compelling reasons exist for portions of these documents to remain under seal.  *See*, *e.g.*, *Kamakana*

2    *v. City of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

3            Defendants also submit this Administrative Motion because they wish to file documents that

4    contain material Plaintiffs have designated as "Confidential" or "Highly Confidential" pursuant to the

5    Protective Order.  Defendants take no position on whether those designated documents satisfy the

6    requirements for sealing, but they seek to submit these documents under seal in good faith to comply

7    with the Protective Order and this Court's Local Rules.  Although the request of Defendants is

8    narrowly tailored to include only the information that may require confidentiality, it is the burden of

9    the relevant Plaintiffs to show compelling reasons for sealing the designated documents by

10   submitting a declaration showing good cause within four days after the lodging of the designated

11   documents.  *See* Civil Local Rule 79-5(e).  Through this submission, Defendants notify the

12   designating parties of their burden to establish that the designated material is properly sealable.  *See*

13   *Kamakana*, 447 F.3d at 1178-80.

14           Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the

15   parties, the parties are unable to enter into such a stipulation.  *See* Civil Local Rule 7-11 (requiring

16   explanation for lack of stipulation). Pursuant to Civil Local Rule 79-5(d), a copy of the Joint

17   Oppositions and all related exhibits will be lodged with the Court for in camera review, served on all

18   parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal.

19   DATED:  February 27, 2015                    Respectfully submitted,

20                                                By:    /s/ *Rachel S. Brass*
                                                        Rachel S. Brass
21

22                                               **GIBSON, DUNN & CRUTCHER LLP**
                                                 JOEL S. SANDERS, SBN 107234
23                                               JSanders@gibsondunn.com
                                                 RACHEL S. BRASS, SBN 219301
24                                               RBrass@gibsondunn.com
                                                 AUSTIN SCHWING, SBN 211696
25                                               ASchwing@gibsondunn.com
                                                 555 Mission Street, Suite 3000
26                                               San Francisco, California 94105-2933
                                                 Telephone: 415.393.8200
27                                               Facsimile: 415.393.8306

28

2

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATED TO DEFENDANTS' JOINT
OPPOSITIONS TO PLAINTIFFS' MOTIONS IN LIMINE – MASTER CASE NO. 07-CV-5944 SC

1  **FARMER BROWNSTEIN JAEGER LLP**
   WILLIAM S. FARMER, SBN 46694
2  WFarmer@FBJ-law.com
   DAVID BROWNSTEIN, SBN 141929
3  DBrownstein@FBJ-law.com
   JACOB ALPREN, SBN 235713
4  JAlpren@FBJ-law.com
   235 Montgomery Street, Suite 835
5  San Francisco California 94104
   Telephone 415.962.2876
6  Facsimile: 415.520.5678
7
   *Attorneys for Defendants Chunghwa Picture Tubes, Ltd.*
8  *and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*
9

10 **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
11
   By: */s/ Leo D. Caseria*
12
   GARY L. HALLING (SBN 66087)
13 ghalling@sheppardmullin.com
   JAMES L. MCGINNIS (SBN 95788)
14 jmcginnis@sheppardmullin.com
   MICHAEL W. SCARBOROUGH (SBN 203524)
15 mscarborough@sheppardmullin.com
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
16 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
17 Telephone: (415) 434-9100
   Facsimile: (415) 434-3947
18
   LEO D. CASERIA (SBN 240323)
19 lcaseria@sheppardmullin.com
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
20 333 South Hope Street, 43rd Floor
   Los Angeles, California  90071-1448
21 Telephone: (213) 620-1780
   Facsimile: (213) 620-1398
22
   *Attorneys for Defendants Samsung SDI America, Inc.;*
23 *Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.*
   *BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung*
24 *SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and*
   *Tianjin Samsung SDI Co., Ltd.*
25

26 **KIRKLAND & ELLIS LLP**
27 By:    */s/ Eliot A. Adelson*
28 Eliot A. Adelson
   James Maxwell Cooper

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (pro hac vice)
Barack Echols (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

**WINSTON & STRAWN LLP**

By: */s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
MMDonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

**WEIL, GOTSHAL & MANGES LLP**
STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.),*

4

*Panasonic Corporation of North America, MT Picture
Display Co., Ltd.*

**WHITE & CASE** LLP

By: */s/ Lucius B. Lau* _____

CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America Information
Systems, Inc., Toshiba America Consumer Products,
L.L.C., and Toshiba America Electronic Components,
Inc.*

**BAKER BOTTS LLP**

By: */s/ John M. Taladay* _____

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
charles.malaise@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V.,
Philips Electronics North America Corporation, Philips
Taiwan Ltd., and Philips do Brasil, Ltda.*

**JENNER & BLOCK LLP**

By: /s/ *Gabriel A. Fuentes*

JENNER & BLOCK LLP
Charles B. Sklarsky (*pro hac vice*)
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
csklarsky@jenner.com
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

**FAEGRE BAKER DANIELS LLP**

By:    /s/ *Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

6

Stephen M. Judge (*pro hac vice*)
Email: steve.judge@FaegreBd.com
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and
Thomson Consumer Electronics, Inc.*

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Nathan Lane, III*

Nathan Lane, III (CA Bar No. 50961)
Mark C. Dosker (CA Bar No. 114789)
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887
E-mail:  nathan.lane@squiresanders.com
E-mail:  mark.dosker@squiresanders.com

Donald A. Wall (Pro Hac Vice)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4005
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays
Americas LLC with respect to all cases except Office
Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck
and Co., et al. v. Technicolor SA, et al.*

**CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP**

By: /s/   *Jeffrey I. Zuckerman*

Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP

7

601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays
Americas LLC with respect to Office Depot, Inc. v.
Technicolor SA, et al. and Sears, Roebuck and Co.,  et
al. v. Technicolor SA, et al.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

# DECLARATION OF SERVICE

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On the date below, I served the within:

**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) DOCUMENTS RELATED TO DEFENDANTS' JOINT OPPOSITIONS TO DIRECT ACTION PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-18 AND INDIRECT PURCHASER PLAINTIFFS' MOTIONS IN LIMINE NOS. 2, 3, 8, 9, 12, 13, 15, 16, & 18**

to all named counsel of record as follows:

☑       **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on February 27, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on February 27, 2015, at San Francisco, California.

_____/s/ Joseph Hansen_____
Joseph Hansen

101886815.1

9