GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776;<br><br>[*continued on next page*] | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) DOCUMENTS RELATED TO DEFENDANTS' JOINT OPPOSITIONS TO DIRECT ACTION PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-18 AND INDIRECT PURCHASER PLAINTIFFS' MOTIONS IN LIMINE NOS. 2, 3, 8, 9, 12, 13, 15, 16, & 18** |

1    *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

2    *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;

3    *Best Buy Co., et al. v. Hitachi, Ltd., et al.*,
4    No. 11-cv-05513;

5    *Best Buy Co., et al. v. Technicolor SA, et al.*, No.
6    13-cv-05264;

7    *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
8

9    *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

10   *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
11

12
13   *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262;

14   *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

ii

I, Rachel S. Brass, hereby declare as follows:

1)      I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. in the above-referenced action.

2)      I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) Documents Related to Defendants' Joint Oppositions to Direct Action Plaintiffs' Motions in Limine Nos. 1-18 and Indirect Purchaser Plaintiffs' Motions in Limine Nos. 2, 3, 8, 9, 12, 13, 15, 16, & 18 ("Joint MIL Oppositions").  Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3)      On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (ECF No. 306, amended at ECF No. 1142) (the "Protective Order").

4)      Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), Defendants seek to seal the following concurrently-filed documents:

> a)  The highlighted portions of Defendants' Joint MIL Oppositions, which contain quotations or information from documents and/or deposition testimony that certain Defendants or Plaintiffs have designated "Highly Confidential";
>
> b)  Exhibits 8, 9, and 10 to the concurrently-filed Declaration of Rachel S. Brass in Support of Defendants' Joint Oppositions to Direct Action Plaintiffs' Motions in Limine Nos. 1-18 and Indirect Purchaser Plaintiffs' Motions in Limine Nos. 2, 3, 8, 9, 12, 13, 15, 16, & 18 (the "Brass Declaration"), which are excerpts from deposition testimony that certain Defendants have designated "Highly Confidential"; and
>
> c)  Exhibits 3, 4, 5, 6, 7, 12, 16, 17, 18, 19, 20, 22, 23, 24, and 32 to the Brass Declaration, which are excerpts from expert reports, documents, and deposition testimony that certain Plaintiffs have designated "Confidential" or "Highly Confidential."

5)      The deposition excerpts listed in Paragraph 4(b) have been designated as "Highly Confidential" by certain Defendants pursuant to the Protective Order because they contain confidential, nonpublic, and highly sensitive business information.  Based on information and belief, including the treatment of the same or similar documents in connection with other filings in this case, Exhibits 8, 9, and 10 contain quotes from, and/or summarize confidential, nonpublic, proprietary and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about the Defendants' sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements and/or competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Defendants' relationships, would cause harm with respect to the Defendants' competitors and customers, and would put the Defendants at a competitive disadvantage.

6)      Page and lines 7:05-:15 of Defendants' Joint MIL Oppositions contain quotations or reference confidential information from the Exhibits in Paragraph 5 that certain Defendants have designated "Confidential" or "Highly Confidential."  I understand that the Defendants consider such statements in the Joint MIL Oppositions to be confidential and proprietary for the same reasons as the underlying exhibits, as set forth in Paragraph 5.

7)      Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, Exhibits 3, 4, 5, 6, 7, 12, 16, 17, 18, 19, 20, 22, 23, 24, and 32 to the Brass Declaration should be maintained under seal pending further supporting declarations from the designating parties.  Under the Protective Order, it is the burden of the parties designating Exhibits 3, 4, 5, 6, 7, 12, 16, 17, 18, 19, 20, 22, 23, 24, and 32 as "Confidential" or "Highly Confidential" to demonstrate that those materials should remain under seal.

///

///

///

///

///

Gibson, Dunn & Crutcher LLP

2

8)     Pages and lines 5:21-6:10, 7:10-:22, 10:9-:13, 21:6-:13, 21:20-22:3, 23:26-24:3 and footnotes 3, 4, 10, and 11 of Defendants' Joint MIL Oppositions contain quotations or reference confidential information from the Exhibits in Paragraph 7 that Plaintiffs have designated "Confidential" or "Highly Confidential."  Such information should be maintained under seal pending further supporting declarations from the designating parties for the reasons set forth in Paragraph 7.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of February 2015, at San Francisco, California.

By:   /s/ *Rachel S. Brass*
Rachel S. Brass

Gibson, Dunn & Crutcher LLP

**DECLARATION OF SERVICE**

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On the date below, I served the within:

**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) DOCUMENTS RELATED TO DEFENDANTS' JOINT OPPOSITIONS TO DIRECT ACTION PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-18 AND INDIRECT PURCHASER PLAINTIFFS' MOTIONS IN LIMINE NOS. 2, 3, 8, 9, 12, 13, 15, 16, & 18**

to all named counsel of record as follows:

☑    **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on February 27, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on February 27, 2015, at San Francisco, California.

_____/s/ Joseph Hansen_____
Joseph Hansen

101886779.2

Gibson, Dunn & Crutcher LLP