UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) DOCUMENTS RELATED TO DEFENDANTS' JOINT OPPOSITIONS TO DIRECT ACTION PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-18 AND INDIRECT PURCHASER PLAINTIFFS' MOTIONS IN LIMINE NOS. 2, 3, 8, 9, 12, 13, 13, 15, 16, & 18** |
| *All Indirect Purchaser Actions* | |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776; | Judge:        Hon. Samuel Conti |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *[continued on next page]* | |

1

1  *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-
2  05686;

3  *Sears, Roebuck and Co. and Kmart Corp. v.
   Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-
4  05514;

5  *Sears, Roebuck and Co. and Kmart Corp. v.
   Technicolor SA, et al.*, No. 13-cv-05262;
6

7  *Viewsonic Corp. v. Chunghwa Picture Tubes,
   Ltd., et al.*, No. 14-cv-02510.

8

9       Having considered Defendants' Administrative Motion to File Under Seal Pursuant to Civil

10 Local Rules 7-11 and 79-5(d), submitted in connection with their Joint Oppositions to Direct Action

11 Plaintiffs' Motions in Limine Nos. 1-18 and Indirect Purchaser Plaintiffs' Motions in Limine Nos.

12 2, 3, 8, 9, 12, 13, 15, 16, & 18 ("Joint Oppositions"), and the Declaration of Rachel S. Brass in

13 Support of Defendants' Joint Oppositions, it is hereby

14      ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is

15 further

16      ORDERED that the Clerk shall file and maintain under seal the following documents or

17 excerpted portions of documents related to the Administrative Motion to File Under Seal:

18

| Document | Sealed Portions (Page:Line) |
|---|---|
| Defendants' Joint Oppositions to Direct Action Plaintiffs' Motions in Limine Nos. 1-18 and Indirect Purchaser Plaintiffs' Motions in Limine Nos. 2, 3, 8, 9, 12, 13, 15, 16, & 18 | The highlighted portions of pages 5:21-6:10, 7:05-:15, 7:10-:22, 10:9-:13, 21:6-:13, 21:20-22:3, and 23:26-24:3, and footnotes 3, 4, 10, and 11 |
| Exhibit 3 to the Declaration of Rachel S. Brass in Support of Defendants' Joint Oppositions (the "Brass Decl.") (excerpts from the certified deposition transcript of Mike Ray, which took place on October 2, 2014) | Entire excerpted document |
| Exhibit 4 to the Brass Decl. (excerpts from the certified deposition transcript of Timothy Furey, which took place on July 30, 2014) | Entire excerpted document |
| Exhibit 5 to the Brass Decl. (excerpts from the certified deposition transcript of Andrew P. Shulklapper, which took place on July 8, 2014) | Entire excerpted document |

2

| Document | Sealed Portions (Page:Line) |
|---|---|
| Exhibit 6 to the Brass Decl. (excerpts from the certified deposition transcript of Roger Teel, which took place on August 28, 2014) | Entire excerpted document |
| Exhibit 7 to the Brass Decl. (excerpts from the certified deposition transcript of Philip Britton, which took place on August 27, 2014) | Entire excerpted document |
| Exhibit 8 to the Brass Decl. (excerpts from the certified deposition transcript of Yuuichi Kumazawa, which took place on May 29, 2013) | Entire excerpted document |
| Exhibit 9 to the Brass Decl. (excerpts from the certified deposition transcript of Tomoyuki Kawano, which took place on October 29, 2014) | Entire excerpted document |
| Exhibit 10 to the Brass Decl. (excerpts from the certified deposition transcript of Ayumu Kinoshita, which took place on February 6, 2013) | Entire excerpted document |
| Exhibit 12 to the Brass Decl. (excerpts from the certified deposition transcript of David Dowdy, which took place on August 20, 2014) | Entire excerpted document |
| Exhibit 16 to the Brass Decl. (excerpts from the certified deposition transcript of Toshito Nakanishi, which took place on July 30, 2014) | Entire excerpted document |
| Exhibit 17 to the Brass Decl. (Exhibit 5545 used in the deposition of Wendy Fritz on August 20, 2014) | Entire excerpted document |
| Exhibit 18 to the Brass Decl. (excerpts from the certified deposition transcript of Joshua D. Will, which took place on August 19, 2014) | Entire excerpted document |
| Exhibit 19 to the Brass Decl. (excerpts from the certified deposition transcript of Wendy Fritz, which took place on August 20, 2014) | Entire excerpted document |
| Exhibit 20 to the Brass Decl. (Exhibit 5544 used in the deposition of Wendy Fritz on August 20, 2014) | Entire excerpted document |
| Exhibit 22 to the Brass Decl. (Exhibit 7537 used in the deposition of Mike Ray on October 2, 2014) | Entire excerpted document |
| Exhibit 23 to the Brass Decl. (excerpts from the certified deposition transcript of Dr. Alan Frankel, which took place on October 24, 2014) | Entire excerpted document |
| Exhibit 24 to the Brass Decl. (excerpts from the certified deposition transcript of Brian Stone, which took place on May 22, 2014) | Entire excerpted document |

| Document | Sealed Portions (Page:Line) |
|---|---|
| Exhibit 32 to the Brass Decl. (excerpts of Dr. Janet S. Netz's April 15, 2014 expert report prepared on behalf of all indirect purchaser plaintiffs) | Entire excerpted document |

**IT IS SO ORDERED.**

DATED: _____, 2015

_____
Honorable Samuel Conti
U.S. District Judge

1

**DECLARATION OF SERVICE**

2

I, Joseph Hansen, declare as follows:

3

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On the date below, I served the within:

4

5

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) DOCUMENTS RELATED TO DEFENDANTS' JOINT OPPOSITIONS TO DIRECT ACTION PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-18 AND INDIRECT PURCHASER PLAINTIFFS' MOTIONS IN LIMINE NOS. 2, 3, 8, 9, 12, 13, 15, 16, & 18**

6

7

8

9

to all named counsel of record as follows:

10

☑

**BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on February 27, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

11

12

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on February 27, 2015, at San Francisco, California.

13

14

15

_____/s/ Joseph Hansen_____
Joseph Hansen

16

17

18

101887099.2

19

20

21

22

23

24

25

26

27

28