# EXHIBIT 11

Volume 22

Pages 3340 - 3515

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SUSAN ILLSTON, JUDGE

IN RE: TFT-LCD (FLAT-PANEL)      )
ANTITRUST LITIGATION.            )    NO. C 07-MDL-1827 SI
<u>                             </u>


San Francisco, California                Individual Cases:
Thursday                                 CASE NO. 10-CV-4572
August 29, 2013                          CASE NO. 12-CV-4114
8:43 a.m.


TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Best Buy Plaintiffs:
                    ROBINS, KAPLAN, MILLER & CIRESI LLP
                    2049 Century Park East
                    Suite 3400
                    Los Angeles, California  90067
                BY: ROMAN M. SILBERFELD, ESQ.
                    DAVID MARTINEZ, ESQ.
                    LAURA E. NELSON, ESQ.
                    BERNICE CONN, ESQ.
                    MICHAEL A. GEIBELSON, ESQ.


For Defendant HannStar Display Corporation:
                    FREITAS TSENG & KAUFMAN, LLP
                    100 Marine Parkway
                    Suite 200
                    Redwood Shores, California  94065
                BY: ROBERT E. FREITAS, ESQ.
                    JASON SHEFFIELD ANGELL, ESQ.
                    JESSICA NICOLE LEAL, ESQ.


(Appearances continued, next page)


Belle Ball and Connie Kuhl
Official Reporters - U.S. District Court
(415) 373-2529

Case 4:07-cv-05944-JST   Document 3676-16   Filed 02/27/15   Page 3 of 5
Case 3:07-md-01827-SI   Document 8670   Filed 08/30/13   Page 990 of 1175    3408
JURY INSTRUCTIONS

1    entitled to a verdict in their favor.  You must determine from

2    all of the evidence in this case, including the convictions

3    and findings of fact, whether the Defendants engaged in the

4    conduct alleged by the Plaintiffs, and whether the Plaintiffs

5    have proved all of the required elements of their claim.

6        The Defendants have offered evidence in this case to

7    refute the Plaintiffs' charges.  If, after considering all of

8    the evidence presented by both -- both sides, you conclude

9    that the Plaintiffs have not proved all of the required

10   elements of their claims, then you cannot find the Defendants

11   liable in this case.

12       Toshiba and certain alleged co-conspirators were not

13   indicted by the Department of Justice, and you may consider

14   that fact in your deliberations.  But the fact that Toshiba or

15   certain alleged co-conspirators were not criminally indicted

16   does not necessarily mean that they did not engage in the

17   alleged illegal conduct.

18       That completes the substantive instructions.  So, I think

19   what we will do is we will take a ten-minute break at this

20   time, ladies and gentlemen.  You haven't got the case to

21   deliberate, so don't speak with each other or anyone else

22   about the case, or make up your minds.

23       If you would be ready to come back, please, at ten 'til,

24   and we'll start with closing arguments.

25       (Jury excused)

1    what the average price was of the Korean and Japanese

2    manufacturers, because remember, this relates to HP, and the

3    contract there required Toshiba to price at the average price

4    of Korean and Japanese competitors.

5        So this shows an effort by Toshiba to comply with the

6    contractual obligation.  Not an attempt to violate the

7    antitrust laws.

8            **THE COURT:**  You're --

9            **MR. CURRAN:**  How am I doing, your Honor?

10           **THE COURT:**  You're over.

11           **MR. CURRAN:**  Okay.

12       So I submit to you at that Toshiba has not agreed with any

13   competitor on anything.  It certainly didn't agree to join in

14   the crystal meeting conspiracy, and the evidence that the

15   Department of Justice uncovered that's reflected in the guilty

16   pleas and the conviction of AUO, that helps prove that.

17       I also submit to you that Toshiba engaged in competitor

18   contacts for legitimate pro-competitive reasons, just like

19   Best Buy did.

20       Thank you for your attention today and throughout the

21   trial.  I appreciate it.

22       Thank you, your Honor.

23           **THE COURT:**  Thank you, Mr. Curran.

24       I think we'll take a brief recess, and then we'll come

25   back and conclude.

**CERTIFICATE OF REPORTERS**

I, BELLE BALL, Official Reporter for the United
States Court, Northern District of California, hereby certify
that the foregoing is a correct transcript from the record of
proceedings in the above-entitled matter.


/s/  Belle Ball_____

Thursday, August 29, 2013



I, CONNIE KUHL, Official Reporter for the United States
Court, Northern District of California, hereby certify that
the foregoing is a correct transcript from the record of
proceedings in the above-entitled matter.



/s/  Connie Kuhl_____

Thursday, August 29, 2013