# EXHIBIT 13

**Steven Ganz**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE CATHODE RAY TUBE (CRT)     Master File No.
ANTITRUST LITIGATION              07-5944 SC

                                  MDL NO. 1917
_____

VIDEOTAPED DEPOSITION OF STEVEN GANZ

April 4, 2012

9:04 a.m.

One Market, Spear Street Tower, 28th Floor

San Francisco, California

REPORTED BY:

Ingrid Skorobohaty

CSR No. 11669

```
 1      televisions that are the basis for your claims in this
 2      case.
 3           A.   Yes.
 4           Q.   What was the second -- what brand is the
 5      second television?
 6           A.   Toshiba.
 7           Q.   And what size is that?
 8           A.   27-inch.
 9           Q.   And when did you purchase it?
10           A.   2005.
11           Q.   What -- I'm sorry.  Where did you purchase it?
12           A.   At Best Buy.
13           Q.   And where was that Best Buy located?
14           A.   South -- Colma.
15           Q.   And were you living in California at the time
16      you purchased it?
17           A.   Yes, I was.
18           Q.   How much did you pay?
19           A.   $330.
20           Q.   And why did you purchase the Toshiba
21      television?
22           A.   To replace one that was broken.
23           Q.   Was that the -- it was not the Philips
24      television?
25           A.   No.  No.
```

74

```
1    STATE OF CALIFORNIA      )
                              )
2    COUNTY OF ALAMEDA        )

3

4           I, Ingrid Skorobohaty, a Certified Shorthand

5    Reporter, do hereby certify:

6           That prior to being examined, the witness in

7    the foregoing proceedings was by me duly sworn to

8    testify to the truth, the whole truth, and nothing but

9    the truth;

10          That said proceedings were taken before me at

11   the time and place therein set forth and were taken down

12   by me in shorthand and thereafter transcribed into

13   typewriting under my direction and supervision;

14          I further certify that I am neither counsel

15   for, nor related to, any party to said proceedings, nor

16   in anywise interested in the outcome thereof.

17          In witness whereof, I have hereunto subscribed

18   my name.

19

20   Dated:  April 9, 2012

21

22   _____
     Ingrid Skorobohaty
23   CSR No. 11669

24

25
                                                        160
```