# EXHIBIT 21

```
                                                    Volume 9

                                            Pages 1284 - 1458

             UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

      BEFORE THE HONORABLE SUSAN ILLSTON, JUDGE

IN RE: TFT-LCD (FLAT-PANEL)     )
ANTITRUST LITIGATION.           )   NO. C 07-MDL-1827 SI


San Francisco, California           Individual Cases:
Monday                              CASE NO. 10-CV-4572
August 5, 2013                      CASE NO. 12-CV-4114
10:12 a.m.

              TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Best Buy Plaintiffs:
                ROBINS, KAPLAN, MILLER & CIRESI LLP
                2049 Century Park East
                Suite 3400
                Los Angeles, California   90067
           BY:  ROMAN M. SILBERFELD, ESQ.
                DAVID MARTINEZ, ESQ.
                LAURA E. NELSON, ESQ.
                BERNICE CONN, ESQ.
                MICHAEL A. GEIBELSON, ESQ.


For Defendant HannStar Display Corporation:
                FREITAS TSENG & KAUFMAN, LLP
                100 Marine Parkway
                Suite 200
                Redwood Shores, California   94065
           BY:  ROBERT E. FREITAS, ESQ.
                JASON SHEFFIELD ANGELL, ESQ.
                JESSICA NICOLE LEAL, ESQ.


 (Appearances continued, next page)
```

Case 4:07-cv-05944-JST Document 3676-26 Filed 02/27/15 Page 3 of 4
Case 3:07-md-01827-SI Document 8431-7 Filed 06/09/13 Page 42 of 176   1325
FRITZ - CROSS EXAMINATION/CURRAN

1  Q.  So now, when Best Buy is considering private label
2  products, that would put Best Buy in a situation of a
3  manufacturer of the products, right?
4  A.  It would, yes.
5  Q.  So Best Buy in that situation would have to consider
6  things such as the acquisition of components?
7  A.  Yes.
8  Q.  That's necessary to make the product, right?
9  A.  Correct.
10 Q.  Okay.  And this discussion here is talking about how
11 Medion and Best Buy could work together to make sure they
12 acquire components at an appropriate price, correct?
13 A.  It says that -- it states, really, that it would be buying
14 commodity components.  That's the way I read it.
15 Q.  But gaining synergies from doing it together, right?
16 A.  Correct.
17 Q.  So -- and this is 2004, correct?
18 A.  Correct.
19 Q.  And the prior document we looked at dealing with private
20 label, that was the one that started with David Morrish,
21 Exhibit 8146.  That was 2001, correct?
22 A.  Yes.
23 Q.  So is it fair, Miss Fritz, to say that Best Buy was
24 considering private label initiatives in the -- in various --
25 as to various products at various times throughout the period

Case 4:07-cv-05944-JST Document 3676-26 Filed 02/27/15 Page 4 of 4
Case 3:07-md-01827-SI Document 8431-7 Filed 08/09/13 Page 4330 of 176    1326
FRITZ - CROSS EXAMINATION/CURRAN

1  we're focused on, 1998 to 2006?
2  A.  We considered it a number of times, yes.
3  Q.  Okay.  And as part of the consideration or evaluation of
4  private label products, the cost of components was relevant,
5  correct?
6  A.  It was relevant, but it was only one part of the equation.
7  Q.  Okay.  But it was one part of the equation?
8  A.  Yeah, absolutely.
9  Q.  Miss Fritz I'd like to take you to one of the documents
10 that Mr. Silberfeld showed you and asked you questions about,
11 and this is in the binder that Mr. Silberfeld gave you.  And
12 specifically, it's the first one, tab 1132.
13 A.  Found it.
14         **MR. CURRAN:**  This is already in evidence, your Honor.
15 **BY MR. CURRAN:**
16 Q.  All right.  So to reset the context here, Miss Fritz, this
17 is an email to you and others from Mr. Winneroski who at the
18 time was reporting to you, correct?
19 A.  It appears that way, yes.
20 Q.  Okay.  And he is recapping a meeting he had at TAIS,
21 correct?
22 A.  It doesn't say TAIS.  It says Toshiba.
23 Q.  But you know the meeting was at TAIS, correct?
24 A.  I don't know specifically, no.
25 Q.  Well, you deal with TAIS, correct?