# EXHIBIT 26

```
                                              Pages 1 - 107

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                 BEFORE THE HONORABLE SUSAN ILLSTON

In Re: TFT-LCD (Flat Panel)      )
Antitrust Litigation.            )
                                 )  NO. M. 07-01827 SI
_____)  San Francisco, California
                                    Wednesday
                                    April 25, 2012
                                    3:40 p.m.


                    TRANSCRIPT OF PROCEEDINGS
APPEARANCES:
For Direct              Lieff, Cabraser, Heimann & Bernstein
Purchaser               275 Battery Street, 30th Floor
Plaintiffs              San Francisco, CA  94111
                        (415) 956-1000
                        (415) 956-1008 (fax)
                   BY:  RICHARD M. HEIMANN
                        MARC A. PILOTIN
                        MICHELE C. JACKSON
                        BRENDAN P. GLACKIN

For Direct              Pearson, Simon, Warshaw & Penny, LLP
Purchaser               44 Montgomery Street
Plaintiffs              Suite 2450
                        San Francisco, CA 94104
                        (415) 433-9000
                        (415) 433-9008 (fax)
                   BY:  BRUCE LEE SIMON
                        AARON M. SHEANIN

For Indirect            Minami Tamaki LLP
Purchaser               360 Post Street, 8th Floor
Plaintiffs              San Francisco, CA  94108-4903
                        (415) 788-9000
                        (415) 398-3887 (fax)
                   BY:  JACK WING LEE
                        SEAN TAMURA-SATO

(Appearances continued on next page)
```

```
 1  APPEARANCES CONTINUED

 2  For Indirect              Gray Plant Mooty & Bennett, P.A.
    Purchaser                 500 IDS Center
 3  Plaintiffs                80 South 8th Street
                              Minneapolis, MN  55402
 4                            (612) 632-3000
                              (612) 632-4335 (fax)
 5                      BY:   DANIEL R. SHULMAN

 6  For Indirect              Zelle Hofmann LLP
    Purchaser                 44 Montgomery Street, Suite 3400
 7  Plaintiffs                San Francisco, CA  94104
                              (415) 693-0700
 8                            (415) 693-0770 (fax)
                        BY:   FRANCIS ONOFREI SCARPULLA
 9
    For Indirect              Alioto Law Firm
10  Purchaser                 225 Bush Street, 16th Floor
    Plaintiffs                San Francisco, CA  94104
11                            (415) 434-8900
                              (415) 434-9200 (fax)
12                      BY:   JOSEPH M. ALIOTO, SR.

13  For Defendant             Nossaman LLP
    AU Optronics              50 California Street, 34th Floor
14                            San Francisco, CA  94111
                              (415) 438-7219
15                            (415) 398-2438 (fax)
                        BY:   CARL LAWRENCE BLUMENSTEIN
16
                              SEDGWICK LLP
17                            One Market Plaza, Steuart Tower
                              8th Floor
18                            San Francisco, CA  94105
                              (415) 781-7900
19                            (415) 781-2635 (fax)
                        BY:   MICHAEL F. HEALY
20
    For Defendant             White & Case
21  Toshiba Corporation       701 Thirteenth Street, NW
                              Washington, D.C.  20005
22                            (202) 626-3600
                              (202) 639-9355 (fax)
23                      BY:   CHRISTOPHER M. CURRAN
                              JOHN CHUNG
24                            MARTIN M. TOTO

25  (Appearances continued on next page)
```

Case 4:07-cv-05944-JST Document 3636-31 Filed 02/27/15 Page 4 of 6
Case 3:07-md-01827-SI Document 5536-3 Filed 04/26/12 Page 3 of 108

3

```
1   APPEARANCES CONTINUED

2   For Defendant          Munger, Tolles & Olson
    LG Display Co., Ltd.   560 Mission Street, 27th Floor
3                          San Francisco, CA  94105-2907
                           (415) 512-4000
4                          (415) 644-4077 (fax)
                      BY:  HAILYN J. CHEN
5                          JEROME CARY ROTH
                           BRAD D. BRIAN
6                          TRUC T. DO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          In 12, your Honor just tentatively ruled that there
2  should be no evidence of the closing of the criminal
3  investigation without indicting Toshiba.  Okay.  So let's
4  consider that issue in context here.  Right?  So we've got two
5  sets of plaintiffs who are going to be waving around criminal
6  guilty pleas, and at least one conviction, I guess, and the
7  convictions of the individuals from AUO, as well.  So the
8  jury's going to be inundated with information about guilty
9  pleas and convictions.
10         **THE COURT:**  Will there be one about Toshiba?
11         **MR. CURRAN:**  No.
12         **THE COURT:**  No.
13         **MR. CURRAN:**  Okay, but your Honor, if they're not
14 told -- if the jury's not told that there was an investigation
15 with no resulting criminal prosecution of Toshiba, they may --
16 they may conclude otherwise.  They may conclude:  Oh, everybody
17 in the industry had a guilty plea or a conviction; therefore,
18 Toshiba must have.  What we want to avoid --
19         **THE COURT:**  Well, surely, you will know how to let
20 them know that's not true.
21         **MR. CURRAN:**  That's the point, your Honor.  I want
22 the ability to do that.  That's all I'm asking for.
23         **THE COURT:**  I think there's nothing the matter with
24 your folks saying we weren't indicted.
25         **MR. CURRAN:**  Okay.

**CERTIFICATE OF REPORTER**

I, LYDIA ZINN, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in M. 07-1827 SI, In Re: TFT-LCD Flat Panel Antitrust Litigation, were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

_____

/s/ Lydia Zinn, CSR 9223, RPR

Thursday, April 26, 2012