# EXHIBIT 27

```
                UNITED STATES DISTRICT COURT          ORIGINAL

                NORTHERN DISTRICT OF CALIFORNIA

       BEFORE THE HONORABLE CLAUDIA WILKEN, JUDGE

IN RE STATIC RANDOM ACCESS    )     NO. MDL 07-01819 CW
MEMORY (SRAM) ANTITRUST       )
LITIGATION                    )
_____)     PAGES 1 - 95
THIS DOCUMENT RELATES TO:     )
ALL DIRECT AND INDIRECT       )
PURCHASER ACTIONS             )     OAKLAND, CALIFORNIA
_____)     THURSDAY, DECEMBER 14, 2010
```

**TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

FOR DIRECT PLAINTIFFS:    SAVERI & SAVERI, INC
                          706 SANSOME STREET
                          SAN FRANCISCO, CALIFORNIA  94111
                   BY:    GUIDO SAVERI, ATTORNEY AT LAW

                          COTCHETT, PITRE & MCCARTHY
                          SAN FRANCISCO AIRPORT OFFICE CENTER
                          840 MALCOLM ROAD, STE. 200
                          BURLINGAME, CALIFORNIA  94010
                   BY:    JOSEPH W. COTCHETT,
                          NEIL SWARTZBERG,
                          STEVEN N. WILLIAMS, ATTORNEYS AT LAW


FOR SRAM PLAINTIFFS:      LIEFF, CABRASER, HEIMANN &
                              BERNSTEIN
                          275 BATTERY STREET, 30TH FL.
                          SAN FRANCISCO, CALIFORNIA  94111
                   BY:    JORDAN ELIAS,
                          MICHELE C. JACKSON, ATTORNEYS AT LAW



             (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:       RAYNEE H. MERCADO, CSR NO. 8258

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 451-7530*

# A P P E A R A N C E S (CONT'D.)

```
FOR INDIRECT PLAINTIFFS:   ZELLE HOFFMAN
                           44 MONTGOMERY STREET, SUITE 3400
                           SAN FRANCISCO, CALIFORNIA  94104
                     BY:   CHRISTOPHER T. MICHELETTI,
                           JANE N. YI, ATTORNEYS AT LAW


FOR DEFENDANT              SHEPPARD, MULLIN, RICHTER & HAMPTON
SAMSUNG:                   FOUR EMBARCADERO CENTER, 17TH FLOOR
                           SAN FRANCISCO, CALIFORNIA  94111-4109
                     BY:   ERIC O'CONNOR,
                           JAMES L. MCGINNIS,
                           MICHAEL W. SCARBOROUGH,
                           MONA SOLOUKI, ATTORNEYS AT LAW

FOR DEFENDANT              MAYER BROWN LLP
CYPRESS:                   71 SOUTH WACKER DRIVE
                           CHICAGO, ILLINOIS 60606-4637
                     BY:   VINCENT J. CONNELLY,
                           LEE RUBIN,
                           GARY A. WINTERS, ATTORNEYS AT LAW


                           --oOo--
```

| | |
|---|---|
| 1 | KILLED BY A ANTITRUST VIOLATOR, I CAN'T SERVE, YOU KNOW, THEN I |
| 2 | FOLLOW UP ON THAT. |
| 3 |      **MR. COTCHETT:**  IF WE COULD GET FROM YOUR CLERK A |
| 4 | COUPLE OF THOSE SAMPLES, THAT WOULD BE HELPFUL. |
| 5 |      **THE COURT:**  YEAH, I'LL GET THEM SOMEHOW OR OTHER. |
| 6 |      **MR. COTCHETT:**  THAT WOULD BE GREAT. |
| 7 |      **THE COURT:**  THEN PROBABLY I WOULD ALLOW SOME ATTORNEY |
| 8 | VOIR DIRE AFTER THAT, VERY LITTLE, BUT SOME.  MAYBE A HALF AN |
| 9 | HOUR PER ENTITY OR SOMETHING LIKE THAT JUST FOR FOLLOW-UP |
| 10 | PURPOSES AND KIND OF EDUCATION AND GETTING-TO-KNOW-YOU PURPOSES. |
| 11 | SO YOU SHOULD LOOK AT MY QUESTIONNAIRES AND THEN MAYBE YOU COULD |
| 12 | AGREE ON SOMETHING OR AT LEAST SUBMIT PROPOSED ONES. |
| 13 |      IN TERMS OF THE MOTIONS IN LIMINE, STARTING WITH THE |
| 14 | DIRECT PURCHASERS, IN NUMERICAL ORDER, NUMBER ONE IS EXCLUDE THE |
| 15 | CLOSING OF THE INVESTIGATION REGARDING SRAM.  I WOULD GO ONE |
| 16 | BETTER THAN THAT AND ALSO EXCLUDE THE OPENING OF THE |
| 17 | INVESTIGATION REGARDING SRAM.  SO THAT THE SRAM INVESTIGATION |
| 18 | WOULD NOT COME IN AT ALL, NEITHER ITS OPENING NOR ITS CLOSING. |
| 19 |      NO. 2, EXCLUDE EVIDENCE OF WESTELL'S LACK OF DAMAGES. |
| 20 | I WOULDN'T EXCLUDE IT.  HE WILL HAVE TO PROVE DAMAGES IF HE CAN, |
| 21 | I SUPPOSE.  BUT IT WON'T BE FOR THE JURY TO DECIDE WHETHER HE |
| 22 | HAS STANDING OR NOT.  THAT -- I MEAN, IF THAT'S WHAT YOU'RE |
| 23 | GETTING AT, THAT'S NOT A JURY ISSUE.  SO IT WOULD NOT BE ARGUED |
| 24 | THAT IF HE DOESN'T HAVE ANY DAMAGES, HE DOESN'T HAVE STANDING |
| 25 | AND THE WHOLE CASE GOES OUT.  THAT WON'T BE HAPPENING. |

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 451-7530*

### CERTIFICATE OF REPORTER

I, RAYNEE H. MERCADO, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN MDL NO. 07-01819CW, IN RE SRAM ANTITRUST LITIGATION, WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY ME AT THE TIME OF FILING.

THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE COURT FILE.

*Raynee H. Mercado*

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR

WEDNESDAY, DECEMBER 22, 2010