# EXHIBIT 29

HIGHLY CONFIDENTIAL

Page 172

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4      _____

                                       )

5     IN RE:  CATHODE RAY TUBE         )

      (CRT) ANTITRUST LITIGATION       )

6     _____)   No. 307-5944 SC

                                       )

7     This Document Relates to:        )   MDL No. 1917

                                       )

8     ALL ACTIONS                      )

      _____)

9

10

11

12

13

14

15     CONTINUED VIDEOTAPED DEPOSITION OF KYUNG CHUL OH

16              San Francisco, California

17            Wednesday, November 20, 2013

18                   Volume II

19

20

21

22

      Reported by:  SUZANNE F. BOSCHETTI

23    CSR No. 5111

24

25

HIGHLY CONFIDENTIAL

Page 306

| | | |
|---|---|---|
| 1 | Q    You prepared this request at or about the | 04:31:22 |
| 2 | time of incurring these expenses, correct? | 04:31:25 |
| 3 | MR. SCARBOROUGH:  Object to form. | 04:31:41 |
| 4 | THE WITNESS:  When you say "about the | 04:31:49 |
| 5 | time," do you mean the date that is shown on this | 04:31:51 |
| 6 | receipt? | 04:31:54 |
| 7 | BY MR. GRALEWSKI: | 04:31:55 |
| 8 | Q    Yes. | 04:31:55 |
| 9 | A    Yes. | 04:32:01 |
| 10 | Q    Okay.  Did you attempt to be accurate when | 04:32:01 |
| 11 | filling out this request for expense disbursement? | 04:32:06 |
| 12 | MR. SCARBOROUGH:  Object to form. | 04:32:16 |
| 13 | THE WITNESS:  When you say "to be | 04:32:27 |
| 14 | accurate," based on your prior question, do you mean | 04:32:28 |
| 15 | that this was not false in any way? | 04:32:32 |
| 16 | BY MR. GRALEWSKI: | 04:32:49 |
| 17 | Q    Mr. Oh, I'm asking you if the information | 04:32:49 |
| 18 | contained on 85145 when you wrote it at or about the | 04:32:51 |
| 19 | time of incurring the expense, if the information | 04:33:02 |
| 20 | was accurate? | 04:33:05 |
| 21 | MR. SCARBOROUGH:  Object to form. | 04:33:28 |
| 22 | THE WITNESS:  Yes. | 04:33:29 |
| 23 | BY MR. GRALEWSKI: | 04:33:38 |
| 24 | Q    Directing your attention to the lower | 04:33:40 |
| 25 | right-hand portion of the document after "purposes" | 04:33:48 |

HIGHLY CONFIDENTIAL

Page 307

| | | |
|---|---|---|
| 1 | it says "glass meeting," correct? | 04:33:53 |
| 2 | MR. SCARBOROUGH:  Object to form. | 04:34:07 |
| 3 | THE WITNESS:  Yes. | 04:34:15 |
| 4 | BY MR. GRALEWSKI: | 04:34:17 |
| 5 | Q    Thank you, sir.  You can set that document | 04:34:17 |
| 6 | aside. | 04:34:19 |
| 7 | A    Hold on. | 04:34:21 |
| 8 | MR. GRALEWSKI:  Move to strike. | 04:34:23 |
| 9 | THE WITNESS:  This -- I don't know why it | 04:34:27 |
| 10 | ended because it said glass meeting.  This was part | 04:34:35 |
| 11 | of my farewell gesture, including a gift I gave to | 04:34:53 |
| 12 | Mr. Byung Dae Woo, who used to be a SRO person in | 04:35:02 |
| 13 | charge who used to work at Samex and who was going | 04:35:13 |
| 14 | back to Korea.  So he was going from SRO to | 04:35:20 |
| 15 | headquarters.  And because golf is played on grass, | 04:35:30 |
| 16 | we usually -- we commonly called those as grass | 04:35:47 |
| 17 | meeting. | 04:35:56 |
| 18 | So it is very wrong to connect this glass | 04:36:04 |
| 19 | meeting, which is my typo, with glass meeting. | 04:36:12 |
| 20 | Please check if this person actually left around | 04:36:24 |
| 21 | this time. | 04:36:28 |
| 22 | MR. GRALEWSKI:  Move to strike that entire | 04:36:33 |
| 23 | answer.  There was no question pending. | 04:36:34 |
| 24 | MR. SCARBOROUGH:  There was a question | 04:36:37 |
| 25 | pending.  He was continuing his answer.  You | 04:36:39 |

HIGHLY CONFIDENTIAL

Page 308

| | | |
|---|---|---|
| 1 | attempted to talk over him.  Propose it's directly | 04:36:41 |
| 2 | responsive to your question. | 04:36:45 |
| 3 | BY MR. GRALEWSKI: | 04:37:00 |
| 4 | Q    It says glass meeting right there, right? | 04:37:00 |
| 5 | MR. SCARBOROUGH:  Object to form. | 04:37:05 |
| 6 | THE WITNESS:  I'm telling you with | 04:37:10 |
| 7 | certainty that this was a typo.  Please check if the | 04:37:11 |
| 8 | person named Byung Dae Woo used to work for Samex | 04:37:20 |
| 9 | and -- | 04:37:25 |
| 10 | BY MR. GRALEWSKI: | 04:37:30 |
| 11 | Q    Mr. Oh, please answer my question.  It says | 04:37:31 |
| 12 | glass meeting in your handwriting right there, | 04:37:33 |
| 13 | correct? | 04:37:36 |
| 14 | MR. SCARBOROUGH:  Object to form. | 04:37:44 |
| 15 | THE WITNESS:  I cannot agree with you. | 04:37:49 |
| 16 | BY MR. GRALEWSKI: | 04:37:51 |
| 17 | Q    Do you recall testifying yesterday in | 04:37:51 |
| 18 | response to some of Mr. Shapiro's questions that you | 04:37:54 |
| 19 | had never heard of the term glass meeting? | 04:37:58 |
| 20 | MR. SCARBOROUGH:  Object to form. | 04:38:14 |
| 21 | THE WITNESS:  Yes. | 04:38:15 |
| 22 | BY MR. GRALEWSKI: | 04:38:15 |
| 23 | Q    Were you lying to Mr. Shapiro yesterday? | 04:38:15 |
| 24 | MR. SCARBOROUGH:  Object to form. | 04:38:19 |
| 25 | THE WITNESS:  I don't understand what | 04:38:24 |