# EXHIBIT 30

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

**Page 1**

1          UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

2              SAN FRANCISCO DIVISION

3  _____

4  In Re:  CATHODE RAY TUBE (CRT)   No. 3:07-cv-05944-SC

   ANTITRUST LITIGATION

                            MDL No.1917

5

6  _____

7      SUPERIOR COURT OF THE STATE OF CALIFORNIA

8         CITY AND COUNTY OF SAN FRANCISCO

9  _____

10  STATE OF CALIFORNIA, et al,

11          Plaintiffs,

12  v

13  SAMSUNG SDI, INC, CO., LTD., et al.

14          Defendants

15  _____

16

17      Thursday, December 12, 2013, 9:35 a.m.

18

19  Videotaped deposition of JIM SMITH, Volume 1,

20  held at Hilton Hotel, Newcastle Gateshead,

21  England, UK.

22

23

24

25

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Page 80

| | | |
|---|---|---|
| 1 | exhibit, if you could take as much time as you would | 11:46:09 |
| 2 | like to review that and then I'll have some questions | 11:46:11 |
| 3 | for you. | 11:46:14 |
| 4 | MR TEMKO:  Madam reporter, can you read me | 11:46:24 |
| 5 | back the last answer? | 11:46:39 |
| 6 | (Read back) | 11:46:42 |
| 7 | MR. WILLIAMS:  The document that I gave to | 11:51:08 |
| 8 | you, there's a translation and then the original of | 11:51:12 |
| 9 | a document provided to the parties in this case by | 11:51:15 |
| 10 | Chunghwa.  If you recall in the prior exhibit that we | 11:51:18 |
| 11 | looked at, and you may see it before you, there's | 11:51:24 |
| 12 | a reference to the next glass meeting which would be | 11:51:27 |
| 13 | held on September 20th.  Do you remember talking about | 11:51:29 |
| 14 | that? | 11:51:32 |
| 15 | A.  I remember our discussion, yes. | 11:51:33 |
| 16 | Q.  And it you look at the document I've | 11:51:36 |
| 17 | handed to you, you'll see it refers to a meeting held | 11:51:37 |
| 18 | on December 20th, 1999.  Do you see that? | 11:51:41 |
| 19 | A.  Yes. | 11:51:44 |
| 20 | Q.  Do you believe that this document | 11:51:45 |
| 21 | relates to that glass meeting referenced in the | 11:51:46 |
| 22 | document we looked at a moment ago? | 11:51:49 |
| 23 | MR. FOSTER:  Objection, lacks foundation. | 11:51:53 |
| 24 | A.  I can't say exactly.  As I said before, | 11:51:55 |
| 25 | the document is not something I recognize.  It could | 11:51:58 |

VERITEXT REPORTING COMPANY

212-267-6868                    www.veritext.com                    516-608-2400

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Page 81

```
 1   be.                                                 11:52:03

 2           MR. WILLIAMS:  Sure.  And then we talked     11:52:04

 3   about the fact that the September 20th meeting would 11:52:06

 4   be the management level, as you referred to.  Do you 11:52:08

 5   recall that?                                         11:52:10

 6           MR. FOSTER:  Objection, lacks foundation.    11:52:12

 7           MR. WILLIAMS:  And if you look at the first  11:52:14

 8   page in the translation it describes who attended, do 11:52:15

 9   you see your name there?                             11:52:19

10           A.  Yes.                                     11:52:28

11           Q.  Next to you is Mr. Lin who attended the  11:52:28

12   prior meeting, correct?                              11:52:31

13           A.  Yeah.                                    11:52:32

14           Q.  Then there's a Ms. Rosa Hu, I don't      11:52:33

15   think we spoke about her before.  Can you tell us who 11:52:35

16   she is, if you recall?                               11:52:39

17           A.  Rosa Hu worked for Jerry Lin.            11:52:41

18           Q.  Do you know in what capacity?            11:52:44

19           A.  I don't recall exactly, but she worked   11:52:48

20   in the Tai-pei office.  It may have been in          11:52:50

21   a marketing role or analyst role.                    11:52:53

22           Q.  Do you recall whether the participants   11:52:57

23   at these meetings such as the management level meeting 11:53:01

24   would take notes at the meetings?                    11:53:05

25           MR. FOSTER:  Mis-characterizes testimony and 11:53:10
```