# EXHIBIT 31

```
                                                         Page 388
 1            *** HIGHLY CONFIDENTIAL ***
 2            UNITED STATES DISTRICT COURT
 3           NORTHERN DISTRICT OF CALIFORNIA
 4               SAN FRANCISCO DIVISION
 5   Case No. 3:07-cv-05944 SC
 6   MDL No. 1917
 7   ------------------------------------x
 8   IN RE:  CATHODE RAY TUBE (CRT)
 9           ANTITRUST LITIGATION
10   ------------------------------------x
11   This Document Relates to:
12   ALL ACTIONS
13   ------------------------------------x
14                                   Taipei 101 Tower
15                                   Xinyi Road
16                                   Taipei City, 11049
17                                   Taiwan
18
19                                   February 21, 2013
20                                   9:41 a.m.
21       Volume III of III
22       CONTINUED DEPOSITION of CHIH CHUN-LIU, held at the
23   aforementioned time and place, before Audrey
24   Shirley, Qualified Realtime Reporter, MBIVR
25
```

|    |                                                              | Page 477 |
|----|--------------------------------------------------------------|----------|
| 1  | Q.  My question is what relevance did that                   | 13:56:03 |
| 2  | have to the pricing of CPTs that were being                  | 13:56:06 |
| 3  | discussed in that meeting?                                   | 13:56:10 |
| 4  | MR. O'CONNOR:  Objection; lack of personal                   | 13:56:12 |
| 5  | knowledge, speculation.                                      | 13:56:14 |
| 6  | THE WITNESS:  Actually, I don't understand.                  | 13:56:28 |
| 7  | I don't understand.  Many typos here; "price                 | 13:56:53 |
| 8  | policy" is misspelt to be "price police" and                 | 13:56:58 |
| 9  | "CDT" here, I don't know whether that should mean            | 13:57:11 |
| 10 | CPT.  "Three month", there's no "S" showing                  | 13:57:14 |
| 11 | plural "months".  Actually, I don't understand               | 13:57:25 |
| 12 | what this line means.  Does it mean that we                  | 13:57:29 |
| 13 | should study like we did for CDTs for three                  | 13:57:33 |
| 14 | months and to come up something else?  Actually I            | 13:57:43 |
| 15 | don't know what this line mean.  This could be               | 13:57:52 |
| 16 | something prepared by people at the working                  | 13:58:13 |
| 17 | level.  Their English were poor.  When they                  | 13:58:18 |
| 18 | drafted this one, I might have some knowledge                | 13:58:26 |
| 19 | about what they meant to express.  But today,                | 13:58:32 |
| 20 | sitting here, after such a long time, I cannot               | 13:58:41 |
| 21 | say what I understand from reading the sentence.             | 13:58:46 |
| 22 | MR. IOVIENO:  You can put that one aside,                    | 13:58:58 |
| 23 | Mr. Liu.                                                     | 13:59:00 |
| 24 | MR ROSS:  We're marking Exhibit 1221,                        | 13:59:00 |
| 25 | CHU00660606.                                                 | 13:59:22 |