Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: +1 574-234-4149
Facsimile: +1 574-239-1900
steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173; and | **RESPONSE OF DEFENDANTS THOMSON S.A. AND THOMSON CONSUMER ELECTRONICS, INC. IN OPPOSITION TO DAPS' MIL # 15 TO ADMIT TESTIMONY OF SUMMARY WITNESS** |

*ViewSonic Corporation v. Chunghwa Corp., et al.*, No. 14-cv-02510

The Court should deny Direct Action Plaintiffs' ("DAPs") Motion in Limine #15 seeking to admit testimony of summary witnesses because (1) DAPs have not laid the proper foundation for admission of summary testimony regarding meeting minutes and (2) ownership and control issues are to be decided by the Court, not the jury.

DAPs vaguely refer to their intent to present summary testimony regarding "meeting minutes produced by several Defendants," but they have not yet identified the actual substance of the purported summary testimony or established that the evidence DAPs seek to summarize is relevant and admissible. *See United States v. Olano*, 62 F.3d 1180, 1204 (9th Cir. 1995) (Before summary witness may be presented to the jury, the presenting party must lay a proper foundation for the summary evidence outside the presence of the jury and the non-presenting party must have an opportunity to review and object to the supporting summary chart prior to its presentation.)  And DAPs have not provided Defendants with an opportunity to review and object to any summary chart DAPs intend to offer. *Id.*  For these reasons, DAPs' request to present a summary witness regarding meeting minutes produced by Defendants should be denied. *See* Final Pretrial Scheduling Order – Phase 1 DAP Trial at 5, *In re TFT-LCD Flat Panel Antitrust Litig.*, No. 3:07-md-01827-SI (N.D. Cal. July 11, 2013) (denying similar request to admit summary witness testimony as premature).

Moreover, DAPs' request to present summary ownership and control evidence to the jury should be rejected because the Court, not the jury, must decide ownership and control standing issues. *See In re ATM Fee Antitrust Litig.*, 686 F.3d 741, 747 (9th Cir. 2012) ("[T]he district court must decide issues of fact necessary to make the standing determination").

Dated: February 27, 2015

Respectfully submitted,

/s/ Kathy L. Osborn
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.***