Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173-SC;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE: MOTION IN LIMINE NO. 8** |

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this court *pro hac vice*.

2. I submit this declaration in support of Sharp's Administrative Motion to File Documents Under Seal. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. Pursuant to Civil Local Rules 7-11 and 79-5, Sharp, by and through counsel, respectfully requests an Order permitting it to file under seal portions of Sharp's Opposition to Joint Defense Motion In Limine No. 8, filed contemporaneously herewith, and Exhibits A-B and E of the Declaration of Craig A. Benson in Support of Sharp's Opposition to Joint Defense Motion In Limine No. 8.

4. Attached as Exhibit A is a true and correct copy of relevant excerpts from the deposition transcript of witness Chih Chun-Liu, dated February 20, 2013, designated by Chunghwa as Highly Confidential.

5. Attached as Exhibit B is a true and correct copy of relevant excerpts from the deposition transcript of witness Sheng-Jen Yang, dated February 22-26, 2013, designated by Chunghwa as Highly Confidential.

6. Attached as Exhibit E are true and correct copies of documents produced at Bates numbers TSA-CRT00039725, TCE-CRT 0020908, TSA-CRT00000793, and TSA-CRT00000689, designated by Thomson as Confidential or Highly Confidential.

7. Sharp's Opposition to Joint Defense Motion In Limine No. 8 and Exhibits A-B and E refer to or contain excerpts from documents that parties have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order [Docket Nos. 306, 1142].

///

///

///

1    8. Accordingly, Sharp requests that the documents identified herein be filed under seal.

2    I declare under penalty of perjury under the laws of the United States of America that the
3    foregoing is true and correct.

4    Executed this 27th day of February, 2015, in Washington, DC.

5                                              */s/ Craig A. Benson*

6                                              Craig A. Benson

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 07-cv-5944, MDL No. 1917; Case Nos. 13-cv-1173, 13-cv-2776