Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173-SC;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | **[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S OPPOSITION TO JOINT DEFENSE MOTION IN LIMINE NO. 8 UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |

Upon consideration of Sharp's Administrative Motion to File Documents Related to Sharp's Opposition to Joint Defense Motion In Limine No. 8 Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), submitted in connection with Sharp's Opposition to Joint Defense Motion In Limine No. 8, it is hereby:

IT IS ORDERED that the Administrative Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk shall file and maintain under seal Sharp's Unredacted Opposition to Joint Defense Motion In Limine No. 8 and Exhibits A-B and E attached to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Joint Defense Motion In Limine No. 8.

**IT IS SO ORDERED.**

DATED: _____    _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)
Case No. 07-cv-5944, MDL No. 1917; Case Nos. 13-cv-1173, 13-cv-2776