Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173-SC;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | Case No. 07-cv-5944 (SC)<br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S OPPOSITION TO JOINT DEFENSE MOTION IN LIMINE NO. 8**<br><br>**[EXHIBITS A-B AND E FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5]** |

- 1 -
DECLARATION OF CRAIG A. BENSON ISO OPPOSITION TO JOINT DEFENSE MOTION IN LIMINE NO. 8
CASE NOS. 13-1173 (SC), 13-2776 (SC); MDL NO. 1917

1  I, CRAIG A. BENSON, hereby declare as follows:

2      1.    I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp").  I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this court *pro hac vice*.

    2.    I submit this Declaration in support of Sharp's Opposition to Joint Defense Motion in Limine No. 8.  I have personal knowledge of the facts stated herein and could competently testify to these facts if called upon to do so.

    3.    Attached as Exhibit A is a true and correct copy of relevant excerpts from the deposition transcript of witness Chih Chun-Liu, dated February 20, 2013.

    4.    Attached as Exhibit B is a true and correct copy of relevant excerpts from the deposition transcript of witness Sheng-Jen Yang, dated February 22-26, 2013.

    5.    Attached as Exhibit C is a true and correct copy of relevant excerpts from the deposition transcript of witness Toshihito Nakanishi, dated July 30, 2014.

    6.    Attached as Exhibit D is a true and correct copy of relevant excerpts from the Expert Report of Dr. Jerry Hausman, dated April 15, 2014.

    7.    Attached as Exhibit E are true and correct copies of documents produced at Bates numbers TSA-CRT00039725, TCE-CRT 0020908, TSA-CRT00000793, and TSA-CRT00000689.

I declare under penalty of perjury, that the foregoing is true and correct.  Executed this 27th day of February, 2015, at Washington, DC.

    /s/ *Craig A. Benson*
    Craig A. Benson