# <u>Exhibit B</u>

### (Lodged Under Seal Pursuant to Civil Local Rule 79-5 and Stipulated Protective Order )