# EXHIBIT D

**HIGHLY CONFIDENTIAL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.,* et al., Case No. 13-cv-1173 SC<br><br>*Sharp Electronics Corp.* et al. v. *Koninklijke Philips Elecs., N.V.*, et al., No. 13-cv-2776 | Master Case No. 07-cv-5944 SC<br>MDL No. 1917 |

**EXPERT REPORT OF JERRY A. HAUSMAN**
**April 15, 2014**

**HIGHLY CONFIDENTIAL**

29. It is important to note that while the North American CPT market is a separate relevant market, information exchanges pertaining to the rest of the world can still have an effect on North American CPT prices.  As discussed above, while U.S. prices were typically higher, both CPTs and finished televisions were imported into North America. This opportunity to substitute imported CPTs and televisions limits the extent to which prices can increase above competitive levels in North America.  However, it also means that if prices in the rest of the world increase (due to information exchanges in the rest of the world), the amount by which prices in North America can be increased above competitive levels due to information exchanges in North America also increases.