Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*The Indirect Purchaser Action* | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' RESPONSE TO IPPS' MOTION *IN LIMINE* NO. 10: MOTION TO EXCLUDE THE TESTIMONY OF WITNESSES NOT DESIGNATED PURSUANT TO THE COURT'S SCHEDULING ORDERS** |

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of the Toshiba Defendants' Response to IPPs' Motion *in Limine* No. 10: Motion to Exclude the Testimony of Witnesses Not Designated Pursuant to the Court's Scheduling Orders.

3. Attached hereto as Exhibit A is a true and correct copy of the Defendants' Witness List, dated January 22, 2015.

4. Attached hereto as Exhibit B is a true and correct copy of the IPPs' Witness List, dated December 5, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of February, 2015, in Washington, D.C.

_____
Lucius B. Lau