Exhibit A

JON V. SWENSON (SBN 233054)
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

JOHN M. TALADAY (pro hac vice)
ERIK T. KOONS (pro hac vice)
CHARLES M. MALAISE (pro hac vice)
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips N.V.,*
*Philips Electronics North America Corporation,*
*Philips Taiwan Limited, and Philips do Brasil Ltda.*

Additional Defendants and Counsel Listed on Signature Pages

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. Master File No. 3:07-cv-5944-SC** |
| This Document Relates to: | **MDL No. 1917** |
| ALL INDIRECT PURCHASER ACTIONS | **DEFENDANTS' WITNESS LIST** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* Case No. 11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* Case No. 13-cv-05264; | |
| *Sears, Roebuck and Co., and Kmart Corporation v. Chunghwa Picture Tubes, Ltd. et al.,* Case No. 11-cv-5514-SC; | |
| *Sears, Roebuck and Co. and Kmart Corporation v. Technicolor SA, et al.,* Case No. 13-cv-5262-SC; | |
| *Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.,* Case No. 13-cv-1173 SC; | |
| *Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of* | |

1  | *America, Inc. v. Koninklijke Philips Electronics N.V., et al.*, Case No. 13-cv-2776-SC;
2  |

3  | *Siegel v. Hitachi, Ltd., et al.* Case No. 11-cv-05502;
4  |

5  | *Siegel v. Hitachi, Ltd., et al.*, Case No. 13-cv-05261;

6  | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-05514;

7  | *Target Corp. v. Technicolor SA, et al.*, Case No. 13-cv-05686;
8  |

9  | *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 14-cv-02510,

Pursuant to the Court's orders dated March 21, 2014 (MDL Dkt. No. 2459) and December 8, 2014 (MDL Dkt. No. 3182), the defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., LG Electronics, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited., and Philips do Brasil Ltda., Samsung SDI America, Inc., Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Thomson SA and Thomson Consumer Electronics, Inc., Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc., and Technologies Displays Americas LLC, (collectively, the "Defendants") hereby provide notice of witnesses Defendants may call in their case-in-chief at trial, either live or through deposition designation.  Defendants reserve the right to call witnesses listed on the witness lists of all other parties, not to call witnesses listed below, and to designate and/or call additional witnesses as Defendants' trial preparations continue.  This reservation of rights includes, but is not limited to, designating and/or calling additional witnesses (1) for purposes of authenticating documents; (2)

- 2 -

in response to any amendments or revisions by Indirect Purchaser Plaintiffs of their initial witness list(s), exhibit list(s), written discovery designations, or deposition designations; (3) in response to any amendments or revisions by Direct Action Plaintiffs of their initial witness list(s), exhibit list(s), written discovery designations, or deposition designations; (4) as necessary should any party settle or be removed from the trial for any reason; and (5) in response to the Court's resolution of any pending or future motions. Defendants reserve the right to identify as witnesses any person yet to be deposed in this action, but who are deposed prior to trial.  Defendants reserve the right to move into evidence previous testimony regarding subjects relevant to the above matters.  The Defendants' identification of a witness in this list is not an indication or representation that Defendants control the witness or can compel his or her attendance at trial. Defendants reserve the right to modify this list pursuant to ongoing discovery of defendants Thomson Consumer Electronics, Inc., Thomson SA, Mitsubishi Electric Corporation, Mitsubishi Electric & Visual Solutions America, Inc. and Technologies Displays Americas LLC., and pursuant to any other pending motions.

| Name |
| --- |
| Adamo, Claudine |
| Ahn, JS |
| Ali, George |
| Andrews, Patricia |
| Arif, Tony |
| Ayala, Debbie |
| Bacchus, Robert |
| Bacon, Charles |
| Baidyaroy, Suprasad |
| Barrett, Patrick |
| Bessa, Albino |
| Blackmond, Jaqueline |

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Name |
| --- |
| Bogdanos, John |
| Bond, Clayton |
| Bone, Michael |
| Bonfig, Jason |
| Britton, Phil |
| Bray, Neils |
| Brunk, Jack |
| Burau, Travis |
| Calkins, Dea |
| Canavan, Patrick |
| Carlton, Dr. Dennis |
| Carson, Tom |
| Carter, Matthew |
| Charamel, Emeric[1] |
| Cheng, Bonny |
| Chen-Kao, Bodil |
| Chikhani, Rabih |
| Choi, Gyu In |
| Choi, Hoon |
| Chu, Hun Sul |
| Comeaux, Gloria |
| Crandall, John |
| Crigler, Albert |
| Crooks, Robert |

[1] This witness may appear by deposition only if Direct Action Plaintiffs conduct depositions of him in accord with Hague Convention procedures before trial.

- 4 -

| Name |
| --- |
| De Lombaerde, Jan |
| De Moor, Roger |
| Deason, Steven |
| Dowdy, David |
| Driven, David |
| Eguchi, Hiroshi |
| Fekrinia, Ray |
| Fields, Aimee |
| Fink, Steven |
| French, Julie |
| Fritz, Wendy |
| Fujita, Norio |
| Furey, Timothy |
| Ganz, Steven |
| Groves, Christopher |
| Guerin-Calvert, Dr. Margaret |
| Guttman, Alvin |
| Hall, Kerry |
| Hanrahan, James |
| Hanson, Gary |
| Harris, Dr. Barry |
| Hartunian, Martin |
| Hazuku, Kenichi |
| Heinecke, Jay |
| Heiser, L. Thomas |
| Hepburn, Alex |

- 5 -

| Name |
| --- |
| Hess, George |
| Hirai, Kazumasa |
| Hirschler, John |
| Howell, Dr. Vandy |
| Hsu, Chih-Yen |
| Huber, Richard |
| Ito, Nobuaki |
| Iwamoto, Shinichi |
| Iwasawa, Toru |
| Jemo, Micahel |
| Jenkins, Charles |
| Johnson, Jeffrey |
| Johnson, Robert |
| Jung, Jin Kang |
| Karam, Shelly |
| Kawano, Tomoyuki |
| Kawashima, Yasuhiko |
| Killen, Joseph |
| Kim, Deok-Yun |
| Kim, WR |
| Kimura, Masahiro |
| Kinoshita, Ayumu |
| Klein, Gordon |
| Kobayashi, Nobuhiko |
| Konishi, Masahiko |

- 6 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Name |
| --- |
| Kumazawa, Yuuichi |
| Kurosawa, Koji |
| Kwon, Kyung Tae |
| LaPorta, Sara |
| Larch, John |
| LaRegina, John |
| Lee, Dae Eui |
| Lee, Jae In |
| Lee, Pil Jae |
| Lee, Yun Seok |
| Links, Frank |
| Linsky, Wendy |
| Lissourges, Christian[2] |
| Liu, Chih Chun |
| London, Kim |
| Lu, Jing Song (Jason) |
| Luscher, Brian |
| Mann, Warren |
| Martin, Agnes[3] |
| McKee, Tony |
| Milliken, Jack |
| Mochizuki, Tatsuya |
| Morishima, Yasuhiro |

[2] This witness may appear by deposition only if Direct Action Plaintiffs conduct depositions of him in accord with Hague Convention procedures before trial.
[3] This witness may appear by deposition only if Direct Action Plaintiffs conduct depositions of her in accord with Hague Convention procedures before trial.

| Name |
|---|
| Mortier, Kris |
| Na, Young Bae |
| Nakanishi, Toshihito |
| Nakano, Takashi |
| Nayar, Nikhil |
| Nishimaru, Kazuhiro |
| Nishimura, Kazutaka |
| Nishiyama, Hirokazu |
| Norby, David |
| Nowicki, Robert |
| O'Brien, Robert |
| O'Donnel, John |
| Oh, KC |
| Ordover, Dr. Janusz |
| Panosian, Steve |
| Paquette, Paula |
| Park, Choong Ryul |
| Park, SK |
| Parolisi, Chris |
| Pohmer, Thomas |
| Prescott, William |
| Ray, Mike |
| Ramirez, Scott |
| Re, Christopher |
| Reynolds, Lisa |
| Richard, Gregg |

- 8 -

| Name |
|------|
| Riebow, Daniel |
| Rodriguez, Modesto |
| Rooks, David |
| Rothman, Dov |
| Rubinfeld, Daniel |
| Ryan, Daniel Patrick |
| Ryu, Duk Chul |
| Sakashita, Kazuhiro |
| Sampietro, Vincent |
| Sanogawaya, Masaki |
| Scaglione, Robert |
| Schmitt, Thomas |
| Schuh, Daniel |
| Seong, Mok Hyeon |
| Seth, Rajesh |
| Shavey, Geoffrey |
| Shulklapper, Andrew |
| Sinewitz, Larry |
| Slagle, Margaret |
| Smith, Jim |
| Snyder, Ted |
| Sokol, Jeff |
| Son, Michael |
| Song, In Hwan |
| Souder, Richard |
| Spaargaren, Frans |

- 9 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Name |
| --- |
| Speaect, Jeff |
| Stephenson, Craig |
| Stone, Brian |
| Sung, Sung Kook |
| Takeda, Yasuhisa |
| Tamba, Mio |
| Tanas, Constantin |
| Taylor-Boggs, Jackie |
| Teel, Roger |
| Terry, Brigid |
| Thole, Lee |
| Thompson, Robert |
| Tibbils, Kent |
| Tobinaga, Tatsuo |
| Toyama, Noboru |
| Trutt, Didier[4] |
| Tsukamoto, Hitoshi |
| Tsuruta, Shinichiro |
| Uchiyama, Yoshiaki |
| Vaartjes, Wiebo |
| Vigneau, Gary |
| Whalen, William |
| Will, Joshua |
| Williams, Dr. Darrell L. |

---

[4] This witness may appear by deposition only if Direct Action Plaintiffs conduct depositions of him in accord with Hague Convention procedures before trial.

1

| Name |
| --- |
| Williams, Todd |
| Willig, Dr. Robert |
| Wolff, Edwin |
| Wood, Louise |
| Wu, Dr. Lawrence |
| Yadon, Lora |
| Yamamoto, Yasuki |
| Yang, Rose |
| Yang, Sheng-Jen |
| Yuan, Chien-Chung |
| Youn, Jun Yeol |
| Zhang, Allen Chang / Yu-Hao |

DATED:  January 22, 2015    **BAKER BOTTS LLP**

By: /s/ *Charles M. Malaise*
JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304

- 11 -

Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Attorneys for Defendants Koninklijke Philips N.V.,
Philips Electronics North America Corporation,
Philips Taiwan Limited, and Philips do Brasil
Ltda.*

**SHEPPARD MULLIN RICHTER &
HAMPTON**

By: /s/ *Gary L. Halling*
GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
Email: mscarborough@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America,
Inc.; Samsung SDI Co., Ltd.; Samsung SDI
(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.
DE C.V.; Samsung SDI Brasil Ltda.; Shenzen
Samsung SDI Co., Ltd. and Tianjin Samsung SDI
Co., Ltd.*

**WINSTON & STRAWN LLP**

JEFFREY L. KESSLER *(pro hac vice)*
ALDO A. BADINI (257086)
EVA COLE *(pro hac vice)*
MOLLY M. DONOVAN *(pro hac vice)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

**WEIL, GOTSHAL & MANGES LLP**

STEVEN A. REISS *(pro hac vice)*
DAVID L. YOHAI *(pro hac vice)*
ADAM C. HEMLOCK *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

- 12 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendants Panasonic Corporation
(f/k/a Matsushita Electric Industrial
Co., Ltd.), Panasonic Corporation of North
America, and MT Picture Display Co., Ltd.*

**JENNER & BLOCK LLP**

By: /s/ *Terrence J. Truax*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US, Inc. and,
Mitsubishi Electric Visual Solutions America, Inc.*

**WHITE & CASE LLP**

By: /s/ *Lucius B. Lau*
Christopher M. Curran (pro hac vice)
ccurran@whitecase.com
Lucius B. Lau (pro hac vice)
alau@whitecase.com
Dana E. Foster (pro hac vice)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and Toshiba America
Electronic Components, Inc.*

**MUNGER, TOLLES & OLSON LLP**

By: /s/ *Hojoon Hwang*

- 13 -

JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG,
LG Electronics USA, Inc.; and LG Electronics
Taiwan Taipei Co., Ltd.*

**KIRKLAND & ELLIS LLP**

By: /s/ Eliot A. Adelson_____
Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (pro hac vice)
Barack S. Echols (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi
Asia, Ltd., Hitachi America, Ltd., and Hitachi
Electronic Devices (USA), Inc.*

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ Rachel S. Brass_____
JOEL S. SANDERS (Cal. Bar. No. 107234)

- 14 -

1   Email: jsanders@gibsondunn.com
    RACHEL S. BRASS (Cal. Bar. No. 219301)
2   Email: rbrass@gibsondunn.com
    AUSTIN V. SCHWING (Cal. Bar. No. 211696)
3   Email: aschwing@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
4   555 Mission Street, Suite 3000
    San Francisco, CA 94105
5   Telephone: (415) 393-8200
    Facsimile: (415) 393-8306
6
    *Attorneys for Defendants Chunghwa Picture*
7   *Tubes, Ltd. and Chunghwa Picture Tubes*
    *(Malaysia) Sdn. Bhd.*
8
    **FAEGRE BAKER DANIELS LLP**
9
    By: /s/ Kathy L. Osborn_____
10  KATHY L. OSBORN (pro hac vice)
    Email: kathy.osborn@FaegreBD.com
11  RYAN M. HURLEY (pro hac vice)
    Email: ryan.hurley@FaegreBD.com
12  FAEGRE BAKER DANIELS LLP
    300 N. Meridian Street, Suite 2700
13  Indianapolis, IN 46204
    Telephone: (317) 237-0300
14  Facsimile: (317) 237-1000

15  JEFFREY S. ROBERTS (pro hac vice)
    Email: jeff.roberts@FaegreBD.com
16  FAEGRE BAKER DANIELS LLP
    3200 Wells Fargo Center
17  1700 Lincoln Street
    Denver, CO 80203
18  Telephone: (303) 607-3500
    Facsimile: (303) 607-3600
19
    STEPHEN M. JUDGE (pro hac vice)
20  Email: steve.judge@FaegreBd.com
    FAEGRE BAKER DANIELS LLP
21  202 S. Michigan Street, Suite 1400
    South Bend, IN 46601
22  Telephone: (574) 234-4149
    Facsimile: (574) 239-1900
23
    *Attorneys for Defendants Thomson SA and*
24  *Thomson Consumer Electronics, Inc.*

25  **SQUIRE PATTON BOGGS (US) LLP**

26  By: /s/ Nathan Lane, III_____
    MARK C. DOSKER
27  Email: mark.dosker@squirepb.com
    NATHAN LANE, III
28  Email: nathan.lane@squirepb.com

- 15 -

275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (pro hac vice)
Email: donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays
Americas LLC with respect to all cases except
Sears, Roebuck and Co., et al. v. Technicolor SA,
et al.*

**CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP**

By: /s/ Jeffrey I. Zuckerman_____
Jeffrey I. Zuckerman (pro hac vice)
Ellen Tobin (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com
Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays
Americas LLC with respect to Sears, Roebuck and
Co., et al. v. Technicolor SA, et al.*

- 16 -

DEFENDANTS' WITNESS LIST

Case No. 07-5944
MDL No. 1917