Exhibit B

MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**INDIRECT PURCHASER PLAINTIFFS' WITNESS LIST** |
| This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | ) ) ) ) ) | |

1    Pursuant to the Court's order dated March 21, 2014 (MDL Dkt. No. 2459), the Indirect

2  Purchaser Plaintiffs ("IPPs") hereby provide notice of witnesses they may call in their case-in-

3  chief at trial, either live or through deposition designation.  In addition to the witnesses listed

4  below, IPPs reserve the right to call witnesses listed on the witness lists of all other parties, and to

5  designate additional witnesses as trial preparations continue, included, but not limited to,

6  designating additional witnesses (i) for purposes of authenticating documents; (ii) in response to

7  any amendments or revisions by Defendants of their initial witness list(s), exhibit list(s), written

8  discovery designations, or deposition designations; (iii) in response to Defendants' exhibits and

9  deposition designations; (iv) as necessary should any party settle or be removed from the trial for

10  any reason; and (v) in response to the Court's resolution of any pending or future motions.  IPPs

11  also reserve the right to call custodians of records and witnesses to summarize voluminous

12  writings or recordings.  In addition, IPPs reserve the right to identify as witnesses all persons yet

13  to be deposed in this action, but who are deposed prior to trial.  IPPs also reserve the right to

14  move into evidence previous trial testimony regarding subjects relevant to this trial.  The

15  identification of a witness in this list is not an indication or representation that IPPs control the

16  witness or can compel his or her attendance at trial.   IPPs also reserve the right to add additional

17  witnesses in light of ongoing discovery between the Direct Action Plaintiffs and the Direct

18  Purchaser Plaintiffs and Thomson Consumer Electronics, Inc., Thomson SA, Mitsubishi Electric

19  Corporation, Mitsubishi Electric & Visual Solutions America, Inc. and Technologies Displays

20  Americas LLC, which is ongoing.

21  **Name:**

22   Adamo, Claudine

23   Ahn, Joon Seong

24   Andrews, Patricia

25   Bessa, Albino

26   Bond, Clayton

27   Bonfig, Jason

28
1
**INDIRECT PURCHASER PLAINTIFFS WITNESS LIST,**
**Master File No. 07-cv-5944, MDL No. 1917**

| 1  | Brunk, Jack |
| 2  | Burau, Travis |
| 3  | Canavan, Patrick |
| 4  | Carson, Thomas |
| 5  | Choi, Gyu In (Quin) |
| 6  | Choi, Hoon (Ricky) |
| 7  | Chu, Hun Sul |
| 8  | Comeaux, Gloria |
| 9  | Crigler, Albert S. |
| 10 | De Lombarde, Jan |
| 11 | De Moor, Roger |
| 12 | Du, Michael |
| 13 | Fujita, Norio |
| 14 | Fink, Steven |
| 15 | Fritz, Wendy |
| 16 | Ganz, Steven |
| 17 | Guttman, Alvin |
| 18 | Hall, Kerry Lee |
| 19 | Hanrahan, James |
| 20 | Hanson, Gary |
| 21 | Hara, Kenzaburo |
| 22 | Hazuku, Kenichi |
| 23 | Heinecke, Jay Alan |
| 24 | Heiser, L. Thomas |
| 25 | Hepburn, Alex |
| 26 | Hirai, Kazumasa |
| 27 | Hsu, Chih-Yen (Michael) |
| 28 | |

2

| | |
|---|---|
| 1 | Huber, Richard |
| 2 | Ito, Nobuaki |
| 3 | Iwamoto, Shinichi |
| 4 | Jenkins, Charles |
| 5 | Johnson, Jeffrey |
| 6 | Jung, Jin Kang (Cesar) |
| 7 | Kawano, Tomoyuki |
| 8 | Killen, Joseph |
| 9 | Kim, Deok-Yun |
| 10 | Kim, Woong Rae |
| 11 | Kimura, Masahiro |
| 12 | Kinoshita, Ayumu |
| 13 | Kobayashi, Nobuhiko |
| 14 | Kumazawa, Yuuichi |
| 15 | Kurosawa, Koji |
| 16 | Larch, John |
| 17 | Laregina, John |
| 18 | Lee, Dae Eui |
| 19 | Lee, Jae In |
| 20 | Lee, Pil Jae |
| 21 | Lee, Yun Seok |
| 22 | Liu, Chih Chun (C.C.) |
| 23 | London, Kim |
| 24 | Lu, Jing Song (Jason) |
| 25 | Luscher, Brian |
| 26 | McKee, Tony |
| 27 | Milliken, Jack |
| 28 | |

3

| | |
|---|---|
| 1 | Mortier, Kris |
| 2 | Muramatsu, Masashi |
| 3 | Na, Young Bae |
| 4 | Nakanishi, Norikazu |
| 5 | Netz, Janet |
| 6 | Nishimaru, Kazuhiro |
| 7 | Nishimura, Kazutaka |
| 8 | Nishiyama, Hirokazu |
| 9 | Norby, David |
| 10 | O'Brien, Robert |
| 11 | Oh, Kyung Chul (K.C.) |
| 12 | Panosian, Steve |
| 13 | Park, Choong Ryul |
| 14 | Park, Sang-Kyu |
| 15 | Pohmer, Thomas |
| 16 | Reynolds, Lisa |
| 17 | Riebow, Daniel |
| 18 | Rooks, David |
| 19 | Ryan, Daniel |
| 20 | Ryu, Duk Chul |
| 21 | Sakashita, Kazuhiro |
| 22 | Sanogawaya, Masaki |
| 23 | Schmitt, Thomas |
| 24 | Seong, Mok Hyeon |
| 25 | Shavey, Geoffrey |
| 26 | Shibata, Shigekazu |
| 27 | Shulklapper, Andrew |
| 28 | |

4

**INDIRECT PURCHASER PLAINTIFFS' WITNESS LIST,**
**Master File No. 07-cv-5944, MDL No. 1917**

| 1 | Slagle, Margaret |
|---|---|
| 2 | Smith, Jim |
| 3 | Smith, James E. (Sears & Kmart) |
| 4 | Son, Michael |
| 5 | Song, In Hwan |
| 6 | Spaargaren, Franciscus |
| 7 | Speact, Jeff |
| 8 | Stephenson, Craig |
| 9 | Stone, Brian |
| 10 | Sung, Sung Kook |
| 11 | Takeda, Yasu Hisa |
| 12 | Tamba, Mio |
| 13 | Taylor-Boggs, Jacquelyn |
| 14 | Terry, Brigid |
| 15 | Tobinaga, Tatsuo |
| 16 | Toyama, Noboru |
| 17 | Tsukamoto, Hitoshi |
| 18 | Tsuruta, Shinichiro |
| 19 | Uchiyama, Yoshiaki |
| 20 | Vaartjes, Wiebo |
| 21 | Whalen, William |
| 22 | Will, Joshua |
| 23 | Wolff, Edwin |
| 24 | Wood, Louise |
| 25 | Yamamoto, Yasuki |
| 26 | Yang, Sheng-Jen |
| 27 | Youn, Jun Yeol |
| 28 | |

5

1   Zhang, Yu-Hao (a/k/a Allen Chang)

2

3   Dated:  December 5, 2014                    TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

4

5                                                 _/s/ Lauren C. Capurro_____
                                                Mario N. Alioto (56433)
6                                               Lauren C. Capurro (Russell) (241151)
                                                TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
7                                               2280 Union Street
                                                San Francisco, CA 94123
8                                               Telephone: (415) 563-7200
                                                Facsimile: (415) 346-0679
9

10                                              *Lead Counsel for Indirect Purchaser Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INDIRECT PURCHASER PLAINTIFFS' WITNESS LIST,**
**Master File No. 07-cv-5944, MDL No. 1917**