# EXHIBIT 1

```
                                                      Volume 8

                                           Pages 1124 - 1283

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE SUSAN ILLSTON, JUDGE

IN RE: TFT-LCD (FLAT-PANEL)      )
ANTITRUST LITIGATION.            )   NO. C 07-MDL-1827 SI


San Francisco, California            Individual Cases:
Thursday                             CASE NO. 10-CV-4572
August 1, 2013                       CASE NO. 12-CV-4114
8:37 a.m.

              TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Best Buy Plaintiffs:
                ROBINS, KAPLAN, MILLER & CIRESI LLP
                2049 Century Park East
                Suite 3400
                Los Angeles, California  90067
         BY:    ROMAN M. SILBERFELD, ESQ.
                DAVID MARTINEZ, ESQ.
                LAURA E. NELSON, ESQ.
                BERNICE CONN, ESQ.
                MICHAEL A. GEIBELSON, ESQ.


For Defendant HannStar Display Corporation:
                FREITAS TSENG & KAUFMAN, LLP
                100 Marine Parkway
                Suite 200
                Redwood Shores, California  94065
         BY:    ROBERT E. FREITAS, ESQ.
                JASON SHEFFIELD ANGELL, ESQ.
                JESSICA NICOLE LEAL, ESQ.


(Appearances continued, next page)
```

Case 4:07-cv-05944-JST Document 3681-2 Filed 02/27/15 Page 3 of 5
Case 3:07-md-01827-SI Document 8394-1 Filed 08/02/13 Page 121 of 161
1244
FRITZ - CROSS EXAMINATION / CURRAN

1  Q     And this email is dated July 7, correct?
2  A     Yes.
3  Q     So this is talking about Circuit City's pricing in this
4  Dadeland store through the end of July.  Correct?
5  A     It actually says their "offer."  Doesn't say their
6  "pricing."
7  Q     Okay.  Running with their offer, through the end of July?
8  A     That's what it says.
9  Q     And, what do you understand "offer" to mean in this
10 context?
11 A     I don't recall this specific instance, but "offer" could
12 be a promotion.  It could be a number of things.
13 Q     Okay.  And then, continuing (As read):
14     "Also while talking to one of the managers he informed me that
15      their corporate office is telling the regional, district and
16      store management teams that Best Buy is starting an all out
17      pricing war to put CC out of business and that they will be
18      launching pre-emptive strikes in the form of aggressive
19      financing, promotions and floor pricing and that some stores
20      have been told to kick out any Best Buy employed shoppers if
21      they think they are writing or even recording prices.  This
22      came from a manager that has known me for 8 years."
23        Do you see that, ma'am?
24 A     I do.
25 Q     So Mr. Green, here, is reporting on a discussion he had

Case 4:07-cv-05944-JST Document 3681-2 Filed 02/27/15 Page 4 of 5
Case 3:07-md-01827-SI Document 8394 Filed 08/02/13 Page 122 of 161
1245
FRITZ - CROSS EXAMINATION / CURRAN

|     |                                                                          |
| --- | ------------------------------------------------------------------------ |
| 1   | with one of the managers at the Dadeland Circuit City.                   |
| 2   | Correct?                                                                 |
| 3   | **A**    It appears that way, yes.                                       |
| 4   | **Q**    In your judgment, is this, the conduct reflected in this        |
| 5   | email, consistent with Best Buy's ethics policy, ethics code?            |
| 6   | **MR. SILBERFELD:**  Objection, Your Honor.  Vague as to                 |
| 7   | which conduct.                                                           |
| 8   | **THE COURT:**  Can you specify?                                         |
| 9   | **MR. CURRAN:**  Yes.                                                    |
| 10  | **BY MR. CURRAN:**                                                       |
| 11  | **Q**    Ms. Fritz, the second sentence of the email has a               |
| 12  | reference to "...while talking to one of the managers he                 |
| 13  | informed me..." and then it continues on.                                |
| 14  | In your judgment, is it consistent with Best Buy's code of               |
| 15  | ethics for Mr. Green to have been talking with one of the                |
| 16  | managers at the Dadeland Circuit City about the subjects                 |
| 17  | reflected in this email?                                                 |
| 18  | **A**    I would say it was not common practice, no.                     |
| 19  | **Q**    That -- my question was, was it consistent with Best Buy's      |
| 20  | code of ethics?                                                          |
| 21  | **A**    I would say no.                                                 |
| 22  | **Q**    Why not?                                                        |
| 23  | **A**    Because part of our code of ethics is to make sure that         |
| 24  | we're looking at information in terms of the competitive                 |
| 25  | context, and not engaging in conversations.                              |

Case 4:07-cv-05944-JST Document 3681-2 Filed 02/27/15 Page 5 of 5
Case 3:07-md-01827-SI Document 8394-1 Filed 08/02/13 Page 125 of 161
1248
FRITZ - CROSS EXAMINATION / CURRAN

1  And then it goes on to give details about the changes in
2  Circuit City's price match policy.  Correct?
3  A    Correct.
4  Q    And this email is dated November 18, 2006.  Correct?
5  A    It appears that way, yes.
6  Q    Okay.  So that, that email indicates a discussion or -- or
7  information being provided from an acquaintance of Mr. Jacobsen
8  at Circuit City.  Correct?
9  A    I don't know.  I don't know who Mr. Jacobsen is, or who
10 Mr. Rogers is.
11 Q    Farther up the email chain there is the -- second-to-last
12 in time, there is an email from Mike Ray.  Do you see that one?
13 Dated November 19, 2006, at 3:28 p.m.?
14 A    I do.
15 Q    Now, Mike Ray, you know; we've talked about him already.
16 He was an employee, senior employee at Best Buy.  Correct?
17 A    Correct.
18 Q    And, he writes (As read):
19  "Glen.. On it.. We're going to have the teams ping their
20  contacts to validate this change is hitting all markets."
21       Do you see that?
22 A    Yes.
23 Q    And, by that email, Mr. Ray was stating that the team at
24 Best Buy or the teams at Best Buy would be pinging their
25 contacts at Circuit City.  Correct?