# EXHIBIT 2

```
                                          Pages 313 - 520

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

          BEFORE THE HONORABLE SUSAN ILLSTON

In Re:  TFT-LCD (Flat Panel)       )
Antitrust Litigation.              )
_____)  No. M. 07-01827 SI
                                      San Francisco, California
                                      Tuesday
                                      May 22, 2012
                                      8:42 a.m.

                 TRANSCRIPT OF PROCEEDINGS
```

**APPEARANCES:**

| | |
|---|---|
| **For Direct Purchaser Plaintiffs** | Lieff, Cabraser, Heimann & Bernstein<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111<br>(415) 956-1000<br>(415) 956-1008 (fax)<br>BY: **RICHARD HEIMANN**<br>     **BRENDAN GLACKIN** |
| **For Direct Purchaser Plaintiffs** | Pearson, Simon, Warshaw & Penny, LLP<br>44 Montgomery Street<br>Suite 2450<br>San Francisco, CA 94104<br>(415) 433-9000<br>(415) 433-9008 (fax)<br>BY: **BRUCE LEE SIMON**<br>     **AARON SHEANIN** |
| **For Plaintiff Crago Corporation** | Polsinelli Shughart, PC<br>Twelve Wyandotte Plaza<br>120 West 12th Street<br>Kansas City, MO  64105-1929<br>(816) 421-3355<br>BY: **DANIEL D. OWEN** |

(Appearances continued on next page)

Case 4:07-cv-05944-JST Document 3681-3 Filed 02/27/15 Page 3 of 3
Case 3:07-md-01827-SI Document 5281-3 Filed 09/22/12 Page 94 of 209
ALLEN - CROSS EXAMINATION / GIDLEY
406

| | |
|---|---|
| 12:11:10 | back to a quick -- |
| 12:11:10 | **THE COURT:** How about doing it now? |
| 12:11:11 | **MR. GIDLEY:** Okay. The second issue is what he does, |
| 12:11:12 | as a purchaser, to find out if he's getting good prices. |
| 12:11:13 | And he calls competitors in the Kansas City area and |
| 12:11:15 | in Wichita to get price information, either directly from the |
| 12:11:16 | competitor, or by means of customers getting a price list; very |
| 12:11:18 | parallel to what's been alleged against Toshiba. |
| 12:11:19 | And we think that's really effective, for two |
| 12:11:19 | reasons. |
| 12:11:20 | First, whatever the plaintiff does is relevant for |
| 12:11:20 | the jury to weigh what the defendant does. And there are cases |
| 12:11:22 | I can hand up to your Honor: *McDonnell Douglas* case and the |
| 12:11:23 | *Motorola* case. |
| 12:11:23 | **THE COURT:** Has he already testified that he calls |
| 12:11:24 | around? |
| 12:11:25 | **MR. SIMON:** (Shakes head from side to side) |
| 12:11:25 | **MR. CURRAN:** In his deposition. |
| 12:11:25 | **MR. GIDLEY:** Yes, yes. Two passages. |
| 12:11:26 | **MR. OWEN:** No objection. No objection. |
| 12:11:27 | **THE COURT:** Okay. Thank you. |
| 12:11:27 | **MR. GIDLEY:** Thank you, your Honor. |
| 12:11:28 | (End of side bar) |
| 12:11:28 | **BY MR. GIDLEY** |
| 12:11:29 | Q. Mr. Allen, sir, do you care about the purchase price of |