# EXHIBIT 11

```
                                              Volume 22

                                              Pages 3340 - 3515

               UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

      BEFORE THE HONORABLE SUSAN ILLSTON, JUDGE

IN RE: TFT-LCD (FLAT-PANEL)         )
ANTITRUST LITIGATION.               )   NO. C 07-MDL-1827 SI


San Francisco, California                Individual Cases:
Thursday                                 CASE NO. 10-CV-4572
August 29, 2013                          CASE NO. 12-CV-4114
8:43 a.m.

                TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Best Buy Plaintiffs:
                    ROBINS, KAPLAN, MILLER & CIRESI LLP
                    2049 Century Park East
                    Suite 3400
                    Los Angeles, California  90067
              BY:   ROMAN M. SILBERFELD, ESQ.
                    DAVID MARTINEZ, ESQ.
                    LAURA E. NELSON, ESQ.
                    BERNICE CONN, ESQ.
                    MICHAEL A. GEIBELSON, ESQ.


For Defendant HannStar Display Corporation:
                    FREITAS TSENG & KAUFMAN, LLP
                    100 Marine Parkway
                    Suite 200
                    Redwood Shores, California  94065
              BY:   ROBERT E. FREITAS, ESQ.
                    JASON SHEFFIELD ANGELL, ESQ.
                    JESSICA NICOLE LEAL, ESQ.


 (Appearances continued, next page)
```

Case 4:07-cv-05944-JST Document 3681-12 Filed 02/27/15 Page 3 of 5
Case 3:07-md-01827-SI Document 8681-12 Filed 08/30/13 Page 3 of 5    3408
JURY INSTRUCTIONS

1     entitled to a verdict in their favor.  You must determine from

2     all of the evidence in this case, including the convictions

3     and findings of fact, whether the Defendants engaged in the

4     conduct alleged by the Plaintiffs, and whether the Plaintiffs

5     have proved all of the required elements of their claim.

6          The Defendants have offered evidence in this case to

7     refute the Plaintiffs' charges.  If, after considering all of

8     the evidence presented by both -- both sides, you conclude

9     that the Plaintiffs have not proved all of the required

10    elements of their claims, then you cannot find the Defendants

11    liable in this case.

12         Toshiba and certain alleged co-conspirators were not

13    indicted by the Department of Justice, and you may consider

14    that fact in your deliberations.  But the fact that Toshiba or

15    certain alleged co-conspirators were not criminally indicted

16    does not necessarily mean that they did not engage in the

17    alleged illegal conduct.

18         That completes the substantive instructions.  So, I think

19    what we will do is we will take a ten-minute break at this

20    time, ladies and gentlemen.  You haven't got the case to

21    deliberate, so don't speak with each other or anyone else

22    about the case, or make up your minds.

23         If you would be ready to come back, please, at ten 'til,

24    and we'll start with closing arguments.

25         (Jury excused)

Case 4:07-cv-05944-JST Document 3681-12 Filed 02/27/15 Page 4 of 5
Case 3:07-md-01827-SI Document 8681-12 Filed 08/30/13 Page 199 of 177
PROCEEDINGS                                                    3494

1    what the average price was of the Korean and Japanese
2    manufacturers, because remember, this relates to HP, and the
3    contract there required Toshiba to price at the average price
4    of Korean and Japanese competitors.
5         So this shows an effort by Toshiba to comply with the
6    contractual obligation.  Not an attempt to violate the
7    antitrust laws.
8              THE COURT:  You're --
9              MR. CURRAN:  How am I doing, your Honor?
10             THE COURT:  You're over.
11             MR. CURRAN:  Okay.
12        So I submit to you at that Toshiba has not agreed with any
13   competitor on anything.  It certainly didn't agree to join in
14   the crystal meeting conspiracy, and the evidence that the
15   Department of Justice uncovered that's reflected in the guilty
16   pleas and the conviction of AUO, that helps prove that.
17        I also submit to you that Toshiba engaged in competitor
18   contacts for legitimate pro-competitive reasons, just like
19   Best Buy did.
20        Thank you for your attention today and throughout the
21   trial.  I appreciate it.
22        Thank you, your Honor.
23             THE COURT:  Thank you, Mr. Curran.
24        I think we'll take a brief recess, and then we'll come
25   back and conclude.

**CERTIFICATE OF REPORTERS**

I, BELLE BALL, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

    /s/   Belle Ball

        Thursday, August 29, 2013


I, CONNIE KUHL, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

    /s/   Connie Kuhl_____

        Thursday, August 29, 2013