EXHIBIT 13

Steven Ganz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


IN RE CATHODE RAY TUBE (CRT)      Master File No.
ANTITRUST LITIGATION              07-5944 SC

                                  MDL NO. 1917

_____



VIDEOTAPED DEPOSITION OF STEVEN GANZ

April 4, 2012

9:04 a.m.


One Market, Spear Street Tower, 28th Floor

San Francisco, California




REPORTED BY:

Ingrid Skorobohaty


CSR No. 11669

Steven Ganz

1     televisions that are the basis for your claims in this

2     case.

3          A.   Yes.

4          Q.   What was the second -- what brand is the

5     second television?

6          A.   Toshiba.

7          Q.   And what size is that?

8          A.   27-inch.

9          Q.   And when did you purchase it?

10         A.   2005.

11         Q.   What -- I'm sorry.  Where did you purchase it?

12         A.   At Best Buy.

13         Q.   And where was that Best Buy located?

14         A.   South -- Colma.

15         Q.   And were you living in California at the time

16    you purchased it?

17         A.   Yes, I was.

18         Q.   How much did you pay?

19         A.   $330.

20         Q.   And why did you purchase the Toshiba

21    television?

22         A.   To replace one that was broken.

23         Q.   Was that the -- it was not the Philips

24    television?

25         A.   No.  No.

                                                          74

Steven Ganz

```
 1      STATE OF CALIFORNIA        )
                                   )
 2      COUNTY OF ALAMEDA          )

 3

 4             I, Ingrid Skorobohaty, a Certified Shorthand

 5      Reporter, do hereby certify:

 6             That prior to being examined, the witness in

 7      the foregoing proceedings was by me duly sworn to

 8      testify to the truth, the whole truth, and nothing but

 9      the truth;

10             That said proceedings were taken before me at

11      the time and place therein set forth and were taken down

12      by me in shorthand and thereafter transcribed into

13      typewriting under my direction and supervision;

14             I further certify that I am neither counsel

15      for, nor related to, any party to said proceedings, nor

16      in anywise interested in the outcome thereof.

17             In witness whereof, I have hereunto subscribed

18      my name.

19

20      Dated:  April 9, 2012

21

22      _____
        Ingrid Skorobohaty
23      CSR No. 11669

24

25
```

160