# EXHIBIT 14

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                         ---o0o---
 5
 6   In Re: CATHODE RAY TUBE (CRT)   )
     ANTITRUST LITIGATION,           )
 7                                   )
                     Plaintiff,      )
 8   _____  )   Case No.
                                     )   07-5944 Sc
 9                                   )   MDL No. 1917
     This Document Relates to:       )
10                                   )
     ALL ACTIONS,                    )
11   _____  )
12
13
14
15        VIDEOTAPED DEPOSITION OF BARRY KUSHNER
16              FRIDAY, MARCH 2, 2012
17
18
19
20
21
22
23
24
25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

Barry Kushner

BARKLEY
Court Reporters

|       |    |                                                               |
|-------|----|---------------------------------------------------------------|
|       | 1  | Q.   And why did you end up selecting the                     |
|       | 2  | Philips television as opposed to those other                  |
|       | 3  | televisions with the same features?                           |
|       | 4  | A.   Once again, it is the recommendation that                |
| 09:56 | 5  | I got from the salesperson, and I went with it.               |
|       | 6  | Q.   Did you know the salesperson before you                  |
|       | 7  | went to Best Buy and looked at televisions for a              |
|       | 8  | couple of hours?                                              |
|       | 9  | A.   No.                                                      |
| 09:56 | 10 | Q.   And you purchased the Philips television                 |
|       | 11 | that same day that you went in to look at                     |
|       | 12 | televisions for a couple hours?                               |
|       | 13 | A.   I believe so.                                            |
|       | 14 | Q.   Why did you select Best Buy?                             |
| 09:57 | 15 | A.   They were close to the house, and I think                |
|       | 16 | Best Buy has a good reputation, so I went there.              |
|       | 17 | Q.   What makes you think that Best Buy has a                 |
|       | 18 | good reputation?                                              |
|       | 19 | A.   Talking to other people that bought things               |
| 09:57 | 20 | there, and when we first moved in the area, we                |
|       | 21 | actually bought our refrigerator there.  So I was             |
|       | 22 | comfortable with that.                                        |
|       | 23 | Q.   Was it important to you to purchase the                  |
|       | 24 | product from a retailer?                                      |
| 09:57 | 25 | A.   Important, no.  I wouldn't say it was                    |

57

Barry Kushner

BARKLEY
Court Reporters

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2
 3    STATE OF CALIFORNIA    }
                             }  ss.
 4    COUNTY OF SAN FRANCISCO }
 5
 6            I, Balinda Dunlap, hereby certify:
 7            I am a duly qualified Certified Shorthand
 8    Reporter in the State of California, holder of
 9    Certificate Number CSR 10710 issued by the Court
10    Reporters Board of California and which is in full force
11    and effect.  (Fed. R. Civ. P. 28(a)).
12            I am authorized to administer oaths or
13    affirmations pursuant to California Code of Civil
14    Procedure, Section 2093(b) and prior to being examined,
15    the witness was first duly sworn by me.  (Fed. R. Civ.
16    P. 28(a), 30(f)(1)).
17            I am not a relative or employee or attorney or
18    counsel of any of the parties, nor am I a relative or
19    employee of such attorney or counsel, nor am I
20    financially interested in this action.  (Fed. R. Civ. P.
21    28).
22            I am the deposition officer that
23    stenographically recorded the testimony in the foregoing
24    deposition and the foregoing transcript is a true record
25                            / / /
                              196
```

BARKLEY
Court Reporters

```
1   of the testimony given by the witness.  (Fed. R. Civ. P.
2   30(f)(1)).
3           Before completion of the deposition, review of
4   the transcript [XX] was [ ] was not requested.  If
5   requested, any changes made by the deponent (and
6   provided to the reporter) during the period allowed, are
7   appended hereto.  (Fed. R. Civ. P. 30(e)).
8
9   Dated:    MAR 1 4 2012        ,
10
11                                  _____
12                                  B. Dunlap
```

197