# EXHIBIT 15

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944 SC<br><br>MDL NO. 1917 |

This Document Relates to:

ALL INDIRECT PURCHASER

ACTIONS

DEPOSITION OF PATRICIA ANDREWS

November 7, 2012

Jennifer J. Albert, RPR
347945




(310) 207-8000 Los Angeles   (415) 433-5777 San Francisco   (949) 955-0400 Irvine   (858) 455-5444 San Diego
(916) 922-5777 Sacramento   (408) 885-0550 San Jose   (760) 322-2240 Palm Springs   (951) 686-0606 Riverside
(818) 702-0202 Woodland Hills   (212) 808-8500 New York City   (347) 821-4611 Brooklyn   (518) 490-1910 Albany
(516) 277-9494 Garden City   (914) 510-9110 White Plains   (312) 379-5566 Chicago   (702) 366-0500 Las Vegas
+33 1 70 72 65 26 Paris   +971 4 8137744 Dubai   +852 3693 1522 Hong Kong

```
03:46   1    it's 520 --
03:46   2           A.    In here (indicating)?  Is that it
03:47   3    (indicating)?
03:47   4           Q.    Yes.
03:47   5           A.    Okay.
03:47   6           Q.    This exhibit indicates that you
03:47   7    purchased the Toshiba brand television on
03:47   8    February 15th, 2003 from Best Buy.  Is that
03:47   9    correct?
03:47  10           A.    Correct.  Yes.
03:47  11           Q.    Are you aware that there are Toshiba
03:47  12    entities named as Defendants in this case?
03:47  13           A.    Could you clarify that for me?
03:47  14           Q.    Sure.
03:47  15                 Do you know whether there are
03:47  16    Toshiba entities named as Defendants in this
03:47  17    case?
03:47  18           A.    When you say "entities," can you
03:47  19    explain that?
03:47  20           Q.    More than one Toshiba entity.
03:48  21           A.    I'm not sure I understand the
03:48  22    question.
03:48  23           Q.    Are you aware that Toshiba has
03:48  24    several entities in its corporate family or
03:48  25    more than one entity in its corporate family?
```

42

STATE OF NORTH CAROLINA

COUNTY OF UNION

C E R T I F I C A T E

I, Jennifer J. Albert, notary public/court reporter, do hereby certify that the above-named was duly sworn or affirmed prior to the taking of the foregoing deposition; and that said deposition was taken and transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of the testimony of the witness.

I do further certify that the persons were present as stated in the caption.

I do further certify that I am not of counsel for or in the employment of either of the parties to this action, nor am I interested in the results of this action.

This is the 21st day of November, 2012.

_Jennifer J. Albert_
Notary Public #200817600029

115