# EXHIBIT 21

**Volume 9**

**Pages 1284 - 1458**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### BEFORE THE HONORABLE SUSAN ILLSTON, JUDGE

| | |
|---|---|
| IN RE: TFT-LCD (FLAT-PANEL) ) <br> <u>ANTITRUST LITIGATION.</u>             ) | NO. C 07-MDL-1827 SI |

| | |
|---|---|
| San Francisco, California <br> Monday <br> August 5, 2013 <br> 10:12 a.m. | Individual Cases: <br> CASE NO. 10-CV-4572 <br> CASE NO. 12-CV-4114 |

### TRANSCRIPT OF PROCEEDINGS

**APPEARANCES:**

**For Best Buy Plaintiffs:**
        ROBINS, KAPLAN, MILLER & CIRESI LLP
        2049 Century Park East
        Suite 3400
        Los Angeles, California  90067
  BY:  ROMAN M. SILBERFELD, ESQ.
        DAVID MARTINEZ, ESQ.
        LAURA E. NELSON, ESQ.
        BERNICE CONN, ESQ.
        MICHAEL A. GEIBELSON, ESQ.

**For Defendant HannStar Display Corporation:**
        FREITAS TSENG & KAUFMAN, LLP
        100 Marine Parkway
        Suite 200
        Redwood Shores, California  94065
  BY:  ROBERT E. FREITAS, ESQ.
        JASON SHEFFIELD ANGELL, ESQ.
        JESSICA NICOLE LEAL, ESQ.

(Appearances continued, next page)

Case 3:07-md-01827-SI Document 8451-4 Filed 08/09/13 Page 426 of 176    1325
FRITZ - CROSS EXAMINATION/CURRAN

1   Q.  So now, when Best Buy is considering private label
2   products, that would put Best Buy in a situation of a
3   manufacturer of the products, right?
4   A.  It would, yes.
5   Q.  So Best Buy in that situation would have to consider
6   things such as the acquisition of components?
7   A.  Yes.
8   Q.  That's necessary to make the product, right?
9   A.  Correct.
10  Q.  Okay.  And this discussion here is talking about how
11  Medion and Best Buy could work together to make sure they
12  acquire components at an appropriate price, correct?
13  A.  It says that -- it states, really, that it would be buying
14  commodity components.  That's the way I read it.
15  Q.  But gaining synergies from doing it together, right?
16  A.  Correct.
17  Q.  So -- and this is 2004, correct?
18  A.  Correct.
19  Q.  And the prior document we looked at dealing with private
20  label, that was the one that started with David Morrish,
21  Exhibit 8146.  That was 2001, correct?
22  A.  Yes.
23  Q.  So is it fair, Miss Fritz, to say that Best Buy was
24  considering private label initiatives in the -- in various --
25  as to various products at various times throughout the period

Official Reporters - U.S. District Court
(415)373-2529

Case 4:07-cv-05944-JST Document 3681-22 Filed 02/27/15 Page 4 of 4
Case 3:07-md-01827-SI Document 8451-74 Filed 08/09/13 Page 430 of 176    1326
FRITZ - CROSS EXAMINATION/CURRAN

1   we're focused on, 1998 to 2006?
2   A. We considered it a number of times, yes.
3   Q. Okay. And as part of the consideration or evaluation of
4   private label products, the cost of components was relevant,
5   correct?
6   A. It was relevant, but it was only one part of the equation.
7   Q. Okay. But it was one part of the equation?
8   A. Yeah, absolutely.
9   Q. Miss Fritz I'd like to take you to one of the documents
10  that Mr. Silberfeld showed you and asked you questions about,
11  and this is in the binder that Mr. Silberfeld gave you. And
12  specifically, it's the first one, tab 1132.
13  A. Found it.
14          MR. CURRAN: This is already in evidence, your Honor.
15  BY MR. CURRAN:
16  Q. All right. So to reset the context here, Miss Fritz, this
17  is an email to you and others from Mr. Winneroski who at the
18  time was reporting to you, correct?
19  A. It appears that way, yes.
20  Q. Okay. And he is recapping a meeting he had at TAIS,
21  correct?
22  A. It doesn't say TAIS. It says Toshiba.
23  Q. But you know the meeting was at TAIS, correct?
24  A. I don't know specifically, no.
25  Q. Well, you deal with TAIS, correct?