# EXHIBIT 26

Pages 1 - 107

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SUSAN ILLSTON

In Re: TFT-LCD (Flat Panel)   )
Antitrust Litigation.         )
_____) NO. M. 07-01827 SI
                                San Francisco, California
                                Wednesday
                                April 25, 2012
                                3:40 p.m.

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

| | |
|---|---|
| **For Direct Purchaser Plaintiffs** | Lieff, Cabraser, Heimann & Bernstein<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>(415) 956-1000<br>(415) 956-1008 (fax)<br>BY: **RICHARD M. HEIMANN**<br>**MARC A. PILOTIN**<br>**MICHELE C. JACKSON**<br>**BRENDAN P. GLACKIN** |
| **For Direct Purchaser Plaintiffs** | Pearson, Simon, Warshaw & Penny, LLP<br>44 Montgomery Street<br>Suite 2450<br>San Francisco, CA 94104<br>(415) 433-9000<br>(415) 433-9008 (fax)<br>BY: **BRUCE LEE SIMON**<br>**AARON M. SHEANIN** |
| **For Indirect Purchaser Plaintiffs** | Minami Tamaki LLP<br>360 Post Street, 8th Floor<br>San Francisco, CA 94108-4903<br>(415) 788-9000<br>(415) 398-3887 (fax)<br>BY: **JACK WING LEE**<br>**SEAN TAMURA-SATO** |

(Appearances continued on next page)

Lydia Zinn, CSR #9223
Official Reporter - U.S. District Court
(415) 531-6587

```
 1  APPEARANCES CONTINUED

 2  For Indirect           Gray Plant Mooty & Bennett, P.A.
    Purchaser              500 IDS Center
 3  Plaintiffs             80 South 8th Street
                           Minneapolis, MN  55402
 4                         (612) 632-3000
                           (612) 632-4335 (fax)
 5                    BY:  DANIEL R. SHULMAN

 6  For Indirect           Zelle Hofmann LLP
    Purchaser              44 Montgomery Street, Suite 3400
 7  Plaintiffs             San Francisco, CA  94104
                           (415) 693-0700
 8                         (415) 693-0770 (fax)
                      BY:  FRANCIS ONOFREI SCARPULLA
 9
    For Indirect           Alioto Law Firm
10  Purchaser              225 Bush Street, 16th Floor
    Plaintiffs             San Francisco, CA  94104
11                         (415) 434-8900
                           (415) 434-9200 (fax)
12                    BY:  JOSEPH M. ALIOTO, SR.

13  For Defendant          Nossaman LLP
    AU Optronics           50 California Street, 34th Floor
14                         San Francisco, CA  94111
                           (415) 438-7219
15                         (415) 398-2438 (fax)
                      BY:  CARL LAWRENCE BLUMENSTEIN
16
                           SEDGWICK LLP
17                         One Market Plaza, Steuart Tower
                           8th Floor
18                         San Francisco, CA  94105
                           (415) 781-7900
19                         (415) 781-2635 (fax)
                      BY:  MICHAEL F. HEALY
20
    For Defendant          White & Case
21  Toshiba Corporation    701 Thirteenth Street, NW
                           Washington, D.C.  20005
22                         (202) 626-3600
                           (202) 639-9355 (fax)
23                    BY:  CHRISTOPHER M. CURRAN
                           JOHN CHUNG
24                         MARTIN M. TOTO

25  (Appearances continued on next page)
```

Lydia Zinn, CSR #9223
Official Reporter - U.S. District Court
(415) 531-6587

```
 1  APPEARANCES CONTINUED

 2  For Defendant            Munger, Tolles & Olson
    LG Display Co., Ltd.     560 Mission Street, 27th Floor
 3                           San Francisco, CA  94105-2907
                             (415) 512-4000
 4                           (415) 644-4077 (fax)
                       BY:   HAILYN J. CHEN
 5                           JEROME CARY ROTH
                             BRAD D. BRIAN
 6                           TRUC T. DO
```

1              In 12, your Honor just tentatively ruled that there
2    should be no evidence of the closing of the criminal
3    investigation without indicting Toshiba.  Okay.  So let's
4    consider that issue in context here.  Right?  So we've got two
5    sets of plaintiffs who are going to be waving around criminal
6    guilty pleas, and at least one conviction, I guess, and the
7    convictions of the individuals from AUO, as well.  So the
8    jury's going to be inundated with information about guilty
9    pleas and convictions.
10             **THE COURT:**  Will there be one about Toshiba?
11             **MR. CURRAN:**  No.
12             **THE COURT:**  No.
13             **MR. CURRAN:**  Okay, but your Honor, if they're not
14   told -- if the jury's not told that there was an investigation
15   with no resulting criminal prosecution of Toshiba, they may --
16   they may conclude otherwise.  They may conclude:  Oh, everybody
17   in the industry had a guilty plea or a conviction; therefore,
18   Toshiba must have.  What we want to avoid --
19             **THE COURT:**  Well, surely, you will know how to let
20   them know that's not true.
21             **MR. CURRAN:**  That's the point, your Honor.  I want
22   the ability to do that.  That's all I'm asking for.
23             **THE COURT:**  I think there's nothing the matter with
24   your folks saying we weren't indicted.
25             **MR. CURRAN:**  Okay.

# CERTIFICATE OF REPORTER

I, LYDIA ZINN, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in M. 07-1827 SI, In Re: TFT-LCD Flat Panel Antitrust Litigation, were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

_____

/s/ Lydia Zinn, CSR 9223, RPR

Thursday, April 26, 2012