# EXHIBIT 28

HIGHLY CONFIDENTIAL

Page 1

```
 1              *** HIGHLY CONFIDENTIAL ***
 2              UNITED STATES DISTRICT COURT
 3             NORTHERN DISTRICT OF CALIFORNIA
 4                 SAN FRANCISCO DIVISION
 5    Case No. 3:07-cv-05944 SC
 6    MDL No. 1917
 7    ------------------------------------x
 8    IN RE:  CATHODE RAY TUBE (CRT)
 9            ANTITRUST LITIGATION
10    ------------------------------------x
11    This Document Relates to:
12    ALL ACTIONS
13    ------------------------------------x
14                                   Taipei 101 Tower
15                                   Xinyi Road
16                                   Taipei City, 11049
17                                   Taiwan
18
19                                   February 27, 2013
20                                      9:00 a.m.
21        Volume I of II
22        VIDEOTAPED DEPOSITION of JING SONG LU,
23    held at the aforementioned time and place,
24    before Audrey Shirley, Qualified Realtime
25    Reporter, MBIVR.
```

Page 37

| | | |
|---|---|---|
| 1 | attending with its competitors in the CDT and CPT | 10:36:40 |
| 2 | businesses? | 10:36:45 |
| 3 | A.   I know. | 10:37:09 |
| 4 | Q.   If I was to use the term "glass | 10:37:12 |
| 5 | meeting", would you have an understanding of that | 10:37:15 |
| 6 | term? | 10:37:18 |
| 7 | A.   I know the term, however the term was | 10:37:37 |
| 8 | later coined.  In early years I believe those | 10:37:45 |
| 9 | meetings were not referred to in this way. | 10:37:54 |
| 10 | Q.   Can you recall what those meetings were | 10:38:01 |
| 11 | referred to in that time period when you were | 10:38:03 |
| 12 | working in the Malaysia plant? | 10:38:05 |
| 13 | A.   I don't remember. | 10:38:19 |
| 14 | Q.   During the time period that you worked | 10:38:22 |
| 15 | in the Malaysia plant, did you personally attend | 10:38:28 |
| 16 | any meetings with Chunghwa's competitors? | 10:38:31 |
| 17 | A.   Yes, I attended a few times. | 10:38:47 |
| 18 | Q.   Can you describe for me in your own | 10:38:50 |
| 19 | words the meetings that you attended, in | 10:38:55 |
| 20 | a general fashion, with Chunghwa's competitors | 10:38:58 |
| 21 | during the time period that you were working in | 10:39:00 |
| 22 | the Malaysia plant? | 10:39:02 |
| 23 | MR. LAU:  Objection; vague. | 10:39:19 |
| 24 | THE WITNESS:  While I was in Malaysia I | 10:39:53 |
| 25 | believe CDT meetings were held generally | 10:40:00 |

Page 76

| | | |
|---|---|---|
| 1 | Q.   And does your signature on this | 14:26:22 |
| 2 | document indicate that you reviewed this report? | 14:26:24 |
| 3 | A.   Correct. | 14:26:35 |
| 4 | Q.   And is it your understanding that the | 14:26:37 |
| 5 | contents of this report are true and accurate? | 14:26:39 |
| 6 | A.   I think so. | 14:26:49 |
| 7 | Q.   And who attended this meeting on behalf | 14:26:51 |
| 8 | of LG? | 14:26:55 |
| 9 | A.   Three officers from LG, Mr. B.K. Jeon, | 14:27:21 |
| 10 | Mr. Kim, Mr. Tam. | 14:27:34 |
| 11 | Q.   Okay, Mr. Lu, as you sit here today, do | 14:27:37 |
| 12 | you recall the positions of any of those LG | 14:27:41 |
| 13 | employees at the time this meeting took place? | 14:27:43 |
| 14 | A.   I don't remember. | 14:28:02 |
| 15 | Q.   And at this meeting was pricing | 14:28:04 |
| 16 | information exchanged between LG and Chunghwa? | 14:28:06 |
| 17 | A.   Yes, exchanged. | 14:28:20 |
| 18 | Q.   And was production information | 14:28:22 |
| 19 | exchanged as well? | 14:28:24 |
| 20 | A.   Here -- nothing actually was discussed | 14:28:41 |
| 21 | about the production.  There was only one line in | 14:29:22 |
| 22 | the report talking about LG's production of | 14:29:26 |
| 23 | 15 inches.  Oh, LG's global forecast and | 14:29:32 |
| 24 | production was mentioned in the attachment. | 14:29:39 |
| 25 | Q.   Thank you. | 14:29:46 |