# EXHIBIT 29

HIGHLY CONFIDENTIAL

Page 172

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
 4   _____
                                    )
 5   IN RE:  CATHODE RAY TUBE       )
     (CRT) ANTITRUST LITIGATION     )
 6   _____)  No. 307-5944 SC
                                    )
 7   This Document Relates to:      )  MDL No. 1917
                                    )
 8   ALL ACTIONS                    )
     _____)
 9
10
11
12
13
14
15     CONTINUED VIDEOTAPED DEPOSITION OF KYUNG CHUL OH
16              San Francisco, California
17            Wednesday, November 20, 2013
18                    Volume II
19
20
21
22
     Reported by:  SUZANNE F. BOSCHETTI
23   CSR No. 5111
24
25
```

HIGHLY CONFIDENTIAL

|    |                                                                        | Page 306  |
|----|------------------------------------------------------------------------|-----------|
| 1  | Q    You prepared this request at or about the                         | 04:31:22  |
| 2  | time of incurring these expenses, correct?                             | 04:31:25  |
| 3  |      MR. SCARBOROUGH:  Object to form.                                 | 04:31:41  |
| 4  |      THE WITNESS:  When you say "about the                             | 04:31:49  |
| 5  | time," do you mean the date that is shown on this                      | 04:31:51  |
| 6  | receipt?                                                               | 04:31:54  |
| 7  | BY MR. GRALEWSKI:                                                      | 04:31:55  |
| 8  | Q    Yes.                                                              | 04:31:55  |
| 9  | A    Yes.                                                              | 04:32:01  |
| 10 | Q    Okay.  Did you attempt to be accurate when                        | 04:32:01  |
| 11 | filling out this request for expense disbursement?                     | 04:32:06  |
| 12 |      MR. SCARBOROUGH:  Object to form.                                 | 04:32:16  |
| 13 |      THE WITNESS:  When you say "to be                                 | 04:32:27  |
| 14 | accurate," based on your prior question, do you mean                   | 04:32:28  |
| 15 | that this was not false in any way?                                    | 04:32:32  |
| 16 | BY MR. GRALEWSKI:                                                      | 04:32:49  |
| 17 | Q    Mr. Oh, I'm asking you if the information                         | 04:32:49  |
| 18 | contained on 85145 when you wrote it at or about the                   | 04:32:51  |
| 19 | time of incurring the expense, if the information                      | 04:33:02  |
| 20 | was accurate?                                                          | 04:33:05  |
| 21 |      MR. SCARBOROUGH:  Object to form.                                 | 04:33:28  |
| 22 |      THE WITNESS:  Yes.                                                | 04:33:29  |
| 23 | BY MR. GRALEWSKI:                                                      | 04:33:38  |
| 24 | Q    Directing your attention to the lower                             | 04:33:40  |
| 25 | right-hand portion of the document after "purposes"                    | 04:33:48  |

HIGHLY CONFIDENTIAL

Page 307

| | | |
|---|---|---|
| 1 | it says "glass meeting," correct? | 04:33:53 |
| 2 |     MR. SCARBOROUGH:  Object to form. | 04:34:07 |
| 3 |     THE WITNESS:  Yes. | 04:34:15 |
| 4 | BY MR. GRALEWSKI: | 04:34:17 |
| 5 |   Q    Thank you, sir.  You can set that document | 04:34:17 |
| 6 | aside. | 04:34:19 |
| 7 |   A    Hold on. | 04:34:21 |
| 8 |     MR. GRALEWSKI:  Move to strike. | 04:34:23 |
| 9 |     THE WITNESS:  This -- I don't know why it | 04:34:27 |
| 10 | ended because it said glass meeting.  This was part | 04:34:35 |
| 11 | of my farewell gesture, including a gift I gave to | 04:34:53 |
| 12 | Mr. Byung Dae Woo, who used to be a SRO person in | 04:35:02 |
| 13 | charge who used to work at Samex and who was going | 04:35:13 |
| 14 | back to Korea.  So he was going from SRO to | 04:35:20 |
| 15 | headquarters.  And because golf is played on grass, | 04:35:30 |
| 16 | we usually -- we commonly called those as grass | 04:35:47 |
| 17 | meeting. | 04:35:56 |
| 18 |     So it is very wrong to connect this glass | 04:36:04 |
| 19 | meeting, which is my typo, with glass meeting. | 04:36:12 |
| 20 | Please check if this person actually left around | 04:36:24 |
| 21 | this time. | 04:36:28 |
| 22 |     MR. GRALEWSKI:  Move to strike that entire | 04:36:33 |
| 23 | answer.  There was no question pending. | 04:36:34 |
| 24 |     MR. SCARBOROUGH:  There was a question | 04:36:37 |
| 25 | pending.  He was continuing his answer.  You | 04:36:39 |

|    |                                                              | Page 308  |
|----|--------------------------------------------------------------|-----------|
| 1  | attempted to talk over him.  Propose it's directly           | 04:36:41  |
| 2  | responsive to your question.                                 | 04:36:45  |
| 3  | BY MR. GRALEWSKI:                                            | 04:37:00  |
| 4  |    Q    It says glass meeting right there, right? | 04:37:00  |
| 5  |       MR. SCARBOROUGH:  Object to form. | 04:37:05  |
| 6  |       THE WITNESS:  I'm telling you with | 04:37:10  |
| 7  | certainty that this was a typo.  Please check if the         | 04:37:11  |
| 8  | person named Byung Dae Woo used to work for Samex            | 04:37:20  |
| 9  | and --                                                       | 04:37:25  |
| 10 | BY MR. GRALEWSKI:                                            | 04:37:30  |
| 11 |    Q    Mr. Oh, please answer my question.  It says | 04:37:31  |
| 12 | glass meeting in your handwriting right there,               | 04:37:33  |
| 13 | correct?                                                     | 04:37:36  |
| 14 |       MR. SCARBOROUGH:  Object to form. | 04:37:44  |
| 15 |       THE WITNESS:  I cannot agree with you. | 04:37:49  |
| 16 | BY MR. GRALEWSKI:                                            | 04:37:51  |
| 17 |    Q    Do you recall testifying yesterday in | 04:37:51  |
| 18 | response to some of Mr. Shapiro's questions that you         | 04:37:54  |
| 19 | had never heard of the term glass meeting?                   | 04:37:58  |
| 20 |       MR. SCARBOROUGH:  Object to form. | 04:38:14  |
| 21 |       THE WITNESS:  Yes.      | 04:38:15  |
| 22 | BY MR. GRALEWSKI:                                            | 04:38:15  |
| 23 |    Q    Were you lying to Mr. Shapiro yesterday? | 04:38:15  |
| 24 |       MR. SCARBOROUGH:  Object to form. | 04:38:19  |
| 25 |       THE WITNESS:  I don't understand what | 04:38:24  |