# EXHIBIT 30

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

```
                                                        Page 1

 1          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
 2             SAN FRANCISCO DIVISION
   _____
 3

    In Re: CATHODE RAY TUBE (CRT)   No. 3:07-cv-05944-SC
 4  ANTITRUST LITIGATION
                                    MDL No.1917
 5

   _____
 6

 7      SUPERIOR COURT OF THE STATE OF CALIFORNIA
 8          CITY AND COUNTY OF SAN FRANCISCO
 9  _____
10  STATE OF CALIFORNIA, et al,
11         Plaintiffs,
12  v
13  SAMSUNG SDI, INC, CO., LTD., et al.
14         Defendants
15  _____
16
17       Thursday, December 12, 2013, 9:35 a.m.
18
19  Videotaped deposition of JIM SMITH, Volume 1,
20  held at Hilton Hotel, Newcastle Gateshead,
21  England, UK.
22
23
24
25
```

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Page 80

| | | |
|---|---|---|
| 1 | exhibit, if you could take as much time as you would | 11:46:09 |
| 2 | like to review that and then I'll have some questions | 11:46:11 |
| 3 | for you. | 11:46:14 |
| 4 |       MR TEMKO:  Madam reporter, can you read me | 11:46:24 |
| 5 | back the last answer? | 11:46:39 |
| 6 |       (Read back) | 11:46:42 |
| 7 |       MR. WILLIAMS:  The document that I gave to | 11:51:08 |
| 8 | you, there's a translation and then the original of | 11:51:12 |
| 9 | a document provided to the parties in this case by | 11:51:15 |
| 10 | Chunghwa.  If you recall in the prior exhibit that we | 11:51:18 |
| 11 | looked at, and you may see it before you, there's | 11:51:24 |
| 12 | a reference to the next glass meeting which would be | 11:51:27 |
| 13 | held on September 20th.  Do you remember talking about | 11:51:29 |
| 14 | that? | 11:51:32 |
| 15 |       A.  I remember our discussion, yes. | 11:51:33 |
| 16 |       Q.  And it you look at the document I've | 11:51:36 |
| 17 | handed to you, you'll see it refers to a meeting held | 11:51:37 |
| 18 | on December 20th, 1999.  Do you see that? | 11:51:41 |
| 19 |       A.  Yes. | 11:51:44 |
| 20 |       Q.  Do you believe that this document | 11:51:45 |
| 21 | relates to that glass meeting referenced in the | 11:51:46 |
| 22 | document we looked at a moment ago? | 11:51:49 |
| 23 |       MR. FOSTER:  Objection, lacks foundation. | 11:51:53 |
| 24 |       A.  I can't say exactly.  As I said before, | 11:51:55 |
| 25 | the document is not something I recognize.  It could | 11:51:58 |

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Page 81

| | | |
|---|---|---|
| 1 | be. | 11:52:03 |
| 2 | MR. WILLIAMS: Sure. And then we talked | 11:52:04 |
| 3 | about the fact that the September 20th meeting would | 11:52:06 |
| 4 | be the management level, as you referred to. Do you | 11:52:08 |
| 5 | recall that? | 11:52:10 |
| 6 | MR. FOSTER: Objection, lacks foundation. | 11:52:12 |
| 7 | MR. WILLIAMS: And if you look at the first | 11:52:14 |
| 8 | page in the translation it describes who attended, do | 11:52:15 |
| 9 | you see your name there? | 11:52:19 |
| 10 | A. Yes. | 11:52:28 |
| 11 | Q. Next to you is Mr. Lin who attended the | 11:52:28 |
| 12 | prior meeting, correct? | 11:52:31 |
| 13 | A. Yeah. | 11:52:32 |
| 14 | Q. Then there's a Ms. Rosa Hu, I don't | 11:52:33 |
| 15 | think we spoke about her before. Can you tell us who | 11:52:35 |
| 16 | she is, if you recall? | 11:52:39 |
| 17 | A. Rosa Hu worked for Jerry Lin. | 11:52:41 |
| 18 | Q. Do you know in what capacity? | 11:52:44 |
| 19 | A. I don't recall exactly, but she worked | 11:52:48 |
| 20 | in the Tai-pei office. It may have been in | 11:52:50 |
| 21 | a marketing role or analyst role. | 11:52:53 |
| 22 | Q. Do you recall whether the participants | 11:52:57 |
| 23 | at these meetings such as the management level meeting | 11:53:01 |
| 24 | would take notes at the meetings? | 11:53:05 |
| 25 | MR. FOSTER: Mis-characterizes testimony and | 11:53:10 |