# EXHIBIT 31

1              *** HIGHLY CONFIDENTIAL ***

2            UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF CALIFORNIA

4                SAN FRANCISCO DIVISION

5    Case No. 3:07-cv-05944 SC

6    MDL No. 1917

7    -----------------------------------x

8    IN RE:  CATHODE RAY TUBE (CRT)

9          ANTITRUST LITIGATION

10   -----------------------------------x

11   This Document Relates to:

12   ALL ACTIONS

13   -----------------------------------x

14                            Taipei 101 Tower

15                            Xinyi Road

16                            Taipei City, 11049

17                            Taiwan

18

19                            February 21, 2013

20                            9:41 a.m.

21      Volume III of III

22      CONTINUED DEPOSITION of CHIH CHUN-LIU, held at the

23   aforementioned time and place, before Audrey

24   Shirley, Qualified Realtime Reporter, MBIVR

25

Page 477

```
 1        Q.   My question is what relevance did that     13:56:03
 2   have to the pricing of CPTs that were being          13:56:06
 3   discussed in that meeting?                           13:56:10
 4        MR. O'CONNOR:  Objection; lack of personal      13:56:12
 5   knowledge, speculation.                              13:56:14
 6        THE WITNESS:  Actually, I don't understand.     13:56:28
 7   I don't understand.  Many typos here; "price         13:56:53
 8   policy" is misspelt to be "price police" and         13:56:58
 9   "CDT" here, I don't know whether that should mean    13:57:11
10   CPT.  "Three month", there's no "S" showing          13:57:14
11   plural "months".  Actually, I don't understand       13:57:25
12   what this line means.  Does it mean that we          13:57:29
13   should study like we did for CDTs for three          13:57:33
14   months and to come up something else?  Actually I    13:57:43
15   don't know what this line mean.  This could be       13:57:52
16   something prepared by people at the working          13:58:13
17   level.  Their English were poor.  When they          13:58:18
18   drafted this one, I might have some knowledge         13:58:26
19   about what they meant to express.  But today,        13:58:32
20   sitting here, after such a long time, I cannot       13:58:41
21   say what I understand from reading the sentence.     13:58:46
22        MR. IOVIENO:  You can put that one aside,       13:58:58
23   Mr. Liu.                                             13:59:00
24        MR ROSS:  We're marking Exhibit 1221,           13:59:00
25   CHU00660606.                                         13:59:22
```