ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; and BESTBUY.COM, L.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>[Honorable Samuel Conti]<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.,* No. 3:07-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502-SC<br><br>*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-5514 | |

60954340.1

Master Case No. 3:07-5944-SC                                                                                      [PROPOSED] ORDER

1   *Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173-SC

2

3   *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776 SC

4

5   *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510

Having considered the motion regarding whether certain documents lodged with the Court by Best Buy, Circuit City, Sharp, Sears and Kmart, Target, and ViewSonic, (collectively, "Plaintiffs") in support of Opposition to Defendants Motion *in Limine* No. 11 should be filed under seal pursuant to Local Rules 7-11 and 79-5, and good cause appearing, the motion is hereby GRANTED.

It is hereby ordered that the following document shall remain under seal:

- Portions of the Plaintiffs' Opposition to Defendants' Motion *in Limine* No. 11 to Exclude References to Documents or Behavior Not in Evidence.

- Selections from the Expert Report of Dr. Kenneth G. Elzinga, dated April 15, 2014, and designated as "Highly Confidential", which are attached as Exhibit 1 to the Declaration of Jill S. Casselman in Support of Plaintiffs' Opposition to Defendants Motion *in Limine* No. 11.

- Selections from the Expert Rebuttal Report of Dr. Kenneth G. Elzinga, dated September 26, 2014, and designated as "Highly Confidential", which are attached as Exhibit 2 to the Declaration of Jill S. Casselman in Support of Plaintiffs' Opposition to Defendants Motion *in Limine* No. 11.

- E-Mail Communications cited in the Elzinga Rebuttal Report, and designated as "Confidential" and "Highly Confidential", which are attached as Exhibit 3 to the Declaration of Jill S. Casselman in Support of Plaintiffs' Opposition to Defendants Motion *in Limine* No. 11.

- E-Mail Communication cited by the Elzinga Rebuttal Report, and designated as "Confidential", which is attached as Exhibit 4 to the

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

60954340.1                              - 2 -

Master Case No. 3:07-5944-SC                                           [PROPOSED] ORDER

Declaration of Jill S. Casselman in Support of Plaintiffs' Opposition to Defendants Motion *in Limine* No. 11.

IT IS FURTHER ORDERED that, to maintain the effect of the Seal under Civil Local Rule 79-5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents of their contents absent further order of the Court.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE SAMUEL CONTI
United States District Court Judge