1  ROBINS KAPLAN LLP
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   David Martinez, Bar No. 193183
3  DMartinez@rkmc.com
   Laura E. Nelson, Bar No. 231856
4  LENelson@rkmc.com
   Jill S. Casselman, Bar No. 266085
5  JSCasselman@rkmc.com
   2049 Century Park East, Suite 3400
6  Los Angeles, CA 90067-3208
   Telephone:     310-552-0130
7  Facsimile:     310-229-5800

8  Attorneys for Plaintiffs
   BEST BUY CO., INC.; BEST BUY PURCHASING
9  LLC; BEST BUY ENTERPRISE SERVICES, INC.;
   BEST BUY STORES, L.P.; BESTBUY.COM,
10 L.L.C.

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO DIVISION**

14 IN RE: CATHODE RAY TUBE (CRT)          Mater Case No.: 3:07-cv-05944-SC
15 ANTITRUST LITIGATION                    MDL No. 1917
                                           Individual Case Nos.
                                           3:11-cv-05513-SC;
16                                         3:13-cv-05264-SC

17 This document relates to:               **DECLARATION OF JILL S.**
                                           **CASSELMAN IN SUPPORT OF**
18                                         **PLAINTIFFS' OPPOSITION TO**
   *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*   **DEFENDANTS' MOTION *IN LIMINE***
19 *No. 11-cv-05513-SC*                    **NO. 11 1917 TO EXCLUDE REFERENCES**
                                           **TO DOCUMENTS OR BEHAVIOR**
20 *Best Buy Co., Inc., et al. v. Technicolor SA, et*   **NOT IN EVIDENCE**
   *al., No. 13-cv-05264-SC*
21                                         Judge:  Hon. Samuel Conti
   *Target Corp. v. Chunghwa Pictures Tubes,*
22 *Ltd., et al., No. 3:07-cv-05514-SC*

23 *Target Corp. v. Technicolor SA, et al.,* Case
   No. 3:11-cv-05514-SC
24
   *Alfred H. Siegel, as Trustee of the Circuit City*
25 *Stores, Inc. Liquidating Trust v. Hitachi, Ltd.,*
   *et al., No. 11-cv-05502-SC*
26
   *Sears, Roebuck and Co., et. al. v. Chunghwa*
27 *Picture Tubes, Ltd., et al., No. 11-cv-5514*

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

60954328.1                      - 1 -

*Sharp Electronics Corporation, et al. v.*
*Hitachi, Ltd., et al., No. 13-cv-01173-SC*

*Sharp Electronics Corp., et al. v. Koninklijke*
*Philips Electronics N.V., et al., No. 13-cv-2776*
*SC*

*ViewSonic Corporation v. Chunghwa Picture*
*Tubes, Ltd., et al., No. 14-cv-02510*

I, JILL S. CASSELMAN, declare as follows:

1.   I am an attorney with the law firm of Robins Kaplan LLP, counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively "Best Buy") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I submit this declaration in support of Plaintiffs'[1] Opposition to Defendants' Motion *in Limine* No. 11 to Exclude References to Documents or Behavior Not in Evidence.  I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of selections from the Expert Report of Dr. Kenneth G. Elzinga, dated April 15, 2014, and designated as "Highly Confidential." (FILED UNDER SEAL.)

3.   Attached hereto as **Exhibit 2** is a true and correct copy of selections from the Expert Rebuttal Report of Dr. Kenneth G. Elzinga, dated September 26, 2014, and designated as "Highly Confidential." (FILED UNDER SEAL.)

4.   Attached hereto as **Exhibit 3** is a true and correct copy of E-Mail Communications cited in the Elzinga Rebuttal Report, and designated as "Highly Confidential." (FILED UNDER SEAL.)

5.   Attached hereto as **Exhibit 4** is a true and correct copy of an E-Mail Communication cited by the Elzinga Rebuttal Report, and designated as "Highly Confidential." (FILED UNDER SEAL.)

---

[1] For purposes to this Declaration, "Plaintiffs" refers to Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P. and Bestbuy.com, L.L.C., Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust, Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., Sears, Roebuck and Co., and Kmart Corporation, Target Corp., and ViewSonic Corp.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

60954328.1

- 2 -

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the Transcript of the Change of Plea Hearing in *United States v. Samsung SDI Co., Ltd*., No. 3:11-CR-00162-WHA, Dkt. No. 35, dated May 24, 2011.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the Amended Plea Agreement in *United States v. Samsung SDI Co., Ltd*., No. 3:11-CR-00162-WHA, Dkt. No. 40-1, filed August 8, 2011.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the Notice of Limitation of Damages Pursuant to ACPERA, filed by the Chunghwa defendants on January 15, 2015 in , *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, 07-cv-05944-SC, MDL Dkt. No. 3395.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of February, 2015 in Los Angeles, California.


        /s/ Jill S. Casselman
        Jill S. Casselman

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

60954328.1

- 3 -

MASTER NO.: 3:07-CV-05944-SC          CASSELMAN DECL. ISO PLAINTIFFS' OPP. TO DEFENDANTS' MIL NO. 11