# EXHIBIT 3
# [Confidential and Highly Confidential – Filed Under Seal]