1  ROBINS KAPLAN LLP
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   David Martinez, Bar No. 193183
3  DMartinez@rkmc.com
   Laura E. Nelson, Bar No. 231856
4  LENelson@rkmc.com
   Jill S. Casselman, Bar No. 266085
5  JSCasselman@rkmc.com
   2049 Century Park East, Suite 3400
6  Los Angeles, CA 90067-3208
   Telephone:    310-552-0130
7  Facsimile:    310-229-5800

8  Attorneys for Plaintiffs
   BEST BUY CO., INC.; BEST BUY
9  PURCHASING LLC; BEST BUY
   ENTERPRISE SERVICES, INC.; BEST BUY
10 STORES, L.P.; and BESTBUY.COM, L.L.C.

11 [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>[Honorable Samuel Conti]<br><br>**PROOF OF SERVICE** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.,* No. 3:07-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502-SC | |

60741022.1                                                              PROOF OF SERVICE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1 *Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-5514

2

3 *Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al.,* No. 13-cv-01173-SC

4 *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.,* No. 13-cv-2776 SC

5

6 *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-cv-02510

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On February 27, 2015, I served the foregoing document described as:

1. **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 11 TO EXCLUDE REFERENCES TO DOCUMENTS OR BEHAVIOR NOT IN EVIDENCE [UNREDACTED VERSION]; and**

2. **DECLARATION OF JILL S. CASSELMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 11 TO EXCLUDE REFERENCES TO DOCUMENTS OR BEHAVIOR NOT IN EVIDENCE [UNREDACTED VERSION]**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ ]  BY FEDERAL EXPRESS - OVERNIGHT: I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[ ]  BY MAIL: I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressees.

**[X]  BY ELECTRONIC MAIL**: I caused a true copy of the document described to be served by electronic mail to the addressees.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **February 27, 2015**, at Los Angeles, California.

/s/ Jill Casselman
Jill Casselman

60741022.1                              -3-                              PROOF OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Telephone:   (518) 434-0600<br>Facsimile:    (518) 434-0665<br>Email: piovieno@bsfllp.com<br>          anardacci@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio E. Varanini<br>Deputy Attorney General<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:    415-703-5908<br>Fax:    415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* |

| | |
|---|---|
| Mario N. Alioto<br>Lauren Capurro<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:   415-563-7200<br>Fax:   415-346-0679<br>Email: malioto@tatp.com<br>           laurenrussell@tatp.com<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs*<br><br>Joseph Goldberg<br>Vincent J. Ward<br>Josh Ewing<br>FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.<br>20 First Plaza N.W., Suite 700<br>Albuquerque, NM 87102<br>Telephone:  (505) 842-9960<br>Facsimile:  (505) 842-0761<br>Email: *jg@fbdlaw.com*<br>           *vjw@fbdlaw.com*<br>           *je@fbdlaw.com*<br><br>*Associated Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Class* | Donald L. Perelman<br>Gerard E. Dever<br>Matthew Dunacan<br>FINE, KAPLAN, and BLACK, R.P.C..<br>One S. Broad Street, 23rd Floor<br>Philadelphia, PA19107<br>Telephone:  (215) 567-6565<br>Facsimile:   (215) 568-5672<br>Email:  *dperleman@finekaplan.com*<br>            *gdever@finekaplan.com*<br>            *mduncan@finekaplan.com*<br><br>*Associated Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Class*<br><br>Dennis Stewart<br>HULETT HARPER STEWART LLP<br>225 Broadway, Suite 1350<br>San Diego, CA 92101<br>Telephone:  (619) 338-1133<br>Facsimile:  (619) 338-1139<br>Email:  *dstewart@hulettharper.com*<br><br>*Associated Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Class*<br><br>Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:   415-217-6810<br>Fax:  415-217-6813<br>Email: guido@saveri.com<br>          rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |

60741022.1    -2-    PROOF OF SERVICE

| | |
|---|---|
| Jeffrey L. Kessler<br>Jennifer M. Stewart<br>A. Paul Victor<br>Eva W. Cole<br>Molly M. Donovan<br>Martin C. Geagan<br>John S. Tschirgi<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel:   212-294-4692<br>Fax:   212-294-4700<br>Email: jkessler@winston.com<br>           jstewart@winston.com<br>           pvictor@winston.com<br>           ewcole@winston.com<br>           mmdonovan@winston.com<br>           mgeagan@winston.com<br>           jtschirgi@winston.com<br><br>Matthew R. DalSanto<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel:   312-558-6211<br>Fax:   312-558-5700<br>E-mail:  mdalsanto@winston.com<br><br>Aldo Badini<br>WINSTON & STRAWN LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Tel:   650-858-6424<br>Fax:   650-858-6550<br>E-mail:  abadini@winston.com<br><br>*Counsel for Panasonic Corporation; Panasonic Corporation of North America; and MT Picture Display Co., Ltd.* | Steven A. Reiss<br>David L. Yohai<br>David Yolkut<br>Marjan Hajibandeh (*pro hac vice*)<br>Ryan Goodland (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:   212-310-8000<br>Fax:   212-310-8007<br>Email: steven.reiss@weil.com<br>           david.yohai@weil.com<br>           david.yolkut@weil.com<br>           marjan.hajibandeh@weil.com<br>           ryan.goodland@weil.com<br><br>Bambo Obaro<br>Meaghan P. Thomas-Kennedy (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175<br>Tel:   (650) 802-3000<br>Fax:   (650) 802-3100<br>Email: bambo.obaro@weil.com<br>           Meaghan.thomas-kennedy@weil.com<br><br>Craig Y. Allison<br>BUNSOW DE MORY, SMITH & ALLISON LLP<br>600 Allerton Street, Suite 101<br>Redwood City, CA 94063<br>Tel: (650) 351-7248<br>Fax: (650) 351-7253<br>Email: callison@bdiplaw.com<br><br>Amy Lee Stewart<br>ROSE LAW FIRM<br>120 East Fourth Street<br>Little Rock, AR 72201<br>Tel: (501) 377-0334<br>Fax: (501) 375-1309<br>E-mail:  astewart@roselawfirm.com<br><br>*Counsel for Panasonic Corporation; Panasonic Corporation of North America; and MT Picture Display Co., Ltd.* |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60741022.1                            -3-                            PROOF OF SERVICE

| | |
|---|---|
| Eliot A. Adelson<br>James Maxwell Cooper<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Tel:    415-439-1400<br>Fax:   415-439-15001<br>Email: eliot.adelson@kirkland.com<br>           max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>Barack S. Echols (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: 312-862-2000<br>Fax: 312-862-2200<br>Email: james.mutchnik@kirkland.com<br>           kate.wheaton@kirkland.com<br>           barack.echols@kirkland.com<br><br>*Counsel for Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.; and Hitachi Electronic Devices (USA), Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel:    415-393-8200<br>Fax:   415-393-8206<br>Email: jsanders@gibsondunn.com<br>           rbrass@gibsondunn.com<br>           *cfujita@gibsondunn.com*<br><br>William S. Farmer (SBN 46694)<br>David Brownstein (SBN 141929)<br>Jacob Alpren (SBN 235713)<br>FARMER BROWNSTEIN JAEGER LLP<br>235 Montgomery Street, Suite 835<br>San Francisco CA 94104<br>Telephone (415) 962-2876<br>Facsimile: (415) 520-5678<br>Email: WFarmer@FBJ-law.com<br>           DBrownstein@FBJ-law.com<br>           JAlpren@FBJ-law.com<br><br>*Counsel for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |

| | |
|---|---|
| Christopher M. Curran (*pro hac vice*)<br>Lucius B. Lau (*pro hac vice*)<br>Charise Naifeh<br>Dana Foster (*pro hac vice*)<br>WHITE & CASE<br>701 Thirteenth Street N.W.<br>Washington, DC 20005<br>Tel:   202-626-3600<br>Fax:   202-639-9355<br>Email: ccurran@whitecase.com<br>         alau@whitecase.com<br>         cnaifeh@whitecase.com<br>         dfoster@whitecase.com<br><br>*Counsel for Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronics Components, Inc.; Toshiba America Information Systems, Inc.* | William Temko<br>Jonathan Altman<br>Hojoon Hwang<br>Laura Lin<br>Miriam Kim<br>Bethany W. Kristovich<br>Jerome C. Roth<br>Cathleen H. Hartge<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>San Francisco, CA 94105-2907<br>Tel:   415-512-4009<br>Fax:   415-512-4077<br>Email: william.temko@mto.com<br>         jonathan.altman@mto.com<br>         hojoon.hwang@mto.com<br>         laura.lin@mto.com<br>         miriam.kim@mto.com<br>         bethany.kristovich@mto.com<br>         jerome.roth@mto.com<br>         cathleen.hartge@mto.com<br><br>Jessica Barclay-Strobel<br>Claire Yan<br>E. Martin Estrada<br>Brad D. Brian<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Tel:   213-683-9100<br>Fax:   213-687-3702<br>Email: *Jessica.barclay-strobel@mto.com*<br>         *Claire.yan@mto.com*<br>         *Martin.estrada@mto.com*<br>         *Brad.brian@mto.com*<br><br>Robert E. Freitas<br>Jason S. Angell<br>Jessica N. Leal<br>FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, Suite 200<br>Redwood Shores, CA 94065<br>Tel:   (650) 593-6300<br>Fax:   (650) 593-6301<br>Email: *rfreitas@fawlaw.com*<br>         *jangell@fawlaw.com*<br>         *jleal@fawlaw.com*<br><br>*Attorneys for Defendants LG Electronics, Inc., LG electronics U.S.A., Inc., and LG Electroics Taiwan Taipai Co., Ltd.* |

| | |
|---|---|
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br>Richard P. Sobiecki, *pro hac vice*<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel:    (202) 639-7700<br>Fax:   (202) 639-7890<br>Email: john.taladay@bakerbotts.com<br>           erik.koons@bakerbotts.com<br>           *charles.malaise@bakerbotts.com*<br>           rich.sobiecki@bakerbotts.com<br><br>Jon V. Swenson<br>BAKER BOTTS L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Tel:    (650) 739-7500<br>Fax:   (650) 739-7699<br>Email: jon.swenson@bakerbotts.com<br><br>Van H. Beckwith<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>Tel:    (214) 953-6505<br>Fax:   (214) 661-4505<br>Email:  van.beckwith@bakerbotts.com<br><br>Marc Howard Kallish<br>FREEBORN & PETERS LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel:  (312) 360-6471<br>Fax:  (312) 360-6520<br>Email: Mkallish@freeborn.com<br><br>*Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation* | Christine Laciak<br>Richard Snyder<br>FRESHFIELDS BRUCKHAUS<br>& DERINGER US, LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Tel: (202) 777-4500<br>Email: christine.laciak@freshfields.com<br>           richard.snyder@freshfields.com<br><br>Michael Lacovara<br>FRESHFIELDS BRUCKHAUS<br>& DERINGER US, LLP<br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>Tel: (212) 277-4000<br>Fax: (202) 277-4001<br>E-mail: Michael.lacovara@freshfields.com<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* |

| | |
|---|---|
| Joseph R. Tiffany, II<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4644<br>Facsimile: (650) 233-4545<br>Email: joseph.tiffany@pillsburylaw.com<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.* | Michael R. Lazerwitz<br>CLEARY GOTTLIEG STEEN & HAMPTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: mlazerwitz@cgsh.com<br><br>*Counsel for Defendant LP Displays International, Ltd.* |
| Gary L. Halling<br>James L. McGinnis<br>Michael W. Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:   415-434-9100<br>Fax:   415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>          mscarborough@sheppardmullin.com<br>          dballard@sheppardmullin.com<br><br>Leo D. Caseria<br>Helen Cho Eckert<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone: 213-620-1780<br>Fax: 213-620-1398<br>E-mail: lcaseria@sheppardmullin.com<br>          heckert@sheppardmullin.com<br><br>Bruce Cobath<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Tel:   212-653-8700<br>E-mail: bcolbath@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* | Brent Caslin<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel:  (213) 239-5100<br>Fax:  (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>Terrence J. Truax<br>Michael T. Brody<br>Shaun M. Van Horn<br>Gabriel A. Fuentes<br>Molly M. Powers<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel:  (312) 222-9350<br>Fax:  (312) 527-0484<br>Email: ttruax@jenner.com<br>          mbrody@jenner.com<br>          svanhorn@jenner.com<br>          gfuentes@jenner.com<br>          mpowers@jenner.com<br><br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* |

60741022.1                                           -7-                                    PROOF OF SERVICE

| | |
|---|---|
| Calvin L. Litsey<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Tel: (650) 324-6700<br>Email: calvin.litsey@faegrebd.com<br><br>Kathy L. Osborn  (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Email: kathy.osborn@faegrebd.com<br>            ryan.hurley@faegrebd.com<br><br>Jeffrey S. Roberts<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 607-3500<br>Email: jeff.roberts@faegrebd.com<br><br>Stephen M. Judge<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel: (574) 234-4149<br>Email: steve.judge@faegrebd.com<br><br>*Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)* | Mark C. Dosker<br>Nathan Lane, III<br>SQUIRE PATTON BOGGS (US)  LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel:     415-954-0200<br>Fax:    415-393-9887<br>Email: mark.dosker@squiresanders.com<br>            nathan.lane@squiresanders.com<br><br>Donald A. Wall (Pro Hac Vice)<br>SQUIRE PATTON BOGGS (US) LLP<br>1 East Washington Street, Suite 2700<br>Phoenix, Arizona 85004<br>Telephone: + 1 602 528 4000<br>Facsimile: +1 602 253 8129<br>Email: donald.wall@squirepb.com<br><br>Ellen Tobin (pro hac vice)<br>Jeffrey I. Zuckerman (pro hac vice)<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel:     (212) 696-8873<br>Email: etobin@curtis.com<br>            jzuckerman@curtis.com<br><br>Arthur S. Gaus<br>DILLINGHAM & MURPHY, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:     (415) 397-2700<br>Fax:    (415) 397-3300<br>Email: asg@dillinghammurphy.com<br><br>*Counsel for Technologies Displays Americas LLC* |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60741022.1                                         -8-                                         PROOF OF SERVICE