1  Christopher M. Curran (*pro hac vice*)
2  ccurran@whitecase.com
   Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc.,*
10 *Toshiba America Consumer Products, LLC,*
11 *Toshiba America Information Systems, Inc.,*
   *and Toshiba America Electronic Components, Inc.*
12

13                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
14                        (SAN FRANCISCO DIVISION)
15

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*The Indirect Purchaser Action* | **DECLARATION OF AYA KOBORI IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Aya Kobori, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court approved a Stipulated Protective Order (Dkt. No. 306) in this matter.

4. The Toshiba Defendants and other parties to this litigation have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On February 27, 2015, the Toshiba Defendants filed an administrative motion to seal the following materials pursuant to Civil Local Rules 7-11 and 79-5(d):

    a. Exhibit A to the Lau Declaration, which is the Rebuttal Expert Report of Janet S. Netz, Ph.D., dated September 26, 2014, that the IPPs have previously submitted under seal because it contains information designated "Confidential" and/or "Highly Confidential" under the Stipulated Protective Order.

6. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, Exhibit A to the Lau Declaration should be maintained under seal pending further supporting declarations from the designating parties. Under the Stipulated Protected Order, it is the burden of the parties designating those exhibits as "Confidential" or "Highly Confidential" to demonstrate that those materials should remain under seal.

DECLARATION OF AYA KOBORI IN SUPPORT OF
THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of February, 2015, in New York, NY.

_____
Aya Kobori

**CERTIFICATE OF SERVICE**

On February 13, 2015, I caused a copy of "DECLARATION OF AYA KOBORI IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

/s/ Lucius B. Lau

Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005