UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*The Indirect Purchaser Action* | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Upon consideration of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Defendants' Motion"), submitted in connection with the Toshiba's Opposition to Indirect Purchaser Plaintiffs' Motion *in Limine* No. 17: To (1) Preclude Argument that the Samsung SDI Guilty Plea Includes DOJ Findings of Fact; (2) Exclude Evidence of the Volume of Affected Sales in the Guilty Plea; (3) Exclude Evidence of the Fact and Amount of the Criminal Fine; and (4) Exclude Any Statement by the DOJ Characterizing the CRT Conspiracy (the "Opposition to MIL No. 17"), and the Declaration of Aya Kobori in Support of the Defendants' Motion, it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall maintain under seal Exhibits A to the Declaration of Lucius B. Lau in Support of the Opposition to MIL No. 17 and the redacted portions of the Opposition to MIL No. 17 that contain information from Exhibit A.

**IT IS SO ORDERED.**

1
2  Dated: _____        _____
3                                               HONORABLE SAMUEL CONTI
4                                               UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DECLARATION OF DANA E. FOSTER IN OPPOSITION TO PLAINTIFFS'
MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS
Case No. 07-5944 SC
MDL No. 1917
3