1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8
9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc.,*
10 *Toshiba America Consumer Products, LLC,*
11 *Toshiba America Information Systems, Inc.,*
   *and Toshiba America Electronic Components, Inc.*
12

13                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
14                    (SAN FRANCISCO DIVISION)
15

| | |
|---|---|
| 16 IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| 18 | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION IN *LIMINE* NO. 17:** |
| 22 This Document Relates To:<br><br>23 *The Indirect Purchaser Action* | **TO (1) PRECLUDE ARGUMENT THAT THE SAMSUNG SDI GUILTY PLEA INCLUDES DOJ FINDINGS OF FACT; (2) EXCLUDE EVIDENCE OF THE VOLUME OF AFFECTED SALES IN THE GUILTY PLEA; (3) EXCLUDE EVIDENCE OF THE FACT AND AMOUNT OF THE** |

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF TOSHIBA'S OPPOSITION TO IPPS' MOTION *IN LIMINE* NO. 17
Case No. 07-5944-SC
MDL No. 1917

**CRIMINAL FINE; AND (4) EXCLUDE ANY STATEMENT BY THE DOJ CHARACTERIZING THE CRT CONSPIRACY**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF TOSHIBA'S OPPOSITION TO IPPS' MOTION *IN LIMINE* NO. 17
Case No. 07-5944-SC
MDL No. 1917

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of the Toshiba's Opposition to Indirect Purchaser Plaintiffs' Motion *in Limine* No. 17: To (1) Preclude Argument that the Samsung SDI Guilty Plea Includes DOJ Findings of Fact; (2) Exclude Evidence of the Volume of Affected Sales in the Guilty Plea; (3) Exclude Evidence of the Fact and Amount of the Criminal Fine; and (4) Exclude Any Statement by the DOJ Characterizing the CRT Conspiracy. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as Exhibit A is a true and correct copy of pages 18-19 of the Rebuttal Report of Janet S. Netz, Ph.D, dated September 26, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of February, 2015, in Washington, D.C.

Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF TOSHIBA'S OPPOSITION TO IPPS' MOTION
*IN LIMINE* NO. 17
Case No. 07-5944-SC
MDL No. 1917