MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **DECLARATION OF GERARD A. DEVER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, et al., No. 11-cv-05514; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |

| | |
|---|---|
| 1 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; )<br>)<br>) |
| 2 | |
| 3 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262; )<br>)<br>) |
| 4 | |
| 5 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510. )<br>)<br>) |

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

I, GERARD A. DEVER, declare as follows:

1.     I am a member of the law firm of Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I submit this Declaration in support of IPPs' Administrative Motion to File Documents Under Seal, related to IPP's Omnibus Response to Direct Action Plaintiffs' Motions *In Limine*.  I am a member in good standing of the bar of the Commonwealth of Pennsylvania, and I am admitted *pro hac vice* to practice before this Court.

2.     Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, IPPs, by and through their counsel, respectfully request an Order permitting filing under seal Exhibit G to the Declaration of Gerard A. Dever in Support of IPPs' Omnibus Response to Direct Action Plaintiffs' Motions *in Limine* ("Dever Declaration").

3.     Exhibit G to the Dever Declaration is a true and correct copy of an email chain dated 7/6-7/2006, bates numbered BBYLCD0030316-18, which was designated "Highly Confidential" by Plaintiff Best Buy in this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2015, in Philadelphia, Pennsylvania.

*/s/ Gerard A. Dever*
Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone:  (215) 567-6565
Facsimile:   (215) 568-5872
Email:  gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiffs*

1
DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC