Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC);<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | **SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S OPPOSITION TO JOINT DEFENSE MOTION IN LIMINE NO. 10 UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(b), Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"), by and through their counsel, respectfully submit this Administrative Motion for a Sealing Order permitting Sharp to file under seal Exhibits A-L to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Joint Defense Motion *In Limine* No. 10 – Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy ("Sharp's Opposition to Joint Defense Motion *In Limine* No. 10"), and portions of Sharp's Opposition to Joint Defense Motion *In Limine* No. 10.

This motion is supported by the Declaration of Craig A. Benson in Support of Sharp's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), dated February 27, 2015. *See* Civ. L. R. 79(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

Civil Local Rule 79-5(b) states that a document may only be filed under seal "pursuant to a court order that authorizes the sealing of the particular document . . ." and requires the party seeking to file a document under seal to show that the document contains information that "is privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(b). Civil Local Rule 79-5(e) states that "[i]f the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order . . . the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential." Civ. L. R. 79-5(e).

Sharp seeks to file under seal Exhibits A-L to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Joint Defense Motion *In Limine* No. 10, and portions of Sharp's Opposition to Joint Defense Motion *In Limine* No. 10, because there is a "compelling reason" for doing so for this document. *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). A party meets the "compelling reasons" standard by presenting "articulable facts" identifying the interests

-2-

SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b):  Case No. 07-cv-5944, MDL No. 1917; Case Nos. 13-cv-1173, 13-cv-2776

1 favoring filing a document under seal. *Id.* at 1181. Sharp meets this standard because Exhibits A-L and
2 portions of Sharp's Opposition to Joint Defense Motion *In Limine* No. 10 contain confidential, non-
3 public information designated Confidential by the producing parties in accordance with the Protective
4 Order applicable to this action.

5 Pursuant to Civil Local Rule 79-5(d), copies of Exhibits A-L to the Declaration of Craig
6 A. Benson in Support of Sharp's Opposition to Joint Defense Motion *In Limine* No. 10 and portions of
7 Sharp's Opposition to Joint Defense Motion *In Limine* No. 10 will be lodged with the Court for *in*
8 *camera* review, served on all parties, and will be e-filed with the Court pending the Court's granting of a
9 Motion to Seal. Sharp is prepared to e-file as part of the public record in this case unredacted copies of
10 these Exhibits and the Sharp's Opposition to Joint Defense Motion *In Limine* No. 10.

11 For these reasons, the standard for filing under seal is met in the present case and Sharp
12 respectfully submits this motion pursuant to Civil Local Rule 7-11 and 79-5(b).

13

14 Dated: February 27, 2015        Respectfully submitted,

15                                 By:    */s/ Craig A. Benson*

16                                        Kenneth A. Gallo (*Pro Hac Vice*)
                                          Joseph J. Simons (*Pro Hac Vice*)
17                                        Craig A. Benson (*Pro Hac Vice*)
                                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
18                                        2001 K Street, NW
                                          Washington, DC  20006-1047
19                                        Telephone:  (202) 223-7300
                                          Facsimile:  (202) 223-7420
20                                        Email:  kgallo@paulweiss.com
                                          Email:  jsimons@paulweiss.com
21                                        Email:  cbenson@paulweiss.com

22                                        Stephen E. Taylor (SBN 058452)
                                          Jonathan A. Patchen (SBN 237346)
23                                        TAYLOR & COMPANY LAW OFFICES, LLP
                                          One Ferry Building, Suite 355
24                                        San Francisco, California 94111
                                          Telephone:  (415) 788-8200
25                                        Facsimile:  (415) 788-8208
                                          Email: staylor@tcolaw.com
26                                        Email: jpatchen@tcolaw.com

27

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*