Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC);<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE MOTION IN LIMINE NO. 10** |

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this court *pro hac vice*.

2. I submit this declaration in support of Sharp's Administrative Motion to File Documents Under Seal. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. Pursuant to Civil Local Rules 7-11 and 79-5, Sharp, by and through counsel, respectfully requests an Order permitting it to file under seal portions of Sharp's Opposition to Joint Defense Motion *In Limine* No. 10 – Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy ("Sharp's Opposition to Joint Defense Motion In Limine No. 10"), filed contemporaneously herewith, and Exhibits A-L of the Declaration of Craig A. Benson in Support of Sharp's Opposition to Joint Defense Motion In Limine No. 10 ("Benson Declaration").

4. Attached as Exhibit A is a true and correct copy of a certified translation of the document produced at CHU00031006, designated as Confidential by Chunghwa.

5. Attached as Exhibit B is a true and correct copy of a certified translation of the document produced at CHU00021262E, designated as Confidential by Chunghwa.

6. Attached as Exhibit C is a true and correct copy of relevant excerpts from Volume I of the Deposition of Chih Chun-Liu, dated February 19, 2013, designated as Highly Confidential by the Toshiba defendants.

7. Attached as Exhibit D is a true and correct copy of a certified translation of the document produced at Bates number HDP-CRT00025646, designated as Confidential by the Hitachi defendants.

8. Attached as Exhibit E is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0086537, designated as Highly Confidential by the Samsung SDI defendants.

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL: Case No. 07-cv-5944, MDL No. 1917; Case Nos. 13-cv-1173, 13-cv-2776

9. Attached as Exhibit F is a true and correct copy of the document produced at Bates number JLJ-00001899, designated as Confidential.

10. Attached as Exhibit G is a true and correct copy of the document produced at Bates number PHLP-CRT-098241, designated as Confidential by the Philips defendants.

11. Attached as Exhibit H is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0086487, designated as Highly Confidential by the Samsung SDI defendants.

12. Attached as Exhibit I is a true and correct copy of the document produced at Bates number PTC-00007637, designated as Confidential.

13. Attached as Exhibit J is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0400710, designated as Confidential by the Panasonic defendants.

14. Attached as Exhibit K is a true and correct copy of a certified translation of the document produced at Bates number CHU00014218, designated as Confidential by Chunghwa.

15. Attached as Exhibit L is a true and correct copy of the document produced at Bates number TCE-CRT 0013596, designated as Highly Confidential by the Thomson defendants.

16. Sharp's Opposition to Joint Defense Motion *In Limine* No. 10 and Exhibits A-L refer to or contain excerpts from documents that producing parties have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order [Docket Nos. 306, 1142].

17. Accordingly, Sharp requests that the documents identified herein be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of February, 2015, in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson