Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7356
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC);<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | **[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S OPPOSITION TO JOINT DEFENSE MOTION IN LIMINE NO. 10 UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |

-2-

1  Upon consideration of Sharp's Administrative Motion to File Documents Related to
2  Sharp's Opposition to Joint Defense Motion In Limine No. 10 – Motion to Exclude Evidence of Any
3  Alleged CDT Price-Fixing Conspiracy ("Sharp's Opposition to Joint Defense Motion In Limine No.
4  10") Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b), submitted in connection with Sharp's
5  Opposition to Joint Defense Motion In Limine No. 10, it is hereby:

6  IT IS ORDERED that the Administrative Motion is hereby GRANTED.

7  IT IS FURTHER ORDERED that the Clerk shall file and maintain under seal Sharp's
8  Unredacted Opposition to Joint Defense Motion In Limine No. 10 and Exhibits A-L attached to the
9  Declaration of Craig A. Benson in Support of Sharp's Opposition to Joint Defense Motion In Limine
10 No. 10.

**IT IS SO ORDERED.**

DATED: _____        _____
                                      HONORABLE SAMUEL CONTI
                                      UNITES STATES DISTRICT JUDGE

---

-2-
[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO
CIVIL LOCAL RULES 7-11 AND 79-5(b): Case No. 07-cv-5944, MDL No. 1917; Case Nos. 13-cv-1173, 13-cv-2776