Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.,* No. 13-cv-2776-SC. | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S OPPOSITION TO JOINT DEFENSE MOTION IN LIMINE NO. 10 – MOTION TO EXCLUDE EVIDENCE OF ANY ALLEGED CDT PRICE-FIXING CONSPIRACY**<br><br>**[EXHIBITS A-L FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5]** |

- 1 -
DECLARATION OF CRAIG A. BENSON ISO OPPOSITION TO JOINT DEFENSE MOTION IN LIMINE NO. 10
Case No. 07-cv-5944, MDL No. 1917; Case Nos. 13-cv-1173, 13-cv-2776

I, CRAIG A. BENSON, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this court *pro hac vice*.

2. I submit this Declaration in support of Sharp's Opposition to Joint Defense Motion *in Limine* No. 10 – Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy, dated February 13, 2015. I have personal knowledge of the facts stated herein and could competently testify to these facts if called upon to do so.

3. Attached as Exhibit A is a true and correct copy of a certified translation of the document produced at CHU00031006.

4. Attached as Exhibit B is a true and correct copy of a certified translation of the document produced at CHU00021262E.

5. Attached as Exhibit C is a true and correct copy of relevant excerpts from Volume I of the Deposition of Chih Chun-Liu, dated February 19, 2013.

6. Attached as Exhibit D is a true and correct copy of a certified translation of the document produced at Bates number HDP-CRT00025646.

7. Attached as Exhibit E is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0086537.

8. Attached as Exhibit F is a true and correct copy of the document produced at Bates number JLJ-00001899.

9. Attached as Exhibit G is a true and correct copy of document produced at Bates number PHLP-CRT-098241.

10. Attached as Exhibit H is a true and correct copy of a certified translation of the document produced at Bates number SDCRT-0086487.

11. Attached as Exhibit I is a true and correct copy of the document produced at Bates number PTC-00007637.

12. Attached as Exhibit J is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0400710.

13. Attached as Exhibit K is a true and correct copy of a certified translation of the document produced at Bates number CHU00014218.

14. Attached as Exhibit L is a true and correct copy of the document produced at Bates number TCE-CRT 0013596.

I declare under penalty of perjury, that the foregoing is true and correct. Executed this 27th day of February, 2015, at Washington, DC.

                          /s/ *Craig A. Benson*
                              Craig A. Benson