# E<span>XHIBIT</span> A

**(L<span>ODGED</span> U<span>NDER</span> S<span>EAL</span> P<span>URSUANT TO</span> C<span>IVIL</span> L<span>OCAL</span> R<span>ULE</span> 79-5 <span>AND</span> S<span>TIPULATED</span> P<span>ROTECTIVE</span> O<span>RDER</span> )**