# **E**XHIBIT **F**

**(L**ODGED **U**NDER **S**EAL **P**URSUANT TO **C**IVIL **L**OCAL **R**ULE **79-5** AND **S**TIPULATED **P**ROTECTIVE **O**RDER **)**