# E<small>XHIBIT</small> H

**(L<small>ODGED</small> U<small>NDER</small> S<small>EAL</small> P<small>URSUANT</small> <small>TO</small> C<small>IVIL</small> L<small>OCAL</small> R<small>ULE</small> 79-5 <small>AND</small> S<small>TIPULATED</small> P<small>ROTECTIVE</small> O<small>RDER</small> )**