# E<span style="font-variant:small-caps">xhibit</span> K

**(L<span style="font-variant:small-caps">odged</span> U<span style="font-variant:small-caps">nder</span> S<span style="font-variant:small-caps">eal</span> P<span style="font-variant:small-caps">ursuant</span> <span style="font-variant:small-caps">to</span> C<span style="font-variant:small-caps">ivil</span> L<span style="font-variant:small-caps">ocal</span> R<span style="font-variant:small-caps">ule</span> 79-5 <span style="font-variant:small-caps">and</span> S<span style="font-variant:small-caps">tipulated</span> P<span style="font-variant:small-caps">rotective</span> O<span style="font-variant:small-caps">rder</span> )**