1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

7

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12

13 | IN RE CATHODE RAY TUBE (CRT)        ) | Master File No. 3:07-cv-5944 SC
   | ANTITRUST LITIGATION                ) |
14 |                                     ) | MDL No. 1917
   | ─────────────────────────────────── ) |
15 | This Document Relates to:           ) |
   |                                     ) | **DECLARATION OF GERARD A.**
16 | Indirect-Purchaser Class Action     ) | **DEVER IN SUPPORT OF INDIRECT**
   |                                     ) | **PURCHASER PLAINTIFFS' OMNIBUS**
17 | *Sharp Electronics Corp., et a. v. Hitachi Ltd., et* ) | **RESPONSE TO DIRECT ACTION**
   | *al.*, No. 13-cv-1173;              ) | **PLAINTIFFS' MOTIONS *IN LIMINE***
18 |                                     ) |
   | *Sharp Elecs. Corp. v. Koninklijke Philips Elecs.* ) |
19 | *N.V.*, No. 13-cv-02776;            ) |
   |                                     ) |
20 | *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; ) |
   |                                     ) |
21 | *Siegel v. Technicolor SA, et al.*, No. 13-cv- ) |
   | 05261;                              ) |
22 |                                     ) |
   | *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, ) |
23 | No. 11-cv-05513;                    ) |
   |                                     ) |
24 | *Best Buy Co., et al. v. Technicolor SA, et al.*, ) |
   | No. 13-cv-05264;                    ) |
25 |                                     ) |
   | *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, ) |
26 | et al., No. 11-cv-05514;            ) |
   |                                     ) |
27 | *Target Corp. v. Technicolor SA, et al.*, No. 13- ) |
   | cv-05686;                           ) |
28

---

1   *Sears, Roebuck and Co. and Kmart Corp. v.*   )
    *Chunghwa Picture Tubes, Ltd.*, No. 11-cv-   )
2   05514;   )
    )
3   *Sears, Roebuck and Co. and Kmart Corp. v.*   )
    *Technicolor SA*, No. 13-cv-05262;   )
4   )
    *Viewsonic Corp. v. Chunghwa Picture Tubes,*   )
5   *Ltd.* No. 14-cv-02510.   )

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Gerard A. Dever, hereby declare and state as follows:

1.      I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before this Court.  I submit this Declaration in support of Indirect Purchaser Plaintiffs' Omnibus Response to Direct Action Plaintiffs' Motions *In Limine*.

2.      Attached hereto as **Exhibit A** is a table summarizing IPP positions on particular DAP motions.

3.      Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the 7/22/2013 Trial Transcript in *In Re: TFT-LCD (Flat Panel) Antitrust Litig.*, No. C 07-MDL-1827-SI, with the relevant portions highlighted.

4.      Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from the 7/22/2013 Trial Transcript in *In Re: TFT-LCD (Flat Panel) Antitrust Litig.*, No. C 07-MDL-1827-SI, with the relevant portions highlighted.

5.      Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from the 8/29/2013 Trial Transcript in *In Re: TFT-LCD (Flat Panel) Antitrust Litig.*, No. C 07-MDL-1827-SI.

6.      Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from the 8/27/2014 deposition of Philip Britton.

7.       Attached hereto as **Exhibit F** is a true and correct copy of Best Buy's Code of Ethics.

8.      Attached hereto as **Exhibit G** is a true and correct copy of an email chain dated 7/6-7/2006, bates numbered BBYLCD0030316-18.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' RESPONSE TO DEFENDANTS'
MOTION *IN LIMINE* NO. 6
Master File No. 3:07-cv-5944 SC

Executed on February 27, 2015, in Philadelphia, Pennsylvania.

/s/ Gerard A. Dever
Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone:  (215) 567-6565
Facsimile:  (215) 568-5872
Email:  gdever@finekaplan.com

Counsel for Indirect Purchaser Plaintiffs

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' RESPONSE TO DEFENDANTS'
MOTION *IN LIMINE* NO. 6
Master File No. 3:07-cv-5944 SC