**EXHIBIT A**

| **DAPs Motions *in Limine*** **All filed as Dkt No. 3558** | **IPP Position** |
|---|---|
| No. 1:  Motion to Exclude Evidence or Argument regarding Plaintiffs' Competitive Intelligence Practices | IPPs Support DAP Motion *(Issue Requires Separate IPP Trial)* |
| No. 2:  Motion to Exclude Evidence or Argument regarding Downstream Pass-Through | IPPs Oppose DAP Motion *(Issue Requires Separate IPP Trial)* |
| No. 3:  Motion to Exclude Evidence or Argument regarding Plaintiffs' Private Label CRT Products | IPPs Support DAP Motion *(Issue Calls for Separate IPP Trial)* |
| No. 4:  Motion to Exclude Evidence or Argument regarding Plaintiffs' Purported "Market Power" | IPPs Support DAP Motion *(Issue Calls for Separate IPP Trial)* |
| No. 5:  Motion to Exclude Evidence or Argument regarding Plaintiffs' Ability to Seek Treble Damages and Attorneys' Fees and Costs | IPPs Support DAP Motion *(See Similar IPP Motion, Dkt. No. 3538)* |
| No. 6:  Motion to Exclude Evidence or Argument regarding Other Actions and Settlements in this MDL | IPPs Support DAP Motion *(See Similar IPP Motions, Dkt. Nos. 3551-52)* |
| No. 7:  Motion to Exclude Argument That Plaintiffs' Claims are Barred Because They Arise from Foreign Commerce | IPPs Take No Position on DAP Motion *(At this Time)* |
| No. 8:  Motion to Exclude Evidence or Argument regarding Plaintiffs' Alleged Failure to Mitigate Their Damages | IPPs Support DAP Motion *(See Similar IPP Motion, Dkt. No. 3545)* |
| No. 9:  Motion to Exclude Live Witnesses from Testifying in Defendants' Case-In-Chief Who Were Not Made Available for Live Testimony in Plaintiffs' Case-In-Chief | IPPs Support DAP Motion *(See Similar IPP Motion, Dkt. No. 3549)* |

| | |
|---|---|
| No. 10:  Motion to Exclude Evidence or Argument regarding Incomplete Pass-Through of Overcharges through Affiliate Entities | IPPs Oppose DAP Motion<br><br>*(Issue Supports Separate IPP Trial)* |
| No. 11:  Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission | IPPs Take No Position At This Time<br><br>*(MIL No. 11 Briefing on Separate Track)* |
| No. 12:  Motion to Exclude Percipient Witnesses, Except for One Party Representative, From the Courtroom Unless They Are Testifying | DAPs Will Withdraw This Motion Pursuant to Stipulation<br><br>*(See Similar IPP Motion, Dkt. No. 3548)* |
| No. 13:  Motion to Exclude Argument or Evidence Regarding Purportedly Pro-Competitive Justifications For Defendants' Agreements Regarding CRT Price, Supply, Production, or Customers | IPPs Support DAP Motion<br><br>*(See Similar IPP Motion, Dkt. No. 3554)* |
| No. 14:  Motion to Exclude References to and Evidence of Defendants' Non-Indictment | IPPs Support DAP Motion<br><br>*(See Similar IPP Motion, Dkt. No. 3544)* |
| No. 15:  Motion to Admit Testimony of Summary Witness | IPPs Support DAP Motion |
| No. 16:  Motion to Exclude Evidence of or References to the Retailer Plaintiffs Purchasing Finished Products Containing CRTs from Plaintiff ViewSonic or Plaintiff Sharp | IPPs Support DAP Motion<br><br>*(Issue Calls for Separate IPP Trial)* |
| No. 17:  Motion to Exclude Evidence of or References to ViewSonic's Purchasing Team Moving Abroad After The Purchases at Issue in This Case Were Made | IPPs Support DAP Motion<br><br>*(Issue Calls for Separate IPP Trial)* |
| No. 18:  Motion to Exclude References to the Current Financial Condition of Any of the Named Plaintiffs | DAPs Will Withdraw This Motion Pursuant to Stipulation<br><br>*(See Similar IPP Motion, Dkt. No. 3548)* |