# EXHIBIT E

1

1    IN THE UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
2              SAN FRANCISCO DIVISION

3    IN RE:  CATHODE RAY TUBE (CRT)
     ANTITRUST LITIGATION
4
            Master File No. 3:07-CV-05944 SC
5
            MDL No.  1917
6
            Judge:  Hon. Samuel Conti
7

8
     This Document Relates To:
9

10   ALL ACTIONS

11

12

13

14

15         VIDEOTAPED DEPOSITION OF PHILIP BRITTON

16            Wednesday, August 27, 2014

17               Chicago, Illinois

18

19

20   Reported By:

21   TRICIA J. FLASKA, CSR, RPR

22   JOB NO. 83358

23

24

25

132

1     Q    What is "GM percent"?

2     A    Gross margin percentage.

3     Q    And is this a reference to Circuit City's

4   revenue and market share goals?

5     A    That was our analysis, yes.

6     Q    With respect to home theater or more

7   generally?

8     A    This would have been home theater.

9     Q    Okay.  Do you know how that -- how the

10   information about Circuit City's goals with respect

11   to revenue and market share were obtained?

12     A    As I said, this was our analysis of that.

13   Yeah.

14     Q    Well, when you say "analysis," what do you

15   mean by that?

16     A    It was our belief that this was how they

17   were attempting to drive their business.

18     Q    Okay.  Then there's a reference to a new

19   manager position that had been created.

20          Do you see that?

21     A    Yes.

22     Q    Do you know how that information, in

23   particular, was obtained?

24     A    Conversations with Circuit City employees.

25     Q    Okay.  Then look at the fourth bullet,

133

1    "Expect to see all on sale plus additional discounts

2    for July 4th and Labor Day."

3        Do you see that?

4    A   Yes.

5    Q   So is this a reference to upcoming

6    discounts that Circuit City had planned for both

7    July 4th and Labor Day?

8    A   Yes.

9    Q   How would that information have been

10    obtained?  Actually, strike that.

11        How was that information obtained?

12    A   I don't recall specifically how this was

13    obtained.

14    Q   Uh-huh.

15    A   There are many methods by which we could

16    have obtained that.

17    Q   Tell me what -- tell me about those

18    methods.  What were they?

19    A   Conversations with employees, mystery

20    shopping, looking at the expiration date on signage

21    that was put up in the store.

22    Q   Well, with respect to signage, would there

23    have been signs with respect to Labor Day sales in

24    June of 2006?  Was that typical?

25    A   I can't speak to this specifically.  I

134

1   don't recall.  I will tell you it is not uncommon to

2   see a in-store date on a sign to let the retail

3   store teams know when to put up the sign and when to

4   take the sign down.

5        Q   And how about mystery shops, how would the

6   information have been obtained in a mystery shop?

7        A   So if we were mystery shopping, then we may

8   have asked "How long is this sale good for," just

9   like any customer would ask.

10       Q   If the sale was actually advertised at that

11  point?

12       A   Uh-huh.

13       Q   Okay.  And how about other conversations

14  with employees?  In what context would those take

15  place?

16       A   In some cases we were known to Circuit City

17  employees.  We would ask them how business was

18  going, just general conversations.

19       Q   And they would tell you?

20       A   Some people would, some people wouldn't.

21       Q   And some people would provide you with

22  information about planned discounts, planned sales;

23  planned promotions; is that accurate?

24       A   Occasionally.  It needs to be taken with a

25  healthy grain of salt.  It could be misinformation.