1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc.,*
10 *Toshiba America Consumer Products, L.L.C.,*
11 *Toshiba America Information Systems, Inc.,*
   *and Toshiba America Electronic Components, Inc.*
12

13                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
14                  (SAN FRANCISCO DIVISION)
15

| 16 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
|----|---|---|
| 17 |  | MDL No. 1917 |
| 18 | This Document Relates to: |  |
| 19 | *The Indirect Purchaser Action* |  |
| 20 | *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; |  |
| 21 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | **THE TOSHIBA DEFENDANTS' LIMITED JOINDER TO DEFENDANTS' MOTION *IN LIMINE* #4 TO EXCLUDE LCD AND OTHER NON-CRT PRODUCT CONSPIRACIES** |
| 22 | *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| 23 | | |
| 24 | *Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| 25 | | |
| 26 | *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173; | |
| 27 | *ViewSonic Corporation, v. Chunghwa Picture Tubes, Ltd., et al.*, No. 3:14cv-02510. | |
| 28 | | |

The Toshiba Defendants hereby join section II of the Defendants' Motion *in Limine* #4: to Exclude LCD and Other Non-CRT Product Conspiracies (Dkt. No. 3572) ("Defs.' MIL No. 4"), in seeking to exclude evidence of certain Defendants' involvement in conspiracies involving any other non-CRT products (besides liquid-crystal display panels), *e.g.*, DRAM, batteries, compressors, auto parts, or projection tubes.

The Toshiba Defendants also join section I of Defs.' MIL No. 4 insofar as it seeks to exclude the amounts of the criminal fines — for fines procured either by settlement or trial — levied against non-parties, Defendants, or their former employees for conspiracies involving liquid-crystal display panels. (The Toshiba Defendants themselves, and their affiliates, were not prosecuted in the LCD matter, or in any other DOJ antitrust prosecution; therefore, they were never fined in any of those matters.)

Along with the reasons articulated in Defs.' MIL No. 4, allowing the admission of fine *amounts* could unfairly prejudice the Defendants because the jurors may view them as appropriate damages measures. *See Kennon v. Slipstreamer, Inc.*, 794 F.2d 1067, 1070 (5th Cir. 1986) (in the settlement context, listing reasons why disclosing the settlement *amount* is inappropriate, including that it gives the jury the impression that the amount bears any resemblance to the strength of the plaintiffs' claims against either the settling or the non-settling party).

1    For these reasons and the reasons stated in Defs' MIL No. 4, evidence concerning
2 conspiracies in other non-CRT product industries (besides LCD) and the criminal fine
3 amounts for conspiracies involving LCD products should be excluded from trial.

4                                          Respectfully submitted,

5 Dated:  February 27, 2015               **WHITE & CASE** LLP

6                                          By: */s/ Lucius B. Lau*
7                                              Christopher M. Curran (*pro hac vice*)
                                               ccurran@whitecase.com
8                                              Lucius B. Lau (*pro hac vice*)
9                                              alau@whitecase.com
                                               Dana E. Foster (*pro hac vice*)
10                                             defoster@whitecase.com
11                                             701 Thirteenth Street, N.W.
                                               Washington, DC  20005
12                                             tel.: (202) 626-3600
13                                             fax: (202) 639-9355

14                                             *Counsel to Defendants Toshiba*
15                                             *Corporation, Toshiba America, Inc.,*
                                               *Toshiba America Consumer Products,*
16                                             *L.L.C., Toshiba America Information*
                                               *Systems, Inc., and Toshiba America*
17                                             *Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

On February 27, 2015, I caused a copy of "THE TOSHIBA DEFENDANTS' LIMITED JOINDER TO DEFENDANTS' MOTION *IN LIMINE* #4 TO EXCLUDE LCD AND OTHER NON-CRT PRODUCT CONSPIRACIES" to be served via ECF on the other parties in this action.

                                                */s/ Lucius B. Lau*
                                                Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS' LIMITED JOINDER TO DEFENDANTS' MOTION
*IN LIMINE* #4 TO EXCLUDE LCD AND OTHER NON-CRT PRODUCT CONSPIRACIES
Case No. 07-5944 SC
MDL No. 1917