MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>Indirect-Purchaser Class Action<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, et al., No. 11-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13- | **DECLARATION OF GERARD A. DEVER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO. 13:**<br><br>**TO ALLOW DEFENSE EXAMINATION OF COMMON WITNESSES DURING PLAINTIFFS' CASE-IN-CHIEF AND LIMIT USE OF DEPOSITION TESTIMONY** |

cv-05686;
*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd*. No. 14-cv-02510.

I, Gerard A. Dever, hereby declare and state as follows:

1. I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in support of IPPs' Response to Defendants' Motion *In Limine* No. 13 to Allow Defense Examination of Common Witnesses During Plaintiffs' Case-In-Chief and Limit Use of Deposition Testimony.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the 1/9/2013 Transcript of Motion *In Limine* Conference in *In re Urethane Antitrust Litig.*, No. 04-1616 (D. Kan.), with the relevant portions highlighted.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the 12/7/2012 Transcript of Telephone Conference in *In re Urethane Antitrust Litig.*, No. 04-1616 (D. Kan.), with the relevant portions highlighted.

4. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt from the 7/30/2014 Transcript of the Telephone Conference before the Honorable Vaughn R. Walker in this case, with the relevant portions highlighted.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2015, in Philadelphia, Pennsylvania.

*/s/ Gerard A. Dever*

Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
Email: gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiffs*

1

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO. 13
Master File No. 3:07-cv-5944 SC