# Exhibit C

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4                   ---oOo---

5

6   In re CATHODE RAY TUBE (CRT)

7   This Document Relates to:          3:07-cv-5944-SC
                                        MDL No. 1917
8   ALL ACTIONS
                                  /
9   _____

10     TELEPHONIC HEARING BEFORE
    THE HONORABLE VAUGHN R. WALKER
11
       Wednesday, July 30, 2014
12        4 Embarcadero Center
            20th Floor
13        Conference Room 2080
       San Francisco, California
14

15        **CERTIFIED COPY**

16

17

18

19

20

21   REPORTED BY:  MARY DUTRA, CSR #9251

22

23

24        NOGARA REPORTING SERVICE
         5 Third Street, Suite 415
25       San Francisco, California 94103
             (415) 398-1889

TELEPHONIC HEARING BEFORE HONORABLE JUDGE WALKER - 7/30/2014

1     individuals are located, they were designated by your

2     client as custodians of documents. You are creating

3     the impression that you and your client are playing a

4     cat-and-mouse game with respect to the location of

5     these individuals, and that frankly is the kind of

6     conduct that is likely to prompt an order that would

7     be directly applicable to you and to your client and

8     the disobedience of which could lead to proceedings,

9     perhaps as serious as contempt-of-court proceedings.

10          MR. LAU:  Well, all I can say in response to

11    that, Your Honor, is our conduct to date, we believe,

12    has been in compliance with all applicable orders in

13    this case, including the discovery protocol and

14    including Judge Legge's order of May 1, 2013.

15          JUDGE WALKER:  All right.

16          Ms. Rosenberg, let me turn back to you.  I

17    have a couple of points that come to mind.

18          MS. ROSENBERG:  Yes, Your Honor.

19          JUDGE WALKER:  Why did you not, on behalf of

20    your client, name JDI as a party to this litigation

21    upon receiving the notice of acquisition and merger

22    that was described by Mr. Carson first in 2012 and

23    then in 2013?

24          MS. ROSENBERG:  Your Honor, I can't speak

25    fully to that, but I can you tell you that we don't