MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
| *Indirect-Purchaser Class Action* | |
| *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |

|  |  |
|---|---|
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | ) ) ) ) |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | ) ) ) ) |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, et al., No. 11-cv-05514; | ) ) ) ) |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | ) ) ) ) |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | ) ) ) |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262; | ) ) ) ) |
| *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510. | ) ) ) ) ) |

## [PROPOSED] ORDER

Upon consideration of Indirect Purchaser Plaintiffs' Administrative Motion to File a Document Under Seal ("Administrative Motion"), it is hereby

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file under seal the Indirect Purchaser Plaintiffs' Response to Motion *In Limine* No. 8 to Evidence and Argument Relating to Damages from "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

Dated: _____, 2015

_____
The Honorable Samuel Conti
Northern District of California