1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
3  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
   2001 K Street, NW
4  Washington, DC 20006-1047
   Telephone: (202) 223-7300
5  Facsimile: (202) 204-7420
   Email: kgallo@paulweiss.com
6  Email: jsimons@paulweiss.com
7  Email: cbenson@paulweiss.com

8  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
9  **TAYLOR & COMPANY LAW OFFICES, LLP**
   One Ferry Building, Suite 355
10 San Francisco, California 94111
   Telephone: (415) 788-8200
11 Facsimile: (415) 788-8208
12 Email: staylor@tcolaw.com
   Email: jpatchen@tcolaw.com
13

14 *Attorneys for Plaintiffs Sharp Electronics Corporation and*
   *Sharp Electronics Manufacturing Company of America, Inc.*
15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944 (SC) <br> MDL No. 1917 |
| This Document Relates to: <br><br> *Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC; <br><br> and <br><br> *Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.*, et al., Case No. 13-cv-2776 SC. | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE: TOSHIBA'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF TOSHIBA'S SALES TO SHARP CORPORATION** |

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "the Sharp Plaintiffs"). I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this Court *pro hac vice*.

2. I submit this Declaration in support of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Administrative Motion to File Documents Under Seal. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. Pursuant to Civil Local Rules 7-11, 79-5(b), and 79-5(e), Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., by and through counsel, respectfully request an Order permitting them to file under seal portions of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation, filed contemporaneously herewith, and Exhibits 1-4 of the Declaration of Craig A. Benson in Support of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation.

4. Attached as Exhibit 1 is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0024384, designated by MT Picture Display Co., Ltd. as Confidential.

5. Attached as Exhibit 2 is a true and correct copy of the document produced at Bates number PHLP-CRT-014272, designated by Koninklijke Philips N.V. as Confidential.

6. Attached as Exhibit 3 is a true and correct copy of a certified translation of the document produced at Bates number CHU00028229, designated by Chunghwa Picture Tubes, Ltd. as Confidential.

7. Attached as Exhibit 4 is a true and correct copy of a relevant excerpt from the deposition of Dr. Jerry A. Hausman, dated July 23, 2014, designated by the Sharp Plaintiffs as Confidential.

8. Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales

to Sharp Corporation and Exhibits 1-4 refer to or contain excerpts from documents that producing parties have designated as "Confidential" under the Stipulated Protective Order [Docket Nos. 306, 1142].

9. Accordingly, Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. request that the documents identified herein be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of February, 2015, in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson

---

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NOS. 07-CV-5944 (MDL NO. 1917); 13-CV-1173; 13-CV-2776