Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. *v. Hitachi, Ltd.*, et al., Case No. 13-cv-1173 SC;<br><br>and<br><br>*Sharp Electronics Corp.*, et al. *v. Koninklijke Philips Electronics N.V.*, et al., Case No. 13-cv-2776 SC. | Case No. 07-cv-05944 (SC)<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SHARP ELECTRONICS CORP. AND SHARP ELECTRONICS MANUFACTURING CO. OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO THEIR OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF TOSHIBA'S SALES TO SHARP CORPORATION UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)** |

Upon consideration of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Administrative Motion to File Documents Related to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation Under Seal Pursuant to Civil Local Rules 7-11, 79-5(b), and 79-5(e), submitted in connection with Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation, it is hereby:

IT IS ORDERED that the Administrative Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk shall file and maintain under seal Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Unredacted Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation and Exhibits 1-4 attached to the Declaration of Craig A. Benson in Support of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation.

**IT IS SO ORDERED.**

DATED: _____     _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE