Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*,<br>Case No. 13-cv-1173 SC;<br><br>and<br><br>*Sharp Electronics Corp., et al.* v. *Koninklijke Philips Electronics N.V., et al.*, Case No. 13-cv-2776 SC. | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP ELECTRONICS CORPORATION & SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF TOSHIBA'S SALES TO SHARP CORPORATION**<br><br>**[EXHIBITS 1-4 FILED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5]** |

- 2 -

I, CRAIG A. BENSON, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this Court *pro hac vice*.

2. I submit this Declaration in support of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation, dated February 27, 2014. I have personal knowledge of the facts stated herein and could competently testify to these facts if called upon to do so.

3. Attached as Exhibit 1 is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0024384.

4. Attached as Exhibit 2 is a true and correct copy of the document produced at Bates number PHLP-CRT-014272.

5. Attached as Exhibit 3 is a true and correct copy of a certified translation of the document produced at Bates number CHU00028229.

6. Attached as Exhibit 4 is a true and correct copy of a relevant excerpt from the Deposition of Dr. Jerry A. Hausman, dated July 23, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of February, 2015, in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson

- 2 -

DECLARATION OF CRAIG A. BENSON ISO OPPOSITION TO TOSHIBA'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF TOSHIBA'S SALES TO SHARP CORPORATION
CASE NOS. 07-CV-5944 (MDL NO. 1917); 13-CV-1173; 13-CV-2776