# E<span style="font-variant:small-caps">XHIBIT</span> 1

**(L<span style="font-variant:small-caps">ODGED</span> U<span style="font-variant:small-caps">NDER</span> S<span style="font-variant:small-caps">EAL</span> P<span style="font-variant:small-caps">URSUANT</span> <span style="font-variant:small-caps">TO</span> C<span style="font-variant:small-caps">IVIL</span> L<span style="font-variant:small-caps">OCAL</span> R<span style="font-variant:small-caps">ULE</span> 79-5)**