# E<span>XHIBIT</span> 2

**(L<span>ODGED</span> U<span>NDER</span> S<span>EAL</span> P<span>URSUANT</span> TO C<span>IVIL</span> L<span>OCAL</span> R<span>ULE</span> 79-5)**