MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Indirect-Purchaser Class Action*<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | **[PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, et al., No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

)))))))))))))))))))))))))

## [PROPOSED] ORDER

Upon consideration of Indirect Purchaser Plaintiffs' Administrative Motion to File Documents Under Seal ("Administrative Motion"), it is hereby

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that the Clerk shall file under seal Exhibits 1 through 3 to the Declaration of Gerard A. Dever filed in support of Indirect Purchaser Plaintiffs' Response to Motion *In Limine* No. 12 to Exclude Plaintiffs' "Price Ladder" Theory of Recovery.

Dated: _____, 2015

_____
The Honorable Samuel Conti
Northern District of California