# EXHIBIT C
# FILED UNDER SEAL

# EXHIBIT D

# FILED UNDER SEAL

# EXHIBIT E

# FILED UNDER SEAL

**EXHIBIT F**

**FILED UNDER SEAL**