# EXHIBIT A

MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> Indirect-Purchaser Class Action | **INDIRECT PURCHASER PLAINTIFFS' SECOND PROPOSED FINAL JURY INSTRUCTIONS (JAN. 26, 2015)** <br><br><br><br> The Honorable Samuel Conti |

Pursuant to the Court's Stipulation and Order Regarding Scheduling (Dkt. 3182), Indirect Purchaser Plaintiffs hereby provide their Second Proposed Final Jury Instructions. Indirect Purchaser Plaintiffs expressly reserve the right to amend, supplement, or otherwise revise these jury instructions as appropriate, including, but not limited to, the parties' stipulations, the Court's rulings on any pending or pretrial motions, a final determination as to the manner in which these cases will be tried, proof at trial, Plaintiff's or Defendants' pursuit or abandonment of their claims or defenses, or as is otherwise reasonable and appropriate.

**20. Shareholder Liability**

An owner of the stock of a corporation, including a corporation that owns a majority or all of the stock of another corporation, is not liable for the unlawful actions of the owned corporation, unless any of the following are true:

- Both corporations were active participants in the conspiracy; or
- The owner actively influenced the other corporation in its unlawful acts; or
- One corporation is the "alter ego" of the other. A corporation is an alter ego where there is such unity of interest and ownership that the separate personalities of the corporation and its owner cease to exist, and to observe the corporate form would work an injustice.

Source:

*United States v. Bestfoods,* 524 U.S. 51, 61 (1998); *H.J. Inc. v. Int'l Tel & Tel. Corp.,* 867 F.2d 1531, 1549 (8th Cir. 1989); *see also Drinkwine v. Federated Publ'ns, Inc.,* 78 F.2d 735, 741 (9th Cir. 1985); *United States v. Everett,* 375 F. App'x 748, 751 (9th Cir. 2010) (alter ego test); *Seymour v. Hull & Moreland Eng'g,* 605 F.2d 1105, 1111 (9th Cir. 1979) (same); *Schwarzkopf v. Brimes,* 626 F.3d 1032, 1037 (9th Cir.2010) (in determining whether alter ego liability applies, a federal court applies the law of the forum state).