**EXHIBIT B**

1  [Counsel Listed on Signature Pages]

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-05944-SC (N.D. Cal) |
| 12 | MDL No. 1917 |
| 13  This Document Related to: | |
| 14  INDIRECT PURCHASER ACTIONS | **JOINT PROPOSED JURY INSTRUCTIONS** |
| 15  *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-05513 | [Annotated Version] |
| 16 | Judge: Hon. Samuel Conti |
| 17  *Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd, et al.*, Individual Case No. 11-cv-05502 | Trial Date: February 6, 2015 Time: 9:00 AM Ctrm: 1, 17th Floor |
| 18 | |
| 19  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396 | |
| 20  *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06397 | |
| 21 | |
| 22  *Dell Inc. et al. v. Hitachi, Ltd.*, Individual Case No. 13-cv-02171 | |
| 23  *Electrograph Systems, Inc. et al. v. Hitachi, Ltd.*, Individual Case No. 11-cv-01656 | |
| 24 | |
| 25  *Interbond Corp. of America d/b/a BrandsMart USA v. Hitachi, Ltd.*, Individual Case No. 11-06275 | |
| 26 | |
| 27  *Office Depot, Inc. v. Hitachi, Ltd.*, Individual Case No. 11-cv-06276 | |
| 28  *P.C. Richard & Son Long Island Corp. et al. v.* | |

| | |
|---|---|
| 1 | *Hitachi, Ltd.*, Individual Case No. 12-cv-02648 |
| 2 | |
| 3 | *Sears, Roebuck and Co. and Kmart Corp v. Chunghwa Picture Tubes, Ltd., et al.*, Individual Case No. 11-cv-05514 |
| 4 | |
| 5 | *Target Corp. v. Chunghwa Picture Tubes, Ltd., et. al.*, Individual Case No. 11-cv-05514 |
| 6 | *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC, et al., v. Technicolor SA, et al.*, Individual Case No. 13-cv-05668 |
| 7 | |
| 8 | *Tech Data Corp., et al. v. Hitachi, LTD., et al.*, Individual Case No. 13-cv-00151 |
| 9 | |
| 10 | *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, Individual Case No. 14-02510 |

Pursuant to the Court's December 8, 2014 Order Regarding Scheduling (CR 3182), Plaintiffs Best Buy Co., Inc., Circuit City, Kmart Corp., Sears, Roebuck and Co., Target Corp., ViewSonic Corp., and Sharp Electronics Corp. (collectively, "Plaintiffs"), and Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd (collectively, "SDI"); LG Electronics; Mitsubishi Electric Corporation; Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc. (collectively, "Hitachi"); Panasonic Corporation and Panasonic Corporation of North America ("Panasonic"), MT Picture Display ("MTPD"); Koninklijke Philips N.V, Philips Electronics North America Corporation, Philips do Brasil, Ltda., and Philips Taiwan Limited (collectively, "Philips"); Thomson SA; Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. (collectively, "Toshiba"); Chunghwa Picture Tubes, Ltd., and Chunghwa Picture Tubs (Malaysia) SDn. Bhd. (collectively, "Chunghwa"); and Beijing-Matsushita Color CRT Co. (all defendants collectively, "Defendants") hereby jointly submit the attached proposed jury instructions in this matter.

The parties reserve the right to amend, supplement, or otherwise revise these jury instructions as appropriate, including, but not limited to, based upon any stipulations between the parties, the Court's rulings on any motions, proof at trial, Plaintiffs' or Defendants' pursuit or abandonment of any claims or defenses, or as is otherwise reasonable and appropriate.

## JOINT PROPOSED INSTRUCTION NO. 63

## SHAREHOLDER NON-LIABILITY

An owner of the stock of a corporation, including a corporation that owns a majority or all of the stock of another corporation, is not liable for the unlawful acts of the corporation, unless the stockholder directed or otherwise actively influenced the corporation in its unlawful acts.

[**SOURCE**: *United States v. Bestfoods*, 524 U.S. 51, 61 (1998); *H.J. Inc. v. Int'l Tel. & Tel. Corp.*, 867 F.2d 1531, 1549 (8th Cir. 1989); *see also Drinkwine v. Federated Publ'ns, Inc.*, 78 F.2d 735, 741 (9th Cir. 1985)]

## JOINT PROPOSED INSTRUCTION NO. 64

## ACTS OF A CORPORATION

Under the law applicable to this case, the actions of a corporation are not the actions of any owner of the stock of the corporation, including a stockholder that owns a majority or all of the stock of the corporation.

[**SOURCE**: *United States v. Bestfoods*, 524 U.S. 51, 61 (1998); *H.J. Inc. v. Int'l Tel. & Tel. Corp.*, 867 F.2d 1531, 1549 (8th Cir. 1989); *see also Drinkwine v. Federated Publ'ns, Inc.*, 78 F.2d 735, 741 (9th Cir. 1985)]