ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@ robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@ robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@ robinskaplan.com
Lucas A. Messenger, Bar No. 217645
LMessenger@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:	310-552-0130
Facsimile:	310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC

Additional Counsel Listed Below

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:14-cv-02510-SC | The Honorable Samuel Conti<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs Best Buy[1] and ViewSonic Corporation (collectively, "Plaintiffs") respectfully request an order permitting Plaintiffs to file under seal portions of their OPPOSITION TO CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THE CHUNGHWA DEFENDANTS (the "Opposition") on pages 1-6, 8-11, 13, and 15, as well as the entirety of Exhibits A-C and G-M to the Declaration of Lucas A. Messenger filed in support of the Opposition (the "Messenger Exhibits"). Plaintiffs also request an order permitting them to file under seal portions of the Declaration of Alan S. Frankel filed in support of the Opposition (the "Frankel Declaration") on pages 1-4, as well as the entirety of Exhibits A-C (together with the Messenger Exhibits, the "Designated Exhibits").

Plaintiffs requests that the Designated Exhibits be filed under seal pursuant to Civil Local Rule 79-5(d). Specifically, they refer to, contain, and/or reflect excerpts of documents and testimony that have been designated as "confidential" or "highly confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 by Judge Samuel Conti in *In re Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 07-5944-SC (MDL No. 1917), in the United States District Court for the Northern District of California, San Francisco Division ("CRT Antitrust MDL"). (CRT Antitrust MDL Docket No. 306.) The confidential/highly confidential designations have been made by certain parties in the CRT Antitrust MDL. To qualify under the Stipulated Protective Order as "confidential" or "highly confidential," the information must contain trade secrets or other confidential research, development or commercial information or other private or competitively sensitive information. (Stipulated Protective Order ¶ 1.)

Plaintiffs are filing redacted copies of their Opposition, the Frankel Declaration, and the Designated Exhibits in accordance with Civil Local Rule 79-5. Plaintiffs are also filing under seal an unredacted version of the Opposition, the Frankel Declaration, and the Designated

---

[1] "Best Buy" consists of Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C.

Master Case No. 3:07-cv-05944-SC
60952910
-1-
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

Exhibits, which indicate by light grey highlighting the portions of the Consolidated Opposition that have been omitted from the redacted version due to "confidential" or "highly confidential" designations.

Plaintiffs submit this Application as the party wishing to file documents referencing, containing, or analyzing, in whole or in part, the documents described above. Plaintiffs attach hereto the Declaration of Lucas A. Messenger in support of this Application. Contemporaneous with filing this Application, Plaintiffs are giving notice to the defendants in the CRT Antitrust MDL of this Application and of the Opposition, Frankel Declaration, and Designated Exhibits to be filed in this case. Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality pursuant to the provisions of the Stipulated Protective Order.

Accordingly, Plaintiffs request that the Court grant this Administrative Motion to File Under Seal portions of the Opposition and Frankel Declaration, as well as the entirety of the Designated Exhibits.

DATED: February 27, 2015         /s/ *Lucas A. Messenger*

Roman M. Silberfeld
Bernice Conn
David Martinez
Lucas A. Messenger
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rsilberfeld@robinskaplan.com
       bconn@robinskaplan.com
       dmartinez@robinskaplan.com
       lmessenger@robinskaplan.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: ekaplan@ robinskaplan.com
       kwildfang@ robinskaplan.com
       lnelson@ robinskaplan.com

|   |   |
|---|---|
| 1 |   |
| 2 | *Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C.* |
| 3 |   |
| 4 | /s/  *Jerome A. Murphy* |
| 5 | Jerome A. Murphy (pro hac vice)<br>Matthew J. McBurney (pro hac vice)<br>Astor H.L. Heaven (pro hac vice)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: 202-624-2500<br>Facsimile: 202-628-5116<br>E-mail: jmurphy@crowell.com<br>mmcburney@crowell.com<br>aheaven@crowell.com |

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
rmcnary@crowell.com

*Counsel for Plaintiff ViewSonic Corp.*

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

Master Case No. 3:07-cv-05944-SC
60952910

- 3 -

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5