1   ROBINS KAPLAN LLP
    Roman M. Silberfeld, Bar No. 62783
2   RSilberfeld@ robinskaplan.com
    Bernice Conn, Bar No. 161594
3   BConn@ robinskaplan.com
    David Martinez, Bar No. 193183
4   DMartinez@ robinskaplan.com
    Lucas A. Messenger, Bar No. 217645
5   LMessenger@robinskaplan.com
    2049 Century Park East, Suite 3400
6   Los Angeles, CA 90067-3208
    Telephone:     310-552-0130
7   Facsimile:     310-229-5800

8   Attorneys for Plaintiffs

9   BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST
    BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES,
10  L.P.; BESTBUY.COM, LLC

11  Additional Counsel Listed Below

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16

17

18  IN RE: CATHODE RAY TUBE (CRT)          Master File No. 3:07-cv-05944-SC
    ANTITRUST LITIGATION                   MDL No. 1917

19
                                           The Honorable Samuel Conti
20  This Document Relates to:
                                           **[PROPOSED] ORDER REGARDING**
21  *Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*,   **PLAINTIFFS' ADMINISTRATIVE**
    No. 3:11-cv-05513-SC                   **MOTION TO FILE DOCUMENTS**
                                           **UNDER SEAL PURSUANT TO CIVIL**
22  *ViewSonic Corp. v. Chunghwa Picture Tubes,*   **LOCAL RULES 79-5 AND 7-11**
    *Ltd. et al.*, No. 3:14-cv-02510-SC

23

24

25

26

27

28

Master Case No. 3:07-cv-05944-SC                                    [PROPOSED] ORDER
60954267

*Sidebar (vertical text):* ROBINS KAPLAN LLP — ATTORNEYS AT LAW — LOS ANGELES

Having considered the Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and ViewSonic Corporation's administrative motion regarding whether certain documents lodged with the Court should be filed under seal pursuant to the Civil Local Rules 7-11 and 79-5, and good cause appearing, the motions is hereby GRANTED.

IT IS HEREBY ORDERED that the following document shall remain under seal:

- Portions of the OPPOSITION TO CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THE CHUNGHWA DEFENDANTS (the "Opposition") on pages 1-6, 8-11, 13, and 15;

- Portions of the Declaration of Alan S. Frankel filed in support of the Opposition on pages 1-4;

- The entirety of Exhibits A-C to the Declaration of Alan S. Frankel filed in support of the Opposition; and

- The entirety of Exhibits A-C and G-M to the Declaration of Lucas A. Messenger filed in support of the Opposition.

IT IS FURTHER ORDERED that, to maintain the effect of the Seal under Civil Local Rule 79-5, the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents of their contents absent further order of the Court.

**IT IS SO ORDERED**.


DATED:

_____
HONORABLE SAMUEL CONTI
United States District Court Judge