# EXHIBIT C

# REDACTED

# FILED UNDER SEAL