# EXHIBIT A

# REDACTED

# FILED UNDER SEAL