# EXHIBIT B

# REDACTED

# FILED UNDER SEAL