# EXHIBIT H

# REDACTED

# FILED UNDER SEAL