# EXHIBIT I

REDACTED

FILED UNDER

SEAL