# EXHIBIT J

# REDACTED

# FILED UNDER

# SEAL