# EXHIBIT K

# REDACTED

# FILED UNDER SEAL