# EXHIBIT L

# REDACTED

# FILED UNDER SEAL