# EXHIBIT M

# REDACTED

# FILED UNDER

# SEAL