ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:      310-552-0130
Facsimile:      310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; and BESTBUY.COM, L.L.C.

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917 |
| | [Honorable Samuel Conti] |
| This document relates to: | **PROOF OF SERVICE** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,*<br>*No. 11-cv-05513-SC* | |
| *ViewSonic Corporation v. Chunghwa Picture*<br>*Tubes, Ltd., et al., No. 14-cv-02510* | |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA            )
                               ) ss.
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On February 27, 2015**,** I served the foregoing document described as:

**1. OPPOSITION TO CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THE CHUNGHWA DEFENDANTS**

**2. DECLARATION OF LUCAS A. MESSENGER IN SUPPORT OF OPPOSITION TO CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THE CHUNGHWA DEFENDANTS**

**3. DECLARATION OF ALAN S. FRANKEL IN SUPPORT OF OPPOSITION TO CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES(MALAYSIA) SDN. BHD.'S MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THECHUNGHWA DEFENDANTS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ ]     BY FEDERAL EXPRESS - OVERNIGHT:  I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[ ]     BY MAIL**:**  I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]     BY PERSONAL SERVICE:  I caused such envelope to be delivered by hand to the offices of the addressees.

**[X]     BY ELECTRONIC MAIL**:  I caused a true copy of the document described to be served by electronic mail to the addressees.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.

60954513.1                                    -2-                        PROOF OF SERVICE

1    Executed on **February 27, 2015**, at Los Angeles, California.

2

3                                                            /s/ Diana Tehranfar
                                                          Diana Tehranfar

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.

1

## SERVICE LIST

2

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Telephone:      (518) 434-0600<br>Facsimile:      (518) 434-0665<br>Email: piovieno@bsfllp.com<br>          anardacci@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio E. Varanini<br>Deputy Attorney General<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:     415-703-5908<br>Fax:     415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

Mario N. Alioto
Lauren Capurro
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Tel:    415-563-7200
Fax:    415-346-0679
Email: malioto@tatp.com
       laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

Joseph Goldberg
Vincent J. Ward
Josh Ewing
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza N.W., Suite 700
Albuquerque, NM 87102
Telephone:  (505) 842-9960
Facsimile:  (505) 842-0761
Email: jg@fbdlaw.com
       vjw@fbdlaw.com
       je@fbdlaw.com

*Associated Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Class*

Donald L. Perelman
Gerard E. Dever
Matthew Dunacan
FINE, KAPLAN, and BLACK, R.P.C..
One S. Broad Street, 23rd Floor
Philadelphia, PA19107
Telephone: (215) 567-6565
Facsimile:  (215) 568-5672
Email:  dperleman@finekaplan.com
        gdever@finekaplan.com
        mduncan@finekaplan.com

*Associated Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Class*

Dennis Stewart
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone:  (619) 338-1133
Facsimile:  (619) 338-1139
Email:  dstewart@hulettharper.com

*Associated Counsel for Plaintiff Jeffrey Figone and Indirect Purchaser Class*

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco CA 94111
Tel:    415-217-6810
Fax:    415-217-6813
Email: guido@saveri.com
       rick@saveri.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1  |  Jeffrey L. Kessler
2  |  Jennifer M. Stewart
      A. Paul Victor
3  |  Eva W. Cole
      Molly M. Donovan
4  |  Martin C. Geagan
      John S. Tschirgi
5  |  WINSTON & STRAWN LLP
      200 Park Avenue
6  |  New York, NY 10166
      Tel:    212-294-4692
7  |  Fax:   212-294-4700
      Email: jkessler@winston.com
8  |           jstewart@winston.com
             pvictor@winston.com
9  |           ewcole@winston.com
             mmdonovan@winston.com
10 |           mgeagan@winston.com
             jtschirgi@winston.com
11 |  Matthew R. DalSanto
12 |  WINSTON & STRAWN LLP
      35 West Wacker Drive
13 |  Chicago, IL 60601
      Tel:   312-558-6211
14 |  Fax:  312-558-5700
      E-mail:  mdalsanto@winston.com
15 |
      Aldo Badini
16 |  WINSTON & STRAWN LLP
      3300 Hillview Avenue
17 |  Palo Alto, CA 94304
      Tel:    650-858-6424
18 |  Fax:   650-858-6550
      E-mail:  abadini@winston.com
19 |
20 |  *Counsel for Panasonic Corporation;*
      *Panasonic Corporation of North America; and*
21 |  *MT Picture Display Co., Ltd.*
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Steven A. Reiss
David L. Yohai
David Yolkut
Marjan Hajibandeh (*pro hac vice*)
Ryan Goodland (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel:    212-310-8000
Fax:   212-310-8007
Email: steven.reiss@weil.com
        david.yohai@weil.com
        david.yolkut@weil.com
        marjan.hajibandeh@weil.com
        ryan.goodland@weil.com

Bambo Obaro
Meaghan P. Thomas-Kennedy (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Tel:    (650) 802-3000
Fax:   (650) 802-3100
Email: bambo.obaro@weil.com
          Meaghan.thomas-kennedy@weil.com

Craig Y. Allison
BUNSOW DE MORY, SMITH & ALLISON
LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (650) 351-7253
Email: callison@bdiplaw.com

Amy Lee Stewart
ROSE LAW FIRM
120 East Fourth Street
Little Rock, AR 72201
Tel: (501) 377-0334
Fax: (501) 375-1309
E-mail:  astewart@roselawfirm.com

*Counsel for Panasonic Corporation;*
*Panasonic Corporation of North America;*
*and MT Picture Display Co., Ltd.*

| | |
|---|---|
| Eliot A. Adelson<br>James Maxwell Cooper<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Tel:    415-439-1400<br>Fax:    415-439-15001<br>Email: eliot.adelson@kirkland.com<br>          max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>Barack S. Echols (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: 312-862-2000<br>Fax: 312-862-2200<br>Email: james.mutchnik@kirkland.com<br>          kate.wheaton@kirkland.com<br>          barack.echols@kirkland.com<br><br>*Counsel for Hitachi, Ltd.; Hitachi Displays,*<br>*Ltd.; Hitachi America, Ltd., Hitachi Asia, Ltd.;*<br>*and Hitachi Electronic Devices (USA), Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel:    415-393-8200<br>Fax:    415-393-8206<br>Email: jsanders@gibsondunn.com<br>          rbrass@gibsondunn.com<br>          *cfujita@gibsondunn.com*<br><br>William S. Farmer (SBN 46694)<br>David Brownstein (SBN 141929)<br>Jacob Alpren (SBN 235713)<br>FARMER BROWNSTEIN JAEGER LLP<br>235 Montgomery Street, Suite 835<br>San Francisco CA 94104<br>Telephone (415) 962-2876<br>Facsimile: (415) 520-5678<br>Email: WFarmer@FBJ-law.com<br>DBrownstein@FBJ-law.com<br>JAlpren@FBJ-law.com<br><br>*Counsel for Chunghwa Picture Tubes, Ltd.*<br>*and Chunghwa Picture Tubes (Malaysia)* |

| | |
|---|---|
| Christopher M. Curran (*pro hac vice*)<br>Lucius B. Lau (*pro hac vice*)<br>Charise Naifeh<br>Dana Foster (*pro hac vice*)<br>WHITE & CASE<br>701 Thirteenth Street N.W.<br>Washington, DC 20005<br>Tel:     202-626-3600<br>Fax:     202-639-9355<br>Email: ccurran@whitecase.com<br>        alau@whitecase.com<br>        cnaifeh@whitecase.com<br>        dfoster@whitecase.com<br><br>*Counsel for Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronics Components, Inc.; Toshiba America Information Systems, Inc.* | William Temko<br>Jonathan Altman<br>Hojoon Hwang<br>Laura Lin<br>Miriam Kim<br>Bethany W. Kristovich<br>Jerome C. Roth<br>Cathleen H. Hartge<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>San Francisco, CA 94105-2907<br>Tel:     415-512-4009<br>Fax:     415-512-4077<br>Email: william.temko@mto.com<br>        jonathan.altman@mto.com<br>        hojoon.hwang@mto.com<br>        laura.lin@mto.com<br>        miriam.kim@mto.com<br>        bethany.kristovich@mto.com<br>        jerome.roth@mto.com<br>        cathleen.hartge@mto.com<br><br>Jessica Barclay-Strobel<br>Claire Yan<br>E. Martin Estrada<br>Brad D. Brian<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Tel:     213-683-9100<br>Fax:     213-687-3702<br>Email: *Jessica.barclay-strobel@mto.com*<br>        *Claire.yan@mto.com*<br>        *Martin.estrada@mto.com*<br>        *Brad.brian@mto.com*<br><br>Robert E. Freitas<br>Jason S. Angell<br>Jessica N. Leal<br>FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, Suite 200<br>Redwood Shores, CA 94065<br>Tel:     (650) 593-6300<br>Fax:     (650) 593-6301<br>Email:  *rfreitas@fawlaw.com*<br>        *jangell@fawlaw.com*<br>        *jleal@fawlaw.com*<br><br>*Attorneys for Defendants LG Electronics, Inc., LG electronics U.S.A., Inc., and LG Electroics Taiwan Taipai Co., Ltd.* |

ROBINS KAPLAN LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

| | |
|---|---|
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br>Richard P. Sobiecki, *pro hac vice*<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel:     (202) 639-7700<br>Fax:     (202) 639-7890<br>Email: john.taladay@bakerbotts.com<br>        erik.koons@bakerbotts.com<br>        *charles.malaise@bakerbotts.com*<br>        rich.sobiecki@bakerbotts.com | Christine Laciak<br>Richard Snyder<br>FRESHFIELDS BRUCKHAUS<br>& DERINGER US, LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Tel: (202) 777-4500<br>Email: christine.laciak@freshfields.com<br>        richard.snyder@freshfields.com |
| Jon V. Swenson<br>BAKER BOTTS L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Tel:     (650) 739-7500<br>Fax:     (650) 739-7699<br>Email: jon.swenson@bakerbotts.com | Michael Lacovara<br>FRESHFIELDS BRUCKHAUS<br>& DERINGER US, LLP<br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>Tel: (212) 277-4000<br>Fax: (202) 277-4001<br>E-mail: Michael.lacovara@freshfields.com |
| Van H. Beckwith<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>Tel:     (214)  953-6505<br>Fax:     (214) 661-4505<br>Email:  van.beckwith@bakerbotts.com | *Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* |
| Marc Howard Kallish<br>FREEBORN & PETERS LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel:  (312) 360-6471<br>Fax:  (312) 360-6520<br>Email: Mkallish@freeborn.com | |
| *Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation* | |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Joseph R. Tiffany, II<br>PILLSBURY WINTHROP SHAW<br>PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4644<br>Facsimile: (650) 233-4545<br>Email: joseph.tiffany@pillsburylaw.com<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.* | Michael R. Lazerwitz<br>CLEARY GOTTLIEG STEEN &<br>HAMPTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: mlazerwitz@cgsh.com<br><br>*Counsel for Defendant LP Displays International, Ltd.* |
| Gary L. Halling<br>James L. McGinnis<br>Michael W. Scarborough<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel:    415-434-9100<br>Fax:    415-434-3947<br>Email: jmcginnis@sheppardmullin.com<br>        mscarborough@sheppardmullin.com<br>        dballard@sheppardmullin.com<br><br>Leo D. Caseria<br>Helen Cho Eckert<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone: 213-620-1780<br>Fax: 213-620-1398<br>E-mail: lcaseria@sheppardmullin.com<br>        heckert@sheppardmullin.com<br><br>Bruce Cobath<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Tel:   212-653-8700<br>E-mail: bcolbath@sheppardmullin.com<br><br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* | Brent Caslin<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel:  (213) 239-5100<br>Fax:  (213) 239-5199<br>Email: bcaslin@jenner.com<br><br>Terrence J. Truax<br>Michael T. Brody<br>Shaun M. Van Horn<br>Gabriel A. Fuentes<br>Molly M. Powers<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel:  (312) 222-9350<br>Fax:  (312) 527-0484<br>Email: ttruax@jenner.com<br>        mbrody@jenner.com<br>        svanhorn@jenner.com<br>        gfuentes@jenner.com<br>        mpowers@jenner.com<br><br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

Calvin L. Litsey
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Tel: (650) 324-6700
Email: calvin.litsey@faegrebd.com

Kathy L. Osborn  (*pro hac vice*)
Ryan M. Hurley  (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300
Email: kathy.osborn@faegrebd.com
          ryan.hurley@faegrebd.com

Jeffrey S. Roberts
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Tel: (303) 607-3500
Email: jeff.roberts@faegrebd.com

Stephen M. Judge
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Tel: (574) 234-4149
Email: steve.judge@faegrebd.com

*Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)*

Mark C. Dosker
Nathan Lane, III
SQUIRE PATTON BOGGS (US)  LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel:    415-954-0200
Fax:    415-393-9887
Email: mark.dosker@squiresanders.com
          nathan.lane@squiresanders.com

Donald A. Wall (Pro Hac Vice)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4000
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

Ellen Tobin (pro hac vice)
Jeffrey I. Zuckerman (pro hac vice)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel:      (212) 696-8873
Email: etobin@curtis.com
          jzuckerman@curtis.com

Arthur S. Gaus
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, CA 94108
Tel:      (415) 397-2700
Fax:      (415) 397-3300
Email: asg@dillinghammurphy.com

*Counsel for Technologies Displays Americas LLC*