1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
3  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
   2001 K Street, NW
4  Washington, DC 20006-1047
   Telephone: (202) 223-7300
5  Facsimile: (202) 204-7420
   Email: kgallo@paulweiss.com
6  Email: jsimons@paulweiss.com
7  Email: cbenson@paulweiss.com

8  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
9  **TAYLOR & COMPANY LAW OFFICES, LLP**
   One Ferry Building, Suite 355
10 San Francisco, California 94111
   Telephone: (415) 788-8200
11 Facsimile: (415) 788-8208
12 Email: staylor@tcolaw.com
   Email: jpatchen@tcolaw.com
13

14 *Attorneys for Plaintiffs Sharp Electronics Corporation and
   Sharp Electronics Manufacturing Company of America, Inc.*
15

16
                          **UNITED STATES DISTRICT COURT**
17                        **NORTHERN DISTRICT OF CALIFORNIA**
                               **SAN FRANCISCO DIVISION**
18

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*,<br>No. 13-cv-01173;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | **SHARP PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP ELECTRONICS CORPORATION & SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE NOS. 9 AND 15 UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)** |

Pursuant to Federal Rule of Civil Procedure 5.2(e), and Civil Local Rules 7-11, 79-5(b), and 79-5(e), Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"), by and through their counsel, respectfully submit this Administrative Motion for a Sealing Order permitting Plaintiffs to file under seal Exhibits 4, 5, 6, 7, 8 and 9 to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15, and portions of Sharp's Opposition Defendants' Motions in Limine Nos. 9 and 15.

This motion is supported by the Declaration of Craig A. Benson in Support of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Administrative Motion to File Documents Under Seal, dated February 27, 2015. *See* Civ. L. R. 79(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

Civil Local Rule 79-5(b) states that a document may only be filed under seal "pursuant to a court order that authorizes the sealing of the particular document" and requires the party seeking to file a document under seal to show that the document contains information that "is privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(b). Civil Local Rule 79-5(e) states that "[i]f the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order . . . the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential." Civ. L. R. 79-5(e).

Plaintiffs seek to file under seal Exhibits 4, 5, 6, 7, 8 and 9 to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15, and portions of Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15, because there is a "compelling reason" for doing so for these documents. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). A party meets the "compelling reasons" standard by presenting "articulable facts" identifying the interests favoring filing a document under seal. *Id.* at 1181. Plaintiffs meet this standard because Exhibits 4, 6, 7, 8 and 9 to the Declaration of Craig A. Benson in Support of Sharp's Opposition

to Defendants' Motions in Limine Nos. 9 and 15, and portions of Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15, contain confidential, non-public information designated Confidential or Highly Confidential by the producing parties in accordance with the Protective Order applicable to this action.

Pursuant to Civil Local Rule 79-5(d), copies of Exhibits 4, 5, 6, 7, 8 and 9 to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15, and portions of Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15, will be lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the Court pending the Court's granting of a Motion to Seal. Plaintiffs are prepared to e-file as part of the public record in this case unredacted copies of these Exhibits and the Opposition to Defendants' Motions in Limine Nos. 9 and 15.

For these reasons, the standard for filing under seal is met in the present case and Sharp respectfully submits this motion pursuant to Civil Local Rule 7-11, 79-5(b), and 79-5(e).

DATED:  February 27, 2015          By: */s/ Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

1  
2  
3  
4  
5  
6  
7  
8  

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  

-3-
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(B), AND 79-5(E)
CASE NOS. 07-5944-SC; 13-01173-SC; 13-2776-SC; MDL NO. 1917

**CERTIFICATE OF SERVICE**

On February 27, 2015, I caused a copy of Administrative Motion To File Documents Related To Sharp Electronics Corporation & Sharp Electronics Manufacturing Company Of America, Inc.'s Opposition To Defendants Motions In Limine Nos. 9 And 15 Under Seal Pursuant To Civil Local Rules 7-11, 79-5(b), And 79-5(e) to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

DATED:  February 27, 2015          By: */s/ Craig A. Benson*
                                       Craig A. Benson