Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) MDL No. 1917 |
| This Document Relates To: | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE: DEFENDANTS' MOTIONS IN LIMINE NOS. 9 AND 15** |
| *Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173; | |
| *Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | |

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia and on March 20, 2013 was granted leave to appear *pro hac vice*. Dkt. No. 12.

2. I submit this Declaration in support of Sharp Plaintiffs' Administrative Motion to File Documents Related to Sharp Electronics Corporation & Sharp Manufacturing Company of America, Inc.'s Opposition to Defendants' Motions in Limine Nos. 9 and 15 Under Seal. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. Pursuant to Civil Local Rules 7-11 and 79-5, Sharp, by and through counsel, respectfully request an Order permitting them to file under seal portions of Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15, filed contemporaneously herewith, and Exhibits 4, 6, 7, 8, and 9 of the Declaration of Craig A. Benson in Support of Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15 ("Benson Declaration").

4. Attached as Exhibit 4 is a true and correct copy of relevant excerpts from the Expert Report of Jerry A. Hausman, dated April 15, 2014, designated as Highly Confidential by Sharp. Upon information and belief, the document in Exhibit 4 consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information of Sharp. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining Sharp's business relationships and would put Sharp at a competitive disadvantage.

5. Attached as Exhibit 5 is a true and correct copy of relevant excerpts from the deposition transcript of Jerry A. Hausman, dated July 23, 2014, designated as Confidential. Upon information and belief, the document in Exhibit 5 contains, cites to, and/or identifies materials designated as Confidential or Highly Confidential by the defendants.

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NOS. 07-5944-SC; 13-1173-SC; 13-2776-SC; MDL NO. 1917

6. Attached as Exhibit 6 is a true and correct copy of relevant excerpts from the Reply Expert Report of Prof. Dennis W. Carlton, dated August 5, 2014, designated as Highly Confidential.

7. Attached as Exhibit 7 is a true and correct copy of relevant excerpts from the deposition transcript of Prof. Dennis W. Carlton, dated September 17, 2014, designated as Confidential.

8. Attached as Exhibit 8 is a true and correct copy of relevant excerpts from the Supplemental Expert Report of Jerry A. Hausman, dated July 3, 2014, designated as Highly Confidential by Sharp. Upon information and belief, the document in Exhibit 8 consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information of Sharp. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining Sharp's business relationships and would put Sharp at a competitive disadvantage.

9. Attached as Exhibit 9 is a true and correct copy of the Rebuttal Expert Report of Jerry A. Hausman, dated September 26, 2014, designated as Highly Confidential by Sharp. Upon information and belief, the document in Exhibit 9 consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information of Sharp. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining Sharp's business relationships and would put Sharp at a competitive disadvantage.

10. Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15 and Exhibits 4, 5, 6, 7, 8, and 9 to the Benson Declaration refer to or contain excerpts from documents that producing parties have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order [Docket Nos. 306, 1142].

11. Accordingly, Sharp requests that the documents identified herein be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of February, 2015 in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson