Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Elecs. Corp. v. Hitachi, Ltd.*, No. 13-cv-01173;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | **[PROPOSED] ORDER GRANTING SHARP PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTIONS IN LIMINE NOS. 9 AND 15 UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)** |

Upon consideration of Sharp Plaintiffs' Administrative Motion to File Documents Related to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to Defendants' Motions in Limine Nos. 9 and 15 Under Seal Pursuant to Civil Local Rules 7-11, 79-5(b), and 79-5(e) ("Administrative Motion"), submitted in connection with Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to Defendants' Motions in Limine Nos. 9 and 15, it is hereby:

IT IS ORDERED that the Administrative Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk shall file and maintain under seal Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to Defendants' Motions in Limine Nos. 9 and 15 and Exhibits 4, 5, 6, 7, 8 and 9 attached to the Declaration of Craig A. Benson in Support of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to Defendants' Motions in Limine Nos. 9 and 15.

**IT IS SO ORDERED.**

DATED: _____          _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE