Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173-SC;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | Case No. 07-cv-5944 (SC)<br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP ELECTRONICS CORPORATION & SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE NOS. 9 AND 15**<br><br>**[EXHIBITS 4, 6, 7, 8, and 9 FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5]** |

- 1 -

DECLARATION OF CRAIG A. BENSON ISO OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE NOS. 9 & 15
CASE NOS. 13-1173-SC, 13-2776-SC; 07-5944-SC; MDL NO. 1917

1  I, CRAIG A. BENSON, hereby declare as follows:

2  1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this court *pro hac vice*.

  2. I submit this Declaration in support of Sharp's Opposition to Defendants' Motions in Limine Nos. 9 and 15, dated February 27, 2015. I have personal knowledge of the facts stated herein and could competently testify to these facts if called upon to do so.

  3. The phrase "information exchange" appears 163 times collectively in the deposition transcripts of Jerry A. Hausman, dated July 23, 2014 and November 3, 2014.

  4. Sharp's 30(b)(6) representative Vincent Sampietro was deposed by the defendants on June 25, 2014. Sharp's 30(b)(6) representative Robert Scaglione was deposed by the defendants on June 26, 2014. Sharp's fact witness Toshihito Nakanishi was deposed by the defendants on July 29-30, 2014. Sharp's expert Dr. Jerry Hausman was deposed by the defendants on July 23, 2014 and November 3, 2014. Sharp's expert Dr. Michael Whinston was deposed by the defendants on September 17, 2014.

  5. Between February 26, 2014, when Sharp served its First Supplemental Responses and Objections to Defendants Hitachi Electronic Devices (USA), and Samsung SDI America, Inc.'s First Set of Interrogatories, and the close of discovery in September 2014, defendants served 40 different sets of discovery on Sharp.

  6. Attached as Exhibit 1 is a true and correct copy of relevant excerpts from Sharp's First Supplemental Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc., and Samsung SDI America, Inc.'s First Set of Interrogatories, dated February 26, 2014. Sharp's Supplemental Response to Interrogatory No. 12 (the "Supplemental Response") specifically refers to Sharp's rule of reason theory.

7. Attached as Exhibit 2 is a true and correct copy of relevant excerpts from the Answer of Koninklijke Philips N.V. to Sharp Electronics Corporation's and Sharp Electronics Manufacturing Company of America, Inc.'s Complaint, dated March 26, 2014.

8. Attached as Exhibit 3 is a true and correct copy of relevant excerpts from the Answer of Philips Electronics North America Corporation to Sharp Electronics Corporation's and Sharp Electronics Manufacturing Company of America, Inc.'s Complaint, dated March 26, 2014.

9. Attached as Exhibit 4 is a true and correct copy of the Expert Report of Jerry A. Hausman, dated April 15, 2014.

10. Attached as Exhibit 5 is a true and correct copy of relevant excerpts from the deposition transcript of Jerry A. Hausman, dated July 23, 2014.

11. Attached as Exhibit 6 is a true and correct copy of relevant excerpts from the Reply Expert Report of Prof. Dennis W. Carlton, dated August 5, 2014.

12. Attached as Exhibit 7 is a true and correct copy of relevant excerpts from the deposition transcript of Prof. Dennis W. Carlton, dated September 17, 2014.

13. Attached as Exhibit 8 is a true and correct copy of the Supplemental Expert Report of Jerry A. Hausman, dated July 3, 2014.

14. Attached as Exhibit 9 is a true and correct copy of the Rebuttal Expert Report of Jerry A. Hausman, dated September 26, 2014.

15. Attached as Exhibit 10 is a true and correct copy of excerpts of the draft Pretrial Order exchanged between the parties on February 6, 2015.

16. Attached as Exhibit 11 is a true and correct copy of relevant excerpts from Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Objections and Reponses to Defendants Thomson SA and Thomson Consumer Electronics, Inc.'s First Set of Interrogatories, dated July 10, 2014. In response to Request Nos. 2, 4, and 6 Sharp specifically refers to Sharp's Supplemental Response.

17. Attached as Exhibit 12 is a true and correct copy of relevant excerpts from Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of

America, Inc.'s Objections and Reponses to Defendants MT Picture Display Co., Ltd. And LG Electronics USA, Inc.'s Second Set of Interrogatories, dated July 28, 2014. In response to Request No. 17, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

18. Attached as Exhibit 13 is a true and correct copy of relevant excerpts from Sharp's Response to Hitachi America, Ltd.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated August 4, 2014. In response to Request No. 4, Sharp specifically refers to Sharp's Supplemental Response.

19. Attached as Exhibit 14 is a true and correct copy of relevant excerpts from Sharp's Response to Hitachi Displays, Ltd.'s (n/k/a Japan Display Inc.) First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated August 4, 2014. In response to Request No. 1, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

20. Attached as Exhibit 15 is a true and correct copy of relevant excerpts from Sharp's Response to Hitachi Electronic Devices (USA), Inc.'s Second Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated August 4, 2014. In response to Interrogatory No. 15, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

21. Attached as Exhibit 16 is a true and correct copy of relevant excerpts from Sharp's Response to Hitachi, Ltd.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated August 4, 2014. In response to Interrogatory No. 1, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

1       22.     Attached as Exhibit 17 is a true and correct copy of relevant excerpts from Sharp's Response to Defendant LG Electronics U.S.A., Inc.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated August 21, 2014.  In response to Request No. 1, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

        23.     Attached as Exhibit 18 is a true and correct copy of relevant excerpts from Sharp's Response to Panasonic Corporation of North America's First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated August 21, 2014.  In response to Request No. 1, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

        24.     Attached as Exhibit 19 is a true and correct copy of relevant excerpts from Sharp's Response to Koninklijke Philips N.V.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated August 25, 2014.  In response to Request Nos. 6-17, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

        25.     Attached as Exhibit 20 is a true and correct copy of relevant excerpts from Sharp's Response to Toshiba America Information Systems, Inc.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated September 5, 2014.  In response to Request Nos. 1-12, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

        26.     Attached as Exhibit 21 is a true and correct copy of relevant excerpts from Plaintiff Sharp Electronics Corporation's Second Supplemental Responses and Objections to Defendant Samsung SDI America, Inc.'s First Set of Interrogatories, dated September 5, 2014.  In response to Interrogatory No. 3, Sharp specifically refers to Sharp's Objections and Responses

to Defendants MT Picture Display Co., Ltd. and LG Electronics USA, Inc.'s Second Set of Interrogatories, Interrogatory No. 17 (dated July 28, 2014), which referred to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

27. Attached as Exhibit 22 is a true and correct copy of relevant excerpts from Sharp's Response to Tianjin Samsung SDI Co., Ltd.'s First Set of Interrogatories to Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated September 4, 2014. In response to Interrogatory No. 3, Sharp states that it "contends that information exchanges between Defendants and co-conspirators affected prices and thus constitute an antitrust violation under the rule of reason, even in the absence of an express agreement to fix prices."

28. Attached as Exhibit 23 is a true and correct copy of relevant excerpts from Sharp's Responses to Thomson SA's Second Set of Interrogatories to Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated September 5, 2014. In response to Interrogatory Nos. 6-9, Sharp states that it "contends that information exchanges between Defendants and co-conspirators affected prices and thus constitute an antitrust violation under the rule of reason, even in the absence of an express agreement to fix prices." Additionally, in response to Interrogatory Nos. 4-5, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

29. Attached as Exhibit 24 is a true and correct copy of relevant excerpts from Sharp's Response to Philips Electronics North America Corporation's First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., dated September 5, 2014. In response to Request Nos. 13-17 and 19-25, Sharp specifically refers to Sharp's Responses to Thomson SA and Thomson Consumer's First Set of Interrogatories, No. 2 (dated July 10, 2014), which referred to Sharp's Supplemental Response.

30.     Attached as Exhibit 25 is a true and correct copy of relevant excerpts from the deposition transcript of Sharp witness Toshihito Nakanishi, dated July 30, 2014.

I declare under penalty of perjury, that the foregoing is true and correct. Executed this 27th day of February, 2015, at Washington, DC.

                                                      */s/ Craig A. Benson*
                                                         Craig A. Benson