# E<small>XHIBIT</small> 7

**(L<small>ODGED</small> U<small>NDER</small> S<small>EAL</small> P<small>URSUANT</small> <small>TO</small> C<small>IVIL</small> L<small>OCAL</small> R<small>ULE</small> 79-5)**