# EXHIBIT 8

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5)**