# **EXHIBIT 21**

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.*, Case No. 13-cv-1173 SC. | **PLAINTIFF SHARP ELECTRONICS CORPORATION'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT SAMSUNG SDI AMERICA, INC.'S FIRST SET OF INTERROGATORIES** |

**PROPOUNDING PARTIES:** Samsung SDI America, Inc.

**RESPONDING PARTIES:** Sharp Electronics Corporation

**SET NO.:** ONE

SHARP ELECTRONICS CORPORATION'S SECOND
SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO SAMSUNG SDI AMERICA INC.'S FIRST SET OF INTERROGATORIES

Case No. 13-cv-1173-SC
Master File No. 07-cv-5944, MDL No. 1917

*Electronics Corp. v. MGA Electronics, Inc.*, 227 F.R.D. 313, 323 (C.D. Cal. 2004) ("plaintiff's response that the information requested could be found in business records is inadequate under Rule 33(d) because it failed to identify where in the records the answers could be found"); *State of Colorado v. Schmidt-Tiago Construction Co.*, 108 F.R.D. 731, 735 (D. Col. 1985) ("The appropriate answer when documents are to be used [under Rule 33(d)] is to list the specific document provided the other party . . ."); *Pulsecard, Inc. v. Discover Card Servs.*, 168 F.R.D. 295, 305 (D. Kan. 1996) ("Under the guise of Fed. R. Civ. P. 33(d) [parties] may not simply refer generically to past or future production of documents.  They must identify in their answers to the interrogatories specifically which documents contain the answer.  *Otherwise they must completely answer the interrogatories without referring to the documents.*") (emphasis added).

**OBJECTIONS TO INSTRUCTION NO. 6:**

Sharp Electronics objects to Instruction No. 6 because it is overly broad, unduly burdensome, oppressive and inconsistent with Federal Rule of Civil Procedure 33(d).  Sharp Electronics states that it will comply with Rule 33(d) by specifying records in sufficient detail to enable the Defendant to locate and identify them as readily as Sharp Electronics could.

**RESPONSES AND OBJECTIONS TO INTERROGATORIES**

**Interrogatory No. 3:**

Separately for each entity that YOU contend participated in the alleged conspiracy in response to Interrogatory No. 1 (including separately for each CRT PRODUCT manufacturer), IDENTIFY all EVIDENCE upon which YOU intend to rely to prove such participation, including:[1]

  a. Each DOCUMENT that YOU contend identifies that entity as a CO-CONSPIRATOR;

  b. All testimony that YOU contend identifies that entity as a CO-CONSPIRATOR;

---

[1] *See* Special Master Martin Quinn's Order re Motion for Protective Order By Direct Purchaser Plaintiffs Re Contention Discovery Requests Served By Certain Defendants, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1819 (Dkt. No. 2114) (filed Nov. 3, 2010), at 4 ("identification of meetings where DPP's contend that the alleged conspiracy unfolded, while a big job, is sufficiently discrete to be answered and plainly important.").

- 7 -

SHARP ELECTRONICS CORPORATION'S SECOND
SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO SAMSUNG SDI AMERICA INC.'S FIRST SET OF INTERROGATORIES

Case No. 13-cv-1173-SC
Master File No. 07-cv-5944, MDL No. 1917

    c.   Date of each meeting or competitor communication in which YOU contend the entity participated;

    d.   Location of each alleged meeting, if applicable;

    e.   Names of each specific corporate entity that directly participated in each meeting or competitor communication;

    f.   Names of the individuals that YOU allege participated in each meeting or competitor communication; and

    g.   Whether YOU contend the EVIDENCE reflects an agreement to restrict supply or limit production of CRTs.

**Response to Interrogatory No. 3:**

Sharp Electronics refers to and incorporates its General Objections as if set forth fully herein. In addition, Sharp Electronics specifically objects to this Interrogatory because it is overly broad, unduly burdensome, and oppressive, and seeks information that is maintained by and equally available to the Defendant and/or stated in publicly available documents. Sharp Electronics further objects to this Interrogatory on the grounds that it is premature, and that it seeks to impose an undue burden on Sharp Electronics to state its entire case on an incomplete record and review and analyze all information obtained in discovery thus far at this stage of this litigation, many months before the agreed-upon fact discovery deadline. Sharp Electronics has not completed its discovery and preparation in this matter, and its investigation of these cases is ongoing. Further investigation and discovery may result in the identification of additional information or contentions, and Sharp Electronics reserves the right to amend or supplement its Response. Sharp Electronics further objects to this Interrogatory to the extent it calls for a conclusion on an issue of law. Sharp Electronics further objects to this Interrogatory to the extent that it calls for expert testimony and states that Sharp Electronics will serve expert reports and supporting documentation according to the stipulated schedule for expert discovery in this matter.

Subject to and without waiving the foregoing objections, pursuant to Federal Rule of Civil Procedure 33(d), Sharp Electronics refers the Defendant to documents produced in this

- 8 -

SHARP ELECTRONICS CORPORATION'S SECOND
SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO SAMSUNG SDI AMERICA INC.'S FIRST SET OF INTERROGATORIES

Case No. 13-cv-1173-SC
Master File No. 07-cv-5944, MDL No. 1917

1  279, 280, 281, 283, 285, 288, 290, 291, 317, 320, 323, 330, 332, 334, 353, 371, 373, 377, 401,

2  404, 436, 451, 461, 465, 471, 474, 478, 485, 487, 491, 492, 496, 497, 514, 515, 517, 518, and

3  531; the deposition testimony of Jason Lu dated February 27-28, 2013, at 74, 78, 85, 86, 90, 96,

4  99, 109, 113, 117, 123, 131, 137, 138, 139, 157, 158, 160, 162, 163, 179, 183, 190, 203, 206,

5  210, 216, 217, 222, 225, and 242; and the deposition testimony of Shen-Jen Yang dated February

6  22-24, 2013, at 80, 83, 87, 90, 98, 103, 106, 110, 115, 130, 134, 139, 163, 172, 190, 198, 203,

7  208, 223, 238, 251, and 274.

**Supplemental Response to Interrogatory No. 3:**

Subject to and without waiving the foregoing objections, pursuant to Federal Rule of Civil Procedure 33(d), Sharp Electronics additionally refers the Defendant to documents produced in this litigation (and including any English language translations thereof and any attachments to documents) at Bates numbers beginning at: HU00028908, CHU000660337, HDP-CRT00004468, HDP-CRT00023417, HDP-CRT00026077, HDP-CRT00026189, HDP-CRT00026227, HDP-CRT00048797, HDP-CRT00049313, DHP-CRT00025934, JLJ-00004807, LGE00067201, LGE00067202, LPD-NL00214835, MTPD-0038856, MTPD-0275189, MTPD-0410018, MTPD-0479721, MTPD-0580795, MTPDA_SEC-0896104, MTPDA_SEC-0896167, MTPDA_SEC-0896171, PHLP-CRT-005637, PHLP-CRT-005669, PHLP-CRT-010260, PHLP-CRT-010263, PHLP-CRT-012615, PHLP-CRT-014272, PHLP-CRT-014275, PHLP-CRT-024274, PHLP-CRT-024275, PHLP-CRT-084315, PHLP-CRT-089512, PHLP-CRT-089918, PHLP-CRT-090221, PHLP-CRT-091458, PHLP-CRT-091465, PHLP-CRT-091467, PHLP-CRT-091703, PHLP-CRT-094860, PHLP-CRT-098241, PTC-00006474, PTC-00009040, SDCRT-0052170, SDCRT-0063870, SDCRT-0086256, SDCRT-0090163, SDCRT-0090167, and SDCRT-0090174.

**Second Supplemental Response to Interrogatory No. 3:**

Subject to and without waiving the foregoing objections, Sharp Electronics refers the Defendants to the expert report of Dr. Jerry A. Hausman dated April 15, 2014 and accompanying materials; the supplemental report of Dr. Jerry A. Hausman dated July 3, 2014 and

- 18 -

SHARP ELECTRONICS CORPORATION'S SECOND
SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO SAMSUNG SDI AMERICA INC.'S FIRST SET OF INTERROGATORIES

Case No. 13-cv-1173-SC
Master File No. 07-cv-5944, MDL No. 1917

Demonstrative Exhibit 1 dated July 15, 2014; the expert report of Dr. Michael Whinston dated August 5, 2014; and to:

- Plaintiff Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (collectively, "Sharp") Objections and Responses to Defendants MT Picture Display Co., Ltd. and LG Electronics USA, Inc.'s Second Set of Interrogatories;
- Sharp's Responses to Hitachi America, Ltd.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.;
- Sharp's Responses to Hitachi, Ltd.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.;
- Sharp's Responses to Hitachi Electronic Devices (USA), Inc.'s Second Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.;
- Sharp's Responses to Hitachi Asia, Ltd.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.;
- Sharp's Responses to Hitachi Displays, Ltd.'s (N/K/A Japan Display Inc.) First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.
- Sharp's Responses to Defendant LG Electronics U.S.A., Inc.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.
- Sharp's Responses to Panasonic Corporation of North America's First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.; and

- 19 -

SHARP ELECTRONICS CORPORATION'S SECOND
SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO SAMSUNG SDI AMERICA INC.'S FIRST SET OF INTERROGATORIES

Case No. 13-cv-1173-SC
Master File No. 07-cv-5944, MDL No. 1917

• Sharp's Responses to Koninklijke Philips N.V.'s First Set of Interrogatories to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.

**Interrogatory No. 12:**

If YOUR response to Interrogatory 11 was in the affirmative, IDENTIFY all EVIDENCE upon which YOU intend to rely to prove such OWNERSHIP.

**Response to Interrogatory No. 12:**

Sharp Electronics refers to and incorporates its General Objections as if set forth fully herein.

Subject to and without waiving the foregoing objections, Sharp Electronics states that, to the extent necessary, the corporate structure of Sharp Electronics can be established by testimony from a company witness and/or documentary evidence.

**Supplemental Response to Interrogatory No. 12:**

Sharp Electronics refers to and incorporates its General Objections as if set forth fully herein.

Subject to and without waiving the foregoing Objections, Sharp Electronics additionally refers Defendants to the transcripts of and the exhibits introduced during the depositions of Vincent Sampietro dated June 25, 2014, Robert Scaglione date June 26, 2014, and Toshihito Nakanishi dated July 29-30, 2014.

**Interrogatory No. 14:**

If YOUR response to Interrogatory 13 was in the affirmative, IDENTIFY all EVIDENCE upon which YOU intend to rely to prove such CONTROL.

**Response to Interrogatory No. 14:**

Sharp Electronics refers to and incorporates its General Objections as if set forth fully herein.

Subject to and without waiving the foregoing objections, Sharp Electronics states that, to the extent necessary, the corporate structure of Sharp Electronics can be established by testimony from a company witness and/or documentary evidence.

- 20 -
SHARP ELECTRONICS CORPORATION'S SECOND
SUPPLEMENTAL OBJECTIONS AND RESPONSES
TO SAMSUNG SDI AMERICA INC.'S FIRST SET OF INTERROGATORIES

Case No. 13-cv-1173-SC
Master File No. 07-cv-5944, MDL No. 1917