MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **DECLARATION OF GERARD A. DEVER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO. 12:** |
| *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | **TO EXCLUDE PLAINTIFFS' "PRICE LADDER" THEORY OF RECOVERY** |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, et al., No. 11-cv-05514; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |

| | |
|---|---|
| 1 | *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; |
| 2 | |
| 3 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262; |
| 4 | |
| 5 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510. |

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO. 12
Master File No. 3:07-cv-5944 SC

I, Gerard A. Dever, hereby declare and state as follows:

1. I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in support of Indirect Purchaser Plaintiffs' Response to Defendants' Motion *In Limine* No. 12 to Exclude Plaintiffs' "Price Ladder" Theory of Recovery.

1. Attached hereto as **Exhibit 1** is excerpts from the deposition of Chih Chun Liu dated February 20, 2013.

2. Attached hereto as **Exhibit 2** is a true and correct copy and certified translation of a 11/2/2005 Contact Report (CHU00014218).

3. Attached hereto as **Exhibit 3** is a true and correct copy and certified translation of a 10/27/1999 Visitation Report (CHU00029171E-74E).

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2015, in Philadelphia, Pennsylvania.

                              */s/ Gerard A. Dever*
                              Gerard A. Dever
                              Fine, Kaplan and Black, R.P.C.
                              One South Broad Street, 23rd Floor
                              Philadelphia, PA 19107
                              Telephone: (215) 567-6565
                              Facsimile: (215) 568-5872
                              Email: gdever@finekaplan.com

                              *Counsel for Indirect Purchaser Plaintiffs*