Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

***Attorneys for Defendants Thomson Consumer, Inc. and Thomson SA***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173; and<br><br>*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V.*, No. 13-cv-2776. | **THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF RESPONSE OF DEFENDANTS THOMSON S.A., THOMSON CONSUMER ELECTRONICS, INC., KONINKLIJKE PHILIPS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, AND THE TOSHIBA DEFENDANTS IN OPPOSITION TO SHARP'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATED TO THE ROLE OF SHARP COMPANIES IN THE TFT-LCD ANTITRUST LITIGATIONS**<br><br>**(Civil Local Rule 79-5(d))** |

In accordance with Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d), Defendants Thomson SA and Thomson Consumer Electronics, Inc. ("Thomson

Consumer") (collectively "Thomson Defendants") respectfully submit this Administrative Motion for a Sealing Order regarding the concurrently filed Response of Defendants Thomson S.A., Thomson Consumer Electronics, Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, and the Toshiba Defendants in Opposition to Sharp's Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations (the "Response"). The following materials are submitted under seal: (a) the highlighted portions of the Response; and (b) Exhibits A, B, C, E, F, and G attached to the concurrently filed Response.

This motion is supported by the Declaration of Stephen M. Judge in Support of the Thomson Defendants' Administrative Motion to File Under Seal ("Judge Declaration). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable.").

The highlighted portions of the Response discuss or reference Exhibits A, B, or C to the Response, documents previously designated as "Confidential" or "Highly Confidential" by parties in this action. The Thomson Defendants submit these portions of the Response under seal in good faith in order to comply with the Stipulated Protective Order and this Court's Local Rules.

In addition, the concurrently filed Response discusses and attaches Exhibits A, B, C, E, F, and G, which contain documents or deposition testimony that have been designated as "Confidential" or "Highly Confidential" by parties in this action under the terms of the Stipulated Protective Order entered in this case. (*See* Judge Declaration at ¶¶ 3–4)

WHEREFORE, because the concurrently filed Response discusses and/or references Exhibits that previously have been ordered sealed by the Court and discusses and attaches Exhibits A, B, C, E, F, and G, documents that have been designated "Confidential" or "Highly Confidential" by parties under the terms of the Stipulated Protective Order entered in this case, the Thomson Defendants respectfully request that Court enter an Order sealing: (a) the highlighted portions of the Response and (b) Exhibits A, B, C, E, F, and G attached to the concurrently filed Response.

| | |
|---|---|
| Dated: February 27, 2015 | Respectfully submitted, |

                                              */s/ Stephen M. Judge*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1-650 324-6700
Facsimile: +1-650 324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Thomson SA and Thomson Consumer Electronics, Inc.***