Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson
Consumer Electronics, Inc. and Thomson SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173;* and<br><br>*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V., No. 13-cv-2776.* | **DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL RESPONSE OF DEFENDANTS THOMSON S.A., THOMSON CONSUMER ELECTRONICS, INC., KONINKLIJKE PHILIPS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, AND THE TOSHIBA DEFENDANTS IN OPPOSITION TO SHARP'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATED TO THE ROLE OF SHARP COMPANIES IN THE TFT-LCD ANTITRUST LITIGATIONS**<br><br>Judge: Hon. Samuel Conti |

I, Stephen M. Judge, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (together "Thomson Defendants"). I am admitted to practice law in the States of Indiana and Maryland and in the District of Columbia, and am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California. I make this declaration in support of the Response of Defendants Thomson S.A., Thomson Consumer Electronics, Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, and the Toshiba Defendants in Opposition to Sharp's Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations (the "Response"). The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Protective Order").

3. Pursuant to the Protective Order and Civil Local Rules 79-5(d) and 7-11, the Thomson Defendants seek to seal the following concurrently filed materials:

   a. The highlighted portions of the Response; and

   b. Exhibits A, B, C, E, F, and G to the concurrently filed Declaration of Stephen M. Judge in Support of the Response.

4. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, the designated portions of the above-referenced documents and redacted portions thereof contain either: (1) material designated by a Party pursuant to a Protective Order as "Confidential" or "Highly Confidential"; or (b) analysis or, references to, or information taken directly from material designated by a Party pursuant to the Protective Order as "Confidential" or "Highly Confidential."

5. The Thomson Defendants seek to submit these documents under seal in good faith in order to comply with the Stipulated Protective Order and this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of February 2015, at South Bend, Indiana.

/s/ Stephen M. Judge