1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10          **SAN FRANCISCO DIVISION**

11   IN RE CATHODE RAY TUBE (CRT)                  No. 07-cv-5944-SC
     ANTITRUST LITIGATION,                          MDL No. 1917
12

13   This Document Relates to:                      **[PROPOSED] ORDER GRANTING
                                                    THOMSON DEFENDANTS'**
14   *Sharp Electronics Corp., et al. v. Hitachi,*  **ADMINISTRATIVE MOTION TO FILE
     *Ltd., et. al., No. 13-cv-01173; and*          UNDER SEAL**
15

16   *Sharp Electronics Corp. et al. v. Koninklijke*
     *Philips Electronics, N.V., No. 13-cv-2776.*
17

18

19

20

21

22

23

24

25

26

27

28

1    Upon consideration of Thomson Defendants' Administrative Motion to File Under Seal

2   Response of Defendants Thomson S.A., Thomson Consumer Electronics, Inc., Koninklijke

3   Philips N.V., Philips Electronics North America Corporation, and the Toshiba Defendants in

4   Opposition to Sharp's Motion in Limine to Exclude Evidence Related to the Role of Sharp

5   Companies in the TFT-LCD Antitrust Litigations (the "Response") and the Declaration of

6   Stephen M. Judge n support thereof, and good cause appearing therefore:

7    The Court hereby GRANTS Thomson Defendants' motion to seal and orders that Exhibits

8   A, B, C, E, F, and G, and the portions of the Response that discuss and/or reference those exhibits

9   and/or other exhibits previously ordered sealed, are properly sealable and shall be sealed.

10    IT IS SO ORDERED.

11

12   DATED: _____           _____

13                                            Hon. Samuel Conti
                                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING THOMSON                 3                    No. 07-5944-SC; MDL No. 1917
DEFENDANTS' ADMINISTRATIVE MOTION TO
FILE UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28