Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY RUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC |
| This Document Relates to: | MDL No. 1917 |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173;* and | **CERTIFICATE OF SERVICE** |
| *Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V., No. 13-cv-2776.* | |

I HEREBY CERTIFY that a true and correct copy of the documents listed below was served by email to each of the following addressees listed below (see attached service list).

1. Response of Defendants Thomson S.A., Thomson Consumer Electronics, Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, and the Toshiba Defendants in Opposition to Sharp's Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations (the "Response") [UNREDACTED VERSION]; and

2. Exhibits A, B, C, E, F, and G to the Declaration of Stephen M. Judge in Support of the Response [UNDER SEAL].

Dated: February 27, 2015           */s/ Stephen M. Judge*
                                    Stephen M. Judge

CERTIFICATE OF SERVICE               1                    No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| Kenneth A. Gallo (kgallo@paulweiss.com)<br>Joseph J. Simons (jsimons@paulweiss.com)<br>Craig A. Benson (cbenson@paulweiss.com)<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC  20006-1047<br><br>Stephen E. Taylor (staylor@tcolaw.com)<br>Jonathan A. Patchen (jpatchen@tcolaw.com)<br>Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA  94111<br><br>*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.* | David J. Burman (dburman@perkinscoie.com)<br>Cori G. Moore (cgmoore@perkinscoie.com)<br>Eric J. Weiss (eweiss@perkinscoie.com)<br>Nicholas H. Hesterberg (nhesterberg@perkinscoie.com)<br>Steven D. Merriman (smerriman@perkinscoie.com)<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br><br>Joren Bass (jbass@perkinscoie.com)<br>Perkins Coie LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA  94111-4131<br><br>*Attorneys for Plaintiff Costco Wholesale Corporation* |
| William A. Isaacson (wisaacson@bsfllp.com)<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue NW, Suite 800<br>Washington, DC  20015<br><br>Stuart Singer (ssinger@bsfllp.com)<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, FL  33301<br><br>Philip J. Iovieno (piovieno@bsfllp.com)<br>Anne M. Nardacci (anardacci@bsfllp.com)<br>Boies, Schiller & Flexner LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY  12207<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Robert W. Turken (rturken@bilzin.com)<br>Scott N. Wagner (swagner@bilzin.com)<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL  33131-3456<br><br>Stuart Singer (ssinger@bsfllp.com)<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, FL  33301<br><br>William A. Isaacson (wisaacson@bsfllp.com)<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue NW, Suite 800<br>Washington, DC  20015<br><br>Philip J. Iovieno (piovieno@bsfllp.com)<br>Anne M. Nardacci (anardacci@bsfllp.com)<br>Boies, Schiller & Flexner LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY  12207<br><br>*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.* |

| | |
|---|---|
| Roman M. Silberfeld (rmsilberfeld@rkmc.com) <br> David Martinez (dmartinez@rkmc.com) <br> Robins, Kaplan, Miller & Ciresi LLP <br> 2049 Century Park East, Suite 3400 <br> Los Angeles, CA  90067-3208 <br><br> Elliot S. Kaplan (ESKaplan@rkmc.com) <br> K. Craig Wildfang (KCWildfang@rkmc.com) <br> Laura E. Nelson (LENelson@rlanc.com) <br> 800 LaSalle Avenue <br> 2800 LaSalle Plaza <br> Minneapolis, MN 55402 <br><br> *Attorneys for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC, and Magnolia Hi-Fi, Inc.* | Richard Alan Arnold (rarnold@knpa.com) <br> William J. Blechman (wblechman@knpa.com) <br> Kevin J. Murray (kmurray@knpa.com) <br> Kenny Nachwalter, P.A. <br> 201 South Biscayne Boulevard, Suite 1100 <br> Miami, FL  33131 <br><br> *Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.* |
| H. Lee Godfrey (lgodfrey@susmangodfrey.com) <br> Kenneth S. Marks (kmarks@susmangodfrey.com) <br> Jonathan J. Ross (jross@susmangodfrey.com) <br> Johnny W. Carter (jcarter@susmangodfrey.com) <br> David M. Peterson (dpeterson@susmangodfrey.com) <br> Susman Godfrey LLP <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX  77002 <br><br> Parker C. Folse III (pfolse@susmangodfrey.com) <br> Rachel S. Black (rblack@susmangodfrey.com) <br> Jordan Connors (jconnors@susmangodfrey.com) <br> Susman Godfrey LLP <br> 1201 Third Avenue, Suite 3800 <br> Seattle, WA  98101-3000 <br><br> *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* | Jason C. Murray (jmurray@crowell.com) <br> Crowell & Moring LLP <br> 515 South Flower Street, 40th Floor <br> Los Angeles, CA  90071 <br><br> Jerome A. Murphy (jmurphy@crowell.com) <br> Astor H.L. Heaven (aheaven@crowell.com) <br> Crowell & Moring LLP <br> 1001 Pennsylvania Avenue, NW <br> Washington, DC  20004 <br><br> *Attorneys for Plaintiffs Target Corp. and ViewSonic Corporation* |

CERTIFICATE OF SERVICE 3 No. 07-5944-SC; MDL No. 1917

| | |
|---|---|
| Guido Saveri (guido@saveri.com)<br>Mark Saveri (rick@saveri.com)<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br><br>*Interim Lead Counsel for the Direct Purchaser Plaintiffs*<br>*Counsel for all Defendants* | Mario N. Alioto (malioto@tatp.com)<br>Lauren Capurro (laurenrussell@tatp.com)<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs Counsel for all defendants* |

CERTIFICATE OF SERVICE    4    No. 07-5944-SC; MDL No. 1917