Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:    213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Master Case No. 3:07-cv-5944-SC<br>Individual Case No. 14-cv-2058-SC<br>MDL No. 1917<br><br>**MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rule 7-11 and 79-5(d), and the Stipulated Protective Order of June 18, 2008, Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric") respectfully seek this Court's approval to file Mitsubishi Electric's Opposition to Direct

Purchaser Plaintiffs' Motion for Class Certification ("Opposition") and Exhibits 1 and 3-10 to the Declaration of Shaun M. Van Horn in support thereof, Under Seal.

Mitsubishi Electric requests an order sealing the highlighted portions of the Opposition, as well as the following documents, which have been designated as "Confidential" or "Highly Confidential" under the Protective Order:

- **Exhibits 1 and 3-10** to the Declaration of Shaun M. Van Horn in Support of Mitsubishi Electric's Opposition.

Mitsubishi Electric will be filing a publicly redacted version of the Opposition. Accordingly, Mitsubishi Electric respectfully requests that the Court grant its application to file the exhibits identified above and portions of the Opposition under seal.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 27, 2015 | JENNER & BLOCK LLP |
| 3 | | |
| 4 | | By:   /s/ Terrence J. Truax<br>JENNER & BLOCK LLP |
| | | Terrence J. Truax (pro hac vice) |
| 5 | | Michael T. Brody (pro hac vice) |
| | | Gabriel A. Fuentes (pro hac vice) |
| 6 | | 353 N. Clark Street |
| 7 | | Chicago, Illinois 60654-3456 |
| | | Telephone: (312) 222-9350 |
| 8 | | Facsimile: (312) 527-0484 |
| | | ttruax@jenner.com |
| 9 | | mbrody@jenner.com |
| | | gfuentes@jenner.com |
| 10 | | |
| 11 | | Brent Caslin (Cal. Bar. No. 198682)<br>JENNER & BLOCK LLP |
| 12 | | 633 West Fifth Street, Suite 3600 |
| | | Los Angeles, California 90071 |
| 13 | | Telephone: (213) 239-5100 |
| | | Facsimile: (213) 239-5199 |
| 14 | | bcaslin@jenner.com |
| 15 | | |
| 16 | | *Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.* |
| 17 | | |