Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:   213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:   312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Master Case No. 3:07-cv-5944-SC<br>Individual Case No. 14-cv-2058-SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, "Mitsubishi Electric") administrative motion to file Mitsubishi Electric's Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification ("Opposition"), as well as Exhibits 1 and 3-10 to the Declaration of Shaun M. Van

Horn in support, Under Seal, has come before the Court. Having considered the Opposition and the documents proposed to be filed under seal, pursuant to the Court's prior sealing orders, and for good cause shown,

    IT IS HEREBY ORDERED THAT the following are to be sealed:

- Exhibits 1 and 3-10 to the Declaration of Shaun M. Van Horn in Support of the Opposition and the portions of the Opposition that refer to or discuss those Exhibits.

IT IS SO ORDERED.

Dated: _____      _____
                                                        Honorable Samuel P. Conti
                                                        United States District Judge