Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:    213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Master Case No. 3:07-cv-5944-SC<br>Individual Case No. 14-cv-2058-SC<br>MDL No. 1917<br><br>**DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF MITSUBISHI ELECTRIC'S OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DECLARATION OF SHAUN M. VAN HORN IN SUPPORT OF MITSUBISHI ELECTRIC'S OPPOSITION
TO DPPs' MOTION FOR CLASS CERTIFICATION
Case No. 14-cv-2058-SC; MDL NO. 1917

2339593.3

# DECLARATION OF SHAUN M. VAN HORN

I, Shaun M. Van Horn, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am an associate at the law firm of Jenner & Block LLP, attorneys of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric"). I submit this declaration in support of Mitsubishi Electric's Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. **[UNDER SEAL]** Attached to my declaration as **Exhibit 1** is a true and correct copy of Samsung SDI Co., Ltd.'s Responses to Dell Plaintiffs' First Set of Interrogatories, designated as "Confidential" by Samsung SDI Co., Ltd.

3. **[PUBLIC]** Attached to my declaration as **Exhibit 2** is a true and correct copy of Excerpts From the Electronics Handbook, Second Edition (Jerry C. Whitaker ed. 2005), excerpted at pages 430-31 and 440-43.

4. **[UNDER SEAL]** Attached to my declaration as **Exhibit 3** is a true and correct copy of the deposition transcript of Mitsubishi Electric Corporation's 30(b)(6) deposition witness Hitoshi Tsukamoto, excerpted at pages 107-08 and 232-33, designated as "Highly Confidential" by Mitsubishi Electric Corporation.

5. **[UNDER SEAL]** Attached to my declaration as **Exhibit 4** is a true and correct copy of the deposition transcript of Hitachi Electronic Devices (USA)'s 30(b)(6) deposition witness Thomas Heiser, excerpted at pages 46-47, 76, and designated as "Highly Confidential" by Hitachi Electronic Devices (USA).

6. **[UNDER SEAL]** Attached to my declaration as **Exhibit 5** is a true and correct copy of the deposition transcript of Philips Electronics North America, Inc. and Koninklijke Philips Electronics N.V.'s 30(b)(6) deposition witness Roger DeMoor's, excerpted at pages 47 to

1  51, and designated as "Highly Confidential" by Philips Electronics North America, Inc. and
2  Koninklijke Philips Electronics N.V.

3      7. **[UNDER SEAL]** Attached to my declaration as **Exhibit 6** is a true and correct
4  copy of Expert Report of Dov Rothman, excerpted at page 8, and designated as "Highly
5  Confidential" by Mitsubishi Electric Corporation.

6      8. **[UNDER SEAL]** Attached to my declaration as **Exhibit 7** is a true and correct
7  copy of Jeffrey Leitzinger's Deposition Transcript, excerpted at page 67-74, 108-111, and 177-
8  180, and designated as "Highly Confidential" by the Direct Purchaser Plaintiffs.

9      9. **[UNDER SEAL]** Attached to my declaration as **Exhibit 8** is a true and correct
10 copy of the rough deposition transcript of Samsung Electronics America, Inc.'s 30(b)(6)
11 deposition witness Kim London, excerpted at pages 175-76, and designated as "Highly
12 Confidential" by Samsung Electronics America, Inc.

13     10. **[UNDER SEAL]** Attached to my declaration as **Exhibit 9** is a true and correct
14 copy of the rough deposition transcript of Samsung Electronics America, Inc.'s 30(b)(6) witness
15 Steve Panosian, excerpted at pages 138-39 and 215-16, and designated as "Highly Confidential"
16 by Samsung Electronics America, Inc.

17     11. **[UNDER SEAL]** Attached to my declaration as **Exhibit 10** is a true and correct
18 copy of the document marked TACP-CRT 00021445, designated as "Confidential" by Toshiba
19 America Consumer Products, Inc.

20     I declare under penalty of perjury under the laws of the State of California and the United
21 States that the foregoing is true and correct.

22     Executed this 27th day of February, 2015 at Chicago, Illinois.

Dated: February 27, 2015

JENNER & BLOCK LLP

By: <u>/s/ Shaun M. Van Horn</u>