MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **DECLARATION OF GERARD A. DEVER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO TOSHIBA DEFENDANTS' MOTION *IN LIMINE:*** |
| | **TO PRECLUDE IPP ALTER EGO THEORIES OF LIABILITY AT TRIAL** |

---

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' RESPONSE TO TOSHIBA DEFENDANTS'
MOTION *IN LIMINE* TO PRECLUDE ALTER EGO THEORIES OF LIABILITY AT TRIAL
Master File No. 3:07-cv-5944 SC

I, Gerard A. Dever, hereby declare and state as follows:

1. I am a member of the law firm Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in support of Indirect Purchaser Plaintiffs' Response to the Toshiba Defendants' Motion *In Limine* to Preclude IPP Alter Ego Theories of Liability At Trial.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Proposed Jury Instruction Nos. 63 and 64.

3. Attached hereto as **Exhibit B** is a true and correct copy of Indirect Purchaser Plaintiffs' Proposed Jury Instruction No. 20.

4. Attached hereto as **Exhibit C** is a true and correct copy of Toshiba Corporation's Objections and Responses to Indirect Purchaser Plaintiffs' First Set of Interrogatories to Toshiba Defendants.

5. Attached hereto as **Exhibit D** is a true and correct copy of Toshiba Corporation's Objections and Responses to Indirect Purchaser Plaintiffs' Fourth Set of Requests for Production of Documents.

6. Attached hereto as **Exhibit E** is a true and correct copy of Toshiba Corporation's Objections and Responses to Indirect-Purchaser Plaintiffs' First Set of Interrogatories to Defendants.

7. Attached hereto as **Exhibit F** is a true and correct copy of a 9/19/2014 Letter Brief submitted to Hon. Vaughn R. Walker.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2015, in Philadelphia, Pennsylvania.

1

DECLARATION OF GERARD A. DEVER IN SUPPORT OF IPPS' RESPONSE TO TOSHIBA DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE ALTER EGO THEORIES OF LIABILITY AT TRIAL
Master File No. 3:07-cv-5944 SC

1
2
3
4
5
6
7
...
28

/s/ Gerard A. Dever
Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
Email: gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiffs*