1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. CAPURRO, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Lead Counsel for the Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| Indirect-Purchaser Class Action | **DECLARATION OF GERARD A. DEVER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, GERARD A. DEVER, declare as follows:

1. I am a member of the law firm of Fine, Kaplan and Black, R.P.C., counsel for the Indirect Purchaser Plaintiffs in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this Declaration in support of Indirect Purchaser Plaintiffs' Administrative Motion to File Documents Under Seal, related to their Response to Toshiba Defendants' Motion *In Limine* to Preclude IPP Alter Ego Theories of Liability At Trial.

2. I am a member in good standing of the bar of the Commonwealth of Pennsylvania, and I am admitted *pro hac vice* to practice before this Court.

3. Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, IPPs, by and through their counsel, respectfully request an Order permitting filing under seal their Response to Toshiba Defendants' Motion *In Limine* to Preclude IPP Alter Ego Theories of Liability At Trial and Exhibits C through F to the Declaration of Gerard A. Dever in Support of the Response ("Dever Declaration").

1. **Exhibit C** to the Dever Declaration is a true and correct copy of Toshiba Corporation's Objections and Responses to Indirect Purchaser Plaintiffs' First Set of Interrogatories to Toshiba Defendants, which has been designated "Confidential" by the Toshiba Defendants.

2. **Exhibit D** to the Dever Declaration is a true and correct copy of Toshiba Corporation's Objections and Responses to Indirect Purchaser Plaintiffs' Fourth Set of Requests for Production of Documents, which has been designated "Confidential" by the Toshiba Defendants.

3. **Exhibit E** to the Dever Declaration is a true and correct copy of Toshiba Corporation's Objections and Responses to Indirect-Purchaser Plaintiffs' First Set of Interrogatories to Defendants, which has been designated "Confidential" by the Toshiba Defendants.

4. **Exhibit F** to the Dever Declaration is a true and correct copy of a September 19,

2014 letter from Indirect Purchaser Plaintiffs (without exhibits) to The Honorable Vaughn R. Walker, which has been designated as "Highly Confidential" by Indirect Purchaser Plaintiffs because it includes or references material that certain of the defendants have designated as "Confidential" or "Highly Confidential."

5. IPPs' Response refers to or contains excerpts from the above Exhibits. These references or excerpts are identified in the Response with yellow highlighting. An unredacted copy of the Motion with yellow highlighting is being submitted to Chambers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2015, in Philadelphia, Pennsylvania.

*/s/ Gerard A. Dever*
Gerard A. Dever
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
Email: gdever@finekaplan.com

*Counsel for Indirect Purchaser Plaintiffs*