Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173;* and<br><br>*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V., No. 13-cv-2776.* | **DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF RESPONSE OF DEFENDANTS THOMSON S.A., THOMSON CONSUMER ELECTRONICS, INC., KONINKLIJKE PHILIPS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, AND THE TOSHIBA DEFENDANTS IN OPPOSITION TO SHARP'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATED TO THE ROLE OF SHARP COMPANIES IN THE TFT-LCD ANTITRUST LITIGATIONS**<br><br>Judge: Hon. Samuel Conti |

I, Stephen M. Judge, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants, Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson

1  Consumer Electronics, Inc.). I am admitted to practice law in the States of Indiana and Maryland
2  and in the District of Columbia, and am admitted to practice *pro hac vice* before the United States
3  District Court for the Northern District of California. I make this declaration in support of the
4  Response of Defendants Thomson S.A., Thomson Consumer Electronics, Inc., Koninklijke
5  Philips N.V., Philips Electronics North America Corporation, and the Toshiba Defendants in
6  Opposition to Sharp's Motion in Limine to Exclude Evidence Related to the Role of Sharp
7  Companies in the TFT-LCD Antitrust Litigations (the "Response"). The statements contained in
8  this declaration are based on my personal knowledge and, if called as a witness, I could
9  competently testify to the following facts.

10  2.  Attached hereto as **Exhibit A**, and filed under seal, is a true and correct copy of
11  excerpts from the certified transcript of the July 23, 2015 deposition of Jerry A. Hausman.

12  3.  Attached hereto as **Exhibit B** is a true and correct copy of a document bearing
13  Bates Number SHARP-CRT-00260588, which was produced by Sharp in this litigation.

14  4.  Attached hereto as **Exhibit C** is a true and correct copy of a document bearing
15  Bates Number SHARP-CRT-00260502, which was produced by Sharp in this litigation.

16  5.  Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from the
17  ABA Model Jury Instructions in Civil Antitrust Cases, 2005 Edition, which was retrieved from
18  LexisNexis on or about February 26, 2015.

19  6.  Attached hereto as **Exhibit E** is a true and correct copy of the Expert Report of
20  Kenneth G. Elzinga, dated and served upon defendants by Sharp on April 15, 2014.

21  7.  Attached hereto as **Exhibit F** is a true and correct copy of the Reply Expert Report
22  of Kenneth G. Elzinga, dated and served upon defendants by Sharp on August 5, 2014.

23  8.  Attached hereto as **Exhibit G** is a true and correct copy of the Expert Report of
24  Janet S. Netz, dated and served upon defendants by Sharp on April 15, 2014.

25  I declare under penalty of perjury that the foregoing is true and correct.
26  Executed this 27th day of February 2015, at South Bend, Indiana.

27  /s/ Stephen M. Judge

28

DECLARATION OF STEPHEN M. JUDGE IN
SUPPORT OF RESPONSE TO SHARP'S MOTION IN
LIMINE RE TFT-LCD ANTITRUST LITIGATIONS

2

No. 07-5944-SC; MDL No. 1917