DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
DAVID E. YOLKUT (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: adam.hemlock@weil.com

BAMBO OBARO (267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: bambo.obaro@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC<br><br>MDL. No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. *v. Hitachi, Ltd.,* et al., No. 13-cv-1173 SC;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V.*, et al., No. 13-cv-2776 SC;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; | **DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF SHARPS' ADMINISTRATIVE MOTION TO SEAL**<br><br>**[re Panasonic Documents in Dkt. 3690]** |

1  *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514; and

2  <u>*Target Corp. v. Technicolor SA*</u>, No. 13-cv-05696

3

4  I, Adam C. Hemlock, hereby declare as follows:

5  1. I am an attorney with Weil, Gotshal & Manges LLP, counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") in this action. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a Stipulated Protective Order in this matter (No. 07-cv-05944, Dkt. No. 306, amended at Dkt. No. 1142) (the "Protective Order").

3. On February 27, 2015, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") filed an Administrative Motion to Seal (Dkt. 3690) and filed conditionally under seal, pursuant to Civil Local Rule 7-11, the following documents:

   a. Portions of Sharp's Opposition to Joint Defense Motion In Limine No. 10 ("Sharp's Opposition to Defendants' MIL No. 10").

   b. Certain exhibits to the Declaration of Craig A. Benson in Support of Sharp's Opposition to Defendants' MIL No. 10 ("Benson Declaration").

4. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents and information quoted from, described, or otherwise summarized that have been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Protective Order. Specifically, the Panasonic Defendants request that the following document be maintained under seal: Exhibit J to the Benson Declaration.

- 1 -

DECL. OF ADAM C. HEMLOCK I/S/O SHARP'S ADMIN. MOT.                                    Case No. 07-5944 SC
TO SEAL SHARPS' OPP. TO DEFs' MIL No. 10                                                           MDL No. 1917

5. Attached as Exhibit J to the Benson Declaration is a true and correct copy of a certified translation of the document produced at Bates number MTPD-0400710, designated as "Confidential" by the Panasonic Defendants.

6. Upon information and belief, the document produced appearing in Exhibit J to the Benson Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The document contains confidential information about the Panasonic Defendants' internal practices, sales practices, business practices and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

7. I understand that the Panasonic Defendants consider any statements in Sharp's Opposition to Defendants' MIL No. 10 purporting to summarize the exhibit or any other documents or information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the exhibit sought to be sealed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2015 at New York, New York.

By: */s/ Adam C. Hemlock*
ADAM C. HEMLOCK