JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF RESPONSE OF DEFENDANTS THOMSON S.A., THOMSON CONSUMER ELECTRONICS, INC., KONINKLIJKE PHILIPS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, AND THE TOSHIBA DEFENDANTS IN OPPOSITION TO SHARP'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATED TO THE ROLE OF SHARP COMPANIES IN THE TFT-LCD ANTITRUST LITIGATIONS** |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173; and<br><br>*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V.*, No. 13-cv-2776. | |

1  I, Jennifer M. Stewart, declare as follows:

2      1.    I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

    2.    On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On February 27, 2015, defendants Thomson SA and Thomson Consumer Electronics, Inc. (collectively, "Thomson") filed an Administrative Motion to Seal (Dkt. 3705), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79(b):

    (a) Portions of the Response of Defendants Thomson S.A., Thomson Consumer Electronics, Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, and the Toshiba Defendants in Opposition to Sharp's Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust litigations (the "Response");

    (b) Certain exhibits attached to the Declaration of Stephen M. Judge in Support of the Response ("Judge Declaration").

    3.    Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal (i) Exhibits E and G to the Judge Declaration; and (ii) portions of the Response that reference information designated "Confidential" or "Highly Confidential" by the Panasonic Defendants under the terms of the Stipulated Protective Order.

    4.    Attached as Exhibit E to the Judge Declaration is a copy of the Expert Report of Kenneth G. Elzinga ("Elzinga Report"), dated April 15, 2014 and designated by the Direct Action Plaintiffs ("DAPs") as "Highly Confidential" pursuant to the Stipulated Protective Order. The

- 1 -

1  Elzinga Report consists of, cites to, quotes from, and/or otherwise summarizes documents
2  designated by the Panasonic Defendants as "Confidential" or "Highly Confidential."

3      5.    Upon information and belief, Exhibit E consists of, cites to, and/or identifies
4  confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic
5  Defendants' internal practices, business practices and competitive position.  I am informed and
6  believe that this is sensitive information and public disclosure of this information presents a risk of
7  undermining the Panasonic Defendants' business relationships, would cause it harm with respect to
8  its competitors and customers, and would put the Panasonic Defendants at a competitive
9  disadvantage.

10      6.    Attached as Exhibit G to the Judge Declaration is a copy of the Expert Report of Janet
11  S. Netz ("Netz Report"), dated April 15, 2014 and designated by the Indirect Purchaser Plaintiffs as
12  "Confidential" pursuant to the Stipulated Protective Order.  The Netz Report consists of, cites to,
13  quotes from, and/or otherwise summarizes documents designated by the Panasonic Defendants as
14  "Confidential" or "Highly Confidential."

15      7.    Upon information and belief, Exhibit G consists of, cites to, and/or identifies
16  confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic
17  Defendants' internal practices, business practices and competitive position.  I am informed and
18  believe that this is sensitive information and public disclosure of this information presents a risk of
19  undermining the Panasonic Defendants' business relationships, would cause it harm with respect to
20  its competitors and customers, and would put the Panasonic Defendants at a competitive
21  disadvantage.

22      8.    I understand that the Panasonic Defendants consider any statements in the Response
23  purporting to summarize Exhibits E and G or any other documents or information designated
24  "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary.  I
25  am informed and believe that the Panasonic have taken reasonable steps to preserve the
26  confidentiality of information of the type contained, identified, or cited to Exhibits E and G and
27  referenced in the Response.

28

- 2 -

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.

3

4   DATED:  March 3, 2015                    By:  /s/ *Jennifer Stewart*
                                             JEFFREY L. KESSLER (*pro hac vice*)
5                                            Email: jkessler@winston.com
                                             ALDO A. BADINI (257086)
6                                            Email: abadini@winston.com
                                             EVA W. COLE (*pro hac vice*)
7                                            Email: ewcole@winston.com
                                             MOLLY M. DONOVAN (*pro hac vice*)
8                                            Email: mmdonovan@winston.com
                                             JENNIFER M. STEWART
9                                            Email:  jstewart@winston.com
                                             **WINSTON & STRAWN LLP**
10                                           200 Park Avenue
                                             New York, New York 10166-4193
11                                           Telephone: (212) 294-6700
                                             Facsimile: (212) 294-4700
12

13                                           STEVEN A. REISS (*pro hac vice*)
                                             Email: steven.reiss@weil.com
14                                           DAVID L. YOHAI (*pro hac vice*)
                                             Email: david.yohai@weil.com
15                                           ADAM C. HEMLOCK (*pro hac vice*)
                                             Email: adam.hemlock@weil.com
16                                           **WEIL, GOTSHAL & MANGES LLP**
                                             767 Fifth Avenue
17                                           New York, New York 10153-0119
                                             Telephone:  (212) 310-8000
18                                           Facsimile:  (212) 310-8007

19                                           *Attorneys for Defendants Panasonic Corporation of*
20                                           *North America, MT Picture Display Co., Ltd., and*
                                             *Panasonic Corporation (f/k/a Matsushita Electric*
21                                           *Industrial Co., Ltd.)*

22

23

24

25

26

27

28

- 3 -

DECL. OF JENNIFER M. STEWART                                         Case No. 07-5944 SC
I/S/O THOMSON'S MOTION TO SEAL                                       MDL NO. 1917