JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 11 TO EXCLUDE REFERENCES TO DOCUMENTS OR BEHAVIOR NOT IN EVIDENCE PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513-SC;<br><br>*Best Buy Co., Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC;<br><br>*Target Corp. v. Chunghwa Pictures Tues, Ltd.*, et al., No. 3:07-cv-05514-SC;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 3:11-cv-05514-SC; | |

1
2
3
4
5
6
7
8

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502-SC;

*Sears, Roebuck and Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-5514;

*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173-SC;

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776 SC;

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  I, Jennifer M. Stewart, declare as follows:

2      1.    I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

    2.    On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On February 27, 2015, Plaintiffs filed an Administrative Motion to Seal (Dkt. 3682), and lodged conditionally under seal the following documents pursuant to Civil Local Rules 7-11 and 79-5(d):

    (a) Portions of Plaintiffs' Opposition to Defendants' Motion *in Limine* No. 11 to Exclude References to Documents or Behavior Not in Evidence ("Opposition"); and

    (b) Exhibits 1-4 attached to the Declaration of Jill S. Casselman filed in Support of Plaintiffs' Opposition ("Casselman Declaration").

    3.    Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal Exhibits 3 and 4 to the Casselman Declaration, which consist of, cite to, and/or identify information that has been designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

    4.    Attached as Exhibit 3 to the Casselman Declaration is a true and correct copy of Email Communications cited in the Rebuttal Report of Dr. Kenneth G. Elzinga, dated September 26, 2014 ("Elzinga Rebuttal Report"), including documents bates stamped: MTPD-0492286E-9E; Exhibit 1416E, MTPD-0497049E-53E; Exhibit 1899E, MTPD-0343949E-51E; MTPD-0490551E-

- 1 -

DECL. OF JENNIFER M. STEWART  
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

1  2E;  MTPD-0419572E-3E;  MTPD-0438871E-3E;  MTPD-0486918E-9E;  MTPD-0483335E-7E;
Exhibit 1411E, MTPD-0479714E-5E; MTPD-0038856E-9E; MTPD-0042034E-5E.

5. Upon information and belief, Exhibit 3 consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' business practices, internal practices, negotiation strategies, and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

6. Attached as Exhibit 4 to the Casselman Declaration is an E-Mail Communication cited by the Elzinga Rebuttal Report, labeled Exhibit 802E and bearing the bates stamp MTPD-0035375E-76E.

7. Upon information and belief, Exhibit 4 consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information about the Panasonic Defendants' business practices and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

8. As with the exhibits themselves, I understand that the Panasonic Defendants consider any statements in the Opposition purporting to summarize the Exhibits or any other documents or information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and proprietary. I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the Opposition and Exhibits 3 and 4.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 3, 2015                    By: /s/ *Jennifer Stewart*
                                        JEFFREY L. KESSLER (*pro hac vice*)

Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
JENNIFER M. STEWART (*pro hac vice*)
Email:  jstewart@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 3 -

DECL. OF JENNIFER M. STEWART
I/S/O PLAINTIFFS' MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917