Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions;<br><br>*Siegel v. Hitachi, Ltd. et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-05264;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514-SC;<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173-SC; | **DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS THEIR OPPOSITION TO DEFENDANT SAMSUNG SDI'S MOTION *IN LIMINE* NO. 2 PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Judge: Hon. Samuel Conti |

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N. V., et. al.*, No. 13-cv-005261-SC;

*Siegel v. Technicolor SA, et al.*, No. 13-cv-00141;

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 3:13-cv-05262;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686.

I, Stephen M. Judge, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants Thomson Consumer Electronics, Inc. ("Thomson Consumer") and Thomson SA (collectively "Thomson Defendants"). I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California. The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. On June 18, 2008, the Court entered a "Stipulated Protective Order" in this matter [Dkt. No. 306] (the "Protective Order"). On February 27, 2015 the Plaintiffs filed an Administrative Motion to Seal [Dkt. 3651], and lodged under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents or portions thereof, that contain information from documents the Thomson Defendants have designated "Confidential" or "Highly Confidential":

   a. Exhibit 1 to the Declaration of Samuel Randall In Support of Direct Action Plaintiffs' Opposition to Samsung SDI's Motion *in Limine* to Exclude Portions of Plaintiffs' Trial Exhibits, Bates Stamped TSA-CRT00077732 ("Randall Declaration"); and

      b. Portions of Direct Action Plaintiffs' Opposition to Samsung SDI's Motion *in Limine* to Exclude Portions of Plaintiffs' Trial Exhibits, Bates Stamped TSA-CRT00077732 ("DAPs' Opposition").

3. Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Stipulated Protective Order, I make this declaration on behalf of the Thomson Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Thomson Defendants as "Confidential" or "Highly Confidential" under the Stipulated Protective Order, and references to those documents and information in the Plaintiffs' Opposition.

4. Specifically, the Thomson Defendants request that the following documents be maintained under seal: (i) Exhibit 1 to the Randall Declaration; and (ii) all references to information in the DAPs' Opposition designated "Confidential" or "Highly Confidential" by the Thomson Defendants under the terms of the Stipulated Protective Order.

5. Exhibit 1 to the Randall Declaration was produced by the Thomson Defendants bearing the Bates number TSA-CRT00077732 and designated as "Highly Confidential";

6. Upon information and belief, Exhibit 1 to the Randall Declaration designated as "Confidential" or "Highly Confidential" by the Thomson Defendants because it contain confidential, non-public, highly sensitive business information about the Thomson Defendants' business practices, customers, strategies, and supplier relationships. Further, Exhibit 1 contains information that may be protected from disclosure under the laws of France. Publically disclosing this sensitive information risks undermining the Thomson Defendants' business relationships and harming its suppliers and customers and putting the Thomson Defendants at a competitive disadvantage.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 3rd day of March 2015, at South Bend, Indiana.

                                              /s/ Stephen M. Judge