1   Calvin L. Litsey (SBN 289659)
    FAEGRE BAKER DANIELS LLP
2   1950 University Avenue, Suite 450
    East Palo Alto, CA  94303-2279
3   Telephone: +1 650-324-6700
    Facsimile: +1 650-324-6701
4   calvin.litsey@FaegreBD.com

5   Kathy L. Osborn (*pro hac vice*)
    Ryan M. Hurley (*pro hac vice*)
6   FAEGRE BAKER DANIELS LLP
    300 N. Meridian Street, Suite 2700
7   Indianapolis, IN  46204
    Telephone: +1 317-237-0300
8   Facsimile: +1 317-237-1000
    kathy.osborn@FaegreBD.com
9   ryan.hurley@FaegreBD.com

10  ***Attorneys for Defendants Thomson SA and***
    ***Thomson Consumer Electronics, Inc.***

11

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14                **SAN FRANCISCO DIVISION**

15  IN RE CATHODE RAY TUBE (CRT)          No. 07-cv-5944-SC
    ANTITRUST LITIGATION,                 MDL No. 1917
16  ────────────────────────────

17  This Document Relates to:             **DECLARATION OF STEPHEN M.**
                                          **JUDGE IN SUPPORT OF SHARP'S**
18  *Sharp Electronics Corp., et al. v. Hitachi,*   **ADMINISTRATIVE MOTION TO FILE**
    *Ltd., et. al.*, No. 13-cv-01173-SC;  **DOCUMENTS RELATED TO SHARP'S**
19                                        **OPPOSITION TO JOINT DEFENSE**
    *Sharp Electronics Corp., et al. v. Koninklijke*   **MOTION IN LIMINE NO. 8 UNDER**
20  *Philips Electronics N. V., et. al.*, No. 13-cv-   **SEAL PURSUANT TO CIVIL LOCAL**
    005261-SC;                            **RULES 7-11 AND 79-5(d)**
21

22

23                                        Judge: Hon. Samuel Conti

24

25          I, Stephen M. Judge, hereby declare as follows:

26  1.      I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for

27  Defendants Thomson Consumer Electronics, Inc. ("Thomson Consumer") and Thomson SA

28  (collectively "Thomson Defendants").  I am admitted to practice *pro hac vice* before the United

States District Court for the Northern District of California.  The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2.      On June 18, 2008, the Court entered a "Stipulated Protective Order" in this matter [Dkt. No. 306] (the "Protective Order").  On February 27, 2015 the Sharp filed an Administrative Motion to Seal [Dkt. 3678], and lodged under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following document that contains information from documents the Thomson Defendants have designated "Confidential" or "Highly Confidential":

      a.      Exhibit E to the Declaration of Craig A. Benson In Support of Sharp's  Opposition to Joint Defense Motion *in Limine* No. 8 ("Benson Declaration"); and

      b.      Portions of Sharp's Opposition to Joint Defense Motion *in Limine* No. 8 ("Sharp's Opposition").

3.      Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Stipulated Protective Order, I make this declaration on behalf of the Thomson Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Thomson Defendants as "Confidential" or "Highly Confidential" under the Stipulated Protective Order, and references to those documents and information in the Plaintiffs' Opposition.

4.      Specifically, the Thomson Defendants request that the following documents be maintained under seal: (i) Exhibit E to the Benson Declaration; and (ii) all references to information in the Sharp's Opposition designated "Confidential" or "Highly Confidential" by the Thomson Defendants under the terms of the Stipulated Protective Order.

5.      Exhibit E to the Benson Declaration contains the following documents that were produced by the Thomson Defendants and designated as "Highly Confidential" or "Confidential" by the Thomson Defendants:

      a.      A  document  produced  by  Thomson  SA  bearing  the  Bates  number  TSA-CRT00039725 and designated as "Highly Confidential";

      b.      A document produced by Thomson Consumer bearing the Bates number TCE-CRT 0020908 and designated as "Highly Confidential";

1           c.      A document produced by Thomson SA bearing the Bates number TSA-

2                    CRT00000793 and designated as "Highly Confidential"; and

3           d.      A document produced by Thomson SA bearing the Bates number TSA-

4                    CRT00000689 and designated as "Highly Confidential."

5   6.      Upon information and belief, the documents comprising Exhibit E to the Benson

6 Declaration designated as "Highly Confidential" by the Thomson Defendants because they

7 contain confidential, non-public, highly sensitive business information about the Thomson

8 Defendants' business practices, customers, strategies, and supplier relationships. Further, certain

9 documents comprising Exhibit E may contain information that may be protected from disclosure

10 under the laws of France. Publically disclosing this sensitive information risks undermining the

11 Thomson Defendants' business relationships and harming its suppliers and customers and putting

12 the Thomson Defendants at a competitive disadvantage.

13       I declare under penalty of perjury, under the laws of the United States of America, that the

14 foregoing is true and correct.

15       Executed this 3rd day of March 2015, at South Bend, Indiana.

16

17                                  /s/ Stephen M. Judge

18

19

20

21

22

23

24

25

26

27

28