Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173-SC;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N. V., et. al.*, No. 13-cv-005261-SC. | **DECLARATION OF STEPHEN M. JUDGE IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S OPPOSITION TO JOINT DEFENSE MOTION IN LIMINE NO. 10 UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Judge: Hon. Samuel Conti |

I, Stephen M. Judge, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants Thomson Consumer Electronics, Inc. ("Thomson Consumer") and Thomson SA (collectively "Thomson Defendants"). I am admitted to practice *pro hac vice* before the United

1  States District Court for the Northern District of California. The statements contained in this
2  declaration are based on my personal knowledge and, if called as a witness, I could competently
3  testify to the following facts.

4  2.  On June 18, 2008, the Court entered a "Stipulated Protective Order" in this matter [Dkt.
5  No. 306] (the "Protective Order"). On February 27, 2015 the Sharp filed an Administrative
6  Motion to Seal [Dkt. 3690], and lodged under seal, pursuant to Civil Local Rules 7-11 and 79-
7  5(d), the following document that contains information from documents the Thomson Defendants
8  have designated "Confidential" or "Highly Confidential":

9      a.  Exhibit L to the Declaration of Craig A. Benson In Support of Sharp's Opposition
10         to Joint Defense Motion *in Limine* No. 10 ("Benson Declaration"); and

11     b.  Portions of Sharp's Opposition to Joint Defense Motion *in Limine* No. 10
12         ("Sharp's Opposition").

13 3.  Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Stipulated Protective Order, I
14 make this declaration on behalf of the Thomson Defendants to provide the basis for the Court to
15 maintain under seal certain documents and information designated by the Thomson Defendants as
16 "Confidential" or "Highly Confidential" under the Stipulated Protective Order, and references to
17 those documents and information in the Plaintiffs' Opposition.

18 4.  Specifically, the Thomson Defendants request that the following documents be maintained
19 under seal: (i) Exhibit L to the Benson Declaration; and (ii) all references to information in the
20 Sharp's Opposition designated "Confidential" or "Highly Confidential" by the Thomson
21 Defendants under the terms of the Stipulated Protective Order.

22 5.  Exhibit L to the Benson Declaration produced by Thomson Consumer bearing the Bates
23 number TCE-CRT 0013596 and designated by Thomson Consumer as "Highly Confidential."

24 6.  Upon information and belief, Exhibit L to the Benson Declaration was designated as
25 "Highly Confidential" by Thomson Consumer because it contains confidential, non-public, highly
26 sensitive business information about the Thomson Defendants' business practices, customers,
27 strategies, and supplier relationships. Publically disclosing this sensitive information risks
28

undermining the Thomson Defendants' business relationships and harming its suppliers and customers and putting the Thomson Defendants at a competitive disadvantage.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 3rd day of March 2015, at South Bend, Indiana.

/s/ Stephen M. Judge