1   GIBSON, DUNN & CRUTCHER LLP
    JOEL S. SANDERS, SBN 107234
2   JSanders@gibsondunn.com
    RACHEL S. BRASS, SBN 219301
3   RBrass@gibsondunn.com
    AUSTIN V. SCHWING, SBN 211696
4   ASchwing@gibsondunn.com
    555 Mission Street, Suite 3000
5   San Francisco, California 94105-2933
    Telephone: 415.393.8200
6   Facsimile: 415.393.8306

7   Attorneys for Defendants
    CHUNGHWA PICTURE TUBES, LTD. and
8   CHUNGHWA PICTURE TUBES (MALAYSIA)
    SDN. BHD.

9

10                      UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  IN RE: CATHODE RAY TUBE (CRT)          Master File No. 3:07-CV-5944 SC
    ANTITRUST LITIGATION                   MDL No. 1917
15
    This Document Relates to:
16                                         **DECLARATION OF RACHEL S. BRASS
    *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et   IN SUPPORT OF PLAINTIFF SHARP'S**
17  al., Case No. C 13-1173 (SC);          **ADMINISTRATIVE MOTION TO FILE
                                           DOCUMENTS RELATED TO SHARP'S**
18  *Sharp Elecs. Corp. et al. v. Koninklijke Philips*   **OPPOSITION TO JOINT DEFENSE
    *Elecs. N.V. et al.*, No. 13-cv-2776-SC.   MOTION IN LIMINE NO. 10 UNDER**
19                                         **SEAL PURSUANT TO CIVIL LOCAL
                                           RULES 7-11 AND 79-5(b)**
20

21       I, Rachel S. Brass, hereby declare as follows:

22       1.      I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for

23  Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively

24  "CPT") in the above-referenced actions.

25       2.      I submit this declaration in support of Plaintiff Sharp's Administrative Motion to File

26  Documents in Support of Opposition to Joint Defense Motion in Limine No. 10 Under Seal Pursuant

27  to Civil Local Rules 7-11 and 79-5(b) (Case No. 07-cv-05944, Dkt. No. 3690) to provide the basis to

28  maintain under seal the documents identified below.

                                           1

Gibson, Dunn &
Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL,
CASE NO. 3:07-cv-5944 SC, MDL No. 1917

3.      I have reviewed the following documents submitted under seal to the Court in connection with Plaintiff Sharp Electronics Corporation & Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to Joint Defense Motion in Limine No. 10 – Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy ("Opposition"):

- CPT document CHU00031006 – CHU00031009, internal report of May 26, 2000 meeting (Declaration of Craig A. Benson in Support of Opposition ("Benson Decl."), Ex. A).

- CPT document CHU00014218, internal report of November 2, 2005 meeting (Benson Decl., Ex. K).

4.      The documents identified in paragraph 3 of this declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306).  CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.

5.      The CPT documents identified in paragraph 3 of this declaration are reports that were prepared by CPT employees strictly for internal purposes.  They consist of confidential, nonpublic, proprietary and sensitive business information.  They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

6.      On information and belief, disclosure of the documents identified in paragraph 3 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of March 2015, at San Francisco, California.

By:      /s/ *Rachel S. Brass*
        Rachel S. Brass

Gibson, Dunn &
Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL,
CASE NO. 3:07-cv-5944 SC, MDL No. 1917