GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC;<br><br>*Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.,* et al., Case No. 13-cv-2776 SC. | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO THEIR OPPOSITION TO THE TOSHIBA DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF TOSHIBA'S SALES TO SHARP CORPORATION UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79-5(b), AND 79-5(e)** |

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced actions.

2. I submit this declaration in support of Plaintiff Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Administrative Motion to File Documents Related to Their Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation Under Seal Pursuant to Civil Local Rules 7-11, 79-5(b), and 79-5(e) (Case No. 07-cv-05944, Dkt. No. 3695) to provide the basis to maintain under seal the document identified below.

3. I have reviewed the following documents submitted under seal to the Court in connection with Plaintiff Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation, and portions of Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to the Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation ("Opposition"):

- CPT document CHU00028229E – CHU00028230E, internal report of October 20, 1999 meeting (Declaration of Craig A. Benson in Support of Opposition, Ex. 3).

4. The document identified in paragraph 3 of this declaration is designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306). CPT designated this document as "Confidential" because it is an internal report prepared by CPT employees for review and analysis by CPT supervisors.

5. The CPT document identified in paragraph 3 of this declaration is a report that was prepared by CPT employees strictly for internal purposes. It consists of confidential, nonpublic, proprietary and sensitive business information. It contains recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

//
//
//
//
//

6. On information and belief, disclosure of the document identified in paragraph 3 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March 2015, at San Francisco, California.

By:     /s/ *Rachel S. Brass*
        Rachel S. Brass