GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates to: | |
| *Indirect-Purchaser Class Action* | **DECLARATION OF RACHEL S. BRASS IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.*, No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776; | **[RE IPP RESP. TO DEFS.' MIL NO. 12]** |
| *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; | |
| *Sears, Roebuck and Co. and Kmart Corp. v.* | |

1

*Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, et al., No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

I, Rachel S. Brass, hereby declare as follows:

1.      I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced actions.

2.      I submit this declaration in support of Indirect Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5 [Re IPP Resp. to Defs.' MIL No. 12] (Case No. 07-cv-05944, Dkt. No. 3703) to provide the basis to maintain under seal the documents identified below.

3.      I have reviewed the following documents submitted under seal to the Court in connection with  Indirect Purchaser Plaintiffs' Response to Defendants' Motion *In Limine* No. 12: To Exclude Plaintiffs' "Price  Ladder" Theory of Recovery ("Response"):

- CPT document CHU00014218, internal report of November 2, 2005 meeting (Declaration of Gerard A. Dever in Support of Response ("Dever Decl."), Ex. 2).
- CPT document CHU00029171E – CHU00029174E, internal report of October 27, 1999 meeting (Dever Decl., Ex. 3).

4.      The documents identified in paragraph 3 of this declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306).  CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.

5.      The CPT documents identified in paragraph 3 of this declaration are reports that were prepared by CPT employees strictly for internal purposes.  They consist of confidential, nonpublic, proprietary and sensitive business information.  They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

6.      On information and belief, disclosure of the documents identified in paragraph 3 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of March 2015, at San Francisco, California.


By:   _____/s/ *Rachel S. Brass*_____
                    Rachel S. Brass

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL,
CASE NO. 3:07-cv-5944 SC, MDL No. 1917