(*Stipulating Parties on Signature Page*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *All Indirect Purchaser Actions* | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING FOR MOTIONS IN LIMINE FILED BY THE INDIRECT PURCHASER PLAINTIFFS, THE TOSHIBA DEFENDANTS AND THE SAMSUNG SDI DEFENDANTS** |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling (Doc. No. 3182), the Indirect Purchaser Plaintiffs ("IPPs") filed nineteen motions in limine ("IPP motions in limine")[1] on February 13, 2015;

WHEREAS, on February 13, 2015, the Toshiba Defendants filed four separate motions in limine ("Toshiba separate motions in limine")[2] and twelve motions in limine jointly with the other defendants ("Toshiba joint motions in limine")[3] that pertain to the IPPs;

WHEREAS, on February 13, 2015, the Samsung SDI Defendants filed two separate

---

[1] *See* Doc. Nos. 3537, 3538, 3539, 3540, 3541, 3542, 3543, 3544, 3545, 3546, 3547, 3548, 3549, 3550, 3551, 3552, 3553, 3554 and 3555.

[2] *See* Doc Nos. 3573, 3577, 3588 and 3576.

[3] *See* Doc Nos. 3556, 3557, 3559, 3563-3, 3568, 3571, 3572, 3579, 3581, 3583, 3589, and 3592.

motions in limine[4] ("Samsung separate motions limine") and twelve motions in limine jointly with the other defendants[5] ("Samsung joint motions in limine") that pertain to the IPPs;

WHEREAS, IPPs' MIL Nos. 3 (Doc. No. 3539) and 11 (Doc. No. 3547), and Defendants' Joint MIL No. 14 (Doc. No. 3581), were resolved by stipulation dated February 27, 2015 (Doc. No. 3639);

WHEREAS, SDI's MIL No. 2 (Doc. No. 3565) was not opposed by IPPs;

WHEREAS, pursuant to the Stipulation and Order Regarding Deadline for Briefing and Hearing Date for Motions in Limine (Doc. No. 3605) (the "MIL Order"), all parties filed responses to the motions pertaining to them on February 27, 2015;[6]

WHEREAS, pursuant to the MIL Order, replies in support of the motions in limine are due on March 6, 2015;

WHEREAS, the Toshiba Defendants also filed a Motion to Strike Class Representatives with Inadequate Proof of Their Individual Purchases of Televisions or Monitors (Doc. No. 3595) ("Motion to Strike");

WHEREAS, pursuant to the Stipulation and Order Regarding Briefing for the Toshiba Defendants' Motion to Decertify the Statewide IPP Classes for Damages and Motion to Strike Class Representatives with Inadequate Proof of their Individual Purchases of Televisions or Monitors (Doc. No. 3630), the IPPs' opposition to the Motion to Strike is due on March 6, 2015 and the Toshiba Defendants' reply is due on March 17, 2015;

WHEREAS, counsel for the IPPs, the Toshiba Defendants and the Samsung SDI Defendants have met and conferred and agree that an extension of the briefing schedule on these motions is appropriate and will aid in the efficient resolution of the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs, the

---

[4] *See* Doc. Nos. 3560-61, 3565.

[5] *See* fn. 3, *supra.*

[6] The IPPs and the Toshiba Defendants entered into a separate stipulation extending the briefing schedule for Defendants' MIL #2 and DAP MIL #11, which became an order of the Court on February 25, 2015 (Doc No. 3631). Defendants' MIL #2 and DAP MIL #11 are not the subject of this Stipulation and Proposed Order.

Toshiba Defendants and the Samsung SDI Defendants as follows:

1. The replies in support of the IPPs' motions in limine, the Toshiba and SDI separate motions in limine, and the Toshiba and SDI joint motions in limine (as they pertain to the IPPs) may be filed no later than March 16, 2015;

2. IPPs' opposition to the Toshiba Defendants' Motion to Strike must be filed no later than March 16, 2015;

3. The Toshiba Defendants' reply in support of their Motion to Strike may be filed no later than March 27, 2015.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                               _____
                                                    Hon. Samuel Conti
                                                    United States District Judge

DATED:  March 4, 2015                    By: /s/_____
                                         Mario N. Alioto (56433)
                                         Lauren C. Capurro (241151)
                                         TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                         2280 Union Street
                                         San Francisco, CA 94123
                                         Telephone: (415) 563-7200
                                         Facsimile: (415) 346-0679
                                         malioto@tatp.com
                                         laurenrussell@tatp.com

                                         *Lead Counsel for Indirect Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: March 4, 2015 | **WHITE & CASE LLP** |
| 2 | | By: /s/ |
| | | Christopher M. Curran (*pro hac vice*) |
| 3 | | ccurran@whitecase.com |
| | | Lucius B. Lau (*pro hac vice*) |
| 4 | | alau@whitecase.com |
| | | Dana E. Foster (*pro hac vice*) |
| 5 | | defoster@whitecase.com |
| | | 701 Thirteenth Street, N.W. |
| 6 | | Washington, DC  20005 |
| | | tel.: (202) 626-3600 |
| 7 | | fax: (202) 639-9355 |

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

DATED: March 4, 2015            **SHEPPARD MULLIN RICHTER & HAMPTON**

By: /s/
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.