Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.*, *and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Siegel v. Hitachi, Ltd., et al.,* No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al., v. Hitachi, Ltd., et al.,* No. 11- cv-05513;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11- cv-05514;<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;<br><br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;<br><br>*Best Buy Co., Inc. v. Technicolor SA, et al., et al.,* No. 13- cv-05264; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e) AND 7-11** |

| | |
|---|---|
| 1 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05262; |
| 2 | |
| 3 | *Target Corp. v. Technicolor SA, et al.,* No. 13- cv-05686; |
| 4 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-cv-02510. |
| 5 | |
| 6 | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e) AND 7-11
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Direct Action Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 79-5(e) and 7-11 (Dkt. Nos. 3650 and 3667) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On February 27, 2015, the Direct Action Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), Exhibits 1 and 2 to the Declaration of Samuel Randall in Support of Direct Action Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Evidence of "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices (Dkt. Nos. 3667-5, 3667-6) (the "Randall Declaration").

6. On February 27, 2015, the Direct Action Plaintiffs filed the Declaration of Samuel J. Randall in Support of the Motion to Seal (Dkt. Nos. 3650-1, 3667-1), which states that the exhibits filed under seal contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, Exhibit 1 to the Randall Declaration, which consists of excerpts from the Expert

Rebuttal Report of Dr. Kenneth G. Elzinga, dated September 26, 2014, should be maintained under seal because it discusses on page 77 the Expert Report of Edward A. Snyder, dated August 5, 2014, that the Toshiba Defendants have designated as "Highly Confidential" under the Stipulated Protective Order.

8. Exhibit 1 to the Randall Declaration contains confidential, non-public, proprietary, and highly sensitive business information. The exhibits concerns confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. It describes relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2015, in Washington, D.C.

_____
Dana E. Foster

**CERTIFICATE OF SERVICE**

On March 6, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(e) AND 7-11" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster