1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Consumer Products, L.L.C., Toshiba America*
   *Electronic Components, Inc., and Toshiba*
11 *America Information Systems, Inc.*
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>*All Direct Purchaser Actions* | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Mitsubishi Electric Defendants' Administrative Motion To File Documents Under Seal (Dkt. No. 3708) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" pursuant to the Stipulated Protective Order.

5. On February 27, 2015, Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (the "Mitsubishi Electric Defendants") filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of the Mitsubishi Electric Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification (Dkt. Nos. 3708-3) (the "Opposition") and exhibits thereto.

6. On February 27, 2015, the Mitsubishi Electric Defendants filed the Declaration of Gabriel A. Fuentes in Support of the Motion to Seal (Dkt. No. 3708-1), which states that the redacted portions of the Opposition and the sealed exhibits thereto contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

a. Exhibit 6 to the Declaration of Shaun M. Van Horn in Support of the Opposition (the "Van Horn Declaration"), which is the Expert Report of Dov Rothman, dated August 5, 2014, that cites on page 7 a document Bates-labeled TSB-CRT-00061306 – TSB-CRT-00061317, that Toshiba Corporation has designated as "Confidential" under the Stipulated Protective Order; and

b. Exhibit 10 to the Van Horn Declaration, which is a document Bates-labeled TACP-CRT-00021445 – TACP-CRT-00021470, that TACP has designated as "Confidential" under the Stipulated Protective Order.

8. The materials listed in paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The documents and testimony concern confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2015, in Washington, D.C.

Dana E. Foster

**CERTIFICATE OF SERVICE**

On March 6, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_____
Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF MITSUBISHI ELECTRIC
DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 07-5944 SC, MDL No. 1917