1  BAKER BOTTS L.L.P.
   Jon V. Swenson (SBN 233054)
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA 94304-1007
   Telephone: (650) 739-7500
4  Facsimile: (650) 739-7699
   Email: jon.swenson@bakerbotts.com
5
   BAKER BOTTS L.L.P.
6  John M. Taladay (*pro hac vice*)
   Erik T. Koons (*pro hac vice*)
7  Charles M. Malaise (*pro hac vice*)
   1299 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004-2400
   Telephone: (202) 639-7700
9  Facsimile: (202) 639-7890
   Email: john.taladay@bakerbotts.com
10 Email: erik.koons@bakerbotts.com
   Email: charles.malaise@bakerbotts.com
11
   *Attorneys for Defendant Koninklijke Philips N.V., and*
12 *Philips Electronics North America Corporation*

13

14                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
15                           **SAN FRANCISCO DIVISION**

16  In re: CATHODE RAY TUBE (CRT)            | Case No. 07-5944 SC
    ANTITRUST LITIGATION
17                                           | MDL No. 1917
    This Document Relates to:
18                                           | **DECLARATION OF TIFFANY B. GELOTT IN**
    *Sharp Electronics Corp., et al. v. Hitachi, Ltd.,* | **SUPPORT OF THOMSON DEFENDANTS'**
19  *et al.,* Case No. 13-cv-1173 SC; and     | **ADMINISTRATIVE MOTION TO FILE**
                                              | **UNDER SEAL PORTIONS OF RESPONSE OF**
20  *Sharp Electronics Corp., et al. v. Koninklijke* | **DEFENDANTS THOMSON S.A., THOMSON**
    *Philips Electronics N.V., et al.,* Case No. 13- | **CONSUMER ELECTRONICS, INC.,**
21  cv-2776 SC.                               | **KONINKLIJKE PHILIPS N.V., PHILIPS**
                                              | **ELECTRONICS NORTH AMERICA**
22                                            | **CORPORATION, AND THE TOSHIBA**
                                              | **DEFENDANTS IN OPPOSITION TO**
23                                            | **SHARP'S MOTION IN LIMINE TO**
                                              | **EXCLUDE EVIDENCE RELATED TO THE**
24                                            | **ROLE OF SHARP COMPANIES IN THE TFT-**
                                              | **LCD ANTITRUST LITIGATIONS**
25

26

27

28                                                                               MDL 1917
   DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF THOMSON DEFENDANTS' ADMINISTRATIVE
                                MOTION TO FILE UNDER SEAL

1   I, Tiffany B. Gelott, hereby declare as follows:

2   1.   I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants").  I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

3   2.   I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

4   3.   On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").  On February 27, 2015, Defendants Thomson SA and Thomson Consumer Electronics, Inc. (collectively, "Thomson Defendants") filed an Administrative Motion to Seal (Dkt. 3705), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents or portions thereof that contain information that the Philips Defendants have designated either "Highly Confidential" or "Confidential:"

   a. Portions of Response of Defendants Thomson S.A., Thomson Consumer Electronics, Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, and the Toshiba Defendants in Opposition to Sharp's Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations ("Opposition");

   b. Exhibit E to the Declaration of Stephen M. Judge in Support of Response of Defendants Thomson S.A., Thomson Consumer Electronics, Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, and the Toshiba Defendants in Opposition to Sharp's Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations ("Judge Declaration"), the Expert Report of Kenneth G. Elzinga, dated April 15, 2014 ("Exhibit E");

   c. Exhibit F to the Judge Declaration, the Reply Expert Report of Kenneth G. Elzinga, dated August 5, 2014 ("Exhibit F"); and

   d. Exhibit G to the Judge Declaration, the Expert Report of Janet S. Netz, dated April

1

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

15, 2014 ("Exhibit G").

4. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, I make this declaration on behalf of the Philips Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Philips Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Opposition and Exhibits E, F, and G.

5. Exhibits E, F, and G should be maintained under seal in their entirety because they analyze and rely upon documents and data designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

6. Upon information and belief, the documents and data discussed and cited within Exhibits E, F, and G to the Judge Declaration, and the portions of the Opposition, which discuss and cite Exhibits E, F, and G, were designated by the Philips Defendants as either "Highly Confidential" or "Confidential" pursuant to the Stipulated Protective Order because the documents and data contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions. The documents and data describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions. Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' customers, and would put the Philips Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2015 in Washington, D.C.

\_\_/s/ Tiffany B. Gelott_____
Tiffany B. Gelott

2

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF THOMSON DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL