BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V.,*
*Philips Electronics North America Corporation,*
*Philips Taiwan Limited, and Philips do Brasil, Ltda.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513-SC;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264-SC;*<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al., No. 3:07-cv-05514-SC;*<br><br>*Target Corp. v. Technicolor SA, et al., Case No. 3:11-cv-05514-SC;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al., No. 11-cv-05502-SC;* | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT  IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

1
2

*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-5514;*

3
4

*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al., No. 13-cv-01173-SC;*

5
6

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al., No. 13-cv-2776 SC;*

7
8

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF TIFFANY B. GELOTT  IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

I, Tiffany B. Gelott, hereby declare as follows:

1.     I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda. (collectively, the "Philips Defendants").  I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2.     I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.     On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").  On February 27, 2015, Best Buy, Circuit City, Sharp, Sears and Kmart, Target, and ViewSonic (collectively, "Plaintiffs") filed an Administrative Motion to Seal (Dkt. 3682), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents or portions thereof that contain information that the Philips Defendants have designated "Highly Confidential" or "Confidential:"

    a.   Portions of Plaintiffs' Opposition To Defendants' Motion In Limine No. 11 To Exclude References To Documents Or Behavior Not In Evidence ("Opposition");

    b.   Exhibit 1 to the Declaration of Jill S. Casselman in Support of Plaintiffs' Opposition To Defendants' Motion In Limine No. 11 To Exclude References To Documents Or Behavior Not In Evidence ("Casselman Declaration"), excerpts from the Expert Report of Dr. Kenneth G. Elzinga, dated April 15, 2014 ("Exhibit 1"); and

    c.   Exhibit 2 to the Casselman Declaration, excerpts from the Expert Rebuttal Report of Dr. Kenneth G. Elzinga, dated September 26, 2014 ("Exhibit 2").

2.     Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, I make this declaration on behalf of the Philips Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the Philips Defendants as

DECLARATION OF TIFFANY B. GELOTT  IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5

1  "Highly Confidential" or "Confidential" pursuant to the Stipulated Protective Order, and all

2  references to those documents and information in the Opposition and Exhibits 1 and 2.

3      3.      Exhibits 1 and 2 should be maintained under seal in their entirety because they

4  analyze and rely upon documents and data designated by the Philips Defendants as either

5  "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

6      4.      Upon information and belief, the documents and data discussed and cited within

7  Exhibit 1 and 2 to the Casselman Declaration and the portions of the Opposition, which cite and

8  reference Exhibits 1 and 2, were designated by the Philips Defendants as either "Highly

9  Confidential" or "Confidential" pursuant to the Stipulated Protective Order because the documents

10  and data contain confidential, nonpublic, and highly sensitive business information about the Philips

11  Defendants' sales practices, business and supply agreements, and competitive positions.  The

12  documents and data describe relationships with companies (including customers and vendors) that

13  remain important to the Philips Defendants' competitive positions.  Publicly disclosing this sensitive

14  information presents a risk of undermining the Philips Defendants' relationships, would cause harm

15  with respect to the Philips Defendants' customers, and would put the Philips Defendants at a

16  competitive disadvantage.

17      I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.

19

20      Executed on March 6, 2015 in Washington, D.C.

21

22      __/s/ Tiffany B. Gelott_____

23      Tiffany B. Gelott

24

25

26

27

28

DECLARATION OF TIFFANY B. GELOTT  IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5