UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510. | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) DOCUMENTS RELATED TO CHUNGHWA'S REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE OPINIONS OR CALCULATIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THE CHUNGHWA DEFENDANTS**<br><br>Judge:     Hon. Samuel Conti |

Having considered Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s (collectively, "Chunghwa") Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with its Reply in Support of Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable

to the Chunghwa Defendants ("Reply"), and the Declaration of Austin Schwing in Support of Chunghwa's Reply, it is hereby

ORDERED that the Administrative Motion to File Under Seal is GRANTED; and it is further

ORDERED that the Clerk shall file and maintain under seal the following documents or excerpted portions of documents related to the Administrative Motion to File Under Seal:

| Document | Sealed Portions (Page:Line) |
|---|---|
| Chunghwa's Reply | The highlighted portions of pages 3:22-23, 4:12-15, 4:26-28, 6:13-21, 7:7, 7:9-12, 7:15-18, 7:20-21, 8:17, 10:7-9, 10:12-13 and footnote 2. |
| Declaration of Rachel S. Brass in Support of Chunghwa's Reply (the "Brass Decl.") | The highlighted portions of pages 1:21 and 1:25-2:2. |
| Exhibit 1 to the Brass Decl. (document produced as CHU00028472-74 and accompanying English translation) | Entire document |
| Exhibit 2 to the Brass Decl. (document produced as CHU00028490-92 and accompanying English translation) | Entire document |
| Exhibit 3 to the Brass Decl. (document produced as CHU00028677-79 and accompanying English translation) | Entire document |
| Exhibit 4 to the Brass Decl. (cited excerpts from the July 10, 2014 certified deposition transcript of Dr. Alan S. Frankel) | Entire excerpted document |
| Exhibit 5 to the Brass Decl. (email exchange dated March 5-6, 2015) | The highlighted portions |
| Exhibit 6 to the Brass Decl. (Word document of computer coding attached to Exhibit 5) | Entire document |

**IT IS SO ORDERED.**


DATED: _____, 2015

_____
Honorable Samuel Conti
U.S. District Judge

# DECLARATION OF SERVICE

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date below, I served the within:

**[PROPOSED] ORDER GRANTING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) DOCUMENTS RELATED TO CHUNGHWA'S REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE OPINIONS OR CALCULATIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THE CHUNGHWA DEFENDANTS**

to all named counsel of record as follows:

☑   **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 6, 2015. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on March 6, 2015, at San Francisco, California.

                                                /s/ *Joseph Hansen*
                                                 Joseph Hansen

101891409.1