# Hansen, Joseph C.

| | |
|---|---|
| **From:** | Heaven, Astor <AHeaven@crowell.com> |
| **Sent:** | Friday, March 06, 2015 7:28 AM |
| **To:** | Hansen, Joseph C.; Murphy, Jerome |
| **Cc:** | Brass, Rachel S.; Schwing, Austin; McNary, Robert |
| **Subject:** | RE: In re CRT, MDL 1917 - Frankel intermediate data file |
| **Attachments:** | a.dta; HIGHLY CONFIDENTIAL PROGRAM EXCERPT.DOCX; FW: In re Cathode Ray Tube (CRT) Antitrust Litigation; MDL No. 1917 |

Joe-

We are attaching the transmittal email of June 19, 2014 where we provided the link to the backup production.

Best,
Astor

_____

**Astor H.L. Heaven**
aheaven@crowell.com
Direct 1.202.624.2599 | Cell 1.301.237.7805

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

---

**From:** Hansen, Joseph C. [mailto:JHansen@gibsondunn.com]
**Sent:** Thursday, March 05, 2015 7:38 PM
**To:** Murphy, Jerome; Heaven, Astor
**Cc:** Brass, Rachel S.; Schwing, Austin
**Subject:** In re CRT, MDL 1917 - Frankel intermediate data file

Dear Jerry and Astor,

On page 5 of your opposition brief to Chunghwa's motion in limine to exclude opinions regarding actual damages, you state that "In connection with Exhibit 20b                        The accompanying declaration from Dr. Frankel states that                           We do not have any record of receiving that file as represented, but our records could be wrong.  If you could you please resend us a copy of the original transmittal of that file today or before 12:00 PST tomorrow, that would be most appreciated.

Sincerely,
Joe


Joseph C. Hansen

# GIBSON DUNN

1

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8380 • Fax +1 415.374.8438
JHansen@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.