GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone: 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:14-cv-02510-SC | **DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S REPLY IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE OPINIONS OR CALCULATIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THE CHUNGHWA DEFENDANTS** |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

Gibson, Dunn & Crutcher LLP

Declaration of Rachel S. Brass in Support of Chunghwa's Reply in Support of Motion in Limine to Exclude Opinions Regarding Actual Damages – Master Case No. 07-CV-5944 SC

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa") in the above-referenced action.

2. I submit this declaration in support of Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Reply in Support of Their Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable to Chunghwa Defendants. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. Attached as **Exhibit 1** is a true and correct copy of a "Visitation Report," dated March 20, 1998, produced by Chunghwa as CHU00028472-74, with accompanying certified English translation CHU00028472E-74E.

4. Attached as **Exhibit 2** is a true and correct copy of a "Customer Contact Report," dated November 7, 1997, produced by Chunghwa as CHU00028490-92, with accompanying certified English translation CHU00028490E-92E.

5. Attached as **Exhibit 3** is a true and correct copy of a "Visiting Report," dated November 4, 1997, produced by Chunghwa as CHU00028677-79, with accompanying certified English translation CHU00028677E-79E.

6. Attached as **Exhibit 4** is a true and correct copy of cited excerpts from the certified deposition transcript of Dr. Alan S. Frankel, which took place on July 10, 2014.

7. We do not have any records of receiving ████████████ ViewSonic referenced in its Opposition Brief. On March 5, 2015, our office contacted counsel for ViewSonic asking them to identify the file in Dr. Frankel's backup materials. Counsel for ViewSonic replied on March 6, 2015. A true and correct copy of that email exchange is attached as **Exhibit 5**.

8. In their response, ViewSonic's counsel stated that the "█████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████"

ViewSonic's counsel also "██████████████████████████████████████████

1

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF CHUNGHWA'S REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES – MASTER CASE NO. 07-CV-5944 SC

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" A true and correct copy of that Word document is
2  attached as **Exhibit 6**. The only highlighted words in that document are "▓▓▓▓▓▓▓▓" which
3  appear at the bottom of page four.
4      I declare under penalty of perjury that the foregoing is true and correct.
5      Executed this 6th day of March 2015, at San Francisco, California.

By:   /s/ *Rachel S. Brass*
       Rachel S. Brass

2

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF CHUNGHWA'S REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES – MASTER CASE NO. 07-CV-5944 SC

# DECLARATION OF SERVICE

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On the date below, I served the within:

**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S REPLY IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE OPINIONS OR CALCULATIONS REGARDING ACTUAL DAMAGES ATTRIBUTABLE TO THE CHUNGHWA DEFENDANTS**

to all named counsel of record as follows:

☒ **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 6, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on March 6, 2015, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ *Joseph Hansen*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Joseph Hansen

101891399.2

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF CHUNGHWA'S REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE OPINIONS REGARDING ACTUAL DAMAGES – MASTER CASE NO. 07-CV-5944 SC