Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Consumer Products, L.L.C., Toshiba America*
*Electronic Components, Inc., and Toshiba*
*America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V.*, No. 13-cv-2776. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE SHARP PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP ELECTRONICS CORPORATION & SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE NOS. 9 AND 15 UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79(5)(B), AND 79-5(E)** |

*(left margin, vertical)* White & Case LLP / 701 Thirteenth Street, NW / Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

I, Dana E. Foster, hereby declare as follows:

1.      I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants").   I make this declaration in support of the Sharp Plaintiffs' Administrative Motion to File Documents Related to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition to Defendants' Motions *in Limine* Nos. 9 and 15 Under Seal Pursuant to Civil Local Rules 7-11, 79-5(b), and 79-5(e) (Case No. 07-cv-05944-SC ("MDL") Dkt. No. 3701; Case No. 13-cv-01173-SC Dkt. No. 178; Case No. 13-cv-02776-SC, Dkt. No. 34) (the "Motion to Seal").

2.      Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.      On June 18, 2008, the Court issued a Stipulated Protective Order (MDL Dkt. No. 306) (the "Stipulated Protective Order").

4.      The Toshiba Defendants have produced in this action certain documents and testimony designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

5.      On February 27, 2015, Sharp Electronics Corporation and Sharp Electronic Manufacturing Company of America, Inc. (the "Sharp Plaintiffs") filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of Sharp's Opposition to Defendants' Motions *in Limine* Nos. 9 and 15 (MDL Dkt. No. 3701-4; Case No. 13-cv-01173-SC Dkt. No. 178-4; Case No. 13-cv-02776-SC, Dkt. No. 34-4) (the "Opposition") and exhibits thereto.

6.      On February 27, 2015, the Sharp Plaintiffs filed the Declaration of Craig A. Benson in Support of the Motion to Seal (MDL Dkt. No. 3701-1; Case No. 13-cv-01173-SC Dkt. No. 178-1; Case No. 13-cv-02776-SC, Dkt. No. 34-1), which states that the redacted portions of the Opposition and the sealed exhibits thereto contain excerpts from,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    or statements derived from documents and testimony that have been designated as

2    "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

3        7.    Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective

4    Order, Exhibit 9 to the Declaration of Craig A. Benson in Support of the Opposition,

5    which is the Rebuttal Expert Report of Jerry A. Hausman, dated September 26, 2014,

6    should remain under seal.  Exhibit 9 quotes from, describes, or summarizes on pages 23-

7    25 portions of the Expert Report of Edward A. Snyder, dated August 5, 2014, that the

8    Toshiba Defendants' have designated as "Highly Confidential" under the Stipulated

9    Protective Order.

10       8.    The materials listed in paragraph 7 contain confidential, non-public,

11   proprietary, and highly sensitive business information.  The documents and testimony

12   concern confidential, non-public information about the Toshiba Defendants' sales

13   practices, business and supply agreements, and competitive positions.  They describe

14   relationships with companies — including customers and vendors — that remain

15   important to the Toshiba Defendants' competitive positions.  Upon information and belief,

16   publicly disclosing this sensitive information presents a risk of undermining the Toshiba

17   Defendants' relationships, would cause harm with respect to the Toshiba Defendants'

18   competitors and customers, and would put the Toshiba Defendants at a competitive

19   disadvantage.

20       I declare under penalty of perjury under the laws of the United States of America

21   that the foregoing is true and correct.

22       Executed this 6th day of March, 2015, in Washington, D.C.

23

24

25   _____

                                        Dana E. Foster

26

27

28

DECLARATION OF DANA E. FOSTER IN SUPPORT OF THE SHARP
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED
TO THE SHARP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE
NOS. 9 AND 15 UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79(5)(B), AND 79-5(E)
Case No. 07-5944 SC, MDL No. 1917

1

**CERTIFICATE OF SERVICE**

2

3          On March 6, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER

4    IN SUPPORT OF THE SHARP PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE

5    DOCUMENTS RELATED TO SHARP ELECTRONICS CORPORATION & SHARP

6    ELECTRONICS   MANUFACTURING   COMPANY   OF   AMERICA,   INC.'S

7    OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE NOS. 9 AND 15 UNDER

8    SEAL PURSUANT TO CIVIL LOCAL RULES 7-11, 79(5)(B) AMD 97-5(E)" to be

9    electronically filed via the Court's Electronic Case Filing System, which constitutes service

10   in this action pursuant to the Court's order of September 29, 2008.

11

12

13                                              _____

14                                                    Dana E. Foster

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005