Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc.*, *and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 3:14-cv-02510-SC | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.("TAIS") (collectively, the "Toshiba Defendants"). I make this declaration in support of the Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (Case No. 7-cv-05944-SC ("MDL") Dkt. No. 3698; Case No. 11-cv-05513-SC ("Best Buy") Dkt. No. 136) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (MDL Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On February 27, 2015, Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and ViewSonic Corporation (collectively, "Plaintiffs") filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of Plaintiffs' Opposition to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion *in Limine* to Exclude Opinions Regarding Actual Damages Attributable to the Chunghwa Defendants (MDL Dkt. No. 3698-3; Best Buy Dkt. No. 136-3) (the "Opposition") and exhibits thereto.

6. On February 27, 2015, the Plaintiffs' filed the Declaration of Lucas A Messenger in Support of the Motion to Seal (MDL Dkt. No. 3698-1; MDL Dkt. No. 136-1), which states that the redacted portions of the Opposition and the sealed exhibits thereto

contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

   a. Exhibit C to the Declaration of Lucas A. Messenger in Support of the Opposition ("Messenger Declaration"), which is the Expert Rebuttal Report of Dr. James T. McClave, dated September 26, 2014, describes or summarizes on pages 28-29 the Expert Report of Edward A. Snyder, dated August 5, 2014, that the Toshiba Defendants have designated as "Highly Confidential" under the Stipulated Protective Order;

   b. Exhibit G to the Messenger Declaration, which is Best Buy's Expert Report of Alan S. Frankel, dated April 15, 2014, describes or summarizes on page 14 and attached Exhibits 10, 12, 13, and 16c, a document Bates-labeled TACP-CRT-00000045 – TACP-CRT-00000064 that TACP has designated as "Confidential" under the Stipulated Protective Order;

   c. Exhibit G to the Messenger Declaration, which is Best Buy's Expert Report of Alan S. Frankel, dated April 15, 2014, describes or summarizes on page 14 and attached Exhibits 10, 12, 13, and 16c, a document Bates-labeled TAIS-CRT-00000970 that TACP has designated as "Confidential" under the Stipulated Protective Order;

   d. Exhibit I to the Messenger Declaration, which is ViewSonic's Expert Report of Alan S. Frankel, dated June 6, 2014, describes or summarizes on pages 14-15 and attached Exhibits 10, 12, and 13 a document Bates-labeled TAIS-CRT-00000970 that TAIS has designated as "Confidential" under the Stipulated Protective Order;

   e. Exhibit I to the Messenger Declaration, which is ViewSonic's Expert Report of Alan S. Frankel, dated June 6, 2014, describes or summarizes on

pages 14-15 and attached Exhibits 10, 12, and 13 a document Bates-labeled TACP-CRT-00000045 – TACP-CRT-00000064 that TACP has designated as "Confidential" under the Stipulated Protective Order;

   f. Exhibit L to the Messenger Declaration, which is Best Buy's Rebuttal Report of Alan S. Frankel, dated September 26, 2014, that:

      i. On pages 13 and 22, quotes from, describes, or summarizes the Expert Report of Edward A. Snyder, dated August 5, 2014, that the Toshiba Defendants have designated as "Highly Confidential" under the Stipulated Protective Order;

      ii. On page 26, and on attached Rebuttal Exhibits 2 and 3, describe or summarize a document Bates-labeled TACP-CRT-00000045 – TACP-CRT-00000064 that TACP has designated as "Confidential" under the Stipulated Protective Order;

      iii. On page 26, and on attached Rebuttal Exhibits 2 and 3, describe or summarize a document Bates-labeled TAIS-CRT-00000970 that TAIS have designated as "Confidential" under the Stipulated Protective Order;

   g. Exhibit M to the Messenger Declaration, which is ViewSonic's Rebuttal Report of Alan S. Frankel, dated September 26, 2014, that:

      i. On pages 13 and 22 quote from, describe, or summarize the Expert Report of Edward A. Snyder, dated August 5, 2014, that the Toshiba Defendants have designated as "Highly Confidential" under the Stipulated Protective Order;

      ii. On pages 26-27, and on attached Rebuttal Exhibits 2 and 3 describes or summarizes a document Bates-labeled TACP-CRT-00000045 – TACP-CRT-00000064 that TACP hase designated as "Confidential" under the Stipulated Protective Order;

iii. On pages 26-27, and on attached Rebuttal Exhibits 2 and 3 describes or summarizes a document Bates-labeled TAIS-CRT-00000970 that TAIS has designated as "Confidential" under the Stipulated Protective Order.

8. The materials listed in paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The documents and testimony concern confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2015, in Washington, D.C.

_____
Dana E. Foster

## CERTIFICATE OF SERVICE

On March 6, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917