| | |
|---|---|
| 1 | Christopher M. Curran (*pro hac vice*) |
| 2 | ccurran@whitecase.com |
| | Lucius B. Lau (*pro hac vice*) |
| 3 | alau@whitecase.com |
| 4 | Dana E. Foster (*pro hac vice*) |
| | defoster@whitecase.com |
| 5 | White & Case LLP |
| | 701 Thirteenth Street, N.W. |
| 6 | Washington, DC  20005 |
| 7 | Telephone:  (202) 626-3600 |
| | Facsimile:  (202) 639-9355 |
| 8 | |
| 9 | *Counsel to Defendants Toshiba Corporation,* |
| | *Toshiba America, Inc., Toshiba America* |
| 10 | *Consumer Products, L.L.C., Toshiba America* |
| 11 | *Electronic Components, Inc.*, *and Toshiba* |
| | *America Information Systems, Inc.* |
| 12 | |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>*All Indirect Purchaser Actions* | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Indirect Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5 (Dkt. No. 3712) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" pursuant to the Stipulated Protective Order.

5. On February 27, 2015, Indirect Purchaser Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of their Response to the Toshiba Defendants' Motion *in Limine* to Preclude IPP Alter Ego Theories of Liability at Trial (Dkt. No. 3712-3) (the "Response") and exhibits thereto.

6. On February 27, 2015, the Indirect Purchaser Plaintiffs filed the Declaration of Gerard A. Dever in Support of the Motion to Seal (Dkt. No. 3712-1), which states that the redacted portions of the Response and the sealed exhibits thereto contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

a. Exhibit C to the Declaration of Gerard A. Dever in Support of the Response ("Dever Declaration"), which is Toshiba Corp.'s Objections and Responses to Indirect Purchaser Plaintiffs' First Set of Interrogatories to Toshiba Defendants, dated September 5, 2014, that Toshiba Corp. has designated as "Confidential" under the Stipulated Protective Order;

b. Exhibit D to the Dever Declaration, which is Toshiba Corp.'s Objections and Responses to Indirect Purchaser Plaintiffs' Fourth Set of Requests for Production of Documents, dated September 5, 2014, that Toshiba Corp. has designated as "Confidential" under the Stipulated Protective Order;

c. Exhibit E to the Dever Declaration, which is Toshiba Corp.'s Objections and Responses to Indirect Purchaser Plaintiffs' First Set of Interrogatories to Defendants, dated September 5, 2014, that Toshiba Corp. has designated as "Confidential" under the Stipulated Protective Order; and

d. The redacted portions on pages 6-7 of the Response that quote from, describe, or summarize Exhibits C, D, or E.

8. The materials listed in paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The documents and testimony concern confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants'

competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2015, in Washington, D.C.

_____
Dana E. Foster

**CERTIFICATE OF SERVICE**

On March 6, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster