Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corporation; Sharp Electronics Manufacturing Company Of America, Inc.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>*Hitachi, Ltd., et al.*,<br><br>              Defendants. | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following document under seal:

1. Portions of the Toshiba Defendants' Reply Memorandum In Support Of Their Motion *In Limine* To Exclude Evidence of Toshiba's Sales to Sharp Corporation ("Toshiba's Reply") that contain discussion of confidential, non-public information designated Confidential or Highly Confidential by the producing parties in accordance with the Protective Order applicable to this action.

This motion is supported by the Declaration of Samuel J. Sharp in Support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated March 6, 2015 ("Sharp Decl."). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable." Civ. L. R. 79-5(d)(1)(A).

Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of documents that contain material that is "privileged, protectable as a trade secret or otherwise entitled to protection under law." Civ. L. R. 79-5(b). This Court's General Order No. 62 sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(e) requires a party seeking to file under seal a document designated as confidential by the opposing party pursuant to a protective order, or a document containing information so designated, to file a declaration in support specifically identifying the designating party. Civ. L. R. 79-5(e).

The Toshiba Defendants seek to file the above-specified document under seal in order to comply with the Protective Order and applicable Local Rules. Because Sharp has

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  designated the content summarized in Toshiba's Reply as "Confidential," it is Sharp's burden
2  to establish that the material they designated is in fact sealable.  Civ. L. R. 79-5(d); *see*
3  *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006).
4      For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to
5  Civil Local Rules 7-11 and 79-5 and hereby notify the parties of their burden to establish that
6  the designated material is in fact sealable.

                                      Respectfully submitted,

Dated:  March 6, 2015                       **WHITE & CASE** LLP

                               By:  */s/ Lucius B. Lau*
                                  Christopher M. Curran (*pro hac vice*)
                                  ccurran@whitecase.com
                                  Lucius B. Lau (*pro hac vice*)
                                  alau@whitecase.com
                                  Dana E. Foster (*pro hac vice*)
                                  defoster@whitecase.com
                                  701 Thirteenth Street, N.W.
                                  Washington, DC  20005
                                  tel.: (202) 626-3600
                                  fax: (202) 639-9355

                                  *Counsel to Defendants Toshiba*
                                  *Corporation, Toshiba America, Inc.,*
                                  *Toshiba America Information Systems,*
                                  *Inc., Toshiba America Electronic*
                                  *Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

# CERTIFICATE OF SERVICE

On March 6, 2015, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                     */s/ Lucius B. Lau*
                     Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC
MDL No. 1917