White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corporation; Sharp Electronics Manufacturing Company Of America, Inc.*,<br><br>Plaintiffs,<br><br>v.<br><br>*Hitachi, Ltd., et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Upon consideration of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Defendants' Motion"), submitted in connection with the Toshiba Defendants' Toshiba Defendants' Reply Memorandum In Support Of Their Motion *In Limine* To Exclude Evidence of Toshiba's Sales to Sharp Corporation ("Toshiba's Reply"), and the Declaration of Samuel J. Sharp in Support of the Defendants' Motion, it is hereby:

1   ORDERED that the Administrative Motion is GRANTED; and it is further

2   ORDERED that the Clerk shall maintain under seal the redacted portions of

3   Toshiba's Reply.

4   **IT IS SO ORDERED.**

5

6

7   Dated: _____          _____

8                                            HONORABLE SAMUEL CONTI
                                             UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917
2