1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  MIRIAM KIM (State Bar No. 238230)
   miriam.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
6
   BRAD D. BRIAN (State Bar no. 079001)
7  brad.brian@mto.com
   WILLIAM D. TEMKO (State Bar No. 98858)
8  william.temko@mto.com
   E. MARTIN ESTRADA (State Bar No. 223802)
9  martin.estrada@mto.com
   CLAIRE YAN (State Bar No. 268521)
10 claire.yan@mto.com
   MUNGER, TOLLES & OLSON LLP
11 355 South Grand Avenue
   Thirty-Fifth Floor
12 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
13 Facsimile:     (213) 687-3702

14 *Attorneys for Defendants LG Electronics, Inc.*

15

16               UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA,

18                 SAN FRANCISCO DIVISION

19 IN RE: CATHODE RAY TUBE (CRT)          Case No. Master File No. 3:07-md-05944-sc
   ANTITRUST LITIGATION,
20                                         MDL No. 1917
   This Document Relates to:
21                                         **DEFENDANT LG ELECTRONICS, INC.'S**
   *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*,   **ADMINISTRATIVE MOTION TO SEAL**
22 No. 11-cv-05513                         **IN CONNECTION WITH DEFENDANTS'**
                                           **REPLY IN SUPPORT OF MOTION IN**
23 *Best Buy Co., et al. v. Technicolor SA, et al.*,   **LIMINE # 8**
   No. 13-cv-05264
24                                         [Declaration of Claire Yan and [Proposed]
   *Sears, Roebuck and Co. and Kmart Corp. v.*   Order filed concurrently herewith]
25 *Technicolor SA,* No. 3:13-cv-05262
                                           Judge:   Hon. Samuel Conti
26                                         Date:    None Set
                                           Ctrm:    1, 17th Floor
27
   *Sears, Roebuck and Co. and Kmart Corp. v.*
28 *Chunghwa Picture Tubes, Ltd.,* No. 11-cv-

25772193.1                                            3:07-md-05944-sc; MDL 1917

05514

*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173

*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776

*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502

*Siegel v. Technicolor SA,* No. 13-cv-05261

*Target Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514

*Target Corp. v. Technicolor SA,* No. 13-cv-05686

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.,* No. 14-cv-2510

ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFS' REPLY ISO MOTION IN LIMINE #8: TO EXCLUDE SPILLOVER EFFECTS ON THE U.S. MARKET

1    Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d),

2   Defendant LG Electronics, Inc. ("LGE"), by and through its counsel, respectfully requests an

3   Order permitting it to file under seal portions of Defendants' Reply in Support of Motion *In*

4   *Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or

5   "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

6    This motion is supported by the Declaration of Claire Yan in Support of Defendants LGE's

7   Administrative Motion to File Under Seal ("Yan Sealing Declaration").

8    Specifically, LGE requests that the highlighted portions of the sealed version of

9   Defendants' Reply in Support of Motion *In Limine* No. 8 be sealed .

10    LGE requests that portions of the reply be filed under seal because those portions of the

11   brief contain discussion, analysis, or references to documents or information that other parties to

12   this litigation (the "Designating Parties") have designated "CONFIDENTIAL" or "HIGHLY

13   CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306), as set forth in the Yan

14   Sealing Declaration.

15    As permitted by Civil Local Rule 79-5(c), moving Defendants have concurrently e-filed

16   and attached to this motion *under seal* unredacted versions of the documents referenced above.

17    N.D. Cal. Civil Local Rule 79-5 provides that if a party wishes to file a document that has

18   been designated confidential by another party, or if a party wishes to refer in a memorandum to

19   information so designated by another party, the submitting party must file an administrative

20   motion to seal.  N.D. Cal. Civ. L.R. 79-5(e).  The Designating Parties must show good cause for

21   sealing the documents by submitting a declaration within four days after the filing of this

22   administrative motion to seal.  See Civil Local Rule 79-5(d), (e).

23    It is the designating party's burden to establish that the designated information is sealable.

24   Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

25   Thus, LGE respectfully submits this administrative motion pursuant to the Protective Order and

26   Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the

27   designated material is sealable.  Moving Defendants take no position on whether the designated

28   documents satisfy the requirements for sealing, and specifically reserve the right to challenge any

ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFS' REPLY ISO MOTION IN LIMINE #8:
TO EXCLUDE SPILLOVER EFFECTS ON THE U.S. MARKET

1   "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" designation under the Stipulated Protective

2   Order (Dkt. No. 306) as well as the sealability of these documents under Civil Local Rule 79-5.

3          A proposed order granting this application is attached.

4

5   DATED:  March 6, 2015                     Respectfully submitted,

6                                             MUNGER, TOLLES & OLSON LLP
                                              CLAIRE YAN
7

8

9
                                             By:        /s/ Claire Yan
10                                                           CLAIRE YAN
                                             Attorney for LG Electronics, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH DEFS' REPLY ISO MOTION IN LIMINE #8:
TO EXCLUDE SPILLOVER EFFECTS ON THE U.S. MARKET