JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

BRAD D. BRIAN (State Bar no. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
CLAIRE YAN (State Bar No. 268521)
claire.yan@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 | **DECLARATION OF CLAIRE YAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |
| *Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 | [Administrative Motion to Seal and [Proposed] Order filed concurrently herewith] |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262 | Judge:   Hon. Samuel Conti<br>Date:     None Set<br>Ctrm:     1, 17th Floor |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | |

1  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

2

3  *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.,* No. 13-cv-2776

4

5  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

6  *Siegel v. Technicolor SA,* No. 13-cv-05261

7  *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

8

9  *Target Corp. v. Technicolor SA,* No. 13-cv-05686

10  *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

25772192.1                              -2-                       3:07-cv-05944-SC; MDL 1917
DECLARATION CLAIRE YAN ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, Claire Yan, declare:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Pursuant to Civil Local Rule 7-11 and 79-5, I make this declaration in support of the LGE Defendants' Administrative Motion to Seal.

3. LG seeks permission to file under seal the highlighted portions of the sealed version of Defendants' Reply in Support of Motion *In Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

4. Highlighted portions referenced above contain discussion, analysis, references to, or information taken directly from, material designated by a Party in this matter as "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306) in this case.

5. LGE seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Local Rules. Because the information LGE seeks to submit under seal has been designated as Highly Confidential by other parties, LGE is filing the accompanying Administrative Motion, and will be prepared to file an unredacted version of the above-referenced documents in the public record if required by Civil Local Rule 79-5(e).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 6, 2015, in Los Angeles, California.

/s/ *Claire Yan*
CLAIRE YAN