1
2
3
4
5
6
7
8
9
10  UNITED STATES DISTRICT COURT
11  NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
12

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. Master File No. 3:07-md-05944-sc |
|---|---|
| | MDL No. 1917 |
| This Document Related to: | **[PROPOSED] ORDER GRANTING LG DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| DIRECT PURCHASER ACTIONS | Judge:   Hon. Samuel Conti |
| | Crtrm.:  1, 17th Floor |

Upon consideration of Defendant LGE's Administrative Motion to Seal in support of Defendants' Reply in Support of Motion *In Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices, and the Declaration of Claire Yan pursuant to Local Rule 79.5 in support of that motion, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the following be sealed in this case:

1. The highlighted portions of the sealed version of Defendants' Motion *In Limine* No. 8 to Exclude Evidence or Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices.

DATED: _____, 2015

_____
THE HONORABLE JUDGE SAMUEL CONTI