Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: **CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.,* No. 3:07-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.,* No. 13-cv-05261-SC<br><br>*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-5514<br><br>*Sharp Electronics Corporation, et al. v.* | **DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR REPLY AND EXHIBITS TO THEIR MOTIONS IN LIMINE (NOS. 1-18) PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>The Honorable Samuel Conti |

*Hitachi, Ltd., et al.,* No. 13-cv-01173-SC

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.,* No. 13-cv-2776-SC

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-cv-02510

Pursuant to Civil Local Rules 7-11 and 79-5(d), Direct Action Plaintiffs ("DAPs") hereby move for administrative relief regarding Direct Action Plaintiffs' Reply and Exhibits in Support of Their Motions in Limine (Nos. 1-18). DAPs respectfully request an order permitting DAPs to file the following documents, or portions thereof, under seal:

1. The highlighted portions of Direct Action Plaintiffs' Reply Brief in Support of Their Motions in Limine (Nos. 1-18) (the "Reply").

2. Ex. F to the Ross Declaration, an excerpt from the August 5, 2014, Reply Expert Report of Dr. Dennis Carlton.

This motion is supported by the Declaration of Jonathan J. Ross in Support of the Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated March 6, 2015 (the "Ross Declaration"). *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Ross Declaration, the documents that Plaintiffs seek to file under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (D.E. 306, amended at D.E. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential." *See* Ross Decl.

Plaintiffs take no position whether the designated documents satisfy the requirements for sealing. Although Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality, it is Defendants' burden to show good cause for sealing the designated

1  documents by submitting a declaration within four days of the lodging of the designated documents.
2  *See* Civil Local Rule 79-5(e).
3        Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the
4  parties, the parties are unable to enter into such a stipulation. *See* Civil Local Rules 7-11(a) (requiring
5  explanation of lack of stipulation).

7      Dated:   March 6, 2015

9                     By:  */s/ Jonathan J. Ross*
                         Kenneth S. Marks
10                         Jonathan J. Ross
                        Johnny W. Carter
11                         Robert S. Safi
                        David M. Peterson
12                         Brian M. Gillett
                        SUSMAN GODFREY L.L.P.
13                         1000 Louisiana Street, Suite 5100
                        Houston, Texas 77002
14                         Telephone:  (713) 651-9366
                        Facsimile:  (713) 654-6666
15                         Email: kmarks@susmangodfrey.com
16                                 jross@susmangodfrey.com
                                jcarter@susmangodfrey.com
17                                 rsafi@susmangodfrey.com
                                dpeterson@susmangodfrey.com
                                bgillett@susmangodfrey.com
18

19                         Parker C. Folse III
                        Rachel S. Black
20                         Jordan Connors
                        SUSMAN GODFREY L.L.P.
21                         1201 Third Avenue, Suite 3800
                        Seattle, Washington 98101-3000
22                         Telephone:  (206) 516-3880
                        Facsimile:  (206) 516-3883
23                         Email: pfolse@susmangodfrey.com
                                rblack@susmangodfrey.com
                                jconnors@susmangodfrey.com
24

25                   *Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as  Trustee of the Circuit City Stores, Inc. Liquidating Trust*
26

27                    By: */s/ Craig A. Benson*
28

|   |   |
|---|---|
| 1 | Kenneth A. Gallo (*pro hac vice*) |
| 2 | Joseph J. Simons (*pro hac vice*) |
|   | Craig A. Benson (*pro hac vice*) |
| 3 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|   | 2001 K Street, NW |
| 4 | Washington, DC 20006 |
|   | Telephone: (202) 223-7300 |
| 5 | Facsimile: (202) 223-7420 |
|   | Email: kgallo@paulweiss.com |
| 6 | Email: jsimons@paulweiss.com |
|   | Email: cbenson@paulweiss.com |

1    Kenneth A. Gallo (*pro hac vice*)
2    Joseph J. Simons (*pro hac vice*)
     Craig A. Benson (*pro hac vice*)
3    **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
     2001 K Street, NW
4    Washington, DC 20006
     Telephone: (202) 223-7300
5    Facsimile: (202) 223-7420
     Email: kgallo@paulweiss.com
     Email: jsimons@paulweiss.com
6    Email: cbenson@paulweiss.com

7    Stephen E. Taylor (SBN 058452)
     Jonathan A. Patchen (SBN 237346)
8    **TAYLOR & COMPANY LAW OFFICES, LLP**
     One Ferry Building, Suite 355
9    San Francisco, California 94111
     Telephone:  (415) 788-8200
10   Facsimile:  (415) 788-8208
11   Email: staylor@tcolaw.com
     Email: jpatchen@tcolaw.com
12

13   *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America*

14

15

16

17   By:  /s/ *David Martinez*

18   Roman M. Silberfeld
     Bernice Conn
19   David Martinez
     Laura Nelson
20   Jill Casselman
     **ROBINS KAPLAN LLP**
21   2049 Century Park East, Suite 3400
     Los Angeles, CA  90067-3208
22   Telephone:  (310) 552-0130
     Facsimile:   (310) 229-5800
23

24   Email:  rsilberfeld@robinskaplan.com
     Email: dmartinez@ robinskaplan.com
25   Email: bconn@robinskaplan.com
26   Email: lnelson@robinskaplan.com
     Email: jcasselman@robinskaplan.com

27

28

---

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3603287v1/012325

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C.*

By:  /s/ *Jason Murray*

Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com


Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
Email aheaven@crowell.com

*Attorneys for Target Corp. and Viewsonic Corp.*

By: /s/ *Richard Arnold*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

By: */s/ Philip J. Iovieno*

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email:     ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email:     piovieno@bsfllp.com
Email:     anardacci@bsfllp.com

*Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC, Tweeter Newco, LLC, Tech Data Corporation, and Tech Data Product Management, Inc.*

|     |     |
| --- | --- |
| 1   |     |
| 2   | By: */s/ David J. Burman* |
|     | David J. Burman |
| 3   | Cori G. Moore |
|     | Nicholas H. Hesterberg |
| 4   | PERKINS COIE LLP |
|     | 1201 Third Avenue, Suite 4900 |
| 5   | Seattle, WA 98101-3099 |
|     | Telephone: (206) 359-8000 |
| 6   | Facsimile: (206) 359-9000 |
| 7   | Email:   dburman@perkinscoie.com |
|     | Email:   cgmoore@perkinscoie.com |
| 8   | Email:   nhesterberg@perkinscoie.com |

Jordan S. Bass (Cal. Bar No. 208143)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344.7000
Facsimile: (415) 344.7050
Email:   jbass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

---

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3603287v1/012325

**CERTIFICATE OF SERVICE**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. CV-07-5944-SC**
**MDL No. 1917**

I, Kenneth S. Marks, declare:

I am employed in the County of Harris, State of Texas. I am over the age of 18 years and not a party to the within action. My business address is Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002.

On March 6, 2015, I served a true and correct copy of the following document(s) in the manner indicated below:

[ ]  **BY U.S. MAIL:** I caused the said document(s) to be deposition in the United States mail, at Houston, Texas, in a sealed envelope with first-class postage thereon fully prepaid, to the addressee(s) named below: and

[X]  **BY ELECTRONIC MAIL:** I caused the said document(s) to be emailed to the offices and/or to attorneys of the offices of the addressee(s) named below.

**SEE ATTACHED SERVICE LIST**

Dated: March 6, 2015         Signed     */s/ Jonathan J. Ross*
                                         Jonathan J. Ross

---

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3603287v1/012325

**SERVICE LIST**

| | |
|---|---|
| Philip J. Iovieno<br>piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY  12207<br>Tel:  (518) 434-0600<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P. C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Mario N. Alioto<br>malioto@tatp.com<br>Lauren C. Russell<br>laurenrussell@tatp.com<br>Joseph M. Patane<br>jpatane@tatp.com<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel:  (415) 563-7200<br><br>*Interim Lead Counsel for Indirect Purchaser Plaintiffs Class* |
| Kamala D. Harris<br>    Attorney General of California<br>Mark Breckler<br>    Chief Assistant Attorney General<br>Kathleen E. Foote<br>    Senior Assistant Attorney General<br>Emilio E. Varanini<br>    Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-3664<br>Tel:  (415) 703-5908<br>emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | Guido Saveri<br>guido@saveri.com<br>R. Alexander Saveri<br>rick@saveri.com<br>Geoffrey C. Rushing<br>grushing@saveri.com<br>Cadio Zirpoli<br>cadio@saveri.com<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA  94111<br>Tel:  (415) 217-6810<br><br>*Interim Lead Counsel for The Direct Purchaser Plaintiffs Class* |

| | |
|---|---|
| Jeffrey L. Kessler<br>jkessler@winston.com<br>A. Paul Victor<br>pvictor@winston.com<br>Eva W. Cole<br>ewcole@winston.com<br>Molly M. Donovan<br>mmdonovan@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>Tel:  (212) 294-6700<br><br>David L. Yohai<br>david.yohai@weil.com<br>Steven A. Reiss<br>steven.reiss@weil.com<br>Adam C. Hemlock<br>adam.hemlock@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Tel:  (212) 310-8000<br><br>*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105<br>Tel:  (415) 512-4000<br><br>William D. Temko<br>william.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>Bethany W. Kristovich<br>bethany.kristovich@mto.com<br>MUNGER TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Tel. (213) 683-9100<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |

| | |
|---|---|
| Mark C. Dosker<br>mark.dosker@ squirepb.com<br>Nathan Lane, III<br>nathan.lane@ squirepb.com<br>SQUIRE PATTON BOGGS L.L.P.<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 954-0200<br><br>*Counsel for Technologies Displays Americas LLC (in all actions except Office Depot Action)*<br><br>Ellen Tobin<br>etobin@curtis.com<br>Curtis, Mallet-Provost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 696-6000<br>Fax: (212) 697-1559<br><br>Arthur S. Gaus<br>asg@dillinghammurphy.com<br>Dillingham & Murphy, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 397-2700<br>Fax: (415) 397-3300<br><br>*Counsel for Technologies Displays Americas, LLC (in the Office Depot action only)* | Joseph R. Tiffany<br>Joseph.tiffany@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Tel. (650) 233-4644<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd., IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3603287v1/012325

| | | |
|---|---|---|
| 1 | John Taladay<br>john.taladay@bakerbotts.com | Ian Simmons<br>isimmons@omm.com |
| 2 | Joseph Ostoyich<br>joseph.ostoyich@bakerbotts.com | Benjamin G. Bradshaw<br>bbradshaw@omm.com |
| 3 | Charles M. Malaise<br>Charles.malaise@bakerbotts.com | Courtney C. Byrd<br>cbyrd@omm.com |
| 4 | Erik T. Koons<br>erik.koons@bakerbotts.com | David Kendall Roberts<br>droberts2@omm.com |
| 5 | BAKER BOTTS LLP<br>The Warner | Kevin Douglas Feder<br>kfeder@omm.com |
| 6 | 1299 Pennsylvania Avenue, NW<br>Washington, DC  20004-2400 | O'MELVENY & MYERS LLP<br>1625 Eye Street, NW |
| 7 | Tel:  (202) 639-7909 | Washington, DC  20006-4001<br>Tel:  (202) 383-5163 |
| 8 | | |
| 9 | Jon V. Swenson<br>jon.swenson@bakerbotts.com | Michael Frederick Tubach |
| 10 | BAKER BOTTS LLP<br>1001 Page Mill Road | mtubach@omm.com<br>O'MELVENY & MYERS LLP |
| 11 | Building One, Suite 200<br>Palo Alto, CA  94304 | Two Embarcadero Center<br>28th Floor |
| 12 | Tel. (650) 739-7500 | San Francisco, CA 94111-3305<br>Tel. (415) 984-8700 |
| 13 | *Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* | *Counsel for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.* |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Joel S. Sanders<br>jsanders@gibsondunn.com | Christopher M. Curran<br>ccurran@whitecase.com |
| 18 | Rachel S. Brass<br>rbrass@gibsondunn.com | Lucius B. Lau<br>alau@whitecase.com |
| 19 | Austin V. Schwing<br>aschwing@gibsondunn.com | Dana E. Foster<br>defoster@whitecase.com |
| 20 | GIBSON, DUNN & CRUTCHER | WHITE & CASE, LLP |
| 21 | 555 Mission Street, Suite 3000<br>San Francisco, CA  94105 | 701 13th Street, NW<br>Washington, DC  20005 |
| 22 | Tel:  (415) 393-8200 | Tel:  (202) 626-3600 |
| 23 | | |
| 24 | *Counsel for Defendant Tatung Company America and Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Chungwha Picture Tubes (Malaysia)* | |
| 25 | | *Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3603287v1/012325

| | |
|---|---|
| Christine Laciak<br>christine.laciak@freshfields.com<br>Richard Snyder<br>richard.snyder@freshfields.com<br>Craig D. Minerva<br>craig.minerva@freshfields.com<br>Bruce C. McCulloch<br>bruce.mcculloch@freshfields.com<br>Terry Calvani<br>terry.calvani@freshfields.com<br>FRESHFIELDS BRUCKHAUS &<br>  DERINGER US, LLP<br>700 13th Street, NW<br>10th Floor<br>Washington, DC 20005-3960<br>Tel:  (202) 777-4500<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* | Gary L. Halling<br>ghalling@sheppardmullin.com<br>James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>  HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111<br>Tel:  (415) 434-9100<br><br>*Counsel for Defendants Samsung SDI America Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |

| | |
|---|---|
| Eliot A. Adelson<br>eadelson@kirkland.com<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik<br>jmutchnik@kirkland.com<br>Kate Wheaton<br>kate.wheaton@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | Calvin L. Litsey<br>calvin.litsey@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303-2279<br>Tel: (650) 324-6700<br><br>Kathy Osborn<br>kathy.osborn@faegrebd.com<br>Ryan M. Hurley<br>ryan.hurley@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br><br>Jeffrey S. Roberts<br>Jeff.roberts@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 607-3500<br><br>Stephen M. Judge<br>Steve.judge@faegrebd.com<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel: (574) 234-4149<br><br>*Counsel for Defendants Thomson S.A. (N/K/A Technicolor SA); Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.)* |

| | |
|---|---|
| Brent Caslin<br>bcaslin@jenner.com<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel: (213) 239-5100<br><br>Terrence J. Truax<br>ttruax@jenner.com<br>Michael T. Brody<br>mbrody@jenner.com<br>Shaun M. Van Horn<br>svanhorn@jenner.com<br>Gabriel A. Fuentes<br>gfuentes@jenner.com<br>Molly M. Powers<br>mpowers@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br><br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 SC

3603287v1/012325