**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.,* No. 3:07-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.,* No. 13-cv-05261-SC<br><br>*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-5514<br><br>*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al.,* No. 13-cv-01173-SC<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.,* No. 13-cv-2776-SC<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-cv-02510 | Case No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR REPLY AND EXHIBITS TO THEIR MOTIONS IN LIMINE (NOS. 1-18) PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |

The Court has considered Direct Action Plaintiffs' Administrative Motion to Seal Portions of Their Reply and Exhibits in Support of Their Motions in Limine (Nos. 1-18). Pursuant to Civil Local Rules 7-11 and 79-5(d):

- The highlighted portions of Direct Action Plaintiffs' Reply.
- Ex. F to the Ross Declaration, an excerpt from the August 5, 2014, Reply Expert Report of Dr. Dennis Carlton.

Having read and considered the papers filed and arguments made by counsel, if any, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of Their Reply and Exhibits in Support of Their Motions in Limine (Nos. 1-18) Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.

Dated: _____, 2015

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE