Kenneth S. Marks
Jonathan J. Ross
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kmarks@susmangodfrey.com
jross@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.,* No. 3:07-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.,* No. 13-cv-05261-SC<br><br>*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-5514<br><br>*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al.,* No. 13-cv-01173-SC | Master File No. 3:07-CV-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF JONATHAN J. ROSS IN SUPPORT OF DIRECT ACTION PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTIONS IN LIMINE (NOS. 1-18)**<br><br>Judge: The Honorable Samuel Conti<br>Court: Courtroom No. 1, 17th Floor<br>Date: None Set |

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.,* No. 13-cv-2776-SC

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al.,* No. 14-cv-02510

I, Jonathan J. Ross, hereby declare as follows:

1. I am an attorney with the law firm of Susman Godfrey L.L.P., counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust. I submit this declaration in support of Direct Action Plaintiffs' Response in Opposition to defendants' Motion in Limine No. 12. Except as to those matters based on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of trial testimony from TFT-LCD, page 266 dated July 23, 2013.

3. Attached hereto as Exhibit B is a true and correct copy trial testimony from TFT-LCD, pages 1189-1303 dated August 1, 2013.

4. Attached hereto as Exhibit C is a true and correct copy of trial testimony from TFT-LCD, pages 3487-3491 dated August 29, 2013.

5. Attached hereto as Exhibit D is a true and correct copy of Deposition transcript of Wendy L. Fritz at page 308, dated August 20, 2014.

6. Attached hereto as Exhibit E is a true and correct copy trial testimony from TFT-LCD, pages 1961-1964 dated June 13, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of an Excerpt from the Reply Expert Report of Prof. Dennis W. Carlton, dated August 5, 2014.

8. Attached hereto as Exhibit G is a true and correct copy of Costco v. AU Optronics Jury Instructions, dkt 622 dated October 22, 2014.

1    9.     Attached hereto as Exhibit H is a true and correct copy of TFT- LCD dkt. 5597
2 dated May 4, 2012.
3    10.    Attached hereto as Exhibit I is a true and correct copy of trial testimony from
4 TFT-LCD, pages 261-270 dated July 23, 2013.
5    I declare under penalty of perjury that the foregoing is true and correct.

9    Executed this 6th day of March, 2015, at Houston, Texas.

*/s/ Jonathan J. Ross*
Jonathan J. Ross

3