# Exhibit A

Volume 2

Pages 195 - 357

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SUSAN ILLSTON, JUDGE

IN RE: TFT-LCD (FLAT-PANEL) ) 
ANTITRUST LITIGATION. ) NO. C 07-MDL-1827 SI

San Francisco, California
Tuesday
July 23, 2013
8:23 a.m.

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Best Buy Plaintiffs:
    ROBINS, KAPLAN, MILLER & CIRESI LLP
    2049 Century Park East
    Suite 3400
    Los Angeles, California  90067
BY: ROMAN M. SILBERFELD, ESQ.
    DAVID MARTINEZ, ESQ.
    LAURA E. NELSON, ESQ.
    BERNICE CONN, ESQ.
    MICHAEL A. GEIBELSON, ESQ.

For Defendant HannStar Display Corporation:
    FREITAS TSENG & KAUFMAN, LLP
    100 Marine Parkway
    Suite 200
    Redwood Shores, California  94065
BY: ROBERT E. FREITAS, ESQ.
    JASON SHEFFIELD ANGELL, ESQ.
    JESSICA NICOLE LEAL, ESQ.

(Appearances continued, next page)

Belle Ball and Connie Kuhl
Official Reporters - U.S. District Court
(415) 373-2529

1    (Document displayed)

2        MR. CURRAN:  Best Buy, in fact, far beyond what the
3    consumer sees, Best Buy has -- and you will hear a lot about
4    this -- a very sophisticated competitive intelligence unit
5    devoted to gathering information about Best Buy's competitors.
6    Just like the Toshiba folks have.  Except, by a multiple.
7        The next slide --
8    (Document displayed)
9        MR. CURRAN:  -- shows the targets of Best Buy's
10   competitive intelligence.  Circuit City in the middle on the
11   top, they were the prime competitor of Best Buy during this
12   relevant period.
13       The next slide.
14   (Document displayed)
15       MR. CURRAN:  Best Buy had, according to Mr. Britton,
16   the gentleman whose picture we showed a minute ago, had 172
17   field agents in 1999 devoted to gathering information about
18   competitors like Circuit City, and then they distributed the
19   information they found to thousands of Best Buy employees.
20       The next slide.
21   (Document displayed)
22       MR. CURRAN:  This shows an example of Best Buy's
23   information gathering.  This is authored by Mr. Britton, the
24   head of the competitive intelligence unit.  It reports to a
25   group of colleagues about information about Circuit City's home