# Exhibit C

Volume 22

Pages 3340 - 3515

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SUSAN ILLSTON, JUDGE

IN RE: TFT-LCD (FLAT-PANEL)       )
ANTITRUST LITIGATION.             )      NO. C 07-MDL-1827 SI


San Francisco, California                Individual Cases:
Thursday                                 CASE NO. 10-CV-4572
August 29, 2013                          CASE NO. 12-CV-4114
8:43 a.m.

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Best Buy Plaintiffs:
                    ROBINS, KAPLAN, MILLER & CIRESI LLP
                    2049 Century Park East        ,
                    Suite 3400
                    Los Angeles, California  90067
            BY:  ROMAN M. SILBERFELD, ESQ.
                 DAVID MARTINEZ, ESQ.
                 LAURA E. NELSON, ESQ.
                 BERNICE CONN, ESQ.
                 MICHAEL A. GEIBELSON, ESQ.


For Defendant HannStar Display Corporation:
                    FREITAS TSENG & KAUFMAN, LLP
                    100 Marine Parkway
                    Suite 200
                    Redwood Shores, California  94065
            BY:  ROBERT E. FREITAS, ESQ.
                 JASON SHEFFIELD ANGELL, ESQ.
                 JESSICA NICOLE LEAL, ESQ.


(Appearances continued, next page)

1          The evidence all holds together.  It's unrebutted.

2    Everyone at Toshiba U.S., Japan, the folks at Dell, the folks

3    at other companies everyone acknowledges what was going on

4    here.

5          Slide 96.  It's in that context that Mr. Amano talked

6    about, creating this kind of channel.  He wanted to develop a

7    network that he could verify prices.  And, as I'll get to in a

8    minute, that bears a lot of similarity to what the folks at

9    Best Buy did.

10         Slide 97.

11         Testimony by Mr. Collins and Mr. Amano to the effect of

12   what I was saying before.  You want to find out what the

13   competitor is charging so you can undercut it and win the

14   business.  Mr. Collins talked about that.  Mr. Amano talked

15   about that.

16         And there are some examples.  Slide 98.  The -- here we

17   can see a situation where Sharp's price was learned.  And

18   Toshiba went to the bottom of the range.  Bottom of the range.

19   After learning that Sharp was negotiating with Dell in that

20   range, TMD decided to offer 285 for September/October

21   proactively.  So this is a pro-competitive use of competitor

22   information.

23         So let's turn from there to the Best Buy module and --

24   Slide 100.

25         Now, here again I want to try to show that the evidence

1    indicates that Best Buy engaged in the same type of behavior

2    and intelligence gathering that the Toshiba did.

3        Remember this code of ethics.  I questioned Miss Fritz

4    about it.  Best Buy's own code of ethics has a section that

5    acknowledges competitive intelligence gathering is necessary

6    to compete effectively.

7        And you may remember the testimony from Miss Fritz, and

8    also from Mr. Britton:  Best Buy engaged dozens and dozens of

9    employees in this effort.  The most -- you know, an incredibly

10   elaborate effort to gather competitor information.

11       Now, Slide 101.  There's Mr. Britton whose video played

12   here.  Acknowledging that as of August 1999, there were 172

13   marketing coordinators making visits to competitor's stores to

14   collect information at Best Buy.

15       Slide 102.  Here I'd like to draw a comparison.  So we've

16   got Mr. Britton from Best Buy testifying, as we covered in

17   previous documents, maintaining a network or contacts at

18   competitors is generally acceptable practice in competitive

19   intelligence.

20       This is a Best Buy witness acknowledging our defense in

21   this case.  This is one of the scores and scores of Best Buy

22   employees committed to competitive intelligence, and he's

23   explaining that within Best Buy, they develop a network and

24   contacts at competitors in order to compete better.

25       It's very similar to what Mr. Amano testified in the

1    bottom part here.

2        And the competitor intelligence network, you had in mind

3    was to have American-based employees of Toshiba gathering as

4    much competitor information as you could get.   True?

5        That is correct.

6        That was a question Mr. Silberfeld asked Mr. Amano.

7        The next slide, 103, we've shown you in opening, we showed

8    you through Miss Fritz' testimony, we showed you through

9    Mr. Britton's testimony.   A variety of documents from within

10   Best Buy that show Best Buy having competitor contacts in a

11   variety of contexts.

12       This is one Mr. Britton was just testifying about, where

13   one of the Best Buy operatives was having contact with my good

14   friend, who's an operations manager at a Circuit City.

15       Okay.   My good friend.   That sounds a lot like the e-mail

16   that Mr. Silberfeld was condemning Toshiba for in his closing

17   about Mr. Chiba and Mr. Amano having friends or acquaintances

18   at other companies like Sharp.

19       And here the Best Buy operative is talking about pricing

20   with the Circuit City counterpart.

21       Slide 104.   Best Buy had a policy by which they had to

22   match -- they undertook to match a competitor's price and --

23   in order sometimes to verify the price of the competitor, they

24   would call up and have a direct communication to verify what

25   the price was.

1    That's equivalent to our Dell master purchase agreement

2    and our other arrangements with customers where our price is

3    based on the competitor's price and therefore sometimes

4    there's verification communications.

5        Slide 105, 106, are -- to the same extent, these are more

6    Best Buy documents that we've shown to you and are in evidence

7    that show that the competitive field operatives at Best Buy

8    are gathering up information from competitors and -- including

9    through direct communications with those competitors.

10       Slide 107, to the same extent.  Pinging their contacts.

11   They have whole units pinging contacts to verify information

12   about Circuit City.

13       Slide 108.  Remember, I questioned Miss Fritz extendedly

14   about their Black Friday competitive intelligence.  You'll

15   recall that Miss Fritz testified Black Friday is the biggest

16   shopping day of the year.  They had everything they could to

17   gather up information about what competitors were doing.  They

18   knew months ahead of time what sales promotions Wal-Mart was

19   going to do on Black Friday.  They even knew the sales

20   projections of Wal-Mart for Black Friday.

21       Again, I'm not condemning that.  That can be good

22   business.  But Best Buy does it, why can't Toshiba do it?

23       Slide 109.  You may remember this document which I showed

24   Miss Fritz.  Asia Newsflash.  This is the operatives in Asia

25   for Best Buy who are reporting back to all of the senior

1    executives in the company about competitive intelligence that

2    they gathered in Asia.  You can also see that document

3    contains that scary sounding legend about:  If you're not an

4    authorized recipient, you ought to destroy the document.

5         Slide 110.  This is another internal Best Buy document

6    that's -- the status is listed as Top Secret, For Authorized

7    Personnel Only, No Distribution.  Sometimes business people,

8    especially those in competitive intelligence, might take

9    themselves a little too seriously on the spy side and think

10   that they're dealing with state secrets or something.  And

11   that's reflected in Toshiba.

12        No question about it.  You've seen that there's a formal

13   policy in Toshiba that one of the appropriate legends for

14   sensitive information is "destroy after reading".  Especially

15   maybe with something while it's in translation, that sounds

16   unusually stark and overdone, but we see the same type of

17   thing done in Best Buy documents.

18            **THE COURT:**  You're just about out of time.

19            **MR. CURRAN:**  Am I?

20            **THE COURT:**  Just about.

21            **MR. CURRAN:**  I'm sorry.

22        I would like to quickly jump then to Mr. Silberfeld's

23   slides.

24        Can we show Slide 22 from Mr. Silberfeld's slides, please?

25        Mr. Silberfeld walked you through a number of documents