# Exhibit D

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---

IN RE:  CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

        Master File No. 3:07-cv-05944 SC

        MDL No. 1917

        Judge:  Hon. Samuel Conti

---

This Document Relates To:

ALL ACTIONS

---

\* HIGHLY CONFIDENTIAL \*

\* PURSUANT TO THE PROTECTIVE ORDER \*

VIDEOTAPED DEPOSITION OF WENDY L. FRITZ

Taken August 20, 2014

Minneapolis, Minnesota

Reported by:
Amy L. Larson, RPR
Job No. 83042

1   A.  Yes.
2   Q.  And Best Buy also carried private-labeled CRT
3       televisions, correct?
4   A.  I believe so, but I wasn't involved in
5       that --
6   Q.  Sure.  I think --
7   A.  -- so I'm not a hundred percent clear.
8   Q.  I'm sorry, I didn't mean to interrupt.
9   A.  That's okay.
10  Q.  I think they were also under the Insignia
11      brand name?
12              MS. CONN:  Object to form.
13              THE WITNESS:  I know we had TVs
14      under the Insignia brand name, but that's --
15      I don't actually know what kind they were.
16              MR. HAMBURGER:  Okay.
17  BY MR. HAMBURGER:
18  Q.  Do you know whether Medion manufactured the
19      Insignia brand CRT monitors that Best Buy
20      sold?
21  A.  I don't believe so.
22  Q.  Do you know who manufactured those monitors?
23  A.  I don't.
24  Q.  Do you know where the manufacturers were
25      based?