# Exhibit E

Highly Confidential

Volume  14

Pages 1832 - 2054

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SUSAN ILLSTON

In Re:  TFT-LCD (Flat Panel)      )
Antitrust Litigation.             )
_____) No. M. 07-01827 SI
                                       San Francisco, California
                                       Wednesday
                                       June 13, 2012
                                       8:37 a.m.

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Direct            Lieff, Cabraser, Heimann & Bernstein
Purchaser             275 Battery Street, 30th Floor
Plaintiffs            San Francisco, CA  94111
                      (415) 956-1000
                      (415) 956-1008 (fax)
                 BY:  RICHARD HEIMANN
                      BRENDAN GLACKIN

For Direct            Pearson, Simon, Warshaw & Penny, LLP
Purchaser             44 Montgomery Street
Plaintiffs            Suite 2450
                      San Francisco, CA 94104
                      (415) 433-9000
                      (415) 433-9008 (fax)
                 BY:  BRUCE LEE SIMON
                      AARON SHEANIN
                      ROBERT G. RETANA
                      VERONICA W. GLAZE

(Appearances continued on next page)

Lydia Zinn, CSR #9223, and Belle Ball, CSR #8785
Official Reporters -  U.S. District Court
(415)  531-6587

TSG Reporting - Worldwide     (877) 702-9580

Highly Confidential

Page 1961

1        THE COURT:  You want to just say reduce the damages
2   they might be subject to --
3        MR. TOTO:  By two thirds.
4        THE COURT:  Well, just reduce them.  How about that?
5   Just if there's a way to reduce the damages.
6        MR. TOTO:  Well, we think it's significant that it's
7   not just some small reduction; some small discount.  This is a
8   gigantic reduction:  Two thirds.
9        THE COURT:  All right.  A two-thirds reduction.
10       MR. TOTO:  Yes.
11       THE COURT:  That would be fine.  And they don't they
12  don't need to know one way or another.
13       MR. SIMON:  Well, it's a fine line.  And I'd just --
14  I don't know what Counsel intends to ask.  I think he could get
15  there without even going to that point.  And if he crosses the
16  line, and Dr. Flamm or him, in talking to each other, it comes
17  out that there's some sort of trebling, we can't take that
18  back.
19       THE COURT:  Well, then, we'll just have to give a
20  curative instruction.
21       MR. TOTO:  I don't to violate your instruction here,
22  your Honor.
23       MR. GLACKIN:  It's --
24       MR. TOTO:  It seems pretty clear to me.
25       Just so it's clear, by the way, the Samsung

                Lydia Zinn, CSR #9223, and Belle Ball, CSR #8785
                    Official Reporters - U.S. District Court
                            (415)  531-6587

Page 1962

1   interrogatory responses, themselves, refer to the ACPERA
2   statute.  And they say, "We are operating under ACPERA."
3   Samsung says that.  So just so it's clear.
4        MR. SIMON:  Well, they do refer to it; but there's --
5   I think you can get there by talking about the Corporate
6   Leniency Program, and what, you know, ACPERA is, without
7   getting into the trebling issue.  We've already read an
8   instruction to them yesterday which talks about it, so there's
9   a way to skin the cat, without --
10       THE COURT:  Which talks about what?
11       MR. SIMON:  We had the description of Samsung being
12  the leniency applicant in the guilty-plea instruction that you
13  read to them yesterday, so they know it under terms that it's a
14  "Corporate Leniency Program."
15       To the extent he wants to go into that with
16  Dr. Flamm, he can.
17       The extent that he wants to use the --
18       THE COURT:  Well, I'll allow you to ask him.  And we
19  should somehow get this to Dr. Flamm, also, in case -- because
20  he probably knows about trebling.  Say, "And you can reduce
21  your damages to a third of what they might be, or reduce them
22  by two thirds."
23       MR. GLACKIN:  I'll --
24       MR. TOTO:  Okay.
25       MR. GLACKIN:  -- instruct him not to blurt out

                Lydia Zinn, CSR #9223, and Belle Ball, CSR #8785
                    Official Reporters - U.S. District Court
                            (415)  531-6587

Page 1963

1   anything about trebling.
2        THE COURT:  Okay.  All right.
3        MR. GLACKIN:  Shall I bring him in?
4        THE COURT:  Yeah.  Are you ready?
5        MR. TOTO:  Yes.
6        THE COURT:  And, Mr. Glackin, he's truly feeling all
7   right?
8        MR. GLACKIN:  He's feeling great.  Thank you for
9   asking.
10       THE COURT:  Okay.
11       (Jury in at 1:10 p.m.)
12       THE COURT:  Do we have a witness?
13       (Witness resumes stand)
14       THE COURT:  All right.  Mr. Toto, you may proceed.
15       And, Dr. Flamm, you're still under oath from this
16  morning, sir.
17       MR. TOTO:  Thank you, your Honor.
18            CROSS-EXAMINATION RESUMED
19  BY MR. TOTO
20  Q.  Welcome back, Dr. Flamm.
21  A.  Thank you.
22  Q.  I would like to turn back to Exhibit 228 that we were
23  talking about before lunch, which is a meeting between Sharp
24  and Toshiba's PC company.  Do you have that in front of you?
25  A.  Sure.  I think this is it right here.

                Lydia Zinn, CSR #9223, and Belle Ball, CSR #8785
                    Official Reporters - U.S. District Court
                            (415)  531-6587

Page 1964

1   Q.  Okay.  Now, again, this is dated October 23rd, 2001.
2   Correct, sir?
3   A.  Yes.
4   Q.  Now, you're aware, sir, that price increases in the LCD
5   industry are sometimes reported in the press.  Right?
6   A.  Yes.
7        MR. TOTO:  Your Honor, I'd like permission to show a
8   newspaper article on the screen that's relevant to this
9   discussion here.
10       MR. GLACKIN:  Could I have a copy, please?
11       No objection, your Honor.
12       THE COURT:  All right.
13       (Document displayed)
14       MR. TOTO:  Maybe we could have a copy for the
15  witness.
16       Your Honor, may I approach?
17       THE WITNESS:  Okay.  Thank you.
18  BY MR. TOTO
19  Q.  Okay.  Sir, do you see this is a -- would you look at the
20  bottom?  Well, it's a translated newspaper article.
21       MR. TOTO:  If you could, pull up the English, please.
22  Q.  And the bottom says, "Date of publication:  October 20th,
23  2001."  Do you see that?
24  A.  Yes, I do.
25  Q.  Okay.  So this is three days before the meeting between

                Lydia Zinn, CSR #9223, and Belle Ball, CSR #8785
                    Official Reporters - U.S. District Court
                            (415)  531-6587

34 (Pages 1961 to 1964)