# Exhibit G

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COSTCO WHOLESALE CORPORATION,

  Plaintiff,

  v.

AU OPTRONICS CORPORATION, et al.,

  Defendants.

CASE NO. C13-1207RAJ

COURT'S INSTRUCTIONS TO THE JURY

Given in open court this 22nd day of October, 2014

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

## INSTRUCTION NO. 25

### Antitrust – Impact on Domestic Commerce

A conspiracy is only responsible for acts of its members that have an impact on domestic commerce. Sales of LCD panels whose prices were fixed by the conspiracy or finished products containing LCD panels whose prices were fixed by the conspiracy have an impact on domestic commerce in the following circumstances:

1) The panels or products were sold in a transaction between a member of the conspiracy and a customer in the United States.

2) The panels or products were sold by a member of the conspiracy outside the United States to a customer outside of the United States, and the sale had a direct, substantial, and reasonably foreseeable effect on later sales to a customer in the United States. An effect is "direct" if it has an immediate impact on the later sales, which is to say that the impact does not depend on uncertain developments. An effect is "substantial" if it has a significant impact on the later sales. An effect is "reasonably foreseeable" if a reasonable person or corporation making the sale would have foreseen its effect on the later sales.