JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
JESSICA BARCLAY-STROBEL (State Bar No. 280361)
jessica.barclay-strobel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

*Additional Moving Defendants and Counsel
Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. Master File No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | **DEFENDANTS' REPLY IN SUPPORT OF MOTION IN LIMINE #12: TO EXCLUDE PLAINTIFFS' "PRICE LADDER" THEORY OF RECOVERY**<br><br>Judge:  Hon. Samuel Conti<br>Date:   None Set<br>Ctrm:   1, 17th Floor |

1  *Sharp Electronics Corp., et al. v. Hitachi Ltd.,*
2  *et al.*, No. 13-cv-1173

3  *Sharp Electronics Corp., et al. v. Koninklijke*
4  *Philips Elecs., N.V., et al.,* No. 13-cv-2776

5  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502

6  *Siegel v. Technicolor SA,* No. 13-cv-05261

7  *Target Corp. v. Chunghwa Picture Tubes,*
   *Ltd.*, No. 11-cv-05514
8

9  *Target Corp. v. Technicolor SA,* No. 13-cv-
   05686
10

11 *ViewSonic Corporation v. Chunghwa Picture*
   *Tubes Ltd.*, No. 14-cv-2510

Defendants' motion seeks to exclude evidence or argument that agreements to raise prices for certain cathode ray tube ("CRT") sizes could have had the "effect" of raising prices for other sizes that were not the subject of any agreements. Such evidence or argument would violate well-established law requiring proof of an agreement to fix prices on the products at issue. *See United States v. Socony-Vacuum Oil Co.*, 310 U.S. 150, 222 (1940). In their opposition, Plaintiffs[1] acknowledge, as they must, that Ninth Circuit precedent bars recovery for antitrust violations under a "consequential damages theory." *In re Coordinated Proceedings in Petroleum Prods. Antitrust Litig.*, 691 F.2d 1335, 1339 (9th Cir. 1982); *see* DAPs Opp'n at 3. Yet, consequential damages are precisely what Plaintiffs seek when they advance a "price ladder" theory to argue that price agreements on just a few CRT sizes resulted in increased prices on *every* CRT size sold by Defendants from 1995 through 2007.

Plaintiffs do not cite a single case holding that this novel price ladder theory is admissible at trial, let alone sufficient to establish an antitrust violation as to CRT sizes for which they lack proof of price-fixing agreements. Instead, Plaintiffs focus on factual distinctions between this litigation and the cases cited by Defendants that have consistently rejected consequential damages for antitrust claims. DAPs Opp'n at 4. Plaintiffs identify no authority limiting those cases to their facts, nor should they be so limited. Those cases make clear that an antitrust plaintiff cannot recover damages under an umbrella damages theory, because, like other consequential damages theories, an umbrella theory relies only on *effects* of a price fixing agreement, and does not include any proof of agreements to fix prices of the products for which damages are sought. *In re Coordinated Proceedings in Petroleum Prods.*, 691 F.2d at 1341.

That holding reflects well-established Supreme Court precedent requiring proof that an agreement was formed for both the "purpose *and* with the effect" of fixing prices on the "commodity" at issue. *Socony-Vacuum Oil Co.*, 310 U.S. at 223 (emphasis added). Without proof

---

[1] Direct Action Plaintiffs (DAPs) and the Indirect Purchaser Plaintiffs (IPPs) each filed oppositions to Defendants' Joint Motion in Limine No. 12. *See* ECF No. 3648-4 and 3703-4, respectively. The Toshiba Defendants will respond separately to the IPPs' Opposition per stipulation. *See* ECF No. 3732. Each undersigned Defendant joins this Reply only as to the cases in which it remains active.

1  here of agreements to fix prices for particular sizes of CRTs, plaintiffs have no right to collect

2  damages for sales of CRTs in those sizes—regardless whether they argue the prices for those sizes

3  were affected by agreements to fix prices on other sizes.

4        The cases cited by IPPs for the proposition that a conspiracy's "effect" can be proved by

5  "circumstantial evidence" considered "*as a whole*" have no bearing on this motion.  IPP Opp'n at

6  5, 5 n.4.  That entire discussion is a red herring.

7        The *form* of evidence that Plaintiffs intend to introduce to show agreements to fix

8  particular sizes of CRTs—direct versus circumstantial—is not at issue.  Rather, the purpose of this

9  motion is to preclude Plaintiffs from seeking damages for CRT sizes for which there are no price-

10 fixing agreements and where, instead, Plaintiffs rely on a "price ladder" theory to show that these

11 CRT sizes were impacted by agreements to fix prices on *other* CRT sizes.  Because Plaintiffs must

12 prove both an agreement's purpose *and* effect was to fix each CRT size for which they seek

13 damages, Plaintiffs' price ladder theory of damages is improper.  *See Socony-Vacuum Oil Co.*, 310

14 U.S. at 223.  Plaintiffs should be precluded from arguing to the jury that these alleged price effects

15 are sufficient to prove price fixing on all CRT sizes sold by Defendants from 1995 through 2007.

17 Dated:  March 6, 2015                 Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: */s/ Miriam Kim*
       MIRIAM KIM
JEROME C. ROTH (SBN 159483)
jerome.roth@mto.com
MIRIAM KIM (SBN 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
william.temko@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
JESSICA BARCLAY-STROBEL (SBN 280361)
jessica.barclay-strobel@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*


WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*


KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
ELIOT A. ADELSON (SBN 205284)
JAMES MAXWELL COOPER (SBN 284054)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor

| | |
|---|---|
| 1 | San Francisco, California 94104 |
| | Tel: (415) 439-1400 |
| 2 | Facsimile: (415) 439-1500 |
| | E-mail: eadelson@kirkland.com |
| 3 | E-mail: max.cooper@kirkland.com |
| 4 | James H. Mutchnik, P.C. (*pro hac vice*) |
| | Barack Echols (*pro hac vice*) |
| 5 | **KIRKLAND & ELLIS LLP** |
| | 300 North LaSalle |
| 6 | Chicago, Illinois 60654 |
| | Tel: (312) 862-2000 |
| 7 | Facsimile: (312) 862-2200 |
| | Email: jutchnik@kirkland.com |
| 8 | Email: bechols@kirkland.com |
| 9 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 12 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 13 | By: */s/ Gary L. Halling* |
| | GARY L. HALLING (SBN 66087) |
| 14 | ghalling@sheppardmullin.com |
| | JAMES L. MCGINNIS (SBN 95788) |
| 15 | jmcginnis@sheppardmullin.com |
| | MICHAEL W. SCARBOROUGH (SBN 203524) |
| 16 | mscarborough@sheppardmullin.com |
| | **SHEPPARD MULLIN RICHTER & HAMPTON LLP** |
| 17 | |
| | Four Embarcadero Center, 17th Floor |
| 18 | San Francisco, California 94111 |
| | Telephone: (415) 434-9100 |
| 19 | Facsimile: (415) 434-3947 |
| 20 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 23 | FAEGRE BAKER DANIELS LLP |
| 25 | By: */s/ Kathy L. Osborn* |
| | Kathy L. Osborn (*pro hac vice*) |
| | Ryan M. Hurley (*pro hac vice*) |
| 26 | **Faegre Baker Daniels LLP** |
| | 300 N. Meridian Street, Suite 2700 |
| 27 | Indianapolis, IN 46204 |
| | Telephone: +1-317-237-0300 |
| 28 | Facsimile: +1-317-237-1000 |

DEFS' REPLY I/S/O MOT. IN LIMINE #12: TO EXCLUDE PLS' "PRICE LADDER" THEORY OF RECOVERY

kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
**Faegre Baker Daniels LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Stephen M. Judge (*pro hac vice*)
Email: steve.judge@FaegreBd.com
**Faegre Baker Daniels LLP**
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*


BAKER BOTTS LLP

By: /s/ *John M. Taladay*
JOHN M. TALADAY (pro hac vice)
john.taladay@bakerbotts.com
ERIK T. KOONS (pro hac vice)
erik.koons@bakerbotts.com
CHARLES M. MALAISE (pro hac vice)
charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd., and Philips do Brasil, Ltda.*

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Rachel S. Brass*
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

**FARMER BROWNSTEIN JAEGER LLP**
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*


**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Nathan Lane, III*
Nathan Lane, III (CA Bar No. 50961)
Mark C. Dosker (CA Bar No. 114789)
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887
E-mail:  nathan.lane@squiresanders.com
E-mail:  mark.dosker@squiresanders.com

Donald A. Wall (Pro Hac Vice)
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4005
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By: /s/     *Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
**DILLINGHAM & MURPHY, LLP**
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co.,  et al. v. Technicolor SA, et al.*

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*

CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**JENNER & BLOCK LLP**

By: /s/ *Gabriel A. Fuentes*

JENNER & BLOCK LLP

|    |    |
|----|----|
| 1  | Charles B. Sklarsky (*pro hac vice*) |
| 2  | Terrence J. Truax (*pro hac vice*) |
|    | Michael T. Brody (*pro hac vice*) |
| 3  | Gabriel A. Fuentes (*pro hac vice*) |

Charles B. Sklarsky (*pro hac vice*)
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
csklarsky@jenner.com
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.