Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack S. Echols (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

Attorneys for Defendants,
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD., AND
HITACHI ELECTRONIC DEVICES (USA), INC.

*Additional Moving Defendants and Counsel Listed on Signature Pages*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| _____ | MDL No.  1917 |
| This Document Relates To: | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11 RE DEFENDANTS' REPLY TO DEFENDANTS' MOTION IN LIMINE #5 TO EXCLUDE PLEA BY SAMSUNG SDI COMPANY, LTD. AS TO NON-PLEADING DEFENDANTS OR ALTERNATIVELY TO PROVIDE A LIMITING INSTRUCTION** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 | |
| *Best Buy Co. Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262 | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514 | Judge:      Hon. Samuel Conti |
| | Ctrm:      1, 17th Floor |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173 | |

ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL RE
DEFENDANTS' REPLY TO MOTION *IN LIMINE* #5 TO
EXCLUDE SDI PLEA AS TO NON-PLEADING DEFENDANTS

3:07-cv-05944-SC
MDL 1917

1

1   *Sharp Electronics Corp., et al. v.*                    )
    *Koninklijke Philips Electronics., N.V., et al.,*       )
2   No. 13-cv-02776                                         )
                                                            )
3   *Siegel v. Hitachi, Ltd., et al.,* No. 11-cv-           )
    05502                                                   )
4                                                           )
    *Siegel v. Technicolor SA, et al.,* No. 13-cv-          )
5   05261                                                   )
                                                            )
6   *Target Corp. v. Chunghwa Picture Tubes,*               )
    *Ltd., et al.,* No. 11-cv-05514                         )
7                                                           )
    *Target Corp. v. Technicolor SA, et al.,* No.           )
8   13-cv-05686                                             )
                                                            )
9   *ViewSonic Corporation v. Chunghwa*                     )
    *Picture Tubes Ltd., et al.,* No. 14-cv-02510           )
10                                                          )
                                                            )
11  _____

12          Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d),

13  Defendants, by and through their counsel, respectfully request an order permitting the Defendants to

14  file under seal the highlighted portions of the Defendants' Reply to Defendants' Motion in Limine

15  #5 to Exclude Plea by Samsung SDI Company, LTD. as to Non-Pleading Defendants or

16  Alternatively to Provide a Limiting Instruction ("Defendants' Reply").

17          This motion is supported by the Declaration of Eliot A. Adelson in Support of Defendants'

18  Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11 re

19  Defendants' Reply.  *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must

20  be accompanied by a declaration "establishing that the document sought to be filed under seal . . .

21  [is] sealable.").

22          On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (ECF

23  No. 306, amended at ECF No. 1142) (the "Protective Order").

24          As set forth in the Adelson Declaration, the standard for filing under seal is met in the present

25  case with respect to portions of the Defendants' Reply which contain, reference, or summarize

26  confidential information contained in Direct Action Plaintiffs' Response in Opposition to

27  Defendants' Motion in Limine No. 5 to Exclude Plea by Samsung SDI Company, LTD. as to Non-

28  Pleading Defendants or Alternatively to Provide a Limiting Instruction.  Direct Action Plaintiffs

1   have filed an administrative motion to file these portions of their Opposition under seal (ECF No.

2   3643).

3          Pursuant to Civil Local Rule 79-5(d), Defendants' Reply will be lodged with the Court for in

4   camera review, served on all parties, and will be e-filed with the Court pending the Court's granting

5   of this Motion to Seal.

6

7   DATED:  March 6, 2015                    Respectfully submitted,

8                                            **KIRKLAND & ELLIS LLP**

9                                            */s/ Eliot A. Adelson*

10                                           Eliot A. Adelson (SBN 205284)
                                             James Maxwell Cooper (SBN 284054)
11                                           555 California Street, 27th Floor
                                             San Francisco, CA 94104
12                                           Telephone: (415) 439-1400
                                             Facsimile: (415) 439-1500
13                                           Email: eadelson@kirkland.com
                                             Email: max.cooper@kirkland.com

14                                           James H. Mutchnik, P.C. (*pro hac vice*)
                                             Barack S. Echols (*pro hac vice*)
15                                           300 North LaSalle
                                             Chicago, IL 60654
16                                           Telephone: (312) 862-2000
                                             Facsimile: (312) 862-2200
17                                           Email: jmutchnik@kirkland.com
                                             Email: bechols@kirkland.com

18

19                                           *Attorneys for Defendants, Hitachi, Ltd., Hitachi*
                                             *Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi*
20                                           *America, Ltd., Hitachi Asia, Ltd., and Hitachi*
                                             *Electronic Devices (USA), Inc.*

21                                           **MUNGER, TOLLES & OLSON LLP**

22                                           */s/ Miriam Kim*

23                                           JEROME C. ROTH (SBN 159483)
                                             jerome.roth@mto.com
24                                           MIRIAM KIM (SBN 238230)
                                             miriam.kim@mto.com
25                                           **MUNGER, TOLLES & OLSON LLP**
                                             560 Mission Street, Twenty-Seventh Floor
26                                           San Francisco, California 94105-2907
                                             Telephone: (415) 512-4000
27                                           Facsimile: (415) 512-4077

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
william.temko@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
JESSICA BARCLAY-STROBEL (SBN 280361)
jessica.barclay-strobel@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ROBERT E. FREITAS (State Bar No. 80948)
rfreitas@fawlaw.com
**FREITAS ANGELL & WEINBERG LLP**
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Defendant LG Electronics, Inc.*

**WINSTON & STRAWN LLP**

*/s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)

Admin. Motion to File Documents Under Seal re
Defendants' Reply to Motion *In Limine* #5 to
Exclude SDI Plea as to Non-Pleading Defendants      4

3:07-cv-05944-SC
MDL 1917

adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation*
*(f/k/a Matsushita Electric Industrial Co., Ltd.),*
*Panasonic Corporation of North America, and*
*MT Picture Display Co., Ltd.*

**SHEPPARD MULLIN RICHTER &**
**HAMPTON LLP**

*/s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER &**
**HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America,*
*Inc.;Samsung SDI Co., Ltd.; Samsung SDI*
*(Malaysia) SDN. BHD.; Samsung SDI Mexico*
*S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*
*Samsung SDI Co., Ltd. and Tianjin Samsung SDI*
*Co., Ltd.*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Rachel S. Brass*
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200

Admin. Motion to File Documents Under Seal re
Defendants' Reply to Motion *In Limine* #5 to
Exclude SDI Plea as to Non-Pleading Defendants        5

3:07-cv-05944-SC
MDL 1917

1                       Facsimile: 415.393.8306

2                       **FARMER BROWNSTEIN JAEGER LLP**

3                       WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com

4                       DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com

5                       JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com

6                       235 Montgomery Street, Suite 835

7                       San Francisco California 94104
Telephone 415.962.2876

8                       Facsimile: 415.520.5678

9                       *Attorneys for Defendants Chunghwa Picture*

10                      *Tubes, Ltd and Chunghwa Picture Tubes*
*(Malaysia) Sdn. Bhd.*

11

12                      **SQUIRE PATTON BOGGS (US) LLP**

13                      */s/ Nathan Lane, III*

14                      Nathan Lane, III (CA Bar No. 50961)
Mark C. Dosker (CA Bar No. 114789)

15                      **SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600

16                      San Francisco, California 94111
Telephone: (415) 954-0200

17                      Facsimile: (415) 393-9887
E-mail: nathan.lane@squiresanders.com

18                      E-mail: mark.dosker@squiresanders.com

19                      Donald A. Wall (Pro Hac Vice)

20                      **SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700

21                      Phoenix, Arizona 85004
Telephone: + 1 602 528 4005

22                      Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

23

24                      *Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to all cases except*

25                      *OfficeDepot, Inc. v. Technicolor SA, et al. and*
*Sears, Roebuck and Co., et al. v. Technicolor SA,*

26                      *et al.*

27                      **CURTIS, MALLET-PREVOST, COLT &**
**MOSLE LLP**

28

ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL RE
DEFENDANTS' REPLY TO MOTION *IN LIMINE* #5 TO
EXCLUDE SDI PLEA AS TO NON-PLEADING DEFENDANTS     6

3:07-cv-05944-SC
MDL 1917

/s/ Jeffrey I. Zuckerman
Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
**DILLINGHAM & MURPHY, LLP**
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to Office Depot, Inc. v.*
*Technicolor SA, et al. and Sears, Roebuck and*
*Co., et al. v. Technicolor SA, et al.*

**WHITE & CASE LLP**

/s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba America*
*Electronic Components, Inc.*

**JENNER & BLOCK LLP**

/s/ Gabriel A. Fuentes
**JENNER & BLOCK LLP**

ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL re
DEFENDANTS' REPLY TO MOTION *IN LIMINE* #5 TO
EXCLUDE SDI PLEA AS TO NON-PLEADING DEFENDANTS          7

3:07-cv-05944-SC
MDL 1917

Charles B. Sklarsky (*pro hac vice*)
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
csklarsky@jenner.com
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Admin. Motion to File Documents Under Seal re Defendants' Reply to Motion *In Limine* #5 to Exclude SDI Plea as to Non-Pleading Defendants     8

3:07-cv-05944-SC
MDL 1917