Eliot A. Adelson (SBN 205284)
James Maxwell Cooper (SBN 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack S. Echols (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

Attorneys for Defendants,
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY INC.), HITACHI
AMERICA, LTD., HITACHI ASIA, LTD., AND
HITACHI ELECTRONIC DEVICES (USA), INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br>_____<br><br>This Document Relates To:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co,. Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173 | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF ELIOT A. ADELSON IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11 RE DEFENDANTS' REPLY TO DEFENDANTS' MOTION IN LIMINE #5 TO EXCLUDE PLEA BY SAMSUNG SDI COMPANY, LTD. AS TO NON-PLEADING DEFENDANTS OR ALTERNATIVELY TO PROVIDE A LIMITING INSTRUCTION**<br><br>Judge:   Hon. Samuel Conti<br>Ctrm:    1, 17th Floor |

ADELSON DECLARATION RE ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL RE DEFENDANTS' REPLY TO MOTION *IN LIMINE* #5 TO EXCLUDE SDI PLEA AS TO NON-PLEADING DEFENDANTS

1

3:07-cv-05944-SC
MDL 1917

| | |
|---|---|
| *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics., N.V., et al.,* No. 13-cv-02776 | ) ) ) ) |
| *Siegel v. Hitachi, Ltd., et al.,* No. 11-cv-05502 | ) ) ) ) |
| *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261 | ) ) ) ) |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514 | ) ) ) ) |
| *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686 | ) ) ) ) |
| *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd., et al.,* No. 14-cv-02510 | ) ) |

I, Eliot A. Adelson, declare as follows:

1.  I am an attorney licensed to practice in the State of California and the Northern District of California. I am a partner with the firm of Kirkland & Ellis LLP, and counsel for Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2.  I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11 re Defendants' Reply to Defendants' Motion in Limine #5 to Exclude Plea by Samsung SDI Company, LTD. as to Non-Pleading Defendants or Alternatively to Provide a Limiting Instruction ("Defendants' Reply"). I make this declaration pursuant to Civil Local Rule 79-5(d) to establish that certain portions of Defendants' Reply contain Confidential and Highly Confidential information and are sealable.

3.  On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (ECF No. 306, amended at ECF No. 1142) (the "Protective Order").

ADELSON DECLARATION RE ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL RE DEFENDANTS' REPLY TO MOTION *IN LIMINE* #5 TO EXCLUDE SDI PLEA AS TO NON-PLEADING DEFENDANTS          2

3:07-cv-05944-SC
MDL 1917

4.     On March 6, 2015, Defendants filed an Administrative Motion to Seal Defendants' Reply, and lodged conditionally under seal the following, pursuant to Civil Local Rules 7-11 and 79-5(d):

  a. Portions of the Defendants' Reply which contain, reference, or summarize confidential information contained in Direct Action Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 5 to Exclude Plea by Samsung SDI Company, LTD. as to Non-Pleading Defendants or Alternatively to Provide a Limiting Instruction ("Opposition to MIL 5").  Direct Action Plaintiffs have filed an administrative motion to file these portions of their Opposition under seal (ECF No 3643).

5.     Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in Defendants' Reply.

6.     I am informed and believe that the highlighted portions of Defendants' Reply quote, summarize, or describe portions of Direct Action Plaintiffs' Opposition to MIL 5 that summarize, quote from, describe, or contain information designated as "Confidential" or "Highly Confidential" by the Defendants pursuant to the Stipulated Protective Order. I am informed and believe that Defendants have taken reasonable steps to preserve the confidentiality of information of the type summarize, contained, identified, or cited to in Defendants' Reply.

7.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 6, 2015

By:  /s/ Eliot A. Adelson

Eliot A. Adelson

ADELSON DECLARATION RE ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL RE DEFENDANTS' REPLY TO MOTION IN LIMINE #5 TO EXCLUDE SDI PLEA AS TO NON-PLEADING DEFENDANTS       3

3:07-cv-05944-SC
MDL 1917