**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br>_____<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics., N.V., et al.*, No. 13-cv-02776<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502<br><br>*Siegel v. Technicolor SA, et al.*, No. 13-cv-05261 | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 79-5(d) AND 7-11 RE DEFENDANTS' REPLY TO DEFENDANTS' MOTION IN LIMINE #5 TO EXCLUDE PLEA BY SAMSUNG SDI COMPANY, LTD. AS TO NON-PLEADING DEFENDANTS OR ALTERNATIVELY TO PROVIDE A LIMITING INSTRUCTION**<br><br>Judge:   Hon. Samuel Conti<br>Ctrm:    1, 17th Floor |

1   *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514

2   *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686

3   *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, No. 14-cv-02510

   Upon consideration of Defendants' Administrative Motion to File Under Seal Pursuant to Civil Local Rules 79-5(d) and 7-11, submitted in connection with Defendants' Reply to Defendants' Motion in Limine #5 to Exclude Plea by Samsung SDI Company, LTD. as to Non-Pleading Defendants or Alternatively to Provide a Limiting Instruction, it is hereby ORDERED that the motion is GRANTED. The clerk shall file and maintain under seal the following portions of Defendants' Reply:

| Document | Sealed Portions (Page:Line) |
| --- | --- |
| Defendants' Reply to Defendants' Motion in Limine #5 to Exclude Plea by Samsung SDI Company, Ltd. as to Non-Pleading Defendants or Alternatively to Provide a Limiting Instruction | p. 5:5-7 |

IT IS SO ORDERED.

Dated: _____

                                    _____
                                    Hon. Samuel Conti
                                    United States District Judge