GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br>*All Indirect Purchaser Actions*<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.*, No. 13-cv-02776;<br><br>[continued on next page] | **DECLARATION OF AUSTIN V. SCHWING IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION IN LIMINE #3: TO EXCLUDE ALL EVIDENCE AND REFERENCE AT TRIAL TO THE U.S. DEPARTMENT OF JUSTICE'S CRIMINAL INVESTIGATIONS OF THE CATHODE RAY TUBE INDUSTRY**<br><br>Judge:    Hon. Samuel Conti<br>Date:    None Set<br>Courtroom: 1, 17th Floor |

SCHWING DECLARATION IN SUPPORT OF MOTION IN LIMINE #3: EXCLUDE REFERENCES TO DOJ'S CRIMINAL
INVESTIGATIONS OF CRT INDUSTRY - MASTER CASE NO. 07-CV-5944 SC

I, Austin V. Schwing, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "Chunghwa"), in the above-referenced action.

2. I submit this declaration in support of Defendants' Reply in Support of Motion *in Limine* #3: To Exclude All Evidence and Reference at Trial to the U.S. Department Of Justice's Criminal Investigations of the Cathode Ray Tube Industry. I have personal knowledge of the matters set forth in this declaration and could and would testify to the same if called as a witness in this matter.

3. Attached as **Exhibit A** is a true and correct copy of the indictment of Chung Cheng Yeh, a.k.a. Alex Yeh, filed March 30, 2010 in the United States District Court, Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March 2015, at San Francisco, California.

By: _____
Austin V. Schwing

101889838.1

1

SCHWING DECLARATION IN SUPPORT OF MOTION IN LIMINE #3: EXCLUDE REFERENCES TO DOJ'S CRIMINAL INVESTIGATIONS OF CRT INDUSTRY - MASTER CASE NO. 07-CV-5944 SC