SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513;<br><br>*Best Buy Co., et al. v. Technicolor SA, et al.,* | **DECLARATION OF JAMES L. MCGINNIS IN SUPPORT OF SDI DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION *IN LIMINE* TO PROHIBIT PLAINTIFFS FROM CONFLATING SDI WITH NON-PARTIES, INCLUDING BUT NOT LIMITED TO SAMSUNG ELECTRONICS CO., LTD.**<br><br>**[RE REPLY IN SUPPORT OF SDI'S MIL NO. 1]** |

1  No. 13-cv-05264;

2  *Target Corp. v. Chunghwa Picture Tubes,*
3  *Ltd., et al.,* No. 11-cv-05514;

4  *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

5

6  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;
7

8  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;
9

10  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

11

12

13  **<u>REDACTED VERSION; EXHIBIT SUBMITTED UNDER SEAL</u>**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      I, James L. McGinnis, declare as follows:

2      1.     I am a partner at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for defendants Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI"). I submit this declaration in support of SDI's Reply Brief In Support Of Its Motion *In Limine* To Prohibit Plaintiffs From Conflating SDI With Non-Parties, Including But Not Limited To Samsung Electronics Co., Ltd. ("Reply iso SDI's MIL No. 1").  I have personal knowledge of the facts herein set forth and, if called as a witness, I could and would competently testify thereto.

3      2.     On March 5, 2015, I accessed Samsung SDI's homepage, available at http://www.samsungsdi.com/gateway, and took a snapshot of the logo at the top of the webpage, which is a true and correct copy of that portion of the webpage.

4      3.     Attached hereto as Exhibit A is a true and correct copy of the certified translation of SDCRT-0005946 through SDCRT-0005948.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March 2015 in San Francisco, California.

*/s/ James L. McGinnis*
James L. McGinnis

-1-

SMRH:436628659.1          MCGINNIS DECLARATION IN SUPPORT OF SDI'S REPLY ISO MIL NO. 1

# EXHIBIT A
[SUBMITTED UNDER SEAL]