```
1   SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability partnership
2     Including Professional Corporations
    GARY L. HALLING, Cal. Bar No. 66087
3   JAMES L. MCGINNIS, Cal. Bar No. 95788
    MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4   Four Embarcadero Center, 17th Floor
    San Francisco, CA  94111-4109
5   Telephone:    (415) 434-9100
    Facsimile:    (415) 434-3947
6   E-mail:       ghalling@sheppardmullin.com
                  jmcginnis@sheppardmullin.com
7                 mscarborough@sheppardmullin.com

8
    Attorneys for Defendants
9   SAMSUNG SDI AMERICA, INC.,
    SAMSUNG SDI CO., LTD.,
10  SAMSUNG SDI (MALAYSIA) SDN. BHD.,
    SAMSUNG SDI MEXICO S.A. DE C.V.,
11  SAMSUNG SDI BRASIL LTDA.,
    SHENZEN SAMSUNG SDI CO., LTD. and
12  TIANJIN SAMSUNG SDI CO., LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917<br>Judge: Hon. Samuel Conti<br>**CERTIFICATE OF SERVICE** |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | |

# CERTIFICATE OF SERVICE

I, Jessica Campos, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Sheppard, Mullin, Richter & Hampton, Four Embarcadero Center, 17th Floor, San Francisco, California 94111.  I am readily familiar with the practice at my place of business for the collection and processing of mail.

On March 6, 2015, I served:

**DECLARATION OF JAMES L. MCGINNIS IN SUPPORT OF SDI DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION *IN LIMINE* TO PROHIBIT PLAINTIFFS FROM CONFLATING SDI WITH NON-PARTIES, INCLUDING BUT NOT LIMITED TO SAMSUNG ELECTRONICS CO., LTD. [SDI'S MIL NO. 1]; EXHIBIT A (UNREDACTED VERSION)**

☒ **BY ELECTRONIC MAIL**:  true and correct copies of the above-referenced documents were sent to all the addressees listed below.

☐ **BY U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at   SMRH in accordance with SMRH's ordinary business practices.  I am readily familiar with SMRH's practice for collection and processing of mail, and know that in the ordinary course of SMRH's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2015, at San Francisco, California.

                                                */s/ Jessica Campos*
                                                Jessica Campos

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

CASE NO. 07-5944 SC; MDL NO. 1917

## SERVICE LIST

| | |
|---|---|
| Roman M. Silberfeld<br>**ROBINS KAPLAN MILLER & CIRESI LLP**<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130<br>Facsimile: (310)229-5800<br>rmsilberfeld@rkmc.com | Counsel for Best Buy Plaintiffs<br><br>**BY EMAIL** |
| H. Lee Godfrey<br>Kenneth S. Marks<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>lgodfrey@susmangodfrey.com<br>kmarks@susmangodfrey.com | Counsel for Plaintiff Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust<br><br>**BY EMAIL** |
| William J. Blechman<br>**KENNY NACHWALTER, P.A.**<br>201 S. Biscayne Boulevard, Suite 1100<br>Miami, FL 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>wblechman@knpa.com | Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.<br>**BY EMAIL** |
| Kenneth A. Gallo<br>Craig A. Benson<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON**<br>201 K. Street, NW<br>Washington, D.C. 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420<br>kgallo@paulweiss.com<br>jsimons@paulweiss.com | Counsel for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.<br><br>**BY EMAIL** |

| | |
|---|---|
| Jason C. Murray<br>**CROWELL & MORING LLP**<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5582<br>Facsimile: (213) 622-2690<br>jmurray@crowell.com | Counsel for Plaintiffs Target Corporation and Viewsonic Corporation<br><br>**BY EMAIL** |
| Philip J. Iovieno<br>Anne M. Nardacci<br>**BOIES, SCHILLER & FLEXNER LLP**<br>10 North Pearl Street, 4th Floor<br>Albany, NY  12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br>piovieno@bsfllp.com<br>anardacci@bsfllp.com | Liaison Counsel for Direct Action Plaintiffs; Counsel for Plaintiff Office Depot, Inc.; Plaintiff Interbond Corporation of America; Plaitiff Shultze Agency Services, LLC; Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp.; Plaintiffs P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc. d/b/a ABC Warehouse; Plaintiff CompuCom Systems, Inc.;<br><br>**BY EMAIL** |
| Mario N. Alioto<br>Lauren C. Russell<br>**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**<br>2280 Union Street<br>San Francisco, CA  94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>malioto@tatp.com<br>laurenrussell@tatp.com | Interim Lead Counsel for the Indirect Purchaser Plaintiffs<br><br>**BY EMAIL** |
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey Rushing<br>**SAVERI & SAVERI, INC.**<br>706 Sansome Street<br>San Francisco, CA  94111-1730<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>guido@saveri.com<br>rick@saveri.com<br>grushing@saveri.com | Interim Lead Counsel for the Direct Purchaser Plaintiffs<br><br>**BY EMAIL** |
| Emilio E. Varanini, IV, Esq.<br>Deputy Attorney General<br>State of California<br>Department of Justice<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102-7004<br>emilio.varanini@doj.ca.gov | Counsel for Plaintiff State of California<br><br>**BY EMAIL** |

SMRH:436631103.1                                                    CERTIFICATE OF SERVICE

| | |
|---|---|
| Ian Simmons<br>Benjamin G. Bradshaw<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>isimmons@omm.com<br>bbradshaw@omm.com | Counsel for Non-Party Samsung Electronics Co., and Samsung Electronics America, Inc. |
| **ALL DEFENSE COUNSEL** | **BY EMAIL** |

SMRH:436631103.1                                                      CERTIFICATE OF SERVICE