1  Kenneth A. Gallo (*pro hac vice*)
2  Joseph J. Simons (*pro hac vice*)
   Craig A. Benson (*pro hac vice*)
3  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   2001 K Street, NW
4  Washington, DC 20006-1047
   Telephone: (202) 223-7300
5  Facsimile: (202) 223-7420
   Email: kgallo@paulweiss.com
6  Email: jsimons@paulweiss.com
7  Email: cbenson@paulweiss.com

8  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
9  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
10 San Francisco, California 94111
   Telephone: (415) 788-8200
11 Facsimile: (415) 788-8208
12 Email: staylor@tcolaw.com
   Email: jpatchen@tcolaw.com
13
   *Attorneys for Plaintiffs Sharp Electronics Corporation and*
14 *Sharp Electronics Manufacturing Company of America, Inc.*

15
                    **UNITED STATES DISTRICT COURT**
16                  **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
17

18

| 19 **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 SC<br>MDL No. 1917 |
|---|---|
| 21 This Document Relates to: | **PLAINTIFFS SHARP ELECTRONICS CORPORATION & SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S REPLY IN SUPPORT OF DAP MOTION IN LIMINE NO. 7** |
| 22 *Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC | |
| 24 and | |
| 25 *Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.*, et al., Case No. 13-cv-2776 SC. | |
| 27 | Hearing Date: None set<br>Judge: Hon. Samuel Conti |

1
SHARP'S REPLY ISO DAP MOTION IN LIMINE NO. 7
INDIVIDUAL CASE NOS. 13-CV-1173 SC; 13-CV-2776 SC

Sharp's[1] claims for damages here are based entirely on CRTs Sharp purchased in the United States. Sharp's Second Amended Complaint (MDL Dkt. No. 2621) at ¶¶ 1, 25-27. Sharp is not seeking damages relating to finished products, and any arguments, therefore, relating to finished products sold in the United States where tubes were purchased abroad are irrelevant to Sharp. For this reason, and all of the reasons detailed in Sharp's opposition to defendants' Motion In Limine No. 8 (MDL Dkt. No. 3678), Sharp respectfully requests that the Court grant DAPs' Motion In Limine No. 7.

DATED: March 6, 2015      By: /s/ *Craig A. Benson*

> Kenneth A. Gallo (*pro hac vice*)
> Joseph J. Simons (*pro hac vice*)
> Craig A. Benson (*pro hac vice*)
> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> 2001 K Street, NW
> Washington, DC  20006
> Telephone: (202) 223-7300
> Facsimile: (202) 223-7420
> kgallo@paulweiss.com
> jsimons@paulweiss.com
> cbenson@paulweiss.com
>
> Stephen E. Taylor (SBN 058452)
> Jonathan A. Patchen (SBN 237346)
> **TAYLOR & COMPANY LAW OFFICES, LLP**
> One Ferry Building, Suite 355
> San Francisco, California 94111
> Telephone:  (415) 788-8200
> Facsimile:  (415) 788-8208
> Email: staylor@tcolaw.com
> Email: jpatchen@tcolaw.com
>
> *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

---

[1] "Sharp" refers to plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.