1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. MCGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:     415-434-9100
   Facsimile:      415-434-3947
6  E-mail:         ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
7                   mscarborough@sheppardmullin.com

8
   Attorneys for Defendants
9  SAMSUNG SDI CO., LTD.,
   SAMSUNG SDI AMERICA, INC.,
10 SAMSUNG SDI (MALAYSIA) SDN. BHD.,
   SAMSUNG SDI MEXICO S.A. DE C.V.,
11 SAMSUNG SDI BRASIL LTDA.,
   SHENZHEN SAMSUNG SDI CO., LTD. and
12 TIANJIN SAMSUNG SDI CO., LTD.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17 | IN RE: CATHODE RAY TUBE (CRT)        | Case No. 07-5944 SC
   | ANTITRUST LITIGATION                 |
18 |                                      | MDL No. 1917

19 | This Document Relates to:            |

20 | *Sharp Electronics Corp., et a. v. Hitachi Ltd.,* | **DECLARATION OF JAMES L.**
   | *et al.,* No. 13-cv-1173;            | **MCGINNIS IN SUPPORT OF SDI**
21 |                                      | **DEFENDANTS' REPLY BRIEF IN**
   |                                      | **SUPPORT OF MOTION *IN LIMINE* TO**
22 | *Sharp Elecs. Corp. v. Koninklijke Philips* | **PROHIBIT PLAINTIFFS FROM**
   | *Elecs. N.V.,* No. 13-cv-02776;      | **CONFLATING SDI WITH NON-**
23 |                                      | **PARTIES, INCLUDING BUT NOT**
   | *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; | **LIMITED TO SAMSUNG ELECTRONICS**
24 |                                      | **CO., LTD.**
   | *Siegel v. Technicolor SA, et al.,* No. 13-cv- |
25 | 05261;                               | **[RE REPLY IN SUPPORT OF SDI'S MIL**
   |                                      | **NO. 1]**
26 | *Best Buy Co., et al. v. Hitachi, Ltd., et al.,* |
   | No. 11-cv-05513;                     |
27 |                                      |
   | *Best Buy Co., et al. v. Technicolor SA, et al.,* |
28 |                                      |

1    No. 13-cv-05264;

2    *Target Corp. v. Chunghwa Picture Tubes,*
     *Ltd., et al.,* No. 11-cv-05514;
3

4    *Target Corp. v. Technicolor SA, et al.,* No. 13-
     cv-05686;
5

6    *Sears, Roebuck and Co. and Kmart Corp. v.*
     *Chunghwa Picture Tubes, Ltd.,* No. 11-cv-
     05514;
7

8    *Sears, Roebuck and Co. and Kmart Corp. v.*
     *Technicolor SA,* No. 13-cv-05262;
9

10   *Viewsonic Corp. v. Chunghwa Picture Tubes,*
     *Ltd.* No. 14-cv-02510.

11

12

13                    **REDACTED VERSION; EXHIBIT SUBMITTED UNDER SEAL**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, James L. McGinnis, declare as follows:

2    1.    I am a partner at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel

3    of record for defendants Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;

4    Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil

5    Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI").

6    I submit this declaration in support of SDI's Reply Brief In Support Of Its Motion *In Limine* To

7    Prohibit Plaintiffs From Conflating SDI With Non-Parties, Including But Not Limited To

8    Samsung Electronics Co., Ltd. ("Reply iso SDI's MIL No. 1").  I have personal knowledge of the

9    facts herein set forth and, if called as a witness, I could and would competently testify thereto.

10    2.    On March 5, 2015, I accessed Samsung SDI's homepage, available at

11    http://www.samsungsdi.com/gateway, and took a snapshot of the logo at the top of the webpage,

12    which is a true and correct copy of that portion of the webpage.

13    3.    Attached hereto as Exhibit A is a true and correct copy of the certified translation

14    of SDCRT-0005946 through SDCRT-0005948.

15

16

17    I declare under penalty of perjury under the laws of the United States of America

18    that the foregoing is true and correct.

19    Executed this 6th day of March 2015 in San Francisco, California.

20

21
                                                        */s/ James L. McGinnis*
22                                                        James L. McGinnis

23

24

25

26

27

28

-1-

# EXHIBIT A
## [SUBMITTED UNDER SEAL]