Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and
Philips Electronics North America Corporation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC |
| This Document Relates to: | MDL No. 1917 |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;* | **KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., No. 11-cv-05514;* | |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-01173;* | Date:            None set<br>Time:            10:00 a.m.<br>Place:            Courtroom No. 1 |
| *Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.,  No. 13-cv-2776 SC;* | Hon. Samuel Conti |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd.,* | |

1   *No. 11-cv-05514;*

2   *Target Corp. v. Technicolor SA, No. 13-cv-*
    *05686.*

3

4

Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"), by and through counsel, respectfully request an order allowing the Philips Defendants to file the following documents under seal:

1.   Portions of the Joint Defense Reply in Support of Motion in Limine #10: Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy (the "Reply");

2.   Exhibit 1 to Declaration of Tiffany B. Gelott in Support of the Reply ("Gelott Declaration"), the Expert Report of Alan S. Frankel, dated April 15, 2014, regarding Sears and Kmart, that Sears and Kmart designated "Highly Confidential;"

3.   Exhibit 2 to the Gelott Declaration, the Expert Report of Alan S. Frankel, dated April 15, 2014, regarding Target, that Target designated "Highly Confidential;"

4.   Exhibit 3 to the Gelott Declaration, interrogatories responses from Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (collectively, "Sharp")  First Supplemental Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc. and Samsung SDI America, Inc.'s First Set of Interrogatories, dated  February 26, 2014, that Sharp designated as "Confidential;"

5.   Exhibit 4 to the Gelott Declaration, excerpts from the Deposition of Jerry Hausman, dated July 23, 2014, that Sharp designated as "Highly Confidential;"

6.   Exhibit 5 to the Gelott Declaration, the Expert Report of Jerry Hausman, dated April 15, 2014, that Sharp designated as "Highly Confidential;"

7.   Exhibit 7 to the Gelott Declaration, a true and correct copy of a certified translation of the document with the bates number, CHU00028521E, that the Chunghwa Defendants designated as "Confidential;"

8.   Exhibit 8 to the Gelott Declaration, a true and correct copy of a certified translation of the document with the bates number, CHU00028558E, that the Chunghwa Defendants designated as "Confidential;" and

9.   Exhibit 9 to the Gelott Declaration, a true and correct copy of a certified translation of the document with the bates number, CHU00031111E, that the Chunghwa Defendants designated as "Confidential."

This motion is supported by the Declaration of Tiffany B. Gelott in Support of the Philips Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated March 6, 2015.  Civil Local Rule 79-5 governs the filing under seal of an entire document upon a request that establishes that the document, or portions thereof, "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(a). This Court's General Order No. 62 sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order . . . the submitting party must file and serve an Administrative Motion for a sealing order. . . ."

The Philips Defendants take no position whether the designated documents satisfy the requirements for sealing. Although Defendants' request is narrowly tailored to include only the information that may require confidentiality, it is the burden of Sharp to establish that the designated information is sealable. *See* Civil L. R. 79-5(d) ("Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable . . . or must withdraw the designation of confidentiality.").

For these reasons, the Philips Defendants respectfully submit this motion pursuant to Civil Local Rule 79-5 and hereby notify Sharp, other Plaintiffs, and the Chunghwa Defendants of their burden to establish that the Reply, and Exhibits 1, 2, 3, 4, 5, 7, 8, and 9 to Gelott Declaration are sealable.

Respectfully Submitted,


BAKER BOTTS LLP

2

1

2   Date: March 6, 2015

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Erik T. Koons*
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)