Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.,* No. 13-cv-2776 SC;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.,* | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Date:   None Set<br>Time:   10:00 a.m.<br>Place:   Courtroom No. 1<br><br>Hon. Samuel Conti |

1 | *No. 11-cv-05514*
2 | *Target Corp. v. Technicolor SA, No. 13-cv-05686.*

1  Upon consideration of Koninklijke Philips N.V.'s and Philips Electronics North America
2  Corporation's Administrative Motion to File Documents under Seal Pursuant to the Civil Local
3  Rules 7-11 and 79-5(d), submitted in conjunction with Joint Defense Reply in Support of Motion
4  in Limine #10: Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy; it is
5  hereby
6  ORDERED that the Administrative Motion is hereby GRANTED; and it is further
7  ORDERED that the Clerk shall file under seal the unredacted version Joint Defense
8  Motion in Limine #10: Motion to Exclude Evidence of Any Alleged CDT Price-Fixing
9  Conspiracy, and Exhibits 1, 2, 3, 4, 5, 7, 8, and 9 to the Declaration of Tiffany B. Gelott in
10 Support of Joint Defense Motion in Limine #10: Motion to Exclude Evidence of Any Alleged
11 CDT Price-Fixing Conspiracy.

16 Dated: _____

_____
**The Honorable Samuel Conti**
**Northern District of California**