Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V. and*
*Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V., No. 13-cv-2776 SC;* | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF JOINT DEFENSE REPLY IN SUPPORT OF MOTION IN LIMINE #10: MOTION TO EXCLUDE EVIDENCE OF ANY ALLEGED CDT PRICE-FIXING CONSPIRACY**<br><br>Date:        None set<br>Time:        10:00 a.m.<br>Place:        Courtroom No. 1<br><br>Hon. Samuel Conti |

1
2   *Target Corp. v. Chunghwa Picture Tubes, Ltd.*,
    No. 11-cv-05514;

3
4   *Target Corp. v. Technicolor SA*, No. 13-cv-
    05686.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Tiffany B. Gelott, hereby declare as follows:

1. I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.* I submit this declaration in support of the Joint Defense Reply in Support of the Motion in Limine #10: Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy (the "Reply"). The information contained herein is based on my own personal knowledge, and if called as a witness I could, and would, testify competently that the matters set forth herein are true.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Expert Report of Alan S. Frankel, dated April 15, 2014, regarding Sears and Kmart;

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Expert Report of Alan S. Frankel, dated April 15, 2014, regarding Target;

4. Attached hereto as <u>Exhibit 3</u> is an excerpt from a  true and correct copy of interrogatory responses from Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s First Supplemental Responses and Objections to Defendants Hitachi Electronic Devices (USA), Inc. and Samsung SDI America, Inc.'s First Set of Interrogatories, dated  February 26, 2014 ("Sharp's Interrogatory Responses").

5. Attached hereto as <u>Exhibit 4</u> is an excerpt from the Deposition of Jerry Hausman, dated July 23, 2014.

6. Attached hereto as <u>Exhibit 5</u> is an excerpt from a true and correct copy of the Expert Report of Jerry Hausman, dated April 15, 2014.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of SDI Amended Plea Agreement (Case No. 3:11-cr-00162-WHA, ECF No. 26-2), dated May 12, 2011.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a certified translation of a document produced by the Chunghwa Defendants with the bates number, CHU00028521E.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a certified translation of a document produced by the Chunghwa Defendants with the bates number, CHU00028558E.

10.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a certified translation of a document produced by the Chunghwa Defendants with the bates number, CHU00031111E.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 6, 2015 in Washington, DC.


_____/s/ Tiffany B. Gelott_____
Tiffany B. Gelott

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF JOINT DEFENSE REPLY IN SUPPORT OF MOTION IN LIMINE #10: MOTION TO EXCLUDE EVIDENCE OF ANY ALLEGED CDT PRICE-FIXING CONSPIRACY