1   SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    GARY L. HALLING, Cal. Bar No. 66087
3   JAMES L. McGINNIS, Cal. Bar No. 95788
    MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4   Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4106
5   Telephone:      415-434-9100
    Facsimile:      415-434-3947
6   E-mail:          ghalling@sheppardmullin.com
                    jmcginnis@sheppardmullin.com
7                   mscarborough@sheppardmullin.com

8   HELEN C. ECKERT, Cal. Bar No. 240531
    333 South Hope Street, 43rd Floor
9   Los Angeles, California  90071-1448
    Telephone:      213-620-1780
10  Facsimile:      213-620-1398
    E-mail:          heckert@sheppardmullin.com
11
    Attorneys for Defendants
12  SAMSUNG SDI AMERICA, INC.,
    SAMSUNG SDI CO., LTD.,
13  SAMSUNG SDI (MALAYSIA) SDN. BHD.,
    SAMSUNG SDI MEXICO S.A. DE C.V.,
14  SAMSUNG SDI BRASIL LTDA.,
    SHENZEN SAMSUNG SDI CO., LTD. and
15  TIANJIN SAMSUNG SDI CO., LTD.

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19  | | |
|---|---|
20  | In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
21  | | MDL No. 1917 |
22  | This Document Relates to: | **SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
23  | *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173; | |
24  | | **[RE REPLY BRIEF IN SUPPORT OF SDI'S MIL NO. 2]** |
25  | *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776; | |
26  | *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; | |
27  | | |
28  | *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261; | |

1

2    *Best Buy Co., et al. v. Hitachi, Ltd., et al.,*
     No. 11-cv-05513;

3
     *Best Buy Co., et al. v. Technicolor SA, et al.,* No.
4    13-cv-05264;

5    *Target Corp. v. Chunghwa Picture Tubes, Ltd.,*
     *et al.,* No. 11-cv-05514;
6
     *Target Corp. v. Technicolor SA, et al.,* No. 13-
7    cv-05686;

8
     *Sears, Roebuck and Co. and Kmart Corp. v.*
9    *Chunghwa Picture Tubes, Ltd.,* No. 11-cv-
     05514;
10
     *Sears, Roebuck and Co. and Kmart Corp. v.*
11   *Technicolor SA,* No. 13-cv-05262;

12
     *Viewsonic Corp. v. Chunghwa Picture Tubes,*
13   *Ltd.* No. 14-cv-02510.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Civil Local Rules of the United States District Court, Northern District of

2    California 7-11 and 79-5(d) and (e), Defendants Samsung SDI America, Inc.; Samsung SDI Co.,

3    Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI

4    Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively,

5    "SDI") hereby bring this administrative motion to file portions of the following document under

6    seal:

7        1.    Defendants' Reply In Support of Their Motion *In Limine* To Exclude Irrelevant

8              And Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-

9              CRT-00077732 ("Reply iso SDI's MIL No. 2").

10    SDI seeks to file portions of the Reply Brief under seal as it cites to, reflects or contains

11   material designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated

12   Protective Order entered on June 18, 2008 (Dkt. No. 306).  Civil Local Rule 79-5(d)(1) provides

13   that if a party wishes to file a document under seal, the party must file an administrative motion to

14   file under seal in conformance with Civil L.R. 7-11, accompanied by a declaration establishing

15   that the document sought to be filed under seal is sealable.  SDI's administrative motion is

16   supported by the accompanying declaration of Helen C. Eckert ("Eckert Declaration").

17    As set forth in the Eckert Declaration, portions of the Reply iso SDI's MIL No. 2 quotes

18   and/or identifies sensitive information from Plaintiffs' certified translation of TSA-CRT00077732,

19   which was previously submitted as Exhibit 1 of the Declaration of James L. McGinnis in Support

20   of Defendants' Motion *In Limine* To Exclude Irrelevant And Highly Prejudicial Portions of

21   Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT-00077732 ("Exhibit 1").  MDL Dkt. 3564.

22   The portions of the Reply Brief which quote and/or identify Exhibit 1 concern material that is

23   "privileged, protectable as a trade secret or otherwise entitled to protection under the law."  N.D.

24   Cal. Civ. L.R. 79-5(b).  The Reply Brief cites, identifies and/or compiles sensitive, private

25   information from Exhibit 1 relating to personal matters of certain individuals at SDI.  This

26   information is confidential, the disclosure of which would prejudice SDI and invade the legitimate

27   privacy rights and interests of these SDI individuals.  SDI has previously sought to file under seal

28

-1-

1    Exhibit 1.  MDL Dkt. No. 3564.  Accordingly, good cause exists for these documents or portions

2    of documents to remain under seal.

3          Because Civil Local Rule 79-5(d)(1)(A) prohibits the sealing of documents by agreement

4    of the parties, the parties are unable to enter into such as stipulation.  *See* N.D. Cal. Civ. L.R. 7-11

5    (requiring explanation for why a stipulation could not be obtained in lieu of the administrative

6    motion to seal).

7

8    Dated:  March 6, 2015                        Respectfully submitted,

9                                                 By:  ___/s/  Helen C. Eckert_____

10                                                    SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                                      Helen C. Eckert, Esq.
11                                                    333 South Hope Street, 43rd Floor
                                                      Los Angeles, California  90071-1448
12                                                    Telephone:      213-620-1780
                                                      Facsimile:213-620-1398
13                                                    E-mail:    heckert@sheppardmullin.com

14

15                                                    *Counsel for Defendants Samsung SDI Co., Ltd.,*
                                                      *Samsung SDI America, Inc., Samsung SDI (Malaysia)*
16                                                    *SDN. BHD., Samsung SDI Mexico S.A. de C.V.,*
                                                      *Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co.,*
17                                                    *Ltd., and Tianjin Samsung SDI Co., Ltd.*

18

19

20

21

22

23

24

25

26

27

28

-2-