SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:    ghalling@sheppardmullin.com
        jmcginnis@sheppardmullin.com
        mscarborough@sheppardmullin.com

HELEN C. ECKERT, Cal. Bar No. 240531
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
E-mail:    heckert@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173;<br><br>*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;<br><br>*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;<br><br>*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261; | **DECLARATION OF HELEN C. ECKERT IN SUPPORT OF SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>**[RE REPLY BRIEF IN SUPPORT OF SDI'S MIL NO. 2]** |

1  *Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513;

2

3  *Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

4

5  *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

6

7  *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

8  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-

9  05514;

10 *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

11

12 *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Helen C. Eckert, declare as follows:

1. I am an associate at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively, "SDI"). I submit this declaration pursuant to Civil Local Rule 79-5(d) to establish that portions of Defendants' Reply Brief In Support Of Their Motion *In Limine* To Exclude Irrelevant And Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT-00077732 ("Reply iso SDI's MIL No. 2") which quotes, identifies, or compiles information designated "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) are sealable. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein and could and would testify competently to each of them.

2. The parties have disclosed or produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306).

3. On March 6, 2015, SDI filed an Administrative Motion to Seal and lodged the Reply iso SDI's MIL No. 2 under seal pursuant to Civil Local Rules 7-11 and 79-5(d) and (e).

4. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of SDI to provide the basis for the Court to maintain under seal portions of the Reply iso SDI's MIL No. 2 which quotes, identifies, or discusses information included in Exhibit 1 to the Declaration of James L. McGinnis In Support of Defendants' Motion *In Limine* To Exclude Irrelevant And Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT-00077732 ("Exhibit 1"), which has been designated as "Highly Confidential" pursuant to the Protective Order.

5. Exhibit 1 is a true and correct copy of Plaintiffs' certified translation of TSA-CRT00077732. Exhibit 1 contains, cites, identifies and/or compiles confidential, non-public and sensitive business information, including confidential information concerning SDI's prices. It also

-1-

1 cites, identifies and/or compiles sensitive, private information relating to personal matters of certain individuals at SDI.  This information is confidential, the disclosure of which would prejudice SDI and invade the legitimate privacy rights and interests of these SDI individuals.  SDI has previously sought to file under seal Exhibit 1.  MDL Dkt. No. 3564.

6. As with Exhibit 1 itself, I understand that SDI considers any statements in the Reply iso SDI's MIL No. 2 which quotes, identifies, or summarizes Exhibit 1 to be confidential and proprietary, and that public disclosure of such information presents a risk of disclosing sensitive, private information relating to personal matters of certain individuals at SDI. Accordingly, SDI's Reply should be maintained under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March 2015 in Los Angeles, California.

*/s/ Helen C. Eckert*
Helen C. Eckert