UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING SDI DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| *Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776; | **[RE REPLY BRIEF ISO SDI'S MIL NO. 2]** |
| *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.,* No. 13-cv-05261; | |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513; | |
| *Best Buy Co., et al. v. Technicolor SA, et al.,* No. | |

SMRH:436629798.1                                   [PROPOSED] ORDER GRANTING SDI'S
                                                   ADMINISTRATIVE MOTION TO SEAL DOCUMENTS

1  13-cv-05264;

2  *Target Corp. v. Chunghwa Picture Tubes, Ltd.,
3  et al.,* No. 11-cv-05514;

4  *Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

5

6  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

7

8  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

9

10  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:436629798.1                        -1-

On March 6, 2015, Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd. (collectively, "SDI") lodged portions of the following document:

1. Defendants' Reply In Support of Their Motion *In Limine* To Exclude Irrelevant And Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT-00077732 ("Reply iso SDI's MIL No. 2").

With respect to this document, SDI filed an Administrative Motion to Seal Documents pursuant to Civil Local Rules 7-11 and 79-5(d) and (e) ("Motion to Seal") and the Declaration of Helen C. Eckert in support thereof ("Eckert Declaration") seeking leave to maintain these documents under seal.

After due consideration of the Motion to Seal, the Eckert Declaration, any additional declarations subsequently filed in support, the Court's previously entered Protective Order, and the Court's file in this matter, IT IS HEREBY:

ORDERED that the Motion to Seal is GRANTED; and it is further

///

///

///

-2-

1   ORDERED that the Clerk shall file and maintain under seal the following documents or
2   portions of documents related to SDI's Motion to Seal:

| Document | Sealed Portions |
|---|---|
| Reply iso SDI's MIL No. 2 | 1:5-6, 1:15, 1:23-24, 2:8, 2:10, 2:11, and 2:16. |

**IT IS SO ORDERED.**

DATED: _____, 2015

                                          Hon. Samuel Conti
                                    United States District Judge