Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br><br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173-SC;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | |

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this court *pro hac vice*.

2. I submit this declaration in support of Sharp's Administrative Motion to File Documents Under Seal. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. Pursuant to Civil Local Rules 7-11 and 79-5, Sharp, by and through counsel, respectfully requests an Order permitting it to file under seal portions of Sharp's Reply Brief re: Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations, filed contemporaneously herewith, and Exhibits D, E and F of the Declaration of Craig A. Benson in Support of Sharp's Reply Brief re: Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations.

4. Attached as Exhibit D is a true and correct copy of the Defendants' Motion to Compel, or to Modify Prior Stipulation and Order re *LCD* Documents, dated July 18, 2014, designated by Panasonic as Highly Confidential.

5. Attached as Exhibit E is a true and correct copy of relevant excerpts from the transcript of the deposition of Dr. Dennis Carlton, dated September 16, 2014, designated by the defendants as Confidential.

6. Attached as Exhibit F is a true and correct copy of relevant excerpts from the Rebuttal Expert Report of Dr. Jerry A. Hausman, dated September 26, 2014, which refers to materials designated by the defendants as Highly Confidential.

7. Sharp's Reply Brief re: Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations and Exhibits D, E and F refer to or contain excerpts from documents that parties have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order [Docket Nos. 306, 1142].

1  8. Accordingly, Sharp requests that the documents identified herein be filed under seal.

2  I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct. Executed this 6th day of March, 2015, in Washington, DC.

                                              */s/ Craig A. Benson*
                                                Craig A. Benson

---

-3-
DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 07-cv-5944, MDL No. 1917; Case Nos. 13-cv-1173, 13-cv-2776