Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC)<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173-SC;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | **[PROPOSED] ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS RELATED TO SHARP'S REPLY BRIEF RE: MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATED TO THE ROLE OF SHARP COMPANIES IN THE TFT-LCD ANTITRUST LITIGATIONS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(b)** |

1  Upon consideration of Sharp's Administrative Motion to File Documents Related to
2  Sharp's Reply Brief Re: Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies
3  in the TFT-LCD Antitrust Litigations Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(b),
4  submitted in connection with Sharp's Reply Brief Re: Motion in Limine to Exclude Evidence Related to
5  the Role of Sharp Companies in the TFT-LCD Antitrust Litigations, it is hereby:

6  IT IS ORDERED that the Administrative Motion is hereby GRANTED.

7  IT IS FURTHER ORDERED that the Clerk shall file and maintain under seal Sharp's
8  Reply Brief Re: Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the
9  TFT-LCD Antitrust Litigations and Exhibits D, E and F attached to the Declaration of Craig A. Benson
10 in Support of Sharp's Reply Brief Re: Motion in Limine to Exclude Evidence Related to the Role of
11 Sharp Companies in the TFT-LCD Antitrust Litigations.

13 **IT IS SO ORDERED.**

15 DATED: _____          _____
16                                                                                      HONORABLE SAMUEL CONTI
                                                                                          UNITED STATES DISTRICT JUDGE