Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173-SC;<br><br>*Sharp Elecs. Corp. et al. v. Koninklijke Philips Elecs. N.V. et al.*, No. 13-cv-2776-SC. | Case No. 07-cv-5944 (SC)<br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S REPLY BRIEF RE: MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATED TO THE ROLE OF SHARP COMPANIES IN THE TFT-LCD ANTITRUST LITIGATIONS** |

- 1 -

I, CRAIG A. BENSON, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this court *pro hac vice*.

2. I submit this Declaration in support of Sharp's Reply Brief Re: Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations. I have personal knowledge of the facts stated herein and could competently testify to these facts if called upon to do so.

3. Attached as Exhibit D is a true and correct copy of the Defendants' Motion to Compel, or to Modify Prior Stipulation and Order re *LCD* Documents, dated July 18, 2014.

4. Attached as Exhibit E is a true and correct copy of relevant excerpts from the transcript of the deposition of Dr. Dennis Carlton, dated September 16, 2014.

5. Attached as Exhibit F is a true and correct copy of relevant excerpts from the Rebuttal Expert Report of Dr. Jerry A. Hausman, dated September 26, 2014.

6. Attached as Exhibit G is a true and correct copy of relevant excerpts from the transcript of the deposition of Dr. Jerry A. Hausman, dated July 23, 2014.

I declare under penalty of perjury, that the foregoing is true and correct. Executed this 6th day of March, 2015, at Washington, DC.

                                                */s/ Craig A. Benson*
                                                Craig A. Benson

- 2 -

DECLARATION OF CRAIG A. BENSON ISO SHARP'S REPLY BRIEF RE: EXCLUDING LCD EVIDENCE
CASE NOS. 13-1173 (SC), 13-2776 (SC); MDL NO. 1917