# EXHIBIT D

**(Document Under Seal)**