# EXHIBIT E

**(Document Under Seal)**