# E<span>XHIBIT</span> F

**(Document Under Seal)**