# EXHIBIT G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---o0o---

In Re: CATHODE RAY TUBE (CRT)   )
ANTITRUST LITIGATION,           )
                                )
            Plaintiff,          )
------------------------------- )   Case No.
                                )   07-5944 SC
                                )   MDL No. 1917
This Document Relates to:       )
                                )
ALL ACTIONS,                    )
                                )

---o0o---

WEDNESDAY, JULY 23, 2014

VIDEOTAPED DEPOSITION OF JERRY A. HAUSMAN, PH.D.

CONFIDENTIAL TRANSCRIPT ATTORNEYS' EYES ONLY

---o0o---

REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

1  that Sharp entered into in that case?
2      A.   I may have, but, you know, most of this is
3  five years ago, so I am not going to remember.
4      Q.   Okay.  Do you remember that the
5  price-fixing that Sharp pled guilty to had
6  something to do with prices of TFT-LCD screens for
7  Dell, Apple and Motorola in particular; do you
8  remember that?
9      A.   No, I have no memory at all.  Sorry.
10     Q.   Do you know whether Sharp engaged in
11 bilateral meetings with other TFT-LCD competitors?
12     A.   Again, I don't have a memory of that.
13 I -- the -- if you look at my report in that case,
14 I say in the beginning --
15     Q.   Uh-huh.
16     A.   Why don't I find it because this will
17 perhaps save time.  I need to find it.  Yeah, so on
18 Page 4, Paragraph 7, I say.
19     Q.   Uh-huh.
20     A.       "I have not reviewed the documentary
21              record and I have no view with respect
22              to whether the alleged conspiracy
23              existed and what the dates of an
24              effective conspiracy were, if any.  I
25              take Dr. Jenkins' assumptions on this

Page 215

```
 1                  matter as given and only analyze the
 2                  reliability of Dr. Jenkins' estimated
 3                  overcharge percentage."
 4           So that -- I really didn't do a study of
 5     the documents in that case.  I think I saw some
 6     plea agreements, but that's just a vague memory.
 7        Q.   Okay.  You said in this case that:
 8                  "It is economically irrational for
 9                  participants to participate in an
10                  information exchange designed to
11                  increase prices for a single customer
12                  instead of the entire market."
13           Do you recall saying that?
14        A.   Yes, I think it is in my report.
15        Q.   Okay.  In the LCD case, wasn't it the case
16     that Sharp, in fact, pled guilty to an information
17     exchange plea with respect to only a few customers
18     and not the whole market?
19           MR. BENSON:  Objection to form.
20     Mischaracterizes the record and the agreement.
21           THE WITNESS:  I really -- I can't really
22     answer that.
23           MR. YOHAI:  You don't know, all right.
24           Let me just show you quickly the plea
25     agreement.
```