Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513-SC;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264-SC;<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.*, No. 3:07-cv-05514-SC;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 3:11-cv-05514-SC;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd.,* | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

1 | *et al.*, No. 11-cv-05502-SC;

2 | *Sears, Roebuck and Co., et. al. v. Chunghwa*
3 | *Picture Tubes, Ltd., et al.*, No. 11-cv-5514;

4 | *Sharp Electronics Corporation, et al. v.*
5 | *Hitachi, Ltd., et al.*, No. 13-cv-01173-SC

6 | *Sharp Electronics Corp., et al. v. Koninklijke*
7 | *Philips Electronics N.V., et al.*,
8 | No. 13-cv-2776 SC;

9 | *ViewSonic Corporation v. Chunghwa*
  | *Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Direct Action Plaintiffs' Administrative Motion To File Documents Under Seal Pursuant To Civil Local Rules 7-11 And 79-5 (Dkt. No. 3682) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and testimony designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On February 27, 2015, the Direct Action Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of their Opposition to Defendants' Motion *in Limine* No. 11 to Exclude References to Documents or Behavior Not in Evidence (Dkt. No. 3682-3) (the "Opposition") and exhibits thereto.

6. On February 27, 2015, the Direct Action Plaintiffs filed the Declaration of Jill S. Casselman in Support of the Motion to Seal (Dkt. No. 3682-1), which states that the redacted portions of the Opposition and the sealed exhibits thereto contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a. Exhibit 2 to the Declaration of Jill S. Casselman in Support of the Opposition ("Casselman Declaration"), which is the Expert Rebuttal Report of Dr. Kenneth G. Elzinga, dated September 26, 2014, that:

        i. On page 4, describes or summarizes the Expert Report of Edward A. Snyder, dated August 5, 2014, that the Toshiba Defendants have designated as "Highly Confidential" under the Stipulated Protective Order;

        ii. On page 94, describes or summarizes translations of documents Bates-labeled TSB-CRT-00042493 – TSB-CRT-00042495, TSB-CRT-00035348 – TSB-CRT-00035349, and TSB-CRT-00036875, that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order;

    b. Exhibit 3 to the Casselman Declaration, which is copies of documents produced in this litigation that are cited in the Elzinga Rebuttal Report, including translations of documents Bates labeled TSB-CRT-00035348 – TSB-CRT-00035349, TSB-CRT-00036875, and TSB-CRT-00042493 – TSB-CRT-00042495, that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order; and

    c. The redacted portions on pages 5, 6, 8 of the Opposition which quote, summarize, or describe Exhibits 2 and 3.

    8. The materials listed in paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The documents and testimony concern confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants'

1  competitors and customers, and would put the Toshiba Defendants at a competitive
2  disadvantage.
3     I declare under penalty of perjury under the laws of the United States of America
4  that the foregoing is true and correct.
5     Executed this 6th day of March, 2015, in Washington, D.C.

_____
Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917
4

**CERTIFICATE OF SERVICE**

On March 6, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917