GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp. v. Koninklijke Philips Elecs., N.V.*, No. 13-cv-2776 SC;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;<br><br>*Target Corp. v. Technicolor SA*, No. 13-cv-05686. | CASE NO. 07-5944 SC<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)**<br><br>**Hearing:**<br>Date:     None set<br>Time:    10:00 a.m.<br>Place:    Courtroom No. 1<br>Judge:   Hon. Samuel Conti |

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "CPT") in the above-referenced actions.

2. I submit this declaration in support of Defendants Koninklijke Philips N.V.'s and Philips Electronics North America Corporation's Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Case No. 07-cv-05944, Dkt. No. 3771) to provide the basis to maintain under seal the documents identified below.

3. I have reviewed the following documents submitted under seal to the Court in connection with the Joint Defense Reply in Support of Motion in Limine #10: Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy ("Reply").

- CPT document CHU00028521 – CHU00028523 and the English translation, internal report of May 6, 1996 meeting. (Declaration of Tiffany B. Gelott in Support of Reply ("Gelott Declaration"), Ex. 7).
- CPT document CHU00028558 and the English translation, internal report of December 4, 1995 meeting. (Gelott Declaration, Ex. 8).
- CPT document CHU00031111 - CHU00031112, internal report of March 19, 2001 meeting. (Gelott Declaration, Ex. 9).

4. The documents identified in paragraph 3 of this declaration are designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Case No. 07-cv-05944, Dkt. No. 306). CPT designated these documents as "Confidential" because they are internal reports prepared by CPT employees for review and analysis by CPT supervisors.

5. The CPT documents identified in paragraph 3 of this declaration are reports that were prepared by CPT employees strictly for internal purposes. They consist of confidential, nonpublic, proprietary and sensitive business information. They contain recommendations and analysis of sales, pricing, and customer conditions that CPT employees submitted for consideration by senior management.

6. On information and belief, disclosure of the documents identified in paragraph 3 would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March 2015, at San Francisco, California.

By: _____/s/ *Rachel S. Brass*_____
Rachel S. Brass