(*Stipulating Parties Listed on Signature Pages*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO.: 3:07-CV-05944-SC<br><br>MDL NO.: 1917 |

This Document Relates to:

*All Indirect Purchaser Actions*

*Sharp Electronics Corp., et a. v. Hitachi Ltd., et al.,* No. 13-cv-1173;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;

*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;

*Siegel v. Technicolor SA, et al.,* No. 13-cv-05261;

*Best Buy Co., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513;

*Best Buy Co., et al. v. Technicolor SA, et al.,* No. 13-cv-05264;

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.,* No. 13-cv-05686;

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CERTAIN MOTIONS IN LIMINE: DAP MIL NO. 18; IPP MIL NOS. 3 & 11; DEFENDANTS' JOINT MIL NO. 14**

WHEREAS, counsel for the undersigned Plaintiffs and Defendants have met and conferred regarding motions in limine and agree that certain issues can be resolved without Court intervention;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendants in the above-captioned actions as follows:

1. Plaintiffs and Defendants shall not present evidence or argument at trial regarding the current financial condition or ability to pay damages of any party and entities purportedly affiliated with any party, including class representatives.  This includes references to current net worth, current net earnings, or current profits. All parties are precluded from arguing that any party or its purportedly affiliated entities have "deep pockets,"  and all parties are precluded from suggesting that another party's current size or net worth has relevance to the amount of damages.  Plaintiffs are precluded from introducing evidence of, and making arguments about, Defendants' size, resources or financial ability to withstand a large damage award.  Defendants are precluded from introducing evidence of, and making arguments about, the effect a large damage award levied against Defendants could have, including the effect an award could have on Defendants, Defendants' customers, and other downstream purchasers, including Plaintiffs.  This stipulation does not apply to evidence or argument at trial regarding the financial condition during the conspiracy period alleged in Plaintiffs' complaints, including bankruptcies, of any party or of entities purportedly affiliated with any party.  Nor does this stipulation apply to evidence or argument regarding Plaintiffs' bargaining power, which the court will address separately in ruling on, among other motions, Defendants' Joint Motion in Limine No. 16 (Dkt. 3597).

2. Paragraph 1 above resolves the following motions in limine filed on February 13, 2015, which are hereby withdrawn:

   a. Indirect Purchaser Plaintiffs' Notice of Motion and Motion in Limine No. 3: To Exclude Reference to the Financial Condition of Named Plaintiffs (Dkt. 3539);

b. Indirect Purchaser Plaintiffs' Notice of Motion and Motion in Limine No. 11: To Preclude Argument and Exclude Evidence Regarding Possible Effects of a Large Damage Award (Dkt. No. 3547);

c. Certain Direct Action Plaintiffs' Notice of Motion and Motion in Limine No. 18:  Motion to Exclude References to the Current Financial Condition of Any of the Named Plaintiffs (Dkt. 3558, Section 18); and

d. Defendants' Joint Motion In Limine to Exclude Evidence or Argument of Positive Net Worth of Defendants or Their Purportedly Affiliated Companies [Defendants' MIL No. 14] (Dkt. 3581).

*   *   *

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:___03/06/2015_____        _____

Hon. Samuel Conti
United States District Judge

DATED: February 27, 2015        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Leo D. Caseria*_____

GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

LEO D. CASERIA (SBN 240323)
lcaseria@sheppardmullin.com
**SHEPPARD MULLIN RICHTER &**

**HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

*Attorneys for Defendants Samsung SDI America,
Inc.; Samsung SDI Co., Ltd.; Samsung SDI
(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.
DE C.V.; Samsung SDI Brasil Ltda.; Shenzen
Samsung SDI Co., Ltd. and Tianjin Samsung SDI
Co., Ltd.*

KIRKLAND & ELLIS LLP

By:    */s/ Eliot A. Adelson*

Eliot A. Adelson
James Maxwell Cooper
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Kate Wheaton (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi
America, Ltd., Hitachi Asia, Ltd., and Hitachi
Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*

JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907

Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.;
LG, LG Electronics USA, Inc.; and LG
Electronics Taiwan Taipei Co., Ltd.*

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
PVictor@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

WEIL, GOTSHAL & MANGES LLP

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com

DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation
(f/k/a Matsushita Electric Industrial Co., Ltd.),
Panasonic Corporation of North America, MT
Picture Display Co., Ltd.*

1

2          **WHITE & CASE** LLP

3          By: */s/ Lucius B. Lau*

4          CHRISTOPHER M. CURRAN (*pro hac vice*)
           ccurran@whitecase.com
5          LUCIUS B. LAU (*pro hac vice*)
           alau@whitecase.com
6          DANA E. FOSTER (*pro hac vice*)
           defoster@whitecase.com
7          **WHITE & CASE LLP**
           701 Thirteenth Street, N.W.
8          Washington, DC 20005
           Telephone: (202) 626-3600
9          Facsimile: (202) 639-9355

10         *Attorneys for Defendants Toshiba Corporation,*
           *Toshiba America, Inc., Toshiba America*
11         *Information Systems, Inc., Toshiba America*
           *Consumer Products, L.L.C., and Toshiba America*
12         *Electronic Components, Inc.*

13

14         BAKER BOTTS LLP

15         By: */s/ John M. Taladay*

16         JOHN M. TALADAY (*pro hac vice*)
           john.taladay@bakerbotts.com
17         ERIK T. KOONS (*pro hac vice*)
           erik.koons@bakerbotts.com
18         CHARLES M. MALAISE (*pro hac vice*)
           charles.malaise@bakerbotts.com
19         **BAKER BOTTS LLP**
           1299 Pennsylvania Ave., N.W.
20         Washington, DC 20004-2400
           Telephone: (202) 639-7700
21         Facsimile: (202) 639-7890

22         JON V. SWENSON (SBN 233054)
           jon.swenson@bakerbotts.com
23         **BAKER BOTTS LLP**
           1001 Page Mill Road
24         Building One, Suite 200
           Palo Alto, CA 94304
25         Telephone: (650) 739-7500
           Facsimile: (650) 739-7699
26         E-mail: jon.swenson@bakerbotts.com

27         *Attorneys for Defendants Koninklijke Philips N.V.,*
           *Philips Electronics North America Corporation,*
28         *Philips Taiwan Ltd., and Philips do Brasil, Ltda.*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*

JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gig@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

FARMER BROWNSTEIN JAEGER LLP

WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
**FARMER BROWNSTEIN JAEGER LLP**
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone (415) 962-2876
Facsimile: (415) 520-5678

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

JENNER & BLOCK LLP

By: */s/ Terrence J. Truax*

JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN MOTIONS IN LIMINE

Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US, Inc. and,
Mitsubishi Electric Visual Solutions America, Inc.*

FAEGRE BAKER DANIELS LLP

By: _/s/ Kathy L. Osborn_

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Stephen M. Judge (*pro hac vice*)
Email: steve.judge@FaegreBd.com
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and
Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: _/s/ Nathan Lane, III_

Nathan Lane, III (CA Bar No. 50961)
Mark C. Dosker (CA Bar No. 114789)
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

E-mail:  nathan.lane@squiresanders.com
E-mail:  mark.dosker@squiresanders.com

Donald A. Wall (Pro Hac Vice)
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4005
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to all cases except Office*
*Depot, Inc. v. Technicolor SA, et al. and Sears,*
*Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP

By: /s/   *Jeffrey I. Zuckerman*

Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to Office Depot, Inc. v.*
*Technicolor SA, et al. and Sears, Roebuck and Co.,*
*et al. v. Technicolor SA, et al.*

By:   */s/ Kenneth S. Marks*

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
John P. Lahad
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN MOTIONS IN LIMINE

Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com
Email: jlahad@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel,
Solely in his Capacity as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

By:  ___/s/ Craig A. Benson_____

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

SMRH:436558811.2

-10-

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN MOTIONS IN LIMINE

25838307.1

*Attorneys for Plaintiffs Sharp Electronics
Corporation and Sharp Electronics Manufacturing
Co. of America*

By:    */s/ David Martinez*

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
Jill Casselman
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com
Email: jcasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
Email: kcwildfang@rkmc.com
Email: lenelson@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy
Purchasing LLC, Best Buy Enterprise Services, Inc.,
Best Buy Stores, L.P., Bestbuy.com, L.L.C., and
Magnolia Hi-Fi, Inc.*

By:    */s/ Jason Murray*

Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
Email aheaven@crowell.com

*Attorneys for Target Corp. and Viewsonic Corp.*

By:   */s/ Richard Arnold*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

By:   */s/ Mario N. Alioto*

MARIO N. ALIOTO (SBN 56433)
Email: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

1    Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

2    document has been obtained from each of the above signatories.

SMRH:436558811.2

25838307.1

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN MOTIONS IN LIMINE