(*Stipulating Parties on Signature Page*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *All Indirect Purchaser Actions* | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING FOR MOTIONS IN LIMINE** |

WHEREAS, pursuant to the Stipulation and Order Regarding Scheduling (Doc. No. 3182), the Indirect Purchaser Plaintiffs ("IPPs") filed nineteen motions in limine ("IPP motions in limine")[1] on February 13, 2015;

WHEREAS, on February 13, 2015, the Samsung SDI Defendants filed two separate motions in limine[2] ("Samsung SDI separate motions limine") and twelve motions in limine jointly with the other defendants[3] ("Samsung SDI joint motions in limine") that pertain to the IPPs;

WHEREAS, IPPs' MIL Nos. 3 (Doc. No. 3539) and 11 (Doc. No. 3547), and Defendants' Joint MIL No. 14 (Doc. No. 3581), were resolved by stipulation dated February 27, 2015 (Doc. No. 3639);

---

[1] *See* Doc. Nos. 3537, 3538, 3539, 3540, 3541, 3542, 3543, 3544, 3545, 3546, 3547, 3548, 3549, 3550, 3551, 3552, 3553, 3554 and 3555.

[2] *See* Doc. Nos. 3560-61, 3565.

[3] *See* Doc Nos. 3556, 3557, 3559, 3563-3, 3568, 3571, 3572, 3579, 3581, 3583, 3589, and 3592.

1      WHEREAS, SDI's MIL No. 2 (Doc. No. 3565) was not opposed by IPPs;

2      WHEREAS, pursuant to the Stipulation and Order Regarding Deadline for Briefing and Hearing Date for Motions in Limine (Doc. No. 3605) (the "MIL Order"), all parties filed responses to the motions pertaining to them on February 27, 2015;

3      WHEREAS, pursuant to the MIL Order, replies in support of the motions in limine were due on March 6, 2015;

4      WHEREAS, pursuant to the Stipulations and Orders Regarding Defendants MIL #2 and DAP MIL #11 (Doc. Nos. 3623 and 3631), the responses to those motions are due on March 13, 2015 and replies are due on March 27, 2015;

5      WHEREAS, counsel for the IPPs and the Samsung SDI Defendants have met and conferred and agree that an extension of the briefing schedule on these motions is appropriate and will aid in the efficient resolution of the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the IPPs and the Samsung SDI Defendants as follows:

1. The replies in support of the IPPs' motions in limine and Samsung SDI's separate and joint motions in limine (as they pertain to the IPPs) may be filed no later than March 30, 2015;

2. The IPPs' response to Defendants MIL #2 (as it pertains to Samsung SDI) must be filed by March 30, 2015;

3. The Samsung SDI Defendants' may file a reply in support of Defendants' MIL #2 (as it pertains to the IPPs) by April 10, 2015.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

                                        Hon. Samuel Conti
                                   United States District Judge

| | |
|---|---|
| DATED: March 12, 2015 | By: /s/ _____<br>Mario N. Alioto (56433)<br>Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>malioto@tatp.com<br>laurenrussell@tatp.com<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs* |
| DATED: March 12, 2015 | **SHEPPARD MULLIN RICHTER & HAMPTON**<br><br>By: /s/ _____<br>GARY L. HALLING (SBN 66087)<br>E-mail: ghalling@sheppardmullin.com<br>JAMES L. MCGINNIS (SBN 95788)<br>E-mail: jmcginnis@sheppardmullin.com<br>MICHAEL W. SCARBOROUGH (SBN 203524)<br>E-mail: mscarborough@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>*Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.