Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 3:13-cv-05262;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173;<br><br>*Sharp Electronics Corp. et al. v. Koninklijke Philips Electronics, N.V.*, No. 13-cv-2776;<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686. | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation ("Toshiba Corp."), Toshiba America, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. ("TAIS") (collectively, the "Toshiba Defendants"). I make this declaration in support of Koninklijke Philips N.V.'s and Philips Electronics North America Corporation's Administrative Motion to Seal Documents Pursuant To Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 3771) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents designated as "Confidential" pursuant to the Stipulated Protective Order.

5. On February 27, 2015, Koninklijke Philips N.V. and Philips Electronics North America Corporation (the "Philips Defendants") filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of Defendants' Joint Defense Reply in Support of Motion *in Limine* #10 – Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy (Dkt. No. 3771-3) (the "Reply") and exhibits thereto.

6. On February 27, 2015, the Philips Defendants filed the Declaration of Tiffany B. Gelott in Support of the Motion to Seal (Dkt. No. 3771-1), which states that the redacted portions of the Reply and the sealed exhibits thereto contain excerpts from, or statements derived from documents and testimony that have been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

a. Exhibit 1 to Declaration of Tiffany B. Gelott in Support of the Reply (the "Gelott Declaration"), which is Sears/Kmart's Expert Report of Alan S. Frankel, dated April 15, 2014, that describes or summarizes on pages 15 and 16 and attached Exhibits 10, 12, 13, and 16c, a document Bates-labeled TACP-CRT-00000045 – TACP-CRT-00000064 that TACP has designated as "Confidential" under the Stipulated Protective Order;

b. Exhibit 1 to the Gelott Declaration, which is Sears/Kmart's Expert Report of Alan S. Frankel, dated April 15, 2014, that describes or summarizes on pages 15 and 16 and attached Exhibits 10, 12, 13, and 16c, a document Bates-labeled TAIS-CRT-00000970 that TAIS has designated as "Confidential" under the Stipulated Protective Order;

c. Exhibit 2 to the Gelott Declaration, which is Target's Expert Report of Alan S. Frankel, dated April 15, 2014, that describes or summarizes on page 14 and attached Exhibits 10, 12, 13, and 16c, a document Bates-labeled TACP-CRT-00000045 – TACP-CRT-00000064 that TACP has designated as "Confidential" under the Stipulated Protective Order; and

d. Exhibit 2 to the Gelott Declaration, which is Target's Expert Report of Alan S. Frankel, dated April 15, 2014, that describes or summarizes on page 14 and attached Exhibits 10, 12, 13, and 16c, a document Bates-labeled TAIS-CRT-00000970 that TAIS has designated as "Confidential" under the Stipulated Protective Order.

8. The materials listed in paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The documents concern confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the

Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2015, in Washington, D.C.

_____
Dana E. Foster

**CERTIFICATE OF SERVICE**

On March 13, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917