ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case Nos.<br>3:11-cv-05513-SC;<br>3:13-cv-05264-SC |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Target Corp. v. Chunghwa Pictures Tubes, Ltd., et al.,* No. 3:07-cv-05514-SC<br><br>*Target Corp. v. Technicolor SA, et al.,* Case No. 3:11-cv-05514-SC<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 11-cv-05502-SC<br><br>*Sears, Roebuck and Co., et. al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-5514 | **DECLARATION OF JILL S. CASSELMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 2**<br><br>Judge: Hon. Samuel Conti |

60966203.1

DECLARATION OF. JILL S. CASSELMAN ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MIL NO. 2

*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al., No. 13-cv-01173-SC*

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al., No. 13-cv-2776 SC*

*ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd., et al., No. 14-cv-02510*

I, JILL S. CASSELMAN, declare as follows:

1. I am an attorney with the law firm of Robins Kaplan LLP, counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively "Best Buy") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion *in Limine* No. 2 to Exclude Evidence or Testimony Regarding Foreign Antitrust Investigations. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Korean Fair Trade Commission Press Release entitled "KFTC Fines 5 Color Display Tube Produces 26.2 Billion Won for CDT International Cartel", dated January 27, 2011, which is publicly available and can be accessed online at http://eng.ftc.go.kr/bbs.do?command=getList&type_cd=52&pageId=0201.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Provisional European Commission Decision in case AT.39437—TV and Monitor Computer Tubes, which is publicly available and can be accessed in its entirety online at http://ec.europa.eu/competition/elojade/isef/case_details.cfm?proc_code=1_39437.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the "Decision of the President of the European Commission of (13 October 2011) on the function and terms of reference of the hearing officer in certain competition proceedings" [2011] OJ L 275, which is publicly available and can be accessed online at http://ec.europa.eu/competition/hearing_officers/legislation.html.

60966203.1 - 2 - DECLARATION OF. JILL S. CASSELMAN ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MIL NO. 2

5. Attached hereto as **Exhibit 4** is a true and correct copy of the "Commission notice on best practices for the conduct of proceedings concerning Articles 101 and 102 TFEU", which is publicly available and can be accessed online at http://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX:52011XC1020%2802%29.

6. Attached hereto as **Exhibit 5** are true and correct copies of the DPPs' Second Set of RFPs Nos. 34-36 (Mar. 12, 2010), and the following objections and responses to the same: Objections & Resps. of Panasonic Corp. to DPPs' Second Set of RFPs Nos. 34-36, May 12, 2010; Def. Hitachi, Ltd's Resp. to Second Set of RFPs from DPPs Nos. 34-36, May 12, 2010; Objections & Resps. of Def. MT Picture Display Co., Ltd. to DPPs' Second Set of RFPs Nos. 34-36, May 12, 2010.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of March, 2015 in Los Angeles, California.

       /s/ Jill S. Casselman
       Jill S. Casselman