IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>ORDER GRANTING ADMINISTRATIVE MOTIONS FOR LEAVE TO FILE UNDER SEAL |

Now before the Court are 32 administrative motions for leave to file under seal documents largely related to motions in limine. See ECF Nos. 3643, 3644, 3648, 3650, 3651, 3667, 3672, 3676, 3678, 3682, 3683, 3688, 3690, 3694, 3695, 3696, 3698, 3701, 3703, 3705, 3708, 3712, 3744, 3752, 3754, 3757, 3762, 3766, 3771, 3772, 3773, 3778. As the Court has ordered previously, the motions are GRANTED with the proviso that "the Court will look favorably upon motions

///

///

///

///

to intervene filed by members of the public who wish to access the sealed documents."  ECF No. 1512, at 1.

IT IS SO ORDERED.

Dated: March 24, 2015



UNITED STATES DISTRICT JUDGE