**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:14-cv-02510-SC | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1.      Claims asserted by Plaintiff ViewSonic Corporation ("ViewSonic") against Defendants Technicolor SA and Technicolor USA, Inc. (collectively, "Technicolor") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.      Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____

Hon. Samuel Conti
United States District Court Judge