*(Stipulating Parties Listed on Signature Pages)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Case No. 07-5944-SC ) ) MDL No. 1917 ) ) **THE PHILIPS DEFENDANTS' AND** |
| | ) **INDIRECT PURCHASER PLAINTIFFS'** |
| This Document Relates to: | ) **STIPULATION AND [PROPOSED] ORDER** ) **REGARDING WITHDRAWAL OF** |
| *All Indirect Purchaser Actions* | ) **PENDING MOTIONS** ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1

2   Defendants Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V.), Philips

3   Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd. (n/k/a Philips

4   Taiwan Limited), and Philips da Amazonia Industria Electronica Ltda. (n/k/a Philips do Brasil, Ltda.)

5   (collectively, the "Philips Defendants") and the Indirect Purchaser Plaintiffs ("IPPs"), by and through

6   undersigned counsel, stipulate as follows:

7   WHEREAS, at the time of this stipulation, the Philips Defendants have certain summary

8   judgment motions pending against the IPPs;

9   WHEREAS, the parties have executed a settlement agreement that would release the IPPs'

10   claims against the Philips Defendants (the "Settlement Agreement");

11   WHEREAS, the Settlement Agreement is subject to the approval of the Court, and therefore,

12   would become final only when the Court has entered a final order approving the Settlement Agreement

13   under Federal Rule of Civil Procedure 23(e) and a final judgment dismissing the underlying action with

14   prejudice as it relates to IPPs' claims against the Philips Defendants;

15   WHEREAS, in light of the Settlement Agreement, the Philips Defendants seek to withdraw all

16   pending summary judgment motions solely as they pertain to the IPPs, subject to reinstatement in the

17   event that the Settlement Agreement does not become final; and

18   WHEREAS, the Philips Defendants do not seek to withdraw these summary judgment motions

19   as they pertain to any other plaintiff;

20   IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Philips

21   Defendants and the IPPs, subject to the concurrence of the Court, that:

22   1. The Philips Defendants withdraw their participation in the following motions as to—and

23   only as to—the IPPs' claims against the Philips Defendants.[1]   Each of the following motions will

24   remain pending as to other plaintiffs' claims to which they are directed:

25   _____

26   [1] As to the pending summary judgment motions filed by multiple defendants which include the Philips

27   Defendants (specifically 1(a), 1(b), 1(c), and 1(f)), the Philips Defendants withdraw only their
participation in such motions and nothing in this stipulation is intended to withdraw or otherwise

28   impact any motion filed by any other defendant.

a.  Defendants' Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds [Dkt. No. 2978];

b.  Defendants' Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales [Dkt. No. 3006];

c.  Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA [Dkt. No. 3008];

d.  Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil, Ltda.'s Motion for Partial Summary Judgment [Dkt. No. 3027];

e.  Koninklijke Philips N.V's Motion for Summary Judgment [Dkt. No. 3040]; and

f.  Defendants' Joint Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws [Dkt. No. 3050].

2.  The Philips Defendants also withdraw the following motion, filed solely with respect to the IPPs' claims against the Philips Defendants, in its entirety:

a.  Koninklijke Philips N.V's, Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil, Ltda.'s Motion for Summary Judgment Against Indirect Purchaser Plaintiffs Who Are Natural Persons Residing in California [Dkt. No. 3034].[2]

3.  The Philips Defendants' summary judgment motions shall be subject to reinstatement in the event that the Settlement Agreement does not become final.

The undersigned parties jointly and respectfully request that the Court issue this stipulation as an order.

---

[2] This motion, however, will still be subject to the Toshiba Defendants' Joinder Motion [Dkt. No. 3042].

1

2

3

4   Dated: February 25, 2015                                    Respectfully submitted,

5
                                                               By:  /s/ Erik T. Koons
6                                                              Erik T. Koons (*pro hac vice*)
                                                               John M. Taladay (*pro hac vice*)
7                                                              Charles M. Malaise (*pro hac vice*)
                                                               BAKER BOTTS LLP
8                                                              1299 Pennsylvania Ave., N.W.
                                                               Washington, DC 20004-2400
9                                                              Telephone: (202) 639-7700
                                                               Facsimile: (202) 639-7890
10                                                             Email: john.taladay@bakerbotts.com
                                                               Email: erik.koons@bakerbotts.com
11                                                             Email: charles.malaise@bakerbotts.com

12
                                                               *Attorneys for Defendants Koninklijke*
13                                                             *Philips N.V., Philips Electronics North*
                                                               *America Corporation, Philips Taiwan*
14                                                             *Limited, and Philips do Brasil, Ltda.*

15

16
     Dated: February 25, 2015                                  By:  /s/Mario N. Alioto
17
                                                               MARIO N. ALIOTO (SBN 56433)
18                                                             Email: malioto@tatp.com
                                                               LAUREN C. CAPURRO (SBN 241151)
19                                                             Email: laurenrussell@tatp.com
                                                               TRUMP, ALIOTO, TRUMP &
20                                                             PRESCOTT, LLP
                                                               2280 Union Street
21                                                             San Francisco, CA 94123
                                                               Telephone: (415) 563-7200
22                                                             Facsimile: (415) 346-0679

23                                                             *Lead Counsel for the Indirect Purchaser*
                                                               *Plaintiffs*
24

25

26          Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document

27   has been obtained from each of the above signatories.

28

1

2

3

4   PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6

7   Dated: ___March 24_____, 2015

8                                                      Honorable Samuel Conti
                                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE PHILIPS DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS'  STIPULATION AND [PROPOSED] ORDER REGARDING
WITHDRAWAL OF PENDING MOTIONS  (3:07-CV-05944 SC, MDL NO. 1917)