*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) |
| | ) |
| This Document Relates to: | ) ) |
| *All Indirect Purchaser Actions* | ) ) ) ) ) ) ) |

Case No. 07-5944 SC

MDL No. 1917

**HITACHI DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS' STIPULATION AND [~~PROPOSED~~] ORDER REGARDING WITHDRAWAL OF PENDING SUMMARY JUDGMENT MOTIONS**

Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. ("Hitachi Defendants") on the one hand, and the undersigned Indirect Purchaser Plaintiffs ("IPPs") on the other hand, hereby stipulate as follows:

WHEREAS, at the time of this stipulation, the Hitachi Defendants have certain summary judgment motions pending against the IPPs;

WHEREAS, the parties have executed a settlement agreement that would release the IPPs' claims against the Hitachi Defendants (the "Settlement Agreement");

WHEREAS, the Settlement Agreement is subject to the approval of the Court, and therefore, would become final only when the Court has entered a final order approving the Settlement Agreement under

Federal Rule of Civil Procedure 23(e) and a final judgment dismissing the underlying action with prejudice as it relates to IPPs' claims against the Hitachi Defendants;

WHEREAS, in light of the Settlement Agreement, the Hitachi Defendants seek to withdraw all pending summary judgment motions solely as they pertain to the IPPs, subject to reinstatement in the event that the Settlement Agreement does not become final;

WHEREAS, the Hitachi Defendants do not seek to withdraw these summary judgment motions as they pertain to any other plaintiff; and

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Hitachi and IPPs, subject to the concurrence of the Court, that:

1.     The Hitachi Defendants withdraw the following motions:

(a)     Hitachi Defendants' Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations.  ECF Nos. 2971, 2972.[1]

(b)     Hitachi Parties Notice of Motion and Motions for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy.  ECF Nos. 2974, 2976.[2]

2.     The Hitachi Defendants withdraw their participation in the following motions as to, and only as to, the IPPs' claims against the Hitachi Defendants.[3]  Each of the following motions will remain pending as to other plaintiffs' claims to which they are directed:

(a)     Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs; State Law Claims on Statute of Limitations Ground.  ECF No. 2978.

---

[1]   This motion, however, will still be subject to the Toshiba Defendants' Joinder Motion (ECF No. 3011).

[2]   This motion, however, will still be subject to the Toshiba Defendants' Joinder Motion (ECF No 3010).

[3]   As to the pending summary judgment motions filed by multiple defendants which include the Hitachi Defendants (specifically 2(a) through (e), the Hitachi Defendants withdraw only their participation in such motions and nothing in this stipulation is intended to withdraw or otherwise impact any motion filed by any other defendant.

(b)     Defendants' Notice of Motion and Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales.   ECF Nos. 3005, 3006.

(c)     Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA.  ECF Nos. 3007, 3008.

(d)     Certain Defendants' Notice of Motion and Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Bases on Purchases from Sanyo.  ECF Nos. 3009, 3014.

(e)     Joint Notice of Motion and Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws.  ECF Nos. 3050, 3051.

3.     The Hitachi Defendants' summary judgment motions shall be subject to reinstatement in the event that the Settlement Agreement does not become final.

Hitachi Defendants and IPPs jointly and respectfully request that the Court enter this stipulation as an order.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated: February 26, 2015

KIRKLAND & ELLIS LLP

By: */s/Eliot A. Adelson*

Eliot A. Adelson
James Maxwell Cooper
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H.  Mutchnik, P.C. *(pro hac vice)*
Barack S. Echols *(pro hac vice)*
300 North LaSalle
Chicago,  Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

1

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*
*Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd.,*
*Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA),*
*Inc.*

2

3

4   Dated: February 26, 2015          TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

5

6                                     By: */s/Mario N. Alioto*_____

7                                     Mario N. Alioto (SBN 56433)
                                      Email: malioto@tatp.com
8                                     Lauren C. Capurro (SBN 241151)
                                      Email: laurenrussell@tatp.com
9                                     2280 Union Street
                                      San Francisco, CA 94123
10                                    Telephone: (415) 563-7200
                                      Facsimile: (415) 346-0679
11

12                                    *Lead Counsel for the Indirect Purchaser Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4  Dated: March 24, 2015

5  _____
   Hon. Samuel Conti

6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28