(Stipulating Parties Listed on Signature Pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>Plaintiffs.<br><br>v.<br><br>HITACHI, LTD., *et al*.,<br><br>Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING SEARS AND KMART'S CLAIMS AGAINST HITACHI DEFENDANTS** |

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned Defendants Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.); Hitachi America, Ltd.; Hitachi Asia, Ltd.; and Hitachi Electronic Devices (USA), Inc. ("Hitachi") and Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (collectively, the "Stipulating Plaintiffs"), have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, on October 3, 2013, the Stipulating Plaintiffs filed a Second Amended Complaint for Damages and Injunctive Relief ("Second Amended Complaint") in which the Stipulating Plaintiffs assert a cause of action against Hitachi under the Sherman Act (MDL Dkt. No. 1973);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel for the Stipulating Plaintiffs and counsel for the Hitachi in the above-captioned actions, as follows:

1. The Stipulating Plaintiffs' claims against Hitachi are voluntarily dismissed with prejudice;

2. This Stipulation has no bearing on, is without prejudice to, all other claims asserted by the Stipulating Plaintiffs against any other Defendants or alleged co-conspirators in the above-captioned case.

Dated: March 23, 2015

Respectfully submitted,

By: /s/ Samuel J. Randall

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

***Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.***

By: /s/ Eliot A. Adelson
Eliot A. Adelson, Esquire
KIRKLAND & ELLIS LLP
555 California Street
27th Floor
San Francisco, CA 94104
Tel: 415-439-1413
E-mail: eadelson@kirkland.com

***Counsel to Defendants Hitachi Ltd., Hitachi America, Ltd., Hitachi Electronics Devices (USA) Inc., Hitachi Asia Ltd., and Hitachi Displays, Ltd.***

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 24, 2015

Hon. Samuel Conti
United States District Judge

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S CLAIMS AGAINST HITACHI
Case No. 07-5944 SC; MDL No. 1917

3

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Samuel J. Randall, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of March, 2015, at Miami, Florida.

By: */s/ Samuel J. Randall*
    Samuel J. Randall

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S CLAIMS AGAINST HITACHI
Case No. 07-5944 SC; MDL No. 1917

4

**CERTIFICATE OF SERVICE**

On March 23, 2015, I caused a copy of the "STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING SEARS AND KMART'S CLAIMS AGAINST HITACHI" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: *_/s/ Samuel J. Randall_*
Samuel J. Randall (*pro hac vice*)

519557.1

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
SEARS AND KMART'S CLAIMS AGAINST HITACHI
Case No. 07-5944 SC; MDL No. 1917

5