Law Offices of Francis O. Scarpulla
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile:  (415) 788-0706
E-mail:      fos@scarpullalaw.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| **This Document Relates to:** | |
| **INDIRECT-PURCHASER ACTION** | |

## <u>NOTICE OF CHANGE OF FIRM AFFILIATION</u>

PLEASE TAKE NOTICE that Francis O. Scarpulla, formerly of:

Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770
E-mail:      fscarpulla@zelle.com

as of March 25, 2015 will join the firm of:

Law Offices of Francis O. Scarpulla
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone:  (415) 788-7210
Facsimile:  (415) 788-0706
E-mail:      fos@scarpullalaw.com

1    Both firms will continue to represent the plaintiffs in the above-captioned action.  Please

2 make the necessary changes to your files.

3

4 Dated: March 24, 2015                    */s/ Francis O. Scarpulla*

5                                          Law Offices of Francis O. Scarpulla
                                           44 Montgomery St., Suite 3400
6                                          San Francisco, CA 94104
                                           Telephone:    (415) 788-7210
7                                          Facsimile:    (415) 788-0706
                                           E-mail:        fos@scarpullalaw.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  3262857v1

27

28

Notice of Change of Firm Affiliation