Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC<br><br>and<br><br>*Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.*, et al., Case No. 13-cv-2776 SC. | **STIPULATION OF DISMISSAL OF PANASONIC AND BMCC DEFENDANTS** |

1  Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company
2  of America, Inc. (collectively, "Sharp") and Defendants Panasonic Corporation; Panasonic
3  Corporation of North America; Panasonic Consumer Electronic Co.; MT Picture Display Co.,
4  Ltd.; Matsushita Electronics Corporation (Malaysia) Sdn. Bhd.; and PT.MT Picture Display
5  Indonesia (collectively "Panasonic"), by and through the undersigned counsel, stipulate to a
6  dismissal with prejudice of all claims being asserted by Sharp against Panasonic and Beijing
7  Matsushita Color CRT Co., Ltd. in the above-captioned actions pursuant to Rule 41(a)(2) of the
8  Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This
9  stipulation does not affect the rights or claims Sharp may have against any other defendant or
10 alleged co-conspirator in the above-captioned actions.

11  WHEREFORE, the parties respectfully request that this Court issue the Proposed Order
12 of Dismissal.

13  **IT IS SO STIPULATED.**

15  Dated:  March 24, 2015              Respectfully submitted,

16                                      By: */s/   Craig A. Benson*
                                        Kenneth A. Gallo (*Pro Hac Vice*)
17                                      Joseph J. Simons (*Pro Hac Vice*)
                                        Craig A. Benson (*Pro Hac Vice*)
18                                      **PAUL, WEISS, RIFKIND, WHARTON &**
                                        **GARRISON  LLP**
19                                      2001 K Street, NW
                                        Washington, DC  20006-1047
20                                      Telephone:  (202) 223-7300
                                        Facsimile:  (202) 223-7420
21
                                        Stephen E. Taylor (SBN 058452)
22                                      Jonathan A. Patchen (SBN 237346)
                                        **TAYLOR & COMPANY LAW OFFICES, LLP**
23                                      One Ferry Building, Suite 355
                                        San Francisco, California 94111
24                                      Telephone:  (415) 788-8200
                                        Facsimile:  (415) 788-8208
25                                      Email: staylor@tcolaw.com
                                        Email: jpatchen@tcolaw.com
26
                                        *Attorneys for Plaintiffs Sharp Electronics Corp. and*
27                                      *Sharp Electronics Manufacturing Company of*
                                        *America, Inc.*
28

- 2 -

By: */s/      Eva W. Cole*
JEFFREY L. KESSLER (*pro hac vice*)
E-mail: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
E-mail: pvictor@winston.com
ALDO A. BADINI (SBN 257086)
E-mail: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: ewcole@winston.com
MOLLY M. DONOVAN
E-mail: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
DAVID E. YOLKUT (*pro hac vice)*
E-mail: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Panasonic Corporation; Panasonic Corporation of North America; Panasonic Consumer Electronic Co.; MT Picture Display Co., Ltd.; Matsushita Electronics Corporation (Malaysia) Sdn. Bhd.; and PT.MT Picture Display Indonesia*

Pursuant to Civil L.R. 5-1, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.