Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC<br><br>and<br><br>*Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.*, et al., Case No. 13-cv-2776 SC. | **[PROPOSED] ORDER OF DISMISSAL OF PANASONIC AND BMCC DEFENDANTS** |

1  The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

2  1. Claims asserted by Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") against Defendants Panasonic Corporation; Panasonic Corporation of North America; Panasonic Consumer Electronic Co.; MT Picture Display Co., Ltd.; Matsushita Electronics Corporation (Malaysia) Sdn. Bhd.; PT.MT Picture Display Indonesia; and Beijing Matsushita Color CRT Co., Ltd. in the underlying actions are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

3  2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____, 2015        _____

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE