Law Offices of Francis O. Scarpulla
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile:  (415) 788-0706
E-mail:     fos@scarpullalaw.com

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** ) ) ) | Master File No. 3:07-cv-5944 SC |
| ) | MDL No. 1917 |
| **This Document Relates to:** ) ) | |
| **INDIRECT-PURCHASER ACTION** ) ) | |
| *Juetten, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* **Case No. 07-cv-6225 JL** ) ) ) | |

### NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Francis O. Scarpulla, formerly of:

>   Zelle Hofmann Voelbel & Mason LLP
>   44 Montgomery St., Suite 3400
>   San Francisco, CA 94104
>   Telephone:  (415) 693-0700
>   Facsimile:   (415) 693-0770
>   E-mail:      fscarpulla@zelle.com

as of March 25, 2015 will join the firm of:

>   Law Offices of Francis O. Scarpulla
>   44 Montgomery St., Suite 3400
>   San Francisco, CA 94104
>   Telephone:  (415) 788-7210
>   Facsimile:   (415) 788-0706
>   E-mail:      fos@scarpullalaw.com

1  Both firms will continue to represent the plaintiffs in the above-captioned action.  Please
2  make the necessary changes to your files.

4  Dated: March 25, 2015              /s/ Francis O. Scarpulla

   Law Offices of Francis O. Scarpulla
   44 Montgomery St., Suite 3400
   San Francisco, CA 94104
   Telephone:    (415) 788-7210
   Facsimile:    (415) 788-0706
   E-mail:       fos@scarpullalaw.com

26  3262857v2