(*Stipulating Parties Listed on Signature Pages*)

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: +1 574-234-4149
Facsimile: +1 574-239-1900
steve.judge@FaegreBd.com

**Attorneys for Defendants Thomson SA and Thomson Consumer**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Crago d/b/a Dash Computers, Inc., et al. v. Technicolor SA, et al., No. 14-cv-02058* | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING MOTIONS HEARING ON DPPs' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH THE THOMSON AND TDA DEFENDANTS**<br><br>Judge: Hon. Samuel Conti |

Pursuant to Civil Local Rules 6-2 and 7-12, Crago, d/b/a Dash Computers, Inc.; Arch Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Studio Spectrum, Inc.; and Wettstein

and Sons, Inc., d/b/a Wettsteins's (collectively the "Direct Purchaser Plaintiffs" or "DPPs"), Defendants Thomson S.A. (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.) (collectively, the "Thomson Defendants") and Technologies Displays Americas LLC ("TDA") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there is pending in the United States District Court for the Northern District of California a multidistrict consolidated proceeding comprised of actions brought on behalf of purported purchasers of cathode ray tubes ("CRT") and CRT products, captioned as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) (the "MDL Proceedings");

WHEREAS, the DPPs have filed a Class Action Complaint, which is now pending in this MDL, naming the Thomson Defendants and TDA as Defendants (the "DPP Complaint");

WHEREAS, the DPPs, the Thomson Defendants, and TDA have executed a settlement agreement that resolves the DPPs' claims against the Thomson Defendants and TDA;

WHEREAS, on February 13, 2015 the DPPs filed their Notice of Motion and Motion For: (1) Certification of a Settlement Class; (2) Preliminary Approval of Class Action Settlement with the Thomson and TDA Defendants; (3) Directing Notice to the Settlement Class; and (4) Memorandum in Support Thereof [Dkt. No. 3562] (hereinafter "Motion for Preliminary Approval of Class Action Settlement with the Thomson and TDA Defendants").

WHEREAS, on March 16, 2015 the Clerk of the Court entered a Clerk's Notice [Dkt. No. 3790] vacating the previously scheduled March 20, 2015 Motions Hearing on the DPPs' Motion for Preliminary Approval of Class Action Settlement with the Thomson and TDA Defendants.

WHEREAS, on March 19, 2015 the Clerk of the Court entered a Clerk's Notice [Dkt No. 3791] rescheduling the Motions Hearing on the DPPs' Motion for Preliminary Approval of Class Action Settlement with the Thomson and TDA Defendants for April 3, 2015.

WHEREAS, the attorney for the Thomson Defendants that negotiated the settlement agreement with the DPPs and the other partner in this matter representing the Thomson

1    Defendants are unable to attend a hearing on April 3, 2015 and the DPPs, the Thomson

2    Defendants and TDA have conferred and agreed to reschedule the Motions Hearing for May 1,

3    2015 (*see* Concurrently Filed Decl. of Kathy L. Osborn at ¶¶ 6-8);

4         **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between

5    undersigned counsel that the Motions Hearing on the DPPs' Motion for Preliminary Approval of

6    Class Action Settlement with the Thomson and TDA Defendants shall be rescheduled for May 1,

7    2015 at 10:00 a.m. pacific time.

8         The undersigned parties jointly and respectfully request that the Court enter this stipulation as

9    an order.

10   PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12   Dated:_____       _____

13                             Hon. Samuel Conti
                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: March 25, 2015                    FAEGRE BAKER DANIELS LLP

2                                             /s/ Kathy L. Osborn

3                                             Kathy L. Osborn (*pro hac vice*)
                                              Ryan M. Hurley (*pro hac vice*)
4                                             Faegre Baker Daniels LLP
                                              300 N. Meridian Street, Suite 2700
5                                             Indianapolis, IN 46204
                                              Telephone: (317) 237-0300
6                                             Facsimile: (317) 237-1000
                                              kathy.osborn@FaegreBD.com
7                                             ryan.hurley@FaegreBD.com

8                                             Jeffrey S. Roberts (*pro hac vice*)
                                              Faegre Baker Daniels LLP
9                                             3200 Wells Fargo Center
                                              1700 Lincoln Street
10                                            Denver, CO 80203
                                              Telephone: (303) 607-3500
11                                            Facsimile: (303) 607-3600
                                              jeff.roberts@FaegreBD.com
12

13                                            Stephen M. Judge (*pro hac vice*)
                                              Faegre Baker Daniels LLP
14                                            202 S. Michigan Street, Suite 1400
                                              South Bend, IN 46601
15                                            Telephone: +1 574-234-4149
                                              Facsimile: +1 574-239-1900
16                                            steve.judge@FaegreBd.com

17                                            Calvin L. Litsey (SBN 289659)
                                              Faegre Baker Daniels LLP
18                                            1950 University Avenue, Suite 450
                                              East Palo Alto, CA 94303-2279
19                                            Telephone: (650) 324-6700
                                              Facsimile: (650) 324-6701
20                                            calvin.litsey@FaegreBD.com

21                                            *Attorneys for Defendants Thomson SA and Thomson*
                                              *Consumer Electronics, Inc.*

22

23

24

25

26

27

28

SQUIRE PATTON BOGGS (US) LLP

By: /s/ Donald A. Wall
Mark C. Dosker
Nathan Lane, III
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel:    415-954-0200
Fax:    415-393-9887
mark.dosker@squiresanders.com
nathan.lane@squiresanders.com

Donald A. Wall (Pro Hac Vice)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4000
Facsimile: +1 602 253 8129
donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays
Americas LLC*

SAVERI & SAVERI, INC.

By: /s/ Guido Saveri
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.