Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and Thomson Consumer*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>*Crago d/b/a Dash Computers, Inc., et al. v. Technicolor SA, et al.*, No. 14-cv-02058 | **DECLARATION OF KATHY L. OSBORN IN SUPPORT OF STIPULATION RESCHEDULING MOTIONS HEARING ON DPPs' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH THE THOMSON AND TDA DEFENDANTS**<br><br>Judge: Hon. Samuel Conti |

I, Kathy L. Osborn, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc. ("Thomson Defendants"). I am admitted to practice *pro hac vice* before the United States District Court for the Northern

1  District of California.  The statements contained in this declaration are based on my personal
2  knowledge and, if called as a witness, I could competently testify to the following facts.
3  2.     The Direct Purchaser Plaintiffs ("DPPs), the Thomson Defendants, and Technologies
4  Displays Americas LLC ("TDA") have executed a settlement agreement that resolves the DPPs'
5  claims against the Thomson Defendants and TDA
6  3.     On February 13, 2015 the DPPs filed their Notice of Motion and Motion For: (1)
7  Certification of a Settlement Class; (2) Preliminary Approval of Class Action Settlement with the
8  Thomson and TDA Defendants; (3) Directing Notice to the Settlement Class; and (4)
9  Memorandum in Support Thereof [Dkt. No. 3562] (hereinafter "Motion for Preliminary Approval
10 of Class Action Settlement with the Thomson and TDA Defendants").
11 4.     On March 16, 2015 the Clerk of the Court entered a Clerk's Notice [Dkt. No. 3790]
12 vacating the previously scheduled March 20, 2015 Motions Hearing on the DPPs' Motion for
13 Preliminary Approval of Class Action Settlement with the Thomson and TDA Defendants.
14 5.     On March 19, 2015 the Clerk of the Court entered a Clerk's Notice [Dkt No. 3791]
15 rescheduling the Motions Hearing on the DPPs' Motion for Preliminary Approval of Class Action
16 Settlement with the Thomson and TDA Defendants for April 3, 2015.
17 6.     As counsel for the Thomson Defendants, I conducted settlement negotiations with the
18 DPPs on behalf of the Thomson Defendants.
19 7.     During the week of April 3, 2015 I will be on a previously scheduled and paid for
20 vacation with my family.  Accordingly, I am unable to attend a Motions Hearing on the DPPs'
21 Motion for Preliminary Approval of Class Action Settlement with the Thomson and TDA
22 Defendants.
23 8.     The other partner representing the Thomson Defendants in the above captioned litigation,
24 Mr. Ryan Hurley, will also be on a previously scheduled and paid for vacation with his family on
25 April 3, 2015.  Accordingly, he is also unable to attend a Motions Hearing on that date.
26 9.     Rescheduling the Motions Hearing on the DPPs' Motion for Preliminary Approval of
27 Class Action Settlement with the Thomson and TDA Defendants for May 1, 2015 will not
28

DECLARATION OF KATHY L. OSBORN IN
SUPPORT OF STIPULATION RESCHEDULING
MOTIONS HEARING

2

No. 07-5944-SC; MDL No. 1917

adversely affect the schedule in this matter because the Thomson Defendants, TDA, and the DPPs have settled all claims between them in the above captioned action.

Executed this 25th day of March 2015, at Indianapolis, Indiana.

/s/ Kathy L. Osborn