JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

[Additional stipulating parties on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*All Indirect Purchaser Actions* | **PANASONIC DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS' STIPULATION AND [PROPOSED] ORDER WITHDRAWING PENDING SUMMARY JUDGMENT MOTIONS** |

Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, "Panasonic Defendants"), on the one hand, and the Indirect Purchaser Plaintiffs (the "IPPs"), on the other hand, hereby stipulate as follows:

WHEREAS, at the time of this stipulation, the Panasonic Defendants and Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") have certain summary judgment motions pending against the IPPs;

WHEREAS, the parties have executed a settlement agreement that would release the IPPs' claims against the Panasonic Defendants and BMCC (the "Settlement Agreement");

WHEREAS, the Settlement Agreement is subject to the approval of the Court, and therefore, would become final only when the Court has entered a final order approving the Settlement Agreement under Federal Rule of Civil Procedure 23(e) and a final judgment dismissing the underlying action with prejudice as it relates to IPPs' claims against the Panasonic Defendants and BMCC, and all relevant appeals have been exhausted;

WHEREAS, in light of the Settlement Agreement, the Panasonic Defendants and BMCC seek to withdraw all pending summary judgment motions solely as they pertain to the IPPs, subject to reinstatement in the event that the Settlement Agreement does not become final;

WHEREAS, the Panasonic Defendants and BMCC do not seek to withdraw any summary judgment motions as they pertain to any other plaintiff with which the Panasonic Defendants or BMCC continue to litigate;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Panasonic Defendants and IPPs, subject to the concurrence of the Court, that:

1. The Panasonic Defendants withdraw the following motion with respect to the IPPs:
   a. Defendants PNA's and Panasonic Corporation's (f/k/a Matsushita Electric Industrial Co., Ltd.) Motion for Summary Judgment (ECF No. 3001).
2. BMCC withdraws the following motion with respect to the IPPs:
   a. Defendant BMCC's Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and For Lack of

2

PANASONIC DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS'   CASE NO. 3:07-cv-5944-SC
STIPULATION AND [PROPOSED] ORDER WITHDRAWING   MDL NO. 1917
PENDING SUMMARY JUDGMENT MOTIONS

Standing to Seek Injunctive Relief (ECF No. 2990).

3. The Panasonic Defendants and BMCC withdraw their participation in the following motions as to, and only as to, the IPPs' claims against the Panasonic Defendants and BMCC. Each of the following motions will remain pending as to other plaintiffs with which the Panasonic Defendants or BMCC continue to litigate:

   a. Defendants' Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds (ECF No. 2978);

   b. Defendants' Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales (ECF No. 3006);

   c. Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA (ECF No. 3008); and

   d. Defendants' Joint Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws (ECF No. 3050).

4. The Panasonic Defendants' and BMCC's summary judgment motions shall be subject to reinstatement in the event that the Settlement Agreement does not become final.

Panasonic Defendants and IPPs jointly and respectfully request that the Court enter this stipulation as an order.

Pursuant to Local Rule 5-1 (i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated: March 26, 2015

WINSTON & STRAWN LLP

By: /s/ *Eva W. Cole*

JEFFREY L. KESSLER (*pro hac vice*)

3

PANASONIC DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS'  CASE NO. 3:07-cv-5944-SC
STIPULATION AND [PROPOSED] ORDER WITHDRAWING  MDL NO. 1917
PENDING SUMMARY JUDGMENT MOTIONS

A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
E-mail: david.yohai@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:  /s/  *Richard Snyder*

RICHARD SNYDER (*pro hac vice*)
TERRY CALVANI (53260)
CHRISTINE LACIAK (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: 202 777 4500
Email: richard.snyder@freshfields.com
Email: terry.calvani@freshfields.com
Email: christine.laciak@freshfields.com

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

TRUMP ALIOTO TRUMP & PRESCOTT ATTORNEYS LLP

By:  /s/  *Lauren C. Capurro*

Mario N. Alioto (SBN 56433)

4

PANASONIC DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS'
STIPULATION AND [PROPOSED] ORDER WITHDRAWING
PENDING SUMMARY JUDGMENT MOTIONS

CASE NO. 3:07-cv-5944-SC
MDL NO. 1917

Lauren C. Capurro (SBN 241151)
TRUMP ALIOTO TRUMP & PRESCOTT
ATTORNEYS LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415.563.7200
Fax: 415.346.0679
E-mail: laurenrussell@tatp.com

*Lead Counsel for the Indirect*
*Purchaser Plaintiffs*

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**

5

PANASONIC DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS'   CASE NO. 3:07-cv-5944-SC
STIPULATION AND [PROPOSED] ORDER WITHDRAWING   MDL NO. 1917
PENDING SUMMARY JUDGMENT MOTIONS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                Hon. Samuel Conti
                                                United States District Judge

6

PANASONIC DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS'  
STIPULATION AND [PROPOSED] ORDER WITHDRAWING  
PENDING SUMMARY JUDGMENT MOTIONS

CASE NO. 3:07-cv-5944-SC  
MDL NO. 1917

Winston & Strawn LLP  
333 S. Grand Avenue  
Los Angeles, CA 90071-1543

**CERTIFICATE OF SERVICE**

On March 26, 2015, I caused a copy of "PANASONIC DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS' STIPULATION AND [PROPOSED] ORDER WITHDRAWING PENDING SUMMARY JUDGMENT MOTIONS" to be electronically filed via the Court's Electronic Case Filings System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By:    /s/ *Sofia Arguello*
       Sofia Arguello (*pro hac vice*)

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**

7

PANASONIC DEFENDANTS' AND INDIRECT PURCHASER PLAINTIFFS'      CASE NO. 3:07-cv-5944-SC
STIPULATION AND [PROPOSED] ORDER WITHDRAWING      MDL NO. 1917
PENDING SUMMARY JUDGMENT MOTIONS