Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944-SC<br>MDL NO. 1917<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL OF PANASONIC AND BMCC DEFENDANTS** |
| This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC<br><br>and<br><br>*Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.,* et al., Case No. 13-cv-2776 SC. | |

1 | The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. Claims asserted by Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") against Defendants Panasonic Corporation; Panasonic Corporation of North America; Panasonic Consumer Electronic Co.; MT Picture Display Co., Ltd.; Matsushita Electronics Corporation (Malaysia) Sdn. Bhd.; PT.MT Picture Display Indonesia; and Beijing Matsushita Color CRT Co., Ltd. in the underlying actions are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 03/26 , 2015



UNITED

Judge Samuel Conti