1  Eliot A. Adelson (SBN 205284)
   KIRKLAND & ELLIS LLP
2  555 California Street, 27th Floor
   San Francisco, CA 94104
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  Email: eadelson@kirkland.com

5  James H. Mutchnik, P.C. (*pro hac vice*)
   Barack S. Echols (*pro hac vice*)
6  KIRKLAND & ELLIS LLP
   300 North LaSalle
7  Chicago, IL 60654
   Telephone: (312) 862-2000
8  Facsimile: (312) 862-2200
   Email: jmutchnik@kirkland.com
9  Email: bechols@kirkland.com

10 Attorneys for Defendants,
   HITACHI, LTD., HITACHI DISPLAYS, LTD.
11 (n/k/a JAPAN DISPLAY INC.), HITACHI AMERICA, LTD.,
   HITACHI ASIA, LTD., AND
12 HITACHI ELECTRONIC DEVICES (USA), INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | )  Master File No. 3:07-cv-05944-SC |
| 17 | )  MDL No.  1917 |
| 18 | ) |
|     | )  **NOTICE OF WITHDRAWAL OF** |
|     This Document Relates To: | )  **ATTORNEY JAMES MAXWELL COOPER** |
| 19 | )  **FOR HITACHI, LTD., HITACHI** |
|     All Cases | )  **DISPLAYS, LTD. (n/k/a JAPAN DISPLAY** |
| 20 | )  **INC.), HITACHI AMERICA, LTD.,** |
|     | )  **HITACHI ASIA, LTD., AND HITACHI** |
| 21 | )  **ELECTRONIC DEVICES (USA), INC.** |
| 22 | ) |
| 23 | ) |

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT James Maxwell Cooper (State Bar No. 284054) is no

3  longer affiliated with the law firm of Kirkland & Ellis LLP and hereby withdraws as counsel in the

4  above-referenced matter for Defendants, HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a

5  JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., and HITACHI

6  ELECTRONIC DEVICES (USA), INC.

7    It is further requested that Mr. Cooper's name be removed from the case docket, that the

8  Clerk terminate the delivery of all Notices of Electronic Filing addressed to

9  max.cooper@kirkland.com and that Mr. Cooper's name be removed from any applicable service

10  lists.

11    The law firm of Kirkland & Ellis LLP continues to serve as counsel for Defendants

12  HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.), HITACHI

13  AMERICA, LTD., HITACHI ASIA, LTD., and HITACHI ELECTRONIC DEVICES (USA), INC.

14

15  DATED:  April 3, 2015            Respectfully submitted,

16                                  KIRKLAND & ELLIS LLP

17

18                                  /s/ Eliot A. Adelson
                                    Eliot A. Adelson (SBN 205284)
19                                  KIRKLAND & ELLIS LLP
                                    555 California Street, 27th Floor
20                                  San Francisco, CA 94104
                                    Telephone: (415) 439-1400
21                                  Facsimile: (415) 439-1500
                                    Email: eadelson@kirkland.com
22
                                    Attorneys for Defendants,
23                                  HITACHI, LTD., HITACHI DISPLAYS, LTD. (n/k/a
                                    JAPAN DISPLAY INC.), HITACHI AMERICA, LTD.,
24                                  HITACHI ASIA, LTD., AND HITACHI
                                    ELECTRONIC DEVICES (USA), INC.
25

26

27

28