Guido Saveri (22349)
   *guido@saveri.com*
R. Alexander Saveri (173102)
   *rick@saveri.com*
Geoffrey C. Rushing (126910)
   *grushing@saveri.com*
Travis L. Manfredi (281779)
   *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | **MEMORANDUM IN RESPONSE TO ORDER RE: PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH THOMSON AND TDA DEFENDANTS [DKT. NO. 3810]** |
| | Date:    TBD<br>Time:    TBD<br>Judge:   Honorable Samuel Conti<br>Courtroom: 1 |

1   Direct Purchaser Plaintiffs ("DPPs") respectfully submit this memorandum in response to
2   the Court's Order Re: Preliminary Approval of Class Action Settlements with Thomson and TDA
3   Defendants (Mar. 26, 2015) (Dkt. No. 3810) ("Order").
4   The Order calls for three additional steps to be taken in connection with the Thomson/TDA
5   settlement: (1) publish notice in a second national newspaper (in addition to the *Wall Street*
6   *Journal*); (2) submit a declaration from the claims administrator assuring the Court that the
7   settlement website will be updated to indicate the opt-out deadline and other important dates on the
8   "Frequently Asked Questions" page and "Dates to Remember" pages; and (3) add to the first page
9   of the long-form notice the objection and opt-out deadlines and the date, time, and location of the
10  fairness hearing.
11  As to the first item, in addition to the *Wall Street Journal*, DPPs propose to publish the
12  summary notice in the *New York Times*, a national newspaper with a circulation of over 1.3 million
13  and preferred by individuals employed in technical fields. Declaration of Ross Murray in Support
14  of Website Changes and Maintenance for the Thomson/TDA Settlement ¶ 6 (Apr. 9, 2015)
15  ("Murray Decl." or "Murray Declaration").
16  As to the second item, the Murray Declaration states that the claims administrator, Gilardi
17  & Co., LLC ("Gilardi"), will update the "Home," "Frequently Asked Questions," and "Dates to
18  Remember" pages on the settlement website (www.CRTDirectPurchaserAntitrustSettlement.com)
19  on or before the date that the long-form notice is sent to the class. Murray Decl. ¶ 4.
20  As to the third item, a revised long-form notice is attached to the proposed order submitted
21  herewith that includes a box on the first page labeled "Important Dates" that contains the opt-out
22  and objection deadlines as well as the date, time, and location of the fairness hearing.
23  Paragraph 10 of the proposed order submitted herewith has been updated to reflect that the
24  summary notice will be published in both the *Wall Street Journal* and the *New York Times*. In
25  addition, paragraph 10 of the revised proposed order contains language requiring that the website
26  be updated in accordance with item two, above.
27      / / /
28      / / /

1
MEMORANDUM IN RESPONSE TO ORDER RE: PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENTS WITH THOMSON AND TDA DEFENDANTS [DKT. NO. 3810]; Master File No. CV-07-5944-SC

1    DPPs have met and conferred with counsel for Thomson as ordered, and they have no
2 objection to the steps taken by DPPs to comply with the Court's order. Declaration of R. Alexander
3 Saveri in Support of Memorandum in Response to Order Re: Preliminary Approval of Class Action
4 Settlements with Thomson and TDA Defendants ¶ 2 (Apr. 9, 2015).

6 Dated: April 9, 2015                                  Respectfully submitted,

/s/ *R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for
Direct Purchaser Plaintiffs*