Guido Saveri (22349)
  guido@saveri.com
R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Travis L. Manfredi (281779)
  travis@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF MEMORANDUM IN RESPONSE TO ORDER RE: PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH THOMSON AND TDA DEFENDANTS [DKT. NO. 3810]** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | |
| | Date:      TBD<br>Time:      TBD<br>Judge:    Honorable Samuel Conti<br>Courtroom: 1 |

I, R. ALEXANDER SAVERI, declare:

1. I am the managing partner of Saveri & Saveri, Inc., which the Court has appointed to act as interim lead counsel on behalf of the Direct Purchaser Plaintiffs ("Plaintiffs") in this action. I have been involved in almost every aspect of this case since its inception. I submit this declaration in support of the Memorandum in Response to Order Re: Preliminary Approval of Class Action Settlements with Thomson and TDA Defendants. Except as otherwise noted, I make this declaration of my own personal knowledge, and if called upon to do so, could and would testify competently to the facts contained herein.

2. I met and conferred with Kathy L. Osborn of Faegre Baker Daniels LLP, counsel for Thomson, regarding the contents of the Memorandum in Response to Order Re: Preliminary Approval of Class Action Settlements with Thomson and TDA Defendants, the supporting Murray Declaration, and the proposed order. Thomson agreed to the notice plan and to the filing of these documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 9, 2015 at San Francisco, California.

                                                */s/ R. Alexander Saveri*
                                                 R. Alexander Saveri