Guido Saveri (22349)
 guido@saveri.com
R. Alexander Saveri (173102)
 rick@saveri.com
Geoffrey C. Rushing (126910)
 grushing@saveri.com
Cadio Zirpoli (179108)
 cadio@saveri.com
Travis L. Manfredi (281779)
 travis@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF ROSS MURRAY REGARDING SETTLEMENT WEBSITE AND THOMSON/TDA NOTICE** |

I, Ross Murray, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was hired by class counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. This declaration is submitted pursuant to the Court's March 26, 2015 Order re: Preliminary Approval of Class Action Settlements with Thomson and TDA Defendants (Dkt. No. 3810). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2  Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer protection class actions, and other similar matters. Gilardi specializes in designing, developing, analyzing, and implementing settlement administration plans that support due process. During the past 28 years Gilardi has administered class notice and class settlements in over 3,500 class actions, and has distributed more than $20 billion in assets.

3. On or before June 7, 2012, Gilardi established a case-dedicated website at www.CRTDirectPurchaserAntitrustSettlement.com. This website provides information to potential class members using the following pages: "Home", "Frequently Asked Questions", "Case Documents", "Dates To Remember", and "Contact Us".

4. "Home", "Frequently Asked Questions", and "Dates To Remember" each contain time-sensitive information specific to the current settlement and notice. This information includes important dates, such as the opt-out deadline, the deadline to object, and the date and time of the fairness hearing. Prior to mailing the Thomson/TDA Notice, Gilardi will update each section to match dates and details of the Notice and Settlement Agreement in a "preview" site and seek the approval of Counsel for the changes. The site will be published on the day of the notice mailing, and Gilardi will again seek the approval of Counsel for the changes.

5. Gilardi will promptly update the website as dictated by Counsel should any further changes be required.

/ / /

/ / /

/ / /

6. The *New York Times* is a national newspaper with a circulation of 1,379,806. Using a media planning tool, Gilardi has determined that the *New York Times* and the *Wall Street Journal* are preferred by U.S. adults employed in the technical fields over other national newspapers, such as *USA Today*. For this reason, and based upon Gilardi's experience in the class action notice field, I would recommend that notice be published in the *New York Times* and the *Wall Street Journal* over any other national newspapers.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 9th day of April, 2015 at San Rafael, California.

_____
ROSS MURRAY

2

DECLARATION OF ROSS MURRAY REGARDING SETTLEMENT WEBSITE AND THOMSON/TDA NOTICE