1
2
3
4
5
6
7
8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| _____ | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | |

On April 17, 2015, Plaintiffs filed an Administrative Motion to Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) to file the following documents (or portions thereof) under seal:

- Gray highlighted portions of the Reply Brief in Support of Direct Purchaser Plaintiffs' Motion for Class Certification with Respect to Mitsubishi that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential";

- Gray highlighted portions of the Reply Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class Certification that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential"; and

- Exhibits 150, 153, 155, 162, and 165–168 to the Reply Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class Certification that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential."

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion To Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d); Master File No. CV-07-5944-SC