(Stipulating Parties Listed on Signature Pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>Plaintiffs.<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al*.,<br><br>Defendants. | **STIPULATION OF DISMISSAL AS TO TOSHIBA DEFENDANTS** |

Plaintiffs Sears, Roebuck and Co. and Kmart Corp., and Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., and Toshiba Information Systems, Inc. (collectively "Toshiba"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Toshiba with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees. This stipulation is not a dismissal of any person or entity other than Toshiba.

1  WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

2  IT IS SO STIPULATED.

Dated: April 21, 2015

Respectfully submitted,

By: /s/ Samuel J. Randall
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:   rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

Dated: April 21, 2015

By: */s/ Christopher M. Curran*
Christopher Curran (*pro hac vice*)
Lucias B. Lau (*pro hac vice*)
Dane E. Foster (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel:   (202) 626-3600
Fax:   (202) 639-9355
E-mail:   ccurran@whitecase.com
alau@whitecase.com
defoster@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of
2  this document has been obtained from each of the signatories.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL AS TO TOSHIBA DEFENDANTS
Case No. 07-5944 SC; MDL No. 1917

## **CERTIFICATE OF SERVICE**

On April 21, 2015, I caused a copy of the foregoing Stipulation of Dismissal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: */s/ Samuel J. Randall*
Samuel J. Randall (*pro hac vice*)

521350.1

STIPULATION OF DISMISSAL AS TO TOSHIBA DEFENDANTS
Case No. 07-5944 SC; MDL No. 1917

4