1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER DECLINING TO ADOPT SPECIAL MASTER'S RECOMMENDATION TO GRANT SHARP LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| DIRECT PURCHASER ACTIONS; | |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 3:13-cv-01173 | Judge:      Hon. Samuel Conti<br>Date:         None Set<br>Courtroom: 1, 17th Floor |

[PROPOSED] ORDER DECLINING TO ADOPT SPECIAL MASTER'S RECOMMENDATION TO GRANT SHARP LEAVE TO FILE A MOTION FOR RECONSIDERATION

CASE NO.: 3:07-CV-05944-SC
3:13-CV-01173-SC

After full consideration of the Special Master's Report and Recommendation in Response to the Court's Order Filed February 9, 2015 (ECF No. 3818) (the "Report"), the April 24, 2015 Objections to the Report filed by defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, "Hitachi") ("Hitachi's Objections to the Report"), and the arguments and materials submitted by the parties, and the papers on file in this case,

THE COURT HEREBY ORDERS that the Court will NOT ADOPT the recommendation, and supporting conclusions and reasoning, in the Report for the Court to grant leave for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. to file a motion for reconsideration of the Court's August 20, 2014 order (ECF No. 2746) and September 8, 2014 order (ECF No. 2814).  Accordingly, Hitachi's request in Hitachi's Objections to the Report is GRANTED, and the Report shall be ACCEPTED WITH MODIFICATIONS in accordance with this Order.

IT IS SO ORDERED.

Dated: _____

Hon. Samuel Conti
United States District Judge

[PROPOSED] ORDER DECLINING TO ADOPT SPECIAL
MASTER'S RECOMMENDATION TO GRANT SHARP
LEAVE TO FILE A MOTION FOR RECONSIDERATION

1

CASE NO.: 3:07-CV-05944-SC
3:13-CV-01173-SC