Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff Target Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: | Master File No. 3:07-cv-05944-SC |
| *Target Corp. v. Technicolor SA, et al.,* Case No. 3:13-cv-05686-SC | MDL No. 1917 |
| | **STIPULATION OF DISMISSAL** |

1  Plaintiff Target Corporation ("Target") and Defendants Mitsubishi Electric Corporation,
2  Mitsubishi Electric US, Inc. f/k/a Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi
3  Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric"), by and through their
4  respective attorneys, hereby stipulate to a dismissal of this action as to Mitsubishi Electric with
5  prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall
6  bear its own costs and attorneys' fees.  This stipulation does not affect the rights or claims of
7  Target against any other defendant or alleged co-conspirator in the above-captioned litigation.

8  WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
9  Dismissal.

10 **IT IS SO STIPULATED.**

12 Dated: April 24, 2015

*/s/ Jerome A. Murphy*
Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
          mmcburney@crowell.com
          aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
          rmcnary@crowell.com

*Counsel for Plaintiff Target Corporation*

|   |   |
|---|---|
| 1 | |
| 2 | /s/ *Terrence J. Truax* |
| 3 | Terrence J. Truax (*pro hac vice*)<br>Michael T. Brody (*pro hac vice*) |
| 4 | JENNER & BLOCK LLP<br>353 North Clark |
| 5 | Chicago, Illinois 60654-3456<br>Telephone: (312) 222-9350 |
| 6 | Facsimile: (312) 527-0484<br>ttruax@jenner.com |
| 7 | mbrody@jenner.com |
| 8 | |
| 9 | Brent Caslin (Cal. Bar. No. 198682)<br>JENNER & BLOCK LLP |
| 10 | 633 West Fifth Street<br>Suite 3600 |
| 11 | Los Angeles, California 90071<br>Telephone: (213) 239-5100 |
| 12 | Facsimile: (213) 239-5199<br>bcaslin@jenner.com |
| 13 | |
| 14 | *Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric Visual* |
| 15 | *Solutions America, Inc., and Mitsubishi Electric US, Inc. f/k/a Mitsubishi Electric &* |
| 16 | *Electronics USA, Inc.* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |