Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff ViewSonic Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:14-cv-02510-SC | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**STIPULATION OF DISMISSAL** |

1

Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. f/k/a Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Mitsubishi Electric with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation does not affect the rights or claims of ViewSonic against any other defendant or alleged co-conspirator in the above-captioned litigation.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: April 24, 2015

*/s/ Jerome A. Murphy*

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
           mmcburney@crowell.com
           aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
           rmcnary@crowell.com

*Counsel for Plaintiff ViewSonic Corporation*

1
2
3           */s/ Terrence J. Truax*
            _____
4           Terrence J. Truax (*pro hac vice*)
            Michael T. Brody (*pro hac vice*)
5           JENNER & BLOCK LLP
            353 North Clark
6           Chicago, Illinois 60654-3456
            Telephone: (312) 222-9350
7           Facsimile: (312) 527-0484
            ttruax@jenner.com
8           mbrody@jenner.com
9
            Brent Caslin (Cal. Bar. No. 198682)
10          JENNER & BLOCK LLP
            633 West Fifth Street
11          Suite 3600
            Los Angeles, California 90071
12          Telephone: (213) 239-5100
            Facsimile: (213) 239-5199
13          bcaslin@jenner.com
14
            *Attorneys for Mitsubishi Electric
15          Corporation, Mitsubishi Electric Visual
            Solutions America, Inc., and Mitsubishi
16          Electric US, Inc. f/k/a Mitsubishi Electric &
            Electronics USA, Inc.*
17
18
19
20
21
22
23
24
25
26
27
28

DCACTIVE-29422704.1