UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>Plaintiffs.<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al*.,<br><br>Defendants. | **[~~PROPOSED~~] ORDER OF DISMISSAL AS TO TOSHIBA DEFENDANTS** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by plaintiffs Sears, Roebuck and Co., and Kmart Corp., against defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc., (collectively "Toshiba") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Toshiba.

**IT IS SO ORDERED.**

This __28__ day of _____April_____, 2015.    _____
                                                HON.
                                                UNITED STATES DISTRICT JUDGE

