Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
570 Lexington Avenue, 19th Floor
New York, NY 10022
Telephone: (212) 702-7053
Facsimile: (212) 681-0300
Email:   lnussbaum@nussbaumpc.com

*Counsel for Plaintiff Meijer, Inc.*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION _____ THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | Civil Action No. 3:07cv05944-SC |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Linda P. Nussbaum, counsel for Plaintiff Meijer, Inc., formerly of:

>Grant & Eisenhofer P.A.
>485 Lexington Avenue, 29th Floor
>New York, NY 10019
>Telephone: (646) 722-8500
>Fax: (646) 722-8501
>Email: lnussbaum@gelaw.com

as of April 29, 2015 will join the law firm of:

>Nussbaum Law Group, P.C.
>570 Lexington Avenue, 19th Floor
>New York, NY 10022
>Telephone: (212)
>Fax: (212)
>Email: lnussbaum@nussbaumpc.com

Please make the necessary changes to your files.

April 29, 2015

---

NOTICE OF CHANGE OF FIRM AFFILIATION, Civil Action No. 3:07cv05944        1

1  NUSSBAUM LAW GROUP, P.C.

2  By: /s/ *Linda P. Nussbaum*

3  570 Lexington Avenue, 19th Floor
New York, NY 10022
4  Telephone: (212)
Facsimile: (212)
5  Email: lnussbaum@nussbaumpc.com

6  *Counsel for Plaintiff Meijer, Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF FIRM AFFILIATION, Civil Action No. 3:07cv05944    2

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2015, the foregoing Notice of Change of Firm Affiliation was filed electronically.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated:  April 29, 2015

                                     NUSSBAUM LAW GROUP, P.C.

                                     By:   /s/ *Linda P. Nussbaum*

                                     *Counsel for Plaintiff Meijer, Inc.*