**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-5944-SC<br>MDL No. 1917 |
| This Document Relates to | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | **[PROPOSED] ORDER DECLINING TO ADOPT SPECIAL MASTER'S RECOMMENDATION TO DEFER HEARING AND DECIDING PENDING MOTIONS FOR SUMMARY JUDGMENT** |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-005723; | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | Judge:  Hon. Samuel Conti<br>Date:  None Set<br>Courtroom: 1, 17th Floor |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | |
| *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; | |
| *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261. | |

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1  After full consideration of the Special Master's Report and Recommendation in Response
2  to the Court's Order Filed February 9, 2015 [ECF No. 3818] (the "Report"), the April 30, 2015
3  Objection to the Report filed by defendant Technologies Displays Americas LLC ("TDA"), and
4  the arguments and materials submitted by the parties, and the papers on file in this case,

5  THE COURT HEREBY ORDERS that the Court will NOT ADOPT the recommendation,
6  and supporting conclusions and reasoning, in the Report, as to TDA's motion for summary
7  judgment only [ECF No. 2984], that the Court "defer hearing and deciding any pending motions
8  for summary judgment by defendants until after final approval or disapproval of the motions to
9  approve class action settlements for which preliminary approval was sought on or prior to June 1,
10  2015." Accordingly, TDA's request in its Objection to the Report is GRANTED, and the Report
11  shall be ACCEPTED WITH MODIFICATIONS in accordance with this Order.

13  IT IS SO ORDERED.

16  Dated: _____    _____
                                       Honorable Samuel Conti
17                                     United States District Judge

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

[Proposed] Order Declining to Adopt Special Master's Recommendation –
Master Case No. 07-CV-5994-SC          - 1 -