1  (Stipulating Parties Listed on Signature Pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>Plaintiffs.<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al*.,<br><br>Defendants. | **STIPULATION OF DISMISSAL AS TO SAMSUNG SDI DEFENDANTS** |

Plaintiffs Sears, Roebuck and Co. and Kmart Corp., and Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd (collectively "Samsung SDI"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Samsung SDI with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees. This stipulation is not a dismissal of any person or entity other than Samsung SDI.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

IT IS SO STIPULATED.

Dated: May 5, 2015                                      Respectfully submitted,

By: */s/ Samuel J. Randall*
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:  (305) 372-1861
E-mail:   rarnold@knpa.com
              wblechman@knpa.com
              kmurray@knpa.com
              srandall@knpa.com

***Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.***

STIPULATION OF DISMISSAL AS TO SAMSUNG SDI DEFENDANTS
Case No. 07-5944 SC; MDL No. 1917

|  |  |
|---|---|
| 1 | */s/ Michael W. Scarborough* |
| 2 | Gary L. Halling, Cal. Bar No. 66087 |
| 3 | James L. McGinnis, Cal. Bar No. 95788 |
|   | Michael W. Scarborough, Cal. Bar No. 203524 |
| 4 | SHEPPARD MULLIN RICHTER & HAMPTON |
| 5 | Four Embarcadero Center, 17th Floor |
|   | San Francisco, California 94111-4106 |
| 6 | Telephone: 415-434-9100 |
| 7 | Facsimile: 415-434-3947 |
|   | E-mail: ghalling@sheppardmullin.com |
| 8 | jmcginnis@sheppardmullin.com |
| 9 | mscarborough@sheppardmullin.com |

***Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.***

   Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

STIPULATION OF DISMISSAL AS TO SAMSUNG SDI DEFENDANTS
Case No. 07-5944 SC; MDL No. 1917

## **CERTIFICATE OF SERVICE**

On May 5, 2015, I caused a copy of the foregoing Stipulation of Dismissal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: */s/ Samuel J. Randall*
Samuel J. Randall (*pro hac vice*)

522296.1

STIPULATION OF DISMISSAL AS TO TOSHIBA DEFENDANTS
Case No. 07-5944 SC; MDL No. 1917

4