1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>Plaintiffs.<br>v.<br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants | **[PROPOSED] ORDER** |

[PROPOSED] ORDER
Case No. 07-5944-SC, MDL No. 1917

1   The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

2   1. All claims asserted by plaintiffs Sears, Roebuck and Co., and Kmart Corp., against defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd (collectively "Samsung SDI") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Samsung SDI.

**IT IS SO ORDERED.**

This _____ day of _____, 2015.   _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 07-5944-SC, MDL No. 1917

2