1

2

3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

4

5   IN RE: CATHODE RAY TUBE (CRT)
    ANTITRUST LITIGATION

6

7   This Document Relates to:                              Master File No. 3:07-cv-05944-SC

8   *Target Corp. v. Chunghwa Picture Tubes, Ltd.,*        MDL No. 1917
    *et al.,* Case No. 3:11-cv-05514-SC

9                                                          [~~PROPOSED~~] ORDER

10

11

12       The Court, having considered the stipulation of the parties, and good cause appearing

13   therefore, orders as follows:

14       1.      All of the claims asserted by Plaintiff Target Corporation ("Target") against

15   Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de

16   C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co.,

17   Ltd., and Samsung SDI (Malaysia) Sdn. Bhd. (collectively, "Samsung SDI") are dismissed with

18   prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

19       2.      Each party shall bear its own costs and attorneys' fees.

20

21   **IT IS SO ORDERED.**

22

23   Dated: _May 8-15_

24                                                         _____
                                                           Hon. Samuel Conti
25                                                         United States District Court Judge

26

27

28