Case3:07-cv-05944-SC   Document3838-1   Filed05/06/15   Page1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates to: *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:14-cv-02510-SC | MDL No. 1917 [~~PROPOSED~~] ORDER |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiff ViewSonic Corporation ("ViewSonic") against Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd. (collectively, "Samsung SDI") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: MAY 8-15

Hon. Samuel Conti
United States District Court Judge