Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-1173. | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917<br><br>**SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S NOTICE REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION DATED APRIL 17, 2015**<br><br>Honorable Samuel Conti |

1    Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing
2 Company of America, Inc., ("Sharp") respectfully submit the following Notice related to the
3 Special Master's April 17, 2015 Report and Recommendation in Response to the Court's Order
4 Filed February 9, 2015 (Dkt. No. 3818) (the "Report and Recommendation"), as well as the
5 Hitachi Defendants' Objections to that Report and Recommendation (Dkt. No. 3826), and the
6 Direct Purchaser Plaintiffs' Response to Hitachi Defendants' Objections (Dkt. No. 3835).

7    In Recommendation 3 of his Report and Recommendation, Special Master Walker
8 recommended that the Court grant leave to allow Sharp to seek reconsideration of its prior orders
9 denying enlargement of time for Sharp to opt out of the direct purchaser class settlements with the
10 Samsung SDI Defendants and the Hitachi Defendants, and for reconsideration of that decision.
11 *Id.* at 5-6.  The Hitachi Defendants' Objections and the Direct Purchaser Plaintiffs' Response to
12 Hitachi Defendants' Objections focused on Recommendation 3.

13    Sharp hereby informs the Court that it has now reached separate settlements in
14 principle with both the Samsung SDI Defendants and the Hitachi Defendants.  Accordingly,
15 Sharp respectfully submits that it is not necessary for the Court to take any further action with
16 respect to Recommendation 3 of the Report and Recommendation while the parties reduce their
17 settlements-in-principle to formal written agreements.  Sharp will keep the Court informed of any
18 further developments.

19    Counsel for Samsung SDI and Hitachi have indicated that they concur with the
20 filing of this Notice.

21 DATED:  May 13, 2015         By:    */s/ Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

| | |
|---|---|
| 1 | Stephen E. Taylor (SBN 058452) |
| 2 | Jonathan A. Patchen (SBN 237346) |
|   | **TAYLOR & COMPANY LAW OFFICES, LLP** |
| 3 | One Ferry Building, Suite 355 |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 788-8200 |
|   | Facsimile: (415) 788-8208 |
| 5 | Email: staylor@tcolaw.com |
| 6 | Email: jpatchen@tcolaw.com |
| 7 | *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America, Inc.* |