UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>              Plaintiffs.<br>       v.<br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>              Defendants | **[PROPOSED]** ORDER |

1  The Court, having considered the stipulation of the parties, and good cause appearing
2  therefore, orders as follows:
3  1. All claims asserted by plaintiffs Sears, Roebuck and Co., and Kmart Corp.,
4  against defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI
5  Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin
6  Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd (collectively "Samsung SDI")
7  are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil
8  Procedure.
9  2. Each party shall bear its own costs and attorneys' fees.
10 3. This Order is not a dismissal of any person or entity other than Samsung SDI.
11 **IT IS SO ORDERED.**

14 This __13__ day of __May_____, 2015.   _____
15                                              HONORABLE SAMUEL CONTI
16                                              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 07-5944-SC, MDL No. 1917

2