1  (Stipulating Parties Listed on Signature Pages)
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
                    (SAN FRANCISCO DIVISION)
7

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>    Plaintiffs.<br><br>    v.<br><br>PANASONIC CORPORATION, *et al*.,<br><br>    Defendants. | **STIPULATION OF DISMISSAL AS TO PANASONIC DEFENDANTS** |

|   |   |
|---|---|
| 1 | Plaintiffs Sears, Roebuck and Co. and Kmart Corp., and Defendants Panasonic |
| 2 | Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. |
| 3 | (collectively "Panasonic"), by and through their respective attorneys, hereby stipulate to a |
| 4 | dismissal of this action as to Panasonic with prejudice, pursuant to Rule 41(a)(2) of the |
| 5 | Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorney's fees. |
| 6 | This stipulation is not a dismissal of any person or entity other than Panasonic. |

1    Plaintiffs Sears, Roebuck and Co. and Kmart Corp., and Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively "Panasonic"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Panasonic with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees. This stipulation is not a dismissal of any person or entity other than Panasonic.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

IT IS SO STIPULATED.

Dated:  May 13, 2015                           Respectfully submitted,

By: /s/ Samuel J. Randall
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:  (305) 372-1861
E-mail:   rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com
          srandall@knpa.com

***Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.***

|   |   |
|---|---|
| | By: /s/ David L. Yohai |
| | David L. Yohai (*pro hac vice*) |
| | Adam C. Hemlock (*pro hac vice*) |
| | David E. Yolkut (*pro hac vice*) |
| | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, New York  10153-0119 |
| | Tel:   (212) 310-8000 |
| | Fax:   (212) 310-8007 |
| | E-mail:   david.yohai@weil.com |
| | |
| | Bambo Obaro (267683) |
| | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA  94065-1175 |
| | Tel:   (650) 802-3000 |
| | Fax:   (650) 802-3100 |
| | E-mail:   bambo.obaro@weil.com |
| | |
| | Jeffrey L. Kessler (*pro hac vice*) |
| | A. Paul Victor (*pro hac vice*) |
| | Aldo A. Badini (257086) |
| | Eva W. Cole (*pro hac vice*) |
| | Molly M. Donovan (*pro hac vice*) |
| | WINSTON & STRAWN LLP |
| | 200 Park Avenue |
| | New York, New York  10166-4193 |
| | Tel:   (212) 294-6700 |
| | Fax:   (212) 294-4700 |
| | E-mail:   jkessler@winston.com |
| | |
| | ***Counsel for Panasonic Defendants*** |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

STIPULATION OF DISMISSAL AS TO PANASONIC DEFENDANTS
Case No. 07-5944 SC; MDL No. 1917

**CERTIFICATE OF SERVICE**

On May 13, 2015, I caused a copy of the foregoing Stipulation of Dismissal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: */s/ Samuel J. Randall*
Samuel J. Randall (*pro hac vice*)

522687.1