UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>Plaintiffs.<br><br>v.<br><br>PANASONIC CORPORATION, *et al*.,<br><br>Defendants | **[PROPOSED] ORDER OF DISMISSAL AS TO PANASONIC DEFENDANTS** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by plaintiffs Sears, Roebuck and Co., and Kmart Corp., against defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively "Panasonic") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Panasonic.

**IT IS SO ORDERED.**

This ____ day of _________________, 2015.

_________________________________
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE