| | |
|---|---|
| 1 | ROBERT E. FREITAS (SBN 80948) |
| | rfreitas@fawlaw.com |
| 2 | JASON S. ANGELL (SBN 221607) |
| | jangell@fawlaw.com |
| 3 | JESSICA N. LEAL (SBN 267232) |
| | jleal@fawlaw.com |
| 4 | FREITAS ANGELL & WEINBERG LLP |
| | 350 Marine Parkway, Suite 200 |
| 5 | Redwood Shores, California  94065 |
| | Telephone:    (650) 593-6300 |
| 6 | Facsimile:     (650) 593-6301 |

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 3:07-CV-05944 SC |
| | MDL NO. 1917 |
| This Document Relates To: | |
| DIRECT PURCHASER ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Individual Case No. 13-cv-5264 | |
| *Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, Individual Case No. 11-cv-5261 | |
| *Sears, Roebuck and Co. and Kmart Corp v. Technicolor SA, et al.*, Individual Case No. 13-cv-5262 | |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Individual Case No. 13-cv-1173 | |
| *Target Corp. v. Technicolor SA, et. al.*, Individual Case No. 13-cv-5686 | |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Individual Case No. 14-cv-02510 | |

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that Robert E. Freitas, Jason S. Angell, and Jessica N. Leal of

3  Freitas Angell & Weinberg LLP hereby withdraw as counsel on behalf of defendants LG

4  Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. in the

5  above-captioned matter.  This withdrawal is with the consent of the clients.

6  It is further requested that Mr. Freitas, Mr. Angell, and Ms. Leal be removed from the case

7  docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to

8  rfreitas@fawlaw.com, jangell@fawlaw.com, and jleal@fawlaw.com, and that they be removed

9  from any applicable service lists.

Dated:  May 14, 2015                                         FREITAS ANGELL & WEINBERG LLP

                                                                                            */s/Robert E. Freitas*
                                                                                              Robert E. Freitas