1
2
3
4
5
6         UNITED STATES DISTRICT COURT
7         NORTHERN DISTRICT OF CALIFORNIA
8            (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>Plaintiffs.<br><br>v.<br><br>PANASONIC CORPORATION, *et al.*,<br><br>Defendants | **[PROPOSED]** ~~[PROPOSED]~~ **ORDER OF DISMISSAL AS TO PANASONIC DEFENDANTS** |

[PROPOSED] ORDER
Case No. 07-5944-SC, MDL No. 1917

1   The Court, having considered the stipulation of the parties, and good cause appearing
2   therefore, orders as follows:
3   1.   All claims asserted by plaintiffs Sears, Roebuck and Co., and Kmart Corp.,
4   against defendants Panasonic Corporation, Panasonic Corporation of North America, and
5   MT Picture Display Co., Ltd. (collectively "Panasonic") are dismissed with prejudice
6   pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
7   2.   Each party shall bear its own costs and attorneys' fees.
8   3.   This Order is not a dismissal of any person or entity other than Panasonic.
9   **IT IS SO ORDERED.**

12  This __16__ day of _____May_____, 2015.   _____
13  HONORABLE SAMUEL CONTI
    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 07-5944-SC, MDL No. 1917

2