Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC<br><br>and<br><br>*Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.*, et al., Case No. 13-cv-2776 SC. | Case No. 07-cv-5944-SC<br>MDL NO. 1917<br><br>**STIPULATION OF DISMISSAL OF PHILIPS DEFENDANTS**<br><br>Honorable Samuel Conti |

1  Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company
2  of America, Inc. (collectively, "Sharp") and Defendants Philips Electronics North America
3  Corporation, Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V., a/k/a Royal
4  Philips Electronics), Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan) Ltd.),
5  and Philips do Brasil Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) (collectively
6  "Philips"), by and through the undersigned counsel, stipulate to a dismissal with prejudice of all
7  claims being asserted by Sharp against Philips in the above-captioned actions, pursuant to Rule
8  41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and
9  attorneys' fees.  This stipulation does not affect the rights or claims Sharp may have against any
10 other defendant or alleged co-conspirator in the above-captioned actions.

11  WHEREFORE, the parties respectfully request that this Court issue the Proposed Order
12 of Dismissal.

13 **IT IS SO STIPULATED.**

15 Dated:  May 19, 2015                                Respectfully submitted,

16                                                     By: */s/   Craig A. Benson*
                                                        Kenneth A. Gallo (*Pro Hac Vice*)
17                                                      Joseph J. Simons (*Pro Hac Vice*)
                                                        Craig A. Benson (*Pro Hac Vice*)
18                                                      **PAUL, WEISS, RIFKIND, WHARTON &**
                                                        **GARRISON  LLP**
19                                                      2001 K Street, NW
                                                        Washington, DC  20006-1047
20                                                      Telephone:  (202) 223-7300
                                                        Facsimile:  (202) 223-7420
21
                                                        Stephen E. Taylor (SBN 058452)
22                                                      Jonathan A. Patchen (SBN 237346)
                                                        **TAYLOR & COMPANY LAW OFFICES, LLP**
23                                                      One Ferry Building, Suite 355
                                                        San Francisco, California 94111
24                                                      Telephone:  (415) 788-8200
                                                        Facsimile:  (415) 788-8208
25                                                      Email: staylor@tcolaw.com
                                                        Email: jpatchen@tcolaw.com
26
                                                        *Attorneys for Plaintiffs Sharp Electronics Corp. and*
27                                                      *Sharp Electronics Manufacturing Company of*
                                                        *America, Inc.*
28

- 2 -

|   |   |
|---|---|
| 1 | By: */s/ ___Erik T. Koons___* |
| 2 | Erik T. Koons (*pro hac vice*) |
|   | John M. Taladay (*pro hac vice*) |
| 3 | Charles M. Malaise (*pro hac vice*) |
|   | **BAKER BOTTS LLP** |
| 4 | 1299 Pennsylvania Ave., N.W. |
|   | Washington, DC 20004-2400 |
| 5 | Telephone: (202) 639-7700 |
|   | Facsimile: (202) 639-7890 |
| 6 | Email: john.taladay@bakerbotts.com |
| 7 | Email: erik.koons@bakerbotts.com |
|   | Email: charles.malaise@bakerbotts.com |

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

Pursuant to Civil L.R. 5-1, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

- 3 -
STIPULATION OF DISMISSAL OF PHILIPS DEFENDANTS
Case Nos. 13-cv-1173-SC, 13-cv-2776-SC
Master File No. 07-cv-5944, MDL No. 1917