**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:14-cv-02510-SC | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiff ViewSonic Corporation ("ViewSonic") against Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V., Philips Taiwan Limited f/k/a Philips Electronics Industries (Taiwan) Ltd., and Philips do Brasil Ltda. f/k/a Philips do Amazonia Industria Electronica Ltda. (collectively, "Philips") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

                                                      Hon. Samuel Conti
                                                     United States District Court Judge