MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Class Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION  <br><br>This Document Relates to:<br><br> All Indirect Purchaser Actions | Master File No. 3:07-cv-05944-SC <br><br>MDL No. 1917 <br><br>**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES** <br><br>Judge: Hon. Samuel Conti |

**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR EXCESS PAGES**

Pursuant to N.D. Cal. L.R. 7-11, Indirect Purchaser Plaintiffs L.P. ("Plaintiffs") move the Court for leave to file a Memorandum of Points and Authorities In Support of their Motion for Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba and Samsung SDI Defendants of thirty (30) pages.  Settling Defendants do not oppose this motion.

Plaintiffs' administrative motion should be granted.  The litigation against Settling Defendants has been pending for more than seven years, and the motion for preliminary approval presents settlements with five defendant groups.  In order to meet the standard for preliminary approval of the Proposed Settlements, Plaintiffs need the additional five pages to fully describe the procedural history, the settlement terms and negotiations, and the sufficiency of discovery.  Plaintiffs also set forth a comprehensive notice program and a detailed plan of distribution for the Court's evaluation and approval.

Accordingly, Plaintiffs request that the Court grant this Administrative Motion and allow Plaintiffs to file a brief of thirty (30) pages in support of their Motion for Preliminary Approval.

Dated:  May 28, 2015            Respectfully submitted,

*/s/ Mario N. Alioto*
Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Class Counsel for Indirect Purchaser Plaintiffs*