MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Class Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES** |
| *All Indirect Purchaser Actions.* | |
| | Judge: Hon. Samuel Conti |

I, Lauren C. Capurro, declare as follows:

1.      I am an attorney duly licensed by the State of California and am admitted to practice before this Court.  I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Class Counsel for the Indirect Purchaser Plaintiffs ("Plaintiffs") in the above-captioned action. I submit this declaration in support of Plaintiffs' Administrative Motion Pursuant to L.R. 7-11 For Leave For Excess Pages ("Administrative Motion").  I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.      Plaintiffs are moving for preliminary approval of class action settlements with five defendant groups – Philips, Panasonic, Hitachi, Toshiba and Samsung ("Settling Defendants"). Plaintiffs have been litigating against Settling Defendants for more than seven years.

3.      Plaintiffs' motion for preliminary approval describes the procedural history, the settlement terms and negotiations with each of the five Settling Defendants, the sufficiency of discovery, the summary judgment motions and the parties' preparations for trial.  Plaintiffs also set forth a comprehensive notice program and a detailed plan of distribution for the Court's evaluation and approval.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the email I sent to counsel for the Settling Defendants on May 27, 2015.  In the email I asked them to let me know if they had any objection to Plaintiffs filing this Administrative Motion to request leave to file a thirty (30) page brief. Counsel for Philips, Panasonic and Hitachi have informed me they have no objection.  I have not heard from counsel for Samsung SDI or Toshiba.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 28, 2015, in San Francisco, California.

/s/ Lauren C. Capurro
Lauren C. Capurro

DECL. OF LAUREN C. CAPURRO IN SUPPORT                    MASTER FILE NO. 3:07-CV-05944-SC
OF ADMIN. MOTION FOR EXCESS PAGES