# EXHIBIT 1

# Lauren Capurro (Russell)

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, May 27, 2015 1:18 PM |
| **To:** | Michael Scarborough; Jeffrey L. Kessler (jkessler@winston.com); Eva W. Cole (ewcole@winston.com); sarguello@winston.com; Lucius B. Lau (alau@whitecase.com); Christopher M. Curran; Adelson, Eliot A. (eadelson@kirkland.com); James H. Mutchnik (jmutchnik@kirkland.com); john.taladay@bakerbotts.com; Erik Koons (erik.koons@bakerbotts.com) |
| **Cc:** | malioto@tatp.com |
| **Subject:** | CRT/Motion for preliminary approval |

Dear Counsel:

We intend to file an administrative motion for excess pages along with our motion for preliminary approval. The brief is 30 pages. Please let me know if you have any objection to the motion. Thank you.

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

1