1  MARIO N. ALIOTO, ESQ. (56433)
2  JOSEPH M. PATANE, ESQ. (72202)
   LAUREN C. RUSSELL, ESQ. (241151)
3  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
4  San Francisco, CA  94123
   Telephone:  (415) 563-7200
5  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
6  jpatane@tatp.com
7  laurenrussell@tatp.com

8  *Class Counsel for the Indirect Purchaser Plaintiffs*

9           **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
10          **SAN FRANCISCO DIVISION**

11

12  In re:  CATHODE RAY TUBE (CRT)          Master File No. 3:07-cv-05944-SC
    ANTITRUST LITIGATION
                                            MDL No. 1917
13  _____
                                            **[PROPOSED] ORDER GRANTING**
14  This Document Relates to:               **PLAINTIFFS' ADMINISTRATIVE**
                                            **MOTION PURSUANT TO L.R. 7-11**
15  All Indirect Purchaser Actions          **FOR LEAVE FOR EXCESS PAGES**

16
                                            Judge: Hon. Samuel Conti
17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Administrative Motion Pursuant to L.R. 7-11 for Leave for Excess Pages ("Administrative Motion"), it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further ORDERED that Plaintiffs shall file a brief not to exceed thirty (30) pages in support of the Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba and Samsung SDI Defendants; Memorandum of Points and Authorities in Support Thereof.

IT IS SO ORDERED.

Dated: _____, 2015

_____
**The Honorable Samuel Conti**
**Northern District of California**