MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Class Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES<br><br>Judge: Hon. Samuel Conti |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Administrative Motion Pursuant to L.R. 7-11 for Leave for Excess Pages ("Administrative Motion"), it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further ORDERED that Plaintiffs shall file a brief not to exceed thirty (30) pages in support of the Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba and Samsung SDI Defendants; Memorandum of Points and Authorities in Support Thereof.

IT IS SO ORDERED.

Dated: _____May 28_____, 2015

_____
**The Honorable Samuel Conti
Northern District of California**