# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT A

# CLASS ACTION SETTLEMENT NOTICE SERVICES

For the Cathode Ray Tube (CRT) Antitrust Litigation
(All Indirect Purchaser Actions: 07-cv-05944-SC, MDL No. 1917, USDC, N.D. Cal.)

**The Notice Company, Inc.**
94 Station St.
Hingham, MA 02043
781/740-1900
*www.notice.com*

April 3, 2015

2

# THE NOTICE COMPANY, INC.

 The Notice Company, Inc. has been providing notice and administrative services for over 15 years in connection with class action and collective action lawsuits pending in courts around the United States.

**Legal Notification Services**
- Notice plan design and implementation
- Direct mail and email class notifications
- Address updates
- Media buying and placement
- Form design and drafting
- Website hosting, design, and maintenance
- Telephone programs
- Exclusion ("opt out") processing

Over the years, The Notice Company has developed and implemented notice programs and served as settlement administrator in a wide variety of cases, with class membership sizes ranging from a few hundred to several million, including the following cases:

**Federal Courts**
- \* Abasi v. HCA-The Health Care Company, Inc. (C.D. CA)
- \* Aramburu v. Healthcare Financial Services, Inc. (E.D. NY)
- \* Brenner v. I.C. System, Inc. (D. CT)
- \* Brewer v. Village of Old Field (E.D. NY)
- \* Cagler v. Papa John's USA, Inc. (W.D. NC)
- \* In Re: Cathode Ray Tube (CRT) Antitrust Litigation (N.D. CA)
- \* In re Chi-Chi's, Inc. (Bankr. D. DE)
- \* In Re: Chocolate Confectionary Antitrust Litigation (E.D. PA)
- \* Coco v. Village of Belle Terre (E.D. NY)
- \* Dixon v. Hibbett Sporting Goods, Inc. (N.D. MS)
- \* Duronslet v. Transworld Systems, Inc. (C.D. CA)
- \* Fainbrun v. Chex Systems, Inc. (E.D. NY)
- \* Fasten v. Dun & Bradstreet Receivable Management Services, Inc. (E.D. NY)
- \* Hurwitz v. Ameriquest Recovery Services, LLC (E.D. NY)
- \* Knott v. Dollar Tree Stores, Inc. (N.D. AL)
- \* McCarthy v. Exterra Credit Recovery, Inc. (S.D. NY)
- \* Moore v. Sank (D. CT)
- \* In re OSB Antitrust Litigation (E.D. PA)
- \* In re Risk Management Alternatives, Inc. Fair Debt Collection Practices Act Litigation (S.D. NY)
- \* Rowell v. Voortman Cookies, Ltd (N.D. IL)
- \* Segelnick v. Risk Management Alternatives, Inc. (E.D. NY)
- \* Shimada v. Dun & Bradstreet  (C.D. CA)



3

* Vega v. CBE Group, Inc. (E.D. NY)
* Weber v. Saint John's Health Center (C.D. CA)
* Weiss v. Regal Collections (D. NJ)
* Wood v. Village of Patchogue (E.D. NY)

**State Courts**
* Aron v. U-Haul Co. of California & U-Haul International, Inc.
    (Los Angeles County, CA)
* Baker v. Lvovskiy d/b/a Quiznos Subshop (Suffolk County, MA)
* Boccia v. U.B. Vehicle Leasing, Inc. (Miami-Dade, FL)
* Bonilla v. Starwood Hotels & Resorts Worldwide (Los Angeles, CA)
* Busse v. Motorola, Inc. (Cook County, IL)
* Coulson v. Waldrep (Los Angeles, CA)
* Fay v. The Wackenhut Corporation (San Mateo County, CA)
* Foster v. Friendly Ice Cream Corporation (Middlesex County, MA)
* Friedman v. Samsung Electronics America, Inc. (Bergen County, NJ)
* Johnson v. Houlihan's Restaurants, Inc. (Kane County, IL)
* Johnson v. RPH Management, Inc. d/b/a McDonald's Restaurant
    (Tuscaloosa County, AL)
* Karbelashvili v. Extreme Learning, Inc. (Santa Clara County, CA)
* Ketch, Inc. v. Royal Windows, Inc. (Oklahoma County, OK)
* Kinoshita v. Makena Hawaii, Inc. (1st Cir., HI)
* Kong v. Nova Cellular Co. (Cook County, IL)
* Liik v. New Jersey Civil Service Commission (Mercer County, NJ)
* Lucca v. Delops, Inc., d/b/a D'Angelo's Sandwich Shops (Bristol County, MA)
* McAuliffe v. Bay State Gas Co. (Plymouth County, MA)
* Milex Electronics, Inc. v. Pitney Bowes Credit Corp. (Suffolk County, NY)
* MLC Mortgage Corp. v. Extol Mortgage Services, Inc. (Oklahoma County, OK)
* Padron v. Universal Protection Services, Inc. (Orange County, CA)
* Patterson v. JKLM, Inc. d/b/a McDonalds (Rock Island County, IL)
* Plum v. Bayer A.G. (Seminole County, FL)
* Prescott v. GMRI, Inc. d/b/a The Olive Garden Italian Restaurant
    (Cumberland County, NC)
* Sarris v. Akzo Nobel Car Refinishes B.V. (Essex County, MA)
* Schwab v. America Online, Inc. (Cook County, IL)
* Sells v. Boyland Auto Orlando, LLC, d/b/a Mercedes Benz of South Orlando
    (Orange County, FL)
* Shalman v. World Real Estate (Cook County, IL)
* Shorb v. Draper & Goldberg, PLLC (Frederick County, MD)
* Snuffer v. Wal-Mart Stores, Inc. (Raleigh County, WV)
* Springer v. State of New York (Court of Claims, NY)
* Summer v. Toshiba America Consumer Products, Inc. (Bergen County, NJ)
* Zmucki v. Extreme Learning, Inc. (Santa Clara County, CA)



4

The Notice Company is currently retained by the Federal Government to assist the Equal Employment Opportunity Commission with providing notice to claimants in EEOC v. Cintas Corp. (E.D. MI).

The Notice Company has a long history of offering exceptional services for class notice programs.

