# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT F

Research

# Parade Circulation
Newspapers by State                                                                                       Effective May 3, 2015

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| **Alabama** | 315,731 | 16% | | | | |
| | | | The Anniston Star | Anniston | AL | 17,155 |
| | | | The Athens News Courier | Athens | AL | 5,776 |
| | | | The Birmingham News | Birmingham | AL | 104,316 |
| | | | The Cullman Times | Cullman | AL | 7,798 |
| | | | The Gadsden Times | Gadsden | AL | 14,131 |
| | | | The Huntsville Times | Huntsville | AL | 45,471 |
| | | | Press-Register | Mobile | AL | 86,278 |
| | | | The Daily Home | Talladega | AL | 6,867 |
| | | | The Tuscaloosa News | Tuscaloosa | AL | 27,939 |
| **Arizona** | 296,498 | 12% | | | | |
| | | | Verde Independent & The Bugle | Cottonwood | AZ | 3,085 |
| | | | Arizona Daily Sun | Flagstaff | AZ | 9,297 |
| | | | The Kingman Daily Miner | Kingman | AZ | 6,523 |
| | | | Today's News-Herald | Lake Havasu | AZ | 8,764 |
| | | | East Valley Tribune | Mesa/Scottsdale | AZ | 139,513 |
| | | | The Daily Courier | Prescott | AZ | 13,086 |
| | | | News-Sun | Sun City | AZ | 4,801 |
| | | | The Arizona Daily Star | Tucson | AZ | 100,617 |
| | | | The Sun | Yuma | AZ | 10,812 |
| **Arkansas** | 215,408 | 18% | | | | |
| | | | Daily Siftings Herald | Arkadelphia | AR | 1,506 |
| | | | Blytheville Courier News | Blytheville | AR | 2,100 |
| | | | Camden News | Camden | AR | 2,371 |
| | | | Log Cabin Democrat | Conway | AR | 6,530 |
| | | | Sunday News | El Dorado | AR | 5,662 |
| | | | The Daily World | Helena | AR | 1,783 |
| | | | Hope Star | Hope | AR | 1,279 |
| | | | Northwest Arkansas Democrat Gazette | Little Rock/Fayetteville | AR | 190,636 |
| | | | Magnolia Banner-News | Magnolia | AR | 2,209 |
| | | | Stuttgart Daily Leader | Stuttgart | AR | 1,332 |
| **California** | 2,342,171 | 18% | | | | |
| | | | The Bakersfield Californian | Bakersfield | CA | 38,868 |
| | | | Imperial Valley Press | El Centro | CA | 7,278 |
| | | | Daily Republic | Fairfield | CA | 15,530 |
| | | | The Fresno Bee | Fresno | CA | 108,113 |
| | | | The Sentinel | Hanford | CA | 7,011 |
| | | | Lompoc Record | Lompoc | CA | 2,714 |
| | | | Los Angeles Times | Los Angeles | CA | 700,373 |
| | | | Appeal-Democrat | Marysville | CA | 12,205 |
| | | | Merced Sun-Star | Merced | CA | 13,261 |
| | | | The Modesto Bee | Modesto | CA | 59,555 |
| | | | Register | Napa | CA | 10,531 |
| | | | Antelope Valley Press | Palmdale | CA | 17,134 |
| | | | Recorder | Porterville | CA | 5,375 |
| | | | Record Searchlight | Redding | CA | 19,919 |
| | | | Daily Independent | Ridgecrest | CA | 4,472 |
| | | | The Press Enterprise | Riverside | CA | 126,390 |
| | | | The Sacramento Bee | Sacramento | CA | 211,941 |
| | | | The San Diego Union-Tribune | San Diego | CA | 240,480 |
| | | | San Francisco Chronicle | San Francisco | CA | 239,126 |
| | | | The Tribune | San Luis Obispo | CA | 28,669 |
| | | | The Orange County Register | Santa Ana | CA | 270,742 |
| | | | Santa Barbara News-Press | Santa Barbara | CA | 21,245 |
| | | | Santa Maria Times | Santa Maria | CA | 9,538 |
| | | | The Press Democrat | Santa Rosa | CA | 50,669 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | The Union Democrat | Sonora | CA | 9,091 |
| | | | The Record | Stockton | CA | 30,617 |
| | | | Ventura County Star | Ventura | CA | 56,006 |
| | | | Daily Press | Victorville | CA | 21,093 |
| | | | Siskiyou Daily News | Yreka | CA | 4,225 |
| **Colorado** | **503,768** | **24%** | | | | |
| | | | Sunday Camera | Boulder | CO | 20,211 |
| | | | Canon City Daily Record | Canon City | CO | 3,433 |
| | | | The Gazette | Colorado Springs | CO | 65,112 |
| | | | The Denver Post | Denver | CO | 318,241 |
| | | | The Daily Sentinel | Grand Junction | CO | 24,326 |
| | | | Times-Call | Longmont | CO | 12,905 |
| | | | Reporter-Herald | Loveland | CO | 16,892 |
| | | | Montrose Daily Press | Montrose | CO | 4,969 |
| | | | The Pueblo Chieftain | Pueblo | CO | 35,393 |
| | | | The Chronicle-News | Trinidad | CO | 2,286 |
| **Connecticut** | **292,962** | **21%** | | | | |
| | | | Connecticut Post | Bridgeport | CT | 46,317 |
| | | | The News-Times | Danbury | CT | 18,931 |
| | | | Time | Greenwich | CT | 6,747 |
| | | | Journal Inquirer | Manchester | CT | 30,482 |
| | | | Record-Journal | Meriden | CT | 15,116 |
| | | | The Middletown Press | Middletown | CT | 2,429 |
| | | | Herald Press | New Britain | CT | 8,496 |
| | | | New Haven Register | New Haven | CT | 64,827 |
| | | | The Day | New London | CT | 24,657 |
| | | | Bulletin | Norwich | CT | 15,547 |
| | | | The Advocate | Stamford | CT | 12,760 |
| | | | The Register Citizen | Torrington | CT | 3,250 |
| | | | Republican | Waterbury | CT | 43,403 |
| **Delaware** | **14,684** | **4%** | | | | |
| | | | State News Sunday | Dover | DE | 14,684 |
| **Florida** | **1,487,234** | **19%** | | | | |
| | | | Bradenton Herald | Bradenton | FL | 32,938 |
| | | | Citrus County Chronicle | Crystal River | FL | 24,395 |
| | | | News-Journal | Daytona Beach | FL | 71,873 |
| | | | Northwest Florida Daily News | Ft Walton Beach | FL | 25,586 |
| | | | The Gainesville Sun | Gainesville | FL | 34,624 |
| | | | Florida Times-Union | Jacksonville | FL | 100,644 |
| | | | The Ledger | Lakeland | FL | 50,180 |
| | | | Daily Commercial | Leesburg | FL | 14,374 |
| | | | Live Oak Suwannee Democrat | Live Oak | FL | 4,232 |
| | | | The Miami Herald | Miami | FL | 165,695 |
| | | | Daily News | Naples/Bonita | FL | 45,831 |
| | | | Star-Banner | Ocala | FL | 33,678 |
| | | | The News Herald | Panama City | FL | 20,826 |
| | | | Washington County News | Panama City/Weeklies | FL | 24,947 |
| | | | Herald-Tribune | Sarasota | FL | 71,228 |
| | | | St. Augustine Record | St Augustine | FL | 15,131 |
| | | | Tampa Bay Times | St Petersburg | FL | 339,563 |
| | | | Treasure Coast News | Stuart | FL | 71,586 |
| | | | The Tampa Tribune | Tampa | FL | 196,320 |
| | | | Daily Sun | The Villages | FL | 43,183 |
| | | | The Palm Beach Post | West Palm Beach | FL | 100,400 |
| **Georgia** | **533,955** | **14%** | | | | |
| | | | Americus Times-Recorder | Americus | GA | 2,944 |
| | | | Athens Banner-Herald | Athens | GA | 14,361 |
| | | | The Atlanta Journal-Constitution | Atlanta | GA | 308,278 |
| | | | The Augusta Chronicle | Augusta | GA | 47,456 |
| | | | Columbus Ledger-Enquirer | Columbus | GA | 31,864 |
| | | | Cordele Dispatch | Cordele | GA | 3,410 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Daily Citizen | Dalton | GA | 11,000 |
| | | | The Telegraph | Macon | GA | 44,128 |
| | | | The Milledgeville Union-Recorder | Milledgeville | GA | 6,441 |
| | | | The Moultrie Observer | Moultrie | GA | 4,225 |
| | | | Savannah Morning News | Savannah | GA | 35,043 |
| | | | Thomasville Times-Enterprise | Thomasville | GA | 6,414 |
| | | | The Tifton Gazette | Tifton | GA | 5,168 |
| | | | The Valdosta Daily Times | Valdosta | GA | 13,223 |
| **Idaho** | **155,340** | **26%** | | | | |
| | | | Idaho Statesman | Boise | ID | 53,784 |
| | | | Post Register | Idaho Falls | ID | 23,290 |
| | | | Lewiston Morning Tribune | Lewiston/Clarkson | ID | 21,537 |
| | | | Idaho Press-Tribune | Nampa/Caldwell | ID | 21,901 |
| | | | Idaho State Journal | Pocatello | ID | 15,091 |
| | | | Standard Journal | Rexburg | ID | 3,569 |
| | | | The Times-News | Twin Falls | ID | 16,168 |
| **Illinois** | **1,138,510** | **23%** | | | | |
| | | | The Telegraph | Alton | IL | 14,745 |
| | | | Belleville News-Democrat | Belleville | IL | 43,290 |
| | | | The Pantagraph | Bloomington | IL | 32,762 |
| | | | The Daily Ledger | Canton | IL | 3,272 |
| | | | The Southern Illinoisan | Carbondale | IL | 26,180 |
| | | | Carmi Times | Carmi | IL | 2,404 |
| | | | The News-Gazette | Champaign/Urbana | IL | 39,893 |
| | | | Chicago Tribune | Chicago | IL | 643,876 |
| | | | Commercial News | Danville | IL | 11,100 |
| | | | Herald & Review | Decatur | IL | 37,536 |
| | | | Edwardsville Intelligencer | Edwardsville | IL | 4,132 |
| | | | Effingham Daily News | Effingham | IL | 9,564 |
| | | | Daily Journal | Eldorado | IL | 500 |
| | | | The Journal Standard | Freeport | IL | 7,101 |
| | | | The Register-Mail | Galesburg | IL | 9,772 |
| | | | Daily Register | Harrisburg | IL | 2,125 |
| | | | Jacksonville Journal-Courier | Jacksonville | IL | 8,858 |
| | | | Daily Journal | Kankakee | IL | 24,368 |
| | | | Star Courier | Kewanee | IL | 3,438 |
| | | | The Macomb Journal | Macomb | IL | 2,898 |
| | | | Dispatch/Rock Island Argus | Moline | IL | 35,397 |
| | | | Daily Review Atlas | Monmouth | IL | 1,419 |
| | | | Mt. Vernon Register-News | Mount Vernon | IL | 5,499 |
| | | | Daily Mail | Olney | IL | 2,653 |
| | | | Pekin Daily Times | Pekin | IL | 5,492 |
| | | | Journal Star | Peoria | IL | 57,165 |
| | | | Daily Leader | Pontiac | IL | 2,500 |
| | | | Quincy Herald-Whig | Quincy | IL | 18,694 |
| | | | Register Star & Yes | Rockford | IL | 41,549 |
| | | | The State Journal-Register | Springfield | IL | 40,328 |
| **Indiana** | **435,673** | **17%** | | | | |
| | | | The Herald Bulletin | Anderson | IN | 16,930 |
| | | | The Batesville Herald Tribune | Batesville | IN | 2,274 |
| | | | The Herald Times | Bloomington/Bedford | IN | 29,043 |
| | | | The Republic | Columbus | IN | 15,671 |
| | | | Evansville Courier & Press | Evansville | IN | 54,827 |
| | | | The Journal Gazette | Fort Wayne | IN | 74,644 |
| | | | Daily Journal | Franklin | IN | 12,163 |
| | | | The Goshen News | Goshen | IN | 8,440 |
| | | | Daily Reporter | Greenfield | IN | 7,331 |
| | | | Greensburg News | Greensburg | IN | 3,592 |
| | | | Kokomo Tribune | Kokomo | IN | 18,029 |
| | | | The Lebanon Reporter | Lebanon | IN | 4,217 |
| | | | Pharos-Tribune | Logansport | IN | 8,425 |
| | | | Reporter-Times | Mooresville/Decatur | IN | 2,702 |
| | | | Times Of Northwest Indiana | Munster/Lake Co/Valp | IN | 77,357 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | The Evening News & The Tribune | New Albany | IN | 9,460 |
| | | | Rushville Republican | Rushville | IN | 2,338 |
| | | | The Tribune | Seymour | IN | 5,572 |
| | | | South Bend Tribune | South Bend | IN | 64,156 |
| | | | Tribune-Star | Terre Haute | IN | 18,502 |
| **Iowa** | 231,558 | 19% | | | | |
| | | | The Tribune | Ames | IA | 8,498 |
| | | | The Gazette | Cedar Rapids | IA | 49,050 |
| | | | Clinton Herald | Clinton | IA | 7,950 |
| | | | Quad-City Times | Davenport | IA | 46,428 |
| | | | The Messenger | Fort Dodge | IA | 13,615 |
| | | | Knoxville Journal Express | Knoxville | IA | 1,911 |
| | | | Times-Republican | Marshalltown | IA | 7,056 |
| | | | Globe-Gazette | Mason City | IA | 14,923 |
| | | | Muscatine Journal | Muscatine | IA | 4,647 |
| | | | Oskaloosa Herald | Oskaloosa | IA | 2,220 |
| | | | The Ottumwa Courier | Ottumwa | IA | 9,006 |
| | | | Sioux City Journal | Sioux City | IA | 29,164 |
| | | | The Courier | Waterloo | IA | 37,090 |
| **Kansas** | 209,873 | 18% | | | | |
| | | | Dodge City Globe | Dodge City | KS | 3,137 |
| | | | El Dorado Times | El Dorado | KS | 3,275 |
| | | | The Garden City Telegram | Garden City | KS | 5,200 |
| | | | The Hays Daily News | Hays | KS | 8,086 |
| | | | Hutchinson News | Hutchinson | KS | 23,539 |
| | | | Journal World | Lawrence | KS | 15,637 |
| | | | The Manhattan Mercury | Manhattan | KS | 7,712 |
| | | | McPherson Sentinel | McPherson | KS | 2,505 |
| | | | Kansan | Newton | KS | 4,200 |
| | | | The Ottawa Herald | Ottawa | KS | 3,900 |
| | | | Morning Sun | Pittsburg | KS | 5,094 |
| | | | The Pratt Tribune | Pratt | KS | 1,550 |
| | | | Salina Journal | Salina | KS | 21,850 |
| | | | Topeka Capital-Journal | Topeka | KS | 29,168 |
| | | | Wellington News | Wellington | KS | 1,600 |
| | | | The Wichita Eagle | Wichita | KS | 73,420 |
| **Kentucky** | 200,739 | 11% | | | | |
| | | | The Independent | Ashland | KY | 12,088 |
| | | | Kentucky Standard | Bardstown | KY | 7,572 |
| | | | Daily News | Bowling Green | KY | 21,709 |
| | | | Corbin Times-Tribune | Corbin | KY | 4,682 |
| | | | The Kentucky Advocate | Danville | KY | 7,174 |
| | | | The News Enterprise | Elizabethtown | KY | 15,448 |
| | | | The Glasgow Daily Times | Glasgow | KY | 6,268 |
| | | | The Gleaner | Henderson | KY | 7,788 |
| | | | Kentucky New Era | Lexington | KY | 6,980 |
| | | | Herald-Leader | Lexington | KY | 87,769 |
| | | | The London Sentinel-Echo | London | KY | 7,501 |
| | | | The Ledger Independent | Maysville | KY | 5,514 |
| | | | Commonwealth Journal | Somerset | KY | 7,327 |
| | | | The Winchester Sun | Winchester | KY | 2,919 |
| **Louisiana** | 270,317 | 15% | | | | |
| | | | Bastrop Daily Enterprise | Bastrop | LA | 2,294 |
| | | | The Advocate | Baton Rouge | LA | 105,676 |
| | | | Beauregard Daily News | Deridder | LA | 1,797 |
| | | | The Courier | Houma | LA | 13,744 |
| | | | American Press | Lake Charles | LA | 28,028 |
| | | | The Leesville Daily Leader | Leesville | LA | 1,407 |
| | | | The Times-Picayune | New Orleans | LA | 116,161 |
| | | | Southwest Daily News | Sulphur | LA | 1,210 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| **Maine** | 99,320 | 18% | | | | |
| | | | Kennebec Journal | Augusta | ME | 8,696 |
| | | | Sun Journal | Lewiston | ME | 22,786 |
| | | | Maine Sunday Telegram | Portland | ME | 57,120 |
| | | | Morning Sentinel | Waterville | ME | 10,718 |
| **Maryland** | 389,934 | 18% | | | | |
| | | | Annapolis Gazette | Annapolis | MD | 5,000 |
| | | | The Capital | Annapolis | MD | 32,897 |
| | | | The Sun | Baltimore | MD | 239,354 |
| | | | Cumberland Times-News | Cumberland | MD | 21,067 |
| | | | Star-Democrat | Easton | MD | 15,764 |
| | | | News-Post | Frederick | MD | 27,506 |
| | | | The Herald-Mail Newspapers | Hagerstown | MD | 26,742 |
| | | | Carroll County Times | Westminster | MD | 21,604 |
| **Massachusetts** | 649,197 | 25% | | | | |
| | | | Boston Sunday Globe | Boston | MA | 290,662 |
| | | | The Enterprise | Brockton | MA | 21,767 |
| | | | Herald News | Fall River | MA | 13,060 |
| | | | Metrowest Daily News | Framingham | MA | 16,801 |
| | | | Gloucester Daily Times | Gloucester | MA | 6,137 |
| | | | Sunday Cape Cod Times | Hyannis/Cape Cod | MA | 38,959 |
| | | | Milford Daily News | Milford | MA | 5,150 |
| | | | Sunday Standard-Times | New Bedford | MA | 19,972 |
| | | | The Daily News Of Newburyport | Newburyport | MA | 8,052 |
| | | | Eagle tribune | North Andover | MA | 28,055 |
| | | | Patriot Ledger | Quincy | MA | 34,830 |
| | | | Salem News | Salem | MA | 15,624 |
| | | | Republican | Springfield | MA | 87,053 |
| | | | Taunton Daily Gazette | Taunton | MA | 5,888 |
| | | | Sunday Telegram | Worcester | MA | 57,187 |
| **Michigan** | 637,372 | 16% | | | | |
| | | | The Daily Telegram | Adrian | MI | 11,691 |
| | | | Annarbor.Com | Ann Arbor | MI | 26,968 |
| | | | Huron Daily Tribune | Bad Axe | MI | 4,490 |
| | | | The Bay City Times | Bay City | MI | 26,098 |
| | | | Tribune | Cheboygan | MI | 4,239 |
| | | | Reporter | Coldwater | MI | 3,839 |
| | | | Press & Guide | Dearborn | MI | 13,390 |
| | | | The Flint Journal | Flint | MI | 52,415 |
| | | | Gaylord Herald-Times | Gaylord | MI | 4,073 |
| | | | The Grand Rapids Press | Grand Rapids | MI | 116,679 |
| | | | Daily News | Hillsdale | MI | 4,125 |
| | | | Sentinel | Holland | MI | 14,264 |
| | | | Sentinel-Standard | Ionia | MI | 1,662 |
| | | | Citizen Patriot | Jackson | MI | 21,823 |
| | | | Kalamazoo Gazette | Kalamazoo | MI | 41,648 |
| | | | The County Press | Lapeer | MI | 9,251 |
| | | | The Mining Journal | Marquette | MI | 12,327 |
| | | | The Midland Daily News | Midland | MI | 11,764 |
| | | | The Monroe Sunday News | Monroe | MI | 17,380 |
| | | | The Macomb Daily | Mount Clemens | MI | 41,394 |
| | | | Morning Sun | Mount Pleasant | MI | 8,617 |
| | | | The Muskegon Chronicle | Muskegon | MI | 27,093 |
| | | | Petoskey News-Review | Petoskey | MI | 8,111 |
| | | | The Oakland Press | Pontiac | MI | 38,865 |
| | | | The Daily Tribune | Royal Oak | MI | 4,714 |
| | | | The Saginaw News | Saginaw | MI | 28,399 |
| | | | The Evening News | Sault Ste. Marie | MI | 5,012 |
| | | | The News-Herald | Southgate | MI | 48,854 |
| | | | Journal | Sturgis | MI | 4,781 |
| | | | Record-Eagle | Traverse City | MI | 23,406 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| **Minnesota** | **814,073** | **38%** | | | | |
| | | | The Bemidji Pioneer | Bemidji | MN | 7,016 |
| | | | Brainerd Dispatch | Brainerd | MN | 13,522 |
| | | | Crookston Daily Times | Crookston | MN | 1,149 |
| | | | Duluth News-Tribune | Duluth | MN | 36,060 |
| | | | The Free Press | Mankato | MN | 16,874 |
| | | | Star Tribune | Minneapolis | MN | 455,793 |
| | | | The Journal | New Ulm | MN | 6,478 |
| | | | Red Wing Republican Eagle | Red Wing | MN | 5,245 |
| | | | Pioneer Press | St Paul | MN | 244,688 |
| | | | West Central Tribune | Willmar | MN | 12,186 |
| | | | Winona Daily News | Winona | MN | 8,747 |
| | | | Daily Globe | Worthington | MN | 6,315 |
| **Mississippi** | **111,835** | **10%** | | | | |
| | | | Sun Herald | Biloxi/Gulfport | MS | 29,362 |
| | | | The Clarksdale Press Register | Clarksdale | MS | 1,800 |
| | | | The Commercial Dispatch | Columbus | MS | 12,078 |
| | | | Delta Democrat Times | Greenville | MS | 6,116 |
| | | | The Greenwood Commonwealth | Greenwood | MS | 5,475 |
| | | | Chronicle | Laurel | MS | 7,579 |
| | | | Enterprise-Journal | Mc Comb | MS | 8,588 |
| | | | The Meridian Star | Meridian | MS | 9,750 |
| | | | Northeast Mississippi Daily Journal | Tupelo | MS | 31,087 |
| **Missouri** | **584,916** | **24%** | | | | |
| | | | Boonville Daily News | Boonville | MO | 1,268 |
| | | | Lake Sun Leader | Camdenton | MO | 5,105 |
| | | | Southeast Missourian | Cape Girardeau | MO | 12,092 |
| | | | The Carthage Press | Carthage | MO | 1,589 |
| | | | Constitution-Tribune | Chillicothe | MO | 2,770 |
| | | | Missourian | Columbia | MO | 4,100 |
| | | | The Daily Statesman | Dexter | MO | 2,003 |
| | | | The Fulton Sun | Fulton | MO | 3,520 |
| | | | Courier-Post | Hannibal | MO | 4,304 |
| | | | News Tribune | Jefferson City | MO | 17,748 |
| | | | The Joplin Globe | Joplin | MO | 22,684 |
| | | | The Kansas City Star | Kansas City | MO | 226,869 |
| | | | The Daily Dunklin Democrat | Kennett | MO | 2,141 |
| | | | Kirksville Daily Express | Kirksville | MO | 3,174 |
| | | | The Mexico Ledger | Mexico | MO | 3,659 |
| | | | Monitor Index/Democrat | Moberly | MO | 3,213 |
| | | | Neosho Daily News | Neosho | MO | 2,039 |
| | | | Weekend Herald-Tribune | Nevada | MO | 4,200 |
| | | | Daily Journal | Park Hills | MO | 5,033 |
| | | | Daily American Republic | Poplar Bluff | MO | 8,645 |
| | | | Rolla Daily News | Rolla | MO | 3,243 |
| | | | Democrat | Sedalia | MO | 5,822 |
| | | | Standard Democrat | Sikeston | MO | 4,557 |
| | | | St. Joseph News-Press | St Joseph | MO | 24,681 |
| | | | St. Louis Post-Dispatch | St Louis | MO | 209,643 |
| | | | Daily Guide | Waynesville | MO | 814 |
| **Montana** | **110,264** | **26%** | | | | |
| | | | Billings Gazette | Billings | MT | 34,828 |
| | | | Bozeman Daily Chronicle | Bozeman | MT | 14,693 |
| | | | Montana Standard | Butte | MT | 10,065 |
| | | | Helena Independent Record | Helena | MT | 10,976 |
| | | | Daily Inter Lake | Kalispell | MT | 15,353 |
| | | | Missoulian | Missoula | MT | 24,349 |
| **Nebraska** | **241,063** | **32%** | | | | |
| | | | Sun | Beatrice | NE | 4,233 |
| | | | Telegram | Columbus | NE | 7,221 |
| | | | The Grand Island Independent | Grand Island | NE | 17,157 |
| | | | Journal Star | Lincoln | NE | 54,614 |
| | | | Norfolk Daily News | Norfolk | NE | 13,217 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Sunday World-Herald | Omaha | NE | 141,530 |
| | | | York News Times | York | NE | 3,091 |
| **Nevada** | 138,247 | 13% | | | | |
| | | | Elko Daily Free Press | Elko | NV | 4,687 |
| | | | Las Vegas Review-Journal | Las Vegas | NV | 133,560 |
| **New Hampshire** | 72,645 | 14% | | | | |
| | | | Sentinel | Keene | NH | 9,602 |
| | | | New Hampshire News | Manchester | NH | 48,468 |
| | | | Seacoast Sunday | Portsmouth | NH | 14,575 |
| **New Jersey** | 534,863 | 16% | | | | |
| | | | The Record & Herald News | Bergen | NJ | 151,569 |
| | | | Suburban Trends | Hackensack | NJ | 6,684 |
| | | | The Jersey Journal | Jersey City | NJ | 13,687 |
| | | | The Star-Ledger | Newark | NJ | 247,025 |
| | | | New Jersey Herald | Newton | NJ | 15,629 |
| | | | Trentonian | Trenton | NJ | 15,473 |
| | | | The Times | Trenton | NJ | 31,338 |
| | | | Burlington County Times | Willingboro | NJ | 24,779 |
| | | | South Jersey Sunday | Woodbury | NJ | 28,679 |
| **New Mexico** | 141,857 | 17% | | | | |
| | | | Journal | Albuquerque | NM | 96,346 |
| | | | Clovis News Journal | Clovis | NM | 5,711 |
| | | | News-Sun | Hobbs | NM | 6,767 |
| | | | Los Alamos Monitor | Los Alamos | NM | 2,963 |
| | | | Portales News-Tribune | Portales | NM | 1,720 |
| | | | Daily Record | Roswell | NM | 10,013 |
| | | | The Santa Fe New Mexican | Santa Fe | NM | 18,337 |
| **New York** | 1,112,569 | 15% | | | | |
| | | | Times Union | Albany | NY | 107,765 |
| | | | The Citizen | Auburn | NY | 7,925 |
| | | | The Daily News | Batavia | NY | 9,838 |
| | | | The Buffalo News | Buffalo | NY | 196,737 |
| | | | Messenger Post | Canandaigua | NY | 8,139 |
| | | | Daily Mail | Catskill | NY | 2,305 |
| | | | The Sunday Leader | Corning | NY | 7,898 |
| | | | Finger Lakes Times | Geneva | NY | 13,065 |
| | | | Post-Star | Glens Falls | NY | 26,257 |
| | | | The Leader-Herald | Gloversville | NY | 9,204 |
| | | | Herkimer Telegram | Herkimer | NY | 1,807 |
| | | | The Spectator | Hornell | NY | 7,323 |
| | | | Register-Star | Hudson | NY | 3,924 |
| | | | Freeman | Kingston | NY | 14,019 |
| | | | The Evening Times | Little Falls | NY | 1,011 |
| | | | Lockport Journal | Lockport | NY | 5,726 |
| | | | The Malone Telegram | Malone | NY | 4,322 |
| | | | Times Herald-Record Sunday | Middletown | NY | 54,349 |
| | | | New York Daily News | New York | NY | 361,941 |
| | | | Niagra Gazette Sunday | Niagra Falls | NY | 10,008 |
| | | | Advance-News | Ogdensburg | NY | 6,217 |
| | | | The Oneida Daily Dispatch | Oneida | NY | 4,494 |
| | | | The Daily Star | Oneonta | NY | 10,548 |
| | | | Press-Republican | Plattsburgh | NY | 15,268 |
| | | | Saratogian | Saratoga Springs | NY | 5,785 |
| | | | Staten Island Advance | Staten Island | NY | 36,783 |
| | | | The Post-Standard | Syracuse | NY | 111,664 |
| | | | Record | Troy | NY | 6,308 |
| | | | Observer-Dispatch | Utica | NY | 38,123 |
| | | | Daily Times | Watertown | NY | 21,583 |
| | | | Wellsville Daily Reporter | Wellsville | NY | 2,233 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| **North Carolina** | 743,902 | 19% | | | | |
| | | | Albemarle Stanley News & Press | Albemarle | NC | 7,378 |
| | | | Times-News | Burlington | NC | 19,302 |
| | | | The Chapel Hill News | Chapel Hill | NC | 17,033 |
| | | | The Charlotte Observer | Charlotte | NC | 161,836 |
| | | | The Durham News | Durham | NC | 58,673 |
| | | | The Fayetteville Observer | Fayetteville | NC | 47,071 |
| | | | Gaston Gazette | Gastonia | NC | 20,054 |
| | | | Goldsboro News-Argus | Goldsboro | NC | 15,428 |
| | | | The News & Record | Greensboro | NC | 68,262 |
| | | | The Daily Reflector | Greenville | NC | 16,966 |
| | | | Times-News | Hendersonville | NC | 11,536 |
| | | | News | Jacksonville | NC | 14,033 |
| | | | Free Press | Kinston | NC | 8,239 |
| | | | Sun-Journal | New Bern | NC | 12,725 |
| | | | The News & Observer | Raleigh | NC | 147,218 |
| | | | The Star | Shelby | NC | 8,158 |
| | | | The Pilot | Southern Pines | NC | 13,319 |
| | | | Star-News | Wilmington | NC | 37,874 |
| | | | Winston-Salem Journal | Winston-Salem | NC | 58,797 |
| **North Dakota** | 119,608 | 39% | | | | |
| | | | Tribune | Bismarck | ND | 24,518 |
| | | | Devils Lake Daily Journal | Devils Lake | ND | 2,761 |
| | | | The Dickinson Press | Dickinson | ND | 6,060 |
| | | | The Forum | Fargo | ND | 43,606 |
| | | | Grand Forks Herald | Grand Forks | ND | 23,661 |
| | | | The Jamestown Sun | Jamestown | ND | 4,785 |
| | | | Minot Daily News | Minot | ND | 14,217 |
| **Ohio** | 932,779 | 20% | | | | |
| | | | Akron Beacon Journal | Akron | OH | 96,516 |
| | | | Ashland Times-Gazette | Ashland | OH | 10,199 |
| | | | Ashtabula Star Beacon | Ashtabula | OH | 12,241 |
| | | | The Sunday Jeffersonian | Cambridge | OH | 9,980 |
| | | | The Repository | Canton | OH | 54,649 |
| | | | The Plain Dealer | Cleveland | OH | 267,455 |
| | | | Dayton Daily News | Dayton | OH | 114,000 |
| | | | The Crescent-News | Defiance | OH | 15,141 |
| | | | Sunday Review | East Liverpool | OH | 5,509 |
| | | | The Chronicle-Telegram | Elyria | OH | 20,287 |
| | | | The Courier | Findlay | OH | 15,997 |
| | | | Review-Times | Fostoria | OH | 2,517 |
| | | | Journal News | Hamilton | OH | 26,934 |
| | | | The Lima News | Lima | OH | 26,088 |
| | | | Morning Journal | Lorain | OH | 17,473 |
| | | | The Times Reporter | New Philadelphia | OH | 15,460 |
| | | | Salem News | Salem | OH | 3,791 |
| | | | Springfield News-Sun | Springfield | OH | 20,964 |
| | | | The Blade | Toledo | OH | 97,036 |
| | | | Lake County News-Herald | Willoughby | OH | 31,362 |
| | | | The Daily Record | Wooster | OH | 19,558 |
| | | | The Vindicator | Youngstown | OH | 49,622 |
| **Oklahoma** | 319,861 | 21% | | | | |
| | | | Daily Ardmoreite | Ardmore | OK | 8,231 |
| | | | Claremore Daily Progress | Claremore | OK | 4,882 |
| | | | News and Eagle | Enid | OK | 11,693 |
| | | | McAlester News-Capitol | McAlester | OK | 5,313 |
| | | | Miami News-Record | Miami | OK | 4,491 |
| | | | Muskogee Phoenix | Muskogee | OK | 9,741 |
| | | | Norman Transript | Norman | OK | 9,249 |
| | | | The Oklahoman | Oklahoma City | OK | 151,987 |
| | | | The Pryor Daily Times | Pryor | OK | 3,288 |
| | | | Stillwater Press | Stillwater | OK | 5,876 |
| | | | Tahlequah Daily Press | Tahlequah | OK | 3,189 |
| | | | Tulsa World | Tulsa | OK | 98,507 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Woodward News | Woodward | OK | 3,414 |
| **Oregon** | 350,890 | 22% | | | | |
| | | | Albany Democrat-Herald & Corvallis Gazette Times | Albany | OR | 19,727 |
| | | | The Bulletin | Bend | OR | 25,531 |
| | | | The World | Coos Bay | OR | 7,449 |
| | | | The Register-Guard | Eugene | OR | 49,740 |
| | | | Herald And News | Klamath Falls | OR | 12,798 |
| | | | Mail Tribune | Medford | OR | 20,208 |
| | | | Argus Observer | Ontario | OR | 5,493 |
| | | | The Oregonian | Portland | OR | 209,944 |
| **Pennsylvania** | 1,650,863 | 33% | | | | |
| | | | The Morning Call | Allentown | PA | 109,372 |
| | | | Beaver County Times | Beaver | PA | 27,288 |
| | | | Gazette | Bedford | PA | 10,838 |
| | | | The Sentinel | Carlisle | PA | 10,276 |
| | | | The Intelligencer | Doylestown | PA | 30,532 |
| | | | Tri-County Sunday | Du Bois | PA | 13,850 |
| | | | The Express-Times | Easton | PA | 44,607 |
| | | | Erie Times-News | Erie | PA | 54,325 |
| | | | Gettysburg Times | Gettysburg | PA | 9,525 |
| | | | Patriot-News | Harrisburg | PA | 89,884 |
| | | | Hazleton Standard-Speaker | Hazelton | PA | 14,816 |
| | | | The Wayne Independent | Honesdale | PA | 2,717 |
| | | | The Daily News | Huntingdon | PA | 8,110 |
| | | | The Tribune-Democrat | Johnstown | PA | 28,720 |
| | | | Lancaster New Era Intelligencer Journal Sunday News | Lancaster | PA | 80,220 |
| | | | Latrobe Bulletin | Latrobe | PA | 7,100 |
| | | | Bucks County Courier Times | Levittown/Bristol | PA | 39,788 |
| | | | Meadville Tribune | Meadville | PA | 9,792 |
| | | | New Castle News | New Castle | PA | 12,631 |
| | | | Times Herald | Norristown | PA | 17,561 |
| | | | The Philadelphia Inquirer | Philadelphia | PA | 343,585 |
| | | | Philadelphia Daily News | Philadelphia DN | PA | 46,234 |
| | | | Pittsburgh Post-Gazette | Pittsburgh | PA | 205,554 |
| | | | Mercury | Pottstown | PA | 15,025 |
| | | | Pottsville Republican Herald | Pottsville | PA | 20,760 |
| | | | Delaware County Daily Times | Primos | PA | 26,233 |
| | | | Reading Eagle | Reading | PA | 62,453 |
| | | | Scranton Times-Tribune | Scranton | PA | 49,211 |
| | | | The Shamokin-Pottsville News-Item | Shamokin | PA | 7,085 |
| | | | The Herald | Sharon | PA | 14,855 |
| | | | St College Centre Daily Times | State College | PA | 19,849 |
| | | | Pocono Record | Stroudsburg | PA | 15,513 |
| | | | The Daily Item | Sunbury | PA | 20,639 |
| | | | Towanda Sunday Review | Towanda | PA | 8,168 |
| | | | Tyrone Daily Herald | Tyrone | PA | 1,700 |
| | | | Herald-Standard | Uniontown | PA | 18,227 |
| | | | Washington Observer Reporter | Washington | PA | 32,350 |
| | | | The Record Herald | Waynesboro | PA | 6,858 |
| | | | Daily Local News | West Chester | PA | 18,582 |
| | | | The Times Leader | Wilkes Barre | PA | 45,273 |
| | | | Citizen's Voice | Wilkes-Barre | PA | 25,681 |
| | | | Williamsport Sun-Gazette | Williamsport | PA | 25,076 |
| **Rhode Island** | 94,822 | 23% | | | | |
| | | | The Providence Journal | Providence | RI | 94,822 |
| **South Carolina** | 330,975 | 18% | | | | |
| | | | Anderson Independent-Mail | Anderson | SC | 25,727 |
| | | | The Post And Courier | Charleston | SC | 74,027 |
| | | | The State | Columbia | SC | 67,804 |
| | | | Georgetown Times | Georgetown | SC | 5,012 |
| | | | The Index-Journal | Greenwood | SC | 11,756 |
| | | | The Island Packet | Hilton Head Island | SC | 22,844 |
| | | | Lancaster News | Lancaster | SC | 10,703 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | The Sun News | Myrtle Beach | SC | 38,133 |
| | | | The Times & Democrat | Orangeburg | SC | 9,155 |
| | | | The Herald | Rock Hill | SC | 19,501 |
| | | | Herald-Journal | Spartanburg | SC | 34,273 |
| | | | The Item | Sumter | SC | 12,040 |
| **South Dakota** | **57,241** | **17%** | | | | |
| | | | American News | Aberdeen | SD | 12,350 |
| | | | Butte County Post | Belle Fourche | SD | 1,374 |
| | | | The Daily Republic | Mitchell | SD | 10,162 |
| | | | Rapid City Journal | Rapid City | SD | 23,430 |
| | | | Watertown Public Opinion | Watertown | SD | 9,925 |
| **Tennessee** | **369,675** | **14%** | | | | |
| | | | Chattanooga Times Free Press | Chattanooga | TN | 73,525 |
| | | | Cleveland Daily Banner | Cleveland | TN | 11,846 |
| | | | Crossville Chronicle | Crossville | TN | 7,459 |
| | | | The State Gazette | Dyersburg | TN | 4,207 |
| | | | Johnson City Press | Johnson City | TN | 25,319 |
| | | | Knoxville News Sentinel | Knoxville | TN | 91,348 |
| | | | The Commercial Appeal | Memphis | TN | 110,453 |
| | | | Citizen Tribune | Morristown | TN | 22,871 |
| | | | Oak Ridge | Oak Ridge | TN | 4,147 |
| | | | Shelbyville Times-Gazette | Shelbyville | TN | 6,750 |
| | | | The Sunday News | Tullahoma | TN | 11,750 |
| **Texas** | **1,580,740** | **17%** | | | | |
| | | | Abilene Reporter-News | Abilene | TX | 21,559 |
| | | | Amarillo Globe-News | Amarillo | TX | 28,151 |
| | | | Athens Daily Review | Athens | TX | 3,696 |
| | | | Austin American-Statesman | Austin | TX | 122,361 |
| | | | The Beaumont Enterprise | Beaumont | TX | 27,180 |
| | | | Brownsville Herald | Brownsville | TX | 10,592 |
| | | | Brownwood Bulletin | Brownwood | TX | 4,782 |
| | | | Corpus Christi Caller-Times | Corpus Christi | TX | 41,618 |
| | | | Corsicana Daily Sun | Corsicana | TX | 3,662 |
| | | | The Dallas Morning News | Dallas | TX | 311,318 |
| | | | Denton Record-Chronicle | Denton | TX | 10,052 |
| | | | El Diario De El Paso | El Paso | TX | 10,942 |
| | | | Star-Telegram | Fort Worth | TX | 184,988 |
| | | | Gainesville Daily Register | Gainesville | TX | 4,653 |
| | | | Greenville Herald Banner | Greenville | TX | 4,880 |
| | | | Valley Morning Star | Harlingen | TX | 12,958 |
| | | | The Leader | Houston | TX | 35,000 |
| | | | Houston Community | Houston Community | TX | 465,195 |
| | | | The Huntsville Item | Huntsville | TX | 4,288 |
| | | | Jacksonville Daily Progress | Jacksonville | TX | 2,365 |
| | | | Kerrville Daily Times | Kerrville | TX | 7,738 |
| | | | Killeen Daily Herald | Killeen | TX | 15,488 |
| | | | Lubbock Avalanche-Journal | Lubbock | TX | 29,685 |
| | | | Monitor | McAllen | TX | 26,502 |
| | | | Reporter-Telegram | Midland | TX | 15,213 |
| | | | The Mineral Wells Index | Mineral Wells | TX | 2,370 |
| | | | Odessa American | Odessa | TX | 12,132 |
| | | | Palestine Herald-Press | Palestine | TX | 4,578 |
| | | | The Paris News | Paris | TX | 6,746 |
| | | | Plainview Daily Herald | Plainview | TX | 2,925 |
| | | | Standard-Times | San Angelo | TX | 17,512 |
| | | | Stephenville Empire-Tribune | Stephenville | TX | 3,275 |
| | | | Temple Daily Telegram | Temple | TX | 16,545 |
| | | | Gazette | Texarkana | TX | 21,938 |
| | | | Tyler Courier-Times-Telegraph | Tyler | TX | 20,022 |
| | | | Victoria Advocate | Victoria | TX | 23,819 |
| | | | The Waxahachie Daily Light | Waxahachie | TX | 3,191 |
| | | | Mid Valley Town Crier | Weslaco | TX | 22,300 |
| | | | Times Record News | Wichita Falls | TX | 18,521 |

| State | State Circulation | % HH Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| **Utah** | 187,291 | 20% | | | | |
| | | | The Herald Journal | Logan | UT | 12,455 |
| | | | Daily Herald | Provo | UT | 26,757 |
| | | | The Salt Lake Tribune-Deseret News | Salt Lake City | UT | 148,079 |
| **Virginia** | 314,790 | 10% | | | | |
| | | | Daily Press | Newport News/Hampton | VA | 78,749 |
| | | | The Virginian-Pilot | Norfolk | VA | 148,247 |
| | | | The Petersburg Progress-Index | Petersburg | VA | 11,430 |
| | | | The Roanoke Times | Roanoke | VA | 76,364 |
| **Washington** | 633,890 | 23% | | | | |
| | | | The Daily World | Aberdeen | WA | 6,741 |
| | | | The Bellingham Herald | Bellingham | WA | 17,922 |
| | | | Kitsap Sun | Bremerton | WA | 18,361 |
| | | | Daily Record | Ellensburg | WA | 5,728 |
| | | | The Daily News | Longview | WA | 15,766 |
| | | | Skagit Valley Herald | Mount Vernon | WA | 13,993 |
| | | | The Olympian | Olympia | WA | 21,325 |
| | | | Tri-City Herald | Pasco/Tri Cities | WA | 29,132 |
| | | | The Seattle Times | Seattle | WA | 268,657 |
| | | | The Spokesman-Review | Spokane | WA | 70,476 |
| | | | The News Tribune | Tacoma | WA | 79,914 |
| | | | The Columbian | Vancouver | WA | 31,496 |
| | | | Walla Walla Union-Bulletin | Walla Walla | WA | 11,290 |
| | | | The Wenatchee World | Wenatchee | WA | 16,301 |
| | | | Herald-Republic | Yakima | WA | 26,788 |
| **Washington DC** | 573,348 | 196% | | | | |
| | | | The Washington Post | Washington | DC | 573,348 |
| **West Virginia** | 193,896 | 25% | | | | |
| | | | The Register-Herald | Beckley | WV | 17,754 |
| | | | Bluefield Daily Telegraph | Bluefield | WV | 13,343 |
| | | | Gazette-Mail | Charleston | WV | 54,832 |
| | | | Clarksburg Exponent-Telegram | Clarksburg | WV | 16,892 |
| | | | Times West Virginian | Fairmont | WV | 7,987 |
| | | | Mineral Daily News Tribune | Keyser | WV | 2,487 |
| | | | The Journal | Martinsburg | WV | 13,317 |
| | | | The Dominion Post | Morgantown | WV | 18,478 |
| | | | The Parkersburg News And Sentinel | Parkersburg | WV | 22,239 |
| | | | Princeton Times | Princeton | WV | 1,580 |
| | | | Sunday News-Register | Wheeling | WV | 24,987 |
| **Wisconsin** | 217,800 | 9% | | | | |
| | | | Baraboo News Republic | Baraboo | WI | 3,188 |
| | | | Daily Citizen | Beaver Dam | WI | 8,495 |
| | | | Chippewa Valley Newspapers | Chippewa Falls | WI | 6,481 |
| | | | Leader-Telegram | Eau Claire | WI | 24,091 |
| | | | Kenosha News | Kenosha | WI | 22,353 |
| | | | La Crosse Tribune | La Crosse | WI | 29,780 |
| | | | Wisconsin State Journal | Madison | WI | 91,043 |
| | | | Daily Register | Portage | WI | 3,640 |
| | | | The Journal Times | Racine | WI | 23,828 |
| | | | Shawano Leader | Shawano | WI | 4,901 |
| **Wyoming** | 26,078 | 11% | | | | |
| | | | Casper Star-Tribune | Casper | WY | 19,431 |
| | | | Daily Rocket-Miner | Rock Springs | WY | 6,647 |
| **Total U.S.** | **22,981,025** | | | | | |

Source: Parade 5/3/2015 circulation based on AAM, CAC, VAC & newspaper publisher statements & estimates, 9/30/2014. Households based on Nielsen 2014