# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT G

Research

# American Profile's Community Table Newspapers

**Newspapers by State**  **Effective May 2015**

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| Alabama | 125,860 | | | | |
| | | The Sand Mountain Reporte | Albertville | AL | 10,000 |
| | | The Outlook | Alexander City | AL | 4,100 |
| | | The Dadeville Times | Alexander City | AL | 1,583 |
| | | The News Courier | Athens | AL | 4,711 |
| | | Cherokee County Herald | Centre | AL | 2,445 |
| | | The Cullman Times | Cullman | AL | 8,443 |
| | | The Dothan Eagle | Dothan | AL | 30,700 |
| | | The Eufaula Tribune | Eufaula | AL | 5,582 |
| | | Thetimes-Record | Fayette | AL | 5,000 |
| | | Pickens County Herald | Fayette | AL | 5,000 |
| | | The Times-Journal | Fort Payne | AL | 5,200 |
| | | North Jefferson News | Gardendale | AL | 2,580 |
| | | Daily Mountain Eagle | Jasper | AL | 9,044 |
| | | The Opelika-Auburn News | Opelika | AL | 14,800 |
| | | St. Clair News-Aegis | Pell City | AL | 1,998 |
| | | The Daily Sentinel | Scottsboro | AL | 5,074 |
| | | The Tallassee Tribune | Tallassee | AL | 4,000 |
| | | The Wetumpka Herald | Wetumpka | AL | 4,000 |
| | | The Eclectic Observer | Wetumpka | AL | 1,600 |
| Arizona | 322,389 | | | | |
| | | San Pedro Valley News - S | Benzon | AZ | 3,045 |
| | | Mohave Valley Daily News | Bullhead City | AZ | 9,134 |
| | | The Bugle | Cottonwood | AZ | 2,000 |
| | | The Verde Independent | Cottonwood | AZ | 2,000 |
| | | The Daily Dispatch | Douglas | AZ | 4,080 |
| | | Arizona Silver Belt | Globe | AZ | 3,500 |
| | | The Tribune - News | Holbrook | AZ | 2,000 |
| | | The Kingman Daily Miner | Kingman | AZ | 7,300 |
| | | Today'S News Herald | Lake Havasu City | AZ | 13,000 |
| | | Parker Pioneer | Parker | AZ | 4,200 |
| | | Payson Roundup | Payson | AZ | 6,000 |
| | | Ahwatukee Foothills News | Phoenix | AZ | 28,280 |
| | | The Daily Courier | Prescott | AZ | 14,000 |
| | | Eastern Arizona Courier | Safford | AZ | 6,900 |
| | | Sedona Red Rock News | Sedona | AZ | 6,000 |
| | | White Mountain Independen | Show Low | AZ | 9,000 |
| | | Sierra Vista Herald | Sierra Vista | AZ | 9,200 |
| | | Surprise Today | Sun City | AZ | 40,290 |
| | | Glendale/Peoria Today | Sun City | AZ | 34,170 |
| | | Daily News-Sun | Sun City | AZ | 12,444 |
| | | Chandler Tribune/East Val | Tempe | AZ | 98,000 |
| | | Arizona Range News | Willcox | AZ | 3,146 |
| | | Williams-Grand Canyon New | Williams | AZ | 3,200 |
| | | Newton County Times | Harrison | AZ | 1,500 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| Arkansas | 75,839 | | | | |
| | | Atkins Chronicle | Atkins | AR | 2,000 |
| | | The Dover Times | Atkins | AR | 1,948 |
| | | Batesville Daily Guard | Batesville | AR | 7,000 |
| | | Carroll County News | Berryville | AR | 3,100 |
| | | Booneville Democrat | Booneville | AR | 1,800 |
| | | Charleston Express | Charleston | AR | 1,500 |
| | | The Villager Journal | Cherokee Village | AR | 2,200 |
| | | Yell County Record | Danville | AR | 3,552 |
| | | Greenwood Democrat | Greenwood | AR | 1,400 |
| | | Cleburne County Sun-Times | Heber Springs | AR | 4,975 |
| | | Helena-West Helena Daily | Helena | AR | 4,050 |
| | | Hope Star | Hope | AR | 3,045 |
| | | The Daily Siftings Herald | Hope | AR | 3,045 |
| | | Malvern Daily Record | Malvern | AR | 4,000 |
| | | Northeast Arkansas Town C | Manila | AR | 2,000 |
| | | Stone County Leader | Mountain View | AR | 4,263 |
| | | Nashville News | Nashville | AR | 3,000 |
| | | Newport Independent | Newport | AR | 2,239 |
| | | The Osceola Times | Osceola | AR | 2,537 |
| | | Paris Express | Paris | AR | 2,200 |
| | | Clay County Times Democra | Rector | AR | 2,600 |
| | | The News | Salem | AR | 2,550 |
| | | Alma Journal | Salem | AR | 1,000 |
| | | Stuttgart Daily Leader | Stuttgart | AR | 2,985 |
| | | Poinsett County Democrat | Trumann | AR | 1,500 |
| | | Van Buren Press Argus-Cou | Van Buren | AR | 3,000 |
| | | The White Hall Journal | White Hall | AR | 2,350 |
| California | 301,308 | | | | |
| | | Inyo Register | Bishop | CA | 4,872 |
| | | Palo Verde Valley Times(/ | Blythe | CA | 4,000 |
| | | Intermountain News | Burney | CA | 950 |
| | | Chester Progressive | Chester | CA | 2,000 |
| | | Chico-Oroville Enterprise | Chico | CA | 19,200 |
| | | Imperial Valley Press | El Centro | CA | 8,500 |
| | | Eureka Times Standard | Eureka | CA | 13,500 |
| | | Fort Bragg Advocate News | Fort Bragg | CA | 5,074 |
| | | The Union | Grass Valley | CA | 17,000 |
| | | Indian Valley Record | Greenville | CA | 1,400 |
| | | The Gridley Herald | Gridley | CA | 1,400 |
| | | Holtville Tribune/ Calexi | Holtville | CA | 4,100 |
| | | Amador Ledger-Dispatch | Jackson | CA | 5,000 |
| | | Lake County Record Bee | Lakeport | CA | 9,134 |
| | | The Monterey County Heral | Monterey | CA | 20,150 |
| | | Salinas Valley Weekly | Monterey | CA | 35,000 |
| | | Mount Shasta Herald | Mount Shasta | CA | 4,872 |
| | | Paradise Post | Paradise | CA | 8,119 |
| | | The Porterville Recorder | Porterville | CA | 10,149 |
| | | Portola Reporter | Portola | CA | 2,205 |
| | | Feather River Bulletin | Quincy | CA | 3,000 |
| | | Red Bluff Daily News | Red Bluff | CA | 8,119 |
| | | The Daily Independent | Ridgecrest | CA | 7,624 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Shasta Lake Bulletin | Shasta Lake | CA | 950 |
| | | Tahoe Daily Tribune | South Lake Tahoe | CA | 7,600 |
| | | Lassen County Times | Susanville | CA | 8,100 |
| | | Westwood Pinepress | Susanville | CA | 1,100 |
| | | Daily Midway Driller | Taft | CA | 3,045 |
| | | Sierra Sun | Truckee | CA | 5,700 |
| | | Ukiah Daily Journal | Ukiah | CA | 7,815 |
| | | The Valley Springs News | Valley Springs | CA | 1,050 |
| | | Daily Press | Victorville | CA | 27,500 |
| | | Visalia Times Delta/Tular | Visalia | CA | 24,000 |
| | | The Willits News | Willits | CA | 2,842 |
| | | Woodland Daily Democrat | Woodland | CA | 10,352 |
| | | Siskiyou Daily News | Yreka | CA | 5,886 |
| Colorado | 78,293 | | | | |
| | | Akron News-Reporter | Akron | CO | 1,450 |
| | | Brush News-Tribune | Brush | CO | 900 |
| | | Daily Record | Canon City | CO | 5,300 |
| | | Craig Daily Press | Craig | CO | 9,200 |
| | | Estes Park Trail-Gazette | Estes Park | CO | 2,400 |
| | | Fort Morgan Times | Fort Morgan | CO | 2,800 |
| | | The Fowler Tribune | Fowler | CO | 1,000 |
| | | The Greeley Tribune | Greeley | CO | 21,000 |
| | | Julesburg Advocate | Julesburg | CO | 1,343 |
| | | La Junta Tribune Democrat | La Junta | CO | 3,000 |
| | | Bent County Democrat | Las Animas | CO | 1,500 |
| | | (Loveland) Daily Reporter | Loveland | CO | 18,500 |
| | | Steamboat Pilot | Steamboat Springs | CO | 3,500 |
| | | Steamboat Today | Steamboat Springs | CO | 3,500 |
| | | Journal Advocate | Sterling | CO | 2,900 |
| Connecticut | 7,000 | | | | |
| | | The Chronicle | Willimantic | CT | 7,000 |
| Delaware | 21,200 | | | | |
| | | Kent County Sunday | Dover | DE | 21,200 |
| Florida | 41,835 | | | | |
| | | Chiefland Citizen | Chiefland | FL | 3,500 |
| | | The Wakulla News | Crawfordville | FL | 6,000 |
| | | Courier Journal | Crescent City | FL | 3,000 |
| | | Riverland News | Dunnellon | FL | 2,800 |
| | | Suwannee Democrat | Live Oak | FL | 5,028 |
| | | The Madison Enterprise-Re | Madison | FL | 3,000 |
| | | Jackson County Floridan | Marianna | FL | 6,307 |
| | | Monticello News & Jeffers | Monticello | FL | 2,700 |
| | | Gadsden County Times | Quincy | FL | 6,000 |
| | | The Herald Advocate | Wauchula | FL | 3,500 |
| Georgia | 173,504 | | | | |
| | | Athens Banner Herald | Athens | GA | 22,000 |
| | | The Post Searchlight | Bainbridge | GA | 7,650 |
| | | Early County News | Blakely | GA | 2,786 |
| | | The Brunswick News | Brunswick | GA | 16,200 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | The Brunswick News & Adve | Brunswick | GA | 10,600 |
| | | The Cairo Messenger | Cairo | GA | 4,973 |
| | | Calhoun Times | Calhoun | GA | 6,346 |
| | | The Daily Tribune News | Cartersville | GA | 6,000 |
| | | The Daily Citizen | Dalton | GA | 11,500 |
| | | Dawson Community News | Dawsonville | GA | 4,000 |
| | | The Eatonton Messenger | Eatonton | GA | 4,905 |
| | | The Monroe County Reporte | Forsyth | GA | 4,477 |
| | | Hawkinsville Dispatch & N | Hawkinsville | GA | 2,300 |
| | | The Press-Sentinel | Jesup | GA | 6,500 |
| | | Walker County & Catoosa C | Lafayette | GA | 5,727 |
| | | Lagrange Daily News | LaGrange | GA | 9,743 |
| | | The News & Farmer | Louisville | GA | 3,400 |
| | | The Metter Advertiser | Metter | GA | 2,700 |
| | | The Baldwin Bulletin | Milledgeville | GA | 3,248 |
| | | The Tattnall Journal | Reidsville | GA | 2,487 |
| | | The Standard Journal | Rockmart | GA | 5,071 |
| | | Rome News Tribune | Rome | GA | 14,516 |
| | | The Statesboro Herald | Statesboro | GA | 8,000 |
| | | The Sylvania Telephone | Sylvania | GA | 4,375 |
| | | The Thomaston Times | Thomaston | GA | 4,000 |
| Idaho | 52,473 | | | | |
| | | The Aberdeen Times | Aberdeen | ID | 900 |
| | | Power County Press | American Falls | ID | 1,750 |
| | | The Morning News | Blackfoot | ID | 3,500 |
| | | Coeur D'Alene Press | Coeur d'Alene | ID | 21,800 |
| | | Teton Valley News | Driggs | ID | 1,600 |
| | | Shoshone News-Press | Kellogg | ID | 4,200 |
| | | Independent Enterprise | Payette | ID | 1,700 |
| | | Priest River Times | Priest River | ID | 2,800 |
| | | Standard Journal | Rexburg | ID | 5,472 |
| | | Bonner County Daily Bee | Sandpoint | ID | 5,200 |
| | | Bonners Ferry Herald | Sandpoint | ID | 3,551 |
| Illinois | 318,481 | | | | |
| | | The Times Record | Aledo | IL | 3,451 |
| | | The Telegraph | Alton | IL | 22,200 |
| | | The Evening News | Benton | IL | 1,800 |
| | | The Daily Ledger | Canton | IL | 5,582 |
| | | The Southern Illinoisan | Carbondale | IL | 28,925 |
| | | Randolph County Herald-Tr | Chester | IL | 2,487 |
| | | The Progress | Christopher | IL | 1,000 |
| | | Du Quoin Evening Call | Du Quoin | IL | 2,800 |
| | | Effingham Daily News | Effingham | IL | 9,556 |
| | | The Daily Register | Eldorado | IL | 3,200 |
| | | The Blade | Fairbury | IL | 2,139 |
| | | The Clay County Advocate- | Flora | IL | 1,100 |
| | | The Journal-Standard | Freeport | IL | 6,500 |
| | | Register-Mail | Galesburg | IL | 12,000 |
| | | Geneseo Republic. | Geneseo | IL | 5,920 |
| | | The Journal News | Hillsboro | IL | 5,900 |
| | | Jacksonville Journal Cour | Jacksonville | IL | 14,925 |
| | | Star-Courier | Kewanee | IL | 5,988 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | La Salle News Tribune | La Salle | IL | 16,000 |
| | | The Courier | Lincoln | IL | 7,003 |
| | | Macomb Journal | Macomb | IL | 4,179 |
| | | Marion Daily Republican | Marion | IL | 1,200 |
| | | Marshall Advocate | Mashall | IL | 1,900 |
| | | Metropolis Planet | Metropolis | IL | 4,872 |
| | | Daily Review Atlas | Monmouth | IL | 1,537 |
| | | Daily Republican-Register | Mount Carmel | IL | 3,500 |
| | | Murphysboro American | Murphysboro | IL | 800 |
| | | Newton Press-Mentor | Newton | IL | 2,239 |
| | | Olney Daily Mail | Olney | IL | 3,675 |
| | | Oquawka Current | Oquawka | IL | 1,000 |
| | | Paris - Beacon News | Paris | IL | 3,500 |
| | | Pekin Daily Times | Pekin | IL | 7,500 |
| | | Chillicothe Times-Bulleti | Peoria | IL | 3,215 |
| | | East Peoria Times-Courier | Peoria | IL | 5,000 |
| | | Morton Times-News | Peoria | IL | 5,000 |
| | | Washington Times-Reporter | Peoria | IL | 7,666 |
| | | Woodford Times | Peoria | IL | 3,365 |
| | | Daily Leader | Pontiac | IL | 4,466 |
| | | Rockford Register Star | Rockford | IL | 28,250 |
| | | The Rushville Times | Rushville | IL | 3,045 |
| | | Salem Times Commoner | Salem | IL | 4,060 |
| | | The Gallatin Democrat | Shawneetown | IL | 2,239 |
| | | Shelbyville Daily Union | Shelbyville | IL | 1,691 |
| | | Sauk Valley Newspaper | Sterling | IL | 21,730 |
| | | Breeze Courier | Taylorville | IL | 6,000 |
| | | Leader-Union | Vandalia | IL | 5,176 |
| | | The Daily American | West Frankfort | IL | 1,200 |
| | | Zion Benton News/Bargaine | Zion | IL | 22,000 |
| Indiana | 157,626 | | | | |
| | | The Herald Tribune | Batesville | IN | 2,485 |
| | | The Bedford Times Mail | Bedford | IN | 11,300 |
| | | The Herald Times | Bloomington | IN | 23,600 |
| | | Brazil Times | Brazil | IN | 4,179 |
| | | The Post & Mail | Columbia City | IN | 4,000 |
| | | Springs Valley Herald | French Lick | IN | 2,200 |
| | | Banner - Graphic | Greencastle | IN | 4,000 |
| | | Greensburg Daily News | Greensburg | IN | 4,179 |
| | | The Laporte Herald Argus | LaPorte | IN | 8,400 |
| | | The Lebanon Reporter | Lebanon | IN | 4,202 |
| | | The Daily World | Linton | IN | 5,582 |
| | | The Madison Courier | Madison | IN | 8,000 |
| | | The Reporter-Times | Martinsville | IN | 5,500 |
| | | The News Dispatch | Michigan City | IN | 8,500 |
| | | The Mooresville/Decatur T | Mooresville | IN | 5,000 |
| | | North Vernon Plain Dealer | North Vernon | IN | 5,100 |
| | | Paoli Republican | Paoli | IN | 2,400 |
| | | Pilot News | Plymouth | IN | 5,400 |
| | | The Commercial Review | Portland | IN | 4,480 |
| | | Princeton Daily Clarion | Princton | IN | 5,200 |
| | | The Rochester Sentinel | Rochester | IN | 3,800 |
| | | Spencer County Journal De | Rockport | IN | 3,015 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|-------|-------------------|-----------|------|-------|-------------|
| | | Mt.Vernon Democrat | Rockport | IN | 2,489 |
| | | The Rushville Republican | Rushville | IN | 2,619 |
| | | The Shoals News | Shoals | IN | 2,438 |
| | | Perry County News | Tell City | IN | 6,028 |
| | | The Versailles Republican | Versailles | IN | 4,567 |
| | | The Washington Times-Hera | Washington | IN | 5,817 |
| | | The News-Gazette | Winchester | IN | 3,146 |
| Iowa | 226,369 | | | | |
| | | Butler County Tribune Jou | Allison | IA | 1,400 |
| | | Atlantic News - Telegraph | Atlantic | IA | 3,552 |
| | | Audubon County Advocate J | Audubon | IA | 1,940 |
| | | The Bedford Times-Press | Bedford | IA | 1,000 |
| | | Boone News-Republican | Boone | IA | 2,850 |
| | | The Britt News Tribune | Britt | IA | 775 |
| | | The Hawk Eye | Burlington | IA | 21,313 |
| | | Daily Times Herald | Carroll | IA | 5,700 |
| | | Cascade Pioneer | Cascade | IA | 1,800 |
| | | Daily Iowegian | Centerville | IA | 2,100 |
| | | Chronicle Times | Cherokee | IA | 2,579 |
| | | Clarinda Herald-Journal | Clarinda | IA | 1,200 |
| | | Clarksville Star | Clarksville | IA | 1,150 |
| | | Cwl Times | Corwith | IA | 1,000 |
| | | The Daily Nonpareil | Council Bluffs | IA | 9,000 |
| | | Creston News Advertiser | Creston | IA | 4,600 |
| | | Denison Review | Denison | IA | 1,000 |
| | | Wright County Monitor | Dows | IA | 1,000 |
| | | Dyersville Commerical | Dyersville | IA | 3,800 |
| | | Eagle Grove Eagle | Eagle Grove | IA | 1,670 |
| | | Eldridge North Scott Pres | Eldridge | IA | 5,800 |
| | | Wilton-Durant Advocate Ne | Eldridge | IA | 2,200 |
| | | The Fairfield Daily Ledge | Fairfield | IA | 2,500 |
| | | Forest City Summit | Forest City | IA | 1,450 |
| | | Fort Madison Daily Democr | Fort Madison | IA | 5,000 |
| | | Village Vine | Fremont | IA | 1,800 |
| | | Garner Leader & Signal | Garner | IA | 1,500 |
| | | The Grundy Register | Grundy Grove | IA | 2,200 |
| | | Hamburg Reporter | Hamburg | IA | 1,244 |
| | | Hampton Chonicle | Hampton | IA | 2,380 |
| | | Calhoun County Advocate | Hampton | IA | 1,200 |
| | | Pioneer Enterprise | Hampton | IA | 700 |
| | | Harlan News-Advertiser | Harlan | IA | 3,000 |
| | | The Independent/Examiner | Hawarden | IA | 1,045 |
| | | Sioux County Index-Report | Hull | IA | 1,029 |
| | | West Lyon Herald | Inwood | IA | 1,031 |
| | | The Kalona News | Kalona | IA | 2,000 |
| | | The Lone Tree Reporter | Kalona | IA | 1,000 |
| | | Kanawha Reporter | Kanawha | IA | 550 |
| | | Daily Gate City | Keokuk | IA | 5,000 |
| | | Keota Eagle | Keota | IA | 1,000 |
| | | Journal Express | Knoxville | IA | 3,688 |
| | | Lake City Graphic | Lake City | IA | 1,000 |
| | | Lemars Daily Sentinel | LeMars | IA | 2,800 |
| | | Logan Herald-Observer | Logan | IA | 1,000 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Globe Gazette | Mason City | IA | 11,200 |
| | | Mt. Pleasant News | Mount Pleasant | IA | 2,994 |
| | | New Sharon Sun | New Sharon | IA | 950 |
| | | Newton Daily News | Newton | IA | 5,100 |
| | | Mitchell County Press New | Osage | IA | 2,350 |
| | | Osceola Sentinel-Tribune | Osceola | IA | 3,200 |
| | | Oskaloosa Herald | Oskaloosa | IA | 2,609 |
| | | The Ottumwa Courier | Ottumwa | IA | 10,891 |
| | | The Chronicle | Pella | IA | 1,678 |
| | | Lyon County Reporter | Rock Rapids | IA | 1,929 |
| | | Clinton Herald | S. Clinton | IA | 8,665 |
| | | Sheffield Press | Sheffield | IA | 900 |
| | | Valley News Today | Shenandoah | IA | 2,000 |
| | | Sigourney News Review | Sigourney | IA | 2,000 |
| | | Sioux City Journal | Sioux City | IA | 29,000 |
| | | The Daily Reporter | Spencer | IA | 2,500 |
| | | Dickinson County News | Spirit Lake | IA | 2,000 |
| | | Pilot Tribune | Storm Lake | IA | 2,000 |
| | | The Story City Herald | Story City | IA | 1,600 |
| | | The Tipton Conservative A | Tipton | IA | 4,000 |
| | | The Washington Evening Jo | Washington | IA | 3,820 |
| | | West Branch Times | West Branch | IA | 1,500 |
| | | The West Liberty Index | West Liberty | IA | 1,037 |
| | | The Woodbine Twiner | Woodbine | IA | 900 |
| Kansas | 172,255 | | | | |
| | | Atchison Daily Globe | Atchison | KS | 3,800 |
| | | Augusta Daily Gazette | Augusta | KS | 2,288 |
| | | The Cherokee County News | Columbus | KS | 2,200 |
| | | The El Dorado Times | El Dorado | KS | 3,482 |
| | | Ellsworth County Independ | Ellsworth | KS | 2,300 |
| | | The Eureka Herald | Eureka | KS | 1,500 |
| | | The Goodland Daily News | Goodland | KS | 1,950 |
| | | The Hays Daily News | Hays | KS | 9,000 |
| | | The Herington Times | Herington | KS | 2,089 |
| | | Hiawatha World | Hiawatha | KS | 2,500 |
| | | The Holton Recorder | Holton | KS | 3,200 |
| | | Hutchinson News | Hutchinson | KS | 30,300 |
| | | The Daily Union | Junction City | KS | 8,000 |
| | | Journal-World | Lawrence | KS | 13,000 |
| | | Louisburg Herald | Louisburg | KS | 1,700 |
| | | Mcpherson Sentinel | McPherson | KS | 4,577 |
| | | The Norton Telegram | Norton | KS | 1,900 |
| | | Bird City Times | Oberlin | KS | 551 |
| | | Colby Free Press | Oberlin | KS | 1,950 |
| | | The Oberlin Herald | Oberlin | KS | 1,850 |
| | | The St. Francis Herald | Oberlin | KS | 1,250 |
| | | Osawatomie Graphic | Osawatomie | KS | 1,975 |
| | | The Ottawa Herald | Ottawa | KS | 4,300 |
| | | Johnson County Sun | Overland Park | KS | 27,000 |
| | | Wednesday Sun | Overland Park | KS | 20,000 |
| | | The Miami County Republic | Paola | KS | 3,550 |
| | | Pittsburg Morning Sun | Pittsburgh | KS | 8,000 |
| | | Linn County News | Pleasanton | KS | 2,300 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|-------|------|-----------|------|-------|-------------|
| | | The Pratt Tribune | Pratt | KS | 1,700 |
| | | Stockton Sentinel | Stockton | KS | 1,443 |
| | | Wellington Daily News | Wellington | KS | 2,600 |
| Kentucky | 227,103 | | | | |
| | | Kentucky Standard | Bardstown | KY | 9,700 |
| | | The Tribune Courier | Benton | KY | 4,700 |
| | | Daily News | Bowling Green | KY | 18,500 |
| | | Edmonson News | Brownsville | KY | 4,079 |
| | | The Cadiz Record | Cadiz | KY | 4,060 |
| | | Times - Tribune | Corbin | KY | 4,695 |
| | | The Advocate Messenger | Danville | KY | 6,150 |
| | | Dawson Springs Progress | Dawson Springs | KY | 1,500 |
| | | Lyon County Herald-Ledger | Eddyville | KY | 2,040 |
| | | The State Journal | Frankfort | KY | 9,000 |
| | | The Fulton Leader | Fulton | KY | 1,800 |
| | | Georgetown News Graphic | Georgetown | KY | 4,200 |
| | | Greenup County News-Times | Greenup | KY | 2,587 |
| | | Hazard Herald | Hazard | KY | 5,300 |
| | | Kentucky New Era | Hopkinsville | KY | 9,000 |
| | | Fort Campbell Courier | Hopkinsville | KY | 18,000 |
| | | Journal Enterprise | Hopkinsville | KY | 2,500 |
| | | Grayson Co. News - Gazett | Leitchfield | KY | 3,000 |
| | | Casey County News | Liberty | KY | 4,600 |
| | | The Sentinel-Echo | London | KY | 6,987 |
| | | The Daily News | Middlesboro | KY | 6,597 |
| | | The Wayne County Outlook | Monticello | KY | 4,446 |
| | | Union County Advocate | Morganfield | KY | 4,000 |
| | | Henry County Local | New Castle | KY | 4,975 |
| | | The Jessamine Journal | Nicholasville | KY | 3,500 |
| | | The Eagle Post | Oak Grove | KY | 4,500 |
| | | Messenger - Inquirer | Owensboro | KY | 25,000 |
| | | The Messenger | Owensboro | KY | 7,000 |
| | | Appalachian News Express | Pikeville | KY | 6,766 |
| | | The Floyd County Times | Prestonsburg | KY | 6,574 |
| | | The Times - Leader | Princeton | KY | 4,500 |
| | | News Democrat & Leader | Russellville | KY | 3,000 |
| | | The Pioneer News | Shepherdsville | KY | 7,000 |
| | | Taylorsville Spencer Magn | Taylorsville | KY | 3,654 |
| | | The Mccreary County Recor | Whitley City | KY | 3,043 |
| | | The Winchester Sun | Winchester | KY | 3,150 |
| | | Vincennes Sun-Commercial | Vincennes | KY | 7,000 |
| Louisiana | 30,114 | | | | |
| | | Bastrop Daily Enterprise | Bastrop | LA | 4,567 |
| | | Bogalusa Daily News | Bogalusa | LA | 3,383 |
| | | Beauregard Daily News | DeRidder | LA | 3,500 |
| | | Ascension Citizen | Gonzales | LA | 7,164 |
| | | The Jena - Times | Jena | LA | 4,000 |
| | | Leesville News Leader | Leesville | LA | 3,500 |
| | | Southwest Daily News | Sulphur | LA | 4,000 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| Maine | 61,500 | | | | |
| | | Kennebec Journal & Mornin | Augusta | ME | 25,000 |
| | | Sun Journal | Lewiston | ME | 36,500 |
| | | | | | |
| Maryland | 23,600 | | | | |
| | | The Times Record | Denton | MD | 2,200 |
| | | The Star Democrat | Easton | MD | 15,000 |
| | | Kent County News | Easton | MD | 6,400 |
| | | | | | |
| Massachusetts | 61,033 | | | | |
| | | The Sun Chronicle | Attleboro | MA | 25,372 |
| | | The Recorder | Greenfield | MA | 15,422 |
| | | Berkshire Eagle | Pittsfield | MA | 20,239 |
| | | | | | |
| Michigan | 121,728 | | | | |
| | | Big Rapids Pioneer | Big Rapids | MI | 6,000 |
| | | Cadillac News | Cadillac | MI | 7,500 |
| | | Tuscola County Advertiser | Caro | MI | 6,467 |
| | | Cheboygan Daily Tribune | Cheboygan | MI | 4,364 |
| | | The Daily Reporter | Coldwater | MI | 5,937 |
| | | Oceana'S Herald Journal | Hart | MI | 6,200 |
| | | The Hillsdale Daily News | Hillsdale | MI | 6,500 |
| | | The Holland Sentinel | Holland | MI | 11,600 |
| | | Sentinel-Standard | Ionia | MI | 3,146 |
| | | Iron County Reporter | Iron River | MI | 12,000 |
| | | (The Ironwood) Daily Glob | Ironwood | MI | 6,300 |
| | | Ludington Daily News | Ludington | MI | 8,500 |
| | | Manistee News Advocate | Manistee | MI | 5,000 |
| | | The Munising News | Munising | MI | 1,900 |
| | | The Evening News | Sault Ste Marie | MI | 7,612 |
| | | Herald-Palladium | St. Joseph | MI | 13,900 |
| | | Sturgis Journal | Sturgis | MI | 5,250 |
| | | Three Rivers Commerical N | Three Rivers | MI | 3,552 |
| | | | | | |
| Minnesota | 143,772 | | | | |
| | | Aitkin Independent Age | Aitkin | MN | 4,350 |
| | | Farmers Independent | Bagley | MN | 2,040 |
| | | Brainerd Daily Dispatch | Brainerd | MN | 13,803 |
| | | Independent News Herald | Clarissa | MN | 2,000 |
| | | The Pine Journal | Cloquet | MN | 3,300 |
| | | The Pine Knot | Cloquet | MN | 1,450 |
| | | Tri-County News | Cottonwood | MN | 1,343 |
| | | Crookston Daily Times | Crookston | MN | 2,040 |
| | | Grant County Herald | Elbow Lake | MN | 1,600 |
| | | Faribault Daily News | Faribault | MN | 5,100 |
| | | Herald Review | Grand Rapids | MN | 7,624 |
| | | Granite Falls Advocate-Tr | Granite Falls | MN | 2,689 |
| | | The Daily Tribune | Hibbing | MN | 6,597 |
| | | Mille Lacs Messenger | Isle | MN | 3,800 |
| | | Montevideo American News | Montevideo | MN | 3,654 |
| | | Owatonna People'S Press | Owatonna | MN | 6,102 |
| | | The Paynesville Press | Paynesville | MN | 2,640 |
| | | The Redwood Falls Gazette | Redwood Falls | MN | 3,958 |
| | | Post-Bulletin | Rochester | MN | 37,700 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Sleepy Eye Herald - Dispa | Sleepy Eye | MN | 1,530 |
| | | St. James Plaindealer | St. James | MN | 2,338 |
| | | St. Peter Herald | St. Peter | MN | 1,856 |
| | | Staples World | Staples | MN | 1,800 |
| | | Thief River Falls Times | Thief River Falls | MN | 4,477 |
| | | The Mesabi Daily News | Virginia | MN | 9,642 |
| | | Westbrook Sentinel/Tribun | Westbrook | MN | 1,339 |
| | | Winona Daily News | Winona | MN | 9,000 |
| Mississippi | 82,461 | | | | |
| | | The Panolian | Batesville | MS | 4,500 |
| | | Panola Partnership | Batesville | MS | 2,000 |
| | | Rankin County News | Brandon | MS | 8,119 |
| | | Bolivar Commerical | Cleveland | MS | 6,000 |
| | | The Meteor | Crystal Springs | MS | 2,200 |
| | | The Daily Star | Grenada | MS | 5,671 |
| | | The Lamar Times | Hattiesburg | MS | 10,000 |
| | | Copiah County Courier | Hazelhurst | MS | 2,750 |
| | | The South Reporter | Holly Springs | MS | 5,200 |
| | | The Chronicle | Laurel | MS | 7,500 |
| | | The Meridian Star | Meridian | MS | 9,476 |
| | | Lawrence County Press | Monticello | MS | 1,300 |
| | | Spirit Of Morton | Morton | MS | 1,045 |
| | | The Democrat | Senatobia | MS | 4,500 |
| | | Starkville Daily News | Starkville | MS | 5,970 |
| | | The Tylertown Times | Tylertown | MS | 2,250 |
| | | Daily Times Leader | West Point | MS | 3,980 |
| Missouri | 223,404 | | | | |
| | | Aurora Advertiser | Aurora | MO | 1,200 |
| | | The North Stoddard Counti | Bloomfield | MO | 1,400 |
| | | Bolivar Herald -Free Pres | Bolivar | MO | 5,500 |
| | | Boonville Daily News | Boonville | MO | 1,537 |
| | | Buffalo Reflex | Buffalo | MO | 5,950 |
| | | Lake Sun Leader | Camdenton | MO | 4,975 |
| | | The Carthage Press | Carthage | MO | 1,300 |
| | | Democrat-Argus | Caruthersville | MO | 2,040 |
| | | The Concordian | Concordia | MO | 2,600 |
| | | The Daily Statesman | Dexter | MO | 2,000 |
| | | The Fulton Sun | Fulton | MO | 4,770 |
| | | Liberty Tribune | Gladstone | MO | 10,500 |
| | | Hannibal Courier-Post | Hannibal | MO | 8,457 |
| | | The Examiner | Independence | MO | 10,500 |
| | | The Kearney Courier | Kearney | MO | 3,000 |
| | | The Daily Dunklin Democra | Kennett | MO | 2,200 |
| | | Kirksville Daily Express | Kirksville | MO | 3,000 |
| | | The Lebanon Daily Record | Lebanon | MO | 5,772 |
| | | Gladstone Dispatch | Liberty | MO | 18,000 |
| | | Delta News Citizen | Malden | MO | 2,000 |
| | | The Banner Press | Marble Hill | MO | 3,200 |
| | | The Marshfield Mall | Marshfield | MO | 5,100 |
| | | Mexico Ledger | Mexico | MO | 5,500 |
| | | Moberly Monitor - Index | Moberly | MO | 2,970 |
| | | Evening Democrat | Moberly | MO | 3,000 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | The Monett Times | Monett | MO | 4,100 |
| | | Neosho Daily News | Neosho | MO | 2,000 |
| | | The Weekly Record | New Madrid | MO | 1,045 |
| | | Christian County Headline | Ozark | MO | 5,300 |
| | | Palmyra Spectator | Palmyra | MO | 2,842 |
| | | Missourian-News | Portageville | MO | 1,100 |
| | | South County Mail | Rogersville | MO | 4,375 |
| | | Rolla Daily News | Rolla | MO | 6,300 |
| | | The Sedalia Democrat | Sedalia | MO | 8,200 |
| | | The Smithville Lake Heral | Smithville | MO | 2,350 |
| | | St. Joseph News-Press | St. Joseph | MO | 30,000 |
| | | The Steele Enterprise | Steele | MO | 1,542 |
| | | Cedar County Republican | Stockton | MO | 3,700 |
| | | South Missourian-News | Thayer | MO | 1,600 |
| | | The Daily Star-Journal | Warrensburg | MO | 5,304 |
| | | Warren County Record | Warrenton | MO | 3,775 |
| | | Washington Missourian | Washington | MO | 13,500 |
| | | Webb City Sentinel | Webb City | MO | 5,000 |
| | | West Plains Daily Quill | West Plains | MO | 4,900 |
| Montana | 118,131 | | | | |
| | | Belgrade News | Belgrade | MT | 3,000 |
| | | Lone Peak Lookout | Big Sky | MT | 4,500 |
| | | The Big Timber Pioneer | Big Timber | MT | 1,400 |
| | | Billings Gazette | Billings | MT | 39,000 |
| | | The Journal News-Opinion | Chinook | MT | 1,500 |
| | | Stillwater County News | Columbus | MT | 1,841 |
| | | Cut Bank Pioneer | Cut Bank | MT | 1,200 |
| | | Dillon Tribune Examiner | Dillon | MT | 2,438 |
| | | The Independent Press | Forsyth | MT | 1,343 |
| | | Ranger Review | Glendive | MT | 3,060 |
| | | Big Horn County New | Hardin | MT | 1,741 |
| | | Havre Daily News | Havre | MT | 4,263 |
| | | The Independent Record Ed | Helena | MT | 13,500 |
| | | Daily Inter Lake | Kalispel | MT | 17,609 |
| | | Lewistown News-Argus | Lewistown | MT | 3,333 |
| | | The Western News | Libby | MT | 3,248 |
| | | The Livingston Enterprise | Livingston | MT | 3,259 |
| | | Laurel Outlook | Livingston | MT | 2,600 |
| | | Miles City Star | Miles City | MT | 3,408 |
| | | Carbon County News | Red Lodge | MT | 2,288 |
| | | Shelby Promoter | Shelby | MT | 1,800 |
| | | The Valierian | Valier | MT | 300 |
| | | West Yellowstone News | West Yellowstone | MT | 1,500 |
| Nebraska | 128,368 | | | | |
| | | Alliance Times-Herald | Alliance | NE | 2,300 |
| | | Ashland Gazette | Ashland | NE | 3,000 |
| | | Beatrice Daily Sun | Beatrice | NE | 5,200 |
| | | Gretna Breeze | Bellevue | NE | 3,000 |
| | | Bellevue Leader | Bellevue | NE | 1,575 |
| | | Custer County Chief | Broken Bow | NE | 3,781 |
| | | The Chadron Record | Chadron | NE | 2,000 |
| | | Columbus Telegram | Columbus | NE | 7,800 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Banner Press | David City | NE | 2,300 |
| | | Fremont Tribune | Fremont | NE | 7,200 |
| | | Gothenburg Times | Gothenburg | NE | 2,338 |
| | | Grand Island Independent | Grand Island | NE | 17,500 |
| | | Journal  - Register | Hebron | NE | 1,500 |
| | | Kearney Hub | Kearney | NE | 13,000 |
| | | Lexington Clipper-Herald | Lexington | NE | 2,985 |
| | | Mccook Daily Gazette | McCook | NE | 5,000 |
| | | The Minden Courier | Minden | NE | 2,239 |
| | | Nebraska City News-Press | Nebraska City | NE | 2,164 |
| | | North Platte Telegraph | North Platte | NE | 10,800 |
| | | Papilliontimes | Papillion | NE | 3,000 |
| | | Ralston Recorder | Papillion | NE | 1,500 |
| | | Nebraska Journal Leader | Ponca | NE | 1,045 |
| | | The Schuyler Sun | Schuyler | NE | 1,782 |
| | | Star Herald | Scottsbluff | NE | 15,300 |
| | | Sun - Telegraph | Sidney | NE | 2,740 |
| | | Syracuse Journal-Democrat | Syracuse | NE | 2,200 |
| | | Wahoo Newspaper | Wahoo | NE | 3,000 |
| | | Waverly News | Waverly | NE | 2,119 |
| Nevada | 39,221 | | | | |
| | | The Battle Mountain Bugle | Battle Mountain | NV | 3,000 |
| | | Nevada Appeal | Carson City | NV | 10,050 |
| | | Ely Times | Ely | NV | 3,045 |
| | | Lincoln County Record | Ely | NV | 2,000 |
| | | Lahontan Valley News | Fallon | NV | 3,150 |
| | | The Record Courier | Gardnerville | NV | 5,000 |
| | | Mineral County Independen | Hawthorne | NV | 1,500 |
| | | North Lake Tahoe Bonanza | Incline Village | NV | 3,900 |
| | | Pahrump Valley Times | Pahrump | NV | 3,000 |
| | | Tonopah Times-Bonanza/Gol | Tonopah | NV | 1,000 |
| | | The Humboldt Sun | Winnemucca | NV | 3,576 |
| New Mexico | 123,636 | | | | |
| | | The Albuquerque Journal | Albuquerque | NM | 78,000 |
| | | The Gallup Independent | Gallup | NM | 22,000 |
| | | Los Alamos Monitor | Las Alamos | NM | 5,582 |
| | | Las Vegas Optic | Las Vegas | NM | 5,074 |
| | | The Lovington Daily Leade | Lovington | NM | 2,040 |
| | | Roswell Daily Record | Roswell | NM | 10,940 |
| New York | 98,926 | | | | |
| | | Sullivan County Democrat | Callicoon | NY | 7,000 |
| | | Genesee Country Express | Dansville | NY | 2,537 |
| | | The Evening Telegram | Herkimer | NY | 2,760 |
| | | The Evening Times | Little Falls | NY | 1,600 |
| | | Lockport Journal | Lockport | NY | 7,000 |
| | | Niagara Gazette Sunday | Niagara Falls | NY | 10,000 |
| | | The Daily Star | Oneonta | NY | 10,908 |
| | | Cooperstown Crier | Oneonta | NY | 1,811 |
| | | The Chronicle-Express | Penn Yan | NY | 3,857 |
| | | Press-Republican | Plattsburgh | NY | 16,643 |
| | | Southern Dutchess News | Wappingers Falls | NY | 8,310 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|-------|------------------|-----------|------|-------|-------------|
| | | Watertown Daily Times | Watertown | NY | 23,800 |
| | | Rochelle News-Leader | Rochelle | NY | 2,700 |
| North Carolina | 307,819 | | | | |
| | | Roanoke-Chowan News Heral | Ahoskie | NC | 10,352 |
| | | The Stanly News & Press | Albemarle | NC | 7,105 |
| | | Times-News | Burlington | NC | 27,352 |
| | | The Sampson Independent | Clinton | NC | 7,000 |
| | | The Herald Sun | Durham | NC | 27,000 |
| | | The Daily Courier | Forest City | NC | 8,000 |
| | | The Franklin Press | Franklin | NC | 8,600 |
| | | The Gaston Gazette | Gastonia | NC | 23,500 |
| | | The Daily Dispatch | Henderson | NC | 8,000 |
| | | The Highlander | Highlands | NC | 2,800 |
| | | The Daily News | Jacksonville | NC | 15,200 |
| | | Independent Tribune | Kannapolis | NC | 10,500 |
| | | Kinston Free Press | Kingson | NC | 8,300 |
| | | Weekly Gazette | LaGrange | NC | 1,492 |
| | | The Laurinburg Exchange | Laurinburg | NC | 4,700 |
| | | News-Topic | Lenoir | NC | 6,900 |
| | | The Dispatch - Lexington | Lexington | NC | 7,500 |
| | | The Robesonian | Lumberton | NC | 13,000 |
| | | The Mcdowell New | Marion | NC | 4,500 |
| | | The News Herald | Morganton | NC | 7,300 |
| | | The Stokes News | Mount Airy | NC | 6,169 |
| | | Mt. Airy News | Mount Airy | NC | 10,961 |
| | | The Sun Journal | New Bern | NC | 11,800 |
| | | The Roanoke Beacon | Plymouth | NC | 4,000 |
| | | Richmond County Daily Jou | Rockingham | NC | 9,751 |
| | | The Sanford Herald | Sanford | NC | 9,000 |
| | | Shelby Star | Shelby | NC | 10,800 |
| | | The Pilot | Southern Pines | NC | 15,000 |
| | | Spring Hope Enterprise | Spring Hope | NC | 2,537 |
| | | Statesville Record & Land | Statesville | NC | 9,200 |
| | | The News Reporter | Whiteville | NC | 9,500 |
| North Dakota | 20,139 | | | | |
| | | Beulah Beacon | Beulah | ND | 863 |
| | | Devils Lake Journal | Devils Lake | ND | 3,400 |
| | | Center Republican | Garrison | ND | 866 |
| | | Mcclean Couty Independent | Garrison | ND | 866 |
| | | Underwood News | Garrison | ND | 866 |
| | | The Leader-News | Garrison | ND | 866 |
| | | Mcclusky Gazette | Garrison | ND | 866 |
| | | Richland County News - Mo | Hankinson | ND | 1,400 |
| | | Hazen Star | Hazen | ND | 866 |
| | | New Town News | New Town | ND | 866 |
| | | Mountrail County Record | Parshall | ND | 866 |
| | | Mountrail County Promoter | Stanley | ND | 866 |
| | | Mclean County Journal | Turtle Lake | ND | 866 |
| | | Valley City Times-Record | Valley City | ND | 2,650 |
| | | Velva Voice | Velva | ND | 866 |
| | | The Daily News | Wahpeton | ND | 2,300 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| Ohio | 398,017 | | | | |
| | | Ada Herald | Ada | OH | 2,000 |
| | | The Akron Beacon Journal | Akron | OH | 86,000 |
| | | The Subarbanite | Akron | OH | 24,000 |
| | | Ashland Times-Gazette | Ashland | OH | 14,209 |
| | | Star Beacon | Ashtabula | OH | 12,684 |
| | | The Athens Messenger | Athens | OH | 8,000 |
| | | Vinton County Courier | Athens | OH | 2,000 |
| | | Gazette Publishing Compan | Bellevue | OH | 4,400 |
| | | The Bryan Times | Bryan | OH | 8,200 |
| | | The Progressor Times | Carey | OH | 2,000 |
| | | Mohawk Leader | Carey | OH | 1,400 |
| | | The Herald | Circleville | OH | 5,000 |
| | | Cresent-News | Defiance | OH | 15,500 |
| | | The Delaware Gazette | Delaware | OH | 8,119 |
| | | The Daily Herald | Delphos | OH | 3,400 |
| | | The Register-Herald | Eaton | OH | 6,700 |
| | | The Courier | Findlay | OH | 18,900 |
| | | The Review Times | Fostoria | OH | 2,700 |
| | | The Galion Inquirer | Galion | OH | 3,045 |
| | | Georgetown News Democrat | Georgetown | OH | 3,460 |
| | | The Daily Advocate | Greenville | OH | 6,500 |
| | | Hillsboro Times Gazette | Hillsboro | OH | 3,637 |
| | | The Jackson County Times- | Jackson | OH | 5,000 |
| | | Logan Daily News | Logan | OH | 4,000 |
| | | Madison Press | London | OH | 5,074 |
| | | Marysville Journal -Tribu | Marysville | OH | 6,000 |
| | | Richwood Gazette | Marysville | OH | 2,000 |
| | | The Independent | Massillon | OH | 8,500 |
| | | The Mount Gilead Weeklies | Mount Gilead | OH | 8,221 |
| | | Northwest Signal | Napoleon | OH | 4,000 |
| | | Perry County Tribune | New Lexington | OH | 4,000 |
| | | Norwalk Reflector | Norwalk | OH | 9,000 |
| | | Putnam County Sentinel | Ottawa | OH | 3,500 |
| | | Piqua Daily Call | Piqua | OH | 6,300 |
| | | The Sidney Daily News | Sidney | OH | 12,937 |
| | | Troy Daily News | Troy | OH | 10,000 |
| | | Urbana Daily Citizen | Urbana | OH | 6,400 |
| | | Times-Bulletin | Van Wert | OH | 2,500 |
| | | Wapakoneta Daily News | Wapakoneta | OH | 3,000 |
| | | Record Herald | Washington Court House | OH | 5,068 |
| | | Fulton County Expositor | Wauseon | OH | 4,750 |
| | | The News Watchman | Waverly | OH | 2,000 |
| | | People'S Defender | West Union | OH | 6,800 |
| | | Wilmington News Journal | Wilmington | OH | 6,400 |
| | | Daily Record | Wooster | OH | 22,328 |
| | | The Xenia Daily Gazette | Xenia | OH | 4,150 |
| | | Fairborn Daily Herald | Xenia | OH | 1,450 |
| | | Beavercreek News Current | Xenia | OH | 2,785 |
| Oklahoma | 112,589 | | | | |
| | | The Ada Evening News | Ada | OK | 5,800 |
| | | Altus Times | Altus | OK | 4,000 |
| | | The Daily Ardmoreite | Ardmore | OK | 8,900 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Blackwell Journal Tribune | Blackwell | OK | 2,000 |
| | | Mcintosh County Democrat | Checotah | OK | 1,900 |
| | | Express-Star | Chickasha | OK | 3,116 |
| | | Daily Progress | Claremore | OK | 4,309 |
| | | Cleveland American | Cleveland | OK | 2,537 |
| | | The Duncan Banner | Duncan | OK | 4,668 |
| | | Durant Daily Democrat | Durant | OK | 6,800 |
| | | The Edmond Sun | Edmond | OK | 2,736 |
| | | Elk City Daily News | Elk City | OK | 5,000 |
| | | Indian Journal | Eufaula | OK | 2,500 |
| | | Fort Gibson Times | Fort Gibson | OK | 1,045 |
| | | Frederick Leader | Frederick | OK | 1,045 |
| | | The Grove Sun | Grove | OK | 2,800 |
| | | Guymon Daily Herald | Guymon | OK | 2,537 |
| | | Mccurtain Daily Gazette | Idabel | OK | 7,450 |
| | | Delaware County Journal | Jay | OK | 2,000 |
| | | Miami News-Record | Miami | OK | 4,200 |
| | | Pauls Valley Daily Democr | Pauls Valley | OK | 1,965 |
| | | The Perkins Journal | Perkins | OK | 3,451 |
| | | Poteau Daily News | Poteau | OK | 4,000 |
| | | The Daily Times | Pryor | OK | 2,061 |
| | | Eastern Times Register | Roland | OK | 1,500 |
| | | Shawnee News-Star | Shawnee | OK | 10,352 |
| | | Stilwell Democrat Journal | Stilwell | OK | 3,422 |
| | | Tahlequah Daily Press | Tahlequah | OK | 3,589 |
| | | Vian Tenkiller News | Vian | OK | 3,000 |
| | | Westville Reporter | Westville | OK | 525 |
| | | Woodward News | Woodward | OK | 3,381 |
| Oregon | 103,846 | | | | |
| | | Baker City Herald | Baker City | OR | 3,000 |
| | | Curry Coastal Pilot | Brookings | OR | 6,000 |
| | | Burns Times-Herald | Burns | OR | 3,045 |
| | | Wallowa County Chieftain | Enterprise | OR | 2,600 |
| | | The Hermiston Herald | Hermiston | OR | 2,379 |
| | | Blue Mountain Eagle | John Day | OR | 2,763 |
| | | Herald And News | Klamath Falls | OR | 17,253 |
| | | The Observer | La Grande | OR | 6,400 |
| | | The Madras Pioneer | Madras | OR | 3,500 |
| | | Mail Tribune | Medford | OR | 20,600 |
| | | Ashland Daily Tidings | Medford | OR | 8,000 |
| | | East Oregonian | Pendleton | OR | 8,006 |
| | | Central Oregonian | Prineville | OR | 3,300 |
| | | The News Review | Roseburg | OR | 17,000 |
| Pennsylvania | 138,556 | | | | |
| | | Corry Evening Journal | Corry | PA | 3,755 |
| | | The Echo-Pilot | Greencastle | PA | 2,537 |
| | | The Wayne Independent | Honesdale | PA | 4,060 |
| | | The Kane Republican | Kane | PA | 2,040 |
| | | (The Susquehanna County) | Montrose | PA | 3,755 |
| | | Derrick Publishing Co. | Oil City | PA | 23,880 |
| | | Republican-Herald | Pottsville | PA | 23,500 |
| | | The Spirit | Punxsutawney | PA | 4,200 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|-------|-------------------|-----------|------|-------|-------------|
| | | The Ridgway Record | Ridgway | PA | 3,146 |
| | | The News Item | Shamokin | PA | 9,200 |
| | | The News-Chronicle | Shippensburg | PA | 4,770 |
| | | The Daily Press | St. Marys | PA | 4,973 |
| | | The Pocono Record | Stroudsburg | PA | 13,000 |
| | | The Daily Item | Sunbury | PA | 19,200 |
| | | The Daily Review | Towanda | PA | 9,540 |
| | | The Record Herald | Waynesboro | PA | 7,000 |
| South Carolina | 130,954 | | | | |
| | | The People-Sentinel | Barnwell | SC | 6,000 |
| | | Marlboro Herald - Advocat | Bennettsville | SC | 7,104 |
| | | Bluffton Today | Bluffton | SC | 12,500 |
| | | Morning News | Florence | SC | 23,000 |
| | | Hampton County Guardian | Hampton | SC | 4,990 |
| | | The Messenger | Hartsville | SC | 3,550 |
| | | The Weekly Observer | Henmingway | SC | 2,040 |
| | | Lake City News & Post | Lake City | SC | 1,371 |
| | | Marion Star & Mullins Ent | Lake City | SC | 2,550 |
| | | The Lancaster News | Lancaster | SC | 13,930 |
| | | The Newberry Observer & H | Newberry | SC | 5,000 |
| | | The Times And Democrat | Orangeburg | SC | 11,000 |
| | | The Pickens Sentinel | Pickens | SC | 4,600 |
| | | Jasper County Sun Times | Ridgeland | SC | 1,324 |
| | | The Daily Journal | Seneca | SC | 7,060 |
| | | The Daily Messenger | Seneca | SC | 1,940 |
| | | The Item | SUMTER | SC | 13,500 |
| | | The Union Daily Times | Union | SC | 6,495 |
| | | The Herald Independent | Winnsboro | SC | 3,000 |
| South Dakota | 34,316 | | | | |
| | | American News | Aberdeen | SD | 11,700 |
| | | Belle Fourche Bee/Post | Belle Fourche | SD | 1,700 |
| | | Central Dakota Times | Chamberlain | SD | 2,438 |
| | | Leader-Courier | Elk Point | SD | 1,200 |
| | | Hot Springs Star | Hot Sprints | SD | 1,200 |
| | | Independent Publishing | Lennox | SD | 2,600 |
| | | Butte County Valley Irrig | Newell | SD | 1,800 |
| | | The New Era | Parker | SD | 1,121 |
| | | Meade County Times Tribun | Sturgis | SD | 2,000 |
| | | Daily Press And Dakotan | Yankton | SD | 8,557 |
| Tennessee | 201,579 | | | | |
| | | Bolivar Bulletin-Times | Bolivar | TN | 1,878 |
| | | Brownsville States-Graphi | Brownsville | TN | 2,500 |
| | | Carroll County News-Leade | Camden | TN | 4,300 |
| | | The Camden Chronicle | Camden | TN | 4,000 |
| | | Cleveland Daily Banner | Cleveland | TN | 15,000 |
| | | Crossville Chronicle | Crossville | TN | 7,899 |
| | | The Herald - News | Dayton | TN | 5,683 |
| | | The Tri-City Reporter | Dyer | TN | 1,500 |
| | | The State Gazette | Dyersburg | TN | 4,500 |
| | | Elk Valley Times | Fayetteville | TN | 7,000 |
| | | The Williamson Herald | Franklin | TN | 5,000 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|-------|------------------|-----------|------|-------|-------------|
| | | The Greeneville Sun | GREENEVILLE | TN | 13,300 |
| | | Chester County Independen | Henderson | TN | 3,200 |
| | | Humboldt Chronicle | Humboldt | TN | 2,500 |
| | | The Standard Banner | Jefferson City | TN | 6,965 |
| | | Herald & Tribune | Jonesborough | TN | 4,400 |
| | | Macon County Times | Lafayette | TN | 4,400 |
| | | The Hartsville Vidette | Lebanon | TN | 2,500 |
| | | The News-Herald | Lenoir City | TN | 5,836 |
| | | Manchester Times | Manchester | TN | 5,000 |
| | | The Daily Times | Maryville | TN | 18,000 |
| | | Southern Standard | McMinnville | TN | 9,950 |
| | | The Oak Ridger | Oak Ridge | TN | 8,119 |
| | | The Pulaski Citizen | Pulaski | TN | 7,500 |
| | | Independent Appeal | Selmer | TN | 7,104 |
| | | Shelbyville Times Gazette | Shelbyville | TN | 10,945 |
| | | Smithville Review | Smithville | TN | 3,500 |
| | | The Advocate & Democrat | Sweetwater | TN | 5,300 |
| | | Claiborne Progress | Tazewell | TN | 5,000 |
| | | Grundy County Herald | Tracy City | TN | 3,500 |
| | | The Wayne County News | Waynesboro | TN | 5,000 |
| | | Herald Chronicle | Winchester | TN | 6,700 |
| | | Cannon Courier | Woodbury | TN | 3,600 |
| Texas | 628,239 | | | | |
| | | Nueces Co. Record Star | Alice | TX | 4,000 |
| | | Alice Echo News-Journal | Alice | TX | 4,567 |
| | | The Freer Press | Alice | TX | 1,542 |
| | | Andrews County News | Andrews | TX | 2,842 |
| | | Athens Daily Review | Athens | TX | 3,724 |
| | | Atlanta Citizens Journal | Atlanta | TX | 3,500 |
| | | Cass County Sun | Atlanta | TX | 1,200 |
| | | Bowie County Citizen Trib | Atlanta | TX | 3,000 |
| | | The Bay City Tribune | Bay City | TX | 4,000 |
| | | Baytown Sun | Baytown | TX | 7,000 |
| | | Big Spring Herald | Big Spring | TX | 4,000 |
| | | Borger News-Herald | Borger | TX | 3,500 |
| | | The Bowie News | Bowie | TX | 3,500 |
| | | Breckenridge American | Breckenridge | TX | 1,550 |
| | | The Banner - Press | Brenham | TX | 6,597 |
| | | The Brownsville Herald | Brownsville | TX | 9,633 |
| | | Brownwood Bulletin | Brownwood | TX | 6,250 |
| | | Bryan-College Station Eag | Bryan | TX | 17,000 |
| | | The Canyon News | Canyon | TX | 2,000 |
| | | Cleburne Times-Review | Cleburne | TX | 3,288 |
| | | Clifton Record | Clifton | TX | 2,300 |
| | | The Comfort News | Comfort | TX | 1,000 |
| | | Corrigan Times | Corrigan | TX | 1,194 |
| | | Houston County Courier | Crockett | TX | 5,176 |
| | | Cuero Record | Cuero | TX | 3,200 |
| | | Yorktown News | Cuero | TX | 1,900 |
| | | The Dalhart Texan | Dalhart | TX | 1,700 |
| | | Edinburg Review | Edinburg | TX | 20,000 |
| | | Jackson County Herald Tri | Edna | TX | 3,600 |
| | | El Campo Leader - News | El Campo | TX | 5,200 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | The Eldorado Success | Eldorado | TX | 2,288 |
| | | The Fairfield Recorder | Fairfield | TX | 3,000 |
| | | Fredericksburg Standard-R | Fredericksburg | TX | 8,500 |
| | | Gainesville Daily Registe | Gainesville | TX | 4,700 |
| | | Galveston County Daily Ne | Galveston | TX | 24,500 |
| | | The Gatesville Messenger | Gatesville | TX | 3,000 |
| | | Star-Forum | Gatesville | TX | 1,060 |
| | | The Gilmer Mirror | Gilmer | TX | 4,000 |
| | | Glen Rose Reporter | Glen Rose | TX | 2,000 |
| | | Lake Country Sun | Graford | TX | 1,990 |
| | | The Graham Leader | Graham | TX | 3,486 |
| | | Greenville Herald-Banner | Greenville | TX | 5,618 |
| | | Groveton News | Groveton | TX | 1,940 |
| | | Valley Morning Star | Harlingen | TX | 14,788 |
| | | Hearne Democrat | Hearne | TX | 2,000 |
| | | Franlkin Advocate | Hearne | TX | 1,300 |
| | | Calvert Tribune | Hearne | TX | 1,300 |
| | | Sabine County Reporter | Hemphill | TX | 3,045 |
| | | Henderson Daily News | Henderson | TX | 6,219 |
| | | Hereford Brand | Hereford | TX | 2,400 |
| | | The Huntsville Item | Huntsville | TX | 3,850 |
| | | Jack County Herald | Jacksboro | TX | 1,050 |
| | | Jacksonville Daily Progre | Jacksonville | TX | 2,200 |
| | | Kerrville Daily Times | Kerrville | TX | 9,000 |
| | | Kingsville Record | Kingsville | TX | 5,000 |
| | | Lamesa Press-Reporter | Lamesa | TX | 3,050 |
| | | Levelland And Hockley Cou | Levelland | TX | 4,900 |
| | | Polk County Enterprise | Livingston | TX | 8,322 |
| | | Longview News Journal | Longview | TX | 30,090 |
| | | #REF! | Longview | TX | 7,650 |
| | | Lubbock Avalanche-Journal | Lubbock | TX | 21,250 |
| | | The Lufkin Daily News | Lufkin | TX | 11,800 |
| | | The Monitor/Leader | Mabank | TX | 4,060 |
| | | The Monitor | Mcallen | TX | 27,998 |
| | | Meridian Tribune | Meridian | TX | 1,800 |
| | | The Mexia Daily News | Mexia | TX | 1,700 |
| | | Hubbard City News | Mexia | TX | 700 |
| | | Midland Reporter-Telegram | Midland | TX | 13,000 |
| | | Mineral Wells Index | Mineral Wells | TX | 2,291 |
| | | The Daily Tribune | Mt. Pleasant | TX | 5,000 |
| | | Muleshoe Journal | Muleshoe | TX | 1,500 |
| | | The Daily Sentinel | Nacogodoches | TX | 8,000 |
| | | New Braunfels Herald-Zeit | New Braunfels | TX | 10,700 |
| | | Odessa American | Odessa | TX | 27,121 |
| | | The Olney Enterprise | Olney | TX | 1,400 |
| | | Palestine Herald - Press | Palestine | TX | 5,096 |
| | | The Pampa News | Pampa | TX | 3,100 |
| | | Steel Country Bee | Pittsburg | TX | 2,400 |
| | | Pittsburg Gazette | Pittsburg | TX | 2,500 |
| | | Plainview Daily Herald | Plainview | TX | 3,500 |
| | | The Port Lavaca Wave | Port Lavaca | TX | 4,567 |
| | | Raymondville Chronicle | Raymondville | TX | 1,500 |
| | | Willacy County News | Raymondville | TX | 1,000 |
| | | Rockport Pilot | Rockport | TX | 4,200 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | San Marcos Daily Record | San Marcos | TX | 3,400 |
| | | Seguin Gazette-Enterprise | Seguin | TX | 6,597 |
| | | San Jacinto News-Times | Shepherd | TX | 2,239 |
| | | The Snyder Daily News | Snyder | TX | 5,582 |
| | | The Coastal Current Weekl | South Padre Island | TX | 31,450 |
| | | Stephenville Empire-Tribu | Stephenville | TX | 4,400 |
| | | Sweetwater Reporter | Sweetwater | TX | 2,500 |
| | | The Teague Chronicle | Teague | TX | 2,537 |
| | | Trinity Standard | Trinity | TX | 2,388 |
| | | The Uvalde Leader-News | Uvalde | TX | 4,975 |
| | | The Vernon Daily Record | Vernon | TX | 4,669 |
| | | Waco Tribune - Herald | Waco | TX | 37,000 |
| | | Waxahachie Daily Light | Waxahachie | TX | 4,700 |
| | | The Weatherford Democrat | Weatherford | TX | 3,353 |
| | | Mid Valley Town Crier | Weslaco | TX | 22,600 |
| | | Wharton Journal - Specta | Wharton | TX | 4,200 |
| | | Van Zandt News | Wills Point | TX | 5,400 |
| | | Tyler County Booster | Woodville | TX | 3,857 |
| Utah | 19,000 | | | | |
| | | Sun-Advocate | Price | UT | 5,800 |
| | | Richfield Reaper | Richfield | UT | 5,700 |
| | | Tooele Transcript Bulleti | Tooele | UT | 7,500 |
| Vermont | 25,158 | | | | |
| | | Bennington Banner | Bennington | VT | 5,200 |
| | | Brattleboro Reformer | Brattleboro | VT | 7,000 |
| | | The Newport Daily Express | Newport | VT | 3,969 |
| | | St. Albans Messenger | St. Albans | VT | 6,089 |
| | | Deerfield Valley News | West Dover | VT | 2,900 |
| Virginia | 163,931 | | | | |
| | | Washington County News | Abingdon | VA | 1,700 |
| | | Bedford Bulletin | Bedford | VA | 7,500 |
| | | Bristol Herald Courier | Bristol | VA | 30,000 |
| | | The Farmville Herald | Farmville | VA | 6,000 |
| | | The Floyd Press | Floyd | VA | 4,500 |
| | | The Gazette | Galax | VA | 8,000 |
| | | Page News And Courier | Harrisonburg | VA | 7,815 |
| | | Shenandoah Valley-Herald | Harrisonburg | VA | 3,700 |
| | | Valley Banner | Harrisonburg | VA | 3,900 |
| | | Daily News-Record | Harrisonburg | VA | 24,000 |
| | | The Carroll News | Hillsville | VA | 6,766 |
| | | The News - Gazette | Lexington | VA | 8,000 |
| | | Smyth County News & Messe | Marion | VA | 4,275 |
| | | Richlands News-Press | Richlands | VA | 3,025 |
| | | Clinch Valley News | Richlands | VA | 1,500 |
| | | The Gazette-Virginian | South Boston | VA | 9,500 |
| | | Northern Virginia Daily | Strasburg | VA | 10,000 |
| | | The Winchester Star | Winchester | VA | 17,000 |
| | | Wytheville Enterprise | Wytheville | VA | 5,100 |
| | | The Bland Messenger | Wytheville | VA | 1,650 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| Washington | 46,424 | | | | |
| | | Daily Record | Ellensburg | WA | 6,268 |
| | | Grandview Herald | Grandview | WA | 2,040 |
| | | The (Omak-Okanogan County | Omak | WA | 5,771 |
| | | Record Bulletin | Prosser | WA | 3,045 |
| | | Daily Sun News | Sunnyside | WA | 3,300 |
| | | Yakima Herald-Republic | Yakima | WA | 26,000 |
| West Virginia | 36,088 | | | | |
| | | Gilbert Times | Gilbert | WV | 1,700 |
| | | Lincoln Journal | Hamlin | WV | 1,000 |
| | | Ritchie Gazette | Harrisville | WV | 3,857 |
| | | Mineral Daily News Tribun | Keyser | WV | 4,200 |
| | | Montgomery Herald | Montgomery | WV | 1,100 |
| | | The Fayette Tribune | Oak Hill | WV | 1,300 |
| | | Independent Herald | Pineville | WV | 2,000 |
| | | Princeton Times | Princeton | WV | 5,200 |
| | | The Star Herald | Ravenswood | WV | 12,179 |
| | | Braxton Democrat-Central | Sutton | WV | 3,552 |
| Wisconsin | 132,637 | | | | |
| | | Amery Free Press | Amery | WI | 5,100 |
| | | The Daily Press | Ashland | WI | 6,000 |
| | | The Baldwin Bulletin | Baldwin | WI | 1,900 |
| | | Barron News - Shield | Barron | WI | 4,000 |
| | | Daily Citizen | Beaver Damn | WI | 7,950 |
| | | Jackson County Chronicle | Black River Falls | WI | 2,000 |
| | | The Chetek Alert | Chetek | WI | 2,900 |
| | | Cumberland Advocate | Cumberland | WI | 2,139 |
| | | Vilas County News - Revie | Eagle River | WI | 6,120 |
| | | Daily Jefferson County Un | Fort Atkinson | WI | 7,300 |
| | | Sawyer County Record | Hayward | WI | 4,776 |
| | | The Janesville Gazette | Janesville | WI | 20,000 |
| | | Grant County Herald Indep | Lancaster | WI | 3,400 |
| | | Eagle Herald | Marinette | WI | 9,000 |
| | | Juneau County Star-Times | Mauston | WI | 2,210 |
| | | The Monroe Times | Monroe | WI | 5,074 |
| | | Osceola Sun | Osceola | WI | 2,139 |
| | | The Park Falls Herald | Park Falls | WI | 1,600 |
| | | Price County Publications | Phillips | WI | 2,500 |
| | | The Platteville Journal | Platteville | WI | 3,900 |
| | | Portage Daily Register | Portage | WI | 4,400 |
| | | Baraboo News Republic | Portage | WI | 3,950 |
| | | Reedsburg Times Press | Reedsburg | WI | 800 |
| | | The Sauk Prairie Eagle | Sauk City | WI | 1,650 |
| | | Spooner Advocate | Spooner | WI | 4,229 |
| | | The County Journal | Washburn | WI | 1,900 |
| | | Times Publishing Company | Watertown | WI | 8,050 |
| | | The Waushara Argus | Wautoma | WI | 5,500 |
| | | Wisconsin Dells Events | Wisconsin Dells | WI | 2,150 |
| Wyoming | 65,988 | | | | |
| | | Casper Star-Tribune | Casper | WY | 20,000 |
| | | Douglas Budget | Douglas | WY | 5,500 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | The News-Record | Gillette | WY | 9,950 |
| | | The Journal | Landers | WY | 4,191 |
| | | The Powell Tribune | Powell | WY | 3,045 |
| | | The Ranger | Riverton | WY | 5,400 |
| | | Daily Rocket-Miner | Rock Sprints | WY | 7,000 |
| | | Sheridan Press | Sheridan | WY | 5,200 |
| | | The Sundance Times | Sundance | WY | 1,642 |
| | | Northern Wyoming Daily Ne | Worland | WY | 4,060 |
| **Total U.S.** | **6,122,709** | | | | |

Source: APCT newspaper carrier list and circulation May 2015