# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT H

# THE WALL STREET JOURNAL.

## Advertising Editions & Regions

## Total Print Circulation: 1,356,291

| Western Edition | 334,556 |
|---|---|
| Pacific/Northwest | 46,783 |
| Rocky Mountain | 49,398 |
| Northern California | 86,652 |
| Southern California | 118,553 |
| Arizona | 36,222 |

| Central Edition | 416,182 |
|---|---|
| Minneapolis | 39,407 |
| Ohio | 82,313 |
| Detroit | 42,905 |
| Chicago | 63,117 |
| St. Louis | 19,784 |
| Kansas City | 14,724 |
| Texas | 120,249 |
| Dallas/Fort Worth | 44,795 |
| Houston | 31,992 |

| Eastern Edition | 605,553 |
|---|---|
| New England | 84,359 |
| Greater New York | 171,288 |
| Philadelphia | 38,885 |
| Washington/Baltimore | 61,199 |
| Southern | 220,984 |
| South Atlantic | 93,497 |
| Florida | 127,487 |

No Ad Region =

Notes: Three digit numbers refer to postal zip code centers (SCF). Boundaries for all editions and regions are subject to change without further notice. Individual regions do not add to edition totals due to 'no ad region' and territories covered by multiple ad regions. Alaska and Hawaii not shown to scale.

Sources: Total print circulation, Eastern, Central and Western editions represent average weekday circulation from March 2014 AAM Publisher's Statement. Advertising regions represent a single day's print circulation from March 2014 AAM Publisher's Statement.

