# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT I

# USA TODAY ADVERTISING PRINT MARKETS



**Atlanta**
Monday-Thursday: 41,868
Friday: 46,693

**BOSTON**
Monday-Thursday: 46,144
Friday: 54,682

**CAROLINAS**
Monday-Thursday: 66,881
Friday: 75,739

**CHICAGO**
Monday-Thursday: 49,259
Friday: 59,252

**CINCINNATI**
Monday-Thursday: 34,756
Friday: 40,098

**DALLAS**
Monday-Thursday: 47,294
Friday: 51,915

**DENVER**
Monday-Thursday: 38,729
Friday: 44,674

**DETROIT**
Monday-Thursday: 38,766
Friday: 45,933

**HOUSTON**
Monday-Thursday: 44,254
Friday: 49,146

**KANSAS CITY**
Monday-Thursday: 33,686
Friday: 37,785

**LOS ANGELES**
Monday-Thursday: 78,558
Friday: 90,517

**MINNEAPOLIS**
Monday-Thursday: 24,717
Friday: 28,008

**NASHVILLE**
Monday-Thursday: 28,365
Friday: 31,966

**NEW ORLEANS**
Monday-Thursday: 27,096
Friday: 30,318

**NEW YORK**
Monday-Thursday: 76,046
Friday: 90,510

**NORTH CENTRAL FLORIDA**
Monday-Thursday: 58,249
Friday: 64,678

**PHILADELPHIA**
Monday-Thursday: 33,893
Friday: 38,923

**PHOENIX**
Monday-Thursday: 35,038
Friday: 39,507

**PITTSBURGH/CLEVELAND**
Monday-Thursday: 54,571
Friday: 62,778

**SAN FRANCISCO**
Monday-Thursday: 38,793
Friday: 45,033

**SEATTLE**
Monday-Thursday: 31,817
Friday: 38,674

**SOUTH FLORIDA**
Monday-Thursday: 33,701
Friday: 37,342

**ST. LOUIS**
Monday-Thursday: 31,808
Friday: 35,601

**WASHINGTON/BALTIMORE**
Monday-Thursday: 57,678
Friday: 67,112

Source: Sept. 2014 AAM Publisher's Statement (print copies only)