# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT J



## New York Times Print Circulation: Top 50 DMAs
Source: 2013 AAM (formerly ABC) Audit Report

| Rank | DMA | The New York Times Friday | Sunday | | Rank | DMA | The New York Times Friday | Sunday |
|---|---|---|---|---|---|---|---|---|
| 1 | New York | 312,806 | 430,248 | | 26 | Baltimore | 7,415 | 13,184 |
| 2 | Los Angeles | 24,157 | 40,291 | | 27 | Indianapolis | 2,426 | 4,454 |
| 3 | Chicago | 22,797 | 35,421 | | 28 | San Diego | 6,381 | 10,561 |
| 4 | Philadelphia | 27,238 | 46,289 | | 29 | Nashville | 1,803 | 3,790 |
| 5 | Dallas-Ft Worth | 6,335 | 10,110 | | 30 | Hartford & New Haven | 15,818 | 26,287 |
| 6 | San Francisco-Oak-San Jose | 34,229 | 56,679 | | 31 | Kansas City | 2,562 | 4,264 |
| 7 | Boston (Manchester) | 29,369 | 49,734 | | 32 | Columbus, OH | 3,147 | 4,660 |
| 8 | Washington, DC (Hagrstwn) | 28,674 | 46,818 | | 33 | San Antonio | 1,621 | 2,566 |
| 9 | Atlanta | 10,200 | 14,291 | | 34 | Salt Lake City | 4,050 | 3,884 |
| 10 | Houston | 6,081 | 9,907 | | 35 | Milwaukee | 3,101 | 5,089 |
| | | | | | 36 | Cincinnati | 3,970 | 5,609 |
| | Top 10 DMAs | 501,886 | 739,788 | | 37 | Greenvll-Spart-Ashevll-And | 1,628 | 3,429 |
| | | | | | 38 | West Palm Beach-Ft. Pierce | 17,243 | 24,540 |
| 11 | Phoenix (Prescott) | 6,853 | 11,424 | | 39 | Austin | 4,189 | 7,185 |
| 12 | Detroit | 9,449 | 15,149 | | 40 | Grand Rapids-Kalmzoo-B.Crk | 1,191 | 2,326 |
| 13 | Tampa-St. Pete (Sarasota) | 7,964 | 13,418 | | 41 | Las Vegas | 2,085 | 2,891 |
| 14 | Seattle-Tacoma | 13,148 | 20,720 | | 42 | Norfolk-Portsmth-Newpt Nws | 1,328 | 2,955 |
| 15 | Minneapolis-St.Paul | 7,047 | 13,426 | | 43 | Birmingham (Ann and Tusc) | 1,109 | 1,532 |
| 16 | Miami-Ft. Lauderdale | 14,334 | 21,311 | | 44 | Oklahoma City | 796 | 1,189 |
| 17 | Denver | 10,094 | 17,646 | | 45 | Harrisburg-Lncstr-Leb-York | 2,411 | 3,959 |
| 18 | Orlando-Daytona Bch-Melbrn | 4,400 | 7,485 | | 46 | Greensboro-H.Point-W.Salem | 1,687 | 2,505 |
| 19 | Cleveland-Akron (Canton) | 5,259 | 8,934 | | 47 | Albuquerque-Santa Fe | 2,959 | 6,190 |
| 20 | Sacramnto-Stkton-Modesto | 3,378 | 5,559 | | 48 | Jacksonville | 2,312 | 4,881 |
| 21 | St. Louis | 4,357 | 6,348 | | 49 | Louisville | 1,397 | 2,805 |
| 22 | Pittsburgh | 3,926 | 6,542 | | 50 | Memphis | 1,155 | 1,878 |
| 23 | Portland, OR | 6,213 | 11,425 | | | | | |
| 24 | Charlotte | 2,166 | 4,266 | | | Top 50 DMAs | 698,284 | 1,063,593 |
| 25 | Raleigh-Durham (Fayetvlle) | 4,026 | 7,539 | | | | | |
| | | | | | | Balance of DMAs | 93,921 | 157,568 |
| | Top 25 DMAs | 604,500 | 910,980 | | | | | |
| | | | | | | U.S. Circulation | 792,205 | 1,221,161 |
| | | | | | | Total Print Circulation | 797,319 | 1,239,575 |
| | | | | | | **Digital Circulation** | | |
| | | | | | | Replica | 25,130 | 1,915 |
| | | | | | | Non Replica | 1,137,001 | 1,115,061 |
| | | | | | | Total Circulation | 1,959,450 | 2,356,551 |

DMA Ranking based on 2014-2015 Nielsen