# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT K

PART 1

# US1 Distribution

PR Newswire's U.S. Distribution delivers your messages across the most trusted and comprehensive content distribution network in the industry, providing the broadest reach and sharpest targeting available.

## ALABAMA

### Magazine

Coastal Living Magazine (Birmingham)

Southern Living (Birmingham)

Southern Breeze (Gulf Shores)

Civil Air Patrol News (Maxwell AFB)

Business Alabama Monthly (Mobile)

Prime Montgomery (Montgomery)

Fabricating & Metalworking Magazine (Pinson)

### News Service

Associated Press - Birmingham Bureau (Birmingham)

Associated Press - Mobile Bureau (Mobile)

Associated Press - Montgomery Bureau (Montgomery)

### Newspaper

The Sand Mountain Reporter (Albertville)

The Outlook (Alexander)

Anniston Star (Anniston)

Athens News Courier (Athens)

Atmore Advance (Atmore)

Lee County Eagle, The (Auburn)

Auburn Plainsman (Auburn University)

Baldwin Times (Bay Minette)

Birmingham Business Journal (Birmingham)

Birmingham News, The (Birmingham)

Birmingham Post-Herald (Birmingham)

Business Alabama Monthly - Birmingham Bureau (Birmingham)

Cherokee County Herald (Centre)

Cullman Times (Cullman)

Decatur Daily (Decatur)

Dothan Eagle (Dothan)

Enterprise Ledger (Enterprise)

Fairhope Courier (Fairhope)

Courier Journal (Florence)

Florence Times Daily (Florence)

Times Daily (Florence)

Fort Payne Times-Journal (Fort Payne)

Gadsden Times, The (Gadsden)

Latino News (Gadsen)

News-Herald (Geneva)

Huntsville Times, The (Huntsville)

Daily Mountain Eagle, The (Jasper)

Fairhope Courier, The (Mobile)

Mobile Press-Register (Mobile)

Montgomery Advertiser (Montgomery)

Opelika-Auburn News (Opelika)

Pelican, The (Orange Beach)

The Citizen of East Alabama (Phenix City)

Scottsboro Daily Sentinel (Scottsboro)

Selma Times Journal (Selma)

Talladega Daily Home (Talladega)

The Messenger (Troy)

Tuscaloosa News (Tuscaloosa)



## Online

AL.com (Birmingham)

Heraldnewsmedia.com (Birmingham)

CullmanSense (Cullman)

The Adventures of Boogerhead and Me (Elmore)

Best Mom Reviews (Gadsden)

Latino-News.com (Gadsden)

Momgadget.com (Greensboro)

landofcotton.com (Munford)

## Radio

WAVU-AM (Albertville)

WQSB-FM (Albertville)

WAAO-FM (Andalusia)

WHOG-AM (Anniston)

WRAB-AM (Arab)

WKAC-AM (Athens)

WVNN-FM (Athens)

WANI-AM (Auburn)

PRX (Bessemer)

Metro Networks - Birmingham Bureau (Birmingham)

WAPI-AM (Birmingham)

WAPI-AM (Birmingham)

WBHM-FM (Birmingham)

WDXB-FM (Birmingham)

WENN-AM (Birmingham)

WERC-AM (Birmingham)

WMJJ-FM (Birmingham)

WQEN-FM (Birmingham)

WSGN-FM  Gadsden State Community College (Birmingham)

WYDE-FM (Birmingham)

WZNN-FM (Birmingham)

WZZK-FM (Birmingham)

WDRM-FM (Decatur)

WOOF-AM (Dothan)

WOOF-FM (Dothan)

WQLT-FM (Florence)

WAAX-AM (Gadsden)

WQZX-FM (Greenville)

WTWX-FM (Guntersville)

WYDE-AM (Homewood)

WYDE-FM (Homewood)

WBHP-AM (Huntsville)

WDYF-AM (Huntsville)

WJOU-FM (Huntsville)

WLBF-AM (Huntsville)

WLRH-FM (Huntsville)

WRSA-FM (Huntsville)

WSTF-AM (Huntsville)

WTAK-FM (Huntsville)

WLJS-FM (Jacksonville)

WWXQ-FM (Madison)

WKSJ-FM (Mobile)

WMXC-FM (Mobile)

WNTM-AM (Mobile)

WRKH-FM (Mobile)

WMFC-AM (Monroeville)

WMFC-FM (Monroeville)

WHLW-FM (Montgomery)

WLWI-AM (Montgomery)

WVAS-FM (Montgomery)

WWMG-FM (Montgomery)

WZHT-FM (Montgomery)

WJAB-FM (Normal)

WMBU-FM (Northport)

WMBV-FM (Northport)

WMFT-FM (Northport)

WRNF-FM (Northport)

WKKR-AM (Opelika)

WMXA-AM (Opelika)

WTLM-AM (Opelika)

WZMG-AM (Opelika)

WAMI-AM (Opp)

PR Newswire
A UBM plc company

WTDR-FM (Oxford)

WKXX-FM (Rainbow City)

WDXX-FM (Selma)

WACQ-AM (Tallassee)

WTSU-FM (Troy)

WQPR-FM (Tuscaloosa)

WUAL-FM (Tuscaloosa)

## Television

Metro Networks - Birmingham Bureau (Birmingham)

WBMA-TV (Birmingham)

WBRC-TV (Birmingham)

WIAT-TV (Birmingham)

WVTM-TV (Birmingham)

WDHN-TV (Dothan)

WTVY-TV (Dothan)

WAAY-TV (Huntsville)

WAFF-TV (Huntsville)

WHDF-TV (Huntsville)

WHNT-TV (Huntsville)

WALA-TV (Mobile)

WKRG-TV (Mobile)

WPMI-TV (Mobile)

Alabama Public Television (Montgomery)

Raycom Corporate (Montgomery)

WAKA-TV (Montgomery)

WNCF-TV (Montgomery)

WSFA-TV (Montgomery)

WCFT-TV (Tuscaloosa)

WVUA-TV (LPTV) (Tuscaloosa)

## ALASKA

## Magazine

Alaska Oil & Gas Reporter (Anchorage)

## News Service

Associated Press - Anchorage Bureau (Anchorage)

Disaster Center, The (Anchorage)

Reuters - Anchorage Bureau (Anchorage)

Associated Press - Juneau Bureau (Juneau)

## Newspaper

Alaska Business Monthly (Anchorage)

Alaska Journal Of Commerce (Anchorage)

Anchorage Daily News (Anchorage)

The Northern Light (Anchorage)

Fairbanks Daily News-Miner (Fairbanks)

University of Alaska Fairbanks (Fairbanks)

Juneau Empire (Juneau)

Los Angeles Times - Juneau Bureau (Juneau)

The Peninsula Clarion Kenai

Ketchikan Daily News (Ketchikan)

Ketchikan News (Ketchikan)

Kodiak Daily Mirror Kodiak

Sitka Daily Sitka Sentinel (Sitka)

Mat-Su Valley Frontiersman (Wasilla)

## Online

Subversify (Adak)

## Radio

Alaska Public Radio Network (Anchorage)

KASH-FM (Anchorage)

KBBO-FM (Anchorage)

KBFX-FM (Anchorage)

KBYR-AM (Anchorage)

KENI-AM (Anchorage)

KFAT-FM (Anchorage)

KFQD-AM (Anchorage)

KGOT-FM (Anchorage)

KMBQ-FM (Anchorage)

KNBA-FM (Anchorage)



KRUA-FM (Anchorage)

KSKA-FM (Anchorage)

KXLW-FM (Anchorage)

KYMG-FM (Anchorage)

KBRW-AM (Barrow)

KBRW-AM/FM (Barrow)

KYUK-AM (Bethel)

KYUK-FM (Bethel)

KCUK-FM (Chevak)

KDLG-AM (Dillingham)

KFAR-AM (Fairbanks)

KFBX-AM (Fairbanks)

KIAK-FM (Fairbanks)

KUAC-FM (Fairbanks)

KZPA-AM (Fort Yukon)

KCAM-AM (Glennallen)

KHNS-FM (Haines)

KBBI-AM (Homer)

KGTL-AM (Homer)

KPEN-FM (Homer)

KWVV-FM (Homer)

KINY-AM (Juneau)

KSUP-FM (Juneau)

KTOO-FM (Juneau)

KDLL-FM (Kenai)

KKIS-FM (Kenai)

KSRM-AM (Kenai)

KWHQ-FM (Kenai)

KFMJ-FM (Ketchikan)

KRBD-FM (Ketchikan)

KMXT- FM (Kodiak)

KMXT-FM (Kodiak)

KOTZ-AM (Kotzebue)

KSKO-AM (McGrath)

KAKN-FM (Naknek)

KICY-AM/FM (Nome)

KNOM-AM (Nome)

KNOM-FM (Nome)

KJNP-FM (North Pole)

KFSK-FM (Petersburg)

KSDP-AM (Sand Point)

KCAW-FM (Sitka)

KUHB-FM (St. Paul)

KNSA-AM (Unalakleet)

KIAL-AM (Unalaska)

KCHU-AM (Valdez)

KSTK-FM (Wrangell)

### Television

Coastal Television Broadcasting Company
   (Anchorage)

KIMO-TV (Anchorage)

KTUU-TV (Anchorage)

KTVA-TV (Anchorage)

KYUR-TV (Anchorage)

K13XD-LP (Fairbanks)

KATN-TV (Fairbanks)

KFXF-TV (Fairbanks)

KTVF-TV (Fairbanks)

KJUD-TV (Juneau)

KJNP-TV (North Pole)

## ARIZONA

### Magazine

ADA Times (Chandler)

BUSRide (Mesa)

Modern Times Magazine (Mesa)

Arizona Business Gazette (Phoenix)

Astaire Magazine (Phoenix)

DRAFT Magazine (Phoenix)

Java Magazine (Phoenix)

Kontakt Magazine (Phoenix)

Latino Perspectives Magazine (Phoenix)

McMurry Publishing (Phoenix)



PR Newswire
A UBM plc company

Outlook Arizona (Phoenix)

Phoenix Magazine (Phoenix)

Sports Arizona Magazine (Phoenix)

Vim & Vigor (Phoenix)

Virgo Publishing (Phoenix)

Arizona Foothills Magazine (Scottsdale)

Desert Living (Scottsdale)

Inform Publishing Group (Scottsdale)

Medical News and Issues (Scottsdale)

Planning Magazine (Scottsdale)

Raising Arizona Kids Magazine (Scottsdale)

So Scottsdale! Magazine (Scottsdale)

Texas Homebuilder (Scottsdale)

West Valley Magazine (Sun City)

MyTekLife Magazine (Tempe)

Inside Tucson Business Magazine (Tucson)

Oser Communications Group (Tucson)

Tucson Lifestyles Magazine (Tucson)

### News Service

Arizona State University (Phoenix)

Associated Press - Phoenix Bureau (Phoenix)

Arizona State University - State-Press (Tempe)

Associated Press - Tucson Bureau (Tucson)

### Newspaper

Apache Junction News (Apache Junction)

Mohave Daily News (Bullhead City)

Casa Grande Dispatch (Casa Grande)

Arizona Daily Sun (Flagstaff)

Flagstaff Daily Sun (Flagstaff)

Gilbert Independent (Gilbert)

TheNeews (Goodyear)

Green Valley News and Sun (Green Valley)

Kingman Daily Miner (Kingman)

Kingman Mohave Daily Miner (Kingman)

Lake Havasu City Today's News-Herald (Lake Havasu City)

West Valley View (Litchfield Park)

East Valley Tribune (Mesa)

Mesa Tribune (Mesa)

Tribune Newspapers (Mesa)

The Nogales International (Nogales)

@West news (Peoria)

Arab America Today (Phoenix)

Arizona Guardian (Phoenix)

Arizona Republic, The (Phoenix)

East Valley Tribune (Phoenix)

Jewish News of Greater Phoenix (Phoenix)

La Voz (Phoenix)

Phoenix Business Journal, The (Phoenix)

School Reform News (Phoenix)

The Sahuarita Sun (Phoenix)

Prescott Courier (Prescott)

Prescott Daily Courier (Prescott)

Copper Basin News (San Manuel)

Au-Authm Action News (Scottsdale)

Tribune (Scottsdale)

Sierra Vista Herald (Sierra Vista/Bisbee)

Sun City Daily News-Sun (Sun City)

College Times (Tempe)

Arizona Daily Star (Tucson)

Daily Territorial (Tucson)

Inside Tucson Business (Tucson)

The Sun (Whikenburg)

La Voz de Yuma (Yuma)

Yuma Daily News-Sun (Yuma)

### Online

Roaming Times (Cave Creek)

Le Belle Amour (Chandler)

FleshEatingZipper (El Mirage)

Embedded.com (Flagstaff)

www.Amigos805.com (Flagstaff)

criminaljusticeprograms.com (Fountain Hills)

NewsHX (Gilbert)

SparkleCore.com (Las Vegas)

www.codeboxmedia.com (Lonoke)

InsiderRacingNews.com (Peoria)

Wake Up America (Peoria)

Wake Up America Blog (Peoria)

Energy Delivery News & Solutions (Peyton)

85239.com (Phoenix)

aviloop.com (Phoenix)

Azinformation.com (Phoenix)

Banner Health (Phoenix)

BusinessJournalism.org (Phoenix)

Cities Planet (Phoenix)

Dagda Mor Media (Phoenix)

el break (Phoenix)

Lovin' Life After 50 (Phoenix)

Loving Life and Living on Less (Phoenix)

Quepasa.com (Phoenix)

Sports Arizona Monthly (Phoenix)

TheNewsist.com (Phoenix)

TrendLuxury (Phoenix)

Unnoticed Observer (Phoenix)

Writer's Helm (Phoenix)

Jenn, Mom of Two Munchkins (San Tan Valley)

Earth911.com (Scottsdale)

EmpowHER, The State Press (Scottsdale)

Metro Source (Scottsdale)

Random Musings (Scottsdale)

bookparkspr.com (Tempe)

PlayWhat.com (Tempe)

Censored News (Tucson)

## Radio

KVRD-FM (Cottonwood)

KYBC-AM (Cottonwood)

KAFF-AM (Flagstaff)

KAFF-FM (Flagstaff)

KNAU-FM (Flagstaff)

KPUB-FM (Flagstaff)

KVNA-AM (Flagstaff)

KGMN-FM (Kingman)

Tri-State News Network (Lake Havasu City)

KJZZ-FM (Mesa)

KXAZ-FM (Page)

KLPZ-AM (Parker)

Arizona Right Report (Phoenix)

KFNN-AM (Phoenix)

KFYI-AM (Phoenix)

KGME-AM (Phoenix)

KHOT-FM (Phoenix)

KKNT-AM Phoenix AZ (Phoenix)

KNIX-FM (Phoenix)

KTAR-AM (Phoenix)

KTAR-FM (Phoenix)

KAHM-FM (Prescott)

KYCA-AM (Prescott)

Metro Networks - Scottsdale Bureau (Scottsdale)

Money Radio 1510 (Scottsdale)

Arizona Public Media (Tucson)

Family Life Communications (Tucson)

KMXZ-FM (Tucson)

KNST-AM (Tucson)

KNST-FM (Tucson)

KUAT-FM (Tucson)

KTNN-AM (Window Rock)

## Television

AZTrib.com (East Valley)

KNAZ-TV (Flagstaff)

Kingman News Channel (Kingman)

AZCentral.com (Phoenix)

KNXV-TV (Phoenix)

KPHO-TV (Phoenix)

KPNX-TV (Phoenix)



KSAZ-TV (Phoenix)

KTAZ-TV (Phoenix)

KTVK-TV (Phoenix)

KTVW-TV (Phoenix)

AZStarNet.com (Tucson)

KGUN-TV (Tucson)

KHRR-TV (Tucson)

KMSB-TV (Tucson)

KOLD-TV (Tucson)

KVOA-TV (Tucson)

KSWT-TV (Yuma)

KYMA-TV (Yuma)

## ARKANSAS

### Magazine

GreenZineAR (Bentonville)

Power Women Magazine (Fountain Lake)

The Trucker (Little Rock)

Mushing Magazine (Willow)

### News Service

Arkansas News Bureau (Little Rock)

Associated Press - Little Rock Bureau (Little Rock)

Tribune Media Services - Little Rock Bureau (Little Rock)

### Newspaper

Arkadelphia Siftings-Herald (Arkadelphia)

Henderson State University - Henderson Or (Arkadelphia)

The Signal (Arkadelphia)

Batesville Guard (Batesville)

Beebe News (Beebe)

Benton Courier (Benton)

Benton County Daily Record (Bentonville)

Blytheville Courier News (Blytheville)

Camden News (Camden)

Log Cabin Democrat (Conway)

El Dorado News-Times (El Dorado)

Northwest AR Times (Fayetteville)

Times-Herald (Forrest City)

Stephens Media Group (Fort Smith)

Times Record (Fort Smith)

Boone County Headlight (Harrison)

Harrison Daily Times (Harrison)

The Daily World (Helena)

Hope Star (Hope)

Hot Springs Sentinel Record (Hot Springs)

Jonesboro Sun (Jonesboro)

Arkansas Banker (Little Rock)

Arkansas Business (Little Rock)

Arkansas Business Publishing Group (Little Rock)

Arkansas Democrat-Gazette (Little Rock)

Arkansas Times (Little Rock)

Baptist Trumpet, The (Little Rock)

Benton Daily Record - Little Rock Bureau (Little Rock)

Little Rock Arkansas Democrat (Little Rock)

Sherwood Voice (Little Rock)

Banner-News (Magnolia)

Malvern Daily Record (Malvern)

Malvern Daily Times (Malvern)

Mountain Home Baxter Bulletin (Mountain Home)

The Nashville News (Nashville)

Newport Independent (Newport)

The Paragould Daily Press (Paragould)

Times Of N.E. Benton County (Pea Ridge)

Pine Bluff Commercial (Pine Bluff)

Arkansas Chronicle (Rogers)

Russellville The Courier (Russellville)

Searcy Citizen (Searcy)

Morning News of Northwest Arkansas (Springdale)

Northwest Arkansas Newspapers (Springdale)

Rogers Hometown News (Springdale)

The Stuttgart Daily Leader (Stuttgart)



## Online

BethArnold.com (Little Rock)

## Radio

KAAB-AM (Batesville)

KBTA-AM (Batesville)

KWOZ-FM (Batesville)

KZLE-FM (Batesville)

University of the Ozarks (KUOZ-LP) (Clarksville)

KFAY-AM (Fayettville)

KQEW-FM (Fordyce)

KBFC-FM (Forrest City)

KXJK-AM (Forrest City)

KTCS-AM (Fort Smith)

KWXI-AM (Glenwood)

Arkansas Radio Network (Little Rock)

KABZ-FM (Little Rock)

KARN-AM (Little Rock)

KARN-FM (Little Rock)

KDJE-FM (Little Rock)

KHKN-FM (Little Rock)

KHLR-FM (Little Rock)

KKPT-FM (Little Rock)

KLAL-FM (Little Rock)

KMJX-FM (Little Rock)

KSSN-FM (Little Rock)

KUAR-FM (Little Rock)

KVSA-AM (McGehee)

KVOM-FM (Morrilton)

KTLO-AM (Mountain Home)

KTLO-FM (Mountain home)

KNBY-AM (Newport)

KJBN-AM (North Little Rock)

KCLA-AM (Pine Bluff)

KURM-AM (Rogers)

KWKK-FM (Russellville)

KWCK-AM (Searcy)

KASU-FM (State University)

KKYR-FM (Texarkana)

KWYN-AM (Wynne)

## Television

KNWA-TV (Fayettville)

KFAA-TV (Fort Smith)

KFSM-TV (Fort Smith)

KHBS-TV (Fort Smith)

KHOG-TV (Fort Smith)

KPOM-TV (Fort Smith)

KSBN-TV (Fort Smith)

KAIT-TV (Jonesboro)

KASN-TV (Little Rock)

KATV-TV (Little Rock)

KLRT-TV (Little Rock)

KTHV-TV (Little Rock)

KTSS-TV (Little Rock)

Talk Business (Little Rock)

## CALIFORNIA

## Magazine

Vanguard News (Acton)

Clean Eating Magazine (Aliso Viejo)

McMullen Argus Publishing (Anaheim)

Pin Up Media (Anaheim)

Bakersfield Life Magazine (Bakersfield)

Dairy Today/Farm Journal (Bakersfield)

KABOOM!! Magazine (Bakersfield)

Bay Area Kids magazine (Bay Point)

Los Angeles Times Magazine (Berkeley)

Mutineer (Berkeley)

Pregnancy Magazine (Berkeley)

celebrity society magazine (Beverly Hills)

B.Couleur Magazine (Burbank)

Contacto Magazine (Burbank)



805 living magazine (Camarillo)

White Digital Media (Carlsbad)

Adams Business Media (Cathedral City)

Mickey News (Clovis)

Ocean Magazine (Corona Del Mar)

OC Weekly (Costa Mesa)

Westways (Costa Mesa)

Real Estate Southern California (Culver City)

Source Interlink (El Segundo)

Brush Buddies (Fontana)

Latino California (Fountain Valley)

What's Happening (Fremont)

Pollstar (Fresno)

Beverly Hills Courier (Glendale)

California Beverage News (Glendale)

Indoor Comfort News (Glendale)

LAFM - Los Angeles Film & Music Magazine (Glendale)

Patterson's California Beverage Journal (Glendale)

Tiger Beat/BOP magazines (Glendale)

Diversity News Magazine (Hollywood)

VNU Publications (Hollywood)

Laguna Beach Magazine (Huntington Beach)

Bow Tie Inc. (Irvine)

Fancy Publications (Irvine)

Luxveria (La Jolla)

Almost Famous (Laguna Beach)

Firebrand Media (Laguna Beach)

Anthem Magazine (Long Beach)

Long Beach Magazine (Long Beach)

944 Magazine Los Angeles (Los Angeles)

Acquire (Los Angeles)

Advertising Age - Los Angeles Bureau (Los Angeles)

Advocate, The (Los Angeles)

Adweek - Los Angeles Bureau (Los Angeles)

AIDS Healthcare Foundation (Los Angeles)

BeE Magazine (Los Angeles)

Brandweek - Los Angeles Bureau (Los Angeles)

BusinessWeek - Los Angeles Bureau (Los Angeles)

California Apparel News (Los Angeles)

California Real Estate (Los Angeles)

Clinical Lab Products (Los Angeles)

Crain Communications (Los Angeles)

Eastern Group Publications, Inc. (Los Angeles)

Echelon Magazine (Los Angeles)

Economist (Los Angeles)

Film Music Magazine (Los Angeles)

German World Magazine (Los Angeles)

Glamoholic magazine (Los Angeles)

Good (Los Angeles)

Hitched Media, Inc. (Los Angeles)

HIV Plus Magazine (Los Angeles)

Hollywood Beat (Los Angeles)

Impact the magazine (Los Angeles)

IN Magazine (Los Angeles)

LA Splash Magazine (Los Angeles)

LA Teen Festival: The Magazine (Los Angeles)

Los Angeles Lawyer (Los Angeles)

Los Angeles Magazine (Los Angeles)

Real Talk LA (Los Angeles)

Runway magazine (Los Angeles)

Screen Actor Magazine (Los Angeles)

Southern California Physician Magazine (Los Angeles)

Thrive (Los Angeles)

Tight Rope Magazine (Los Angeles)

Time - Los Angeles Bureau (Los Angeles)

Treats! Magazine (Los Angeles)

TribuAmericas, Inc. (Los Angeles)

Tu Ciudad (Hispanic) (Los Angeles)

Urban Network (Los Angeles)

Werner Publishing Corporation (Los Angeles)

Where Los Angeles (Los Angeles)

Woodworker West (Los Angeles)

Worth Magazine (Malibu)

Facebook (Menlo Park)

Crittenden's Golf Business and Real Estate (Mission Viejo)

Orange County Bride (Mission Viejo)

Pet Product News (Mission Viejo)

Pet Product News International (Mission Viejo)

Veterinary Practice News (Mission Viejo)

Red Herring (Mountain View)

Asian Journal l San Diego (National City)

Coast Magazine (Newport Beach)

Cuisine Noir Magazine (Oakland)

San Diego Business Magazine (Oceanside)

Official Magazine (Ontario)

Jezebel Magazine (Pacific Palisades)

Tuxedo Road (Pacific Palisades)

Dune Magazine (Palm Springs)

Palm Springs Life (Palm Springs)

Courthouse News (Pasadena)

Institutional Investor Alpha Magazine (Pasadena)

Juriscape (Pasadena)

Mr. Latino Magazine (Patterson)

STN Media (Redondo Beach)

Senior Spectrum (Sacramento)

Kandy magazine (San Diego)

Luxemont (San Diego)

San Diego Home/Garden Lifestyles (San Diego)

San Diego Jewish World (San Diego)

San Diego Magazine (San Diego)

San Diego Technology News (San Diego)

7x7 (San Francisco)

Active Interest Media (San Francisco)

Adweek - San Francisco Bureau (San Francisco)

Afar (San Francisco)

Business 2.0 (San Francisco)

Cyclicals (San Francisco)

InformationWeek (San Francisco)

MacLife (San Francisco)

Newsweek - San Francisco Bureau (San Francisco)

Posh Report (San Francisco)

Wired (San Francisco)

Recharge Asia Magazine (San Gabriel)

BusinessWeek - Silicon Valley Bureau (San Mateo)

Advanstar Communications (Santa Ana)

Hispanic Business (Santa Barbara)

Hispanic Business Inc. (Santa Barbara)

All In magazine (Santa Clarita)

Canon Communications (Santa Monica)

Flaunt Magazine (Santa Monica)

Forbes - Los Angeles Bureau (Santa Monica)

Fortune - Los Angeles Bureau (Santa Monica)

Kimathena Fashion Mag (Santa Monica)

Malibu Magazine (Santa Monica)

Newsweek - Los Angeles Bureau (Santa Monica)

North Bay Biz (Santa Rosa)

Hollywood News Calendar (Sherman Oaks)

Wine Industry Insight (Sonoma)

Maximum PC (South San Francisco)

Gloss Publishing (Studio City)

E.M. Publishing Enterprises, Inc., (Tarzana)

Flossin' Magazine (Temecula)

Wine Country This Month (Templeton)

Bobit Business Media - Auto Trim & Restyling News (Torrance)

Bobit Publishing (Torrance)

Untitled Magazine (Venice)

Affinity Group Publishing/RV Net (Ventura)

ROI Sequoia Valley (Visalia)

Diablo Magazine (Walnut Creek)

Luxlife Magazine (West Hollywood)

West Coast PR Newsletter (Westlake Village)

American Road Magazine (Woodland Hills)

Latin Business (Woodland Hills)

Moxy Magazine (Woodland Hills)

Santa Monica Life Magazine (Woodland Hills)

Weider Publications/American Media (Woodland Hills)



PR Newswire
A UBM plc company

## News Service

Azusa Pacific University (Azusa)

Associated Press - Berkeley Bureau (Berkeley)

Associated Press Television News (Burbank)

Associated Press - Fresno Bureau (Fresno)

Afx News/Agence France-Presse (Hollywood)

Knight-Ridder/Tribune Info. Services - Long Beach Bureau (Long Beach)

Asahi Shimbun (Los Angeles)

Associated Press - Los Angeles Bureau (Los Angeles)

Associated Press All News Network - Los Angeles Bureau (Los Angeles)

Bloomberg News - Los Angeles Bureau (Los Angeles)

City News Service (Los Angeles)

Copley News Service - Los Angeles Bureau (Los Angeles)

Reuters - Los Angeles Bureau (Los Angeles)

Reuters - Variety Entertainment Report (Los Angeles)

Reuters Newspictures (Los Angeles)

Tailor News Service (Los Angeles)

Tribune Media Services (Los Angeles)

United Press International (Los Angeles)

Usc-Annenberg School For Communications (Los Angeles)

Bloomberg News - Marina Del Ray Bureau (Marina Del Rey)

London Features International (Redondo Beach)

Associated Press - Sacramento Bureau (Sacramento)

Bloomberg News - Sacramento Bureau (Sacramento)

Associated Press - San Diego Bureau (San Diego)

Copley News Service (San Diego)

Associated Press - San Francisco Bureau (San Francisco)

Bay City News Service (San Francisco)

Bloomberg News - San Francisco Bureau (San Francisco)

Dow Jones Newswires - San Francisco Bureau (San Francisco)

New America Media (San Francisco)

Reuters - San Francisco Bureau (San Francisco)

Asahi Shimbun Publishing (San Jose)

Associated Press - San Jose Bureau (San Jose)

Nikkei Electronics - Santa Clara Bureau (Santa Clara)

Associated Press - Sherman Oaks Bureau (Sherman Oaks)

Scripps-Howard (Sierra Madre)

Copley Press Newspapers (Torrance)

Associated Press - Orange County Bureau (Tustin)

## Newspaper

Vision Hispana Newspaper (Alameda)

Anaheim Bulletin (Anaheim)

Anaheim Hills News (Anaheim Hills)

City Guide Community Newspaper, Inc. (Antioch)

Auburn Journal (Auburn)

Bakersfield Californian, The (Bakersfield)

Desert Dispatch (Barstow)

Herald-American (Bellflower)

Scot Scoop News (Belmont)

BeniciaNews.com (Benicia)

East Bay Daily News (Berkeley)

Oakland North (Berkeley)

Canyon News (Beverly Hills)

Brea Progress (Brea)

ImpreMedia Digital (Brooklyn)

River Cities Business Journal (Bullhead City)

Burbank Leader (Burbank)

Calaveras Enterprise (Calaveras)

Mojave Desert News (California City)

The Weekly Calistogan (Calistoga)

Ventura County Newspapers Inc. (Camarillo)

Campbell Reporter (Campbell)

Campbell Times (Campbell)



Carlsbad Business Journal (Carlsbad)

San Leandro Times (Castro Valley)

Los Angeles Times - Chatsworth Bureau (Chatsworth)

Chico Enterprise Record (Chico)

ChicoSol (Chico)

American River Messenger (Citrus Heights)

Chinese Biz News (City of Industry)

Daily Pilot (Costa Mesa)

Los Angeles Times - Orange County Edition (Costa Mesa)

OC Metro (Costa Mesa)

OC Weekly (Costa Mesa)

The Coast Report (Costa Mesa)

San Gabriel Valley Business Journal (Covina)

Crescent City Del Norte Triplicate (Crescent City)

Cupertino Courier (Cupertino)

Cypress News (Cypress)

Dana Point News (Dana Point)

Peru News Review (Dana Pt.)

San Ramon Valley Times (Danville)

Davis Enterprise (Davis)

Coastal Community Newspapers (Del Mar)

Desert Local News (Desert Hot Springs)

East County Business News (El Cajon)

Adelante Valle (El Centro)

Imperial Valley Press (El Centro)

El Cerrito Wire (El Cerrito)

Chinese Free Daily News (El Monte)

South Bay Daily Breeze (El Segundo)

Informant Communications Group (Elk Grove)

El Gigante Hispano (Escondido)

Escondido North County Times (Escondido)

Hispanos Unidos (Escondido)

North County Times (Escondido)

Eureka Reporter (Eureka)

Eureka Times-Standard (Eureka)

Daily Republic (Fairfield)

Fairfield Daily Republic (Fairfield)

Mendocino Beacon (Fort Bragg)

The Lagonian (Foster City)

Fountain Valley View (Fountain Valley)

Argus, The (Fremont)

Fremont Argus (Fremont)

Tri-City Voice (Fremont)

Business Journal, The (Fresno)

Fresno Bee (Fresno)

The Sanger Herald (Fresno)

Gilroy Dispatch (Gilroy)

Glendale News-Press (Glendale)

Granite Bay Gazette (Granite Bay)

Grass Valley Union (Grass Valley)

Sonoma West Times & News (Graton)

Half Moon Bay Review (Half Moon Bay)

Hanford Sentinel (Hanford)

Hayward Daily Review (Hayward)

Healdsburg Tribune (Healdsburg)

Hemet News (Hemet)

Hesperia Star (Hesperia)

Hollister Freelance (Hollister)

The Pinnacle (Hollister)

Hollywood Independent (Hollywood)

Huntington Beach Independent (Huntington Beach)

Idyllwild Town Crier (Idyllwild)

Freedom Communications (Irvine)

Irvine Citizen (Irvine)

Irvine World News (Irvine)

Orange County Business Journal (Irvine)

Amador Ledger-Dispatch (Jackson)

La Canada Valley Sun (La Canada Flintridge)

Coastline News (La Quinta)

Laguna Journal (Laguna)

Laguna Beach Coastline Pilot (Laguna Beach)

Laguna Beach News Post (Laguna Beach)

Laguna Niguel News (Laguna Niguel)

Canyon Life (Lake Forest)

Capistrano Valley News (Lake Forest)

Saddleback Valley News (Lake Forest)

Lake County Record Bee (Lakeport)

Lodi News-Sentinel (Lodi)

Lompoc Record (Lompoc)

Daily Forty-Niner (Long Beach)

El Econimico (Long Beach)

Impacto USA (Long Beach)

Long Beach Business Journal (Long Beach)

Long Beach Post (Long Beach)

Long Beach Press-Telegram (Long Beach)

Campus Circle Newspaper (Los Angeles)

Chicago Tribune - Los Angeles Bureau (Los Angeles)

Daily Commerce (Los Angeles)

Daily Sports Seoul USA (Los Angeles)

Downtown News (Los Angeles)

E Scene (Los Angeles)

East Wave (Los Angeles)

El Colombiano (Los Angeles)

H.G. Star (Los Angeles)

Hollywood Reporter, The (Los Angeles)

Investor'S Business Daily (Los Angeles)

Jewish Journal (Los Angeles)

Korea Daily (Los Angeles)

Korea Times (Los Angeles)

Korean Central Daily (Los Angeles)

La Ola (Los Angeles)

La Opinion (Los Angeles)

La Watts Times (Los Angeles)

La Weekly (Los Angeles)

Los Angeles Bulletin (Los Angeles)

Los Angeles Business Journal (Los Angeles)

Los Angeles Citybeat (Los Angeles)

Los Angeles Daily Journal (Los Angeles)

Los Angeles Independent Newspaper Group (Los Angeles)

Los Angeles Loyolan (Los Angeles)

Los Angeles Sentinel (Los Angeles)

Los Angeles Times (Los Angeles)

Los Angeles Times Magazine (Los Angeles)

Los Angeles Times/Washington Post News Service - Los Angeles Bureau (Los Angeles)

Metropolitan News-Enterprise (Los Angeles)

New York Times - Los Angeles Bureau, The (Los Angeles)

Northeast Wave (Los Angeles)

Our Weekly Newspaper (Los Angeles)

Pasadena Star-News (Los Angeles)

Rafu Shimpo (Los Angeles)

Santa Monica Mirror (Los Angeles)

The Korea Times (Los Angeles)

University Of California Los Angeles (Los Angeles)

Urban Light (Los Angeles)

Us Weekly - West Coast Bureau (Los Angeles)

USA Today - Los Angeles Bureau (Los Angeles)

Wall Street Journal - Los Angeles Bureau, The (Los Angeles)

Washington Post - Los Angeles Bureau, The (Los Angeles)

Wave Community Newspapers (Los Angeles)

West Wave (Los Angeles)

Whittier Daily News - Los Angeles Bureau (Los Angeles)

Yomiuri News (Los Angeles)

Jewish Community News (Los Gatos)

Los Gatos Daily News (Los Gatos)

Los Gatos Weekly Times (Los Gatos)

Lynwood Press (Lynwood)

Madera Tribune (Madera)

Malibu Surfside News (Malibu)

Malibu Times (Malibu)

Manteca Bulletin (Manteca)

Marysville Appeal Democrat (Marysville)

Los Angeles Times - Menifee Bureau (Menifee)

Palo Alto Daily News (Menlo Park)

PR Newswire
A UBM plc company

The Almanac (Menlo Park)

Merced Sun-Star (Merced)

Leisure World News (Mission Viejo)

Modesto Bee (Modesto)

Los Angeles Times - Monrovia Bureau (Monrovia)

Monterey County Herald (Monterey)

Chinese Daily News (Monterey Park)

International Daily News (Monterey Park)

Moorpark Star (Moorpark)

Morgan Hill Times (Morgan Hill)

Napa Register (Napa)

Napa Valley Business Times (Napa)

Napa Valley Register (Napa)

Marin Independent Journal (Novato)

Hispanic Today Magazine (Oak Park)

Oakdale Leader (Oakdale)

Alameda Times-Star (Oakland)

Berkeley Tri-City Post (Oakland)

East Bay Express (Oakland)

Oakland Tribune (Oakland)

Ojai Valley News (Ojai)

Business Press, The (Ontario)

Inland Valley Daily Bulletin (Ontario)

Ontario Inland Valley Daily Bulletin (Ontario)

Orange City News (Orange)

Orange County Catholic (Orange)

Oroville Mercury-Register (Oroville)

Oxnard Star (Oxnard)

Newsinc. (Pacifica)

The Chaparral (Palm Desert)

Palm Springs Desert Sun (Palm Springs)

Antelope Valley Press (Palmdale)

La Gaceta (Palmdale)

Palmdale Antelope Valley Press (Palmdale)

Palo Alto Weekly (Palo Alto)

The Daily Post (Palo Alto)

Palos Verdes Peninsula News (Palos Verdes)

Pasadena Star News (Pasadena)

Paso Robles Gazette (Paso Robles)

Petaluma Argus-Courier (Petaluma)

Placentia News-Times (Placentia)

Mountain Democrat (Placerville)

East Bay Business Times (Pleasanton)

Pleasanton Weekly, The (Pleasanton)

Tri-Valley Herald (Pleasanton)

Valley Times (Pleasanton)

Porterville Recorder (Porterville)

Inland Empire Business Journal (Rancho Cucamonga)

Daily News (Red Bluff)

Red Bluff Daily News (Red Bluff)

Record Searchlight, The (Redding)

Redding Record Searchlight (Redding)

Redlands Daily Facts (Redlands)

The Daily Independent (Ridgecrest)

Ripon Record (Ripon)

Business Press, The (Riverside)

La Prensa (Riverside)

Riverside Press-Enterprise (Riverside)

The Banner California Baptist University (Riverside)

Roseville Press-Tribune (Roseville)

Arden Carmichael News (Sacramento)

East Sacramento News (Sacramento)

Land Park News (Sacramento)

Los Angeles Times - Sacramento Bureau (Sacramento)

Natomas Journal (Sacramento)

Oakland Tribune - Sacramento Bureau (Sacramento)

Pocket News (Sacramento)

Sacramento Bee (Sacramento)

Sacramento Business Journal (Sacramento)

Sacramento Observer (Sacramento)

Salinas Californian (Salinas)

Calaveras Enterprise (San Andreas)

San Bernardino County Sun (San Bernardino)

San Bernardino Sun (San Bernardino)

Peninsula Progress (San Bruno)

San Clemente Sun-Post News (San Clemente)

The Bellingham Herald (San Clemente)

Advisor Media Inc. (San Diego)

Dream Villager (San Diego)

La Prensa San Diego (San Diego)

Los Angeles Times - San Diego Bureau (San Diego)

San Diego Business Journal (San Diego)

San Diego Community Newspaper Group (San Diego)

San Diego Daily Transcript (San Diego)

San Diego Lgbt Weekly (San Diego)

San Diego Metropolitan (San Diego)

San Diego Reader (San Diego)

San Diego Union-Tribune (San Diego)

San Diego Voice & Viewpoint News (San Diego)

Voice And Viewpoint (San Diego)

Bay Area Reporter (San Francisco)

El Tecolote (San Francisco)

Independent, The (San Francisco)

Los Angeles Times - San Francisco Bureau (San Francisco)

New York Times - San Francisco Bureau, The (San Francisco)

Nichi Bei Weekly (San Francisco)

Nob Hill Gazette (San Francisco)

San Francisco Bay Guardian (San Francisco)

San Francisco Bay Times (San Francisco)

San Francisco Bay View (San Francisco)

San Francisco Business Times (San Francisco)

San Francisco Chronicle (San Francisco)

San Francisco Daily (San Francisco)

San Francisco Examiner (San Francisco)

SF Weekly (San Francisco)

The City Star (San Francisco)

USA Today - San Francisco Bureau (San Francisco)

Wall Street Journal - San Francisco Bureau, The (San Francisco)

Alianza Metropolitan News (San Jose)

Almaden Resident (San Jose)

Almaden Times (San Jose)

Blossom Valley Times (San Jose)

Cambrian Times (San Jose)

City College Times (San Jose)

El Observador (San Jose)

Evergreen Times (San Jose)

La Oferta Review (San Jose)

Nuevo Mundo (San Jose)

Rose Garden Resident (San Jose)

San Jose City College Times (San Jose)

San Jose Mercury News (San Jose)

Santa Teresa Times (San Jose)

Silicon Valley Business Journal (San Jose)

Silicon Valley/San Jose Business Journal (San Jose)

Spartan Daily, The (San Jose)

Willow Glen Resident (San Jose)

Willow Glen Times (San Jose)

San Luis Obispo County Telegram-Tribune (San Luis Obispo)

San Luis Obispo The Tribune (San Luis Obispo)

Intelligent Enterprise (San Mateo)

San Mateo Daily Journal (San Mateo)

San Mateo Times (San Mateo)

Alex Diaz Productions (Santa Ana)

Orange County Register (Santa Ana)

Santa Ana Orange County Register (Santa Ana)

South Coast Metro News (Santa Ana)

The Notice (Santa Ana)

Pacific Coast Business Times (Santa Barbara)

Santa Barbara Daily Sound (Santa Barbara)

Santa Barbara News-Press (Santa Barbara)

Santa Clara Weekly (Santa Clara)

The Signal (Santa Clarita)



Santa Cruz Sentinel (Santa Cruz)

Santa Maria Times (Santa Maria)

Ask The Advice Goddess (Santa Monica)

The Mainichi Newspapers (Santa Monica)

La Voz (Santa Rosa)

North Bay Business Journal (Santa Rosa)

Press Democrat (Santa Rosa)

Santa Rosa Press Democrat (Santa Rosa)

Saratoga News (Saratoga)

Marin Scope Community Newspapers (Sausalito)

Santa Cruz County Sentinel (Scotts Valley)

Santa Cruz Sentinel (Scotts Valley)

San Fernando Valley Business Journal (Sherman Oaks)

Simi Valley Star (Simi Valley)

El Sol De Sonoma (Sonoma)

Sonoma Index-Tribune (Sonoma)

Sonoma Sun (Sonoma)

The Union Democrat (Sonora)

Union-Democrat (Sonora)

The Lead Type (South Gate)

South Lake Tahoe Tribune (South Lake Tahoe)

Sing Tao Daily News (South San Fransisco)

St. Helena Star (St. Helena)

Central Valley Business Journal (Stockton)

Stockton Record (Stockton)

Sunnyvale Sun (Sunnyvale)

Thousand Oaks Star (Thousand Oaks)

The Tipton Trumpet (Tipton)

Daily Breeze (Torrance)

Ryukyu Shimpo (Torrance)

U.S. Frontline News (Torrance)

San Joaquin Herald (Tracy)

Tracy Press (Tracy)

Valley Voice Newspaper (Tulare)

Tustin News (Tustin)

Ukiah Daily Journal (Ukiah)

Vacaville Reporter (Vacaville)

Signal & Saugus Enterprise, The (Valencia)

Vallejo Times-Herald (Vallejo)

Van Nuys News Press (Van Nuys)

Argonaut, The (Venice)

Los Angeles Times - Ventura Bureau (Ventura)

Ventura County Reporter (Ventura)

Ventura County Star (Ventura)

Mi Estrella (Ventura County)

Daily Press (Victorville)

El Mojave (Victorville)

Victorville Daily Press (Victorville)

Tulare Advance-Register (Visalia)

Visalia Times-Delta (Visalia)

Contra Costa Times (Walnut Creek)

Walnut Creek Contra Costa Times (Walnut creek)

Register-Pajaronian (Watsonville)

San Gabriel Valley Tribune (West Covina)

West Covina San Gabriel Valley Tribune (West Covina)

Pacific Review (West Hollywood)

West Hollywood Independent (West Hollywood)

Westsider (West Los Angeles)

Nguoi Viet 2 (Westminster)

Nguoi Viet Daily News (Westminster)

The Whittier Daily News (Whittier)

Woodland Daily Democrat (Woodland)

Los Angeles Newspaper Group (Woodland Hills)

Siskiyou Daily News (Yreka)

## Online

VatorNews (Alameda)

EDACafe.com (Albany)

Better Parenting (Aliso Viejo)

cd journal (Anaheim Hills)

The City Edition (Antelope)

Electrical News (Arcadia)

www.labeez.org (Arleta)

AmericaJR.com (Banning)



MAPLight.org (Berkeley)

Kounter Kulture (Beverly Hills)

malaikapaul.com (Beverly Hills)

Slebisodes Web Series Guide (Beverly Hills)

SportieLAB (Beverly Hills)

TakePart.com (Beverly Hills)

TheRealChick.com (Beverly Hills)

TheGopNet.com (Brea)

Mom Logic (Burbank)

abilitypath.org (Burlingame)

AgencyEquity.com (Burlingame)

Macaroni Kid Camarillo (Camarillo)

WorkCompCentral.com (Camarillo)

Brewsavvy.com (Carlsbad)

Lightside Reader (Castro Valley)

A Toast To Me (Chino)

Codeforeblog.com (Chula Vista)

The Chocolate Voice (Chula Vista)

TheFrisky.com (Coachella)

JapaneseSportCars.com (Corona)

MyEveryzine (Corona)

Supercomputing Online (Coronado)

Blind Squirrel Games (Costa Mesa)

Orange County Local News Network (Costa Mesa)

FilmRadar.com (Culver City)

The Daily Beast (Culver City)

Healthimize (Cupertino)

SurfShop.com (Dana Point)

The Catholic Business Journal (Danville)

Hometown News Services (Davis)

WalletPop (Davis)

LifePalz.com (El Dorado Hill)

PV-Tech.org (El Dorado Hills)

Corvette Forum (El Segundo)

Mother Nature Network (Encinitas)

Cairns Bulletin (Encino)

BusinessStreetOnline.com (Fresno)

LateUpdate.com (Fresno)

WaterWebster.org (Fullerton)

Hermosa Beach Patch (Hermosa Beach)

Moon Tide Media (Hermosa Beach)

The Chic Moms Guide To Feeling Fabulous (Hermosa Beach)

High Desert Daily (Hesperia)

ehow.com (Hollywood)

HollywoodReporter.com (Hollywood)

The Art of Charm (Hollywood)

Alienbabeltech (Indio)

sahafa.com (Irvine)

The Stiel Report (Irvine)

CompuServe (Laguna Beach)

InnTouch (Laguna Beach)

TeleMapics (Laguna Hills)

ThereArePlaces (Laguna Hills)

TheBestPrice.com (Laguna Niguel)

AftermarketPress.com (Lake Arrowhead)

vidthru.com (Lake Elsinore)

Lake County News (Lakeport)

LoveToKnow.com (Livermore)

The Daily Sports Herald (Long Beach)

OC180NEWS.com (Los Alamitos)

AMFPT (Los Angeles)

Beats4LA.com (Los Angeles)

BlackNewsMagazine.Com (Los Angeles)

CG Channel (Los Angeles)

CommonCentsEconomics.wordpress.com (Los Angeles)

Cookbookpedia (Los Angeles)

Courthouse News Service (Los Angeles)

Daily Candy (Los Angeles)

Digital Media Wire (Los Angeles)

E! Online (Los Angeles)

Edmunds.com (Los Angeles)

Fitnesswhore.com (Los Angeles)

Fox Interactive Media (Los Angeles)

GlobeSt.com (Los Angeles)

Gloss Network for Women (Los Angeles)

HalEsiner.com (Los Angeles)

Hollywoodentertainmentbuff.com (Los Angeles)

Internet Broadcasting Systems, Inc. (Los Angeles)

JohnnyJet.com (Los Angeles)

Just Jared, Inc. (Los Angeles)

Lalawag (Los Angeles)

LAPressClub.org (Los Angeles)

LATimes.com (Los Angeles)

Lighting.com (Los Angeles)

Los Angeles 3D Club Website (Los Angeles)

Madrigal Online (Los Angeles)

MishMash Magazine (Los Angeles)

mommylovestech.com (Los Angeles)

MyLocalHVAC.com (Los Angeles)

Pameno.com (Los Angeles)

Patti's Prattles (Los Angeles)

PHM Publications (Los Angeles)

Popdecay.com (Los Angeles)

QueOndas.com (Los Angeles)

Real Talk LA (Los Angeles)

Social Media World (Los Angeles)

Stuffedtech.com (Los Angeles)

SuiteEvents (Los Angeles)

The Brad Blog (Los Angeles)

The City Maven (Los Angeles)

The Next Family (Los Angeles)

TheBusinessofFilm.com (Los Angeles)

This Yuppie Life (Los Angeles)

toofab.com (Los Angeles)

Topicous (Los Angeles)

Ventureiab.com (Los Angeles)

Vidgees.com (Los Angeles)

VOA - Voice of America (Los Angeles)

world baby report (Los Angeles)

www.entertainmentaffair.com (Los Angeles)

All Access Music Group (Malibu)

The Malibu Times (Malibu)

Automotivedigest.com (Manhattan Beach)

Grades of Green (Manhattan Beach)

Manhattan Beach Momma (Manhattan Beach)

Before It's News (Mill Valley)

Parabolic Arc (Mohave)

L.A. Newser (Monrovia)

SpeedontheWater.com (Moorpark)

News24-680.com (Moraga)

Quote.com (Mountain View)

Yubanet.com (Nevada City)

El Clasificado (Norwalk)

Channel Champion (Novato)

North Bay Bohemian (Novato)

Oakland North (Oakland)

Oakland Science News (Oakland)

WhatTheyThink.com (Oakland)

DivaVillage.com (Orange)

Orange County Online News (Orange)

Themis Media (Orinda)

Alltop (Palo Alto)

Alta Vista (Palo Alto)

Cloud-Implementation.com (Palo Alto)

Connected Social Media (Palo Alto)

Inside Facebook (Palo Alto)

Biotech Crossing (Pasadena)

EmploymentCrossing (Pasadena)

discussUC.com (Paso Robles)

ERE Media (Placentia)

workcompwire.com (Poway)

Cabinet Report (Rancho Cordova)

Loans.org (Rancho Cucamonga)

Excite (Redwood City)

Connect2Download (Riverside)

GGS Gamer (Riverside)

Grab Geek Points (Riverside)

PR Newswire
A UBM plc company

InstantRiverside.com (Riverside)

PE.net (Riverside)

Placer County Online (Rocklin)

Blackagriculture (Sacramento)

Moonandback.com (Sacramento)

Pet Law News (Sacramento)

SexyFeminist.com (Sacramento)

United Reporting (Sacramento)

Zimbio.com (San Carlos)

www.grindtv.com (San Clemente)

ZumaPress (San Clemente)

Active.com (San Diego)

bizSanDiego (San Diego)

Blue Mau Mau (San Diego)

Daily Speculations (San Diego)

Digital Daily News (San Diego)

Health Wellness Gems (San Diego)

JustLuxe.com (San Diego)

Monkey C Media (San Diego)

MySDScience (San Diego)

Outside Comic-Con (San Diego)

Pam's House Blend (blog) (San Diego)

San Diego Earth Times (San Diego)

San Diego Loves Green (San Diego)

Sandiego.com (San Diego)

ScoopSanDiego.com (San Diego)

SheKnows.com (San Diego)

SignOnSanDiego.com (San Diego)

SimplyDumb.com (San Diego)

Such a Smart Mom (San Diego)

The Third Boob (San Diego)

The Versed (San Diego)

Voice of San Diego (San Diego)

AuntMinnie.com (San Francisco)

Babycenter.com (San Francisco)

BeyondChron.org (San Francisco)

BNET (San Francisco)

Circle of Moms (San Francisco)

CleanTechies Blog (San Francisco)

CNAClasses.org (San Francisco)

CNET (San Francisco)

CorrectionsOne.com (San Francisco)

Credit Karma (San Francisco)

Dow Jones MarketWatch.com - San Francisco Bureau (San Francisco)

DrBicuspid (San Francisco)

Drinkhacker.com (San Francisco)

FogCityJournal.com (San Francisco)

GreenCarAdvisor.com (San Francisco)

HIVandHepatitis.com (San Francisco)

Honor Portland (San Francisco)

IESherpa.com (San Francisco)

Indexfunds.com (San Francisco)

Laughing Squid (San Francisco)

Mission Loc@l (San Francisco)

New Colonist, The (San Francisco)

paperloop.com (San Francisco)

PlanetOut.com (San Francisco)

Pology (San Francisco)

SanFranciscoSentinel.com (San Francisco)

SFist.com (San Francisco)

Thrillist.com (San Francisco)

TriplePundit.com (San Francisco)

ZDNet News (San Francisco)

EXODUS Newsmagazine (San Jose)

GreenMomentum.com (San Jose)

Intersect Insight (San Jose)

Paperclipsociety.com (San Jose)

SanFranciscoBayAreaToday.org (San Jose)

Raspwire (San Marcos)

XBLA Ratings (San Marcos)

Caring.com (San Mateo)

quinstreet media, inc. (San Mateo)

Tonic.com (San Mateo)

Green Diva Mom (San Rafael)

Wonderdads (San Rafael)

SoCalThrills.com (Santa Ana)

Voice of OC (Santa Ana)

HispanicBusiness.com (Santa Barbara)

Urban Darling Magazine (Santa Clara)

Yahoo! (Santa Clara)

Just Kids Family Guide (Santa Clarita)

Business.com (Santa Monica)

Glo.com (Santa Monica)

Mahalo.com (Santa Monica)

mocoNews.net (Santa Monica)

NewBeauty.com (Santa Monica)

Outcast Network (Santa Monica)

Wonderwall Latino (Santa Monica)

8 Women Dream (Santa Rosa)

Pin-n-tell (Santee)

Newsfactor.com (Sherman Oaks)

CommPRO.biz (Silver Strand)

On The Surface - Surtex Blog (Simi Valley)

WineBusiness.com (Sonoma)

ImOnlyRicky (Stockton)

myGloss.com (Studio City)

The Clickcast (Studio City)

Africaupdates.com (Sunnyvale)

California Travel News (Sunset Beach)

Planet Style (Sylmar)

Dessert Obsessed (Thousand Oaks)

BurbankNBeyond (Toluca Lake)

Dani's Vanity Blog (Torrance)

Inlandnews (Upland)

Think Youth (blog) (Upland)

NewYorkPudding.com (Valencia)

VallejoNews.com (Vallejo)

TreeLiving.com (Valley Village)

Bitch PhD (Ventura)

StarOnline.com (Ventura)

Things To Do In LA (West Hills)

LA RAG MAG (West Hollywood)

RealGayLA.com (West Hollywood)

US-China Today (West Hollywood)

Vital Juice (West Hollywood)

WEHOville (West Hollywood)

## Radio

KAHI-AM (Auburn)

KAXL-FM (Bakersfield)

KERN-AM (Bakersfield)

KNZR-AM (Bakersfield)

KSMJ-FM (Bakersfield)

KUZZ-FM (Bakersfield)

KRXV-FM (Barstow)

KNHM-FM (Bayside)

KPFA-FM (Berkeley)

Global Radio News (Beverly Hills)

KFWB (Beverly Hills)

KBIG-FM (Burbank)

KFI-AM (Burbank)

KHHT-FM (Burbank)

KIIS-FM (Burbank)

KOST-FM (Burbank)

KYSR-FM (Burbank)

KADV-FM (Ceres)

KCHO-FM (Chico)

KMXI-FM (Chico)

KPAY-AM (Chico)

Westwood One Radio Network (Culver City)

KDRT-FM (Davis)

KRDU-AM (Dinuba)

KUBO-FM (El Centro)

Blourt (El Segundo)

KGOE-AM (Eureka)

KMUE-FM (Eureka)

KDOW-AM (Freemont)

KHGE-FM (Fresno)



KJWL-FM (Fresno)

KMJ-AM (Fresno)

KMJ-FM (Fresno)

KMPO-FM (Fresno)

KSJV-FM (Fresno)

KSOF-FM (Fresno)

KTQX-FM (Fresno)

KYNO-AM (Fresno)

energia productions group (Fullerton)

KBPK-FM (Fullerton)

KIEV-AM (Glendale)

KRLA-AM (Glendale)

KTNQ-AM (Glendale)

KNCO-AM (Grass Valley)

KTYM-AM (Inglewood)

KCDZ-FM (Joshua tree)

KRKC-AM/FM (King City)

KULV-AM University Of La Verne (La Verne)

The Complete Sheet (La Verne)

KPWR-FM (Lakewood)

AER TALK (Los Angeles)

City of Angels Network (Los Angeles)

Dezonmedia (Los Angeles)

healthylife.net (Los Angeles)

KFI-AM kfi640.com (Los Angeles)

KNX-AM (Los Angeles)

KRLA-AM/KLSX-FM (Los Angeles)

Marketplace Productions (Los Angeles)

Metro Networks - Los Angeles Bureau (Los Angeles)

National Public Radio - Los Angeles Bureau (Los Angeles)

Playboy Radio (Los Angeles)

Weekend America (Los Angeles)

KMPO-AM (Mendocino)

KYOS-AM (Merced)

KSBR-FM (Mission Viejo)

KFIV-AM (Modesto)

KRXA-AM (Monterey)

KWAV-FM (Monterey)

Quality News Network (Monterey)

KCAA-AM (Monterey Park)

KMJC-AM (Mt. Shasta)

KVON-AM (Napa)

KPFK-FM (North Hollywood)

themansmanshow (Oakland)

Wisdom Radio (Oakland)

KNWZ-AM (Palm Desert)

KPSI-AM (Palm Springs)

KPCC (Pasadena)

KPCC-FM (Pasadena)

Southern California Public Radio (Pasadena)

KPRL-FM (Paso Robles)

KZYX-FM (Philo)

KKDV-FM (Pleasanton)

KJPR-AM (Redding)

KQMS-AM (Redding)

KRDG-FM (Redding)

KRRX-FM (Redding)

KSHA-FM (Redding)

Green Seed Radio (Redwood City)

KRCB-FM (Rohnert Park)

KFBK-AM (Sacramento)

KFBK-FM (Sacramento)

KHTK-AM (Sacramento)

K-LOVE (Sacramento)

KNTY-FM (Sacramento)

KSAC-AM (Sacramento)

KTKZ-AM (Sacramento)

KUOP-FM (Sacramento)

KXJZ-FM (Sacramento)

KXPR-FM (Sacramento)

KXSR-FM (Sacramento)

KHDC-FM (Salinas)

KION-AM (Salinas)

KOCN-FM (Salinas)



KTOM-FM (Salinas)

KVCR-FM (San Bernardino)

KCBQ-AM (San Diego)

KCBQ-FM (San Diego)

KFMB-AM (San Diego)

KFMB-FM (San Diego)

KGB-FM (San Diego)

KIOZ-FM (San Diego)

KLSD-AM (San Diego)

KMYI-FM (San Diego)

KOGO-AM (San Diego)

KOGO-FM (San Diego)

KPBS-FM (San Diego)

KPRI-FM (San Diego)

KSDS-FM (San Diego)

Metro Networks - San Diego Bureau (San Diego)

The Pet Engineer Radio Show (San Diego)

XTRA-AM (San Diego)

CNET Radio (San Francisco)

KALW-FM (San Francisco)

KCBS-AM (San Francisco)

KFOG-FM (San Francisco)

KFRC-FM (San Francisco)

KGO-AM (San Francisco)

KKGN/KNEW (San Francisco)

KKSF-AM (San Francisco)

KMVQ-FM (San Francisco)

KNBR-AM (San Francisco)

KNEW-AM (San Francisco)

KPOO-FM (San Francisco)

KQED-FM (San Francisco)

KSFO-AM (San Francisco)

Metro Networks - San Francisco Bureau (San Francisco)

KBAY-FM (San Jose)

KEZR-FM (San Jose)

KLIV-AM (San Jose)

KLOK-AM (San Jose)

KRTY-FM (San Jose)

Eat Drink Explore Media (San Luis Obispo)

KVEC-AM (San Luis Obispo)

KCSM-FM (San Mateo)

KPBS-FM (San Mateo)

America's Network (Santa Ana)

KSDW-FM (Santa Ana)

KWVE-AM (Santa Ana)

KWVE-FM (Santa Ana)

KSBL-FM (Santa Barbara)

KTMS-AM (Santa Barbara)

KTYD-FM (Santa Barbara)

KZSB-AM (Santa Barbara)

KHTS AM 1220 (Santa Clarita)

KSCO-AM (Santa Cruz)

KUSP-FM (Santa Cruz)

KCRW-FM (Santa Monica)

KJZY-FM (Santa Rosa)

KSRO-AM (Santa Rosa)

KZST-FM (Santa Rosa)

The Costa Report (Sausalito)

Premiere Radio Networks (Sherman Oaks)

Covert Media Group (Simi Valley)

KSVY-FM (Sonoma)

KVML-AM (Sonora)

KZSQ-FM (Sonora)

KATM-FM (Stockton)

KJOY-FM (Stockton)

KWSX-AM (Stockton)

Slice of SciFi (Studio City)

CRN/Cable Radio Network (Sunland)

KKTO-FM (Tahoe City)

KCLU-FM (Thousand Oaks)

Pawsitively Pets Radio (Tustin)

Sky Radio Network (Valley Village)

KSAK-FM (Walnut)

KFWB-AM (Woodland Hills)

KSYC-AM (Yreka)

## Television

KBAK-TV (Bakersfield)

KERO-TV (Bakersfield)

KGET-TV (Bakersfield)

Gosh!TV (Beverly Hills)

KHIZ-TV (Beverly Hills)

Playboy TV (Beverly Hills)

The Broke Wives Club/ The Attitude Shift (Beverly Hills)

KTSF-TV (Brisbane)

ACCESS HOLLYWOOD (Burbank)

CNBC - Burbank Bureau (Burbank)

Dateline NBC - Burbank Bureau (Burbank)

KNBC-TV (Burbank)

KVEA-TV (Burbank)

Reuters Television - Burbank Bureau (Burbank)

KHSL-TV (Chico)

KNVN-TV (Chico)

Deportes Time Warner Cable (El Segundo)

SportsNet Time Warner Cable (El Segundo)

MomsTown (Escondido)

KIEM-TV (Eureka)

KFSN-TV (Fresno)

KFTV-TV (Fresno)

KGPE-TV (Fresno)

KMPH-TV (Fresno)

KNXT-TV (Fresno)

KSEE-TV (Fresno)

EXTRA (Glendale)

Extra TV- The Entertainment Magazine Show (Glendale)

KABC-TV (Glendale)

KVEA Noticias at 11 (Glendale)

Australian TV,  Channel 10 (Los Angeles)

AXSLive (Los Angeles)

Beyond Twisted (Los Angeles)

Brazilian Digital Channel - Bdci Tv (Los Angeles)

CNN - Los Angeles Bureau (Los Angeles)

Docucinema (Los Angeles)

E! Entertainment Television (Los Angeles)

E! Networks/Comcast Entertainment (Los Angeles)

Entertainment Tonight (Los Angeles)

Fox News Channel - Los Angeles Bureau (Los Angeles)

Fox Sports Net (Los Angeles)

Fox Sports West (Los Angeles)

Fox Sports World (Los Angeles)

G4 TV (Los Angeles)

KABC-AM (Los Angeles)

KCAL-TV (Los Angeles)

KCBS-TV (Los Angeles)

KCET-TV (Los Angeles)

KCOP-TV (Los Angeles)

KMEX-TV (Los Angeles)

KTLA-TV (Los Angeles)

KTTV-TV (Los Angeles)

KWHY-TV (Los Angeles)

LA 18 (Los Angeles)

Morningstar Entertainment (Los Angeles)

MundoFox (Los Angeles)

Real Zeal Productions (Los Angeles)

Reindog Productions, Inc. (Los Angeles)

Si TV (Los Angeles)

TMZ (Los Angeles)

UCLA -TV (Los Angeles)

KSMS-TV (Monterey)

KTVU-TV (Oakland)

KESQ-TV (Palm Desert)

KMIR-TV (Palm Desert)

KRCR-TV (Redding)

KRCB-TV (Rohnert Park)

The Trailer Talks (Rolling Hills)

KCRA-TV (Sacramento)

KMAX-TV (Sacramento)

KQCA-TV (Sacramento)

KTXL-TV (Sacramento)

KUVS-TV (Sacramento)

KVIE-TV (Sacramento)

KXTV-TV (Sacramento)

Central Coast News (Salinas)

KCBA-TV (Salinas)

KION (Salinas)

KSBW- TV (Salinas)

KSBW-TV (Salinas)

KBNT- TV (San Diego)

KBNT-LP (San Diego)

KFMB-TV (San Diego)

KGTV-TV (San Diego)

KGTV-TV, Channel 10 (San Diego)

KNSD-TV (San Diego)

KPBS-TV (San Diego)

KUSI-TV (San Diego)

XETV-TV (San Diego)

XHAS-TV (San Diego)

Current TV LLC (San Francisco)

KDTV-TV (San Francisco)

KGO-TV (San Francisco)

KPIX-TV (San Francisco)

KQED-TV (San Francisco)

KRON-TV (San Francisco)

Link TV (San Francisco)

National Academy of Television Arts & Sciences (San Francisco)

Reuters Television - San Francisco Bureau (San Francisco)

KNTV-TV (San Jose)

KSTS-TV (San Jose)

KTEH-TV (San Jose)

KSBY-TV (San Luis Obispo)

KEYT-TV (Santa Barbara)

KCOY-TV (Santa Maria)

KKFX-TV (Santa Maria)

ShoesTV (Santa Monica)

KFTY-TV (Santa Rosa)

KUSI-TV (Solana Beach)

Entertainment Tonight / The Insider (Studio City)

Fight Back! Productions (Van Nuys)

KOVR-TV (West Sacramento)

Universal Sports (Westlake Village)

The "IN" show and KCLA (Whittier)

## COLORADO

### Magazine

Alternative Medicine Magazine (Boulder)

Natural Foods Merchandiser (Boulder)

Nutrition Business (Boulder)

Southwest Art Magazine (Boulder)

DGuides.com (Breckenridge)

Benefits Selling Magazine (Centennial)

Colorado BIZ Magazine (Centennial)

Western Livestock Journal (Colorado Springs)

303 Magazine (Denver)

ColoradoBiz Magazine (Denver)

ColoradoView Magazine (Denver)

Frontier Airlines Magazine & TV News (Denver)

Museum Store Magazine (Denver)

Shine Magazine (Denver)

Media Business Corp (Golden)

AgJournal (Grand Junction)

Mile High Dog (Greenwood Village)

5280 Magazine (Lakewood)

Onyx Magazine (Littleton)

Pieces of Denver (Littleton)

Gelbvieh World (Westminster)

### News Service

Associated Press - Denver Bureau (Denver)

Bloomberg News - Denver Bureau (Denver)



Copley News Service (Denver)

## Newspaper

Alamosa Valley Courier (Alamosa)

Arvada Press (Arvada)

Aspen Daily News (Aspen)

Aspen Times (Aspen)

The Aspen Times (Aspen)

Aurora Daily Sun (Aurora)

Aurora Sentinel (Aurora)

Boulder County Business Report, The (Boulder)

Boulder Daily Camera (Boulder)

Colorado Daily (Boulder)

Broomfield Enterprise (Broomfield)

Canon City Daily Record (Canon City)

Colorado Springs Business Journal, The (Colorado Springs)

Colorado Springs Gazette (Colorado Springs)

Cortez Journal (Cortez)

Craig Daily Press (Craig)

Cherry Creek News/North Denver News (Denver)

Chicago Tribune - Denver Bureau (Denver)

City Substance (Denver)

Denver Business Journal, The (Denver)

Denver Daily News, The (Denver)

Denver Post (Denver)

El Semanario, The Weekly Issue (Denver)

Empleo Ahora (Denver)

Los Angeles Times - Denver Bureau (Denver)

New York Times - Denver Bureau, The (Denver)

USA Today - Denver Bureau (Denver)

Westword (Denver)

Durango Herald (Durango)

Elbert County News (Englewood)

Canyon Courier (Evergreen)

Evergeeen Hustler (Evergreen)

Evergreen Newspapers (Evergreen)

High Timber Times (Evergreen)

Fort Collins Coloradoan (Fort Collins)

Fort Collins Now (Fort Collins)

Fort Collins Weekly (Fort Collins)

North Colorado Business Report, The (Fort Collins)

Fort Morgan Times (Fort Morgan)

Frisco Summit Daily News (Frisco)

Summit Daily News (Frisco)

Glenwood Springs Post Independent (Glenwood Springs)

Glenwood Springs Post-Independent (Glenwood Springs)

Golden Transcript (Golden)

Grand Junction Daily Sentinel, The (Grand Junction)

Grand Junction Free Press (Grand Junction)

Grand Junction Sentinel (Grand Junction)

Greeley Tribune (Greeley)

Clear Creek Courant (Idaho Springs)

Lakewood Sentinel (Lakewood)

Columbine Courier (Littleton)

Longmont Daily Times-Call (Longmont)

Loveland Daily Reporter-Herald, The (Loveland)

Loveland Reporter-Herald (Loveland)

Montrose Daily Press (Montrose)

Pueblo Business Journal, The (Pueblo)

Pueblo Chieftain (Pueblo)

San Miguel Basin Forum (San Miguel)

Amarillo Daily News (Silt)

Steamboat Today (Steamboat Springs)

Sterling Journal-Advocate (Sterling)

Telluride Daily Planet (Telluride)

The Chronicle-News (Trinidad)

Vail Daily (Vail)

Wheat Ridge Transcript (Wheat Ridge)

## Online

Braided Bandit (Boulder)

Spot Influence (Boulder)

Tek4.me (Clifton)



Citizenlink.com (Colorado Springs)

CSBJ.COM (Colorado Springs)

Gazette.com (Colorado Springs)

Newspeak (Colorado Springs)

5280mtb.com (Denver)

ePregnancy (Denver)

Green Building Elements (Denver)

JasonSteele.com (Denver)

Pintwell (Denver)

Reign Denver (Denver)

Rocky Mountain TechLine (Denver)

RockyMountainNews.com (Denver)

Thought Theater  (Denver)

The Due Diligence Blog (Evergreen)

LiveOAK Media (Fort Collins)

KpopLIVE (Garden City)

## Radio

KGIW-AM (Alamosa)

Aspen Public Radio (Aspen)

KNFO-FM (Aspen)

KSNO-FM (Aspen)

KNUS-AM (Aurora)

KBCO-FM (Boulder)

KNAB-AM (Burlington)

KRLN-AM (Canon City)

KCFR-FM (Centennial)

Family News in Focus Radio (Colorado Springs)

KILO-FM (Colorado Springs)

KRCC-FM (Colorado Springs)

KVOR-AM (Colorado Springs)

KYZX-FM (Colorado Springs)

Colorado Public Radio (Denver)

KBCO-FM (Denver)

KCFR-AM (Denver)

KHOW-AM (Denver)

KKPC-AM (Denver)

KKZN-AM (Denver)

KOA-AM (Denver)

KPRH-FM (Denver)

KPTT-FM (Denver)

KRFX-FM (Denver)

KTLK-AM (Denver)

KUVO-FM (Denver)

Metro Networks - Denver Bureau (Denver)

KYSL-FM (Dillon)

KIQX-FM (Durango)

KIUP-AM (Durango)

KRSJ-FM (Durango)

KZYR-FM (Edwards)

JONES RADIO NETWORK INC. (Englewood)

KCOL-AM (Fort Collins)

KFTM-AM (Fort Morgan)

KMTS-FM (Glenwood Springs)

KFKA-AM (Greeley)

KUNC (Greeley)

KUNC-FM (Greeley)

KVAY-FM (Lamar)

KSLV-AM (Monte Vista)

KCCY-FM (Pueblo)

KCSJ-AM (Pueblo)

KKLI-FM (Pueblo)

KPHT-FM (Pueblo)

KVUU-FM (Pueblo)

KPMX-FM (Sterling)

KPOF-AM (Westminster)

KKPL-FM (Windsor)

KUAD-FM (Windsor)

KATR-FM (Wray)

## Television

KACT-TV (Aurora)

KKTV-TV (Colorado Springs)

KRDO-TV (Colorado Springs)

PR Newswire
A UBM plc company

KXRM-TV (Colorado Springs)
KCEC-TV (Denver)
KCNC-TV (Denver)
KDVR-TV (Denver)
KMAS-TV (Denver)
KMGH-TV (Denver)
KUSA-TV (Denver)
KWGN-TV (Englewood)
KJCT-TV (Grand Junction)
KKCO-TV (Grand Junction)
KREX-TV (Grand Junction)
Rocky Mountain Television (Gunnison)
KOAA-TV (Pueblo)

## CONNECTICUT

### Magazine

Soundings (Essex)
Westport Magazine (Greenwich)
CT Business Magazine (Hartford)
Flat Hammock Press (Mystic)
Connecticut Magazine (New Haven)
Taunton Press (Newtown)
Faith & Family Magazine (North Haven)
1to1 Media (Norwalk)
LEA! Magazine (Norwalk)
Little India (Norwalk)
WWE Magazine (Stamford)
Connecticut Home & Garden (Trumbull)

### News Service

Associated Press - Hartford Bureau (Hartford)
Reuters - Hartford Bureau (Hartford)
Associated Press - New Haven Bureau (New Haven)
Health Day (Norwalk)
Associated Press - Stamford Bureau (Stamford)
SIMBA Information (Stamford)

### Newspaper

Connecticut Post (Bridgeport)
Bristol Press (Bristol)
News-Times, The (Danbury)
East Haven Courier (East Haven)
Soundings (Essex)
Sacred Heart University (Fairfield)
Gorham Times (Gorham)
Greenwich Times (Greenwich)
Groton Times (Groton)
Guilford Courier (Guilford)
Hartford Business Journal (Hartford)
Hartford Courant (Hartford)
New York Times - Hartford Bureau, The (Hartford)
Lyme Times, The (Lyme)
Harbor News (Madison)
Sound, The (Madison)
Valley Courier (Madison)
Journal Inquirer (Manchester)
Manchester Journal Inquirer (Manchester)
Meriden Record-Journal (Meriden)
Middletown Press (Middletown)
Montville Times (Montville)
Mystic Times (Mystic)
New Britain Herald (New Britain)
New Canaan Advertiser (New Canaan)
Citizen News (New Fairfield)
Business New Haven (New Haven)
New Haven Register (New Haven)
The Yale Daily News (New Haven)
Yale Daily News (New Haven)
New London Day (New London)
New London Times (New London)
North Haven Courier (North Haven)
Norwalk Hour (Norwalk)
Norwich Bulletin (Norwich)



Greenwich Time / Stamford Advocate (Old Greenwich)

Ridgefield Press (Ridgefield)

Advocate, The (Stamford)

Weekly Reader (Stamford)

Stonington Times (Stonington)

University Of Connecticut (Storrs)

Thames River Times (Thames River)

Register Citizen (Torrington)

Torrington Register Citizen (Torrington)

Waterbury Republican-American (Waterbury)

Waterford Times (Waterford)

De Witt Era-Enterprise (West Redding)

Westerly Times (Westerly)

The Wilton Bulletin (Wilton)

## Online

starpulse.com (Branford)

PeachyGreen.com (Brookfield)

Coup d'étage (Darien)

internet.com (Darien)

Postlatino.com (East Hartford)

Hedge Fund Law Report (Enfield)

AmericanTowns.com (Fairfield)

My Left Nutmeg  (Fairfield)

Renewable Energy World (Greenwich)

orbitcast.com (North Branford)

TMCnet.com (Norwalk)

Classic Rock Forever (Ridgefield)

Tornado-Insider.Com Magazine (Stamford)

HealthScout.com (Stratford)

MobilityMinded.com (Wallingford)

Make Every Day A Holiday (Westport)

Shoot (shootonline.com) (Westport)

Safety Mom Enterprises (Wilton)

## Radio

WICC-AM (Bridgeport)

WPKN-FM (Bridgeport)

ESPN Radio Network (Bristol)

WLAD-AM (Danbury)

WXCI-FM (Danbury)

WNLK-AM (Fairfield)

WSHU Public Radio Group (Fairfield)

WSHU-AM (Fairfield)

WSHU-FM (Fairfield)

WSTC-AM (Fairfield)

WSUF-FM (Fairfield)

WYBC-AM (Fairfield)

WRCH-FM (Farmington)

WTIC-AM (Farmington)

WTIC-FM (Farmington)

WZMX-FM (Farmington)

Business Talk Radio (Greenwich)

WEDW-FM (Hartford)

WHCN-FM (Hartford)

WKSS-FM (Hartford)

WNPR-FM (Hartford)

WPKT-FM (Hartford)

WWYZ 92.5 FM (Hartford)

WWYZ-FM (Hartford)

WZBG-FM (Litchfield)

WIHS-FM (Middletown)

WEZN-FM (Milford)

WFOX-FM (Milford)

WPLR-FM (Milford)

WYBC-FM (New Haven)

WMOS-FM (New London)

WXLM-AM (New London)

WCTY-FM (Norwich)

WICH-AM (Norwich)

WKNL-FM (Norwich)

WNLC-FM (Norwich)

WJMJ-TV (Prospect)

WINY-AM (Putnam)



WILI-AM (Willimantic)

WILI-FM (Willimantic)

## Television

ESPN TV (Bristol)

Journal of Biomolecular Screening (Danbury)

Nursery & Landscape Magazine (Ellington)

WELI-AM (Hamden)

WFSB-TV (Hartford)

WTIC-TV (Hartford)

WVIT-TV (Hartford/New Haven)

WTNH-TV (New Haven)

NEWS 12 CONNECTICUT (Norwalk)

WSHM-LP (Rocky Hill)

## DELAWARE

## Magazine

i4u News (Lewes)

Delaware Today Magazine (Wilmington)

Ideas And Perspectives (Wilmington)

## News Service

Associated Press - Dover Bureau (Dover)

Bloomberg News - Wilmington Bureau (Wilmington)

Reuters - Wilmington Bureau (Wilmington)

## Newspaper

Delaware State News (Dover)

Dover Delaware State News (Dover)

Dover Post (Dover)

Greenville Community News (Hockessin)

News Journal, The (New Castle)

The Review (Newark)

Coastal Point (Ocean View)

Wilmington News Journal (Wilmington)

## Online

firststateupdate.com (Newark)

## Radio

WAFL-FM (Milford)

WXDE-FM (Milford)

WDOV-AM (New Castle)

WVUD-FM (Newark)

WDEL-AM (Wilmington)

WILM-AM (Wilmington)

WSTW-FM (Wilmington)

## DISTRICT OF COLUMBIA

## Magazine

1021 Magazine

Advertising Age - Washington Bureau

Air Cargo World

Air Force Times

Air Transport World Magazine

Airport Magazine

American Recreation Coalition

American Scholar

Asia Today – India Globe

Aspen Publishers

Bond Buyer - Washington Bureau

Business Insurance - Washington Bureau

BusinessWeek - Washington Bureau

Congressional Quarterly

Corporate Crime Reporter

Corrections Digest

Crain's Chicago Business

Crain's Cleveland Business

Crain's Detroit Business

Crain's New York Business

Crain's Tire Business

Crime Control Digest



Der Spiegel (Germany)

DESA News (United Nations)

Electronic Media

Energy Washington Week

Environment & Energy

Foreign Service Journal

Forward - Washington Bureau

Governing

Government Executive

Hanley Wood

Innovations

Investment News - Washington Bureau

Japan Economic Review

Joong-Ang Ilbo

Kikaku Healthcare News

Kiplinger Business Forecast

Kiplinger's Personal Finance

Legal Times

Market News International - Washington Bureau

MEDIAWEEK - Washington Bureau

Medill National Security Journalism Initiative

Mediterranean Quarterly

Modern Luxury DC

National Geographic

National Journal

National Newspaper Publishers Association

Newsweek - Washington Bureau

Paradigm 2000

PDR Associates and Windows media

Precious Times Magazine

Senate Computer Center

Smithsonian Magazine

Sojourners

State Department Magazine

The American

The Atlantic

Time - Washington Bureau

Tri-State Real Estate Journal

U.S. News & World Report

Washington Flyer Magazine

Washington Monthly, The

Washington Remote Sensing Letter

Washington Technology

WAZ-Mediagroup/Germany/Washington Bureau

Weekly Standard, The

World & I

## News Service

American University Investigative Reporting Workshop

INTL TV Services Inc.

School of Communications at American University

Agence France Presse - Washington Bureau

Akahata

Al Hayat Publishing (UK)

Al Majalla

American Forces Press Service

Armenian Independent Press

Asahi Shimbun

Asharq Al-awsat

Associated Press - Washington Bureau

Associated Press All News Radio

Associated Press Broadcast Services

Associated Press Television News - Washington Bureau

Atlantic Information Services Incorporated

Block News Alliance

Bloomberg News - Washington Bureau

Bureau of National Affairs

Canadian Press/Broadcast News - Washington Bureau

Catholic News Service

Center For Public Integrity

Corriere Della Sera

Deutsche Presse Agentur - Washington Bureau


PR Newswire
A UBM plc company

Dow Jones Newswires - Washington Bureau

DPA (German Press Agency)

Fairchild Publications - Washington Bureau

Federal Filings Newswires

Gannett News Service - Washington Bureau

JIJI Press - Washington Bureau

Knight Ridder News Service - Washington Bureau

Kuwait News Agency - Washington Bureau

Kyodo News Service - Washington Bureau

Los Angeles Newspaper Group

Los Angeles Times/Washington Post News Service

McClatchy Newspapers

Medill News Service - Washington Bureau

MLex US

NASDAQ

National Hispanic Press Foundation

National Media Limited

Newhouse News Service

Nikkei

Notimex - Washington Bureau

Religion News Service

Reuters - Washington Bureau

Reuters Daybook

Scripps Howard News Service

Scripps-McClatchy Western News Service - Washington Bureau

Segye Ilbo

Singapore Press/Holdings

Small Newspapers

SNG Inc.

States News Service

Thompson Publishing Group, Inc.

Trading Edge, Inc.

Tribune Media Services - Washington Bureau

Turkish Radio & TV

U.S. House of Representatives Info Systems

United Press International

White House Office of Media Affairs

## Newspaper

Washington Hispanic (Silver Spring)

The Chronical of Higher Education

Al Watan (Oman)

Alameda Times-Star - Washington Bureau

American Medical News

Anchorage Daily News - Washington Bureau

ANG Newspapers

Atlanta Journal-Constitution - Washington Bureau

Australian, The

Baltimore Sun - DC bureau

Baltimore Sun - Washington Bureau

Batavia News - Washington Bureau

Billings Gazette - Washington Bureau

Biloxi Sun Herald - Washington Bureau

Birmingham News - Washington Bureau

Boston Globe - Washington Bureau

Business Research Publications

Butte Montana Standard - Washington Bureau

Calgary Herald (Canada)

Canton Repository - Washington Bureau

Catskill Daily-Mail - Washington Bureau

Charleston Daily Mail - Washington Bureau

Charlotte Observer - Washington Bureau

Chattanooga Times Free Press - Washington Bureau

Chicago Sun Times - Washington Bureau

Chicago Tribune - Washington Bureau

China Times

Chosun Iibo: Korean Daily

Chronicle Newspapers

Chunichi-Tokyo Shimbun

Concord Monitor - Washington Bureau

County News

Cox Newspapers - Washington Bureau

Crain's Communications

Cumberland Times-News - Washington Bureau



Current Newspapers, The

Daily Akahata (Japan)

Daily Deal - Washington Bureau

Daily Labor Report

Dallas Morning News - Washington Bureau

Denver Post - Washington Bureau

Dertagesspiegel

Detroit News - Washington Bureau

Durham Herald-Sun

Edmonton Journal (Canada)

El Dia (Argentina)

El Mercurio (Chile)

Evening Standard - Washington Bureau

Express - Washington Bureau

Frederick News-Post - Washington Bureau

Fresno Bee - Washington Bureau

Ft. Wayne Journal Gazette - Washington Bureau

Galesburg Register-Mail - Washington Bureau

Galveston Daily News - Washington Bureau

Greeley Tribune - Washington Bureau

GW Hatchet, The

Hankook Ilbo (Korea Times)

Han-Kyoreh Shinmun

Hartford Courant - Washington Bureau

Hearst Newspapers

Hilton Head Island Packet - Washington Bureau

Hispanic Radio Network

Hokkaido Shimbun

Hour, The - Washington Bureau

Houston Chronicle - Washington Bureau

Huntington Beach Independent

Il Giorno (Italy)

Il Resto Del Carlino (Italy)

Investor's Business Daily - Washington Bureau

Irish Independent (Ireland)

Jijitsushin

Journal of Commerce - Washington Bureau

Kankakee Daily Journal - Washington Bureau

Kansas City Star - Washington Bureau

Korea Economic Daily

LA Times - DC bureau

LaPorte Herald-Argus - Washington Bureau

Le Monde - Washington Bureau

Lincoln Courier - Washington Bureau

London Times (UK)

Long Beach Press-Telegram

Los Angeles Daily News

Los Angeles Times - Washington Bureau

Lowell Sun - Washington Bureau

Maeil Business Newspaper - Washington Bureau

Mainichi Shimbun

Massena Observer - Washington Bureau

Massillion Independent - Washington Bureau

McGraw-Hill Publications

Mexico City News

Milwaukee Journal Sentinel - Washington Bureau

Missoula Missoulian - Washington Bureau

Missouri Journalism

Modesto Bee - Washington Bureau

Moline Dispatch - Washington Bureau

Montreal Gazette (Canada)

Morning Call - Washington Bureau

Munhwa Daily (S. Korea)

Munster Times - Washington Bureau

New London Daily, The

New Republic

New York Daily News - Washington Bureau

New York Post - Washington Bureau

New York Times - Washington Bureau

Newsday - Washington Bureau

Nikkei Weekly - Washington Bureau

Nishi-Nippon Shimbun - Washington Bureau

Ogdensburg Journal - Washington Bureau

Omaha World-Herald - Washington Bureau



Ontario Inland Valley Daily Bulletin (Canada)

Orange County Register - Washington Bureau

Ottawa Citizen - Washington Bureau

Ottoway Newspapers

Pacific Palisades Post  - Washington Bureau

Palm Beach Post - Washington Bureau

Pasadena Star-News - Washington Bureau

Patriot-News - Washington Bureau

Peoria Journal Star - Washington Bureau

Quincy Patriot Ledger - Washington Bureau

Raleigh News & Observer - Washington Bureau

Redlands Daily Facts - Washington Bureau

Regina Leader Post (Canada)

Richmond Times-Dispatch - Washington Bureau

Rochester Post-Bulletin - Washington Bureau

Rock Island Argus - Washington Bureau

Roll Call

San Bernardino County Sun - Washington Bureau

San Diego Community Herald - Washington Bureau

San Diego Union-Tribune - Washington Bureau

San Francisco Chronicle - Washington Bureau

San Gabriel Valley Tribune - Washington Bureau

San Jose Mercury News - Washington Bureau

San Mateo County Times - Washington Bureau

Seattle Post-Intelligencer - Washington Bureau

Seoul Shinmun

Southam News (Canada)

Spokane Spokesman Review - Washington Bureau

St. Catherines Standard (Canada)

St. John's Telegraph Journal (Canada)

St. Joseph News-Press - Washington Bureau

St. Petersburg Times - Washington Bureau

Star Tribune - Washington Bureau

Straits Times - Washington Bureau, The

Streator Times Press - Washington Bureau

Tacoma News Tribune - Washington Bureau

Technology Daily

The Daily Colonial

The Nation's Health

The Straits Times Singapore Newspaper

The Sunday Telegraph -- Washington Bureau

The Washington Afro American Newspaper

Times-Picayune - Washington Bureau

Torrance Daily Breeze - Washington Bureau

Traffic World

Tri-City Herald - Washington Bureau

USA Today - Washington Bureau

Vail Daily - Washington Bureau

Vancouver Province (Canada)

Vancouver Sun (Canada)

Victoria Times Colonist (Canada)

Wall Street Journal - Washington Bureau, The

Washington Blade

Washington Business Journal

Washington Health Update

Washington Post Express

Washington Post Magazine, The

Washington Post National Weekly, The

Washington Post Writers Group, The

Washington Post, The

Washington Times, The

Waterloo Courier - Washington Bureau

Watertown Daily Times - Washington Bureau

Weekly of Business Aviation, The

West Group

Whittier Daily News - Washington Bureau

Winston-Salem Journal - Washington Bureau

Witchita Eagle - Washington Bureau

Yomiuri Shimbun - Washington Bureau

Yonhap News Agency - Washington Bureau

York Daily Record - Washington Bureau

## Online

Cultus



FedScoop

About.com

Access News Net

African American Pundit

BenefitNews.com

Bet.com

Blogcritics.com

Boston Music Spotlight

Caixin media

CapitalBeat

Center for Public Integrity

CityRoom Inc.

CQ MoneyLine

CQ Politics

DCist

Deal, The

Democracy Arsenal

Dow Jones MarketWatch.com - Washington Bureau

EnergyEmpowers.gov

FreedomWorks Blog

Homeland Security Today

Hot Wax Newsletter

InTheCapital

M80 Marketing.com

Mayors & Cities

Media Images International

Media Matters

New Public Health

One.org

Potomac Tech Wire

Red Alert Politics

Statline

The American Spectator

The Daily Caller

The Football Girl

The New Atlantis blog

The Seminal

The Truman Doctrine

Think Progress blog

Vote iQ

WCAI Blog

WebMD

## Radio

WASH-FM (Rockville)

WBIG-FM (Rockville)

WIHT-FM (Rockville)

WMZQ-FM (Rockville)

WWDC-FM (Rockville)

National Public Radio (NPR)

WAMU-FM

Westwood One Inc.

WFED-AM

WHUR-FM

WMAL-AM

WTOP-FM

ABC Radio Network - Washington Bureau

All Things Considered - National Public Radio

Associated Press Radio

BBC Radio World Services

Blades Wallis Media LLC

Danmarks Radio - Washington Bureau

Dial Global

France 24 / Radio France International

G. Gordon Liddy Show - WJFK-FM

National Public Radio

Radio America Network

Radio Free Europe

RMF FM (Poland)

Swiss National Public Radio DRS

Swiss Public Radio

Talk Radio News Service

The Diane Rehm Show

Voice of America



WAMU-AM

WMAL 630 AM

WRGW

WRQX Mix 107.3

WTOP-AM

WVRX-FM

XM Satellite Radio

## Television

TBD.com (Arlington)

Ard German Television - Washington DC

Australian Broadcasting Corp.

BBC News

CBC Washington Bureau

CBS News - Washington DC

Religion and Ethics News Weekly

RTTV America Inc.

Univision

WFDC-TV

ZDF German Television

ABC News Nightline

ABC Television Network - Washington Bureau

Al-Arabiya News

Askimo TV

Australian Broadcasting Corporation - Washington Bureau

C_SPAN

CBC-Canadian Broadcasting Corp

CBN News - Washington Bureau

CBS News - Washington Bureau

CCTV America

CNBC - Washington Bureau

CNC World

CNN

CNN - Washington Bureau

CNN Business News

CWBN-TV

DFA (Germany)

Emisoras Unidas (Hrn) Telesistema Hondureno - Washington Bureau

Fox News Channel - Washington Bureau

Fuji Television Network, Inc.

Idea Television

Ihlas News Agency

Knowlera Media

Korean Broadcasting System - Washington Bureau

Lilly Broadcasting

Middle East Broadcasting Company

MSNBC - Washington Bureau

NAB TV Today

NBC News - Washington Bureau

NHK Japan Broadcasting Corporation

Nippon Television Network

On The Record with Greta Van Susteren

Reuters Television

Seoul Broadcasting System - Washington Bureau

Swiss Broadcasting Corporation

Swiss National  Television

Swiss TV

Tokyo Broadcasting System - Washington Bureau

Tribune Broadcasting - Washington Bureau

TV Asahi America

TV Tokyo Channel 12

Voice of America

WJLA-TV

Worldnet Television and Film Services

WRC-TV

WTTG-TV

WUSA-TV

## FLORIDA

## Magazine

Worldwide Videotex Update  (Boynton Beach)

El Hospital (Coral Gables)

PR Newswire
A UBM plc company

Latin Trade Magazine (Coral Gables)

Ecoflorida Magazine (Coral Springs)

She Magazine (Davie)

South Florida Parenting (Deerfield Beach)

Boat International USA (Fort Lauderdale)

Miami Metro (Fort Lauderdale)

First Coast News (Jacksonville)

Christian Retailing (Lake Mary)

Exotic Dvm Veterinary Magazine (Lake Worth)

Florida Today (Melbourne)

Bloomberg Latin America (Miami)

Florida International Magazine (Miami)

Florida Shipper (Miami)

Onboard Media (Miami Beach)

Orlando Golfweek (Orlando)

Florida Trend (Saint Petersburg)

Tampa Bay Illustrated (Saint Petersburg)

Florida Sportsman (Stuart)

Treasure Coast Business Journal (Stuart)

UT Journal (Tampa)

Florida Golf Magazine (Winter Haven)

Florida Real Estate Journal (Winter Haven)

Motor Boating (Winter Park)

Ornamental Outlook (Winter Park)

Working Mother (Winter Park)

## News Service

Associated Press - Cape Canaveral Bureau (Cape Canaveral)

The Art Institute Of Ft. Lauderdale (Fort Lauderdale)

Tribune Media Services - Fort Lauderdale Bureau (Fort Lauderdale)

Associated Press - Jacksonville Bureau (Jacksonville)

Agence France-Presse - Miami Bureau (Miami)

Associated Press - Miami Bureau (Miami)

Reuters - Miami Bureau (Miami)

University Of Miami (Miami)

Tribune Media Services (North Palm Beach)

Associated Press - Orlando Bureau (Orlando)

Central Florida Future (Orlando)

Associated Press - Pensacola Bureau (Pensacola)

Associated Press - Tallahassee Bureau (Tallahassee)

Gannett News Service - Tallahassee Bureau (Tallahassee)

Associated Press - Tampa Bureau (Tampa)

WBUL-AM~ University of South Florida (Tampa)

Associated Press - West Palm Beach Bureau (West Palm Beach)

## Newspaper

Alachua Today (Alachua)

Grant Douglas Publishing (Apopka)

Boca Raton Business Journal (Boca Raton)

Boca Raton News (Boca Raton)

Lynn University (Boca Raton)

National Examiner (Boca Raton)

The Beachcomber (Boca Raton)

Real Estate Media Inc. (Boynton Beach)

Bradenton Herald (Bradenton)

South Tampa News (Brandon)

Cape Coral Daily Breeze (Cape Coral)

Charlotte Sun Herald (Charlotte Harbor)

Chipley Bugle, The (Chipley)

Brantwood Publications, Inc. (Clearwater)

Hispanic Magazine (Coral Gables)

Hispanic Trends (Coral Gables)

Wall Street Journal - Miami Bureau, The (Coral Gables)

Citrus County Chronicle (Crystal River)

Inverness Citrus County Chronicle (Crystal River)

Daytona Beach News-Journal (Daytona Beach)

Boca Raton Times (Deerfield Beach)

Pompano Times (Deerfield Beach)

South Florida Business Journal (Deerfield Beach)

South Florida Sun-Sentinel - Deerfield Beach Bureau (Deerfield Beach)

El Venezolano (Doral)

Englewood Sun (Englewood)

Storch Report, The (Englewood)

Daily Business Review - Broward Edition (Fort Lauderdale)

El Sentinel Del Sur De La Florida (Fort Lauderdale)

New Times Broward-Palm Beach (Fort Lauderdale)

South Florida Sun-Sentinel (Fort Lauderdale)

Eagle News (Fort Myers)

Fort Myers News Press (Fort Myers)

Fort Pierce Tribune (Fort Pierce)

Ft. Walton Beach Nw Florida Daily News (Fort Walton Beach)

Northwest Florida Daily News (Fort Walton Beach)

Gainesville Sun (Gainesville)

Independent Alligator, The (Gainesville)

Naylor Publications (Gainesville)

University Of Florida - Independent Flori (Gainesville)

University Of Florida - Journalism & Comms (Gainesville)

University Of Florida Today (Gainesville)

Pelican, The (Gulf Breeze)

Chicago Tribune - Miami Bureau (Hollywood)

Business Journal, The (Jacksonville)

Florida Times-Union (Jacksonville)

Key West Citizen (Key West)

Lake City Reporter (Lake city)

Lakeland Ledger (Lakeland)

Scrambling News (Lakeland)

Daily Commercial, The (Leesburg)

Leesburg Daily Commercial Tofix (Leesburg)

Alerta De Lavado De Dinero (Maimi)

Jackson County Floridan (Marianna)

Florida Today (Melbourne)

Melbourne Florida Today (Melbourne)

Christian Science Monitor (Miami)

Daily Business Review (Miami)

Diario Las Americas (Miami)

El Nuevo Herald (Miami)

El Tiempo (Miami)

Hispanic Trends (Miami)

Los Angeles Times - Miami Bureau (Miami)

Mercado De Dinero / Gentv (Miami)

Miami Daily Business Review (Miami)

Miami Herald (Miami)

Miami Today (Miami)

New York Times - Miami Bureau, The (Miami)

Onboard Media (Miami)

The Beacon/Florida International University (Miami)

Washington Post - Miami Bureau, The (Miami)

Naples Daily News (Naples)

Navarre Press (Navarre)

Nelson Publishing (Nokomis)

Ocala Star-Banner (Ocala)

Daytona Beach News-Journal - Southwest Volusia Bureau (Orange City)

East-West Times (Orlando)

El Sentinel (Orlando)

Orlando Business Journal (Orlando)

Orlando Sentinel (Orlando)

Orlando Weekly (Orlando)

Palatka Daily News (Palatka)

LRP Publications (Palm Beach Gardens)

Palm Beach Jewish News (Palm Beach Gardens)

Mediapost Communications (Palm Coast)

News Herald, The (Panama City)

La Costa Latina (Pensacola)

Pensacola News Journal (Pensacola)

Charlotte Sun (Port Charlotte)

Port St.Lucie News (Port St. Lucie)

St. Petersburg Times (Saint Petersburg)

Walton Sun, The (Santa Rosa Beach)

Sarasota Herald-Tribune (Sarasota)

West Coast Woman (Sarasota)



PR Newswire
A UBM plc company

Sebring Highlands Today (Sebring)

Sebring News-Sun (Sebring)

Pinecrest Tribune (South Miami)

St Augustine Record (St. Augustine)

St Petersburg Times (St. Petersburg)

Stuart News (Stuart)

Treasure Coast News (Stuart)

Tallahassee Democrat (Tallahassee)

The Famuan (Tallahassee)

Centro Tampa (Tampa)

Media General (Tampa)

Oracle (Tampa)

Tampa Tribune (Tampa)

Business Journal, The (Tampa Bay)

Daily Sun (The Villages)

Vero Beach Press Journal (Vero Beach)

Credit Union Times (West Palm Beach)

Daily Business Review-Palm Beach (West Palm Beach)

La Palma (West Palm Beach)

Northbridge Productions (West Palm Beach)

Palm Beach Daily Business Review (West Palm Beach)

Palm Beach Post (West Palm Beach)

West Palm Beach Palm Beach Post (West Palm Beach)

Winter Haven News Chief (Winter Haven)

The Sandspur (Winter Park)

## Online

To Suit Your Fancy, Chic & Chivalrous (Boynton Beach)

The American Reporter (Bradenton)

Downtown City Style (Cape Coral)

www.cdpe.com/TheGibesTeam (Cooper City)

CBS SportsLine.com (Fort Lauderdale)

CBSsports.com (Fort Lauderdale)

The DailySkew (Fort Lauderdale)

ElPulsoDiario.com (Fort Myers)

Beautiful Incentives (Jacksonville)

Big Government In Your Wallet (Jacksonville)

The Blogger Addict (Kissimmee)

COED Media Group (Lighthouse Point)

aroundcentralflorida.com (Maitland)

123jump.com (Miami)

avstop.com (Miami)

produ.com (Miami)

The Argo Journal (Miami)

Todobebe.com (Miami)

Univision Online (Miami)

WebBolt.com (Miami)

Bikini.com (Miami Beach)

Carmen's Coupon Blog (Naples)

Andrea's World (New Smyrna Beach)

Kiksmedia.com (Orlando)

Little Makeup Face (Orlando)

The Disney Blog (Orlando)

LovingYou.com (Palm Beach Gardens)

PetMeds blog (Pompano Beach)

Poynter.org (Saint Petersburg)

Tempo News Florida (Sarasota)

Mr. Media Interviews (St. Petersburg)

SecureIDNews.com (Tallahassee)

DisneyCruiseLineBlog.com (Tampa)

Rediff.com (Tampa)

Tampa Bay Online (Tampa)

HedgeCo.net (West Palm Beach)

NewsMax.com (West Palm Beach)

## Radio

WRMB-FM (Boynton Beach)

Radio Disney AM 990 WDYZ (Celebration)

WURN-AM (Coral Gables)

WARO-FM (Fort Myers)

WFSX-AM (Fort Myers)

WGCU-FM (Fort Myers)

WINK-AM (Fort Myers)

WINK-FM (Fort Myers)

WMKO-FM (Fort Myers)

WTLT-FM (Fort Myers)

WQCS-FM (Fort pierce)

WFTW-AM (Fort Walton Beach)

WBTT-FM (Ft. Myers)

WCKT-FM (Ft. Myers)

WOLZ-FM (Ft. Myers)

WTLQ-FM (Ft. Myers)

WZJZ-FM (Ft. Myers)

WKTK-FM (Gainesville)

WRUF-AM (Gainesville)

WRUF-FM (Gainesville)

WSKY-FM (Gainesville)

WUFT-FM (Gainesville)

WYKS-FM (Gainesville)

WAYR-AM (Green Cove Springs)

WJCT-FM (Jacksonville)

WJXL-AM (Jacksonville)

WOKV-AM (Jacksonville)

WOKV-FM (Jacksonville)

WZAZ-AM (Jacksonville)

WBZT-AM (Jupiter)

WWUS radio (Key West)

WLKF-AM (Lakeland)

WONN-AM (Lakeland)

WPCV-FM (Lakeland)

WWRZ-FM (Lakeland)

WHBO-AM (Largo)

WWBA-AM (Largo)

Clear Channel State Networks (Maitland)

Florida's Radio Network (Maitland)

WFLF-AM (Maitland)

WJRR-FM (Maitland)

WMGF-FM (Maitland)

WRUM-FM (Maitland)

WTKS-FM (Maitland)

WXXL-FM (Maitland)

WYGM-AM (Maitland)

WLRQ-FM (Melbourne)

WMMV-AM (Melbourne)

Advanced Radio Network (Miami)

Metro Networks - Miami Bureau (Miami)

WAXY-AM (Miami)

WKAT-AM (Miami)

WLRN-FM (Miami)

WLYF-FM (Miami)

WMXJ-FM (Miami)

WSUA-AM (Miami)

WWFE-AM (Miami)

WBGG-FM (Miramar)

WHYI-FM (Miramar)

WINZ-AM (Miramar)

WIOD-AM (Miramar)

WMGE-FM (Miramar)

WMIA-FM (Miramar)

WMIB-FM (Miramar)

WOGK-FM (Ocala)

Cox Radio Inc. (Orlando)

Stardome Media Group LLC (Orlando)

WCFB-FM (Orlando)

WDBO-AM (Orlando)

WHOO-AM (Orlando)

WHTQ-FM (Orlando)

WMFE-FM (Orlando)

WMMO-FM (Orlando)

WFLF-FM (Panama city)

WFSY-FM (Panama city)

WPAP-FM (Panama city)

WCOA-AM (Pensacola)

WJLQ-FM (Pensacola)

WNRP-AM (Pensacola)

WRGV-FM (Pensacola)


PR Newswire
A UBM plc company

WTKX-FM (Pensacola)

WUWF-FM (Pensacola)

WKES-FM (Saint Petersburg)

Watchdog Wire and Dr. Rich Show (Sarasota)

WCTQ-FM (Sarasota)

WDDV-AM (Sarasota)

WLTQ-FM (Sarasota)

WSDV-AM (Sarasota)

WSRZ-FM (Sarasota)

WTZB-FM (Sarasota)

WWOJ-FM (Sebring)

WKPX-FM (Sunrise)

The Florida Channel (Tallahassee)

WANM-FM (Tallahassee)

WBZE-FM (Tallahassee)

WFLA-FM (Tallahassee)

WFSU-FM (Tallahassee)

WGMY-FM (Tallahassee)

WNLS-AM (Tallahassee)

WTNT-FM (Tallahassee)

WXSR-FM (Tallahassee)

Health Journal - WQYK-FM (Tampa)

WBTP-FM (Tampa)

WBVM-FM (Tampa)

WFLA-AM (Tampa)

WFLZ-FM (Tampa)

WHNZ-AM (Tampa)

WMNF-FM (Tampa)

WMTX-FM (Tampa)

WUSF-FM (Tampa)

WXTB-FM (Tampa)

WFKZ-FM (Tavernier)

WJNO-AM (West Palm Beach)

WLDI-FM (West Palm Beach)

WOLL-FM (West Palm Beach)

WRLX-FM (West Palm Beach)

WSIR-AM (Winter Haven)

WPRK-FM (Winter park)

## Television

Information Television Network Inc. (Boca Raton)

WFTX-TV (Cape Coral)

WDSC-TV (Daytona Beach)

New Home Journal- Platinum Television Group
   (Deerfield Beach)

WBBH-TV (Fort Myers)

WINK-TV (Fort Myers)

WZVN-TV (Fort Myers-Naples)

WCJB-TV (Gainesville)

WUFT-TV (Gainesville)

WJAN-LP (Hialeah Gardens)

WAWS-TV (Jacksonville)

WJCT-TV (Jacksonville)

WJXT-TV (Jacksonville)

WJXX-TV (Jacksonville)

WTEV-TV (Jacksonville)

WTLV-TV (Jacksonville)

WOFL-TV (Lake Mary)

GenTV (Caracol) (Miami)

Nightly Business Report (Miami)

Nightly Business Report-WPBT-TV (Miami)

Reuters Television - Miami Bureau (Miami)

Univision / Telefutura Network (Miami)

Univision Network (Miami)

WFOR-TV (Miami)

WGEN-TV (Miami)

WLTV-TV (Miami)

WPLG-TV (Miami)

WSBS-TV (Miami)

WSVN-TV (Miami)

WSCV-TV (Miramar)

WTVJ-TV (Miramar)

WPBT-TV (North Miami)

WESH-TV - Ocala Bureau (Ocala)

Central Florida News 13 (Orlando)

PR Newswire
A UBM plc company

Golf Channel (Orlando)

WESH-TV (Orlando)

WFTV-TV (Orlando)

WTMO-LP (Orlando)

WKMG-TV (Orlando-Daytona Beach-Melbourne)

WVEN-TV (Orlando-Daytona Beach-Melbourne)

WJHG-TV (Panama city)

WMBB-TV (Panama City)

WEAR-TV (Pensacola)

Bay News 9 (Pinellas Park)

Visual Data (Pompano Beach)

WTSP-TV (Saint Petersburg)

WWSB-TV (Sarasota)

WCTV-TV (Tallahassee)

WFSU-TV (Tallahassee)

WTXL-TV (Tallahassee-Thomasville)

WFLA-TV (Tampa)

WFTS-TV (Tampa)

WMOR-TV (Tampa)

WTVT-TV (Tampa)

WVEA-TV (Tampa)

WFLX-TV (West Palm Beach)

WPEC-TV (West Palm Beach)

WPTV-TV (West Palm Beach)

WPBF-TV (West Palm Beach-Fort Pierce)

Ivanhoe Broadcast News (Winter Park)

## GEORGIA

### Magazine

Timber Mart-South (Athens)

Atlanta Woman (Atlanta)

Brides & Grooms magazine (Atlanta)

BusinessWeek - Southeastern Bureau (Atlanta)

Fenuxe Magazine (Atlanta)

J'ADORE Magazine (Atlanta)

Labrys Magazine (Atlanta)

California Game & Fish (Marietta)

Inside Gwinnett (Marietta)

Season Magazine (Marietta)

Atlanta Tribune (Roswell)

Coastal Family (Savannah)

Currents Coastal Georgia (St. Simons Island)

Georgia Magazine (Tucker)

Independent Processor (Woodstock)

### News Service

Associated Press - Albany, Ga Bureau (Albany)

Associated Press - Atlanta Bureau (Atlanta)

Bloomberg News - Atlanta Bureau (Atlanta)

Bureau Of National Affairs (Atlanta)

Reuters - Atlanta Bureau (Atlanta)

Knight-Ridder/Tribune Info. Services - Roswell
  Bureau (Roswell)

Tribune Media Services - Stone Mountain Bureau
  (Stone Mountain)

### Newspaper

Albany Herald (Albany)

Americus Times Recorder (Americus)

Athens Banner-Herald (Athens)

Red & Black (Athens)

Atlanta Business Chronicle (Atlanta)

Atlanta Journal-Constitution (Atlanta)

Chamblee-Dekalb Neighbor (Atlanta)

Cox Interactive Media (Atlanta)

Decatur-Dekalb Neighbor (Atlanta)

Dekalb Neighbor (Atlanta)

Dunwoody Crier (Atlanta)

Dunwoody-Dekalb Neighbor (Atlanta)

Fulton County Daily Report (Atlanta)

Georgia Bulletin, The (Atlanta)

Los Angeles Times - Atlanta Bureau (Atlanta)

Mundo Hispanico (Atlanta)

New York Times - Atlanta Bureau, The (Atlanta)

North Dekalb Neighbor (Atlanta)

Northside Neighbor (Atlanta)

South Dekalb Neighbor (Atlanta)

Stone Mountain-Dekalb Neighbor (Atlanta)

Story, The (Atlanta)

Wall Street Journal - Atlanta Bureau, The (Atlanta)

Augusta Chronicle (Augusta)

Morris Communications Corp (Augusta)

Bartow Times (Bartow)

Brunswick News (Brunswick)

Calhoun Times (Calhoun)

Cherokee Tribune (Canton)

Cherokee Tribune Plus (Canton)

Carrollton Times Georgian (Carrollton)

Bartow Neighbor, The (Cartersville)

Cartersville Tribune News (Cartersville)

Cedartown Standard (Cedartown)

Clayton Tribune, The (Clayton)

Columbus Ledger-Enquirer (Columbus)

Rockdale Neighbor (Conyers)

The Rockdale Citizen (Conyers)

Cordele Dispatch (Cordele)

Covington News (Covington)

Forsyth County News (Cumming)

Paulding Neighbor (Dallas)

Daily Citizen (Dalton)

Dalton Citizen-News (Dalton)

Douglas County Sentinel (Douglasville)

Douglas Neighbor (Douglasville)

The Courier Herald (Dublin)

Clayton Neighbor (Forest Park)

Henry Neighbor (Forest Park)

South Fulton Neighbor (Forest Park)

The News And Banner (Franklin)

Gainesville Times (Gainesville)

Griffin Daily News (Griffin)

The Coastal Courier (Hinesville)

Jonesboro Clayton News Daily (Jonesboro)

La Grange News (La grange)

Walker County Messenger (Lafayette)

Gwinnett Daily Post (Lawrenceville)

Lawrenceville Gwinnett Daily Post (Lawrenceville)

Macon Telegraph (Macon)

Macon Telegraph & News (Macon)

Acworth Neighbor (Marietta)

Austell Neighbor (Marietta)

East Cobb Neighbor (Marietta)

Fayette Neighbor (Marietta)

Kennesaw Neighbor (Marietta)

Mableton Neighbor (Marietta)

Marietta Daily Journal (Marietta)

Pinnacle Publishing (Marietta)

Powder Springs Neighbor (Marietta)

Smyrna Neighbor (Marietta)

Vinings Neighbor (Marietta)

Milledgeville Union Recorder (Milledgeville)

Moultrie Observer (Moultrie)

Newnan Times-Herald (Newnan)

Atlanta Latino (Norcross)

Tattnall Journal (Reidsville)

Catoosa County News (Ringgold)

Rockmart Journal (Rockmart)

Rome News-Tribune (Rome)

Alpharetta Neighbor (Roswell)

Atlanta Tribune (Roswell)

Bill Communications Inc (Roswell)

Roswell Neighbor (Roswell)

Savannah Morning News (Savannah)

Savannah News (Savannah)

USA Today - Atlanta Bureau (Smyrna)

Statesboro Herald (Statesboro)

Thomasville Times-Enterprise (Thomasville)

Tifton Gazette (Tifton)

Valdosta Daily Times (Valdosta)

Valdosta Times (Valdosta)

Waycross Journal-Herald (Waycross)

Townelake Ledger (Woodstock)

## Online

CNN Interactive (Atlanta)

Lefont Take One (Atlanta)

Loop21.com (Atlanta)

NewsRX.com (Atlanta)

Georgia Politics Unfiltered  (College Park)

Beautyconsumed.com (Fairburn)

Cell Phone Digest (Jonesboro)

Sony Insider (Roswell)

Southeast Food Service News (Tucker)

Georgia Connector (Watkinsville)

## Radio

WALG-AM (Albany)

WUOG-FM (Athens)

CNN Radio (Atlanta)

Cox Radio Interactive (Atlanta)

Cox Radio, Inc. (Atlanta)

Exceptional Radio Network (Atlanta)

Georgia Public Radio Network (Atlanta)

Peach State Public Radio Network (Atlanta)

WABE-FM (Atlanta)

WALR-FM (Atlanta)

WAOK-AM (Atlanta)

WCNN-AM (Atlanta)

WFSH-FM (Atlanta)

WGKA-AM (Atlanta)

WGST-AM (Atlanta)

WKLS-FM (Atlanta)

WQXI-AM (Atlanta)

WRAS-FM (Atlanta)

WSB-AM (Atlanta)

WSB-FM (Atlanta)

WSRV-FM (Atlanta)

WSTR-FM (Atlanta)

WUBL-FM (Atlanta)

WWLG-FM (Atlanta)

WWVA-FM (Atlanta)

WYAY-FM (Atlanta)

WBBQ-FM (Augusta)

WEKL-FM (Augusta)

WGAC-AM (Augusta)

WGAC-FM (Augusta)

WKSP-FM (Augusta)

WKZK-AM (Augusta)

WRDW-AM (Augusta)

WZNY-FM (Augusta)

WDAK-AM (Columbus)

WGSY-FM (Columbus)

WDUN-AM (Gainesville)

WDUN-FM (Gainesville)

WGGA-AM (Gainesville)

WJGA-FM (Jackson)

WQCH-AM (Lafayette)

WMAC-AM (Cumulus Radio Group) (Macon)

WGUR Radio (Milledgeville)

WMOQ-FM (Monroe)

WHLJ-FM (Naylor)

WTSH-FM (Rome)

WBMQ-AM (Cumulus Radio Group) (Savannah)

WHCJ-FM (Savannah)

WVGA-FM (Valdosta)

## Television

WALB-TV (Albany)

WFXL-TV (Albany)

WSST-TV (Albany)

CNN (Cable News Network) (Atlanta)

CNNI - CNN International (Atlanta)

Cox Broadcasting Washington Bureau (Atlanta)

Georgia Public Broadcasting (Atlanta)

The Weather Channel (Atlanta)

Turner Entertainment (Atlanta)

WAGA-TV (Atlanta)

WGCL-TV (Atlanta)

WGNX-TV (Atlanta)

WSB-TV (Atlanta)

WXIA-TV (Atlanta)

WAGT-TV (Augusta)

WJBF-TV (Augusta)

WRDW-TV (Augusta)

WCGT-TV (Columbus)

WRBL-TV (Columbus)

WSWS-TV (Columbus)

WTVM-TV (Columbus)

GNET - Gwinnett News & Entertainment TV (Lawrenceville)

WGXA-TV (Macon)

WMAZ-TV (Macon)

WMGT-TV (Macon)

WATC-TV (Norcross)

WPXA-TV (Rome)

WJCL-TV (Savannah)

WSAV-TV (Savannah)

WTOC-TV (Savannah)

WNEG-TV (Toccoa)

## HAWAII

### Magazine

Hawaii Home and Remodeling (Honolulu)

Pacific News Bytes (Honolulu)

### News Service

Associated Press - Honolulu Bureau (Honolulu)

### Newspaper

Hawaii Tribune-Herald (Hilo)

Hawaii Hispanic News (Honolulu)

Honolulu Advertiser, The (Honolulu)

Honolulu Hawaii Hochi (Honolulu)

Honolulu Star-Bulletin (Honolulu)

Islands Business (Honolulu)

Pacific Business News (Honolulu)

The Hawaii Herald (Honolulu)

Kailua-Kona West Hawaii Today (Kailua-Kona)

Ke Alaka'i (Laie-Oahu)

Island School Switch Newsmagazine for Kauai's Teens (Lihue)

Lihue Garden Island (Lihue)

Maui News (Maui)

### Online

Cheng Health (Honolulu)

Honolulu Civil Beat (Honolulu)

www.HawaiiFreePress.com (Honolulu)

To Find Health (Kamuela)

### Radio

KKBG-FM (Hilo)

KPUA-AM (Hilo)

KCCN-FM (Honolulu)

KHPR-FM (Honolulu)

KINE-FM (Honolulu)

KRTR-FM (Honolulu)

KSSK-AM (Honolulu)

KSSK-FM (Honolulu)

KFMN-FM (Lihue)

### Television

Hawaii News Now (Honolulu)

KGMB-TV (Honolulu)

KHNL-TV (Honolulu)

KHON-TV (Honolulu)

KITV-TV (Honolulu)

Metro Networks - Honolulu Bureau (Honolulu)


PR Newswire
A UBM plc company

## IDAHO

### Magazine

Front Step News (Boise)

The Idaho Senior News (Boise)

Potato Grower Magazine (Idaho Falls)

### News Service

Associated Press - Boise Bureau (Boise)

Public News Service (Boise)

### Newspaper

Blackfoot Morning News (Blackfoot)

Boise Statesman (Boise)

Idaho Business Review (Boise)

Idaho Statesman, The (Boise)

Coeur D'Alene Press (Coeur d'Alene)

North Idaho Business Journal (Coeur d'Alene)

Idaho Falls Post Register (Idaho Falls)

Shoshone News-Press (Kellogg)

Idaho Mountain Express (Ketchum)

Lewiston Morning Tribune (Lewiston)

The Star-News (McCall)

Moscow Pullman Daily News (Moscow)

The Argonaut (Moscow)

Idaho Press-Tribune (Nampa)

Idaho State Journal (Pocatello)

Pocatello State Journal (Pocatello)

Rexburg Standard-Journal (Rexburg)

Bonner County Daily Bee (Sandpoint)

Twin Falls Times News (Twin Falls)

### Online

DIRTnewz.com (Boise)

PrideDEPOT.com (Boise)

The River Journal (Clark Fork)

Environmental News Network (Ketchum)

Lewiston Tribune (Lewiston)

Networking Star (Nampa)

The Moral Liberal (Preston)

### Radio

KLCE-FM (Blackfoot)

KBOI-AM (Boise)

KBSU-AM (Boise)

KBSX-FM (Boise)

KIDO-AM (Boise)

KJOT-FM (Boise)

KRVB-FM (Boise)

KTHI-FM (Boise)

KWEI-AM (Boise)

KVNI-AM (Coeur D'Alene)

KVTY-FM (Lewiston)

KMCL-FM (McCall)

KRPL-AM (Moscow)

KUOI-FM (Moscow)

KZFN-FM (Moscow)

KISU-FM (Pocatello)

KACH-AM (Preston)

KBYI-FM (Rexburg)

KLIX-AM (Twin Falls)

### Television

KBCI-TV (Boise)

KBOI-TV (Boise)

KTVB-TV (Boise)

KIDK-TV (Idaho Falls)

KIFI-TV (Idaho Falls)

KLEW-TV (Lewiston)

KIVI-TV (Nampa)

KTRV-TV (Nampa)

KPVI-TV (Pocatello)

KMVT-TV (Twin Falls)



## ILLINOIS

### Magazine

German Pulse (Bartlett)

Appliance Design magazine (Bensenville)

Farmweek (Bloomington)

ABA Journal (Chicago)

Advertising Age - Chicago Bureau (Chicago)

Appraisal Institute (Chicago)

BusinessWeek - Chicago Bureau (Chicago)

Cafe (Chicago)

Chicago Collection Magazine (Chicago)

Chicago Computer Guide (Chicago)

Chicago Health Magazine (Chicago)

Chicago Innerview (Chicago)

Chicago Lawyer (Chicago)

Chicago Lifestyle Magazine (Chicago)

Chicago Tribune Magazine (Chicago)

Community Health magazine (Chicago)

Corporate Legal Times (Chicago)

DeadSpin (Chicago)

Forefront Magazine (Chicago)

HOY (Chicago)

Illinois Police & Sheriff's News (Chicago)

Insurance Networking (Chicago)

Jellyvision (Chicago)

Jet & Ebony (Chicago)

Lumino Magazine (Chicago)

MARCH magazine (Chicago)

Rock Products Magazine (Chicago)

The Chicago Downtowner Newsmagazine (Chicago)

UnRated Urban Magazine (Chicago)

UR Chicago (Chicago)

Viewpoints.com (Chicago)

Candy Industry (Deerfield)

Stagnito Communications (Deerfield)

Chicagoland Gardening (Downers Grove)

Hinsdale Magazine, Inc. (Hinsdale)

Sears Manage My Home (Hoffman Estates)

Putnam Media, Inc. (Itasca)

Say What! Magazine (La Grange)

Watt Publishing Company (Mount Morris)

Machinery Outlook (Mundelein)

Boat & Motor Dealer (Niles)

Dana Chase Publications (Oak Brook)

Illinois Manufacturer, The (Oak Brook)

Central Illinois Business Publishers (Peoria)

Poultry International (Rockford)

Reactive Target & Aviation International News (Shorewood)

Hoyt Publishing (Skokie)

### News Service

Associated Press - Champaign Bureau (Champaign)

Associated Press - Chicago Bureau (Chicago)

Bloomberg News - Chicago Bureau (Chicago)

Copley News Service - Chicago Bureau (Chicago)

Dow Jones Newswires - Chicago Bureau (Chicago)

Knight-Ridder/Tribune Info. Services - Chicago Bureau (Chicago)

Medill News Service - Chicago Bureau (Chicago)

Morningstar Investor (Chicago)

Morningstar Mutual Funds (Chicago)

Morningstar Stock Investor (Chicago)

Nihon Keizai Shimbun - Chicago Bureau (Chicago)

Reuters - Chicago Bureau (Chicago)

Tribune Media Services (Chicago)

Zacks (Chicago)

Northern Illinois University (De Kalb)

Dekalb News Service (DeKalb)

Associated Press - Elgin Bureau (Elgin)

Thomson Target Media (Evanston)

Tribune Media Services - Evanston Bureau (Evanston)

Illinois State Univ - The Daily Vidette (Normal)



Associated Press - Peoria Bureau (Peoria)

Associated Press - Springfield Bureau (Springfield)

Copley News Service Springfield Bureau
(Springfield)

Gannett News Service - Springfield Bureau
(Springfield)

Tribune Media Services - Vernon Hills Bureau
(Vernon Hills)

## Newspaper

Countryside (Algonquin)

Alton Telegraph (Alton)

Antioch Review (Antioch)

Arlington Heights Herald (Arlington Heights)

Daily Herald (Arlington Heights)

Pioneer Press Newspapers (Arlington Heights)

Post (Arlington Heights)

Aurora Beacon News (Aurora)

Courier-Review (Barrington)

Belleville News-Democrat (Belleville)

St. Clair County News Bulletin (Belleville)

Belvidere Daily Republican (Belvidere)

Benton Evening News (Benton)

Bloomington Pantagraph (Bloomington)

Mclean County News Bulletin (Bloomington)

Pantagraph (Bloomington)

Countryside (Buffalo Grove)

Weekly Doings (Burr Ridge)

Canton Ledger (Canton)

Carbondale Southern Illinoisan (Carbondale)

Daily Egyptian (Carbondale)

Southern Illinois Univ - Daily Egyptian (Carbondale)

Southern Illinoisan (Carbondale)

Carmi Times (Carmi)

Centralia Sentinel (Centralia)

Morning Sentinel/Register-News (Centralia/Mt.
Vernon)

Champaign County News Bulletin (Champaign)

Champaign News-Gazette (Champaign)

Daily Illini - University Of Illinois (Champaign)

News-Gazette (Champaign)

Times-Courier (Charleston)

Chicago Business - University Of Chicago'S Mba
Paper (Chicago)

Chicago Citizen Newspaper Group (Chicago)

Chicago Crusader (Chicago)

Chicago Defender (Chicago)

Chicago Free Press (Chicago)

Chicago Law Bulletin (Chicago)

Chicago Reader (Chicago)

Chicago Sun-Times (Chicago)

Chicago Tribune (Chicago)

Columbia Chronicle (Chicago)

Crain's Chicago Business (Chicago)

Crain'S Modern Physician (Chicago)

Epoch Times (Chicago)

Gleaner (Chicago)

Harpo Productions (Chicago)

Hyde Park Herald (Chicago)

Inside Line, The (Chicago)

La Raza (Chicago)

Los Angeles Times - Chicago Bureau (Chicago)

New City (Chicago)

New York Times - Chicago Bureau, The (Chicago)

News Star (Chicago)

Northeastern Illinois University (Chicago)

Skyline (Chicago)

Stark's News Service Interactive (Chicago)

Streetwise (Chicago)

The Chicago Downtowner (Chicago)

The Depaulia (Depaulia University) (Chicago)

The Onion A.V Club (Chicago)

Tribune Company (Chicago)

UIC Today (Chicago)

US Business Review (Chicago)

USA Today - Chicago Bureau (Chicago)

Wall Street Journal - Chicago Bureau, The (Chicago)

Washington Post - Chicago Bureau, The (Chicago)

Windy City Times (Chicago)

Chilicothe Independent (Chillicothe)

Doings (Clarendon Hills)

Suburban Journals Of Greater St. Louis (Collinsville)

Crystal Lake The Northwest Herald (Crystal Lake)

Northwest Herald (Crystal Lake)

Danville Commercial-News (Danville)

Decatur Herald & Review (Decatur)

Deerfield Review (Deerfield)

Kenya Empowerment Newpaper (Deerfield)

Dekalb Daily Chronicle (Dekalb)

Northern Star (Dekalb)

Mediatracks Communications (Des Plaines)

Times (Des Plaines)

Du Quoin Evening Call (Du Quoin)

Tazewell County News Bulletin (East Peoria)

Times-Review (Edgebrook)

Times-Review (Edison-Norwood)

Edwardsville Intelligencer (Edwardsville)

Madison County News Bulletin (Edwardsville)

Effingham Daily News (Effingham)

Eldorado Daily Journal (Eldorado)

Elgin Courier News (Elgin)

The Courier News (Elgin)

The Korea Daily News (Elk Grove)

Times (Elk Grove)

Doings (Elmhurst)

Leaves (Elmhurst)

Woodford County News Bulletin (Eureka)

Evanston Review (Evanston)

Metro Times (Evanston)

Forest Park Leaves (Forest Park)

Herald-Journal (Franklin Park)

Freeport Journal Standard (Freeport)

Journal Standard, The (Freeport)

Galena Gazette (Galena)

Galesburg Register-Mail (Galesburg)

Zephyr, The (Galesburg)

Kane County Chronicle (Geneva)

News (Glencoe)

Glenview Announcements (Glenview)

Grayslake Review (Grayslake)

Gurnee Review (Gurnee)

Times, The (Harlem/Irving Park (Chicago))

Daily Register, The (Harrisburg)

The Daily Register (Harrisburg)

News (Highland Park)

Doings (Hinsdale)

Hoffman Park Review (Hoffman Estates)

Chicago Tribune - Homewood Bureau (Homewood)

Jacksonville Journal-Courier (Jacksonville)

Times, The (Jefferson Park (Chicago))

The Herald-News (Joliet)

Kankakee County News Bulletin (Kankakee)

Kankakee Daily Journal (Kankakee)

Star-Courier (Kewanee)

La Salle News-Tribune (La Salle)

Doings (LaGrange)

Forester (Lake Forest)

Countryside (Lake in the Hills)

Lake Villa Review (Lake Villa)

Courier (Lake Zurich)

La Salle Newstribune (LaSalle)

Daily Record (Lawrenceville)

Libertyville Review (Libertyville)

Lincoln Courier (Lincoln)

The Courier (Lincoln)

Lincolnshire Review (Lincolnshire)

Lincolnwood Review (Lincolnwood)

Macomb Journal (Macomb)

Marion Daily Republican (Marion)

Mattoon Journal-Gazette (Mattoon)

Herald (Maywood)

PR Newswire
A UBM plc company

Moline Dispatch (Moline)

The Dispatch (Moline)

Monmouth Daily Review Atlas (Monmouth)

Champion (Morton Grove)

Daily Republican Register (Mount Carmel)

Times (Mount Prospect)

Mt Vernon Register-News (Mount Vernon)

Mundelein Review (Mundelein)

Naperville Sun (Naperville)

North Central College (Naperville)

Sun Publications (Naperville)

The Naperville Sun (Naperville)

Herald Spectator (Niles)

News (Norridge)

Entre Hispanos (Northbrook)

Star (Northbrook)

Herald-Journal (Northlake)

Chicago Tribune - Oak Brook Bureau (Oak Brook)

Doings (Oak Brook)

Leaves (Oak Park)

Wednesday Journal (Oak Park)

Olney Daily Mail (Olney)

Chicago Tribune - Orland Park Bureau (Orland Park)

Lasalle County News Bulletin (Ottawa)

Ottawa Daily Times (Ottawa)

Countryside (Palatine)

Paris Daily Beacon-News (Paris)

Herald-Advocate (Park Ridge)

Pekin Daily Times (Pekin)

Journal Star (Peoria)

News Bulletin (Peoria)

Peoria Journal Star (Peoria)

Peoria Times-Observer (Peoria)

Washington Times Reporter (Peoria)

Pontiac Daily Leader (Pontiac)

Quincy Herald-Whig (Quincy)

Messenger (River Grove)

Daily News (Robinson)

Rock Island Argus (Rock Island)

Rockford Register Star (Rockford)

Winnebago County News Bulletin (Rockford)

Booster (Rogers Park)

Chicago Tribune - Schaumburg Bureau (Schaumburg)

Schaumburg Review (Schaumburg)

Daily Union (Shelbyville)

Hola America (Silvis)

Skokie Review (Skokie)

El Conquistador (South Elgin)

Chicago Sun-Times Springfield Bureau (Springfield)

Chicago Tribune - Springfield Bureau (Springfield)

Sangamon County News Bulletin (Springfield)

Springfield State Journal Register (Springfield)

Daily Gazette (Sterling)

Dixon Telegraph (Sterling)

The Daily Gazette (Sterling)

Taylorville Breeze Courier (Taylorville)

Chicago Daily Southtown (Tinley Park)

Chicago Tribune - Tinley Park Bureau (Tinley Park)

Daily Southtown (Tinley Park)

University Of Illinois (Urbana)

Chicago Tribune - Vernon Hills Bureau (Vernon Hills)

Vernon Hills Review (Vernon Hills)

Times-Republic (Watseka)

Courier (Wauconda)

The News Sun (Waukegan)

The Daily American (West Frankfort)

Herald (West Proviso)

Herald (Westchester)

Doings (Western Springs)

Chicago Tribune - Wheaton Bureau (Wheaton)

Countryside (Wheeling)

Booster (Wicker Park)

Life (Wilmette)



Talk (Winnetka)

## Online

Change the Rules of Politics (Algonquin)

MO.com (Algonquin)

Rosie Discovers (Arlington Heights)

ConnectReviews (Batavia)

Four Player Co Op (Belvidere)

TheGreenHead.com (Channahon)

CelebTV.com (Chicago)

CitizenKate.tv (Chicago)

C-Style Magazine (Chicago)

Dow Jones MarketWatch.com - Chicago Bureau (Chicago)

Emmis Interactive (Chicago)

ePrairie.com (Chicago)

First Business News (Chicago)

Flood Magazine (Chicago)

Green Info Daily (Chicago)

Guyism (Chicago)

i-street.com (Chicago)

ItsTheItGirl.com (Chicago)

Livability.com (Chicago)

LIVESTRONG.COM (Chicago)

Marina City Online (Chicago)

midwestbusiness.com (Chicago)

Morningstar Advisor.com (Chicago)

Orbitz (Chicago)

PR Junkie (Chicago)

PrettyCity (Chicago)

Tails Inc. (Chicago)

Technomic (Chicago)

The Beauty Branch (Chicago)

The Red Line Project (Chicago)

ThinkGlink.com (Chicago)

Time Out Chicago (Chicago)

Tribune Interactive (Chicago)

White House Strategies (Chicago)

wiretapmag.org (Chicago)

The Sensory Spectrum (Lake Forest)

The Rock Father (Lake Villa)

Running With Cake (Lake Zurich)

Housingzone.com (Oak Brook)

Higheredjobs.com (Oak Park)

antiMUSIC Network (Park Ridge)

MadeMan.com (Riverton)

MMA Recap (South Elgin)

Global Food Forums (St. Charles)

AsiaToday.com (Westmont)

## Radio

Foodservice Radio (Antioch)

WJBC-AM (Bloomington)

WIVR-FM (Bourbonnais)

WVLI-FM (Bourbonnais)

WSIU-FM (Carbondale)

WVSI-FM (Carbondale)

WROY-AM (Carmi)

WRUL-FM (Country Music Widget) (Carmi)

WJPF-AM (Carterville)

WOOZ-FM (Carterville)

WILY-AM (Centralia)

WRXX-FM (Centralia)

WHMS-FM (Champaign)

DePaul University-Radio DePaul (Chicago)

Illinois Radio Network (Chicago)

Merlin Media LLC (Chicago)

Metro Networks - Chicago Bureau (Chicago)

WBBM-AM (Chicago)

WBBM-FM (Chicago)

WBEW-FM (Chicago)

WBEZ-FM (Chicago)

WCEV-AM (Chicago)

WCFS-FM (Chicago)

WCKG-FM (Chicago)

(888) 776-0942  |  www.prnewswire.com



PR Newswire
A UBM plc company

WCPQ-FM (Chicago)

WCPT-AM (Chicago)

WCPT-FM (Chicago)

WCPY-FM (Chicago)

WCRX-FM (Chicago)

WDRV-FM (Chicago)

WFMT-FM (Chicago)

WGCI-FM (Chicago)

WGN-AM (Chicago)

WGRB-AM (Chicago)

WILV-FM (Chicago)

WJMK-FM (Chicago)

WKKC-FM (Chicago)

WKSC-FM (Chicago)

WLIT-FM (Chicago)

WLS-AM (Chicago)

WLS-FM (Chicago)

WLUP-FM (Chicago)

WMBI-AM (Chicago)

WMBI-FM (Chicago)

WMVP-AM (Chicago)

WNUA-FM (Chicago)

WNVR-AM (Chicago)

WRTE-FM 90.5 (Hispanic) (Chicago)

WTMX-FM (Chicago)

WVAZ-FM (Chicago)

WVON-AM (Chicago)

WWWN-FM - Top News (Chicago)

WDKB-FM (De Kalb)

WNIJ-FM (Dekalb)

Radio Health Journal (Des Plaines)

WIXN-AM (Dixon)

WDQN-AM (Du Quoin)

WSIE-FM (Edwardsville)

WIND-AM (Elk Grove Village)

WNUR-FM (Evanston)

WHFH-FM (Flossmoor)

WAAG-FM (Galesburg)

WGIL-AM (Galesburg)

WKAY-FM (Galesburg)

WLSR-FM (Galesburg)

WDCB-FM (Glen Ellyn)

WSMI-AM (Hillsboro)

WSMI-FM (Hillsboro)

WLDS-AM (Jacksonville)

WCCQ-FM (Joliet)

WKAN-AM (Kankakee)

WAKO-FM (Lawrenceville)

WLRA-FM (Lockport)

WIUM-FM (Macomb)

WJEQ-FM (Macomb)

WFRX-AM (Marion)

WMOK-AM (Metropolis)

WVIK-AM (Moline)

WMIX-AM/FM (Mount Vernon)

WMIX-FM (Mount Vernon)

WONC-FM (Naperville)

WGLT-FM (Normal)

WPNA-AM (Oak Park)

WAJK-FM (Oglesby)

WLPO-AM (Oglesby)

WLWF-FM (Oglesby)

WCMY-AM (Ottawa)

WPXN-FM (Paxton)

WCBU-FM (Peoria)

WIRL-AM (Peoria)

WMBD-AM (Peoria)

WPBG-FM (Peoria)

WSWT-FM (Peoria)

WBZG-FM (Peru)

WGLC-FM (Peru)

WSPL-AM (Peru)

WYYS-FM (Peru)

KGRC-FM (Quincy)



WGEM-AM (Quincy)

WTAD-AM (Quincy)

WNNS-FM (Riverton)

WVIK Radio (Rock Island)

WVIK-FM (Rock Island)

WNTA-AM (Rockford)

WROK-AM (Cumulus Radio Group) (Rockford)

WPGU (Roselle)

WJBD-AM (Salem)

WJBD-FM (Salem)

WMAY-AM (Springfield)

WTAX-AM (Springfield)

WUIS-FM (Springfield)

KFNS-AM (St Louis)

WSDR-AM (Sterling)

WDWS-AM (Urbana)

WILL-AM (Urbana)

WILL-FM (Urbana)

### Television

WSIU-TV (Carbondale)

WCIA-TV (Champaign)

WICD-TV (Champaign)

WEIU-TV (Charleston)

CNBC - Chicago Bureau (Chicago)

CNN - Chicago Bureau (Chicago)

First Business TV News (Chicago)

Fox News Channel - Chicago Bureau (Chicago)

WBBM-TV (Chicago)

WCHI-TV (Chicago)

WFLD-TV (Chicago)

WGBO-TV (Chicago)

WGN-TV (Chicago)

WLS-TV (Chicago)

WMAQ-TV (Chicago)

WSNS-TV (Chicago)

WTTW-TV (Chicago)

WHOI-TV (Creve Coeur)

WAND-TV (Decatur)

WEEK-TV (East Peoria)

Around Chicagoland-Chicagoland Television News (Hinsdale)

WMBD-TV (Peoria)

KHQA-TV (Quincy)

WGEM-TV (Quincy)

WHBF-TV (Rock Island)

WIFR-TV (Rockford)

WREX-TV (Rockford)

WTVO-TV (Rockford)

WTVO-TV/WQRF-TV (Rockford)

WCIA-TV (Savoy)

WICS-TV (Springfield)

## INDIANA

### Magazine

FFA New Horizons (Indianapolis)

Network Indiana (Indianapolis)

Howey Politics Indiana (Kokomo)

### News Service

Associated Press - Evansville Bureau (Evansville)

Associated Press - Indianapolis Bureau (Indianapolis)

Gannett News Service - Indianapolis Bureau (Indianapolis)

Associated Press - South Bend Bureau (South Bend)

### Newspaper

Anderson Herald Bulletin (Anderson)

Herald Bulletin (Anderson)

Herald-Republican (Angola)

The Evening Star (Auburn)

Herald-Tribune (Batesville)

Bedford Times-Mail (Bedford)



Berne Tri-Weekly News (Berne)

Bloomington Herald-Times (Bloomington)

Indiana Daily Student (Bloomington)

Mitchell News (Bloomington)

Bluffton News-Banner (Bluffton)

Brazil Times (Brazil)

Chesterton Tribune (Chesterton)

Clinton Daily Clintonian (Clinton)

Columbia City Post & Mail (Columbia City)

Columbus Republic (Columbus)

Connersville News Examiner (Connersville)

Crawfordsville Journal Review (Crawfordsville)

Decatur Daily Democrat (Decatur)

Truth, The (Elkhart)

The Call-Leader (Elwood)

Evansville Courier (Evansville)

Ft Wayne News-Sentinel (Fort Wayne)

Greater Fort Wayne Business Weekly (Fort Wayne)

Journal Gazette (Fort Wayne)

News-Sentinel (Fort Wayne)

Times, The (Frankfort)

Franklin College - The Franklin (Franklin)

Franklin Daily Journal (Franklin)

Goshen News (Goshen)

Greencastle Banner Graphic (Greencastle)

Greenfield Daily Reporter (Greenfield)

Greensburg Daily News (Greensburg)

Cal-Press (Hammond)

Hartford City News-Times (Hartford City)

Huntington Herald-Press (Huntington)

Indiana Business Magazine (Indianapolis)

Indianapolis Business Journal (Indianapolis)

Indianapolis Star (Indianapolis)

Omega Communications Inc. (Indianapolis)

Herald (Jasper)

Jasper The Herald (Jasper)

Jeffersonville Evening News (Jeffersonville)

Jeffersonville Evening News/New Albany Tribune (Jeffersonville)

Kendallville News-Sun (Kendallville)

Kokomo Tribune (Kokomo)

La Porte Herald Argus (La Porte)

Journal & Courier (Lafayette)

Lafayette Journal & Courier (Lafayette)

Herald-Argus (LaPorte)

Lebanon Reporter (Lebanon)

Linton Daily World (Linton)

Logansport Pharos-Tribune (Logansport)

Madison Courier (Madison)

Marion Chronicle Tribune (Marion)

Reporter-Times (Martinsville)

Post-Tribune (Merrillville)

Michigan City News-Dispatch (Michigan City)

Monticello Herald Journal (Monticello)

Ball State Daily News (Muncie)

Muncie Star Press (Muncie)

Star-Press (Muncie)

Hammond Times (Munster)

Times Of NW Indiana, The (Munster)

Courier Times (New Castle)

New Castle Courier Times (New Castle)

Notre Dame Observer (Notre Dame)

Peru Daily Tribune (Peru)

Plymouth Pilot News (Plymouth)

Portland Commercial Review (Portland)

Princeton Daily Clarion (Princeton)

Rensselaer Republican (Rensselaer)

Palladium-Item (Richmond)

Richmond Palladium (Richmond)

Rochester Sentinel (Rochester)

Rushville Republican (Rushville)

The News And Tribune (Sellersburg)

Seymour Daily Tribune (Seymour)

Shelbyville News (Shelbyville)

South Bend Tribune (South Bend)



PR Newswire
A UBM plc company

Sullivan Times (Sullivan)

Terre Haute Journal Of Business (Terre Haute)

Terre Haute Tribune-Star (Terre Haute)

Tipton County Tribune (Tipton)

Vincennes Sun-Commercial (Vincennes)

Wabash Plain Dealer (Wabash)

Warsaw Times-Union (Warsaw)

Washington The Times-Herald (Washington)

Purdue University~ The Purdue Exponent (West Lafayette)

The Purdue Exponent (West Lafayette)

Winchester News-Gazette (Winchester)

## Online

Weddings! Save Money (Anderson)

Crown Point Chronicle (Crown Point)

WCGuru.com (Crown Point)

Biomarker Commons (Indianapolis)

Savvy Traveling (Indianapolis)

GeekTyrant (Newburgh)

## Radio

WQME-FM (Anderson)

WKZS-FM (Covington)

WVPE-FM (Elkhart)

WNIN-FM (Evansville)

WSWI-AM (Evansville)

WAJI-FM (Fort Wayne)

WBCL-FM (Fort Wayne)

WBOI-FM (Fort Wayne)

WLDE-FM (Fort Wayne)

WOWO-AM (Fort Wayne)

WOWO-FM (Fort Wayne)

WLTH (Gary)

WGRE-FM (Greencastle)

WIMS-AM (Hammond)

WJOB-AM (Hammond)

WBDC-FM (Huntingburg)

Bob And Tom Show (Indianapolis)

Sound Medicine - WFYI-FM (Indianapolis)

WFYI-FM (Indianapolis)

WIBC-AM (Indianapolis)

WTLC (Indianapolis)

WORX-FM (Madison)

WLPR-FM (Merrillville)

WTRC-AM (Mishawaka)

WTRC-FM (Mishawaka)

WERK-FM (Muncie)

WLTH (Munster)

WRAY-AM (Princeton)

WZZY-FM (Richmond)

WJAA-FM (Seymour)

WSBT-AM (South Bend)

WTHI-FM (Terre Haute)

WWVR-FM (Terre Haute)

WAKE-AM (Valparaiso)

WLJE-FM (Valparaiso)

WVUR-FM (Valparaiso)

WXRD-FM (Valparaiso)

WZVM-FM (Valparaiso)

WKID-FM (Vevay)

WAOV-AM (Vincennes)

WUZR-FM (Vincennes)

WZDM-FM (Vincennes)

WRSW-FM (Warsaw)

WAMW - FM (Washington)

WAMW-AM (Washington)

WFML-FM (Washington)

WBAA (West Lafayette)

## Television

WEVV-TV (Evansville)

WFIE-TV (Evansville)

WTVW-TV (Evansville)

WANE-TV (Fort Wayne)

WPTA-TV (Fort Wayne)

WEHT-TV (Henderson)

Pet Pals TV (Indianapolis)

WISH-TV (Indianapolis)

WRTV-TV (Indianapolis)

WTHR-TV (Indianapolis)

WSBT-TV (Mishawaka)

Ball State University (WIPB-TV) (Muncie)

WBST-FM (Muncie)

Farm Journal Television (South Bend)

WNDU-TV (South Bend)

WSJV-TV (South Bend)

WTHI-TV (Terre Haute)

WTWO-TV (Terre Haute)

WLFI-TV (West Lafayette)

## IOWA

### Magazine

Material Handling Wholesaler (Dubuque)

Verum Magazine (Iowa City)

### News Service

Associated Press - Des Moines Bureau (Des Moines)

Meredith Broadcasting (Des Moines)

Associated Press - Iowa City Bureau (Iowa City)

University Of Iowa News Services (Iowa City)

### Newspaper

Ames Daily Tribune (Ames)

Atlantic News Telegraph (Atlantic)

Burlington Hawk Eye (Burlington)

Carroll Daily Times Herald (Carroll)

Cedar Rapids Gazette (Cedar Rapids)

Centerville Daily Iowegian (Centerville)

Charles City Press (Charles City)

Cherokee Times (Cherokee)

Clinton Herald (Clinton)

Council Bluffs Nonpareil (Council bluffs)

Davenport Quad City Times (Davenport)

Quad City Business Journal (Davenport)

Quad-City Times (Davenport)

Cedar Rapids Gazette - Des Moines Bureau (Des Moines)

Des Moines Business Record (Des Moines)

Des Moines Register (Des Moines)

Iowa State Daily (Des Moines)

Dubuque Telegraph Herald (Dubuque)

Dunlap Reporter (Dunlap)

Estherville Daily News (Estherville)

Fairfield Ledger (Fairfield)

Fort Dodge The Messenger (Fort Dodge)

Fort Madison Daily Democrat (Fort Madison)

Corridor Business Journal (Iowa City)

Daily Iowan (Iowa City)

Iowa City Press-Citizen (Iowa City)

Keokuk Daily Gate City (Keokuk)

Le Mars Daily Sentinel (Le Mars)

Marshalltown Times-Republican (Marshalltown)

Mason City Globe Gazette (Mason City)

Mount Mercy Times (Mount Mercy)

Mount Pleasant News (Mount Pleasant)

Muscatine Journal (Muscatine)

Newton Daily News (Newton)

Oelwein Daily Register (Oelwein)

Oskaloosa Herald (Oskaloosa)

Ottumwa Courier (Ottumwa)

Sioux City Journal (Sioux City)

Spencer Daily Reporter (Spencer)

Storm Lake Pilot-Tribune (Storm Lake)

Washington Journal (Washington)

Waterloo Courier (Waterloo)

The Daily Freeman-Journal (Webster City)

## Online

southerniowa.com (Bloomfield)

Tech Gone Crazy (Boone)

squibe.net (Mason City)

Beth Ann & Jessica's Helpful Savings (Sioux City)

Dice.com (Urbandale)

HealthCallings.com (Urbandale)

## Radio

KLGA-FM (Algona)

KASI-AM (Ames)

KJAN-AM (Atlantic)

KWBG-AM (Boone)

KBUR-AM (Burlington)

KCIM-AM (Carroll)

KKRL-FM (Carroll)

KCCK-FM (Cedar Rapids)

KGYM-AM (Cedar Rapids)

KMRY-AM (Cedar Rapids)

KZIA-FM (Cedar Rapids)

WMT-AM (Cedar Rapids)

WMT-FM (Cedar Rapids)

KMGO-FM (Centerville)

KCHA-FM (Charles City)

KCZQ-FM (Cresco)

WOC-AM (Davenport)

KNEI-FM (Decorah)

Clear Channel NewsRadio 1040 WHO (Des Moines)

Iowa Public Radio (Des Moines)

KJJY-FM (Des Moines)

KPTL-FM (Des Moines)

KXNO-AM (Des Moines)

Radio Iowa (Des Moines)

WHO-AM (Des Moines)

KATF-FM (Dubuque)

KDTH-AM (Dubuque)

KGRR-FM (Dubuque)

WDBQ-AM (Dubuque)

KDST-FM (Dyersville)

KJYL-FM (Eagle Grove)

KADR-AM (Elkader)

KCTN-FM (Elkader)

KIOW-FM (Forest city)

KIAQ-FM (Fort Dodge)

KKEZ-FM (Fort Dodge)

KTLB-FM (Fort Dodge)

KVFD-AM (Fort Dodge)

KWMT-AM (Fort Dodge)

KZLB-FM (Fort Dodge)

KLMJ-FM (Hampton)

KHBT-FM (Humboldt)

KCJJ-AM (Iowa City)

KXIC-AM (Iowa City)

KOKX-AM (Keokuk)

KOKX-FM (Keokuk)

KRLS-FM (Knoxville)

KKMA-FM (Le Mars)

KLEM-AM (Le Mars)

KSCJ-AM (Le Mars)

KSUX-FM (Le Mars)

KMCH-FM (Manchester)

KFJB-AM (Marshalltown)

KXIA-FM (Marshalltown)

KCMR-FM (Mason City)

KGLO-AM (Mason City)

KIAI-FM (Mason City)

KJCY-FM (Mason City)

KLSS-FM (Mason City)

KRIB-AM (Mason City)

KOEL-AM (Oelwein)

KBOE-FM (Oskaloosa)

KCSI-FM (Red Oak)

KOAK-AM (Red Oak)

KDCR-FM (Sioux Center)

KSOU-FM (Sioux Center)

KUOO-FM (Spirit Lake)

KWQW-FM (Urbandale)

KCII-AM (Washington)

KCII-FM (Washington)

KNWS-AM (Waterloo)

KOKZ-FM (Waterloo)

KXEL-AM (Waterloo)

## Television

KCRG-TV (Cedar Rapids)

KGAN-TV (Cedar Rapids)

Sinclair Acquisition IV Inc. (Cedar Rapids)

KLJB-TV (Davenport)

KWQC-TV (Davenport)

KCCI-TV (Des Moines)

WHO-TV (Des Moines)

WOI-TV (Des Moines)

KDIN-TV (Johnston)

KIMT-TV (Mason City)

KCAU-TV (Sioux City)

KTIV-TV (Sioux city)

KWWL-TV (Waterloo)

ABC5 WOI-DT (West Des Moines)

## KANSAS

## Magazine

Review Magazine, Kansas City (Lawrence)

Christmas Trees Magazine (Lecompton)

Rural Lifestyle Dealer (Milton)

Anthem Publishing Inc. (Overland Park)

Super Floral Retailing (Topeka)

## News Service

Associated Press - Topeka Bureau (Topeka)

Associated Press - Wichita Bureau (Wichita)

Associated Press (Wichita/Topeka)

## Newspaper

Abilene Reflector-Chronicle (Abilene)

Arkansas City Traveler (Arkansas City)

The Augusta Daily Gazette (Augusta)

Chanute Tribune (Chanute)

Clay Center Dispatch (Clay Center)

Coffeyville Journal (Coffeyville)

Colby Free Press (Colby)

Columbus Daily Advocate (Columbus)

Concordia Blade-Empire (Concordia)

Council Grove Republican (Council Grove)

Dodge City Globe (Dodge City)

El Dorado Times (El Dorado)

Emporia Gazette (Emporia)

The Bulletin (Emporia)

Fort Scott Tribune (Fort Scott)

Garden City Telegram (Garden city)

Great Bend Tribune (Great Bend)

Hays Daily News (Hays)

The Hays Daily News (Hays)

Hutchinson News (Hutchinson)

The Hutchinson News (Hutchinson)

Independence Reporter (Independence)

Iola Register (Iola)

Junction City Daily Union (Junction City)

Kansas City Business Journal (Kansas City)

Kansas City Star (Kansas City)

Minority Press Association/Missouri State Post (Kansas City)

Daily Kansan (Lawrence)

Journal World (Lawrence)

Lawrence Journal World (Lawrence)

The Daily Kansan (Lawrence)

Leavenworth Times (Leavenworth)

High Plains Daily Leader (Liberal)

Manhattan Mercury (Manhattan)

PR Newswire
A UBM plc company

McPherson Sentinel (McPherson)

Linn County News (Mound City)

Newton Kansan (Newton)

Ottawa Herald (Ottawa)

Parsons Sun (Parsons)

Morning Sun (Pittsburg)

Pittsburg Sun (Pittsburg)

The Collegio (Pittsburg)

The Pratt Tribune (Pratt)

Salina Journal (Salina)

Tonganoxie Mirror (Tonganoxie)

Topeka Capital-Journal, The (Topeka)

Wellington News (Wellington)

Wichita Business Journal (Wichita)

Wichita Eagle (Wichita)

Winfield Daily Courier (Winfield)

## Online

Musicians Gazette (Fort Scott)

Kansan.com (Lawrence)

TechRepublic (Lenexa)

Do No Harm (Olathe)

AndoverVoice.com (Wichita)

Everyday Citizen  (Wichita)

OnlineStoresResearch (Wichita)

## Radio

KJRL-FM (Abilene)

KAIR-FM (Atchison)

KVSV-AM (Beloit)

KVSV-FM (Beloit)

KGCR-FM (Brewster)

KKOY-AM (Chanute)

KCLY-FM (Clay Center)

KFRM-AM (Clay Center)

KFFX-FM (Emporia)

KVOE-AM (Emporia)

KBUF-AM (Garden City)

KKJQ-FM (Garden City)

KVGB-AM (Great Bend)

KAYS-AM (Hays)

KHAZ-FM (Hays)

KJLS-FM (Hays)

KPRD-FM (Hays)

KLZA-FM (Hiawatha)

KMZA-FM (Hiawatha)

KNZA-FM (Hiawatha)

KHUT-FM (Hutchinson)

KWBW-AM (Hutchinson)

KJCK- FM (Junction city)

KJCK-AM (Junction city)

KANU-FM (Lawrence)

KLDG-FM (Liberal)

KMAN-AM (Manhattan)

KMKF-FM (Manhattan)

KSDB-FM (Manhattan)

KXBZ-FM (Manhattan)

KJIL-FM (Meade)

KCMO-AM (Mission)

KMBZ-AM (Mission)

KKAN-AM (Phillipsburg)

KQMA-FM (Phillipsburg)

KINA-AM (Salina)

KSAL-AM (Salina)

KSAL-FM (Salina)

KSKG-FM (Salina)

KYEZ-FM (Salina)

Kansas Information Network (Topeka)

KMAJ-AM (Topeka)

Member Feed - WIBW (Topeka)

WIBW-AM (Topeka)

WIBW-FM (Topeka)

KULY-AM (Ulysses)

KMBZ-FM (Westwood)

KFDI-FM (Wichita)

KGSO-AM (Wichita)

KLIO-AM (Wichita)

KMUW-FM (Wichita)

KNSS-AM (Wichita)

KRBB-FM (Wichita)

KTHR-FM (Wichita)

KZCH-FM (Wichita)

KZSN-FM (Wichita)

## Television

KCTV-TV (Fairway)

KUJH-TV (Lawrence)

Sunflower Broadband (Lawrence)

KOAM-TV (Pittsburg)

KSNT-TV (Topeka)

KTKA-TV (Topeka)

WIBW-TV (Topeka)

KAKE-TV (Wichita)

KSNW-TV (Wichita)

KWCH-TV (Wichita)

Motor'n TV (Wichita)

Premium Member Feed - KAKE (Wichita)

## KENTUCKY

## Magazine

Autos - Courier-Journal (Louisville)

Today's Woman Magazine (Louisville)

Sophisticated Living Magazine (Prospect)

## News Service

Associated Press - Frankfort Bureau (Frankfort)

Associated Press - Lexington Bureau (Lexington)

Associated Press - Louisville Bureau (Louisville)

Associated Press - Pikeville Bureau (Pikeville)

## Newspaper

Ashland Daily Independent (Ashland)

Bowling Green News (Bowling Green)

Daily News (Bowling Green)

Gamut News (Bowling Green)

Corbin Times Tribune (Corbin)

Danville Advocate-Messenger (Danville)

Elizabethtown News-Enterprise (Elizabethtown)

Boone Community Recorder (Florence)

Boone County Recorder (Florence)

Campbell Community Recorder (Florence)

Campbell County Recorder (Florence)

Crescent Springs/Villa Hills Community Recorder (Florence)

Edgewood/Crestview Hills Community Recorder (Florence)

Erlanger Recorder (Florence)

Florence Recorder (Florence)

Ft. Mitchell/Lakeside Park Community Recorder (Florence)

Kenton County Recorder (Florence)

Park Hills/Ft. Wright Community Recorder (Florence)

Frankfort Journal (Frankfort)

Georgetown News-Graphic (Georgetown)

Glasgow Daily Times (Glasgow)

Harlan Enterprise (Harlan)

The Harrodsburg Herald (Harrodsburg)

Henderson Gleaner (Henderson)

The Northerner (Highland Heights)

Hopkinsville Kentucky New Era (Hopkinsville)

Kentucky New Era (Hopkinsville)

Garrard Central Record (Lancaster)

Lane Communications Group (Lexington)

Lexington Herald-Leader (Lexington)

University Of Kentucky School Of Journalism (Lexington)

Business First (Louisville)

Courier-Journal, The (Louisville)



Louisville Kentucky Combined Feed (Louisville)

Umi/Data Courier (Louisville)

Messenger, The (Madisonville)

Mayfield Messenger (Mayfield)

Maysville Ledger Independent (Maysville)

Middlesboro Daily News (Middlesboro)

Murray Ledger & Times (Murray)

Murray State News (Murray)

Owensboro Messenger-Inquirer (Owensboro)

Paducah Sun (Paducah)

Pikeville Appalachian News-Express (Pikeville)

Richmond Register (Richmond)

Somerset Commonwealth Journal (Somerset)

Whitesburg Mountain Eagle (Whitesburg)

Winchester Sun (Winchester)

## Online

Budget Earth (Florence)

gotthefunny.com (Independence)

HelloLouisville.com/HelloMetro Inc. (Louisville)

Louisville History & Issues (Louisville)

QSRWeb.com (Louisville)

usACTIONnews.com (Louisville)

GlobalShift (Nicholasville)

ProudGreenHome.com (Russell)

## Radio

WLGC-FM (Ashland)

WDCL-FM (Bowling Green)

WGGC-FM (Bowling Green)

WKCT-AM (Bowling Green)

WKPB-FM (Bowling Green)

WKUE-FM (Bowling Green)

WKYU-FM (Bowling Green)

WWHR-FM (Bowling Green)

WVLC-FM (Campbellsville)

WNOP-AM (Cincinnati)

Clear Channel Radio (Covington)

WQXE-FM (Elizabethtown)

WCLU-AM (Glasgow)

WGOH-AM (Grayson)

WUGO-FM (Grayson)

WHLN-AM (Harlan)

WSON-AM (Henderson)

WNKU-FM (Highland Heights)

WHSX-FM (Horse Save)

WLOC-AM (Horse Save)

WKJK (Lagrange)

WKHG-FM (Leitchfield)

WBUL-FM (Lexington)

WLAP-AM (Lexington)

WRFL-FM (Lexington)

WUKY-FM (Lexington)

WVLK-FM (Lexington)

Kentucky Radio Network (Louisville)

WAMZ-FM (Louisville)

WFPL-FM (Louisville)

WGTK-AM (Louisville)

WHAS-AM (Louisville)

WPTI-FM (Louisville)

WFMW-AM (Madisonville)

WTBK-FM (Manchester)

WKYM-FM (Monticello)

WMKY-FM (Morehead)

WMSK-FM (Country Music Widget) (Morganfield)

WKMS-FM (Murray)

WKYQ-FM (Paducah)

WKYX-AM (Paducah)

WKLW-FM (Paintsville)

WPTJ-FM (Paris)

WCYO-FM (Richmond)

WRUS-AM (Russellville)

WKEQ-FM (Somerset)

WSFC-AM (Somerset)

WJCR-FM (Upton)



PR Newswire
A UBM plc company

## Television

WBKO-TV (Bowling Green)

WYMT-TV (Hazard)

WDKY-TV (Lexington)

WKYT-TV (Lexington)

WLEX-TV (Lexington)

WTVQ-TV (Lexington)

WUPX-TV (Lexington)

WYMT-TV (Lexington)

WAVE-TV (Louisville)

WBKI-TV (Louisville)

WDRB-TV (Louisville)

WHAS-TV (Louisville)

WLKY-TV (Louisville)

WYCS-TV (Louisville)

WPSD-TV (Paducah)

WSIL-TV (Paducah)

## LOUISIANA

## Magazine

225 Magazine (Baton Rouge)

Baton Rouge Parenting Magazine (Baton Rouge)

Louisiana Life (Metairie)

New Orleans Magazine (Metairie)

Ballyhoo Vue Magazine (New Orleans)

Sugar Journal (New Orleans)

## News Service

Associated Press - Baton Rouge Bureau (Baton Rouge)

Gannett News Service - Baton Rouge Bureau (Baton Rouge)

Grambling State University (Grambling)

Associated Press - New Orleans Bureau (New Orleans)

## Newspaper

Alexandria Daily Town Talk (Alexandria)

The Light (Alexandria)

Bastrop Daily Enterprise (Bastrop)

Advocate, The (Baton Rouge)

Baton Rouge Business Report (Baton Rouge)

Greater Baton Rouge Business Report (Baton Rouge)

Louisiana State University (Baton Rouge)

Southern Digest (Baton Rouge)

Southern University/A&M College (Baton Rouge)

Bogalusa Daily News (Bogalusa)

Bossier Press-Tribune (Bossier City)

Beauregard Daily News (Deridder)

The Franklin Banner-Tribune (Franklin)

Gramblinite (Grambling)

Daily Star (Hammond)

Southeastern Louisiana University (Hammond)

The Daily Star (Hammond)

Bayou Business Review (Houma)

Houma Courier (Houma)

Jennings Daily News (Jennings)

Acadiana Gazette (Lafayette)

Daily Advertiser (Lafayette)

Independent Weekly Llc (Lafayette)

The Advertiser (Lafayette)

The Independent Weekly (Lafayette)

American Press (Lake Charles)

Lake Charles American Press (Lake Charles)

The Lafourche Gazette (Larose)

The Leesville Daily Leader (Leesville)

Avoyelles Journal (Marksville)

Herencia Hispana (Metairie)

New Orleans City Business (Metairie)

Minden Press-Herald (Minden)

News-Star, The (Monroe)

The Daily Review (Morgan City)

PR Newswire
A UBM plc company

Natchitoches Times (Natchitoches)

New Iberia Daily Iberian (New Iberia)

Delgado Community College (New Orleans)

Loyola University - The Maroon (New Orleans)

New Orleans Citybusiness (New Orleans)

New Orleans Times-Picayune (New Orleans)

The Courtbouillon (New Orleans)

The Louisiana Weekly (New Orleans)

Tulane Hullabaloo, The (New Orleans)

Opelousas Daily World (Opelousas)

Louisiana Tech University (Ruston)

Ruston Daily Leader (Ruston)

Shreveport Times (Shreveport)

Sulphur Southwest Daily News (Sulphur)

The Nicholls Worth (Thibodaux)

Thibodaux Daily Comet (Thibodaux)

## Online

Couyon.com (Baton Rouge)

theshiznit.com (Baton Rouge)

HoumaRadio.com (Houma)

Bargains4wahms (Kenner)

Times of Southwest Louisiana (Lake Charles)

DailyYonder.com (Laramie)

The Sabine-Talks Reporter (Many)

Planetguide.com (Metairie)

The Lens (New Orleans)

TheBreastCareSite.com (New Orleans)

TypeF.com (Shreveport)

## Radio

KRVE-FM (Baton Rouge)

WDGL-FM (Baton Rouge)

WFMF-FM (Baton Rouge)

WJBO-AM (Baton Rouge)

WLRO-AM (Baton Rouge)

WRKF-FM (Baton Rouge)

WYNK-FM (Baton Rouge)

KRMD-AM (Bossier City)

KAYT-FM (Cheneyville)

KAJN-FM (Crowley)

KBON-FM (Eunice)

KSLU-FM (Hammond)

KHXT-FM (Lafayette)

KMDL-FM (Lafayette)

KPEL-FM (Lafayette)

KRVS-FM (Lafayette)

KTDY-FM (Lafayette)

KAOK-AM (Cumulus Radio Group) (Lake Charles)

KLRZ-FM (Larose)

WIST-AM (Metairie/New Orleans)

KEDM-FM (Monroe)

KANE-AM (New Iberia)

WNOE-FM (New Orleans)

WQUE-FM (New Orleans)

WRNO Radio (New Orleans)

WRNO-FM (New Orleans)

WWL-AM (New Orleans)

WWL-AM/FM (New Orleans)

WWNO-FM (New Orleans)

WYLD-AM (New Orleans)

WYLD-FM (New Orleans)

KLAA-FM (Pineville)

KDAQ-FM (Shreveport)

KEEL-AM (Shreveport)

KLSA-FM (Shreveport)

KRUF-FM (Shreveport)

KTAL-FM (Shreveport)

KVKI-FM (Shreveport)

KXKS-FM (Shreveport)

KVPI-FM (Ville Platte)

KNCB-AM (Vivian)

## Television

KALB-TV (Alexandria)



WAFB-TV (Baton Rouge)

WBRZ-TV (Baton Rouge)

WVLA-TV (Baton Rouge)

KFOL-TV (Houma)

KATC-TV (Lafayette)

KLFY-TV (Lafayette)

KPLC-TV (Lake Charles)

KVHP-TV (Lake Charles)

KGLA-TV (Metairie)

KNOE-TV (Monroe)

KTVE-TV (Monroe)

WDSU-TV (New Orleans)

WGNO-TV (New Orleans)

WVUE-TV (New Orleans)

WWL-TV (New Orleans)

KSLA-TV (Shreveport)

KTAL-TV (Shreveport)

KTBS-TV (Shreveport)

## MAINE

### Magazine

Mainebiz (Portland)

### News Service

Associated Press - Augusta Bureau (Augusta)

Associated Press - Portland, Me Bureau (Portland)

### Newspaper

Kennebec Journal (Augusta)

Bangor Daily News (Bangor)

Bangor News (Bangor)

Journal Tribune, The (Biddeford)

Times Record, The (Brunswick)

Camden Herald, The (Camden)

Ellsworth American (Ellsworth)

Forecaster, The (Falmouth)

Fort Fairfield Journal (Fort Fairfield)

Sun Journal (Lewiston)

Katahdin Press (Millinocket)

Portland Phoenix, The (Portland)

Portland Press Herald (Portland)

Penobscot Bay Press (Stonington)

Morning Sentinel (Waterville)

### Online

MaineToday.com (Augusta)

Missy's Product Reviews 1 (Bridgton)

Mainebiz (Portland)

Media and New Media Law Blog (Rockport)

### Radio

Maine Public Broadcasting Network (Bangor)

WABI-AM (Bangor)

### Television

WMTW-TV (Auburn)

Maine Public Broadcasting Network (Bangor)

WABI-TV (Bangor)

WVII-TV (Bangor)

WCSH-TV (Portland)

WGME-TV (Portland)

## MARYLAND

### Magazine

Dirty Linen (Baltimore)

Grandparenting (Baltimore)

Maryland Bar Journal (Baltimore)

Southern Maryland-This is Living magazine (Bel Alton)

FERC Power Report (Bethesda)

PDA Letter (Bethesda)

StormCenter Communications (Ellicott City)

Harbor View (Fort Washington)

PR Newswire
A UBM plc company

Flight Training (Frederick)

Nightingale's Healthcare News (Frederick)

Insurance Advisor Monthly - Maryland/D.C. (Hunt Valley)

Curator: The Museum Journal (Lanham)

Airline Procurement (Silver Spring)

## News Service

Associated Press - Annapolis Bureau (Annapolis)

Capital News Service - Annapolis Bureau (Annapolis)

Associated Press - Baltimore Bureau (Baltimore)

Tribune Media Services - Baltimore Bureau (Baltimore)

Phillip Merril College of Journalism (University of Maryland) (College Park)

Associated Press - Hagerstown Bureau (Hagerstown)

Associated Press - Lanham Bureau (Lanham)

Patuxent Publishing (Potomac)

Rheinische Post - Washington Bureau (Potomac)

Tribune Media Services - St Michaels Bureau (St Michaels)

## Newspaper

Capital, The (Annapolis)

Washington Post - Annapolis Bureau, The (Annapolis)

Baltimore Business Journal (Baltimore)

Baltimore City Paper (Baltimore)

Baltimore Daily Record (Baltimore)

Baltimore Sun, The (Baltimore)

The Washington Afro-American News (Baltimore)

Bethesda Gazette (Bethesda)

Education Week (Bethesda)

Bowie Blade-News, The (Bowie)

Middletown/Brunswick Gazette (Brunswick)

Rose Sheet, The (Chevy Chase)

Columbia Flier (Columbia)

Washington Post - Howard County Bureau, The (Columbia)

Cumberland Times-News (Cumberland)

Easton Star-Democrat (Easton)

Frederick Gazette (Frederick)

Frederick News-Post, The (Frederick)

Washington Post - Frederick Bureau, The (Frederick)

Chevy Chase Gazette (Gaithersburg)

Maryland Gazette (Gaithersburg)

Hagerstown Herald-Mail (Hagerstown)

Kensington Gazette (Kensington)

Washington Post - Southern Maryland Bureau, The (La Plata)

Landover Gazette (Landover)

Lanham Gazette (Lanham)

Largo Gazette (Largo)

New Carrollton Gazette (New Carrollton)

Hart/Information Resources Inc. Publishing (Potomac)

PBI Media (Potomac)

Phillips Publishing (Potomac)

Potomac Gazette (Potomac)

International Medical News Group (Rockville)

Washington Post - Montgomery County Bureau, The (Rockville)

Daily Times (Salisbury)

Aspen Publishers (Silver Spring)

Business Publishers, Inc. (Silver Spring)

CD Publications (Silver Spring)

Pike & Fischer, Inc. (Silver Spring)

Silver Spring Gazette (Silver Spring)

Southern Maryland Newspapers (Southern MD)

Bay Times (Stevensville)

New York Times - Takoma Park Bureau, The (Takoma Park)

Walkersville/Thurmont Gazette (Thurmont)

Washington Post - Prince George's County Bureau, The (Upper Marlboro)



PR Newswire
A UBM plc company

New Market/Urbana Gazette (Urbana)

Carroll County Times (Westminster)

Westminster Carroll County Times (Westminster)

## Online

Boundless Vegan (Baltimore)

Center for Emerging Media  (Baltimore)

Digital Harbor Online (Baltimore)

SunSpot.net (Baltimore)

Foreign Policy Digest (Chevy Chase)

Robbins Brothers Blog (Fort Washington)

ACSM Bulletin (Gaithersburg)

Financially Fierce, LLC (Largo)

It's Good Stuff (Odenton)

Unitedfanboyz.com (Owings Mills)

TelecomWeb (Potomac)

ThomsonInvest.net (Rockville)

Washington Running Report (Rockville)

Legendary Lifestyle by Saphan Pickett (Waldorf)

## Radio

WNAV-AM (Annapolis)

National Federation of the Blind (Baltimore)

WBAL-AM (Baltimore)

WBJC-FM (Baltimore)

WCAO-AM (Baltimore)

WCBM-AM (Baltimore)

WEAA-FM (Baltimore)

WIYY-FM (Baltimore)

WPOC-FM (Baltimore)

WZFT-FM (Baltimore)

Interfaith Voices (Brentwood)

WMUC-AM (College Park)

WFMD-AM (Frederick)

WFRE-FM (Frederick)

WFWM-FM (Frostburg)

WHAG-AM (Hagerstown)

WJEJ-AM (Hagerstown)

Syndication One (Lanham)

WJFK-FM (Lanham)

WLZL-FM (Lanham)

WNEW-AM (Lanham)

WNEW-FM (Lanham)

FMLink (Potomac)

BCC, Inc. (Preston)

WESM-FM (Princess anne)

Jerusalem Report, BNR Radio Netherlands (Rockville)

WTEM-AM (Rockville)

WAVD-FM (Salisbury)

WICO-AM (Salisbury)

WICO-FM (Salisbury)

WKTT-FM (Salisbury)

WSCL-FM (Salisbury)

Metro Networks - Silver Spring Bureau (Silver Spring)

WTGB-FM (Silver Spring)

WWRC-AM (Silver Spring)

WTTR-AM (Westminster)

WACA-AM (Wheaton)

WCRH-FM (Williamsport)

WKHS-FM (Worton)

## Television

WBAL-TV (Baltimore)

WBFF-TV (Baltimore)

WJZ-TV (Baltimore)

WMAR-TV (Baltimore)

WHAG-TV (Hagerstown)

Sinclair News Central Bureau (Hunt valley)

Maryland Public Television (Owings Mills)

WBOC (Salisbury)

WBOC-TV (Salisbury)

WMDT (Salisbury)

WMDT-TV (Salisbury)

Broadband Daily (Silver Spring)



## MASSACHUSETTS

### Magazine

Robb Report (Acton)

CCI/Crosby Publishing (Allston)

Northshore Magazine (Andover)

Aspatore Books (Boston)

Atlantic Monthly, The (Boston)

Boston Magazine (Boston)

BusinessWeek - Boston Bureau (Boston)

Continental Magazine (Boston)

Directorship Magazine (Boston)

Edge Publications (Boston)

Federal Reserve Bank of Boston Regional Review (Boston)

Harvard Business Review (Boston)

Harvard Health Letter (Boston)

Harvard Management Update (Boston)

Harvard Public Health Review (Boston)

Improper Bostonian Magazine, The (Boston)

Lawyers Weekly USA (Boston)

Mass High Tech (Boston)

New England Economic Review (Boston)

The Weekly Dig (Boston)

Harvard Law Record (Cambridge)

Harvard Law Review (Cambridge)

Harvard Political Review (Cambridge)

The Homesteader (Concord)

Vrij Nederland (Great Barrington)

Sportsbuff Features (Hamilton)

Business Bulletin (Haverhill)

Monash Software Letter (Lexington)

Boston Homes (Needham)

Berkshire Jewish Voice (Pittsfield)

Provincetown Magazine (Provincetown)

Volleyball (Quincy)

NewSongTV Canção Nova TV (Somerville)

BusinessWest (Springfield)

IndUS Business Journal (Waltham)

Bosy+Soul Magazine (Watertown)

Alloy Media (Westford)

Private Colleges and Universities (Westford)

### News Service

Associated Press - Boston Bureau (Boston)

Bloomberg News - Boston Bureau (Boston)

Dow Jones Newswires - Boston Bureau (Boston)

Reuters - Boston Bureau (Boston)

State House News Service (Boston)

Tribune Media Services - Boston Bureau (Boston)

NewsEdge Corporation (Burlington)

Associated Press - Springfield, Massachusetts Bureau (Springfield)

### Newspaper

Abington Mariner (Abington)

WheelsTV (Acton)

Allston-Brighton TAB (Allston-Brighton)

Amesbury News (Amesbury)

Massachusetts Daily Collegian (Amherst)

Arlington Advocate (Arlington)

Ashland TAB (Ashland)

Athol News (Athol)

Attleboro Sun Chronicle (Attleboro)

Bedford Minuteman (Bedford)

Belmont Citizen-Herald (Belmont)

Beverly Citizen (Beverly)

Tri-Town Transcript (Beverly)

Billerica Minuteman (Billerica)

Bolton Common (Bolton)

Bay Windows (Boston)

Boston Busines Journal (Boston)

Boston Globe Magazine, The (Boston)

Boston Globe, The (Boston)

Boston Herald, The (Boston)



Boston Homes (Boston)

Boston Metro (Boston)

Boston Phoenix, The (Boston)

Boston TAB (Boston)

Christian Science Monitor, The (Boston)

New York Times - Boston Bureau, The (Boston)

Northeastern News (Boston)

The Boston Globe (Boston)

The Daily Free Press (Boston)

The Hub (Boston)

The Provider (Boston)

The Simmons Voice / Boston MA 02115 (Boston)

Wall Street Journal - Boston Bureau, The (Boston)

Braintree Forum (Braintree)

Enterprise, The (Brockton)

Brookline TAB (Brookline)

Burlington Union (Burlington)

Cambridge Chronicle (Cambridge)

Cambridge TAB (Cambridge)

The Harvard Crimson (Cambridge)

Canton Journal (Canton)

Cape Business (Cape Cod)

Main Sheet - Cap Cod Community College
    newspaper (Cape Cod)

Upper Cape Codder (Cape Cod)

Chelmsford Independent (Chelmsford)

Boston College - The Heights (Chestnut Hill)

Cohasset Mariner (Cohasset)

Beacon (Concord)

Beacon Villager (Concord)

Concord Journal (Concord)

Danvers Herald (Danvers)

Dover-Sherborn Press (Dover)

Valley Advocate (Easthampton)

Easton Journal (Easton)

Herald News, The (Fall River)

Sentinel & Enterprise (Fitchburg)

Framingham TAB (Framingham)

MetroWest Daily News, The (Framingham)

Gardner News (Gardner)

Georgetown Record (Georgetown)

Gloucester Daily Times, The (Gloucester)

Recorder (Greenfield)

Hamilton/Wenham (Hamilton/Wenham)

Hanover Mariner (Hanover)

Barnstable Patriot (Harvard)

Harvard Post (Harvard)

Harwich Oracle (Harwich)

Haverhill Gazette, The (Haverhill)

Hingham Journal (Hingham)

Hingham Oracle (Hingham)

Holbrook Sun (Holbrook)

Holliston TAB (Holliston)

Hopkinton Crier (Hopkinton)

Hudson Sun (Hudson)

Cape Cod Times (Hyannis)

Ipswich Chronicle (Ipswich)

Kingston Reporter (Kingston)

Lancaster Times (Lancaster)

Eagle-Tribune, The (Lawrence)

Lexington Minuteman (Lexington)

Lincoln Journal (Lincoln)

Littleton Independent (Littleton)

Lowell Sun (Lowell)

Daily Item, The (Lynn)

Lynn Item (Lynn)

Malden Evening News (Malden)

Malden Observer (Malden)

Medford Daily Mercury (Malden)

Mansfield News (Mansfield)

Marblehead Reporter (Marblehead)

Villager, The (Marlboro)

Marlborough Enterprise (Marlborough)

Marshfield Mariner (Marshfield)

Medfield Press (Medfield)

PR Newswire
A UBM plc company

Medford Transcript (Medford)

Melrose Free Press (Melrose)

Merrimack River Current (Merrimack River)

Country Gazette (Milford)

Homes for Sale (Milford)

Milford Daily News (Milford)

Inquirer & Mirror (Nantucket)

Natick Bulletin & TAB (Natick)

Daily News Transcript (Needham)

Needham Times (Needham)

Standard-Times, The (New Bedford)

Daily News of Newburyport, The (Newburyport)

Newton TAB (Newton)

Washington Post - Boston Bureau, The (Newton)

North Adams Transcript (North Adams)

North Andover Citizen (North Andover)

Salem News (North Andover)

The Sun Chronicle (North Attleboro)

North Shore Sunday (North Shore)

Daily Hampshire Gazette (Northampton)

Norton Mirror (Norton)

Norwell Mariner (Norwell)

Cape Codder (Orleans)

Pembroke Mariner (Pembroke)

Berkshire Eagle (Pittsfield)

Old Colony Memorial (Plymouth)

Eastern Nazarene College (The Veritas News) (Quincy)

Patriot Ledger, The (Quincy)

Reading Advocate (Reading)

Rockland Mariner (Rockland)

West Roxbury/Roslindale Transcript (Roslindale)

Salem News, The (Salem)

Saugus Advertiser (Saugus)

Scituate Mariner (Scituate)

Sharon Advocate (Sharon)

Shrewsbury Chronicle (Shrewsbury)

Somerville Journal (Somerville)

The Southbridge Evening News (Southbridge)

Republican, The (Springfield)

Stoneham Sun (Stoneham)

Stoughton Journal (Stoughton)

Sudbury Town Crier (Sudbury)

Swampscott Reporter (Swampscott)

Taunton Daily Gazette (Taunton)

Tewksbury Advocate (Tewksbury)

Wakefield Daily Item (Wakefield)

Wakefield Observer (Wakefield)

Daily News Tribune, The (Waltham)

Watertown TAB & Press (Watertown)

Wayland Town Crier (Wayland)

Wellesley Townsman (Wellesley)

Westborough News (Westborough)

Westford Eagle (Westford)

The Weston Town Crier (Weston)

Westwood Press (Westwood)

Weymouth News (Weymouth)

Wilmington Advocate (Wilmington)

Winchester Star (Winchester)

Daily Times Chronicle (Woburn)

Woburn Advocate (Woburn)

Telegram & Gazette (Worcester)

Worcester Business Journal (Worcester)

Worcester Telegram & Gazette (Worcester)

Pennysaver (Yarmouthport)

Register, The (Yarmouthport)

## Online

Wheelstv.net (Acton)

Scoop08 (Andover)

EdgeBoston (Arlinton)

Trendy Mommies (Bedford)

Boston Music Spotlight (Boston)

Campus Compare (Boston)

Cheapflights.com (Boston)



CityBizList (Boston) (Boston)

Dow Jones MarketWatch.com - Boston Bureau (Boston)

FuelNet.com (Boston)

GlobalPost (Boston)

Health Business Blog (Boston)

mvn.com (Boston)

PR Communications Blog (Boston)

Tributes.com (Boston)

RedPlum.com (Burlington)

Digital City Boston (Cambridge)

SmarterLiving.Com (Cambridge)

www.ivygateblog.com (Cambridge)

ZDNet News - Boston Bureau (Cambridge)

Digicraft (Charlestown)

Savvy Saving Couple (Fall River)

CIO.com (Framingham)

Propeller.com (Hudson)

carweb.com (Littleton)

Splendicity.com (Longmeadow)

Casino City Times (Newton)

GameSkinny (Newton)

MomCentral.com (Newton)

NEC Digest (Quincy)

siriusbuzz.com (Quincy)

Geek.com (Somerville)

Her Campus & What Gents Don't Get (Somerville)

Lycos (Waltham)

Filmfodder (West Roxbury)

paralegalblog.com (West Springfield)

GPSLodge.com (Wrentham)

## Radio

WBZ-AM (Allston)

WFCR-FM (Amherst)

WHSN-FM (Bangor)

WKIT-FM (Bangor)

WZON-AM (Bangor)

WBOQ-FM (Beverly)

WNSH-AM (Beverly)

CyberSpace Radio (Boston)

WBIX-AM (Boston)

WBUR-AM (Boston)

WBUR-FM (Boston)

WCRN-AM (Boston)

WERS-FM (Boston)

WGBH-FM (Boston)

WKLB-FM (Boston)

WMJX-FM (Boston)

WROR-FM (Boston)

WTKK-FM (Boston)

WUMB-FM (Boston)

WUNR-AM (Boston)

Greater Media, Inc. (Braintree)

WRKO-AM (Brighton)

WQDY-FM (Calais)

WCXU-FM (Caribou)

WDME-FM (Dover-Foxcroft)

WNSX-FM (Ellsworth)

WBSM-AM (Fairhaven)

WFHN-FM (Fairhaven)

WGAO-FM (Franklin)

WMSJ-FM (Freeport)

WCIB-FM (Hyannis)

WQRC-FM (Hyannis)

WXTK-FM (Hyannis)

WCAP-AM (Lowell)

WFNX-FM (Lynn)

WATD-FM (Marshfield)

WJMN-FM (Medford)

WXKS-AM (Medford)

WXKS-FM (Medford)

WVBF-AM (Middleborough)

WMLN-FM (Milton)

WBNW-AM (Needham)

PR Newswire
A UBM plc company

WSRS-FM (Paxton)

WTAG-AM (Paxton)

WBEC-FM (Pittsfield)

WPLM-FM (Plymouth)

Maine Public Radio (Portland)

WIZZ-AM (Shelburne)

WHYN-AM (Springfield)

WHYN-FM (Springfield)

WRNX-FM (Springfield)

WUCS-FM (Springfield)

WMVY-FM (Vineyard Haven)

## Television

Wheelstv.net (Acton)

Paybefore (Billerica)

WBZ-TV (Boston)

WGBH-TV (Boston)

WHDH-TV (Boston)

WLVI-TV (Boston)

WSBK-TV (Brighton)

Sportschannel NE d/b/a Comcast Sportsnet (Burlington)

Captivate Network (Chelmsford)

WWLP-TV (Chicopee)

WFXT-TV (Dedham)

WCVB-TV (Needham)

WUNI-TV (Needham)

NECN (Newton)

New England Cable News (Newton)

New England Cable News Channel (NECN) (Newton)

DC Velocity (North Attleboro)

WAGM-TV (Presque Isle)

WGBY-TV (Springfield)

WGGB-TV (Springfield)

WWLP-TV (Springfield)

NewsProNet TV (Swampscott)

## MICHIGAN

### Magazine

Michigan Review (Ann Arbor)

MyMac Magazine (Battle Creek)

BusinessWeek - Detroit Bureau (Detroit)

D Business Magazine (Detroit)

MediaPost (Detroit)

Lyons Circle Publishing (Grand Rapids)

Western Michigan Business Review (Kalamazoo)

Michigan Manufacturers Association (Lansing)

Midland Daily News (Midland)

Hour Detroit (Royal Oak)

Michigan Real Estate Journal (Southfield)

Fruit Growers News (Sparta)

Quarterly Review of Wines (Troy)

Snips (Troy)

Supply House Times (Troy)

Corp! Magazine (Warren)

### News Service

University of Michigan News Service (Ann Arbor)

Reuters Pictures (Dearborn)

Associated Press - Detroit Bureau (Detroit)

Reuters - Detroit Bureau (Detroit)

Capital News Service (East Lansing)

Associated Press - Grand Rapids Bureau (Grand Rapids)

Saga Communications Inc. (Grosse Pointe Farms)

Associated Press - Lansing Bureau (Lansing)

Bloomberg News - Michigan Bureau (Southfield)

Associated Press - Traverse City Bureau (Traverse City)

### Newspaper

Daily Telegram, The (Adrian)

Alpena News (Alpena)

Ann Arbor News (Ann Arbor)

(888) 776-0942  |  www.prnewswire.com



Arbor Media Inc. (Ann Arbor)

Michigan Daily, The (Ann Arbor)

New York Times - Detroit Bureau, The (Ann Arbor)

The Washtenaw Voice (Ann Arbor)

University Of Michigan: Michigan Daily (Ann Arbor)

Huron Daily Tribune (Bad Axe)

Battle Creek Enquirer, The (Battle Creek)

Bay City Times (Bay City)

Birmingham & Bloomfield Eccentric (Birmingham)

Booth Newspapers (Bloomfield Hills)

Cadillac Evening News (Cadillac)

Cedar Springs Post (Cedar Springs)

Cheboygan Tribune (Cheboygan)

Cheyboygan Daily Tribune (Cheboygan)

Clarkston Eccentric (Clarkston)

The Daily Reporter (Coldwater)

Dearborn Press & Guide (Dearborn)

Dearborn Times-Herald (Dearborn)

Warrendale-West Detroit Press & Guide (Dearborn)

Crain's Detroit Business (Detroit)

Detroit Free Press (Detroit)

Detroit Metro Times (Detroit)

Detroit Monitor (Detroit)

Detroit News, The (Detroit)

Detroiter (Detroit)

El Central (Detroit)

Los Angeles Times - Detroit Bureau (Detroit)

Michigan Chronicle (Detroit)

Michigan Front Page (Detroit)

New York Times, DetroitBureau (Detroit)

USA Today - Detroit Bureau (Detroit)

Wall Street Journal - Detroit Bureau, The (Detroit)

Wayne State University (Detroit)

State News (East Lansing)

The Daily Press (Escanaba)

Farmington Observer (Farmington)

Cultural Village Voice (Flint)

East Side Press (Flint)

Flint Journal (Flint)

Flushing Press (Flint)

Genesee Township Voice (Flint)

Genesee Valley Press (Flint)

Grand Blanc Press (Flint)

South Flint Gazette (Flint)

The Burton Banner (Flint)

The Sunday Crusader (Flint)

Tri-County News (Flint)

Weekender Advantage (Flint)

Garden City Observer (Garden City)

Grand Haven Tribune (Grand Haven)

El Vocero Hispano (Grand Rapids)

Grand Rapids Business Journal (Grand Rapids)

Grand Rapids Press (Grand Rapids)

Greenville Daily News (Greenville)

Ile Camera (Grosse Ile)

Grosse Pointe News (Grosse Pointe)

Hillsdale Daily News (Hillsdale)

Holland Sentinel (Holland)

The Anchor (Holland)

The Daily Mining Gazette (Houghton)

Livingston County Press Argus (Howell)

The Livingston County Daily Press & Argus (Howell)

Daily Tribune (Huron)

Ionia Sentinel-Standard (Ionia)

Iron Mountain Daily News (Iron Mountain)

Daily Globe (Ironwood)

Jackson Citizen Patriot, The (Jackson)

Kalamazoo Gazette (Kalamazoo)

Mibiz Southwest (Kalamazoo)

Western Herald (Kalamazoo)

Lake Orion Eccentric (Lake Orion)

Booth Newspapers (Lansing)

Business Direct Weekly Central (Lansing)

Business Direct Weekly West (Lansing)

(888) 776-0942  |  www.prnewswire.com


PR Newswire
A UBM plc company

Lansing State Journal, The (Lansing)

Canton Observer (Livonia)

Livonia Observer (Livonia)

Observer & Eccentric Newspapers (Livonia)

Ludington Daily Mail (Ludington)

Ludington News (Ludington)

Makinac Island Town Crier (Makinac Island)

The Mining Journal (Marquette)

Midland Daily News (Midland)

Hometown News (Milford)

Milford Times (Milford)

Monroe Evening News (Monroe)

Macomb Daily (Mount Clemens)

Mt. Clemens/Macomb Daily Tribune (Mount Clemens)

Royal Oak Daily Tribune (Mount Clemens)

Mount Pleasant Morning Sun (Mount Pleasant)

Mibiz West (Muskegon)

Muskegon Chronicle (Muskegon)

The Muskegon Tribune (Muskegon Heights)

Hometown Newspapers (Northville)

Northville Record (Northville)

Norway Current (Norway)

Novi News (Novi)

Owosso Argus Press (Owosso)

Oxford Eccentric (Oxford)

Petoskey News-Review (Petoskey)

Plymouth Observer (Plymouth)

Oakland Press, The (Pontiac)

Port Huron Times Herald (Port Huron)

Redford Observer (Redford)

Rochester Clarion-Eccentric (Rochester)

Daily Tribune (Royal Oak)

Saginaw News (Saginaw)

Bay Mills News (Sault St. Marie)

Sault Ste Marie Evening News (Sault St. Marie)

Chicago Tribune - Southfield Bureau (Southfield)

Southfield Eccentric (Southfield)

Allen Park News-Herald (Southgate)

Ecorse/Riverrouge News-Herald (Southgate)

Flat Rock News-Herald (Southgate)

Gibraltar/Rockwood News-Herald (Southgate)

Heritage Newspapers (Southgate)

Lincoln Park News-Herald (Southgate)

Melvindale News-Herald (Southgate)

News-Herald, The (Southgate)

Taylor/Romulus News-Herald (Southgate)

Trenton News-Herald (Southgate)

Woodhaven/Brownstone News-Herald (Southgate)

Wyandotte/Riverview News-Herald (Southgate)

Benton Harbor Herald Palladium (St. Joseph)

St.Joseph Herald-Palladium (St. Joseph)

Sturgis Journal (Sturgis)

Three Rivers Commercial-News (Three Rivers)

Ottaway Newspapers (Traverse City)

Traverse City Record Eagle (Traverse City)

Business News Publishing Co. (Troy)

Detroit Legal News (Troy)

Michigan Libertarian (Troy)

Oakland County Legal News (Troy)

Troy Eccentric (Troy)

Troy-Somerset Gazette (Troy)

Our Hometown Newspaper (Vanderbilt)

C&G Newspapers (Warren)

Monday Morning Newspapers (Warren)

Penasee Globe (Wayland)

Michigan Community Newspapers (Wayne)

West Bloomfield Eccentric (West Bloomfield)

Westland Observer (Westland)

White Lake Beacon (Whitehall)

## Online

AllMusic.com (Ann Arbor)

AnnArbor.com (Ann Arbor)

Sarah's Deals (Cedar Springs)



PR Newswire
A UBM plc company

The Crazy Nuts Mom (Charlotte)

The Hollywood Revue (Clawson)

Blogging for Michigan (Corunna)

Parsimonious Pash (Davisburg)

Eshac (Ferndale)

Go Momma Coupons (Fllint)

Issue Media Group - Rapid Growth Media (Grand Rapids)

Emmy's Deals (Northview)

The Mom with Moxie, LLC (Novi)

## Radio

WLEN-FM (Adrian)

WHSB-FM (Alpena)

Michigan Public Radio (Ann Arbor)

WAAM-AM (Ann Arbor)

WLBY-AM (Ann Arbor)

WRAM-AM (Ann Arbor)

WUOM-FM (Ann Arbor)

WVOM-FM (Ann Arbor)

WLEW-AM (Bad Axe)

WLEW-FM (Bad Axe)

WBCK-FM (Battle Creek)

WCXT-FM (Benton Harbor)

WIRX-FM (Benton Harbor)

WSJM-AM (Benton Harbor)

WYTZ-FM (Benton Harbor)

WYBR-FM (Big Rapids)

WBUV-FM (Biloxi)

WKNN-FM (Biloxi)

WMJY-FM (Biloxi)

WQYZ-FM (Biloxi)

WCKC-FM (Cadillac)

WCBY-FM (Cheboygan)

WGFM-FM (Cheboygan)

WCSX (Detroit)

WDET-FM (Detroit)

WDRQ-FM (Detroit)

WDVD-FM (Detroit)

WEXL (Detroit)

WJR-AM (Detroit)

WRIF-FM (Detroit)

WWJ-AM (Detroit)

Michigan Public Radio (East Lansing)

WKAR-AM (East Lansing)

WKAR-FM (East Lansing)

WDBC-AM (Escanaba)

WYKX-FM (Escanaba)

WDFN-AM (Farmington Hills)

WDTW-FM (Farmington Hills)

WKQI-FM (Farmington Hills)

WNIC-FM (Farmington Hills)

WOMC-FM (Ferndale)

WWCK-AM (Flint)

WKLQ-AM (Fremont)

WFCA-FM (French Camp)

WCSG-FM (Grand Rapids)

WGVU-FM (Grand Rapids)

WJRW-AM (Grand Rapids)

WOOD-AM (Grand Rapids)

WOOD-FM (Grand Rapids)

WJZD-FM (Gulfport)

WCSR-AM (Hillsdale)

WCSR-FM (Hillsdale)

WHMI-FM (Howell)

WUPM-FM (Ironwood)

WJDX-AM (Jackson)

WJDX-FM (Jackson)

WJSU-FM (Jackson)

WMPN-FM (Jackson)

WMSI-FM (Jackson)

WSTZ-FM (Jackson)

WKMI-AM (Cumulus Radio Group) (Kalamazoo)

WKZO (Kalamazoo)

WKZO-AM (Kalamazoo)

