# DECLARATION OF JOSEPH M. FISHER

## EXHIBIT K

### PART 2

WMUK-FM (Kalamazoo)

WLIN-FM (Kosciusko)

Michigan Radio Network (Lansing)

WJIM-AM (Lansing)

WLNZ-FM (Lansing)

WBBN-FM (Laurel)

WRBE-AM (Lucedale)

WRBE-FM (Lucedale)

WNMU-FM (Marquette)

WAGN-AM (Menominee)

WMSV-FM (Mississippi State)

WQNZ-FM (Natchez)

WOVI-FM (Novi)

WOSM-FM (Ocean Springs)

WMBN/MTRN (Petoskey)

WBTI-FM (Port Huron)

WHYT-FM (Port Huron)

WPHM-AM (Port Huron)

WSAQ-FM (Country Music Widget) (Port Huron)

WNEM-AM (Saginaw)

WSGW-AM (Saginaw)

WMIC-AM (Sandusky)

WTGV-FM (Sandusky)

WSOS-AM (Sault St. Marie)

WCSY-FM (South Haven)

Metro Networks - Troy Bureau (Southfield)

Shadow Broadcasting Services (Southfield)

WWJ-AM (Southfield)

WXYT-AM (Southfield)

WLKM-FM (Three Rivers)

WTCM-AM/FM (Traverse City)

American Family Radio (Tupelo)

WBLV-FM (Twin Lake)

WEMU-FM (Ypsilanti)

### Television

WBKB-TV (Alpena)

WFQX-TV (Alpena)

WNEM-TV (Bay City)

WWTZ-TV (Cadillac)

WEYI-TV (Clio)

The Tony Trupiano Show (Dearborn Heights)

Univision WUDT (Detroit)

WDIV-TV (Detroit)

WJRT-TV (Flint)

WNEW-TV (Flint)

WOOD-TV (Grand Rapids)

WOOD-TV 8 (Grand Rapids)

WXMI-TV (Grand Rapids)

WZZM- TV (Grand Rapids)

WZZM-TV (Grand Rapids)

WWMT-TV (Kalamazoo)

WILX-TV (Lansing)

WLAJ-TV (Lansing)

WLNS-TV (Lansing)

WSYM-TV (Lansing)

WNMU-TV (Marquette)

WCMU-TV (Mount Pleasant)

WLUC-TV (Negaunee)

WEYI-TV (Saginaw)

CBS News - Detroit Bureau (Southfield)

Metro Networks - Troy Bureau (Southfield)

WJBK-TV (Southfield)

WKBD-TV (Southfield)

WWJ-TV (Southfield)

WXYZ-TV (Southfield)

WPBN-TV (Traverse City)

WWTV-TV (Tustin)

## MINNESOTA

### Magazine

Bloomington Magazine (Bloomington)

Litt Magazine (Columbia Heights)



Powersports Business (Maple Grove)

Beef Magazine (Minneapolis)

Great Lakes Boating Magazine (Minneapolis)

Minnesota Business Magazine (Minneapolis)

Minnesota Monthly (Minneapolis)

Minnesota Real Estate Journal (Minneapolis)

Twin Cities Business Magazine (Minneapolis)

Feedstuffs (Minnetonka)

Prairie Grains Magazine (Red Lake Falls)

Specialty Fabrics Review (Roseville)

Hooters Magazine (St. Paul)

## News Service

Associated Press - Minneapolis Bureau
(Minneapolis)

Dow Jones Newswires - Minneapolis Bureau
(Minneapolis)

Associated Press - St. Paul Bureau (Saint Paul)

Bloomberg News - Saint Paul Bureau (Saint Paul)

St. Cloud State University (St. cloud)

## Newspaper

Albert Lea Tribune (Albert Lea)

Austin Daily Herald (Austin)

Bemidji Pioneer (Bemidji)

Brainerd Daily Dispatch (Brainerd)

The Dakota County Tribune Business Weekly
(Burnsville)

Blaine-Spring Lake Park Sun-Focus (Columbia
Heights)

South Washington County Bulletin (Cottage Grove)

Crookston Times (Crookston)

Detroit Lakes Tribune (Detroit Lakes)

Budgeteer News (Duluth)

Duluth News Tribune, The (Duluth)

Edina Sun-Current (Eden Prairie)

Sun Current (Elko)

Sentinel (Fairmont)

Faribault Daily News (Faribault)

Faribault News (Faribault)

Daily Journal, The (Fergus Falls)

Hibbing Daily Tribune (Hibbing)

International Falls Daily Journal (International Falls)

Jackson County Pilot - Lakefield Standard (Jackson)

Mankato Free Press (Mankato)

Minnesota State University - The MSU Reporter
(Mankato)

Marshall Independent (Marshall)

American Jewish World (Minneapolis)

City Pages (Minneapolis)

Finance And Commerce (Minneapolis)

Minneapolis And Saint Paul Business Journal
(Minneapolis)

Minnesota Spokesman Recorder (Minneapolis)

Northeaster And Northnews Newspapers
(Minneapolis)

Southwest Journal (Minneapolis)

Star Tribune (Minneapolis)

Twin Cities Business (Minneapolis)

University Of Minnesota - The Daily (Minneapolis)

New Ulm Journal (New Ulm)

Owatonna People'S Press (Owatonna)

Rochester Post-Bulletin (Rochester)

Rosemount Town Pages (Rosemount)

St. Cloud Times (Saint Cloud)

St. Paul Pioneer Press (Saint Paul)

Savage Pacer (Savage)

Tommiemedia.Com (St. Paul)

Virginia Mesabi Daily News (Virginia)

West Central Tribune (Willman)

Willmar West Central Tribune (Willman)

Citizen Publishing Company (Windom)

Winona Daily News (Winona)

Winona News (Winona)

The Daily Globe (Worthington)



## Online

http://toughmuddette.com/ (Arlington)

Inergize Digital Media (Bloomington)

Bob Larson's Daily Tennis (Edina)

Internet Broadcasting System (Edina)

allyourtv.com (Farmington)

Directory Of Minneapolis Local Blog (Inver Grove Heights)

MN Public Relations (Maple Grove)

Sportmentary (Maple Grove)

Strategicdreaming.com (Minneapolis)

Budget Lighting, Inc. industry blog (Minnetonka)

DebsHere (St. Paul)

The Uptake (St. Paul)

WEB Broadcasting Systems Inc (St. Paul)

ProEx Portal (St. Peter)

## Radio

KATE-AM (Albert Lea)

KCPI-FM (Albert Lea)

KIKV-FM (Alexandria)

KAUS-AM (Austin)

KAUS-FM (Austin)

KBSB-FM (Bemidji)

KBEW-AM (Blue Earth)

KBEW-FM (Blue Earth)

KJLY-FM (Blue Earth)

WWWI-AM (Brainerd)

KOJB-FM (Cass Lake)

KROX-AM (Crookston)

KDNI-FM (Duluth)

KDNW-FM (Duluth)

KTNF-AM (Eden Prairie)

WEVE-FM (Eveleth)

KFMC-FM (Fairmont)

KSUM-AM (Fairmont)

KVOX-FM (Fargo)

KBRF-AM (Fergus Falls)

KJJK-AM (Fergus Falls)

KJJK-FM (Fergus Falls)

KZCR-FM (Fergus Falls)

WTIP-FM (Grand Marais)

KBHW-FM (International Falls)

KKOJ-AM (Jackson)

KLFD-AM (Litchfield)

KLQL-FM (Luverne)

KQAD-AM (Luverne)

KRBI-FM (Mankato)

KTOE-AM (Mankato)

KYSM-AM (Mankato)

KYSM-FM (Mankato)

KARZ-FM (Marshall)

KKCK-FM (Marshall)

KMHL-AM (Marshall)

KBEM-FM (Minneapolis)

KFAI-FM (Minneapolis)

KFAN- TV (Minneapolis)

KFAN-AM (Minneapolis)

KFXN-FM (Minneapolis)

KQRS-FM (Minneapolis)

KXXR-FM (Minneapolis)

Minnesota News Networks (Minneapolis)

WCCO-AM (Minneapolis)

WMNN-AM (Minneapolis)

KKOK-FM (Morris)

KMRS-AM (Morris)

KCHK-AM (New Prague)

KDIO-AM (Ortonville)

KPRM-AM (Park Rapids)

KSKK-FM (Park Rapids)

KTIG-FM (Pequot Lakes)

KPRW-FM (Perham)

WCMP/WXCX (Pine City)

KJOE-FM (Pipestone)



KLOH-AM (Pipestone)

WCTS-AM (Plymouth)

KLGR-AM (Redwood falls)

KMFX-FM (Rochester)

KNXR-FM (Rochester)

KRCH-FM (Rochester)

KROC-AM (Rochester)

KCAJ-FM (Roseau)

KNSI-AM (Saint Cloud)

WJON-AM (Saint Cloud)

Minnesota Public Radio (Saint Paul)

KKJM-FM (Sauk Rapids)

KCLD-FM (St. Cloud)

KCML-FM (St. Cloud)

KZPK-FM (St. Cloud)

WWJO-FM (St. Cloud)

KSTP-AM (St. Paul)

KSTP-FM (St. Paul)

KTIS-AM (St. Paul)

KTIS-FM (St. Paul)

MPR (Minnesota Public Radio) News (St. Paul)

SKYLIGHT RADIO NETWORK (St. Paul)

KSRQ-FM (Thief River Falls)

KBMW-AM (Wahpeton)

KKWQ-FM (Warroad)

KDJS-FM (Willmar)

KAGE-AM (Winona)

KAGE-FM (Winona)

KHME-FM (Winona)

KQAL-FM (Winona)

KWNO-AM (Winona)

KWNO-FM (Winona)

### Television

KCCO-TV (Alexandria)

KAAL-TV (Austin)

KAWE-TV (Bemidji)

KBJR-TV (Duluth)

KDLH-TV (Duluth)

KQDS-TV (Duluth)

WDIO-TV (Duluth)

KEYC-TV (Mankato)

KARE-TV (Minneapolis)

KMSP-TV (Minneapolis)

WCCO-TV (Minneapolis)

WFTC-TV (Minneapolis)

KTTC-TV (Rochester)

KXLT-TV (Rochester)

KSTP-TV (Saint Paul)

## MISSISSIPPI

### Magazine

Mississippi Farm Country (Jackson)

### News Service

Associated Press - Jackson Bureau (Jackson)

### Newspaper

Sun Herald, The (Biloxi)

Brookhaven Daily Leader (Brookhaven)

Clarksdale Press-Register (Clarksdale)

Cleveland Bolivar Commercial (Cleveland)

Delta Business Journal (Cleveland)

Commercial Dispatch (Columbus)

Daily Corinthian (Corinth)

Greenville Delta Democrat-Times (Greenville)

Greenwood Commonwealth (Greenwood)

Hattiesburg American (Hattiesburg)

Desoto Times-Tribune (Hernando)

Clarion-Ledger, The (Jackson)

Jackson Advocate (Jackson)

Jackson Free Press (Jackson)

Mississippi Business Journal (Jackson)



Northside Sun (Jackson)

The Blue & White Flash (Jackson)

The Chronicle (Laurel)

Holmes County Herald (Lexington)

Mccomb Enterprise Journal (McComb)

Meridian Star, The (Meridian)

The Natchez Democrat (Natchez)

Oxford Eagle (Oxford)

Mississippi Press, The (Pascagoula)

Picayune Item (Picayune)

Clarke County Tribune (Quitman)

Smith County Reformer (Raleigh)

Madison County Journal (Ridgeland)

Starkville Daily News (Starkville)

Northeast Mississippi Daily Journal (Tupelo)

University Of MS - Daily Mississippian (University)

Vicksburg Post (Vicksburg)

Daily Times Leader (West Point)

## Online

GulfCoastNews.com (Biloxi)

The Natchez Blog (Natchez)

Cotton Mouth  (Ocean Springs)

Knobias (Ridgeland)

The Cable Pipeline (Tupelo)

## Radio

WQRZ-FM (Biloxi)

WUSJ-FM (Ridgeland)

KWAM-AM (Southaven)

## Television

WLOX-TV (Biloxi)

WCBI-TV (Columbus)

WABG-TV (Greenwood-Greenville)

WXVT-TV (Greenwood-Greenville)

WDAM-TV (Hattiesburg)

WAPT-TV (Jackson)

WDBD-TV (Jackson)

WJTV-TV (Jackson)

WLBT-TV (Jackson)

WMAV-TV (Jackson)

WTOK-TV (Meridian)

WCBI-TV (Tupelo)

WLOV-TV (Tupelo)

WTVA-TV (Tupelo)

## MISSOURI

## Magazine

Germinder & Associates (Blue Springs)

ManEater (Columbia)

Kansas City InfoZine (Kansas City)

Sosland Publishing (Kansas City)

Missouri Lawyers Weekly (St. Louis)

Missouri Sports Magazine (St. Louis)

St. Louis Magazine (St. Louis)

RiseUP magazine (University City)

## News Service

Associated Press - Jefferson City Bureau (Jefferson City)

Missouri Southern State Univ - The Chart (Joplin)

Associated Press - Kansas City Bureau (Kansas City)

Associated Press - St. Louis Bureau (Saint Louis)

Associated Press - Springfield, Missouri Bureau (Springfield)

Webster University (St. Louis)

## Newspaper

Boonville Daily News (Boonville)

Branson Daily Independent (Branson)

Linn County Leader (Brookfield)

Lake Sun Leader (Camdenton)

Southeast Missourian (Cape Girardeau)

Carthage Press (Carthage)

West Newsmagazine (Chesterfield)

Chillicothe Constitution-Tribune (Chillicothe)

Columbia Daily Tribune (Columbia)

Columbia Missourian (Columbia)

Mu Student News (Columbia)

Dexter Daily Statesman (Dexter)

Sedalia Democrat (Edwards)

Fulton Sun (Fulton)

Fulton Sun Gazette (Fulton)

Ozark County Times (Gainesville)

Pointe, The (Grain Valley)

Hannibal Courier-Post (Hannibal)

Jefferson County Reporter (Hillsboro)

The Examiner (Independence)

Jefferson City Post-Tribune (Jefferson City)

Joplin Globe (Joplin)

Joplin Tri-State Business (Joplin)

Business Journal, The (Kansas City)

Dos Mundos (Kansas City)

Kansas City Star (Kansas City)

The Pulse (Kansas City)

Wall Street Journal - Kansas City Bureau, The (Kansas City)

Daily Dunklin Democrat (Kennett)

Kirksville Daily Express (Kirksville)

Greene County Herald (Leakesville)

Lebanon Daily Record (Lebanon)

Lee's Summit Journal (Lee's Summit)

The Licking News (Licking)

Louisiana Press-Journal (Louisiana)

Macon Chronicle  Herald (Macon)

Marshall Democrat-News (Marshall)

Maryville Daily Forum (Maryville)

Northwest Missouri State University (Maryville)

The Mexico Ledger (Mexico)

Moberly Monitor-Index (Moberly)

The Monett Times (Monett)

Neosho Daily News (Neosho)

Nevada Daily Mail (Nevada)

Gasconade County Republican (Owensville)

Daily Journal (Park Hills)

Park Hills Daily Journal (Park Hills)

Poplar Bluff American Republic (Poplar Bluff)

Rolla Daily News (Rolla)

St. Joseph News Press (Saint Joseph)

Chesterfield Journal (Saint Louis)

Saint Louis Front Page (Saint Louis)

South City Journal (Saint Louis)

St. Louis Argus (Saint Louis)

St. Louis Business Journal (Saint Louis)

St. Louis Post-Dispatch (Saint Louis)

Standard Democrat (Sikeston)

Smithville Lake Democrat-Herald (Smithville)

Drury College - The Mirror (Springfield)

Southwest Standard (Springfield)

Springfield Business Journal (Springfield)

Springfield News-Leader (Springfield)

The Rock Road Reporter (St. Ann)

St. Joseph News-Press/Gazette (St. Joseph)

Riverfront Times (St. Louis)

St. Louis American (St. Louis)

St. Louis Evening Whirl (St. Louis)

The Forum Newspaper (St. Louis)

The Pulse (St. Louis)

Sullivan Journal (Sullivan)

Trenton Republican-Times (Trenton)

Lincoln County Journal (Troy)

University Of Central Missouri (Warrensburg)

Warrensburg Daily Star-Journal (Warrensburg)

Washington Missourian (Washington)

Waynesville Daily Guide (Waynesville)

West Plains Daily Quill (West Plains)

## Online

Top 10 Diets (Battlefield)

TodaysSeniorsNetwork.com (Ellisville)

Becentsable (Grain Valley)

Techpedition (Hattiesburg)

That Bald Chick (Hazelwood)

Daily Kos  (Imperial)

Medical Construction Trendletter (Innsbrook)

Blue Girl, Red State Blog (Kansas City)

dvm360.com (Kansas City)

Schizocarp Studios (Maryville)

AlyGators (Neoho)

Plate & Barrel (Nixa)

Style on Main (Nixa)

www.foodista.com (Rock Hill)

Springfield Mo News (Springfield)

Beautytimes.com (St. Louis)

IntermissionMagazine (St. Louis)

ItsYourBiz.com (St. Louis)

St. Louis Beacon (St. Louis)

The Moderate Voice Blog (St. Louis)

TheVillageCelebration.com (St. Louis)

floppydiskpodcast.com (Washington)

Lipstick to Crayons (Wildwood)

wearemoviegeeks (Wildwood)

## Radio

KYOO-AM (Bolivar)

KADI AM/FM (Brookline Station)

KAPE-AM (Cape Girardeau)

KGMO-FM (Cape Girardeau)

KSIM-AM (Cape Girardeau)

KZIM-AM (Cape Girardeau)

KMZU-FM (Carrollton)

KDKD-AM (Clinton)

KBIA-FM (Columbia)

KFRU-AM (Columbia)

KSSZ-FM (Columbia)

KZWV-FM (Columbia)

KDEX-FM (Dexter)

KHMO-AM (Hannibal)

KLIK 1240 talk radio (Jefferson City)

KLIK-AM (Jefferson City)

KWOS-AM (Jefferson city)

KZRG-AM (Joplin)

KCUR-FM (Kansas City)

KIRX-AM (Kirksville)

KRXL-FM (Kirksville)

KTUF-FM (Kirksville)

KNIM-AM (Maryville)

KXCV-FM (Maryville)

KXEO Radio Inc (Mexico)

KJEL-FM (Moberly)

KWIX-AM (Moberly)

KWOC-AM (Poplar Bluff)

KMST-FM (Rolla)

KFTK-FM (Saint Louis)

KMOX-AM (Saint Louis)

KSMO-AM (Salem)

KDRO-AM (Sedalia)

KPOW-FM (Sedalia)

KSGF-AM (Springfield)

KSMU-FM (Springfield)

KCLC-FM (St. Charles)

KFEQ-AM (St. Joseph)

KSJQ-FM (St. Joseph)

KFUO-AM (St. Louis)

KLOU-FM (St. Louis)

KTRS-AM (St. Louis)

KWMU-FM (St. Louis)

KFLW-FM (St. Robert)

KKDY-FM (West Plains)

## Television

KFVS-TV (Cape Girardeau)

KMIZ-TV (Columbia)

KOMU-TV (Columbia)

KODE-TV (Joplin)

KCPT-TV (Kansas City)

KCTV-TV (Kansas City)

KMBC-TV (Kansas City)

KSHB-TV (Kansas City)

Metro Sports (Time Warner Cable) (Kansas City)

WDAF-TV (Kansas City)

KTVO-TV (Kirksville)

KRCG-TV (New Bloomfield)

KQTV-TV (Saint Joseph)

KMOV-TV (Saint Louis)

KPLR-TV (Saint Louis)

KSDK-TV (Saint Louis)

KTVI-TV (Saint Louis)

KOLR-TV (Springfield)

KSPR-TV (Springfield)

KYTV-TV (Springfield)

## MONTANA

## News Service

Associated Press - Helena Bureau (Helena)

University of Montana - Kaiman (Missoula)

The Concordian (Moorhead)

## Newspaper

Belgrade News (Belgrade)

Billings Gazette, The (Billings)

Western Business News (Billings)

Bozeman Daily Chronicle, The (Bozeman)

Glacier-Reporter (Browning)

Butte Standard (Butte)

Montana Standard, The (Butte)

Blaine County Journal (Chinook)

The Circle Banner (Circle)

Cut Bank Pioneer Press (Cut Bank)

Dillon Tribune Examiner (Dillon)

The Madisonian (Ennis)

Great Falls Tribune (Great Falls)

Ravalli Republic (Hamilton)

Havre Daily News (Havre)

Helena Independent Record (Helena)

Daily Inter Lake (Kalispell)

Flathead Beacon (Kalispell)

Kalispell Inter Lake (Kalispell)

Laurel Outlook Newspaper (Laurel)

Western News, The (Libby)

The Livingston Enterprise (Livingston)

Miles City Star (Miles City)

Missoula Independent (Missoula)

Missoulian, The (Missoula)

Char-Koosta News (Pablo)

Herald-News, The (Wolf Point)

## Online

Belgrade Beacon (Belgrade)

Daily Climate (Bozeman)

Treasure State Politics (Butte)

mtbusiness.com (Great Falls)

AdSaint (St. Louis)

## Radio

KFLN-AM (Baker)

KBLG-AM (Billings)

KBMC-FM (Billings)

KBUL-AM (Billings)

KCHH-FM (Billings)

KCTR-FM (Billings)

KEMC-FM (Billings)

KGHL-AM (Billings)

KKBR-FM (Billings)

PR Newswire
A UBM plc company

KMHK-FM (Billings)

NORTHERN NEWS NETWORK (Billings)

KBOZ-AM (Bozeman)

KMMS-AM (Bozeman)

KMMS-FM (Bozeman)

KPRK-AM (Bozeman)

KAAR-FM (Butte)

KMBR-FM (Butte)

KXTL-AM (Butte)

KLAN-FM (Glasgow)

KLTZ-AM (Glasgow)

KGLE-AM (Glendive)

KMON-AM (Great Falls)

KGVA-FM (Harlem)

KOJM-AM (Havre)

KPQX-FM (Havre)

KRYK-FM (Havre)

KBLL-AM (Helena)

KBLL-FM (Helena)

KIMO-FM (Helena)

KMTX-AM (Helena)

KGEZ-AM (Kalispell)

KOFI-AM (Kalispell)

KXLO-AM (Lewistown)

KMMR-FM (Malta)

KATL-AM (Miles City)

KBGA-FM (Missoula)

KGGL-FM (Missoula)

KGVO-AM (Missoula)

KUFM-FM (Missoula)

KERR-AM (Polson)

KQRK-FM (Polson)

KCGM-FM (Scobey)

KSEN-AM (Shelby)

KZIN-FM (Shelby)

KVCK-AM (Wolf Point)

KVCK-FM (Wolf Point)

## Television

KTVQ-TV (Billings)

KULR-TV (Billings)

KCTZ-TV (Bozeman)

KFBB-TV (Great Falls)

KRTV-TV (Great Falls)

KTVH-TV (Helena)

KCFW-TV (Kalispell)

K42BZ-LP (Missoula)

KECI-TV (Missoula)

KPAX-TV (Missoula)

KTMF-TV (Missoula)

KTVM-TV (Missoula)

KWYB-TV (Missoula)

## NEBRASKA

### Magazine

Lincoln/Midlands Business Journal (Lincoln)

Home & Away Magazine (Omaha)

### News Service

Associated Press - Lincoln Bureau (Lincoln)

Associated Press - Omaha Bureau (Omaha)

Data Transmission Network - DTN (Omaha)

### Newspaper

Alliance Daily Times Herald (Alliance)

Ashland Gazette (Ashland)

News-Register (Aurora)

Beatrice Sun (Beatrice)

Bellevue Leader (Bellevue)

Custer County Chief (Broken Arrow)

Columbus Telegram (Columbus)

Crete News, The (Crete)

The Doane Owl (Crete)

Falls City Journal (Falls City)



Fremont Tribune (Fremont)

Grand Island Independent (Grand Island)

Hastings Daily Tribune (Hastings)

Holdrege Daily Citizen (Holdrege)

Kearney Hub (Kearney)

The Reveille (Kearney)

Daily Nebraskan (Lincoln)

Lincoln Journal-Star (Lincoln)

Mccook Daily Gazette (McCook)

Norfolk Daily News (Norfolk)

North Platte Telegraph (North Platte)

Keith County News (Ogallala)

Gateway (Omaha)

Omaha World-Herald (Omaha)

The Daily Record (Omaha)

Scottsbluff Star-Herald (Scottsbluff)

Sidney Sun-Telegraph (Sidney)

Register (Stanton)

West Point News (West Point)

York News-Times (York)

## Online

Nebraska News Net (Lincoln)

Gluten Free Savvy (Page)

## Radio

KAAQ-FM (Alliance)

KCOW-AM (Alliance)

KQSK-FM (Alliance)

KWBE-AM (Beatrice)

KCNI-AM (Broken Bow)

KCSR-AM (Chadron)

KJSK-AM (Columbus)

KKOT-FM (Columbus)

KTTT-AM (Columbus)

KZEN-FM (Columbus)

KDNE-FM (Crete)

KUTT-FM (Fairbury)

KTNC-AM (Falls City)

KFMT-FM (Fremont)

KHUB-AM (Fremont)

KSDZ-FM (Gordon)

KRGI-AM (Grand Island)

KCNT-FM (Hastings)

KFKX-FM (Hastings)

KHAS-AM (Hastings)

KUVR-AM (Holdrege)

KGFW-AM (Kearney)

KKPR (Kearney)

KQKY-FM (Kearney)

KROR-FM (Kearney)

KSYZ-FM (Kearney)

KXPN (Kearney)

KRVN-AM (Lexington)

KRVN-FM (Lexington)

KFOR-AM (Lincoln)

KLIN-AM (Lincoln)

KLMS-AM (Lincoln)

KRNU-FM (Lincoln)

KUCV-FM (Lincoln)

KZKX-FM (Lincoln)

Nebraska Radio Network (Lincoln)

KADL-FM (McCook)

KIOD-FM (McCook)

KELN-AM (N. Platte)

KNPQ-FM (N. Platte)

KOOQ-AM (N. Platte)

KEXL-FM (Norfolk)

KNEN-FM (Norfolk)

KUSO-FM (Norfolk)

WJAG-AM (Norfolk)

KODY-AM (North Platte)

KGRD-FM (O'Neill)

KPNO-FM (O'Neill)

KOGA-AM (Ogallala)

KOGA-FM (Ogallala)

KFAB-AM (Omaha)

KFFF-FM (Omaha)

KGOR-FM (Omaha)

KIOS-FM (Omaha)

KKAR-AM (Omaha)

KVNO-FM (Omaha)

KXKT-FM (Omaha)

KBRX-AM (O'Neill)

KBRX-FM (O'Neill)

KNLV (Ord)

KNLV-FM (Ord)

KMOR-FM (Scottsbluff)

KNEB-AM (Scottsbluff)

KNEB-FM (Scottsbluff)

KOLT-AM (Scottsbluff)

KSID-AM (Sidney)

KSID-FM (Sidney)

KVSH-AM (Valentine)

KTCH-AM (Wayne)

KWSC-FM (Wayne)

KTIC-AM (West Point)

KTIC-FM (West Point)

## Television

KHAS-TV (Hastings)

KHGI-TV (Kearney)

KLKN-TV (Lincoln)

KOLN-TV (Lincoln)

KNOP-TV (North Platte)

KETV-TV (Omaha)

KMTV-TV (Omaha)

KPTM-TV (Omaha)

Member Feed - WOWT-TV (Omaha)

Premium Member Feed - WOWT-TV (Omaha)

WOWT-TV (Omaha)

KDUH-TV (Scottsbluff)

## NEVADA

## Magazine

Nevada Appeal (Carson City)

Nevada Magazine (Carson City)

Partners for Life Publications (Henderson)

Crypt Magazine (Las Vegas)

GEM Communications/Ascend Media Group (Las Vegas)

IGWB Publications (Las Vegas)

QVegas Magazine (Las Vegas)

Racket Magazine (Las Vegas)

Vegas Seven Magazine (Las Vegas)

VividNUrban Magazine (Las Vegas)

What's On, Las Vegas (Las Vegas)

World Tea News (Las Vegas)

Fairways + Greens (Reno)

Bonjour Paris magazine (Sparks)

## News Service

Associated Press - Carson City Bureau (Carson City)

Associated Press - Las Vegas Bureau (Las Vegas)

Environmental News Service (Las Vegas)

GamingWire (Las Vegas)

Associated Press - Reno Bureau (Reno)

University of Nevada (Reno)

## Newspaper

Elko Daily Free Press (Elko)

Fernley News (Fernley)

In Business Las Vegas (Henderson)

El Mundo (Las Vegas)

Las Vegas Business Press (Las Vegas)

Las Vegas CityLife (Las Vegas)

Las Vegas Review-Journal (Las Vegas)

Las Vegas Sun (Las Vegas)

Las Vegas Tribune (Las Vegas)

Las Vegas Weekly (Las Vegas)

Los Angeles Times - Las Vegas Bureau (Las Vegas)

Nevada Business Journal (Las Vegas)

Rebel Yell (Las Vegas)

The Las Vegas Informer (Las Vegas)

Today in Las Vegas (Las Vegas)

El Sol de Nevada (Reno)

Northern Nevada Business Weekly (Reno)

Reno Gazette-Journal (Reno)

Comstock Chronicle (Virginia City)

Humboldt Sun (Winnemucca)

## Online

Makeup Moxie (Henderson)

944.com (Las Vegas)

BigJournalism.com (Las Vegas)

Celebrityscene.com (Las Vegas)

DreadMusicReview (Las Vegas)

Eat Something Sexy (Las Vegas)

In Business TV (Las Vegas)

InBusinessLasVegas.com (Las Vegas)

Las Vegas Internet Television (Las Vegas)

Lasvegas.com (Las Vegas)

LasVegasBusinessPress.com (Las Vegas)

LVopenings.com (Las Vegas)

LVRJ (Las Vegas)

Real Invest 2.0 (Las Vegas)

Signature9 (Las Vegas)

Taylor Marsh  (Las Vegas)

Travelated (Las Vegas)

Urbanstilo.com (Las Vegas)

www.sciencefiction.com (Las Vegas)

RGJ.com (Reno)

All Things Aero (Zephyr Cove)

## Radio

KZBI-FM (Elko)

KDWN-AM (Las Vegas)

KLNR-FM (Las Vegas)

KNPR-FM (Las Vegas)

KTPH-FM (Las Vegas)

KUNV-FM (Las Vegas)

KWPR-FM (Las Vegas)

KXNT-AM (Las Vegas)

Metro Networks - Las Vegas Bureau (Las Vegas)

Sparks to Flame Show (Las Vegas)

KJFK-AM (Reno)

KKOH-AM (Reno)

KUNR-FM (Reno)

KRLT-FM (Zephyr Cove)

## Television

KVVU-TV (Henderson)

KBLR-TV (Las Vegas)

KINC-TV (Las Vegas)

KLAS-TV (Las Vegas)

KSNV-TV (Las Vegas)

KTNV-TV (Las Vegas)

KTUD, Vegas TV (Las Vegas)

Mas.Que.TV (Las Vegas)

KPVM-TV (Pahrump)

KNVV-LP (Reno)

KOLO-TV (Reno)

KRNV-TV (Reno)

KRXI-TV (Reno)

KTVN-TV (Reno)

RodeoBull.TV (Reno)

## NEW HAMPSHIRE

### Magazine

Hearth & Home (Laconia)

Parenting New Hampshire (Nashua)

PennWell (Nashua)

New Moon Magazine (Warner)

## News Service

Associated Press - Concord Bureau (Concord)

## Newspaper

Eagle Times (Claremont)

Concord Monitor (Concord)

Foster's Daily Democrat (Dover)

The New Hampshire (Durham)

The Dartmouth (Hanover)

Nashua Telegraph (Hudson)

Keene Sentinel, The (Keene)

The Equinox (Keene)

Laconia Citizen (Laconia)

The Laconia Daily Sun (Laconia)

Nutfield News (Londonderry)

New Hampshire Business Review (Manchester)

Union Leader & New Hampshire Sunday News (Manchester)

Telegraph, The (Nashua)

Portsmouth Herald, The (Portsmouth)

Seacoast Media Group (Portsmouth)

The Valley News (White River Junction)

## Online

Cork & Knife (Bow)

AutoInsane.com (Henniker)

GreenMountainPolitics1 (Manchester)

RenewableEnergyWorld.com (Peterborough)

midnighttrader.com (Portsmouth)

Blue Hampshire  (Richmond)

TMR Entertainment (Salem)

lizwellness.com (Tilton)

## Radio

WEVO-FM (Concord)

WKXL-AM (Concord)

WBYY-FM (Dover)

WOKQ-FM (Dover)

WPKQ-FM (Dover)

WSAK-FM (Dover)

WSHK-FM (Dover)

WTSN-AM (Dover)

WFTN-FM (Franklin)

WSCY-FM (Franklin)

WEZS-AM (Laconia)

WGIR-AM (Manchester)

WGIR-FM (Manchester)

WMWV-FM (North Conway)

WVMJ-FM (North Conway)

WERZ-FM (Portsmouth)

WHEB-FM (Portsmouth)

WQSO-FM (Portsmouth)

WSKX-FM (Portsmouth)

WFPC-LP (Rindge)

WMTK-FM (St. Johnsbury)

WXLF (West Lebanon)

WASR-AM (Wolfeboro)

## Television

WZMY-TV (Derry)

SCAN-TV (Durham)

WMUR-TV (Manchester)

Industrial Laser Solution (Nashua)

## NEW JERSEY

## Magazine

Coaster Magazine (Asbury Park)

Children & Science (Blairstown)

In the Basement (Burlington)

Dance magazine (Clifton)

The Food Institute (Elmwood)

Medical Travel Today (Elmwood Park)

Woman's World (Englewood Cliffs)

New Jersey Jewish (Essex County)

New Jersey Business Magazine (Fairfield)

The Gazette Newspapers (Hasbrouch)

Electronic Media (Hillsdale)

Palisade Magazine (Hoboken)

BioPharm International (Iselin)

Ascend Media (Jamesburg)

Oil Price Information Service (Lakewood)

Jobsite (Lambertville)

New Jersey Lifestyle (Lambertville)

New Jersey Medicine (Lawrenceville)

Suburban Home & Garden Resource Guide (Marlton)

Aviation Intl (Midland Park)

ITEM magazine (Millburn)

Chief Executive Magazine (Montvale)

CRMXchange (Montvale)

Medical Decision Poiint (Montvale)

New Jersey Monthly (Morristown)

US Industry Today (Morristown)

New Jersey TechNews (Mount Laurel)

New Jersey Lawyer Magazine (New Brunswick)

The Advertising Red Books (New Providence)

New Jersey Law Journal (Newark)

Seaports Publications (Newark)

The Real Deal (Newark)

NJ Webguide Magazine (Nutley)

A M Best (Oldwick)

Best's Review Magazine (Oldwick)

Corporate Public Affairs (Parsippany)

Faulkner Information (Pennsauken)

CareerJournal.com (Princeton)

Fleet Executive (Princeton)

Inside Central New Jersey (Princeton)

Reporte Hispano (Princeton)

Happi Magazine (Ramsey)

Consumer Goods (Randolph)

The Robb Report (Ridgewood)

Bioscience Technology (Rockaway)

Creative Homeowner (Saddle River)

MedCall.com (Spring Lake)

Journal of Psychosocial & Mental Health Nursing (Thorofare)

Slack (Thorofare)

Business Facilities (Tinton Falls)

MegaYacht News (Totowa)

Pharmaceutical Technology (Trenton)

## News Service

German Press Agency (Closter)

Associated Press-Dow Jones/DJ Newswires (Jersey City)

PC Financial Network (Jersey City)

Associated Press - Mount Laurel Bureau (Mount Laurel)

Shark Information/ADP (Mount Laurel)

Associated Press - Newark Bureau (Newark)

Associated Press - Pleasantville Bureau (Pleasantville)

Dow Jones Money Report (Preston)

Dow Jones Business News (Princeton)

Dow Jones/Wall Street Journal (Princeton)

Dow Jones Asset Management (Shrewsbury)

Feature Photo Service (Somerset)

Associated Press - Trenton Bureau (Trenton)

Gannett News Service - Trenton Bureau (Trenton)

## Newspaper

Millville News (Bridgeton)

Courier-News (Bridgewater)

El Latino Expreso - OH (Bristol)

Business First (Buffalo)

Courier-Post (Cherry Hill)

Greater Media Newspapers (East Brunswick)

Home News Tribune (East Brunswick)

PR Newswire
A UBM plc company

COLLEGE OF NEW JERSEY - THE SIGNAL (Ewing)

Prime Times in NJ (Fairlawn)

Press Enterprise (Flemington)

Wall Street Journal Report - CNBC Syndication, The (Fort Lee)

New York Times - Hackensack Bureau, The (Hackensack)

Record, The (Hackensack)

McGraw Hill (Hightstown)

The Stute (Hoboken)

El Nuevo Hudson (Jersey City)

Jersey Journal, The (Jersey City)

Wall Street Journal Radio Network (Jersey City)

Wall Street Journal Report, The (Jersey City)

Leader Free Press (Lyndhurst)

News Record of Maplewood (Maplewood)

Bergen County Newspapers (Midland Park)

Asbury Park Press (Neptune)

Business News New Jersey - NJBiz (New Brunswick)

Daily Targum, The (New Brunswick)

Italian Tribune News (Newark)

New York Times - Newark Bureau, The (Newark)

Star-Ledger, The (Newark)

New Jersey Herald (Newton)

America Oggi (Norwood)

Zero Hora Newspaper (Nutley)

Daily Record, The (Parsippany)

Morristown Daily Record (Parsippany)

Atlantic City Press (Pleasantville)

The Princeton Packet (Princeton)

Wall Street Journal Classroom Edition, The (Princeton)

Perth Amboy Gazette (Rahway)

Rahway News Record (Rahway)

Manitoba Society of Senior Journal (Somerset)

Bridgewater Courier News (Somerville)

Wall Street Journal, The (South Brunswick)

PharmaVOICE (Titusville)

Ocean County Observer (Toms River)

Engel Publishing Partners (Trenton)

New York Times - Trenton Bureau, The (Trenton)

Times, The (Trenton)

Trentonian, The (Trenton)

Daily Journal, The (Vineland)

Herald News (West Paterson)

Wildwood Leader (Wildwood)

Burlington County Times (Willingboro)

Gloucester County Times (Woodbury)

The Record Hackensack (Woodland Park)

## Online

TechnicallyPhilly.com (Carney's Point)

Nerve.com (Clifton)

Petside.com (Englewood Cliffs)

Global Green News Service (Hamilton)

Simply Thrifty/b5 Media (Hillsborough)

Blue Jersey  (Hoboken)

PharmaWire (Hoboken)

RealtyTimes.com (Howell)

Connors Group (Jersey City)

RunwayNews.cm (Jersey City)

Thebudgetfashionista.com (Jersey City)

TheFinalSprint.com (Jersey City)

girlstalk.com (Kinnelon)

MDadvice.com (Long Branch)

Resolution 365 (Manasquan)

The Stratecon Group (Metuchen)

NewJerseyNewsroom.com (Middletown)

AirportJournal.com (mt. Freedom)

CitizenMom.net (Mullica Hill)

Fausta's Blog (Princeton)

Startupjournal.com (Princeton)

Teleplexus (Princeton)

WSJ.com (Princeton)



Opalesque (Springfield)

Univision Online (Teaneck)

My Life on and off the Guest List (Weehawken)

A Delicious Obsession (West Deptford)

## Radio

WOBM-FM (Bayville)

WDHA-FM (Cedar Knolls)

WTSR-FM (Ewing)

WSUS-FM (Franklin)

WNTI-FM (Hackettstown)

WRNJ-AM (Hackettstown)

WBJB-FM (Lincroft)

WJRZ-AM (Manahawkin)

Breeze Radio (Neptune)

WBBO-FM (Neptune)

WBHX-FM (Neptune)

WHTG-AM (Neptune)

WKMK-FM (Neptune)

WTHJ-FM (Neptune)

WWZY-FM (Neptune)

WBGO-FM (Newark)

WADB-AM (Ocean)

WENJ-AM (Ocean)

WFPG-FM (Ocean)

WJLK-AM (Ocean)

WJLK-FM (Ocean)

WPUR-FM (Ocean)

WGHT-AM (Pompton Lakes)

WCTC-AM (Somerset)

WMGQ-FM (Somerset)

New Jersey Network (Trenton)

WENJ-FM (Trenton)

WKXW-FM (Trenton)

WNJO-FM (Trenton)

WNJP-FM (Trenton)

WNJT-FM (Trenton)

WNJY-FM (Trenton)

WMBJ (West Caldwell)

WAWZ-FM (Zarephath)

## Television

NBC-40 (Atlantic City)

12 News New Jersey (Edison)

CNBC (Englewood Cliffs)

Consumer News and Business Channel / CNBC (Englewood Cliffs)

WNJU-TV Telemundo (Fort Lee)

WMGM-TV (Linwood)

I-TV Studio (New Brunswick)

MSNBC (Secaucus)

WWOR-TV (Secaucus)

Ebru TV (Somerset)

WXTV-TV Univision (Teaneck)

NJN-New Jersey Public Television (Trenton)

CN8 - Union Bureau (Union)

WMBC-TV (West Caldwell)

## NEW MEXICO

## Magazine

AdMap (Albuquerque)

Albuquerque the Magazine (Albuquerque)

New Mexico Business Magazine (Albuquerque)

Nursery News (Rio Rancho)

Sun Country Golf (Rio Rancho)

ConnectPress (Santa Fe)

Edible Santa Fe (Santa Fe)

NM Mags (Santa Fe)

Su Casa magazine (Santa Fe)

Western Shooting Horse Magazine (Tijeras)

## News Service

Associated Press - Albuquerque Bureau (Albuquerque)



The Daily Lobo (Albuquerque)

Associated Press - Santa Fe Bureau (Santa Fe)

## Newspaper

Alamogordo Daily News (Alamogordo)

Albuquerque Journal (Albuquerque)

New Mexico Business Weekly (Albuquerque)

New Mexico Stockman (Albuquerque)

thebuzzunm.com (Albuquerque)

Artesia Daily Press (Artesia)

Carlsbad Current-Argus (Carlsbad)

Clovis News Journal (Clovis)

Deming Headlight (Deming)

The Farmington Daily Times (Farmington)

Gallup Independent (Gallup)

Hobbs News-Sun (Hobbs)

Las Cruces Bulletin (Las Cruces)

Las Cruces Sun-News (Las Cruces)

Las Vegas Optic (Las Vegas)

Los Alamos Monitor (Los Alamos)

The Lovington Leader (Lovington)

Portales News-Tribune (Portales)

Roswell Record (Roswell)

La Voz de Nuevo Mexico (Santa Fe)

Santa Fe New Mexican (Santa Fe)

Silver City Daily Press-Independent (Silver City)

## Online

ChemotherapyAdvisor.com (Albuquerque)

Daily Kos  (Albuquerque)

Fraggs.net (Albuquerque)

OffBeatTravel.com (Albuquerque)

Rock N Roll Universe (Albuquerque)

TravelLady Magazine (Albuquerque)

Cyberhomes (Santa Fe)

## Radio

KANW-FM (Albuquerque)

KBQI-FM (Albuquerque)

KKOB-AM (Albuquerque)

KKOB-FM (Albuquerque)

KNML-AM (Albuquerque)

KUNM-FM (Albuquerque)

KZRR-FM (Albuquerque)

Metro Networks - Albuquerque Bureau (Albuquerque)

National Native News (Albuquerque)

KDEM-FM (Deming)

KOTS-AM (Deming)

KDCE-AM (Espanola)

KAZX-FM (Farmington)

KCQL-AM (Farmington)

KDAG-FM (Farmington)

KKFG-FM (Farmington)

KTRA-FM (Farmington)

KYVA-AM (Gallup)

KRWG-FM (Las Cruces)

KVLC-FM (Las Cruces)

KFUN-AM (Las Vegas)

KNMX-AM (Las Vegas)

KRSN-AM (Los Alamos)

KLEA-FM (Lovington)

KENW-FM (Portales)

KTDB-FM (Ramah)

KRTN-FM (Raton)

KCHS-AM (Truth Or Consequences)

## Television

KLUZ-TV (Albuquerque)

KNME-TV (Albuquerque)

KOAT-TV (Albuquerque)

KOB-TV (Albuquerque)

KRQE-TV (Albuquerque)

KRWG-TV (Las Cruces)

KENW-TV (Portales)

KOBR-TV (Roswell)

## NEW YORK

### Magazine

Music Confidential (Brooklyn)

New York Christian Times, The (Brooklyn)

Modified Magazine (Cohoes)

Capita Region Living Magazine (Delmar)

ICD Publications (East Setauket)

Westchester Magazine (Elmsford)

Celebrate with Style (Garden City)

PIA Magazine (Glenmont)

Uptown Magazine (Harlem)

Westchester Family Magazine (reaches NY and CT) (Harrison)

Women's News (Harrison)

CQ VHF Magazine (Hicksville)

Canvas (Huntingotn)

The Long Island Connection (Huntington)

DTM Magazine (Long Island City)

Advanstar Communications Inc (New York)

Advertising Age (New York)

Adweek (New York)

Agora Publishing (New York)

Alexander Communications Group (New York)

All You (New York)

American Baby (New York)

American Banker (New York)

American Lawyer Media (New York)

Animal Fair (New York)

Argus Research Corp. (New York)

AVON Representative Times Magazine (New York)

Babytalk Magazine (New York)

Bartender Magazine (New York)

Bedford Communications, Inc. (New York)

Black Enterprise MAGAZINE (New York)

Bloomberg Markets Magazine (New York)

Bloomberg Wealth Manager (New York)

Brandweek (New York)

Bridal Guide (New York)

Business 2.0 (New York)

Business Traveler (New York)

BusinessWeek (New York)

Citizen Culture Magazine (New York)

City Guide New York (New York)

CMJ New Music Report (New York)

Columbia Journalism Review (New York)

Computer Games Magazine (New York)

Conde Nast (New York)

Conde Nast Traveler (New York)

Consulting Magazine (New York)

Creativity (New York)

Dwell Magazine (New York)

Economist (New York)

Energy Risk & Environmental Risk (New York)

EPM Communications, Inc. (New York)

Esquire Magazine (New York)

Essence Magazine (New York)

Euro American Group (New York)

Every Day with Rachel Ray (New York)

Executive Media Corporation (New York)

Explorer's Journal (New York)

F.W. Dodge (New York)

Fairchild Publications (New York)

Family Circle (New York)

Fashion Wire Daily (New York)

Fast Company (New York)

First for Women magazine (New York)

Fisher Publications (New York)

Forbes (New York)

Forbes Global Business & Finance (New York)

Forbes Traveler (New York)

Fortune (New York)

Fortune Small Business (New York)

FOX Sports en Espanol (New York)



Gear Patrol (New York)

Global Vision Magazine (New York)

Good Magazine (New York)

Hallmark Magazine (New York)

Harper's Bazaar Dubai (New York)

Higher Education Risk (New York)

Inc. Magazine (New York)

Jobson Publishing (New York)

Journal of Advertising Research (New York)

Kiwi Magazine (New York)

Lafferty Publications (New York)

Latino University Magazine (New York)

Liquid Magazine (New York)

Maritime Activity Reports (New York)

Marketing y Medios Magazine (New York)

MBA Jungle (New York)

Metropolitan Home (New York)

Mi Zona Hispana (New York)

Mira (New York)

Money (New York)

More (New York)

More Magazine (New York)

MOVES Magazine (New York)

Movmnt Magazine (New York)

National Geographic Adventure (New York)

National Law Journal (New York)

New York Blade, The (New York)

New York Law Journal (New York)

New York Law School Journal of Human Rights (New York)

New York Magazine (New York)

New York Resident (New York)

New Yorker (New York)

Newsweek (New York)

NY Black Book (New York)

NY Enterprise Report (New York)

O, The Oprah Magazine (New York)

Oncology Business Review (New York)

Parade Magazine (New York)

Parents (New York)

Paris Match (New York)

Passport Magazine (New York)

Paste Magazine (New York)

People Magazine (New York)

Physician and Sports Medicine (New York)

Pilates Style Magazine (New York)

PK Watch - Center for Democracy Studies (New York)

Plenty Magazine (New York)

Plum Magazine (New York)

Political Affairs Magazine (New York)

Positive Thinking (New York)

Positive Thinking Magazine (New York)

PRIMEDIA Inc., (New York)

Progressive Grocer (New York)

Quick and Simple (New York)

Radar Magazine (New York)

Radiant Life Magazine (New York)

Random Magazine (New York)

Real Simple (New York)

Redbook (New York)

Reed Business Information (New York)

Retail Traffic (New York)

Robb Report Worth (New York)

Rolling Stone (New York)

Rollover Media (New York)

Royal Media Group (New York)

Scholastic Inc (New York)

SCRI International (New York)

Seventeen (New York)

Shattered Magazine (New York)

Slique Magazine (New York)

Smart Money (New York)

Spring O'Brien & Co. (New York)

Step-In-Style Magazine (New York)

Tango Magazine (New York)

Tennis Week (New York)

The Improper Magazine (New York)

The Scenographer (New York)

The Week (New York)

TIME INC. MAGAZINE (Time Inc) (New York)

Time Magazine (New York)

Time New Media (New York)

Time Out New York (New York)

Time Out New York Kids (New York)

TVSM, Inc., (New York)

United Entertainment Media (New York)

Urban Box Office (New York)

Vanity Fair (New York)

W Magazine (New York)

Wedding Dresses Magazine (New York)

Woman's Day (New York)

Working Mother Magazine (New York)

Worth Magazine (New York)

Youth Communication (New York)

Page Six Magazine (New York City)

The Nation (New York City)

Pure Contemporary (Niagara Falls)

Westchester County Times Monthly (Nyack)

Audubon Magazine (Ossining)

Reader's Digest (Pleasantville)

College And Junior Tennis (Port Washington)

Business Strategies (Rochester)

Classes USA-Online Degrees Magazine (Staten Island)

Nacomex Insider (newly active) (Tivoli)

Hot and Trendy Magazine (West Hempstead)

In Town Westchester Magazine (White Plains)

Westchester County Business Journal (White Plains)

Consumer Reports (Yonkers)

## News Service

Associated Press - State Capitol Bureau (Albany)

Bloomberg News - State Capitol Bureau (Albany)

Gannett News Service - Albany Bureau (Albany)

The Pipe Dream (Binghamton)

State University of New York - The Stylus (Brockport)

Associated Press - Buffalo Bureau (Buffalo)

United Press International (Buffalo)

Tribune Media Services (Glens Falls)

Reuters - Hauppauge Bureau (Hauppauge)

Hofstra University - Journalism and Mass Media Studies (Hempstead)

Cornell University - Cornell Daily Sun (Ithaca)

Associated Press - Mineola Bureau (Minneola)

Agence France-Presse- New York Bureau (New York)

Agencia EFE - New York Bureau (New York)

Asahi Shimbun (New York)

Associated Press (AP) (New York)

Bloomberg Natural Gas Report (New York)

Bloomberg News (New York)

Bloomberg News - Princeton Bureau (New York)

Bond Buyer Wire (New York)

City University of New York (CUNY) (New York)

Columbia News Service (New York)

Copley News Service - New York Bureau (New York)

Dow Jones & Company Inc. (New York)

Dow Jones Newswires - New York Bureau (New York)

Fairchild News Service (New York)

Getty Images News Services-New York Bureau (New York)

Independent News Service (New York)

JiJi Press - New York Bureau (New York)

Kyodo News Service - New York Bureau (New York)

Law 360 Newswires (New York)

Moody's Investors Service (New York)

New York Stock Exchange - NYSE (New York)

New York Times News Service, The (New York)

New York Times Syndicate, The (New York)

New York University (New York)

Nihon Keizai Shimbun-Nikkei (New York)

NYCity News Service (New York)

Press Trust Of India (New York)

Reuters (New York)

Reuters Health (New York)

Standard & Poor's (New York)

Thomson Financial (New York)

Tribune Media Services - New York Bureau (New York)

United Feature Syndicate (New York)

United Media (New York)

Children's Press Line (New York City)

Media Global News Service (New York City)

Associated Press - Rochester Bureau (Rochester)

Gannett News Service - Rochester Bureau (Rochester)

WCGH Coler-Goldwater Hospital (Roosevelt Island)

WEMOCO CTE (Spencerport)

Stony Brook University (Stony Brook)

Associated Press - Syracuse Bureau (Syracuse)

Associated Press - White Plains Bureau (White Plains)

Xinhua News Agency (Woodside)

## Newspaper

Albany Legislat. Gazette (Albany)

Albany Times Union (Albany)

Capital District Business Review (Albany)

Metroland (Albany)

New York Times - State Capitol Bureau, The (Albany)

Times Union (Albany)

Amsterdam The Recorder (Amsterdam)

La Voz (Annandalle-on-Hudson)

Auburn Citizen (Auburn)

Beacon (Babylon)

Batavia Daily News (Batavia)

Press & Sun Bulletin (Binghamton)

Independent/Riverdale Press (Bronx)

Manhattan Times (Bronx)

New York Times - Bronx Bureau, The (Bronx)

Bay News (Brooklyn)

Brooklyn Daily Eagle (Brooklyn)

Haitian Times, The (Brooklyn)

Hamodia (Brooklyn)

Long Island University Brooklyn Campus (Brooklyn)

New York El Diario/La Prensa (Brooklyn)

New York Times - Brooklyn Bureau, The (Brooklyn)

Night Call (Brooklyn)

Buffalo Law Journal (Buffalo)

Buffalo News (Buffalo)

Business First (Buffalo)

Ottaway Newspapers (Campbell Hall)

Canandaigua Daily Messenger (Canandaigua)

Messenger Post (Canandaigua)

Indian Country Today (Canastota)

Catskill Daily Mail (Catskill)

Chautauquan Daily (Chautauqua)

Corning Leader (Corning)

Cortland Standard (Cortland)

Towne Crier (Deposit)

Observer (Dunkirk)

Star Gazette, The (Elmira)

Dot Publishing Inc (Fulton)

New York Times - Long Island Bureau, The (Garden City Park)

The Lamron - Suny College Geneseo (Geneseo)

Finger Lake Times (Geneva)

Glen Falls Post Star (Glens Falls)

Post-Star (Glens Falls)

Gloversville Leader-Herald (Gloversville)

Great Neck News (Great Neck)

New York Times - Great Neck Bureau, The (Great Neck)

The Evening Telegram (Herkimer)

Mid-Hudson Post (Highland)



Hornell Evening Tribune (Hornell)

Register-Star (Hudson)

Long Islander, The (Huntington)

Ithaca College - The Ithacan (Ithaca)

Ithaca Journal (Ithaca)

Jamestown Post-Journal (Jamestown)

Kingston Daily Freeman (Kingston)

Business Review, The (Latham)

Little Falls Evening Times (Little Falls)

Lockport Union-Sun & Journal (Lockport)

Ming Pao Inc. (Long Island City)

The National Herald (Long Island City)

The Malone Telegram (Malone)

Courier-Observer (Massena)

Suffolk Times (Mattituck)

Journal-Register, The (Medina)

Cygnus Business Media (Melville)

Newsday (Melville)

Times Herald-Record, The (Middletown)

CNY Business Journal (New Hartford)

amNewYork (New York)

Amsterdam News (New York)

Chicago Tribune - New York Bureau (New York)

China Press (New York)

City & State (New York)

Columbia University Press (New York)

Crain's New York Business (New York)

Daily Deal, The (New York)

Daily Telegraph (New York)

El Diario La Prensa (New York)

Financial Times - New York (New York)

Forward, The (New York)

Hoy Newspaper (New York)

Huffington Post, The (New York)

Imacto Latin News (New York)

India Abroad (New York)

Investor's Business Daily - New York Bureau (New York)

Jerusalem Post (New York)

Kitchen & Bath Business (New York)

La Republica (New York)

Los Angeles Times - New York Bureau (New York)

Manhattan Media (New York)

Ming Pao Daily News (New York)

Minority Report (New York)

Mishpacha-Jewish Family Weekly (New York)

New World Media (New York)

New York Daily News (New York)

New York Observer , The (New York)

New York Post (New York)

New York Sun, The (New York)

New York Times - City Hall Bureau, The (New York)

New York Times - Police Bureau, The (New York)

New York Times - United Nations Bureau, The (New York)

New York Times Company, The (New York)

New York Times Digital (New York)

New York Times Digital, The (New York)

New York Times Magazine, The (New York)

New York Times Sunday Magazine, The (New York)

New York Times Upfront, The (New York)

New York Times, The (New York)

Nikkei America Inc (New York)

Nikkei Weekly (New York)

Nippon Hoso Kyokai - NHK - New York Bureau (New York)

OGlobo (New York)

Polish American Daily (Super Express) (New York)

Real Estate Weekly (New York)

Sekai Nippo, The (New York)

Sing Tao Daily (New York)

Sing Tao Newspapers (New York)

The New York Sun (New York)

Tribeca Trib, The (New York)

US Frontline News (New York)

USA Today - New York Bureau (New York)

PR Newswire
A UBM plc company

Village Voice (New York)

Wall Street Journal, The (New York)

Wall Street Reporter (New York)

Washington Post - New York Bureau, The (New York)

Washington Post Writers Group, The (New York)

Washington Square News (New York)

West Side Spirit (New York)

Yomiuri Shimbun - New York Bureau (New York)

Niagara Falls Gazette (Niagara Falls)

TONAWANDA NEWS (North Tonawanda)

The Evening Sun (Norwich)

The Journal (Ogdensburg)

The Times Herald (Olean)

Oneida Daily Dispatch (Oneida)

Oneonta Star (Oneonta)

The Palladium-Times (Oswego)

Lee Publications, Inc., (Palatine Bridge)

Cardinal Points (Plattsburgh)

Press Republican News (Plattsburgh)

Poughkeepsie Journal (Poughkeepsie)

Prattsburgh News (Prattsburgh)

Democrat and Chronicle (Rochester)

Gleaner (Rochester)

Rochester Business Journal (Rochester)

Rochester Daily Record (Rochester)

Rochester Democrat & Chronicle (Rochester)

Rome Daily Sentinel (Rome)

Long Island Business News (Ronkonkoma)

A/C Flyer (Rye Brook)

Adirondack Daily Enterprise (Saranac lake)

Saratogian (Saratoga Springs)

Saratoga Publishing (Saratogoa Springs)

Daily Gazette (Schenectady)

Online Reporter, The (Seacliss)

Village Times (Setauket)

Staten Island Advance (Staten Island)

Long Island Press (Syosset)

Central New York Business Journal (Syracuse)

Daily Orange, The (Syracuse)

Eagle Newspapers (Syracuse)

Newhouse School of Journalism (Syracuse)

Syracuse New Times (Syracuse)

Syracuse Newspapers (Syracuse)

Syracuse Post Standard (Syracuse)

The Polytechnic (Troy)

Troy Record, The (Troy)

Utica Observer-Dispatch (Utica)

Weekly Observer (Utica)

USA Today Magazine (Valley Stream)

Hudson Valley Business Journal (Wappingers Falls)

Watertown Daily Times (Watertown)

Wellsville Daily Reporter (Wellsville)

Fairfield County Business Journal (White Plains)

Journal News, The (White Plains)

New York Times - White Plains Bureau, The (White Plains)

Westchester County Business Journal (White Plains)

White Plains Journal News (White Plains)

## Online

Idolator.com (Music blog) (Astoria)

Trashbagaesthetics.com (Astoria)

mmhighlights.com (Bronx)

ChipChick.com (Brooklyn)

creditland.com (Brooklyn)

etronics.com (Brooklyn)

Future Majority  (Brooklyn)

Geeks of Doom (geeksofdoom.com) (Brooklyn)

hiphopweekly.com (Brooklyn)

lucire.com (Brooklyn)

NBCNewYork.com (Brooklyn)

nycitywatch.org (Brooklyn)

SeriousEats.com (Brooklyn)

thefashionreporter.com (Brooklyn)

TheSpotter.net (Brooklyn)

(888) 776-0942  |  www.prnewswire.com


PR Newswire
A UBM plc company

What's Next (Brooklyn)

Yeshiva World News (Brooklyn)

CaribbeanNewsNow (Cortlandt Manor)

Yid With Lid (Dix Hills)

GoCast Live (East Hampton)

Reviewers Corner (East Islip)

HispanicAd.com (Fishkill)

Celebrate with Style (Garden City)

Aeropause.com (Gaming blog) (Glenmont)

socialmediaclub.org (Hastings-on-Hudson)

LIParentSource.com (Hicksville)

The Long Island Connection (Huntington)

iMPrint Magazine (Ithaca)

Hearing Exchange (Jericho)

ECA News (Long Beach)

WorldNow / Gannaway Web Holdings LLC (Long Island City)

tothecenter.com (Malverne)

trekkertime.com (Malverne)

InformationWeek.com (Manhasset)

ciozone.com (Melville)

etanwish.blogspot (Merrick)

Mommy and Baby Reviews (Middletown)

Sparkles, Glitter and Glamour (Middletown)

A Star Was Born (New York)

ABC News' The Note (New York)

About.com (New York)

Adotas.com (New York)

Alerot News Service (New York)

All Things Digital/Digital Daily (Wall Street Journal) (New York)

Alloy.com (New York)

AOL GameDaily (New York)

Apartment Therapy/apartmenttherapy.com (New York)

AT&T Tech Channel (New York)

atnewyork.com (New York)

Aviation.com (New York)

Batanga (New York)

BeautyNewsNYC.com (New York)

BIZ BASH Masterplanner (www.masterplanneronline.com) (New York)

Bloomberg.com (New York)

Bon Vivant Wine Guide (New York)

Briefme.com (New York)

BusinessWeek Online (New York)

BuzzFeed (New York)

CBS Local Media  (CBS Radio Digital Group) (New York)

CBSnews.com (New York)

CFO.com (New York)

CFR.org (New York)

CNET - New York Bureau (New York)

Cocktail Times (New York)

construction.com (New York)

ConsumerSearch.com (New York)

cyclistic.com (New York)

DamselsInSuccess.com (New York)

Doctor's Guide (www.docguide.com) (New York)

Dow Jones MarketWatch.com (New York)

DownWithTyranny! (New York)

EDGE Publications (New York)

emarketer.com (New York)

Fameology (New York)

Family Travel Forum (New York)

Fidelity Interactive Content Services (New York)

First30Days.com (New York)

Forbes.com (New York)

FOXnews.com (New York)

FOXsports.com (New York)

Frommers.com (New York)

Gawker.com (New York)

geek.com (New York)

Girls Inc. Online (New York)

Goddess Works Media Group (New York)

GospelHighlights.com (New York)

Gothamist (New York)

gothamist.com (New York)

Grandparents.com (New York)

Healthology.com (New York)

HIV Plus Magazine (New York)

HonestEngineTV.com (New York)

Ignites.com (New York)

Inc.com (New York)

Instyle.com (New York)

Internet Evolution (New York)

investmentwires.com (New York)

ivillage.com (New York)

Jack and Jill Politics (jackandjillpolitics.com)  (New York)

Jack and Jill Politics Blog (New York)

JagNotes.com (New York)

Jossip (New York)

Joystiq (Gaming blog) (New York)

KarinaIoffee.com (New York)

LaAlcancia.com (New York)

LadiesWhoLaunch.com (New York)

leanitup.com (New York)

LiveScience.com (New York)

mediabistro.com (New York)

MenuPages.com (New York)

Merrill Lynch Online (New York)

Miss Meghan Media (New York)

MLB.com (New York)

more.com (New York)

Muckety.com (New York)

MyLifetime.com (New York)

New York Reporters (New York)

Newsweek.com (New York)

NY City News Service (New York)

NYBarFly.com (New York)

nymag.com (New York)

Paltalk.com (New York)

Pam's House Blend  (New York)

Parents.com (New York)

Pblcty (New York)

People.com (New York)

Political Hotsheet Blog (New York)

Post Advertising (New York)

Premiere Magazine (New York)

PrivateEquityCentral.net (New York)

Raw Story (New York)

reallyreviews.com (New York)

Relocation.com (New York)

Rollover Media (New York)

Shape.com (New York)

Silicon Alley Insider (New York)

SmartMoney.com (New York)

Space.com (New York)

StageTimeMag.com (New York)

Supraspinatu (Unofficial official blog of the NYS) (New York)

Tango Diva (New York)

Tectonik Media (New York)

Teenwire.com (New York)

The Albany Project  (New York)

The Alternative Consumer (New York)

The Grio (New York)

The Living Room (New York)

The Rundown (New York)

The Scenographer (New York)

theBlaze.com (New York)

TheNest.com (New York)

TheStreet.com (New York)

Thrillist.com (New York)

Time Digital (New York)

UGO Entertainment (New York)

UGO Networks, Inc. (New York)

University of Southern California (New York)

Vital Juice Daily (New York)

Watchmojo.com (New York)

WebMD (New York)


PR Newswire
A UBM plc company

WeightWatchers.com (New York)

Women's eNews (New York)

WORKS by Nicole Williams (New York)

World Journal 360 (New York)

wrestlingfigs.com (New York)

wrestling-news.com (New York)

WSJ.com (New York)

www.hautegoodgirl.com (New York)

www.karicruz.com (New York)

Yahoo! Finance (New York)

meaningfuldistraction.com (New York City)

Socially Superlative (New York City)

CoStar Group, costar.com (Queensbury)

Boy Genius Report (Rye Brook)

Loot Ninja (Saratoga Springs)

America's Best Dance Crew (Scarsdale)

Digital Journal (Trumansburg)

Immpreneur (Valley Stream)

Car Buyer's Notebook (Web Islip)

EBizQ.net (White Plains)

Feeling the Vibe (White Plains)

ConsumerMortageReports.com (Williamsville)

I Am THE Makeup Junkie (Williamsville)

Big Picture Sound (Woodside)

## Radio

WAMC-FM (Albany)

WGBK (Albany)

Family Life Network (Bath)

WSKG-FM (Binghamton)

WBSU-FM (Brockport)

WFUV-FM (Bronx)

WKRB-FM (Brooklyn)

WBEN-AM (Buffalo)

WBFO-FM (Buffalo)

WKSE-FM (Buffalo)

WLKK-FM (Buffalo)

WNED-AM (Buffalo)

WNED-FM (Buffalo)

WOLN-FM (Buffalo)

WTSS-FM (Buffalo)

WUBJ-FM (Buffalo)

WSLU-FM (Canton)

WFTU-AM (Dixhills)

WBZO-FM (Farmingdale)

WHLI-AM (Farmingdale)

WKJY-FM (Farmingdale)

WTBQ (Florida)

WHPC-FM (Garden City)

WEOS-FM (Geneva)

WENT-AM (Gloversville)

WFAS-AM (Hartsdale)

WRHU-FM (Hempstead)

WVHC-FM (Herkimer)

WICB-FM (Ithaca)

WJTN-AM (Jamestown)

WWSE-FM (Jamestown)

WKNY-AM (Kingston)

WGY-AM (Latham)

WGY-FM (Latham)

WSUL radio (Monticello)

WFNP-FM (New paltz)

ABC Radio Network (New York)

Air America (New York)

Batanga (New York)

Black Radio Network (New York)

Bloomberg Radio (New York)

BusinessWeek Business Report - ABC Radio
Network (New York)

CBC-Canadian Broadcasting Corp. (New York)

CBS News (New York)

CBS Newspath (New York)

CBS Television Network (New York)

Cruise Control Radio (New York)

DIAL GLOBAL (New York)

PR Newswire
A UBM plc company

ESPN Radio (New York)

FOX NEWS RADIO NETWORK (New York)

Hot 97 FM (New York)

Launch Radio Networks (New York)

Martha Stewart Radio (New York)

Metro Networks - New York Bureau (New York)

Negocios Bloomberg (New York)

Sirius Satellite Radio Incorporated (New York)

The Takeaway (New York)

Vatican Radio (New York)

WABC-AM (New York)

Wall Street Journal Radio Network (New York)

WAXQ 104.3 FM (New York)

WAXQ-FM (New York)

WBAI-FM (New York)

WBBR-AM (New York)

WBMB (New York)

WCAA-FM (Univision) (New York)

WCBS-AM (New York)

WFAN-AM (New York)

WINS-AM (New York)

WLIB-AM (New York)

WLTW-FM (New York)

WNYC-AM (New York)

WNYC-FM (New York)

WOR-AM (New York)

WPLJ (New York)

WQXR-FM (New York)

XM / SIRIUS SATELLITE RADIO INC (New York)

WNYO-FM (Oswego)

WRVN-FM (Oswego)

WRVO-FM (Oswego)

WALK-AM (Patchogue)

WALK-FM (Patchogue)

WIRY-AM (Plattsburgh)

WRKL-AM (Pomona)

WCTW-FM (Poughkeepsie)

WHUC-AM (Poughkeepsie)

WKIP-AM (Poughkeepsie)

WKIP-FM (Poughkeepsie)

WPKF-FM (Poughkeepsie)

WRNQ-FM (Poughkeepsie)

WRWD-AM (Poughkeepsie)

WZCR-FM (Poughkeepsie)

WBEE-FM (Rochester)

WDVI-FM (Rochester)

WHAM-AM (Rochester)

WXXI-AM (Rochester)

WNBZ-AM (Saranac lake)

WQBK/WQBJ FM (Schenectady)

WUSB-FM (Stony Brook)

WBBS-FM (Syracuse)

WHEN-AM (Syracuse)

WJPZ-FM (Syracuse)

WMHR-FM (Syracuse)

WMHU-FM (Syracuse)

WSYR-AM (Syracuse)

WSYR-FM (Syracuse)

WWHT-FM (Syracuse)

WYYY-FM (Syracuse)

WFLY (Utica)

WBAB-FM (West Babylon)

## Television

Capital News 9 (Albany)

WNYT-TV (Albany)

WRGB (CBS 6) (Albany)

WTEN-TV (Albany)

WXXA-TV (Albany)

News 12 - Bronx (Bronx)

HITN-TV (Brooklyn)

News 12 Brooklyn (Brooklyn)

Time Warner Cable Buffalo (Buffalo)

WGRZ-TV (Buffalo)



WIVB-TV (Buffalo)

WKBW-TV (Buffalo)

WIXT-TV (East Syracuse)

WSYR-TV (East Syracuse)

WETM-TV (Elmira)

SINOVISION-TV (Flushing)

WENY-TV (Horseheads)

Newswatch 16 (Ithaca)

WBNG-TV (Johnson City)

LMC-TV (Mamaroneck)

WLNY-TV (Melville)

.@radical.media (New York)

A&E - Arts & Entertainment Network (New York)

ABC News (New York)

abcnews.com (New York)

Al Jazeera (New York)

APTN (New York)

Ard German Television (New York) (New York)

ARD German Television-New York Bureau (New York)

BestWeekEver.TV (New York)

BET - Black Entertainment Television (New York)

BET - Don't Sleep (New York)

BET INTERACTIVE LLC (New York)

Better TV (New York)

Bloomberg Television (New York)

BLOOMBERG TV (New York)

Bridges TV (New York)

British Broadcasting Corporation (New York) (New York)

BusinessWeek TV (New York)

CBS LOCAL TELEVISION STATION GROUP (New York)

CBS News / CBS Network Sports (New York)

CBS News Broadcast (New York)

CBS Radio Network (New York)

CBS Sports (New York)

CNBC - New York Bureau (New York)

CNN - New York Bureau (New York)

Deca TV (New York)

Food Arts (New York)

FOX Business Network (New York)

Fox News Channel (New York)

FOX NEWS LIVE (New York)

FOX Newschannel / Fox Broadcast Network - New York (New York)

Foxnewslatino.com (New York)

Fuji Television (New York)

GMTV (New York)

Good Morning America - ABC Television Network (New York)

History Channel, The (New York)

ICIS Chemical Business Americas (New York)

Infinity Broadcasting (New York)

Inside Edition (New York)

King Features Syndicate (New York)

Left/Right TV (New York)

Lifetime Television (New York)

M6 Metropole TV (New York)

Maritime Activity Reports (New York)

MSNBC (New York)

MTV News - Music Television (New York)

NBC News (New York)

NBC News - 30 Rockefeller Plaza (New York)

NBC Nightly News with Brian Williams (New York)

New Tang Dynasty-TV (New York)

New York 1 News (NY1 News) (New York)

NFL Enterprises LLC (New York)

Nightly Business Report - New York Bureau (New York)

NY1 News (New York)

NY1 Noticias (New York)

Optomen Productions (New York)

ORF - Austrian Broadcasting Corp. (New York)

Oxygen Media (New York)

Public Broadcasting Service - New York Bureau (New York)



Public Media NJ Inc. (New York)

RAI Corporation (Italian National TV) (New York)

Reuters Television (New York)

Russia Today (New York)

SportsNet New York (New York)

Television Eighteen (New York)

The Daily Show - Comedy Central (New York)

The Early Show - CBS Television Network (New York)

The Montel Williams Show (New York)

The Tyra Banks Show (New York)

Time Warner Cable Of New York (New York)

TitanTV Media (New York)

Tokyo Broadcasting System (TBS) New York (New York)

TV Tokyo - New York Bureau (New York)

VH1 Productions (New York)

Viacom (New York)

WABC-TV (New York)

WCBS-TV (New York)

Westwood One Companies Inc. (New York)

WNBC-TV (New York)

WNET-TV (New York)

WNYW-TV (New York)

WPIX-TV (New York)

WPXN (New York)

WRGB-TV (Niskayuna)

WPTZ-TV (Plattsburgh)

R News (Rochester)

WHAM-TV (Rochester)

WHEC-TV (Rochester)

WROC-TV (Rochester)

WXXI-TV (Rochester)

WWBI-TV (Rouses Point)

WRNN-TV (Rye Brook)

A Taste of New York Network (Syosset)

Making Music Magazine (Syracuse)

TW Cable News 10 (Syracuse)

WSTM-TV (Syracuse)

WTVH-TV (Syracuse)

WKTV-TV (Utica)

WICZ-TV (Vestal)

WWNY-TV (Watertown)

News 12 Long Island (Woodbury)

Rainbow News 12 Company (Interactive) (Woodbury)

News 12 Westchester-Cablevision Of Westchester (Yonkers)

## NORTH CAROLINA

### Magazine

God's World Publications (Asheville)

Charlotte Parent Magazine (Charlotte)

Creative Loafing-Charlotte Edition (Charlotte)

Material Handling Industry of America (Charlotte)

Sportsbusiness Daily (Charlotte)

The Mecklenburg Times (Charlotte)

Today's Charlotte Woman (Charlotte)

North Carolina Biotechnology Center (Durham)

Southern Exposure (Durham)

SoHo Today (Greensboro)

HFN - Home Furnishings News - High Point Bureau (High Point)

High Point Enterprise (High Point)

National Home Furnishings Retailer (Holly Springs)

Piedmont Parent (Jamestown)

Carolina Woman (Raleigh)

Metro Magazine - Raleigh Bureau (Raleigh)

Reel Carolina (Wilmington)

Triad GolfToday (Winston-Salem)

### News Service

University Of North Carolina (Chapel Hill)

Associated Press - Charlotte Bureau (Charlotte)

Bloomberg News - Charlotte Bureau (Charlotte)



Associated Press - Raleigh Bureau (Raleigh)

North Carolina News Network (Raleigh)

Tribune Media Services - Raleigh Bureau (Raleigh)

## Newspaper

Front Porch, The (Albemarle)

Stanly News & Press (Albemarle)

Courier-Tribune, The (Asheboro)

Asheville Citizen-Times (Asheville)

Urban News (Asheville)

The Mountain Times (Boone)

Sanford Herald, The (Buie Creek)

Burlington Times-News (Burlington)

American City Business Journals (Charlotte)

Charlotte Business Journal (Charlotte)

Charlotte Observer, The (Charlotte)

Charlotte Weekly (Charlotte)

Descubre Charlotte (Charlotte)

Hola Noticias (Charlotte)

Sports Business Daily, The (Charlotte)

The Charlotte Post (Charlotte)

Clinton Sampson Independent (Clinton)

Independent Tribune (Concord)

The Daily Record (Dunn)

Herald-Sun (Durham)

Independent Weekly (Durham)

Triangle Technology Journal (Durham)

Triangle Tribune (Durham)

Elizabeth City Daily Advance (Elizabeth City)

Fayetteville Observer (Fayetteville)

Forest City Courier (Forest City)

Franklin Press, The (Franklin)

Community News, The (Fuquay-Varina)

Fuquay-Varina Independent (Fuquay-Varina)

Gastonia Gazette (Gastonia)

Goldsboro News Argus (Goldsboro)

Carolina Peacemaker (Greensboro)

Daily News & Record (Greensboro)

Greensboro News & Record (Greensboro)

NC A & T Register (Greensboro)

Rhinoceros Times (Greensboro)

Business Journal, The (Greensboro/Winston-Salem)

Daily Reflector, The (Greenville)

Business East (Havelock)

Daily Dispatch (Henderson)

Times-News (Hendersonville)

Hickory Daily Record (Hickory)

High Point Enterprise (High Point)

Jacksonville Daily News (Jacksonville)

Concord Independent Tribune (Kannapolis)

Kinston Free Press (Kinston)

Laurinburg The Exchange (Laurinburg)

Lenoir News-Topic (Lenoir)

News-Topic (Lenoir)

Lexington Dispatch, The (Lexington)

Lincoln Times-News (Lincolnton)

Lincoln Tribune, The (Lincolnton)

Lumberton Robesonian (Lumberton)

Marion Mcdowell News (Marion)

Monroe Enquirer-Journal (Monroe)

Morehead City Carteret County News Times (Morehead City)

The News Herald (Morganton)

Mount Airy News, The (Mount Airy)

Sun Journal (New Bern)

The Observer-News-Enterprise (Newton)

Business Leader (Raleigh)

Carolina Journal (Raleigh)

Nando Media (Raleigh)

Que Pasa (Raleigh)

Raleigh News & Observer (Raleigh)

Triangle Business Journal (Raleigh)

Reidsville Review (Reidsville)

Roanoke Rapids Daily Herald (Roanoke Rapids)

Rockingham Richmond County Daily Journal (Rockingham)

Rocky Mount Telegram, The (Rocky Mount)

Courier-Times, The (Roxboro)

Salisbury Post (Salisbury)

Sanford Herald (Sanford)

Shelby Star, The (Shelby)

Statesville Record & Landmark (Statesville)

Daily Southerner (Tarboro)

Washington Daily News (Washington)

Asheville Citizen-Times - Waynesville Bureau (Waynesville)

Seahawk, The (Wilmington)

Wilmington Star-News (Wilmington)

Wilson Daily Times, The (Wilson)

Winston-Salem Journal (Winston-Salem)

Eastern Wake News (Zebulon)

## Online

The Right Slant (Alexis)

BizTechToday.com (Charlotte)

Solitical.com (Charlotte)

May Pang-Asian Media Internet News (Fayetteville)

Confederate Yankee Blog (Fuquay-Varina)

BChillin.net (Greensboro)

Rude Mom Blog (Mount Airy)

ACCSPORTS.COM (Raleigh)

Golf.com (Raleigh)

Storyteller To The Media (Saluda)

The Deal Scoop (Shelby)

EmbracingBeauty.com (Winston-Salem)

## Radio

WCQS-FM (Asheville)

WKSF-FM (Asheville)

WWNC-AM (Asheville)

WGWG-FM (Boiling Springs)

WZTK-FM (Burlington)

WCHL-AM (Chapel hill)

WRQM-FM (Chapel Hill)

WUNC-FM (Chapel Hill)

WUND-FM (Chapel Hill)

WBT-AM (Charlotte)

WBT-FM (Charlotte)

WEND-FM (Charlotte)

WFAE-FM (Charlotte)

WHQC-FM (Charlotte)

WKKT-FM (Charlotte)

WLNK-FM (Charlotte)

WLYT-FM (Charlotte)

WRFX-FM (Charlotte)

WWCU-FM (Cullowhee)

WSGE-FM (Dallas)

WNCU-FM (Durham)

WGAI-AM (Elizabeth City)

WFSS-FM (Fayetteville)

WFNC-AM (Fayettville)

WGBR-AM (Goldsboro)

WYCV-AM (Granite Falls)

WEAL-AM (Greensboro)

WMAG-FM (Greensboro)

WPAW-FM (Greensboro)

WPTI-FM (Greensboro)

WQMG-FM (Greensboro)

WTQR-FM (Greensboro)

WLXN-AM (Lexington)

WJNC-AM (Morehead City)

WCMS-FM (Nags Head)

WCXL-FM (Nags Head)

WBJD-FM (New Bern)

WKNS-FM (New Bern)

WTEB-FM (New Bern)

WZNB-FM (New Bern)

WKBC-AM (North Wilkesboro)

WKBC-FM (North Wilkesboro)

WGIV-FM (Pineville)

Que Pasa (Raleigh)

WCMC-FM (Raleigh)

WDCG-FM (Raleigh)

WDNC-AM (Raleigh)

WKSL-FM (Raleigh)

WPTF-AM (Raleigh)

WQDR-FM (Raleigh)

WRAL-FM (Raleigh)

WRDU-FM (Raleigh)

WRVA-FM (Raleigh)

WYMY La Ley 96.9 FM (Raleigh)

WCAB-AM (Rutherfordton)

WWGP-AM (Sanford)

WIOZ-FM (Southern pines)

WIOZ-FM Lexi Test (Southern pines)

WNCW-FM (Spindale)

WRGC-AM (Sylva)

WVOD-FM (Wanchese)

Sixty Seconds Radio Network (Weaverville)

WKSK-AM (West Jefferson)

WAAV-AM (Cumulus Radio Group) (Wilmington)

WHQR-FM (Wilmington)

WEGO-AM (Winston-Salem)

WFDD-FM (Winston-Salem)

WSJS-AM (Winston-Salem)

## Television

WBSC-TV (Asheville)

WLOS-TV (Asheville)

News 14 Charlotte (Charlotte)

WAXN-TV (Charlotte)

WBTV-TV (Charlotte)

WCCB-TV (Charlotte)

WCNC-TV (Charlotte)

WSOC-TV (Charlotte)

WTVI-TV (Charlotte)

WTVD-TV (Durham)

WUNJ-TV (Durham)

WFMY-TV (Greensboro)

WITN-TV (Greenville-New Bern-Washington)

WNCT-TV (Greenville-New Bern-Washington)

WGHP-TV (High Point)

WCTI-TV (New Bern)

TIME WARNER RALEIGH (Raleigh)

WLFL-TV (Raleigh)

WNCN-TV (Raleigh)

WRAL-TV (Raleigh)

UNC Center for Public Television (Research Triangle Park)

WECT-TV (Wilmington)

WWAY-TV (Wilmington)

WXII-TV (Winston-Salem)

## NORTH DAKOTA

### News Service

Associated Press - Bismarck Bureau (Bismarck)

Associated Press - Fargo Bureau (Fargo)

### Newspaper

Bismark Tribune (Bismarck)

Devils Lake Daily Journal (Devils Lake)

The Dickinson Press (Dickinson)

Fargo Forum (Fargo)

The Spectrum - North Dakota State University (Fargo)

Agweek (Grand Forks)

Grand Forks Herald (Grand Forks)

Jamestown Sun (Jamestown)

Minot Daily News (Minot)

Valley City Times-Record (Valley City)

Wahpeton Daily News (Wahpeton)

Williston Daily Herald (Williston)



## Online

MamaBreak (Valley City)

## Radio

KEYA-FM (Belcourt)

KBMR-AM (Bismarck)

KFYR-AM (Bismarck)

KQDY-FM (Bismarck)

KSSS-FM (Bismarck)

KXMR-AM (Bismarck)

KYYY-FM (Bismarck)

KDLR-AM (Devils Lake)

KDVL-FM (Devils Lake)

KZZY-FM (Devils Lake)

KCAD-FM (Dickinson)

KDIX-AM (Dickinson)

KDXN-FM (Dickinson)

KLTC-AM (Dickinson)

KZRX-FM (Dickinson)

KEGK-FM (Fargo)

KFGO-AM (Fargo)

KFNW-AM (Fargo)

KFNW-FM (Fargo)

KRWK-FM (Fargo)

WDAY-AM (Fargo)

WDAY-FM (Fargo)

WZFG-AM (Fargo)

KXPO-AM (Grafton)

KCNN-AM (Grand Forks)

KNOX-AM (Grand Forks)

KSJB-AM (Jamestown)

KSJZ-FM (Jamestown)

KYNU-FM (Jamestown)

KNDR-FM (Mandan)

KCJB-AM (Minot)

KHRT-AM (Minot)

KWGO-FM (Minot)

KYYX-FM (Minot)

KOVC-AM (Valley City)

KEYZ-AM (Williston)

## Television

KVLY-TV (Fargo)

KVRR-TV (Fargo)

KXJB-TV (Fargo)

WDAY-TV (Fargo)

WDAZ- TV (Fargo)

CABLE CHANNEL 10 TV (Jamestown)

KMOT-TV (Minot)

KXMB-TV (Minot)

KXMC-TV (Minot)

## OHIO

## Magazine

Akron Legal News (Akron)

The Big Picture Magazine (Cincinnati)

Candy & Snack Business (Cleveland)

Cleveland Magazine (Cleveland)

Industry Week (Cleveland)

Inside Business (Cleveland)

Northern Ohio Live Magazine (Cleveland)

ASM International (Materials Park)

Bee Culture Magazine (Medina)

Farm and Dairy newspaper (Salem)

Insurance Newscast (Twinsburg)

Vermilion Photo Journal (Vermilion)

American Vegetable Grower (Willoughby)

Greenhouse Grower (Willoughby)

Youngstown State University Magazine (Youngstown)

## News Service

Associated Press - Cincinnati Bureau (Cincinnati)

Scripps (Cincinnati)



Associated Press - Cleveland Bureau (Cleveland)

City News (Cleveland)

Associated Press - State Capitol Bureau (Columbus)

Gannett News Service - Columbus Bureau (Columbus)

Hannah News Service (Columbus)

Associated Press - Dayton Bureau (Dayton)

Kent State University (Kent)

Lexis-Nexis (Miamisburg)

Muskingum College – Black and Magenta (New Concord)

Associated Press - Toledo Bureau (Toledo)

## Newspaper

Northern Review (Ada)

Akron Beacon Journal (Akron)

Babcox Publications Inc. (Akron)

Leader Publications (Akron)

The Jackson Suburbanite (Akron)

Alliance Review (Alliance)

Ashland Times-Gazette (Ashland)

Ashtabula Star Beacon (Ashtabula)

Athens Post (Athens)

The Athens Messenger (Athens)

Barberton Herald (Barberton)

Cleveland Jewish News (Beachwood)

Sun Scoop Journal (Beachwood)

Beavercreek News Current (Beavercreek)

Sun Banner (Bedford)

Bellefontaine Examiner (Bellefontaine)

Bellevue Gazette (Bellevue)

News Sun (Berea)

Sun Star (Berea)

Bowling Green Sentinel-Tribune (Bowling Green)

Sun Journal (Brooklyn)

Bryan Times (Bryan)

Telegraph-Forum (Bucyrus)

Daily Jeffersonian, The (Cambridge)

Repository, The (Canton)

Celina Standard (Celina)

Herald Sun (Chagrin)

Chillicothe Gazette (Chillicothe)

Cincinnati Business Courier (Cincinnati)

Cincinnati Enquirer (Cincinnati)

La Jornada Latina (Cincinnati)

The Herald (Circleville)

Al-Sahafa Newspaper Corporation (Cleveland)

Cleveland Jewish News (Cleveland)

Cleveland Scene (Cleveland)

Crain's Cleveland Business (Cleveland)

GIE Media, Inc. (Cleveland)

Plain Dealer, The (Cleveland)

Sun Newspapers (Cleveland)

The Daily Legal News (Cleveland)

Blade - State Capitol Bureau, The (Columbus)

Business First (Columbus)

Columbus Call and Post (Columbus)

Columbus Dispatch (Columbus)

Daily Reporter, The (Columbus)

The Lantern (Columbus)

Coshocton Tribune (Coshocton)

Dayton Business Journal (Dayton)

Dayton Daily News (Dayton)

Defiance The Crescent News (Defiance)

Delaware Gazette (Delaware)

Delphos Daily Herald (Delphos)

Review, The (East Liverpool)

Chronicle-Telegram (Elyria)

The Collegian (Elyria)

Sun Journal (Euclid)

Courier (Findlay)

Review Times (Fostoria)

News Messenger (Fremont)

Gallipolis Daily Tribune (Gallipolis)

Sun (Garfield-Maple)



Greenville Daily Advocate (Greenville)

Journal News (Hamilton)

Times-Gazette (Hillsboro)

Herald Newspaper (Holland)

Holland Herald (Holland)

Ironton Tribune (Ironton)

Daily Kent Stater (Kent)

Kent State University - Daily Kent Stater (Kent)

Record-Courier (Kent/Ravenna)

Kenton Times (Kenton)

Lakewood Buzz (Lakewood)

Smart Business - Cleveland (Lakewood)

Sun Post (Lakewood)

Lancaster Eagle-Gazette (Lancaster)

Lima News (Lima)

Lisbon Morning Journal (Lisbon)

Logan Daily News (Logan)

London Madison-Press (London)

Morning Journal (Lorain)

The Morning Journal (Lorain)

Mansfield News-Journal (Mansfield)

Marietta Times (Marietta)

Marion Star (Marion)

Martins Ferry The Times Leader (Martins Ferry)

Marysville Journal Tribune (Marysville)

Massillon Independent (Massillon)

Medina County Gazette (Medina)

Sun Banner Pride (Medina)

Cox Ohio Publishing Southwest Group (Middletown)

Middletown Journal (Middletown)

Sun, The (Montrose)

Mount Vernon News (Mount Vernon)

Northwest Signal (Napoleon)

Times-Reporter, The (New Philadelphia)

Newark Advocate (Newark)

Hills Sun (Nordonia)

Sun Herald, The (North Olmsted)

West Side Sun News (North Olmsted)

Putnam County Sentinel (Ottawa)

Sun Post (Parma)

Piqua Daily Call (Piqua)

The Daily Sentinel (Pomeroy)

Port Clinton News Herald (Port Clinton)

Portsmouth Daily Times (Portsmouth)

Lakewood News Times (Rocky River)

The Salem News (Salem)

Sandusky Register (Sandusky)

Shelby Daily Globe (Shelby)

Sidney Daily News (Sidney)

Herald Sun (Solon)

Sun Messenger, The (South Euclid)

Springfield News-Sun (Springfield)

St. Marys Evening Leader (St. Mary's)

Herald-Star, The (Steubenville)

Tiffin Advertiser-Tribune (Tiffin)

Blade, The (Toledo)

El Tiempo (Toledo)

Troy Daily News (Troy)

Sun, The (Twinsburg)

John Carroll University - The Caroll News (University Heights)

Upper Sandusky Daily Chief Union (Upper Sandusky)

Urbana Daily Citizen (Urbana)

Sun Courier, The (Valley View)

Times-Bulletin (Van Wert)

Daily News (Wapakoneta)

Tribune Chronicle (Warren)

Trumbull County Legal News (Warren)

Warren Tribune Chronicle (Warren)

Washington Court House Record Herald (Washington)

Sun (West Akron)

Sun (West Geauga)

News Herald (Willoughby)



Willoughby News Herald (Lake Co.) (Willoughby)

Wilmington News-Journal (Wilmington)

Wooster Daily Record (Wooster)

Fairborn Daily Herald (Xenia)

The Xenia Daily Gazette (Xenia)

Youngstown Vindicator (Youngstown)

Youngstown-Warren Business Journal (Youngstown)

Times Recorder (Zanesville)

## Online

www.fashionelite.com (Akron)

Entertainment Ohio (Barberton)

Confessions of a Messy Mama (Cincinnati)

Cleveland.com (Cleveland)

Ohio Daily Blog (Cleveland)

Compuserve (Columbus)

Life According To GreenVics (Columbus)

Front Page Freebies (Marion)

Life Full of Laughter (Newark)

PointBuzz.com (North Ridgeville)

Buckeye State Blog (Sardis)

FranciscanEdge.com (Steubenville)

Liberal Common Sense blog (Toledo)

## Radio

WAKR-AM (Akron)

WONE-FM (Akron)

WQMX-FM (Akron)

WDJQ-FM (Alliance)

WDPN-AM (Alliance)

WRMU-FM (Alliance)

WMTR-FM (Archbold)

WNCO-AM (Ashland)

WATH-AM (Athens)

WOUB-AM (Athens)

WOUB-FM (Athens)

WXTQ-FM (Athens)

WBWC-FM (Berea)

WBNO-FM (Bryan)

WCMJ-FM (Cambridge)

WWKC-FM (Cambridge)

WHBC-AM (Canton)

WBEX-AM (Chillicothe)

WCHI-AM (Chillicothe)

WKKJ-FM (Chillicothe)

WLZT-FM (Chillicothe)

WEBN-FM (Cincinnati)

WKRC-AM (Cincinnati)

WLW-AM (Cincinnati)

WVXU-FM (Cincinnati)

WXUT (Cincinnati)

WCPN-FM (Cleveland)

WCRF-FM (Cleveland)

WDOK-FM (Cleveland)

WJMO-AM (Cleveland)

WVME-FM (Cleveland)

WVML-FM (Cleveland)

WVMS-FM (Cleveland)

Ohio News Network (Columbus)

OHIO NEWS NETWORK - RADIOOHIO (Columbus)

WBNS-AM (Columbus)

WBNS-FM (Columbus)

WBWR-FM (Columbus)

WCBE-FM (Columbus)

WCOL-FM (Columbus)

WJKR-FM (Columbus)

WMNI-AM (Columbus)

WMNI-FM (Columbus)

WNCI-FM (Columbus)

WOSU-AM (Columbus)

WOSU-FM (Columbus)

WRKZ-FM (Columbus)

WSNY-FM (Columbus)

WTVN-AM (Columbus)

PR Newswire
A UBM plc company

WVKO-AM (Columbus)

WYTS-AM (Columbus)

WTNS-AM (Coshocton)

WTNS-FM (Coshocton)

WDAO-AM (Dayton)

WDKF-FM (Dayton)

WFCJ-FM (Dayton)

WHIO-AM (Dayton)

WHIO-FM (Dayton)

WHKO-FM (Dayton)

WLQT-FM (Dayton)

WMMX-FM (Dayton)

WTUE-FM (Dayton)

WONW-AM (Defiance)

WJER-AM (Dover)

WEOL-AM (Elyria)

WLFC-FM (Findlay)

WMOH-AM (Hamilton)

WSRW-AM (Hillsboro)

WFHM-FM (Independence)

WGAR-FM (Independence)

WHK-AM (Independence)

WHLK-FM (Independence)

WMJI-FM (Independence)

WMMS-FM (Independence)

WTAM-AM (Independence)

WKSU-AM (Kent)

WKSU-FM (Kent)

WNIR-FM (Kent)

WKTN-FM (Kenton)

WIMA-AM (Lima)

WIMT-FM (Lima)

WTGN-FM (Lima)

WZRX-FM (Lima)

WKNA-FM (Logan)

WMAN-AM (Mansfield)

WYHT-FM (Mansfield)

WMRT-FM (Marietta)

WMRN-FM (Marion)

WRXS-FM (Marion)

WKLM-FM (Millersburg)

WNZR-FM (Mount Vernon)

WNDH-FM (Napoleon)

WMCO-FM (New Concord)

WTUZ-FM (New Philadelphia)

WHTH-AM (Newark)

WARF-AM (North Canton)

WHLO-AM (North Canton)

WHOF-FM (North Canton)

WKDD-FM (North Canton)

WRQK-FM (North Canton)

WMUB-FM (Oxford)

WOMP-AM (Steubenville)

WCWA/AM (Toledo)

WLQR-AM (Toledo)

WRVF-FM (Toledo)

WSPD/AM (Toledo)

WSPD-AM (Toledo)

WVKS-FM (Toledo)

WKSD-FM (Van Wert)

WCHO-AM (Washington Court House)

WCHO-FM (Washington Court House)

WRAC-FM (West Union)

WCSU-FM (Wilberforce)

WKVX-AM (Wooster)

WBZI-AM (Xenia)

WYSO-FM (Yellow Springs)

WKBN-AM (Youngstown)

WPIC-AM (Youngstown)

WHIZ-FM (Zanesville)

## Television

WOUB-TV (Athens)

WCPO-TV (Cincinnati)

PR Newswire
A UBM plc company

WKRC-TV (Cincinnati)
WLWT-TV (Cincinnati)
WXIX-TV (Cincinnati)
WEWS-TV (Cleveland)
WJW-TV (Cleveland)
WKYC-TV (Cleveland)
WOIO-TV (Cleveland)
WUAB-TV (Cleveland)
WBNS-TV (Columbus)
WCMH-TV (Columbus)
WSYX-TV (Columbus)
WDTN-TV (Dayton)
WHIO-TV (Dayton)
WKEF-TV (Dayton)
WNEO-TV (Kent)
WLIO-TV (Lima)
WTOV-TV (Steubenville)
WNWO-TV (Toledo)
WTOL-TV (Toledo)
WTVG-TV (Toledo)
WUPW-TV (Toledo)
WFMJ-TV (Youngstown)
WKBN-TV (Youngstown)
WYTV-TV (Youngstown)
WHIZ-TV (Zanesville)

## OKLAHOMA

### Magazine

View Magazine (Edmond)
Internet Celebrity Magazine (Muskogee)
MetroFamily Magazine (Norman)
Music X-Press Magazine (Oklahoma City)
Oklahoma Banker (Oklahoma City)
Oklahoma Today (Oklahoma City)
Slice Magazine (Oklahoma City)

### News Service

Associated Press - Oklahoma City Bureau (Oklahoma City)
OETA - The Oklahoma Network (Oklahoma City)
Oklahoma News Network (Oklahoma City)
Associated Press - Tulsa Bureau (Tulsa)

### Newspaper

ADA News (Ada)
Altus Times (Altus)
Alva Review Courier/Newsgram-Advocate (Alva)
The Anadarko Daily News (Anadarko)
Ardmore Daily Ardmoreite (Ardmore)
Bartlesville Examiner-Enterprise (Bartlesville)
Broken Arrow Ledger (Broken Arrow)
Catoosa Times (Broken Arrow)
Chickasha Daily Express (Chickasha)
Claremore The Daily Progress (Claremore)
Daily Progress (Claremore)
Duncan Banner (Duncan)
Durant Daily Democrat (Durant)
Edmond Sun (Edmond)
The Vista (Edmond)
The Daily Elk Citian (Elk City)
Enid News & Eagle (Enid)
Grove Sun (Grove)
Guymon Daily Herald (Guymon)
Holdenville News (Holdenville)
Hugo Daily News (Hugo)
Idabel Mccurtain Gazette (Idabel)
Inola Independent (Inola)
Lawton Constitution, The (Lawton)
Mannford Eagle (Mannford)
Sand Springs Leader (Mannford)
McAlester News-Capital (McAlester)
Miami News-Record (Miami)
Muskogee Phoenix & Times-Democrat (Muskogee)

Norman Transcript (Norman)

Oklahoma Daily (Norman)

Daily Oklahoman, The (Oklahoma City)

Durocher's Oklahoma City Business (Oklahoma City)

El Nacional de Oklahoma (Oklahoma City)

Journal Record, The (Oklahoma City)

Oklahoma Gazette (Oklahoma City)

The Gayly (Oklahoma City)

Owasso Reporter (Owasso)

Pauls Valley Daily Democrat (Pauls valley)

Ponca City News (Ponca City)

Poteau Daily News (Poteau)

Pryor Daily Times (Pryor)

Southwest Tulsa News (Sand Springs)

Sapulpa Daily Herald (Sapulpa)

Shawnee News Star (Shawnee)

Stillwater News Press (Stillwater)

The Gayly Oklahoman (Stillwater)

Cherokee Phoenix (Tahlequah)

Tahlequah Daily Press (Tahlequah)

Bixby Bulletin (Tulsa)

Collinsville News (Tulsa)

Glenpool Post (Tulsa)

Greater Tulsa Reporter (Tulsa)

Jenks Journal (Tulsa)

Source Publications, Inc. (Tulsa)

Tulsa Beacon (Tulsa)

Tulsa Business Journal (Tulsa)

Tulsa Daily Commerce and Legal News (Tulsa)

Tulsa World (Tulsa)

Wagoner Tribune (Wagoner)

Woodward News (Woodward)

## Online

DemoOkie.com  (Edmond)

Technojunkyard (Edmond)

TheStreetSweeper.org (Edmond)

Routes (Norman)

oruoracle.com (Tulsa)

Route 66 News (Tulsa)

## Radio

KQTZ-FM (Altus)

KRIG-FM (Bartlesville)

KWON-AM (Bartlesville)

KYFM-FM (Bartlesville)

KUSH Radio (Cushing)

KECO-FM (Elk City)

KOFM-FM (Enid)

KTJS-AM (Hobart)

KIHN-AM (Hugo)

KITX-FM (Hugo)

KCCU-FM (Lawton)

KLAW-FM (Lawton)

KNED-AM (Mc alester)

KGOU-FM (Norman)

KROU-FM (Norman)

KKNG-FM (Oklahoma city)

KMGL-FM (Oklahoma City)

KOMA FM News (Oklahoma City)

KOMA-FM (Oklahoma City)

KRXO-FM (Oklahoma City)

KTOK-AM (Oklahoma City)

KPGM-AM (Pawhuska)

KPNC-FM (Ponca City)

WBBZ-AM (Ponca City)

KGFF AM Radio (Shawnee)

KOSU Radio (Stillwater)

KOSU-FM (Stillwater)

KFAQ-AM (Tulsa)

KHTT-FM (Tulsa)

KRAV-FM (Tulsa)

KRMG-AM (Tulsa)

KRMG-FM (Tulsa)

KVOO-FM (Tulsa)

KWEN-FM (Tulsa)

KXBL-FM (Tulsa)

KWEY-AM (Weatherford)

KWEY-FM (Weatherford)

KWOX-FM (Woodward)

## Television

WLIO-TV (Alva)

KSWO-TV (Lawton)

KETA-TV (Oklahoma city)

KFOR-TV (Oklahoma City)

KOCO-TV (Oklahoma City)

KOKH-TV (Oklahoma City)

KWTV-TV (Oklahoma City)

KWEM-TV31 (Stillwater)

KJMM (Tulsa)

KJRH-TV (Tulsa)

KOKI-TV (Tulsa)

KOTV-TV (Tulsa)

KTUL-TV (Tulsa)

## OREGON

## Magazine

Joy Magazine (Ashland)

Wooden Horse Magazines (Astoria)

Inside GNSS magazine (Eugene)

Sexis Magazine (Milwaukie)

Christian News Northwest (Newburg)

Commerce Magazine (Portland)

## News Service

Associated Press - Grants Pass Bureau (Grants Pass)

Associated Press - Portland, OR Bureau (Portland)

Bloomberg News - Portland Bureau (Portland)

Associated Press - Salem Bureau (Salem)

## Newspaper

Albany Democrat-Herald (Albany)

Daily Tidings (Ashland)

Oregon Legal Journal (Ashland)

Daily Astorian (Astoria)

Baker Democrat-Herald (Baker City)

Record Courier (Baker City)

Bend Bulletin (Bend)

Cascade Business News (Bend)

Western Communications Inc (Bend)

World, The (Coos Bay)

Corvallis Gazette-Times (Corvallis)

Polk County Itemizer-Observer (Dallas)

The Dalles Chronicle (Dalles)

Upper Rogue Independent (Eagle Point)

Eugene Weekly (Eugene)

Oregon Daily Emerald (Eugene)

Register-Guard (Eugene)

University of Oregon - School of Journalism (Eugene)

Grants Pass Daily Courier (Grants Pass)

The Outlook (Gresham)

Hermiston Herald (Hermiston)

Hillsboro Argus (Hillsboro)

Keiser Times (Keiser)

Herald and News (Klamath Falls)

La Grande Observer (La Grande)

The Voice (La Grande)

The News-Register (McMinnville)

Ashland Daily Tidings (Medford)

Medford Mail Tribune (Medford)

Newberg Graphic, The (Newberg)

Argus Observer (Ontario)

Confederated Umatilla Journal (Pendleton)

East Oregonian (Pendleton)

Pendleton East Oregonian (Pendleton)

Business Journal, The (Portland)



Daily Journal of Commerce (Portland)

Daily Vanguard (Portland)

El Hispanic News (Portland)

Green Heritage News (Portland)

Oregon Business Magazine (Portland)

Oregonian, The (Portland)

Portland Daily Journal of Commerce (Portland)

Portland Observer (Portland)

Portland Tribune (Portland)

Skanner, The (Portland)

Sustainable Business Oregon (Portland)

Willamette Week (Portland)

News-Review, The (Roseburg)

Christian Business Chronicle (Salem)

Statesman Journal (Salem)

Seaside Signal (Seaside)

Sheridan Sun (Sheridan)

Woodburn Independent (Woodburn)

## Online

Beaverton Business (Beaverton)

Gypsy Mama Logs (Central Point)

Mama Notes (Corvallis)

Frugal Spots (Damascus)

Enobytes (Hillsboro)

Cleantech Concepts (Portland)

NozzlNewsPDX (Portland)

Spirit Feast (Portland)

StayPlayDine.com (Portland)

PureBulk.com (Roseburg)

Salem-News.com (Salem)

Sandy Post (Sandy)

Sunriver Scene (Sunriver)

Pretty Pink Momma (Sweet Home)

## Radio

KSOR-FM (Ashland)

KSRG-FM (Ashland)

KMUN-FM (Astoria)

KBND-AM (Bend)

KBNW-AM (Bend)

KOAB-FM (Bend)

KSBA-FM (Coos Bay)

KYTT-FM (Coos Bay)

KOAC-AM (Corvallis)

KKNU-FM (Eugene)

KLCC-FM (Eugene)

KMGE-FM (Eugene)

KRVM-AM (Eugene)

KUGN-AM (Eugene)

KCST-FM (Florence)

KAGI-AM (Grants Pass)

Talk Radio Network (Grants Pass)

KFLS-AM (Klamath Falls)

KFLS-FM (Klamath Falls)

KTVR-FM (La Grande)

KOAP-FM (Lakeview)

KQIK-FM (Lakeview)

KGAL-AM (Lebanon)

KSHO-AM (Lebanon)

KLYC-AM (McMinnville)

KDOV-FM (Medford)

KSRV-AM (Ontario)

KRBM-FM (Pendleton)

KTIX-AM (Pendleton)

KUMA-FM (Pendleton)

KWHT-FM (Pendleton)

KBPS-AM (Portland)

KEX-AM (Portland)

KFBW-FM (Portland)

KINK-FM (Portland)

KKCW-FM (Portland)

KKOV-AM (Portland)

KKRZ-FM (Portland)

KKSN-AM (Portland)

KMHD-FM (Portland)

KOPB-FM (Portland)

KPAM-AM (Portland)

KPDQ-FM (Portland)

KPOJ-AM (Portland)

KXL-AM (Portland)

Metro Networks (Portland)

The Thom Hartmann Program (Portland)

KQEN-AM (Roseburg)

KTBR-AM (Roseburg)

KSJK-AM (Talent)

KODL-AM (The Dalles)

KTMK-FM (Tillamook)

KWSO-FM (Warm springs)

KAST-AM (Warrenton)

KGRV-AM (Winston)

## Television

KPTV-TV (Beaverton)

KTVZ-TV (Bend)

KEZI-TV (Eugene)

KVAL-TV (Eugene)

KDKF-TV (Klamath Falls)

KOTI-TV (Klamath Falls)

KDRV-TV (Medford)

KOBI-TV (Medford)

KTVL-TV (Medford)

KATU-TV (Portland)

KGW-TV (Portland)

KOIN-TV (Portland)

KPDX-TV (Portland)

KMTR-TV (Springfield)

## PENNSYLVANIA

## Magazine

Chester County Reporter (Chester County)

Healthcom Media (Doylestown)

High Roller magazine (Doylestown)

Lancaster Farming (Ephrata)

Tangent magazine (lifestyle pub) (Erie)

Wireless Workforce (Erie)

Hagerstown Magazine (Hagerstown)

Central Penn Business (Harrisburg)

Calkins Media (Horsham)

Today's Diet & Nutrition (Milford)

Therapy Times (Norristown)

3D Scanning Technologies (North Wales)

PMT Magazine (Paoli)

Broad Street (lifestyle) (Philadelphia)

Horizon Press (Philadelphia)

MainLine magazine (lifestlye pub) (Philadelphia)

Obaasema Magazine (Philadelphia)

Philadelphia Style (Philadelphia)

Prism Media (Philadelphia)

ALM Media (Philly)

Steel Business Briefing (Pittsburgh)

MarketingSherpa (Scranton)

Great Vally Publishing (Spring City)

Advertising Specialty Institute (Trevose)

Successful Promotions (Trevose)

PWC Magazine (Wallingford)

Association for Iron & Steel Technology (Warrendale)

The Minerals, Metals and Materials Society (Warrnedale)

Andrews Publiching (Wayne)

Weekly Reader (York)

## News Service

Associated Press - Harrisburg Bureau (Harrisburg)

Gannett News Service - Harrisburg Bureau (Harrisburg)

Radiate Media Solutions (Malvern)

Associated Press - Philadelphia Bureau (Philadelphia)



City Hall Newsroom (Philadelphia)

Knight-Ridder/Tribune Info. Services - Philadelphia Bureau (Philadelphia)

Presslink (Philadelphia)

Reuters - Philadelphia Bureau (Philadelphia)

Associated Press - Pittsburgh Bureau (Pittsburgh)

Wall Street Journal (Pittsburgh)

Associated Press - State College Bureau (State College)

Pennsylvania State University (State College)

## Newspaper

Morning Call, The (Allentown)

Altoona Mirror (Altoona)

Beaver County Times (Beaver)

Ellwood City Ledger (Beaver)

Bedford Gazette Llc. (Bedford)

Eastern Pennsylvania Business Journal (Bethlehem)

Bloomsburg Press Enterprise (Bloomsburg)

Bradford Era (Bradford)

Butler Eagle (Butler)

California Univ Of Penn - Cal Times (California)

Pennsylvania Township News (Camp Hill)

Carlisle Sentinel (Carlisle)

PublicOpinion (Chambersburg)

Clarion University Of PA - Clarion Call (Clarion)

Progress, The (Clearfield)

The Daily Courier (Connellsville)

Corry Evening Journal (Corry)

Intelligencer, The (Doylestown)

Express-Times, The (Easton)

Erie Times-News (Erie)

The News-Herald (Franklin)

Gettysburg Times (Gettysburg)

Gettysburgian (Gettysburg)

Tribune-Review (Greensburg)

Greenville Record-Argus (Greenville)

The Collegian - Grove City College (Grove City)

Evening Sun (Hanover)

Hanover Evening Sun (Hanover)

PA VFW News (Harrisburg)

Patriot-News, The (Harrisburg)

News of Delaware County (Havertown)

Standard-Speaker (Hazleton)

Honesdale Wayne Independent (Honesdale)

The Daily News (Huntingdon)

Indiana Evening Gazette (Indiana)

Indiana Gazette (Indiana)

The Centre County Gazette (Indiana)

Our Town (Johnstown)

Tribune Democrat, The (Johnstown)

Kane The Republican (Kane)

Leader Times (Kittanning)

Intelligencer Journal (Lancaster)

Lancaster New Era (Lancaster)

Lancaster Newspapers (Lancaster)

Lancaster Sunday News (Lancaster)

Reporter, The (Lansdale)

Latrobe Bulletin (Latrobe)

Lebanon Daily News (Lebanon)

Lehighton Times-News (Lehighton)

Bucks County Courier Times (Levittown)

Lewistown Sentinel (Lewistown)

The Sentinel (Lewistown)

LockHavenExpress (Lock Haven)

Daily News, The (McKeesport)

Meadville Tribune (Meadville)

Harrisburg Patriot & Evening News (Mechanicsburg)

Tri-State News (Milford)

Milton Daily Standard (Milton)

Monessen Valley Independent (Monessen)

Tri-County Record (Morgantown)

New Castle News (New Castle)

Westminster College - The Westminster Hol (New Wilmington)

Centurion (Newtown)



Times Herald (Norristown)

Derrick and News Herald, The (Oil City)

Al Dia (Philadelphia)

Green City Journal (Philadelphia)

Metro (Philadelphia)

Philadelphia Business Journal (Philadelphia)

Philadelphia City Paper (Philadelphia)

Philadelphia Daily News (Philadelphia)

Philadelphia Inquirer, The (Philadelphia)

Philadelphia Tribune, The (Philadelphia)

The Examiner (Philly Edition) (Philadelphia)

The Legal Intelligencer (Philadelphia)

The Triangle (Philadelphia)

Gateway newspapers (Pittsburgh)

Greensburg Tribune Review (Pittsburgh)

Griffin Publishing (Pittsburgh)

Pittsburgh Business Times (Pittsburgh)

Pittsburgh Post-Gazette (Pittsburgh)

Pittsburgh Tribune-Review (Pittsburgh)

Wall Street Journal - Pittsburgh Bureau, The (Pittsburgh)

Mercury, The (Pottstown)

Pottsville Republican & Evening Herald (Pottsville)

Delaware County Daily Times (Primos)

The Punxutawney Spirit (Punxsutawney)

The Loquitor (Cabrini College weekly) (Radnor)

Reading Eagle (Reading)

Ridgway Record (Ridgway)

Sayre Evening Times (Sayre)

Northeast Pennsylvania Business Journal (Scranton)

Scranton Times-Tribune (Scranton)

The University of Scranton (The Aquinas) (Scranton)

Times Shamrock (Scranton)

News Item (Shamokin)

Sharon Herald (Sharon)

Herald, The (Sharpsburg)

Somerset Daily American (Somerset)

St. Marys Daily Press (St. marys)

Centre Daily Times (State College)

PA Business Central (State College)

State College Centre Daily Times (State College)

Pocono Record (Stroudsburg)

Daily Item (Sunbury)

Sunbury Daily Item (Sunbury)

Valley News Dispatch (Tarentum)

Titusville Herald (Titusville)

Towanda Daily Review (Towanda)

Philadelphia Northeast Times (Trevose)

The Daily Herald (Tyrone)

Herald-Standard (Uniontown)

Pennsylvania State University - The Daily (University Park)

Warren Times Observer (Warren)

Observer-Reporter (Washington)

The Record Herald (Waynesboro)

Daily Local News (West Chester)

West Chester Daily Local News (West Chester)

Citizens' Voice (Wilkes-Barre)

Times Leader (Wilkes-Barre)

Wilkes-Barre Citizens Voice (Wilkes-Barre)

Wilkes-Barre Times Leader (Wilkes-Barre)

Williamsport Sun-Gazette (Williamsport)

York Daily Record (York)

YorkDispatch (York)

Business Journal (Youngstown)

## Online

Chronicles (Beach Lake)

Bioresearch.com (Erie)

www.besttechie.com (Merion Station)

DoubleSpeak  (Philadelphia)

Greenskills (Philadelphia)

Health Camp (Philadelphia)

Keystone Edge (Philadelphia)

Phillywired.com (Philadelphia)



PR Newswire
A UBM plc company

TechFun (Philadelphia)

ParentingTeensOnline.com (Philly)

Writer's Digest (Phoenixville)

Steel Business Briefing (Pittsburg)

SecurityFocus (Richboro)

MMAWeekly.com (Seven Fields)

Healthypet.com (Yardley)

## Radio

Heart to Heart-WDAS-FM (Bala Cynwyd)

WDAS-AM (Bala Cynwyd)

WDAS-FM (Bala Cynwyd)

WISX-FM (Bala Cynwyd)

WMGK-FM (Bala Cynwyd)

WWDB-AM (Bala Cynwyd)

WBVP-AM (Beaver Falls)

WMKX-FM (Brookville)

WBGM-FM (Danville)

WPGM-AM (Danville)

WPGM-FM (Danville)

WDSN-FM (Du Bois)

WJET-FM (Erie)

WGET-AM (Gettysburg)

WGTY-FM (Gettysburg)

WAYZ-FM (Greencastle)

Pennsylvania Radio Network (Harrisburg)

Radio Pennsylvania (Harrisburg)

WHKF-FM (Harrisburg)

WHP-AM (Harrisburg)

WITF-FM (Harrisburg)

WQLV-FM (Harrisburg)

WRBT-FM (Harrisburg)

WRVV-FM (Harrisburg)

WNTP-AM (Lafayette Hill)

WDAC (Lancaster)

WDAC-FM (Lancaster)

WLAN-FM (Lancaster)

Metro Networks (Manayunk)

WKZF-FM (Manheim)

WROZ-FM (Manheim)

WPEL-AM (Montrose)

WPEL-FM (Montrose)

WWNW-FM (New Wilmington)

KYWAM (Philadelphia)

KYW-AM (Philadelphia)

WHYY-AM (Philadelphia)

WHYY-FM (Philadelphia)

WIQI-FM (Philadelphia)

WRTI-FM (Philadelphia)

WXPH-FM (Philadelphia)

WXPN-FM (Philadelphia)

The Handguys Podcast (Phoenixville)

American Urban Radio Network (Pittsburgh)

KDKA-AM (Pittsburgh)

KQV-AM (Pittsburgh)

WAMO-FM (Pittsburgh)

WDVE-FM (Pittsburgh)

WESA-FM (Pittsburgh)

WLTJ-FM (Pittsburgh)

WLTJ-FM\ (Pittsburgh)

WRRK-FM (Pittsburgh)

WWSW-FM (Pittsburgh)

WBZU-AM (Pittston)

WILK-AM (Pittston)

WILK-FM (Pittston)

WKZN-AM (Pittston)

WVIA-FM (Pittston)

WAVT-FM (Pottsville)

WPPA-AM (Pottsville)

WQKX-FM (Selinsgrove)

WQSU-FM (Selinsgrove)

WKOK-AM (Sunbury)

WMBS-AM (Uniontown)

Penn State Public Broadcasting (University Park)

WPSU-FM (University Park)

WNAE-AM (Warren)

WJPA-AM (Washington)

WJPA-FM (Washington)

WAEB-AM (Whitehall)

WAEB-FM (Whitehall)

WZZO-FM (Whitehall)

WBLJ-FM (Williamsport)

WBYL-FM (Williamsport)

WKSB-FM (Williamsport)

WPTC-FM (Williamsport)

WRAK-AM (Williamsport)

WRKK-AM (Williamsport)

WSBA News Radio (York)

WSBA-AM (York)

WVYC-FM (York)

## Television

Medstar Television, Inc. (Allentown)

WFMZ-TV (Allentown)

WTAJ-TV (Altoona)

Express Broadcasting Services/Shadow Broadcasting (Bala Cynwyd)

WCAU-TV (Bala Cynwyd)

WCAU-TV (Wireless Headlines Demo) (Bala Cynwyd)

Service Electric Cable News (Bethlehem)

Cable 11 News (Ephrata)

WFXP-TV (Erie)

WICU-TV (Erie)

WJET-TV (Erie)

WSEE-TV (Erie)

WHP-TV (Harrisburg)

WHTM-TV (Harrisburg)

WITF-TV (Harrisburg)

WJAC-TV (Johnstown)

WGAL-TV (Lancaster)

KOAT-TV (Lehigh Valley)

WNEP-TV (Moosic)

Cable 11 News (Pencor) (Palmerton)

CN8 (Philadelphia)

KYW-TV (Philadelphia)

WPHL-TV (Philadelphia)

WPVI- TV (Philadelphia)

WPVI-TV (Philadelphia)

WTXF-TV (Philadelphia)

KDKA-TV (Pittsburgh)

Pittsburgh Cable News Channel (Pittsburgh)

WPGH-TV (Pittsburgh)

WPXI-TV (Pittsburgh)

WTAE-TV (Pittsburgh)

WBRE-TV (Wilkes-Barre)

WPMT-TV (York)

## PUERTO RICO

### News Service

Associated Press - Puerto Rico Bureau (Guaynabo)

### Online

universia.pr (San Juan)

## RHODE ISLAND

### Magazine

Trimed Media Group (Providence)

### News Service

Associated Press - Providence Bureau (Providence)

### Newspaper

Newport Daily News (Newport)

The Times (Pawtucket)

Providence Business News (Providence)

Providence Journal-Bulletin (Providence)



The Kent County Daily Times (West Warwick)

Westerly Sun (Westerly)

The Call (Woonsocket)

## Online

Mashable.com (Portsmouth)

Rhode Island's Future (Providence)

## Radio

BSR Radio 88.1 FM (Providence)

WBRU-FM (Providence)

WHJJ-AM (Providence)

WHJY-FM (Providence)

WRNI (Providence)

WWBB-FM (Providence)

WPRO-AM (Riverside)

## Television

WPRI-TV (East Providence)

Lin Television Corporation (Providence)

WJAR-TV (Providence)

WLNE-TV (Providence)

## SOUTH CAROLINA

## Magazine

Alternatives News Magazine (Myrtle Beach)

## News Service

Associated Press - Charleston, South Carolina Bureau (Charleston)

Associated Press - Columbia Bureau (Columbia)

## Newspaper

Aiken Standard (Aiken)

Anderson Independent-Mail (Anderson)

Beaufort Gazette (Beaufort)

Charleston Regional Business Journal (Charleston)

Post and Courier, The (Charleston)

State, The (Columbia)

The Columbia Star (Columbia)

Gacsis News (Conway)

News & Press (Darlington)

Citizen News (Edgefield)

The Citizen News (Edgefield)

Morning News (Florence)

Gaffney The Ledger (Gaffney)

Berkeley Independent (Goose Creek)

Goose Creek Gazette (Goose Creek)

Greenville News (Greenville)

The Index-Journal (Greenwood)

Island Packet, The (Hilton Head Island)

Lexington County Chronicle & The Dispatch-News Lexington (Lexington)

Latino Newspaper (Mauldin)

Moultrie News (Mt. Pleasant)

Myrtle Beach Sun News (Myrtle Beach)

North Augusta Star (North Augusta)

Orangeburg Times & Democrat (Orangeburg)

Herald, The (Rock Hill)

Seneca Daily Journal And Messenger (Seneca)

Spartanburg Business Report (Spartanburg)

Spartanburg Herald-Journal (Spartanburg)

Journal Scene (Summerville)

Item, The (Sumter)

Union Daily Times (Union)

## Online

MidLandsBiz.com (Columbia)

Florence Morning News (Florence)

AlisonStorm.com (Greenville)

The Greer Citizen (Greer)

Kelly's Thoughts On Things (Lexington)

WBTW-TV (Myrtle Beach)

WorldGolf.com (Myrtle Beach)



## Radio

WISW-AM (Cayce)

WLXC-FM (Cayce)

WNKT-FM (Cayce)

WOMG-FM (Cayce)

WAVF-FM (Charleston)

WCKN-FM (Charleston)

WIOP-FM (Charleston)

WTMA-AM (Charleston)

WXST-FM (Charleston)

WCCP-FM (Clemson)

WCOS-FM (Columbia)

WLTR-FM (Columbia)

WLTY-FM (Columbia)

WNOK-FM (Columbia)

WTCB-FM (Columbia)

WVOC-AM (Columbia)

WVOC-FM (Columbia)

WXBT-AM (Columbia)

WZZQ-AM (Gaffney)

WBJU-FM (Greenville)

WESC-FM (Greenville)

WFBC-FM (Greenville)

WMUU-FM (Greenville)

WMYI-FM (Greenville)

WORD-AM (Greenville)

WROQ-FM (Greenville)

WSPA-FM (Greenville)

WSSL-FM (Greenville)

WTPT-FM (Greenville)

WYRD-AM (Greenville)

WYRD-FM (Greenville)

WEZL-FM (Mount Pleasant)

WRFQ-FM (Mount Pleasant)

WSCC-FM (Mount Pleasant)

WXLY-FM (Mount Pleasant)

WEZV-FM (Myrtle Beach)

WRNN-FM (Myrtle Beach)

WYEZ-FM (Myrtle Beach)

WJZY-AM (Ravenel)

WOLT-FM (Spartanburg)

WDXY-AM (Sumter)

## Television

WCBD-TV (Charleston)

WCIV-TV (Charleston)

WCSC-TV (Charleston)

WTAT-TV (Charleston)

WACH-TV (Columbia)

WIS-TV (Columbia)

WLTX-TV (Columbia)

WOLO-TV (Columbia)

WBTW-TV (Florence)

WPDE-TV (Florence-Myrtle Beach)

WHNS-TV (Greenville)

WYFF-TV (Greenville-Spartanburg-Ashville-Anderson)

WMBF-TV (Myrtle Beach)

WRDW-TV (North Augusta)

WSPA-TV (Spartanburg)

WYCW-TV (Spartanburg)

## SOUTH DAKOTA

### News Service

Associated Press - Pierre Bureau (Pierre)

Associated Press - Sioux Falls Bureau (Sioux Falls)

### Newspaper

American News (Aberdeen)

Brookings Daily Register (Brookings)

South Dakota State University (Brookings)

Groton Independent (Groton)

Huron Daily Plainsman (Huron)

Madison Daily Leader (Madison)



Daily Republic (Mitchell)

Mitchell Daily Republic (Mitchell)

Argus Leader (Pierre)

Capital Journal (Pierre)

Black Hills Weekend - The Rapid City Journal (Rapid City)

Rapid City Journal (Rapid City)

Sioux Falls Argus Leader (Sioux Falls)

Black Hills Pioneer (Spearfish)

Black Hills Press (Sturgis)

University Of Dakota (Vermillion)

Watertown Public Opinion (Watertown)

Yankton Daily Press & Dakotan (Yankton)

Yankton Press & Dakotan (Yankton)

## Online

About2Buy (Dakota Dunes)

## Radio

KGIM-FM (Aberdeen)

KBFS-AM (Belle Fourche)

South Dakota Public Broadcasting (Bismarck)

KBRK-AM (Brookings)

KBRK-FM (Brookings)

KJJQ-AM (Brookings)

KIJV-AM (Huron)

KOKK-AM (Huron)

KXLG-FM (Huron)

KZNC-FM (Huron)

KBJM-AM (Lemmon)

KJAM-AM (Madison)

KJAM-FM (Madison)

KBWS-FM (Milbank)

KMSD-AM (Milbank)

KORN Radio (Mitchell)

KORN-AM (Mitchell)

KOLY-AM (Mobridge)

Dakota News Network (Pierre)

KCCR-AM (Pierre)

KGFX-AM (Pierre)

KOTA-AM (Rapid City)

KQRQ-FM (Rapid City)

KZLK-FM (Rapid City)

KELO-AM (Sioux Falls)

KELO-FM (Sioux Falls)

KNWC-AM (Sioux Falls)

KNWC-FM (Sioux Falls)

KRRO-FM (Sioux Falls)

KSOO-AM (Sioux Falls)

KSQB-FM (Sioux Falls)

KTWB-FM (Sioux Falls)

KWSN-AM (Sioux Falls)

KXQL-FM (Sioux Falls)

KXRB-AM (Sioux Falls)

KBHB-AM (Sturgis)

KIXX-FM (Watertown)

KSDR-AM (Watertown)

KWAT-AM (Watertown)

KWYR-AM (Winner)

KWYR-FM (Winner)

KVHT-FM (Yankton)

KYNT-AM (Yankton)

## Television

KEVN-TV (Rapid City)

KNBN-TV (Rapid City)

KOTA-TV (Rapid City)

KDLT-TV (Sioux Falls)

KELO-TV (Sioux Falls)

KSFY-TV (Sioux Falls)

## TENNESSEE

## Magazine

Urban Voice Magazine (Chattanooga)



Spry magazine (Franklin)

Contemporary Media Inc. (Memphis)

Country Weekly (Nashville)

## News Service

Associated Press - Nashville Bureau (Brentwood)

Associated Press - Chattanooga Bureau (Chattanooga)

Associated Press - Knoxville Bureau (Knoxville)

Associated Press - Memphis Bureau (Memphis)

Bloomberg News - Nashville Bureau (Nashville)

The First Amendment Center at Vanderbilt (Nashville)

## Newspaper

Knoxville News-Sentinel - Blount County Bureau (Alcoa)

Daily Post-Athenian (Athens)

Chattanooga Times Free Press (Chattanooga)

Austin Peay State University (Clarksville)

Leaf-Chronicle, The (Clarksville)

Cleveland Daily Banner (Cleveland)

The Southern Accent (Collegedale)

The Daily Herald Columbia (Columbia)

Cookeville Herald-Citizen (Cookeville)

The Daily Helmsman (Cordova)

Crossville Chronicle (Crossville)

Dyersburg State Gazette (Dyersburg)

Elizabethton Star (Elizabethton)

Germantown Appeal (Germantown)

Greeneville Sun (Greeneville)

Jackson Sun (Jackson)

The Northwest Tennessee Times (Jackson)

Johnson City Press (Johnson City)

Kingsport Times-News (Kingsport)

Knoxville Daily Sun (Knoxville)

Knoxville Journal-Express, The (Knoxville)

Knoxville News-Sentinel, The (Knoxville)

Mundo Hispano (Knoxville)

University Of Tennessee - Daily Beacon (Knoxville)

Lebanon Democrat (Lebanon)

The Pacer University of Tennessee (Martin)

Weakly County Press (Martin)

Daily Times, The (Maryville)

Mcminnville Southern Standard (Mcminnville)

Commercial Appeal, The (Memphis)

La Raza Memphis (Memphis)

Memphis Business Journal (Memphis)

Memphis Daily News (Memphis)

Memphis Flyer (Memphis)

New York Times Broadcast Group, The (Memphis)

The Daily News (Memphis)

The Mid-South Tribune (Memphis)

University of Memphis - The Daily Helmsman (Memphis)

Citizen Tribune (Morristown)

Morristown Citizen Tribune (Morristown)

Daily News Journal, The (Murfreesboro)

Middle Tennessee State University (Murfreesboro)

The Murfreesboro Post (Murfreesboro)

Baptist Press (Nashville)

City Paper, The (Nashville)

Nashville Business Journal (Nashville)

Tennessean, The (Nashville)

The Nashville Ledger (Nashville)

Urban Journal (Nashville)

Vanderbilt University (Nashville)

The Nolensville Dispatch (Nolensville)

Oak Ridger, The (Oak Ridge)

The Paris Post-Intelligencer (Paris)

Sevierville Mountain Press (Sevierville)

Shelbyville Times-Gazette (Shelbyville)

Tullahoma News (Tullahoma)

The Messenger (Union City)

## Online

Knox Views  (Alcoa)



Gothic Blend (Antioch)

MDNews.com (Chattanooga)

Skinny Ms. (Crossville)

First Officer's Blog (Franklin)

TheRoadPro.com (Knoxville)

usathisweek.com (Knoxville)

www.savingsforsanity.com (Knoxville)

Down Home Politics (Lebanon)

Neowin (Memphis)

filmcourage.com (Nashville)

Her Nashville magazine (Nashville)

NashvillePost.com (Nashville)

restless tech (Nashville)

midsouthnewz, inc. (Savannah)

## Radio

WJSQ-FM (Athens)

WLAR-AM (Athens)

WTBG-FM (Brownsville)

WNPC/WGGQ, Morristown Citizen Tribune (Bybee)

WGOW-AM (Chattanooga)

WGOW-FM (Chattanooga)

WLND-FM (Chattanooga)

WMBW-FM (Chattanooga)

WMKW-FM (Chattanooga)

WRXR-FM (Chattanooga)

WUSY-FM (Chattanooga)

WAPX-FM (Clarksville)

WJZM-AM (Clarksville)

WKOM-FM (Columbia)

WATX (Cookeville)

WBXE (Cookeville)

WKXD (Cookeville)

WLQK (Cookeville)

WVCP-FM (Gallatin)

WGOC-AM (Gray)

WJCW-AM (Gray)

WKOS-FM (Gray)

WQUT-FM (Gray)

WXSM-AM (Gray)

WNSW-FM (Jackson)

WNWS-FM (Jackson)

WYNU-FM (Jackson)

WETS-FM (Johnson City)

WKPT-AM (Kingsport)

WMEV-FM (Kingsport)

WRZK-FM (Kingsport)

WTFM-FM (Kingsport)

WIMZ-FM (Knoxville)

WIVK-FM (Knoxville)

WJXB-FM (Knoxville)

WNML-AM (Knoxville)

WNML-FM (Knoxville)

WNRX-FM (Knoxville)

WUOT-FM (Knoxville)

WDXE-FM (Lawrenceburg)

WWLX-FM (Lawrenceburg)

WFTZ-FM (Manchester)

WCDZ-FM (Martin)

WCMT-AM (Martin)

WCMT-FM (Martin)

WUTM-FM (Martin)

WKIM-FM (Memphis)

WQOX-FM (Memphis)

WREC-AM (Memphis)

WMOT-FM (Murfreesboro)

Chris White Ministries (Nashville)

The Tennessee Radio Network (Nashville)

WAMB-AM (Nashville)

WFSK-FM (Nashville)

WGFX-FM (Nashville)

WHRS-FM (Nashville)

WKDF-FM (Nashville)

WLAC-AM (Nashville)

WNRQ-FM (Nashville)

WPLN-FM (Nashville)

WRVW-FM (Nashville)

WSDJ-FM (Nashville)

WSIX-FM (Nashville)

WUBT-FM (Nashville)

WWTN-FM (Nashville)

WLIK-AM (Newport)

WTNE-FM (Trenton)

WYVY-FM (Union City)

## Television

WDEF-TV (Chattanooga)

WDSI-TV (Chattanooga)

WRCB-TV (Chattanooga)

WTVC-TV (Chattanooga)

WBBJ-TV (Jackson)

WJKT-TV (Jackson)

WJHL-TV (Johnson City)

WKPT-TV (Kingsport)

WATE-TV (Knoxville)

WBIR-TV (Knoxville)

WPXK-TV (Knoxville)

WVLT-TV (Knoxville)

WBII-TV (Memphis)

WHBQ-TV (Memphis)

WLMT-TV (Memphis)

WMC-TV (Memphis)

WPTY-TV (Memphis)

WPXX-TV (Memphis)

WREG-TV (Memphis)

WRUG Media (Memphis)

NewsChannel 5 (Nashville)

RFD-TV (Nashville)

WKRN-TV (Nashville)

WNPX-TV (Nashville)

WSMV-TV (Nashville)

WTVF-TV (Nashville)

WZTV-TV (Nashville)

## TEXAS

## Magazine

Austin Family Magazine (Austin)

Austin Monthly (Austin)

Dezignare (Austin)

Forbes - Austin Bureau (Austin)

Fortune - Austin Bureau (Austin)

Texas Business Review (Austin)

Texas Monthly (Austin)

Tribeza (Austin)

Country Lifestyle (Boerne)

Hereford World (Dalhart)

Advocate Home + Heritage Magazine (Dallas)

Basic Magazine (Dallas)

Business Development Outlook (Dallas)

BusinessWeek - Dallas Bureau (Dallas)

D Magazine (Dallas)

Dallas Home Improvement Magazine (Dallas)

DallasChild (Dallas)

Downtown Business News (Dallas)

F!D Luxe (Dallas)

Footwork Media (Dallas)

Philanthropy World Magazine (Dallas)

Real Estate and Friends Magazine (Dallas)

Realty Times (Dallas)

ScoreBoard Monthly (Dallas)

Southwest Airlines Spirit Magazine (Dallas)

Spirit Magazine (Dallas)

Stevens Publishing (Dallas)

Texas Business (Dallas)

Texas Family Magazine (Dallas)

WHERE Magazine (Dallas)

Women's Enterprise Magazine (Dallas)

Fort Worth, Texas: The City's Magazine (Fort Worth/Hurst)

Blue Thumb, Inc. (Houston)

Caribbean News Now (Houston)

Cowboys & Indians Magazine (Houston)

HOLA Magazine (Houston)

Houston House & Home Magazine (Houston)

Inside Houston (Houston)

Obvious Magazine (Houston)

Total Body Magazine (Houston)

Weddings In Houston (Houston)

Well Servicing (Houston)

Where To Retire (Houston)

Unsigned, The Magazine (Irving)

Success For Women (Lake Dallas)

Laredo Family Time Magazine (Laredo)

MetroCatholic (Little Elm)

Sunday Magazine (Longview)

Metro Latino Magazine (Midlothian)

UT Dallas Management Magazine (Richardson)

Austin Daze Magazine and AMFM Magazine (Round Rock)

Jewish Journal of San Antonio (San Antonio)

Juice Weekly, The (San Antonio)

U.25 Magazine (San Antonio)

U-TURN Magazine (San Antonio)

Country World (Sulphur Springs)

DermaScope Magazine (Sunnyvale)

reviewit Magazine (The Woodlands)

## News Service

Reuters - Dallas Bureau (Addison)

Associated Press - Austin Bureau (Austin)

Morris News Service (Austin)

University of Texas - The Daily Texan (Austin)

Associated Press - Dallas Bureau (Dallas)

Bloomberg News - Dallas Bureau (Dallas)

Associated Press - El Paso Bureau (El Paso)

Associated Press - Fort Worth Bureau (Fort Worth)

Associated Press - Harlingen Bureau (Harlingen)

Associated Press - Houston Bureau (Houston)

Bloomberg News - Houston Bureau (Houston)

Dow Jones Bandwidth Intelligence Alert (Houston)

Reuters - Houston Bureau (Houston)

Scripps Howard News Service (Houston)

Associated Press - Lubbock Bureau (Lubbock)

Associated Press - San Antonio Bureau (San Antonio)

## Newspaper

Abilene Reporter-News (Abilene)

Allen American (Allen)

Alvarado Post (Alvarado)

Shoppers Gazette (Alvin)

Amarillo Globe-News (Amarillo)

The Amarillo College Ranger (Amarillo)

Andrews Count News Inc (Andrews)

Arlington Morning News - The Dallas Morning News (Arlington)

Athens Review (Athens)

Austin American-Statesman (Austin)

Austin Business Journal (Austin)

Austin Chronicle, The (Austin)

Corpus Christi Caller-Times - Austin Bureau (Austin)

Daily Texan, The (Austin)

The Catholic Spirit (Austin)

High Plains Reader (Bacliff)

Matagorda County Advocate (Bay City)

The Baytown Sun (Baytown)

Beaumont Business Journal (Beaumont)

Beaumont Enterprise (Beaumont)

The Examiner (Beaumont)

Big Spring Herald (Big Spring)

Borger News-Herald (Borger)

Brenham Banner Press (Brenham)

The Brownfield News (Brownfield)



Brownsville Herald (Brownsville)

Texas Southmost College (Brownsville)

Brownwood Bulletin (Brownwood)

Bryan Eagle/Bryan College (Bryan)

Kilgore News Herald (Bullard)

Clear Lake Citizen (Clear Lake)

Cleburne Times-Review (Cleburne)

Clute Brazosport Facts (Clute)

Facts, The (Clute)

Battalion (College Station)

Courier, The (Conroe)

The Copperas Cove Leader Press (Copperas Cove)

Business Journal of Corpus Christi (Corpus Christi)

Corpus Christi Caller-Times (Corpus Christi)

Corsicana Daily Sun (Corsicana)

Navarro County Times (Corsicana)

Houston County Courier (Crockett)

The Zavala County Sentinel (Crystal City)

Al Dia (Dallas)

Chicago Tribune - Dallas Bureau (Dallas)

Dallas Business Journal (Dallas)

Dallas Examiner, The (Dallas)

Dallas Morning News, The (Dallas)

El Lider USA (Dallas)

Oak Cliff Tribune (Dallas)

Quick (Dallas)

Richland College (Dallas)

Southern Methodist Univ. (Dallas)

Texas Triangle (Dallas)

The Dallas Observer (Dallas)

The Texas Herald (Dallas)

The United Methodist Reporter (Dallas)

Turtle Creek News (Dallas)

United Methodist Reporter (Dallas)

Wall Street Journal - Dallas Bureau, The (Dallas)

Del Rio News-Herald (Del Rio)

Denton Record-Chronicle (Denton)

North Texas State Univ - Daily Campus (Denton)

Cedar Hill Today (DeSoto)

DeSoto Today (DeSoto)

Duncanville Today (Duncanville)

El Diario De El Paso (El Paso)

El Paso Inc. (El Paso)

El Paso Times (El Paso)

Elgin Courier (Elgin)

Ennis Daily News (Ennis)

Farmersville Times (Farmersville)

Diario La Estrella (Fort Worth)

Fort Worth Business Press (Fort Worth)

Fort Worth Star-Telegram (Fort Worth)

Fort Worth Weekly (Fort Worth)

TCU Daily Skiff (Fort Worth)

Texas Christian University (Fort Worth)

The North Texas Catholic (Fort Worth)

African American Focus Newspapers (Fresno)

Gainesville Daily Register (Gainesville)

Galveston County Daily News (Galveston)

Garland Area Democratic Voice (Garland)

The Garland News (Garland)

Grand Prairie Times (Grand Prairie)

Greenville Herald-Banner (Greenville)

Groveton News (Groveton)

Harlingen Valley Morning Star (Harlingen)

Valley Morning Star (Harlingen)

Henderson Daily News (Henderson)

Hereford Brand (Hereford)

1960 Sun (Houston)

African News-Digest (Houston)

Business Pros Newspaper (Houston)

Copperfield Sun (Houston)

Daily Court Review (Houston)

El Gato Media Network (Houston)

Houston Business Journal (Houston)

Houston Chronicle (Houston)

Houston Latino Magazine (Houston)

Houston Press (Houston)

Little Saigon News (Houston)

Los Angeles Times - Houston Bureau (Houston)

New York Times - Houston Bureau, The (Houston)

Reuters - Houston Bureau (Houston)

The Egalitarian (Houston)

Wall Street Journal - Houston Bureau, The (Houston)

Huntsville Item (Huntsville)

The Collegian (Hurst)

The Irving Rambler (Irving)

Jack County Herald (Jacksboro)

Jacksonville Daily Progress (Jacksonville)

Jefferson Jimplecute (Jefferson)

The Jewett Messenger Inc. (Jewett)

Kerrville Daily Times (Kerrville)

Kilgore News Herald (Kilgore)

Killeen Daily Herald (Killeen)

South Texan (Kingsville)

The Lake Cities Sun (Lake Dallas)

Laredo Morning Times (Laredo)

Laredo Times (Laredo)

Resolute Media Group (Lewisville)

Longview News-Journal (Longview)

Lubbock Avalanche-Journal (Lubbock)

Texas Tech University-The Daily Toreador (Lubbock)

The Latino Weekly (Lubbock)

Lufkin News (Lufkin)

News Messenger (Marshall)

Monitor, The (McAllen)

The Business Times of the RGV (McAllen)

The Monitor (McAllen)

McKinney Courier-Gazette (McKinney)

McKinney Messenger (McKinney)

McKinney Today (McKinney)

Eastfield College (Et Cetera) (Mesquite)

The Et Cetera (Mesquite)

The Mesquite News (Mesquite)

Midland Reporter-Telegram (Midland)

The Midlothian Mirror (Midlothian)

Mineral Wells Index (Mineral Wells)

Mount Pleasant Daily Trib (Mount Pleasant)

Murphy Monitor (Murphy)

The Daily Sentinel (Nacogdoches)

Needville News (Needville)

New Braunfels Herald Zeitung (New Braunfels)

Odessa American (Odessa)

Orange Leader (Orange)

Palestine Herald-Press (Palestine)

Pampa News (Pampa)

Paris News (Paris)

Friendswood Journal (Pearland)

Pflugerville Pflag (Pflugerville)

Plainview Daily Herald (Plainview)

Inside Collin County Business (Plano)

Plano Star Courier (Plano)

Port Arthur News (Port Arthur)

The Lake Front (Portland)

Princeton Herald (Princeton)

Ellis County Chronicle (Red Oak)

Richardson Morning News (Richardson)

The Fort Bend Herald & Texas Coaster (Rosenberg)

Sachse News (Sachse)

San Angelo Standard Times (San Angelo)

La Prensa de San Antonio (San Antonio)

North San Antonio Times (San Antonio)

San Antonio Business Journal (San Antonio)

San Antonio Current (San Antonio)

San Antonio Express-News (San Antonio)

San Marcos Daily Record (San Marcos)

The Seguin Gazette-Enterprise (Seguin)

Seminole Sentinel (Seminole)

Herald Democrat, The (Sherman)


PR Newswire
A UBM plc company

Snyder Daily News (Snyder)

Area Wide Business & Commerce Journal (Stephenville)

Langdon Review of the Arts in Texas (Stephenville)

Stephenville Empire-Tribune (Stephenville)

Tarleton State University (Stephenville)

Sulphur Springs News-Telegram (Sulphur Springs)

Sweetwater Reporter (Sweetwater)

Temple Daily Telegram (Temple)

Texarkana Gazette (Texarkana)

The Tribune (Tomball)

Trinity Standard (Trinity)

Tyler Morning Telegraph (Tyler)

The Van Alstyne Leader (Van Alstyne)

Vernon Record (Vernon)

Victoria Advocate (Victoria)

Baylor Lariat (Waco)

Waco Tribune-Herald (Waco)

Waxahachie Daily Light (Waxahachie)

Weatherford Democrat (Weatherford)

Wichita Falls Times-Record-News (Wichita Falls)

Wilmer Public Citizen (Wilmer)

Wylie News (Wylie)

## Online

Abilene Reporter-News (Abilene)

Allen American (Allen)

Alvarado Post (Alvarado)

Shoppers Gazette (Alvin)

Amarillo Globe-News (Amarillo)

The Amarillo College Ranger (Amarillo)

Andrews Count News Inc (Andrews)

Arlington Morning News - The Dallas Morning News (Arlington)

Athens Review (Athens)

Austin American-Statesman (Austin)

Austin Business Journal (Austin)

Austin Chronicle, The (Austin)

Corpus Christi Caller-Times - Austin Bureau (Austin)

Daily Texan, The (Austin)

The Catholic Spirit (Austin)

High Plains Reader (Bacliff)

Matagorda County Advocate (Bay City)

The Baytown Sun (Baytown)

Beaumont Business Journal (Beaumont)

Beaumont Enterprise (Beaumont)

The Examiner (Beaumont)

Big Spring Herald (Big Spring)

Borger News-Herald (Borger)

Brenham Banner Press (Brenham)

The Brownfield News (Brownfield)

Brownsville Herald (Brownsville)

Texas Southmost College (Brownsville)

Brownwood Bulletin (Brownwood)

Bryan Eagle/Bryan College (Bryan)

Kilgore News Herald (Bullard)

Clear Lake Citizen (Clear Lake)

Cleburne Times-Review (Cleburne)

Clute Brazosport Facts (Clute)

Facts, The (Clute)

Battalion (College Station)

Courier, The (Conroe)

The Copperas Cove Leader Press (Copperas Cove)

Business Journal of Corpus Christi (Corpus Christi)

Corpus Christi Caller-Times (Corpus Christi)

Corsicana Daily Sun (Corsicana)

Navarro County Times (Corsicana)

Houston County Courier (Crockett)

The Zavala County Sentinel (Crystal City)

Al Dia (Dallas)

Chicago Tribune - Dallas Bureau (Dallas)

Dallas Business Journal (Dallas)

Dallas Examiner, The (Dallas)

Dallas Morning News, The (Dallas)

El Lider USA (Dallas)



PR Newswire
A UBM plc company

Oak Cliff Tribune (Dallas)

Quick (Dallas)

Richland College (Dallas)

Southern Methodist Univ. (Dallas)

Texas Triangle (Dallas)

The Dallas Observer (Dallas)

The Texas Herald (Dallas)

The United Methodist Reporter (Dallas)

Turtle Creek News (Dallas)

United Methodist Reporter (Dallas)

Wall Street Journal - Dallas Bureau, The (Dallas)

Del Rio News-Herald (Del Rio)

Denton Record-Chronicle (Denton)

North Texas State Univ - Daily Campus (Denton)

Cedar Hill Today (DeSoto)

DeSoto Today (DeSoto)

Duncanville Today (Duncanville)

El Diario De El Paso (El Paso)

El Paso Inc. (El Paso)

El Paso Times (El Paso)

Elgin Courier (Elgin)

Ennis Daily News (Ennis)

Farmersville Times (Farmersville)

Diario La Estrella (Fort Worth)

Fort Worth Business Press (Fort Worth)

Fort Worth Star-Telegram (Fort Worth)

Fort Worth Weekly (Fort Worth)

TCU Daily Skiff (Fort Worth)

Texas Christian University (Fort Worth)

The North Texas Catholic (Fort Worth)

African American Focus Newspapers (Fresno)

Gainesville Daily Register (Gainesville)

Galveston County Daily News (Galveston)

Garland Area Democratic Voice (Garland)

The Garland News (Garland)

Grand Prairie Times (Grand Prairie)

Greenville Herald-Banner (Greenville)

Groveton News (Groveton)

Harlingen Valley Morning Star (Harlingen)

Valley Morning Star (Harlingen)

Henderson Daily News (Henderson)

Hereford Brand (Hereford)

1960 Sun (Houston)

African News-Digest (Houston)

Business Pros Newspaper (Houston)

Copperfield Sun (Houston)

Daily Court Review (Houston)

El Gato Media Network (Houston)

Houston Business Journal (Houston)

Houston Chronicle (Houston)

Houston Latino Magazine (Houston)

Houston Press (Houston)

Little Saigon News (Houston)

Los Angeles Times - Houston Bureau (Houston)

New York Times - Houston Bureau, The (Houston)

Reuters - Houston Bureau (Houston)

The Egalitarian (Houston)

Wall Street Journal - Houston Bureau, The (Houston)

Huntsville Item (Huntsville)

The Collegian (Hurst)

The Irving Rambler (Irving)

Jack County Herald (Jacksboro)

Jacksonville Daily Progress (Jacksonville)

Jefferson Jimplecute (Jefferson)

The Jewett Messenger Inc. (Jewett)

Kerrville Daily Times (Kerrville)

Kilgore News Herald (Kilgore)

Killeen Daily Herald (Killeen)

South Texan (Kingsville)

The Lake Cities Sun (Lake Dallas)

Laredo Morning Times (Laredo)

Laredo Times (Laredo)

Resolute Media Group (Lewisville)

Longview News-Journal (Longview)



Lubbock Avalanche-Journal (Lubbock)

Texas Tech University-The Daily Toreador (Lubbock)

The Latino Weekly (Lubbock)

Lufkin News (Lufkin)

News Messenger (Marshall)

Monitor, The (McAllen)

The Business Times of the RGV (McAllen)

The Monitor (McAllen)

McKinney Courier-Gazette (McKinney)

McKinney Messenger (McKinney)

McKinney Today (McKinney)

Eastfield College (Et Cetera) (Mesquite)

The Et Cetera (Mesquite)

The Mesquite News (Mesquite)

Midland Reporter-Telegram (Midland)

The Midlothian Mirror (Midlothian)

Mineral Wells Index (Mineral Wells)

Mount Pleasant Daily Trib (Mount Pleasant)

Murphy Monitor (Murphy)

The Daily Sentinel (Nacogdoches)

Needville News (Needville)

New Braunfels Herald Zeitung (New Braunfels)

Odessa American (Odessa)

Orange Leader (Orange)

Palestine Herald-Press (Palestine)

Pampa News (Pampa)

Paris News (Paris)

Friendswood Journal (Pearland)

Pflugerville Pflag (Pflugerville)

Plainview Daily Herald (Plainview)

Inside Collin County Business (Plano)

Plano Star Courier (Plano)

Port Arthur News (Port Arthur)

The Lake Front (Portland)

Princeton Herald (Princeton)

Ellis County Chronicle (Red Oak)

Richardson Morning News (Richardson)

The Fort Bend Herald & Texas Coaster (Rosenberg)

Sachse News (Sachse)

San Angelo Standard Times (San Angelo)

La Prensa de San Antonio (San Antonio)

North San Antonio Times (San Antonio)

San Antonio Business Journal (San Antonio)

San Antonio Current (San Antonio)

San Antonio Express-News (San Antonio)

San Marcos Daily Record (San Marcos)

The Seguin Gazette-Enterprise (Seguin)

Seminole Sentinel (Seminole)

Herald Democrat, The (Sherman)

Snyder Daily News (Snyder)

Area Wide Business & Commerce Journal (Stephenville)

Langdon Review of the Arts in Texas (Stephenville)

Stephenville Empire-Tribune (Stephenville)

Tarleton State University (Stephenville)

Sulphur Springs News-Telegram (Sulphur Springs)

Sweetwater Reporter (Sweetwater)

Temple Daily Telegram (Temple)

Texarkana Gazette (Texarkana)

The Tribune (Tomball)

Trinity Standard (Trinity)

Tyler Morning Telegraph (Tyler)

The Van Alstyne Leader (Van Alstyne)

Vernon Record (Vernon)

Victoria Advocate (Victoria)

Baylor Lariat (Waco)

Waco Tribune-Herald (Waco)

Waxahachie Daily Light (Waxahachie)

Weatherford Democrat (Weatherford)

Wichita Falls Times-Record-News (Wichita Falls)

Wilmer Public Citizen (Wilmer)

Wylie News (Wylie)

**Radio**

KACU-FM (Abilene)



KACC-FM (Alvin)

KIXZ-AM (Amarillo)

KXGL-FM (Amarillo)

ABC Radio (Arlington)

KCBI-FM (Arlington)

KPYN-AM (Atlanta)

Earth & Sky (Austin)

KASE-FM (Austin)

KAZI-FM (Austin)

KLBJ-AM (Austin)

KMFA Radio, Texas State Radio Network (Austin)

KTXX-FM (Austin)

KUT Radio (Austin)

KUT-FM (Austin)

KVET-AM (Austin)

KVET-FM (Austin)

KWNX-AM (Austin)

Latino USA (Austin)

The Patrick Phillips Show (Austin)

KLVI-AM (Beaumont)

KBYG-AM (Big Spring)

WTAW-AM (College Station)

KETR-FM (Commerce)

KEDT-FM (Corpus Christi)

KKTX-AM (Corpus Christi)

KERA-FM (Dallas)

KLIF-AM (Dallas)

KPMZ-FM (Dallas)

KRLD-AM (Dallas)

Metro Networks - Dallas Bureau (Dallas)

Texas State Networks (Dallas)

USA Radio Network (Dallas)

WBAP-AM (Dallas)

KNTU-FM (Denton)

KELP-AM (El paso)

KHEY-FM (El Paso)

KPRR-FM (El Paso)

KTEP-FM (El Paso)

KTSM-AM (El Paso)

KTSM-FM (El Paso)

The Earth Train (Flower Mound)

KPFC-FM (Gainesville)

Ask Andrea (Garland)

Mother Earth News Radio (Garland)

KBHT-FM (Grapeland)

KPAN-AM (Hereford)

Clear Channel Radio (Houston)

KCOH-AM (Houston)

KGLK-FM (Houston)

KHPT-FM (Houston)

KHTC-FM (Houston)

KIKK-AM (Houston)

KKBQ-FM (Houston)

KNTH-AM (Houston)

KPFT-FM (Houston)

KROI-FM (Houston)

KTHT-FM (Houston)

KTRH-AM (Houston)

KTSU-FM (Houston)

KUHF-FM (Houston)

Metro Networks - Houston Bureau (Houston)

NPR's LATINO USA (Houston)

Nuevo Milenio Radio (Houston)

Yahoo! Sports Radio (Houston)

KSKY-AM (Irving)

KFMX-FM (Lubbock)

KFYO-AM (Lubbock)

KKAM-AM (Lubbock)

KKCL-FM (Lubbock)

KQBR-FM (Lubbock)

KTTZ-FM (Lubbock)

KZII-FM (Lubbock)

KJTV-AM (Lubbock)

KTTU-FM (Lubbock)



KURV-AM (McAllen)

KCRS-AM (Odessa)

KNET-AM (Palestine)

KYYK-FM (Palestine)

East Texas Radio (Paris)

KXDJ-FM (Perryton)

Sporting News Radio (Roanoke)

KBBT-FM (San Antonio)

KCOR-AM (San Antonio)

KCYY-FM (San Antonio)

KGSX-FM (San Antonio)

KKYX-AM (San Antonio)

KPWT-FM (San Antonio)

KROM-FM (San Antonio)

KSMG-FM (San Antonio)

KTFM-FM (San Antonio)

KTKR-AM (San Antonio)

KTSA-AM (San Antonio)

KXTN-FM (San Antonio)

WOAI-AM (San Antonio)

KWED-AM (Seguin)

UTN Channel 38.5 (Sugar Land)

KXOX-AM (Sweetwater)

KXOX-FM (Sweetwater)

KKTK-AM (Texarkana)

KTXK-FM (Texarkana)

KNUE-FM (Tyler)

KTBB-AM (Tyler)

## Television

KRBC-TV (Abilene)

KTAB-TV (Abilene)

KTXS-TV (Abilene)

KAMR-TV (Amarillo)

KFDA-TV (Amarillo)

KVII-TV (Amarillo)

KAKW-TV (Austin)

KEYE-TV (Austin)

KLRU-TV (Austin)

KTBC-TV (Austin)

KVUE-TV (Austin)

KXAN-TV (Austin)

Más TV Publicaciones LLC (Austin)

News 8 Austin (Austin)

KFDM-TV (Beaumont)

KBTX-TV (Bryan)

KORO-TV (Corpus Christi)

KRIS-TV (Corpus Christi)

KDAF-TV (Dallas)

KDFW-TV (Dallas)

KUVN-TV (Dallas)

KXTX-TV (Dallas)

SMU-TV (Dallas)

Texas Cable News - TXCN (Dallas)

TPC Studios (Dallas)

WFAA-TV (Dallas)

KKCO-TV (Denison)

KTEN-TV (Denison)

KDBC-TV (El Paso)

KFOX-TV (El paso)

KINT-TV (El Paso)

KTSM-TV (El Paso)

KVIA-TV (El Paso)

KTVT-TV (Fort Worth)

KXAS-TV (Fort Worth)

Barrington Broadcasting Group (Images pool) (Harlingen)

KGBT-TV (Harlingen)

Belo, Inc. (Houston)

KHOU-TV (Houston)

KIAH-TV (Houston)

KPRC-TV (Houston)

KRIV-TV (Houston)

KTMD-TV (Houston)

KTRK-TV (Houston)



KXLN-TV (Houston)

KGNS-TV (Laredo)

KLDO-TV (Laredo)

KCBD-TV (Lubbock)

KJTV-TV (Lubbock)

KLBK-TV (Lubbock)

KTRE-TV (Lufkin)

Entravision (McAllen)

KNVO-TV (McAllen)

McAllen Cable Network (McAllen)

KMID-TV (Midland)

KWES-TV (Midland)

KOSA-TV (Odessa)

Plano Television Network (Plano)

KACB-TV (San Angelo)

KSAN-TV (San Angelo)

KABB-TV (San Antonio)

KENS-TV (San Antonio)

KSAT-TV (San Antonio)

KVDA-TV (San Antonio)

KWEX-TV (San Antonio)

WOAI-TV (San Antonio)

KXII-TV (Sherman)

KRIV-TV (Spring)

KCEN-TV (Temple)

KTAL-TV (Texarkana)

KLTV-TV (Tyler)

KYTX-TV (Tyler)

KAVU-TV (Victoria)

KWKT-TV (Waco)

KWTX-TV (Waco)

KXXV-TV (Waco)

KRGV-TV (Weslaco)

KAUZ-TV (Wichita Falls)

KFDX-TV (Wichita Falls)

## UTAH

### Magazine

Utah Buildings (Orem)

Luxury Living Magazine (Park City)

Slug magazine (Salt Lake City)

### News Service

Associated Press - Salt Lake City Bureau (Salt Lake City)

### Newspaper

Cedar City Daily News (Cedar City)

The Herald Journal (Logan)

Standard-Examiner (Ogden)

The Signpost Weber State University (Ogden)

Daily Herald, The (Provo)

Daily Universe (Provo)

Deseret News (Salt Lake City)

Salt Lake City Weekly (Salt Lake City)

Salt Lake Tribune, The (Salt Lake City)

Utah Business Magazine (Salt Lake City)

Spectrum Daily News (St. George)

The Leader (Tromonton)

### Online

Jetson Green (Salt Lake City)

ksl.com (Salt Lake City)

The Daily Cartoonist (Sandy)

Etcetera (St. George)

St. George News (Washington)

UtahLug.org (West Jordan)

### Radio

Animal Radio Network (Kanab)

KBLQ-FM (Logan)

KUSU-FM (Logan)

KVNU-AM (Logan)


PR Newswire
A UBM plc company

KMTI-AM (Manti)

KCYN-FM (Moab)

KCPW-FM (Park City)

BYU Radio (Provo)

KBYU-FM (Provo)

KCPW-FM (Salt Lake City)

KEGA-AM (Salt Lake City)

KJMY-FM (Salt Lake City)

KKAT-AM (Salt Lake City)

KMJI-FM (Salt Lake City)

KNRS-AM (Salt Lake City)

KNRS-FM (Salt Lake City)

KODJ-FM (Salt Lake City)

KOSY-FM (Salt Lake City)

KRSP-FM (Salt Lake City)

KSL-AM (Salt Lake City)

KSOP-AM (Salt Lake City)

KSOP-FM (Salt Lake City)

KUER-FM (Salt Lake City)

KXRV-FM (Salt Lake City)

KZHT-FM (Salt Lake City)

KDXU-AM (St. George)

## Television

KUTV-TV (Layton)

KJZZ-TV (Salt Lake City)

KSL-TV (Salt Lake City)

KSTU-TV (Salt Lake City)

KTVX-TV (Salt Lake City)

KUTV-TV (Salt Lake City)

Salt TV Network (Salt Lake City)

Starfish Television Network (Salt Lake City)

KCSG Television (St. George)

<div style="background:gray">VERMONT</div>

## Magazine

Eating Well Magazine (Charlotte)

## News Service

Associated Press - Montpelier Bureau (Montpelier)

## Newspaper

Barre Times Argus (Barre)

Times Argus (Barre/Montpelier)

Bennington Banner (Bennington)

Rutland Herald - Bennington Bureau (Bennington)

Brattleboro Reformer (Brattleboro)

Burlington Free Press (Burlington)

The Defender (Colchester)

The Critic (Lyndonville)

Manchester Journal (Manchester Center)

Newport Daily Express (Newport)

Champlain Business Journal (Rutland)

Rutland Business Journal (Rutland)

Rutland Herald (Rutland)

St. Albans Messenger (St. Albans)

St. Johnsbury Caledonian-Record (St. Johnsbury)

Stowe Reporter (Stowe)

Deerfield Valley News (West Dover)

Vermont Guardian (Winooski)

## Online

The Carpetbagger Report (Essex Junction)

## Radio

WBTN-AM (Bennington)

WTSA-FM (Brattleboro)

WBTN-FM (Colchester)

WRVT-FM (Colchester)

WVPA-FM (Colchester)

WVPR-FM (Colchester)



WVPS-FM (Colchester)

WGMT-FM (Lyndonville)

WRMC-FM (Middlebury)

WNCS-FM (Montpelier)

WLVB-FM (Morrisville)

WJJR-FM (Rutland)

WSYB-AM (Rutland)

WZRT-FM (Rutland)

WKXH-FM (St. Johnsbury)

WSTJ-AM (St. Johnsbury)

WCVT-FM (Waterbury)

WDEV-FM (Waterbury)

## Television

Sante Magazine (Bennington)

WCAX-TV (Burlington)

WFFF-TV (Colchester)

Greater Northshore Access TV (Manchester Center)

## VIRGINIA

## Magazine

AH! Cultural Recovery Magazine (Alexandria)

American School Board Journal (Alexandria)

Common Ground Magazine (Alexandria)

Drug & Biologic Guidance Watch (Alexandria)

Journal of Government Financial Management (Alexandria)

Professional Pilot (Alexandria)

Inside CMS (Arlington)

Mobility (Arlington)

On Tap Magazine (Arlington)

Albemarle Magazine (Charlottesville)

Community College Week (Fairfax)

Boomer Life Magazine (Midlothian)

Seniors Guide (Midlothian)

Inside Business (Norfolk)

Norfolk Visitors Guide (Norfolk)

PETA's Animal Times (Norfolk)

Towing & Recovery Footnotes (Norfolk)

Virginia Maritimer (Norfolk)

AFE Facilities Engineering Journal (Reston)

Virginia Nurses Today (Richmond)

Specialized Information Publishers Association (Vienna)

## News Service

Comtex (Alexandria)

Qatar News Agency (Alexandria)

Knowledge Systems (Chantilly)

Washington and Lee University (Lexington)

Gannett News Service (McLean)

Associated Press - Norfolk Bureau (Norfolk)

Associated Press - Richmond Bureau (Richmond)

Associated Press - Roanoke Bureau (Roanoke)

Associated Press - Springfield, Virginia Bureau (Springfield)

## Newspaper

Alexandria Journal (VA) (Alexandria)

Capitol Publications (Alexandria)

Journal Newspapers (Alexandria)

Northern Virginia Journal, The (Alexandria)

Washington Post - Alexandria Bureau, The (Alexandria)

Capitol Leader (Politico) (Arlington)

USA Today (Arlington)

Washington Business Journal (Arlington)

Washington Post Express (Arlington)

Bristol Herald Courier (Bristol)

Albermarle Tribune (Charlottesville)

Cavalier Daily (Charlottesville)

Daily Progress,The (Charlottesville)

Chesterfield Observer (Chesterfield)

Virginian Review (Covington)

Culpeper Star Exponent (Culpeper)

Danville Register & Bee (Danville)

Washington Post - Fairfax Bureau, The (Fairfax)

Falls Church News-Press (Falls Church)

Veterans Vision (Falls Church)

The Iron Blade (Ferrum)

Free Lance-Star, The (Fredericksburg)

Warren County Report Newspaper (Front Royal)

Daily News-Record (Harrisonburg)

Times Community Newspapers (Herndon)

DataTrends Publications (Leesburg)

Washington Post - Loudoun County Bureau, The (Leesburg)

Loudoun Times-Mirror (Loudon County)

News & Advance (Lynchburg)

Washington Post - Manassas Bureau, The (Manassas)

Woodbridge News & Messenger (Manassas)

Martinsville Bulletin (Martinsville)

DC Examiner (McLean)

Herndon Connection (McLean)

USA Today Sports Weekly (McLean)

USA Weekend (McLean)

White House Bulletin (McLean)

Daily Press (Newport News)

Norfolk Virginian Pilot (Norfolk)

Spartan Echo (Norfolk)

The Spartan Echo (Norfolk)

Virginia Business Observer (Norfolk)

Petersburg Progress-Index (Petersburg)

Southwest Times, The (Pulaski)

The Pulaski County Patriot (Pulaski)

Springfield Times-Courier (Reston)

Media General Inc. (Richmond)

Richmond Free Press (Richmond)

Richmond Times-Dispatch (Richmond)

The Heart and Soul of the City Newspaper (Richmond)

Virginia Commonwealth Univ-Cmnwlth Times (Richmond)

Washington Post - Richmond Bureau, The (Richmond)

Blue Ridge Business Journal (Roanoke)

Roanoke Times, The (Roanoke)

Smithfield Times, The (Smithfield)

Springfield Army Times (Springfield)

Washington Examiner (Springfield)

Staunton News Leader (Staunton)

Northern Virginia Daily (Strasburg)

Strasburg Northern Virginia Daily (Strasburg)

Tidewater Hispanic News (Virginia Beach)

The Piedmont Virginian (Warrenton)

Washington Post - Fauquier Bureau, The (Warrenton)

Waynesboro News-Virginian (Waynesboro)

Winchester Star (Winchester)

Potomac News (Woodbridge)

## Online

Cybercast News Service (Alexandria)

Pam's House Blend (Alexandria)

ExecutiveMosaic (Annandale)

Project Breakout (Annandale)

Inside The Navy (Arlington)

Oneplace LLC (Arlington)

WashingtonPost.com (Arlington)

Scraps of My Geek Life (Chantilly)

Center for Politics (Charlottesville)

Newsvine (Christiansburg)

Digitizd (Daleville)

AOL GameDaily.com (Dulles)

American String Teacher (Fairfax)

Fred2Blue Blog (Fredericksburg)

Everyday Citizen (Herndon)

IPWatchdog.com (Leesburg)

Laughing Lindsay Blog (Rural Retreat)

America Online (Vienna)

Comments From Left Field Blog (Virginia Beach)



## Radio

WESR-FM (Accomac)

NRANews (Alexandria)

Salem Radio Network (Arlington)

WETA-FM (Arlington)

WFHG-FM (Bristol)

WXBQ-FM (Bristol)

WFOS-FM (Chesapeake)

WAKG-FM (Danville)

WBTM-AM (Danville)

WFLO-AM (Farmville)

WFLO-FM (Farmville)

WFLS-FM (Fredericksburg)

WGRQ-FM (Fredericksburg)

WWUZ-FM (Fredericksburg)

WYSK-AM (Fredericksburg)

WFVA-AM (Fredricksburg)

WZRV-FM (Front Royal)

WTJZ-AM (Hampton)

WACL-FM (Harrisonburg)

WAZR-FM (Harrisonburg)

WKCI-AM (Harrisonburg)

WKCY-AM (Harrisonburg)

WKCY-FM (Harrisonburg)

WKDW-AM (Harrisonburg)

WSVA-AM (Harrisonburg)

WSVO-FM (Harrisonburg)

WKWI-FM (Kilmarnock)

WLNI-FM (Lynchburg)

WWMC-FM (Lynchburg)

WHRO-FM (Norfolk)

WNIS-AM (Norfolk)

WOWI-FM (Norfolk)

WFNR-AM (Radford)

Virginia News Network - WRVA-AM (Richmond)

WCVE-FM (Richmond)

WHTI-FM (Richmond)

WKHK-FM (Richmond)

WKLR-FM (Richmond)

WMXB-FM (Richmond)

WRVA-AM (Richmond)

WRVQ-FM (Richmond)

WURV-FM (Richmond)

WXGI-AM (Richmond)

WFIR-AM (Roanoke)

WSLC-FM (Roanoke)

WSLQ-FM (Roanoke)

WVBE-AM (Roanoke)

WVBE-FM (Roanoke)

WVTF (Roanoke)

WXLK-FM (Roanoke)

WYTI-AM (Rocky Mount)

WHEO-AM (Stuart)

WRAR-FM (Tappahannock)

Christian Broadcasting Network (Virginia Beach)

WGH-FM (Virginia Beach)

WVBW-FM (Virginia Beach)

WXTG-FM (Virginia Beach)

WNNT-FM (Warsaw)

WINC-AM (Winchester)

WINC-FM (Winchester)

WWRE-FM (Winchester)

WWRT-FM (Winchester)

WYVE-AM/WXBX-FM (Wytheville)

## Television

News Hour With Jim Lehrer (Arlington)

NewsChannel 8 (Arlington)

Reuters Television - Arlington Bureau (Arlington)

WJLA-TV (Arlington)

WCYB-TV (Bristol)

WVIR-TV (Charlottesville)

WTKR-TV (Hampton Roads)

WHSV-TV (Harrisonburg)



PR Newswire
A UBM plc company

Windmill Broadcasting (Irvington)

WSET-TV (Lynchburg)

WTKR-TV (Norfolk)

WVEC-TV (Norfolk)

WAVY-TV (Portsmouth)

WGNT-TV (Portsmouth)

WVBT-TV (Portsmouth)

WRIC-TV (Richmond)

WTVR-TV (Richmond)

WWBT-TV (Richmond)

WDBJ-TV (Roanoke)

WSLS-TV (Roanoke)

WAVY-TV (Virginia Beach)

## WASHINGTON

### Magazine

Executive Media Corp. (Ellensburg)

Military & Aerospace Electronics (Liberty Lake)

425 Magazine (Seattle)

BusinessWeek - Seattle Bureau (Seattle)

City Arts (Seattle)

DList Magazine (Seattle)

Lifelong AIDS Alliance (Seattle)

Seattle Magazine (Seattle)

BUILDERnews magazine (Vancouver)

CoffeeTalk and the Daily Dose (Vashon)

### News Service

Associated Press - Olympia Bureau (Olympia)

Gannett News Service - Olympia Bureau (Olympia)

Washington State University (Pullman)

Associated Press - Seattle Bureau (Seattle)

Bloomberg News - Seattle Bureau (Seattle)

Reuters - Seattle Bureau (Seattle)

Associated Press - Spokane Bureau (Spokane)

Associated Press - Yakima Bureau (Yakima)

### Newspaper

Daily World, The (Aberdeen)

Eastside Journal (Bellevue)

Bellingham Business Journal (Bellingham)

Bellingham Herald (Bellingham)

Kitsap Sun (Bremerton)

Sun, The (Bremerton)

Federal Way News (Burien)

Camas-Washougal Post-Record (Camas)

The Centralia Chronicle (Centralia)

The Chronicle (Centralia)

Cody Enterprise (Cody)

Empire Press (East Wenatchee)

Daily Record (Ellensburg)

Everett Herald (Everett)

Federal Way Mirror (Federal Way)

Forks Forum (Forks)

The Peninsula Gateway (Gig Harbor)

Issaquah Press (Issaquah)

Newcastle News (Issaquah)

Sammamish Review (Issaquah)

Tu Decides/You Decide (Kennewick)

Sea Latino (Kent)

GalTime (Kirkland)

La Conner Weekly News (La Conner)

Chinook Observer (Long Beach)

The Daily News (Longview)

North Seattle Journal (Lynnwood)

The Enterprise (Lynwood)

Mercer Island Reporter (Mercer Island)

Monroe Monitor/Valley News (Monroe)

East County Journal (Morton)

Columbia Basin Herald (Moses Lake)

Mount Vernon Skagit Valley Herald (Mount Vernon)

Olympian, The (Olympia)

Omak Chronicle (Omak)

Tri-City Herald (Pasco)



Port Angeles Peninsula Daily News (Port Angeles)

Kitsap Peninsula Business Journal (Port Orchard)

Puyallup Herald (Puyallup)

Willapa Harbor Herald (Raymond)

The Business Report (Renton)

Ritzville Adams County Journal (Ritzville)

South County Sun (Royal City)

Los Angeles Times - Seattle Bureau (Seattle)

New York Times - Seattle Bureau, The (Seattle)

Puget Sound Business Journal (Seattle)

Seattle Business Monthly (Seattle)

Seattle Daily Journal of Commerce (Seattle)

Seattle Post-Intelligencer (Seattle)

Seattle Times (Seattle)

The Spectator (Seattle)

Washington CEO (Seattle)

Sequim Gazette (Sequim)

The Kitsap Navy News (Silverdale)

Skagit Valley Herald (Skagit)

Northwest Pacific Inlander (Spokane)

Spokane Journal of Business (Spokane)

Spokesman-Review, The (Spokane)

Business Examiner, The (Tacoma)

News Tribune (Tacoma)

Columbian, The (Vancouver)

Vancouver Business Journal (Vancouver)

Walla Walla Union-Bulletin (Walla Walla)

Wenatchee Business Journal (Wenatchee)

Wenatchee World (Wenatchee)

Yakima Herald-Republic (Yakima)

## Online

Group News Blog (Bellevue)

MaeGal (Carlsborg)

Eat All About It (Edmonds)

http://jsbowling.blogspot.com/ (Issaquah)

WatchMoviesOn (Maple Valley)

Central87.com (Olympia)

GoodTherapy.org (Olympia)

Katie Reviews (Otis Orchards)

CityRoom.com (Port Townsend)

MSNBC Interactive (Redmond)

ManTestedRecipes.com (Seattle)

Crosscut.com (Seattle)

EarthTechling (Seattle)

Greater Seattle On The Cheap (Seattle)

LostRemote.com (Seattle)

My Crew Magazine (Seattle)

Seattle Spin (Seattle)

StockWiz.com (Seattle)

TechFlash (Seattle)

Wetpaint (Seattle)

FreshAirTimes.com (Spanaway)

Flt News (Spokane)

Our Funny Little Family (Spokane)

NetNewsPublisher.com (Vancouver)

The News Portal (Vancouver)

The PageMeld Blog (Vashon)

## Radio

KBKW-AM (Aberdeen)

KXRO-AM (Aberdeen)

Fuzion Mobile (Arlington)

KRWM-FM (Bellevue)

KISM-FM (Bellingham)

KUGS-FM (Bellingham)

KITI-AM (Centralia)

KITI-FM (Centralia)

KMNT-FM (Centralia)

KRXY-FM (Centralia)

KOZI-AM (Chelan)

KOZI-FM (Chelan)

KCGL-FM (Cody)

KODI-AM (Cody)

PR Newswire
A UBM plc company

KTAG-FM (Cody)

KZMQ-AM (Cody)

KEEH-FM (College Place)

KGTS-FM (College Place)

KPLL-LP (College Place)

KPLW-FM (College Place)

KYPL-FM (College Place)

KCRK-FM (Colville)

KCVL-AM (Colville)

KXLE-AM (Ellensburg)

KXLE-FM (Ellensburg)

KULE-FM (Ephrata)

KRKO Radio (Everett)

KVAS-FM (Ilwata)

KLOG-AM (Kelso)

KUKN-FM (Kelso)

KKSR-FM (Kennewick)

KONA-AM/FM (Kennewick)

KOHO-FM (Leavenworth)

KFMY-FM (Olympia)

KONA-AM (Pasco)

KONP-AM (Port Angeles)

KRFA-FM (Pullman)

KBCS-FM (Seattle)

KBKS-FM (Seattle)

KCIS-AM (Seattle)

KEXP-FM (Seattle)

KGNW-AM (Seattle)

KIRO-AM (Seattle)

KIRO-FM (Seattle)

KKOL (Seattle)

KKOL-AM (Seattle)

KLFE-AM (Seattle)

KMPS-FM (Seattle)

KNHC-FM (Seattle)

KOMO-AM (Seattle)

KPLU-FM (Seattle)

KPLZ-FM (Seattle)

KPTK-AM (Seattle)

KQBZ-FM (Seattle)

KUOW-FM (Seattle)

KVI-AM (Seattle)

KWJZ-FM (Seattle)

KZOK-FM (Seattle)

Metro Networks - Seattle Bureau (Seattle)

KMAS-AM (Shelton)

KCDA-FM (Spokane)

KGA-AM (Spokane)

KIXZ-FM (Spokane)

KKZX-FM (Spokane)

KPBX-FM (Spokane)

KQNT-AM (Spokane)

KXLY-AM (Spokane)

i91now (Tacoma)

KYYT-FM (The Dalles)

KYNR-AM (Toppenish)

KCSY-FM (Twisp)

Business Talk Radio (Wenatchee)

KKRT-AM (Wenatchee)

KKRV-FM (Wenatchee)

KPQ-AM (Wenatchee)

KBBO-AM (Yakima)

KIT-AM (Yakima)

## Television

KIDQ-TV (Clarkston)

Blue Mountain Television (College Place)

Blue Mountain TV (College Place)

iFIBER One News (Ephrata)

KNDU-TV (Kennewick)

KVEW-TV (Kennewick)

KEPR-TV (Pasco)

MSNBC (Redmond)

KCPQ-TV (Seattle)



KING 5 NEWS-Belo Corp (Seattle)

KING-TV (Seattle)

KIRO-TV (Seattle)

KOMO-TV (Seattle)

KONG-TV (Seattle)

KREM-TV (Seattle)

Northwest Cable News (Seattle)

Seattle Channel (Seattle)

KAYU-TV (Spokane)

KHQ-TV (Spokane)

KREM-TV (Spokane)

KXLY-TV (Spokane)

Digital News Resources (Vancouver)

KAPP-TV (Yakima)

KEPR - TV (Yakima)

KIMA-TV (Yakima)

KLEW-TV (Yakima)

KNDO-TV (Yakima)

## WEST VIRGINIA

### Magazine

West Virginia School Journal (Charleston)

West Virginia Executive (Cross Lanes)

Quick Printing (South Charleston)

### News Service

Associated Press - Charleston, West Virginia Bureau (Charleston)

Associated Press - Huntington Bureau (Huntington)

Associated Press - Morgantown Bureau (Morgantown)

### Newspaper

Beckley Register-Herald (Beckley)

Bluefield Daily Telegraph (Bluefield)

Record Delta (Buckhannon)

Standard (Cabell)

Charleston Daily Mail (Charleston)

Charleston Gazette, The (Charleston)

The State Journal (Charleston)

Clarksburg-Exponent Telegram (Clarksburg)

West Virginia Standard (Culloden)

Elkins The Inter-Mountain (Elkins)

Fairmont Times West Virginian (Fairmont)

Mountain Statesman (Grafton)

Herald-Dispatch, The (Huntington)

Huntington Quarterly (Huntington)

Keyser Mineral Daily News Tribune (Keyser)

Logan Banner (Logan)

Martinsburg Journal (Martinsburg)

The Journal (Martinsburg)

Daily Athenaeum (Morgantown)

Dominion Post, The (Morgantown)

The Daily Athenaeum (Morgantown)

Moundsville Echo (Moundsville)

News Sentinel (Parkersburg)

Point Pleasant Register (Point Pleasant)

The Wayne County News (Wayne)

The Weirton Daily Times (Weirton)

Weston Democrat (Weston)

Wheeling News-Register (Wheeling)

Williamson Daily News (Williamson)

### Online

American Public Media / Patchworknation.org (Charleston)

### Radio

WWNR-AM (Beckley)

West Virginia Public Radio (Charleston)

WQBE-FM (Charleston)

WVPN-FM (Charleston)

WVSR-FM (Charleston)

WVTS-AM (Charleston)

WFGH-FM (Fort gay)

PR Newswire
A UBM plc company

WAMX-FM (Huntington)

WIRO-AM (Huntington)

WKEE-FM (Huntington)

WMUL-FM (Huntington)

WTCR-FM (Huntington)

WVHU-AM (Huntington)

WVOW-AM (Logan)

WRNR-AM (Martinsburg)

WCLG-AM (Morgantown)

WWVU-FM (Morgantown)

WRON-AM (Ronceverte)

WRON-FM (Ronceverte)

WLTP-AM (Vienna)

WNUS-FM (Vienna)

WRVB-FM (Vienna)

WRZZ-FM (Vienna)

WEIR-AM (Weirton)

WWVA-AM (Wheeling)

## Television

WVVA-TV (Bluefield)

WDTV-TV (Bridgeport)

WCHS-TV (Charleston)

WSAZ-TV (Charleston)

WBOY-TV (Clarksburg)

WVNS-TV (Ghent)

WOWK-TV (Huntington)

WOAY-TV (Oak Hill)

WTAP-TV (Parkersburg)

WTRF-TV (Wheeling)

## WISCONSIN

## Magazine

Cross Country Skier (Cable)

Senior Wire news service (Hartland)

Goldmine magazine (Iola)

Random Publishing, Inc. (Kenosha)

Reviewboard Magazine (Kenosha)

Daily Cardinal, The (Madison)

In Business Magazine (Madison)

TravelLady Magazine (Madison)

MKE (Milwaukee)

Birder's World (Waukesha)

## News Service

Tribune Media Services - Glendale Bureau (Glendale)

Associated Press - Madison Bureau (Madison)

iNews LLC (Madison)

Associated Press - Milwaukee Bureau (Milwaukee)

Marquette University (Milwaukee)

Associated Press - Wausau Bureau (Wausau)

## Newspaper

Antigo Daily Journal (Antigo)

Appleton Post Crescent (Appleton)

The Daily Press (Ashland)

Baraboo News-Republic (Baraboo)

Beloit Daily News (Beloit)

Blair Press (Blair)

Chippewa Herald (Chippewa Falls)

National Catholic Register (Cudahy)

The Dodgeville Chronicle (Dodgeville)

Eau Claire Press Co. (Eau Claire)

Leader-Telegram (Eau Claire)

Reporter, The (Fond du Lac)

Fort Atkinson Jefferson County Union (Fort Atkinson)

Inter County Leader (Frederic)

Green Bay Press-Gazette (Green Bay)

News-Chronicle (Green Bay)

Janesville Gazette (Janesville)

Kenosha News (Kenosha)

La Crosse Tribune (La Crosse)

PR Newswire
A UBM plc company

Capital Times , The (Madison)

La Comunidad News (Madison)

University of Wisconsin (Madison)

Wisconsin State Journal (Madison)

Herald Times Reporter (Manitowoc)

Marinette Eagle Herald (Marinette)

Marshfield News-Herald, The (Marshfield)

BizTimes Media (Milwaukee)

Business Journal, The (Milwaukee)

Marquette Tribune (Milwaukee)

Milwaukee Community Journal (Milwaukee)

Milwaukee Daily Reporter (Milwaukee)

Milwaukee Journal Sentinel (Milwaukee)

Small Business Times (Milwaukee)

The Business Journal Serving Greater Milwaukee (Milwaukee)

University of Wisconsin (Milwaukee)

Monroe Times (Monroe)

Oshkosh Northwestern (Oshkosh)

Ozaukee Press (Port Washington)

Portage Daily Register (Portage)

Racine Journal Times (Racine)

Rhinelander Daily News (Rhinelander)

The Northwoods River News (Rhinelander)

Shawno Leader (Shawano)

Sheboygan Press, The (Sheboygan)

Portage County Gazette (Stevens Point)

Stevens Point Journal (Stevens Point)

Door County Advocate (Sturgeon Bay)

Superior Daily Telegram (Superior)

Bayfield County Journal (Washburn)

The Ashland Current (Washburn)

Waukesha Freeman (Waukesha)

Wausau Daily Herald (Wausau)

Wausau Daily News (Wausau)

West Bend Daily News (West Bend)

Daily Tribune (Wisconsin Rapids)

Gannett Central Wisconsin (Wisconsin Rapids)

Wisconsin Rapids Daily Tribune (Wisconsin Rapids)

## Online

Inside Eau Claire (Eau Claire)

wisbusiness.com (Madison)

Savin' Green Mom Blog - (Oneida)

Pursuitist (Stoughton)

www.beachmaniac.com (Sun Prairie)

GlobalGeneratorSets.com (Waukesha)

The Bloor Group (Waukesha)

## Radio

WACD/FM (Antigo)

WAPL-FM (Appleton)

WECB-FM (Appleton)

WHBY-FM (Appleton)

WSCO-AM (Appleton)

WCFW-FM (Chippewa Falls)

WFDL-AM (Fond Du Lac)

WFDL-FM (Fond Du Lac)

WFAW-AM (Fort Atkinson)

WSJY-FM (Fort Atkinson)

WTKM-FM (Hartford)

WRLS-FM (Hayward)

WGTD-FM (Kenosha)

WIZM-AM (La Crosse)

WIZM-FM (La Crosse)

WKTY-AM (La Crosse)

WRQT-FM (La Crosse)

Board of Regents Unv. Of Wisconsin (Madison)

WIBA-AM (Madison)

WIBA-FM (Madison)

Wisconsin Public Radio (Madison)

WJJO-FM (Madison)

WMAD-FM (Madison)

WMGN-FM (Madison)

WNWC-AM (Madison)

WNWC-FM (Madison)

PR Newswire
A UBM plc company

WTDY-AM (Madison)

WTSO-AM (Madison)

WXXM-FM (Madison)

WZEE-FM (Madison)

WOMT-AM (Manitowoc)

WLST-FM (Marinette)

WRJC-AM (Mauston)

WMDC-FM (Mayville)

WKEB-FM (Medford)

WTMJ-AM (Menomonee Falls)

WISN-AM (Milwaukee)

WKKV-FM (Milwaukee)

WMIL-FM (Milwaukee)

WOKY-AM (Milwaukee)

WQBW-FM (Milwaukee)

WRIT-FM (Milwaukee)

WTMJ-AM (Milwaukee)

WUWM-FM (Milwaukee)

WOSH-AM (Oshkosh)

WSUP-FM (Platteville)

WQPC-FM (Prairiedu chien)

WJMC-AM (Rice Lake)

WJMC-FM (Rice Lake)

WRCO-FM (Richland Ctr)

WRPN-FM (Ripon)

WWSP-FM (Stevens Point)

WRVM-FM (Suring)

WJJQ-FM (Tomahawk)

WVRQ-AM (Viroqua)

WDUX-FM (Waupaca)

Midwest Radio Group (Wausau)

### Television

WEAU-TV (Eau Claire)

WQOW-TV (Eau Claire)

WBAY-TV (Green Bay)

WFRV-TV (Green Bay)

WGBA-TV (Green Bay)

WLUK-TV (Green Bay)

WKBT-TV (La Crosse)

WXOW-TV (La Crosse)

WISC-TV (Madison)

WKOW-TV (Madison)

WMTV-TV (Madison)

Milwaukee Public Television (Milwaukee)

WDJT-TV (Milwaukee)

WISN-TV (Milwaukee)

WITI-TV (Milwaukee)

WTMJ-TV (Milwaukee)

WJFW-TV (Rhinelander)

WAOW-TV (Wausau)

WSAW-TV (Wausau)

## WYOMING

### News Service

Associated Press - Cheyenne Bureau (Cheyenne)

Branding Iron (Laramie)

### Newspaper

Star Valley Independent (Afton)

Casper Star Tribune (Casper)

Cheyenne Eagle (Cheyenne)

Wyoming Business Report, The (Cheyenne)

Wyoming Eagle-Tribune (Cheyenne)

Cody Enterprise (Cody)

The Glenrock Bird (Douglas)

Gillette News Record (Gillette)

Jackson Hole News & Guide (Jackson)

Lander Journal (Lander)

Laramie Daily Boomerang (Laramie)

News Letter Journal (Newcastle)

Powell Tribune (Powell)

Rawlins Daily Times (Rawlins)



PR Newswire
A UBM plc company

Riverton Ranger (Riverton)

Rock Springs Rocket Miner (Rock Springs)

The Veterans' Voice (Rock Springs)

Sheridan Press (Sheridan)

Worland N. Wyoming News (Worland)

## Online

Cowboy State Free Press (Cheyenne)

Love, Juliebug (Cheyenne)

## Radio

KUWA-FM (Afton)

KBUW-FM (Buffalo)

KKTL-AM (Casper)

KMGW-FM (Casper)

KRNK-FM (Casper)

KRVK-FM (Casper)

KTRS-FM (Casper)

KTWO-AM (Casper)

KUWC-FM (Casper)

KUYO-AM (Casper)

KWYY-FM (Casper)

KFBC-AM (Cheyenne)

KGAB-AM (Cheyenne)

KIGN-FM (Cheyenne)

KIMB-AM (Cheyenne)

KLEN-FM (Cheyenne)

KCGL-FM (Cody)

KODI-AM (Cody)

KTAG-FM (Cody)

KUWP-FM (Cody)

KZMQ-AM (Cody)

KZMQ-FM (Cody)

KDUW-FM (Douglas)

KKTY-AM (Douglas)

KKTY-AM (Douglas)

KAML-FM (Gillette)

KCOV-LP (FM) (Gillette)

KGWY-FM (Gillette)

KIML-AM (Gillette)

KUWG-FM (Gillette)

KYPR-FM (Gillette)

KUGR-AM (Green River)

KUWZ-FM (Green River)

KUWJ-FM (Jackson)

KDLY-FM (Lander)

KOVE-AM (Lander)

KCGY-FM (Laramie)

KOWB-AM (Laramie)

KUWR-FM (Laramie)

KUWN-FM (Newcastle)

KUXW-FM (Pinedale)

KNWT-FM (Powell)

KCWC-FM (Riverton)

KTAK-FM (Riverton)

KVOW-AM (Riverton)

KQSW-FM (Rock Springs)

KRKK-AM (Rock Springs)

KROE-AM (Sheridan)

KSUW-FM (Sheridan)

KWYO-AM (Sheridan)

KYTI-FM (Sheridan)

KZWY-FM (Sheridan)

KBFS-AM/KYDT-FM (Sundance)

KUWD-FM (Sundance)

KUWT-FM (Thermopolis)

## Television

KGWC-TV (Casper)

KTWO-TV (Casper)

KGWN-TV (Cheyenne)

KCWY-TV (Mills)