# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT L

ENGAGE OPPORTUNITY *EVERYWHERE*



# National Hispanic Newsline – General

Distribution to Hispanic media including national and regional newspapers, magazines, blogs, radio and TV stations in the U.S.

In addition, the circuit features the following complimentary added-value services:

- Posting to Hispanic media websites and portals,  with complimentary ReleaseWatch Report
- Posted and archived on the PR Newswire for Journalists website and HispanicPRWire.com
- One free Hispanic trade list is included with this distribution.  Ask your PR Newswire representative for a list of available categories.

919 points

| Media Type | Media Name |
|------------|------------|
| Blog | 809RD La Revista! |
| Blog | Acontecer Latino |
| Blog | Actualidad Hispana |
| Blog | Alabama en Español |
| Blog | Alaska en Español |
| Blog | Arizona en Español News |
| Blog | Arkansas en Español News |
| Blog | Avance Hispano |
| Blog | Ayuda Total |
| Blog | Bronx Latino |
| Blog | Buzzfeed |
| Blog | Café Fuerte |
| Blog | California en Español News |
| Blog | Carnetec |
| Blog | Colorado en Español |
| Blog | Comenzando el Día |
| Blog | Con Alma y Corazón |
| Blog | Conneticut en Español |
| Blog | Cynthia Turner's Cynopsis |
| Blog | De Mercadeo y Negocios |
| Blog | Delaware en Español |
| Blog | Diocesan NewsLetter |
| Blog | Dos Lives |
| Blog | Eco Informativo |
| Blog | El Arsenal |
| Blog | Emerging Infectious Diseases Journal |
| Blog | Empowering Latinas |
| Blog | Emprendedores News |

© PR Newswire Association LLC. All rights reserved.



| Blog | ERC Productions |
|---|---|
| Blog | Excelsio |
| Blog | Fama & Fortuna |
| Blog | Fama y Fortuna |
| Blog | Florida en Español News |
| Blog | Foro Noticioso |
| Blog | GalaTView |
| Blog | GenteVision |
| Blog | Georgia en Español News |
| Blog | Global Media Federation |
| Blog | h I s PANIC |
| Blog | Hawaii en Español News |
| Blog | Hispanic Albilene |
| Blog | Hispanic Engineer & Information Technology |
| Blog | Hispanic MPR |
| Blog | Hispanic News Agency |
| Blog | HispanicAd |
| Blog | Hispanically Speaking News |
| Blog | Hispanos En Miami |
| Blog | Hola Woodlands |
| Blog | HoyDallas |
| Blog | Huffington Post Latino Voices |
| Blog | Idaho en Español |
| Blog | Illinois en Español News |
| Blog | Indiana en Español |
| Blog | Iowa en Español |
| Blog | Kansas en Español |
| Blog | KC Gente |
| Blog | Kentucky en Español |
| Blog | La Nota Latina |
| Blog | Latina Lista |
| Blog | Libertad Digital |
| Blog | Louisiana en Español |
| Blog | LuisJimenez.com |
| Blog | Maine en Español |
| Blog | Maryland en Español |
| Blog | Massachusetts en Español |
| Blog | Michigan en Español |
| Blog | Minnesota en Español |
| Blog | Mississippi en Español |
| Blog | Missouri en Español |
| Blog | MisterDJ1 |
| Blog | Montana en Español |

© PR Newswire Association LLC. All rights reserved.

 

| | |
|---|---|
| Blog | Multicultural Marketing News |
| Blog | My Axel Perez |
| Blog | Nebraska en Español |
| Blog | Nelson Horta Reporta |
| Blog | Nevada en Español |
| Blog | New Hampshire en Español |
| Blog | New Jersey en Español |
| Blog | New Mexico en Español |
| Blog | New York en Español News |
| Blog | NewsandServices.com |
| Blog | North Carolina en Español |
| Blog | North Dakota en Español News |
| Blog | Noticel |
| Blog | Noticias De Todo Un Poco |
| Blog | Ohio en Español News |
| Blog | Oklahoma en Español |
| Blog | One Latina Mom |
| Blog | Oregon en Español |
| Blog | Orlando Cultural |
| Blog | Pennsylvania en Español |
| Blog | Popular Hispanics |
| Blog | Portal Uno |
| Blog | Que Noche |
| Blog | Radio en Onda |
| Blog | Radio Mundial |
| Blog | Recomenzar |
| Blog | Red Inmigrante |
| Blog | Revue Magazine |
| Blog | Rhode Island en Español |
| Blog | Sanahoria |
| Blog | SanDiegoRed |
| Blog | Sensacional |
| Blog | Somos Uno |
| Blog | South Carolina en Español |
| Blog | South Dakota en Español |
| Blog | Tennessee en Español |
| Blog | Texas en Español News |
| Blog | The Cuban Art Project |
| Blog | The Hispanic Press |
| Blog | The Miami Herald - Recomenzar |
| Blog | Tidewater Hispanic |
| Blog | US Hispanics |
| Blog | US Latino |

© PR Newswire Association LLC. All rights reserved.



| Blog | Utah en Español News |
|------|----------------------|
| Blog | Vermont en Español |
| Blog | Vidtocracy |
| Blog | Virginia en Español |
| Blog | Voxxi |
| Blog | Washington en Español News |
| Blog | West Virginia en Español |
| Blog | Wisconsin en Español News |
| Blog | Wyoming en Español |
| Cable | Al Jazeera America |
| Cable | CNN en Español |
| Cable | Cubavisión Internacional |
| Cable | DominicanYork TV |
| Cable | Fusion |
| Cable | Galavisión |
| Cable | HBO Latin America |
| Cable | HITN TV |
| Cable | HTV "Latina Voices" |
| Cable | Imagenes del Perú y el Mundo |
| Cable | InfoMás |
| Cable | MTV |
| Cable | New York 1 Noticias |
| Cable | News 12 En Español  - Bronx |
| Cable | News 12 En Español - New Jersey |
| Cable | NTN24 |
| Cable | NY 1 Noticias |
| Cable | Olympusat |
| Cable | RT TV en Español |
| Cable | Salsa Profiles |
| Cable | SuperCanal Caribe |
| Cable | Teleuniverso Canal 29 |
| Cable | Televisa |
| Cable | TGM Productions Inc. |
| Cable | TV2 Dos - Voices of Color - Words of Truth |
| Cable | Tvizion Incorporated |
| Cable | Venevisión |
| Cable | VisionLATINA TV |
| Magazine | ¡Que Onda! Magazine |
| Magazine | ¡Qué Pasa! Magazine |
| Magazine | ¡Viva Arkansas! |
| Magazine | AARP Segunda Juventud |
| Magazine | Actual Magazine |
| Magazine | Americas Quarterly |

© PR Newswire Association LLC. All rights reserved.

 

| Magazine | Automóvil Panamericano |
|----------|------------------------|
| Magazine | Catalina Magazine |
| Magazine | Catholic Herald Magazine |
| Magazine | Conexiones International |
| Magazine | Constru-Guía al Día |
| Magazine | CONTACTO Magazine |
| Magazine | Cosmopolitan for Latinas |
| Magazine | CRONICAS |
| Magazine | De Mujer a Mujer |
| Magazine | Decisive Magazine |
| Magazine | DiversityInc |
| Magazine | D'Latinos Magazine |
| Magazine | Eco Latino Magazine |
| Magazine | El Aviso Magazine |
| Magazine | El Clasificado |
| Magazine | El Milagro |
| Magazine | El Mundo |
| Magazine | El Punto |
| Magazine | El Suplemento de California |
| Magazine | El Tecolote |
| Magazine | Empresarios Business News |
| Magazine | Entérate Magazine |
| Magazine | ESPN Deportes La Revista |
| Magazine | Estudio Espectáculos |
| Magazine | Eva Magazine |
| Magazine | Eventos y Mas Magazine |
| Magazine | Extension Magazine |
| Magazine | Fama Latina |
| Magazine | Gente de Exito Magazín |
| Magazine | Gente de Miami |
| Magazine | Guía práctica para Mamá, Belleza y Salud |
| Magazine | Guía Práctica para tu Boda |
| Magazine | Hispanic Business |
| Magazine | Hispanic Engineer |
| Magazine | Hispanic Enterprise |
| Magazine | Hispanic Journal |
| Magazine | Hispanic Meetings & Travel Magazine |
| Magazine | Hispanic Network Magazine |
| Magazine | Hispanic Target Magazine |
| Magazine | Hombre Magazine |
| Magazine | Iguana Magazine |
| Magazine | Indianapolis Business Journal |
| Magazine | Industria Alimenticia Magazine |

© PR Newswire Association LLC. All rights reserved.



| | |
|---|---|
| Magazine | Inspire Your World Magazine |
| Magazine | Integral USA Magazine |
| Magazine | Inversion y Negocios |
| Magazine | Journal of Agriculture of The University of Puerto Rico |
| Magazine | La Bamba Magazine |
| Magazine | La Familia de Broward |
| Magazine | La Ganga Especial |
| Magazine | La Guia de Tampa |
| Magazine | La Guia del Golfo |
| Magazine | La Jornada Latina |
| Magazine | La Mensajera Magazine |
| Magazine | La Mexicana |
| Magazine | La Regata |
| Magazine | La Revista |
| Magazine | Latin American Perspectives |
| Magazine | Latin Times Magazine |
| Magazine | Latin Trade |
| Magazine | LATINA Style |
| Magazine | LatinFinance |
| Magazine | LatinSpots |
| Magazine | Lion en Español |
| Magazine | Los Angeles Business Journal |
| Magazine | Los Kitos |
| Magazine | MBE - Minority Business Entrepreneur Magazine |
| Magazine | Mercado de Dinero |
| Magazine | Minority Engineer |
| Magazine | Motivos Magazine |
| Magazine | Mujeres de Impacto |
| Magazine | Mundo Hispano - CA |
| Magazine | Mundo Popular |
| Magazine | Nosotros NJ |
| Magazine | Nueva Ola Magazine |
| Magazine | OOORaleUSA |
| Magazine | Opciones Magazín |
| Magazine | Panorama Latin News |
| Magazine | Petroleo International |
| Magazine | Phoenix ahora la revista |
| Magazine | Pinal Hispanic Magazine |
| Magazine | Portada Florida |
| Magazine | POZ Focus |
| Magazine | Produ Hispanic |
| Magazine | Que Onda Magazine! |
| Magazine | Qué Rica Vida |

© PR Newswire Association LLC. All rights reserved.



| Magazine | Quinceañera Magazine |
|---|---|
| Magazine | Raices De Todos Magazine |
| Magazine | Realidad Hispana |
| Magazine | Revista Esmeralda |
| Magazine | Revista Expresión |
| Magazine | Revista Hispana |
| Magazine | Revista Houston |
| Magazine | Revista Mi Pediatra y Familia |
| Magazine | Revista Mía |
| Magazine | Revista Momentos USA |
| Magazine | Revista Panamericana de Salud Publica |
| Magazine | Revista Weekend |
| Magazine | Saludos Hispanos |
| Magazine | Ser Empresario |
| Magazine | Ser Padres |
| Magazine | She Magazine |
| Magazine | SHPE Magazine |
| Magazine | Silueta Magazine |
| Magazine | Skipping Stones |
| Magazine | Socialite Magazine |
| Magazine | SPANGLISH Magazine |
| Magazine | Su Socio de Negocios |
| Magazine | Teleritmo de Arizona |
| Magazine | Televisa Publishing |
| Magazine | Transporte Latino Magazine |
| Magazine | TVNotasUSA |
| Magazine | Vista America |
| Magazine | Vistazo |
| Magazine | Viva Now |
| Magazine | Voltaje Magazine |
| Magazine | Ya magazine |
| Magazine | Zeta |
| Newsletter | AHAA Newsletter |
| Newspaper | 7 Días |
| Newspaper | Adelante Valle |
| Newspaper | Ahora News |
| Newspaper | AL DIA |
| Newspaper | Al Día |
| Newspaper | Al día en América |
| Newspaper | Alianza Metropolitan News |
| Newspaper | Bajo el Sol |
| Newspaper | Bell Gardens Sun |
| Newspaper | Birmingham Latino |

© PR Newswire Association LLC. All rights reserved.




| | |
|---|---|
| Newspaper | Buenos Días Nebraska |
| Newspaper | Cambalache Newspaper |
| Newspaper | Cambio Newspaper |
| Newspaper | Campana News |
| Newspaper | Caribbean Business |
| Newspaper | CENTRO Mi Diario |
| Newspaper | City Terrace Comet |
| Newspaper | Claridad |
| Newspaper | CNY Latino |
| Newspaper | Commerce Comet |
| Newspaper | Conexión News |
| Newspaper | Dallas Observer |
| Newspaper | Daytona Beach News-Journal |
| Newspaper | De Norte a Sur |
| Newspaper | Día a Día News |
| Newspaper | Diario El Popular |
| Newspaper | Diario Horizonte |
| Newspaper | Diario Las Américas |
| Newspaper | Diario Libre |
| Newspaper | Dominicanos Hoy |
| Newspaper | Doral Tribune |
| Newspaper | Dos Mundos |
| Newspaper | Eastside Sun |
| Newspaper | Ecuador News |
| Newspaper | El Aguila |
| Newspaper | El Amanecer |
| Newspaper | El Anunciante |
| Newspaper | El Argentino |
| Newspaper | El Bohemio |
| Newspaper | El Centinela |
| Newspaper | El Central Hispanic News |
| Newspaper | El Centroamericano Prensa Libre |
| Newspaper | El Chicago Hispano |
| Newspaper | El Comercio Colorado |
| Newspaper | El Comercio Newspaper |
| Newspaper | El Conquistador |
| Newspaper | El Coyote Hispanic Newspaper |
| Newspaper | El Defensor Chieftain |
| Newspaper | El Diario (Ciudad Juarez) |
| Newspaper | El Diario de El Paso |
| Newspaper | El Diario La Prensa |
| Newspaper | El Eco de Virginia |
| Newspaper | El Editor |

© PR Newswire Association LLC. All rights reserved.



| | |
|---|---|
| Newspaper | El Enfoque |
| Newspaper | El Especial |
| Newspaper | El Especial y El Especialito |
| Newspaper | El Especialito |
| Newspaper | El Expresso de Puerto Rico |
| Newspaper | EL EXTRA |
| Newspaper | El Faro del Suroeste |
| Newspaper | El Faro News |
| Newspaper | El Gigante Hispano |
| Newspaper | El Heraldo De Chicago |
| Newspaper | El Heraldo de Colorado |
| Newspaper | El Heraldo News |
| Newspaper | El Hispanic News |
| Newspaper | El Hispano News |
| Newspaper | El Hispano Universal |
| Newspaper | El Hispano Wisconsin |
| Newspaper | El Imparcial |
| Newspaper | El Informador del Valle |
| Newspaper | El Informador Hispano |
| Newspaper | El Inmigrante Newspaper |
| Newspaper | El Latino American Newspaper |
| Newspaper | El Latino CC Newspaper |
| Newspaper | El Latino San Diego |
| Newspaper | El Latino Semanal |
| Newspaper | El Líder |
| Newspaper | El Lider USA |
| Newspaper | El Mañana |
| Newspaper | El Mensajero |
| Newspaper | El Mexicalo |
| Newspaper | El Mexicano Newspaper |
| Newspaper | El Migrante |
| Newspaper | El Mundo Boston |
| Newspaper | El Mundo Newspaper |
| Newspaper | El Mundo y Latinoamérica |
| Newspaper | El Norte |
| Newspaper | El Norte - Puerto Rico |
| Newspaper | El Nuevo Americano |
| Newspaper | El Nuevo Coqui Newspaper |
| Newspaper | El Nuevo Día |
| Newspaper | El Nuevo Georgia |
| Newspaper | El Nuevo Herald |
| Newspaper | El Nuevo Heraldo |
| Newspaper | El Observador |

© PR Newswire Association LLC. All rights reserved.



| | |
|---|---|
| Newspaper | El Occidental |
| Newspaper | El Osceola Star Newspaper |
| Newspaper | El Pais - Washington Bureau |
| Newspaper | El Paisano |
| Newspaper | El Paso Times |
| Newspaper | El Periódico El Salvador USA |
| Newspaper | El Periódico Nuevo |
| Newspaper | El Periodico USA |
| Newspaper | El Periódico USA |
| Newspaper | EL POPULAR |
| Newspaper | El Progreso Hispano |
| Newspaper | El Progreso Hispano Newspaper |
| Newspaper | El Pueblo Catolico |
| Newspaper | El Pueblo Latino |
| Newspaper | El Puente Newspaper |
| Newspaper | El Punto News |
| Newspaper | El Punto Semanal |
| Newspaper | El Salvador Día a Día |
| Newspaper | El Semanario |
| Newspaper | El Semanario Arizona |
| Newspaper | El Semanario California |
| Newspaper | El Semanario Florida |
| Newspaper | El Semanario Nevada |
| Newspaper | El Semanario New Mexico |
| Newspaper | El Sentinel |
| Newspaper | El Sentinel - Orlando |
| Newspaper | El Siete Dias |
| Newspaper | El Sol |
| Newspaper | El Sol de Cleveland |
| Newspaper | El Sol de New York |
| Newspaper | El Sol de Sonoma |
| Newspaper | El Sol del Valle de San Fernando |
| Newspaper | El Sol del Valle Imperial |
| Newspaper | El Sol Latino |
| Newspaper | El Superior Newspaper |
| Newspaper | El Tiempo de Nueva York y Nueva Jersey |
| Newspaper | El Tiempo Hispano - The Hispanic Times |
| Newspaper | El Tiempo Latino |
| Newspaper | El Tiempo New Orleans |
| Newspaper | El Trueque Iowa |
| Newspaper | El Venezolano de Broward |
| Newspaper | El Venezolano de Houston |
| Newspaper | El Venezolano de Miami |

© PR Newswire Association LLC. All rights reserved.



| | |
|---|---|
| Newspaper | El Venezolano de Orlando |
| Newspaper | El Visitante |
| Newspaper | El Vistazo |
| Newspaper | El Vocero de Puerto Rico |
| Newspaper | El Vocero Hispano |
| Newspaper | El Vocero Hispano Inc. |
| Newspaper | ELA-Brooklyn Belvedere Comet |
| Newspaper | Emporia Gazette - La Voz |
| Newspaper | Enlace |
| Newspaper | Enlace Latino |
| Newspaper | Enlace Total |
| Newspaper | Extra Bilingual Community Newspaper |
| Newspaper | Extra Hispano |
| Newspaper | Fairfield County Woman |
| Newspaper | Farandula USA |
| Newspaper | Gente de Minnesota |
| Newspaper | Guerrillero |
| Newspaper | Habla News |
| Newspaper | Hawaii Hispanic News |
| Newspaper | Hispanic Tiempo |
| Newspaper | Hola Amigos |
| Newspaper | Hola Arkansas |
| Newspaper | Hola Colorado |
| Newspaper | Hola Miami News |
| Newspaper | HOLA noticias |
| Newspaper | Hola! America |
| Newspaper | Horizonte |
| Newspaper | Hoy - Chicago |
| Newspaper | Hoy - Los Angeles |
| Newspaper | Hoy en Delaware |
| Newspaper | Idaho Hispano |
| Newspaper | Identidad Latina |
| Newspaper | IMC |
| Newspaper | Impacto Latin News |
| Newspaper | Impacto USA |
| Newspaper | Informe Weekly |
| Newspaper | KPZA 103.7 FM Aquí Suena |
| Newspaper | La Alianza Latina |
| Newspaper | La Comunidad |
| Newspaper | La Cronica |
| Newspaper | La Crónica |
| Newspaper | La Crónica de Baja California |
| Newspaper | La Esquina News |

© PR Newswire Association LLC. All rights reserved.



| | |
|---|---|
| Newspaper | La Estrella (Star Telegram) |
| Newspaper | La Estrella de Nicaragua |
| Newspaper | La Estrella de Puerto Rico |
| Newspaper | La Estrella de Tucson |
| Newspaper | La Estrella del Occidente |
| Newspaper | La Gaceta |
| Newspaper | La Gaceta Newspaper |
| Newspaper | La Información |
| Newspaper | La Mejor GR |
| Newspaper | La Noticia |
| Newspaper | La Nueva Prensa de California |
| Newspaper | La Nueva Semana Newspaper |
| Newspaper | La Oferta |
| Newspaper | La Opinión |
| Newspaper | La Opinión del Sur |
| Newspaper | La Prensa |
| Newspaper | La Prensa de Los Angeles |
| Newspaper | La Prensa de Minnesota |
| Newspaper | La Prensa de San Antonio |
| Newspaper | La Prensa Hispana Newspaper |
| Newspaper | La Prensa Hispanic Newspaper |
| Newspaper | La Prensa Libre |
| Newspaper | La Prensa San Diego |
| Newspaper | La Raza |
| Newspaper | La Raza Hispana / Arriba Perú |
| Newspaper | La Semana |
| Newspaper | La Semana del Sur |
| Newspaper | LA Times |
| Newspaper | La Tribuna |
| Newspaper | La Tribuna de New Jersey |
| Newspaper | La Tribuna Hispana USA |
| Newspaper | La Vanguardia Hoy |
| Newspaper | La Visión Newspaper |
| Newspaper | La Voz |
| Newspaper | La Voz Colorado |
| Newspaper | La Voz de Arkansas |
| Newspaper | La Voz de Houston |
| Newspaper | La Voz de Kentucky |
| Newspaper | La Voz de la Calle |
| Newspaper | La Voz de Salina |
| Newspaper | La Voz de Yuma |
| Newspaper | La Voz Hispana |
| Newspaper | La Voz Hispana - Springfield |

© PR Newswire Association LLC. All rights reserved.



| | |
|---|---|
| Newspaper | La Voz Hispana de Connecticut |
| Newspaper | La Voz Hispanic News |
| Newspaper | La Voz Libre |
| Newspaper | La Voz New Jersey |
| Newspaper | La Voz Nueva |
| Newspaper | Latino 4U |
| Newspaper | Latino California |
| Newspaper | Latino Midwest News |
| Newspaper | Latino News |
| Newspaper | Latino Post |
| Newspaper | Latino Times |
| Newspaper | Lazo Cultural |
| Newspaper | Libertad News |
| Newspaper | Libre |
| Newspaper | Long Island al Día |
| Newspaper | Los Verdes Special Edition |
| Newspaper | Luso Americano |
| Newspaper | Más Informativo |
| Newspaper | Mexican American Sun |
| Newspaper | Mi Tierra |
| Newspaper | Mi Zona Hispana |
| Newspaper | Miami Diario |
| Newspaper | Miniondas |
| Newspaper | Molinegocios USA |
| Newspaper | Monitor Hispano |
| Newspaper | Montebello Comet |
| Newspaper | Monterey Park Comet |
| Newspaper | Montgomery Advertiser |
| Newspaper | MShale |
| Newspaper | Mujeres Internacional |
| Newspaper | Mundo Hispánico |
| Newspaper | Mundo Hispano - Utah |
| Newspaper | Mundo Latino News |
| Newspaper | Mundo Latino Newspaper |
| Newspaper | Negocios Now |
| Newspaper | New / Nueva Opinion |
| Newspaper | Nogales International |
| Newspaper | Northeast Sun |
| Newspaper | Noticias Birmingham |
| Newspaper | Noticias Hispanoamericana |
| Newspaper | Noticias Latinas |
| Newspaper | Noticiero Colombiano |
| Newspaper | Noticiero Pacifica |

© PR Newswire Association LLC. All rights reserved.



| Newspaper | Novedades News |
| --- | --- |
| Newspaper | Nuestro Detroit |
| Newspaper | Nueva America |
| Newspaper | Nuevas Raíces |
| Newspaper | Nuevo Amanecer |
| Newspaper | Nuevo Siglo |
| Newspaper | Nuevo Siglo Newspaper |
| Newspaper | Nuevos Ecos |
| Newspaper | Okespañol |
| Newspaper | Opinión Kansas |
| Newspaper | Panorama de Nuevos Horizontes |
| Newspaper | Periódico Ahora |
| Newspaper | Periódico El Hispano de Florida |
| Newspaper | Periódico Frontera |
| Newspaper | Periódico HOY |
| Newspaper | Periódico La Cordillera de Cidra |
| Newspaper | Periódico La Semana de Caguas |
| Newspaper | Periódico Surcos Lareños |
| Newspaper | Periódico Visión |
| Newspaper | Planeta Deportivo |
| Newspaper | Post Latino |
| Newspaper | Prensa Hispana |
| Newspaper | Prensa Mexicana |
| Newspaper | Primera Hora |
| Newspaper | Providence en Español |
| Newspaper | Punto Hispano |
| Newspaper | Qué Pasa Media Network |
| Newspaper | Qué Pasa Mi Gente |
| Newspaper | Qusiqueya Internacional |
| Newspaper | Radio Música Magazine |
| Newspaper | RD Noticias |
| Newspaper | Red Latina |
| Newspaper | Reflejos Bilingual Journal |
| Newspaper | Reforma |
| Newspaper | Reporte Hispano |
| Newspaper | Rufino Te Aconseja |
| Newspaper | Rumbo |
| Newspaper | Rumores |
| Newspaper | San Antonio Express-News |
| Newspaper | San Fernando Valley Sun |
| Newspaper | Semana News |
| Newspaper | Semanario Acción |
| Newspaper | South Florida Sun Times |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| | |
|---|---|
| Newspaper | Spanglish Times |
| Newspaper | Spotlight Internacional |
| Newspaper | The Arizona Republic |
| Newspaper | The Bilingual News |
| Newspaper | The Brownsville Herald |
| Newspaper | The Charlotte Observer - Entérese Charlotte |
| Newspaper | The Desert Sun |
| Newspaper | The Garden City Telegram |
| Newspaper | The Hispanic Voice |
| Newspaper | The Impacto Newspaper |
| Newspaper | The Latin Post |
| Newspaper | The Miami Herald |
| Newspaper | The Orange County Register |
| Newspaper | The Reader |
| Newspaper | The Spanish Journal |
| Newspaper | The Standard |
| Newspaper | The Wall Street Journal |
| Newspaper | Tiempo de Laredo |
| Newspaper | Tiempo Hispano |
| Newspaper | Tiempo Social |
| Newspaper | Tiempos Newspaper |
| Newspaper | TriCities Republic |
| Newspaper | Tropimex- Lo Nuestro News |
| Newspaper | Tú Decides |
| Newspaper | Ultima Nota |
| Newspaper | Unidos en el Sur de California |
| Newspaper | Union Hispana |
| Newspaper | USA Hispanic Newspaper |
| Newspaper | Vernon Sun |
| Newspaper | Vida Actual |
| Newspaper | Vida Nueva |
| Newspaper | Vida y Sabor |
| Newspaper | Viento del Trópico |
| Newspaper | Vista Semanal |
| Newspaper | Vistazo Hispano |
| Newspaper | Vocero Hispano |
| Newspaper | Washington Hispanic |
| Newspaper | Wyvernwood Chronicle |
| Other | Bilingual Broadcasting Network |
| Other | Clear Channel |
| Other | Dominican News Group |
| Other | Freelancer |
| Other | Hola Hora Latina |

© PR Newswire Association LLC. All rights reserved.



| | |
|---|---|
| Other | HOLA Latino Radio |
| Other | HOLA Latino TV |
| Other | ICRT Cuba |
| Other | JOHNNY ARRAIZ PHOTOGRAPHY & MEDIA |
| Other | MapiTV |
| Other | Medios Hispanos |
| Other | MiaHD Media |
| Other | Moon Productions |
| Other | MTV Tr3s |
| Other | NBC News-Latino |
| Other | Noticias New York |
| Other | Paniagua Productions |
| Other | Paparazzi, Inc |
| Other | Presley Media |
| Other | Spanish Broadcasting System |
| Other | UBC International Media Consulting |
| Other | Univisión Communications |
| Radio | GLR Networks |
| Radio | KAZA 1290 AM |
| Radio | KBBF 89.1 FM |
| Radio | KBNA 97.5 FM |
| Radio | KBRO 1490 AM |
| Radio | KBTW 104.5 FM |
| Radio | KDTD 1340 AM |
| Radio | KEST 1450 AM |
| Radio | KGDD 1520 AM |
| Radio | KGEN 94.5 FM |
| Radio | KHDC 90.9 FM |
| Radio | KHIT 107.1 FM |
| Radio | KHOT 105.9 FM |
| Radio | KIDR 740 AM |
| Radio | KIIS 102.7 FM |
| Radio | KIRT 1580 AM |
| Radio | KJZZ 91.5 FM |
| Radio | KKPS 99.5 FM |
| Radio | KLAX 97.9 FM |
| Radio | KLBN 101.9 FM |
| Radio | KLDY 1280 AM |
| Radio | KLOC 1390 AM |
| Radio | KMBH 88.1 FM |
| Radio | KMNV 1400 AM |
| Radio | KMPO 88.7 FM |
| Radio | KNSN 1240 AM |

© PR Newswire Association LLC. All rights reserved.



| Radio | KNTO 93.3 FM |
|---|---|
| Radio | KNUV 1190 AM |
| Radio | KPFT 90.1 FM |
| Radio | KRCD 103.9 FM |
| Radio | KRCV 98.3 FM |
| Radio | KRMX 690 AM |
| Radio | KRQK 100.3 FM |
| Radio | KRTX 980 AM |
| Radio | KRZY 105.9 FM |
| Radio | KRZZ 93.3 FM |
| Radio | KSFV-LP 87.7 FM |
| Radio | KSJV 91.5 FM |
| Radio | KTQX 90.1 FM |
| Radio | KUBO 88.7 FM |
| Radio | KVUH 88.5 FM |
| Radio | KWIT 90.3 FM |
| Radio | KWIZ 96.7 FM |
| Radio | KXET 1150 AM |
| Radio | KXET 93.5 FM |
| Radio | KXPA 1540 AM |
| Radio | KYW 1060 AM |
| Radio | La Favorita Radio Network |
| Radio | La Red Hispana |
| Radio | Radio Martí |
| Radio | Radio Nueva Vida |
| Radio | Univision Radio |
| Radio | Univisión Radio |
| Radio | Voice of America |
| Radio | WABA 850 AM |
| Radio | WADO 1280 AM |
| Radio | WALO 1240 AM |
| Radio | WAPA 680 AM |
| Radio | WBMJ 1190 AM |
| Radio | WBZY 105.3 FM |
| Radio | WCMN 1280 AM |
| Radio | WCMQ 92.3 FM |
| Radio | WCSZ 1070 AM |
| Radio | WDAB 1580 AM |
| Radio | WELX 101.5 FM |
| Radio | WENA 1330 AM |
| Radio | WEYS 87.7 FM |
| Radio | WFAB 890 AM |
| Radio | WFDT 105.5 FM |

© PR Newswire Association LLC. All rights reserved.



| Radio | WFID 95.7 FM |
|-------|--------------|
| Radio | WGNK 88.3 FM |
| Radio | WGVE 88.7 FM |
| Radio | WHOL 1600 AM |
| Radio | WHWN 88.3 FM |
| Radio | WIAC 740 AM |
| Radio | WILC 900 AM |
| Radio | WIRP 88.3 FM |
| Radio | WISA 1390 AM |
| Radio | WISO 1260 AM |
| Radio | WJDZ 90.1 FM |
| Radio | WJIT 1250 AM |
| Radio | WKAQ 580 AM |
| Radio | WKFE 1550 AM |
| Radio | WKJB 710 AM |
| Radio | WLEY 107.9 FM |
| Radio | WLZL 99.1 FM |
| Radio | WMIO 102.3 FM |
| Radio | WMNT 1500 AM |
| Radio | WMSW 1120 AM |
| Radio | WNIK 1230 AM |
| Radio | WNNV 91.7 FM |
| Radio | WOQI 1020 AM |
| Radio | WORA 760 AM |
| Radio | WOSO 1030 AM |
| Radio | WOXY 97.7 FM |
| Radio | WOYE 97.3 FM |
| Radio | WPAB 550 AM |
| Radio | WPIK 102.5 FM |
| Radio | WPJX 1500 AM |
| Radio | WPLI 88.5 FM |
| Radio | WPRA 990 AM |
| Radio | WPRP 910 AM |
| Radio | WPUC 88.9 FM |
| Radio | WQII 1140 AM |
| Radio | WRTO 1200 AM |
| Radio | WRTU 89.7 FM |
| Radio | WRUM 100.3 FM |
| Radio | WRUO 88.3 FM |
| Radio | WSUA 1260 AM |
| Radio | WTOX 1480 AM |
| Radio | WUNO 630 AM |
| Radio | WUPR 1530 AM |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| Radio | WVNZ 1320 AM |
| Radio | WWFE 670 AM |
| Radio | WWRF 1380 AM |
| Radio | WXLX 103.7 FM |
| Radio | WXNY 96.3 FM |
| Radio | WXYX 100.7 FM |
| Radio | WZAR 101.9 FM |
| Radio | WZGX 1450 AM |
| Radio | XEWW 690 AM |
| Radio | XEXX 1420 AM |
| Radio | XLTN 104.5 FM |
| Radio | ZGS Communications |
| TV | Azteca América |
| TV | Cadena Mexicana de Noticias |
| TV | Cine Latino |
| TV | Hispanic Lifestyle |
| TV | KAJA Ch. 68 Telemundo |
| TV | KAKW-DT Ch. 62 Univisión |
| TV | KAZA-TV Ch. 54 Azteca América |
| TV | KCBS-TV Ch. 2 CBS |
| TV | KDCU-DT Ch. 31 Univisión |
| TV | KDTV-DT Ch. 14 Univisión |
| TV | KEJT-LP Ch. 50 Telemundo |
| TV | KEMO-TV Ch. 50 Azteca América |
| TV | KEYU Ch. 36 Telemundo |
| TV | KFOX-TV Ch. 14 Fox |
| TV | KFTV-DT Ch. 21 Univisión |
| TV | KHRR Ch. 40 Telemundo |
| TV | KIAH-TV Ch. 39 CW |
| TV | KIII-TV Ch. 3 ABC |
| TV | KINC-DT Ch. 15 Univisión |
| TV | KKYK-CD Ch. 58 Univision |
| TV | KLUZ-TV Ch. 41 Univisión |
| TV | KMBH Ch. 38 PBS |
| TV | KMEX-DT Ch. 34 Univisión |
| TV | KMPX Ch. 29 Estrella TV |
| TV | KNVO Ch. 48 Univisión |
| TV | KPDF-CA Ch. 41 Azteca América |
| TV | KRCA Ch. 62 Estrella TV |
| TV | KREN-TV Ch. 27 Univisión |
| TV | KRIS-TV Ch. 6 NBC |
| TV | KSFV-CA Ch. 6 |
| TV | KSMS-TV Ch. 67 Univisión |

© PR Newswire Association LLC. All rights reserved.



| TV | KTAS Ch. 34 Telemundo |
|---|---|
| TV | KTAZ Ch. 39 Telemundo |
| TV | KTDO Ch. 48 Telemundo |
| TV | KTMD Ch. 47 Telemundo |
| TV | KTNC-TV Ch. 42 Estrella TV |
| TV | KTVW-DT Ch. 33 Univisión |
| TV | KUDF-LP Ch. 14 Azteca América |
| TV | KUHT Ch. 8 PBS |
| TV | KUKC-LP Ch. 48 Univisión |
| TV | KUNA-LP Ch. 15 Telemundo |
| TV | KUNS-TV Ch. 51 Univisión |
| TV | KUOK Ch. 36 Univisión |
| TV | KUTU-LD Ch. 25 Univisión |
| TV | KUVE-DT Ch. 46 Univisión |
| TV | KUVN-DT Ch. 23 Univisión |
| TV | KUVS-DT Ch. 19 Univisión |
| TV | KVDF-CA Ch. 31 Azteca América |
| TV | KVEA Ch. 52 Telemundo |
| TV | KVYE Ch. 7 Univisión |
| TV | KWES-TV Ch. 20 Telemundo |
| TV | KWEX-DT Ch. 41 Univisión |
| TV | KWHY-TV Ch. 22 MundoFox |
| TV | KXAP-LD Ch. 51 Estrella TV |
| TV | KXLN-DT Ch. 45 Univisión |
| TV | KXTQ-CA Ch. 46 Telemundo |
| TV | KXTX TV Ch. 39 Telemundo |
| TV | KXTX-TV Ch. 39 Telemundo |
| TV | KYAZ Ch. 51 Azteca América |
| TV | KZSD-LP Ch. 15 Azteca América |
| TV | KZSD-LP Ch. 41 Azteca América |
| TV | MasTV |
| TV | Noticias MundoFOX |
| TV | SuperLatina TV Show |
| TV | TeleLatino Network |
| TV | Telemundo Network |
| TV | TeleNiños |
| TV | TV Azteca |
| TV | TV Martí |
| TV | UniMás Network |
| TV | Univision |
| TV | Univision Canada |
| TV | Univisión México |
| TV | Univision Network |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| TV | Univisión Network |
|----|----|
| TV | Univision Puerto Rico |
| TV | Univision Seattle |
| TV | Univision Television Group |
| TV | W23BZ-D Ch. 23.2 Azteca América |
| TV | WAPA-TV Ch. 4 WAPA |
| TV | WBQM-LD Ch. 3 BuenaVision |
| TV | WBZ-TV Ch. 4 |
| TV | WCEA-LP Ch. 58 Cuenca Vision |
| TV | WDFL TV Ch. 18 Mira TV |
| TV | WESV-LD Ch. 40 Estrella TV |
| TV | WGBO-DT Ch. 66 Univisión |
| TV | WGEN-TV Ch. 8 MundoFox |
| TV | WHYY-TV Ch. 12 PBS |
| TV | WIDP Ch. 46 E.B.N. Televisión |
| TV | WIPR-TV Ch. 6 Puerto Rico TV |
| TV | WJAN LD Ch. 41 América TeVe |
| TV | WKAQ-TV Ch. 2 Telemundo |
| TV | WKTB-CA Ch. 38 Telemundo |
| TV | WKTB-CA Ch. 47 Telemundo |
| TV | WLII-DT Ch. 11 Univisión |
| TV | WLTV-DT Ch. 23 Univisión |
| TV | WMBC-TV Ch. 63.6 Azteca América |
| TV | WMTJ Ch. 40 Sistema TV |
| TV | WNJU Ch. 47 Telemundo |
| TV | WNJU-TV Ch. 47 Telemundo |
| TV | WNJX-TV Ch. 22 WAPA |
| TV | WORA-TV Ch. 5 Univisión |
| TV | WORO-DT Ch. 13 TeleOro |
| TV | WRDM-CD Ch 19 Telemundo |
| TV | WRMD-CD Ch. 49 Telemundo |
| TV | WRNN-TV Ch. 48 RNN |
| TV | WSBS-TV Ch. 22 Mega TV |
| TV | WSCV-TV Ch. 51 Telemundo |
| TV | WSJP-LD Ch. 30 PRmixCW |
| TV | WSJU-TV Ch. 30 Mega TV |
| TV | WSNS-TV Ch. 44 Telemundo |
| TV | WSTE-DT Ch. 7 Teleisla |
| TV | WTMO-CD Ch. 31 Telemundo |
| TV | WTPH-LP Ch. 14 Azteca América |
| TV | WUMN-LP Ch. 13 Univisión |
| TV | WUNI Ch. 27 Univisión |
| TV | WUVG-DT Ch. 34 Univisión |

© PR Newswire Association LLC. All rights reserved.

 

| TV | WUVN-TV Ch. 18 Univisión |
|----|---------------------------|
| TV | WUVP-DT Ch. 65 Univisión |
| TV | WWDT-CD Ch. 43 Telemundo |
| TV | WWSI Ch. 62 Telemundo |
| TV | WXTV-DT Ch. 41 Univisión |
| TV | WYTU-LD Ch. 63.1 Telemundo |
| TV | XHAB-TV Ch. 7 Vallevisión |
| Web | Fox News Latino |
| Web | HolaCiudad! |
| Web | Hoy NY |
| Web | HuffPost Voces |
| Web | MSN Latino |
| Web | StarMedia.com |
| Web | Telemundo Denver |
| Web | Terra.com |
| Web | Univisión News |
| Web | Univision.com |
| Web | Yahoo! en Español |
| Wire | Agence France-Presse |
| Wire | Agencia de Coberturas Comunitarias |
| Wire | Agencia EFE |
| Wire | BBC Mundo |
| Wire | BBC World Service |
| Wire | Deutsche Presse-Agentur |
| Wire | Inter News Service |
| Wire | Inter Press Service América Latina |
| Wire | Notimex |
| Wire | Reuters América Latina |
| Wire | Servimedia |
| Wire | The Associated Press |
| Wire | United Press International Español |

© PR Newswire Association LLC. All rights reserved.