# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT M




**Media Microlist:**
**Technology – Electronics, Performance & Measurement:**
**Consumer Electronics**

*Note: duplicate listings denote multiple individual recipients.*

| | |
|---|---|
| 1UP.com | CNET |
| 1UP.com | CNET |
| About.com | CNET |
| About.com | CNET |
| About.com | CNET |
| Absolute Sound Magazine | CNET |
| Acacia Research Group | CNET |
| Advertising Age | CNET - New York Bureau |
| AHAM - American Home Appliance Manufactu | CNET - New York Bureau |
| Appliance Magazine | CNET - New York Bureau |
| Associated Press - Atlanta Bureau | Consumer Electronics Association |
| Associated Press - Boston Bureau | Consumer Electronics Daily |
| Audio Week | Consumer Electronics Daily |
| AudioXpress | Consumer Electronics Daily |
| AV Technology | Consumer Electronics Daily |
| AV Technology | Consumer Electronics Daily |
| BestStuff.com | Consumer Electronics Online News |
| Bloomberg Businessweek - Silicon Valley | Consumer Electronics Vision |
| BoardWatch Magazine | Consumer Electronics Vision |
| Boston Globe, The | Consumer Reports |
| Bucks County Courier Times | Consumer Reports |
| C.E. Pro | Consumer Reports |
| CANADA HiFi Magazine | Consumer Reports |
| Canadian Electronics | Consumer Reports |
| Car Audio and Electronics | Consumer Reports |
| CarSound | Consumer Reports |
| CBS Television Network - Los Angeles Bur | Continental |
| CDRLabs.com | Continental |
| CDRLabs.com | Creative Strategies |
| CE PRO | Custer Consulting Group CA |
| CE PRO | CustomRetailer |
| CE PRO | CustomRetailer |
| Chattanooga Times Free Press | CustomRetailer |
| Chicago Sun-Times | Daily Deal |
| Cincinnati Enquirer | Dealerscope Consumer Electronics Marketp |
| Circuits - The New York Times | Dealerscope Consumer Electronics Marketp |
| Circuits Assembly | Dealerscope Consumer Electronics Marketp |
| Circuits Assembly | Dealerscope Consumer Electronics Marketp |
| Circuits Assembly | Digital Trends |

© PR Newswire Association LLC. All rights reserved.

<mark><mark><mark><mark><mark><mark><mark><mark>
<mark><mark><mark><mark><mark>
<mark>
<mark>



Digital Trends
DJ Times Magazine
DJ Times Magazine
DJ Times Magazine
DL.TV
DL.TV
E-Gear
E-Gear
E-Gear
E-Gear
E-Gear
E-Gear
Electronic Gaming Monthly
Electronic Gaming Monthly
Electronic House
Electronic House
Electronic Products & Technology (EP&T)
Electronic Quality
Electronics Manufacturing China
Element Express   China
Engadget
Engadget
Engadget
Engadget
Engadget
Engadget
Engadget
Engadget
Engadget
Envisioneering
eWeek
First
First Glimpse Magazine
Floor Care and Sewing Professional
Floor Care and Sewing Professional
Florida Times-Union
Forbes
Front of House
Front of House
Gadget Grrl
Gadget Grrl
Gadget Guru, The
Gadgeteer, The
Gearlive.com
Gearlive.com
Good Housekeeping
Hartford Courant, The
HDTV Magazine
HDTV Magazine
Heavy Reading
Herald, The
Here's How!
HFN - Home Furnishings News
HiTech Review
Home Technology Products
Hometoys.com
Howard, Millman
Huntingdon Daily News
iApplianceWeb.com, TX
IC Insights
IC Insights
IC Insights
IDC -  International Data Corporation -
IEEE Electrical Insulation Magazine
IEEE Spectrum
IEEE Spectrum Magazine - West Coast Bure
IGN Insider
IGN.com - Los Angeles Bureau
Inner Ear Magazine
Instructor
International Electronic Elements
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Jon Peddie Research
Jon Peddie Research
Jon Peddie Research
Journal of Electronic Circuits & Systems
Journal of Failure Analysis and Preventi
Journal of Microelectronics and Electron
Knoxville News-Sentinel, The
Knoxville News-Sentinel, The
KRIV-TV
KUSP-FM
Laptop
Live Design
Marketwatch.com
Maximum Tech
McClatchy - Washington Bureau
MediaPost's Search Insider
Men's Health
Micromachine Devices

© PR Newswire Association LLC. All rights reserved.



Microwave Journal
Mindjack Magazine
Mobile Entertainment
Mobile Entertainment
Needham & Company
New TechReporters
New York Times - San Francisco Bureau, T
New York Times, The
New York Times, The
Noticias Univision Chicago - WGBO-TV
Off the Record Research - New York Burea
Official Xbox Magazine
Official Xbox Magazine
Official Xbox Magazine
Official Xbox Magazine
Parade Magazine
Parents
PC Magazine
PC Magazine
PC Magazine
PC Magazine
PC Magazine
PC World
PC World
PDA Magazine
Philadelphia Daily News
Photo Marketing
Plain Dealer, The
Pocketnow.com
Pocketnow.com
Portelligent
Public Broadcasting Service
QST
Québec Audio-Vidéo
Record, The
Residential Systems
Retailing News
Reuters
Richmond Times-Dispatch
Roeder, Amy
Ronn Owens Show - KGO-AM
Seattle Times
Seattle Times, The
Secrets of Home Theater and High Fidelit
Slashgear.com
Slashgear.com
Slashgear.com
Smart Computing
Smart Computing
Smart Computing
Smart TV & Sound
SmartMoney.com
Solid-State Electronics
Sound & Vibration
Sound & Vision
Sound & Vision
Sound & Vision
Sound & Vision
Space Electronic Technology
Stereophile Guide to Home Theater
Systems Contractor News
Systems Contractor News
Systems Contractor News
Tech Talk With Craig Peterson
Tech Talk With Craig Peterson
TechnologyTNT
Techtalk Radio
Techtalk Radio
Techtalk Radio
Television Digest with Consumer Electron
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
U.S. Tech
USA Today
USA Today - Los Angeles Bureau
USA Today - Los Angeles Bureau
USA Today - New York Bureau
VIA Magazine
Vogue
Waring, Becky
Washington Post, The
Widescreen Review
Widescreen Review
Wired
Wired
Wisconsin Technology Network
Worldradio

© PR Newswire Association LLC. All rights reserved.