# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT N




ENGAGE OPPORTUNITY *EVERYWHERE*

**Media Microlist:**
**Legal:**
**General Law**

Note: duplicate listings denote multiple individual recipients.

| | |
|---|---|
| 31 Law Line-WAAY-TV | Akron Legal News |
| 48 Hours Mystery-CBS Television Network | Akron Legal News |
| ABA Journal | ALA News |
| ABA Journal | ALA News |
| ABA Journal | Alabama Law Weekly |
| ABA Journal | Alabama Law Weekly |
| ABA Journal | Alaska Bar Rag |
| ABA Journal | Alaska Bar Rag |
| ABA Journal | Albany Law Review |
| ABA Journal | Albany Law Review |
| ABA Journal | Albany Law Review |
| ABA Journal | Albany Law Review |
| ABA Journal | Albany Law Review |
| ABA Journal | Albany Law Review |
| ABC News - Washington Bureau | Albany Law Review |
| ABC News - Washington Bureau | Albany Law Review |
| ABC News - Washington Bureau | Albany Law Review |
| Above the Law | Albany Law Review |
| Above the Law | Albany Law Review |
| ACC Docket | Albany Law Review |
| Access Reports/Freedom of Information | Albany Law Review |
| Addendum | Albany Law Review |
| Addendum | Albany Law Review |
| Administrative Law Review | Albany Law Review |
| Advocate | Alberta Press Gallery |
| Advocate | Albuquerque Journal - Washington Bureau |
| Advocate | |
| Advocate - USD School of Law, The | ALI Reporter, The |
| Advocate for Pennsylvania Business | America Association for Justice |
| Advocate Newsletter | American Journal of International Law |
| Advocate, The | American Journal of International Law |
| Advocate, The | American Journal of International Law |
| Akron Law Review | American Justice - Arts & Entertainment |
| Akron Law Review | American Lawyer, The |
| Akron Law Review | American Lawyer, The |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Lawyer, The
American Medical News
American Motorcyclist
American Police Beat
American Police Beat
American Police Beat
American Towman
American Towman
An Oasis of Politics
Anderson Cooper 360 - CNN
Anderson Cooper 360 - CNN
Anderson Cooper 360 - CNN
Anderson Cooper 360 - CNN
Anderson Cooper 360 - CNN
Anderson Cooper 360 - CNN
Annals of Health Law
Appeal-Democrat
Appeal-Democrat
Arizona Attorney Magazine
Arizona Capitol Times
Arkansas Democrat-Gazette
Arkansas Democrat-Gazette
Arlington Sun
Ask the Lawyers-WNMU-TV
Ask the Lawyers-WNMU-TV
ASRM Bulletin
Associated Press - Atlanta Bureau
Associated Press - Houston Bureau
Associated Press - Los Angeles Bureau
Associated Press - Miami Bureau
Associated Press - Minneapolis Bureau

Associated Press - Portland, OR Bureau
Associated Press - San Francisco Bureau
Associated Press - Washington Bureau
Associated Press - Washington Bureau
Associated Press (AP)
Associated Press (AP)
At LAW
At Law Magazine
Athens Banner-Herald
Atlanta Business Chronicle
Atlanta Journal-Constitution
Attorney of Nassau County
Attorney of Nassau County
Attorney of Nassau County
Attorney of Nassau County
Austin Lawyers Journal
Backbone Magazine
Bangor Daily News
Bank Bailout Litigation News
Bankruptcy Court Decisions
Bankruptcy Court Decisions
Bankruptcy Court Decisions
Bankruptcy Law Reporter
Bar Briefs
Bar Briefs
Bar Bulletin
Bar Bulletin
Bar News
Bar Report
Bar Talk
Bay Area Lawyer Magazine
Bay City Democrat & Legal News
Baylor Law Review
Baylor Law Review
Bench And Bar Of Minnesota
Bergen Barrister
Bergen Barrister
Berkshire Eagle
Bimonthly Review Of Law Books
Biotechnology Law Report
Bisnow
Bisnow

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

Bits - Technology - New York Times Blog
Bloomberg News - Atlanta Bureau
Bloomberg News - Atlanta Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - New York Bureau
Bloomberg News - San Francisco Bureau
Bloomberg News - Washington Bureau
Bloomberg News - Washington Bureau
Bloomberg News - Wilmington Bureau
Bloomberg News (Toronto)
BNA's Health Law Reporter
BNA's Health Law Reporter
BNA's Health Law Reporter
Bollettino
Boston Bar Journal
Boston University Law Review
Brentwood News
Brief
Brooklyn Barrister
Brooklyn Barrister
Bucks County Law Reporter
Buffalo Law Journal
Buffalo Law Journal
Buffalo Law Review
Buffalo Law Review
Buffalo News
Business & Legal Reports
Business Disputes Law Blog , The
Business First
Business First of Columbus
Business Lawyer
Business Monday - The Miami Herald

Business- Philadelphia Daily News
Cal Law
Calgary Herald
California Bar Journal
California Golf & Lifestyle Magazine
California Golf & Lifestyle Magazine
California Lawyer
California Lawyer
California Lawyer
California Lawyer
California Lawyer
California Litigation
Campus Legal Briefing
Canadian Bar Review - Revue du Barreau c
Canadian Bar Review - Revue du Barreau c
Canadian Bar Review - Revue du Barreau c
Canadian Lawyer
Canadian Lawyer
Canadian Lawyer
Canadian Lawyer
Canadian Police Chief Magazine
Canadian Press (Ottawa), The
Canadian Press (Ottawa), The
Canadian Press (Ottawa), The
Cape Breton Post
Casciato, Daniel
Case Western Reserve Law Review
Case Western Reserve Law Review
Case Western Reserve Law Review
Catholic Lawyer
Catholic Lawyer
Catholic University Law Review
Catholic University Law Review
CBA Report
CBC Saskatchewan Region
CBOT-TV [CBC Television]
CBS Evening News With Katie Couric - CBS
CFCM-TV (TVA Québec)
CFID-FM (Radio Acton)
CFID-FM (Radio Acton)
CHAN-TV [Global BC]
CHEM-TV (TVA Trois-Rivieres)

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

Chicago Daily Law Bulletin
Chicago Lawyer
Chicago Sun-Times
Chicago Sun-Times
Chicago Tribune
Chicago Tribune
Chicago Tribune
Chicago Tribune
Chicago-Kent Law Review
Chief, The
Chief, The
CHMP-FM (98,5 FM)
CHMP-FM (98,5 FM)
Chronicle Herald, The
Chronicle Herald, The
Chronicle Herald, The
Chronicle Herald, The
Church And State
Church And State
Church And State
CIII-TV [Global Toronto]
CIII-TV [Global Toronto]
CIII-TV [Global Toronto]
Cincinnati Court Index
Cincinnati Enquirer
CJOH-TV (CTV Ottawa)
Claims Advisor
Cleveland State Law Review
Cleveland State Law Review
CNN (Cable News Network)
CNN (Cable News Network)
Colorado Lawyer, The
Columbia Law Review
Columbian, The
Columbus Dispatch, The
Commerce Clearing House Inc.
Commerce Clearing House Inc.
Commercial Lease Law Insider
Commercial Lending Litigation News
Commercial Lending Litigation News
Commercial Lending Litigation News
Commonwealth Group, The
Communications and Entertainment Law

Communications and the Law
Community Association Law Reporter
Computer and Internet Litigation Reporte
Comstock's Business
Connecticut Bar Journal
Connecticut Law Journal
Connecticut Law Tribune
Connecticut Law Tribune
Connecticut Law Tribune
Connecticut Law Tribune
Connecticut Law Tribune
Connecticut Law Tribune
Connecticut Law Tribune
Connecticut Lawyer
Connecticut Lawyer
Construction Claims Monthly
Consumer Bankruptcy News
Consumer Financial Services Law Report
Cook County Jury Verdict Reporter
Cornell Journal of Law and Public Policy
Cornell Journal of Law and Public Policy
Cornell Law Review
Cornell Law Review
Cornell Law Review
Cornell Law Review
Corporate Counsel
Corporate Counsel
Corporate Counsel
Corporate Crime Reporter
Corporate Law Daily
Correctional Education Bulletin
Counsel to Counsel
County Magazine
County Magazine
Court Review
Courthouse News Service
Courts Today
Courts Today
CourtTV Canada
CQ Researcher, The
Crain's Detroit Business
Crime Watch

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

Crime Watch
Criminal Justice
Cristina's Court
Current Psychiatry
Dade County Bar Bulletin
Dade County Bar Bulletin
Daily Business Review
Daily Business Review - Broward Edition
Daily Business Review - Broward Edition
Daily Business Review - Broward Edition
Daily Business Review - Broward Edition
Daily Business Review - Broward Edition
Daily Business Review - Broward Edition
Daily Business Review - Broward Edition
Daily Business Review - Broward Edition
Daily Citizen
Daily Commercial Record
Daily Commercial Record
Daily Commercial Recorder
Daily Commercial Recorder
Daily Commercial Recorder
Daily Court Review
Daily Events
Daily Gleaner, The
Daily Globe
Daily Independent, The
Daily Item, The
Daily Legal News
Daily Legal News
Daily Press
Daily Press
Daily Progress, The
Daily Record
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The

Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Record, The
Daily Recorder, The
Daily Report
Daily Report
Daily Report
Daily Report
Daily Report
Daily Report
Daily Report
Daily Report
Daily Report
Daily Report
Daily Report
Daily Report
Daily Report
Daily Reporter, The
Daily Reporter, The
Daily Reporter, The
Daily Reporter, The
Daily Reporter, The
Daily Reporter, The
Daily Reporter, The
Daily Republic
Daily Territorial
Daily Transcript
Daily Transcript
Dan Caplis Show-KOA-AM
Davis County Clipper
DCBA Brief
DCBA Brief
DCBA Brief
Delaware Business Ledger
Delaware Capitol Review
Delaware Law Weekly
Delaware Law Weekly

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

Detroit Free Press
Detroit Legal News
Detroit Legal News
Detroit Legal News
Disability Law Blog
DiscoveryResources.org
Dispute Resolution Journal
Diversity & the Bar
Diversity & the Bar
Donlon Editorial Service
Dothan Eagle
Dow Jones Newswires
Dow Jones Newswires - Washington
    Bureau
Due Process-New Jersey Network-Njn
DWI Journal
Edmond Sun, The
Education Daily
Education Week
El Diario - La Prensa
Elk City News
Emily Rooney Show - WGBH-FM, The
Emily Rooney Show - WGBH-FM, The
Emily Rooney Show - WGBH-FM, The
Emily Rooney Show - WGBH-FM, The
Entracte
Environmental Laboratory Washington
    Repo
Escambia Sun-Press
Executive Counsel
Executive Counsel
Exhibit A
Exhibit A
Family Advocate
Family Law Reporter
Family Law Reporter
FarmWeek
Federal Discovery News
Federal EEO Advisor
Federal Human Resources Week
Federal Lawyer
Financial News & Daily Record
Financial Times - Washington Bureau

Flint-Genessee County Legal News
Florida Administrative Weekly
Florida Bar Journal
Florida Bar Journal
Florida Bar Journal
Florida Law Review
Florida Law Review
Florida Law Review
Florida Law Review
Florida Law Review
Florida Law Review
Florida Law Review
Florida Law Review
Florida Law Review
Florida Workers' Compensation Law
    Bullet
FNA News
Focus Europe
Food And Drug Law Journal
Food And Drug Law Journal
Food And Drug Law Journal
For the Defense
For the Defense
For the Defense
Forbes
Forbes
Forbes
Fordham Law Review
Fordham Urban Law Journal
Fort Worth Star-Telegram
Fortune
Fox News Channel
Fox News Channel
Fox News Channel
FutureLawyer
Gavel, The
Gavel, The
George Washington Law Review
George Washington Law Review
George Washington Law Review
George Washington Law Review
George Washington Law Review
Georgetown Law Journal

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

Georgetown Law Journal
Georgetown Law Weekly
Georgia Bar Journal
Georgia Bar Journal
German American Trade
Global News Toronto
Gloucester County Times
Goshen News, The
GPSolo
GPSolo
GPSolo
Grand Rapids Legal News
Greenville News, The
guardian.co.uk
guardian.co.uk
Guns & Weapons for Law Enforcement
Guns & Weapons for Law Enforcement
Hamilton County Herald
Hamilton County Herald
Hamilton Spectator
Hamilton Spectator
Hamilton Spectator
Harvard Law Review
Hastings Center Report
Hastings Law Journal
Hastings Law Journal
Hawaii Bar Journal
Headnotes
Health Advocate
Health Advocate
Health City Sun
Health City Sun
Health Law Litigation Reporter
Health Law Litigation Reporter
Health Law360
Health Lawyers News
Health Lawyers News
Health Lawyers News
Health Matrix: Journal of Law-Medicine
Healthcare Law & Governance
Healthcare Law & Governance
Healthcare Law & Governance
HealthLawProf Blog

HLN - New York Bureau
Holland Sentinel
Housing For Senior Report
Houston Chronicle
Houston Chronicle
Houston Law Review
Houston Lawyer
Houston Lawyer
Howard Law Journal
Howard Law Journal
Huron Daily Tribune
Huronia Business Times
Huspeni, Dennis
ICSID Review: Foreign Investment Law Jou
ICSID Review: Foreign Investment Law Jou
ICSID Review: Foreign Investment Law Jou
Idaho Law Review
Idaho Law Review
IEEE Wireless Communications
Illinois Bar Journal
Illinois Police and Sheriff's News
Illinois Workers' Compensation Law Bull
In Re
In Transit
Indiana Law Review
Indiana Law Review
Indiana Law Review
Indiana Lawyer, The
Indiana Lawyer, The
Indiana Lawyer, The
Indiana Lawyer, The
Indiana Lawyer, The
Indiana Magazine of History
Indianapolis Star, The
Inside Regulatory Strategies
Inside Regulatory Strategies
Inside Washington Publishers
InsideCounsel
InsideCounsel
InsideCounsel
InsideCounsel
InsideCounsel

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

Intellectual Property Lawcast
Intellectual Property Litigation Reporte
International Law News
International Law News
International Law News
Invention Connection
IP Law & Business
IP Law & Business
IP Law & Business
ISBA Bar News
Issues in Science and Technology
J.E.
J.E.
J.E.
Janesville Gazette, The
Janesville Gazette, The
Journal & Courier, The
Journal of BioLaw & Business, The
Journal of Corporation Law, The
Journal Of Court Reporting
Journal of Criminal Justice
Journal of Health and Life Sciences Law
Journal of Health Lawyers
Journal of Health Lawyers
Journal of Health, Politics, Policy and
Journal of Health, Politics, Policy and
Journal Of Kansas Pharmacy
Journal Of The Missouri Bar
Journal, The
Judges Journal
Jury Verdict Review & Analysis
Just Plain Bill Show
Justice System Journal
Kansas City Business Journal
KGO-AM
KPBS-FM
KPLU-FM
KPSP-TV
KTRK-TV
KWTO-AM
KYPost.com
La Prensa
La Presse

La Presse
La Presse
la presse
La Revue du Notariat
La Tribuna
La Voix de L'Est
Lacey, Hank
Lancaster Law Review
Law & Contemporary Problems
Law & Order
Law & Society Review
Law and Order
Law and Order
Law Enforcement Product News
Law Enforcement Product News
Law Enforcement Product News
Law Enforcement Product News
Law Enforcement Technology
Law Enforcement Technology
Law Enforcement Technology
Law Firm Inc.
Law Firm Inc.
Law Firm Partnership & Benefits Report
Law Office Administrator
Law Officer Magazine
Law Officer Magazine
Law Officer Magazine
Law Officer Magazine
Law Practice Management
Law Practice Management
Law Practice Management
Law Practice Management
Law Reporter
Law Show
Law Show-WAMC-FM
Law Technology Product News
Law Technology Product News
Law Technology Product News
Law Technology Product News
Law Times
Law Times
Law Times

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

Law Times
Law Week Colorado
Law Week Colorado
Law Week Colorado
Law Week Colorado
Law Week Colorado
Law.com
Law360
Law360
Law360
Lawcast.com
Lawrence County Live - KRLW-AM
Lawyers Journal
Lawyers Journal
Lawyers USA
Lawyers USA
Lawyers USA
Lawyers Weekly USA
Lawyers Weekly USA
Layman's Lawyer - WPBA-TV, The
Le Canada Français
Le Coup D'Oeil
Le Devoir
Le Journal du Barreau
Le Journal du Barreau
Le Monde Juridique
Le Nouvelliste
Le Nouvelliste
Le Quotidien
Legal Briefs-WCCM - WCCM-AM
Legal Description, The
Legal Intelligencer, The
Legal Intelligencer, The
Legal Intelligencer, The
Legal Intelligencer, The
Legal Intelligencer, The
Legal Intelligencer, The
Legal Intelligencer, The
Legal Issues in College Athletics
Legal Publisher
Legal Publisher
Legal Record
Legal Reference Services Quarterly

Legal Reporter
Legal Talk-WCOJ-AM
Legal Times
Legal Times
Legal Times
Legal Times
Legaline
Lehigh Law Journal
Lexington Herald-Leader
Lexpert
Licensing Letter
Litchman, Lori
Litigation
LLRX.com
Long Island Business News
Long Island Business News
Long Island Business News
Longmont Daily Times-Call
Los Angeles Business Journal
Los Angeles Daily Journal
Los Angeles Daily Journal
Los Angeles Daily Journal
Los Angeles Daily Journal
Los Angeles Daily Journal
Los Angeles Daily Journal
Los Angeles Daily Journal
Los Angeles Daily Journal
Los Angeles Lawyer
Los Angeles Lawyer
Los Angeles Times
Los Angeles Times
Los Angeles Times
Los Angeles Times - San Francisco Bureau
Louisiana Bar Journal
Louisiana Record, The
L'Union
M & A Lawyer, The
M&A Journal, The
MADDvocate, The
Mail Tribune
Maine Bar Journal
Maine Business & Employment Law

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

Managed Care Law Weekly
Maryland Bar Journal
Maryland Bar Journal
Marysville Journal Tribune
Massachusetts Lawyers Weekly
Massachusetts Lawyers Weekly
Massachusetts Lawyers Weekly
Massachusetts Lawyers Weekly
Massachusetts Lawyers Weekly
Massachusetts Lawyers Weekly
Matagorda County Advocate
MBA Messenger, The
McClatchy - Washington Bureau
Mealey's International Arbitration Repor
Mealey's International Arbitration Repor
Mealey's Litigation Report: Insurance Fr
Mecklenburg Times, The
Media Law Reporter
Medical Malpractice: Verdicts, Settlemen
Medical Research Law & Policy Report
Metro Justice
Metropolitan Corporate Counsel
Metropolitan Corporate Counsel
Metropolitan Corporate Counsel
Metropolitan Corporate Counsel
Metropolitan Corporate Counsel
Michigan Law Review
Michigan Law Review
Michigan Lawyers Weekly
Michigan Lawyers Weekly
Michigan Lawyers Weekly
Michigan Lawyers Weekly
Michigan Lawyers Weekly
Michigan Lawyers Weekly
Michigan State Law Review
Michigan State Law Review
Millard, Elizabeth
Minnesota Lawyer
Minnesota Lawyer
Minnesota Lawyer
Minnesota Lawyer
Minnesota Lawyer
Minority Law Journal

Mississippi Law Journal
Mississippi Lawyer
Mississippi Lawyer
Mississippi Pharmacist
Missouri Lawyers Weekly
Missouri Lawyers Weekly
Missouri Lawyers Weekly
Missouri Lawyers Weekly
Missouri Lawyers Weekly
Missouri Lawyers Weekly
Money Laundering Alert
Montana Law Review
Montana Lawyer, The
Morris Lawyer
Morris Lawyer
Morrison County Record
Moves Magazine
My Shingle
Nancy Grace - HLN
Nancy Grace - HLN
Nancy Grace- CNN Headlines News
Nancy Grace- CNN Headlines News
NATAT's Washington Report
National Bar Association Magazine
National Law Journal
National Law Journal
National Law Journal
National Law Journal
National Law Journal - Washington
   Bureau
National Law Journal, The
National Law Journal, The
National Law Journal, The
National Law Journal, The
National Magazine
National Magazine
National Motorists Association
National Public Employment Reporter
National Public Radio
NBC News - Washington Bureau
NBC Nightly News With Brian Williams - N
NBC Nightly News With Brian Williams - N
Nebraska Municipal Review

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

Nevada Lawyer
Nevada Legal News
New England School Of Law Alumni
  Newslet
New Hampshire Bar News
New Hampshire Town & City
New Jersey Family Lawyer
New Jersey Law Journal
New Jersey Law Journal
New Jersey Law Journal
New Jersey Law Journal
New Jersey Law Journal
New Jersey Law Journal
New Jersey Law Journal
New Jersey Law Journal
New Jersey Law Journal
New Jersey Law Journal
New Jersey Law Journal
New Mexico Law Review
New Republic, The
New York Daily News
New York Daily News
New York Daily News
New York Daily News
New York Education Law Report
New York Healthcare Law Bulletin
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law Journal
New York Law School Journal of Human
  Rig
New York Law School Journal of Internati

New York Law School Law Review
New York Professional Engineer
New York State Bar Journal
New York State Bar News
New York Times, The
New York Times, The
New York University Law Review
New York University Law Review
New York University Review of Law and
  So
New York University Review of Law and
  So
New York University Review of Law and
  So
New York University Review of Law and
  So
Newark Advocate
News Media & The Law, The
Newsday
Newsday
Newsday - Washington Bureau
News-Record
News-Record
NJBiz
NLRB Advice Memorandum Reporter
Non-Profit Legal & Tax Letter
North Carolina Lawyer Weekley
North Carolina Lawyers Weekly
North Carolina Lawyers Weekly
North Carolina Lawyers Weekly
North Carolina Lawyers Weekly
North Carolina Lawyers Weekly
North Carolina Lawyers Weekly
North Carolina Magazine
North Carolina State Bar Journal
North Dakota Law Review
North Dakota Law Review
North Dakota Law Review
North Dakota Law Review
North Dakota Rec Magazine
Northwestern University Law Review
Northwestern University Law Review
Northwestern University Law Review

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

Notary Bulletin
Notary Bulletin
Notre Dame Law Review
Notre Dame Law Review
Nuclear Law Bulletin
Oakland County Legal News
Oakland Press, The
Oakville Today
Obiter Dicta
Officer.com
Ohio Lawyer
Ohio State Bar Association Report
Ohio State Bar Association Report
Ohio State Bar Association Report
Ohio State Bar Association Report
Ohio State Bar Association Report
Ohio State Law Journal
Ohio State Law Journal
Ohio State Law Journal
Oklahoma Bar Journal, The
Oklahoma Law Review
Oklahoma Law Review
Oklahoma Law Review
Oklahoma Law Review
Oklahoma Law Review
Oklahoma Law Review
Oklahoma Law Review
Oklahoma Law Review
Omaha World-Herald
Omaha World-Herald
On Premise
On Premise
On the Record With Greta Van Susteren -
On the Record With Greta Van Susteren -
On the Record With Greta Van Susteren -
On the Record With Greta Van Susteren -
Orange County Business Journal
Orange County Lawyer
Orange County Lawyer
Orange County Lawyer
Orange County Lawyer
Orange County Register
Oregon Law Review

Oregon State Bar Bulletin
Orlando Business Journal
Orlando Sentinel
OT Practice
Pacific Business News
Pacific Coast Business Times
Pacific Coast Business Times
Palm Beach Post
Palm Beach Post
Paralegal Reporter
Paralegal Reporter
Paralegal Reporter
Partner's Report for Law Firm Owners
Patent, Trademark & Copyright Journal
PaTLA News & The Barrister
Penn State Law Review
Pennsylvania Bar News
Pennsylvania Bar News
Pennsylvania Law Weekly
Personal Injury Verdict Reviews
Personal Injury Verdict Reviews
Petroleum News
Philadelphia Bar Reporter
Philadelphia Bar Reporter
Philadelphia Bar Reporter
Philadelphia Bar Reporter
Philadelphia Bar Reporter
Philadelphia Bar Reporter
Philadelphia Bar Reporter
Philadelphia Bar Reporter
Philadelphia Bar Reporter
Philadelphia Bar Reporter
Philadelphia Business Journal
Philadelphia Lawyer, The
Pink Sheet, The
Pit & Quarry
Pittsburgh Business Times
Pittsburgh Legal Journal (Daily)
Pittsburgh Post-Gazette
Pittsburgh Post-Gazette
Pittsburgh Post-Gazette
Pittsburgh Post-Gazette

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

Plaintiff
Plaintiff
Planning Report, The
Planning Report, The
Police
Police
Police
Police
Police And Security News
Police And Security News
Police And Security News
Police Chief
Police Fleet Manager
Police Fleet Manager
PORAC Law Enforcement News
Portland Press Herald
Post and Courier, The
Powerline
PreLaw Insider
PreLaw Insider
PreLaw Insider
Press-Enterprise, The
Private Wealth
Private Wealth
Professional Licensing Report
ProPublica
Prosecutor
Province, The
Psychology, Public Policy, and Law
PUR Utility Regulatory News, The
Queens Bar Bulletin
Queens Bar Bulletin
Quincy Herald-Whig
Rabble.ca
Reason
Record, The
Record, The
Record, The (Kitchener)
Report On Medicare Compliance
Report On Medicare Compliance
Report On Medicare Compliance
Reporter
Reporter (Vacaville, CA), The

Revue VIH/sida, HIV/AIDS Policy & Law Re
Revue VIH/sida, HIV/AIDS Policy & Law Re
Rhode Island Bar Journal
Rhode Island Lawyers Weekly
Richmond Review
Right of Way
Rochester Business Journal
Rockford Register Star
Rockford Register Star
Rutgers Law Review
Sacramento Bee, The
Saint Charles County Business Record
Saint John's Law Review
Saint Joseph Daily Courier
Salon.com
Salut, Bonjour!
San Antonio Business Journal
San Antonio Express-News
San Antonio Lawyer
San Diego Lawyer
San Diego Union-Tribune
San Francisco Business Times
San Francisco Chronicle
San Francisco Daily Journal
San Francisco Daily Journal
San Francisco Daily Journal
San Francisco Daily Journal
San Francisco Daily Journal
San Francisco Daily Journal
San Francisco Daily Journal
San Francisco Daily Journal
San Francisco Daily Journal
San Joaquin Agricultural Law Review
San Joaquin Agricultural Law Review
San Joaquin Agricultural Law Review
San Jose Mercury News
San Jose Mercury News
San Jose Post-Record
San Jose Post-Record
San Jose Post-Record
San Jose Post-Record
Santa Cruz Sentinel

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

Santa Cruz Sentinel

Santa Cruz Sentinel

Sarnia Observer

Savannah Morning News

School Law Newsletter

Section 504 Compliance Advisor

Securities Regulation & Law Report

Sheriff

Sierra Vista Herald/The Bisbee Daily Rev

Sierra Vista Herald/The Bisbee Daily Rev

Slate.com

Small Firm Business

Sonoma County Herald-Recorder

South Carolina Lawyer

South Carolina Lawyers Weekly

South Carolina Lawyers Weekly

South Carolina Lawyers Weekly

South Carolina Lawyers Weekly

South Carolina Lawyers Weekly

South Dakota Bar Newsletter

South Florida Business Journal

South Florida Sun-Sentinel

Southeast Texas Record, The

Southern California Law Review

Southern California Law Review

Southern California Law Review

Southern California Law Review

Special Educator, The

Springfield News-Sun

St. Louis Bar Journal

St. Louis Bar Journal

St. Louis Countian

St. Louis Daily Record

St. Louis Daily Record

St. Louis Daily Record

St. Louis Daily Record

St. Louis Daily Record

St. Louis Daily Record

St. Louis Daily Record

St. Louis Lawyer

St. Louis Post-Dispatch

St. Paul Legal Ledger

St. Petersburg Times

St. Petersburg Times

Standard-Examiner

Stanford Law Review

Stanford Law Review

Stanford Law Review

Stanford Law Review

StarPhoenix, The

State Legislature

State, The

Staten Island Advance

Steamboat Pilot & Today

Stein, Linda

Sterns, Patricia

Student Lawyer

Student Lawyer

Suffolk Journal

Suffolk University Law Review

Suffolk University Law Review

Suffolk University Law Review

Summary of Labor Arbitration Awards

Sunday Edition, The

Talkers Magazine

Tampa Tribune

Tampa Tribune

Tampa Tribune

Tampa Tribune

Tech Law Journal

Technology Law360

Telegraph-Journal

Tennessean, The

Tennessee Bar Journal

Texarkana Gazette

Texas Bar Journal

Texas Bar Journal

Texas Bar Journal

Texas Law Review

Texas Lawyer

Texas Lawyer

Texas Lawyer

Texas Lawyer

Texas Lawyer

Texas Lawyer

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

Texas Lawyer - Houston Bureau
Texas Reporter
The Advance Sheet
The Advocate - USD School of Law
The Akron Beacon Journal
The ALI Reporter
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The American Lawyer
The Arizona Republic
The Arkansas Lawyer
The Birmingham News
The Boston Globe
The Business Journal
The Business Review
The Business Review
The Catholic Advocate
The Champion
The Colorado Lawyer
The Colorado Lawyer
The Columbus Dispatch
The Commonwealth Group
The Daily Deal
The Daily Deal - Washington Bureau
The Daily Record

The Daily Record
The Daily Record
The Daily Record
The Daily Record
The Daily Record
The Daily Recorder
The Daily Reporter
The Daily Reporter
The Daily Standard
The Day
The Daytona Beach News-Journal
The Daytona Beach News-Journal
The Denver Post
The Docket Sheet
The Docket Sheet
The Florida Times-Union
The Georgetown Journal of Legal Ethics
The Indiana Lawyer
The Indiana Lawyer
The Intelligencer
The Iowa Lawyer
The Journal of Corporation Law
The Kitsap Sun
The Lawyer's P C
The Legal Description
The Legal Intelligencer
The Legal Intelligencer
The Legal Intelligencer
The Legal Intelligencer
The Legal Intelligencer
The Legislative Gazette
The Legislative Gazette
The Licensing Book
The Memphis Daily News
The Metropolitan News-Enterprise
The Miami Herald
The New York Times
The News Media & The Law
The Oklahoma Bar Journal
The Paducah Sun
The Philadelphia Inquirer - Bucks County
The Philadelphia Inquirer - Chester Coun

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

The Philadelphia Inquirer - Doylestown B
The Plain Dealer
The Record
The Recorder
The Recorder
The Repository
The Roanoke Times
The Roanoke Times
The Sales Rep's Advisor
The Vidocq Journal
The Wall Street Journal - Los Angeles Bu
The Wall Street Journal - Washington Bur
The Wall Street Journal - Washington Bur
The Washington Post
The Washington Post - Fairfax Bureau
The West Virginia Lawyer
The West Virginia Lawyer
The Wyoming Lawyer
Thomson Reuters
Thomson Reuters
Thomson Reuters
Thomson Reuters
Thomson Reuters
Thomson Reuters
Thomson Reuters
Thomson Reuters
Thomson Reuters - Washington Bureau
Times Leader
Times of NW Indiana, The
Times Union
Today In Peachtree City
Toledo Legal News
Toledo Legal News
Toronto Star, The
Toronto Star, The
Toronto Star, The
Toronto Star, The
Toronto Star, The
Toronto Star, The
Toronto Star, The
Toronto Sun, The
Toronto Sun, The
Total Licensing Report, The

Trademark Reporter
Treasure Coast Business Journal
Trial Trends
Trials Digest
Trials Digest
Triangle Business Journal
Tribal Law Journal
Tri-County News
Tru TV
Tru TV
Tulane Law Review
Tulane Law Review
Tulsa World
UConn Today
United States Law Week
University of Chicago Law Review, The
University of Chicago Law Review, The
University Of Cincinnati Law Review
University Of Colorado Law Review
University of Hawaii Law Review
University Of Illinois Law Review
University Of Illinois Law Review
University of Iowa News Services
University of Pennsylvania Law Review
Urban Lawyer
USA Today
USA Today
Utah Law Review
Utah Law Review
Utah Law Review
Vancouver Sun, The
Vancouver Sun, The
Venice Herald-Tribune
Verdict With Dan Abrams - MSNBC
   Network
Verdicts & Settlements
Vermont Journal Of Environmental Law
Vermont Law Review
Villanova Law Review
Virginia Law Review
Virginia Lawyers Weekly
Virginia Lawyers Weekly
Virginia Lawyers Weekly

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

Virginia Lawyers Weekly
Wall Street Journal - Houston Bureau, Th
Wall Street Journal, The
Wall Street Journal, The
Wall Street Journal, The
Wall Street Journal, The
Washington & Lee Law Review
Washington Law & Politics
Washington Law & Politics
Washington Law & Politics
Washington Law Review
Washington Law Review
Washington Law Review
Washington Lawyer, The
Washington Lawyer, The
Washington Post, The
Washington Tariff & Trade Letter
Washingtonian
Waterloo Region Record, The
WAVY-TV
WBZ-AM
WCAU-TV
Westchester County Business Journal
Westchester Law Journal
Westchester Law Journal
Wet Mountain Tribune
WFAA-TV
WFED-AM
WFLD-TV
WGPA-AM
Whole Foods Magazine
Whole Foods Magazine
WHP-TV
WILL-AM
WILL-AM
WILL-AM
Windsor Star, The
Windsor Star, The
Winnipeg Free Press
Winnipeg Free Press, The
Winnipeg Sun
Winnipeg Sun
Wired GC

Wisconsin Counties
Wisconsin Law Journal
Wisconsin Law Journal
Wisconsin Law Journal
Wisconsin Lawyer
Wisconsin Lawyer
Wisconsin Rapids Daily Tribune
WNBC-TV
Women Lawyers Journal
Women Lawyers Journal
Workers' Compensation Law Bulletin
Workplace Law Report
WRC-TV
WRTV-TV
WSVN-TV
WSVN-TV
WVTM-TV
WWSB-TV
WXIA-TV
WXIA-TV
Yale Law Journal
Yale Law Journal
You Be The Judge
Yourwriters.com

© PR Newswire Association LLC. All rights reserved.