BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
CATHLEEN HAMEL HARTGE (State Bar No. 296547)
cathleen.hartge@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, Case No. 11-cv-05502<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Individual Case No. 11-cv-06396<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Case No. 11-cv-06397 | Case No. Master File No. 3:07-cv-05944-SC<br><br>MDL NO. 1917<br><br>**DEFENDANT LG ELECTRONICS, INC.'S JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTIONS FOR SUMMARY JUDGMENT, MOTION TO EXCLUDE EXPERT TESTIMONY, AND MOTIONS *IN LIMINE*** |

1

2   *Dell Inc.; Dell Products L.P., v. Philips Electronics North America Corporation et al.*,
3   No. 13-cv-2171

4   *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 11-cv-01656

5

6   *Interbond Corporation of America d/b/a BrandsMart USA v. Hitachi, Ltd., et al.*, Case
7   No. 11-cv-06275

8   *Office Depot Inc. v. Hitachi Ltd., et al.*, Case No. 11-cv-06276

9

10  *P.C. Richard & Son Long Island Corporation et al. v. Hitachi Ltd., et al.*, Case No. 12-cv-
11  02648

12  *Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC, et al., v. Technicolor SA,
13  et al.*, Case No. 12-cv-02649

14
    *Sears, Roebuck and Co. and Kmart Corp. v.
15  Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514

16
    *Sharp Electronics Corp., et al. v. Hitachi Ltd.,
17  et al.*, No. 13-cv-1173

18
    *Sharp Electronics Corp., et al. v. Koninklijke
19  Philips Elecs., N.V., et al.,* No. 13-cv-2776

20  *Tech Data Corp., et al. v. Hitachi, LTD., et al.,*
    Individual Case No. 13-cv-00157
21
    *ViewSonic Corporation v. Chunghwa Picture
22  Tubes Ltd.*, No. 14-cv-2510

23

24

25

26

27

28

26955693.1                                                                    3:07-cv-05944-SC; MDL 1917
DEF. LG ELECTRONICS, INC.'S JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTIONS

Defendant LG Electronics, Inc. hereby joins the following motions for summary judgment filed on November 7, 2014:

- Hitachi Defendants' Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations, Dkt. No. 2972;
- Hitachi America, Ltd.; Hitachi Displays, Ltd; Hitachi Electronic Devices (USA), Inc.'s Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy, Dkt. No. 2976;
- Thomson Consumer Electronics, Inc.'s Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment, Dkt. No. 2981;
- Samsung SDI's Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics, Dkt. No. 2983;
- Tech Displays America's Notice of Motion and Motion for Summary Judgment, Dkt. No. 2984;
- The Toshiba Defendants' Notice of Motion and Motion for Summary Judgment Concerning Withdrawal, Dkt. No. 2995;
- Defendants Panasonic Corporation of North America's and Panasonic Corporation's (F/K/A/ Matsushita Electric Industrial Co., Ltd.) Notice of Motion and Motion for Summary Judgment, Dkt. No. 3001;
- Mitsubishi Electronic Corporation's Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC Mitsubishi Electric Visual Systems Corporation, Dkt. No. 3026;
- Philips Electronics North America Corporation, Philips Taiwan Limited, Philips do Brasil Ltda's Motion for Partial Summary Judgment, Dkt. No. 3027;
- Mitsubishi Electric Corporation's Motion for Summary Judgment Based Upon Absence of Evidence of Liability, Dkt. No. 3037;
- Koninklijke Philips N.V.'s Motion for Summary Judgment, Dkt. No. 3040; and

1  • Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation, Dkt. No. 3102.

Defendant LG Electronics, Inc. hereby joins the following motion to exclude expert testimony filed on December 5, 2014:

• SDI Defendants' Notice of Motion and Motion to Exclude Expert Testimony of Dr. Stephan Haggard, Dkt. No. 3168.

Defendant LG Electronics, Inc. hereby joins the following motions *in limine* filed on February 13, 2015:

• SDI Defendants' Motion *In Limine* to Prohibit Plaintiffs from Conflating SDI with Non-Parties, Including But Not Limited to, Samsung Electronics, Co., Ltd., Dkt. No. 3561;

• SDI Defendants' Motion *In Limine* to Exclude Irrelevant and Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732, Dkt. No. 3565;

• The Toshiba Defendants' Motion *In Limine* to Exclude Evidence of Toshiba's Sales to Sharp Corporation, Dkt. No. 3577; and

• Mitsubishi Electric's Notice of Motion and Motions *In Limine* Nos. 1-3, Dkt No. 3601 (LG Electronics, Inc. joins at to motions *in limine* Nos. 1 and 3, but not No. 2).

Dated:  June 4, 2015                          Respectfully submitted,

**MUNGER, TOLLES & OLSON LLP**

By: */s/ Miriam Kim*
MIRIAM KIM
JEROME C. ROTH (SBN 159483)
jerome.roth@mto.com
MIRIAM KIM (SBN 238230)
miriam.kim@mto.com
CATHLEEN HAMEL HARTGE (SBN 296547)
cathleen.hartge@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 098858)
william.temko@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*