Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*The Indirect Purchaser Action* | **TOSHIBA DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

On June 5, 2015, Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. served notice under 28 U.S.C. § 1715 of the proposed settlement of this action (the "Notice") (*see, e.g.*, Exhibit 1) on the United States Attorney General and the Attorneys General of all fifty states, the District of Columbia, and Puerto Rico.  Proof of Service is attached hereto as Exhibit 2.  The Notice, together with a compact disk containing accompanying enclosures, was served within ten days of the filing of the Indirect Purchaser Plaintiffs' Notice of Motion and Motion For Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba and Samsung SDI Defendants on May 29, 2015.

Dated:  June 5, 2015

Respectfully submitted,

WHITE & CASE LLP

By:   /s/ *Dana E. Foster*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*