Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Consumer Products, L.L.C., Toshiba America
Electronic Components, Inc., and Toshiba
America Information Systems, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*The Indirect Purchaser Action* | **PROOF OF SERVICE RE: TOSHIBA DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

## PROOF OF SERVICE BY U.S. MAIL OR OVERNIGHT DELIVERY

2    I, Samuel J. Sharp, hereby declare as follows:

3    1.    I am over the age of 18 years and am not a party to the within action. I am

4 employed by White & Case LLP in Washington, D.C.

5    2.    My e-mail and business addresses are samuel.sharp@whitecase.com and

6 White & Case LLP, 701 Thirteenth St. N.W., Washington, D.C. 20005.

7    3.    On June 5, 2015, at 701 Thirteenth Street N.W., Washington, D.C., I served a true

8 copy the Toshiba Defendants' notice under 28 U.S.C. § 1715 of the proposed settlement of

9 this action by sending it via overnight delivery or U.S. mail to the addresses set forth in

10 Attachment A.

11    I declare under penalty of perjury that the foregoing is true and correct.

12    Executed this 5th day of June, 2015, in Washington, D.C.

13

14

15

16                        Samuel J. Sharp

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE RE: TOSHIBA DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715
Case No. 07-5944 SC, MDL No. 1917

# Attachment A

| Service List of Notice Under 28 U.S.C. § 1715 *In re: Cathode Ray Tube (CRT) Antitrust Litigation* No. 07-5944 SC; MDL No. 1917 | |
|---|---|
| The Honorable Loretta E. Lynch Attorney General of the United States United States Department of Justice 950 Pennsylvania Ave, NW Washington, D.C. 20530-0001 | The Honorable Luther Strange Attorney General of Alabama Office of the Attorney General P.O. Box 300152 Montgomery, AL 36130-0152 |
| The Honorable Craig W. Richards Attorney General of Alaska P.O. Box 110300 Juneau, AK 99811-0300 | The Honorable Mark Brnovich Attorney General of Arizona Office of the Attorney General 1275 West Washington Street Phoenix, AZ 85007-2926 |
| The Honorable Leslie Rutledge Attorney General of Arkansas Office of the Attorney General 323 Center Street, Suite 200 Little Rock, AR 72201 | The Honorable Kamala Harris Office of the Attorney General California Department of Justice P.O. Box 944255 Sacramento, CA 94244-2550 |
| The Honorable Cynthia Coffman Attorney General of Colorado Colorado Department of Law Office of the Attorney General Ralph L. Carr Colorado Judicial Center 1300 Broadway, 10th Floor Denver, CO 80203 | The Honorable George Jepsen Attorney General of Connecticut Office of the Attorney General 55 Elm Street Hartford, CT 06106 |
| The Honorable Matthew Denn Attorney General of Delaware Office of the Attorney General Carvel State Building 820 North French Street Wilmington, DE 19801 | The Honorable Pam Bondi Attorney General of Florida Office of the Attorney General The Capitol PL-01 Tallahassee, FL 32399-1050 |
| The Honorable Sam Olens Attorney General of Georgia Office of the Attorney General 40 Capitol Square, S.W. Atlanta, GA 30334-1300 | The Honorable Douglas S. Chin Attorney General of Hawaii Office of the Attorney General 425 Queen Street Honolulu, HI 96813 |

| | |
|---|---|
| The Honorable Lawrence G. Wasden<br>Attorney General of Idaho<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 | The Honorable Lisa Madigan<br>Attorney General of Illinois<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |
| The Honorable Greg Zoeller<br>Attorney General of Indiana<br>Office of the Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 | The Honorable Tom Miller<br>Attorney General of Iowa<br>Office of the Attorney General<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| The Honorable Derek Schmidt<br>Attorney General of Kansas<br>Office of the Attorney General<br>Memorial Hall, 2nd Floor<br>120 S.W. 10th Avenue<br>Topeka, KS 66612-1597 | The Honorable Jack Conway<br>Attorney General of Kentucky<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449 |
| The Honorable James D. Caldwell<br>Attorney General of Louisiana<br>P.O. Box 94005<br>Baton Rouge, LA 70804-4095 | The Honorable Janet T. Mills<br>Attorney General of Maine<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| The Honorable Brian E. Frosh<br>Attorney General of Maryland<br>Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, MD 21202 | The Honorable Maura Healey<br>Attorney General of Massachusetts<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1518 |
| The Honorable William Schuette<br>Attorney General of Michigan<br>Office of the Attorney General<br>525 West Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 | The Honorable Lori Swanson<br>Attorney General of Minnesota<br>Office of the Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 |

| | |
|---|---|
| The Honorable Jim Hood<br>Attorney General of Mississippi<br>Office of the Attorney General<br>P.O. Box 220<br>Jackson, MS 39205 | The Honorable Chris Koster<br>Attorney General of Missouri<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| The Honorable Tim Fox<br>Attorney General of Montana<br>Office of the Attorney General<br>215 N. Sanders, Third Floor<br>P.O. Box 201401<br>Helena, MT 59620-1401 | The Honorable Doug Peterson<br>Attorney General of Nebraska<br>Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 |
| The Honorable Adam Paul Laxalt<br>Attorney General of Nevada<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701-4717 | The Honorable Joseph Foster<br>Attorney General of New Hampshire<br>Office of the Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |
| The Honorable John Jay Hoffman<br>Acting Attorney General of New Jersey<br>Office of the Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 | The Honorable Hector Balderas<br>Attorney General of New Mexico<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| The Honorable Eric T. Schneiderman<br>Attorney General of New York<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | The Honorable Roy Cooper<br>Attorney General of North Carolina<br>Attorney General's Office<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| The Honorable Wayne Stenehjem<br>Attorney General of North Dakota<br>Office of the Attorney General<br>State Capitol<br>600 East Boulevard Avenue<br>Bismarck, ND 58505 | The Honorable Mike DeWine<br>Attorney General of Ohio<br>Office of the Attorney General<br>30 East Broad Street, 14th Floor<br>Columbus, OH 43215 |

| | |
|---|---|
| The Honorable Scott Pruitt<br>Attorney General of Oklahoma<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | The Honorable Ellen Rosenblum<br>Attorney General of Oregon<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street, N.E.<br>Salem, OR 97301-4096 |
| The Honorable Kathleen Kane<br>Attorney General of Pennsylvania<br>Office of the Attorney General<br>1600 Strawberry Square<br>Harrisburg, PA 17120 | The Honorable Cesar R. Miranda-Rodriguez<br>Attorney General of Puerto Rico<br>PO Box 902192<br>San Juan, PR 00902-0192 |
| The Honorable Peter Kilmartin<br>Attorney General of Rhode Island<br>Office of the Attorney General<br>150 S. Main Street<br>Providence, RI 02903 | The Honorable Alan Wilson<br>Attorney General of South Carolina<br>P.O. Box 11549<br>Columbia, SC 29211 |
| The Honorable Marty J. Jackley<br>Attorney General of South Dakota<br>Office of the Attorney General<br>1302 E. Hwy 14, Suite 1<br>Pierre, SD 57501-8501 | The Honorable Herbert Slatery III<br>Attorney General of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| The Honorable Ken Paxton<br>Attorney General of Texas<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | The Honorable Sean Reyes<br>Attorney General of Utah<br>Office of the Attorney General<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320 |
| The Honorable William H. Sorrell<br>Attorney General of Vermont<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001 | The Honorable Mark R. Herring<br>Attorney General of Virginia<br>Office of the Attorney General<br>900 East Main Street<br>Richmond, VA 23219 |

| | |
|---|---|
| The Honorable Bob Ferguson<br>Attorney General of Washington<br>Office of the Attorney General<br>1125 Washington Street, SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | The Honorable Patrick Morrisey<br>Attorney General of West Virginia<br>Office of the Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305 |
| The Honorable Brad D. Schimel<br>Attorney General of Wisconsin<br>P.O. Box 7857<br>Madison, WI 53707-7857 | The Honorable Karl A. Racine<br>Attorney General, District of Columbia<br>Office of the Attorney General<br>441 4th Street, NW<br>Washington, DC 20001 |
| The Honorable Peter K. Michael<br>Attorney General of Wyoming<br>Attorney General's Office<br>State Capitol Building, Room 123<br>200 W. 24th Street<br>Cheyenne, WY 82002 | |