BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd. and Philips do Brasil, Ltda*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Indirect Purchaser Action* | Case No. 3:07-5944 SC<br><br>MDL No. 1917<br><br>**PHILIPS DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

On June 8, 2015, Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd., and Philips do Brasil, Ltda. (collectively the "Philips Defendants") served notice under 28 U.S.C. § 1715 of the proposed settlement of Indirect Purchaser Plaintiffs' action (the "Notice") (*see, e.g.*, Exhibit 1) on the United States Attorney General and Attorneys General of all fifty states, the District of Columbia, and Puerto Rico.  The Notice, together with enclosed materials, was served within ten days of the filing of the Indirect Purchaser Plaintiffs' Notice of Motion for Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba, and Samsung SDI Defendants on May 29, 2015.

Dated: June 8, 2015

By: _____
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

## CERTIFICATE OF SERVICE

I, Charles M. Malaise, hereby declare as follows:

1. I am over the age of 18 years and am not a party to this action. I am an associate with the law firm Baker Botts L.L.P. in Washington, D.C.

2. My email and business address are charles.malaise@bakerbotts.com and Baker Botts L.L.P., 1299 Pennsylvania Avenue, NW, Washington, D.C. 20004.

3. On June 8, 2015, I caused a copy of Philips Defendants' Notice of Compliance with 28 U.S.C. § 1715 of the proposed settlement with the Indirect Purchaser Plaintiffs to be served by sending it via overnight delivery or U.S. mail to the addresses set forth in the table below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June, 2015, in Washington, D.C.

_____
Charles M. Malaise

Service List of Notice Under 28 U.S.C. § 1715

*In re: Cathode Ray Tube (CRT) Antitrust Litigation*

No. 07-5944 SC; MDL No. 1917

| | |
|---|---|
| The Honorable Luther Strange<br>Alabama Attorney General<br>501 Washington Ave.<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | The Honorable Craig W. Richards<br>Alaska Attorney General<br>P.O. Box 110300<br>Juneau, AK 99811-0300 |
| The Honorable Mark Brnovich<br>Arizona Attorney General<br>1275 W. Washington St.<br>Phoenix, AZ 85007 | The Honorable Leslie Rutledge<br>Arkansas Attorney General<br>323 Center St., Suite 200<br>Little Rock, AR 72201-2610 |
| The Honorable Kamala D. Harris<br>California Attorney General<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814 | The Honorable Cynthia Coffman<br>Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| The Honorable George Jepsen<br>Connecticut Attorney General<br>55 Elm Street<br>Hartford, CT 06106 | The Honorable Matthew Denn<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 N. French Street<br>Wilmington, DE 19801 |
| The Honorable Loretta E. Lynch<br>Attorney General of the United States<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 | The Honorable Pam Bondi<br>Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 |

| | |
|---|---|
| The Honorable Sam Olens<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 | The Honorable Douglas S. Chin<br>Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| The Honorable Lawrence Wasden<br>Idaho Attorney General<br>Statehouse<br>Boise, ID 83720-1000 | The Honorable Tom Miller<br>Iowa Attorney General<br>Hoover State Office Building<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| The Honorable Lisa Madigan<br>Illinois Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, IL 60601 | The Honorable Greg Zoeller<br>Indiana Attorney General<br>Indiana Government Center South - 5th Floor<br>302 West Washington Street<br>Indianapolis, IN 46204 |
| The Honorable Derek Schmidt<br>Kansas Attorney General<br>120 S.W. 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 | The Honorable Jack Conway<br>Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| The Honorable James D. "Buddy" Caldwell<br>Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | The Honorable Janet T. Mills<br>Maine Attorney General<br>State House Station 6<br>Augusta, ME 04333 |
| The Honorable Brian Frosh<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | The Honorable Maura Healey<br>Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Bill Schuette<br>Michigan Attorney General<br>P.O.Box 30212<br>525 W. Ottawa Street<br>Lansing, MI 48909-0212 | Lori Swanson<br>Minnesota Attorney General<br>State Capitol, Suite 102<br>St. Paul, MN 55155 |

| | |
|---|---|
| The Honorable Jim Hood<br>Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | The Honorable Chris Koster<br>Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO 65101 |
| The Honorable Tim Fox<br>Montana Attorney General<br>Justice Building<br>215 N. Sanders<br>Helena, MT 59620-1401 | The Honorable Doug Peterson<br>Nebraska Attorney General<br>State Capitol<br>P.O.Box 98920<br>Lincoln, NE 68509-8920 |
| The Honorable Adam Paul Laxalt<br>Nevada Attorney General<br>Old Supreme Court Building<br>100 N. Carson Street<br>Carson City, NV 89701 | The Honorable Joseph A. Foster<br>New Hampshire Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |
| The Honorable John Jay Hoffman<br>New Jersey Attorney General (Acting)<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625 | The Honorable Hector Balderas<br>New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| The Honorable Eric Schneiderman<br>New York Attorney General<br>Dept. of Law - The Capitol<br>Second Floor<br>Albany, NY 12224 | The Honorable Roy Cooper<br>North Carolina Attorney General<br>Dept. of Justice<br>P.O.Box 629<br>Raleigh, NC 27602-0629 |
| The Honorable Wayne Stenehjem<br>North Dakota Attorney General<br>State Capitol, 600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 | The Honorable Mike DeWine<br>Ohio Attorney General<br>State Office Tower<br>30 E. Broad St.<br>Columbus, OH 43266-0410 |
| The Honorable Scott Pruitt<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | The Honorable Ellen F. Rosenblum<br>Oregon Attorney General<br>Justice Bldg., 1162 Court St., NE<br>Salem, OR 97301 |

| | |
|---|---|
| The Honorable Kathleen Kane<br>Pennsylvania Attorney General<br>1600 Strawberry Square<br>Harrisburg, PA 17120 | The Honorable Cesar R. Miranda-Rodriguez<br>Puerto Rico Attorney General<br>PO Box 902192<br>San Juan, PR, 00902-0192 |
| The Honorable Peter Kilmartin<br>Rhode Island Attorney General<br>150 S. Main St.<br>Providence, RI 02903 | The Honorable Alan Wilson<br>South Carolina Attorney General<br>Rembert C. Dennis Office Bldg.<br>P.O.Box 11549<br>Columbia, SC 29211-1549 |
| The Honorable Marty J. Jackley<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 | The Honorable Herbert H. Slatery, III<br>Tennessee Attorney General<br>425 5th Avenue North<br>Nashville, TN 37243 |
| The Honorable Ken Paxton<br>Texas Attorney General<br>Capitol Station, P.O.Box 12548<br>Austin, TX 78711-2548 | The Honorable Sean Reyes<br>Utah Attorney General<br>State Capitol, Rm. 236<br>Salt Lake City, UT 84114-0810 |
| The Honorable William H. Sorrell<br>Vermont Attorney General<br>109 State Street<br>Montpelier, VT  05609-1001 | The Honorable Mark Herring<br>Virginia Attorney General<br>900 East Main Street<br>Richmond, VA 23219 |
| The Honorable Bob Ferguson<br>Washington Attorney General<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | The Honorable Patrick Morrisey<br>West Virginia Attorney General<br>State Capitol, 1900 Kanawha Blvd., E.<br>Charleston, WV 25305 |
| The Honorable Brad Schimel<br>Wisconsin Attorney General<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East P. O. Box 7857<br>Madison, WI 53707-7857 | The Honorable Peter K. Michael<br>Wyoming Attorney General<br>State Capitol Bldg.<br>Cheyenne, WY 82002 |

PHILIPS DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

| | |
|---|---|
| The Honorable Karl A. Racine<br>District of Columbia Attorney General<br>441 4th Street, NW, Suite 1100S<br><br>Washington, DC 20001 | |