**BAKER BOTTS LLP**

THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20004-2400

TEL +1 202.639.7700
FAX +1 202.639.7890
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
HOUSTON

LONDON
MOSCOW
NEW YORK
PALO ALTO
RIO DE JANEIRO
RIYADH
WASHINGTON

June 8, 2015

Charles Malaise
TEL: 2026391117
FAX: 2025851037
charles.malaise@bakerbotts.com

VIA FIRST CLASS MAIL

The Honorable Loretta E. Lynch
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Re: Notice of Proposed Settlement in *In re Cathode Ray Tube (CRT) Antitrust Litigation*

Dear Attorney General Holder:

I am writing on behalf of Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Ltd., and Philips do Brasil, Ltda. (collectively "Philips") in the matter captioned *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, 07-cv-05944, pending in the United States District Court for the Northern District of California before the Honorable Samuel Conti. The litigation relates to alleged overcharges for cathode ray tubes ("CRTs") in the United States from March 1, 1995 through November 25, 2007. Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Philips hereby serves upon you notice that its proposed settlement with a settlement class of indirect-purchaser plaintiffs in this matter has been filed with the Court.

As required by CAFA, please find on the enclosed CD copies of the following materials relating to this proposed settlement:

1. the Indirect Purchaser Plaintiffs' Fourth Consolidated Amended Complaint;

2. the Indirect Purchaser Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba and Samsung SDI Defendants; Memorandum of Points and Authorities in Support Thereof;

3. the accompanying Declaration of Mario N. Alioto in Support of Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba, and Samsung SDI Defendants, which includes the proposed class action settlement and the proposed notifications to class members of the settlement and their right to request exclusion; and

**BAKER BOTTS** LLP

The Honorable Loretta E. Lynch — - 2 - — June 8, 2015

    4. Philips' estimate of the number of potential settlement class members residing in each state represented by the Indirect Purchaser Plaintiffs class action and each state's proportionate share of the proposed settlement.

CAFA requires Philips to provide "if feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official." 28 U.S.C. § 1715(b)(7)(A). Because the settlement class remains open, Philips has no mechanism for conclusively determining the number of settlement class members in each State. In an attempt to make a good-faith effort to provide a preliminary estimate of the number of class members residing in each state and the estimated proportionate share of the claims, Philips utilized population estimates for 2014 and took each states percentage of the IPP class to estimate each state's share of the proposed settlement.

As of today, there are no final judgments or written judicial opinions relating to the materials described above. Nor did counsel for the parties, or the parties, enter into any other settlement or other agreement at the time of the settlement, other than the enclosed documents.

The Court has not yet ruled on Indirect Purchaser Plaintiffs' motion for preliminary approval of the proposed settlement. The Court will conduct a hearing on Plaintiffs' motion for preliminary approval of the settlement on July 31, 2015. The Court has not ordered or scheduled any further hearings on the motion at this time. Further dates for opting out, objecting, and final approval have yet to be set.

If you have any questions about this notice, please do not hesitate to contact me or my colleagues John Taladay or Erik Koons by phone at (202) 639-1117 / -7909 / -7973 or by email at: charles.malaise@bakerbotts.com, john.taladay@bakerbotts.com, and erik.koons@bakerbotts.com, respectively.

                Respectfully,

                Charles Malaise
                On behalf of Defendants Koninklijke Philips N.V.,
                Philips Electronics North America Corporation,
                Philips Taiwan Limited, and Philips do Brasil, Ltda.

Enclosure

*cc: Interim Lead Class Counsel for Indirect-Purchaser Plaintiffs (without enclosure)*