JEROME C. ROTH (State Bar No. 184950)
Jerome.roth@mto.com
MIRIAM KIM (State Bar No. 184950)
Miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BRAD D. BRIAN (State Bar No. 079001)
Brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
William.temko@mto.com
SUSAN E. NASH (State Bar No. 101837)
Susan.nash@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant LG Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE BY SUSAN E. NASH** |
| ALL ACTIONS | |
| | Judge:   The Honorable Samuel Conti |

25738002.1

MDL No. 1917

NOTICE OF APPEARANCE BY SUSAN E. NASH

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT Susan E. Nash (State Bar No. 101837) of

3  Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California

4  90071-1560, hereby enters an appearance as counsel of record for Defendant LG Electronics, Inc.

5  in the above referenced matter.  Service may be made using the contact information set forth

6  below.

Susan E. Nash (State Bar No. 101837)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9280
Facsimile:    (213) 687-3702
Email: susan.nash@mto.com

DATED:  June 10, 2015

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:   */s/ Susan E. Nash*
       Susan E. Nash

Attorneys for Defendant LG Electronics, Inc.

25738002.1                                    -1-                                    MDL No. 1917
NOTICE OF APPEARANCE BY SUSAN E. NASH

# DECLARATION OF SERVICE

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071-1560..

On June 10, 2015, I served the following document:

**NOTICE OF APPEARANCE BY SUSAN E. NASH**

to all named counsel of record as follows:

☒ **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed document(s) utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on June 10, 2015. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct and that this Declaration of Service was executed by me on June 10, 2015, at Los Angeles, California.

/s/ *Lori Cruz*
Lori Cruz