IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>ORDER ADOPTING REPORTS AND RECOMMENDATIONS |

    The Court has reviewed several reports and recommendations by Special Master Vaughn R. Walker, United States District Judge (Ret.) addressing the parties' discovery issues. No objections have been filed, and the Court finds the reports uniformly correct, well-reasoned, and thorough. Accordingly the Court ADOPTS in full the following reports and recommendations:

  1. ECF No. 2828 regarding Panasonic and Toshiba's use of translations in responding to interrogatories,

  2. ECF No. 3071 granting Direct Action Plaintiffs' ("DAPs") motion to extend the discovery cut-off to depose Mitsubishi witnesses,

3. ECF No. 3103 granting Panasonic's motion to compel Sharp to procedure documents responsive to Panasonic's second set of document requests,

4. ECF No. 3104 granting Indirect Purchaser Plaintiffs' ("IPPs") motion to strike two errata in the deposition of Mr. Sung Kook Sung, a Samsung SDI witness,

5. ECF No. 3130 granting IPPs' motion to compel the deposition of Samsung SDI employee Mr. Joon Seong Ahn,

6. ECF No. 3196 granting Panasonic's motion to strike two of Sharp's proposed errata changes in the testimony of Sharp's Rule 30(b)(6) witness, Mr. Vincent Sampietro,

7. ECF No. 3197 denying Samsung Electronics Co. and Samsung Electronics America's motion for a protective order barring the Direct Action Plaintiffs ("DAPs") from taking a second Rule 30(b)(6) deposition,

8. ECF No. 3366 denying without prejudice Panasonic's motion to compel the deposition of Mr. Nobuo Harada, currently an employee of non-party Sharp Corporation,

9. ECF No. 3401 granting in part and denying in part Mitsubishi's motion to compel Viewsonic to respond to several requests for production, interrogatories, and to produce a Rule 30(b)(6) deponent,

10. ECF No. 3830 granting in part DPPs' motion to compel supplemental discovery responses from Mitsubishi, and

///
///
///
///

2

11. ECF No. 3857 requesting a status report from IPPs, DAPs, Panasonic, Toshiba, and Philips regarding the status of three motions to compel.

IT IS SO ORDERED.

Dated: June 11, 2015   

UNITED STATES DISTRICT JUDGE