Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Class Counsel for the Indirect Purchaser Plaintiffs and Counsel for Brian Luscher*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC; No. CV-13-03234-SC <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS; <br><br> *Luscher et al. v. Videocon Industries Limited, et al.* | **INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT** |

1  Pursuant to Civil Local Rules 7-11 and 79-5(d), Indirect Purchaser Plaintiffs ("Plaintiffs")
2  respectfully submit this administrative motion permitting them to file under seal portions of their
3  First Amended Complaint ("FAC").  Plaintiffs submit this application as the parties wishing to file
4  documents referencing, containing, or analyzing statements previously designated "confidential" or
5  "highly confidential" pursuant to the Stipulated Protective Order entered in this litigation (Dkt. No.
6  306).  Plaintiffs attach the Declaration of Sylvie K. Kern in support of their application.  *See* Civ. L.R.
7  79-5(e).

8  The confidential/highly confidential designations have been made by certain parties in this
9  litigation.  To qualify as "confidential" or "highly confidential," information must contain trade secrets
10 or other confidential research, documents referencing or containing development or commercial
11 information, or other private or competitively sensitive information.  Stipulated Protective Order at ¶ 1.

12 Plaintiffs seek to file the above material under seal in good faith in order to comply with the
13 Protective Order in this action and the applicable Local Rules.  Because certain defendants and plaintiffs
14 contend that the material they have designated is confidential in nature, it is their burden to establish that
15 the designated information is sealable. Civil L.R. 79-5(e); *see Kamakana v. City of Honolulu*, 447 F.3d
16 1172, 1178-80 (9th Cir. 2006).  Courts have repeatedly emphasized that a party must make a
17 "particularized showing of good cause" and show a "compelling reason" to justify the sealing of motions
18 and papers filed with a court.  *See Foliz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th
19 Cir. 2002) (reversing a lower court's sealing of records because there was no "compelling reason to
20 justify sealing" under the protective order).

21 Along with the filing of this administrative motion, Plaintiffs are giving notice to the defendants
22 in the MDL of this motion and of the FAC to be filed in this case.  Plaintiffs' request is narrowly tailored
23 to include the sealing of only the information that may require confidentiality, pursuant to the provisions
24 of the Stipulated Protective Order.

25 Accordingly, the Plaintiffs request that the court grant this Administrative Motion to Seal
26 portions of their FAC.

27
28

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT
Master File No. CV-07-5944-SC; No. CV-13-03234

| | | |
|---|---|---|
| 1 | Dated: June 11, 2015 | Respectfully submitted, |
| 2 | | /s/ Mario N. Alioto |
| 3 | | Mario N. Alioto (56433) |
| | | malioto@tatp.com |
| 4 | | Joseph M. Patane (72202) |
| | | jpatane@tatp.com |
| 5 | | Lauren C. Capurro (241151) |
| | | laurenrussell@tatp.com |
| 6 | | TRUMP, ALIOTO, TRUMP & PRESCOTT LLP |
| | | 2280 Union Street |
| 7 | | San Francisco, CA 94123 |
| | | Telephone: 415-563-7200 |
| 8 | | Facsimile: 415-346-0679 |
| 9 | | *Class Counsel for Indirect Purchaser Plaintiffs and Counsel for Brian Luscher* |

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT
Master File No. CV-07-5944-SC; No. CV-13-03234