1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC; No. CV-13-03234-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS;<br><br>*Luscher et al. v. Videocon Industries Limited, et al.* | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT** |

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT
Master File No. CV-07-5944-SC; No. CV-13-03234

On June 11, 2015, Indirect Purchaser Plaintiffs ("Plaintiffs") filed an Administrative Motion to Seal Portions of their First Amended Complaint, pursuant to Civil Local Rules 7-11 and 79-5(d).

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to Seal Portions of their First Amended Complaint pursuant to Civil Local Rules 7-11 and 79-5(d) is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT
Master File No. CV-07-5944-SC; No. CV-13-03234