Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Class Counsel for the
Indirect Purchaser Plaintiffs and
Counsel for Brian Luscher*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC; No. CV-13-03234-SC |
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS; *Luscher et al. v. Videocon Industries Limited, et al.* | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Sissel Browder, declare that I am employed with the law firm of Trump, Alioto, Trump & Prescott LLP, whose address is 2280 Union Street, San Francisco, CA 94123. I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on June 11, 2015, I served copies of:

**UNREDACTED FIRST AMENDED COMPLAINT AND SUMMONS; AND**

**DECLARATION OF SYLVIE K. KERN IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT**

☒ **BY ELECTRONIC MAIL** by sending a true copy thereof to the following addressees, as stated below.

| | |
|---|---|
| Emilio Varanini<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel: 415-703-5908<br>Fax: 415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br>*Counsel for Plaintiff State of California* | Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel: 415-217-6810<br>Fax: 415-217-6813<br>Email: guido@saveri.com<br>rick@saveri.com<br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |
| James L. McGinnis<br>Michael W. Scarborough<br>Dylan Ballard<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor San Francisco, CA 94111-4106 Tel: 415-434-9100<br>Fax: 415-434-3947 Email:<br>jmcginnis@sheppardmullin.com<br>mscarborough@sheppardmullin.com<br>dballard@sheppardmullin.com<br>*Counsel for Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.* | Steven A. Reiss<br>David L. Yohai<br>David Yolkut<br>Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, NY 10153-0119 Tel: 212-310-8000 Fax: 212-310-8007 Email:<br>steven.reiss@weil.com<br>david.yohai@weil.com<br>david.yolkut@weil.com |

| | |
|---|---|
| Jeffrey L. Kessler<br>A. Paul Victor<br>Eva W. Cole<br>Molly M. Donovan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel: 212-294-4692<br>Fax: 212-294-4700<br>Email: jkessler@winston.com<br>pvictor@winston.com<br>ewcole@winston.com<br>mmdonovan@winston.com<br>*Counsel for Panasonic Corporation;*<br>*Panasonic Corporation of North America;*<br>*and MT Picture Display Co., Ltd.* | Bambo Obaro<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175<br>Tel: (650) 802-3000<br>Fax: (650) 802-3100<br>Email: bambo.obaro@weil.com<br>*Counsel for Panasonic Corporation;*<br>*Panasonic Corporation of North America;*<br>*and MT Picture Display Co., Ltd.* |

| | |
|---|---|
| Eliot A. Adelson<br>James Maxwell Cooper Kirkland & Ellis LLP<br>555 California Street, 27th Floor San Francisco, CA 94104 Tel: 415-439-1400 Fax: 415-439-15001 Email:<br>eliot.adelson@kirkland.com<br>max.cooper@kirkland.com<br><br>James H. Mutchnik<br>Kate Wheaton<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: 312-862-2000<br>Fax: 312-862-2200<br>Email: james.mutchnik@kirkland.com<br>kate.wheaton@kirkland.com<br>*Counsel for Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.; and Hitachi Electronic Devices (USA), Inc.* | Calvin L. Litsey<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo, CA 94303-2279<br>Tel: (650) 324-6700<br>Fax: (650) 324-6701<br>Email: calvin.litsey@faegrebd.com<br><br>Kathy L. Osborn<br>Ryan M. Hurley<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Tel: (317) 237-8261<br>Fax: (317) 237-8562<br>Email: kathy.osborn@faegrebd.com<br>ryan.hurley@faegrebd.com<br><br>Jeffrey S. Roberts<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 607-3792<br>Fax: (303) 607-3600<br>Email: jeffrey.roberts@faegrebd.com<br><br>Stephen M. Judge<br>Faegre Baker Daniels LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN 46601<br>Tel: (547) 239-1942 |

| | |
|---|---|
| | Fax: (547) 239-1900<br>Email: stephen.judge@faegrebd.com<br>*Counsel for Technicolor SA and Technicolor USA, Inc.; Thomson Consumer Electronics, Inc. and Thomson SA* |
| Brent Caslin<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel: (213) 239-5100<br>Fax: (213) 239-5199<br>Email: bcaslin@jenner.com<br>Terrence J. Truax<br>Michael T. Brody<br>Shaun M. Van Horn<br>Molly M. Powers<br>Gabriel A. Fuentes<br>Jenner & Block<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Tel: (312) 222-9350<br>Fax: (312) 527-0484<br>Email: ttruax@jenner.com<br>mbrody@jenner.com<br>svanhorn@jenner.com<br>mpowers@jenner.com<br>gfuentes@jenner.com<br>*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronic Americas, Inc.* | Joel S. Sanders<br>Rachel S. Brass<br>Christine A. Fujita<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel: 415-393-8200<br>Fax: 415-393-8206<br>Email: jsanders@gibsondunn.com<br>rbrass@gibsondunn.com<br>cfujita@gibsondunn.com<br>*Counsel for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia)* |
| Christopher M. Curran<br>Lucius B. Lau<br>Charise Naifeh<br>Dana Foster White & Case 701 Thirteenth Street N.W. Washington, DC 20005 Tel: 202-626-3600 Fax: 202-639-9355 Email:<br>ccurran@whitecase.com<br>alau@whitecase.com<br>cnaifeh@whitecase.com<br>dfoster@whitecase.com<br>*Counsel for Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronics Components, Inc.; Toshiba America Information Systems, Inc.* | William Temko<br>Jonathan Altman<br>Hojoon Hwang<br>Laura Lin<br>Munger, Tolles & Olson LLP<br>560 Mission Street<br>San Francisco, CA 94105<br>Tel: 415-512-4009<br>Fax: 415-512-4077<br>Email: william.temko@mto.com<br>jonathan.altman@mto.com<br>hojoon.hwang@mto.com<br>laura.lin@mto.com<br>*Counsel for LG Electronics, Inc.; LG Electronics USA, Inc.* |

| | |
|---|---|
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br>Baker Botts L.L.P. 1299 Pennsylvania Avenue, N.W. Washington, DC 20004-2400 Tel: 202-639-7700<br>Fax: 202-639-7890<br>Email: john.taladay@bakerbotts.com<br>erik.koons@bakerbotts.com<br>charles.malaise@bakerbotts.com<br><br>Jon V. Swenson<br>Baker Botts L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Tel: 650-739-7500<br>Fax: 650-739-7699<br>Email: jon.swenson@bakerbotts.com<br>*Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation* | Mark C. Dosker<br>Nathan Lane, III<br>Squire Sanders LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: 415-954-0200<br>Fax: 415-393-9887<br>Email: mark.dosker@squiresanders.com<br>nathan.lane@squiresanders.com<br>*Counsel for Technologies Displays Americas, LLC (in all actions except the Office Depot action)*<br><br>Ellen Tobin<br>Curtis, Mallet-Provost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 696-6000<br>Fax: (212) 697-1559<br>Email: etobin@curtis.com<br><br>Arthur S. Gaus<br>Dillingham & Murphy, LLP<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 397-2700<br>Fax: (415) 397-3300<br>Email: asg@dillinghammurphy.com<br>*Counsel for Technologies Displays Americas, LLC (in the Office Depot action only)* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2015 at Sunnyvale, California

                                            /s/ *Sissel Browder*
                                            Sissel Browder