Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
E-mail:  jdc@coopkirk.com

*Counsel for Plaintiff Steven Ganz
and Indirect-Purchaser Plaintiffs*

Francis O. Scarpulla (State Bar No. 41059)
LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery St., Suite 3400
San Francisco, CA  94111
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
fos@scarpullalaw.com

*Counsel for Plaintiffs Michael Juetten and Chad Klebs
and Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917 |
| This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS;<br><br>*Luscher et al. v. Videocon Industries Limited, et al.,* Case No. CV-13-03234-SC | **STATEMENT AND CONDITIONAL OBJECTION DIRECTED TO INDIRECT PURCHASER PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH THOMSON AND TDA DEFENDANTS**<br><br>Hearing Date: July 31, 2015<br>Time:              10:00 a.m.<br>Courtroom:    One, 17th Floor<br>Judge:            The Honorable Samuel Conti |

On June 13, 2015, the "Indirect Purchaser Plaintiffs' <u>Amended</u> Notice of Motion and Motion for Preliminary Approval to Include Additional Settlements; Supplemental Memorandum of Points and Authorities in Support Thereof"*,* ECF No. 3875 ("Amended Motion") was filed, seeking preliminary approval of a proposed class action settlement agreement with the Thomson and TDA Defendants.  The day before the Amended Motion was filed, the undersigned filed a "Statement and Conditional Objection Regarding Motion for Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba and Samsung SDI Defendants," ECF No. 3874 ("Statement and Conditional Objection").  The Statement and Conditional Objection was directed to a single provision in each of the indirect purchaser settlement agreements with the Philips, Panasonic, Hitachi, Toshiba and Samsung SDI Defendants that purported to empower Class Counsel, defined as Mario N. Alioto, to allocate the attorneys' fees among plaintiffs' counsel.

The settlement agreement with the Thomson and TDA Defendants contains essentially the same contractual language that appears in the other settlement agreements currently proposed for preliminary approval.  (*Compare* ECF No. 3876-1, at ¶ 23(a): "Class Counsel shall allocate the attorneys' fees among plaintiffs' counsel in a manner which he in good faith believes reflects the contributions of such counsel to the prosecution and settlement of the Action" *with* Statement and Conditional Objection, at p. 2.)  Accordingly, the undersigned hereby make the same conditional objection to the Amended Motion by adopting and incorporating the Statement and Conditional Objection as if fully set forth herein.

Dated: June 16, 2015                         Respectfully submitted,

                                           /s/ Josef D. Cooper
                                              Josef D. Cooper

Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor,
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040

Email:  jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com


 /s/  Francis O. Scarpulla
Francis O. Scarpulla

Law Offices of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com

2

**STATEMENT AND CONDITIONAL OBJECTION TO INDIRECT PURCHASER PLAINTIFFS'
AMENDED MOTION FOR PRELIMINARY APPROVAL**
**Master File No. 3:07-cv-5944-SC, MDL No. 1917**