Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and Thomson Consumer*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Luscher et al. v. Videocon Industries Limited, et al.* | No. CV 13-03234-SC<br><br>**DECLARATION OF KATHY L. OSBORN IN SUPPORT OF IPPs' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Samuel Conti |

I, Kathy L. Osborn, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants Thomson SA (n/k/a "Technicolor SA") and Thomson Consumer Electronics, Inc. (n/k/a "Technicolor USA, Inc.") (collectively, "Thomson"). I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California. The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. On June 18, 2008, the Court entered a "Stipulated Protective Order" in this matter [Dkt. No. 306] (the "Protective Order"). On June 11, 2015 the Indirect Purchaser Plaintiffs ("IPPs") filed an Administrative Motion to Seal Portions of First Amended Complaint ("FAC") [Dkt. No. 3871], and lodged under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of their FAC that contain information from documents and/or deposition testimony Thomson has designated as "Confidential" or "Highly Confidential."

3. In accord with Civil Local Rules 7-11 and 79-5(d), and the Stipulated Protective Order, I make this declaration on behalf of Thomson to provide the basis for the Court to maintain under seal certain documents and information designated by Thomson as "Confidential" or "Highly Confidential" under the Stipulated Protective Order, and references to those documents and information in IPPs' FAC.

4. Specifically, Thomson requests that the redacted portions of paragraphs 12, 60, 176, 177, and 180 of IPPs' FAC be maintained under seal.

5. Upon information and belief, the redacted portions of paragraphs 12, 60, 176, 177, and 180 of IPPs' FAC contain information IPPs obtained from documents and/or deposition testimony Thomson designated "Confidential" or "Highly Confidential" because they contain confidential, non-public, highly-sensitive business information about Thomson's business practices, customers, strategies, and customer or supplier relationships. Publically disclosing this sensitive information risks undermining Thomson's business relationships, harming its suppliers and customers, and putting Thomson at a competitive disadvantage.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 16th day of June 2015, at Indianapolis, Indiana.

/s/ Kathy L. Osborn

DECLARATION OF KATHY L. OSBORN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL        2        Master File No. 07-5944-SC; MDL No. 1917
No. CV 13-03234-SC