IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS;<br><br>LUSCHER et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VIDEOCON INDUSTRIES LIMITED, et al.,<br><br>　　　　Defendants. | MDL No. 1917<br><br>Master File No.<br>CV-07-5944-SC;<br>No. CV-13-03234-SC<br><br>ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL |

Now before the Court is an administrative motion, ECF No. 3871 (also found at ECF No. 24 under File No. CV-13-03234-SC), for leave to file under seal certain portions of a First Amended Complaint pursuant to Civil Local Rules 7-11 and 79-5(d). As the Court has ordered previously, the motion is GRANTED with the proviso that "the Court will look favorably upon motions to intervene filed by

///

///

///

members of the public who wish to access the sealed documents." ECF Nos. 1512, at 1 and 3795, at 1-2.

IT IS SO ORDERED.

Dated: June 17, 2015



UNITED STATES DISTRICT JUDGE