[Stipulating parties listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* Case No. 3:11-cv-06396 | |
| *Interbond Corp. of Am. v. Hitachi, Ltd. et al.,* No. 3:11-cv-06275-SC | |
| *Office Depot, Inc. v. Hitachi, Ltd. et al,* No. 3:11-cv-06276-SC | |
| *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.,* No. 12-cv-02648-SC | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC | |
| *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 12-cv-2649-SC | |

Plaintiffs CompuCom Systems, Inc.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; and Schultze Agency Services on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC (collectively, "Plaintiffs"), and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa"), on the other hand, hereby stipulate as follows:

1.      Plaintiffs and Chunghwa seek dismissal of these actions with prejudice.

2.      Plaintiffs and Chunghwa agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3.      This stipulation does not affect the rights or claims of Plaintiffs against any other defendant or alleged co-conspirator in this litigation.

1        WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal.

2

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5  Dated:    06/18/2015

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1         Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

2    document has been obtained from each of the below signatories.

3

4    Dated:  June 15, 2015                 /s/  *Philip J. Iovieno*               

5                                                  Philip J. Iovieno
      Anne M. Nardacci

6                                                  BOIES, SCHILLER & FLEXNER LLP
      30 South Pearl Street, 11th Floor

7                                                  Albany, NY  12207
      Telephone:  (518) 434-0600

8                                                  Facsimile:  (518) 434-0665
      Email:  piovieno@bsfllp.com

9                                                  anardacci@bsfllp.com

10                                                 William A. Isaacson
      BOIES, SCHILLER & FLEXNER LLP

11                                                 5301 Wisconsin Ave. NW, Suite 800
      Washington, D.C.  20015

12                                                 Telephone:  (202) 237-2727
      Facsimile:  (202) 237-6131

13                                                 Email:  wisaacson@bsfllp.com

14                                                 Stuart Singer
      BOIES, SCHILLER & FLEXNER LLP

15                                                 401 East Las Olas Blvd., Suite 1200
      Fort Lauderdale, FL 33301

16                                                 Telephone:  (954) 356-0011
      Facsimile:  (954) 356-0022

17                                                 Email:  ssinger@bsfllp.com

18                                                 *Attorneys for Plaintiffs P.C. Richard & Son Long*

19                                                 *Island Corporation, MARTA Cooperative of*
      *America, Inc., ABC Applicance, Inc., Office Depot,*

20                                                 *Inc., Interbond Corporation of America, Schultze*
      *Agency Services, LLC on behalf of Tweeter Opco,*

21                                                 *LLC and Tweeter Newco, LLC, Tech Data*
      *Corporation and Tech Data Product Management,*

22                                                 *Inc.*

23                                                 */s/ Scott N. Wagner*              

24                                                 Robert W. Turken

25                                                 Scott N. Wagner
      Mitchell E. Widom

26                                                 BILZIN SUMBERG BAENA PRICE & AXELROD
      LLP

27                                                 1450 Brickell Ave., Suite 2300
      Miami, Florida 33131-3456

28                                                 Telephone: 305-374-7580
      Facsimile: 305-374-7593

3

E-mail: rturken@bilzin.com
swagner@bilzin.com
mwidom@bilzin.com

*Attorneys for Plaintiffs Tech Data Corporation and
Tech Data Product Management, Inc.*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*

JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendants Chunghwa Picture Tubes,
Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn.
Bhd.*