GLANCY PRONGAY & MURRAY LLP
Susan G. Kupfer (#141724)
1808 Sixth Street
Berkeley, CA 94710
Telephone: (415) 972-8160
Email: skupfer@glancylaw.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.  3:07-cv-05944-SC |
| ———————————————— | **NOTICE OF FIRM NAME CHANGE AND CHANGE OF ADDRESS** |
| THIS DOCUMENT RELATES TO: | |
| All Actions. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the firm name of **GLANCY BINKOW & GOLDBERG LLP**, counsel for plaintiffs, has changed.  The firm's new name is **GLANCY PRONGAY & MURRAY LLP**.

PLEASE TAKE FURTHER NOTICE that the firm's San Francisco address has also changed.  The firm's new address is as follows:

GLANCY PRONGAY & MURRAY LLP
1808 Sixth Street
Berkeley, California 94710
Telephone: (415) 972-8160
Facsimile:  (415) 972-8166

All further pleadings and correspondence in this action should reflect the change.

Dated: June 23, 2015                    GLANCY PRONGAY & MURRAY LLP


By:  *s/ Susan G. Kupfer*
Susan G. Kupfer
1808 Sixth Street
Berkeley, CA 94710
Telephone: (415) 972-8160
Email: skupfer@glancylaw.com

Lee Albert
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Email:  lalbert@glancylaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


_s/ Susan G. Kupfer_
Susan G. Kupfer

## Mailing Information for a Case 3:07-cv-05944-SC MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eliot A. Adelson**
  eadelson@kirkland.com,sfarley@kirkland.com,janaya.guerrero@kirkland.com,madison.clark@kirkland.com,mccarthym@kirkland.com

- **Diana Arlen Aguilar**
  diana.aguilar@weil.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Joseph M. Alioto , Sr**
  jmalioto@aliotolaw.com,esexton@aliotolaw.com,jmiller@aliotolaw.com

- **Joseph Michelangelo Alioto , Jr**
  Joseph.Alioto@usdoj.gov,melissa.dorton@usdoj.gov

- **Mario N. Alioto**
  malioto@tatp.com

- **Mario Nunzio Alioto**
  malioto@tatp.com

- **Angelina Alioto-Grace**
  sexton@aliotolaw.com

- **Daniel Bruce Allanoff**
  dallanoff@mcgslaw.com

- **Craig Y. Allison**
  callison@bdiplaw.com,atercero@bdiplaw.com,halic@bdiplaw.com

- **James T Almon**
  jalmon@knpa.com,agonzalez@knpa.com

- **Jacob P. Alpren**
  jalpren@fbj-law.com

- **Jonathan Ellis Altman**
  Jonathan.Altman@mto.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Lori Erin Andrus**
  lori@andrusanderson.com,kelli.good@andrusanderson.com,leland.belew@andrusanderson.com

- **Jason Sheffield Angell**
  jangell@fawlaw.com,ftkparalegalsonly@ftklaw.com,marlantico@fawlaw.com

- **Deborah Ellen Arbabi**
  darbabi@crowell.com

- **Gregory K Arenson**
  garenson@kaplanfox.com

- **Sofia Arguello**
  sarguello@winston.com

- **Richard A. Arnold**
  rarnold@kennynachwalter.com,sscott@kennynachwalter.com

- **Aldo A. Badini**

abadini@winston.com,lcachola@winston.com,docketsf@winston.com,docketny@winston.com

- **Gordon Ball**
  gball@gordonball.com,tbenson@gordonball.com,ddaugherty@gordonball.com

- **Dylan Ian Ballard**
  dballard@sheppardmullin.com,mlinville@sheppardmullin.com,bcolomer@sheppardmullin.com

- **Jessica Barclay-Strobel**
  jessica.barclay-strobel@mto.com,anna.velasquez@mto.com

- **Brian Joseph Barry**
  bribarry1@yahoo.com

- **Joseph M. Barton**
  joebartonesq@gmail.com

- **Joren Surya Bass**
  jbass@perkinscoie.com,docketsflit@perkinscoie.com,smerrill@perkinscoie.com

- **Timothy D. Battin**
  tbattin@straus-boies.com,ecf@straus-boies.com

- **William H. Bave , III**
  wbave@whitecase.com

- **Van H. Beckwith**
  van.beckwith@bakerbotts.com,terry.barnard@bakerbotts.com,debora.simonson@bakerbotts.com

- **Matthew C. Behncke**
  mbehncke@susmangodfrey.com

- **Keith Thomson Belt , Jr**
  keithb@beltlawfirm.com,dianeb@beltlawfirm.com

- **Barry J Bendes**
  bbendes@eapdlaw.com

- **Barry J. Bendes**
  bbendes@eapdlaw.com

- **Craig A Benson**
  CBenson@paulweiss.com,dmccallum@paulweiss.com,bwarren@paulweiss.com,wmcauliffe@paulweiss.com,kallen@paulweiss.com,dioffredo@pa

- **Steven F. Benz**
  sbenz@khhte.com,ashen@khhte.com,kmcgee@khhte.com

- **Debra Dawn Bernstein**
  debra.bernstein@alston.com

- **Veronica Besmer**
  veronica@besmerlaw.com,vbesmer@hotmail.com

- **Daniel Edward Birkhaeuser**
  dbirkhaeuser@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **William J. Blechman**
  wblechman@knpa.com,dluzniak@knpa.com,mbrehm@knpa.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **David Boies , III**
  dboies@straus-boies.com,tpalumbo@straus-boies.com

- **Anthony J. Bolognese**
  abolognese@bolognese-law.com

- **Robert J. Bonsignore**
  rbonsignore@class-actions.us

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Benjamin Gardner Bradshaw**
  bbradshaw@omm.com

- **Liz Ann Brady**
  liz.brady@myfloridalegal.com,karen.marsh@myfloridalegal.com,colin.fraser@myfloridalegal.com,rachel.steinman@myfloridalegal.com

- **Patrick John Brady**
  jbrady@polsinelli.com,rtrosen@polsinelli.com,cmiller@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com

- **Rachel S. Brass**
  rbrass@gibsondunn.com,smaruschak@gibsondunn.com

- **Brad D. Brian**
  BrianBD@mto.com

- **Michael T. Brody**
  mbrody@jenner.com,edockets@jenner.com,svanhorn@jenner.com,docketing@jenner.com

- **Chadwick Oliver Brooker**
  cbrooker@atg.state.il.us

- **David C. Brownstein**
  dbrownstein@fbj-law.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sipeem@locklaw.com,amhorningnygren@locklaw.com,user2@locklaw.com,pottehn@locklaw.com

- **Robert Page Bruner**
  robertb@beltlawfirm.com

- **David Burman**
  dburman@perkinscoie.com,DocketSFLIT@perkinscoie.com,JMccluskey@perkinscoie.com

- **Courtney C Byrd**
  cbyrd@omm.com

- **William G. Caldes**
  bcaldes@srkw-law.com,jjagher@srkw-law.com

- **Terry Calvani**
  terry.calvani@freshfields.com

- **Karl L. Cambronne**
  kcambronne@chestnutcambronne.com

- **Christopher William Cantrell**
  chrisc@beltlawfirm.com

- **Lauren Clare Capurro**
  laurenrussell@tatp.com,sisselbrowder@yahoo.com

- **Scott W. Carlson**
  scarlson@heinsmills.com

- **Gary R Carney**
  GCarney@paulweiss.com

- **Drew A. Carson**
  carson@millergolerfaeges.com

- **Johnny William Carter**
  jcarter@susmangodfrey.com,chernandez@susmangodfrey.com

- **Leo David Caseria**

lcaseria@sheppardmullin.com

- **Brent Caslin**
  bcaslin@jenner.com,docketing@jenner.com

- **Jill Sharon Casselman**
  jscasselman@rkmc.com,jmbauer@rkmc.com,dwfiskio@rkmc.com,lrbryant-wilson@rkmc.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com

- **Michelle Park Chiu**
  mchiu@morganlewis.com,drivera@morganlewis.com

- **Stephanie Yunjin Cho**
  scho@hausfeldllp.com

- **Michael S. Christian**
  mchristian@zelle.com,rnewman@zelle.com

- **Patrick Bradford Clayton**
  pclayton@zelle.com

- **William C. Cleveland**
  wcleveland@buistmoore.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,ktucker@caffertyclobes.com,docket@caffertyclobes.com,dherrera@caffertyclobes.c

- **Bruce Cobath**
  bcobath@sheppardmullin.com

- **Eva W. Cole**
  ewcole@winston.com,cfernandez@winston.com,docketsf@winston.com,docketny@winston.com

- **Josef Deen Cooper**
  jdc@coopkirk.com,trk@coopkirk.com,jdl@coopkirk.com,bogdanorck@aol.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com,emilio.varanini@doj.ca.gov

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Christina Diane Crow**
  ccrow@jinkslaw.com,danthony@jinkslaw.com,ccantey@jinkslaw.com

- **William T. Crowder**
  wcrowder@emersonpoynter.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,s&cmanagingclerk@sullcrom.com,carrejoa@sullcrom.com

- **Tyler Mark Cunningham**
  tcunningham@sheppardmullin.com

- **Christopher M. Curran**
  ccurran@whitecase.com,erin.mcnamee@whitecase.com,allan.sakaue@whitecase.com,mtoto@whitecase.com,jdisanti@whitecase.com,mco@white

- **Joseph Edward Czerniawski**
  Jczerniawski@wkgj.com,JoeCznyc@gmail.com

- **Matthew Robert DalSanto**
  mdalsanto@winston.com,recordssf@winston.com,docketsf@winston.com,ttannis@winston.com

- **Kira A Davis**
  kdavis@paulweiss.com

- **Gerard A Dever**
  gdever@finekaplan.com,shufnagel@finekaplan.com,akatzman@finekaplan.com,dperelman@finekaplan.com,nblakeslee@finekaplan.com

- **William Diaz**
  wdiaz@mwe.com,ahamilton@mwe.com,mstumpf@mwe.com

- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,mwade@cohenmilstein.com

- **Molly Donovan**
  mmdonovan@winston.com,docketsf@winston.com,PacerCourtFile@winston.com,docketny@winston.com,jstewart@winston.com

- **Mark C. Dosker**
  mark.dosker@squirepb.com,sfr_docket@squirepb.com,Dalia.Hill@squirepb.com

- **Thomas Patrick Dove**
  tdove@furth.com

- **Thomas Arthur Doyle**
  tadoyle@thomasadoyle.com,tsaunders@saunders-lawfirm.com

- **Matthew Duncan**
  mduncan@finekaplan.com

- **Barack Shem Echols**
  barack.echols@kirkland.com

- **Helen Cho Eckert**
  heckert@sheppardmullin.com

- **Marc Howard Edelson**
  medelson@edelson-law.com

- **Marwa Elzankaly**
  melzankaly@mcmanislaw.com,azandate@mcmanislaw.com,nshakoori@mcmanislaw.com,epipkin@mcmanislaw.com,sshakoori@mcmanislaw.com

- **Candice J. Enders**
  cenders@bm.net

- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com,rsteiner@heinsmills.com

- **Esteban Martin Estrada**
  martin.estrada@mto.com

- **John Clayton Everett , Jr**
  jeverett@morganlewis.com

- **Josh Ewing**
  je@fbdlaw.com

- **William S Farmer**
  wfarmer@fbj-law.com,jalpren@fbj-law.com,dbrownstein@fbjlaw.com,jsmith@fbj-law.com

- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com

- **Kevin Douglas Feder**
  kfeder@omm.com

- **Joel Flom**
  joel@jeffreislaw.com

- **Dana E. Foster**
  defoster@whitecase.com,defoster@whitecase.com,cnaifeh@whitecase.com,lmandell@whitecase.com

- **M. Eric Frankovitch**
  msimon@facslaw.com

- **Robert E. Freitas**
  rfreitas@fawlaw.com,marlantico@fawlaw.com

- **Jeff D Friedman**

jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com,nicolleg@hbsslaw.com

- **Qianwei Fu**
  qfu@zelle.com

- **Gabriel A. Fuentes**
  gfuentes@jenner.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com,GCarney@paulweiss.com,mao_fednational@paulweiss.com

- **Rodney J Ganske**
  rod.ganske@alston.com,kerrie.sekine@alston.com

- **Steven Ganz**
  terry@grossbelsky.com

- **Jalaine Garcia**
  jgarcia@knpa.com

- **Arthur Slezak Gaus**
  asg@dillinghammurphy.com,wfm@dillinghammurphy.com

- **Martin C. Geagan , Jr**
  mgeagan@winston.com

- **Tiffany Belle Gelott**
  tiffany.gelott@bakerbotts.com

- **David Paul Germaine**
  dgermaine@vaneklaw.com,svitullo@vaneklaw.com,cparrottsheffer@vaneklaw.com

- **John Mark Gidley**
  mgidley@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

- **Brian Gillett**
  bgillett@susmangodfrey.com

- **Bernadette Shawan Gillians**
  sgillians@buistmoore.com

- **Brendan Patrick Glackin**
  bglackin@lchb.com

- **Joseph Goldberg**
  jg@fbdlaw.com,imn@fbdlaw.com,drt@fbdlaw.com

- **Kevin B. Goldstein**
  kevin.goldstein@weil.com

- **Ryan Michael Goodland**
  ryan.goodland@weil.com

- **Ruthanne Gordon**
  rgordon@bm.net,emagnus@bm.net,ccoslett@bm.net

- **Joshua H. Grabar**
  jgrabar@bolognese-law.com

- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com

- **Steven J. Greenfogel**
  sgreenfogel@litedepalma.com,epalomino@litedepalma.com

- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com

- **Francis M. Gregorek**
  gregorek@whafh.com,fait@whafh.com

- **Terry Gross**
  terry@gba-law.com,monique@gba-law.com,sarah@gba-law.com,adam@gba-law.com,joann@gba-law.com

- **Gianna Christa Gruenwald**
  gianna@saveri.com

- **Richard Michael Hagstrom**
  rmh@rhagstromlaw.com

- **Marjan Hajibandeh**
  marjan.hajibandeh@weil.com

- **Gary L. Halling**
  ghalling@smrh.com,ghalling@sheppardmullin.com,dballard@sheppardmullin.com,tcunningham@sheppardmullin.com,rbreese@sheppardmullin.co

- **Jeane Hamilton**
  jeane.hamilton@usdoj.gov,edward.bernard@usdoj.gov,carole.huygen@usdoj.gov

- **Blake Lee Harrop**
  bharrop@atg.state.il.us,jfeldmar@atg.state.il.us

- **Cathleen Hamel Hartge**
  Cathleen.Hartge@mto.com

- **Astor Henry Lloyd Heaven , III**
  aheaven@crowell.com,aheaven@crowell.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Samuel D. Heins**
  sheins@heinsmills.com

- **Adam C. Hemlock**
  adam.hemlock@weil.com,adam.hemlock@weil.com,mco.ecf@weil.com,Jay.Minga@weil.com,diana.aguilar@weil.com,Marihug.Cedeno@weil.co

- **Nicholas H. Hesterberg**
  nhesterberg@perkinscoie.com,lnelson@perkinscoie.com,docketsea@perkinscoie.com

- **Eric D. Hoaglund**
  ehoaglund@mhcilaw.com

- **Curt Holbreich**
  cholbreich@sidley.com,jhiwa@sidley.com

- **Steven Randall Hood**
  rhood@mcgowanhood.com

- **Richard Freeman Horsley**
  rfhala@cs.com

- **Derek G. Howard**
  dhoward@minamitamaki.com,cparker@minamitamaki.com,seant@minamitamaki.com,jlee@minamitamaki.com,sli@minamitamaki.com,aflores@

- **Gregory Hull**
  Greg@ellenberghull.com

- **Daniel Hume**
  dhume@kmllp.com

- **Ryan M Hurley**
  ryan.hurley@bakerd.com

- **Troy J. Hutchinson**
  thutchinson@heinsmills.com

- **Hojoon Hwang**

hojoon.hwang@mto.com,marsha.poulin@mto.com,Joannette.driver-moore@mto.com,Ashley.Fitzwilliams@mto.com

- **Philip J Iovieno**
  piovieno@bsfllp.com,mfelder@bsfllp.com,lnikas@bsfllp.com,aweber@bsfllp.com,rtietjen@bsfllp.com,ksmith@bsfllp.com,sweber@bsfllp.com,an

- **Philip J. Iovieno**
  piovieno@bsfllp.com

- **Philip J. Iovieno**
  piovieno@bsfllp.com

- **Robert Brent Irby**
  birby@mhcilaw.com,lmarler@mhcilaw.com,ehoaglund@mhcilaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Michele Chickerell Jackson**
  mjackson@lchb.com,btroxel@lchb.com

- **Michael Jocobs**
  mjacobs@zelle.com

- **Elizabeth Helmer Jordan**
  elizabeth.jordan@alston.com

- **Jeffrey M. Judd**
  judlegal@sonic.net

- **Stephen Michael Judge**
  steve.judge@faegrebd.com

- **Betty Lisa Julian**
  bjulian@damrell.com

- **Steven A. Kanner**
  skanner@fklmlaw.com,mkhamoo@fklmlaw.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com,mmccahill@kaplanfox.com

- **Daniel R. Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com

- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com

- **Margaret Anne Keane**
  margaret.keane@dlapiper.com,sara.tumey@dlapiper.com,jeffrey.reeves@dlapiper.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Katherine T. Kelly**
  kkelly@heinsmills.com

- **Michael P. Kenny**
  mike.kenny@alston.com

- **Matthew David Kent**
  matthew.kent@alston.com

- **Sylvie K. Kern**
  sylviekern@yahoo.com

- **David Michael Kerwin**
  davidk3@atg.wa.gov,dianec1@atg.wa.gov

- **Jeffrey L. Kessler**
  jkessler@winston.com,pacercourtfile@winston.com,docketsf@winston.com,docketny@winston.com

- **Charles M. Kester**
  cmkester@nwark.com

- **Jason Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Miriam Kim**
  Miriam.Kim@mto.com,robyn.bird@mto.com,kevin.park@mto.com,victor.tobar@mto.com

- **YongSang Kim**
  yongsang.kim@aporter.com

- **Tracy R. Kirkham**
  trk@coopkirk.com

- **Mary Gilmore Kirkpatrick**
  mkirk@vtlawfirm.com

- **Jeffrey Alan Klafter**
  jak@klafterolsen.com

- **Esther L Klisura**
  eklisura@sherleff.com

- **Aya Kobori**
  akobori@whitecase.com,agoodall@whitecase.com

- **Erik T. Koons**
  erik.koons@bakerbotts.com

- **Bethany Woodard Kristovich**
  Bethany.Kristovich@mto.com

- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com

- **Christine A. Laciak**
  christine.laciak@freshfields.com,richard.snyder@freshfields.com

- **Michael Lacovara**
  michael.lacovara@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com

- **John Pierre Lahad**
  jlahad@susmangodfrey.com,klok@susmangodfrey.com

- **David Nathan Lake**
  david@lakelawpc.com

- **Nathan Lane , III**
  nathan.lane@squiresanders.com,sarah.david@squiresanders.com

- **Lucius Bernard Lau**
  alau@whitecase.com,cnaifeh@whitecase.com,sharon.park@whitecase.com,twu@whitecase.com,aangat.amin@whitecase.com,relfand@whitecase.c

- **Christopher Le**
  cle@straus-boies.com,cvoigt@straus-boies.com,ecf@straus-boies.com

- **Lewis Titus LeClair**
  lleclair@mckoolsmith.com,cfowler@mckoolsmith.com

- **Jessica Nicole Leal**
  jleal@fawlaw.com,svargas@fawlaw.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com,celder@hausfeldllp.com

- **Jeffrey Jay Lederman**

jlederman@winston.com,docketsf@winston.com

- **Charles A. Legge**
  snevins@jamsadr.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **James F. Lerner**
  jlerner@winston.com,docketsf@winston.com,docketny@winston.com

- **Laura K Lin**
  Laura.lin@mto.com,stephanie.ferrell@mto.com,Gregory.Weingart@mto.com

- **David Michael Lisi**
  mdubuque@reedsmith.com

- **Calvin L. Litsey**
  calvin.litsey@faegrebd.com

- **Calvin Lee Litsey**
  calvin.litsey@faegrebd.com,sonja.beamon@FaegreBD.com,helen.chacon@FaegreBD.com,lisa.duboise@FaegreBD.com,stephanie.jefferson@Faeg

- **Ethan E. Litwin**
  litwin@hugheshubbard.com,bennettc@howrey.com

- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com

- **William Henry London**
  wlondon@fklmlaw.com

- **Kevin Bruce Love**
  klove@cridenlove.com

- **Christopher Lovell**
  clovell@lshllp.com

- **Donald Scott Macrae**
  smacrae@bamlawlj.com

- **Lidia Maher**
  Lidia.Maher@usdoj.gov,edward.bernard@usdoj.gov,carole.huygen@usdoj.gov

- **Charles M Malaise**
  charles.malaise@bakerbotts.com,charles.malaise@bakerbotts.com

- **Travis Luke Manfredi**
  travis@saveri.com

- **Jill Michelle Manning**
  jmanning@steyerlaw.com

- **Seymour J. Mansfield**
  smansfield@foleymansfield.com,elewison@foleymansfield.com

- **Mark D. Marino**
  mark.marino@klgates.com

- **Kenneth S. Marks**
  kmarks@susmangodfrey.com,jdunaven@susmangodfrey.com

- **David Martinez**
  dmartinez@robinskaplan.com,lcastiglioni@robinskaplan.com,chernandez@robinskaplan.com,sgreen@robinskaplan.com

- **Sharon D. Mayo**
  sharon.mayo@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com

- **Matthew J. McBurney**
  mmcburney@crowell.com

- **Bruce C. McCulloch**
  bruce.mcculloch@freshfields.com

- **Corey D. McGaha**
  cmcgaha@emersonpoynter.com,tanya@emersonpoynter.com,pparham@emersonpoynter.com

- **James Landon McGinnis**
  jmcginnis@sheppardmullin.com,mohearn@sheppardmullin.com,jcampos@sheppardmullin.com,rbreese@sheppardmullin.com

- **Elizabeth Anne McKenna**
  emckenna@milberg.com

- **William Angus McKinnon**
  bmckinnon@mcgowanhood.com

- **Mike McKool**
  mmckool@mckoolsmith.com,sbovine@mckoolsmith.com

- **James McManis**
  jmcmanis@mcmanislaw.com,clarsen@mcmanislaw.com,eschneider@mcmanislaw.com

- **Robert Brian McNary**
  rmcnary@crowell.com

- **Joel Cary Meredith**
  jmeredith@mcgslaw.com,apaul@mcgslaw.com

- **Steven Douglas Merriman**
  smerriman@perkinscoie.com

- **Robert G. Methvin**
  sreynolds@mmlaw.net

- **Robert Gordon Methvin , Jr**
  sreynolds@mmlaw.net

- **Anton Metlitsky**
  ametlitsky@omm.com

- **Christopher Thomas Micheletti**
  cmicheletti@zelle.com

- **Jennifer Milici**
  jmilici@bsfllp.com

- **Douglas A. Millen**
  doug@fklmlaw.com

- **Marvin A. Miller**
  mmiller@millerlawllc.com

- **Steven J. Miller**
  miller@millergolerfaeges.com

- **Craig D. Minerva**
  craig.minerva@freshfields.com

- **Kathy Lee Monday**
  kmonday@damrell.com,NWeston-Dawkes@damrell.com

- **H. Laddie Montague , Jr**
  hlmontague@bm.net,chiho@bm.net,tstires@bm.net

- **Cori Gordon Moore**
  cgmoore@perkinscoie.com,nlygren@perkinscoie.com

- **Paul Andrew Moore**
  Paul.Moore@doj.ca.gov

- **Theresa Driscoll Moore**

TMoore@aliotolaw.com

- **Andrew J. Morganti**
  amorganti@milberg.com,MAOffice@milberg.com

- **Manfred Patrick Muecke**
  mmuecke@bffb.com,paquilino@bffb.com,rcreech@bffb.com

- **Bruce L. Mulkey**
  bruce@mulkeylaw.com

- **Daniel Joseph Mulligan**
  dan@jmglawoffices.com,lgabriel@jmglawoffices.com

- **Jerome A. Murphy**
  jmurphy@crowell.com,bhanley@crowell.com

- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com

- **Jason C. Murray**
  jmurray@crowell.com,SMierisch@crowell.com,rwong@crowell.com,aslade@crowell.com

- **Kevin J. Murray**
  kmurray@knpa.com

- **James Mutchnik**
  james.mutchnik@kirkland.com,bechols@kirkland.com,wstreff@kirkland.com,holly.fisher@kirkland.com

- **Anne M. Nardacci**
  anardacci@bsfllp.com,amarcus@bsfllp.com,jdew@bsfllp.com,ashaw@bsfllp.com

- **Krishna Brian Narine**
  knarine@m-npartners.com

- **Susan Elizabeth Nash**
  susan.nash@mto.com,lori.cruz@mto.com

- **Barbara J. Nelson**
  barbara.nelson@usdoj.gov

- **Laura Elizabeth Nelson**
  lenelson@rkmc.com,jlbaumgart@rkmc.com

- **Tim David Nord**
  tim.d.nord@state.or.us,melissa.curtis@state.or.us

- **Paul F Novak**
  pnovak@milberg.com,hbricker@milberg.com

- **Linda P. Nussbaum**
  lnussbaum@nussbaumpc.com

- **Linda Phyllis Nussbaum**
  lnussbaum@nussbaumpc.com,sschwaiger@nussbaumpc.com,

- **Bambo Obaro**
  bambo.obaro@weil.com,janine.chong@weil.com,tricia.dresel@weil.com

- **Elizabeth R. Odette**
  erodette@locklaw.com

- **Orion Home Systems, LLC**
  cadio@saveri.com

- **Kathy L. Osborn**
  kathy.osborn@FaegreBD.com

- **Joseph A. Ostoyich**
  OstoyichJ@howrey.com,OstoyichJ@howrey.com

- **Jeremy Kent Ostrander**
  jostrander@whitecase.com,faragona@whitecase.com,agoodall@whitecase.com

- **Daniel D. Owen**
  dowen@polsinelli.com,rtrosen@polsinelli.com,docketing@polsinelli.com,dhunt@polsinelli.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **R. Scott Palmer**
  scott.palmer@myfloridalegal.com

- **Lawrence Genaro Papale**
  lgpapale@papalelaw.com

- **Joseph Mario Patane**
  jpatane@tatp.com

- **Jonathan Alan Patchen**
  jpatchen@tcolaw.com,ewebster@tcolaw.com,cdunbar@tcolaw.com,jmetz@tcolaw.com

- **George L. Paul**
  gpaul@whitecase.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **Matthew David-Craig Pearson**
  mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jayne Ann Peeters**
  jpeeters@steyerlaw.com,aroque@steyerlaw.com

- **David M. Peterson**
  dpeterson@susmangodfrey.com

- **Robert J. Pfister**
  rpfister@ktbslaw.com

- **Eric James Pickar**
  epickar@bangsmccullen.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Robert James Pohlman**
  rpohlman@rcalaw.com

- **Molly McGrail Powers**
  mpowers@jenner.com

- **Scott E. Poynter**
  scott@emersonpoynter.com,tanya@emersonpoynter.com,pparham@emersonpoynter.com

- **Samuel J Randall**
  srandall@knpa.com,mbrehm@knpa.com

- **Steven Alan Reiss**
  steven.reiss@weil.com

- **Randy R. Renick**
  rrr@renicklaw.com,mstroud@hadsellstormer.com,Mvazquez@hadsellstormer.com,home@renicklaw.com

- **Rachele R. Rickert**
  cabrera@whafh.com,boyles@whafh.com

- **David Kendall Roberts**
  droberts2@omm.com

- **Jeffrey Scott Roberts**

jeff.roberts@faegrebd.com

- **Lisa J. Rodriguez**
  lisa@trrlaw.com

- **Kent Michael Roger**
  kroger@morganlewis.com,mnaranjo@morganlewis.com,wschaub@morganlewis.com,cgreenblatt@morganlewis.com

- **Kathleen Styles Rogers**
  krogers@kraloweclaw.com,ggray@kraloweclaw.com

- **Jennifer Susan Rosenberg**
  jrosenberg@bramsonplutzik.com,moldenburg@bramsonplutzik.com,ttappero@bramsonplutzik.com

- **Jonathan Jeffrey Ross , NA**
  jross@susmangodfrey.com,klok@susmangodfrey.com

- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com

- **Kajetan Rozga**
  kajetan.rozga@weil.com

- **Geoffrey Conrad Rushing**
  grushing@saveri.com

- **Robert Sabre Safi**
  rsafi@susmangodfrey.com

- **Peter G.A. Safirstein**
  psafirstein@forthepeople.com

- **Joel Steven Sanders**
  jsanders@gibsondunn.com,smaruschak@gibsondunn.com

- **Daniel Allen Sasse**
  dsasse@crowell.com,mquezada@crowell.com

- **Terry Rose Saunders**
  tsaunders@saunders-lawfirm.com

- **Guido Saveri**
  guido@saveri.com

- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com,cforthuber@saverilawfirm.com,gsaveri@saverilawfirm.com,dclevenger@saverilawfirm.com,plall@saverilawfirm.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Michael W. Scarborough**
  mscarborough@smrh.com,mohearn@sheppardmullin.com,rbreese@sheppardmullin.com,khollenbeck@sheppardmullin.com

- **Francis Onofrei Scarpulla**
  fos@scarpullalaw.com,cpc@scarpullalaw.com

- **Haidee L. Schwartz**
  hschwartz@omm.com

- **Austin Van Schwing**
  aschwing@gibsondunn.com

- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,laurie@hbsslaw.com,ronnie@hbsslaw.com

- **Samuel James Sharp**
  samuel.sharp@whitecase.com

- **Sharp Corporation**
  colin.west@bingham.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Jon G. Shepherd**
  jon.shepherd@alston.com

- **Harry Shulman**
  harry@shulmanlawfirm.com

- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jacosta@cpmlegal.com

- **Roman M. Silberfeld**
  rsilberfeld@robinskaplan.com,rirajpanah@robinskaplan.com

- **Fred A. Silva**
  fsilva@damrell.com,nweston-dawkes@damrell.com

- **Ian T Simmons**
  isimmons@omm.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com,bpouya@pswlaw.com,dwarshaw@pswlaw.com,yberry@pswlaw.com,egrant@pswlaw.com,rretana@pswlaw.com,mpearson@

- **Michael G. Simon**
  msimon@facslaw.com

- **Joseph J Simons**
  jsimons@paulweiss.com

- **David Nathan-Allen Sims**
  dsims@saveri.com

- **Stuart Harold Singer**
  ssinger@bsfllp.com

- **Richard Sutton Snyder**
  richard.snyder@freshfields.com

- **Richard P. Sobiecki**
  rich.sobieck@bakerbotts.com

- **Donna F Solen**
  dsolen@centerforfoodsafety.org

- **Mona Solouki**
  msolouki@sheppardmullin.com,tilee@sheppardmullin.com,ewhite@sheppardmullin.com,khollenbeck@sheppardmullin.com

- **Gary Laurence Specks**
  gspecks@kaplanfox.com

- **Eugene A. Spector**
  espector@srkw-law.com

- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com

- **Fernando Xaxier Starkes**
  xavier@starkeslawfrim.com

- **State of Washington**
  davidk3@atg.wa.gov

- **Ranae D. Steiner**
  rsteiner@heinsmills.com

- **Scott A. Stempel**
  sstempel@morganlewis.com,sstempel@morganlewis.com

- **J. Matthew Stephens**

sreynolds@mmlaw.net

- **Amy Lee Stewart**
  astewart@roselawfirm.com,rberitiech@roselawfirm.com

- **Dennis Stewart**
  dstewart@hulettharper.com,jkearns@hulettharper.com,anita@hulettharper.com,katie@hulettharper.com

- **Jennifer Stewart**
  jstewart@winston.com

- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,smacrae@steyerlaw.com

- **Jon Vensel Swenson**
  jon.swenson@bakerbotts.com,jessica.quon@bakerbotts.com,donna.loop@BakerBotts.com,mary.nguyen@bakerbotts.com,jennifer.nguyen@bakerbo

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **John M. Taladay**
  john.taladay@bakerbotts.com

- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com

- **William David Temko**
  william.temko@mto.com,vivian.rodriguez@mto.com

- **James Michael Terrell**
  jterrell@mmlaw.net

- **Reginald Von Terrell**
  reggiet2@aol.com

- **Meaghan Thomas-Kennedy**
  meaghan.thomas-kennedy@weil.com

- **Euphemia Nikki Thomopulos**
  ethomopulos@hkemploymentlaw.com,cludlow@hkemploymentlaw.com

- **Joseph R. Tiffany , II**
  joseph.tiffany@pillsburylaw.com,susie.macken@pillsburylaw.com

- **Andrew R. Tillman**
  art@paineter.com

- **Ellen Tobin**
  etobin@curtis.com

- **Terrence Joseph Truax**
  ttruax@jenner.com,svanhorn@jenner.com,mpowers@jenner.com,docketing@jenner.com,mreilly@jenner.com,mbrody@jenner.com,cward@jenner.

- **John Selim Tschirgi**
  jtschirgi@winston.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com,cjbrown@omm.com

- **Michael Lloyd Tuchin**
  mtuchin@ktbslaw.com

- **Robert Turken**
  rturken@bilzin.com

- **Bijal Vijay Vakil**
  bvakil@whitecase.com,vfarias@whitecase.com,mkenny@whitecase.com,SV-Calendaring@whitecase.com

- **Kenneth Leo Valinoti**
  kvalinoti@valinoti-dito.com,mskowron@valinoti-dito.com

- **Shaun M. Van Horn**
  svanhorn@jenner.com

- **Joseph Michael Vanek**
  jvanek@vaneklaw.com

- **Emilio Eugene Varanini , IV**
  Emilio.Varanini@doj.ca.gov,ryan.lau@doj.ca.gov,luis.velez@doj.ca.gov,jake.fernandez@doj.ca.gov

- **Ashlei Melissa Vargas**
  avargas@pswplaw.com,nhalpern@pswplaw.com

- **Lara Elvidge Veblen**
  lara.veblen@weil.com

- **A. Paul Victor**
  pvictor@winston.com,docketsf@winston.com,docketny@winston.com

- **Anthony J. Viola**
  aviola@eapdlaw.com

- **Scott N. Wagner**
  swagner@bilzin.com,eservice@bilzin.com,asolis@bilzin.com,fmorera@bilzin.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,dwyer@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

- **Douglas L Wald**
  douglas.wald@aporter.com

- **Donald Arthur Wall**
  donald.wall@squirepb.com

- **Vincent J. Ward**
  vjw@fbdlaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswlaw.com,bpouya@pswlaw.com,asafyan@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Jonathan Mark Watkins**
  jwatkins@pswplaw.com

- **Nicholas J. Weilhammer**
  nicholas.weilhammer@myfloridalegal.com,carmen.oquendo@myfloridalegal.com,jennifer.morganbyrd@myfloridalegal.com

- **Gregory J. Weingart**
  gregory.weingart@mto.com

- **Eric J. Weiss**
  EWeiss@perkinscoie.com

- **Jonathan Mark Weiss**
  jweiss@ktbslaw.com

- **Colin C. West**
  colin.west@morganlewis.com

- **Jeff S. Westerman**
  jwesterman@jswlegal.com

- **Joseph Richard Wetzel**
  jwetzel@kslaw.com,tbishop@kslaw.com

- **Katherine Hamilton Wheaton**
  kate.wheaton@kirkland.com,hayle.gosnell@kirkland.com,sarah.reeves@kirkland.com,karl.stampfl@kirkland.com

- **Gavin David Whitis**
  gwhitis@pondnorth.com,efile@pondnorth.com

- **Mitchell E. Widom**

mwidom@bilzin.com

- **K. Craig Wildfang**
  kcwildfang@robinskaplan.com,rries@robinskaplan.com,afmiller@robinskaplan.com

- **Joel Calcar Willard**
  jwillard@gibsondunn.com,rmcbain@gibsondunn.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jlein@cpmlegal.com,azapala@cpmlegal.com,kquackenbush@cpmlegal.com,mcaylao@cpmleg

- **Christopher Wilson**
  cwilson@polsinelli.com

- **Lingel Hart Winters**
  sawmill2@aol.com

- **Tsung-Hui (Danny) Wu**
  twu@whitecase.com

- **YRC, INC.**
  jeff@juddlawgroup.com

- **Xiaochin Claire Yan**
  claire.yan@mto.com,Cynthia.Soden@mto.com

- **David L. Yohai**
  david.yohai@weil.com,kevin.goldstein@weil.com,melody.akhavan@weil.com,diana.aguilar@weil.com,Lara.Veblen@weil.com,meaghan.thomas-kennedy@weil.com,Kajetan.Rozga@weil.com,Ryan.Goodland@weil.com,MCO.ECF@weil.com

- **David E. Yolkut**
  david.yolkut@weil.com

- **Ryan C Zagare**
  rzagare@knpa.com,jruiz@knpa.com

- **Judith A. Zahid**
  jzahid@zelle.com

- **Cadio R. Zirpoli**
  cadio@saveri.com,mogden@saveri.com

- **Jeffrey Ira Zuckerman**
  jzuckerman@curtis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Monique          Alonso
Gross & Belsky LLP
,

Adam             C. Belsky
Gross Belsky Alonso LLP
,

P.               John Brady
Shughart Thomson & Kilroy PC
,

Patricia         A. Conners
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

Daniel           D. Cowen
Shughart Thomson & Kilroy PC
,

Sarah            Crowley
```

Gross Belsky Alonso LLP
,

**Nathan        A. Dickson**
Jinks Crow & Dickson PC
,

**Issac          L. Diel**
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

**Molly          M Donovan**
Dewey & LeBoeuf LLP
,

**Neal           A Eisenbraun**
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

**John           G. Emerson**
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

**Lori           A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**John           Gressette Felder                                    , Jr**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Alan Frankel**
,

**Matthew        Frutig**
White & Case LLP
,

**Traviss        Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

**Robert         B. Gerard**
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

**Martin         E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**Lynn           W. Jinks**
Jinks Crow & Dickson PC
,

**Charles        H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Elliot         S. Kaplan**
Robins Kaplan Miller & Ciresi
,

**Tracy          R. Kirkman**
Cooper & Kirkham PC
,

**Betsy          Carol Manifold**
Wolf Haldenstein Adler Freeman & Herz
,

**Lawrence       D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

**James          P. McCarthy**

Lindquist & Vennum
,

**Charise**      **Naifeh**
White & Case LLP
,

**Niki**      **B. Okcu**
AT&T Services, Inc. Legal Dept.
525 Market Street, 20th Floor
San Francisco, CA 94105

**Donald**      **L. Perelman**
Fine Kaplan & Black RPC
One S. Broad Street, 23rd Floor
Philadelphia, PA 19107

**Mark**      **Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

**Steven**      **A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**David**      **Roberts**
O'Melveny & Myers LLP
,

**Jean**      **B. Roth**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Lawrence**      **P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger**      **Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street  5th Floor
Modesto, CA 95354

**Samuel**      **J. Sharp**
701 13th Street NW
Washington, DC 20005

**Stephen**      **E. Taylor**
Taylor & Company Law Offices, LLP
,

**Matthew**      **E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Clinton**      **Paul Walker**
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

**Melissa**      **Willett**
Boies, Schiller & Flexner
5301 Wisconsin Ave. NW
Suite 800
Washington, DC 20015

**Christopher Wirth**
LA2120
301 Institution Drive
Bellefonte, PA 16823

**Kim**      **YoungSang**
ARNOLD & PORTER LLP
,

**Jason**      **de Bretteville**
Stradling Yocca Carlson & Rauth

```
660 Newport Center Drive
Suite 1600
Newport Beach, CA 92660
```