| | |
|---|---|
| Kathy L. Osborn (*pro hac vice*) <br> Ryan M. Hurley (*pro hac vice*) <br> Faegre Baker Daniels LLP <br> 300 N. Meridian Street, Suite 2700 <br> Indianapolis, IN  46204 <br> Telephone: +1-317-237-0300 <br> Facsimile: +1-317-237-1000 <br> kathy.osborn@FaegreBD.com <br> ryan.hurley@FaegreBD.com | Stephen M. Judge (*pro hac vice*) <br> FAEGRE BAKER DANIELS LLP <br> 202 S. Michigan Street, Suite 1400 <br> South Bend, IN  46601 <br> Telephone: +1 574-234-4149 <br> Facsimile:  +1 574-239-1900 <br> steve.judge@FaegreBd.com |
| Jeffrey S. Roberts (*pro hac vice*) <br> Faegre Baker Daniels LLP <br> 3200 Wells Fargo Center <br> 1700 Lincoln Street <br> Denver, CO  80203 <br> Telephone: +1-303-607-3500 <br> Facsimile:  +1-303-607-3600 <br> jeff.roberts@FaegreBD.com | Calvin L. Litsey (SBN 289659) <br> Faegre Baker Daniels LLP <br> 1950 University Avenue, Suite 450 <br> East Palo Alto, CA  94303-2279 <br> Telephone: +1-650-324-6700 <br> Facsimile: +1-650-324-6701 <br> calvin.litsey@FaegreBD.com |

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC <br><br> MDL No. 1917 |
| This Document Relates to: <br><br> *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173 <br><br> *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-00141; <br><br> *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; <br><br> *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | **THOMSON DEFENDANTS' JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTIONS FOR SUMMARY JUDGMENT,  MOTION TO EXCLUDE EXPERT TESTIMONY, AND MOTIONS *IN LIMINE*** <br><br> Judge: Hon. Samuel Conti |

*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*

*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157*

Defendants Thomson Consumer Electronics, Inc. and Thomson SA (collectively the "Thomson Defendants") hereby join the following motions for summary judgment filed on November 7, 2014:

- Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Notice of Motion and Motion for Summary Judgment of Direct Action Plaintiffs' State Law Claims on Due Process Grounds [Dkt. No. 2973]. Thomson Defendants join as to Part C of the argument only.

- Hitachi America, Ltd.; Hitachi Displays, Ltd; Hitachi Electronic Devices (USA), Inc.'s Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy [Dkt. No. 2976].

- Samsung SDI's Notice of Motion and Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics [Dkt. No. 2983].

- Tech Displays America's Notice of Motion and Motion for Summary Judgment [Dkt. No. 2984]. Thomson Defendants join as to Parts A–E of the argument only.

1
2
3    • Defendants Panasonic Corporation of North America's and Panasonic Corporation's (f/k/a Matsushita Electric Industrial Co., Ltd.) Notice of Motion and Motion for Summary Judgment [Dkt. No. 3001].

4
5
6
7    • Mitsubishi Electric Corporation's Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC Mitsubishi Electric Visual Systems Corporation [Dkt. No. 3026].

8
9    • Mitsubishi Electric Corporation's Notice of Motion and Motion for Summary Judgment Based upon Absence of Evidence of Liability [Dkt. No. 3037].

10
11   • LGE Defendants' Corrected Motion for Partial Summary Judgment on Standing Grounds [Dkt. No. 3053].

12   The Thomson Defendants hereby join the following motion to exclude expert testimony
13   filed on December 5, 2014:

14
15   • SDI Defendants' Notice of Motion and Motion to Exclude Expert Testimony of Dr. Stephan Haggard [Dkt. No. 3168].

16   The Thomson Defendants hereby join the following motions *in limine* filed on February
17   13, 2015:

18
19
20   • Hitachi Defendants' Motion in Limine to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd by its Specific, Individual Corporate Entity Name or As "SEG" [Dkt. No 3535].

21   • Mitsubishi Electric's Notice of Motion and Motions In Limine Nos. 1-3 [Dkt. No. 3601].
22   The Thomson Defendants join as to motions *in limine* Nos. 1 and 3, but not No. 2.

23
24
25   • Samsung SDI's Motion *in limine* to Prohibit Plaintiffs from Conflating SDI with Non-Parties, Including But not Limited to, Samsung Electronics Co, Ltd (SDI's MIL No.1) [Dkt. No. 3561].

26
27   • The Toshiba Defendants' Motion *in Limine* to Exclude Evidence of Toshiba's Sales to Sharp Corporation [Dkt. No. 3577].

28

| | |
|---|---|
| Dated: June 24, 2015 | Respectfully submitted, |
| | */s/ Kathy L. Osborn* |
| | Kathy L. Osborn (*pro hac vice*) |
| | Ryan M. Hurley (*pro hac vice*) |
| | Faegre Baker Daniels LLP |
| | 300 N. Meridian Street, Suite 2700 |
| | Indianapolis, IN  46204 |
| | Telephone: +1-317-237-0300 |
| | Facsimile: +1-317-237-1000 |
| | kathy.osborn@FaegreBD.com |
| | ryan.hurley@FaegreBD.com |
| | |
| | Jeffrey S. Roberts (*pro hac vice*) |
| | Faegre Baker Daniels LLP |
| | 3200 Wells Fargo Center |
| | 1700 Lincoln Street |
| | Denver, CO  80203 |
| | Telephone: +1-303-607-3500 |
| | Facsimile:  +1-303-607-3600 |
| | jeff.roberts@FaegreBD.com |
| | |
| | Stephen M. Judge (*pro hac vice*) |
| | Faegre Baker Daniels LLP |
| | 202 S. Michigan Street, Suite 1400 |
| | South Bend, IN  46601 |
| | Telephone: +1 574-234-4149 |
| | Facsimile:  +1 574-239-1900 |
| | steve.judge@FaegreBd.com |
| | |
| | Calvin L. Litsey (SBN 289659) |
| | Faegre Baker Daniels LLP |
| | 1950 University Avenue, Suite 450 |
| | East Palo Alto, CA  94303-2279 |
| | Telephone: +1-650-324-6700 |
| | Facsimile: +1-650-324-6701 |
| | calvin.litsey@FaegreBD.com |
| | |
| | ***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*** |