Kenneth S. Marks (*pro hac vice*)
Jonathan R. Ross (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: kmarks@susmangodfrey.com
           jross@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| _____ | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:11-cv-05502 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **STIPULATION OF DISMISSAL** |
| Plaintiff, | |
| v. | |
| HITACHI, LTD., ET AL., | |
| Defendants. | |

Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("CC Trust"), and defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil LTDA.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) SDN, BHD (collectively "SDI"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to SDI with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation is not a dismissal of any person or entity other than SDI.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

IT IS SO STIPULATED.

Dated: June 25, 2015              SUSMAN GODFREY L.L.P.

                                  By:  /s/ Kenneth S. Marks
                                       Kenneth S. Marks
                                       Jonathan J. Ross
                                       SUSMAN GODFREY L.L.P.
                                       1000 Louisiana Street, Suite 5100
                                       Houston, Texas 77002
                                       Telephone: (713) 651-9366
                                       Facsimile: (713) 654-6666
                                       Email:   kmarks@susmangodfrey.com
                                                jross@susmangodfrey.com

                                  *Attorneys for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

Dated: June 25, 2015              By:  /s/ Gary L. Halling
                                       Gary L. Halling, Cal. Bar No. 66087
                                       James L. McGinnis, Cal. Bar No. 95788
                                       Michael W. Scarborough, Cal. Bar No. 203524
                                       SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                       Four Embarcadero Center, 17th Floor
                                       San Francisco, California 94111-4106
                                       Telephone: 415-434-9100
                                       Facsimile: 415-434-3947
                                       E-mail: ghalling@sheppardmullin.com
                                               jmcginnis@sheppardmullin.com

STIPULATION OF DISMISSAL - 2                    MASTER FILE NO.: 3:07-cv-5944 SC
                                                CASE NO. 3:11-CV-05502 SC

3757310v1/012325

|   |   |
|---|---|
| 1 | mscarborough@sheppardmullin.com |
| 2 | Helen C. Eckert, Cal. Bar No. 240531 |
| 3 | 333 South Hope Street, 43rd Floor |
|   | Los Angeles, California 90071-1448 |
| 4 | Telephone: 213-620-1780 |
|   | Facsimile: 213-620-1398 |
| 5 | E-mail: heckert@sheppardmullin.com |

*Attorneys for Defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil LTDA.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) SDN, BHD.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

---

STIPULATION OF DISMISSAL - 3    MASTER FILE NO.: 3:07-cv-5944 SC
CASE NO. 3:11-CV-05502 SC

3757310v1/012325

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of June, 2015 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/ *Kenneth S. Marks*
Kenneth S. Marks

STIPULATION OF DISMISSAL - 4

MASTER FILE NO.:  3:07-cv-5944 SC
CASE NO. 3:11-CV-05502 SC

3757310v1/012325