Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

Stephen M. Judge (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone: +1 574-234-4149
Facsimile:  +1 574-239-1900
steve.judge@FaegreBd.com

*Attorneys for Defendants Thomson SA and Thomson Consumer*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>*All Indirect Purchaser Plaintiff Actions* | **DECLARATION OF KATHY L. OSBORN REGARDING COMPLIANCE WITH 28 U.S.C. § 1715.**<br><br>Judge: Hon. Samuel Conti |

I, Kathy L. Osborn, hereby declare as follows:

1. I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc. ("Thomson").  I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California.  The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. I submit this declaration to demonstrate Thomson's compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").

3. Thomson, Technologies Displays America, LLC ("TDA") and the Indirect Purchaser Plaintiffs in the above-captioned action ("IPPs") executed a settlement agreement on June 10, 2015 and filed with the Court a motion for preliminary approval of the settlement on June 13, 2015 (Dkt. No. 3875). The hearing for IPPs' motion for preliminary approval of the settlement has been set for July 31, 2015.

4. On June 22, 2015, Faegre Baker Daniels' attorneys and staff, acting under my direction, served upon the Attorney General of the United States and the appropriate government officials for all fifty states, the District of Columbia, American Samoa, Guam, North Mariana Islands, Puerto Rico and the Virgin Islands, Thomson's CAFA Notice, which consisted of the following:

   a. A letter regarding notice, pursuant to CAFA, of the proposed class action settlement between Thomson and the IPPs in the above-captioned action that included the definition of the IPPs' Statewide Damages Classes;

   b. Copies of the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint (Dkt. No. 437, filed on March 16, 2009); the Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint (Dkt. No. 716, filed on May 10, 2010); the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint (Dkt. No. 827, filed on December 11, 2010); the Indirect Purchaser Plaintiffs' Fourth Consolidated Amended Complaint (Dkt. No. 1526, filed on January 10, 2013); and the First Amended Class Action Complaint (Dkt. No. 3871-4, filed on June 11, 2015).;

   c. Copies of the proposed detailed settlement notice, the proposed summary settlement notice, and the proposed email settlement notice that were filed with the IPPs' motion for preliminary approval;

   d. A fully executed copy of Thomson and TDA's settlement agreement with the IPPs; and

   e. Copies of the final judgments and/or notices of dismissal that have been filed regarding IPPs' claims against other defendants including: Final Judgment of Dismissal with Prejudice as to Chunghwa Picture Tubes, Ltd. and Chunghwa

Picture Tubes (Malaysia) Sdn Bhd. (Dkt. No. 1106, filed March 22, 2012); Stipulation of Dismissal and Order re Toshiba America, Inc. (Dkt. No. 1311, filed on August 10, 2012); Stipulation and Order of Dismissal of Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. (Dkt. No. 1596, filed on March 13, 2013); Final Judgment of Dismissal with Prejudice as to LG Electronics Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (Dkt. No. 2543, filed on April 18, 2014).

5. Service was made by placing true and correct copies of the aforementioned documents on a disk and placing copies of said disk in envelopes for delivery by United States Postal Service Certified Mail, and depositing them within my firm for collection by the United States Postal Service pursuant to my firm's regular practice of collecting and processing envelopes and other matters for mailing.

6. Submitted herewith as **Exhibit A** is the letter served as part of Thomson's CAFA Notice, which includes a list of the names and addresses of the officials upon Thomson served the CAFA Notice.

Executed this 29th day of June 2015, at Indianapolis, Indiana.

/s/ Kathy L. Osborn