# EXHIBIT A

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▼ UK ▼ CHINA

Kathy L. Osborn
*Partner*
kathy.osborn@FaegreBD.com
Direct **+1 317 237 8261**

Faegre Baker Daniels LLP
300 North Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

June 22, 2015

**CERTIFIED MAIL**

Craig W. Richards
Attorney General for the State of Alaska
Office of the Attorney General
Gen. Dept. of Law State Capitol
P. O. Box 110300
Juneau, AK  99811-0300

Re:   **CAFA Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715**; *In re CRT Antitrust Litig.*, MDL No. 1917, Case No. 07-5944 (N.D. Cal.).

Dear Craig W. Richards

Thomson SA (n/k/a "Technicolor SA") and Thomson Consumer Electronics, Inc. (n/k/a "Technicolor USA, Inc.") (collectively, the "Thomson Defendants") are defendants in the above-referenced matter, which is pending before the Honorable Samuel Conti in the United States District Court for the Northern District of California.  In accord with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, the Thomson Defendants hereby serve you with notice that a proposed settlement of the claims between the Thomson Defendants and the Indirect Purchaser Plaintiff ("IPP") class has been filed with the Court.

The IPPs' consolidated putative class action lawsuit asserts claims under the antitrust laws of various states arising from an alleged agreement to restrict the supply and/or raise the price of cathode ray tubes ("CRTs"), electronic components used to manufacture computer monitors and televisions. The Thomson Defendants deny all of these claims, but have agreed to settle this lawsuit to avoid the expenses, uncertainties, delays, and other risks inherent in further litigation.

A motion for preliminary approval of the IPPs' settlement with the Thomson Defendants ("Motion for Preliminary Approval") was filed with the Court on June 13, 2015.

**PROPOSED SETTLEMENT CLASS DEFINITION**

The proposed settlement class is defined as follows:

a.   Indirect Purchaser Plaintiff Statewide Damages Classes:


EXHIBIT A

All persons and or entities in Arizona, California, District of Columbia, Florida, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia, and Wisconsin who or which indirectly purchased for their own use and not for resale, CRT Products manufactured and/or sold by the Defendants, or any subsidiary, affiliate, or alleged co-conspirator thereof, at any time during the period from March 1, 1995 through November 25, 2007.

All persons and entities in Hawaii who or which indirectly purchased for their own use and not for resale CRT Products manufactured and/or sold by the Defendants, or any subsidiary, affiliate, or alleged co-conspirator thereof, at any time from June 25, 2002 through November 25, 2007.

All persons and entities in Nebraska who or which indirectly purchased for their own use and not for resale CRT Products manufactured and/or sold by the Defendants, or any subsidiary, affiliate, or alleged co-conspirator thereof, at any time from July 20, 2002 through November 25, 2007.

All persons and entities in Nevada who or which indirectly purchased for their own use and not for resale CRT Products manufactured and/or sold by the Defendants, or any subsidiary, affiliate, or alleged co-conspirator thereof, at any time from February 4, 1999 through November 25, 2007.

Specifically excluded from these Classes are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and, any affiliate, legal representative, heir or assign of any Defendant. Also excluded are named co-conspirators, any federal, state or local government entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, and any juror assigned to this action.

**MATERIALS REQUIRED BY 28 U.S.C. § 1715**

Enclosed herewith is a CD containing the materials required by 28 U.S.C. § 1715(b). The materials have been provided in Adobe Acrobat (.pdf) format and include the following:

(1)     Complaints and Supporting Documents.

Folder 1 on the enclosed CD contains the following complaints filed by the IPPs: the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint (Dkt. No. 437, filed on March 16, 2009); the Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint (Dkt. No. 716, filed on May 10, 2010); the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint (Dkt. No. 827, filed on December 11, 2010); the Indirect Purchaser Plaintiffs' Fourth Consolidated Amended Complaint (Dkt.

-3-                                                                                                          June 22, 2015

No. 1526, filed on January 10, 2013); and the First Amended Class Action Complaint (Dkt. No. 3871-4, filed on June 11, 2015).

    (2)    <u>Notice of Any Scheduled Hearing in the Class Action</u>.

A hearing to consider the IPP's Motion for Preliminary Approval is scheduled for July 31, 2015, at 10:00 a.m. PDT before the Honorable Samuel Conti, United States District Judge for the Northern District of California, in Courtroom One, 17th Floor, located at 450 Golden Gate Avenue, San Francisco, CA. You can monitor the Court's schedule as it relates to this settlement by visiting the "CM ECF" online docket for the above referenced case at https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?175629113162344-L_1_0-1 or the settlement website at www.crtsettlement.com. Folder 2 on the enclosed CD has intentionally been left empty.

    (3)    Proposed or Final Notice to Class Members of
              <u>Proposed Settlement and of Right to Request Exclusion from Class</u>.

Copies of the proposed detailed settlement notice, the proposed summary settlement notice, and the proposed email settlement notice that were filed with the IPPs' Motion for Preliminary Approval are included in Folder 3 on the enclosed CD. The Motion for Preliminary Approval describes the proposed notice plan submitted by the IPP Class for notifying the classes of the proposed settlement. Notice will be given by print media, broadcast media, online media, and other media.

    (4)    <u>Any Proposed or Final Class Action Settlement</u>.

Folder 4 on the enclosed CD contains a copy of the IPPs' settlement agreement with the Thomson Defendants, which was executed on June 10, 2015.

    (5)    Any Settlement or Other Agreement Contemporaneously
              <u>Made Between Class Counsel and Counsel for the Defendants</u>.

The IPPs and the Thomson Defendants have not contemporaneously entered into any other agreements, so Folder 5 on the enclosed CD has been intentionally left empty.

    (6)    <u>Any Final Judgment or Notice of Dismissal</u>.

There has been no final judgment or notice of dismissal entered as to the Thomson Defendants. However, final judgments and/or notices of dismissal have been filed regarding IPPs' claims against other defendants. Accordingly, Folder 6 on the enclosed CD contains the following final judgments and/or notices of dismissal related to IPPs' claims against other defendants: Final Judgment of Dismissal with Prejudice as to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn Bhd. (Dkt. No. 1106, filed March 22, 2012); Stipulation of Dismissal and Order re Toshiba America, Inc. (Dkt. No. 1311, filed on August 10, 2012); Stipulation and Order of Dismissal of Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. (Dkt. No. 1596, filed on March 13, 2013); Final Judgment of Dismissal with Prejudice as to LG Electronics Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (Dkt. No. 2543, filed on April 18, 2014).

-4-                                                                                                                  June 22, 2015

    (7)    If Feasible, Names of Class Members Who Reside
             in Each State and Estimated Proportionate Shares of the Entire Settlement.

It is not feasible to provide the information requested in subsection 7(A) at this time. The Thomson Defendants do not have knowledge of the names of the class members who reside in each state or the estimated proportionate share of the claims of such class members. The names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class member names by state of residence. Accordingly, Folder 7 on the enclosed CD has intentionally been left empty.

Class members that properly submit claim forms and supporting documentation will receive their pro rata share of the settlement fund.

    (8)    Any Written Judicial Opinion Relating to
             the Materials Described Under Subparagraphs (3) through (6).

There have been no written judicial opinions in this action relating to the materials described in 28 U.S.C. § 1715(b)(3) through (b)(6). Folder 8 on the enclosed CD has intentionally been left empty.

Please be advised that the parties will ask that the Court find that this notice complies with CAFA and there will be no supplement to this notice. Please do not hesitate to contact me with any questions you may have regarding these materials.

Sincerely,

*Kathy L. Osborn*

Kathy L. Osborn

Enclosures

cc:    Attached Service List
       Ryan M. Hurley (w/o encl.)

*In re CRT Antitrust Lit*ig*ation*, MDL No. 1917
**Thomson – IPP Settlement CAFA Notice Service List**

Alabama
Luther Strange
Attorney General for the State of Alabama
Office of the Attorney General
501 Washington Avenue
P. O. Box 300152
Montgomery, AL 36130-0152
Telephone: 334-242-7300

Arizona
Mark Brnovich
Attorney General for the State of Arizona
Office of the Attorney General
1275 W. Washington St.
Phoenix, AZ 85007
Telephone: 602-542-5025

California
Kamala D. Harris
Attorney General for the State of California
California Department of Justice
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (800) 952-5225

Connecticut
George Jepsen
Attorney General for State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06106
Telephone: 860-808-5318

District of Columbia
Karl A. Racine
Attorney General for the State of DC
Office of the Attorney General
441 4th St., NW, Ste. 1100S
Washington, DC 20001
Telephone: 202-727-3400

Georgia
Sam Olens

Attorney General for the State of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334
Telephone: 404-656-3300

Hawaii
David Louie
Attorney General for the State of Hawaii
Office of the Attorney General
425 Queen St.
Honolulu, HI 96813
Telephone: 808-586-1500

Illinois
Lisa Madigan
Attorney General for the State of Illinois
Office of the Attorney General
James R. Thompson Center
100 W. Randolph St.
Chicago, IL 60601
Telephone: 312-814-3000

Iowa
Tom Miller
Attorney General for the State of Iowa
Office of the Attorney General
Hoover State Office Bldg.
1305 E. Walnut
Des Moines, IA 50319
Telephone: 515-281-5164

Kentucky
Jack Conway
Attorney General for the State of Kentucky
Office of the Attorney General
700 Capitol Avenue, Capitol Bldg., Ste. 118
Frankfort, KY 40601
Telephone: 502-696-5300

Maine
Janet T. Mills
Attorney General for the State of Maine
Office of the Attorney General
6 State House Station
Augusta, ME 04333

Telephone: 207-626-8800

Massachusetts
Maura Healey
Attorney General for State of Massachusetts
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1518
Telephone: 617-727-2200

Minnesota
Lori Swanson
Attorney General for the State of Minnesota
Office of the Attorney General
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101
Telephone: 651-296-3353

Missouri
Chris Koster
Attorney General for the State of Missouri
Office of the Attorney General
Supreme Court Bldg.
207 W. High Street
P. O. Box 899
Jefferson City, MO 65102
Telephone: 573-751-3321

Montana
Tim Fox
Attorney General for the State of Montana
Office of the Attorney General
Montana Dept. of Justice
P. O. Box 201401
Helena, MT 59620-1401
Telephone: 406-444-2026

Nevada
Adam Paul Laxalt
Attorney General for the State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701
Telephone: 775-684-1100

New Jersey
John Jay Hoffman
Attorney General for State of New Jersey
Office of the Attorney General
25 Market Street
P. O. Box 080
Trenton, NJ 08625
Telephone:  609-292-8740

New York
Eric T. Schneiderman
Attorney General for the State of New York
Office of the Attorney General
Dept. of Law - The Capitol, 2nd Fl.
Albany, NY 12224
Telephone:  518-474-7330


North Dakota
Wayne Stenehjem
Attorney General for State of North Dakota
Office of the Attorney General
State Capitol
600 E. Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040
Telephone:  701-328-2210

Oklahoma
Scott Pruitt
Attorney General for the State of Oklahoma
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:  405-521-3921

Pennsylvania
Kathleen Kane
Attorney General for State of Pennsylvania
Office of the Attorney General
16th Fl., Strawberry Square
Harrisburg, PA 17120
Telephone:  717-787-3391

Rhode Island
Peter Kilmartin
Attorney General for State of Rhode Island

US.56900268.01

Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: 401-274-4400

South Dakota
Marty J. Jackley
Attorney General for State of South Dakota
Office of the Attorney General
1302 East Highway 14, Ste. 1
Pierre, SD 57501-8501
Telephone: 605-773-3215

Tennessee
Herbert H. Slatery, III
Attorney General for the State of Tennessee
Office of the Attorney General and Reporter
P.O. Box 20207
425 5th Avenue North
Nashville, TN 37243
Telephone: 615-741-3491

Vermont
William H. Sorrell
Attorney General for the State of Vermont
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
Telephone: 802-828-3173

Virginia
Mark Herring
Attorney General for the State of Virginia
Office of the Attorney General
900 E. Main Street
Richmond, VA 23219
Telephone: 804-786-2071

West Virginia
Patrick Morrisey
Attorney General for State of West Virginia
Office of the Attorney General
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blv. East
Charleston, WV 25305
Telephone: 304-558-2021

<u>Wyoming</u>
Peter K. Michael
Attorney General for the State of Wyoming
Office of the Attorney General
123 Capitol Bldg.
200 West 24th Street
Cheyenne, WY 82002
Telephone: 307-777-7841

<u>Alaska</u>
Craig W. Richards
Attorney General for the State of Alaska
Office of the Attorney General
Gen. Dept. of Law State Capitol
P. O. Box 110300
Juneau, AK 99811-0300
Telephone: 907-465-2133

<u>American Samoa</u>
Talauega E. V. Ale
Attorney General for State of American Samoa
American Samoa Government
Executive Office Building
Utulei, Pago Pago AS 96799
Telephone: (684) 633-4163

<u>Arkansas</u>
Leslie Rutledge
Attorney General for the State of Arkansas
Office of the Attorney General
323 Center St., Ste. 200
455 Golden Gate Avenue, Ste. 11000
Little Rock, AR 72201-2610
Telephone: 800-482-8982

<u>Colorado</u>
Cynthia Coffman
Attorney General for the State of Colorado
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Fl.
Denver, CO 80203
Telephone: 720-508-6000

<u>Delaware</u>

Matt Denn
Attorney General for the State of Delaware
Office of the Attorney General
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801
Telephone: 320-577-8338

Florida
Pam Bondi
Attorney General for the State of Florida
Office of the Attorney General
State of Florida, The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: 850-414-3300

Guam
Elizabeth Barrett-Anderson
Attorney General for Guam
Office of the Attorney General
ITC Bldg.
590 S. Marine Corps Dr., Ste. 706
Tamuning, Guam 96913
Telephone: 671-475-3324

Idaho
Lawrence Wasden
Attorney General for the State of Idaho
Office of the Attorney General
700 W. Jefferson Street, Ste. 210
Boise, ID 83720-1000
Telephone: 208-334-2400

Indiana
Greg Zoeller
Attorney General for the State of Indiana
Office of the Attorney General
Indiana Government Center South, 5th Fl.
302 West Washington St.
Indianapolis, IN 46204
Telephone: 317-232-6201

Kansas
Derek Schmidt
Attorney General for the State of Kansas
Office of the Attorney General

120 SW 10th Avenue, 2nd Fl.
Topeka, KS 66612-1597
Telephone: 785-296-2215

Louisiana
James D. Caldwell
Attorney General for the State of Louisiana
Office of the Attorney General
1885 N. Third Street
Baton Rouge, LA 70802
Telephone: 225-326-6079

Maryland
Brian E. Frosh
Attorney General for the State of Maryland
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202
Telephone: 410-576-6300 or 800-743-0023

Michigan
Bill Schuette
Attorney General for the State of Michigan
Office of the Attorney General
G. Mennen Williams Building, 7th Fl.
525 W. Ottawa Bldg.
P. O. Box 30212
Lansing, MI 48909
Telephone: 517-373-1110

Mississippi
Jim Hood
Attorney General for the State of Mississippi
Office of the Attorney General
Walter Sillers Bldg.
550 High Street, Ste. 1200
Jackson, MS 39201
Telephone: 601-359-3680

MP
Edward Manibusan
Attorney General for MP
Office of the Attorney General
N. Marian Islands Administration Bldg.
P. O. Box 10007
Saipan, MP 96950-8907

Telephone: 670-664-2341

Nebraska
Doug Peterson
Attorney General for the State of Nebraska
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: 402-471-2683

New Hampshire
Joseph Foster
Attorney General for the State of New Hampshire
Office of the Attorney General
New Hampshire Dept. of Justice
33 Capitol St.
Concord, NH 03301-6397
Telephone: 603-271-3658

New Mexico
Hector Balderas
Attorney General for the State of New Mexico
Office of the Attorney General
408 Galisteo Street
Villagra Bldg.
Santa Fe, NM 87501
Telephone: 505-827-6000

North Carolina
Roy Cooper
Attorney General for the State of North Carolina
Office of the Attorney General
Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
Telephone: 919-716-6400

Ohio
Mike DeWine
Attorney General for the State of Ohio
Office of the Attorney General
30 E. Broad Street, 14th Fl.
Columbus, OH 43266-0410
Telephone: 614-466-4320

Oregon

Ellen F. Rosenblum
Attorney General for the State of Oregon
Office of the Attorney General
Oregon Dept. of Justice
1162 Court St., NE
Salem, OR 97301-4096
Telephone: 503-378-6002

Puerto Rico
Cesar R. Miranda-Rodriguez
Attorney General for Puerto Rico
Office of the Attorney General
GPO Box 902192
San Juan, PR 00902-0192
Telephone: 787-721-2900

South Carolina
Alan Wilson
Attorney General for the State of South Carolina
Office of the Attorney General
Rembert Dennis Office Bldg.
1000 Assembly Street, Rm. 519
Columbia, SC 29201
Telephone: 803-734-3970

Texas
Ken Paxton
Attorney General for the State of Texas
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701
Telephone: 512-463-2100

Utah
Sean Reyes
Attorney General for the State of Utah
Office of the Attorney General
Utah State Capitol Complex
350 North State Street, Ste. 230
Salt Lake City, UT 84114-0810
Telephone: 801-538-9600

Virgin Islands
Terri Griffiths
Attorney General for the Virgin Islands
Department of Justice

34-38 Kronprinsdens Gade
GERS Bldg., 2nd Fl.
St. Thomas, VI 00802
Telephone: 340-774-5666

Washington
Bob Ferguson
Attorney General for the State of Washington
Office of the Attorney General
1125 Washington Street, SE
P. O. Box 40100
Olympia, WA 98504-0100
Telephone: 360-753-6200

Wisconsin
Brad Schimel
Attorney General for the State of Wisconsin
Office of the Attorney General
P. O. Box 7857
State Capitol, Rm. 114 East
Madison, WI 53707-7857
Telephone: 608-266-1221

U.S. Attorney General
Loretta E. Lynch
Federal Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001