Kenneth S. Marks (*pro hac vice*)
Jonathan R. Ross (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: kmarks@susmangodfrey.com
        jross@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION _____ THIS DOCUMENT RELATES TO: ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,        Plaintiff, v. HITACHI, LTD., ET AL.,        Defendants. | Master File No. 3:07-cv-5944 SC MDL No. 1917 Individual Case No. 3:11-cv-05502 SC **STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL - 1

MASTER FILE NO.:  3:07-cv-5944 SC
CASE NO. 3:11-CV-05502 SC

3757290v1/012325

Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("CC Trust"), and defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (f/k/a Matsushita-Toshiba Picture Display Co., Ltd.) (collectively "Panasonic"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Panasonic and Beijing Matsushita Color CRT Co., Ltd. ("BMCC") with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation is not a dismissal of any person or entity other than Panasonic and BMCC.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

IT IS SO STIPULATED.

Dated:  June 29, 2015

SUSMAN GODFREY L.L.P.

By:  /s/ Kenneth S. Marks
    Kenneth S. Marks
    Jonathan J. Ross
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666
    Email:   kmarks@susmangodfrey.com
             jross@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

Dated:  June 29, 2015

By:  /s/ Jeffrey L. Kessler
    Jeffrey L. Kessler (pro hac vice)
    Email: JKessler@winston.com
    Aldo A. Badini (SBN 257086)
    Email: ABadini@winston.com
    Eva W. Cole (pro hac vice)
    Email: EWCole@winston.com
    Molly M. Donovan (pro hac vice)
    Email: MMDonovan@winston.com
    WINSTON & STRAWN LLP
    200 Park Avenue

|   |   |
|---|---|
| 1 | New York, NY 10166 |
| 2 | Telephone: (212) 294-6700 |
|   | Facsimile: (212) 294-4700 |

Steven A. Reiss (pro hac vice)
Email: steven.reiss@weil.com
David L. Yohai (pro hac vice)
Email: david.yohai@weil.com
Adam C. Hemlock (pro hac vice)
Email: adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (f/k/a Matsushita-Toshiba Picture Display Co., Ltd.)*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

---

STIPULATION OF DISMISSAL - 3

MASTER FILE NO.: 3:07-cv-5944 SC
CASE No. 3:11-cv-05502 SC

3757290v1/012325

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June, 2015 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/ *Kenneth S. Marks*
Kenneth S. Marks