1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:11-cv-05502 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **[PROPOSED] ORDER** |
| Plaintiff, | |
| v. | |
| HITACHI, LTD., ET AL., | |
| Defendants. | |

[Proposed] Order - 1

MASTER FILE NO.: 3:07-cv-5944 SC
CASE NO. 3:11-CV-05502 SC

3757292v1/012325

1    The Court, having considered the stipulation of the parties, and good cause appearing

2  therefore, orders as follows:

3    1.    All claims asserted by plaintiff Alfred H. Siegel, solely in his capacity as Trustee

4  of the Circuit City Stores, Inc. Liquidating Trust, against defendants Panasonic Corporation (f/k/a

   Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture

5  Display Co., Ltd. (f/k/a Matsushita-Toshiba Picture Display Co., Ltd.) (collectively "Panasonic"),

6  and Beijing Matsushita Color CRT Co., Ltd. ("BMCC") are dismissed with prejudice pursuant to

7  Rule 41(a)(2) of the Federal Rules of Civil Procedure.

8    2.    Each party shall bear its own costs and attorneys' fees.

9    3.    This Order is not a dismissal of any person or entity other than Panasonic and

   BMCC.
10

11    IT IS SO ORDERED.

12

13    This _____ day of _____, 2015.

14

15                                    _____

                                      Hon. Samuel Conti
16                                    United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order - 2                              MASTER FILE NO.:  3:07-cv-5944 SC
                                                  CASE NO. 3:11-CV-05502 SC

3757292v1/012325