*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

June 29, 2015

**VIA ECF AND HAND DELIVERY**

Honorable Samuel Conti
United States District Court
Northern District of California
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94123

**Re:**   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* **MDL 1917**

Dear Judge Conti:

The IPPs and the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants ("Settling Defendants") have entered into Settlement Agreements that resolve all of the IPPs' claims against Settling Defendants. The IPPs filed the Motion for Preliminary Approval of five of these Settlements on May 29, 2015 (Dkt. No. 3861), and amended the Motion to add the Thomson and TDA Defendants on June 13, 2015 (Dkt. No. 3875) (the "Motion").[1] IPPs noticed the Motion for hearing on July 31, 2015 because that was the Court's next available hearing date after the 35 day-notice period required by Civil L.R. 7.2(a). For the following reasons, it is not necessary to wait until the July 31, 2015 hearing to rule on the Motion.

First, the time to file an opposition to the Motion has passed and no substantive opposition to the Motion has been filed. Conditional objections to the Motion were filed by two attorneys for the indirect purchaser class (Dkt. Nos. 3874 and 3880). But as explained in IPPs' response thereto (Dkt. No. 3884), these objections relate to the allocation of attorneys' fees amongst class counsel, which has nothing to do with the Motion for Preliminary Approval. *Id.* Moreover, the objectors claim they will not have the right to be heard regarding their allocated fee. However, Lead Class Counsel has acknowledged that they will have this right. *Id.* at 5. Thus, the objections are moot.

Second, the Court's Order on the Motion for Preliminary Approval is the trigger date for disseminating notice to potential class members and starting the claims process, and ultimately will determine the hearing date for final approval of the Settlements.

---

[1] IPPs submitted a Proposed Order Granting Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants (Dkt. No. 3875-1) ("Preliminary Approval Order") with the Motion.

Hon. Samuel Conti
June 29, 2015
Page 2 of 2

Delaying resolution of the Motion until July 31st or later is likely to delay final approval for many months.

   Third, the Court's approval of the class action settlements may also have an impact on the Direct Action Plaintiffs and the resolution of their cases, since their cases have been effectively stayed pending resolution of the class cases.

   Finally, vacating the hearing date and ruling on the Motion now will not prejudice any party because all parties have had the requisite 14 days to file their opposition to the Motion. In addition, it has been this Court's general practice to vacate hearing dates and decide motions on the papers. There is no reason to wait to rule until the July 31, 2015 hearing date since the hearing date will probably be vacated.

   Accordingly, Plaintiffs request that the Court: (1) set the Fairness Hearing on the first available date 120 days after the Preliminary Approval Order and include that date in Paragraph 21 of the Preliminary Approval Order; and (2) enter the Preliminary Approval Order.

        Respectfully submitted,


        /s/ Mario N. Alioto
        Mario N. Alioto
        Lead Class Counsel for the Indirect Purchaser Class

cc. All Counsel via ECF