Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC<br><br>MDL No. 1917<br><br>**DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE THOMSON DEFENDANTS' JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTIONS FOR SUMMARY JUDGMENT, MOTION TO EXCLUDE EXPERT TESTIMONY, AND MOTIONS *IN LIMINE*** |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05724-SC;<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC; | Date:   None set<br>Place:  Courtroom 1<br>Judge:  Hon. Samuel Conti |

1  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;

2  *Siegel v. Technicolor SA*, No. 13-cv-05261;

3  *Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513;

4

5  *Best Buy Co. v. Technicolor SA*, No. 13-cv-05264;

6  *Interbond Corp. of America v. Hitachi, Ltd., et al.*, No. 3:11-cv-06276-SC;

7

8  *Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC;

9  *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06276-SC;

10

11  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC;

12  *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

13

14  *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 3:12-cv-02648-SC;

15  *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05725-SC;

16

17  *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649-SC;

18

19  *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 3:13-cv-05668-SC;

20

21

22  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 3:13-cv-05262;

23  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514-SC;

24

25  *Tech Data Corp. and Tech Data Product Management, Inc. v. AU Optronics Corp., et al.*, No. 13-cv-00157.

26

27

28

The undersigned Direct Action Plaintiffs ("DAPs") oppose Defendants Thomson Consumer Electronics, Inc. and Thomson SA's (collectively, "Thomson") untimely joinder to fourteen motions filed by other defendants.

LG Electronics started what appears to be a trend, when on June 4, 2015—months after the Court's deadlines for filing dispositive motions, *Daubert* motions, and motions *in limine*—it attempted to join a host of its co-defendants' previously filed motions without seeking leave of the Court or providing any explanation for its delay. DAPs opposed that joinder as improper, untimely, and prejudicial. (*See* MDL Dkt. No. 3883.) Now, nearly three weeks after even LGE's dilatory filing, Thomson attempts the same maneuver.

The Court's deadlines for filing dispositive motions were in November of 2014. Thomson filed one summary judgment motion and signed on to thirteen others, of the 38 total motions that all of the defendants filed. December 5, 2014 was the Court's deadline for filing *Daubert* motions; Thomson signed on to one motion on that date and did not sign on to the other jointly filed by defendants. Finally, on February 13, 2015, the Court's deadline for filing motions *in limine*, Thomson signed on to sixteen of its co-defendants' motions *in limine*, and opted not to sign on to an additional eleven.

Now, without explanation for its months-long delay (or the three week delay between LGE's joinder and its own), Thomson seeks to join an additional *fourteen* motions. Thomson's joinder should be stricken because, like LGE, Thomson has not established good cause for its failure to comply with the Court's scheduling order. In respect of the Court's time, the DAPs will not repeat here all of the arguments stated on pages 1-3 of their Opposition to LGE's Joinder (*see* MDL Dkt. No. 3883), but rather incorporate them here by reference. *See, e.g.*, *Briglia v. Horizon Healthcare Servs., Inc.*, No. 03-6033, 2007 WL 1959249, at *3-4 (D.N.J. July 3, 2007) (rejecting joinders to summary judgment motions filed four weeks after the dispositive motion deadline); *Big Top USA, Inc. v. The Wittern Grp.*, 183 F.R.D. 331, 343 (D. Mass. 1998) (denying defendant's untimely joinder to summary judgment

motions filed one week after the dispositive motion deadline); *Burney v. Woodford*, No. CIV S-05-1849, 2009 WL 3246575, at *1 (E.D. Cal. Oct. 6, 2009) (opposition to summary judgment motion untimely where no good cause shown for missing filing deadline); *In re Veritas Software Sec. Litig.*, No. C-03-0283, 2006 WL 463509, at *4 (N.D. Cal. Feb. 24, 2006) (tactical decisions to delay filing do not constitute "excusable neglect"; motion filed fifteen days after the deadline rejected).[1]

Accordingly, the undersigned Direct Action Plaintiffs respectfully request that the Court deny Thomson's untimely attempt to join other defendants' summary judgment motions, *Daubert* motion, and motions *in limine*.

DATED:  July 2, 2015          By:  /s/ *Craig A. Benson*

        Kenneth A. Gallo (*pro hac vice*)
        Joseph J. Simons (*pro hac vice*)
        Craig A. Benson (*pro hac vice*)
        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
        2001 K Street, NW
        Washington, DC  20006
        Telephone: (202) 223-7300
        Facsimile: (202) 223-7420
        Email: kgallo@paulweiss.com
        Email: jsimons@paulweiss.com
        Email: cbenson@paulweiss.com

        Stephen E. Taylor (SBN 058452)
        Jonathan A. Patchen (SBN 237346)
        **TAYLOR & COMPANY LAW OFFICES, LLP**
        One Ferry Building, Suite 355
        San Francisco, California  94111
        Telephone:  (415) 788-8200
        Facsimile:  (415) 788-8208
        Email: staylor@tcolaw.com
        Email: jpatchen@tcolaw.com

        *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America, Inc.*

---

[1] Indeed, Thomson itself has sought to chastise other parties in this case for not acting diligently in circumstances where those parties acted far more diligently than Thomson has here.  (*See* MDL Dkt. No. 2783-2 (Thomson Defendants' Opposition to DAPs' Motion to Issue a Letter of Request for International Judicial Assistance to Take Depositions in France, arguing that DAPs had not acted diligently in filing their Motion one week *before* the close of discovery).)

/s/  Philip J. Iovieno
_____

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:   piovieno@bsfllp.com
             anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

/s/  Robert W. Turken
_____

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG MAENA PRICE & AXELROD   LLP
1450 Brickell Ave, Suite 2300
Miami, FL  33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email:   rturken@bilzin.com
             swagner@bilzin.com
             mwidom@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

/s/  Roman M. Silberfeld
_____

Roman M. Silberfeld
Bernice Conn
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
            dmartinez@rkmc.com
            jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
            kcwildfang@rkmc.com
            lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

/s/  *David J. Burman*

David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
            CGMoore@perkinsncoie.com
            EWeiss@perkinscoie.com
            NHesterberg@perkinscoie.com
            SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415) 344-7120
Facsimile:   (415) 344-7320

Email:  JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

/s/  Richard Alan Arnold

Richard Alan Arnold (*pro hac vice*)
William J. Blechman (*pro hac vice*)
Kevin J. Murray (*pro hac vice*)
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL  33131
Tel:  305-373-1000
Fax: 305-372-1861
Email:  rarnold@knpa.com
             wblechman@knpa.com
             kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck & Co. & Kmart Corp.*

/s/  Kenneth S. Marks

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: kmarks@susmangodfrey.com
           jross@susmangodfrey.com
           jcarter@susmangodfrey.com
           dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email:  pfolse@susmangodfrey.com
             rblack@susmangodfrey.com
             jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

## **E-FILING ATTESTATION**

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the Direct Action Plaintiffs' Opposition to the Thomson Defendants' Joinder to Co-Defendants' Outstanding Motions for Summary Judgment, Motion to Exclude Expert Testimony, and Motions *in Limine*. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: July 2, 2015                                        */s/ Craig A. Benson*
                                                                    Craig A. Benson