Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co., Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-06325;<br><br>*Interbond Corporation of America v. Mitsubishi Electric & Electronics USA, Inc., et al.*, No. 0:13-cv-62482;<br><br>*Office Depot, Inc. v. Technicolor, SA, et al.*, No. 13-cv-81174; | Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**DEFENDANTS MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC US, INC. and MITSUBISHI ELECTRIC VISUAL  SOLUTIONS AMERICA, INC.'S JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTIONS FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| 1<br>2 | *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-06327; |
| 3<br>4 | *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-02037; |
| 5 | *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; |
| 6<br>7 | *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; |
| 8<br>9 | *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-00141; |
| 10<br>11 | *Tech Data Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-00157; |
| 12 | *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261. |

Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric") hereby join the following motions for summary judgment filed on November 7, 2014:

- Hitachi Defendants' Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations, Dkt. No. 2972;

- Hitachi America, Ltd.; Hitachi Displays, Ltd; Hitachi Electronic Devices (USA), Inc.'s Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy, Dkt. No. 2976;

- Thomson Consumer Electronics, Inc.'s Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment, Dkt. No. 2981;

- SDI Defendants' Notice of Motion and Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics, Dkt. No. 2983;

- Technologies Displays Americas LLC's Motion for Summary Judgment, Dkt. No. 2984;

- The Toshiba Defendants' Notice of Motion and Motion for Summary Judgment Concerning Withdrawal, Dkt. No. 2995;

- Defendants Panasonic Corporation of North America's and Panasonic Corporation's (F/K/A/ Matsushita Electric Industrial Co., Ltd.) Notice of Motion and Motion for Summary Judgment, Dkt. No. 3001;

- Defendants Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda's Notice of Motion and Motion for Partial Summary Judgment, Dkt. No. 3027;

- LGE Defendants' Notice of Motion and Motion for Partial Summary Judgment on FTAIA Grounds, Dkt. No. 3032;

- Corrected LGE Defendants' Notice of Motion and Motion for Partial Summary Judgment on Standing Grounds, Dkt. No. 3053 (Correction of ECF No. 3035 and 3049); and

1  • Defendant LG Electronics, Inc's Notice of Motion and Motion for Partial Summary Judgment on Withdrawal Grounds, Dkt. 3086.

In support, Mitsubishi Electric adopts and reasserts as if fully set forth herein the reasoning in Defendant LG Electronics, Inc's Response to Direct Action Plaintiffs' Opposition to LGE's Joinder to Outstanding Motions for Summary Judgment, Motion to Exclude Expert Testimony, and Motions *In Limine*, Dkt. No. 3891.

DATED:  July 2, 2015           **JENNER & BLOCK LLP**

By: /s/ *Terrence J. Truax*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*