| | |
|---|---|
| Kathy L. Osborn (*pro hac vice*)<br>Ryan M. Hurley (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>Telephone: +1-317-237-0300<br>Facsimile: +1-317-237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com | Stephen M. Judge (*pro hac vice*)<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan Street, Suite 1400<br>South Bend, IN  46601<br>Telephone: +1 574-234-4149<br>Facsimile:  +1 574-239-1900<br>steve.judge@FaegreBd.com |
| Jeffrey S. Roberts (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203<br>Telephone: +1-303-607-3500<br>Facsimile:  +1-303-607-3600<br>jeff.roberts@FaegreBD.com | Calvin L. Litsey (SBN 289659)<br>Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA  94303-2279<br>Telephone: +1-650-324-6700<br>Facsimile: +1-650-324-6701<br>calvin.litsey@FaegreBD.com |

***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-00141;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727; | **THOMSON DEFENDANTS' RESPONSE TO DIRECT ACTION PLAINTIFFS' OPPOSITION TO THOMSON DEFENDANTS' JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTIONS FOR SUMMARY JUDGMENT,  MOTION TO EXCLUDE EXPERT TESTIMONY, AND MOTIONS *IN LIMINE*<br><br>Judge: Hon. Samuel Conti |

*Office Depot, Inc. v. Technicolor SA, et al.,
No. 13-cv-05726;*

*Costco Wholesale Corporation v.
Technicolor SA, et al., No. 13-cv-05723;*

*P.C. Richard & Son Long Island
Corporation, et al. v. Technicolor SA, et al.,
No. 31:cv-05725;*

*Schultze Agency Services, LLC, o/b/o
Tweeter Opco, LLC, et al. v. Technicolor SA,
Ltd., et al., No. 13-cv-05668;*

*Sears, Roebuck and Co. and Kmart Corp. v.
Technicolor SA, No. 3:13-cv-05262;*

*Tech Data Corp., et al. v. Hitachi, Ltd., et
al., No. 13-cv-00157*

## RESPONSE

Defendants Thomson Consumer Electronics, Inc. and Thomson SA (collectively the "Thomson Defendants") submit this response to Direct Action Plaintiffs' ("DAPs'") opposition to the Thomson Defendants' notice of joinder. This action is premised on joint and several liability, so a motion in favor of one defendant necessarily affects other defendants with respect to joint and several liability and damages. Given the complexity of this MDL action, the number of parties, emerging settlements, and the desire to avoid burdening the Court with overly duplicative filings, the parties must sometimes rely on motions initiated by other parties. Thus, the Thomson Defendants filed a routine notice of joinder with respect to several pending and fully briefed motions that did not introduce any new arguments or facts. (*See* [Dkt. No. 3888].) By ruling on the motions the Thomson Defendants joined the Court will very likely simplify and shorten trial in this matter by eliminating issues that do not need to be resolved by the jury.

As Judge Walker recently recognized in relation to discovery motions, in light of the complexity of this MDL action, the need to serve an official joinder at the time of the original motion is likely "too strict a requirement." (*See* [Dkt. No. 3866].) Moreover, for the same

1  reasons and based on the same authorities set forth in LG Electronics, Inc.'s ("LGE's") response
2  to DAPs' opposition to LGE's joinder to outstanding motions, the Thomson Defendants' notice
3  of joinder is timely, there is no good cause requirement for such a simple joinder, and DAPs' will
4  not be prejudiced by it. (*See* [Dkt. No. 3891] at 2-4.)[1]  Indeed, in their opposition, DAPs do not
5  even attempt to argue that they have been prejudiced by the Thomson Defendants' notice of
6  joinder. (*See* [Dkt. No. 3897].)  This is because the Thomson Defendant's notice of joinder is
7  proper and will not prejudice any DAP.  *See LiveOps, Inc. v. Teleo, Inc.*, No. C05-03773 MJJ,
8  2006 WL 83058 at *1 n.2.  Accordingly, the Court should deny DAPs' opposition to the
9  Thomson Defendants' simple notice of joinder and streamline trial in this matter by ruling upon
10 the motions identified therein.

Dated: July 7, 2015                          Respectfully submitted,

*/s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

---

[1] Rather than unnecessarily repeat those arguments and authorities, the Thomson Defendants incorporate them by reference as if fully set forth herein.  In fact, the Thomson Defendants were signatories to LGE's response. (*See* [Dkt. No. 3891] at 2-4.)

THOMSON DEFENDANTS' RESPONSE TO DAPs'            3            No. 07-5944-SC; MDL No. 1917
OPPOSITION TO THOMSON DEFENDANTS' JOINDER TO
CO-DEFENDANTS' OUTSTANDING MOTIONS

|   |   |
|---|---|
| 1 | Stephen M. Judge (*pro hac vice*) |
|   | Faegre Baker Daniels LLP |
| 2 | 202 S. Michigan Street, Suite 1400 |
|   | South Bend, IN  46601 |
| 3 | Telephone: +1 574-234-4149 |
|   | Facsimile:  +1 574-239-1900 |
| 4 | steve.judge@FaegreBd.com |

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1-650-324-6700
Facsimile: +1-650-324-6701
calvin.litsey@FaegreBD.com

***Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

THOMSON DEFENDANTS' RESPONSE TO DAPs' OPPOSITION TO THOMSON DEFENDANTS' JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTIONS

4

No. 07-5944-SC; MDL No. 1917