IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Order Relates To: <br><br> ALL INDIRECT PURCHASER ACTIONS | ) MDL No. 1917 <br> ) <br> ) No. CV-07-5944-SC <br> ) <br> ) ORDER ON CONDITIONAL <br> ) OBJECTIONS RE ATTORNEY FEES <br> ) AND VACATING HEARING ON <br> ) PRELIMINARY APPROVAL OF <br> ) INDIRECT PURCHASER CLASS <br> ) SETTLEMENTS <br> ) |

   The Court now considers submissions by certain Plaintiffs' counsel, styled as "conditional objection[s]." ECF Nos. 3874, 3880, 3896 (responding to, respectively, ECF Nos. 3875, 3884, 3895). These submissions do not appear to be objections to the proposed preliminary approval of the settlements submitted by counsel for the indirect purchaser class, but are simply anticipated objections to the allocations of attorney fees among plaintiffs' counsel. The objections are DENIED WITHOUT PREJUDICE at this time. The issue of attorney fees will be taken up at or after the time the Court considers final approval of the indirect purchaser class settlements.

   Indirect purchaser class counsel are DIRECTED to amend the class notice and proposed order preliminarily approving the

indirect purchaser class settlement to make clear that the total attorney fee request in this litigation for *all* plaintiffs' counsel shall not exceed one-third of the combined settlement fund of $576,750,000.

The motion for preliminary approval of class action is appropriate for decision without oral argument per Civil Local Rule 7-1(b). The hearing for the preliminary approval of class action is therefore VACATED.

Dated: July 8, 2015

_____

UNITED STATES DISTRICT JUDGE