IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | No. CV-07-5944-SC |
| This Order Relates To: | ORDER TO UPDATE PROPOSED ORDERS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS |
| ALL DIRECT PURCHASER ACTIONS | |

The Court has reviewed the proposed order approving claim form and directing notice to the class regarding distribution of the settlement fund. ECF No. 2728-7. The proposed order appears appropriate except that the various dates need to be revised. Counsel for the Direct Purchaser Class are DIRECTED to submit a revised proposed order with revised dates. For purposes of determining those dates, the Court will enter this order (and related orders) within two (2) business days of its submission to the Court.

Dated: July 9, 2015

_____
Honorable Samuel Conti
United States District Judge