Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>All Actions | MDL No 1917<br><br>Case No 14-cv-2058-SC<br>Master Case No 3:07-cv-05944SC<br><br>**SPECIAL MASTER'S REPORT**<br>**RE DISCOVERY MOTIONS**<br>**AND RELATED MATTERS** |

Since the court's order on December 17, 2013 appointing the undersigned as special master for discovery motions, the undersigned has submitted 25 recommended orders and reports. These are listed in the attached Table #1. Nine motions remain pending at this time. See Table #2. Of these, three motions were submitted by counsel for the indirect purchaser class plaintiffs who have settled their claims with all defendants they named and have withdrawn the motions. A question unresolved at this point is whether these motions and one other should be deemed withdrawn or, instead, be allowed to be pursued by the remaining parties. The undersigned plans to address this question in the near future.

In addition, the undersigned has conducted numerous settlement mediations with various parties and submitted at least two reports with regard to that process. ECF 3200 and 3818. Priority in these mediation efforts has been given to achievement of resolution of the class actions. With the exception of direct purchaser plaintiff class claims against one defendant, all class claims have been resolved among the parties and motions for approval of these settlements submitted. The eagerness of the parties in the remaining cases to pursue settlement discussions has, not surprisingly, abated in the absence of a firm trial date since the court's order on February 9, 2015. ECF 3515.

Numerous non-discovery motions affecting the remaining actions have been filed and will have to be addressed prior to trial. Furthermore, the court will have to consider the appropriate time to remand cases that were transferred to the Northern District of California pursuant to 28 USC §1407. In connection with the remand cases and the pending non-discovery motions, the court may wish to request the parties to identify those motions that involve issues in which the applicable law and appellate guidance in the transferor circuits differs from that which obtains in the Ninth Circuit. With that information in hand, the court may then wish to consider whether it might be appropriate to remand those cases, or some of them, without ruling on those motions. For the cases that remain in the Northern District of California, of course, those motions and all others will have to be addressed.

SPECIAL MASTER'S REPORT RE DISCOVERY MOTIONS AND RELATED MATTERS        PAGE **2** OF **3**

1  IT IS SO REPORTED.

3  Date: July 15, 2015

                                         _____
                                                Vaughn R Walker
                                         United States District Judge (Ret)

7  The Report and Recommended of the Special Master is Accepted and Ordered / Denied /
8  Modified.
9  Date: _____

                                         _____
                                               Honorable Samuel Conti
                                           United States District Judge

28  SPECIAL MASTER'S REPORT RE DISCOVERY MOTIONS AND RELATED MATTERS          PAGE 3 OF 3

## TABLE # 1

*In re CRT Antitrust Litigation*, MDL No 1917:  Special Master Discovery Motions 7/15/15 Status

| No | R&R Order Filed | ECF No | Motion | Decision | Court Action | Moving Party | Plaintiff | Defendant |
|---|---|---|---|---|---|---|---|---|
| 1 | 7/14/15 | 3914 | Compel Sears and Kmart's private label discovery | Granted in part | | Toshiba | Sears Kmart | Toshiba |
| 2 | 7/9/15 | 3908 | Compel Best Buy's competitive intelligence, private label discovery | Granted in part | | Toshiba | Best Buy | Toshiba |
| 3 | 7/2/15 | 3899 | Strike proposed expert report of Thomas Lys, PhD | Denied | | Defendants | DAPs | All |
| 4 | 6/12/15 | 3873 | Compel Mitsubishi's supplemental discovery (Murata, Konishi depositions) | Granted in part (Murata deposition and hearing re Konishi deposition) | | DPPs | DPPs | Mitsubishi |
| 5 | 6/8/15 | 3866 | Compel ViewSonic percipient witness depositions | Requested briefing whether Chunghwa and LG may proceed | | Mitsubishi | ViewSonic | Mitsubishi |
| 6 | 5/29/15 | 3859 | Compel Mitsubishi to provide Murata testimony | Granted | | DPPs | Mitsubishi | Mitsubishi |
| 7 | 5/28/15 | 3857 | Request for status re motions to compel from IPPs, DAPs, Panasonic, Toshiba, Philips | | 6/11/15 ECF 3870 | | | |
| 8 | 4/28/15 | 3830 | Compel Mitsubishi's supplemental discovery | Granted in part; supplemental briefing | 6/11/15 ECF 3870 | DPPs | Mitsubishi | Mitsubishi |
| 9 | 1/16/15 | 3401 | Compel ViewSonic responses to requests for production, interrogatories and Rule 30(b)(6) deponent | Granted in part | 6/11/15 ECF 3870 | Mitsubishi | ViewSonic | Mitsubishi |
| 10 | 1/2/15 | 3366 | Compel deposition of Sharp's Nobuo Harada | Denied without prejudice | 6/11/15 ECF 3870 | Panasonic | Sharp | Panasonic |

*In re CRT Antitrust Litigation*, MDL No 1917:  Special Master Discovery Motions 7/15/15 Status

| No | R&R Order Filed | ECF No | Motion | Decision | Court Action | Moving Party | Plaintiff | Defendant |
|---|---|---|---|---|---|---|---|---|
| 11 | 1/2/15 | 3365 | Compel DAPs' interrogatory responses | Granted in part |  | Thomson | DAPs | Thomson |
| 12 | 12/12/14 | 3197 | Protective order barring DAPs from taking second Samsung Rule 30(b)(6) deposition | Denied | 6/11/15 ECF 3870 | Samsung | DAPs | Samsung |
| 13 | 12/12/14 | 3196 | Strike Sharp errata in Rule 30(b)(6) testimony of Sampietro | Granted | 6/11/15 ECF 3870 | Panasonic | Sharp | Panasonic |
| 14 | 11/24/14 | 3146 | Compel Toshiba witnesses | Granted |  | IPPs DAPs Cal AG | IPPs DAPs Cal AG | Toshiba |
| 15 | 11/19/14 | 3130 | Compel Samsung SDI Ahn deposition | Granted | 6/11/15 ECF 3870 | IPPs | IPPs | Samsung SDI |
| 16 | 11/14/14 | 3103 | Compel production of Sharp's LCD Litigation documents | Granted | 6/11/15 ECF 3870 | Panasonic | Sharp | Panasonic |
| 17 | 11/14/14 | 3104 | Strike Samsung witness Sung's deposition errata | Granted | 6/11/15 ECF 3870 | IPPs | IPPs | Samsung SDI |
| 18 | 11/12/14 | 3071 | Extend discovery cut-off to depose Mitsubishi witnesses | Granted | 6/11/15 ECF 3870 | DAPs | DAPs | Mitsubishi |
| 19 | 9/15/14 |  | Protective order against Rule 30(b)(6) deposition notice of Samsung SDI | Interim order directing Samsung SDI to respond by 9/19/14 |  | Samsung SDI | DAPs DPPs Cal AG | Samsung SDI |
| 20 | 9/10/14 | 2828 | Corrected R&R Order ECF 2743 (Compel responses by Toshiba and Panasonic) | English translations to be used | 6/11/15 ECF 3870 | Sharp | Sharp | Toshiba Panasonic |
| 21 | 9/8/14 | 2812 | Compel documents and testimony withheld on French statute | Granted in part re Rule 30(b)(6) testimony | 10/23/14 ECF 2945 | DAPs | DAPs | Thomson |

*In re CRT Antitrust Litigation*, MDL No 1917:  Special Master Discovery Motions 7/15/15 Status

| No | R&R Order Filed | ECF No | Motion | Decision | Court Action | Moving Party | Plaintiff | Defendant |
|---|---|---|---|---|---|---|---|---|
| 22 | 8/20/14 | 2747 | Compel responses to interrogatories | Denied | 8/20/14 ECF 2747 | LG & Defs | DAPs | All |
| 23 | 8/15/14 | 2743 | Compel Panasonic and Toshiba interrogatory responses | Denied | 8/15/14 ECF 2743 | Sharp | Panasonic Toshiba | Panasonic Toshiba |
| 24 | 8/15/14 | 2742 | Compel Sharp documents re purchase of CRT tubes in Asia | Settled | 8/15/14 ECF 2742 | Panasonic | Sharp | Panasonic |
| 25 | 7/30/14 | 2734 | Compel documents for JDI depositions (former Toshiba) | Denied | 8/6/14 ECF 2734 | IPPs | IPPs | Toshiba |
| 26 | 7/7/14 | 2677-5 | Protective order | Granted in part | 7/28/14 ECF 2714 | Best Buy | Best Buy | Panasonic |

TABLE # 2

*In re CRT Antitrust Litigation*, MDL No 1917:  Special Master Discovery Motions 7/15/15 Status

| No | Date Filed | Motion | Moving Party | Plaintiff | Defendant | Status |
|---|---|---|---|---|---|---|
| 1 | 1/20/15 | Compel Thomson Rule 30(b)(6) deposition | DAPs | DAPs | Thomson | Pending |
| 2 | 1/26/15 | Compel DAPs to produce settlement agreements | Defs | DAPs | Defs | Pending |
| 3 | 5/15/15 | Enforce court's scheduling orders and strike 4/13/15 late expert report | Samsung SDI | Cal AG | Samsung SDI | Pending |
| 4 | 10/29/14 | Compel Toshiba to authenticate documents | DAPs | DAPs | Toshiba | Pending |
| 5 | 11/24/14 | Compel Samsung SDI and Hitachi to authenticate documents | DAPs | DAPS | Samsung SDI Hitachi Panasonic | Pending |
|  |  |  |  |  |  |  |
| 6 | 9/12/14 | Compel supplemental discovery | IPPs | IPPs | Panasonic Toshiba Philips | Pending order whether other parties should be permitted to proceed in light of Discovery Protocol. Withdrawn by moving party. |
| 7 | 9/19/14 | Compel supplemental discovery | IPPs | IPPs | Toshiba Panasonic | " |
| 8 | 12/22/14 | Compel Shibata deposition | IPPs | IPPs | Toshiba | " |
| 9 | 11/18/14 | Compel ViewSonic percipient witness depositions | Mitsubishi | ViewSonic | Mitsubishi | " |