Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to: Individual Cases: No. 13-cv-2171 (SC); 11-cv-5502 (SC)<br><br>*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171;<br><br>*Best Buy Co. v. Technicolor SA*, No. 13-cv-05264;<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262;<br><br>*Siegel v. Technicolor SA,* No. 13-cv-05261;<br><br>*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05724-SC; | **DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE MITSUBISHI DEFENDANTS' JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTIONS FOR SUMMARY JUDGMENT** |

1  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727-SC;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05725-SC;

*Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 3:13-cv-05668-SC;

*Tech Data Corporation; Tech Data Product Management, Inc. v. Hitachi Ltd., et al.*, No. 13-cv-00157

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-5723

The undersigned Direct Action Plaintiffs ("DAPs") oppose Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.'s (collectively, "Mitsubishi Electric") untimely joinder to eleven summary judgment motions filed by other defendants eight months after originally filed. Mitsubishi Electric is the third defendant—along with LGE and Thomson—to file a tardy request to join summary judgment motions that were due on November 7, 2014. DAPs have similarly opposed each of these joinders as improper, untimely, and prejudicial. (*See* MDL Dkt. No. 3883.) Like its co-defendants, Mitsubishi Electric makes no effort whatsoever to explain this delay, let alone establish the requisite good cause, and its joinder is unjustifiably untimely. The DAPs will not repeat the arguments stated on pages 1-3 of their Opposition to LGE's Joinder (*see* MDL Dkt. No. 3883), but rather incorporate them here by reference. *See, e.g.*, *Briglia v. Horizon Healthcare Servs., Inc.*, No. 03-6033, 2007 WL 1959249, at *3-4 (D.N.J. July 3, 2007) (rejecting joinders to summary judgment motions filed four weeks after the dispositive motion deadline); *Big Top USA, Inc. v. The Wittern Grp.*, 183 F.R.D. 331, 343 (D. Mass. 1998) (denying defendant's untimely joinder to summary judgment motions filed one week after the dispositive motion deadline); *Burney v. Woodford*, No. CIV S-05-1849, 2009 WL 3246575, at *1 (E.D. Cal. Oct. 6, 2009) (opposition to summary judgment motion untimely where no good cause shown for missing filing deadline); *In re Veritas Software Sec. Litig.*, No. C-03-0283, 2006 WL 463509, at *4 (N.D. Cal. Feb. 24, 2006) (tactical decisions to delay filing do not constitute "excusable neglect" motion filed fifteen days after the deadline rejected).

Mitsubishi Electric adopted the arguments contained in LGE's Response to the DAPs' Opposition to LGE's Joinder. There, LGE cited two cases for the proposition that it can file its joinder at any time so long as the joinder does not add any substantive arguments. (*See* MDL Dkt. No. 3891). Neither of them so held. However, the first case, *Safe Drain, Inc. v. Vito*, No. C-14-01867 DMR, 2014 WL 4088147, at *1 n.1 (N.D. Cal. Aug. 19, 2014) said nothing whatsoever about untimely joinders and

merely noted, in a footnote, that substantive arguments are improper in notices purporting to merely join another motion. The second case, *LiveOps, Inc. v. Teleo, Inc.*, No. C05-03773 MJJ, 2006 WL 83058, at *1 n.2 (N.D. Cal. Jan. 9, 2006), involved a joinder that was filed too close to the hearing date in violation of Local Rule 7-2. *LiveOps*, 2006 WL 83058, at *1 n.2. The court was silent on the issue raised here, *i.e.*, whether joinders filed many months after the summary judgment deadline require a showing of "good cause." *Id.* Accordingly, nothing in LGE's Response can save Mitsubishi Electric's failure to establish "good cause" for its failure to join the motions by the court-ordered deadlines.

Accordingly, the undersigned DAPs respectfully request that the Court deny Mitsubishi Electric's untimely attempt to join other Defendants' summary judgment motions.

Date: July 16, 2015

Respectfully submitted,

/s/ Debra D. Bernstein
Michael P. Kenny (admitted *pro hac vice*)
Debra D. Bernstein (admitted *pro hac vice*)
Matthew D. Kent (admitted *pro hac vice*)
Elizabeth Helmer (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404)-881-7000
Facsimile: (404)-881-7777
Email: mike.kenny@alston.com
   debra.bernstein@alston.com
   matthew.kent@alston.com
   elizabeth.helmer@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Telephone: (415)-371-8500
Facsimile: (415)371-0500
Email: wagstaffe@kerrwagstaffe.com

*Counsel For Plaintiffs Dell Inc. and Dell Products L.P.*

2

DAPS' OPPOSITION TO THE MITSUBISHI DEFENDANTS' MOTION TO JOIN
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT         MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | /s/ *Philip J. Iovieno*                                         |
|     | Philip J. Iovieno                                               |
| 2   | Anne M. Nardacci                                                |
|     | BOIES, SCHILLER & FLEXNER LLP                                   |
| 3   | 30 South Pearl Street, 11th Floor                               |
|     | Albany, NY  12207                                               |
| 4   | Telephone:  (518) 434-0600                                      |
|     | Facsimile:   (518) 434-0665                                     |
| 5   | Email:   piovieno@bsfllp.com                                    |
|     |               anardacci@bsfllp.com                              |

/s/ *Philip J. Iovieno*
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:   piovieno@bsfllp.com
              anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

/s/ *Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG MAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL  33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email:   rturken@bilzin.com
              swagner@bilzin.com
              mwidom@bilzin.com

3

DAPS' OPPOSITION TO THE MITSUBISHI DEFENDANTS' MOTION TO JOIN
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT    MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC

1  *Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

/s/  *Roman M. Silberfeld*
Roman M. Silberfeld
Bernice Conn
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
            dmartinez@rkmc.com
            jscasselman@rkmc.com


Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
            kcwildfang@rkmc.com
            lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

/s/  *Richard Alan Arnold*
Richard Alan Arnold (*pro hac vice*)
William J. Blechman (*pro hac vice*)
Kevin J. Murray (*pro hac vice*)
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL  33131
Tel: 305-373-1000
Fax: 305-372-1861
Email:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

4

DAPS' OPPOSITION TO THE MITSUBISHI DEFENDANTS' MOTION TO JOIN DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT        MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC

/s/ *Kenneth S. Marks*
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com


Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/ *David J. Burman*
David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile: (206)359-9000
Email: DBurman@perkinscoie.com
CGMoore@perkinsncoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

5

DAPS' OPPOSITION TO THE MITSUBISHI DEFENDANTS' MOTION TO JOIN
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT         MDL NO. 1917 | IND. CASE NO. 3:13-cv-02171-SC

|   |   |
|---|---|
| 1 | Joren Bass, Bar No. 208143 |
| 2 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 3 | San Francisco, CA 94111-4131 |
|   | Telephone: (415)344-7120 |
| 4 | Facsimile:  (415)344-7320 |
|   | Email: JBass@perkinscoie.com |

*Counsel for Plaintiff Costco Wholesale Corporation*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

6

DAPS' OPPOSITION TO THE MITSUBISHI DEFENDANTS' MOTION TO JOIN
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT      MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC