1
2
3
4
5
6
7
8
9   IN THE UNITED STATES DISTRICT COURT
10   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11   SAN FRANCISCO DIVISION

12

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>ALL DIRECT PURCHASER ACTIONS<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No.13-cv-05261;<br><br>*Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397; | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**PLAINTIFFS' FILING REGARDING LIST OF CASES WHICH MAY BE TERMINATED AND LIST OF DAP CASES TO BE REMANDED PURSUANT TO THE COURT'S ORDER OF JUNE 23, 2015 [DKT. No. 3887]** |

JOINT FILING OF PENDING CLAIM OR PARTY DISPOSITIVE MOTIONS CHART

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*, No. 3:12-cv-02648;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Sharp Elec. Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173;

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776;

1

PLAINTIFFS' FILING REGARDING LIST OF CASES WHICH MAY BE TERMINATED AND LIST OF DAP CASES TO BE REMANDED PURSUANT TO THE COURT'S ORDER OF JUNE 23, 2015 [DKT. NO. 3887]
MASTER FILE NO. 3:07-CV-5944-SC, MDL NO. 1917

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd., et al.,* No.13-cv-02510.

Pursuant to the Court's Order Regarding Supplemental Submissions in Support of Motions and in Preparation for the Case Status Conference (Dkt. 3887), dated June 23, 2015 (the "Order"), the Direct Action Plaintiffs, Indirect Purchaser Plaintiffs ("IPPs"), and Direct Purchaser Plaintiffs ("DPPs") hereby respond to the Court's second and third requests for information regarding the status of cases.  The Court's first, fourth, fifth, and sixth requests are being responded to in separate filings.

**Second Request (Cases Which May Be Terminated)**

Indirect Purchaser Class Action Cases:

The IPPs state that the following cases can be terminated after the IPPs' settlements with the Philips, Hitachi, Panasonic, Toshiba, Samsung SDI, Thomson and TDA Defendants are finally approved and the order becomes final:

- 3:07-cv-06303-SC
- 3:07-cv-06331-SC
- 3:07-cv-06225-SC
- 3:08-cv-00337-SC
- 3:08-cv-01345-SC
- 3:08-cv-01108-SC
- 3:08-cv-01364-SC
- 3:08-cv-01371-SC
- 3:08-cv-01319-SC

2

- 3:08-cv-01621-SC
- 3:08-cv-01622-SC
- 3:08-cv-01623-SC
- 3:08-cv-01624-SC
- 3:08-cv-01721-SC
- 3:08-cv-01807-SC
- 3:08-cv-01983-SC
- 3:08-cv-01984-SC
- 3:08-cv-01985-SC
- 3:08-cv-02206-SC
- 3:08-cv-03493-SC
- 3:13-cv-03234-SC

Direct Purchaser Class Action Cases

The initial consolidated DPP action will be complete other than attorneys' fees and settlement administration if the Court grants DPPs' motion for final approval of settlements with Samsung SDI and Hitachi (Dkt. No. 2728) and enters the proposed order of final approval and proposed Hitachi and Samsung SDI Judgments (Dkt. Nos. 2728-4, 2728-5, 2728-6). The case numbers associated with this action are:

- 3:08-cv-00178-SC
- 3:08-cv-00309-SC
- 3:07-cv-06433-SC
- 3:07-cv-05981-SC
- 3:07-cv-06279-SC
- 3:07-cv-06416-SC
- 3:08-cv-00494-SC

PLAINTIFFS' FILING REGARDING LIST OF CASES WHICH MAY BE TERMINATED AND LIST OF DAP CASES TO BE REMANDED PURSUANT TO THE COURT'S ORDER OF JUNE 23, 2015 [DKT. NO. 3887]
MASTER FILE NO. 3:07-CV-5944-SC, MDL NO. 1917

- 3:08-cv-01056-SC
- 3:08-cv-01032-SC
- 3:08-cv-01626-SC
- 3:08-cv-01627-SC
- 3:08-cv-00614-SC
- 3:08-cv-01984-SC
- 3:08-cv-02024-SC
- 3:08-cv-02023-SC
- 3:08-cv-02204-SC
- 3:08-cv-02205-SC
- 3:08-cv-02980-SC
- 3:08-cv-04063-SC
- 3:08-cv-05521-SC

The DPP action against Thomson and Mitsubishi (Case No. 3:14-cv-02058-SC) is ongoing.

Direct Action Plaintiff Cases

The following direct action plaintiff case has been dismissed as brought against each of the named defendants and thus may be terminated at this time:

- 3:13-cv-05686 (*Target Corp. v. Technicolor SA, et al.*)

**Third Request (DAP Cases Subject to Remand)**

Pursuant to the Order's third request, the Direct Action Plaintiffs state that the following DAP cases will be subject to remand upon completion of pretrial matters pursuant to 28 U.S.C. s. 1407 and the Supreme Court's decision in *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998):

- *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396 (to be remanded to the Northern District of Texas)

4

- *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397  (to be remanded to the Western District of Washington)

- *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723 (to be remanded to the Western District of Washington)

- *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171 (to be remanded to the Western District of Texas)

- *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656 (to be remanded to the Eastern District of New York)

- *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724 (to be remanded to the Eastern District of New York)

- *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275 (to be remanded to the Southern District of Florida)

- *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727 (to be remanded to the Southern District of Florida)

- *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276 (to be remanded to the Southern District of Florida)

- *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726 (to be remanded to the Southern District of Florida)

- *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*¸ No. 3:12-cv-02648 (to be remanded to the Eastern District of New York)

- *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725 (to be remanded to the Eastern District of New York)

- *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649 (to be remanded to the Eastern District of New York)

- *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668 (to be remanded to the Eastern District of New York)

- *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157 (to be remanded to the Middle District of Florida)

Although some settlements have been reached in each of these DAPs' respective cases and further settlement discussions are ongoing, at this time the remaining parties to each of these

5

1 | actions anticipate proceeding to trial.  Should the Court request, Plaintiffs are prepared to notify the Court should an agreement be reached to settle any of these cases in full prior to the completion of pretrial matters in this Court.

6

PLAINTIFFS' FILING REGARDING LIST OF CASES WHICH MAY BE TERMINATED AND LIST OF DAP CASES TO BE REMANDED PURSUANT TO THE COURT'S ORDER OF JUNE 23, 2015 [DKT. NO. 3887]
MASTER FILE NO. 3:07-CV-5944-SC, MDL NO. 1917

| | | |
|---|---|---|
| 1 | Dated:  July 17, 2015 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| 2 | | |
| 3 | | By: */s/ Mario N. Alioto* |
| | | Mario N. Alioto (56433) |
| 4 | | malioto@tatp.com |
| | | Lauren C. Capurro (241151) |
| 5 | | laurenrussell@tatp.com |
| 6 | | **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP** |
| 7 | | 2280 Union Street |
| | | San Francisco, California 94123 |
| 8 | | Telephone: (415) 563-7200 |
| | | Facsimile: (415) 346-0679 |
| 9 | | |
| 10 | | *Lead Counsel for Indirect Purchaser Plaintiffs* |
| 11 | | SAVERI & SAVERI, INC. |
| 12 | | By: */s/ Guido Saveri* |
| | | Guido Saveri (22349) |
| 13 | | R. Alexander Saveri (173102) |
| | | Geoffrey C. Rushing (126910) |
| 14 | | Travis L. Manfredi (281779) |
| 15 | | **SAVERI & SAVERI, INC.** |
| | | 706 Sansome Street |
| 16 | | San Francisco, CA 94111 |
| | | Telephone:  (415) 217-6810 |
| 17 | | Facsimile:  (415) 217-6813 |
| 18 | | |
| | | *Lead Counsel for* |
| 19 | | *Direct Purchaser Plaintiffs* |
| 20 | | ALSTON & BIRD LLP |
| 21 | | |
| | | By: */s/ Debra D. Bernstein* |
| 22 | | Michael P. Kenny (admitted pro hac vice) |
| | | Debra D. Bernstein (admitted pro hac vice) |
| 23 | | Matthew D. Kent (admitted pro hac vice) |
| | | Elizabeth Helmer (admitted pro hac vice) |
| 24 | | **ALSTON & BIRD LLP** |
| 25 | | 1201 West Peachtree Street |
| | | Atlanta, Georgia 30309-3424 |
| 26 | | Telephone: (404)-881-7000 |
| | | Facsimile: (404)-881-7777 |
| 27 | | Email: mike.kenny@alston.com |
| 28 | 7 | |

debra.bernstein@alston.com
matthew.kent@alston.com
elizabeth.helmer@alston.com
James M. Wagstaffe, Esq. (SBN 95535)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Telephone: (415)-371-8500
Facsimile: (415)371-0500
Email: wagstaffe@kerrwagstaffe.com

*Counsel For Plaintiffs Dell Inc. and Dell Products L.P.*

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Philip J. Iovieno*
Philip J. Iovieno
Anne M. Nardacci
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond*

8

*Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

BILZIN SUMBERG MAENA PRICE & AXELROD

By: /s/ *Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
**BILZIN SUMBERG MAENA PRICE & AXELROD**
LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
swagner@bilzin.com
mwidom@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

9

PLAINTIFFS' FILING REGARDING LIST OF CASES WHICH MAY BE TERMINATED AND LIST OF DAP CASES TO BE REMANDED PURSUANT TO THE COURT'S ORDER OF JUNE 23, 2015 [DKT. NO. 3887]
MASTER FILE NO. 3:07-CV-5944-SC, MDL NO. 1917

|   |   |
|---|---|
| 1 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 2 | By: /s/ *Roman M. Silberfeld* |
| 3 | Roman M. Silberfeld<br>Bernice Conn |
| 4 | David Martinez<br>Jill S. Casselman |
| 5 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**. |
| 6 | 2049 Century Park East, Suite 3400 |
| 7 | Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130 |
| 8 | Facsimile: (310) 229-5800<br>Email: rmsilberfeld@rkmc.com |
| 9 | dmartinez@rkmc.com<br>jscasselman@rkmc.com |

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

PERKINS COIE LLP

By: /s/ *David J. Burman*
David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900

10

PLAINTIFFS' FILING REGARDING LIST OF CASES WHICH MAY BE TERMINATED AND LIST OF DAP CASES TO BE REMANDED PURSUANT TO THE COURT'S ORDER OF JUNE 23, 2015 [DKT. NO. 3887]
MASTER FILE NO. 3:07-CV-5944-SC, MDL NO. 1917

Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile: (206)359-9000
Email: DBurman@perkinscoie.com
CGMoore@perkinsncoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415)344-7120
Facsimile: (415)344-7320
Email: JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

KENNY NACHWALTER, P.A.

By: */s/ Richard Alan Arnold*
Richard Alan Arnold (*pro hac vice*)
William J. Blechman (*pro hac vice*)
Kevin J. Murray (*pro hac vice*)
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

SUSMAN GODFREY L.L.P.

By: */s/ Kenneth S. Marks*
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
**SUSMAN GODFREY L.L.P.**

11

PLAINTIFFS' FILING REGARDING LIST OF CASES WHICH MAY BE TERMINATED AND LIST OF DAP
CASES TO BE REMANDED PURSUANT TO THE COURT'S ORDER OF JUNE 23, 2015 [DKT. NO. 3887]
MASTER FILE NO. 3:07-CV-5944-SC, MDL NO. 1917

1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
jross@susmangodfrey.com;
jcarter@susmangodfrey.com
jconnors@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

CROWELL & MORING LLP

By: /s/ *Jason C. Murray*
Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

12
PLAINTIFFS' FILING REGARDING LIST OF CASES WHICH MAY BE TERMINATED AND LIST OF DAP
CASES TO BE REMANDED PURSUANT TO THE COURT'S ORDER OF JUNE 23, 2015 [DKT. NO. 3887]
MASTER FILE NO. 3:07-CV-5944-SC, MDL NO. 1917

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Kenneth A. Gallo*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, N.W.
Washington, DC 2006-1047
Telephone: 202-223-7300
Facsimile: 202-223-7420
Email: kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

*Counsel for Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

14