Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Best Buy Co., Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | **MITSUBISHI ELECTRIC DEFENDANTS' RESPONSE TO DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE MITSUBISHI DEFENDANTS' JOINDER TO CO-DEFENDANTS OUTSTANDING MOTIONS FOR SUMMARY JUDGMENT** |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-06325; | |
| *Interbond Corporation of America v. Mitsubishi Electric & Electronics USA, Inc., et al.*, No. 0:13-cv-62482; | |
| *Office Depot, Inc. v. Technicolor, SA, et al.*, No. 13-cv-81174; | |

| | |
|---|---|
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-06327; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-02037; | |
| *Schultze Agency Services, LLC v. Technicolor SA, et al.*, No. 13-cv-05668; | |
| *Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | |
| *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-00141; | |
| *Tech Data Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-00157; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261. | |

## RESPONSE

Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric") submit this response to Direct Action Plaintiffs' ("DAPs") Opposition to the Mitsubishi Defendants' Joinder to Co-Defendants' Outstanding Motions for Summary Judgment. The Defendants and DAPs have already thoroughly briefed this issue. Mitsubishi Electric does not wish to burden the Court with duplicative arguments. For that reason, Mitsubishi Electric adopts by reference the arguments and authorities in the LG Defendants' and Thomson Defendants' responses. (*See* Dkt. Nos. 3891, 3900).

DATED:  July 17, 2015 **JENNER & BLOCK LLP**

By: /s/ *Terrence J. Truax*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*