GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

[*Additional counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT ACTION PLAINTIFF CASES | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917<br><br>**DEFENDANTS' JOINT STATEMENT REGARDING DIRECT ACTION PLAINTIFF CASES REMAINING FOR TRIAL IN THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Judge:      Hon. Samuel Conti<br>Trial Date:   None Set<br>Courtroom:   1, 17th Floor |

Defendants jointly file this Statement pursuant to the fourth request in this Court's June 23, 2015 Order, ECF No. 3887, directing "all DAP Defendants to jointly file a single list of all DAP cases that will remain for trial within this Judicial District after all pre-trial matters have been resolved." *Id.* at 2.

For the Court's convenience, this Statement refers to Defendants as follows:

- "Chunghwa" refers to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.;

- "LG" refers to LG Electronics, Inc.;

- "Mitsubishi" refers to Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.;

- "Panasonic" refers to Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.;

- "Technologies Displays Americas" refers to Technologies Displays Americas LLC;

- "Thomson" refers to Thomson SA (n/k/a Technicolor SA) and Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.); and

- "Toshiba" refers to Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.

This Statement refers to Plaintiffs as follows:

- "Best Buy" refers to Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, Inc.;

- "Circuit City" refers to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust;

- "Kmart" refers to Kmart Corp.;

- "Sears" refers to Sears, Roebuck and Co.;

- "Sharp" refers to Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.; and

- "ViewSonic" refers to ViewSonic Corporation.

///
///
///
///

1

DEFENDANTS' JOINT STATEMENT REGARDING DIRECT ACTION PLAINTIFF CASES REMAINING FOR TRIAL IN THE NORTHERN DISTRICT OF CALIFORNIA – MASTER CASE NO. 07-CV-5944 SC

The following cases will remain for trial within the U.S. District Court for the Northern District of California after all pre-trial matters have been resolved, subject to rulings on summary judgment motions:[1]

| Case Name | Case Number | Pending Against Defendants |
|---|---|---|
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.* | No. 11-cv-05513 | Chunghwa<br>LG<br>Panasonic<br>Toshiba |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.* | No. 13-cv-05264 | Mitsubishi<br>Technologies Displays Americas<br>Thomson |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.* | No. 11-cv-05502 | LG |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.* | No. 13-cv-05261 | Mitsubishi<br>Technologies Displays Americas<br>Thomson |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.* | No. 11-cv-05514 | LG |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.* | No. 13-cv-05262 | Mitsubishi<br>Technologies Displays Americas<br>Thomson |
| *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.* | No. 13-cv-1173 | LG<br>Technologies Displays Americas<br>Thomson<br>Toshiba |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.* | No. 14-cv-02510 | Chunghwa |

The Court further requested that the filing "[c]ross list by Defendant, the case name, ECF number, and each plaintiff that is asserting a claim against the Defendant." ECF No. 3887 at 2. The

---

[1] The claims in the following three cases have been resolved and voluntarily dismissed: *Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs. N.V., et al.* (No. 13-cv-02776); *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.* (No. 11-cv-05514); and *Target Corp. v. Technicolor SA, et al.* (No. 13-cv-05686).

2

DEFENDANTS' JOINT STATEMENT REGARDING DIRECT ACTION PLAINTIFF CASES REMAINING FOR TRIAL IN THE NORTHERN DISTRICT OF CALIFORNIA – MASTER CASE NO. 07-CV-5944 SC

following table provides that information for cases that will remain in this Court for trial, arranged alphabetically by Defendant:

| **Defendant** | **Pending Cases** | **Plaintiffs Asserting Claims** |
|---|---|---|
| Chunghwa | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 <br><br> *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510 | Best Buy <br> ViewSonic |
| LG[2] | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502 <br><br> *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514 <br><br> *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173 | Best Buy <br> Circuit City <br> Kmart <br> Sears <br> Sharp |
| Mitsubishi | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261 <br><br> *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262 | Best Buy <br> Circuit City <br> Kmart <br> Sears |
| Panasonic | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 | Best Buy |
| Technologies Displays America | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264 <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261 <br><br> *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262 <br><br> *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173 | Best Buy <br> Circuit City <br> Kmart <br> Sears <br> Sharp |

---

[2] LG Electronics has reached a settlement in principle with ViewSonic.

| Defendant | Pending Cases | Plaintiffs Asserting Claims |
|---|---|---|
| Thomson | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No. 13-cv-05261<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, et al.*, No. 13-cv-05262<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173 | Best Buy<br>Circuit City<br>Kmart<br>Sears<br>Sharp |
| Toshiba | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173 | Best Buy<br>Sharp |

DATED:  July 17, 2015

Respectfully submitted,

By:     /s/ *Rachel S. Brass*
            Rachel S. Brass

**GIBSON, DUNN & CRUTCHER LLP**
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

**FARMER BROWNSTEIN JAEGER LLP**
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd.
and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

4

1

**MUNGER, TOLLES & OLSON LLP**

2

By: */s/ Miriam Kim*

3

MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
LAURA K. LIN (State Bar No. 281542)

4

laura.lin@mto.com
MUNGER, TOLLES & OLSON LLP

5

560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907

6

Telephone: (415) 512-4000
Facsimile: (415) 512-4077

7

8

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com

9

SUSAN E. NASH (State Bar No. 101837)
Susan.nash@mto.com

10

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com

11

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor

12

Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

13

14

*Attorneys for Defendant LG Electronics, Inc.*

15

**WINSTON & STRAWN LLP**

16

By: */s/ Jeffrey L. Kessler*

17

JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com

18

ALDO A. BADINI (SBN 257086)
ABadini@winston.com

19

EVA W. COLE (*pro hac vice*)
EWCole@winston.com

20

MOLLY M. DONOVAN (*pro hac vice*)
MMDonovan@winston.com

21

WINSTON & STRAWN LLP
200 Park Avenue

22

New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

23

24

**WEIL, GOTSHAL & MANGES LLP**
DAVID L. YOHAI (*pro hac vice*)

25

david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)

26

adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP

27

767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000

28

Facsimile: (212) 310-8007

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendants Panasonic Corporation
(f/k/a Matsushita Electric Industrial Co., Ltd.),
Panasonic Corporation of North America, MT Picture
Display Co., Ltd.*

**WHITE & CASE LLP**

By: */s/ Dana E. Foster*

CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America Information
Systems, Inc., Toshiba America Consumer Products,
L.L.C., and Toshiba America Electronic Components,
Inc.*

**JENNER & BLOCK LLP**

By: */s/ Terrence J. Truax*

JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US, Inc. and,
Mitsubishi Electric Visual Solutions America, Inc.*

1   **FAEGRE BAKER DANIELS LLP**

2   By:  ___/s/ Kathy L. Osborn_____

3   Kathy L. Osborn (*pro hac vice*)
    Ryan M. Hurley (*pro hac vice*)
4   Faegre Baker Daniels LLP
    300 N. Meridian Street, Suite 2700
5   Indianapolis, IN  46204
    Telephone: +1-317-237-0300
6   Facsimile: +1-317-237-1000
    kathy.osborn@FaegreBD.com
7   ryan.hurley@FaegreBD.com

8   Jeffrey S. Roberts (*pro hac vice*)
    Email: jeff.roberts@FaegreBD.com
9   Faegre Baker Daniels LLP
    3200 Wells Fargo Center
10  1700 Lincoln Street
    Denver, CO 80203
11  Telephone: (303) 607-3500
    Facsimile: (303) 607-3600
12
    Stephen M. Judge (*pro hac vice*)
13  Email: steve.judge@FaegreBd.com
    Faegre Baker Daniels LLP
14  202 S. Michigan Street, Suite 1400
    South Bend, IN 46601
15  Telephone: (574) 234-4149
    Facsimile: (574) 239-1900
16
    *Attorneys for Defendants Thomson SA and*
17  *Thomson Consumer Electronics, Inc.*

18
19  **SQUIRE PATTON BOGGS (US) LLP**

    By: */s/ Donald A. Wall*_____
20
    Nathan Lane, III (CA Bar No. 50961)
21  Mark C. Dosker (CA Bar No. 114789)
    SQUIRE PATTON BOGGS (US) LLP
22  275 Battery Street, Suite 2600
    San Francisco, California 94111
23  Telephone:  (415) 954-0200
    Facsimile:  (415) 393-9887
24  E-mail:  nathan.lane@squiresanders.com
    E-mail:  mark.dosker@squiresanders.com
25
    Donald A. Wall (Pro Hac Vice)
26  SQUIRE PATTON BOGGS (US) LLP
    1 East Washington Street, Suite 2700
27  Phoenix, Arizona 85004
    Telephone: + 1 602 528 4005
28  Facsimile: +1 602 253 8129
    Email: donald.wall@squirepb.com

7

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By: */s/ Jeffrey I. Zuckerman*

Jeffrey I. Zuckerman (Pro Hac Vice)
Ellen Tobin (Pro Hac Vice)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

1

## DECLARATION OF SERVICE

2      I, Joseph Hansen, declare as follows:

3      I am employed in the County of San Francisco, State of California; I am over the age of
eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite

4  3000, San Francisco, California, 94105, in said County and State.  On the date below, I served the
within:

5
**DEFENDANTS' JOINT STATEMENT REGARDING DIRECT ACTION PLAINTIFF**
6  **CASES REMAINING FOR TRIAL IN THE NORTHERN**

7  to all named counsel of record as follows:

8          **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents
utilizing the United States District Court, Northern District of California's mandated ECF
9  ☑       (Electronic Case Filing) service on July 17, 2015.  Counsel of record are required by the
Court to be registered e-filers, and as such are automatically e-served with a copy of the
10         documents upon confirmation of e-filing.

11      I certify under penalty of perjury that the foregoing is true and correct, that the foregoing
document(s) were printed on recycled paper, and that this Declaration of Service was executed by me
12  on July 17, 2015, at San Francisco, California.

13
                                        _____/s/ Joseph Hansen_____
14                                              Joseph Hansen

15

16

17

18

19  101955447.5

20

21

22

23

24

25

26

27

28