IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS<br><br>ALL DIRECT PURCHASER ACTIONS<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No.13-cv-05261;<br><br>*Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396; | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**PARTIES' JOINT FILING OF LIST OF CASES NOT YET CONSOLIDATED IN THE MDL AND PENDING CLAIM OR PARTY DISPOSITIVE MOTIONS CHART PURSUANT TO THE COURT'S ORDER OF JUNE 23, 2015 [DKT. No. 3887]** |

27458372.4

JOINT FILING OF CASES AWAITING TRANSFER TO MDL & PENDING CLAIM OR PARTY DISPOSITIVE MOTIONS CHART

*Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Sharp Elec. Corp. v. Hitachi, Ltd., et al.*, No. 3:13-cv-01173;

*Sharp Electronics Corp., et al. v. Koninklijke*

*Philips Electronics N.V., et al.*, No. 13-cv-2776;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd., et al.,* No.13-cv-02510.

Pursuant to the Court's Order Regarding Supplemental Submissions in Support of Motions and in Preparation for the Case Status Conference (Dkt. 3887), dated June 23, 2015 (the "Order"), the parties hereby respond to the Court's first and sixth requests for information regarding the status of cases. The Court's second, third, fourth, and fifth requests are being responded to in separate filings.

**First Request (Related Cases Not Yet Consolidated As Part of These MDL Proceedings)**

Pursuant to the Order's first request, the parties state that they are not aware of any related cases pending in other courts which have not been transferred to and consolidated into these MDL proceedings.

**Sixth Request (Chart of Claim or Party Dispositive Motions)**

Pursuant to the Order's sixth request in its Order Regarding Supplemental Submissions in Support of Motions and in Preparation for the Case Status Conference (Dkt. 3887), dated June 23, 2015, the parties submit the attached Pending Claim or Party Dispositive Motions Chart. The parties also respectfully submit the attached settlement matrix for the Court's reference.

| | |
|---|---|
| Dated: July 17, 2015 | JENNER & BLOCK LLP |
| | By: /s/ *Terrence J. Truax* |
| | Terrence J. Truax (*pro hac vice*) |
| | Email: ttruax@jenner.com |
| | Michael T. Brody (*pro hac vice*) |
| | Email: mbrody@jenner.com |
| | Gabriel A. Fuentes (*pro hac vice*) |
| | gfuentes@jenner.com |
| | **JENNER & BLOCK LLP** |
| | 353 North Clark Street |
| | Chicago, IL 60654-3456 |
| | Telephone: (312) 222-9350 |
| | Facsimile: (312) 527-0484 |
| | |
| | BRENT CASLIN (Cal. Bar. No. 198682) |
| | Email: bcaslin@jenner.com |
| | **JENNER & BLOCK LLP** |
| | 633 West Fifth Street, Suite 3600 |
| | Los Angeles, California 90071 |
| | Telephone: (213) 239-5100 |
| | Facsimile: (213) 239-5199 |
| | |
| | *Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.* |
| | |
| | WINSTON & STRAWN LLP |
| | |
| | By: /s/ *Eva W. Cole* |
| | JEFFREY L. KESSLER (*pro hac vice*) |
| | Email: JKessler@winston.com |
| | A. PAUL VICTOR (*pro hac vice*) |
| | Email: PVictor@winston.com |
| | ALDO A. BADINI (SBN 257086) |
| | Email: ABadini@winston.com |
| | EVA W. COLE (*pro hac vice*) |
| | Email: EWCole@winston.com |
| | MOLLY M. DONOVAN (*pro hac vice*) |
| | Email: MMDonovan@winston.com |
| | **WINSTON & STRAWN LLP** |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: (212) 294-6700 |
| | Facsimile: (212) 294-4700 |

|   |   |
|---|---|
| 1 | STEVEN A. REISS (*pro hac vice*) |
| 2 | Email: steven.reiss@weil.com |
|   | DAVID L. YOHAI (*pro hac vice*) |
| 3 | Email: david.yohai@weil.com |
|   | ADAM C. HEMLOCK (*pro hac vice*) |
| 4 | Email: adam.hemlock@weil.com |

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

WHITE & CASE LLP

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

27458372.4                                     5
JOINT FILING OF CASES AWAITING TRANSFER TO MDL & PENDING CLAIM OR PARTY DISPOSITIVE MOTIONS CHART

BAKER BOTTS LLP

By: /s/ *John M. Taladay*
JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
Email: charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited and Philips do Brasil Ltda.*

MUNGER, TOLLES & OLSON LLP

By: /s/ *Miriam Kim*
MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
Laura K. Lin (State Bar No. 281542)
laura.lin@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

| | |
|---|---|
| 1 | BRAD D. BRIAN (SBN 079001) |
| 2 | brad.brian@mto.com |
|   | SUSAN E. NASH (SBN 101837) |
| 3 | susan.nash@mto.com |
|   | E. MARTIN ESTRADA (SBN 223802) |
| 4 | martin.estrada@mto.com |
|   | **MUNGER, TOLLES & OLSON LLP** |
| 5 | 355 South Grand Avenue, Thirty-Fifth Floor |
|   | Los Angeles, CA 90071-1560 |
| 6 | Telephone: (213) 683-9100 |
| 7 | Facsimile: (213) 687-3702 |
| 8 | *Attorneys for Defendants LG Electronics, Inc.* |
| 9 | SHEPPARD MULLIN RICHTER & |
| 10 | HAMPTON LLP |
| 11 | By: */s/ Gary L. Halling* |
|    | GARY L. HALLING (SBN 66087) |
| 12 | ghalling@sheppardmullin.com |
|    | JAMES L. MCGINNIS (SBN 95788) |
| 13 | jmcginnis@sheppardmullin.com |
|    | MICHAEL W. SCARBOROUGH (SBN |
| 14 | 203524) |
| 15 | mscarborough@sheppardmullin.com |
|    | **SHEPPARD MULLIN RICHTER &** |
| 16 | **HAMPTON LLP** |
|    | Four Embarcadero Center, 17th Floor |
| 17 | San Francisco, California 94111 |
|    | Telephone: (415) 434-9100 |
| 18 | Facsimile: (415) 434-3947 |
| 19 | |
|    | LEO D. CASERIA (SBN 240323) |
| 20 | lcaseria@sheppardmullin.com |
|    | **SHEPPARD MULLIN RICHTER &** |
| 21 | **HAMPTON LLP** |
|    | 333 South Hope Street, 43rd Floor |
| 22 | Los Angeles, California  90071-1448 |
|    | Telephone: (213) 620-1780 |
| 23 | Facsimile: (213) 620-1398 |
| 24 | |
|    | *Attorneys for Defendants Samsung SDI America,* |
| 25 | *Inc.; Samsung SDI Co., Ltd.; Samsung SDI* |
|    | *(Malaysia) SDN. BHD.; Samsung SDI Mexico* |
| 26 | *S.A. DE C.V.; Samsung SDI Brasil Ltda.;* |
|    | *Shenzen Samsung SDI Co., Ltd. and Tianjin* |
| 27 | *Samsung SDI Co., Ltd.* |
| 28 | 27458372.4                              7 |

```
                                    GIBSON, DUNN & CRUTCHER LLP

                                    By: /s/ Rachel S. Brass
                                    JOEL S. SANDERS (Cal. Bar. No. 107234)
                                    Email: jsanders@gibsondunn.com
                                    RACHEL S. BRASS (Cal. Bar. No. 219301)
                                    Email: rbrass@gibsondunn.com
                                    AUSTIN V. SCHWING (Cal. Bar. No. 211696)
                                    Email: aschwing@gibsondunn.com
                                    **GIBSON, DUNN & CRUTCHER LLP**
                                    555 Mission Street, Suite 3000
                                    San Francisco, CA 94105
                                    Telephone: (415) 393-8200
                                    Facsimile: (415) 393-8306


                                    **FARMER BROWNSTEIN JAEGER LLP**
                                    WILLIAM S. FARMER, SBN 46694
                                    WFarmer@FBJ-law.com
                                    DAVID BROWNSTEIN, SBN 141929
                                    DBrownstein@FBJ-law.com
                                    JACOB ALPREN, SBN 235713
                                    JAlpren@FBJ-law.com
                                    235 Montgomery Street, Suite 835
                                    San Francisco California 94104
                                    Telephone (415) 962-2876
                                    Facsimile: (415) 520-5678


                                    *Attorneys for Defendants Chunghwa Picture
                                    Tubes, Ltd. and Chunghwa Picture Tubes
                                    (Malaysia) Sdn. Bhd. as to Direct Action
                                    Plaintiffs Best Buy entities and ViewSonic only*

                                    FAEGRE BAKER DANIELS LLP

                                    By: /s/ Kathy L. Osborn
                                    KATHY L. OSBORN (*pro hac vice*)
                                    Email: kathy.osborn@FaegreBD.com
                                    RYAN M. HURLEY (*pro hac vice*)
                                    Email: ryan.hurley@FaegreBD.com
                                    **FAEGRE BAKER DANIELS LLP**
                                    300 N. Meridian Street, Suite 2700
                                    Indianapolis, IN 46204
                                    Telephone: (317) 237-0300
                                    Facsimile: (317) 237-1000
```

27458372.4                                        8

JOINT FILING OF CASES AWAITING TRANSFER TO MDL & PENDING CLAIM OR PARTY DISPOSITIVE MOTIONS CHART

| | |
|---|---|
| 1 | |
| 2 | JEFFREY S. ROBERTS (*pro hac vice*)<br>Email: jeff.roberts@FaegreBD.com<br>**FAEGRE BAKER DANIELS LLP**<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600 |

JEFFREY S. ROBERTS (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

STEPHEN M. JUDGE (*pro hac vice*)
Email: steve.judge@FaegreBd.com
**FAEGRE BAKER DANIELS LLP**
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Nathan Lane, III*
MARK C. DOSKER
Email: mark.dosker@squirepb.com
NATHAN LANE, III
Email: nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (*pro hac vice*)
Email: donald.wall@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: /s/ *Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (*pro hac vice*)
Ellen Tobin (*pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: 212.696.6000
Facsimile: 212.697.1559
Email: jzuckerman@curtis.com
etobin@curtis.com

Arthur Gaus (SBN 289560)
**DILLINGHAM & MURPHY, LLP**
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
Eliot A. Adelson (SBN 205284)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
Barack Echols (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: */s/ Mario N. Alioto*
Mario N. Alioto (56433)
malioto@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*

| | |
|---|---|
| 1 | SAVERI & SAVERI, INC. |
| 2 | By: */s/ Guido Saveri* |
| 3 | Guido Saveri (22349) |
|   | R. Alexander Saveri (173102) |
| 4 | Geoffrey C. Rushing (126910) |
|   | Travis L. Manfredi (281779) |
| 5 | **SAVERI & SAVERI, INC.** |
|   | 706 Sansome Street |
| 6 | San Francisco, CA 94111 |
| 7 | Telephone:  (415) 217-6810 |
|   | Facsimile:  (415) 217-6813 |

*Lead Counsel for*
*Direct Purchaser Plaintiffs*

ALSTON & BIRD LLP

By: */s/ Debra D. Bernstein*
Michael P. Kenny (admitted pro hac vice)
Debra D. Bernstein (admitted pro hac vice)
Matthew D. Kent (admitted pro hac vice)
Elizabeth Helmer (admitted pro hac vice)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404)-881-7000
Facsimile: (404)-881-7777
Email: mike.kenny@alston.com
debra.bernstein@alston.com
matthew.kent@alston.com
elizabeth.helmer@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Telephone: (415)-371-8500
Facsimile: (415)371-0500
Email: wagstaffe@kerrwagstaffe.com

*Counsel For Plaintiffs Dell Inc. and Dell Products L.P.*

|   |   |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | By: */s/ Philip J. Iovieno* |
| 3 | Philip J. Iovieno<br>Anne M. Nardacci |
| 4 | **BOIES, SCHILLER & FLEXNER LLP** |
| 5 | 30 South Pearl Street, 11th Floor<br>Albany, NY 12207 |
| 6 | Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 |
| 7 | Email: piovieno@bsfllp.com |
| 8 | William A. Isaacson |
| 9 | **BOIES, SCHILLER & FLEXNER LLP**<br>5301 Wisconsin Ave. NW, Suite 800 |
| 10 | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 11 | Facsimile: (202) 237-6131<br>Email: wisaacson@bsfllp.com |
| 12 |   |
| 13 | Stuart Singer<br>**BOIES, SCHILLER & FLEXNER LLP** |
| 14 | 401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 |
| 15 | Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022 |
| 16 | Email: ssinger@bsfllp.com |
| 17 | *Liaison Counsel for Direct Action Plaintiffs and* |
| 18 | *Attorneys for Plaintiffs Electrograph Systems,*<br>*Inc., Electrograph Technologies, Corp., Office* |
| 19 | *Depot, Inc., CompuCom Systems, Inc., Interbond*<br>*Corporation of America, P.C. Richard & Son* |
| 20 | *Long Island Corporation,*<br>*MARTA Cooperative of America, Inc., ABC* |
| 21 | *Appliance, Inc., Schultze Agency Services LLC* |
| 22 | *on behalf of Tweeter Opco, LLC and Tweeter*<br>*Newco, LLC, and Tech Data Corporation and* |
| 23 | *Tech Data Product Management, Inc.* |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 | 27458372.4                          13 |

JOINT FILING OF CASES AWAITING TRANSFER TO MDL & PENDING CLAIM OR PARTY DISPOSITIVE MOTIONS CHART

BILZIN SUMBERG MAENA PRICE & AXELROD

By: /s/ *Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
**BILZIN SUMBERG MAENA PRICE & AXELROD**
LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
swagner@bilzin.com
mwidom@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ *Roman M. Silberfeld*
Roman M. Silberfeld
Bernice Conn
David Martinez
Jill S. Casselman
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
dmartinez@rkmc.com
jscasselman@rkmc.com

| | |
|---|---|
| 1 | Elliot S. Kaplan |
| 2 | K. Craig Wildfang |
|   | Laura E. Nelson |
| 3 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 4 | 800 LaSalle Avenue |
|   | 2800 LaSalle Plaza |
| 5 | Minneapolis, MN 55402 |
|   | Telephone: (612) 349-8500 |
| 6 | Facsimile: (612) 339-4181 |
| 7 | Email: eskaplan@rkmc.com |
|   | kcwildfang@rkmc.com |
| 8 | lenelson@rkmc.com |

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

PERKINS COIE LLP

By: /s/ *David J. Burman*
David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile: (206)359-9000
Email: DBurman@perkinscoie.com
CGMoore@perkinsncoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415)344-7120
Facsimile: (415)344-7320
Email: JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

KENNY NACHWALTER, P.A.

By: /s/ *Richard Alan Arnold*
Richard Alan Arnold (*pro hac vice*)
William J. Blechman (*pro hac vice*)
Kevin J. Murray (*pro hac vice*)
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

SUSMAN GODFREY L.L.P.

By: /s/ *Kenneth S. Marks*
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
jross@susmangodfrey.com;
jcarter@susmangodfrey.com
jconnors@susmangodfrey.com

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  | Parker C. Folse III<br>Rachel S. Black<br>Jordan Connors<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>Email: pfolse@susmangodfrey.com<br>rblack@susmangodfrey.com<br>jconnors@susmangodfrey.com |

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

CROWELL & MORING LLP

By: /s/ *Jason C. Murray*
Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy *(pro hac vice)*
Astor H.L. Heaven *(pro hac vice)*
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

27458372.4                    17
JOINT FILING OF CASES AWAITING TRANSFER TO MDL & PENDING CLAIM OR PARTY DISPOSITIVE MOTIONS CHART

|   |   |
|---|---|
| 1 |   |
| 2 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 3 |   |
| 4 | By: /s/ *Kenneth A. Gallo* |
|   | Kenneth A. Gallo (*pro hac vice*) |
| 5 | Joseph J. Simons (*pro hac vice*) |
|   | Craig A. Benson (*pro hac vice*) |
| 6 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 7 | 2001 K Street, N.W. |
|   | Washington, DC 2006-1047 |
| 8 | Telephone: 202-223-7300 |
|   | Facsimile: 202-223-7420 |
| 9 | Email: kgallo@paulweiss.com |
|   | jsimons@paulweiss.com |
| 10 | cbenson@paulweiss.com |
| 11 |   |
| 12 | *Counsel for Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

---

27458372.4

18

JOINT FILING OF CASES AWAITING TRANSFER TO MDL & PENDING CLAIM OR PARTY DISPOSITIVE MOTIONS CHART