## *IN RE CRT ANTITRUST LITIGATION* - DISPOSITIVE MOTIONS CHART

The parties have prepared the following Dispositive Motions Chart in response to the Court's Order dated June 23, 2015, ECF No. 3887.

The Chart refers to defendant groups, unless a motion includes only a subset of the defendant group, in which case only the relevant members of the defendant group are named.  As used in the Chart, defendant groups contain the following members.

| Defendant Group | Members | Abbreviation |
|---|---|---|
| Beijing Matsushita | Beijing Matsushita Color CRT Co., Ltd. | BMCC |
| Chunghwa | Chunghwa Picture Tubes, Ltd. | CPT |
| | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. | |
| Hitachi | Hitachi, Ltd. | HTL |
| | Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) | HDP |
| | Hitachi America, Ltd. | HAL |
| | Hitachi Electronic Devices (USA), Inc. | HEDUS |
| | Hitachi Asia, Ltd. | HAS |
| LG[1] | LG Electronics, Inc. | LGE |
| | LG Electronics U.S.A., Inc. | LGE USA |
| | LG Electronics Taiwan Taipei Co., Ltd. | |
| Mitsubishi | Mitsubishi Electric Corporation | MELCO |
| | Mitsubishi Electric US, Inc. | MEUS |
| | Mitsubishi Electric Visual Solutions America, Inc. | MEVSA |
| Panasonic | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) | Panasonic Corp. |
| | MT Picture Display Co., Ltd. | MTPD |
| | Panasonic Corporation of North America | PNA |
| Philips | Koninklijke Philips N.V. | KPNV |
| | Philips Electronics North America Corporation | PENAC |
| | Philips Taiwan Limited | Philips Taiwan |
| | Philips do Brasil Ltda. | |
| Samsung SDI | Samsung SDI Co., Ltd. | |
| | Samsung SDI America, Inc. | |
| | Samsung SDI (Malaysia) Sdn. Bhd. | |
| | Samsung SDI Mexico S.A. De C.V. | |
| | Samsung SDI Brasil Ltda. | |
| | Shenzhen Samsung SDI Co., Ltd. | |
| | Tianjin Samsung SDI Co., Ltd. | |
| Tech Displays Americas | Technologies Displays Americas LLC | TDA |
| Thomson | Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) | Thomson Consumer |
| | Thomson SA (n/k/a Technicolor SA) | |
| Toshiba | Toshiba Corporation | Toshiba Corp. |

---

[1] The LG Defendants previously included LG Electronics U.S.A., Inc. and LG Electronics Taiwan Taipei Co., Ltd.   These entities have since been dismissed by all Plaintiffs.  *See* ECF No. 3387.

|  | Toshiba America, Inc. | TAI |
|  | Toshiba America Consumer Products, LLC | TACP |
|  | Toshiba America Information Systems, Inc. | TAIS |
|  | Toshiba America Electronic Components, Inc. | TAEC |

The Chart also refers to plaintiff groups, unless a motion includes only a subset of the plaintiff group, in which case only the relevant members of the plaintiff group are named.  As used in the Chart, plaintiff groups contain the following members.

| Plaintiff Group | Members |
| --- | --- |
| IPPs | A class of Indirect Purchaser Plaintiffs |
| DPPs | A class of Direct Purchaser Plaintiffs |
| Best Buy | Best Buy Co., Inc.; Best Buy Purchasing, LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; and Bestbuy.com, L.L.C. |
| Circuit City | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust |
| Compucom | CompuCom Systems, Inc. |
| Costco | Costco Wholesale Corporation |
| Dell | Dell Inc. and Dell Products L.P. |
| Electrograph | Electrograph Systems, Inc. and Electrograph Technologies Corp. |
| Interbond | Interbond Corporation of America., d/b/a BrandsMart USA |
| Office Depot | Office Depot, Inc. |
| P.C. Richard, et. al. | P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; and ABC Appliance, Inc. |
| Sears/Kmart | Sears Roebuck and Co. and Kmart Corp. |
| Sharp | Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc. |
| Target | Target Corp. |
| Tech Data | Tech Data Corporation and Tech Data Product Management, Inc. |
| Tweeter | Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| ViewSonic | ViewSonic Corporation |

*Categories*.  The Chart orders the dispositive motions into the following categories:

1. Motions Related to Cases to be Tried in the Northern District of California
2. Cases Subject to Remand to Other Jurisdictions for Trial
3. Moot Motions

END

| | | | | | | |
|---|---|---|---|---|---|---|
| **(1) Motions Related to Cases to be Tried in the Northern District of California** | | | | | | |
| **ECF No.** | **Movant(s)** | **Motion** | **Adverse Parties** | **Opp'n ECF No.** | **Reply ECF No.** | **Notes / Related Filings** |
| 2728 | • DPPs | Motion for Final Approval of Settlements with Hitachi and Samsung SDI | • ~~Sharp~~ | 2751 | 2753 (DPPs) 2754 (Samsung SDI) 2755 (Hitachi) | This motion was heard on August 22, 2014. There were no timely objections from class members. Sharp asserted a late objection, but has withdrawn it. *See* Dkt. No. 3842. **No opposition remains to this motion.** The Proposed order and judgments associated with this motion are located at Dkt. Nos. 2728-4, 2728-5, 2728-6. |
| 2972 | • Hitachi<br><br>• Toshiba (Joinder, ECF No. 3011; Withdrawn with respect to IPPs, ECF No. 3796)<br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Mitsubishi (Joinder, | Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations | • Best Buy<br>• ~~Circuit City*[1]~~<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• ~~IPPs[2]~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart*~~<br>• ~~Target[3]~~<br>• Tech Data | 3268 | 3433 | Objection to Evidence  (ECF No. 3449). |

---

[1] An Adverse Party marked with strikethrough ***and*** an asterisk is currently not a party to the motion due to settlement, but the Adverse Party may once again become a party to the motion if the Court permits LG's, Thomson's, and/or Mitsubishi's joinders.  Plaintiffs oppose those joinders and the Court has not yet ruled on them.
[2] The IPPs have reached settlement agreements with all Defendants in their lawsuit.  Defendants have provisionally withdrawn all dispositive motions against the IPPs pending final approval of the settlements (ECF Nos. 3801, 3802, 3812, 3851 and 3852).  The IPPs are therefore stricken from all pending motions.
[3] Target has reached settlement agreements with all Defendants in their lawsuit. Target is therefore stricken from all pending motions.

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | ECF No. 3898; DAPs' Opposition, ECF No. 3916) | | • Tweeter | | | |
| 2973 | • CPT<br><br>• Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br>• Toshiba (Joinder, ECF No. 3013) | Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds | • Best Buy<br>• ~~CompuCom~~<br>• ~~Interbond~~<br>• ~~Office Depot*~~<br>• ~~P.C. Richard, et. al.~~<br>• ~~Sears/Kmart~~<br>• ~~Target~~ | 3258-3 | 3422 | Plaintiffs indicated by double strike-through subsequently dismissed their state law claims (ECF Nos. 3136, 3149, 3226, 3405). |
| 2976 | • Hitachi America, Ltd.; Hitachi Displays, Ltd; Hitachi Electronic Devices (USA), Inc.<br><br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br>• Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br>• Toshiba (Joinder, ECF No. 3011; Withdrawn with | Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy | • Best Buy<br>• ~~Circuit City*~~<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart~~<br>• ~~Target~~<br>• Tech Data<br>• Tweeter | 3274 | 3439 | Objection to Evidence re (ECF No. 3451). |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | respect to IPPs, ECF No. 3796) | | | | | |
| 2978 | • ~~*IPPs*: All Defendants except LGE and Chunghwa~~<br>• All [excluding CPT]: *Interbond, Office Depot, Sears & Kmart Only* | Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds | • ~~Costco~~<br>• ~~Electrograph~~<br>• ~~IPPs~~<br>• Interbond<br>• Office Depot<br>• ~~Sears/Kmart~~ | 3250 | 3448 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4.<br><br>Costco, Electrograph, and Sears/Kmart withdrew all state claims at issue after Motion was filed. |
| 2981 | • Thomson Consumer Electronics, Inc.<br><br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br>• Toshiba (Joinder, ECF No. 3012) | Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment (on liability) | • Best Buy<br>• Circuit City<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | 3236 | 3603 | |
| 2983 | • Samsung SDI<br><br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Mitsubishi (Joinder, | Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics | • ~~Circuit City*~~<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot | 3244 | 3454 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br>• Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br>• Toshiba (Joinder, ECF No. 3015) | | • P.C. Richard, et. al.<br>• ~~Sears/Kmart*~~<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | | | |
| 2984 | • TDA<br><br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br>• Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) | Notice of Motion and Motion for Summary Judgment (on liability, *Illinois Brick*, due process, and statute of limitations) | • Best Buy<br>• Circuit City<br>• Costco<br>• ~~DPPs~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• ~~Target~~<br>• Tweeter | 3253 | 3430 | Opp'n limited to TDA's Sherman Act claims; Pltfs do not oppose TDA's motion re state-law claims. |
| 2995 | • Toshiba<br><br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916) | Motion for Summary Judgment Concerning Withdrawal | • Best Buy<br>• ~~Circuit City*~~<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart*~~<br>• Sharp<br>• ~~Target~~ | 3280 | 3437 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | | | • Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | | | |
| 3001 | • Panasonic Corp.<br>• PNA<br><br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br>• Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br>• Toshiba (Joinder, ECF No. 3025) | Motion for Summary Judgment (on liability) | • Best Buy<br>• ~~Circuit City*~~<br>• CompuCom<br>• Electrograph<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart*~~<br>• Sharp<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | 3248 | 3459 | The Court dismissed ViewSonic's complaint without prejudice as to Panasonic, PNA, and MTPD (ECF No. 3215). |
| 3006 | • ~~BMCC~~<br>• CPT (as to Best Buy only)<br>• Hitachi<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales | • Best Buy<br>• ~~CompuCom~~<br>• Costco<br>• ~~Electrograph~~<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• ~~P.C. Richard, et. al.~~<br>• ~~Sears/Kmart~~<br>• ~~Tech Data~~ | 3287 | 3452 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4.<br><br>The Court previously dismissed Tech Data's state law indirect purchaser claims (ECF No. 2433).<br><br>Order Dismissing Costco AZ, IL, FL State Law Claims (ECF No. 3181).<br><br>Stipulation and Order |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | | | | | | Dismissing Costco CA, AZ, IL, FL State Law Claims Against Samsung SDI (ECF No. 2262)<br><br>Stipulation to dismiss IL and MI State Law Claims as to Sears (ECF No. 3394).<br><br>Stipulation to dismiss State Law Claims as to Electrograph, CompuCom, P.C. Richard, et. al. and Tweeter (ECF No. 3226). |
| 3008 | • ~~BMCC~~<br>• CPT (as to Best Buy and ViewSonic only)<br>• Hitachi<br>• LG<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ViewSonic | 3272 | 3442 | [4]Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4. |
| 3014 | • ~~BMCC~~ | Motion for Partial Summary | • Best Buy | 3275 | 3425 | Certain defendants do not join |

---

[4] CPT has no suit as to Dell, Electrograph, or Sharp; Hitachi has no suit as to ViewSonic; Mitsubishi has no suit as to CompuCom, the IPPs, or Sharp; Panasonic, PNA, and MTPD have no suit as to Costco or Dell; Samsung SDI has no suit as to Best Buy; TDA has no suit as to CompuCom, Dell, the IPPs, Tech Data, or ViewSonic; Thomson has no suit as to CompuCom and Dell.

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | • Hitachi<br>• LG<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• Thomson<br>• Toshiba | Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo | • Circuit City<br>• Costco<br>• Interbond<br>• Sears/Kmart | | | as to plaintiffs with whom they have no suit, *see* n.4. |
| 3026 | • Mitsubishi Electric Corporation<br><br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) | Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC-Mitsubishi Electric Visual Systems Corporation | • Best Buy<br>• Circuit City<br>• Costco<br>• ~~Dell*~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | 3251 | 3445 | Mitsubishi Electric entered stipulation that motion did not apply to Target, Dell, and ViewSonic (ECF No. 3378). |
| 3027 | • Philips Electronics North America Corporation, Philips Taiwan Limited, Philips do Brasil Ltda<br><br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Mitsubishi (Joinder, ECF No. 3898; | Motion for Partial Summary Judgment (based on withdrawal) | • Best Buy<br>• ~~Circuit City*~~<br>• CompuCom<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart*~~<br>• Sharp<br>• Tech Data | 3241 | 3461 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | DAPs' Opposition, ECF No. 3916) <br> • Toshiba (Joinder, ECF No. 3028) | | • Tweeter <br> • ~~ViewSonic~~ | | | |
| 3032 | • LG <br><br> • Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916) | Motion for Partial Summary Judgment on FTAIA Grounds | • Best Buy <br> • Circuit City <br> • CompuCom <br> • Costco <br> • Dell <br> • Electrograph <br> • Interbond <br> • Office Depot <br> • P.C. Richard, et. al. <br> • Sears/Kmart <br> • ~~Target~~ <br> • Tech Data <br> • Tweeter <br> • ~~ViewSonic~~ | 3272-3 | 3443 | |
| 3037 | • Mitsubishi Electric Corporation <br><br> • LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) <br> • Thomson (Joinder, ECF No. 3888) | Motion for Summary Judgment Based Upon Absence of Evidence of Liability | • Best Buy <br> • Circuit City <br> • Costco <br> • Dell <br> • Electrograph Interbond <br> • Office Depot <br> • P.C. Richard, et. al. <br> • Sears/Kmart <br> • ~~Target~~ <br> • Tech Data <br> • Tweeter <br> • ~~ViewSonic~~ | 3271 | 3462 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3040 | • Koninklijke Philips N.V.<br><br>• LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br>• Toshiba (Joinder, ECF No. 3045) | Motion for Summary Judgment (on liability) | • Best Buy<br>• ~~Circuit City*~~<br>• CompuCom<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• ~~IPPs~~<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart*~~<br>• Sharp<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | 3240 | 3460 | |
| 3044 | • LG<br>• ~~Philips~~<br>• Samsung SDI<br>• Thomson<br>• Mitsubishi: *Dell only*<br>• ~~Panasonic, PNA, MTPD,~~ Toshiba: *Sharp only* | Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds | • Dell<br>• Sharp | 3231 (Dell); 3283 (Sharp) | 3472 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4. |
| 3048 | • ~~LG Electronics, U.S.A., Inc.~~<br>• ~~LG Electronics Taiwan Taipei Co., LTD.~~<br>• Mitsubishi Electric US, Inc, not brought as to Sharp<br>• Mitsubishi Electric Visual Solutions America, Inc., not brought as to Sharp | Motion for Summary Judgment (on liability) | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• ~~Sharp~~<br>• ~~Target~~ | 3257 | 3434 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | | | • Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | | | |
| 3050 | • ~~BMCC~~<br>• CPT (as to Best Buy and ViewSonic only)<br>• Hitachi<br>• LG<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• Toshiba<br>• Thomson<br>• TDA | Joint Motion for Partial Summary Judgment Against IPPs and Certain DAPs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws | • ~~IPPs (10 state law and Sherman Act claims)~~<br>• *Sherman Act claims*: Best Buy, Circuit City, CompuCom, Costco, Electrograph, Interbond, P.C. Richard, et. al., Office Depot, Sears/Kmart, ~~Target~~, Tech Data, Tweeter, ViewSonic<br>• *CA claims*: ~~Costco, Tech Data~~<br>• *IL claims*: ~~Sears, Kmart~~<br>• *MI claims*: ~~Kmart~~ | 3245 | 3428 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4. |
| 3053 | • LG<br><br>• Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br>• Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) | Corrected Motion for Partial Summary Judgment on Standing Grounds | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• ~~Target~~ | 3279 | 3455 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---------|-----------|--------|-----------------|---------------|---------------|--------------------------|
| | • Toshiba (Joinder, ECF No. 3047) | | • Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | | | |
| 3086 | • LG<br><br>• Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br>• Toshiba (Joinder, ECF No. 3055) | Motion for Partial Summary Judgment on Withdrawal Grounds (Correction of ECF No. 3043). | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | 3262-3 | 3444 | |
| 3102 | • Chunghwa<br><br>• ~~LG (Joinder, ECF No. 3864)~~ | Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation | • ViewSonic | 3263 | 3476 | |
| 3108 | • CPT<br>• ~~LG~~<br>• ~~Mitsubishi~~<br>• ~~Panasonic~~<br>• ~~PNA~~<br>• ~~MTPD~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~Thomson~~ | Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce | • ViewSonic | 3249 | 3477 | The Court dismissed ViewSonic's complaint without prejudice as to Panasonic, PNA, and MTPD (ECF No. 3215). |

| | | (2) Cases Subject to Remand to Other Jurisdictions for Trial | | | | |
|---|---|---|---|---|---|---|
| ECF No. | Movant | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
| 2994 | • ~~CPT~~<br>• Hitachi<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | Motion for Summary Judgment with Respect to MARTA | • MARTA (P.C. Richard action) | 3267 | 3431 | |
| 2997 | • Hitachi<br>• LG<br>• TDA<br>• Toshiba | Motion for Partial Summary Judgment against Costco on Choice of Law Grounds | • Costco | 3264 | 3469 | Reply also in re ECF No. 3029. |
| 3003 | • LG Electronics, Inc.<br>• Mitsubishi<br>• ~~Philips~~<br>• Samsung SDI | Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA | • Dell | 3235 | 3447 | |
| 3029 | • ~~BMCC~~<br>• Hitachi<br>• LG<br>• Mitsubishi<br>• ~~Panasonic~~<br>• ~~PNA~~<br>• ~~MTPD~~<br>• ~~Samsung SDI~~<br>• TDA<br>• Thomson | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on Due Process Grounds | • ~~CompuCom~~<br>• Costco<br>• ~~Office Depot~~ | 3264 (as to Costco CA law claim) | 3469 | Reply also in re ECF No. 2997.<br><br>Motion withdrawn: As to Costco (ECF No.3166), CompuCom (ECF No. 3198), Office Depot (ECF No. 3198).<br><br>Stipulation and Order |

| ECF No. | Movant | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | • Toshiba (Joinder, ECF No. 3038) | | | | | Dismissing Costco CA State Law Claims Against Samsung SDI (ECF No. 2262)<br><br>Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4. |
| 3031 | • ~~BMCC~~<br>• ~~CPT~~<br>• Hitachi<br>• LG<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity | • ~~Costco~~<br>• Interbond<br>• Office Depot<br>• ~~P.C. Richard, et. al.~~<br>• ~~Sears/Kmart~~ | 3252 ( Office Depot, Interbond); Sears/ Kmart (ECF No. 3255). | 3423 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **_(3) Moot Motions_** | | | | | | |
| **ECF No.** | **Movant** | **Motion** | **Adverse Parties** | **Opp'n ECF No.** | **Reply ECF No.** | **Notes / Related Filings** |
| 2963 | • ~~CPT~~ | Motion to Dismiss TDA Corporation's Claims for Failure to Prosecute | • Tech Data | 3141 | N/A | Motion Withdrawn: Notice of Withdrawal (ECF No.3188). |
| 2977 | • ~~BMCC~~<br>• ~~CPT~~<br>• ~~Hitachi~~<br>• ~~LG~~<br>• ~~Panasonic~~<br>• ~~PNA~~<br>• ~~MTPD~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~TDA~~<br>• ~~Thomson~~<br>• ~~Toshiba~~ | Motion for Summary Judgment on Plaintiffs' Umbrella Damages | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• ~~Target~~<br>• Tech Data<br>• Tweeter<br>• ViewSonic | N/A | N/A | Motion Withdrawn: Stipulation (ECF No. 3199) and Order (ECF No. 3225). |
| 2987 | • ~~BMCC~~ | Motion to Dismiss Under Rule 12(b)(2) and Motion for Summary Judgment Under Rule 56 for Lack of Personal Jurisdiction | • Best Buy<br>• ~~Target~~<br>• Tech Data<br>• ViewSonic | N/A | N/A | |
| 2990 | • ~~BMCC~~ | Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and for Lack of Standing to Seek Injunctive Relief | • ~~IPPs~~<br>• Best Buy<br>• Electrograph<br>• Sears/Kmart<br>• ~~Target~~<br>• Tech Data<br>• ViewSonic | N/A | N/A | |
| 3000 | • ~~BMCC~~<br>• ~~CPT   (Errata,~~ | Motion for Partial Summary Judgment against | • Electrograph,<br>• P.C.  Richard, | N/A | N/A | Motion Withdrawn: Stipulation (ECF No. 3198) |

| ECF No. | Movant | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | ~~ECFNo. 3065)~~ • ~~Hitachi~~ • ~~LG~~ • ~~Mitsubishi~~ • ~~Panasonic~~ • ~~PNA~~ • ~~MTPD~~ • ~~Samsung SDI~~ • ~~Thomson~~ • ~~Toshiba (Joinder, ECFNo. 3018)~~ | Electrograph, P.C. Richard and MARTA on Choice of Law Grounds | et. al. | | | and Order (ECF No. 3226). |
| 3002 | • ~~CPT~~ • ~~Hitachi~~ • ~~LG~~ ~~Panasonic~~ • ~~PNA~~ • ~~MTPD~~ • ~~Toshiba~~ • ~~Samsung SDI~~ • ~~Philips~~ | Motion for Partial Summary Judgment against CompuCom Systems, Inc. on Choice of Law Grounds | • CompuCom | N/A | N/A | Motion Withdrawn: (ECF No.3198). (ECF No.3226). |
| 3004 | • ~~BMCC~~ • ~~CPT~~ • ~~LG~~ • ~~Hitachi~~ • ~~Mitsubishi~~ • ~~Panasonic~~ • ~~PNA~~ • ~~MTPD~~ • ~~Thomson~~ • ~~Toshiba~~ ~~(Joinder, ECF      No.~~ | Motion for Partial Summary Judgment against Magnolia Hi-Fi on Choice of Law Grounds | • Magnolia Hi-Fi | N/A | N/A | Motion Withdrawn: Stipulation (ECF No. 3211) and Amended Stipulation (ECF No.3277). |

| ECF No. | Movant | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---------|--------|--------|-----------------|---------------|---------------|-------------------------|
| | ~~3019)~~ | | | | | |
| 3021 | • ~~CPT~~<br>• ~~Hitachi~~<br>• ~~LG~~<br>• ~~Panasonic~~<br>• ~~PNA~~<br>• ~~MTPD~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~Toshiba~~ | Motion for Partial Summary Judgment Against Office Depot on Choice of Law Grounds | • Office Depot | N/A | N/A | Motion Withdrawn: (ECF No.3198). (ECF No.3226). |
| 3034 | • ~~Philips~~<br><br>• ~~Toshiba (Joinder, ECF No. 3042)~~ | Motion for Summary Judgment Against Indirect Purchaser Plaintiffs Who Are Natural Persons Residing in California | • ~~IPPs~~ | 3247 | 3456 | |