Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

v.

This Document Relates to:
ALL ACTIONS

Case No: 3:07-cv-05944 (MDL No. 1917)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin E. Waldin, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LG Electronics, Inc. in the above-entitled action. My local co-counsel in this case is Laura K. Lin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604 | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(312) 660-7600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 512-4000 |
| MY EMAIL ADDRESS OF RECORD:<br>bwaldin@eimerstahl.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Laura.Lin@mto.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6317991.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/10/15

Benjamin E. Waldin
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin E. Waldin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 07/20/2015

UNITED STATES DISTRICT/MAGISTRATE JUDGE