United States **District Court**
For the Northern District of California

1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE: CATHODE RAY TUBE (CRT)      )  MDL No. 1917
    ANTITRUST LITIGATION               )
9   _____)  Case No. CV-07-5944-SC
                                        )
10  This Order Relates To:             )  ORDER DISMISSING MOOT
                                        )  MOTIONS
11                                      )
    ALL ACTIONS                         )
12                                      )
                                        )
13                                      )
                                        )
14                                      )
                                        )
15                                      )
                                        )
16  _____)

17

18        The Court is in receipt of the parties' joint filing, dated

19  July 17, 2015, ECF No. 3920.  Pursuant to the table attached at ECF

20  No. 3920-1, insofar as any of the following motions are presently

21  still pending before the Court, the Court hereby DENIES and

22  DISMISSES them as moot:  ECF Nos. 2963, 2977, 2987, 2990, 3000,

23  3002, 3004, 3021, 3034.

24

25        IT IS SO ORDERED.

26

27        Dated: July 21, 2015        _____

28                                    UNITED STATES DISTRICT JUDGE