# CERTIFICATE OF SERVICE

On July 27, 2015, I caused a copy of

NOTICE OF MOTION AND MOTION FOR PERMISSIVE INTERVENTION SOLELY FOR THE LIMITED AND COLLATERAL PURPOSE OF SEEKING TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS THAT THE SAMSUNG SDI DEFENDANTS ASKED TO BE SEALED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

INTERVENOR THE STATE OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

DECLARATION OF PAMELA PHAM IN SUPPORT OF THE STATE OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION AND INTERVENOR'S MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS and accompanying EXHIBIT;

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSIVE INTERVENTION SOLELY FOR THE LIMITED AND COLLATERAL PURPOSE OF SEEKING TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS THAT THE SAMSUNG SDI DEFENDANTS ASKED TO BE SEALED; and

[PROPOSED] ORDER GRANTING INTERVENOR THE STATE OF CALIFORNIA'S MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS

to be electronically filed via the Court's Electronic Case Filing System on July 27, 2015.

_Carmen Choy_
Carmen Choy

SF2011203501
Certificate of Service.docx