Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com
         srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>SEARS, ROEBUCK & CO., AND KMART CORPORATION v. TOSHIBA CORPORATION, et al., Case No. 11-cv-5514-SC | **STIPULATION AND [PROPOSED] ORDER DENYING REPORT & RECOMMENDATION (DKT. 1914) AS MOOT** |

1 | Plaintiffs Sears, Roebuck and Co., and Kmart Corporation ("Plaintiffs") and Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc., (individually and collectively, "Toshiba") state as follow:

On July 14, 2015, Special Master Walker entered a Report and Recommendation ("R&R") that recommended granting in part and denying in part Toshiba's motion to compel Plaintiffs to provide additional interrogatory responses to discovery propounded by Toshiba. *See* Dkt. 3914. The Court has not yet adopted the R&R.

In light of the voluntary dismissal with prejudice of all claims filed by Plaintiffs against Toshiba in above-styled action, Dkt. 3831, the parties stipulate that Toshiba's motion to compel is withdrawn and that the Court should deny the R&R as moot.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that:

1. Toshiba withdraws its Motion to Compel Sufficient Discovery Responses From Plaintiffs Sears, Roebuck & Co. and Kmart Corporation, filed September 12, 2014; and

2. The R&R, Dkt. 3914, should be denied as moot.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                              Hon. Samuel Conti
                              United States District Judge

| | |
|---|---|
| 1 | Dated: July 28, 2015 |

    Dated: July 28, 2015           Respectfully submitted,

KENNY NACHWALTER, P.A.

By: */s/ Samuel J. Randall*
Richard Alan Arnold, Esquire (p*ro hac vice*)
William J. Blechman, Esquire (*pro hac vice*)
Kevin J. Murray (*pro hac vice*)
Samuel J. Randall (*pro hac vice*)
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
Email:    rarnold@knpa.com
             wblechman@knpa.com
             kmurray@knpa.com
             srandall@knpa.com

*Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.*

WHITE & CASE LLP

By: */s/ Dana E. Foster*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

STIPULATION AND [PROPOSED] ORDER
DENYING REPORT AND RECOMMENDATION AS MOOT
Case No. 07-5944 SC
MDL No. 1917

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of
2  this document has been obtained from each of the signatories.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
DENYING REPORT AND RECOMMENDATION AS MOOT
Case No. 07-5944 SC
MDL No. 1917