Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail:   rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com
          srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>SEARS, ROEBUCK & CO., AND KMART CORPORATION v. TOSHIBA CORPORATION, et al., Case No. 11-cv-5514-SC | **STIPULATION AND [~~PROPOSED~~] ORDER DENYING REPORT & RECOMMENDATION (DKT. 1914) AS MOOT** |

Plaintiffs Sears, Roebuck and Co., and Kmart Corporation ("Plaintiffs") and Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc., (individually and collectively, "Toshiba") state as follow:

On July 14, 2015, Special Master Walker entered a Report and Recommendation ("R&R") that recommended granting in part and denying in part Toshiba's motion to compel Plaintiffs to provide additional interrogatory responses to discovery propounded by Toshiba. *See* Dkt. 3914.  The Court has not yet adopted the R&R.

In light of the voluntary dismissal with prejudice of all claims filed by Plaintiffs against Toshiba in above-styled action, Dkt. 3831, the parties stipulate that Toshiba's motion to compel is withdrawn and that the Court should deny the R&R as moot.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that:

1. Toshiba withdraws its Motion to Compel Sufficient Discovery Responses From Plaintiffs Sears, Roebuck & Co. and Kmart Corporation, filed September 12, 2014; and

2. The R&R, Dkt. 3914, should be denied as moot.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __07/28/2015_____                    _____
                                                 Ho[n.]
                                                 *[signature: Judge Samuel Conti]*

STIPULATION AND [PROPOSED] ORDER
DENYING REPORT AND RECOMMENDATION AS MOOT
Case No. 07-5944 SC
MDL No. 1917

| | | |
|---|---|---|
| 1 | Dated: July 28, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | KENNY NACHWALTER, P.A. |
| 4 | | By: /s/ Samuel J. Randall |
| | | Richard Alan Arnold, Esquire (p*ro hac vice*) |
| 5 | | William J. Blechman, Esquire (*pro hac vice*) |
| 6 | | Kevin J. Murray (*pro hac vice*) |
| | | Samuel J. Randall (*pro hac vice*) |
| 7 | | **KENNY NACHWALTER, P.A.** |
| 8 | | 201 S. Biscayne Boulevard, Suite 1100 |
| | | Miami, Florida 33131 |
| 9 | | Tel:  (305) 373-1000 |
| 10 | | Fax: (305) 372-1861 |
| | | Email:        rarnold@knpa.com |
| 11 | | wblechman@knpa.com |
| 12 | | kmurray@knpa.com |
| | | srandall@knpa.com |
| 13 | | |
| 14 | | *Counsel for Plaintiffs Sears Roebuck and Co. and Kmart Corp.* |
| 15 | | |
| 16 | | WHITE & CASE LLP |
| 17 | | By: /s/ Dana E. Foster |
| 18 | | CHRISTOPHER M. CURRAN (*pro hac vice*) |
| | | ccurran@whitecase.com |
| 19 | | LUCIUS B. LAU (*pro hac vice*) |
| 20 | | alau@whitecase.com |
| | | DANA E. FOSTER (*pro hac vice*) |
| 21 | | defoster@whitecase.com |
| 22 | | **WHITE & CASE LLP** |
| | | 701 Thirteenth Street, N.W. |
| 23 | | Washington, DC 20005 |
| 24 | | Telephone: (202) 626-3600 |
| | | Facsimile: (202) 639-9355 |
| 25 | | |
| 26 | | *Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| 27 | | |
| 28 | | |

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of
2  this document has been obtained from each of the signatories.