Craig C. Corbitt (83251)
Christopher T. Micheletti (136446)
Judith A. Zahid (215418)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
Email:      ccorbitt@zelle.com

*Attorneys for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| **This Document Relates to:** | **NOTICE OF ATTORNEY WITHDRAWAL** |
| **ALL INDIRECT-PURCHASER ACTIONS** | |

**NOTICE OF ATTORNEY WITHDRAWAL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Indirect-Purchaser Plaintiffs respectfully submit this notice of withdrawal of appearance of Patrick B. Clayton as counsel for Indirect-Purchaser Plaintiffs. Beginning July 31, 2015, Mr. Clayton will no longer be associated with the law firm Zelle Hofmann Voelbel & Mason LLP. Indirect-Purchaser Plaintiffs continue to be represented by other attorneys, including undersigned counsel. Indirect-Purchaser Plaintiffs' counsel requests that Mr. Clayton be removed from the case docket and the Notice of Electronic Filing System.

Dated: July 29, 2015         */s/ Craig C. Corbitt*

Craig C. Corbitt (83251)
Christopher T. Micheletti (136446)
Judith A. Zahid (215418)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
Email:        ccorbitt@zelle.com

*Attorneys for Indirect-Purchaser Plaintiffs*

3265524v1