IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: ALL ACTIONS | ORDER REQUESTING SUPPLEMENTAL SUBMISSIONS ON DIFFERENT LAW APPLICABLE TO MOTIONS IN ADVANCE OF THE <u>CASE STATUS CONFERENCE</u> |

On August 7, 2015, the parties will meet for a case status conference. The Court is in receipt of responses in satisfaction of prior requests made by the Court at ECF Nos. 3515, 3887.

In reviewing the submissions and finalizing its preparation for the upcoming status conference, the Court is concerned about those certain still-pending motions relating to the Foreign Trade Antitrust Improvements Act ("FTAIA") which may require resolution by the Court. The Court is cognizant that there are legal issues in connection with the FTAIA that have divided appellate courts. While it is part of the Court's normal role to decide FTAIA motions for the eight cases that will remain in this judicial district for trial, the Court is also tasked with making certain pre-trial decisions on motions for cases that will be remanded elsewhere. Yet deciding these motions under the law of the Ninth Circuit -- as the Court is required to do -- could result in successful appeals

within other judicial districts where the relevant appellate court has a contrary precedent.

Accordingly, the Court ORDERS the relevant parties to jointly file a single table or list, sorted by case, of all pending motions where the above legal concerns regarding the FTAIA apply. ECF No. 3920-1 includes some, but perhaps not all, of this information. Include the motions' ECF Numbers, the jurisdiction to which the case will be transferred, and the Circuit wherein the jurisdiction sits. Parties need <u>not</u> list cases that will remain within this judicial district, but <u>should</u> list other cases that will remain in the Ninth Circuit upon remand. Also note any other motion that is likely to encounter similar problems due to differing circuit law.

The Court ORDERS this information to be provided <u>no later than August 5, 2015</u>. As the deadline is very close in time to the date of this order, the Court does not require any new legal research as to how various appellate courts might rule. The Court seeks to minimize any hasty legal research done to produce this purely informational list. That said, insofar as parties have citation information <u>already readily available</u> and <u>jointly agree</u> that a specific case from a relevant appellate court is binding, instructive, or otherwise helpful to the Court in deciding whether to decide or remand the motion, it <u>may</u> be included. Do not include arguments.

This information will allow the Court to better evaluate whether or not to decide the motions prior to remanding the cases.

IT IS SO ORDERED.

Dated: July 31, 2015

_____
UNITED STATES DISTRICT JUDGE