GUIDO SAVERI (22349)
  *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
  *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
  *grushing@saveri.com*
TRAVIS L. MANFREDI (281779)
  *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for
Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-SC <br><br> MDL No. 1917 <br><br> **BRIEF RE AMENDMENTS TO ORDER IN RE CLASS CERTIFICATION WITH RESPECT TO THE THOMSON AND MITSUBISHI DEFENDANTS** <br><br> Judge:     Honorable Samuel Conti |
| This Document Relates To: <br><br> *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | |

On July 20, 2015, the Court entered its Amendments to Order in re Class Certification with Respect to the Thomson and Mitsubishi Defendants (Dkt. No. 3926) ("Order"). The Order states that DPPs' Counsel must file notice and alternative language if it failed to include Videocon Industries, Ltd. ("Videocon") as a Defendant out of a mistaken belief that Videocon is allied with the Thomson Defendants.

Videocon was not released as a part of DPPs settlement with Thomson and TDA. DPPs have not been able to obtain service on Videocon, which is an Indian corporation. Videocon has not appeared in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*.

Based upon the above, DPPs do not seek alternative language for footnote 1.

DATED: July 31, 2015

Respectfully submitted,

/s/ *R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Michael P. Lehmann
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

Bruce L. Simon
Aaron M. Sheanin
PEARSON, SIMON & WARSHAW LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008


H. Laddie Montague, Jr.
Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604


Gary Specks
KAPLAN FOX
423 Sumac Road
Highland Park, IL 60035
Telephone: (847) 831-1585
Facsimile: (847) 831-1580


Douglas A. Millen
William H. London
FREED KANNER LONDON & MILLEN
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4519


Eric B. Fastiff
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

| | |
|---|---|
| 1 | W. Joseph Bruckner |
| 2 | Elizabeth R. Odette |
|   | LOCKRIDGE GRINDAL NAUEN P.L.L.P |
| 3 | 100 Washington Avenue S |
|   | Suite 2200 |
| 4 | Minneapolis, MN 55401 |
|   | Telephone:  (612) 339-6900 |
| 5 | Facsimile: (612) 339-0981 |
| 6 | *Attorneys for Plaintiffs* |