David J. Burman *(pro hac vice)*
Cori G. Moore *(pro hac vice)*
Eric J. Weiss *(pro hac vice)*
Nicholas H. Hesterberg *(pro hac vice)*
Steven D. Merriman *(pro hac vice)*
**PERKINS COIE** LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:     DBurman@perkinscoie.com
              CGMoore@perkinscoie.com
              EWeiss@perkinscoie.com
              NHesterberg@perkinscoie.com
              SMerriman@perkinscoie.com

Joren S. Ayala-Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE** LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone:  415.344.7120
Facsimile:  415.344.7320
Email:    JBass@perkinscoie.com

Attorneys for Plaintiff
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| | Individual Case No. 3:11-cv-06397-SC |
| This Document Relates to: | **NOTICE OF FIRM CHANGE OF ADDRESS** |
| *All Indirect Purchaser Actions* | The Honorable Samuel Conti |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC | |
| *Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 3:11-cv-05502-SC | |

1

2
*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-05513-SC;

3

4
*Target Corp, et al. v. Chunghwa Picture Tubes,  Ltd., et al.,* No. 3:11-cv-05514-SC

5

6
*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC

7

8
*Interbond Corporation of America, d/b/a BrandsMart USA v. Hitachi, et al.,* No. 3:11-cv-06275-SC;

9

10
*Office Depot, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06276-SC;

11
*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC

12

13
*Costco Wholesale Corporation v. Hitachi, Ltd., et al.,* No. 3:11-cv-06397-SC;

14

15
*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

16

17

18
*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-02649-SC;

19

20
*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC

21

22

23

24

25

26

27

28

1

2

**PERKINS COIE LLP**

3

By: ___/s/ Joren S. Ayala-Bass_____

4

Joren S. Ayala-Bass

5

Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28