ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:     310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case No. 3:11-cv-05513-SC |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC | The Honorable Samuel Conti<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS HITACHI, LTD., HITACHI DISPLAYS, LTD. (N/K/A JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.; AND [PROPOSED] ORDER OF DISMISSAL** |

Master Case No. 3:07-cv-05944-SC
61064627.1

STIPULATION OF DISMISSAL WITH PREJUDICE

1   Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services,
2   Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. ("Best Buy"), and Defendants Hitachi, Ltd.,
3   Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and
4   Hitachi Electronic Devices (USA), Inc. ("Hitachi") hereby stipulate to the dismissal with
5   prejudice of all claims and causes of action asserted in this case against Hitachi, pursuant to Rule
6   41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and
7   attorney's fees.  The dismissal of Hitachi shall not operate as a dismissal of Best Buy's claims or
8   causes of action against any person or entity named as a defendant in this action other than
9   Hitachi.
10   WHEREFORE, the parties respectfully request that this Court issue this Stipulation and
11   Proposed Order of Dismissal.
12   **IT IS SO STIPULATED.**

Dated:  August 4, 2015            **ROBINS KAPLAN LLP**

By:   /s/ Roman M. Silberfeld
      Roman M. Silberfeld
      David Martinez

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC


Dated:  August 4, 2015            **KIRKLAND & ELLIS LLP**

By:   /s/ Eliot A. Adelson
      Eliot A. Adelson
      James H. Mutchnik, P.C. (*pro hac vice*)
      Barack S. Echols (*pro hac vice*)

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD. (N/K/A JAPAN DISPLAY INC.), HITACHI AMERICA, LTD., HITACHI ASIA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

Master Case No. 3:07-cv-05944-SC
61064627.1                        -1-          STIPULATION OF DISMISSAL WITH PREJUDICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC | The Honorable Samuel Conti<br>**[PROPOSED] ORDER OF DISMISSAL** |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: _____, 2015          _____
The Honorable Samuel Conti
UNITED STATES DISTRICT COURT JUDGE