1  Brent Caslin (Cal. Bar. No. 198682)
   JENNER & BLOCK LLP
2  633 West Fifth Street
   Suite 3600
3  Los Angeles, California 90071
   Telephone:    213 239-5100
4  Facsimile:    213 239-5199
   bcaslin@jenner.com
5
   Terrence J. Truax (*pro hac vice*)
6  Michael T. Brody (*pro hac vice*)
   Gabriel A. Fuentes (*pro hac vice*)
7  JENNER & BLOCK LLP
   353 N. Clark Street
8  Chicago, Illinois 60654-3456
   Telephone:    312 222-9350
9  Facsimile:    312 527-0484
   ttruax@jenner.com
10 mbrody@jenner.com
   gfuentes@jenner.com
11
   *Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc.,*
12 *and Mitsubishi Electric Visual Solutions America, Inc.*

13
                    **UNITED STATES DISTRICT COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
15

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944-SC |
| This Document Relates to: | MDL No. 1917 |
| *All Actions* | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF CHARLES B. SKLARSKY** |

Charles B. Sklarsky, an active member in good standing of the bar of the State of Illinois whose business address and telephone number is Jenner & Block LLP, 353 N. Clark, Chicago, IL 60654-3456, Telephone: (312) 923-2904, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.,

IT IS HEREBY ORDERED THAT  the Application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
Honorable Samuel P. Conti
United States District Judge