1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

SAN FRANCISCO DIVISION

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates to: | MDL No. 1917 |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396; | **JOINT SUPPLEMENTAL SUBMISSION ON DIFFERENT LAW APPLICABLE TO DISPOSITIVE MOTIONS IN ADVANCE OF AUGUST 7, 2015 CASE STATUS CONFERENCE** |
| *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171; | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656; | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275; | |
| *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276; | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; | |
| *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648; | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | |

1

2 *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649

3

4 *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

5

6 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

7

8  Pursuant to the Court's Order Requesting Supplemental Submissions On Different Law

9 Applicable To Motions In Advance of the Case Status Conference (ECF No. 3942), dated July 31,

10 2015 (the "Order"), the undersigned Direct Action Plaintiffs and Defendants hereby jointly

11 respond to the Court's request for information regarding dispositive motions to be filed in opt-out

12 cases to be remanded to their respective transferor courts.

13  As requested in the Order, the parties hereby jointly submit a table, annexed hereto as

14 Exhibit A, which shows: (i) the cases, by Plaintiff, subject to remand upon completion of pretrial

15 matters under 28 U.S.C. § 1407, and the Supreme Court's decision in *Lexecon, Inc. v. Milberg*

16 *Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998); (ii) the dispositive motions pending in those

17 cases relating to the Foreign Trade Antitrust Improvements Act ("FTAIA"); (iii) certain other

18 dispositive motions pending in those cases that are "likely to encounter . . . problems due to

19 differing circuit law;" and (iv) the parties' respective positions regarding whether the listed

20 relevant dispositive motions are subject to "differing circuit law." Order at 2.

21  With regard to the relevant dispositive motions listed in the annexed chart, the parties do

22 not jointly agree that any "specific case from a relevant appellate court is binding, instructive, or

23 otherwise helpful to the Court in deciding whether to decide or remand the motion." *Id.* at 2.

24

25

26

27

28

SUPPLEMENTAL SUBMISSION ON DIFFERENT LAW APPLICABLE TO MOTIONS IN
ADVANCE OF THE CASE STATUS CONFERENCE

1   Dated:  August 5,  2015                    WINSTON & STRAWN LLP

2                                              By: /s/ Eva W. Cole
3                                              JEFFREY L. KESSLER (*pro hac vice*)
                                               Email: JKessler@winston.com
4                                              A. PAUL VICTOR (*pro hac vice*)
                                               Email: PVictor@winston.com
5                                              ALDO A. BADINI (SBN 257086)
                                               Email: ABadini@winston.com
6                                              EVA W. COLE (*pro hac vice*)
                                               Email: EWCole@winston.com
7                                              MOLLY M. DONOVAN (*pro hac vice*)
8                                              Email: MMDonovan@winston.com
                                               **WINSTON & STRAWN LLP**
9                                              200 Park Avenue
10                                             New York, NY 10166
                                               Telephone: (212) 294-6700
11                                             Facsimile: (212) 294-4700
                                               STEVEN A. REISS (*pro hac vice*)
12                                             Email: steven.reiss@weil.com
                                               DAVID L. YOHAI (*pro hac vice*)
13                                             Email: david.yohai@weil.com
                                               ADAM C. HEMLOCK (*pro hac vice*)
14                                             Email: adam.hemlock@weil.com
15                                             **WEIL, GOTSHAL & MANGES LLP**
                                               767 Fifth Avenue
16                                             New York, New York 10153-0119
                                               Telephone: (212) 310-8000
17                                             Facsimile: (212) 310-8007

18
19                                             *Attorneys for Defendants Panasonic*
                                               *Corporation (f/k/a Matsushita Electric Industrial*
                                               *Co., Ltd.), Panasonic Corporation of North*
20                                             *America, MT Picture Display Co., Ltd.*

21                                             JENNER & BLOCK LLP

22                                             By: /s/ Terrence J. Truax
23                                             Terrence J. Truax (*pro hac vice*)
                                               Email: ttruax@jenner.com
24                                             Michael T. Brody (*pro hac vice*)
                                               Email: mbrody@jenner.com
25                                             **JENNER & BLOCK LLP**
26                                             353 North Clark Street
                                               Chicago, IL 60654-3456
27                                             Telephone: (312) 222-9350
                                               Facsimile: (312) 527-0484
28

3
SUPPLEMENTAL SUBMISSION ON DIFFERENT LAW APPLICABLE TO MOTIONS IN
ADVANCE OF THE CASE STATUS CONFERENCE

1

2
BRENT CASLIN (Cal. Bar. No. 198682)
Email: bcaslin@jenner.com

3
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600

4
Los Angeles, California 90071
Telephone: (213) 239-5100

5
Facsimile: (213) 239-5199

6
*Attorneys for Defendants Mitsubishi Electric*

7
*Corporation, Mitsubishi Electric US, Inc. and,*
*Mitsubishi Electric Visual Solutions America,*

8
*Inc.*

9
WHITE & CASE LLP

10
By: /s/ *Lucius B. Lau*

11
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com

12
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com

13
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com

14
**WHITE & CASE LLP**

15
701 Thirteenth Street, N.W.
Washington, DC 20005

16
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

17

18
*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*

19
*Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba*

20
*America Electronic Components, Inc.*

21
BAKER BOTTS LLP

22
By: /s/ *John M. Taladay*

23
JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com

24
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com

25
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com

26
CHARLES M. MALAISE (*pro hac vice*)

27
Email: charles.malaise@bakerbotts.com

28

SUPPLEMENTAL SUBMISSION ON DIFFERENT LAW APPLICABLE TO MOTIONS IN
ADVANCE OF THE CASE STATUS CONFERENCE

1

**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, N.W.

2

Washington, DC 20004-2400
Telephone: (202) 639-7700

3

Facsimile: (202) 639-7890

4

JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com

5

**BAKER BOTTS LLP**
1001 Page Mill Road

6

Building One, Suite 200
Palo Alto, CA 94304

7

Telephone: (650) 739-7500

8

Facsimile: (650) 739-7699

9

*Attorneys for Defendants Koninklijke Philips*

10

*N.V., Philips Electronics North America*
*Corporation, Philips Taiwan Limited and*

11

*Philips do Brasil Ltda.*

12

**MUNGER, TOLLES & OLSON LLP**
By: */s/ Miriam Kim*

13

MIRIAM KIM (SBN 238230)
miriam.kim@mto.com

14

LAURA K. LIN (SBN 281542)

15

laura.lin@mto.com
MUNGER, TOLLES & OLSON LLP

16

560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907

17

Telephone: (415) 512-4000

18

Facsimile: (415) 512-4077

19

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com

20

SUSAN E. NASH (SBN 101837)
susan.nash@mto.com

21

E. MARTIN ESTRADA (SBN 223802)

22

martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP

23

355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560

24

Telephone: (213) 683-9100

25

Facsimile: (213) 687-3702

26

*Attorneys for Defendant LG Electronics, Inc.*

27

28

5

1
2

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

LEO D. CASERIA (SBN 240323)
lcaseria@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

FAEGRE BAKER DANIELS LLP

By: */s/ Kathy L. Osborn*
KATHY L. OSBORN (*pro hac vice*)
Email: kathy.osborn@FaegreBD.com
RYAN M. HURLEY (*pro hac vice*)
Email: ryan.hurley@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
JEFFREY S. ROBERTS (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com

6

SUPPLEMENTAL SUBMISSION ON DIFFERENT LAW APPLICABLE TO MOTIONS IN ADVANCE OF THE CASE STATUS CONFERENCE

1
2
3
4
5

**FAEGRE BAKER DANIELS LLP**
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
STEPHEN M. JUDGE (*pro hac vice*)
Email: steve.judge@FaegreBd.com

6
7
8
9

**FAEGRE BAKER DANIELS LLP**
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

10

*Attorneys for Defendants Thomson SA and*
*Thomson Consumer Electronics, Inc*

11

SQUIRE PATTON BOGGS (US) LLP

12
13
14
15
16
17

By: /s/ Nathan Lane, III
MARK C. DOSKER
Email: mark.dosker@squirepb.com
NATHAN LANE, III
Email: nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

18
19
20
21
22

DONALD A. WALL (*pro hac vice*)
Email: donald.wall@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

23
24
25

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to all cases except*
*Office Depot, Inc. v. Technicolor SA, et al. and*
*Sears, Roebuck and Co., et al. v. Technicolor*
*SA, et al.*

26
27
28

7

| | |
|---|---|
| 1 | CURTIS, MALLET-PREVOST, COLT & |
| 2 | MOSLE LLP |
| 3 | By: /s/ *Jeffrey I. Zuckerman* |
| | Jeffrey I. Zuckerman (*pro hac vice*) |
| 4 | Ellen Tobin (*pro hac vice*) |
| 5 | 101 Park Avenue |
| | New York, New York 10178 |
| 6 | Telephone: 212.696.6000 |
| | Facsimile: 212.697.1559 |
| 7 | Email: jzuckerman@curtis.com |
| | etobin@curtis.com |
| 8 | Arthur Gaus (SBN 289560) |
| 9 | **DILLINGHAM & MURPHY, LLP** |
| | 601 California Street, Suite 1900 |
| 10 | San Francisco, California 94108 |
| | Telephone: 415.397.2700 |
| 11 | Facsimile: 415.397-3300 |
| | Email: asg@dillinghammurphy.com |
| 12 | |
| 13 | *Attorneys for Defendant Technologies Displays* |
| | *Americas LLC with respect to Office Depot, Inc.* |
| 14 | *v. Technicolor SA, et al. and Sears, Roebuck and* |
| | *Co., et al. v. Technicolor SA, et al.* |
| 15 | |
| 16 | KIRKLAND & ELLIS LLP |
| 17 | By:  /s/ *Eliot A. Adelson* |
| | Eliot A. Adelson (SBN 205284) |
| 18 | **KIRKLAND & ELLIS LLP** |
| | 555 California Street, 27th Floor |
| 19 | San Francisco, CA  94104 |
| | Telephone: (415) 439-1400 |
| 20 | Facsimile: (415) 439-1500 |
| 21 | Email: eadelson@kirkland.com |
| 22 | James H. Mutchnik, P.C. (*pro hac vice*) |
| | Barack Echols (*pro hac vice*) |
| 23 | **KIRKLAND & ELLIS LLP** |
| 24 | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| 25 | Tel: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| 26 | Email: jmutchnik@kirkland.com |
| | Email: bechols@kirkland.com |
| 27 | |
| 28 | *Attorneys for Defendants Hitachi, Ltd., Hitachi* |

SUPPLEMENTAL SUBMISSION ON DIFFERENT LAW APPLICABLE TO MOTIONS IN
ADVANCE OF THE CASE STATUS CONFERENCE

1    *Displays, Ltd. (n/k/a Japan Display Inc.),*
     *Hitachi America, Ltd., Hitachi Asia, Ltd., and*
2    *Hitachi Electronic Devices (USA), Inc.*

3    ALSTON & BIRD LLP

4
     By: */s/ Debra D. Bernstein*
5    Michael P. Kenny (admitted pro hac vice)
     Debra D. Bernstein (admitted pro hac vice)
6    Matthew D. Kent (admitted pro hac vice)
     Elizabeth Helmer (admitted pro hac vice)
7    **ALSTON & BIRD LLP**
8    1201 West Peachtree Street
     Atlanta, Georgia 30309-3424
9    Telephone: (404)-881-7000
     Facsimile: (404)-881-7777
10   Email: mike.kenny@alston.com
     debra.bernstein@alston.com
11   matthew.kent@alston.com
     elizabeth.helmer@alston.com
12   James M. Wagstaffe, Esq. (SBN 95535)
13   **KERR & WAGSTAFFE LLP**
     101 Mission Street, 18th Floor
14   San Francisco, California 94105-1576
     Telephone: (415)-371-8500
15   Facsimile: (415)371-0500
16   Email: wagstaffe@kerrwagstaffe.com

17   *Counsel For Plaintiffs Dell Inc. and Dell*
     *Products L.P.*
18
19   BOIES, SCHILLER & FLEXNER LLP

20   By: */s/ Philip J. Iovieno*
     Philip J. Iovieno
21   Anne M. Nardacci
22   **BOIES, SCHILLER & FLEXNER LLP**
     30 South Pearl Street, 11th Floor
23   Albany, NY 12207
     Telephone: (518) 434-0600
24   Facsimile: (518) 434-0665
     Email: piovieno@bsfllp.com
25
26   William A. Isaacson
     **BOIES, SCHILLER & FLEXNER LLP**
27   5301 Wisconsin Ave. NW, Suite 800
     Washington, D.C. 20015
28

9

Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and*
*Attorneys for Plaintiffs Electrograph Systems,*
*Inc., Electrograph Technologies, Corp., Office*
*Depot, Inc., CompuCom Systems, Inc., Interbond*
*Corporation of America, P.C. Richard & Son*
*Long Island Corporation,*
*MARTA Cooperative of America, Inc., ABC*
*Appliance, Inc., Schultze Agency Services LLC*
*on behalf of Tweeter Opco, LLC and Tweeter*
*Newco, LLC, and Tech Data Corporation and*
*Tech Data Product Management, Inc.*

BILZIN SUMBERG MAENA PRICE &
AXELROD

By: */s/ Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
**BILZIN SUMBERG MAENA PRICE &**
**AXELROD**
LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
swagner@bilzin.com
mwidom@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation*
*and Tech Data Product Management, Inc.*

10

SUPPLEMENTAL SUBMISSION ON DIFFERENT LAW APPLICABLE TO MOTIONS IN
ADVANCE OF THE CASE STATUS CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PERKINS COIE LLP

By: /s/ *David J. Burman*
David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile: (206)359-9000
Email: DBurman@perkinscoie.com
CGMoore@perkinsncoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren S. Ayala-Bass, Bar No. 208143
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7120
Facsimile: (415) 344-7320
Email: JBass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale
Corporation*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document

has been obtained from each of the above signatories.

11

SUPPLEMENTAL SUBMISSION ON DIFFERENT LAW APPLICABLE TO MOTIONS IN
ADVANCE OF THE CASE STATUS CONFERENCE