Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*Crago, d/b/a Dash Computers,Inc. et al*                    )
                                                            )  Case No: 07-cv-05944-SC
                        Plaintiff(s),                       )
                                                            )  **APPLICATION FOR**
        v.                                                  )  **ADMISSION OF ATTORNEY**
                                                            )  **PRO HAC VICE**
*Mitsubishi Electric Corporation, et al.*                   )  (CIVIL LOCAL RULE 11-3)
                                                            )
                        Defendant(s).                       )

I, Charles B. Sklarsky, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Mitsubishi Electric Corporation in the above-entitled action. My local co-counsel in this case is Brent Caslin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 353 North Clark Street<br>Chicago IL 60654-3456 | 633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 923-2904 | (213) 239-5100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| csklarsky@jenner.com | bcaslin@jenner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2627264.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/05/15                                      Charles B. Sklarsky
                                                     APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Charles B. Sklarsky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 08/06/2015

                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE