Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:      213 239-5100
Facsimile:      213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:      312 222-9350
Facsimile:      312 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc.,*
*and Mitsubishi Electric Visual Solutions America, Inc.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944-SC MDL No. 1917 |
| This Document Relates to: | **APPEARANCE OF COUNSEL** |
| *All Actions* | Judge: Hon. Samuel Conti |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, and Mitsubishi Electric visual Solutions America, Inc.

Dated: August 6, 2015                    JENNER & BLOCK LLP

                                         /s/ Charles B. Sklarsky

                                         Charles B. Sklarsky
                                         Illinois Bar No. 2627264
                                         JENNER & BLOCK LLP
                                         353 North Clark Street
                                         Chicago, Illinois 60654-3456
                                         Telephone: (312) 923-2904
                                         Facsimile: (312) 840-7304
                                         csklarsky@jenner.com

APPEARANCE OF COUNSEL
Case No. 3:07-cv-5944-SC; MDL NO. 1917