Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes *(pro hac vice)*
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com
csklarsky@jenner.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 SC |
| | MDL No. 1917 |
| This Document Relates To: | |
| ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

<u>**NOTICE OF WITHDRAWAL OF COUNSEL**</u>

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Molly M. Powers is no longer associated with the firm of Jenner & Block LLP, and is hereby withdrawing as counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. in the above-captioned matters (Case No. 07-cv-05944 SC; MDL 1917), and in each of the cases bearing the following docket numbers:

| | | |
|---|---|---|
| 13-cv-05724 SC | 13-cv-05262 SC | 13-cv-05686 SC |
| 13-cv-05264 SC | 13-cv-05668 SC | 13-cv-05723 SC |
| 13-cv-00157 SC | 14-cv-02058 SC | 13-cv-05725 SC |
| 13-cv-05261 SC | 13-cv-02171 SC | 13-cv-05726 SC |
| 13-cv-05727 SC | | |

The law firm of Jenner & Block LLP will continue to serve as counsel for the Mitsubishi Defendants.

Dated:  August 6, 2015

Respectfully Submitted:

By: */s/ Michael T. Brody*

Michael T. Brody

Terrence J. Truax (*pro hac vice*)
Charles B. Sklarsky  (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com
csklarsky@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199
bcaslin@jenner.com

***Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc.***