KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO VARANINI
State Bar No. 163952
ESTHER LA
State Bar No. 160706
PAMELA PHAM
State Bar No. 235493
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5607
 Fax: (415) 703-5480
 E-mail: Pamela.Pham@doj.ca.gov

*Attorneys for the State of California*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF THE STATE OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION (ECF NO. 3935) AND RELATED MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS (ECF NO. 3936)**<br><br>Hearing Date: August 28, 2015<br>Time: 10:00 A.M.<br>Courtroom: One, 17th Floor<br>Judge: Honorable Samuel Conti |
| This Documents Relates To:<br><br>ALL ACTIONS | |

1

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-7(e), nonparty the State of California, *ex rel.* Kamala D. Harris, Attorney General of the State of California, hereby withdraws without prejudice the following two motions filed on July 27, 2015:

1. Motion For Permissive Intervention Solely For The Limited And Collateral Purpose Of Seeking To Restore Public Access To 107 Court Records That The Samsung SDI Defendants Asked To Be Sealed (ECF No. 3935);

2. Motion To Restore Public Access To 107 Court Records (ECF No. 3936, related to ECF No. 3935).

Dated: August 6, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Pamela Pham*

PAMELA PHAM
Deputy Attorney General
*Attorneys for the State of California*

2

NOTICE OF WITHDRAWAL OF MOTION FOR PERMISSIVE INTERVENTION AND
RELATED MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS
(Master File No. CV-07-5944-SC)

**CERTIFICATE OF SERVICE**

On August 6, 2015, I caused a copy of

NOTICE OF WITHDRAWAL OF THE STATE OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION (ECF NO. 3935) AND RELATED MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS (ECF NO. 3936)

to be electronically filed via the Court's Electronic Case Filing System on August 6, 2015.

*Carmen Choy*
_____
Carmen Choy

SF2011203501

1