Party Appearances:

| Plaintiffs | Defendants |
|---|---|
| Richard Saveri | Brad Brian |
| Guido Saveri | Jim McGinnis |
| Mario Alioto | Jeffrey Kessler |
| Aaron Sheanin | Lucius Lau |
| Geoffrey Rushing | Kathy Osborn |
| David Martinez | Nathan Eimer |
| Roman Silberfeld | Martin Estrada |
| Kenneth Ballo | Susan Nash |
| Debra Bernstein | Christopher Curran |
| Cori Gordon-Moore | Terrance Truax |
| William Blechman | Eliot Adelson |
| James Wagstaffe | Charles Sklarsky |
| Jerome Murphy | Erik Koons |
| Phil Iovieno | Joel Sanders |
| Kenneth Marks | Gabriel Fuentes |
| Lauren Capurro | Brian Hurley |
| Michael Kenny | Rachel Buss |
| | Laura Lin |
| | Benjamin Waldin |
| | Donald Wall |
| | Dana Foster |
| | Michael Scarborough |
| | Jeffrey Zuckerman |
| | Miriam Kim |
| | David Yohai |
| | Eva Cole |
| | Kevin Goldstein |
| | Martin Geagan |