1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. McGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  TYLER M. CUNNINGHAM, Cal. Bar No. 243694
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:     415-434-9100
6  Facsimile:     415-434-3947
   E-mail:        ghalling@sheppardmullin.com
7                 jmcginnis@sheppardmullin.com
                  mscarborough@sheppardmullin.com
8                 tcunningham@sheppardmullin.com

9  Attorneys for Non-parties
   SAMSUNG SDI AMERICA, INC.,
10 SAMSUNG SDI CO., LTD.,
   SAMSUNG SDI (MALAYSIA) SDN. BHD.,
11 SAMSUNG SDI MEXICO S.A. DE C.V.,
   SAMSUNG SDI BRASIL LTDA.,
12 SHENZEN SAMSUNG SDI CO., LTD. AND
   TIANJIN SAMSUNG SDI CO., LTD.

13

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17 |                                    | Master File No. 3:07-md-05944-SC
   | In re: CATHODE RAY TUBE (CRT)      |
18 | ANTITRUST LITIGATION               | MDL No. 1917

19 |                                    | **DECLARATION OF TYLER M.
   | This Document Relates to:          | CUNNINGHAM IN SUPPORT OF
20 |                                    | PLAINTIFFS' ADMINISTRATIVE
   | *Crago, d/b/a Dash Computers, Inc., et al. v.* | **MOTION TO SEAL PORTIONS OF
21 | *Mitsubishi Electric Corp., et al.,* | **SECOND AMENDED COMPLAINT
   | No. 14-cv-2058-SC                  | PURSUANT TO CIVIL LOCAL RULES
22 |                                    | 7-11 AND 79-5(d)**

23

24

25

26

27

28

SMRH:445086919.1                CUNNINGHAM DECL. I/S/O DIRECT PURCHASER PLAINTIFFS'
                                ADMIN. MOT. TO SEAL SECOND AMENDED COMPLAINT

I, TYLER M. CUNNINGHAM, declare as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel for Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI"), nonparties to this action and defendants in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (the "MDL").  I make this declaration in support of the administrative motion by direct purchaser plaintiffs ("Plaintiffs") to seal portions of the Second Amended Direct Purchaser Plaintiffs' Class Action Complaint Against Mitsubishi and Thomson (Dkt. No. 3957) ("Motion to Seal").  Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in the MDL documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (MDL Dkt. No. 306) (the "Protective Order").

3. On August 6, 2015, Plaintiffs filed the Motion to Seal requesting that the Court maintain under seal portions of Plaintiffs' Second Amended Complaint.  I have reviewed the portions of Plaintiffs' Second Amended Complaint sought to be maintained under seal.

4. Pursuant to Civil Local Rules 7-11 and 79-5, and the Protective Order, I make this declaration on behalf of SDI to provide the Court with a basis to maintain under seal portions of Plaintiffs' complaint that quote from, describe, or otherwise summarize documents or information that SDI has designated as "Confidential" or "Highly Confidential."

5. Upon information and belief, paragraphs 148, 150, 153, 154, 234 and 235 of Plaintiffs' complaint quote from, describe or otherwise summarize documents or information that SDI has designated as "Confidential" or "Highly Confidential."

6. The documents or information quoted from, described, or otherwise

summarized in Plaintiffs' complaint consist of, cite to, or identify confidential, nonpublic, proprietary and highly sensitive business information about SDI's market analyses, business practices, internal practices or competitive positions.  I am informed and believe that public disclosure of this information risks undermining SDI's business relationships, causing harm with respect to its competitors or customers, and putting SDI at a competitive disadvantage.

7. Upon information and belief, Plaintiffs' complaint quotes from, describes or otherwise summarizes several "Highly Confidential" documents produced by SDI that the Court has previously sealed.  For example, upon information and belief, Plaintiffs' complaint quotes from, describes or otherwise summarizes the following "Highly Confidential" documents produced by SDI: SDCRT-0002526 to 28; SDCRT-0002526E to 28E; SDCRT-0086490 to 92; SDCRT-00086490E to 92E; SDCRT-0006632 to 33; and SDCRT-0006632E to 33E.  These documents are internal reports that contain, cite or refer to confidential business information about SDI's market analyses, sales strategy, business and supply plans, or relationships with companies that remain important to SDI's competitive position.  Accordingly, the Court previously sealed these documents.  *See* Order Granting Sharp Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (MDL Dkt. No. 1852).

8. In addition, the Court has granted several motions to seal paragraphs in complaints filed by the Sharp, Electrograph, BrandsMart, Office Depot, P.C. Richard, Tweeter and Costco plaintiffs that are substantially similar to the paragraphs in Plaintiffs' complaint that SDI seeks to maintain under seal.  *See* Order Regarding Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint (MDL Dkt. No. 2211); Order Granting Certain Direct Action Plaintiffs' Administrative Motion to Seal Portions of Amended Complaints Pursuant to Civil Local Rules 7-11 and 79-5(d) (MDL Dkt. No. 2310); Order Granting Costco Wholesale Corporation's Administrative Motion to Seal Portions of Complaint Pursuant to Civil Local Rules 7-11 and 79-5(d) (MDL Dkt. No. 2342).

9. Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Protective Order, for the reasons stated above, SDI requests that the Court maintain under seal paragraphs 148, 150,

1  153, 154, 234 and 235 of Plaintiffs' complaint.

2  I declare under penalty of perjury of the laws of the United States that the foregoing
3  is true and correct.

5  Executed on August 10, 2015 at San Francisco, California.

7                                */s/ Tyler M. Cunningham*
8                                TYLER M. CUNNINGHAM