JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| This Document Relates to:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Elec. Corp., et al.*, Case No. 14-CV-2058 (SC). | MDL. No. 1917<br><br>**DECLARATION OF JENNIFER M. STEWART IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>**[re Panasonic Documents]** |

- 1 -

I, Jennifer M. Stewart, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On August 10, 2015, Direct Purchaser Plaintiffs ("Plaintiffs") filed an Administrative Motion to Seal (Dkt. 3957), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of Plaintiffs' Second Amended Class Action Complaint Against Mitsubishi and Thomson ("SAC") that contain information from documents or deposition testimony that the Panasonic Defendants have designated "Confidential" or "Highly Confidential."

3. Pursuant to Civil Local Rule 79-5(e), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal portions of Plaintiffs' SAC that have been designated "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

4. Paragraphs 150, 153, 174, 234, and 235 of Plaintiffs' SAC quote from or describe documents, testimony or information designated as "Confidential" or "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order.

5. The documents and information quoted from, described, or otherwise summarized in Paragraphs 150, 153, 174, 234, and 235 of Plaintiffs' SAC consist of, cite to, or identify confidential, nonpublic, proprietary, and highly sensitive business information about the Panasonic Defendants' business practices, pricing practices, negotiations, and confidential business agreements. The documents describe relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and

1  public disclosure of this information presents a risk of undermining the Panasonic Defendants'
2  business relationships, would cause it harm with respect to its competitors and customers, and would
3  put the Panasonic Defendants at a competitive disadvantage.

4        6.  I understand that the Panasonic Defendants consider any statements in Plaintiffs'
5  SAC purporting to summarize any documents or information designated "Confidential" or "Highly
6  Confidential" by the Panasonic Defendants confidential and proprietary.  I am informed and believe
7  that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of
8  information of the type contained, identified, or cited in Paragraphs 150, 153, 174, 234, and 235 of
9  Plaintiffs' SAC.

10        7.  In addition, the Court previously granted a motion to seal identical, or substantially
11  similar, paragraphs in Plaintiffs' First Amended Complaint.  *See* Order Granting Plaintiffs'
12  Administrative Motion to Seal Documents Pursuant to Civil Locals Rules 7-11 and 79-5(d), *Crago v.*
13  *Mitsubishi Elec. Corp.*, Case No. 14-CV-2058 (SC) (Dkt. 33).

14       I declare under penalty of perjury that the foregoing is true and correct.

16  DATED: August 10, 2015        By: /s/ *Jennifer M. Stewart*
17       JEFFREY L. KESSLER (*pro hac vice*)
     Email: jkessler@winston.com
18       ALDO A. BADINI (257086)
     Email: abadini@winston.com
19       EVA W. COLE (*pro hac vice*)
     Email: ewcole@winston.com
20       MOLLY M. DONOVAN (*pro hac vice*)
     Email: mmdonovan@winston.com
21       JENNIFER M. STEWART
22       Email: jstewart@winston.com
     **WINSTON & STRAWN LLP**
23       200 Park Avenue
     New York, New York 10166-4193
24       Telephone: (212) 294-6700
     Facsimile: (212) 294-4700
25

26       STEVEN A. REISS (*pro hac vice*)
     Email: steven.reiss@weil.com
27       DAVID L. YOHAI (*pro hac vice*)
     Email: david.yohai@weil.com
28

DECL. OF JENNIFER M. STEWART ISO       Case No. 07-5944 SC
PLS.' ADMIN. MOT. TO SEAL       MDL NO. 1917

ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 4 -