BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | Master File No. CV-07-5944-SC<br><br>No. CV-13-03234 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SECOND AMENDED CLASS ACTION COMPLAINT AGAINST MITSUBISHI AND THOMSON** |

MDL 1917

DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SECOND AMENDED CLASS ACTION COMPLAINT

I, Tiffany B. Gelott, hereby declare as follows:

1) I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I am a member of the bar of the District of Columbia and I am admitted to practice before this Court *pro hac vice.*

2) I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3) On June 18, 2008 in *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917 ("MDL No. 1917"), the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order"). On August 6, 2015, Direct Purchaser Plaintiffs ("DPPs") filed an Administrative Motion to Seal in the above captioned matter (Dkt. 3957), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of DPP's Second Amended Class Action Complaint against Mitsubishi and Thomson ("SAC") that contain information from documents that the Philips Defendants have designated "Confidential" or "Highly Confidential."

4) The Philips Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5) The documents and information quoted from, described, or otherwise summarized in subparts of Paragraphs 148 and 150, and subpart (c) of Paragraph 235 from the SAC rely on materials that quoted from, described, or otherwise summarized documents designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because the documents contain confidential, nonpublic, and highly sensitive business information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies (including customers and vendors) that remain important to the Philips Defendants' competitive positions. Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' competitors and customers,

1 and would put the Philips Defendants at a competitive disadvantage.

2     I declare under penalty of perjury under the laws of the United States of America that the
3 foregoing is true and correct.

4     Executed on August 11, 2015 in Washington, D.C.

        /s/ Tiffany B. Gelott_____
        Tiffany B. Gelot

3    MDL 1917
DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SECOND AMENDED CLASS ACTION COMPLAINT