(Stipulating Parties Listed on Signature Pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 13-5262<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>Plaintiffs.<br><br>v.<br><br>MITSUBISHI ELECTRIC CORPORATION, *et al*.,<br><br>Defendants. | **STIPULATION OF DISMISSAL AS TO MITSUBISHI ELECTRIC DEFENDANTS** |

    Plaintiffs Sears, Roebuck and Co. and Kmart Corp., and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc., (collectively "Mitsubishi Electric"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Mitsubishi Electric with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorney's fees.  This stipulation is not a dismissal of any person or entity other than Mitsubishi Electric.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

IT IS SO STIPULATED.

Dated:  August 12, 2015               Respectfully submitted,


By: /s/ Samuel J. Randall
    Richard Alan Arnold, Esquire
    William J. Blechman, Esquire
    Kevin J. Murray, Esquire
    Samuel J. Randall, Esquire
    KENNY NACHWALTER, P.A.
    201 S. Biscayne Boulevard
    Suite 1100
    Miami, Florida  33131
    Tel:   (305) 373-1000
    Fax:   (305) 372-1861
    E-mail:   rarnold@knpa.com
              wblechman@knpa.com
              kmurray@knpa.com
              srandall@knpa.com

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

Dated:  August 12, 2015               By: */s/ Michael Brody*
    Terrance Truax
    Michael Brody
    Jenner & Block
    353 N. Clark Street
    Chicago, Illinois
    60654-3456
    MBrody@Jenner.com

*Attorneys for the Mitsubishi Electric Defendants*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**CERTIFICATE OF SERVICE**

On August 12, 2015, I caused a copy of the foregoing Stipulation of Dismissal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: */s/ Samuel J. Randall*
Samuel J. Randall (*pro hac vice*)

521350.1