UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 13-5262<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>　　　　　　Plaintiffs.<br><br>　　　　v.<br><br>MITSUBISHI ELECTRIC CORPORATION, *et al.*,<br><br>　　　　　　Defendants | **[PROPOSED] ORDER OF DISMISSAL AS TO MITSUBISHI ELECTRIC DEFENDANTS** |

[PROPOSED] ORDER
Case No. 07-5944-SC, MDL No. 1917

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by plaintiffs Sears, Roebuck and Co., and Kmart Corp., against defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc., (collectively "Mitsubishi Electric"), are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Mitsubishi Electric.

**IT IS SO ORDERED.**

This \_\_\_\_ day of _____, 2015.   _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE