1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
|---|---|
| | MDL No. 1917 |
| This Documents Relates To: ALL ACTIONS | **[PROPOSED] ORDER GRANTING MOTION FOR PERMISSIVE INTERVENTION SOLELY FOR THE LIMITED AND COLLATERAL PURPOSE OF SEEKING TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS THAT THE SAMSUNG SDI DEFENDANTS ASKED TO BE SEALED** |

Nonparty the State of California, *ex rel.* Kamala D. Harris, Attorney General of the State of California ("the State"), representing the public's interest in free and open access to court records, has moved this Court, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure ("FRCP") and this Court's Order Nos. 1512, 3498, 3626, and 3795, for an Order:

1. Granting the State permission to intervene in the underlying action for the very limited and collateral purpose of modifying this Court's previous orders designating 107 court records for sealing at the request of the Samsung SDI Defendants ("SDI");

2. Appointing a Special Master to review the 107 court records to be unsealed; and

The Court, having reviewed the motion and supporting papers, and any other relevant records on file in this action, finds that the State's motion for permissive intervention should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:  Special Master Vaughn R. Walker is hereby appointed to address the Intervenor State Of California's Motion To Unseal And Restore Public Access To 107 Court Records and to review the documents to be unsealed.  The Special Master's fees shall be paid directly by the party seeking to preserve confidentiality.

**IT IS SO ORDERED.**

Dated: _____, 2015

_____
SAMUEL CONTI
United States District Judge