1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR THE STATE OF CALIFORNIA'S MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS** |
| This Documents Relates To:<br><br>ALL ACTIONS | |

Intervenor the State of California, *ex rel.* Kamala D. Harris, Attorney General of the State of California ("the State"), representing the public's interest in free and open access to court records, has moved this Court, pursuant to the federal common law right of access, Rule 26(c) of the Federal Rules of Civil Procedure, and this Court's Order Nos. 1512, 3498, 3626, and 3795, for an Order unsealing and restoring public access to 107 judicial records that the Samsung SDI Defendants previously requested to be sealed.

The Court, having reviewed the motion and supporting papers, and any other relevant records on file in this action, finds that the Intervenor's motion to unseal 107 judicial records should be, and hereby is, GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:  The below records shall be unsealed and accessible by members of the public:

| No. | Document Description |
| --- | --- |
| 1 | ECF No. 3243, 3244:  Deposition Excerpts of Deok-Yun Kim |
| 2 | ECF Nos. 3243, 3244, 3410:  "Full Network of Samsung Intra-Group Shareholdings (1998, 2002 2007)" |
| 3 | ECF Nos. 1527-1533, 1538, 1539, 1730, 1731, 1945, 1946, 2208, 2339, 2340, 2968, 2969, 2980, 2981, 3243-3246, 3254, 3281, 3286, 3287:  Deposition Excerpts of Jae In Lee |
| 4 | ECF Nos. 3243, 3244:  SDCRT-00767736 |
| 5 | ECF Nos. 3281, 3286, 3287:  SDCRT-0012333 |
| 6 | ECF Nos. 3281, 3286, 3287:  SDCRT-0024467E |
| 7 | ECF No. 3264:  SDCRT-0002588-89 |
| 8 | ECF No. 3264:  SDCRT-0007539-53 |
| 9 | ECF No. 3264:  SDCRT-0076853 |
| 10 | ECF No. 3264:  SDCRT-0076954 |
| 11 | ECF No. 3264:  SDCRT-0087178 |
| 12 | ECF No. 3253:  Deposition Excerpts of Kyung Chul Oh |
| 13 | ECF Nos. 1945, 1946, 3274:  Deposition Excerpts of Michael Son |
| 14 | ECF Nos. 1945, 1946, 3243, 3244, 3819, 3820:  Deposition Excerpts of Sang Kyu Park |

| | | |
|---|---|---|
| 15 | ECF Nos. 2980, 2981, 3168, 3243, 3244, 3410:  Deposition Excerpts of Stephan Haggard | |
| 16 | ECF Nos. 1945, 1946, 3280, 3282:  Deposition Excerpts of Dae Eui Lee | |
| 17 | ECF Nos. 3253, 3264, 3281, 3286, 3287:  Deposition Excerpts of Woong Ray Kim | |
| 18 | ECF Nos. 3281, 3286, 3287:  SDCRT-0083117 | |
| 19 | ECF Nos. 3243, 3244:  "Summary of Long Term Supply Contracts (1998-2001)" | |
| 20 | ECF No. 3519:  "SDI-SEC Long Term Supply Contract, 1998 - 2001 Workbook" | |
| 21 | ECF Nos. 1056, 1057:  SDCRT-0083118 | |
| 22 | ECF Nos. 1538-1539:  SDCRT-0021278-94 | |
| 23 | ECF Nos. 1527-1533:  SDCRT-0002805-60 | |
| 24 | ECF Nos. 3281, 3286, 3287:  SDCRT-0002488-89E (Deposition Exhibit 3841E) | |
| 25 | ECF Nos. 3281, 3286, 3287:  SDCRT-0002506-08E (Deposition Exhibit 5209E) | |
| 26 | ECF Nos. 3281, 3286, 3287:  SDCRT-006041-42E (Deposition Exhibit 635E) | |
| 27 | ECF Nos. 3281, 3286, 3287:  SDCRT-0069086E (Deposition Exhibit 2091E) | |
| 28 | ECF Nos. 3274, 3281, 3286, 3287:  SDCRT-0079381-82 and its English translation (Deposition Exhibit 2070E) | |
| 29 | ECF Nos. 3280, 3282:  SDCRT-0086245-46 | |
| 30 | ECF Nos. 2339, 2340, 3271:  SDCRT0006041-42 and its English translation | |
| 31 | ECF Nos. 1835, 2030, 2320, 2378:  SDCRT-0006632-33 and its English translation | |
| 32 | ECF Nos. 1835, 2030, 2279, 2320, 3230, 3231:  SDCRT-0086490-92 and its English translation | |
| 33 | ECF Nos. 1835, 2030, 2289, 2320, 2339, 2340, 2378:  SDCRT-0002526-28 and its English translation | |
| 34 | ECF Nos. 1835, 2289, 2378:  SDCRT-002585-87 and its English translation | |
| 35 | ECF Nos. 3243, 3244, 3271:  SDI's Responses to Dell Plaintiffs' First Set of Interrogatories | |
| 36 | ECF Nos. 3243, 3244:  SDI's Responses to Dell Plaintiffs' First Set of Requests for Admissions | |
| 37 | ECF Nos. 1056, 1057, 1527-1533, 1730, 1731, 1835, 2327, 2328, 2339, 2340, 2378, 2968, 2969, 3243, 3244, 3271, 3281, 3286, 3287:  SDI's Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 | |
| 38 | ECF No. 3271:  SDI's Second Supplemental Responses to Direct Action Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 | |
| 39 | ECF No. 3268:  SDCRT-0201774 | |

2

[PROPOSED] ORDER GRANTING INTERVENOR'S MOTION TO UNSEAL 107 JUDICIAL RECORDS
(Master File No. CV-07-5944-SC)

| | | |
|---|---|---|
| | 40 | ECF Nos. 3281, 3286, 3287: SDCRT-0086722-32 and its English translation (Deposition Exhibit 1899E) |
| | 41 | ECF No. 3283: SDCRT-0005830-42 |
| | 42 | ECF No. 3283: SDCRT-0006868-69 |
| | 43 | ECF Nos. 3281, 3286, 3287: SDCRT-0008147-48E |
| | 44 | ECF No. 3253: SDCRT-0007240_CT |
| | 45 | ECF No. 3253: SDCRT-0007609 (Deposition Exhibit 2084E) |
| | 46 | ECF No. 3253: SDCRT-0007239 and its English translation (Deposition Exhibit 2112E) |
| | 47 | ECF No. 3253: SDCRT-0007237 (Deposition Exhibit 2093E) |
| | 48 | ECF No. 3264: SDCRT-0086512-13 and its English translation |
| | 49 | ECF No. 3274: SDCRT-0105131-34 and its English translation (Deposition Exhibit 2681E) |
| | 50 | ECF No. 3766: SDCRT-0005946-48 and its English translation |
| | 51 | ECF Nos. 2339, 2340: SDCRT-0002582 and its English translation |
| | 52 | ECF Nos. 1730, 1731, , 2968, 2969: SDCRT-0091353-63 |
| | 53 | ECF Nos. 1835, 2289, 2378: SDCRT-0088604-28 |
| | 54 | ECF Nos. 3564: Deposition Excerpts of Thomson's witness Meggan Ehret |
| | 55 | ECF Nos. 3564, 3773: TSA-CRT00077732 |
| | 56 | ECF No. 3243, 3244, 3410, 3519: "Samsung SDI Personnel Profiles Summary (1998 - 2007)" |
| | 57 | ECF Nos. 3243, 3244, 3410: SDI's Responses to Dell Plaintiffs' Second Set of Requests for Admissions |
| | 58 | ECF No. 3249: Expert Report of Edward A. Snyder, dated April 15, 2014, and accompanying exhibits containing SDI's documents |
| | 59 | ECF No. 3254: Expert Declaration of Janet S. Netz, dated October 1, 2012, and accompanying exhibits containing SDI's documents |
| | 60 | ECF No. 3254: Expert Report of James T. McClave, dated April 15, 2014, and accompanying exhibits containing SDI's documents |
| | 61 | ECF No. 3271: Direct Action Plaintiffs' Response to Samsung SDI's Motion Barring Deposition |
| | 62 | ECF No. 3271: SDI's Motion for Barring Deposition Pursuant to Plaintiffs' FRCP 30(b)(6) Notice regarding Plea Issues dated August 15, 2014 |
| | 63 | ECF No. 3271: Special Master's Interim Order dated September 15, 2014 |
| | 64 | ECF Nos. 3249, 3254, 3272, 3274: Rebuttal Expert Report of Janet S. Netz, dated September 26, 2014, and accompanying exhibits containing SDI's documents |
| | 65 | ECF Nos. 3281, 3286, 3287: Exhibit 2, Alioto Declaration |
| | 66 | ECF No. 3176: Deposition Excerpts of Daniel L. Rubinfeld |

| | | |
|---|---|---|
| 1 | 67 | ECF No. 3176:  Expert Report of Daniel L. Rubinfeld, dated August 5, 2014, and accompanying exhibits containing SDI's documents |
| 2 | 68 | ECF No. 3176:  Expert Report of Daniel L. Rubinfield and accompanying exhibits containing SDI's documents |
| 3 | 69 | ECF No. 3408:  Expert Report of Jerry A. Hausman, dated April 15, 2014, and accompanying exhibits containing SDI's documents |
| 4 | 70 | ECF No. 3408:  Sur-Rebuttal Expert Report of Daniel L. Rubinfield, dated November 6, 2014, and accompanying exhibits containing SDI's documents |
| 5 | 71 | ECF Nos. 2968, 2969:  Expert Report of Jeffrey J. Leitzinger, Ph.D., dated November 6, 2014, and accompanying exhibits containing SDI's documents |
| 6 | 72 | ECF Nos. 3236, 3249, 3272, 3408:  Rebuttal Expert Report Kenneth G. Elzinga, dated September 26, 2014, and accompanying exhibits containing SDI's documents |
| 7 | 73 | ECF No. 3272:  Expert Report of Mohan Rao, dated April 15, 2014, and accompanying exhibits containing SDI's documents |
| 8 | 74 | ECF No. 3560:  Supplemental Report of Alan S. Frankel, dated June 30, 2014 |
| 9 | 75 | ECF No. 3575:  Deposition Excerpts of Alan S. Frankel |
| 10 | 76 | ECF No. 3585:  Exhibits B, C, and D to the Hogue Declaration |
| 11 | 77 | ECF No. 3591:  Exhibit A to the Lau Declaration |
| 12 | 78 | ECF No. 3601:  Exhibits 1, 2, and 3 to the Van Horn Declaration |
| 13 | 79 | ECF Nos. 3272, 3560:  Rebuttal Expert Report of Alan S. Frankel, dated September 26, 2014, and accompanying exhibits containing SDI's documents |
| 14 | 80 | ECF No. 3658:  Exhibit 1, Randall Declaration |
| 15 | 81 | ECF No. 3698-3:  Exhibits L and M, Messenger Declaration |
| 16 | 82 | ECF No. 3701-4:  Exhibit 4, Benson Declaration |
| 17 | 83 | ECF No. 3706:  Exhibits E, F, and G to certain Defendants' Opposition to Sharp's Motion In Limine |
| 18 | 84 | ECF No. 3709:  Exhibit 1 to the Van Horn Declaration |
| 19 | 85 | ECF No. 2980, 2981, 3168, 3243, 3244, 3410, 3454:  Expert Report of Stephan Haggard, dated April 15, 2014, and accompanying exhibits containing SDI's documents |
| 20 | 86 | ECF No. 3249, 3254, 3272, 3274, 3281, 3286, 3287:  Expert Report of Janet S. Netz, dated April 15, 2014, and accompanying exhibits containing SDI's documents |
| 21 | 87 | ECF Nos. 3254, 3272, 3408:  Expert Report of Kenneth G. Elzinga, April 15, 2014, and accompanying exhibits containing SDI's documents |
| 22 | 88 | ECF No. 1691:  Dell's First Amended Complaint at 46:18-47:26 and 48:1-9 |
| 23 | 89 | ECF No. 2208:  Direct Purchaser Plaintiffs' Reply concerning Motion for Class Certification and accompanying exhibits containing SDI's documents |
| 24 | 90 | ECF No. 2208:  Direct Purchaser Plaintiffs' Supplemental Responses to Samsung SDI America, Inc.'s First Set of Interrogatories |

| | | |
|---|---|---|
| 91 | ECF No. 2208: Reply Report of Jeffrey J. Leitzinger, Ph.D. and accompanying exhibits containing SDI's documents |
| 92 | ECF No. 2208: Exhibit 5, Rushing Declaration, Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz, and any accompanying exhibits containing SDI's documents |
| 93 | ECF No. 2358: Direct Action Plaintiffs' Opposition to Mitsubishi's Motion to Dismiss Complaints |
| 94 | ECF No. 2377: Direct Action Plaintiffs' Opposition to Thomson's Motion to Dismiss Complaints |
| 95 | ECF No. 3254: Expert Report of Alan S. Frankel, dated April 15, 2014, and accompanying exhibits containing SDI's documents |
| 96 | ECF Nos. 1945, 1946: Expert Report of Robert D. Willig and accompanying exhibits containing SDI's documents |
| 97 | ECF No. 2030: Sharp's First Amended Complaint at paragraphs 196, 198, 239, and 240 |
| 98 | ECF No. 2289: Sharp's Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint at 2:10-22, 5:10-24, 5:27-28, 6:21-24, 10:8-9, and 13:1-9 |
| 99 | ECF No. 2279: Electrograph's First Amended Complaint at paragraphs 152, 153, 156, 159, 160, 238, and 239 |
| 100 | ECF No. 2279: BrandsMart's First Amended Complaint at paragraphs 137, 138, 141, 144, 145, 223, and 224 |
| 101 | ECF No. 2279: Office Depot's First Amended Complaint at paragraphs 138, 140, 143, 146, 147, 226, and 227 |
| 102 | ECF No. 2279: P.C. Richard's First Amended Complaint at paragraphs 142, 144, 147, 150, 151, 229, and 230 |
| 103 | ECF No. 2279: Tweeter's First Amended Complaint at paragraphs 141, 143, 146, 149, 150, 228, and 229 |
| 104 | ECF No. 2320: Costco's First Amended Complaint at paragraphs 145, 146, 149, 152, 229, and 230 |
| 105 | ECF No. 2521: Sharp's Motion for Leave to Amend Sharp's First Amended Complaint, Attachments A and B |
| 106 | ECF No. 2622: Sharp's Second Amended Complaint, paragraphs 194, 196, 237 and 238 |
| 107 | ECF No. 3648-3: SDCRT-0002520-22 |

**IT IS SO ORDERED.**

Dated: _____, 2015

                                                         _____
                                                         SAMUEL CONTI
                                                         United States District Judge