1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Consumer Products, L.L.C., Toshiba America*
11 *Electronic Components, Inc., and Toshiba*
   *America Information Systems, Inc.*
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corp., et al.*,<br>No. 14-cv-2058-SC | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Entities") in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (the "MDL"). I make this declaration in support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d). (MDL Dkt. No. 3957) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court in the MDL issued a Stipulated Protective Order (MDL Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Entities have produced in the MDL certain documents and information designated as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On August 6, 2015, Plaintiffs filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), their Second Amended Direct Purchaser Plaintiffs' Class Action Complaint Against Mitsubishi and Thomson (the "Complaint") (MDL Dkt. No. 3957-3).

6. On August 6, 2015, Plaintiffs filed the Declaration of R. Alexander Saveri in Support of the Motion to Seal (MDL Dkt. No. 3957-1), which states that the redacted portions of the Complaint refer to and discuss materials that the MDL Defendants, including the Toshiba Entities, have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the redacted portions of paragraphs 148, 150, and 153 of the Complaint should be maintained under seal.

8. The redacted portions of the Complaint identified in Paragraph 7 above consist contain confidential, non-public, proprietary and highly sensitive business information. The redacted portions of the Complaint contain confidential, non-public information about the Toshiba Entities' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Entities' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Entities' relationships, would cause harm with respect to the Toshiba Entities' competitors and customers, and would put the Toshiba Entities at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August, 2015, in Washington, D.C.

_____
Dana E. Foster

**CERTIFICATE OF SERVICE**

On August 13, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster