KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO VARANINI
State Bar No. 163952
ESTHER LA
State Bar No. 160706
PAMELA PHAM
State Bar No. 235493
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5607
 Fax:  (415) 703-5480
 E-mail:  Pamela.Pham@doj.ca.gov

*Attorneys for the State of California*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Documents Relates To: | **EXHIBIT A TO DECLARATION OF PAMELA PHAM IN SUPPORT OF THE STATE OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION AND INTERVENOR'S MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS** |
| ALL ACTIONS | |
| | Hearing Date:  September 25, 2015 |
| | Time:              10:00 A.M. |
| | Courtroom:     One, 17th Floor |
| | Judge:            Honorable Samuel Conti |

1

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 2 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records
Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 1 | ECF No. 3243, 3244: Deposition Excerpts of Deok-Yun Kim | 3292, 3453 | **Annual Sales Information:** The Samsung SDI Defendants ("SDI") claim this court record describes "annual sales information for Samsung-affiliated companies." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies. | **Court Order - ECF No. 3498:** "These documents are voluminous, and the Court simply lacks the capacity to conduct a thorough review of all parties' submissions and their claims of sealability. Accordingly, as the Court has done previously, the motions are GRANTED with the proviso that 'the Court will look favorably upon motions to intervene filed by members of the public who wish to access the sealed documents.' ECF No. 1512, at 1." |
| 2 | ECF Nos. 3243, 3244, 3410: "Full Network of Samsung Intra-Group Shareholdings (1998, 2002 2007)" | 3292, 3414, 3453 | **Corporate Governance Information:** SDI claim this court record "identifies commercially-sensitive information regarding SDI's corporate structure and governance, and its ownership interest in other Samsung affiliates." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies. | **Same as Order 3498, above.** |

**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 3 | ECF Nos. 1527-1533, 1538, 1539, 1730, 1731, 1945, 1946, 2208, 2339, 2340, 2968, 2969, 2980, 2981, 3243-3246, 3254, 3281, 3286, 3287:  Deposition Excerpts of Jae In Lee | 1394, 1495, 1680, 1921, 2226, 2357, 2980, 3063, 3292, 3294, 3306, 3453 | **CRTs and non-CRTs Business Data:**  SDI claim these deposition excerpts contain information concerning SDI's CRTs business, including "sales and market analyses"; "business practices, competitive position and supply strategies"; "pricing practices, business practices, competitive position, and supply strategies"; "business practices, sales strategies and sales volume to specific customers, customer relationships, and CRT component cost information"; "production methods, capabilities and strategies"; "pricing strategies and procedures"; "price-setting practices, negotiating tactics, sales processes, and competitive positions"; "business practices, sales strategies and sales trends to specific customers" and "about customers and SDI's relationships with specific customers"; "sales strategies, competitive position, and relationships with and sales volume to specific customers."  SDI also claims that this information "is not limited to CRTs."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Court Order - ECF No. 1512:**  "This review requires the Court and its limited staff to sift through thousands of pages of documents.  The Court observes that many of the documents that have been designated as sealable are of less than recent vintage and relate to business practices centered on an obsolete technology.  Accordingly, the Court will look favorably upon motions to intervene filed by members of the public who wish to access the sealed documents.  If such motions are filed, the Court will not hesitate to appoint a Special Master to review the documents to be unsealed, whose fee shall be paid directly by the party seeking to preserve confidentiality."  ***See also* Order 3498:**  "These documents are voluminous, and the Court simply lacks the capacity to conduct a thorough review of all parties' submissions and their claims of sealability.  Accordingly, as the Court has done previously, the motions are GRANTED with the proviso that 'the Court will look favorably upon motions to intervene filed by members of the public who wish to access the sealed documents.'  ECF No. 1512, at 1." |

**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 4 | ECF Nos. 3243, 3244: SDCRT-00767736 | 3292, 3453 | **CRTs Business Data:** SDI claim that this document is either "a copy of a SDI's 'Samsung Electronics: 2003 Sales Strategy' dated September 12, 2002" or "a SDI PowerPoint Presentation titled 'CDT Business Status' dated September 12, 2002." SDI claims this document contains information regarding its "analyses of display markets; competitive positions; business strategies; prices; sales, sales volume, and sales strategies to specific customers, and SDI's sales forecast." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 5 | ECF Nos. 3281, 3286, 3287: SDCRT-0012333 | 3306 | **CRTs Business Data:** SDI claim that this court record "describe[s] and analyze[s] SDI's customers, distribution chain, sales strategy, retail analysis, and other competitive positions and business practices" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 6 | ECF Nos. 3281, 3286, 3287: SDCRT-0024467E | 3306 | **CRTs Business Data:** SDI claim that this court record "describe[s] and analyze[s] SDI's customers, distribution chain, sales strategy, retail analysis, and other competitive positions and business practices" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 7 | ECF No. 3264:  SDCRT-0002588-89 | 3304 | **CRTs Business Data:**  SDI claim that this document "analyze [*sic*] and describes SDI's competitive positions, major customers, negotiating tactics, business strategies, and other industries that are not the subject of this case."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 8 | ECF No. 3264:  SDCRT-0007539-53 | 3304 | **CRTs Business Data:**  SDI claim that this document "analyze [*sic*] and describes SDI's competitive positions, major customers, negotiating tactics, business strategies, and other industries that are not the subject of this case."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 9 | ECF No. 3264:  SDCRT-0076853 | 3304 | **CRTs Business Data:**  SDI claim that this document "analyze [*sic*] and describes SDI's competitive positions, major customers, negotiating tactics, business strategies, and other industries that are not the subject of this case."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 6 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 10 | ECF No. 3264:  SDCRT-0076954 | 3304 | **CRTs Business Data:**  SDI claim that this document "analyze [*sic*] and describes SDI's competitive positions, major customers, negotiating tactics, business strategies, and other industries that are not the subject of this case."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 11 | ECF No. 3264:  SDCRT-0087178 | 3304 | **CRTs Business Data:**  SDI claim that this document "analyze [*sic*] and describes SDI's competitive positions, major customers, negotiating tactics, business strategies, and other industries that are not the subject of this case."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 12 | ECF No. 3253:  Deposition Excerpts of Kyung Chul Oh | 3296 | **CRTs Business Data:**  SDI claim these deposition excerpts contain information concerning SDI's "production methods, capabilities, strategies, negotiating tactics, business relationships, and competitive positions" in the CRTs business.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 7 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 13 | ECF Nos. 1945, 1946, 3274: Deposition Excerpts of Michael Son | 1921, 3305 | **CRTs Business Data:** SDI claim these deposition excerpts contain information concerning SDI's CRTs "business practices, pricing practices, market analysis and production capabilities" as well as "management structure and customers" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above**. *See also* prior Order 1492, in which the Court adopted the proposed order on file. |
| 14 | ECF Nos. 1945, 1946, 3243, 3244, 3819, 3820: Deposition Excerpts of Sang Kyu Park | 1921, 3292, 3453, 3822 | **CRTs Business Data:** SDI claim these deposition excerpts contain information concerning SDI's CRTs "business practices, sales strategies and sales trends to specific customers"; information about "the structure and practices of SDI's sales teams"; as well as information concerning "SDI's sales and pricing strategies" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** *See also* prior Order 1942 and subsequent Order 3849, in which the Court adopted the proposed order on file. |

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 15 | ECF Nos. 2980, 2981, 3168, 3243, 3244, 3410: Deposition Excerpts of Stephan Haggard | 2980, 3168, 3292, 3414, 3453, 3519 | **CRTs Business Data:** SDI claim these deposition excerpts describe information concerning SDI's CRTs "business practices, strategies, corporate structure, corporate governance and customer relationships."  In addition, SDI claims these excerpts also contain information "personnel decisions" with respect to CRTs.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Court Order - ECF No. 3498:** "These documents are voluminous, and the Court simply lacks the capacity to conduct a thorough review of all parties' submissions and their claims of sealability.  Accordingly, as the Court has done previously, the motions are GRANTED with the proviso that 'the Court will look favorably upon motions to intervene filed by members of the public who wish to access the sealed documents.'  ECF No. 1512, at 1."  *See also* **Order - ECF No. 3626**: "As the Court has ordered previously, the motions are GRANTED with the proviso that 'the Court will look favorably upon motions to intervene filed by members of the public who wish to access these sealed documents.' ECF No. 1512, at 1." |
| 16 | ECF Nos. 1945, 1946, 3280, 3282:  Deposition Excerpts of Dae Eui Lee | 1921, 3302 | **CRTs Business Data:**  SDI claim these deposition excerpts contain information concerning SDI's "business practices, customer relationship and manufacturing practices" with respect to CRTs.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above**.  *See also* prior Order 1492, in which the Court adopted the proposed order on file. |

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 17 | ECF Nos. 3253, 3264, 3281, 3286, 3287: Deposition Excerpts of Woong Ray Kim | 3304, 3306, 3296 | **CRTs Business Data:** SDI claim these deposition excerpts contain information concerning SDI's "customer relationships, management structure and distribution channels" with respect to CRTs. In addition, SDI claims that these excerpts also contain information concerning its CRTs "production methods, capabilities, customer relations, and strategies." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 18 | ECF Nos. 3281, 3286, 3287: SDCRT-0083117 | 3306 | **CRTs Business Data:** SDI claim this court record contains "an analysis of SDI's data, divisions, and customers over time" with respect to CRTs. In addition, SDI claims this document also contains information concerning SDI's CRTs "sales processes, business practices, and competitive positions." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 19 | ECF Nos. 3243, 3244: "Summary of Long Term Supply Contracts (1998-2001)" | 3292, 3453 | **CRTs Business Data:** SDI claim this court record contains "commercially-sensitive information about SDI's contracts with specific customers, including sales volumes and percentages" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 10 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 20 | ECF No. 3519: "SDI-SEC Long Term Supply Contract, 1998 - 2001 Workbook" | 3519 | **CRTs Business Data:** SDI claim this court record contains "commercially-sensitive information about SDI's contracts with specific customers, including sales volumes and percentages" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3626, above.** |
| 21 | ECF Nos. 1056, 1057: SDCRT-0083118 | 1076 | **CRTs Business Data:** SDI claim this court record contains "transactional data" concerning its CRTs business. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 1123. |
| 22 | ECF Nos. 1538-1539: SDCRT-0021278-94 | 1495 | **CRTs Business Data:** SDI claim this court record contains information concerning its "business practices, analysis of markets for display products, and manufacturing process for CRTs." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 1512, above.** |
| 23 | ECF Nos. 1527-1533: SDCRT-0002805-60 | 1394 | **CRTs Business Data:** SDI claim this court record contains information concerning its CRTs "sales, capital investments, cost structures and profitability." It further asserts that certain SDI subsidiaries "continue to make and sell CRTs." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 1512, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 11 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 24 | ECF Nos. 3281, 3286, 3287: SDCRT-0002488-89E (Deposition Exhibit 3841E) | 3306 | **CRTs Business Data:** SDI claim this court record contains information concerning SDI's "competitive intelligence, business plans, pricing strategy, production capabilities, and opinions about and negotiations with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 25 | ECF Nos. 3281, 3286, 3287: SDCRT-0002506-08E (Deposition Exhibit 5209E) | 3306 | **CRTs Business Data:** SDI claim this court record contains information concerning SDI's "competitive intelligence, business plans, pricing strategy, production capabilities, and opinions about and negotiations with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 26 | ECF Nos. 3281, 3286, 3287: SDCRT-006041-42E (Deposition Exhibit 635E) | 3306 | **CRTs Business Data:** SDI claim this court record contains information concerning SDI's "competitive intelligence, business plans, pricing strategy, production capabilities, and opinions about and negotiations with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 12 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 27 | ECF Nos. 3281, 3286, 3287: SDCRT-0069086E (Deposition Exhibit 2091E) | 3306 | **CRTs Business Data:** SDI claim this court record contains information concerning SDI's "competitive intelligence, business plans, pricing strategy, production capabilities, and opinions about and negotiations with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 28 | ECF Nos. 3274, 3281, 3286, 3287: SDCRT-0079381-82 and its English translation (Deposition Exhibit 2070E) | 3305, 3306 | **CRTs Business Data:** SDI claim this court record contains information concerning SDI's "competitive intelligence, business plans, pricing strategy, production capabilities, and opinions about and negotiations with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." SDI also claims that this document contains information concerning "customers, component suppliers, competitive positions, and market prospects" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 13 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 29 | ECF Nos. 3280, 3282: SDCRT-0086245-46 | 3302 | **CRTs Business Data:** SDI claim this court record contains internal notes "describing SDI's display markets, competitive positions, customers, and market prospects" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 30 | ECF Nos. 2339, 2340, 3271: SDCRT0006041-42 and its English translation | 2357, 3297 | **CRTs Business Data:** SDI claim this court record contains internal reports about "SDI's market analyses, sales strategy, business and supply plans, and relationships with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." In addition, SDI claims that this document also describes SDI's "competitive positions, customers, negotiation tactics, and business strategies" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** *See also* prior Order 2383, in which the Court adopted the proposed order on file. |
| 31 | ECF Nos. 1835, 2030, 2320, 2378: SDCRT-0006632-33 and its English translation | 1847, 2036, 2287, 2337, 2394, 2413, 3303 | **CRTs Business Data:** SDI claim this court record contains internal reports about "SDI's market analyses, sales strategy, business and supply plans, and relationships with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** *See also* prior Orders 1852, 2211, 2310, 2342, 2425, and 2427, in which the Court adopted the proposed orders on file. |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 14 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 32 | ECF Nos. 1835, 2030, 2279, 2320, 3230, 3231: SDCRT-0086490-92 and its English translation | 1847, 2036, 2287, 2337, 3291 | **CRTs Business Data:** SDI claim this court record contains internal reports about "SDI's market analyses, sales strategy, business and supply plans, and relationships with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** *See also* prior Orders 1852, 2211, 2310, and 2342, in which the Court adopted the proposed orders on file. |
| 33 | ECF Nos. 1835, 2030, 2289, 2320, 2339, 2340, 2378: SDCRT-0002526-28 and its English translation | 1847, 2036, 2287, 2296, 2337, 2357, 2394, 2413 | **CRTs Business Data:** SDI claim this court record contains internal reports about "SDI's market analyses, sales strategy, business and supply plans, and relationships with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing orders on file. *See* ECF Nos. 1852, 2211, 2309, 2310, 2342, 2383, 2425, and 2427. |
| 34 | ECF Nos. 1835, 2289, 2378: SDCRT-002585-87 and its English translation | 1847, 2296, 2394, 2413 | **CRTs Business Data:** SDI claim this court record contains internal reports about "SDI's market analyses, sales strategy, business and supply plans, and relationships with companies" in the CRTs business and that those companies "remain important to SDI's competitive position." They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing orders on file. *See* ECF Nos. 1852, 2309, 2425, and 2427. |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 15 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 35 | ECF Nos. 3243, 3244, 3271: SDI's Responses to Dell Plaintiffs' First Set of Interrogatories | 3292, 3297, 3453 | **CRTs Business Data:** SDI claim this court record describes information concerning SDI's CRTs "sales processes, business practices, negotiating tactics and competitive positions, including its relationships with companies" in the CRTs business and  that those companies "remain important to SDI's competitive position."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 36 | ECF Nos. 3243, 3244:  SDI's Responses to Dell Plaintiffs' First Set of Requests for Admissions | 3292, 3453 | **CRTs Business Data:** SDI claim this court record describes information concerning SDI's CRTs "sales processes, business practices, negotiating tactics and competitive positions, including its relationships with companies" in the CRTs business and  that those companies "remain important to SDI's competitive position."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 16 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 37 | ECF Nos. 1056, 1057, 1527-1533, 1730, 1731, 1835, 2327, 2328, 2339, 2340, 2378, 2968, 2969, 3243, 3244, 3271, 3281, 3286, 3287:  SDI's Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 | 1076, 1394, 1680, 1847, 2345, 2357, 2394, 2813, 2413, 3063, 3292, 3297, 3306, 3453 | **CRTs Business Data:**  SDI claim this document contains "business information about the Samsung SDI Defendants' sales processes, business practices, negotiating tactics and competitive positions, including as to relationships with companies" in the CRTs business and that those companies "remain important to the Samsung SDI Defendants' competitive position...."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 1512, above**.  *See also*  prior and subsequent Orders 1123, 1698, 1852, 2361, 2383, 2425, 2427, and 2832, in which the Court adopted the proposed orders on file. |
| 38 | ECF No. 3271:  SDI's Second Supplemental Responses to Direct Action Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 | 3297 | **CRTs Business Data:**  SDI claim this document contains "business information about the Samsung SDI Defendants' sales processes, business practices, negotiating tactics and competitive positions, including as to relationships with companies" in the CRTs business and that those companies "remain important to the Samsung SDI Defendants' competitive position...."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 39 | ECF No. 3268:  SDCRT-0201774 | 3300 | **CRTs Business Data:**  SDI claim this is "[a] twenty-eight page internal presentation which describes SDI's competitive positions, customers, and business strategies" regarding CRTs.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 40 | ECF Nos. 3281, 3286, 3287:  SDCRT-0086722-32 and its English translation (Deposition Exhibit 1899E) | 3306 | **CRTs Business Data:**  SDI claim this is an "internal market analysis, component demand data, and an analysis of glass supply" in the CRTs business.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 41 | ECF No. 3283:  SDCRT-0005830-42 | 3301 | **CRTs Business Data:**  SDI claim this is an internal report "analyzing and describing SDI's display markets, competitive positions, customers, and sales forecasts" regarding CRTs.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 42 | ECF No. 3283:  SDCRT-0006868-69 | 3301 | **CRTs Business Data:**  SDI claim this is an internal report "analyzing SDI's competitive positions, customers, display markets, and business strategies" regarding CRTs.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 43 | ECF Nos. 3281, 3286, 3287: SDCRT-0008147-48E | 3306 | **CRTs Business Data:** SDI claim this is an internal report "describing and analyzing SDI's customers, distribution chains, negotiating practices, and other competitive positions" regarding CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 44 | ECF No. 3253: SDCRT-0007240_CT | 3296 | **CRTs Business Data:** SDI claim this is an internal report "which analyzes and describes SDI's competitive positions, business strategies and customers" with respect to its CRTs business. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 45 | ECF No. 3253: SDCRT-0007609 (Deposition Exhibit 2084E) | 3296 | **CRTs Business Data:** SDI claim this is an internal report "which analyzes and describes SDI's competitive positions, business strategies, negotiating tactics, and pricing decisions" regarding CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|-----|---------------------|-------------------------|-------------------------------------------------------------------------------|---------------|
| 46 | ECF No. 3253:  SDCRT-0007239 and its English translation (Deposition Exhibit 2112E) | 3296, 3303 | **CRTs Business Data:**  SDI claim this is an internal report "which analyzes pricing and describes SDI's competitive positions and business strategies" regarding CRTs.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 47 | ECF No. 3253:  SDCRT-0007237 (Deposition Exhibit 2093E) | 3296 | **CRTs Business Data:**  SDI claim this is an internal report "which describes SDI's competitive positions and business strategies" regarding CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 48 | ECF No. 3264:  SDCRT-0086512-13 and its English translation | 3304 | **CRTs Business Data:**  SDI claim this is an internal report "which describes SDI's competitive positions and business strategies" regarding CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 49 | ECF No. 3274:  SDCRT-0105131-34 and its English translation (Deposition Exhibit 2681E) | 3305 | **CRTs Business Data:**  SDI claim this is an internal report that describes and analyzes SDI's "display markets, competitive positions, customers, suppliers, and market prospects" with respect to CRTs.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 20 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 50 | ECF No. 3766:  SDCRT-0005946-48 and its English translation | 3766 | **CRTs Business Data:**  SDI claim this is an internal SDI email "reporting in detail on the status of sensitive sales negotiations with customers, and reveals confidential information relating to pricing, capacity, material costs, and manufacturing methods" with respect to CRTs.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Court Order - ECF No. 3795:** "As the Court has ordered previously, the motions are GRANTED with the proviso that 'the Court will look favorably upon motions to intervene filed by members of the public who wish to access these sealed documents.' ECF No. 1512, at 1." |
| 51 | ECF Nos. 2339, 2340:  SDCRT-0002582 and its English translation | 2357 | **CRTs Business Data:**  SDI claim that these documents "appear to be internal SDI reports" about SDI's "market analyses, strategies, business and supply plans, and/or relationships with companies" in the CRTs business that those companies "remain important to SDI's competitive position."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file.  *See*  ECF No. 2383. |
| 52 | ECF Nos. 1730, 1731, , 2968, 2969:  SDCRT-0091353-63 | 1680, 3063 | **CRTs Business Data:**  SDI claim document "which analyzes display markets and describes SDI's competitive positions and business strategies" with respect to CRTs.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.**  *See also*  prior Order 1698, in which the Court adopted the proposed order on file. |

Intervenor The State of California's Motion to Restore Public Access to 107 Court Records

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|-----|---------------------|-------------------------|--------------------------------------------------------------------------------|---------------|
| 53 | ECF Nos. 1835, 2289, 2378: SDCRT-0088604-28 | 1847, 2296, 2394, 2413 | **CRTs Business Data:** SDI claim this is an internal report "about SDI's market analyses, sales strategy, business and supply plans, and relationships with companies that remain important to SDI's competitive position" with respect to CRTs. They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing orders on file. See ECF Nos. 1852, 2309, 2425, and 2427. |
| 54 | ECF Nos. 3564: Deposition Excerpts of Thomson's witness Meggan Ehret | 3564 | **Information Produced by the Thomson Defendants:** SDI claim that this deposition transcript was designated confidential or highly confidential. (But it should be noted that this witness was produced by another defendant in this litigation, and not by the SDI defendants.) SDI also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3626, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 22 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records
Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 55 | ECF Nos. 3564, 3773:  TSA-CRT00077732 | 3564, 3773 | **Information Produced by the Thomson Defendants:**  SDI claim that this court record "contains, cites, identifies and/or compiles confidential, non-public and sensitive business information, including confidential information concerning SDI's prices" as well as "sensitive, private information relating to personal matters of certain individuals at SDI.  (But it should be noted that this document was produced by another defendant in this litigation, and not by SDI.)  SDI also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Orders 3626 and 3795, above.** |
| 56 | ECF No. 3243, 3244, 3410, 3519:  "Samsung SDI Personnel Profiles Summary (1998 - 2007)" | 3292, 3414, 3453, 3519 | **Personnel Information:**  SDI claim this court record contains "sensitive, private information regarding detailed employment histories of SDI's employees."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 57 | ECF Nos. 3243, 3244, 3410:  SDI's Responses to Dell Plaintiffs' Second Set of Requests for Admissions | 3292, 3414, 3453 | **Personnel, Management, and Credit Information:**  SDI claim this document contains information about SDI's "management structure, employment histories of certain individuals at SDI, as well as information relating to SDI's credit guarantees."  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 23 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 58 | ECF No. 3249:  Expert Report of Edward A. Snyder, dated April 15, 2014, and accompanying exhibits containing SDI's documents | 3293 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 59 | ECF No. 3254:  Expert Declaration of Janet S. Netz, dated October 1, 2012, and accompanying exhibits containing SDI's documents | 3294 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 60 | ECF No. 3254: Expert Report of  James T. McClave, dated April 15, 2014, and accompanying exhibits containing SDI's documents | 3294 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 24 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 61 | ECF No. 3271:  Direct Action Plaintiffs' Response to Samsung SDI's Motion Barring Deposition | 3297 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 62 | ECF No. 3271:  SDI's Motion for Barring Deposition Pursuant to Plaintiffs' FRCP 30(b)(6) Notice regarding Plea Issues dated August 15, 2014 | 3297 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 63 | ECF No. 3271:  Special Master's Interim Order dated September 15, 2014 | 3297 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 25 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|-----|---------------------|-------------------------|-------------------------------------------------------------------------------|---------------|
| 64 | ECF Nos. 3249, 3254, 3272, 3274:  Rebuttal Expert Report of Janet S. Netz, dated September 26, 2014, and accompanying exhibits containing SDI's documents | 3293, 3294, 3298, 3305 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 65 | ECF Nos. 3281, 3286, 3287:  Exhibit 2, Alioto Declaration | 3306 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 66 | ECF No. 3176:  Deposition Excerpts of Daniel L. Rubinfeld | 3186 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 26 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 67 | ECF No. 3176:  Expert Report of Daniel L. Rubinfeld, dated August 5, 2014, and accompanying exhibits containing SDI's documents | 3186 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 68 | ECF No. 3176:  Expert Report of Daniel L. Rubinfield and accompanying exhibits containing SDI's documents | 3186 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 69 | ECF No. 3408:  Expert Report of Jerry A. Hausman, dated April 15, 2014, and accompanying exhibits containing SDI's documents | 3408 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 27 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 70 | ECF No. 3408:  Sur-Rebuttal Expert Report of Daniel L. Rubinfield, dated November 6, 2014, and accompanying exhibits containing SDI's documents | 3408 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 71 | ECF Nos. 2968, 2969: Expert Report of Jeffrey J. Leitzinger, Ph.D., dated November 6, 2014, and accompanying exhibits containing SDI's documents | 3063 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |
| 72 | ECF Nos. 3236, 3249, 3272, 3408:  Rebuttal Expert Report Kenneth G. Elzinga, dated September 26, 2014, and accompanying exhibits containing SDI's documents | 3293, 3298, 3303, 3408, 3413 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 28 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 73 | ECF No. 3272:  Expert Report of Mohan Rao, dated April 15, 2014, and accompanying exhibits containing SDI's documents | 3298 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3626, above.** |
| 74 | ECF No. 3560:  Supplemental Report of Alan S. Frankel, dated June 30, 2014 | 3560, 3575 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3626, above.** |
| 75 | ECF No. 3575:  Deposition Excerpts of Alan S. Frankel | 3575 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3626, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 29 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 76 | ECF No. 3585:  Exhibits B, C, and D to the Hogue Declaration | 3610 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3626, above.** |
| 77 | ECF No. 3591:  Exhibit A to the Lau Declaration | 3610 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3626, above.** |
| 78 | ECF No. 3601:  Exhibits 1, 2, and 3 to the Van Horn Declaration | 3610 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3626, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 30 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 79 | ECF Nos. 3272, 3560: Rebuttal Expert Report of Alan S. Frankel, dated September 26, 2014, and accompanying exhibits containing SDI's documents | 3298, 3560 | **Subject to Stipulated Protective Order:** SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order. (But it should be noted that SDI did not identify those source documents.) They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3626, above.** |
| 80 | ECF No. 3658: Exhibit 1, Randall Declaration | 3714 | **Subject to Stipulated Protective Order:** SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order. (But it should be noted that SDI did not identify those source documents.) They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3795, above.** |
| 81 | ECF No. 3698-3: Exhibits L and M, Messenger Declaration | 3714 | **Subject to Stipulated Protective Order:** SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order. (But it should be noted that SDI did not identify those source documents.) They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3795, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 31 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 82 | ECF No. 3701-4:  Exhibit 4, Benson Declaration | 3714 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3795, above.** |
| 83 | ECF No. 3706:  Exhibits E, F, and G to certain Defendants' Opposition to Sharp's Motion In Limine | 3714 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3795, above.** |
| 84 | ECF No. 3709:  Exhibit 1 to the Van Horn Declaration | 3714 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3795, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 32 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 85 | ECF No. 2980, 2981, 3168, 3243, 3244, 3410, 3454: Expert Report of Stephan Haggard, dated April 15, 2014, and accompanying exhibits containing SDI's documents | 2980, 3168, 3292, 3414, 3453, 3519, 3569 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Orders 3498 and 3626, above.** |
| 86 | ECF No. 3249, 3254, 3272, 3274, 3281, 3286, 3287: Expert Report of Janet S. Netz, dated April 15, 2014, and accompanying exhibits containing SDI's documents | 3293, 3294, 3298, 3305, 3306 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Orders 3498 and 3626, above.** |
| 87 | ECF Nos. 3254, 3272, 3408: Expert Report of Kenneth G. Elzinga, April 15, 2014, and accompanying exhibits containing SDI's documents | 3294, 3295, 3298, 3408 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Orders 3498 and 3626, above.** |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 33 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 88 | ECF No. 1691:  Dell's First Amended Complaint at 46:18-47:26 and 48:1-9 | 1715 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 1719. |
| 89 | ECF No. 2208:  Direct Purchaser Plaintiffs' Reply concerning Motion for Class Certification and accompanying exhibits containing SDI's documents | 2226 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2257. |
| 90 | ECF No. 2208:  Direct Purchaser Plaintiffs' Supplemental Responses to Samsung SDI America, Inc.'s First Set of Interrogatories | 2226 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2257. |

**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 91 | ECF No. 2208:  Reply Report of Jeffrey J. Leitzinger, Ph.D.  and accompanying exhibits containing SDI's documents | 2226 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2257. |
| 92 | ECF No. 2208: Exhibit 5, Rushing Declaration, Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz, and any accompanying exhibits containing SDI's documents | 2226 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2257. |
| 93 | ECF No. 2358:  Direct Action Plaintiffs' Opposition to Mitsubishi's Motion to Dismiss Complaints | 2364 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  (But it should be noted that SDI did not identify those source documents.)  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2385. |

Case 4:07-cv-05944-JST Document 3975 Filed 08/13/15 Page 35 of 41
Intervenor The State of California's Motion to Restore Public Access to 107 Court Records

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 94 | ECF No. 2377: Direct Action Plaintiffs' Opposition to Thomson's Motion to Dismiss Complaints | 2393 | **Subject to Stipulated Protective Order:** SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order. (But it should be noted that SDI did not identify those source documents.) They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2424. |
| 95 | ECF No. 3254: Expert Report of Alan S. Frankel, dated April 15, 2014, and accompanying exhibits containing SDI's documents | 3294, 3575 | **Subject to Stipulated Protective Order:** SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order. (But it should be noted that SDI did not identify those source documents.) They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Orders 3498 and 3626, above.** |
| 96 | ECF Nos. 1945, 1946: Expert Report of Robert D. Willig and accompanying exhibits containing SDI's documents | 1921 | **Subject to Stipulated Protective Order:** SDI claim that this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order. (But it should be noted that SDI did not identify those source documents.) They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3498, above.** *See also* prior Order 1492, in which the Court adopted the proposed order on file. |

**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 97 | ECF No. 2030:  Sharp's First Amended Complaint at paragraphs 196, 198, 239, and 240 | 2036 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from three documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  Those documents are SDCRT-0002526-28 and its English translation, SDCRT-0086490-92, as well as SDCRT-0006632-33 and its English translation.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2211. |
| 98 | ECF No. 2289:  Sharp's Opposition to Thomson S.A.'s Motion to Dismiss Sharp's First Amended Complaint at 2:10-22, 5:10-24, 5:27-28, 6:21-24, 10:8-9, and 13:1-9 | 2296 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from three documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  Those documents are SDCRT-0002526-28 and its English translation, SDCRT-0086490-92, as well as SDCRT-0006632-33 and its English translation.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2309. |

**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|-----|---------------------|-------------------------|-------------------------------------------------------------------------------|---------------|
| 99 | ECF No. 2279: Electrograph's First Amended Complaint at paragraphs 152, 153, 156, 159, 160, 238, and 239 | 2287 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from three documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  Those documents are SDCRT-0002526-28 and its English translation, SDCRT-0086490-92, as well as SDCRT-0006632-33 and its English translation.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2310. |
| 100 | ECF No. 2279: BrandsMart's First Amended Complaint at paragraphs 137, 138, 141, 144, 145, 223, and 224 | 2287 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from three documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  Those documents are SDCRT-0002526-28 and its English translation, SDCRT-0086490-92, as well as SDCRT-0006632-33 and its English translation.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2310. |

Case 4:07-cv-05944-JST   Document 3975   Filed 08/13/15   Page 38 of 41
**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

Exhibit A to Declaration of Pamela Pham

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 101 | ECF No. 2279:  Office Depot's First Amended Complaint at paragraphs 138, 140, 143, 146, 147, 226, and 227 | 2287 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from three documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  Those documents are SDCRT-0002526-28 and its English translation, SDCRT-0086490-92, as well as SDCRT-0006632-33 and its English translation.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2310. |
| 102 | ECF No. 2279:  P.C. Richard's First Amended Complaint at paragraphs 142, 144, 147, 150, 151, 229, and 230 | 2287 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from three documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  Those documents are SDCRT-0002526-28 and its English translation, SDCRT-0086490-92, as well as SDCRT-0006632-33 and its English translation.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2310. |

**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 103 | ECF No. 2279:  Tweeter's First Amended Complaint at paragraphs 141, 143, 146, 149, 150, 228, and 229 | 2287 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from three documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  Those documents are SDCRT-0002526-28 and its English translation, SDCRT-0086490-92, as well as SDCRT-0006632-33 and its English translation.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file.  *See* ECF No. 2310. |
| 104 | ECF No. 2320:  Costco's First Amended Complaint at paragraphs 145, 146, 149, 152, 229, and 230 | 2337 | **Subject to Stipulated Protective Order:**  SDI claim that this court record describes information from three documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  Those documents are SDCRT-0002526-28 and its English translation, SDCRT-0086490-92, as well as SDCRT-0006632-33 and its English translation.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file.  *See* ECF No. 2342. |

**Intervenor The State of California's Motion to Restore Public Access to 107 Court Records**

**Exhibit A to Declaration of Pamela Pham**

| No. | SDI's Sealed Record | SDI's Request - ECF No. | SDI's Decription of Purported Sealable Information and Claims of Potential Harm | Sealing Order |
|---|---|---|---|---|
| 105 | ECF No. 2521:  Sharp's Motion for Leave to Amend Sharp's First Amended Complaint, Attachments A and B | 2526 | **Subject to Stipulated Protective Order:**  SDI claim that "upon information and belief," this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  SDI did not identify those source documents, however.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2257. |
| 106 | ECF No. 2622:  Sharp's Second Amended Complaint, paragraphs 194, 196, 237 and 238 | 2624 | **Subject to Stipulated Protective Order:**  SDI claim that "upon information and belief," this court record describes information from documents that SDI produced in this litigation and designated as confidential or highly confidential pursuant to a Stipulated Protective Order.  SDI did not identify those source documents, however.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | The Court adopted the proposed sealing order on file. *See* ECF No. 2626. |
| 107 | ECF No. 3648-3:  SDCRT-0002520-22 | 3714 | **Subject to Stipulated Protective Order:**  SDI claims that this is a document "designated 'highly confidential' by SDI" pursuant to the Stipulated Protective Order.  They also claim based on information and belief, that public disclosure would cause irreparable harm to the SDI companies and customers. | **Same as Order 3795, above.** |

**CERTIFICATE OF SERVICE**

1

2     On August 13, 2015, I caused a copy of

3

4     EXHIBIT A TO DECLARATION OF PAMELA PHAM IN SUPPORT OF THE STATE
      OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION AND
5     INTERVENOR'S MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT
      RECORDS
6

7     to be electronically filed via the Court's Electronic Case Filing System on August 13,
      2015.

8

9     _Carmen Choy_
                                        _____
10                                       Carmen Choy

11

12

13

14

15

16

17    SF2011203501
      Certificate of Service.docx
18

19

20

21

22

23

24

25

26

27

28

                                          1