UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*<br><br>*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*<br><br>*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*<br><br>*Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*<br><br>*Target Corp. v. Technicolor SA, et al., No. 13-cv-05686;*<br><br>*Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157;*<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173;* | **[PROPOSED] ORDER GRANTING THOMSON DEFENDANTS' EMERGENCY MOTION TO STAY RE SPECIAL MASTER'S RECOMMENDED ORDER RE RULE 30(b)(6) DEPOSITION** |

*ViewSonic Corporation v. Chunghwa Corp., et al.*, No. 14-cv-02510.

Upon consideration of the Thomson Defendants' Emergency Motion to Stay Special Master's Recommended Order re Rule 30(b)(6) Deposition, the Court hereby GRANTS the motion and ORDERS that the Special Master's July 22 Recommended Order and all subsequent related orders are stayed pending final resolution of plaintiffs' motion to compel.

**IT IS SO ORDERED.**

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　Hon. Samuel Conti
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge