1  Michael P. Kenny, Esq. (admitted *pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted *pro hac vice*)
   debra.bernstein@alston.com
3  Matthew D. Kent, Esq. (admitted *pro hac vice*)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
5  1201 West Peachtree Street
   Atlanta, Georgia 30309-3424
6  Tel: (404) 881-7000
7  Facsimile: (404) 881-7777

8  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
10 San Francisco, California 94105-1576
   Tel: (415) 371-8500
11 Facsimile: (415) 371-0500

12 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates to: | MDL No. 1917 |
| *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171; | **DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DAPS' OBJECTION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION RE DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS** |
| *Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513; | |
| *Best Buy Co. v. Technicolor SA*, No. 13-cv-05264; | |
| *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa* | |

1 | *Picture Tubes, Ltd.*, No. 11-cv-05514-SC;

2 | *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;

3 | *Siegel v. Technicolor SA*, No. 13-cv-05261;

4 | *ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510;

5 |

6 | *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656-SC;

7 | *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05724-SC;

8 |

9 | *CompuCom Sys., Inc. v. Hitachi, Ltd., et al.*, No. 3:11-cv-06396-SC;

10 | *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC;

11 |

12 | *Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC;

13 | *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276-SC;

14 |

15 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC;

16 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 3:12-cv-02648-SC;

17 |

18 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05725-SC;

19 | *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649-SC;

20 |

21 | *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 3:13-cv-05668-SC;

22 |

23 | *Tech Data Corporation; Tech Data Product Management, Inc. v. AU Optronics Corp., et al.*, No. 13-cv-00157

24 |

25 |

26 |           I, **DEBRA D. BERNSTEIN**, declare as follows:

27 |

28 |

2

DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DAPS' OBJECTION TO THE SPECIAL MASTER'S
R&R RE DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS
MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC

1. I am a partner with the law firm of Alston & Bird LLP, counsel for Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I submit this declaration in support of DAPs' Objection to the Special Master's Report and Recommendation Re Defendants' Motion to Compel DAPs' Settlement Agreements. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. I am a member in good standing of the State Bar of Georgia and am admitted to practice before the U.S. District Court for the Northern District of Georgia. I have also been admitted to this Court *pro hac vice* as counsel for Dell pursuant to the Court's Pretrial Order No. 1 in the MDL Proceeding.

3. Attached as Exhibit A is a September 8, 2014, email from Matthew Kent, my law partner and also counsel of record for Dell in this action, to Special Master Judge Vaughn Walker (via Jay Weil) advising the Special Master that the Dell Plaintiffs had reached an agreement in principle with the Toshiba Defendants to settle the case between them.

4. Attached hereto as Exhibit B is a true and correct copy of a press release titled "The US$2.7 Billion Difference: Toshiba and White & Case Collaborate on Novel Strategy That Pays Off," dated 2012, and obtained from the following URL:

   http://annualreview2012.whitecase.com/toshiba.htm;

5. Attached hereto as Exhibit C is a true and correct copy of Defendants' Motion to Compel DAPs' Settlement Agreements;

6. Attached hereto as Exhibit D is a true and correct copy of DAPs' Opposition to Defendants' Motion to Compel DAPs' Settlement Agreements;

7. Attached hereto as Exhibit E is a true and correct copy of Defendants' Reply Brief in Support of Their Motion to Compel DAPs' Settlement Agreements;

8. Attached hereto as Exhibit F is a true and correct copy of the Special Master's Report and Recommendation Re Defendants' Motion to Compel DAPs' Settlement Agreements.

9. If Defendants had moved to compel settlement agreements from Dell before the discovery deadline passed, their motion would not have been moot.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2015, in Atlanta, Georgia.

By: /s/ *Debra D. Bernstein*
Debra D. Bernstein
debra.bernstein@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P.*

4
DECLARATION OF DEBRA D. BERNSTEIN IN SUPPORT OF DAPS' OBJECTION TO THE SPECIAL MASTER'S R&R RE DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS
MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC