# Exhibit A

# Kent, Matthew

| | |
|---|---|
| **From:** | Kent, Matthew |
| **Sent:** | Monday, September 08, 2014 3:14 PM |
| **To:** | Jay Weil |
| **Cc:** | wagstaffe@kerrwagstaffe.com; Bernstein, Debra; Rottner, Jason; Kenny, Mike; defoster@whitecase.com; alau@whitecase.com; Curran, Christopher; rick@saveri.com; LaurenRussell@tatp.com; Dan Birkhaeuser (dbirkhaeuser@bramsonplutzik.com); Jennifer Rosenberg (jrosenberg@bramsonplutzik.com); Anne Nardacci <anardacci@BSFLLP.com> (anardacci@BSFLLP.com); Phil Iovieno <piovieno@BSFLLP.com> (piovieno@BSFLLP.com); .CRT.Varanini, Emilio |
| **Subject:** | RE: In re CRT Antitrust Litigation (Motion to Compel against the Toshiba Defendants) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mr. Weil:

I write to advise Judge Walker that the Dell Plaintiffs and Toshiba Defendants have reached an agreement in principle to settle the case between them. On August 28, the Dell Plaintiffs filed a motion to compel against the Toshiba Defendants. As a result, Dell withdraws the pending motion against the Toshiba Defendants.

Best regards,
MDK

**Matthew D. Kent**
**Senior Associate | Alston & Bird LLP**
1201 W. Peachtree St. | Atlanta, Ga. 30309
404.881.7948 – *direct* | 404.253.8128 – *fax*
matthew.kent@alston.com

---

**From:** Kent, Matthew
**To:** 'Jay Weil'
**Cc:** wagstaffe@kerrwagstaffe.com; Bernstein, Debra; Rottner, Jason; Kenny, Mike; defoster@whitecase.com; alau@whitecase.com; rick@saveri.com; LaurenRussell@tatp.com; Dan Birkhaeuser (dbirkhaeuser@bramsonplutzik.com); Jennifer Rosenberg (jrosenberg@bramsonplutzik.com); Anne Nardacci <anardacci@BSFLLP.com> (anardacci@BSFLLP.com); Phil Iovieno <piovieno@BSFLLP.com> (piovieno@BSFLLP.com); .CRT.Varanini, Emilio
**Subject:** In re CRT Antitrust Litigation (Motion to Compel against the Toshiba Defendants)

Mr. Weil:

Attached for submission to Judge Walker is the Dell Plaintiffs' Motion to Compel the Toshiba Defendants to Respond to certain interrogatories and request for production of documents. A hard copy of the motion and supporting materials will be delivered to Judge Walker's office tomorrow.

Best regards,
MDK

**Matthew D. Kent**
**Senior Associate | Alston & Bird LLP**

1201 W. Peachtree St. | Atlanta, Ga. 30309
404.881.7948 – *direct* | 404.253.8128 – *fax*
matthew.kent@alston.com

<< File: Dell_CRT - Interviewees and Declarations Motion to Compel_1.PDF >>
<< File: Dell CRT - Kent Declaration (Toshiba MTC)_1.PDF >>
<< File: Exhibits A-G.zip >>