Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: Individual Cases: No. 13-cv-2171 (SC); 11-cv-5502 (SC) | **[PROPOSED] ORDER REJECTING THE SPECIAL MASTER'S REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS** |
| *Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171; | |
| *Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513; | |
| *Best Buy Co. v. Technicolor SA*, No. 13-cv-05264; | |
| *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 3:13-cv-05262; | |
| *Sears, Roebuck and Co. and Kmart Corp. v.* | |

*Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514-SC;

*Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;

*Siegel v. Technicolor SA*, No. 13-cv-05261;

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd.*, No. 14-cv-2510;

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656-SC;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05724-SC;

*CompuCom Sys., Inc. v. Hitachi, Ltd., et al.,* No. 3:11-cv-06396-SC;

*Interbond Corp. of Am. v. Hitachi, Ltd. et al.,* No. 3:11-cv-06276-SC;

*Interbond Corp. of America v. Technicolor SA, et al.*, No. 3:13-cv-05727-SC;

*Office Depot, Inc. v. Hitachi, Ltd. et al.,* No. 3:11-cv-06276-SC;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 3:13-cv-05726-SC;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648-SC;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 3:13-cv-05725-SC;

*Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649-SC;

*Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Technicolor SA., et al.*, No. 3:13-cv-05668-SC;

*Tech Data Corporation; Tech Data Product Management, Inc. v. AU Optronics Corp., et al.,* No. 13-cv-00157

PROPOSED ORDER REJECTING R&R AND DENYING DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS

MDL NO. 1917 | MASTER FILE NO. 3:07-CV-05944-SC

1 **[PROPOSED] ORDER**

Upon consideration of the DAPs' Objection to the Special Master's Report and Recommendation Re Defendants' Motion to Compel DAPs' Settlement Agreements, it is hereby:

ORDERED that the Special Master Report and Recommendation (ECF No. 3941) is REJECTED and Defendants Motion to Compel DAPs' Settlement Agreements is DENIED.

Dated: _____, 2015

_____
**The Honorable Samuel Conti**
**Northern District of California**

PROPOSED ORDER REJECTING R&R AND DENYING DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS

MDL NO. 1917 | MASTER FILE NO. 3:07-CV-05944-SC