Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi, Ltd.,* et al., Case No. 13-cv-1173 SC;<br><br>and<br><br>*Sharp Electronics Corp.,* et al. *v. Koninklijke Philips Electronics N.V.*, et al., Case No. 13-cv-2776 SC. | Case No. 07-cv-5944 SC<br>MDL No. 1917<br><br>**PLAINTIFFS SHARP ELECTRONICS CORPORATION & SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S JOINDER TO OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION RE DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS**<br><br>Honorable Samuel Conti |

**TO THE COURT, TO ALL PARTIES, AND TO ALL PARTIES' ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively "Sharp") oppose production of the settlement agreements at this stage and, accordingly, hereby join in arguments A(1), A(2), and (C) in DAPs' Objection to the Special Master's Report and Recommendation re Defendants' Motion to Compel DAPs' Settlement Agreements (Dkt. No. 3979), and in the proposal contained in Certain Direct Action Plaintiffs' Joinder in the DAPs' Objection to the Special Master's Report and Recommendation re Defendants' Motion to Compel DAPs' Settlement Agreements and, in the Alternative, Proposed Limited Relief (Dkt. No. 3981).  Sharp notes that, even if one accepts defendants' arguments for purposes of analysis, the resolution proposed in the Joinder would supply all possible relevant information that defendants have identified, but still protect the interests of parties in keeping the terms of their settlements confidential. *See, e.g.*, *Hasbrouck v. BankAmerica Hous. Servs.*, 187 F.R.D. 453, 458 (N.D.N.Y. 1999) ("Confidentiality is an important corollary without which may lawsuits would remain unsettled."); *In re Franklin Nat. Bank. Sec. Litig.*, 92 F.R.D. 468, 472 (E.D.N.Y. 1981) (when confidentiality was necessary to consummate settlement, permitting discovery of the settlement "would work an injustice on these litigants and make future settlements predicted upon confidentiality less likely.").

DATED: August 14, 2015                    Respectfully submitted,

By:  /s/ *Kenneth A. Gallo*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

- 2 -

SHARP'S JOINDER TO OBJS. TO THE SPECIAL MASTER'S R&R RE DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS, MDL NO. 1917, CASE NOS. 13-cv-1173 SC; 13-cv-2776 SC

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs*

- 3 -

SHARP'S JOINDER TO OBJS. TO THE SPECIAL MASTER'S R&R RE DEFENDANTS' MOTION TO COMPEL DAPS'
SETTLEMENT AGREEMENTS, MDL NO. 1917, CASE NOS. 13-CV-1173 SC; 13-CV-2776 SC