BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This document relates to: | |
| *Dell Inc.; Dell Products L.P., v. Philips Electronics North America Corporation et al.*, No. 13-cv-2171 | **KONINKLIJKE PHILIPS N.V.'S AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S LIMITED OBJECTION TO SPECIAL MASTER'S JULY 31, 2015 RECOMMENDED ORDER** |
| *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Siegel v. Technicolor SA, et al.*, No. 13-cv-05261; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |

*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173

*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V., et al.*, No. 13-cv-2776

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510.

On January 26, 2015, Defendants[1] requested an order from the Special Master Hon. Vaughn R. Walker compelling the Direct Action Plaintiffs ("DAPs")[2] to produce all settlement agreements concering the claims that they assert in their complaints. On July 31, 2015, the Special Master issued his Report and Recommendation (the "Report and Recommendation") granting the motion to compel and ordering DAPs to produce within five business days their settlement agreements with any defendant in the above captioned matter (Dkt. 3941).

Pursuant to the confidentiality terms contained in a Settlement Agreement and Release executed between the Dell Plaintiffs and the Philips Defendants, the Philips Defendants object to the Report and Recommendation regarding only the Dell Plaintiffs. The Philips Defendants do not object to the Report and Recommendation with respect to any other DAP.

Dated: August 14, 2015

By: ___/s/ Erik T. Koons_____
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

Jon V. Swenson (SBN 233054)

---

[1] The moving Defendants are LG Electronics, Inc.; Mitsubishi Electric Corporation; Mitsubishi Electric U.S., Inc.; Mitsubishi Electric Visual Solutions America, Inc.; Panasonic Corporation; Panasonic Corporation of North America; Koninklijke Philips N.V.; Philips Electronics North America Corporation; Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Thomson SA; Thomson Consumer Electronics, Inc.; Toshiba America Information Systems, Inc. and Toshiba America Electronic Components, Inc.

[2] "DAPs" are ABC Appliance, Inc., d/b/a ABC Warehouse ("ABC Warehouse"); Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc. ("Best Buy"); CompuCom Systems, Inc. ("CompuCom"); Costco Wholesale Corporation ("Costco"); Circuit City Trust ("Circuit City"); Dell Inc. and Dell Products L.P. ("Dell"); Electrograph Systems, Inc. and Electrograph Technologies Corp. ("Electrograph"); Interbond Corporation of America ("Interbond"); Kmart Corp. ("Kmart"); MARTA Cooperative of America, Inc. ("MARTA"); Office Depot, Inc. ("Office Depot"); P.C. Richard & Son Long Island Corporation ("P.C. Richard"); Sears, Roebuck & Co. ("Sears"); Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc. ("Sharp"); Target Corp. ("Target"); Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC ("Tweeter"); and Viewsonic Corporation ("Viewsonic").

BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., and Philips Electronics North America Corporation*