1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | |

1      On August 6, 2015, Plaintiffs filed an Administrative Motion to Seal Documents Pursuant

2  To Civil Local Rules 7-11 And 79-5(d) to file portions of the following document under seal:

3    • **SECOND AMENDED DIRECT PURCHASER PLAINTIFFS' CLASS ACTION COMPLAINT AGAINST MITSUBISHI AND THOMSON**

4

5      Having read and considered the papers filed and arguments made by counsel, and good

6  cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion To Seal

7  Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) is GRANTED.

8

9  **IT IS SO ORDERED.**

10

11  Dated: ___August 17, 2015___.

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d); Master File No. 07-cv-5944-SC