Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

[Additional Counsel Listed On Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al.*, No.13-cv-05261;<br><br>*Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA,* | **CERTAIN DIRECT ACTION PLAINTIFFS' RESPONSE TO THOMSON'S EMERGENCY MOTION TO STAY**<br><br>Date:    TBD<br>Place:   Courtroom 1<br>Judge:  Hon. Samuel Conti |

*et al.*, No. 13-cv-05264;

*Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Sharp Electronics Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173;

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157.

1  The undersigned Direct Action Plaintiffs ("DAPs") hereby respond to Thomson's Emergency

2  Motion to inform the Court that DAPs have noticed and are prepared to take the deposition of

3  Thomson's 30(b)(6) witness on August 31, 2015, consistent with the Recommended Order of the

4  Special Master.  (MDL Dkt. No. 3930.)  The schedule prescribed by the Recommended Order is

5  reasonable and appropriate, and we respectfully ask the Court to enforce it.

6  The only emergency here is one of Thomson's own creation as it continues to resist discovery

7  at every turn.  For most defendants, discovery closed nearly a year ago.  But for Thomson it began only

8  six months before the deadline because Thomson refused to produce discovery while its unsuccessful

9  motion to dismiss was pending.  Then, discovery for Thomson had to be extended beyond the

10  September 2014 deadline because Thomson improperly withheld discovery for months citing the

11  French blocking statute—even though Thomson insisted on remaining on the same schedule as other

12  defendants.  (*See* MDL Dkt. No. 1991.)  Thomson eventually produced its initial 30(b)(6) witness only

13  after plaintiffs succeeded on a motion to compel.  But, then Thomson failed to prepare that witness

14  properly to answer questions that were easily anticipated and fell squarely within the scope of the Rule

15  30(b)(6) deposition.  Now, Thomson continues to resist producing a properly prepared witness unless

16  and until it is compelled to do so by yet another Court order.  (*See, e.g.*, MDL Dkt. No. 2945 (Order re:

17  Thomson Discovery).)

18  It would be helpful if the parties could stick to the schedule prescribed by Special Master

19  Walker.  As the Court knows, DAPs and Thomson have been instructed to be ready for trial shortly

20  after December 11, 2015, with Sharp plaintiffs' trial to begin first.  (*See* MDL Dkt. No. 3961.)  Thus,

21  Thomson is incorrect when it says that plaintiffs "will be no worse off . . . if they have to wait a little

22  longer" for relevant discovery.  (Mot. at 13.)  In reality, DAPs need to complete discovery against

23  Thomson so that they can make final preparations for trial.  Accordingly, to the extent that the Court

24  adopts the Special Master's Recommended Order granting plaintiffs' motion to compel, DAPs are

25  prepared to proceed on the schedule that Special Master Walker set forth weeks ago.

26

27

28

DATED:  August 17, 2015          By:   */s/ Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and
Sharp Electronics Manufacturing Co. of America, Inc.*

*/s/ Kenneth S. Marks*

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
Robert S. Safi
David M. Peterson
Matthew C. Behncke
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
rsafi@susmangodfrey.com
dpeterson@susmangodfrey.com
mbehncke@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880

2

Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely
in his capacity as Trustee of the Circuit City
Stores, Inc. Liquidating Trust*

*/s/ Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs
and Attorneys for Plaintiffs Electrograph
Systems, Inc., Electrograph Technologies,
Corp., Office Depot, Inc.,
Interbond Corporation of America, P. C.
Richard & Son Long Island Corporation,
MARTA Cooperative of America, Inc., ABC
Appliance, Inc., Schultze Agency Services LLC
on behalf of Tweeter Opco, LLC, Tweeter
Newco, LLC, Tech Data Corporation, and Tech
Data Product Management, Inc.*

*/s/ Richard A. Arnold*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Samuel Randall

3

**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Telephone: 305-373-1000
Facsimile: 305-372-1861
Email: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co.*
*and Kmart Corp.*

*/s/ David J. Burman*

David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile: (206)359-9000
Email: DBurman@perkinscoie.com
CGMoore@perkinsncoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415)344-7120
Facsimile: (415)344-7320
Email: JBass@perkinscoie.com
*Counsel for Plaintiff Costco Wholesale Corporation*

*/s/ Roman M. Silberfeld*

Roman M. Silberfeld
Bernice Conn
David Martinez
Laura E. Nelson
Jill S. Casselman
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rmsilberfeld@robinskaplan.com

4

Bconn@robinskaplan.com
dmartinez@robinskaplan.com
Lnelson@robinskaplan.com
jscasselman@robinskaplan.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the above Certain Direct Action Plaintiffs' Response To Thomson's Emergency Motion To Stay.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each counsel listed above has concurred in this filing.

Dated:  August 17, 2015          By:  */s/ Craig A. Benson*