Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-1173 SC<br><br>and<br><br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, Case No. 13-cv-2776 SC. | **STIPULATION OF DISMISSAL OF HITACHI DEFENDANTS**<br><br>Honorable Samuel Conti |

1    Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company
2    of America, Inc. (collectively, "Sharp") and Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.
3    (n/k/a Japan Display Inc.); Hitachi America, Ltd.; Hitachi Asia, Ltd.; and Hitachi Electronic
4    Devices (USA), Inc. (collectively, "Hitachi"), by and through undersigned counsel, stipulate to a
5    dismissal with prejudice of all claims being asserted by Sharp against Hitachi in the above-
6    captioned actions pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party
7    shall bear its own costs and attorneys' fees.  This stipulation does not affect the rights or claims
8    Sharp may have against any other defendant or alleged co-conspirator in the above-captioned
9    actions.

   WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

   **IT IS SO STIPULATED.**

Dated:  August 18, 2015                        Respectfully submitted,

                                               By: */s/ Craig A. Benson*
                                               Kenneth A. Gallo (*Pro Hac Vice*)
                                               Joseph J. Simons (*Pro Hac Vice*)
                                               Craig A. Benson (*Pro Hac Vice*)
                                               **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                               2001 K Street, NW
                                               Washington, DC  20006-1047
                                               Telephone:  (202) 223-7300
                                               Facsimile:  (202) 223-7420

                                               Stephen E. Taylor (SBN 058452)
                                               Jonathan A. Patchen (SBN 237346)
                                               **TAYLOR & COMPANY LAW OFFICES, LLP**
                                               One Ferry Building, Suite 355
                                               San Francisco, California 94111
                                               Telephone:  (415) 788-8200
                                               Facsimile:  (415) 788-8208
                                               Email: staylor@tcolaw.com
                                               Email: jpatchen@tcolaw.com

                                               *Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

By: */s/ Eliot A. Adelson*
Eliot A. Adelson
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

### E-FILING ATTESTATION

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the Stipulation and Proposed Order of Dismissal of SDI Defendants. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: August 18, 2015    */s/ Craig A. Benson*
Craig A. Benson

- 3 -
STIPULATION OF DISMISSAL OF HITACHI DEFENDANTS
Case Nos. 13-cv-1173-SC and 13-cv-2766-SC
Master File No. 07-cv-5944, MDL No. 1917