Francis O. Scarpulla (CA SB No. 41059)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
E-mail:      fos@scarpullalaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** ) ) ) | **Case No.:  3:07-cv-5944 SC** |
| ) | **MDL No. 1917** |
| **This Document Relates to:** ) ) | **NOTICE OF CHANGE OF ADDRESS** |
| **INDIRECT-PURCHASER ACTION** ) ) ) | |

TO:      ALL PARTIES AND THEIR COUNSEL OF RECORD:

          PLEASE TAKE NOTICE that the address and contact information for Francis O.
Scarpulla is as follows:

          Law Offices of Francis O. Scarpulla
          456 Montgomery St., 17th Floor
          San Francisco, CA 94104
          Telephone: (415) 788-7210
          Facsimile: (415) 788-0706
          E-mail:      fos@scarpullalaw.com

1        Please make the necessary changes to your files.

2    Dated: August 18, 2015                    _/s/ Francis O. Scarpulla_
                                              Francis O. Scarpulla
3
                                              Law Offices of Francis O. Scarpulla
4                                             456 Montgomery Street, 17th Floor
                                              San Francisco, CA 94104
5                                             Telephone:    (415) 788-7210
                                              Facsimile:    (415) 788-0706
6                                             E-mail:       fos@scarpullalaw.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF ADDRESS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>PROOF OF SERVICE</u>

I hereby certify that on August 18, 2015 I caused the foregoing NOTICE OF CHANGE OF ADDRESS to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ C.P. Cusick*
C.P. Cusick

3
NOTICE OF CHANGE OF ADDRESS