SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:         ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC. and
SAMSUNG SDI CO., LTD.

[*Additional parties and counsel on signature pages*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **CERTAIN DEFENDANTS' RESPONSE TO OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION RE DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS** |
| *Dell Inc., et al. v. Hitachi Ltd. et al.,* No. 13-cv-02171; | |
| *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397; | |
| *Costco Wholesale Corp. v. Technicolor SA,* No. 13-cv-05723; | |
| *Sharp Elecs Corp. v. Hitachi Ltd.,* No. 13-cv-1173; | |
| *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776; | |
| *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502; | |
| *Siegel v. Technicolor SA,* No. 13-cv-05261; | |
| *Best Buy Co. v. Hitachi, Ltd.,* No. 11-cv-05513; | |

SMRH:452047128.2
MDL No. 1917

Master File No. 3:07-CV-05944-SC
DEFS.' RESP. TO OBJECTIONS TO SPECIAL MASTER REPORT AND RECOMMENDATION RE MOT. TO COMPEL SETTLEMENTS

1   *Best Buy Co. v. Technicolor SA,* No. 13-cv-05264;

2   *Target Corp. v. Chunghwa Picture Tubes, Ltd.,*
3   No. 11-cv-05514;

4   *Target Corp. v. Technicolor SA,* No. 13-cv-05686;

5   *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;
6

7   *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

8

9   *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.* No. 14-cv-02510.

10   *Electrograph Systems, Inc., et al. v. Hitachi, Ltd.*, No. 3:11-cv-01656-SC

11

12   *Electrograph Systems, Inc. v. Technicolor SA*, No. 3:13-cv-05724-SC

13   *CompuCom Sys., Inc. v. Hitachi, Ltd.*, No. 3:11-cv-06396-SC;

14

15   *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 3:11-cv-06276-SC;

16   *Interbond Corp. of Am. v. Technicolor SA*, No. 3:13-cv-05727-SC;

17

18   *Office Depot, Inc. v. Hitachi, Ltd.*, No. 3:11-cv-06276-SC;

19   *Office Depot, Inc. v. Technicolor SA*, No. 3:13-cv-05726-SC;

20

21   *P.C. Richard & Son Long Island Corp. v. Technicolor SA*, No. 3:13-cv-05725-SC;

22   *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd.*, No. 3:12-cv-02648-SC;

23

24   *Schultze Agency Services, LLC v. Hitachi, Ltd.*, No. 3:12-cv-2649-SC;

25   *Schultze Agency Services, LLC v. Technicolor SA*, No. 3:12-cv-2649-SC;

26

27   *Tech Data Corporation v. Hitachi, Ltd.*, No. 13-cv-00157

28

SMRH:452047128.2
MDL No. 1917

Master File No. 3:07-CV-05944-SC
DEFS.' RESP. TO OBJECTIONS TO SPECIAL MASTER REPORT AND RECOMMENDATION RE MOT. TO COMPEL SETTLEMENTS

The undersigned Defendants ("Defendants") submit this response to various objections filed on August 14, 2015, to the Special Master's Report and Recommendation Re Defendants' Motion to Compel DAPs' Settlement Agreements (Dkt. No. 3941) ("Report and Recommendation"). Specifically, Defendants challenge the two sets of objections filed by certain DAPs (Dkt. Nos. 3979 and 3981), as well as the objections filed by the Philips Defendants (Dkt. No. 3984).

DAPs filed two briefs objecting to the Report and Recommendation, totaling more than 11 pages of argument, in violation of this Court's local rules and the relevant discovery order in this case, which provide that any objection "may not exceed 5 pages." *See* N.D. Cal. Civ. L.R. 72-2; Order Appointing Special Master for Discovery ¶ 6, Dec. 17, 2013 (Dkt. No. 2272). Specifically, one set of DAPs[1] filed a nine-page brief (Dkt. No. 3979), and a subset of those DAPs[2] filed a "joinder" in their own prior brief, adding an additional 2.5 pages of argument. Dkt. No. 3981. The Court should strike both briefs for violating the Court's clear rules. *See* Order Denying Best Buy's Objections to the Special Master's Order Granting in Part and Denying in Part Motion for Protective Order, p.2 n.3 (Dkt. No. 2714) (striking objection that exceeded the five-page limit).

In addition, Defendants Koninklijke Philips N.V. and Philips Electronics North America Corp. ("Philips") filed a "limited objection" to the Report and Recommendation "regarding only the Dell Plaintiffs." Dkt. No. 3984. Philips' objection, however, does not "set forth specifically the portions of the Magistrate Judges findings, recommendation or report to which an objection is made, the action requested and the reasons supporting the motion" as required by the local rule. N.D. Cal. Civ. L.R. 72-2. Moreover, Philips was one of the moving Defendants that sought production of settlement agreements as to all DAPs, including Dell (*see* Dkt. No. 3984, at 3 n.1); this unexplained partial change of position should be rejected.

---

[1] Dell, Electrograph, Office Depot, CompuCom, Interbond, P.C. Richard, MARTA Cooperative, ABC Appliance, Tweeter, Tech Data, Best Buy, Costco, Sears, Circuit City and Viewsonic.

[2] Circuit City, Electrograph, Office Depot, CompuCom, Interbond, P.C. Richard, MARTA Cooperative, ABC Appliance, Tweeter, Tech Data, Best Buy, Viewsonic, Costco and Sears.

1  Consistent with Local Rule 72-2, Defendants do not intend to file a brief responding to the
2  merits of the objections filed on August 14, but can and will do so upon request from the Court.

4  Dated:  August 18, 2015                                    Respectfully submitted,

5                                                                              By:   /s/ Michael W. Scarborough

6                                                                              SHEPPARD MULLIN RICHTER & HAMPTON LLP
7                                                                              Gary L. Halling, Esq.
                                                                                    James L. McGinnis, Esq.
8                                                                              Michael W. Scarborough, Esq.
                                                                                    Four Embarcadero Center, 17th Floor
9                                                                              San Francisco, California  94111-4106
                                                                                    Telephone:  415-434-9100
10                                                                            Facsimile:  415-434-3947
                                                                                    ghalling@sheppardmullin.com
11                                                                            jmcginnis@sheppardmullin.com
                                                                                    mscarborough@sheppardmullin.com

                                                                                    *Counsel for Defendants Samsung SDI Co., Ltd. and
13                                                                            Samsung SDI America, Inc.*

14                                                                            MUNGER, TOLLES & OLSON LLP

15                                                                            By: /s/ Miriam Kim
16                                                                            MIRIAM KIM (State Bar No. 238230)
                                                                                    miriam.kim@mto.com
17                                                                            Laura K. Lin (State Bar No. 281542)
                                                                                    laura.lin@mto.com
18                                                                            **MUNGER, TOLLES & OLSON LLP**
                                                                                    560 Mission Street, Twenty-Seventh Floor
19                                                                            San Francisco, California 94105-2907
20                                                                            Telephone: (415) 512-4000
                                                                                    Facsimile: (415) 512-4077

22                                                                            BRAD D. BRIAN (SBN 079001)
                                                                                    brad.brian@mto.com
23                                                                            SUSAN E. NASH (SBN 101837)
                                                                                    susan.nash@mto.com
24                                                                            E. MARTIN ESTRADA (SBN 223802)
                                                                                    martin.estrada@mto.com
25                                                                            **MUNGER, TOLLES & OLSON LLP**
                                                                                    355 South Grand Avenue, Thirty-Fifth Floor
26                                                                            Los Angeles, CA 90071-1560
27                                                                            Telephone: (213) 683-9100
                                                                                    Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.*

WINSTON & STRAWN LLP

By: /s/ *Jeffrey L. Kessler*

JEFFREY L. KESSLER (*pro hac vice*)
jkessler@winston.com
ALDO A. BADINI (SBN 257086)
abadini@winston.com
EVA W. COLE (*pro hac vice*)
ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

WEIL, GOTSHAL & MANGES LLP

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation*
*(f/k/a Matsushita Electric Industrial Co., Ltd.)*
*and Panasonic Corporation of North America*

JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*
Terrence J. Truax (*pro hac vice*)
Email: ttruax@jenner.com
Michael T. Brody (*pro hac vice*)
Email: mbrody@jenner.com
Gabriel A. Fuentes (*pro hac vice*)
gfuentes@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

1
2
3
4

BRENT CASLIN (Cal. Bar. No. 198682)
Email: bcaslin@jenner.com
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

5
6

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

7
8

FAEGRE BAKER DANIELS LLP

By:   */s/ Kathy L. Osborn*

9
10
11
12
13

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

14
15
16
17
18

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

19
20
21
22

Stephen M. Judge (*pro hac vice*)
Email: steve.judge@FaegreBd.com
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900

23
24

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

25
26
27

   Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

28

SMRH:452047128.2
MDL No. 1917

-4-

Case No. 3:07-CV-05944-SC
DEFS.' RESP. TO OBJECTIONS TO SPECIAL MASTER REPORT AND RECOMMENDATION RE MOT. TO COMPEL SETTLEMENTS