Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: Individual Cases: No. 13-cv-2171 (SC)<br><br>*Dell Inc., et al. v. Hitachi Ltd. et al.*, No. 13-cv-02171 | **[PROPOSED] ORDER REJECTING THE SPECIAL MASTER'S REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTION TO COMPEL DAPS' SETTLEMENT AGREEMENTS** |

**[PROPOSED] ORDER**

Upon consideration of the DAPs' Amended Objection to the Special Master's Report and Recommendation Re Defendants' Motion to Compel DAPs' Settlement Agreements, it is hereby:

ORDERED that the Special Master Report and Recommendation (ECF No. 3941) is REJECTED and Defendants Motion to Compel DAPs' Settlement Agreements is DENIED.

Dated: _____, 2015

                                                **The Honorable Samuel Conti**
                                                **Northern District of California**