# Parties' Joint Filing of Updated Dispositive Motions Chart – Settlement Matrix

(as of 8/7/15)

| | Northern District of California Actions | | | | | | | | Other Venues | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DPPS | IPPs | Best Buy | Circuit City | Sears/Kmart | Sharp | Target | Viewsonic | ABC Warehouse, MARTA, P.C. Richards | CompuCom | Costco | Dell | Electrograph | Interbond | Office Depot | Tech Data | Tweeter |
| Philips | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | | | ▨ | ▨ | | | | | |
| Panasonic | ▨ | ▨ | | ▨ | ▨ | ▨ | ▨ | ■ | | | ▨ | ■ | | | | | |
| Hitachi | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ■ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| LG | ▨ | ▨ | | | | ▨ | ▨ | | | | | | | | | | |
| Chunghwa | ▨ | ▨ | | ▨ | ▨ | ■ | ▨ | | ▨ | ▨ | ▨ | ■ | ▨ | ▨ | | | ▨ |
| Toshiba | ▨ | ▨ | | ▨ | ▨ | | ▨ | ▨ | | | | | ▨ | | | | |
| SDI | ▨ | ▨ | ■ | ▨ | ▨ | ▨ | ▨ | ▨ | | | | | | | | | |
| Thomson | ▨ | ▨ | | | | | ▨ | | | ■ | | ■ | | | | | |
| Mitsubishi | | ■ | ■ | ▨ | ▨ | | ■ | ▨ | | ■ | | | | | | | |
| TDA | ▨ | ▨ | | | ▨ | | | ▨ | ■ | ■ | | ■ | | | | ■ | |
| BMCC | ▨ | ▨ | ■ | ▨ | ▨ | ▨ | ▨ | ▨ | ■ | ■ | ▨ | ■ | ■ | ■ | ■ | ■ | ■ |

**Key**
- ☐ Actively Pending
- ▨ Settlement Reached
- ■ Not Active

27638857.1