*(Stipulating parties listed on signature page)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFF ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR THE HITACHI DEFENDANTS TO OBJECT TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. 3960)**<br><br>Judge: Hon. Samuel Conti |

1

2     The Direct Action Plaintiffs ("DAPs") and the undersigned Hitachi Defendants have

3   conferred by and through their counsel and, subject to the Court's approval, HEREBY

4   STIPULATE AS FOLLOWS:

5     WHEREAS, on November 24, 2014, the DAPs moved to compel the Hitachi Defendants

6   to authenticate documents in response to the Plaintiffs' First Set of Request for Admissions (the

7   "Motion to Compel");

8     WHEREAS, on August 6, 2015, the Special Master entered a Report and

9   Recommendation granting the DAPs' Motion to Compel as brought against Hitachi (Dkt. 3960)

10  (the "Report and Recommendation);

11    WHEREAS, the Hitachi Defendants' objection to the Special Master's Report and

12  Recommendation is due on August 20, 2015;

13    WHEREAS, each of the respective DAPs has reached an agreement in principle or final

14  memorialized agreement to settle its action as brought against the Hitachi Defendants;

15    WHEREAS, the DAPs and the Hitachi Defendants anticipate that the Motion to Compel

16  as brought against Hitachi will be formally withdrawn, without prejudice to refile, by all DAPs

17  following final written memorialization of each settlement between the Hitachi Defendants and

18  each respective DAP;

19    WHEREAS, in order to provide additional time for the parties to confer regarding a

20  process pursuant to which the Motion to Compel can be formally withdrawn, without prejudice to

21  refile, as brought against the Hitachi Defendants, the DAPs and the Hitachi Defendants have

22  agreed to extend by one week the deadline for the Hitachi Defendants to file an objection to the

23  Report and Recommendation.

24    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel

25  as follows:

26    1. The deadline for the Hitachi Defendants to object to the Special Master's Report

27  and Recommendation is extended until August 27, 2015.

28

1
2
3   PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5   Dated:_____                    _____
6                                                    Hon. Samuel Conti
                                                 United States District Judge
7
...
28

| | |
|---|---|
| Dated: August 20, 2015 | /s/ Eliot A. Adelson |
| | |
| | Eliot A. Adelson (SBN 205284) |
| | KIRKLAND & ELLIS LLP |
| | 555 California Street, 27th Floor |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: eadelson@kirkland.com |
| | |
| | James H. Mutchnik (*pro hac vice*) |
| | Barack S. Echols (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: jmutchnik@kirkland.com |
| | bechols@kirkland.com |
| | |
| | *Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| | |
| | /s/ Philip J. Iovieno |
| | |
| | Philip J. Iovieno |
| | Anne M. Nardacci |
| | BOIES, SCHILLER & FLEXNER LLP |
| | 30 South Pearl St., 11th Floor |
| | Albany, NY 12207 |
| | Telephone: (518) 434-0600 |
| | Facsimile: (518) 434-0665 |
| | piovieno@bsfllp.com |
| | anardacci@bsfllp.com |
| | |
| | William Isaacson |
| | Boies, Schiller & Flexner LLP |
| | 5301 Wisconsin Ave. NW, Suite 800 |
| | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| | Facsimile: (202) 237-6131 |
| | wisaacson@bsfllp.com |
| | |
| | Stuart Singer |
| | Boies, Schiller & Flexner LLP |

| | |
|---|---|
| 1 | 401 East Las Olas Blvd., Suite 1200 |
| 2 | Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011 |
| | Facsimile: (954) 356-0022 |
| 3 | ssinger@bsfllp.com |
| 4 | *Liaison Counsel for the Direct Action Plaintiffs* |
| 5 | |
| | */s/ Craig Benson* |
| 6 | Kenneth A. Gallo (*pro hac vice*) |
| | Joseph J. Simons (*pro hac vice*) |
| 7 | Craig A. Benson (*pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & |
| 8 | GARRISON LLP |
| | 2001 K Street, NW |
| 9 | Washington, DC 20006 |
| | Telephone: (202) 223-7300 |
| 10 | Facsimile: (202) 223-7420 |
| | kgallo@paulweiss.com |
| 11 | jsimons@paulweiss.com |
| | cbenson@paulweiss.com |
| 12 | |
| | Stephen E. Taylor (SBN 058452) |
| 13 | Jonathan A. Patchen (SBN 237346) |
| | Taylor & Company Law Offices, LLP |
| 14 | One Ferry Building, Suite 355 |
| | San Francisco, California 94111 |
| 15 | Telephone: (415) 788-8200 |
| | Facsimile: (415) 788-8208 |
| 16 | staylor@paulweiss.com |
| | jpatchen@paulweiss.com |
| 17 | |
| | *Attorneys for Sharp Electronics Corporation and* |
| 18 | *Sharp Electronics Manufacturing Company of* |
| | *America, Inc.* |

| | |
|---|---|
| 1 | */s/ David Martinez* |
| | Roman M. Silberfeld |
| 2 | David Martinez |
| | Jill S. Casselman |
| 3 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | 2049 Century Park East, Suite 3400 |
| 4 | Los Angeles, CA 90067-3208 |
| | Telephone:  (310) 552-0130 |
| 5 | Facsimile:   (310) 229-5800 |
| | Email:  rmsilberfeld@rkmc.com |
| 6 |          dmartinez@rkmc.com |
| |          jscasselman@rkmc.com |

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
         kcwildfang@rkmc.com
         lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

| | |
|---|---|
| 1 | */s/ David J. Burman* |
| | David J. Burman |
| 2 | Cori G. Moore |
| | Eric J. Weiss |
| 3 | Nicholas H. Hesterberg |
| | Steven D. Merriman |
| 4 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 5 | Seattle, WA 98101-3099 |
| | Telephone: (206) 359-8000 |
| 6 | Facsimile: (206) 359-9000 |

Email: DBurman@perkinscoie.com
CGmoore@perkinscoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7120
Facsimile: (415) 344-7320
Email: JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*


*/s/ Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: rturken@bilzin.com
swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management*


*/s/ Kenneth S. Marks*
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

|   |   |
|---|---|
| 1 | Email:  kmarks@susmangodfrey.com |
| 2 | jross@susmangodfrey.com<br>jcarter@susmangodfrey.com |
|   | dpeterson@susmangodfrey.com |

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email:  pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*


*/s/  Richard Arnold*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
           wblechman@knpa.com
           kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.