Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;<br><br>*Electrograph Systems, Inc. et al.* v. *Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | **TOSHIBA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |



White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173; and

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following materials under seal:

1. Redacted portions of and exhibits to Exhibit A to the Declaration of Dana E. Foster in Support of Toshiba's Objections to Special Master's Recommended Order Dated August 6, 2015 Re Direct Action Plaintiffs' Motion to Compel Toshiba to Authenticate Documents ("Foster Declaration"), which is the IPPs' and DAPs' October 29, 2014 letter to the Special Master, that attaches, quotes from, and describes information contained in TSB-CRT-00041870 and TAEC-CRT-00089968;

2. Redacted portions of Exhibit B to the Foster Declaration, which is the Toshiba Defendants' November 14, 2014 response to the IPPs' and DAPs' October 29, 2014 letter, that describes information contained in TSB-CRT-00041870 and TAEC-CRT-00089968; and

3. Redacted portions of Exhibit C to the Foster Declaration, which is the IPPs' and DAPs' November 21, 2014 reply to the Toshiba Defendants' November 14, 2014 letter, that quotes from and describes information contained in TSB-CRT-00041870 and TAEC-CRT-00089968.

This motion is supported by the Declaration of Matthew Frutig, dated August 20, 2015 ("Frutig Declaration"). Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking to file a document, or portions thereof, under seal must file an administrative motion to file under seal" accompanied by "a declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable."

As explained in the Frutig Declaration, Exhibits A, B, and C to the Foster Declaration attach, quote from, and describe information designated as "Highly Confidential" by the

Toshiba Defendants under the Stipulated Protective Order. For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to Civil Local Rules 7-11 and 79-5.

Dated: August 20, 2015

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Dana E. Foster
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

On August 20, 2015, I caused a copy of "TOSHIBA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Dana E. Foster*
Dana E. Foster