1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC 20005
7  Telephone: (202) 626-3600
   Facsimile: (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Information Systems, Inc., Toshiba America*
11 *Consumer Products, L.L.C., and*
   *Toshiba America Electronic Components, Inc.*
12

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276; | **DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

1  *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

2  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

3  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173; and

4  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157.

DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917
ii

I, Matthew Frutig, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of Toshiba's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d).

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court approved a Stipulated Protective Order (Dkt. No. 306) in this matter.

4. The Toshiba Defendants and other parties to this litigation have produced in this action certain documents and information designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On August 20, 2015, the Toshiba Defendants filed an administrative motion to seal the following materials pursuant to Civil Local Rules 7-11 and 79-5(d):

    a. Redacted portions of and exhibits to Exhibit A to the Declaration of Dana E. Foster in Support of Toshiba's Objections to Special Master's Recommended Order Dated August 6, 2015 Re Direct Action Plaintiffs' Motion to Compel Toshiba to Authenticate Documents ("Foster Declaration"), which is the IPPs' and DAPs' October 29, 2014 letter to Special Master Walker, that attaches, quotes from, and describes information contained in TSB-CRT-00041870 and TAEC-CRT-00089968, documents designated, respectively, by Toshiba Corp. and Toshiba America Electronic Components, Inc. ("TAEC") as "Highly Confidential" under the Stipulated Protective Order;

     b. Redacted portions of Exhibit B to the Foster Declaration, which is the Toshiba Defendants' November 14, 2014 response to the IPPs' and DAPs' October 29, 2014 letter, that describes information contained in TSB-CRT-00041870 and TAEC-CRT-00089968, documents designated, respectively, by Toshiba Corp. and TAEC as "Highly Confidential" under the Stipulated Protective Order; and

     c. Redacted portions of Exhibit C to the Foster Declaration, which is the IPPs' and DAPs' November 21, 2014 reply to Toshiba's November 14, 2014 letter, that quotes from and describes information contained in TSB-CRT-00041870 and TAEC-CRT-00089968, documents designated, respectively, by Toshiba Corp. and TAEC as "Highly Confidential" under the Stipulated Protective Order.

6. The documents listed in paragraph 5 contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

7. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, the redacted portions of Exhibits A, B, and C to the Foster Declaration should be maintained under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2015, in Washington, DC.


Matthew Frutig

DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917
3

**CERTIFICATE OF SERVICE**

On August 20, 2015, I caused a copy of "DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster