Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;<br><br>*Electrograph Systems, Inc. et al.* v. *Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | **DECLARATION OF DANA E. FOSTER IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED AUGUST 6, 2015 RE DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL TOSHIBA TO AUTHENTICATE DOCUMENTS** |

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173; and

*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED AUGUST 6, 2015 RE DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL TOSHIBA TO AUTHENTICATE DOCUMENTS
Case No. 07-5944-SC, MDL No. 1917
ii

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of Toshiba's Objections to Special Master's Recommended Order Dated August 6, 2015 Re Direct Action Plaintiffs' Motion to Compel Toshiba to Authenticate Documents, filed contemporaneously herewith. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as **Exhibit A** is a true and correct copy of the IPPs and DAPs' Motion to Compel Toshiba Defendants to Authenticate Documents, dated October 29, 2014 ("Plaintiffs' Motion to Compel").

4. Attached hereto as **Exhibit B** is a true and correct copy of the Toshiba Defendants' Response to the Plaintiffs' Motion to Compel, dated November 14, 2014.

5. Attached hereto as **Exhibit C** is a true and correct copy of the IPPs and DAPs' Reply in Support of the Plaintiffs' Motion to Compel, dated November 21, 2014.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Order re Direct Action Plaintiffs' Motion to Compel Toshiba to Authenticate Documents, dated August 6, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2015, in Washington, D.C.

_____
Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED AUGUST 6, 2015 RE DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL TOSHIBA TO AUTHENTICATE DOCUMENTS
Case No. 07-5944-SC, MDL No. 1917