# EXHIBIT B

## (REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED)

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

WHITE & CASE

White & Case LLP        Tel  + 1 202 626 3600
701 Thirteenth Street, NW    Fax + 1 202 639 9355
Washington, DC 20005-3807    whitecase.com

Direct Dial + (202) 626-3696        alau@whitecase.com

November 14, 2014

<u>VIA E-MAIL TO: jay.weil@fedarb.com</u>

The Honorable Vaughn Walker (Ret.)
c/o Mr. Jay Weil
Federal Arbitration, Inc.
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC,
       MDL No. 1917 (N.D. Cal.):  The Toshiba Defendants' Response To The IPPs' And
       DAPs' October 29, 2014 Motion To Compel

Dear Judge Walker:

       On behalf of the Toshiba Defendants, I write in response to the October 29, 2014 motion to compel filed by the IPPs and DAPs (collectively, "Plaintiffs").  Your Honor should issue a report to Judge Conti that recommends that this motion be denied.

       The Plaintiffs' motion is premised on their belief that the Toshiba Defendants somehow acted in bad faith when they only agreed that 3 of 94 documents identified by the Plaintiffs are business records within the meaning of Rule 803(6) of the Federal Rules of Evidence.  The Plaintiffs are incorrect.  The Toshiba Defendants acted in good faith in considering each and every one of the documents identified by the Plaintiffs, applying the standards embedded in Rule 803(6).  The fact that the Toshiba Defendants would only agree that a few of these documents are Rule 803(6) business records is simply a reflection of the fact that the documents in question (all of which were selected by the Plaintiffs) did not meet the requirements of Rule 803(6).  We are willing to continue to work with the Plaintiffs on stipulations concerning authenticity and admissibility, as this case gets closer to trial.

**I.    Background**

       As used by the Plaintiffs, the term "motion to compel" is really a misnomer.  By their motion, the Plaintiffs do not seek an order directing the Toshiba Defendants to respond to any outstanding discovery request.  Instead, the Plaintiffs seek an order directing the Toshiba Defendants "to: (a) engage in a good faith re-review of certain documents Toshiba agreed to consider; and (b) apply the business record exception under Rule 803(6) in a manner consistent with the way that Plaintiffs applied it when considering their own documents."  Pl. Mot. at 1.

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG  HELSINKI
HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC

The Honorable Vaughn Walker (Ret.)

The agreement alluded to by the Plaintiffs is an October 10, 2014 stipulation and proposed order filed with the Court.  Toshiba Att. 1.  Per that stipulation, the Plaintiffs "will provide the Toshiba Defendants with a list of 94 documents produced by the Toshiba Defendants in this litigation by October 10, 2014."  *Id.* at 2.  Similarly, the Toshiba Defendants "will provide the Plaintiffs with a list of 94 documents produced by the Plaintiffs in this litigation by October 10, 2014."  *Id.*  The stipulation contains the following provision that is relevant to the current dispute:  "The Toshiba Defendants will review the list provided by the Plaintiffs and inform the Plaintiffs by October 17, 2014 whether they will stipulate that any such documents are authentic and, separately, that any such documents are business records within the meaning of Rule 803(6) of the Federal Rules of Evidence."  *Id.*  The Plaintiffs had a similar obligation with respect to the 94 documents identified by the Toshiba Defendants.  *Id.*  The stipulation contemplated the possibility of a motion to compel being filed, but not with respect to the parties' agreement to review the 94 documents provided by the other side.  Instead, by their stipulation, the parties agreed "to extend the deadline for the Plaintiffs to file a motion to compel relating to the Plaintiffs' First Set of Requests for Admission, to the extent one is deemed necessary by Plaintiffs, to October 24, 2014."  *Id.* at 2-3.

The current dispute before Your Honor has its genesis in the Plaintiffs' First Set of Requests for Admission.  Toshiba Att. 2.  By that document, the Plaintiffs listed 977 documents (some of which were produced by the Toshiba Defendants, others of which were not) and made seven requests for admission for each document:  (1) whether each document is a true, correct, and genuine copy of the original; (2) whether each document is authentic; (3) whether the document was made at or near the time of the event reflected in the document; (4) whether the document was made by someone with knowledge of the contents or event reflected in the document; (5) whether the document was kept in the course of regularly conducted business; (6) whether the document was prepared in the regular course of business; and (7) whether the document satisfies Rule 803(6) of the Federal Rules of Evidence.  *Id.* at Ex. A; *id.* at 4-5.  Whether expressed as 977 separate requests for admissions or 6,839 separate requests for admissions (977 times 7), counsel for the Toshiba Defendants promptly informed counsel for the Plaintiffs that the Toshiba Defendants would not respond to the request for admissions because they were unduly burdensome, providing case support for this position.  *See Sommerfield v. City of Chicago*, 251 F.R.D. 353, 354 (N.D. Ill. 2008) (noting that the Court excused the plaintiff from answering 698 numbered requests for admission as burdensome); *Wigler v. Electronic Data Systems Corp.*, 108 F.R.D. 204, 207 (D. Md. 1985) (discussing requests for admission consisting of 1,664 questions:  "The filing of such an unjustifiable number of requests lends itself at least to the appearance of harassment of the plaintiff.").

The Plaintiffs then made a proposal.  Rather than responding the First Set of Requests for Admission, the Plaintiffs would provide the Toshiba Defendants with a list of documents to see whether the Toshiba Defendants would agree that these documents are authentic and business records.  During the negotiation process, it was never contemplated that the Toshiba Defendants would have to agree that all of the documents on the list provided by the Plaintiffs are authentic and business records.  *See* Toshiba Att. 3 (email from IPP attorney Bob Gralewski:  "We're willing to take the anxiety out of the specific RFAs and permit the defendants to either stipulate or offer a declaration that the above documents (*or some subset*) are authentic and are business records, plain and simple.") (emphasis added).  The Toshiba Defendants agreed to the Plaintiffs'

proposal, provided that the Plaintiffs themselves would consider a list of documents provided by the Toshiba Defendants and indicate whether such documents are authentic and business records. The understanding between the Plaintiffs and the Toshiba Defendants is memorialized in the October 10, 2014 stipulation and proposed order filed with the Court.  Toshiba Att. 1.  By that document, the Toshiba Defendants (and the Plaintiffs) each agreed to consider the list of documents provided by the other side and indicate "whether" such documents are authentic and "are business records within the meaning of Rule 803(6) of the Federal Rules of Evidence.

On October 10, 2014, the parties exchanged their respective lists with each other. Toshiba Att. 4, 5.  On October 22, 2014, the Toshiba Defendants responded to the Plaintiffs' list. Att. 6.  From October 22-24, 2014, most of the Plaintiffs responded to the list provided by the Toshiba Defendants.  Att. 7.  To date, however, Target and Viewsonic have not responded to the list provided by the Toshiba Defendants, even though they stipulated that they would provide a response.

In their response of October 22, 2014, the Toshiba Defendants offered to meet and confer with the Plaintiffs about this issue.  That meet and confer was held on October 24, 2014.  During the meet and confer, the Toshiba Defendants explained that they adhered to the requirements of Rule 803(6) of the Federal Rules of Evidence in deciding whether to agree that any individual document is a business record.  The Toshiba Defendants also provided general reasons why certain of the 94 documents identified by the Plaintiffs could not be considered business records within the meaning of Rule 803(6) of the Federal Rules of Evidence.

## II.     Argument

Your Honor should issue a report that recommends that the Plaintiffs' motion be denied for two reasons.  First, there is no case or controversy concerning the gravamen of the Plaintiffs' motion.    Second, even if Your Honor were to assess whether the Toshiba Defendants appropriately refused to agree that certain documents are business records within the meaning of Rule 803(6) of the Federal Rules of Evidence, Your Honor should still recommend that the motion to compel be denied because the Toshiba Defendants properly adhered to the requirements of Rule 803(6) in determining which of the 94 documents identified by the Plaintiffs are business records within the meaning of that rule.

### A.      The Plaintiffs' Motion Does Not Present A Justiciable Case Or Controversy

It is undisputed that a court may not issue an advisory opinion.  At all times, there must exist a justiciable case or controversy before the court.  *See Net Connection Hayward, LLC v. City of Hayward,* No. C 13-1212 SC, 2013 WL 3786635 (N. D. Cal. Aug. 15, 2014) (Conti, J.) ("There is no actual controversy on that matter, and for the Court to decide the issue now would be an impermissible advisory opinion.").

In this instance, the Plaintiffs ask Your Honor to recommend that Judge Conti issue an impermissible advisory opinion.  The Plaintiffs seek the following relief from Your Honor:  "the Special Master should recommend that the Toshiba Defendants re-review the 94 documents provided by the IPPs and DAPs in good faith and in a manner consistent with the law."  Pl. Mot. at 2-3.  The relief requested by the Plaintiffs, however, goes well beyond what the Toshiba

Defendants agreed to do in the October 10, 2014 stipulation.  By that stipulation, the Toshiba Defendants merely agreed that they "will review the list provided by the Plaintiffs and inform the Plaintiffs by October 17, 2014 whether they will stipulate that any such documents are authentic and, separately, that any such documents are business records within the meaning of Rule 803(6) of the Federal Rules of Evidence."  Toshiba Att. 1.  The Toshiba Defendants have done precisely that.  By their letter of October 22, 2014 (Toshiba Att. 5), the Toshiba Defendants identified which of the 94 documents they would stipulate are authentic and, separately, which of the 94 documents they would stipulate are business records within the meaning of Rule 803(6) of the Federal Rules of Evidence.  The Toshiba Defendants have unquestionably complied with the October 10, 2014 stipulation.

The Plaintiffs' motion to compel does not suggest that the Toshiba Defendants failed to do what they actually agreed to do in the stipulation (*i.e.*, indicate whether they will agree the documents in questions are business records within the meaning of Rule 803(6)).  Instead, the Plaintiffs seek an order directing the Toshiba Defendants to "apply the business record exception under Rule 803(6) in a manner consistent with the way that Plaintiffs applied it when considering their own documents."  Pl. Mot. at 1.  The Plaintiffs' motion seeks an advisory opinion because there was never any requirement in the stipulation that the Toshiba Defendants apply Rule 803(6) "in a manner consistent with the way that Plaintiffs applied it."  Thus, Your Honor should decline to rule upon this question.

### B.   Even If Your Honor Were To Consider The Reasons Why The Toshiba Defendants Declined To Stipulate That Certain Documents Were Rule 803(6) Business Records, Your Honor Should Still Recommend That The Plaintiffs' Motion Be Denied

Even if Your Honor were inclined to consider the reasons why the Toshiba Defendants declined to stipulate that certain documents are business records within the meaning of rule 803(6) of the Federal Rules of Evidence, Your Honor should still recommend that the Plaintiffs' motion be denied.  In deciding whether to stipulate whether the documents identified by the Plaintiffs are business records, the Toshiba Defendant properly followed the requirements of Rule 803(6).

In its entirety, Rule 803(6) of the Federal Rules of Evidence provides as follows:

**(6)** *Records of a Regularly Conducted Activity*.  A record of an act, event, condition, opinion, or diagnosis if:

> **(A)** the record was made at or near the time by — or from information transmitted by — someone with knowledge;

> **(B)** the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

> **(C)** making the record was a regular practice of that activity;

> **(D)** all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that

complies with Rule 902(11) or (12) or with a statute permitting certification; and

    **(E)** the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness.

Based on the plain language of this rule, several requirements must be met before a document can qualify for this exception to the rule against hearsay, including the following:  (1) the document must be contemporaneous ("at or near the time"); (2) a knowledgeable person must have created the document ("someone with knowledge"); (3) the document must reflect a regularly conducted activity of the company ("the record was kept in the course of a regularly conducted activity of a business . . ."); (4) it was a regular practice to make the document itself ("making the record was a regular practice of that activity"); and (5) both the information contained in the document as well as the preparation of the document are trustworthy ("the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness").

    Most of the 94 documents identified by the Plaintiffs fail to satisfy one or more of these criteria.  Some of the documents were not authored by a Toshiba employee or the author of the document is unknown (thus, not satisfying the "someone with knowledge" requirement).  Other documents were isolated or unique (thus, not satisfying the requirement that "the record was kept in the course of a regularly conducted activity of a business").  For other documents, there was no indication that one of the Toshiba Defendants required the document to be maintained (thus, not satisfying the requirement that "making the record was a regular practice of that activity").  Aside from these issues, there were several documents on the Plaintiffs' list that contained hearsay-within-hearsay.  In this regard, *Sana v. Hawaiian Cruises, Ltd.*, 181 F.3d 1041, 1045 (9th Cir. 1999) (one of the cases relied upon by the Plaintiffs in their motion to compel) notes that, "[f]or the document to be admissible, each layer of hearsay must satisfy an exception to the hearsay rule."

    In the motion to compel, the Plaintiffs argue that, by only agreeing that 3.1 percent of the 94 documents are business records, the Toshiba Defendants somehow acted in bad faith.  Pl. Mot. at 2.  However, as one court recently noted, the hearsay exception of Rule 803(6) is a "business records" exception, not a "business communications" exception.  *Versata Software, Inc. v. Internet Brands, Inc.*, No. 2:08-cv-313-WCB, 2012 WL 2595275, at *7 (E.D. Tex. July 5, 2012).  The fact that a business produced a given document does not automatically convert that document into a Rule 803(6) business record.  The two documents discussed by the Plaintiffs in their motion illustrate this point.

    The first document (Plaintiff Ex. A) is an April 18, 2002 email from Yasuki Yamamoto to other Toshiba Corporation employees.  The fact that the document in question is an email does nothing to suggest that it is a Rule 803(6) business record.  *See Monotype Crop. PC v. Int'l Typeface Corp.*, 43 F.3d 443, 450 (9th Cir. 1994) (affirming exclusion of email and discussing difference between emails and computer printouts of bookkeeping records:  "E-mail is an ongoing electronic message and retrieval system whereas an electronic inventory recording system is a regular, systematic function of a bookkeeper prepared in the course of business.").

There is no indication that this document "was kept in the course of a regularly conducted activity of a business" or that "making the record was a regular practice of that activity." A separate issue concerns the fact that, in the email, Mr. Yamamoto conveys information that █ ████████████████████████ — the ██████████ information is hearsay-within-hearsay. "Rule 803(6) does not cover records based on information obtained from an outsider because such persons have no business duty to report accurate information to the record preparer and the record therefore does not have the presumption of accuracy that statements made in the regular course of business have." *ADT Security Services v. Security One Int'l , Inc.*, No. 11-CV-5149 YGR, 2013 WL 4766401, at *3 (N.D. Cal. Sept. 5, 2013) (citation and internal quotation marks omitted). Consequently, the Toshiba Defendants were fully justified in refusing to agree that the April 18, 2002 email is a Rule 803(6) business record.

The second document (Plaintiff Ex. B) is a January 29, 2002 email from Michael Du to several individuals employed by various Toshiba entities. Again, the mere fact that it is an email does not suggest that this document is a business record. At a minimum, in order for an email to be considered a Rule 803(6) business record, there must exist a "business duty to make and maintain these E-mail messages." *United States v. Ferber*, 966 F. Supp. 90, 98 (D. Mass. 1997). There is no indication that Mr. Du had any sort of business duty to make and maintain the January 29, 2002 email (or the other emails referred to by the Plaintiffs). Like the email involving Mr. Yamamoto, the email involving Mr. Du incorporates information that ████████ ████████████████ (*i.e.*, hearsay-within-hearsay). Those ████████████ entities had no business duty to report accurate information to Mr. Du. Even the Plaintiffs must acknowledge that Mr. Du ████████████████████████████████████████████████████████████████ ████████ Finally, Mr. Du was not even employed by a Toshiba Defendant. Instead, he was employed by Toshiba Electronics Taiwan Corp. Again, the Toshiba Defendants were fully justified in refusing to agree that this email is a Rule 803(6) business record.

According to the Plaintiffs, *In re Japanese Electronic Products Antitrust Litig.*, 723 F.2d 238 (3rd Cir. 1983), *rev'd*, 475 U.S. 574 (1986), supports their arguments here. It does not. That case specifically recognized that hearsay-within-hearsay would not be considered a Rule 803(6) business record. *Id.* at 290 ("Undoubtedly what was said by others in attendance was hearsay as to the truth of what they said about events elsewhere."). The only other case relied upon by the Plaintiffs is *Sana v. Hawaiian Cruises, Inc.*, 181 F.3d 1041 (9th Cir. 1999), which reached a similar conclusion concerning hearsay. *See id.* at 1045 ("For the document to be admissible, each layer of hearsay must satisfy an exception to the hearsay rule.").

The Plaintiffs suggest that it is "manifestly unfair" that they have stipulated that many of their documents are business records while the Toshiba Defendants have stipulated that only a few of their documents are business records. Pl. Mot. at 3. Thus, as alternative relief, they ask that they be permitted to strike their agreement that certain of their documents are business records. Your Honor should not grant this alternative relief. In preparing our list of 94 Plaintiff-produced documents, we considered the requirements of Rule 803(6) and only listed documents that, in our view, should satisfy the requirements of that rule. In contrast, in preparing their list of 94 Toshiba-produced documents, the Plaintiffs appear not to have given any consideration to the requirements of Rule 803(6). Accordingly, it is not unfair at all that the Plaintiffs have stipulated that many of their documents are business records while the Toshiba Defendants have

The Honorable Vaughn Walker (Ret.)

**WHITE & CASE**

stipulated that few of their own documents are business records. Your Honor should not disturb the bargain struck between the Toshiba Defendants and the Plaintiffs. In any event, Toshiba is committed to entering into appropriate stipulations with Plaintiffs on the authenticity and admissibility of documents — and thereby minimizing the burdens on the Court as well as on the parties — as this case moves closer towards trial.

## III. Conclusion

For these reasons, Your Honor should issue a report that recommends that the Court deny the Plaintiffs' motion to compel.

Respectfully submitted,

Lucius B. Lau

cc:  All counsel of record

Toshiba Attachment 1

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Consumer Products, L.L.C.; Toshiba America*
*Information Systems, Inc., and*
*Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *Interbond Corporation of America v. Hitachi, et*
2  *al.*, No. 11-cv-06275;

3  *Office Depot, Inc. v. Hitachi, Ltd., et al.*,
4  No.11-cv-06276;

5  *CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*,
6  No. 11-cv-06396;

7  *Costco Wholesale Corporation v. Hitachi, Ltd., et*
8  *al.*, No. 11-cv-06397;

9  *P.C. Richard & Son Long Island Corporation, et*
10  *al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

11  *Schultze Agency Services, LLC v. Hitachi, Ltd., et*
12  *al.*, No. 12-cv-02649;

13  *Tech Data Corporation, et al. v. Hitachi, Ltd., et*
14  *al.*, No. 13-cv-00157;

15  *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et*
16  *al.*, No. 13-cv-01173;

17  *Sharp Electronics Corp. et al. v. Koninklijke*
18  *Philips Electronics, N.V., et al.*,
19  No. 13-cv-02776;

20  *Siegel v. Technicolor SA, et al.*,
21  No. 13-cv-05261;

22  *Sears, Roebuck and Co., et al. v. Technicolor SA*,
23  No. 13-cv-05262;

24  *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*,
25  No. 13-cv-05264;

26  *Schultze Agency Services, LLC v. Technicolor SA*,
27  *et al.*, No. 13-cv-05668;

28  *Target Corp., v. Technicolor SA, et al.*,
No. 13-cv-05686;

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE
TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS
AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2   *Costco Wholesale Corporation v. Technicolor
    SA,, et al., No. 13-cv-005723;*
3
4   *Electrograph Systems, Inc., et al. v. Technicolor
    SA, et al.,*
5   *No. 13-cv-05724;*
6
    *P.C. Richard & Son Long Island Corporation, et
7   al. v. Technicolor SA, et al.,*
    *No. 13-cv-05725;*
8
9   *Office Depot, Inc. v. Technicolor SA, et al.,*
    *No. 13-cv-05726;*
10
11  *Interbond Corporation of America v. Technicolor
    SA, et al.,*
12  *No. 13-cv-05727;*
13
14  *ViewSonic Corporation, v. Chunghwa Picture
    Tubes, Ltd., et al.,*
15  *No. 3:14cv-02510;*
16
    *The Indirect Purchaser Action.*
17

18
19          This Stipulation and Proposed Order Extending the Deadline to File Motion to Compel

20  Toshiba to Respond to Direct Action Plaintiffs and Indirect Purchaser Plaintiffs' First Set of

21  Requests for Admission between the Direct Action Plaintiffs in the cases listed above and

    Indirect Purchaser Class (collectively "Plaintiffs"), on the one hand, and defendants Toshiba
22
    Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba
23
    America Electronic Components, Inc.; Toshiba America Information Systems, Inc.
24
    (collectively, the "Toshiba Defendants"), on the other hand, is made with respect to the
25
    following facts and recitals:
26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE
TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS
AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close

2  of fact discovery for September 5, 2014. *See* Dkt. No. 2459;

3  WHEREAS, the deadline to file any motion to compel after the discovery cut-off was

4  September 12, 2014 (L.R. 37-3);

5  WHEREAS, on August 1, 2014, the Plaintiffs served their First Set of Requests for

6  Admission on the Toshiba Defendants;

7  WHEREAS, on September 5, 2014, Toshiba served its Responses to Plaintiffs' First

8  Set of Requests for Admission and stated objections on various grounds;

9  WHEREAS, counsel for the undersigned parties have held multiple telephonic meet

10  and confers to discuss purported deficiencies in the Toshiba Defendants' responses identified

11  by Plaintiffs and have a bona fide intent to continue doing so;

12  WHEREAS, the Plaintiffs and the Toshiba Defendants have conferred by and through

13  their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

14  1.  The Plaintiffs will provide the Toshiba Defendants with a list of 94 documents

15  produced by the Toshiba Defendants in this litigation by October 10, 2014.

16  2.  The Toshiba Defendants will provide the Plaintiffs with a list of 94 documents

17  produced by the Plaintiffs in this litigation by October 10, 2014.

18  3.  The Toshiba Defendants will review the list provided by Plaintiffs and inform

19  the Plaintiffs by October 17, 2014 whether they will stipulate that any such

20  documents are authentic and, separately, that any such documents are business

21  records within the meaning of Rule 803(6) of the Federal Rules of Evidence.

22  4.  Plaintiffs will review the list of documents provided by the Toshiba Defendants

23  and inform the Toshiba Defendants by October 17, 2014 whether they will

24  stipulate that any such documents are authentic and, separately, that any such

25  documents are business records within the meaning of Rule 803(6) of the

26  Federal Rules of Evidence.

27  5.  The undersigned parties agree to extend the deadline for the Plaintiffs to file a

28  motion to compel relating to the Plaintiffs' First Set of Requests for

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE
TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS
AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1     Admission, to the extent one is deemed necessary by Plaintiffs, to October 24,

2     2014. The Toshiba Defendants reserve all of their rights in responding to any

3     such motion, including withdrawing any agreement or response they have

4     made with respect to the list of 94 documents provided by the Plaintiffs.

5    6.    No response by the Toshiba Defendants to the Plaintiffs' list of 94 documents

6     shall be deemed a response to any of the requests in the Plaintiffs' First Set of

7     Requests for Admission.

8

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

12  Dated: _____      _____

13                                    Hon. Samuel Conti
                                      United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Dated: October 10, 2014

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**WHITE & CASE** LLP

By: _/s/ Lucius B. Lau_
    Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
    Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
    Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
    701 Thirteenth Street, N.W.
    Washington, DC 20005
    tel.: (202) 626-3600
    fax: (202) 639-9355

*Counsel to Defendants Toshiba*
*Corporation; Toshiba America, Inc.;*
*Toshiba America Consumer Products,*
*L.L.C.; Toshiba America Electronic*
*Components, Inc.; Toshiba America*
*Information Systems, Inc.*


BOIES, SCHILLER & FLEXNER LLP

By: _/s/ Philip J. Iovieno_
    Philip J. Iovieno
    piovieno@bsfllp.com
    Anne M. Nardacci
    anardacci@bsfllp.com
    **BOIES, SCHILLER & FLEXNER LLP**
    30 South Pearl St., 11th Floor
    Albany, NY 12207
    Telephone: (518) 434-0600
    Facsimile: (518) 434-0665

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

William A. Isaacson
wisaacson@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Stuart H. Singer
ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs*

**TRUMP ALIOTO TRUMP & PRESCOTT ATTORNEYS LLP**

By: */s/ Lauren C. Russell*
Lauren C. Russell
TRUMP ALIOTO TRUMP & PRESCOTT ATTORNEYS LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415.563.7200
Fax: 415.346.0679

*Lead Counsel for the Indirect Purchaser Plaintiffs*

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE
TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS
AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-5944 SC
MDL No. 1917
5

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of October, 2014, at Washington, DC.

By: _/s/ Lucius B. Lau_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE
TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS
AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

## CERTIFICATE OF SERVICE

3       On October 10, 2014, I caused a copy of the "STIPULATION AND [PROPOSED]

4  ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL TOSHIBA

5  TO RESPOND TO DIRECT ACTION PLAINTIFFS AND INDIRECT PURCHASER

6  PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION" to be electronically filed

7  via the Court's Electronic Case Filing System, which constitutes service in this action

8  pursuant to the Court's order of September 29, 2008.

9

10

11                                    By:  _/s/ Lucius B. Lau_____

12                                        Lucius B. Lau (*pro hac vice*)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE
TO FILE MOTION TO COMPEL TOSHIBA TO RESPOND TO DIRECT ACTION PLAINTIFFS
AND INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
Case No. 07-5944 SC
MDL No. 1917

Toshiba Attachment 2

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
Bernice Conn, Bar No. 161594
Bconn@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY ENTERPRISE
SERVICES, INC.; BEST BUY STORES, L.P.;
BESTBUY.COM, LLC; MAGNOLIA HI-FI, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. M:07-5994-SC MDL No. 1917 |
| This Document Relates to | Case No. 3:11-cv-05513-SC |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al., No. 11-cv-01656;* | |
| *Siegel v. Hitachi, Ltd., et al., No. 11-cv-05502;* | **DIRECT ACTION PLAINTIFFS' AND INDIRECT ACTION PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513;* | |
| *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-05514;* | |
| *Interbond Corporation of America v. Hitachi, et al., No. 11-cv-06275;* | |
| *Office Depot, Inc. v. Hitachi, Ltd., et al., No. 11-cv-06276;* | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd. et al., No. 11-cv-06396;* | |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al., No. 11-cv-06397;* | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al., No. 12-cv-02648;* | |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DIRECT ACTION PLAINTIFFS' AND INDIRECT ACTION
PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
TO THE TOSHIBA DEFENDANTS]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1   *Schultze Agency Services, LLC v. Hitachi, Ltd.,
et al., No. 12-cv-02649;*

2   *Tech Data Corporation, et al. v. Hitachi, Ltd., et
al., No. 13-cv-00157;*

3

4   *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et
al., No. 13-cv-01173;*

5   *Dell Inc. and Dell Products L.P. v. Hitachi, Ltd.,
et al., No. 13-cv-02171;*

6

7   *Sharp Electronics Corp. et al. v. Koninklijke
Philips Electronics, N.V., et al., No. 13-cv-
02776;*

8

9   *Siegel v. Technicolor SA, et al., No. 13-cv-05261;*

10   *Sears, Roebuck and Co., et al. v. Technicolor SA,
No. 13-cv-05262;*

11   *Best Buy Co., Inc., et al. v. Technicolor SA, et al.,
No. 13-cv-05264;*

12

13   *Schultze Agency Services, LLC v. Technicolor
SA, et al., No. 13-cv-05668;*

14   *Target Corp., v. Technicolor SA, et al., No. 13-
cv-05686;*

15

16   *Costco Wholesale Corporation v. Technicolor
SA,, et al., No. 13-cv-005723;*

17   *Electrograph Systems, Inc., et al. v. Technicolor
SA, et al., No. 13-cv-05724;*

18

19   *P.C. Richard & Son Long Island Corporation, et
al. v. Technicolor SA, et al., No. 13-cv-05725;*

20   *Office Depot, Inc. v. Technicolor SA, et al., No.
13-cv-05726;*

21

22   *Interbond Corporation of America v. Technicolor
SA, et al., No. 13-cv-05727.*

23   *ViewSonic Corporation, v. Chunghwa Picture
Tubes, Ltd., et al., 3:14cv-02510;*

24

    *The Indirect Purchaser Action.*

25

26   **PROPOUNDING PARTIES:**   Direct Action Plaintiffs Electrograph Systems, Inc.
and Electrograph Technologies Corp.; Alfred H.

27   Siegel, solely as Trustee of the Circuit City Stores,
Inc. Liquidating Trust; Best Buy Co., Inc., Best Buy

28   Purchasing LLC, Best Buy Enterprise Services,

Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC; Target Corp., Sears, Roebuck, and Co., Kmart Corp.; Interbond Corporation of America; Office Depot, Inc.; CompuCom Systems, Inc.; Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.; Schultz Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; and Tech Data Corporation and Tech Data Product Management, Inc.; Dell Inc. and Dell Products L.P.; and Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.; and Viewsonic Corporation; and the Indirect Purchaser Plaintiffs

**RESPONDING PARTY**:            Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronics Components, Inc.; Toshiba America Information Systems, Inc.

**SET NO.:**                    Authentication Set

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Best Buy hereby requests that Defendants serve responses to the following first set of requests for admission (the "Requests") in compliance with Rule 36 of the Federal Rules of Civil Procedure no later than thirty (30) days after the date of the service hereof.

## DEFINITIONS

1.     The terms "YOU" and "YOUR" shall mean the Responding Party above, and/or its agents, employees, attorneys and ALL other persons acting or purporting to act on its behalf at ANY time, and ALL associated or affiliated persons, companies, entities, subsidiaries, divisions, representatives, officers, investigators, accountants, predecessors and/or successors.

## INSTRUCTIONS

1.     Unless otherwise specified, no request for admission shall be viewed as limiting the scope of any other request for admission.

2.     Each request for admission shall be numbered separately and each response

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

shall be numbered in the same manner and sequence as the corresponding request for admission.

3.      If YOU do not have personal knowledge sufficient to fully respond to a request for admission, YOU should so state, and make a reasonable and good-faith effort to obtain the information by inquiring to other persons, organizations or natural persons.

4.      These requests for admission are continuing in nature and YOU have a continuing obligation to update YOUR responses to these requests for admission so long as the action is pending.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Separately for each document identified in Exhibit A, Admit that the document is a true, correct and genuine copy of the original.

**REQUEST FOR ADMISSION NO. 2:**

Separately for each document identified in Exhibit A, Admit that the document is authentic and satisfies Fed. R. Evid. 901.

**REQUEST FOR ADMISSION NO. 3:**

Separately for each document identified in Exhibit A, Admit that the document was made at or near the time of the event reflected in the document.

**REQUEST FOR ADMISSION NO. 4:**

Separately for each document identify in Exhibit A, Admit that the document was made by someone with knowledge of the contents or event reflected in the document.

**REQUEST FOR ADMISSION NO. 5:**

Separately for each document identified in Exhibit A, Admit that the document was kept in the course of Your regularly conducted business.

**REQUEST FOR ADMISSION NO. 6:**

Separately for each document identified in Exhibit A, Admit that the document

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

was prepared in the regular course of Your business.

**REQUEST FOR ADMISSION NO. 7:**

Separately for each document identified in Exhibit A, Admit that the document satisfies Fed. R. Evid. 803(6).

**REQUEST FOR ADMISSION NO. 8:**

Admit that each of the individuals identified in Exhibit B are YOUR current or former employees.

DATED: August 1, 2014

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Laura E. Nelson
     Roman M. Silberfeld
     David Martinez
     Laura E. Nelson

*Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BESTBUY.COM, LLC; Magnolia Hi-Fi, LLC*

/s/ Philip J. Iovieno
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DIRECT ACTION PLAINTIFFS' AND INDIRECT ACTION
PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
TO THE TOSHIBA DEFENDANTS]

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com
*Liaison Counsel for Direct Action and Attorneys for
Plaintiffs Electrograph Systems, Inc., Electrograph
Technologies, Corp., Office Depot, Inc., Interbond
Corporation of America, P.C. Richard & Son Long
Island Corporation, MARTA Cooperative of America,
Inc., ABC Appliance, Inc., Schultze Agency Services
LLC on behalf of Tweeter Opco, LLC and Tweeter
Newco, LLC*
*Liaison Counsel for Direct Action Plaintiffs*

*/s/ David J. Burman*
David J. Burman (pro hac vice)
Cori G. Moore (pro hac vice)
Eric J. Weiss (pro hac vice)
Nicholas H. Hesterberg (pro hac vice)
Steven D. Merriman (pro hac vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
Email: CGMoore@perkisncoie.com
Email: EWeiss@perkinscoie.com
Email: NHesterberg@perkinscoie.com
Email: SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320
*Attorneys for Plaintiff Costco Wholesale Corporation*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

/s/ Robert W. Turken

Robert W. Turken
Scott N. Wagner
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
Email: swagner@bilzin.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com
Attorneys for Plaintiffs Tech Data Corporation and
Tech Data Product Management, Inc.

/s/ Kenneth S. Marks

Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DIRECT ACTION PLAINTIFFS' AND INDIRECT ACTION
PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
TO THE TOSHIBA DEFENDANTS]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com
*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of
the Circuit City Stores, Inc. Liquidating Trust*

/s/ Jason C. Murray
Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
aheaven@crowell.com
*Attorneys for Target Corp. and ViewSonic Corporation*

/s/ Richard Alan Arnold
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.

60835667.1                    - 8 -

201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com
*Attorneys for Plaintiff Sears, Roebuck and Co. and
Kmart Corp*

/s/ Michael P. Kenny
Michael P. Kenny
Debra D. Bernstein
Matthew D. Kent
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
Email: mike.kenny@alston.com
debra.bernstein@alston.com
matthew.kent@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500
Email: wagstaffe@kerrwagstaffe.com
*Counsel for Plaintiffs Dell Inc. and Dell
Products L.P.*

/s/ Kenneth A. Gallo
Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60835667.1

- 9 -

DIRECT ACTION PLAINTIFFS' AND INDIRECT ACTION
PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
TO THE TOSHIBA DEFENDANTS]

cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com
*Attorneys for Plaintiffs Sharp Electronics Corporation
and Sharp Electronics Manufacturing Company of
America, Inc.*

/s/ Lauren C. Russell
Lauren C. Russell
TRUMP ALIOTO TRUMP & PRESCOTT
ATTORNEYS LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415.563.7200
Fax: 415.346.0679
*Lead Counsel for the Indirect
Purchaser Plaintiffs*

60835667.1

DIRECT ACTION PLAINTIFFS' AND INDIRECT ACTION
PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION
TO THE TOSHIBA DEFENDANTS]

# EXHIBIT "A"

**EXHIBIT A TO THE DAPS' AND IPPS' FIRST SET OF REQUESTS FOR ADMISSION TO THE TOSHIBA DEFENDANTS**

|     | Beginning Bates Number | End Bates Number |
|-----|------------------------|------------------|
| 1.  | TACP-CRT-00020562 | TACP-CRT-00020576 |
| 2.  | TACP-CRT-00021819 | TACP-CRT-00021835 |
| 3.  | TACP-CRT-00056285 | TACP-CRT-00056311 |
| 4.  | TACP-CRT-00058370 | TACP-CRT-00058370 |
| 5.  | TACP-CRT-00058971 | TACP-CRT-00058983 |
| 6.  | TACP-CRT-00059130 | TACP-CRT-00059146 |
| 7.  | TACP-CRT-00060531 | TACP-CRT-00060531 |
| 8.  | TACP-CRT-00067128 | TACP-CRT-00067128 |
| 9.  | TACP-CRT-00068695 | TACP-CRT-00068695 |
| 10. | TACP-CRT-00075852 | TACP-CRT-00075852 |
| 11. | TACP-CRT-00085160 | TACP-CRT-00085160 |
| 12. | TACP-CRT-00096471 | TACP-CRT-00096471 |
| 13. | TACP-CRT-00096980 | TACP-CRT-00096980 |
| 14. | TACP-CRT-00109302 | TACP-CRT-00109337 |
| 15. | TACP-CRT-00111017 | TACP-CRT-00111022 |
| 16. | TACP-CRT-00115472 | TACP-CRT-00115494 |
| 17. | TAEC-CRT-00002673 | TAEC-CRT-00002768 |
| 18. | TAEC-CRT-00004748 | TAEC-CRT-00004891 |
| 19. | TAEC-CRT-00006212 | TAEC-CRT-00006373 |
| 20. | TAEC-CRT-00008902 | TAEC-CRT-00008908 |
| 21. | TAEC-CRT-00009022 | TAEC-CRT-00009023 |
| 22. | TAEC-CRT-00009116 | TAEC-CRT-00009181 |
| 23. | TAEC-CRT-00009411 | TAEC-CRT-00009447 |
| 24. | TAEC-CRT-00010225 | TAEC-CRT-00010263 |
| 25. | TAEC-CRT-00010351 | TAEC-CRT-00010410 |
| 26. | TAEC-CRT-00010411 | TAEC-CRT-00010472 |
| 27. | TAEC-CRT-00011248 | TAEC-CRT-00011327 |
| 28. | TAEC-CRT-00014236 | TAEC-CRT-00014254 |
| 29. | TAEC-CRT-00016194 | TAEC-CRT-00016204 |
| 30. | TAEC-CRT-00016220 | TAEC-CRT-00016221 |
| 31. | TAEC-CRT-00016222 | TAEC-CRT-00016225 |
| 32. | TAEC-CRT-00016370 |  |
| 33. | TAEC-CRT-00016371 |  |
| 34. | TAEC-CRT-00016372 |  |
| 35. | TAEC-CRT-00016373 |  |
| 36. | TAEC-CRT-00018120 | TAEC-CRT-00018123 |
| 37. | TAEC-CRT-00018123 | TAEC-CRT-00018123 |

|     | Beginning Bates Number | End Bates Number |
|-----|------------------------|------------------|
| 38. | TAEC-CRT-00018126 | TAEC-CRT-00018127 |
| 39. | TAEC-CRT-00018272 | TAEC-CRT-00018319 |
| 40. | TAEC-CRT-00018555 | TAEC-CRT-00018555 |
| 41. | TAEC-CRT-00019990 | TAEC-CRT 00019993 |
| 42. | TAEC-CRT-00020529 | TAEC-CRT-00020554 |
| 43. | TAEC-CRT-00020530 | TAEC-CRT-00020546 |
| 44. | TAEC-CRT-00020718 | TAEC-CRT-00020734 |
| 45. | TAEC-CRT-00020830 | TAEC-CRT-00020895 |
| 46. | TAEC-CRT-00021577 | TAEC-CRT-00021595 |
| 47. | TAEC-CRT-00023685 | TAEC-CRT-00023685 |
| 48. | TAEC-CRT-00025345 | TAEC-CRT-00025398 |
| 49. | TAEC-CRT-00025518 | TAEC-CRT-00025583 |
| 50. | TAEC-CRT-00026960 | TAEC-CRT-00026962 |
| 51. | TAEC-CRT-00027321 | TAEC-CRT-00027330 |
| 52. | TAEC-CRT-00027616 | TAEC-CRT-00027652 |
| 53. | TAEC-CRT-00028018 | TAEC-CRT-00028021 |
| 54. | TAEC-CRT-00028022 | TAEC-CRT-00028025 |
| 55. | TAEC-CRT-00028971 | TAEC-CRT-00029007 |
| 56. | TAEC-CRT-00037898 | TAEC-CRT-00037925 |
| 57. | TAEC-CRT-00038113 | TAEC-CRT-00038113 |
| 58. | TAEC-CRT-00038135 | TAEC-CRT-00038135 |
| 59. | TAEC-CRT-00038136 | TAEC-CRT-00038136 |
| 60. | TAEC-CRT-00039256 | TAEC-CRT-00039305 |
| 61. | TAEC-CRT-00041353 | TAEC-CRT-00041353 |
| 62. | TAEC-CRT-00041435 | TAEC-CRT-00041436 |
| 63. | TAEC-CRT-00041437 | TAEC-CRT-00041439 |
| 64. | TAEC-CRT-00041489 | TAEC-CRT-00041489 |
| 65. | TAEC-CRT-00041496 | TAEC-CRT-00041499 |
| 66. | TAEC-CRT-00041564 | TAEC-CRT-00041564 |
| 67. | TAEC-CRT-00041604 | TAEC-CRT-00041605 |
| 68. | TAEC-CRT-00041606 | TAEC-CRT-00041608 |
| 69. | TAEC-CRT-00041606 | TAEC-CRT-00041608 |
| 70. | TAEC-CRT-00041617 | TAEC-CRT 00041619 |
| 71. | TAEC-CRT-00041658 | TAEC-CRT-00041659 |
| 72. | TAEC-CRT-00041658 | TAEC-CRT-00041659 |
| 73. | TAEC-CRT-00041705 | TAEC-CRT-00041705 |
| 74. | TAEC-CRT-00041709 | TAEC-CRT-00041711 |
| 75. | TAEC-CRT-00041740 | TAEC-CRT-00041753 |
| 76. | TAEC-CRT-00042216 | TAEC-CRT-00042216 |
| 77. | TAEC-CRT-00042455 | TAEC-CRT-00042455 |

|      | Beginning Bates Number | End Bates Number |
|------|------------------------|------------------|
| 78.  | TAEC-CRT-00042456 | TAEC-CRT-00042456 |
| 79.  | TAEC-CRT-00042457 | TAEC-CRT-00042457 |
| 80.  | TAEC-CRT-00042462 | TAEC-CRT-00042462 |
| 81.  | TAEC-CRT-00042463 | TAEC-CRT-00042463 |
| 82.  | TAEC-CRT-00046070 | TAEC-CRT-00046102 |
| 83.  | TAEC-CRT-00049876 | TAEC-CRT-00049912 |
| 84.  | TAEC-CRT-00054277 | TAEC-CRT-00054308 |
| 85.  | TAEC-CRT-00054383 | TAEC-CRT-00054401 |
| 86.  | TAEC-CRT-00054572 | TAEC-CRT-00054592 |
| 87.  | TAEC-CRT-00054831 | TAEC-CRT-00054848 |
| 88.  | TAEC-CRT-00054896 | TAEC-CRT-00054913 |
| 89.  | TAEC-CRT-00055023 | TAEC-CRT-00055035 |
| 90.  | TAEC-CRT-00055023 | TAEC-CRT-00055035 |
| 91.  | TAEC-CRT-00055069 | TAEC-CRT-00055130 |
| 92.  | TAEC-CRT–00055131 | TAEC-CRT-00055151 |
| 93.  | TAEC-CRT-00056158 | TAEC-CRT-00056167 |
| 94.  | TAEC-CRT-00059040 | TAEC-CRT-00059041 |
| 95.  | TAEC-CRT-00059798 | TAEC-CRT-00059830 |
| 96.  | TAEC-CRT-00062947 | TAEC-CRT-00062976 |
| 97.  | TAEC-CRT-00065290 | TAEC-CRT-00065294 |
| 98.  | TAEC-CRT-00065345 | TAEC-CRT-00065346 |
| 99.  | TAEC-CRT-00065469 | TAEC-CRT-00065471 |
| 100. | TAEC-CRT-00065481 | TAEC-CRT-00065484 |
| 101. | TAEC-CRT-00065483 | TAEC-CRT-00065483 |
| 102. | TAEC-CRT-00065484 | TAEC-CRT-00065484 |
| 103. | TAEC-CRT-00065518 | TAEC-CRT-00065521 |
| 104. | TAEC-CRT-00065518 | TAEC-CRT-00065521 |
| 105. | TAEC-CRT-00065522 | TAEC-CRT-00065590 |
| 106. | TAEC-CRT-00065529 | TAEC-CRT-00065538 |
| 107. | TAEC-CRT-00065635 | TAEC-CRT-00065638 |
| 108. | TAEC-CRT-00065795 | TAEC-CRT-00065795 |
| 109. | TAEC-CRT-00065969 | TAEC-CRT-00065969 |
| 110. | TAEC-CRT-00065986 | TAEC-CRT-00065987 |
| 111. | TAEC-CRT-00066181 | TAEC-CRT-00066181 |
| 112. | TAEC-CRT-00066310 | TAEC-CRT-00066313 |
| 113. | TAEC-CRT-00066389 | TAEC-CRT-00066391 |
| 114. | TAEC-CRT-00066396 | TAEC-CRT-00066397 |
| 115. | TAEC-CRT-00066614 | TAEC-CRT-00066617 |
| 116. | TAEC-CRT-00066666 | TAEC-CRT-00066669 |
| 117. | TAEC-CRT-00066727 | TAEC-CRT-00054308 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 118. | TAEC-CRT-00066846 | TAEC-CRT-00066848 |
| 119. | TAEC-CRT-00066883 | TAEC-CRT-00066886 |
| 120. | TAEC-CRT-00066991 | TAEC-CRT-00066993 |
| 121. | TAEC-CRT-00067150 | TAEC-CRT-00067153 |
| 122. | TAEC-CRT-00067163 | TAEC-CRT-00067165 |
| 123. | TAEC-CRT-00067195 | TAEC-CRT-00067201 |
| 124. | TAEC-CRT-00067202 | TAEC-CRT-00067203 |
| 125. | TAEC-CRT-00067204 | TAEC-CRT-00067206 |
| 126. | TAEC-CRT-00067374 | TAEC-CRT-00067376 |
| 127. | TAEC-CRT-00067678 | TAEC-CRT-00067678 |
| 128. | TAEC-CRT-00067769 | TAEC-CRT-00067770 |
| 129. | TAEC-CRT-00067769 | TAEC-CRT-00067770 |
| 130. | TAEC-CRT-00067852 | TAEC-CRT-00067853 |
| 131. | TAEC-CRT-00068167 | TAEC-CRT-00068169 |
| 132. | TAEC-CRT-00068262 | TAEC-CRT-00068264 |
| 133. | TAEC-CRT-00068280 | TAEC-CRT-00068280 |
| 134. | TAEC-CRT-00068281 | TAEC-CRT-00068281 |
| 135. | TAEC-CRT-00068488 | TAEC-CRT-00068492 |
| 136. | TAEC-CRT-00068575 | TAEC-CRT-00068576 |
| 137. | TAEC-CRT-00068610 | TAEC-CRT-00068612 |
| 138. | TAEC-CRT-00068653 | TAEC-CRT-00068655 |
| 139. | TAEC-CRT-00068698 | TAEC-CRT-00068787 |
| 140. | TAEC-CRT-00068706 | TAEC-CRT-00068715 |
| 141. | TAEC-CRT-00068856 | TAEC-CRT-00068857 |
| 142. | TAEC-CRT-00068888 | TAEC-CRT-00068888 |
| 143. | TAEC-CRT-00068894 | TAEC-CRT-00068901 |
| 144. | TAEC-CRT-00068960 | TAEC-CRT-00068960 |
| 145. | TAEC-CRT-00068992 | TAEC-CRT-00068992 |
| 146. | TAEC-CRT-00069134 | TAEC-CRT-00069135 |
| 147. | TAEC-CRT-00069140 | TAEC-CRT-00069142 |
| 148. | TAEC-CRT-00069157 | TAEC-CRT-00069158 |
| 149. | TAEC-CRT-00069199 | TAEC-CRT-00069201 |
| 150. | TAEC-CRT-00069279 | TAEC-CRT-00069312 |
| 151. | TAEC-CRT-00069348 | TAEC-CRT-00069348 |
| 152. | TAEC-CRT-00069405 | TAEC-CRT-00069406 |
| 153. | TAEC-CRT-00069569 | TAEC-CRT-00069570 |
| 154. | TAEC-CRT-00069754 | TAEC-CRT-00069755 |
| 155. | TAEC-CRT-00069764 | TAEC-CRT-00069766 |
| 156. | TAEC-CRT-00069946 | TAEC-CRT-00069947 |
| 157. | TAEC-CRT-00070348 | TAEC-CRT-00070353 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 158. | TAEC-CRT-00070424 | TAEC-CRT-00070425 |
| 159. | TAEC-CRT-00070474 | TAEC-CRT-00070475 |
| 160. | TAEC-CRT-00070897 | TAEC-CRT-00070898 |
| 161. | TAEC-CRT-00070960 | TAEC-CRT-00070967 |
| 162. | TAEC-CRT-00071142 | TAEC-CRT-00071143 |
| 163. | TAEC-CRT-00071173 | TAEC-CRT-00071189 |
| 164. | TAEC-CRT-00071198 | TAEC-CRT-00071199 |
| 165. | TAEC-CRT-00071245 | TAEC-CRT-00071245 |
| 166. | TAEC-CRT-00071299 | TAEC-CRT-00071300 |
| 167. | TAEC-CRT-00071333 | TAEC-CRT-00071335 |
| 168. | TAEC-CRT-00071371 | TAEC-CRT-00071381 |
| 169. | TAEC-CRT-00071432 | TAEC-CRT-00071433 |
| 170. | TAEC-CRT-00071581 | TAEC-CRT-00071582 |
| 171. | TAEC-CRT-00071724 | TAEC-CRT-00071734 |
| 172. | TAEC-CRT-00071755 | TAEC-CRT-00071756 |
| 173. | TAEC-CRT-00071857 | TAEC-CRT-00071858 |
| 174. | TAEC-CRT-00071982 | TAEC-CRT-00071982 |
| 175. | TAEC-CRT-00071992 | TAEC-CRT-00072017 |
| 176. | TAEC-CRT-00072117 | TAEC-CRT-00072117 |
| 177. | TAEC-CRT-00072148 | TAEC-CRT-00072151 |
| 178. | TAEC-CRT-00072148 | TAEC-CRT-00072151 |
| 179. | TAEC-CRT-00072195 | TAEC-CRT-00072198 |
| 180. | TAEC-CRT-00072276 | TAEC-CRT-00072280 |
| 181. | TAEC-CRT-00072396 | TAEC-CRT-00072399 |
| 182. | TAEC-CRT-00072954 | TAEC-CRT-00072956 |
| 183. | TAEC-CRT-00072957 | TAEC-CRT-00073032 |
| 184. | TAEC-CRT-00073150 | TAEC-CRT-00073151 |
| 185. | TAEC-CRT-00073525 | TAEC-CRT-00073528 |
| 186. | TAEC-CRT-00073542 | TAEC-CRT-00073542 |
| 187. | TAEC-CRT-00073763 | TAEC-CRT-00073764 |
| 188. | TAEC-CRT-00074115 | TAEC-CRT-00074131 |
| 189. | TAEC-CRT-00074273 | TAEC-CRT-00074291 |
| 190. | TAEC-CRT-00074547 | TAEC-CRT-00074549 |
| 191. | TAEC-CRT-00074548 | TAEC-CRT-00074568 |
| 192. | TAEC-CRT-00075228 | TAEC-CRT-00075241 |
| 193. | TAEC-CRT-00077402 | TAEC-CRT-00077405 |
| 194. | TAEC-CRT-00077510 | TAEC-CRT-00077514 |
| 195. | TAEC-CRT-00078475 | TAEC-CRT-00078476 |
| 196. | TAEC-CRT-00078778 | TAEC-CRT-00078779 |
| 197. | TAEC-CRT-00079309 | TAEC-CRT-00079309 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 198. | TAEC-CRT-00079324 | TAEC-CRT-00079325 |
| 199. | TAEC-CRT-00079628 | TAEC-CRT-00079628 |
| 200. | TAEC-CRT-00079825 | TAEC-CRT-00079834 |
| 201. | TAEC-CRT-00079903 | TAEC-CRT-00079903 |
| 202. | TAEC-CRT-00080053 | TAEC-CRT 00080056 |
| 203. | TAEC-CRT-00080703 | TAEC-CRT-00080710 |
| 204. | TAEC-CRT-00081210 | TAEC-CRT-00081213 |
| 205. | TAEC-CRT-00081255 | TAEC-CRT-00081257 |
| 206. | TAEC-CRT-00082220 | TAEC-CRT-00082220 |
| 207. | TAEC-CRT-00082221 | TAEC-CRT-00082221 |
| 208. | TAEC-CRT-00082897 | TAEC-CRT-00082897 |
| 209. | TAEC-CRT-00083156 | TAEC-CRT-00083156 |
| 210. | TAEC-CRT-00084530 | TAEC-CRT-00084530 |
| 211. | TAEC-CRT-00085136 | TAEC-CRT-00085151 |
| 212. | TACP-CRT-00085160 | |
| 213. | TAEC-CRT-00085804 | TAEC-CRT-00085804 |
| 214. | TAEC-CRT-00086253 | TAEC-CRT-00086257 |
| 215. | TAEC-CRT-00087097 | TAEC-CRT-00087099 |
| 216. | TAEC-CRT-00087223 | TAEC-CRT-00087224 |
| 217. | TAEC-CRT-00087425 | TAEC-CRT-00087426 |
| 218. | TAEC-CRT-00087508 | TAEC-CRT-00087508 |
| 219. | TAEC-CRT-00087808 | TAEC-CRT-00087809 |
| 220. | TAEC-CRT-00087961 | TAEC-CRT-00087962 |
| 221. | TAEC-CRT-00087962 | TAEC-CRT-00087962 |
| 222. | TAEC-CRT-00088054 | TAEC-CRT-00088055 |
| 223. | TAEC-CRT-00088432 | TAEC-CRT-00088434 |
| 224. | TAEC-CRT-00088715 | TAEC-CRT-00088716 |
| 225. | TAEC-CRT-00089031 | TAEC-CRT-00089032 |
| 226. | TAEC-CRT-00089144 | TAEC-CRT-00089144 |
| 227. | TAEC-CRT-00089342 | TAEC-CRT-00089344 |
| 228. | TAEC-CRT-00089910 | TAEC-CRT-00089924 |
| 229. | TAEC-CRT-00089968 | TAEC-CRT-00089969 |
| 230. | TAEC-CRT-00089968 | TAEC-CRT-00089969 |
| 231. | TAEC-CRT-00090127 | TAEC-CRT-00090128 |
| 232. | TAEC-CRT-00090311 | TAEC-CRT-00090311 |
| 233. | TAEC-CRT-00090463 | TAEC-CRT-00090464 |
| 234. | TAEC-CRT-00090918 | TAEC-CRT-00090920 |
| 235. | TAEC-CRT-00091750 | TAEC-CRT-00091751 |
| 236. | TAEC-CRT-00092163 | TAEC-CRT-00092164 |
| 237. | TAEC-CRT-00092350 | TAEC-CRT-00092351 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 238. | TAEC-CRT-00092989 | TAEC-CRT-00092990 |
| 239. | TAEC-CRT-00093312 | TAEC-CRT-00093313 |
| 240. | TAEC-CRT-00093562 | TAEC-CRT-00093562 |
| 241. | TAEC-CRT-00094015 | TAEC-CRT-00094016 |
| 242. | TAEC-CRT-00094249 | TAEC-CRT-00094250 |
| 243. | TAEC-CRT-00094993 | TAEC-CRT-00094994 |
| 244. | TAEC-CRT-00095236 | TAEC-CRT-00095237 |
| 245. | TAEC-CRT-00095679 | TAEC-CRT-00095680 |
| 246. | TAEC-CRT-00096009 | TAEC-CRT-00096010 |
| 247. | TAEC-CRT-00096166 | TAEC-CRT-00096168 |
| 248. | TAEC-CRT-00096353 | TAEC-CRT-00096354 |
| 249. | TAEC-CRT-00096866 | TAEC-CRT-00096866 |
| 250. | TAEC-CRT-00096935 | TAEC-CRT-00096937 |
| 251. | TAEC-CRT-00097613 | TAEC-CRT-00097615 |
| 252. | TAEC-CRT-00097880 | TAEC-CRT-00097880 |
| 253. | TAEC-CRT-00101174 | TAEC-CRT-00101176 |
| 254. | TAEC-CRT-00110316 | TAEC-CRT-00110316 |
| 255. | TAEC-CRT-00115648 | TAEC-CRT-00115650 |
| 256. | TAEC-CRT-00116065 | TAEC-CRT-00116065 |
| 257. | TAEC-CRT-00116066 | TAEC-CRT-00116066 |
| 258. | TAEC-CRT-00117290 | TAEC-CRT-00117290 |
| 259. | TAEC-CRT-00118427 | TAEC-CRT-00118429 |
| 260. | TAEC-CRT-00120697 | TAEC-CRT-00120935 |
| 261. | TAEC-CRT-00122577 | TAEC-CRT-00122583 |
| 262. | TAEC-CRT-00124404 | TAEC-CRT-00124412 |
| 263. | TAEC-CRT-00124796 | TAEC-CRT-00124827 |
| 264. | TAEC-CRT-00126884 | TAEC-CRT-00126888 |
| 265. | TAIS-CRT-00000043 | TAIS-CRT-00000047 |
| 266. | TAIS-CRT-00000276 | TAIS-CRT-00000289 |
| 267. | TAIS-CRT-00000539 | TAIS-CRT-00000553 |
| 268. | TARG_CRT00000023 | |
| 269. | TARG_CRT00000027 | |
| 270. | TARG_CRT00000031 | |
| 271. | TARG_CRT00000035 | |
| 272. | TARG_CRT00000039 | |
| 273. | TARG_CRT00000043 | |
| 274. | TARG_CRT00000047 | |
| 275. | TARG_CRT00000052 | |
| 276. | TDCRT-0000001 | TDCRT-0000001 |
| 277. | TDCRT-0000002 | TDCRT-0000002 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 278. | TDCRT-0000003 | TDCRT-0000003 |
| 279. | TDCRT-0000004 | TDCRT-0000004 |
| 280. | TDCRT-0000005 | TDCRT-0000005 |
| 281. | TDCRT-0000006 | TDCRT-0000006 |
| 282. | TDCRT-0000007 | TDCRT-0000007 |
| 283. | TDCRT-0000008 | TDCRT-0000008 |
| 284. | TDCRT-0000009 | TDCRT-0000009 |
| 285. | TDCRT-0000010 | TDCRT-0000010 |
| 286. | TDCRT-0000011 | TDCRT-0000011 |
| 287. | TDCRT-0000012 | TDCRT-0000012 |
| 288. | TDCRT-0000013 | TDCRT-0000013 |
| 289. | TDCRT-0000014 | TDCRT-0000014 |
| 290. | TDCRT-0000015 | TDCRT-0000015 |
| 291. | TDCRT-0000016 | TDCRT-0000016 |
| 292. | TDCRT-0000017 | TDCRT-0000017 |
| 293. | TDCRT-0000018 | TDCRT-0000018 |
| 294. | TDCRT-0000019 | TDCRT-0000019 |
| 295. | TDCRT-0000020 | TDCRT-0000020 |
| 296. | TDCRT-0000021 | TDCRT-0000021 |
| 297. | TDCRT-0000022 | TDCRT-0000022 |
| 298. | TDCRT-0000023 | TDCRT-0000023 |
| 299. | TDCRT-0000024 | TDCRT-0000024 |
| 300. | TDCRT-0000025 | TDCRT-0000025 |
| 301. | TDCRT-0000026 | TDCRT-0000026 |
| 302. | TDCRT-0000027 | TDCRT-0000027 |
| 303. | TDCRT-0000028 | TDCRT-0000028 |
| 304. | TDCRT-0000029 | TDCRT-0000029 |
| 305. | TET-CRT-00000151 | TET-CRT-00000307 |
| 306. | TET-CRT-00001249 | TET-CRT-00001302 |
| 307. | TET-CRT-00002363 | TET-CRT-00002363 |
| 308. | TET-CRT-00002488 | TET-CRT-00002488 |
| 309. | TET-CRT-00002612 | TET-CRT-00002637 |
| 310. | TET-CRT-00002966 | TET-CRT-00002988 |
| 311. | TET-CRT-00003403 | TET-CRT-00003403 |
| 312. | TSB-CRT-00007596 | TSB-CRT-00007665 |
| 313. | TSB-CRT-00008017 | TSB-CRT-00008067 |
| 314. | TSB-CRT-00008068 | TSB-CRT-00008125 |
| 315. | TSB-CRT-00009873 | TSB-CRT-00009873 |
| 316. | TSB-CRT-00009883 | TSB-CRT-00009883 |
| 317. | TSB-CRT-00009884 | TSB-CRT-00009884 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 318. | TSB-CRT-00009885 | TSB-CRT-00009885 |
| 319. | TSB-CRT-00018162 | TSB-CRT-00018489 |
| 320. | TSB-CRT-00018805 | TSB-CRT-00018921 |
| 321. | TSB-CRT-00018808 | TSB-CRT-00018812 |
| 322. | TSB-CRT-00018869 | TSB-CRT-00018886 |
| 323. | TSB-CRT-00025664 | TSB-CRT-00025664 |
| 324. | TSB-CRT-00026840 | TSB-CRT-00026840 |
| 325. | TSB-CRT-00027223 | TSB-CRT-00027223 |
| 326. | TSB-CRT-00029154 | TSB-CRT-00029154 |
| 327. | TSB-CRT-00030282 | TSB-CRT-00030282 |
| 328. | TSB-CRT-00030283 | TSB-CRT-00030283 |
| 329. | TSB-CRT-00031137 | TSB-CRT-00031176 |
| 330. | TSB-CRT-00033043 | TSB-CRT-00033072 |
| 331. | TSB-CRT00033683 | TSB-CRT00033686 |
| 332. | TSB-CRT-00033683 | TSB-CRT-00033686 |
| 333. | TSB-CRT-00035348 | TSB-CRT-00035349 |
| 334. | TSB-CRT-00035348 | TSB-CRT-00035349 |
| 335. | TSB-CRT-00035350 | TSB-CRT-00035352 |
| 336. | TSB-CRT-00035350 | TSB-CRT-00035352 |
| 337. | TSB-CRT-00035350 | TSB-CRT-00035352 |
| 338. | TSB-CRT-00035350 | TSB-CRT-00035352 |
| 339. | TSB-CRT-00036524 | TSB-CRT-00036525 |
| 340. | TSB-CRT-00036533 | TSB-CRT-00036533 |
| 341. | TSB-CRT-00036534 | TSB-CRT-00036534 |
| 342. | TSB-CRT-00036828 | TSB-CRT-00036828 |
| 343. | TSB-CRT-00036829 | TSB-CRT-00036829 |
| 344. | TSB-CRT-00036854 | TSB-CRT-00036857 |
| 345. | TSB-CRT-00036875 | TSB-CRT-00036875 |
| 346. | TSB-CRT-00036891 | TSB-CRT-00036893 |
| 347. | TSB-CRT-00036922 | TSB-CRT-00036924 |
| 348. | TSB-CRT-00036980 | TSB-CRT-00036982 |
| 349. | TSB-CRT-00037009 | TSB-CRT-00037011 |
| 350. | TSB-CRT-00037050 | TSB-CRT-00037052 |
| 351. | TSB-CRT-00037111 | TSB-CRT-00037113 |
| 352. | TSB-CRT-00037133 | TSB-CRT-00037137 |
| 353. | TSB-CRT-00037166 | TSB-CRT-00037169 |
| 354. | TSB-CRT-00037187 | TSB-CRT-00037188 |
| 355. | TSB-CRT-00037204 | TSB-CRT-00037206 |
| 356. | TSB-CRT-00037270 | TSB-CRT-00037274 |
| 357. | TSB-CRT-00037305 | TSB-CRT-00037308 |

|  | Beginning Bates Number | End Bates Number |
|---|---|---|
| 358. | TSB-CRT-00037319 | TSB-CRT-00037323 |
| 359. | TSB-CRT-00037337 | TSB-CRT-00037340 |
| 360. | TSB-CRT-00037370 | TSB-CRT-00037373 |
| 361. | TSB-CRT-00037398 | TSB-CRT-00037401 |
| 362. | TSB-CRT-00037442 | TSB-CRT-00037444 |
| 363. | TSB-CRT-00037574 | TSB-CRT-00037577 |
| 364. | TSB-CRT-00037600 | TSB-CRT-00037603 |
| 365. | TSB-CRT-00037644 | TSB-CRT-00037646 |
| 366. | TSB-CRT-00037697 | TSB-CRT-00037699 |
| 367. | TSB-CRT-00037871 | TSB-CRT-00037874 |
| 368. | TSB-CRT-00037946 | TSB-CRT-00037950 |
| 369. | TSB-CRT-00038068 | TSB-CRT-00038069 |
| 370. | TSB-CRT-00038197 | TSB-CRT-00038206 |
| 371. | TSB-CRT-00038597 | TSB-CRT-00038599 |
| 372. | TSB-CRT-00038602 | TSB-CRT-00038606 |
| 373. | TSB-CRT-00038647 | TSB-CRT-00038654 |
| 374. | TSB-CRT-00038655 | TSB-CRT-00038659 |
| 375. | TSB-CRT-00038707 | TSB-CRT-00038709 |
| 376. | TSB-CRT-00038821 | TSB-CRT-00038824 |
| 377. | TSB-CRT-00038877 | TSB-CRT-00038880 |
| 378. | TSB-CRT-00038942 | TSB-CRT-00038947 |
| 379. | TSB-CRT-00038952 | TSB-CRT-00038954 |
| 380. | TSB-CRT-00038987 | TSB-CRT-00038989 |
| 381. | TSB-CRT-00039044 | TSB-CRT-00039046 |
| 382. | TSB-CRT-00039062 | TSB-CRT-00039064 |
| 383. | TSB-CRT-00039099 | TSB-CRT-00039101 |
| 384. | TSB-CRT-00039194 | TSB-CRT-00039196 |
| 385. | TSB-CRT-00039362 | TSB-CRT-00039363 |
| 386. | TSB-CRT-00039362 | TSB-CRT-00039363 |
| 387. | TSB-CRT-00039414 | TSB-CRT-00039414 |
| 388. | TSB-CRT-00039414 | TSB-CRT-00039414 |
| 389. | TSB-CRT-00039414 | TSB-CRT-00039414 |
| 390. | TSB-CRT-00039414 | TSB-CRT-00039414 |
| 391. | TSB-CRT-00039415 | TSB-CRT-00039415 |
| 392. | TSB-CRT-00039415 | TSB-CRT-00039415 |
| 393. | TSB-CRT-00039642 | TSB-CRT-00039644 |
| 394. | TSB-CRT-00039642 | TSB-CRT-00039644 |
| 395. | TSB-CRT-00039670 | TSB-CRT-00039672 |
| 396. | TSB-CRT-00039762 | TSB-CRT-00039766 |
| 397. | TSB-CRT-00039771 | TSB-CRT-00039773 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 398. | TSB-CRT-00039829 | TSB-CRT-00039832 |
| 399. | TSB-CRT-00039829 | TSB-CRT-00039832 |
| 400. | TSB-CRT-00041236 | TSB-CRT-00041248 |
| 401. | TSB-CRT-00041527 | TSB-CRT-00041528 |
| 402. | TSB-CRT-00041527 | TSB-CRT-00041528 |
| 403. | TSB-CRT-00041620 | TSB-CRT-00041623 |
| 404. | TSB-CRT-00041620 | TSB-CRT-00041623 |
| 405. | TSB-CRT-00041620 | TSB-CRT-00041623 |
| 406. | TSB-CRT-00041620 | TSB-CRT-00041623 |
| 407. | TSB-CRT-00041633 | TSB-CRT-00041634 |
| 408. | TSB-CRT-00041633 | TSB-CRT-00041634 |
| 409. | TSB-CRT-00041721 | TSB-CRT-00041724 |
| 410. | TSB-CRT-00041721 | TSB-CRT-00041724 |
| 411. | TSB-CRT-00041746 | TSB-CRT-00041749 |
| 412. | TSB-CRT-00041746 | TSB-CRT-00041749 |
| 413. | TSB-CRT-00041817 | TSB-CRT-00041819 |
| 414. | TSB-CRT-00041862 | TSB-CRT-00041863 |
| 415. | TSB-CRT-00041862 | TSB-CRT-00041863 |
| 416. | TSB-CRT-00041862 | TSB-CRT-00041863 |
| 417. | TSB-CRT-00041870 | TSB-CRT-00041871 |
| 418. | TSB-CRT-00041870 | TSB-CRT-00041871 |
| 419. | TSB-CRT-00042440 | TSB-CRT-00042443 |
| 420. | TSB-CRT-00042493 | TSB-CRT-00042495 |
| 421. | TSB-CRT-00042493 | TSB-CRT-00042495 |
| 422. | TSB-CRT-00042493 | TSB-CRT-00042495 |
| 423. | TSB-CRT-00042610 | TSB-CRT-00042612 |
| 424. | TSB-CRT-00042610 | TSB-CRT-00042612 |
| 425. | TSB-CRT-00045123 | TSB-CRT-00045126 |
| 426. | TSB-CRT-00061306 | |
| 427. | TSB-CRT-00061307 | |
| 428. | TSB-CRT-00061308 | |
| 429. | TSB-CRT-00061309 | |
| 430. | TSB-CRT-00061310 | |
| 431. | TSB-CRT-00061311 | |
| 432. | TSB-CRT-00061312 | |
| 433. | TSB-CRT-00061313 | |
| 434. | TSB-CRT-00061314 | |
| 435. | TSB-CRT-00061315 | |
| 436. | TSB-CRT-00061316 | |
| 437. | TSB-CRT-00061317 | |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 438. | TSB-CRT-00061661 | TSB-CRT-00061779 |
| 439. | TSB-CRT-00062166 | TSB-CRT-00062167 |
| 440. | TSB-CRT-00062166 | TSB-CRT-00062167 |
| 441. | TSB-CRT-00062406 | TSB-CRT-00062406 |
| 442. | MPTD-0335675 | |
| 443. | MPTD-0497655 | |
| 444. | MTPD-0009514 | MTPD-0009515 |
| 445. | MTPD-0009514 | MTPD-0009515 |
| 446. | MTPD-0011040 | |
| 447. | MTPD-0011045 | MTPD-0011044 |
| 448. | MTPD-0011045 | |
| 449. | MTPD-0011066 | MTPD-0011066 |
| 450. | MTPD-0013142 | MTPD-0013142 |
| 451. | MTPD-0013142 | |
| 452. | MTPD-0013143 | MTPD-0013142 |
| 453. | MTPD-0013143.067 | |
| 454. | MTPD-0013144 | MTPD-0013145 |
| 455. | MTPD-0013872 | MTPD-0013875 |
| 456. | MTPD-0013890 | MTPD-0013893 |
| 457. | MTPD-0014013 | |
| 458. | MTPD-0014015 | MTPD-0014014 |
| 459. | MTPD-0014016 | |
| 460. | MTPD-0014062 | MTPD-0014062.004 |
| 461. | MTPD-0014992 | |
| 462. | MTPD-0015858 | MTPD-0015858 |
| 463. | MTPD-0016475 | MTPD-0016476 |
| 464. | MTPD-0016566 | MTPD-0016567 |
| 465. | MTPD-0016566 | MTPD-0016567 |
| 466. | MTPD-0016566 | MTPD-0016567 |
| 467. | MTPD-0016566 | MTPD-0016567 |
| 468. | MTPD-0021647 | MTPD-0021647 |
| 469. | MTPD-0021647 | MTPD-0021647 |
| 470. | MTPD-0023204 | MTPD-0023204 |
| 471. | MTPD-0024384 | MTPD-0024384 |
| 472. | MTPD-0024384 | MTPD-0024384 |
| 473. | MTPD-0024384 | MTPD-0024384 |
| 474. | MTPD-0024653 | MTPD-0024653 |
| 475. | MTPD-0024695 | MTPD-0024695 |
| 476. | MTPD-0025523 | MTPD-0025524 |
| 477. | MTPD-0025523 | MTPD-0025524 |
| 478. | MTPD-0025531 | MTPD-0025532 |
| 479. | MTPD-0025531 | MTPD-0025532 |
| 480. | MTPD-0025531 | MTPD-0025532 |
| 481. | MTPD-0025632 | MTPD-0025633 |
| 482. | MTPD-0025632 | MTPD-0025633 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 483. | MTPD-0025634 | MTPD-0025634.015 |
| 484. | MTPD-0025720 | MTPD-0025720 |
| 485. | MTPD-0025720 | MTPD-0025720 |
| 486. | MTPD-0025802 | MTPD-0025803 |
| 487. | MTPD-0025802 | MTPD-0025803 |
| 488. | MTPD-0026026 | MTPD-0026026.020 |
| 489. | MTPD-0026263 | MTPD-0026264 |
| 490. | MTPD-0026263 | MTPD-0026264 |
| 491. | MTPD-0026263 | MTPD-0026264 |
| 492. | MTPD-0026492 | MTPD-0026492 |
| 493. | MTPD-0026493 | MTPD-0026493.003 |
| 494. | MTPD-0026555 | MTPD-0026555 |
| 495. | MTPD-0026556 | MTPD-0026559 |
| 496. | MTPD-0026560 | MTPD-0026562 |
| 497. | MTPD-0026563 | |
| 498. | MTPD-0027035 | MTPD-0027037 |
| 499. | MTPD-0027035 | MTPD-0027037 |
| 500. | MTPD-0027035 | MTPD-0027037 |
| 501. | MTPD-0027781 | |
| 502. | MTPD-0027782 | MTPD-0027781 |
| 503. | MTPD-0027783 | |
| 504. | MTPD-0032229 | MTPD-0032230 |
| 505. | MTPD-0032366 | MTPD-0032366.007 |
| 506. | MTPD-0035375 | MTPD-0035376 |
| 507. | MTPD-0035375 | MTPD-0035376 |
| 508. | MTPD-0035375 | MTPD-0035376 |
| 509. | MTPD-0036413 | MTPD-0036414 |
| 510. | MTPD-0036413 | MTPD-0036414 |
| 511. | MTPD-0036416 | MTPD-0036417 |
| 512. | MTPD-0036467 | MTPD-0036468 |
| 513. | MTPD-0036477 | MTPD-0036478 |
| 514. | MTPD-0037897 | MTPD-0037897.015 |
| 515. | MTPD-0038397 | MTPD-0038397 |
| 516. | MTPD-0038856 | MTPD-0038859 |
| 517. | MTPD-0038856 | MTPD-0038856 |
| 518. | MTPD-0038856 | MTPD-0038859 |
| 519. | MTPD-0038856 | |
| 520. | MTPD-0038860 | MTPD-0038859 |
| 521. | MTPD-0038862 | |
| 522. | MTPD-0041014 | MTPD-0041015 |
| 523. | MTPD-0041014 | |
| 524. | MTPD-0041016 | MTPD-0041015 |
| 525. | MTPD-0041016 | |
| 526. | MTPD-0041014 | |
| 527. | MTPD-0041016 | MTPD-0041015 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 528. | MTPD-0041016 | |
| 529. | MTPD-0041033 | MTPD-0041034 |
| 530. | MTPD-0041033 | MTPD-0041034 |
| 531. | MTPD-0042010 | MTPD-0042010 |
| 532. | MTPD-0042010 | MTPD-0042010 |
| 533. | MTPD-0042010 | MTPD-0042010 |
| 534. | MTPD-0042011 | MTPD-0042012 |
| 535. | MTPD-0042034 | MTPD-0042035 |
| 536. | MTPD-0042034 | MTPD-0042035 |
| 537. | MTPD-0042034 | MTPD-0042035 |
| 538. | MTPD-0042115 | |
| 539. | MTPD-0042116 | |
| 540. | MTPD-0042117 | |
| 541. | MTPD-0042118 | MTPD-0042115 |
| 542. | MTPD-0042116.010 | |
| 543. | MTPD-0042117 | |
| 544. | MTPD-0042119 | |
| 545. | MTPD-0042116 | MTPD-0042116.010 |
| 546. | MTPD-0042484 | MTPD-0042486 |
| 547. | MTPD-0042484 | MTPD-0042486 |
| 548. | MTPD-0042484 | MTPD-0042486 |
| 549. | MTPD-0042738 | MTPD-0042740 |
| 550. | MTPD-0042738 | MTPD-0042740 |
| 551. | MTPD-0042738 | MTPD-0042740 |
| 552. | MTPD-0042965 | MTPD-0042966 |
| 553. | MTPD-0042965 | MTPD-0042966 |
| 554. | MTPD-0042965 | MTPD-0042966 |
| 555. | MTPD-0043577 | MTPD-0043578 |
| 556. | MTPD-0056981 | MTPD-0057002 |
| 557. | MTPD-00653133 | MTPD-00653140 |
| 558. | MTPD-00653451 | |
| 559. | MTPD-00653452 | MTPD-00653453 |
| 560. | MTPD-00653454 | MTPD-00653454 |
| 561. | MTPD-00653455 | MTPD-00653455 |
| 562. | MTPD-00653456 | MTPD-00653456 |
| 563. | MTPD-00653457 | MTPD-00653457 |
| 564. | MTPD-00653459 | MTPD-00653459 |
| 565. | MTPD-00653460 | MTPD-00653460 |
| 566. | MTPD-00653461 | MTPD-00653461 |
| 567. | MTPD-00653462 | MTPD-00653462 |
| 568. | MTPD-00653463 | MTPD-00653463 |
| 569. | MTPD-00653464 | MTPD-00653464 |
| 570. | MTPD-00653465 | MTPD-00653465 |
| 571. | MTPD-00653466 | MTPD-00653466 |
| 572. | MTPD-00653467 | MTPD-00653467 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 573. | MTPD-00653468 | MTPD-00653468 |
| 574. | MTPD-00653469 | MTPD-00653469 |
| 575. | MTPD-00653470 | MTPD-00653470 |
| 576. | MTPD-00653473 | MTPD-00653473 |
| 577. | MTPD-00653474 | MTPD-00653474 |
| 578. | MTPD-00653475 | MTPD-00653475 |
| 579. | MTPD-00653476 | MTPD-00653476 |
| 580. | MTPD-00653477 | MTPD-00653477 |
| 581. | MTPD-00653478 | MTPD-00653478 |
| 582. | MTPD-00653479 | MTPD-00653479 |
| 583. | MTPD-00653480 | MTPD-00653480 |
| 584. | MTPD-00653481 | MTPD-00653481 |
| 585. | MTPD-00653484 | MTPD-00653484 |
| 586. | MTPD-00653485 | MTPD-00653485 |
| 587. | MTPD-00653486 | MTPD-00653486 |
| 588. | MTPD-00653487 | MTPD-00653487 |
| 589. | MTPD-00653505 | MTPD-00653505 |
| 590. | MTPD-00653514 | MTPD-00653514 |
| 591. | MTPD-00653515 | MTPD-00653515 |
| 592. | MTPD-00653517 | MTPD-00653517 |
| 593. | MTPD-00653521 | MTPD-00653521 |
| 594. | MTPD-00653523 | MTPD-00653523 |
| 595. | MTPD-00653524 | MTPD-00653524 |
| 596. | MTPD-00653525 | MTPD-00653525 |
| 597. | MTPD-00653526 | MTPD-00653526 |
| 598. | MTPD-00653527 | MTPD-00653527 |
| 599. | MTPD-00653528 | MTPD-00653528 |
| 600. | MTPD-00653529 | MTPD-00653529 |
| 601. | MTPD-00653536 | MTPD-00653536 |
| 602. | MTPD-00653546 | MTPD-00653546 |
| 603. | MTPD-00653547 | MTPD-00653547 |
| 604. | MTPD-00653549 | MTPD-00653549 |
| 605. | MTPD-00653551 | MTPD-00653551 |
| 606. | MTPD-00653552 | MTPD-00653552 |
| 607. | MTPD-00653559 | MTPD-00653559 |
| 608. | MTPD-00653560 | MTPD-00653560 |
| 609. | MTPD-00653561 | MTPD-00653561 |
| 610. | MTPD-00653584 | MTPD-00653584 |
| 611. | MTPD-00653585 | MTPD-00653585 |
| 612. | MTPD-00653586 | MTPD-00653586 |
| 613. | MTPD-00653587 | MTPD-00653587 |
| 614. | MTPD-00653588 | MTPD-00653588 |
| 615. | MTPD-00653589 | MTPD-00653589 |
| 616. | MTPD-00653590 | MTPD-00653590 |
| 617. | MTPD-00653591 | MTPD-00653591 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 618. | MTPD-00653592 | MTPD-00653592 |
| 619. | MTPD-00653594 | MTPD-00653594 |
| 620. | MTPD-00653595 | MTPD-00653595 |
| 621. | MTPD-00653597 | MTPD-00653597 |
| 622. | MTPD-00653598 | MTPD-00653598 |
| 623. | MTPD-00653599 | MTPD-00653599 |
| 624. | MTPD-00653600 | MTPD-00653600 |
| 625. | MTPD-00653612 | |
| 626. | MTPD-00653613 | |
| 627. | MTPD-00653614 | |
| 628. | MTPD-00653615 | |
| 629. | MTPD-00653616 | |
| 630. | MTPD-00653617 | |
| 631. | MTPD-00653618 | |
| 632. | MTPD-00653619 | |
| 633. | MTPD-00653620 | |
| 634. | MTPD-00653621 | |
| 635. | MTPD-00653622 | |
| 636. | MTPD-00653623 | |
| 637. | MTPD-00653624 | |
| 638. | MTPD-00653625 | |
| 639. | MTPD-00653627 | |
| 640. | MTPD-00653628 | |
| 641. | MTPD-00653629 | |
| 642. | MTPD-00653630 | |
| 643. | MTPD-00653631 | |
| 644. | MTPD-00653632 | |
| 645. | MTPD-00653633 | |
| 646. | MTPD-00653634 | |
| 647. | MTPD-00653635 | |
| 648. | MTPD-00653636 | |
| 649. | MTPD-00653637 | |
| 650. | MTPD-00653638 | |
| 651. | MTPD-00653639 | |
| 652. | MTPD-00653640 | |
| 653. | MTPD-00653641 | |
| 654. | MTPD-00653642 | |
| 655. | MTPD-00653643 | |
| 656. | MTPD-00653644 | |
| 657. | MTPD-00653645 | |
| 658. | MTPD-00653646 | |
| 659. | MTPD-00653647 | |
| 660. | MTPD-00653648 | |
| 661. | MTPD-00653649 | |
| 662. | MTPD-00653650 | |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 663. | MTPD-00653651 | |
| 664. | MTPD-00653652 | |
| 665. | MTPD-00653653 | |
| 666. | MTPD-00653654 | |
| 667. | MTPD-00653655 | |
| 668. | MTPD-00653656 | |
| 669. | MTPD-00653657 | |
| 670. | MTPD-00653658 | |
| 671. | MTPD-00653659 | |
| 672. | MTPD-00653660 | |
| 673. | MTPD-00653661 | |
| 674. | MTPD-00653662 | |
| 675. | MTPD-00653663 | |
| 676. | MTPD-00653664 | |
| 677. | MTPD-00653665 | |
| 678. | MTPD-00653666 | |
| 679. | MTPD-00653667 | |
| 680. | MTPD-00653668 | |
| 681. | MTPD-00653669 | |
| 682. | MTPD-00653670 | |
| 683. | MTPD-00653671 | |
| 684. | MTPD-00653672 | |
| 685. | MTPD-00653673 | |
| 686. | MTPD-00653674 | |
| 687. | MTPD-00653675 | |
| 688. | MTPD-00653676 | |
| 689. | MTPD-00653677 | |
| 690. | MTPD-00653678 | |
| 691. | MTPD-00653679 | |
| 692. | MTPD-00653680 | MTPD-00653680 |
| 693. | MTPD-00653681 | MTPD-00653681 |
| 694. | MTPD-00653682 | MTPD-00653682 |
| 695. | MTPD-00653682 | MTPD-00653682 |
| 696. | MTPD-00653682 | MTPD-00653682 |
| 697. | MTPD-00653683 | MTPD-00653683 |
| 698. | MTPD-00653684 | MTPD-00653684 |
| 699. | MTPD-00653685 | MTPD-00653685 |
| 700. | MTPD-00653686 | MTPD-00653686 |
| 701. | MTPD-00653687 | MTPD-00653687 |
| 702. | MTPD-00653688 | MTPD-00653688 |
| 703. | MTPD-00653689 | MTPD-00653689 |
| 704. | MTPD-00653689 | MTPD-00653689 |
| 705. | MTPD-00653690 | MTPD-00653690 |
| 706. | MTPD-00653691 | MTPD-00653691 |
| 707. | MTPD-00653692 | MTPD-00653692 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 708. | MTPD-00653693 | MTPD-00653693 |
| 709. | MTPD-00653694 | MTPD-00653694 |
| 710. | MTPD-00653695 | MTPD-00653695 |
| 711. | MTPD-00653696 | MTPD-00653696 |
| 712. | MTPD-00653697 | MTPD-00653697 |
| 713. | MTPD-00653698 | MTPD-00653698 |
| 714. | MTPD-00653706 | MTPD-00653706 |
| 715. | MTPD-00653713 | MTPD-00653713 |
| 716. | MTPD-00653714 | MTPD-00653714 |
| 717. | MTPD-00653737 | MTPD-00653737 |
| 718. | MTPD-00653738 | MTPD-00653738 |
| 719. | MTPD-00653738 | MTPD-00653738 |
| 720. | MTPD-00653753 | MTPD-00653753 |
| 721. | MTPD-00653758 | MTPD-00653758 |
| 722. | MTPD-00653767 | |
| 723. | MTPD-00653768 | |
| 724. | MTPD-00653777 | |
| 725. | MTPD-00653779 | |
| 726. | MTPD-00653784 | |
| 727. | MTPD-0075068 | |
| 728. | MTPD-0076300 | MTPD-0076303 |
| 729. | MTPD-0076302 | MTPD-0076302 |
| 730. | MTPD-0082527 | MTPD-0082528 |
| 731. | MTPD-0082527 | MTPD-0082528 |
| 732. | MTPD-0082529 | MTPD-0082529 |
| 733. | MTPD-0082530 | MTPD-0082530 |
| 734. | MTPD-0083018 | MTPD-0083021 |
| 735. | MTPD-0083564 | MTPD-0083565 |
| 736. | MTPD-0083663 | MTPD-0083663 |
| 737. | MTPD-0083988 | |
| 738. | MTPD-0084106 | MTPD-0084106 |
| 739. | MTPD-0084222 | MTPD-0084226 |
| 740. | MTPD-0084222 | MTPD-0084226 |
| 741. | MTPD-0084523 | MTPD-0084523 |
| 742. | MTPD-0085690 | MTPD-0085695 |
| 743. | MTPD-0085883 | MTPD-0085883 |
| 744. | MTPD-0085986 | MTPD-0085992 |
| 745. | MTPD-0086009 | MTPD-0086014 |
| 746. | MTPD-0086013 | MTPD-0086013 |
| 747. | MTPD-0087619 | MTPD-0087619 |
| 748. | MTPD-0087621 | MTPD-0087623 |
| 749. | MTPD-0087624 | MTPD-0087625 |
| 750. | MTPD-0087692 | MTPD-0087692 |
| 751. | MTPD-0087693 | MTPD-0087694 |
| 752. | MTPD-0088845 | MTPD-0088851 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 753. | MTPD-0092115 | MTPD-0092115 |
| 754. | MTPD-0092115 | MTPD-0092115 |
| 755. | MTPD-0093310 | MTPD-0093311 |
| 756. | MTPD-0093312 | MTPD-0093312 |
| 757. | MTPD-0093313 | MTPD-0093313 |
| 758. | MTPD-0093314 | MTPD-0093314 |
| 759. | MTPD-0093315 | MTPD-0093315 |
| 760. | MTPD-0093875 | MTPD-0093879 |
| 761. | MTPD-0094874 | MTPD-0094875 |
| 762. | MTPD-0094874 | MTPD-0094875 |
| 763. | MTPD-0094874 | MTPD-0094875 |
| 764. | MTPD-0094874 | |
| 765. | MTPD-0094876 | MTPD-0094875 |
| 766. | MTPD-0094880 | |
| 767. | MTPD-0094874 | |
| 768. | MTPD-0094876 | MTPD-0094875 |
| 769. | MTPD-0094880 | |
| 770. | MTPD-0094876 | MTPD-0094880 |
| 771. | MTPD-0122906 | MTPD-0122906 |
| 772. | MTPD-0123604 | MTPD-0123606 |
| 773. | MTPD-0126307 | MTPD-0126311 |
| 774. | MTPD-0126307 | MTPD-0126311 |
| 775. | MTPD-0132012 | MTPD-0132014 |
| 776. | MTPD-0141811 | MTPD-0141811 |
| 777. | MTPD-0141811 | |
| 778. | MTPD-0141812 | MTPD-0141811 |
| 779. | MTPD-0141812 | |
| 780. | MTPD-0142772 | MTPD-0142773 |
| 781. | MTPD-0149373 | MTPD-0149377 |
| 782. | MTPD-0153291 | MTPD-0153291 |
| 783. | MTPD-0159259 | MTPD-0159259 |
| 784. | MTPD-0161402 | MTPD-0161403 |
| 785. | MTPD-0161403 | MTPD-0161403 |
| 786. | MTPD-0164692 | MTPD-0164693 |
| 787. | MTPD-0164693 | MTPD-0164693 |
| 788. | MTPD-0165028 | MTPD-0165028 |
| 789. | MTPD-0165126 | MTPD-0165126 |
| 790. | MTPD-0166775 | |
| 791. | MTPD-0166775 | |
| 792. | MTPD-0166775 | MTPD-0166776 |
| 793. | MTPD-0167498 | MTPD-0167498 |
| 794. | MTPD-0167509 | MTPD-0167510 |
| 795. | MTPD-0167709 | MTPD-0167709 |
| 796. | MTPD-0168212 | MTPD-0168215 |
| 797. | MTPD-0168212 | MTPD-0168212 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 798. | MTPD-0168215 | MTPD-0168215 |
| 799. | MTPD-0171231 | MTPD-0171231 |
| 800. | MTPD-0173688 | MTPD-0173695 |
| 801. | MTPD-0174742 | MTPD-0174745 |
| 802. | MTPD-0174911 | MTPD-0174937 |
| 803. | MTPD-0180167 | MTPD-0180171 |
| 804. | MTPD-0183682 | MTPD-0183683 |
| 805. | MTPD-0183683 | MTPD-0183683 |
| 806. | MTPD-0183877 | MTPD-0183878 |
| 807. | MTPD-0184054 | |
| 808. | MTPD-0184084 | MTPD-0184084 |
| 809. | MTPD-0184815 | MTPD-0184816 |
| 810. | MTPD-0193810 | |
| 811. | MTPD-0194013 | MTPD-0194013 |
| 812. | MTPD-0194999 | MTPD-0194999 |
| 813. | MTPD-0196717 | MTPD-0196717 |
| 814. | MTPD-0197518 | MTPD-0197519 |
| 815. | MTPD-0198678 | MTPD-0198678 |
| 816. | MTPD-0198678 | MTPD-0198678 |
| 817. | MTPD-0198889 | MTPD-0198890 |
| 818. | MTPD-0200600 | MTPD-0200601 |
| 819. | MTPD-0200766 | MTPD-0200766 |
| 820. | MTPD-0201354 | MTPD-0201354 |
| 821. | MTPD-0201555 | MTPD-0201555 |
| 822. | MTPD-0201555 | MTPD-0201555 |
| 823. | MTPD-0201556 | MTPD-0201556 |
| 824. | MTPD-0202360 | MTPD-0202360 |
| 825. | MTPD-0202647 | MTPD-0202669 |
| 826. | MTPD-0202847 | MTPD-0202847 |
| 827. | MTPD-0202847 | MTPD-0202847 |
| 828. | MTPD-0203441 | MTPD-0203443 |
| 829. | MTPD-0209554 | MTPD-0209556 |
| 830. | MTPD-0209557 | MTPD-0209557 |
| 831. | MTPD-0209617 | MTPD-0209617 |
| 832. | MTPD-0209617 | MTPD-0209617 |
| 833. | MTPD-0211968 | MTPD-0211968 |
| 834. | MTPD-0212628 | MTPD-0212629 |
| 835. | MTPD-0212628 | MTPD-0212629 |
| 836. | MTPD-0212628 | MTPD-0212629 |
| 837. | MTPD-0213602 | MTPD-0213602 |
| 838. | MTPD-0214476 | MTPD-0214477 |
| 839. | MTPD-0214546 | MTPD-0214546 |
| 840. | MTPD-0214546 | MTPD-0214546 |
| 841. | MTPD-0214546 | MTPD-0214546 |
| 842. | MTPD-0218512 | MTPD-0218512 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 843. | MTPD-0218782 | |
| 844. | MTPD-0218784 | MTPD-0218783 |
| 845. | MTPD-0218784 | |
| 846. | MTPD-0219078 | MTPD-0219112 |
| 847. | MTPD-0220066 | MTPD-0220067 |
| 848. | MTPD-0222142 | MTPD-0222143 |
| 849. | MTPD-0222756 | MTPD-0222756 |
| 850. | MTPD-0222756 | |
| 851. | MTPD-0222757 | MTPD-0222756 |
| 852. | MTPD-0222757 | |
| 853. | MTPD-0222756 | |
| 854. | MTPD-0222757 | MTPD-0222756 |
| 855. | MTPD-0222757 | |
| 856. | MTPD-0223553 | MTPD-0223553 |
| 857. | MTPD-0223553 | |
| 858. | MTPD-0223554 | MTPD-0223553 |
| 859. | MTPD-0223554 | |
| 860. | MTPD-0223625 | MTPD-0223626 |
| 861. | MTPD-0223727 | MTPD-0223727 |
| 862. | MTPD-0223728 | MTPD-0223728 |
| 863. | MTPD-0223790 | MTPD-0223792 |
| 864. | MTPD-0223790 | MTPD-0223792 |
| 865. | MTPD-0223790 | MTPD-0223792 |
| 866. | MTPD-0224009 | MTPD-0224009 |
| 867. | MTPD-0226478 | MTPD-0226480 |
| 868. | MTPD-0229097 | MTPD-0229097 |
| 869. | MTPD-0229097 | MTPD-0229097 |
| 870. | MTPD-0230970 | MTPD-0230972 |
| 871. | MTPD-0230970 | MTPD-0230972 |
| 872. | MTPD-0230970 | MTPD-0230972 |
| 873. | MTPD-0231977 | MTPD-0231980 |
| 874. | MTPD-0231981 | MTPD-0231985 |
| 875. | MTPD-0233116 | MTPD-0233123 |
| 876. | MTPD-0235157 | MTPD-0235158 |
| 877. | MTPD-0235157 | MTPD-0235158 |
| 878. | MTPD-0236375 | MTPD-0236376 |
| 879. | MTPD-0236375 | MTPD-0236376 |
| 880. | MTPD-0236375 | MTPD-0236376 |
| 881. | MTPD-0236377 | MTPD-0236377 |
| 882. | MTPD-0236382 | MTPD-0236382 |
| 883. | MTPD-0236383 | MTPD-0236383 |
| 884. | MTPD-0238747 | MTPD-0238747 |
| 885. | MTPD-0238939 | MTPD-0238939 |
| 886. | MTPD-0240377 | MTPD-0240377 |
| 887. | MTPD-0244685 | MTPD-0244685 |

| | Beginning Bates Number | End Bates Number |
|---|---|---|
| 888. | MTPD-0244764 | MTPD-0244767 |
| 889. | MTPD-0244769 | MTPD-0244769 |
| 890. | MTPD-0247084 | MTPD-0247084 |
| 891. | MTPD-0247121 | MTPD-0247121 |
| 892. | MTPD-0247671 | MTPD-0247671 |
| 893. | MTPD-0248484 | MTPD-0248484 |
| 894. | MTPD-0249068 | |
| 895. | MTPD-0250610 | MTPD-0250611 |
| 896. | MTPD-0250610 | MTPD-0250611 |
| 897. | MTPD-0250610 | MTPD-0250611 |
| 898. | MTPD-0250938 | MTPD-0250940 |
| 899. | MTPD-0250957 | |
| 900. | MTPD-0251941 | MTPD-0251944 |
| 901. | MTPD-0254681 | MTPD-0254681 |
| 902. | MTPD-0255561 | MTPD-0255562 |
| 903. | MTPD-0255651 | MTPD-0255652 |
| 904. | MTPD-0257306 | MTPD-0257307 |
| 905. | MTPD-0258403 | MTPD-0258404 |
| 906. | MTPD-0258403 | MTPD-0258404 |
| 907. | MTPD-0260262 | |
| 908. | MTPD-0260263 | |
| 909. | MTPD-0260274 | MTPD-0260262 |
| 910. | MTPD-0260273 | |
| 911. | MTPD-0260274 | |
| 912. | MTPD-0260262 | |
| 913. | MTPD-0260274 | MTPD-0260262 |
| 914. | MTPD-0260274 | |
| 915. | MTPD-0260276 | MTPD-0260276 |
| 916. | MTPD-0260277 | MTPD-0260287 |
| 917. | MTPD-0260288 | MTPD-0260288 |
| 918. | MTPD-0260289 | MTPD-0260291 |
| 919. | MTPD-0260906 | MTPD-0260909 |
| 920. | MTPD-0260906 | MTPD-0260909 |
| 921. | MTPD-0260906 | MTPD-0260909 |
| 922. | MTPD-0260906 | MTPD-0260909 |
| 923. | MTPD-0260906 | MTPD-0260909 |
| 924. | MTPD-0260906 | MTPD-0260909 |
| 925. | MTPD-0260906 | MTPD-0260909 |
| 926. | MTPD-0260906 | MTPD-0260909 |
| 927. | MTPD-0260906 | MTPD-0260909 |
| 928. | MTPD-0260910 | MTPD-0260911 |
| 929. | MTPD-0260912 | MTPD-0260912 |
| 930. | MTPD-0261478 | MTPD-0261482 |
| 931. | MTPD-0263199 | MTPD-0263199 |
| 932. | MTPD-0263264 | MTPD-0263270 |

|      | Beginning Bates Number | End Bates Number |
|------|------------------------|------------------|
| 933. | MTPD-0263264 | MTPD-0263270 |
| 934. | MTPD-0263589 | MTPD-0263589 |
| 935. | MTPD-0263589 | MTPD-0263589 |
| 936. | MTPD-0267083 | MTPD-0267084 |
| 937. | MTPD-0267083 | MTPD-0267084 |
| 938. | MTPD-0267083 | MTPD-0267084 |
| 939. | MTPD-0275029 | MTPD-0275029 |
| 940. | MTPD-0275189 | MTPD-0275194 |
| 941. | MTPD-0275189 | MTPD-0275194 |
| 942. | MTPD-0275189 | MTPD-0275194 |
| 943. | MTPD-0275229 | MTPD-0275230 |
| 944. | MTPD-0275331 | MTPD-0275333 |
| 945. | MTPD-0276153 | MTPD-0276153 |
| 946. | MTPD-0276153 | MTPD-0276154 |
| 947. | MTPD-0276234 | MTPD-0276237 |
| 948. | MTPD-0276412 | MTPD-0276415 |
| 949. | MTPD-0276412 | |
| 950. | MTPD-0276416 | MTPD-0276415 |
| 951. | MTPD-0276416 | |
| 952. | MTPD-0276417 | MTPD-0276420 |
| 953. | MTPD-0276417 | |
| 954. | MTPD-0276421 | MTPD-0276420 |
| 955. | MTPD-0276421 | |
| 956. | MTPD-0280442 | MTPD-0280444 |
| 957. | MTPD-0280442 | MTPD-0280444 |
| 958. | MTPD-0280442 | MTPD-0280444 |
| 959. | MTPD-0282214 | MTPD-0282214 |
| 960. | MTPD-0283313 | MTPD-0283313 |
| 961. | MTPD-0291761 | MTPD-0291762 |
| 962. | MTPD-0291761 | MTPD-0291762 |
| 963. | MTPD-0291761 | MTPD-0291762 |
| 964. | MTPD-0291761 | MTPD-0291762 |
| 965. | MTPD-0296403 | MTPD-0296404 |
| 966. | MTPD-0297131 | MTPD-0297133 |
| 967. | MTPD-0297131 | MTPD-0297133 |
| 968. | MTPD-0300203 | MTPD-0300203 |
| 969. | MTPD-0302280 | MTPD-0302286 |
| 970. | MTPD-0303225 | MTPD-0303228 |
| 971. | MTPD-0303225 | MTPD-0303228 |
| 972. | MTPD-0303225 | MTPD-0303228 |
| 973. | MTPD-0305142 | MTPD-0305143 |
| 974. | MTPD-0307367 | MTPD-0307367 |
| 975. | MTPD-0307367 | MTPD-0307367 |
| 976. | MTPD-0307367 | MTPD-0307367 |
| 977. | MTPD-0314102 | MTPD-0314103 |

# EXHIBIT "B"

*In re Cathode Ray Tube (CRT) Antitrust Litigation*
*Case No. 3:07-cv-5944 SC*

# EXHIBIT B

| DEFENDANT | EMPLOYEE |
|-----------|----------|
| TOSHIBA | Michihiro Yoshino |
| TOSHIBA | Seiichi Fukunaga |
| TOSHIBA | Hisashi Matsuda |
| TOSHIBA | Michael Du |
| TOSHIBA | Brian Pollack |
| TOSHIBA | Paul Blackard |
| TOSHIBA | Yu-Peng Hong |
| TOSHIBA | Kazuo Nishimura |
| TOSHIBA | Toshihiro Ikeda |
| TOSHIBA | Takahiro Onda |
| TOSHIBA | Robert Arnett |
| TOSHIBA | Philip Harlan |
| TOSHIBA | Scott Ramirez |
| TOSHIBA | Michael Cassidy |
| TOSHIBA | Paul Disimone |
| TOSHIBA | Brian Foster |
| TOSHIBA | Thomas E. Behringer |
| TOSHIBA | Clayton Bond |
| TOSHIBA | Sean Collins |
| TOSHIBA | Eugene G. Dougherty |
| TOSHIBA | Jay Heinecke |
| TOSHIBA | Tomoyuki Kawano |
| TOSHIBA | Yukihiro Kimura |
| TOSHIBA | Hitoshi Kitagawa |
| TOSHIBA | Tadashi Wakayama |
| TOSHIBA | Osamu Kano |
| TOSHIBA | Taketoshi Shimoma |
| TOSHIBA | Yoshio Aono |
| TOSHIBA | Eisaburo Hamano |
| TOSHIBA | Toshiaki Ogi |
| TOSHIBA | Yukihiro Kimura |
| TOSHIBA | Yasuki Yamamoto |
| TOSHIBA | Toshiaki Kuwano |
| TOSHIBA | Kazuhiro Nishimaru |
| TOSHIBA | Kazutaka Nishimura |
| TOSHIBA | Norio Fujita |
| TOSHIBA | Eisaburo Hamano |

| | |
|---|---|
| TOSHIBA | Masahiro Tomita |
| TOSHIBA | Ken Kang |
| TOSHIBA | Tom Amano |
| TOSHIBA | Masaru Ohmori |
| TOSHIBA | Satoshi Suzuki |
| TOSHIBA | Shigekazu Shibata |
| TOSHIBA | Mike Milostan |
| TOSHIBA | Yukio Usuda |
| TOSHIBA | Keisuke Wakiyama |
| TOSHIBA | Anne Patton |
| TOSHIBA | Toshiyaki Kuwano |
| | |
| MTPD | Michihiro Yoshino |
| MTPD | Seiichi Fukunaga |
| MTPD | Hisashi Matsuda |
| MTPD | Michael Du |
| MTPD | Toshihiro Ikeda |
| MTPD | Takahiro Onda |
| MTPD | Thomas E. Behringer |
| MTPD | Clayton Bond |
| MTPD | Sean Collins |
| MTPD | Jay Heinecke |
| MTPD | Tomoyuki Kawano |
| MTPD | Tadashi Wakayama |
| MTPD | Osamu Kano |
| MTPD | Taketoshi Shimoma |
| MTPD | Eisaburo Hamano |
| MTPD | Yukihiro Kimura |
| MTPD | Yasuki Yamamoto |
| MTPD | Toshiaki Kuwano |
| MTPD | Kazuhiro Nishimaru |
| MTPD | Kazutaka Nishimura |
| MTPD | Norio Fujita |
| MTPD | Shinichiro Tsuruta |
| MTPD | Eisaburo Hamano |
| MTPD | Masahiro Tomita |
| MTPD | Ken Kang |
| MTPD | Tom Amano |
| MTPD | Masaru Ohmori |
| MTPD | Satoshi Suzuki |
| MTPD | Shigekazu Shibata |
| MTPD | Mike Milostan |
| MTPD | Yukio Usuda |
| MTPD | Keisuke Wakiyama |
| MTPD | Toshiyaki Kuwano |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA            )
                                               ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On **August 1, 2014**, I served the foregoing documents described as **DIRECT ACTION PLAINTIFFS' AND INDIRECT ACTION PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ]      **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]      **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X]     **BY ELECTRONIC MAIL**: I caused a true copy of the document described to be served by electronic mail to the addressees.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **August 1, 2014**, at Los Angeles, California.

La Donna Bryant-Wilson

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

## SERVICE LIST

| | |
|---|---|
| Philip J. Iovieno<br>Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Telephone:    (518) 434-0600<br>Facsimile:    (518) 434-0665<br>Email: piovieno@bsfllp.com<br>            anardacci@bsfllp.com<br><br>*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* | Kamala D. Harris<br>Attorney General of California<br>Mark Breckler<br>Chief Assistant Attorney General<br>Kathleen E. Foote<br>Senior Assistant Attorney General<br>Emilio E. Varanini<br>Deputy Attorney General<br>Attorney General's Office<br>State of California<br>Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Tel:   415-703-5908<br>Fax:   415-703-5480<br>Email: emilio.varanini@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* |
| Mario N. Alioto<br>Lauren Capurro<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:   415-563-7200<br>Fax:   415-346-0679<br>Email: malioto@tatp.com<br>            laurenrussell@tatp.com<br><br>*Lead Counsel for Indirect Purchaser Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco CA 94111<br>Tel:   415-217-6810<br>Fax:   415-217-6813<br>Email: guido@saveri.com<br>            rick@saveri.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |

*ROBINS, KAPLAN, MILLER & CIRESI L.L.P.*
ATTORNEYS AT LAW
LOS ANGELES

Jeffrey L. Kessler
Jennifer M. Stewart
A. Paul Victor
Eva W. Cole
Molly M. Donovan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel:    212-294-4692
Fax:    212-294-4700
Email: jkessler@winston.com
          jstewart@winston.com
          pvictor@winston.com
          ewcole@winston.com
          mmdonovan@winston.com

Martin C. Geagan
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel:    212-294-4615
Fax:    212-294-4700
E-mail:  mgeagan@winston.com

Matthew R. DalSanto
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel:    312-558-6211
Fax:    312-558-5700
E-mail:  mdalsanto@winston.com

*Counsel for Panasonic Corporation;
Panasonic Corporation of North America; and
MT Picture Display Co., Ltd.*

Steven A. Reiss
David L. Yohai
David Yolkut
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel:    212-310-8000
Fax:    212-310-8007
Email: steven.reiss@weil.com
          david.yohai@weil.com
          david.yolkut@weil.com

Bambo Obaro
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Tel:    (650) 802-3000
Fax:    (650) 802-3100
Email: bambo.obaro@weil.com

Craig Y. Allison
BUNSOW DE MORY, SMITH & ALLISON
LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (650) 351-7253
Email: callison@bdiplaw.com

Amy Lee Stewart
E-mail:  astewart@roselawfirm.com

*Counsel for Panasonic Corporation;
Panasonic Corporation of North America;
and MT Picture Display Co., Ltd.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Eliot A. Adelson
James Maxwell Cooper
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Tel:    415-439-1400
Fax:    415-439-15001
Email: eliot.adelson@kirkland.com
        max.cooper@kirkland.com

James H. Mutchnik
Kate Wheaton
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
Email: james.mutchnik@kirkland.com
        kate.wheaton@kirkland.com

*Counsel for Hitachi, Ltd.; Hitachi Displays,
Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.;
and Hitachi Electronic Devices (USA), Inc.*

Joel S. Sanders
Rachel S. Brass
Christine A. Fujita
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel:    415-393-8200
Fax:    415-393-8206
Email: jsanders@gibsondunn.com
        rbrass@gibsondunn.com
        cfujita@gibsondunn.com

*Counsel for Chunghwa Picture Tubes, Ltd.
and Chunghwa Picture Tubes (Malaysia)*

Christopher M. Curran
Lucius B. Lau
Charise Naifeh
Dana Foster
WHITE & CASE
701 Thirteenth Street N.W.
Washington, DC 20005
Tel:    202-626-3600
Fax:    202-639-9355
Email: ccurran@whitecase.com
        alau@whitecase.com
        cnaifeh@whitecase.com
        dfoster@whitecase.com

*Counsel for Toshiba Corporation; Toshiba
America, Inc.; Toshiba America Consumer
Products, L.L.C.; Toshiba America Electronics
Components, Inc.; Toshiba America
Information Systems, Inc.*

William Temko
Jonathan Altman
Hojoon Hwang
Laura Lin
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105
Tel:    415-512-4009
Fax:    415-512-4077
Email: william.temko@mto.com
        jonathan.altman@mto.com
        hojoon.hwang@mto.com
        laura.lin@mto.com

*Counsel for  LG Electronics, Inc.; LG
Electronics USA, Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| John M. Taladay<br>Erik Koons<br>Charles Malaise<br>BAKER BOTTS L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel:    202-639-7700<br>Fax:    202-639-7890<br>Email: john.taladay@bakerbotts.com<br>        erik.koons@bakerbotts.com<br>        charles.malaise@bakerbotts.com<br><br>Jon V. Swenson<br>Baker Botts L.L.P.<br>620 Hansen Way<br>Palo Alto, CA 94304<br>Tel:    650-739-7500<br>Fax:    650-739-7699<br>Email: jon.swenson@bakerbotts.com<br><br>*Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation* | Christine Laciak<br>Richard Snyder<br>FRESHFIELDS BRUCKHAUS<br> & DERINGER US, LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Tel: (202) 777-4500<br>Email: christine.laciak@freshfields.com<br>        richard.snyder@freshfields.com<br><br>*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.* |
| Joseph R. Tiffany, II<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4644<br>Facsimile: (650) 233-4545<br>Email: joseph.tiffany@pillsburylaw.com<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.* | Michael R. Lazerwitz<br>CLEARY GOTTLIEG STEEN & HAMPTON LLP<br>2000 Pennsylvania Avenue, NW, Suite 9000<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>Email: mlazerwitz@cgsh.com<br><br>*Counsel for Defendant LP Displays International, Ltd.* |

Gary L. Halling
James L. McGinnis
Michael W. Scarborough
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Tel:    415-434-9100
Fax:    415-434-3947
Email: jmcginnis@sheppardmullin.com
        mscarborough@sheppardmullin.com
        dballard@sheppardmullin.com

Leo D. Caseria
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Fax: 213-620-1398
E-mail: lcaseria@sheppardmullin.com

Bruce Cobath
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Tel:  212-653-8700
E-mail: bcolbath@sheppardmullin.com

*Counsel for Samsung SDI Co., Ltd.; Samsung
SDI America, Inc.; SDI Mexico S.A. de C.V.;
Samsung SDI Brasil Ltda.; Shenzhen Samsung
SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.;
and Samsung SDI (Malaysia) Sdn. Bhd.*

Brent Caslin
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel:  (213) 239-5100
Fax:  (213) 239-5199
Email: bcaslin@jenner.com

Terrence J. Truax
Michael T. Brody
Shaun M. Van Horn
Gabriel A. Fuentes
Molly M. Powers
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel:  (312) 222-9350
Fax:  (312) 527-0484
Email: ttruax@jenner.com
        mbrody@jenner.com
        svanhorn@jenner.com
        gfuentes@jenner.com
        mpowers@jenner.com

*Counsel for Mitsubishi Electric Corporation,
Mitsubishi Electric & Electronics USA, Inc.
and Mitsubishi Digital Electronic Americas,
Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1

2
Calvin L. Litsey
FAEGRE BAKER DANIELS LLP
3
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Tel: (650) 324-6700
4
Email: calvin.litsey@faegrebd.com

5
Kathy L. Osborn
Ryan M. Hurley
6
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
7
Indianapolis, IN 46204
Tel: (317) 237-0300
8
Email: kathy.osborn@faegrebd.com
       ryan.hurley@faegrebd.com

9
Jeffrey S. Roberts
FAEGRE BAKER DANIELS LLP
10
3200 Wells Fargo
1700 Lincoln Street
11
Denver, CO 80203
Tel: (303) 607-3500
12
Email: jeff.roberts@faegrebd.com

13
Stephen M. Judge
FAEGRE BAKER DANIELS LLP
14
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
15
Tel: (574) 234-4149
Email: steve.judge@faegrebd.com
16

17
Ryan M. Hurley (pro hac vice)
FAEGRE BAKER DANIELS LLP
18
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
19
Tel: (317) 237-0300
Email: ryan.hurley@faegrebd.com

20
*Counsel for Defendants Thomson S.A. (N/K/A*
21
*Technicolor SA); Thomson Consumer*
*Electronics, Inc. (N/K/A Technicolor USA,*
22
*Inc.)*

Mark C. Dosker
Nathan Lane, III
SQUIRE SANDERS  LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel:    415-954-0200
Fax:    415-393-9887
Email: mark.dosker@squiresanders.com
       nathan.lane@squiresanders.com

Ellen Tobin (pro hac vice)
Jeffrey I. Zuckerman (pro hac vice)
CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel:    (212) 696-8873
Email: etobin@curtis.com
       jzuckerman@curtis.com

Arthur S. Gaus
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 397-2700
Fax:    (415) 397-3300
Email: asg@dillinghammurphy.com

*Counsel for Technologies Displays Americas*
*LLC and Videocon Industries, Ltd.*

23

24

25

26

27

28

Toshiba Attachment 3

**Lau, Albie**

---

| | |
|---|---|
| **From:** | Bob Gralewski <bgralewski@kmllp.com> |
| **Sent:** | Thursday, September 11, 2014 12:40 PM |
| **To:** | Mitchell, David S. |
| **Cc:** | Mike Scarborough; Lau, Albie; Nathan Cihlar |
| **Subject:** | Re: CRT - RFA Dispute |

Gentlemen,

In advance of our calls, I wanted to preview our proposals:

1.  Although you still might not be happy with the overall numbers, we've continued to work hard and at great pains have left some things on the cutting room floor and our new number of documents are: 199 for Hitachi, 213 for Toshiba, and 287 for SDI.  When we talk I'll pitch why we should work with this number now and try our best to avoid motion practice.

2. We're willing to take the anxiety out of the specific RFAs and permit the defendants to either stipulate or offer a declaration that the above documents (or some subset) are authentic and are business records, plain and simple.

Talk soon.

Bob

On Sep 10, 2014, at 8:40 PM, Mitchell, David S. <mitchelld@kirkland.com> wrote:

> Bob,
>
> I can talk at 10:30 or 11:00 am pst.
>
> Let me know what works.
>
> David
>
> David S. Mitchell | Kirkland & Ellis LLP
> 555 California Street | San Francisco, CA 94104
> 415.439.1954 | 415.439.1500
> david.mitchell@kirkland.com
>
> -----Original Message-----
> From: Bob Gralewski [mailto:bgralewski@kmllp.com]
> Sent: Wednesday, September 10, 2014 5:53 PM
> To: Mike Scarborough
> Cc: Mitchell, David S.; alau; Nate Cihlar
> Subject: Re: CRT - RFA Dispute
>
> I can appreciate that and relate Mike.
>
> Let's talk individually then.
>

> Mike, I'll call you at 12:30 pm Pacific if that's OK.

>

> Albie and David, can you let me know if and when you can talk tomorrow morning.

>

> Thanks all.

>

>> On Sep 10, 2014, at 5:47 PM, Mike Scarborough <MScarborough@sheppardmullin.com> wrote:

>>

>> Bob - I have no bandwidth until about noon tomorrow.  I can squeeze in a call with you sometime between 12-2 PDT, either jointly or individually.   Let me know.

>>

>> -----Original Message-----

>> From: Bob Gralewski [mailto:bgralewski@kmllp.com]

>> Sent: Wednesday, September 10, 2014 5:23 PM

>> To: <david.mitchell@kirkland.com>; alau; Mike Scarborough

>> Cc: Nate Cihlar

>> Subject: CRT - RFA Dispute

>>

>> Gentlemen,

>>

>> Following up on our productive meet and confer today, I would like to speak with each of you, on behalf of all plaintiff groups.  I have some revised numbers that might get us past the concerns first discussed by Albie and an idea to deal with the concerns voiced by Kathy and Mike.  Do you want to talk jointly at, say, 9:30 a.m. Pacific on Thursday or do you want to set up individual further meet and confers tomorrow morning?  Let me know your thoughts - and thank you very much for your willingness to discuss this further.

>>

>> Bob

>>

>> Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

>>

>

> ************************************************************

> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

> ************************************************************

>

Toshiba Attachment 4

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel   + 1 202 626 3600
Fax  + 1 202 639 9355
whitecase.com

Direct Dial + (202) 626-3696          alau@whitecase.com

October 10, 2014

Robert J. Gralewski, Esq.
Kirby McInerney LLP
600 B Street, Suite 1900
San Diego, CA 92101

Laura E. Nelson, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*,   Case No. 07-5944 SC,
      MDL No. 1917 (N.D. Cal.):  The Toshiba Defendants' Authentication Requests

Dear Mr. Gralewski and Ms. Nelson:

Related to our recent discussions and the stipulation we filed this morning, the Toshiba Defendants request that the plaintiffs identified below review the following list of documents and inform us whether they are willing to (1) admit the authenticity of each document and, separately, (2) admit that each document is a business record within the meaning of Rule 803(6) of the Federal Rules of Evidence:

## I.     Indirect Purchaser Plaintiffs

     1.     Deposition Exhibit 129

     2.     Deposition Exhibit 422

     3.     Deposition Exhibit 511

## II.    ABC Warehouse

     1.     Deposition Exhibit 2795

     2.     Deposition Exhibit 5665

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG  HELSINKI
HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC

Robert J. Gralewski, Esq.

Laura E. Nelson, Esq.

III.   **Best Buy**

    1.     Deposition Exhibit 3107

    2.     Deposition Exhibit 3119

    3.     Deposition Exhibit 5151

    4.     Deposition Exhibit 5156

    5.     Deposition Exhibit 5162

    6.     Deposition Exhibit 5164

    7.     Deposition Exhibit 5165

    8.     Deposition Exhibit 5506

    9.     Deposition Exhibit 5519

    10.    Deposition Exhibit 5533

    11.    Deposition Exhibit 5535

    12.    Deposition Exhibit 5537

    13.    Deposition Exhibit 5544

    14.    Deposition Exhibit 5743

    15.    Deposition Exhibit 5744

    16.    Deposition Exhibit 5747

    17.    Deposition Exhibit 5750

    18.    Deposition Exhibit 5751

    19.    Deposition Exhibit 5752

    20.    Deposition Exhibit 5760

    21.    Deposition Exhibit 7540

    22.    Deposition Exhibit 7543

    23.    Deposition Exhibit 7544

IV.   **Circuit City**

    1.     Deposition Exhibit 2843

    2.     Deposition Exhibit 2847

    3.     Deposition Exhibit 4953

Robert J. Gralewski, Esq.

WHITE & CASE

Laura E. Nelson, Esq.

4.      Deposition Exhibit 4955

5.      Deposition Exhibit 4962

6.      Deposition Exhibit 4964

7.      Deposition Exhibit 4969

8.      Deposition Exhibit 4972

9.      Deposition Exhibit 4974

10.     Deposition Exhibit 4975

**V.     CompuCom**

1.      Deposition Exhibit 5223

**VI.    Costco**

1.      CostcoCRT_000099413-4

2.      CostcoCRT_000001314

**VII.   Electrograph**

1.      Deposition Exhibit 3459

2.      Deposition Exhibit 3471

**VIII.  Interbond**

1.      CRT-BMART-0015179

**IX.    Office Depot**

1.      Exhibit 4714

2.      Exhibit 4715

**X.     MARTA**

1.      Deposition Exhibit 3244

2.      Deposition Exhibit 3255

**XI.    P.C. Richard**

1.      CRT-PCR-0017939

2.      CRT-PCR-0024914

Robert J. Gralewski, Esq.

Laura E. Nelson, Esq.

**XII.**   **Sears/Kmart**

    1.    Deposition Exhibit 3967

    2.    Deposition Exhibit 3977

    3.    Deposition Exhibit 3979

    4.    Deposition Exhibit 4053

    5.    Deposition Exhibit 4057

    6.    Deposition Exhibit 4058

    7.    Deposition Exhibit 4062

    8.    Deposition Exhibit 6293

    9.    Deposition Exhibit 7522

    10.    SRSCRTED00271078

    11.    SRSCRTED00277048

**XIII.**   **Sharp**

    1.    Deposition Exhibit 3620

    2.    Deposition Exhibit 4759

    3.    Deposition Exhibit 3621

    4.    Deposition Exhibit 4763

    5.    Deposition Exhibit 3619

    6.    Deposition Exhibit 4770

    7.    Deposition Exhibit 4771

    8.    Deposition Exhibit 4772

    9.    Deposition Exhibit 3614

**XIV.**   **Target**

    1.    Deposition Exhibit 2921

    2.    Deposition Exhibit 6043

    3.    Deposition Exhibit 2922

    4.    Deposition Exhibit 6046

    5.    Deposition Exhibit 6047

Robert J. Gralewski, Esq.

WHITE & CASE

Laura E. Nelson, Esq.

      6.      TARG_CRT00026980

      7.      Deposition Exhibit 6051

      8.      Deposition Exhibit 6210

      9.      Deposition Exhibit 6213

     10.     TARG_CRT00003721

     11.     TARG_CRT00006933

     12.     TARG_CRT00002889

     13.     TARG_CRT00009366

**XV.**    **Tech Data**

      1.      Deposition Exhibit 3492

      2.      Deposition Exhibit 4027

      3.      Deposition Exhibit 4029

**XVI.**   **ViewSonic**

      1.      VIEW_CRT00002118

      2.      VIEW_CRT00002516

      3.      VIEW_CRT00005176

      4.      VIEW_CRT00006703

      5.      VIEW_CRT00015002

      6.      VIEW_CRT00019581

      7.      VIEW_CRT00024270

      8.      VIEW_CRT00064583

Pursuant to the terms of our stipulation, please provide a response by October 17, 2014.

Sincerely,

Lucius B. Lau

Toshiba Attachment 5

**Lau, Albie**

| | |
|---|---|
| **From:** | Bob Gralewski <bgralewski@kmllp.com> |
| **Sent:** | Friday, October 10, 2014 3:31 PM |
| **To:** | Lau, Albie |
| **Cc:** | Laura E. Nelson |
| **Subject:** | Re: CRT:  Letter from Toshiba re: authentication |
| **Attachments:** | Revised Toshiba Document List (9-10-14).pdf; ATT00001.htm |

Albie,

Thanks for your letter.

Plaintiffs' list for Toshiba is attached.

Have a nice weekend.

Bob

**REVISED EXHIBIT A TO THE DAPS' AND IPPS' FIRST SET OF REQUESTS FOR ADMISSION TO THE TOSHIBA DEFENDANTS**

| | Beginning Bates | End Bates |
|---|---|---|
| 1. | TACP-CRT-00020562 | TACP-CRT-00020576 |
| 2. | TAEC-CRT-00008902 | TAEC-CRT-00008908 |
| 3. | TAEC-CRT-00009116 | TAEC-CRT-00009181 |
| 4. | TAEC-CRT-00010351 | TAEC-CRT-00010410 |
| 5. | TAEC-CRT-00010411 | TAEC-CRT-00010472 |
| 6. | TAEC-CRT-00018123 | TAEC-CRT-00018123 |
| 7. | TAEC-CRT-00018126 | TAEC-CRT-00018127 |
| 8. | TAEC-CRT-00018555 | TAEC-CRT-00018555 |
| 9. | TAEC-CRT-00020529 | TAEC-CRT-00020554 |
| 10. | TAEC-CRT-00020530 | TAEC-CRT-00020546 |
| 11. | TAEC-CRT-00020718 | TAEC-CRT-00020734 |
| 12. | TAEC-CRT-00021577 | TAEC-CRT-00021595 |
| 13. | TAEC-CRT-00023685 | TAEC-CRT-00023685 |
| 14. | TAEC-CRT-00025345 | TAEC-CRT-00025398 |
| 15. | TAEC-CRT-00025518 | TAEC-CRT-00025583 |
| 16. | TAEC-CRT-00026960 | TAEC-CRT-00026962 |
| 17. | TAEC-CRT-00027321 | TAEC-CRT-00027330 |
| 18. | TAEC-CRT-00027616 | TAEC-CRT-00027652 |
| 19. | TAEC-CRT-00028971 | TAEC-CRT-00029007 |
| 20. | TAEC-CRT-00039256 | TAEC-CRT-00039305 |
| 21. | TAEC-CRT-00041564 | TAEC-CRT-00041564 |
| 22. | TAEC-CRT-00041606 | TAEC-CRT-00041608 |
| 23. | TAEC-CRT-00041709 | TAEC-CRT-00041711 |
| 24. | TAEC-CRT-00042216 | TAEC-CRT-00042216 |
| 25. | TAEC-CRT-00049876 | TAEC-CRT-00049912 |
| 26. | TAEC-CRT-00054277 | TAEC-CRT-00054308 |
| 27. | TAEC-CRT-00054383 | TAEC-CRT-00054401 |
| 28. | TAEC-CRT-00054572 | TAEC-CRT-00054592 |
| 29. | TAEC-CRT-00054831 | TAEC-CRT-00054848 |
| 30. | TAEC-CRT-00054896 | TAEC-CRT-00054913 |
| 31. | TAEC-CRT-00055023 | TAEC-CRT-00055035 |
| 32. | TAEC-CRT-00055069 | TAEC-CRT-00055130 |
| 33. | TAEC-CRT-00059040 | TAEC-CRT-00059041 |
| 34. | TAEC-CRT-00059798 | TAEC-CRT-00059830 |
| 35. | TAEC-CRT-00065483 | TAEC-CRT-00065483 |
| 36. | TAEC-CRT-00065484 | TAEC-CRT-00065484 |
| 37. | TAEC-CRT-00065518 | TAEC-CRT-00065521 |

| | | |
|---|---|---|
| 38. | TAEC-CRT-00065529 | TAEC-CRT-00065538 |
| 39. | TAEC-CRT-00065635 | TAEC-CRT-00065638 |
| 40. | TAEC-CRT-00065667 | TAEC-CRT-00065670 |
| 41. | TAEC-CRT-00065969 | TAEC-CRT-00065969 |
| 42. | TAEC-CRT-00065986 | TAEC-CRT-00065987 |
| 43. | TAEC-CRT-00066181 | TAEC-CRT-00066181 |
| 44. | TAEC-CRT-00068610 | TAEC-CRT-00068612 |
| 45. | TAEC-CRT-00068894 | TAEC-CRT-00068901 |
| 46. | TAEC-CRT-00069157 | TAEC-CRT-00069158 |
| 47. | TAEC-CRT-00070348 | TAEC-CRT-00070353 |
| 48. | TAEC-CRT-00070960 | TAEC-CRT-00070967 |
| 49. | TAEC-CRT-00071173 | TAEC-CRT-00071189 |
| 50. | TAEC-CRT-00071245 | TAEC-CRT-00071245 |
| 51. | TAEC-CRT-00072148 | TAEC-CRT-00072151 |
| 52. | TAEC-CRT-00081210 | TAEC-CRT-00081213 |
| 53. | TAEC-CRT-00083156 | TAEC-CRT-00083156 |
| 54. | TAEC-CRT-00087223 | TAEC-CRT-00087224 |
| 55. | TAEC-CRT-00088054 | TAEC-CRT-00088055 |
| 56. | TAEC-CRT-00088432 | TAEC-CRT-00088434 |
| 57. | TAEC-CRT-00088715 | TAEC-CRT-00088716 |
| 58. | TAEC-CRT-00089342 | TAEC-CRT-00089344 |
| 59. | TAEC-CRT-00089968 | TAEC-CRT-00089969 |
| 60. | TAEC-CRT-00090127 | TAEC-CRT-00090128 |
| 61. | TAEC-CRT-00091750 | TAEC-CRT-00091751 |
| 62. | TAEC-CRT-00093312 | TAEC-CRT-00093313 |
| 63. | TAEC-CRT-00095236 | TAEC-CRT-00095237 |
| 64. | TAEC-CRT-00096166 | TAEC-CRT-00096168 |
| 65. | TAEC-CRT-00096935 | TAEC-CRT-00096937 |
| 66. | TET-CRT-00002363 | TET-CRT-00002363 |
| 67. | TET-CRT-00002966 | TET-CRT-00002988 |
| 68. | TET-CRT-00003403 | TET-CRT-00003403 |
| 69. | TSB-CRT-00018162 | TSB-CRT-00018489 |
| 70. | TSB-CRT-00018805 | TSB-CRT-00018921 |
| 71. | TSB-CRT-00025664 | TSB-CRT-00025664 |
| 72. | TSB-CRT-00030283 | TSB-CRT-00030283 |
| 73. | TSB-CRT-00033683 | TSB-CRT-00033686 |
| 74. | TSB-CRT-00035348 | TSB-CRT-00035349 |
| 75. | TSB-CRT-00035350 | TSB-CRT-00035352 |
| 76. | TSB-CRT-00036828 | TSB-CRT-00036828 |
| 77. | TSB-CRT-00036829 | TSB-CRT-00036829 |
| 78. | TSB-CRT-00036875 | TSB-CRT-00036875 |
| 79. | TSB-CRT-00039099 | TSB-CRT-00039101 |

| 80. | TSB-CRT-00039194 | TSB-CRT-00039196 |
|-----|------------------|------------------|
| 81. | TSB-CRT-00039414 | TSB-CRT-00039414 |
| 82. | TSB-CRT-00039415 | TSB-CRT-00039415 |
| 83. | TSB-CRT-00041527 | TSB-CRT-00041528 |
| 84. | TSB-CRT-00041620 | TSB-CRT-00041623 |
| 85. | TSB-CRT-00041633 | TSB-CRT-00041634 |
| 86. | TSB-CRT-00041721 | TSB-CRT-00041724 |
| 87. | TSB-CRT-00041746 | TSB-CRT-00041749 |
| 88. | TSB-CRT-00041862 | TSB-CRT-00041863 |
| 89. | TSB-CRT-00041870 | TSB-CRT-00041871 |
| 90. | TSB-CRT-00042255 | TSB-CRT-00042255 |
| 91. | TSB-CRT-00042334 | TSB-CRT-00042336 |
| 92. | TSB-CRT-00042440 | TSB-CRT-00042443 |
| 93. | TSB-CRT-00042493 | TSB-CRT-00042495 |
| 94. | TSB-CRT-00045123 | TSB-CRT-00045126 |

Toshiba Attachment 6

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Tel   + 1 202 626 3600
Fax  + 1 202 639 9355
whitecase.com

Direct Dial + (202) 626-3696          alau@whitecase.com

October 22, 2014

Robert J. Gralewski, Jr., Esq.
Kirby McInerney LLP
600 B Street, Suite 1900
San Diego, CA 92101

Laura E. Nelson, Esq.
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*,   Case No. 07-5944 SC,
MDL No. 1917 (N.D. Cal.):   The Toshiba Defendants' Response To The List Of 94
<u>Documents Provided By The Plaintiffs</u>

Dear Mr. Grawlewski and Ms. Nelson:

Pursuant to the terms of our stipulation, this letter constitutes the Toshiba Defendants' response to the list of 94 documents you provided on October 10, 2014.  Attachment A to this indicates which of those documents we are willing to stipulate are authentic and, separately, which of those documents we are willing to stipulate are business records within the meaning of Rule 803(6) of the Federal Rules of Evidence.

We are willing to meet and confer with you concerning this response.

Sincerely,

Lucius B. Lau

<u>Attachment</u>

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG  HELSINKI
HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC

# Attachment A

ATTACHMENT A

| # | BATES NUMBER | AUTHENTIC? | BUSINESS RECORD WITHIN MEANING OF FRE 803(6)? |
|---|---|---|---|
| 1. | TACP-CRT-00020562 | NO | NO |
| 2. | TAEC-CRT-00008902 | YES | NO |
| 3. | TAEC-CRT-00009116 | YES | NO |
| 4. | TAEC-CRT-00010351 | YES | NO |
| 5. | TAEC-CRT-00010411 | YES | NO |
| 6. | TAEC-CRT-00018123 | YES | NO |
| 7. | TAEC-CRT-00018126 | YES | NO |
| 8. | TAEC-CRT-00018555 | YES | YES |
| 9. | TAEC-CRT-00020529 | YES | YES |
| 10. | TAEC-CRT-00020530 | YES | NO |
| 11. | TAEC-CRT-00020718 | YES | NO |
| 12. | TAEC-CRT-00021577 | YES | NO |
| 13. | TAEC-CRT-00023685 | YES | NO |
| 14. | TAEC-CRT-00025345 | YES | NO |
| 15. | TAEC-CRT-00025518 | YES | NO |
| 16. | TAEC-CRT-00026960 | YES | NO |
| 17. | TAEC-CRT-00027321 | YES | NO |
| 18. | TAEC-CRT-00027616 | YES | NO |
| 19. | TAEC-CRT-00028971 | YES | YES |
| 20. | TAEC-CRT-00039256 | YES | NO |
| 21. | TAEC-CRT-00041564 | YES | NO |
| 22. | TAEC-CRT-00041606 | YES | NO |
| 23. | TAEC-CRT-00041709 | YES | NO |
| 24. | TAEC-CRT-00042216 | YES | NO |

| 25. | TAEC-CRT-00049876 | YES | NO |
|-----|-------------------|-----|-----|
| 26. | TAEC-CRT-00054277 | YES | NO |
| 27. | TAEC-CRT-00054383 | YES | NO |
| 28. | TAEC-CRT-00054572 | YES | NO |
| 29. | TAEC-CRT-00054831 | YES | NO |
| 30. | TAEC-CRT-00054896 | YES | NO |
| 31. | TAEC-CRT-00055023 | YES | NO |
| 32. | TAEC-CRT-00055069 | YES | NO |
| 33. | TAEC-CRT-00059040 | YES | NO |
| 34. | TAEC-CRT-00059798 | YES | NO |
| 35. | TAEC-CRT-00065483 | YES | NO |
| 36. | TAEC-CRT-00065484 | YES | NO |
| 37. | TAEC-CRT-00065518 | YES | NO |
| 38. | TAEC-CRT-00065529 | YES | NO |
| 39. | TAEC-CRT-00065635 | YES | NO |
| 40. | TAEC-CRT-00065667 | YES | NO |
| 41. | TAEC-CRT-00065969 | YES | NO |
| 42. | TAEC-CRT-00065986 | YES | NO |
| 43. | TAEC-CRT-00066181 | YES | NO |
| 44. | TAEC-CRT-00068610 | YES | NO |
| 45. | TAEC-CRT-00068894 | YES | NO |
| 46. | TAEC-CRT-00069157 | YES | NO |
| 47. | TAEC-CRT-00070348 | YES | NO |
| 48. | TAEC-CRT-00070960 | YES | NO |
| 49. | TAEC-CRT-00071173 | YES | NO |

| 50. | TAEC-CRT-00071245 | YES | NO |
|-----|-------------------|-----|-----|
| 51. | TAEC-CRT-00072148 | YES | NO |
| 52. | TAEC-CRT-00081210 | YES | NO |
| 53. | TAEC-CRT-00083156 | YES | NO |
| 54. | TAEC-CRT-00087223 | YES | NO |
| 55. | TAEC-CRT-00088054 | YES | NO |
| 56. | TAEC-CRT-00088432 | YES | NO |
| 57. | TAEC-CRT-00088715 | YES | NO |
| 58. | TAEC-CRT-00089342 | YES | NO |
| 59. | TAEC-CRT-00089968 | YES | NO |
| 60. | TAEC-CRT-00090127 | YES | NO |
| 61. | TAEC-CRT-00091750 | YES | NO |
| 62. | TAEC-CRT-00093312 | YES | NO |
| 63. | TAEC-CRT-00095236 | YES | NO |
| 64. | TAEC-CRT-00096166 | YES | NO |
| 65. | TAEC-CRT-00096935 | YES | NO |
| 66. | TET-CRT-00002363 | YES | NO |
| 67. | TET-CRT-00002966 | YES | NO |
| 68. | TET-CRT-00003403 | YES | NO |
| 69. | TSB-CRT-00018162 | YES | NO |
| 70. | TSB-CRT-00018805 | YES | NO |
| 71. | TSB-CRT-00025664 | YES | NO |
| 72. | TSB-CRT-00030283 | YES | NO |
| 73. | TSB-CRT-00033683 | YES | NO |
| 74. | TSB-CRT-00035348 | YES | NO |

| 75. | TSB-CRT-00035350 | YES | NO |
|-----|------------------|-----|-----|
| 76. | TSB-CRT-00036828 | YES | NO |
| 77. | TSB-CRT-00036829 | YES | NO |
| 78. | TSB-CRT-00036875 | YES | NO |
| 79. | TSB-CRT-00039099 | YES | NO |
| 80. | TSB-CRT-00039194 | YES | NO |
| 81. | TSB-CRT-00039414 | YES | NO |
| 82. | TSB-CRT-00039415 | YES | NO |
| 83. | TSB-CRT-00041527 | YES | NO |
| 84. | TSB-CRT-00041620 | YES | NO |
| 85. | TSB-CRT-00041633 | YES | NO |
| 86. | TSB-CRT-00041721 | YES | NO |
| 87. | TSB-CRT-00041746 | YES | NO |
| 88. | TSB-CRT-00041862 | YES | NO |
| 89. | TSB-CRT-00041870 | YES | NO |
| 90. | TSB-CRT-00042255 | YES | NO |
| 91. | TSB-CRT-00042334 | YES | NO |
| 92. | TSB-CRT-00042440 | YES | NO |
| 93. | TSB-CRT-00042493 | YES | NO |
| 94. | TSB-CRT-00045123 | YES | NO |

Toshiba Attachment 7

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
202-223-7348

WRITER'S DIRECT FACSIMILE
202-204-7378

WRITER'S DIRECT E-MAIL ADDRESS
bwarren@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON

DAVID J. BALL
CRAIG A. BENSON
PATRICK S. CAMPBELL
CHARLES E. DAVIDOW
KENNETH A. GALLO
MARK F. MENDELSOHN

JANE B. O'BRIEN
ALEX YOUNG K. OH
JOSEPH J. SIMONS
ALEXANDRA M. WALSH
BETH A. WILKINSON

PARTNERS NOT RESIDENT IN WASHINGTON

MATTHEW W. ABBOTT*
ALLAN J. ARFFA
ROBERT A. ATKINS*
JOHN F. BAUGHMAN*
LYNN B. BAYARD*
DANIEL J. BELLER
MITCHELL L. BERG*
MARK S. BERGMAN
BRUCE BIRENBOIM*
H. CHRISTOPHER BOEHNING*
ANGELO BONVINO*
LAURA C. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN*
SUSANNA M. BUERGEL*
JESSICA S. CAREY*
JEANETTE K. CHAN*
YVONNE Y. F. CHAN*
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH*
CHRISTOPHER J. CUMMINGS*
DOUGLAS R. DAVIS*
THOMAS V. DE LA BASTIDE III*
ARIEL J. DECKELBAUM*
ALICE BELISLE EATON*
ANDREW J. EHRLICH*
GREGORY A. EZRING*
LESLIE GORDON FAGEN
MARC FALCONE*
ROSS A. FIELDSTON*
ANDREW C. FINCH
BRAD J. FINKELSTEIN*
BRIAN P. FINNEGAN*
ROBERTO FINZI
PETER E. FISCH*
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY*
HARRIS B. FREIDUS*
MANUEL S. FREY*
ANDREW L. GAINES*
MICHAEL E. GERTZMAN*
ADAM M. GIVERTZ*
SALVATORE GOGLIORMELLA*
ROBERT D. GOLDBAUM*
NEIL GOLDMAN*
ERIC GOODISON*
CHARLES H. GOOGE, JR.*
ANDREW G. GORDON*
UDI GROFMAN*
NICHOLAS GROOMBRIDGE*
BRUCE A. GUTENPLAN*
GAINES GWATHMEY, III
ALAN S. HALPERIN*
JUSTIN G. HAMILL*
CLAUDIA HAMMERMAN*
GERARD E. HARPER
BRIAN S. HERMANN*
ROBERT M. HIRSH
MICHELE HIRSHMAN*
MICHAEL S. HONG*
DAVID S. HUNTINGTON*
LORETTA A. IPPOLITO*
JAREN JANGHORBANI*
MEREDITH J. KANE*
ROBERTA A. KAPLAN*

BRAD S. KARP*
PATRICK N. KARSNITZ*
JOHN C. KENNEDY*
BRIAN KIM*
ALAN W. KORNBERG
DANIEL J. KRAMER*
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL*
XIAOYU GREG LIU*
JEFFREY D. MARELL*
MARCO V. MASOTTI*
EDWIN S. MAYNARD*
DAVID W. MAYO*
ELIZABETH R. McCOLM*
WILLIAM B. MICHAEL*
TOBY S. MYERSON*
CATHERINE NYARADY*
BRAD R. OKUN*
KELLEY D. PARKER*
MARC E. PERLMUTTER*
VALERIE E. RADWANER*
CARL L. REISNER*
LORIN L. REISNER*
WALTER G. RICCIARDI
WALTER RIEMAN*
RICHARD A. ROSEN
ANDREW N. ROSENBERG*
JACQUELINE P. RUBIN*
RAPHAEL M. RUSSO*
ELIZABETH M. SACKSTEDER*
JEFFREY D. SAFERSTEIN*
JEFFREY B. SAMUELS*
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER*
ROBERT B. SCHUMER*
JAMES H. SCHWAB*
JOHN M. SCOTT*
STEPHEN J. SHIMSHAK*
DAVID R. SICULAR*
MOSES SILVERMAN
STEVEN SIMKIN*
MARILYN SOBEL
AUDRA J. SOLOWAY*
SCOTT M. SONTAG*
TARUN M. STEWART*
ERIC ALAN STONE*
AIDAN SYNNOTT*
ROBYN F. TARNOFSKY*
MONICA K. THURMOND*
DANIEL J. TOAL*
LIZA M. VELAZQUEZ*
MARIA T. VULLO*
LAWRENCE G. WEE*
THEODORE V. WELLS, JR.
STEVEN J. WILLIAMS*
LAWRENCE I. WITDORCHIC*
MARK B. WLAZLO*
JULIA TARVER MASON WOOD
JORDAN E. YARETT*
KAYE N. YOSHINO*
TONG YU*
TRACEY A. ZACCONE*
T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

October 22, 2014

By Email

Lucius B. Lau
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
alau@whitecase.com

<u>In re CRT Antitrust Litigation:  Case No. 07-cv-5944 (N.D. Cal.):  The Toshiba Defendants' Authentication Requests</u>

Dear Mr. Lau:

We write in response to your letter dated October 10, 2014.

You inquired whether Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA") (collectively, "Sharp") would admit the authenticity of documents you identified, and would separately admit that each document identified is a business record within the meaning of Federal Rule of Evidence 803(6).  We respond as to each document below.  Notwithstanding these responses, Sharp reserves all rights to object to the admissibility of these responses on any appropriate ground.

**Exhibit 3614 (SHARP-CRT-00075759):**  This document is an authentic copy of a document produced by SEMA as contained in SEMA's files.  Much of this

document appears to have been written by individuals working at defendant Toshiba America Electronic Components, Inc., and Sharp has insufficient information or knowledge regarding the source, accuracy or purpose of this document or the information in it to admit or deny that it is a business record of Sharp within the meaning of Rule 803(6).

**Exhibit 3619 (SHARP-CRT-00003283):** This document is an authentic copy of a document produced by Sharp, and it is a business record of Sharp within the meaning of Rule 803(6).

**Exhibit 3620 (SHARP-CRT-00212452):** This document is an authentic copy of a document produced by SEMA as contained in SEMA's files. Sharp has insufficient information or knowledge regarding the source, accuracy or purpose of this document or the information in it to admit or deny that it is a business record of Sharp within the meaning of Rule 803(6).

**Exhibit 3621 (SHARP-CRT-00002833):** Sharp has insufficient information or knowledge regarding the source, accuracy or purpose of this document or the information in it to admit or deny that it is authentic or that it is a business record of Sharp within the meaning of Rule 803(6).

**Exhibit 4759 (SHARP-CRT-00076058):** This document is an authentic copy of a document produced by Sharp, and it is a business record of Sharp within the meaning of Rule 803(6).

**Exhibit 4763 (SHARP-CRT-00208901):** This document is an authentic copy of a document produced by SEMA as contained in SEMA's files. Sharp has insufficient information or knowledge regarding the source, accuracy or purpose of this document or the information in it to admit or deny that it is a business record of Sharp within the meaning of Rule 803(6).

**Exhibit 4770 (SHARP-CRT-00003913):** This document is an authentic copy of a document produced by Sharp, and it is a business record of Sharp within the meaning of Rule 803(6).

**Exhibit 4771 (SHARP-CRT-00212443):** This document is an authentic copy of a document produced by SEMA as contained in SEMA's files. This document appears to have been created by defendant Toshiba America Electronic Components, Inc., and Sharp has insufficient information or knowledge regarding the source, accuracy or purpose of this document or the information in it to admit or deny that it is a business record of Sharp within the meaning of Rule 803(6).

**Exhibit 4772 (MTPD-0422283):** This document was produced by defendant MT Picture Display Co., Ltd., not by Sharp. Sharp has insufficient information or knowledge regarding the source, accuracy or purpose of this document or the

Lucius B. Lau                                                                                          3

information in it to admit or deny that it is authentic or that it is a business record of
Sharp within the meaning of Rule 803(6).

Very truly yours,

*/s/  Blaise Warren*

William Blaise Warren

cc      Robert J. Gralewski
        Laura E. Nelson



1201 Third Avenue          **T** +1.206.359.8000
Suite 4900                 **F** +1.206.359.9000
Seattle, WA 98101-3099     perkinscoie.com

October 22, 2014

Cori G. Moore
CGMoore@perkinscoie.com
D.  (206) 359-3849
F.  (206) 359-4849

**VIA E-MAIL**

Lucius B. Lau
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Re:     *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.): The
        **Toshiba Defendants' Authentication Requests**

Dear Mr. Lau:

I write in response to your letter dated October 10, 2014, regarding the Toshiba Defendants'
authentication requests.

Subject to the terms of the parties' Stipulation entered October 10, 2014, Costco will admit that
the documents Bates-stamped CostcoCRT_000099413-4 and CostcoCRT_000001314 are: (1)
authentic, and (2) business records within the meaning of Federal Rule of Evidence 803(6).

Notwithstanding this letter, Costco reserves its right to challenge the admissibility of these
documents on all other grounds provided for by the Federal Rules of Evidence including, but not
limited to, Rules 401, 402, and 403.

Best regards,

Cori G. Moore



**Gene Polyak**
Tel 305-350-7247
Fax 305-351-2221
gpolyak@bilzin.com

October 22, 2014

**VIA E-MAIL**
Lucius B. Lau
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
alau@whitecase.com

      Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL 1917 (N.D. Cal.); Individual Case No. 13-cv-00157-SC

Dear Albie:

      With regard to your October 10, 2014 letter requesting Tech Data to authenticate certain documents enumerated therein in connection with the Stipulation filed on that date, Tech Data responds that—with all objections to relevancy expressly reserved—it is willing to stipulate as follows:

      1. Deposition Exhibit 3492 - authentic, business record.

      2. Deposition Exhibit 4027 - authentic, business record.

      3. Deposition Exhibit 4029 - authentic, business record.

              Very truly yours,

              /s/ *Gene Polyak*

              Gene Polyak

SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100

1000 LOUISIANA STREET

HOUSTON, TEXAS 77002-5096

(713) 651-9366

FAX (713) 654-6666

WWW.SUSMANGODFREY.COM

| | | | |
|---|---|---|---|
| SUITE 5100<br>901 MAIN STREET<br>DALLAS, TEXAS 75202-3775<br>(214) 754-1900 | SUITE 950<br>1901 AVENUE OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310) 789-3100 | SUITE 3800<br>1201 THIRD AVENUE<br>SEATTLE, WASHINGTON 98101-3000<br>(206) 516-3880 | 15TH FLOOR<br>560 LEXINGTON AVENUE<br>NEW YORK, NEW YORK 10022-6828<br>(212) 336-8330 |

JONATHAN J. ROSS                                                          E-MAIL JROSS@SUSMANGODFREY.COM

DIRECT DIAL (713) 653-7813

October 22, 2014

Lucius B. Lau
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005

Re:     *In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917,
Master Case No. 3:07-cv-05944-SC*

Dear Albie:

With regard to your request to authenticate certain CRT documents used as
exhibits in the case, we respond as FLW:

Ex. 2843 (CC0021806-822): Business Record..
Ex. 2847 (CC0397160-164): Business Record.
Ex. 4953 (CC0546195-209): Business Record.
Ex. 4955 (CC 0584244): Business Record.
Ex. 4962 (CC0566240-244): Business Record.
Ex. 4964 (CC0148949): Business Record.
Ex. 4969 (CC0019048-052): Business Record.
Ex. 4972 (CC 0605340): Business Record.
Ex. 4974 (CC0544439-452): Business Record.
Ex. 4975 (CC0546170-71): Business Record.

Sincerely,

Jonathan J. Ross

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500  FAX: 612-339-4181
www.rkmc.com

| ATTORNEYS AT LAW | Laura E. Nelson |
|---|---|
| | LENelson@rkmc.com |
| | 612-349-0986 |

*Via email*

October 22, 2014

Albie Lau
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Re: In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL 1917 (N.D. Cal.)

Dear Albie:

We are in receipt of your October 10, 2014 letter requesting that Best Buy review 23 documents for authentication and business record status.

We agree that the following Best Buy documents are authentic:

| | | |
|---|---|---|
| Deposition Exhibit 3107 | Deposition Exhibit 5519 | Deposition Exhibit 5750 |
| Deposition Exhibit 3119 | Deposition Exhibit 5533 | Deposition Exhibit 5751 |
| Deposition Exhibit 5151 | Deposition Exhibit 5535 | Deposition Exhibit 5752 |
| Deposition Exhibit 5156 | Deposition Exhibit 5537 | Deposition Exhibit 5760 |
| Deposition Exhibit 5162 | Deposition Exhibit 5544 | Deposition Exhibit 7540 |
| Deposition Exhibit 5164 | Deposition Exhibit 5743 | Deposition Exhibit 7543 |
| Deposition Exhibit 5165 | Deposition Exhibit 5744 | Deposition Exhibit 7544 |
| Deposition Exhibit 5506 | Deposition Exhibit 5747 | |

We further agree that the following Best Buy documents are business records:

| | | |
|---|---|---|
| Deposition Exhibit 3119 | Deposition Exhibit 5519 | Deposition Exhibit 5750 |
| Deposition Exhibit 5151 | Deposition Exhibit 5533 | Deposition Exhibit 5751 |
| Deposition Exhibit 5156 | Deposition Exhibit 5535 | Deposition Exhibit 5752 |
| Deposition Exhibit 5162 | Deposition Exhibit 5544 | Deposition Exhibit 5760 |
| Deposition Exhibit 5164 | Deposition Exhibit 5743 | Deposition Exhibit 7540 |
| Deposition Exhibit 5165 | Deposition Exhibit 5744 | Deposition Exhibit 7543 |
| Deposition Exhibit 5506 | Deposition Exhibit 5747 | Deposition Exhibit 7544 |

October 22, 2014
Page 2                                                                          *Via email*

Best Buy expressly reserves, and does not waive, all other objections regarding these documents.

Sincerely,

*/s/ Laura E. Nelson*

Laura E. Nelson



# KENNY
# NACHWALTER

SAMUEL RANDALL
305-381-7484
srandall@knpa.com

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

October 22, 2014

Lucius B. (Albie) Lau, Esquire
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

***Via Electronic Mail***

**Re:**   ***In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL 1917**

Dear Albie:

Pursuant to the terms of our stipulation, we have reviewed the documents you have identified for Sears and Kmart.  Below are the documents, as identified by their beginning and ending Bates numbers, that Sears and Kmart admit to be authentic under the Federal Rules of Evidence:

| BEG BATES | END BATES | DEPO. EX. NO. |
|---|---|---|
| SEAR_CRT00007706 | SEAR_CRT00007713 | 3967 |
| SEAR_CRT00014643 | SEAR_CRT00014645 | 3977 |
| SRSCRTED00295327 | SRSCRTED00295327 | 3979 |
| SEAR_CRT00008929 | SEAR_CRT00008930 | 4053 |
| SRSCRTED00295725 | SRSCRTED00295725 | 4057 |
| SRSCRTED00295754 | SRSCRTED00295754 | 4057 |
| SRSCRTED00078067 | SRSCRTED00078067 | 4058 |
| SRSCRTED00260407 | SRSCRTED00260440 | 4062 |
| SRSCRTED00272144 | SRSCRTED00272144 | 6293 |
| SRSCRTED00277048 | SRSCRTED00277049 | n/a |
| SRSCRTED00271078 | SRSCRTED00271078 | n/a |

Additionally, below are the documents, as identified by their beginning and ending Bates numbers, that Sears and Kmart admit to be business records within the meaning of Rule 803(6) of the Federal Rules of Evidence:

| BEG BATES | END BATES | DEPO. EX. NO. |
|---|---|---|
| SEAR_CRT00007706 | SEAR_CRT00007713 | 3967 |
| SRSCRTED00260407 | SRSCRTED00260440 | 4062 |

TEXAS OFFICE:
ONE CONGRESS PLAZA
111 CONGRESS AVENUE, SUITE 1060
AUSTIN, TEXAS 78701
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

WASHINGTON SATELLITE OFFICE:
1101 PENNSYLVANIA AVE., N.W. 6TH FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE 202.756.4373
FACSIMILE 202.756.7323

**Albie Lau, Esquire**                                    **October 22, 2014**

**Page 2**

Sincerely,

/s/ Samuel J. Randall

Samuel J. Randall

SJR:pms
510428

**B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P**

30 SOUTH PEARL STREET* 11th FLOOR* ALBANY, NY 12207* 518-434-0600* FAX 518-434-0665

October 23, 2014

**VIA EMAIL**
Albie Lau
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
alau@whitecase.com

> **Re:**   *In re Cathode Ray Tube (CRT) Antitrust Litigation,*
> *Master File No. 3:07-cv-05944-SC (N.D. Cal.)*

Dear Albie:

We are in receipt of your October 10, 2014 letter requesting that we review 12 documents for authentication and business record status.  Subject to the terms of the parties' Stipulation entered October 10, 2014, we admit that the documents listed below are authentic.  In addition, we admit that all of the documents listed below, except Deposition Exhibits 2795 and 3471, are business records within the meaning of Federal Rule of Evidence 803(6).

**ABC Warehouse**

1. Deposition Exhibit 2795

2. Deposition Exhibit 5665

**CompuCom**

1. Deposition Exhibit 5223

**Electrograph**

1. Deposition Exhibit 3459

2. Deposition Exhibit 3471

**Interbond**

1. CRT-BMART-0015179

5301 Wisconsin Avenue, NW, Suite 800, Washington, DC 20015, 202-237-2727, FAX 202-237-6131

October 23, 2014
Albie Lau
Page 2

**MARTA**

1. Deposition Exhibit 3244

2. Deposition Exhibit 3255

**Office Depot**

1. Exhibit 4714

2. Exhibit 4715

**P.C. Richard**

1. CRT-PCR-0017939

2. CRT-PCR-0024914

     Notwithstanding this letter, we reserve the right to challenge the admissibility of these documents on all other grounds.

Sincerely,

*/s/ Anne M. Nardacci*

Anne M. Nardacci



# KENNY
# NACHWALTER

SAMUEL RANDALL
(305) 381-7484
srandall@knpa.com

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KNPA.COM

October 24, 2014

Lucius B. (Albie) Lau, Esquire
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

**VIA E-MAIL**

Re:    *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL 1917

Dear Albie:

After further review, we are supplementing our list of documents that Sears and Kmart admit to be authentic and to be business records under the Federal Rules of Evidence.

In addition to the documents listed in my October 22, 2014 Letter, Sears and Kmart admit that the following documents, as identified by their beginning and ending Bates numbers, are authentic under the Federal Rules of Evidence:

| BEG BATES | END BATES | DEPO. EX. NO. |
|---|---|---|
| SRSCRTED00295328 | SRSCRTED00295330 | 3979 |
| SEAR_CRT00008931 | SEAR_CRT00008931 | 4053 |
| SRSCRTED00295726 | SRSCRTED00295753 | 4057 |
| SRSCRTED00078068 | SRSCRTED00078069 | 4058 |
| SRSCRTED00272145 | SRSCRTED00272145 | 6293 |

Also, along with the documents listed in the October 22, 2014 Letter, Sears and Kmart admit that the following documents, as identified by their beginning and ending Bates numbers, are business records under Rule 803(6) of the Federal Rules of Evidence:

| BEG BATES | END BATES | DEPO. EX. NO. |
|---|---|---|
| SEAR_CRT00014643 | SEAR_CRT00014645 | 3977 |
| SRSCRTED00295327 | SRSCRTED00295330 | 3979 |
| SEAR_CRT00008929 | SEAR_CRT00008931 | 4053 |
| SRSCRTED00295725 | SRSCRTED00295754 | 4057 |
| SRSCRTED00078067 | SRSCRTED00078069 | 4058 |

TEXAS OFFICE
ONE CONGRESS PLAZA
111 CONGRESS AVENUE, SUITE 1060
AUSTIN, TEXAS 78701
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

WASHINGTON SATELLITE OFFICE:
1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE 202.756.4373
FACSIMILE 202.756.7323

Lucius B. (Albie) Lau, Esquire                                    October 24, 2014

Page 2

| SRSCRTED00272144 | SRSCRTED00272145 | 6293 |
| SRSCRTED00277048 | SRSCRTED00277049 | n/a |
| SRSCRTED00271078 | SRSCRTED00271078 | n/a |

Sincerely,

Samuel J. Randall

SJR:pms

KENNY NACHWALTER, P.A.