*(Stipulating parties listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR THE HITACHI DEFENDANTS TO OBJECT TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. 3960)** |
| CERTAIN DIRECT ACTION PLAINTIFF ACTIONS | |
| | Judge: Hon. Samuel Conti |

1

2      The Direct Action Plaintiffs ("DAPs") and the undersigned Hitachi Defendants have

3   conferred by and through their counsel and, subject to the Court's approval, HEREBY

4   STIPULATE AS FOLLOWS:

5      WHEREAS, on November 24, 2014, the DAPs moved to compel the Hitachi Defendants

6   to authenticate documents in response to the Plaintiffs' First Set of Request for Admissions (the

7   "Motion to Compel");

8      WHEREAS, on August 6, 2015, the Special Master entered a Report and

9   Recommendation granting the DAPs' Motion to Compel as brought against Hitachi (Dkt. 3960)

10   (the "Report and Recommendation);

11      WHEREAS, the Hitachi Defendants' objection to the Special Master's Report and

12   Recommendation is due on August 20, 2015;

13      WHEREAS, each of the respective DAPs has reached an agreement in principle or final

14   memorialized agreement to settle its action as brought against the Hitachi Defendants;

15      WHEREAS, the DAPs and the Hitachi Defendants anticipate that the Motion to Compel

16   as brought against Hitachi will be formally withdrawn, without prejudice to refile, by all DAPs

17   following final written memorialization of each settlement between the Hitachi Defendants and

18   each respective DAP;

19      WHEREAS, in order to provide additional time for the parties to confer regarding a

20   process pursuant to which the Motion to Compel can be formally withdrawn, without prejudice to

21   refile, as brought against the Hitachi Defendants, the DAPs and the Hitachi Defendants have

22   agreed to extend by one week the deadline for the Hitachi Defendants to file an objection to the

23   Report and Recommendation.

24      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel

25   as follows:

26      1.      The deadline for the Hitachi Defendants to object to the Special Master's Report

27   and Recommendation is extended until August 27, 2015.

28

1

2    Dated:  August 20, 2015

/s/ Eliot A. Adelson

3

4    Eliot A. Adelson (SBN 205284)
     KIRKLAND & ELLIS LLP
     555 California Street, 27th Floor
5    San Francisco, CA 94104
     Telephone: (415) 439-1400
6    Facsimile: (415) 439-1500
     Email: eadelson@kirkland.com

7

8    James H. Mutchnik (*pro hac vice*)
     Barack S. Echols (*pro hac vice*)
9    KIRKLAND & ELLIS LLP
     300 North LaSalle
10   Chicago, IL 60654
     Telephone: (312) 862-2000
11   Facsimile: (312) 862-2200
     Email: jmutchnik@kirkland.com
12              bechols@kirkland.com

13

     *Counsel for Defendants Hitachi, Ltd., Hitachi*
14   *Displays, Ltd., (n/k/a Japan Display Inc.), Hitachi*
     *America, Ltd., Hitachi Asia, Ltd., and Hitachi*
15   *Electronic Devices (USA), Inc.*

16

17

/s/  Philip J. Iovieno

18

19   Philip J. Iovieno
     Anne M. Nardacci
20   BOIES, SCHILLER & FLEXNER LLP
     30 South Pearl St., 11th Floor
21   Albany, NY 12207
     Telephone: (518) 434-0600
22   Facsimile: (518) 434-0665
     piovieno@bsfllp.com
23   anardacci@bsfllp.com

24   William Isaacson
     Boies, Schiller & Flexner LLP
25   5301 Wisconsin Ave. NW, Suite 800
     Washington, D.C. 20015
26   Telephone: (202) 237-2727
     Facsimile: (202) 237-6131
27   wisaacson@bsfllp.com

28   Stuart Singer
     Boies, Schiller & Flexner LLP

401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

*Liaison Counsel for the Direct Action Plaintiffs*

*/s/ Craig Benson*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of
America, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ David Martinez*
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
Email:  rmsilberfeld@rkmc.com
             dmartinez@rkmc.com
             jscasselman@rkmc.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
Email:  eskaplan@rkmc.com
             kcwildfang@rkmc.com
             lenelson@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC.*

*/s/  David J. Burman*
David J. Burman
Cori G. Moore
Eric J. Weiss
Nicholas H. Hesterberg
Steven D. Merriman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
            CGmoore@perkinscoie.com
            EWeiss@perkinscoie.com
            NHesterberg@perkinscoie.com
            SMerriman@perkinscoie.com

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415) 344-7120
Facsimile:   (415) 344-7320
Email:  JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale
Corporation*


*/s/  Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:  (305) 374-7580
Facsimile:   (305) 374-7593
Email:  rturken@bilzin.com
            swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corporation and
Tech Data Product Management*


*/s/  Kenneth S. Marks*
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666

Email:  kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email:  pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

*/s/  Richard Arnold*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

08/21/2015

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA