(*Stipulating Parties Listed on Signature Pages*)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br><br> This Document Relates to: <br><br> *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; <br><br> *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; <br><br> *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276; <br><br> *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; <br><br> *P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648; <br><br> *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649; <br><br> *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; and <br><br> *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513-SC. | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DIRECT ACTION PLAINTIFFS' MOTION TO COMPEL PANASONIC TO AUTHENTICATE DOCUMENTS** |

1     WHEREAS, on November 24, 2014, the undersigned Direct Action Plaintiffs ("DAPs") moved the Court to compel the Samsung SDI and Hitachi defendants to authenticate documents in response to plaintiffs' First Set of Requests for Admission. *See* DAPs' Joinder in Motion to Compel Toshiba Defendants to Authenticate Documents re SDI and Hitachi, Nov. 24, 2014.

    WHEREAS, on November 26, 2014, DAPs moved the Court to compel Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic defendants") to authenticate documents in response to plaintiffs' First Set of Requests for Admission. *See* DAPs' Joinder in Motion to Compel Toshiba Defendants to Authenticate Documents re Panasonic, Nov. 26, 2014.

    WHEREAS, on August 6, 2015, Special Master Walker issued a recommended Order re Direct Action Plaintiffs' Motions to Compel Samsung SDI, Hitachi and Panasonic to Authenticate Documents requiring the parties to meet and confer regarding the appropriate legal standard to apply to each aspect of the business records exception of FRE 803(6), and requiring the Panasonic defendants to serve amended answers to numbers three through seven of the plaintiffs' First Set of Requests for Admissions no later than 30 days from the date of the final order. *See* Order re Direct Action Plaintiffs' Motions to Compel Samsung SDI, Hitachi and Panasonic to Authenticate Documents at 12-13, Aug. 6, 2015 ("Recommended Order").

    WHEREAS, objections to the Recommended Order are due on August 20, 2015. *See* Order Appointing Special Master for Discovery at 6(b), Dec. 17, 2013 (Dkt. No. 2272); *see also* Civ. L.R. 72-2.

    WHEREAS, the undersigned parties are currently engaged in good faith efforts to determine the feasibility of a settlement of the DAPs' claims against the Panasonic defendants, which may obviate the need for immediate compliance with Recommended Order by the Panasonic defendants.

    WHEREAS, the undersigned parties have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

    1.    The deadline for the Panasonic defendants to comply with the Recommended Order is hereby extended to September 28, 2015.

2. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

DATED: August 20, 2015

        WINSTON & STRAWN LLP

By: /s/ *Eva W. Cole*
JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN
Email: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ *Philip J. Iovieno*
PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

|   |   |
|---|---|
| 1 |   |
| 2 | WILLIAM A. ISAACSON |
|   | Email: wisaacson@bsfllp.com |
| 3 | JENNIFER MILICI |
|   | Email: jmilici@bsfllp.com |
| 4 | **BOIES, SCHILLER & FLEXNER LLP** |
|   | 5301 Wisconsin Ave. NW, Suite 800 |
| 5 | Washington, D.C. 20015 |
|   | Telephone: (202) 237-2727 |
| 6 | Facsimile: (202) 237-6131 |
| 7 |   |
|   | STUART SINGER |
| 8 | Email: ssinger@bsfllp.com |
|   | **BOIES, SCHILLER & FLEXNER LLP** |
| 9 | 401 East Las Olas Blvd., Suite 1200 |
|   | Fort Lauderdale, FL 33301 |
| 10 | Telephone: (954) 356-0011 |
|   | Facsimile: (954) 356-0022 |
| 11 |   |
| 12 | *Attorneys for Plaintiffs Electrograph Systems, Inc.,* |
|   | *Electrograph Technologies, Corp., Office Depot, Inc.,* |
| 13 | *Compucom Systems, Inc., Interbond Corporation of* |
|   | *America, P.C. Richard & Son Long Island Corporation,* |
| 14 | *Marta Cooperative of America, Inc., ABC Appliance,* |
|   | *Inc., Schultze Agency Services LLC on behalf of Tweeter* |
| 15 | *Opco, LLC and Tweeter Newco, LLC* |
| 16 |   |
|   | BILZIN SUMBERG BAENA PRICE & |
| 17 | AXELROD LLP |
| 18 |   |
|   | /s/ *Robert W. Turken* |
| 19 | ROBERT W. TURKEN |
|   | SCOTT N. WAGNER |
| 20 | **BILZIN SUMBERG BAENA PRICE &** |
|   | **AXELROD LLP** |
| 21 | 1450 Brickell Ave, Suite 2300 |
|   | Miami, FL 33131-3456 |
| 22 | Tel: 305-374-7580 |
|   | Fax: 305-374-7593 |
| 23 | Email: rturken@bilzin.com |
| 24 | Email: swagner@bilzin.com |
| 25 |   |
|   | PHILIP J. IOVIENO |
| 26 | Email: piovieno@bsfllp.com |
|   | ANNE M. NARDACCI |
| 27 | Email: anardacci@bsfllp.com |
|   | **BOIES, SCHILLER & FLEXNER LLP** |
| 28 | 10 North Pearl Street, 4th Floor |

-4-

STIPULATION AND [PROPOSED] ORDER REGARDING DAPS' MOTION          Case No. 07-5944
TO COMPEL PANASONIC TO AUTHENTICATE DOCUMENTS                     MDL NO. 1917

Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com
JENNIFER MILICI
Email: jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
Email: ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/      Laura E. Nelson
Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: eskaplan@rkmc.com
kcwildfang@rkmc.com
lenelson@rkmc.com

Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130

Facsimile: (310) 229-5800
Email: rmsilberfeld@rkmc.com
dmartinez@rkmc.com
jscasselman@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC, and on behalf of the Direct Action Plaintiffs*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 08/21/2015

*[Signature: Judge Samuel Conti — United States District Court, Northern District of California seal]*

-6-
STIPULATION AND [PROPOSED] ORDER REGARDING DAPS' MOTION TO COMPEL PANASONIC TO AUTHENTICATE DOCUMENTS

Case No. 07-5944
MDL NO. 1917