1  John G. Emerson *(pro hac vice)*
2  Email: jemerson@emersonfirm.com
   EMERSON SCOTT LLP
3  830 Apollo Lane
   Houston, TX 77058
4  Telephone: (281) 488-8854
   Facsimile: (281) 488-8867
5

6  *Counsel for Plaintiff Paula Call*

7                  **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**
9
                  **SAN FRANCISCO DIVISION**
10

11  IN RE: CATHODE RAY TUBE (CRT)        ) Master File No.: 3:07-CV-5944
    ANTITRUST LITIGATION                 )
12                                       )
    _____  ) MDL NO. 1917
13                                       )
14  This document relates to:            ) **NOTICE OF CHANGE OF FIRM**
                                         ) **AFFILIATIONS OF COUNSEL AND**
15  ALL ACTIONS                          ) **CHANGE OF CONTACT INFO**
    _____  )
16

17          TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES

18  HEREIN AND THEIR COUNSEL OF RECORD:

19          Effective August 1, 2015, John G. Emerson, Scott E. Poynter, William T. Crowder and

20  Corey D. McGaha have changed their firm affiliations.  All future service of documents in this

21  matter may be made upon Mr. Emerson at:
22

23          **John G. Emerson**
            **EMERSON SCOTT, LLP**
24          **830 Apollo Lane**
            **Houston, TX 77058**
25          **Phone: (281) 488-8854**
            **E-mail: jemerson@emersonfirm.com**
26

27

28

1

1   Service may be made to Mr. Poynter at:

2
**Scott E. Poynter**
3   **Of Counsel**
**STEEL, WRIGHT & COLLIER, PLLC**
4   **400 W. Capitol Ave., Suite 2910**
**Little Rock, AR 72201**
5   **Telephone: (501) 251-1587**
**E-mail: scott@swcfirm.com**
6

7   Service may be made to Mr. Crowder and Mr. McGaha at:

8
**William T. Crowder**
9   **Corey D. McGaha**
**CROWDER MCGAHA LLP**
10  **5507 Ranch Drive, Suite 202**
**Little Rock, AR 72223**
11  **Telephone: (501) 205-4026**
**E-mail: wcrowder@crowdermcgaha.com**
12  **E-mail: cmcgaha@crowdermcgaha.com**

13

14

15  Date: August 21, 2015                           Respectfully Submitted,

16                                                  /s/  John G. Emerson              .
                                                    John G. Emerson
17                                                  EMERSON SCOTT LLP
                                                    830 Apollo Lane
18                                                  Houston, Texas 77058
                                                    Telephone: (281) 488-8854
19                                                  E-mail: jemerson@emersonfirm.com

20
                                                    *Counsel for Plaintiff Paula Call*
21

22

23

24

25

26

27

28

John G. Emerson *(pro hac vice)*
Email: jemerson@emersonfirm.com
EMERSON SCOTT LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

*Counsel for Plaintiff Paula Call*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No.: 3:07-CV-5944 |
| | ) |
| | ) |
| _____ | ) MDL NO. 1917 |
| | ) |
| This document relates to: | ) **CERTIFICATE OF SERVICE** |
| | ) |
| ALL ACTIONS | ) |
| _____ | ) |

I, John G. Emerson, declare that I am over the age of eighteen (18) and not a party to the within action.  I am a partner in the law firm of Emerson Scott LLP.

On August 21, 2015, I caused a copy of the **NOTICE OF CHANGE OF FIRM AFFILIATIONS AND CHANGE OF CONTACT INFORMATION** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing.

Dated:   August 21, 2015             /s/  John G. Emerson .
                                    JOHN G. EMERSON

3