Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:    213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

*Attorneys for Mitsubishi Electric Corporation,*
*Mitsubishi Electric US, Inc., and*
*Mitsubishi Electric Visual Solutions America,*
*Inc.*

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281769)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for*
*Direct Purchaser Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:14-CV-2058-sc |
| | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **MITSUBISHI ELECTRIC DEFENDANTS' AND DIRECT PURCHASER PLAINTIFFS' JOINT NOTICE CONCERNING COURT-ORDERED MEDIATION** |

Pursuant to the Court's August 7, 2015 Order (Dkt. No. 3961) ("the Order") regarding mediation of the Direct Purchaser Plaintiffs' ("DPPs") class action against defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "the Mitsubishi Electric Defendants"), the Mitsubishi Electric Defendants and the DPPs (collectively, "the Parties"), the Parties have exchanged proposed mediators and, by agreement, hereby request the Court to appoint U.S. Magistrate Judge Jacqueline Corley, subject to her availability, to serve as a mediator in the DPP action so that the Parties may proceed to mediation within 60 days of August 21, 2015.

*(Signature Blocks On Following Page)*

MITSUBISHI ELECTRIC DEFENDANTS' AND DIRECT PURCHASER PLAINTIFFS' JOINT NOTICE
CONCERNING COURT-ORDERED MEDIATION
Case No. 14-cv-02058 SC

2

1

2    Respectfully and jointly submitted,

3

4    By: */s/ Terrence J. Truax*                 By: */s/ Guido Saveri*
         Terrence J. Truax                            Guido Saveri

5

6    Terrence J. Truax (*pro hac vice*)          Guido Saveri (22349)
     Charles B. Sklarsky (*pro hac vice*)        R. Alexander Saveri (173102)
7    Michael T. Brody (*pro hac vice*)           Geoffrey C. Rushing (126910)
     Gabriel A. Fuentes (*pro hac vice*)         Travis L. Manfredi (281779)
8    **JENNER & BLOCK LLP**                      **SAVERI & SAVERI, INC.**
     353 North Clark                             706 Sansome Street
9    Chicago, Illinois 60654-3456                San Francisco, CA 94111
     Telephone: (312) 222-9350                   Telephone:  (415) 217-6810
10   Facsimile:  (312) 527-0484                  Facsimile:  (415) 217-6813
     ttruax@jenner.com
11   csklarsky@jenner.com
     mbrody@jenner.com                           *Lead Counsel for*
12   gfuentes@jenner.com                         *Direct Purchaser Plaintiffs*

13   Brent Caslin (Cal. Bar. No. 198682)
     **JENNER & BLOCK LLP**
14   633 West Fifth Street

15   Suite 3600

16   Los Angeles, California 90071
     Telephone:   (213) 239-5100
     Facsimile:   (213) 239-5199
17   bcaslin@jenner.com

18   *Attorneys for Mitsubishi Electric*
     *Corporation, Mitsubishi Electric US, Inc.,*
19   *and Mitsubishi Electric Visual Solutions*
     *America, Inc.*

20

21

22   **Pursuant to Local Rule 5-1(i), the filer**
     **attests that the concurrence in the filing**
23   **of this document has been obtained from**
     **each of the above signatories.**

24

25

26

27

28

---