United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER GRANTING STAY AND REMANDING TO SPECIAL MASTER FOR FURTHER REVIEW |
| All RELATED DAP CASES | |

The Court now turns to the Report and Recommendation ("R&R") filed by Special Master Vaughn R. Walker, styled as an order regarding the Direct Action Plaintiffs' motion to compel production of Rule 30(b)(6) testimony. ECF No. 3930 (signed July 22, 2015). The Court is in receipt of an objection by Thomson to the R&R and a fully briefed emergency motion to stay the R&R. See ECF Nos. 3943 ("Objection"); 3976 ("Mot."); 3989 ("Opp'n"); and 3996 ("Reply"). Finally, the Court has received a copy of the recent decision, In re Kellogg Brown & Root, Inc., No. 14-5319, 2015 WL 4727411 (D.C. Cir. Aug. 11, 2015). ECF No. 3991.

Upon thorough review of all of these materials, the Court concludes the interests of justice and fairness are best served by allowing the Special Master time to review his decision in light of the D.C. Circuit's opinion. Therefore, the Court GRANTS the

1  Emergency Stay insofar as is needed to allow time for Special
2  Master Walker to complete his review and for the Court to evaluate
3  any resulting new R&R.  Insofar as the R&R contains deadlines for
4  submission of matters to the Special Master for <u>in camera</u> review,
5  the Court ORDERS parties to comply therewith to allow for expedited
6  release of those portions of the required materials that the
7  Special Master, deems releasable in its new R&R on point, subject
8  to review of said R&R by the Court.  Otherwise, and without
9  expressing any opinion on the substance of the pending R&R, the
10 Court DENIES the pending R&R as moot in light of this order.

12     IT IS SO ORDERED.

14     Dated: August 21, 2015                  _____
15                                              UNITED STATES DISTRICT JUDGE