GUIDO SAVERI (22349)
   *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
   *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
   *grushing@saveri.com*
TRAVIS L. MANFREDI (281779)
   *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates To: *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF REPLY BRIEF IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION TO DISSEMINATE NOTICE OF DIRECT PURCHASER CLASS CERTIFICATION**<br><br>Date:    September 11, 2015<br>Time:    10:00 a.m.<br>Judge:   Honorable Samuel Conti<br>Ctrm:    1, 17th floor |

I, R. Alexander Saveri, declare:

1. I am the managing partner of Saveri & Saveri, Inc., which the Court has appointed as lead counsel on behalf of the Direct Purchaser Plaintiffs ("DPPs") in this action. I have been involved in almost every aspect of this case since its inception. I submit this declaration in support of the Reply Brief in Support of Motion to Disseminate Notice of Direct Purchaser Class Certification. Except as otherwise noted, I make this declaration of my own personal knowledge, and if called upon to do so, could and would testify competently to the facts contained herein.

2. Once class membership has been determined, DPPs' expert can determine class purchases and the overcharge thereon.

3. DPPs' expert report would follow after the 45-day deadline for class members to opt out.

4. On information and belief, it takes approximately ten to fifteen business days, or two to three weeks, to prepare and disseminate notice.

5. DPPs believe that the prospect of trial will be the primary driver of settlement negotiations.

6. The notice program is the same as the notice program approved by the Court with regard to the settlement with Thomson.[1] The cost of the Thomson notice to the Direct Purchaser Class was approximately $50,000.

7. DPPs believe that advancing the case and avoiding delay will be worth significantly more to the class than the small cost of notice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 21, 2015 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　/s/ R. Alexander Saveri
　　　　　　　　　　　　　　　　　　　　　R. Alexander Saveri

---

[1] Order Re: Preliminary Approval of Class Action Settlements with Thomson and TDA Defendants (Mar. 26, 2015) (Dkt. No. 3810).

1

SAVERI DECL. IN SUPPORT OF REPLY BRIEF IN SUPPORT OF DPPS' MOTION TO DISSEMINATE NOTICE OF DIRECT PURCHASER CLASS CERTIFICATION—Master File No. 07-5944 SC