IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Master Case No. C-07-5944-SC<br>Case No. 3:14-cv-2058-SC |
| This Order Relates To:<br><br>All ACTIONS | ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR <u>SETTLEMENT</u> |

During the Status Conference of August 7, 2015, counsel for defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "the Mitsubishi Electric Defendants") and counsel for the Direct Purchaser Plaintiffs jointly requested that the Court order they be sent to mediation. The Court therefore ordered these parties to exchange recommendations on a mediator within two weeks (that is, by August 21, 2015) and then to "proceed to mediation within 60 days thereafter, or else file an appropriate request for an alternative with the Court." ECF No. 3961. Parties have complied with both requirements, having jointly agreed on Magistrate Judge Jaqueline Scott Corley and having appropriately requested her appointment by the Court to allow for mediation within 60 days of August 21, 2015. See ECF No. 4012.

Accordingly, and pursuant to Local Rule 72-1, this matter in the limited scope referenced above is hereby referred to Magistrate Judge Jaqueline Scott Corley for mediation within the applicable timeframe with the goal of achieving a final settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Jaqueline Scott Corley.

IT IS SO ORDERED.

Dated: August 24, 2015      

UNITED STATES DISTRICT JUDGE