Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
       mmcburney@crowell.com
       aheaven@crowell.com

*Attorneys for Plaintiff ViewSonic Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: | Master File No. 3:07-cv-05944-SC |
| *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 3:14-cv-02510-SC | MDL No. 1917 |
| | **STIPULATION OF DISMISSAL** |

Plaintiff ViewSonic Corporation ("ViewSonic") and Defendant LG Electronics, Inc. ("LG Electronics"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to LG Electronics with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation does not affect the rights or claims of ViewSonic against any other defendant or alleged co-conspirator in the above-captioned litigation.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: August 26, 2015

*/s/ Jerome A. Murphy*
Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
           mmcburney@crowell.com
           aheaven@crowell.com

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
           rmcnary@crowell.com

*Counsel for Plaintiff ViewSonic Corporation*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ William D. Temko*
William D. Temko (CA Bar No. 98858)
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., Suite 3500
Los Angeles, CA 90071
Telephone: 213-683-9100
Facsimile:  202-687-3702
Email: William.Temko@mto.com

*Counsel for Defendant LG Electronics, Inc.*