1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. McGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  TYLER M. CUNNINGHAM, Cal. Bar No. 243694
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947
   E-mail:       ghalling@sheppardmullin.com
7                jmcginnis@sheppardmullin.com
                 mscarborough@sheppardmullin.com
8                tcunningham@sheppardmullin.com

9  Attorneys for Defendants
   SAMSUNG SDI AMERICA, INC.,
10 SAMSUNG SDI CO., LTD.,
   SAMSUNG SDI (MALAYSIA) SDN. BHD.,
11 SAMSUNG SDI MEXICO S.A. DE C.V.,
   SAMSUNG SDI BRASIL LTDA.,
12 SHENZEN SAMSUNG SDI CO., LTD. and
   TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF SAMSUNG SDI DEFENDANTS' OPPOSITION TO STATE OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION AND MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS**<br><br>Date:         September 25, 2015<br>Time:         10 a.m.<br>Courtroom:    One<br>Judge:        Hon. Samuel Conti |

Case No. 07-5944-SC; MDL No. 1917                CUNNINGHAM DECL. I/S/O SAMSUNG SDI DEFS.' OPP'N TO
                                                 CALIFORNIA'S MOT. TO INTERVENE AND UNSEAL

I, TYLER M. CUNNINGHAM, hereby declare:

1. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Northern District of California. I am an associate with the firm of Sheppard, Mullin, Richter and Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in this matter. I make this declaration in support of SDI's opposition to (1) the State of California's Motion for Permissive Intervention Solely for the Limited and Collateral Purpose of Seeking to Restore Public Access to 107 Court Records that the Samsung SDI Defendants Asked to Be Sealed (Dkt. No. 3972); and (2) Intervenor the State of California's Motion to Restore Public Access to 107 Court Records (Dkt. No. 3972-1) (together, "Motions"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. Attached hereto as Exhibit A is a true and correct copy of Stipulation and Protective Order entered in *People of the State of California, ex rel. Kamala D. Harris v. Samsung SDI Co., Ltd.*, Case No. CGC-11-515784 (S.F. Super.), dated March 2, 2012.

3. At my request and under my direction, Sheppard Mullin staff reviewed ECF filing receipts for this case, to determine if counsel for the California Attorney General received notice of the sealing requests at issue in the Motions. Based on that review, I am informed and believe that counsel for the California Attorney General began receiving ECF notices of documents filed in this case sometime on or before October 1, 2012, and received notice of all but one of the sealing requests at issue in this case.

4. Counsel for the California Attorney General actively questioned multiple witnesses during depositions in this case, and filed or opposed at least 12 motions in this litigation.

5. SDI provided California with documents it produced in this litigation, for use in its state-court case, including all SDI documents that Plaintiffs seek to unseal. SDI also produced to

-1-

1  California its responses to written discovery in this case and expert reports.

2      6.    In June 2014, counsel for the California Attorney General wrote to me, purporting
3  to challenge SDI's confidentiality designations with respect to approximately one thousand
4  documents.  During the ensuing meet-and-confer dialogue, SDI de-designated dozens of
5  documents.  To date, California has filed no motion with the San Francisco Superior Court with
6  respect to this confidentiality dispute.

7

8      I declare under penalty of perjury under the laws of the United States of America that the
9  foregoing is true and correct to the best of my knowledge.

10

11  DATED:  August 26, 2015

12

13

14                         By      */s/ Tyler M. Cunningham*
15                                   TYLER M. CUNNINGHAM

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

Case No. 07-5944-SC; MDL No. 1917     CUNNINGHAM DECL. I/S/O SAMSUNG SDI DEFS.' OPP'N TO CALIFORNIA'S MOT. TO INTERVENE AND UNSEAL