Kenneth S. Marks (*pro hac vice*)
Jonathan R. Ross (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: kmarks@susmangodfrey.com
        jross@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| ——————————————————— | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. Case No. C 13-05261 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| TECHNICOLOR SA.; et al., | |
| Defendants. | |

1   Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("CC Trust"), and defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc. (collectively, "Mitsubishi Electric"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Mitsubishi Electric with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation is not a dismissal of any person or entity other than Mitsubishi Electric.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

IT IS SO STIPULATED.

Dated: August 27, 2015                     SUSMAN GODFREY L.L.P.

                                            By:  /s/ *Jonathan J. Ross*
                                                Kenneth S. Marks
                                                Jonathan J. Ross
                                                SUSMAN GODFREY L.L.P.
                                                1000 Louisiana Street, Suite 5100
                                                Houston, Texas 77002
                                                Telephone:  (713) 651-9366
                                                Facsimile:  (713) 654-6666
                                                Email:   kmarks@susmangodfrey.com
                                                         jross@susmangodfrey.com

                                                *Attorneys for Plaintiff Alfred H. Siegel,
                                                solely in his capacity as Trustee of the
                                                Circuit City Stores, Inc. Liquidating Trust*

Dated: August 27, 2015                     By:  /s/ Michael T. Brody
                                                Brent Caslin
                                                JENNER & BLOCK LLP
                                                633 West 5th Street, Suite 3600
                                                Los Angeles, CA 90071-2054
                                                Tel: (213) 239-5100
                                                Email:   bcaslin@jenner.com

                                                Terrence J. Truax
                                                Michael T. Brody
                                                Shaun M. Van Horn

| | |
|---|---|
| 1 | |
| 2 | Gabriel A. Fuentes |
|   | JENNER & BLOCK LLP |
| 3 | 353 North Clark Street |
|   | Chicago, IL 60654 |
| 4 | Tel: (312) 222-9350 |
|   | Email:  ttruax@jenner.com |
| 5 | mbrody@jenner.com |
|   | svanhorn@jenner.com |
| 6 | gfuentes@jenner.com |
| 7 | *Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc.* |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August, 2015 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/ *Jonathan J. Ross*
Jonathan J. Ross

---

STIPULATION OF DISMISSAL - 3

MASTER FILE NO.: 3:07-cv-5944 SC
CASE NO. C 13-05261 SC

3830511v1/012325
2383638.2