1  Kenneth S. Marks (*pro hac vice*)
   Jonathan R. Ross (*pro hac vice*)
2  SUSMAN GODFREY LLP
   1000 Louisiana Street, Suite 5100
3  Houston, Texas 77002-5096
   Telephone:  (713) 651-9366
4  Facsimile:   (713) 654-6666
   Email: kmarks@susmangodfrey.com
5          jross@susmangodfrey.com

6  *Attorneys for Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores,*
7  *Inc. Liquidating Trust*

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| _____ | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. C 13-05261 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **[PROPOSED] ORDER OF DISMISSAL AS TO MITSUBISHI ELECTRIC DEFENDANTS** |
| Plaintiff, | |
| v. | |
| TECHNICOLOR SA.; et al., | |
| Defendants. | |

STIPULATION OF DISMISSAL - 1                MASTER FILE NO.:  3:07-cv-5944 SC
                                            Case No. C 13-05261 SC

3831276v1/012325

1 | The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

    1.    All claims asserted by plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("CC Trust") against defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc., (collectively, "Mitsubishi Electric"), are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    2.    Each party shall bear its own costs and attorneys' fees.

    3.    This Order is not a dismissal of any person or entity other than Mitsubishi Electric.

**IT IS SO ORDERED.**

This_____day of _____, 2015.     _____

                                                                                  HONORABLE SAMUEL CONTI

                                                                                  UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL - 2           MASTER FILE NO.: 3:07-cv-5944 SC
                                        CASE NO. C 13-05261 SC

3831276v1/012325