1 *(Stipulating parties listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT ACTION PLAINTIFF ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR THE HITACHI DEFENDANTS TO OBJECT TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. 3960)**<br><br>Judge: Hon. Samuel Conti |

The Direct Action Plaintiffs ("DAPs") and the undersigned Hitachi Defendants have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on November 24, 2014, the DAPs moved to compel the Hitachi Defendants to authenticate documents in response to the Plaintiffs' First Set of Request for Admissions (the "Motion to Compel");

WHEREAS, on August 6, 2015, the Special Master entered a Report and Recommendation granting the DAPs' Motion to Compel as brought against Hitachi (Dkt. 3960) (the "Report and Recommendation);

WHEREAS, the Hitachi Defendants' objection to the Special Master's Report and Recommendation was due on August 20, 2015;

WHEREAS, the DAPs and the Hitachi Defendants previously stipulated to extend the deadline for Hitachi Defendants' objection to the Special Master's Report and Recommendation to August 27, 2015 (Dkt. 4002);

WHEREAS, each of the respective DAPs have reached an agreement in principle or final memorialized agreement to settle their actions against the Hitachi Defendants;

WHEREAS, the DAPs and the Hitachi Defendants anticipate that the Motion to Compel as brought against the Hitachi Defendants will be formally withdrawn, without prejudice to refile, by all DAPs following final written memorialization of each settlement between the Hitachi Defendants and each respective DAP;

WHEREAS, in order to provide additional time for the parties to confer regarding a process pursuant to which the Motion to Compel can be formally withdrawn, without prejudice to refile, as brought against the Hitachi Defendants, the DAPs and the Hitachi Defendants have agreed to extend by one week the deadline for the Hitachi Defendants to file an objection to the Report and Recommendation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as follows:

1. The deadline for the Hitachi Defendants to object to the Special Master's Report and Recommendation is extended until September 3, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
                                                                      Hon. Samuel Conti
                                                                   United States District Judge

Dated: August 20, 2015

/s/ Eliot A. Adelson

Eliot A. Adelson (SBN 205284)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

James H. Mutchnik (*pro hac vice*)
Barack S. Echols (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
      bechols@kirkland.com

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*


/s/ Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

William Isaacson
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

Stuart Singer
Boies, Schiller & Flexner LLP

STIPULATION AND [PROPOSED] ORDER                                    No. 07-5944-SC; MDL No. 1917

401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

*Liaison Counsel for the Direct Action Plaintiffs*


*/s/ Craig Benson*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

*/s/ David Martinez*
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rsilberfeld@robinskaplan.com
dmartinez@robinskaplan.com
jcasselman@ robinskaplan.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS KAPLAN LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: ekaplan@robinskaplan.com
kcwildfang@robinskaplan.com
lnelson@robinskaplan.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and BestBuy.com, L.L.C.*

| | |
|---|---|
| 1 | */s/ David J. Burman* |
| | David J. Burman |
| 2 | Cori G. Moore |
| | Eric J. Weiss |
| 3 | Nicholas H. Hesterberg |
| | Steven D. Merriman |
| 4 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 5 | Seattle, WA 98101-3099 |
| | Telephone:  (206) 359-8000 |
| 6 | Facsimile:   (206) 359-9000 |
| | Email:  DBurman@perkinscoie.com |
| 7 |   CGmoore@perkinscoie.com |
| | EWeiss@perkinscoie.com |
| 8 | NHesterberg@perkinscoie.com |
| | SMerriman@perkinscoie.com |

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415) 344-7120
Facsimile:   (415) 344-7320
Email:  JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*


*/s/ Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:  (305) 374-7580
Facsimile:   (305) 374-7593
Email:  rturken@bilzin.com
  swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management*


*/s/ Kenneth S. Marks*
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666

Email:  kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email:  pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

|   |   |
|---|---|
| 1  | /s/ Jason Murray |
|    | Jason C. Murray |
| 2  | CROWELL & MORING LLP |
|    | 515 South Flower Street, 40th Floor |
| 3  | Los Angeles, CA 90071 |
|    | Telephone: (213) 443-5582 |
| 4  | Facsimile: (213) 622-2690 |
|    | Email: jmurray@crowell.com |

/s/ Jason Murray
Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Counsel for Target Corp..*

/s/ Richard Arnold
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: rarnold@knpa.com
       wblechman@knpa.com
       kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER                                         No. 07-5944-SC; MDL No. 1917