**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT ACTION PLAINTIFF ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR THE HITACHI DEFENDANTS TO OBJECT TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. 3960)**<br><br>Judge: Hon. Samuel Conti |

1

2         The Direct Action Plaintiffs ("DAPs") and the undersigned Hitachi Defendants have
3   conferred by and through their counsel and, subject to the Court's approval, HEREBY
4   STIPULATE AS FOLLOWS:

5         WHEREAS, on November 24, 2014, the DAPs moved to compel the Hitachi Defendants
6   to authenticate documents in response to the Plaintiffs' First Set of Request for Admissions (the
7   "Motion to Compel");

8         WHEREAS, on August 6, 2015, the Special Master entered a Report and
9   Recommendation granting the DAPs' Motion to Compel as brought against Hitachi (Dkt. 3960)
10  (the "Report and Recommendation);

11        WHEREAS, the Hitachi Defendants' objection to the Special Master's Report and
12  Recommendation was due on August 20, 2015;

13        WHEREAS, the DAPs and the Hitachi Defendants previously stipulated to extend the
14  deadline for Hitachi Defendants' objection to the Special Master's Report and Recommendation
15  to August 27, 2015 (Dkt. 4002);

16        WHEREAS, each of the respective DAPs have reached an agreement in principle or final
17  memorialized agreement to settle their actions against the Hitachi Defendants;

18        WHEREAS, the DAPs and the Hitachi Defendants anticipate that the Motion to Compel
19  as brought against the Hitachi Defendants will be formally withdrawn, without prejudice to refile,
20  by all DAPs following final written memorialization of each settlement between the Hitachi
21  Defendants and each respective DAP;

22        WHEREAS, in order to provide additional time for the parties to confer regarding a
23  process pursuant to which the Motion to Compel can be formally withdrawn, without prejudice to
24  refile, as brought against the Hitachi Defendants, the DAPs and the Hitachi Defendants have
25  agreed to extend by one week the deadline for the Hitachi Defendants to file an objection to the
26  Report and Recommendation.

27        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel
28  as follows:

STIPULATION AND [PROPOSED] ORDER                                             No. 07-5944-SC; MDL No. 1917

1. The deadline for the Hitachi Defendants to object to the Special Master's Report and Recommendation is extended until September 3, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 28, 2015

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION AND ~~[PROPOSED]~~ ORDER                              No. 07-5944-SC; MDL No. 1917