Kenneth S. Marks (*pro hac vice*)
Jonathan R. Ross (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
Email: kmarks@susmangodfrey.com
        jross@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his*
*capacity as Trustee of the Circuit City Stores,*
*Inc. Liquidating Trust*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. C 13-05261 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **[PROPOSED] ORDER OF DISMISSAL AS TO MITSUBISHI ELECTRIC DEFENDANTS** |
| Plaintiff, | |
| v. | |
| TECHNICOLOR SA.; et al., | |
| Defendants. | |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust ("CC Trust") against defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc., (collectively, "Mitsubishi Electric"), are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal  Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Mitsubishi Electric.

**IT IS SO ORDERED.**

This___28___day of ___August___, 2015.



HONO

UNITE

Judge Samuel Conti