White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd. et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;<br><br>*Electrograph Systems, Inc. et al.* v. *Hitachi, Ltd. et al.*, No. 11-cv-01656;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No.11-cv-06276;<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;<br><br>*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649; | [PROPOSED] ORDER GRANTING TOSHIBA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) |

1
2  *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-01173; and
3
4  *Tech Data Corporation, et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

[PROPOSED] ORDER GRANTING TOSHIBA'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC, MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Upon consideration of Toshiba's Administrative Motion to File Documents Under
2  Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Administrative Motion"), submitted in
3  connection with Toshiba's Objections to Special Master's Recommended Order Dated
4  August 6, 2015 Re Direct Action Plaintiffs' Motion to Compel Toshiba to Authenticate
5  Documents ("Toshiba's Objections"), and the Declaration of Matthew Frutig in Support of
6  Toshiba's Administrative Motion, it is hereby:
7  ORDERED that the Administrative Motion is GRANTED; and it is further
8  ORDERED that the Clerk shall maintain under seal redacted portions of and exhibits
9  to Exhibit A, redacted portions of Exhibit B, and redacted portions of Exhibit C to the
10 Declaration of Dana E. Foster in Support of Toshiba's Objections.

12 **IT IS SO ORDERED.**

14 Dated: August 31, 2015



[PROPOSED] ORDER GRANTING TOSHIBA'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-SC, MDL No. 1917