# EXHIBIT A

# EXHIBIT A
## OWNERSHIP AND CONTROL MOTIONS SUBJECT TO REQUEST FOR REMAND

| Ownership and Control Dispositive Motions | Defendants Respectfully Request Decision of the Motion in this Court in the Following Plaintiffs' Cases | Defendants Respectfully Request Remand of the Motion in the Following Plaintiffs' Cases |
|---|---|---|
| **ECF 2983** (Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics) | <ul><li>Circuit City</li><li>Costco</li><li>Sears/Kmart</li><li>ViewSonic</li></ul> | <ul><li>CompuCom, N.D. Tex. (5th Cir.)</li><li>Dell, W.D. Tex (5th Cir.)</li><li>Electrograph, E.D.N.Y. (2d Cir)</li><li>Interbond, S.D. Fla. (11th Cir.)</li><li>Office Depot, S.D. Fla. (11th Cir.)</li><li>P.C. Richard, et al., E.D.N.Y. (2d Cir.)</li><li>Tech Data, M.D. Fla. (11th Cir.)</li><li>Tweeter, E.D.N.Y. (2d Cir.)</li></ul> |
| **ECF 3014** (Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo) | <ul><li>Best Buy</li><li>Circuit City</li><li>Costco</li><li>Sears/Kmart</li></ul> | <ul><li>Interbond, S.D. Fla. (11th Cir.)</li></ul> |
| **ECF 3026** (Motion for partial summary judgment as to Direct Action Purchaser's Sherman Act damages claims based on CRT product purchases from NEC-Corporation and NEC-Mitsubishi Electric Visual Systems Corporation) | <ul><li>Best Buy</li><li>Circuit City</li><li>Costco</li><li>Sears/Kmart</li><li>ViewSonic</li></ul> | <ul><li>Dell, W.D. Tex (5th Cir.)</li><li>Electrograph, E.D.N.Y. (2d Cir)</li><li>Interbond, S.D. Fla. (11th Cir.)</li><li>Office Depot, S.D. Fla. (11th Cir.)</li><li>P.C. Richard, et al., E.D.N.Y. (2d Cir.)</li><li>Tech Data, M.D. Fla. (11th Cir.)</li><li>Tweeter, E.D.N.Y. (2d Cir.)</li></ul> |
| **ECF 3053** (Corrected motion for partial summary judgment on standing grounds based on purchases from LPD) | <ul><li>Best Buy</li><li>Circuit City</li><li>Costco</li><li>Sears/Kmart</li><li>ViewSonic</li></ul> | <ul><li>CompuCom, N.D. Tex. (5th Cir.)</li><li>Electrograph, E.D.N.Y. (2d Cir)</li><li>Interbond, S.D. Fla. (11th Cir.)</li><li>Office Depot, S.D. Fla. (11th Cir.)</li><li>P.C. Richard, et al., E.D.N.Y. (2d Cir.)</li><li>Tech Data, M.D. Fla. (11th Cir.)</li><li>Tweeter, E.D.N.Y. (2d Cir.)</li></ul> |