# EXHIBIT B

# EXHIBIT B
## FOREIGN TRADE ANTITRUST IMPROVEMENTS ACT ("FTAIA") MOTIONS SUBJECT TO REQUEST FOR REMAND

| FTAIA Dispositive Motions | Defendants Respectfully Request Decision of the Motion in this Court in the Following Plaintiffs' Cases | Defendants Respectfully Request Consideration of Remand of the Motion in the Following Plaintiffs' Cases |
|---|---|---|
| **ECF 3003** (Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA) | • None | • Dell, W.D. Tex (5th Cir.) |
| **ECF 3006** (Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales) | • Best Buy<br>• Costco | • Interbond, S.D. Fla. (11th Cir.)<br>• Office Depot, S.D. Fla. (11th Cir.) |
| **ECF 3008** (Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA) | • Best Buy<br>• Circuit City<br>• Costco<br>• Sears/Kmart<br>• ViewSonic | • CompuCom, N.D. Tex. (5th Cir.)<br>• Dell, W.D. Tex (5th Cir.)<br>• Electrograph, E.D.N.Y. (2d Cir)<br>• Interbond, S.D. Fla. (11th Cir.)<br>• Office Depot, S.D. Fla. (11th Cir.)<br>• P.C. Richard, et al., E.D.N.Y. (2d Cir.)<br>• Tech Data, M.D. Fla. (11th Cir.)<br>• Tweeter, E.D.N.Y. (2d Cir.) |

| FTAIA Dispositive Motions | Defendants Respectfully Request Decision of the Motion in this Court in the Following Plaintiffs' Cases | Defendants Respectfully Request Consideration of Remand of the Motion in the Following Plaintiffs' Cases |
|---|---|---|
| **ECF 3032** (Motion for Partial Summary Judgment on FTAIA Grounds) | <ul><li>Best Buy</li><li>Circuit City</li><li>Costco</li><li>Sears/Kmart</li></ul> | <ul><li>CompuCom, N.D. Tex. (5th Cir.)</li><li>Dell, W.D. Tex (5th Cir.)</li><li>Electrograph, E.D.N.Y. (2d Cir)</li><li>Interbond, S.D. Fla. (11th Cir.)</li><li>Office Depot, S.D. Fla. (11th Cir.)</li><li>P.C. Richard, et al., E.D.N.Y. (2d Cir.)</li><li>Tech Data, M.D. Fla. (11th Cir.)</li><li>Tweeter, E.D.N.Y. (2d Cir.)</li></ul> |