# EXHIBIT C

# EXHIBIT C
# PLAINTIFF-SPECIFIC MOTIONS SUBJECT TO REQUEST FOR REMAND

| **Plaintiff-Specific Dispositive Motions** | **Defendants Respectfully Request Decision of the Motion in this Court in the Following Plaintiffs' Cases** | **Defendants Respectfully Request Remand of the Motion in the Following Plaintiffs' Cases** |
|---|---|---|
| **ECF 2994** (Motion for Summary Judgment with Respect to MARTA) | - None | - MARTA (P.C. Richard action) , E.D.N.Y. (2d Cir.) |
| **ECF 2997** (Motion for Partial Summary Judgment against Costco on Choice of Law Grounds) | - None | - Costco, W.D. Wash. (9th Cir.) |
| **ECF 3003** (Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA) | - None | - Dell, W.D. Tex (5th Cir.) |
| **ECF 3029** (Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on Due Process Grounds) | - None | - Costco, W.D. Wash. (9th Cir.) |
| **ECF 3031** (Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity) | - None | - Interbond, S.D. Fla. (11th Cir.)<br>- Office Depot, S.D. Fla. (11th Cir.) |
| **ECF 3044** (Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds)[1] | - Sharp | - Dell, W.D. Tex (5th Cir.) |

---

[1] The legal issues raised in this motion are distinct as to the Sharp and Dell plaintiffs. Defendants respectfully request remand of the motion as it relates to the claims made by the Dell plaintiffs.