IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>ORDER TO SHOW CAUSE RE: APPOINTMENT OF A SPECIAL MASTER PURSUANT TO MOTION OF CERTAIN PARTIES |

On September 1, 2015, certain parties requested the Court appoint a Special Master to handle matters related to attorneys' fees in cases that have settled and where the Court retains oversight over distribution of such fees. See ECF No. 4032. The Court therefore intends to appoint Mr. Martin Quinn as Special Master and charge him to produce Reports and Recommendations ("R&Rs") on final approval of the pending settlements, the aggregate award of attorneys' fees and expenses to all Plaintiffs' Counsel, and service awards to the named Plaintiffs, including objections to these matters, for the above captioned case. See Fed R. Civ. P. 53(a)(1)(C). The Court would authorize Mr. Quinn to hold hearings at his discretion should he believe doing so would be helpful in resolving a matter pending before him. The substance of an appointment order would be similar to the proposed order

attached to the motion to appoint Mr. Quinn, but will also include authority for Mr. Quinn to consider attorneys' fees in future settlements where appropriate. See ECF No. 4032-2.

This appointment will allow the parties to complete important pending issues within approved settlements while allowing the Court to continue its own preparations to quickly proceed to trial once trial dates are announced during an upcoming trial setting conference. Any order appointing Mr. Quinn will be understood not to alter the appointment of Judge (Ret.) Vaughn R. Walker as Special Master or Magistrate Judge (Ret.) James Larson (subject to pending objections) over different subsets of motions in this case.

Parties have not yet been given opportunity to be heard pursuant to Fed. R. Civ. P. 53(b)(1), and therefore are hereby ORDERED to SHOW CAUSE, in writing, within 7 days of the date of this order should any have objections to the Court's appointment. No action is required should a party have no objection. Should the Court receive no objections, it will proceed with the appointment. Should the Court receive any objections, to ensure a full opportunity to be heard, the Court will consider permitting parties to appear at the hearing already scheduled for September 11, 2015. See ECF No. 4029. The Court does not set any hearing at this time, but rather shares this information for planning purposes only, as notice for said hearing would otherwise be short by the time objections are due.

IT IS SO ORDERED.

Dated: September 2, 2015

_____
UNITED STATES DISTRICT JUDGE