1  KAMALA D. HARRIS
   Attorney General of California
2  MARK BRECKLER
   Chief Assistant Attorney General
3  KATHLEEN E. FOOTE
   Senior Assistant Attorney General
4  State Bar No. 65819
   EMILIO VARANINI
5  State Bar No. 163952
   ESTHER LA
6  State Bar No. 160706
   PAMELA PHAM
7  State Bar No. 235493
   Deputy Attorneys General
8    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
9    Telephone:  (415) 703-5607
     Fax:  (415) 703-5480
10   E-mail:  Pamela.Pham@doj.ca.gov

11 *Attorneys for the State of California*

12

13                **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN FRANCISCO DIVISION**

16

17

18 | IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
   | --- | --- |
   | | MDL No. 1917 |

19

20 | This Documents Relates To: | **REPLY DECLARATION OF  PAMELA PHAM IN SUPPORT OF THE STATE OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION AND MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS** |
   | --- | --- |
21 | ALL ACTIONS | |

22

23 Hearing Date: September 25, 2015
   Time:            10:00 A.M.
24 Courtroom:    One, 17th Floor
   Judge:          Honorable Samuel Conti
25

26

27

28                            1

1    I, PAMELA PHAM, declare as follows:

2    1.    I am a Deputy Attorney General with the California Attorney General's Office and

3    a member of the State Bar of California.  I am also admitted to this Court.  I make this declaration

4    in support of the State of California's Reply Brief in Support of Motion For Permissive

5    Intervention and Intervenor's Motion To Restore Public Access To 107 Court Records.

6    2.    The information contained herein is based on my own personal knowledge and if

7    called as a witness I could, and would, testify competently that the matters set forth herein are

8    true and accurate to the best of my recollection.

9    3.    Attached hereto as Exhibit A is the Declaration of Tyler M. Cunningham in

10   Support of Application to Seal Documents, which was filed in the Superior Court of San

11   Francisco, Case No. CGC-11-517786.  In paragraph 7 of this Declaration, Mr. Cunningham states

12   that "U.S. District Court Judge Samuel Conti has, on multiple occasions, ordered that the SDI

13   Interrogatory Responses be sealed."  Mr. Cunningham also cites the following sealing orders of

14   this Court:  MDL Dkt. No. 1120, MDL Dkt. No. 1512, and MDL Dkt. No. 1698.

15   4.    Of the 107 court records that are the subject of the State's Motion for Permissive

16   Intervention and Motion to Restore Public Access, 69 records were attached to dispositive

17   motions.

18   I declare under penalty of perjury under the laws of the United States and of the State of

19   California that the foregoing is true and correct and that this declaration was executed on

20   September 2, 2015 in San Francisco, California.

21   By:_____*/s/ Pamela Pham*_____
                PAMELA PHAM

22

23

24

25

26

27

28

2