KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO VARANINI
State Bar No. 163952
ESTHER LA
State Bar No. 160706
PAMELA PHAM
State Bar No. 235493
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
Telephone:  (415) 703-5607
Fax:  (415) 703-5480
E-mail:  Pamela.Pham@doj.ca.gov

*Attorneys for the State of California*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Documents Relates To: | **EXHIBIT A TO REPLY DECLARATION OF PAMELA PHAM IN SUPPORT OF THE STATE OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION AND MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS** |
| ALL ACTIONS | |
| | Hearing Date:  September 25, 2015 |
| | Time:            10:00 A.M. |
| | Courtroom:    One, 17th Floor |
| | Judge:          Honorable Samuel Conti |

1

1   Kamala D. Harris
    Attorney General of California
2   Mark Breckler
    Chief Assistant Attorney General
3   Kathleen Foote
    Senior Assistant Attorney General
4   Paul A. Moore (SBN 241157)
    Nicole S. Gordon (SBN 224138)
5   Michael Jorgenson (SBN 201145)
    Emilio E. Varanini (SBN 163952)
6   Pamela Pham (SBN 235493)
       455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5607
8   Fax:  (415) 703-5480
    E-mail:  Pamela.Pham@doj.ca.gov
9   *Attorneys for Plaintiffs*
    State of California, *et al.*
10

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*
**SEP 09 2014**
Clerk of the Court
BY: JUDITH NUNEZ
Deputy Clerk

11          SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                    COUNTY OF SAN FRANCISCO

13

14

15  **THE STATE OF CALIFORNIA, et al.;**          Case No. CGC -11-515786

16                                Plaintiffs,     [Related to Case No. CGC-11-515784]

17          v.                                    **EXHIBIT 5 – DECLARATION OF
                                                  TYLER M. CUNNINGHAM IN
18                                                SUPPORT OF APPLICATION TO SEAL
                                                  DOCUMENTS**
19  **CHUNGHWA PICTURE TUBES, LTD., et
    al.,**
                                                  Date:
20                                Defendants.     Time:
                                                  Dept:        303
21                                                Judge:       Richard A. Kramer

22                                                Action Filed:  November 8, 2011

23

24

25

26

27

28

1

1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2      Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. MCGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  TYLER M. CUNNINGHAM, Cal. Bar No. 243694
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:     415-434-3947
   E-mail:        ghalling@sheppardmullin.com
7                 jmcginnis@sheppardmullin.com
                  mscarborough@sheppardmullin.com
8                 tcunningham@sheppardmullin.com

9  Attorneys for Non-Parties
   SAMSUNG SDI AMERICA, INC.,
10 SAMSUNG SDI CO., LTD.,
   SAMSUNG SDI (MALAYSIA) SDN. BHD.,
11 SAMSUNG SDI MEXICO S.A. DE C.V.,
   SAMSUNG SDI BRASIL LTDA.,
12 SHENZEN SAMSUNG SDI CO., LTD. and
   TIANJIN SAMSUNG SDI CO., LTD.

13

14

                  SUPERIOR COURT OF THE STATE OF CALIFORNIA
15
                         COUNTY OF SAN FRANCISCO
16

17
                                          |  Case No. CGC-11-515786
18 THE PEOPLE OF THE STATE OF             |
   CALIFORNIA, et al.,                    |  **DECLARATION OF TYLER M.**
19                                        |  **CUNNINGHAM IN SUPPORT OF**
              Plaintiffs,                 |  **APPLICATION TO SEAL DOCUMENTS**
20                                        |
21         vs.                            |
                                          |
22 CHUNGHWA PICTURE TUBES, et al.,        |
                                          |
23            Defendants.                 |
                                          |
24                                        |

25

26

27

28

SMRH:430061754.5              CUNNINGHAM DECLARATION REGARDING CONFIDENTIAL SDI DOCUMENTS

1  I, Tyler M. Cunningham, hereby declare as follows:

2      1.      I am an attorney at Sheppard, Mullin, Richter & Hampton LLP, counsel for
3  Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd.,
4  Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd.,
5  and Tianjin Samsung SDI Co., Ltd. (collectively "SDI").  I am a member of the bar of the State of
6  California.  Except for those matters stated on information and belief, about which I am informed
7  and which I believe to be true, I have personal knowledge of the matters set forth herein, and could
8  and would testify competently to each of them.

9      2.      SDI is a defendant in a related action filed in San Francisco Superior Court, *State of*
10 *California v. Samsung SDI Co., Ltd.*, No. CGC-11-515784.  SDI is also a defendant in certain
11 actions consolidated by the Judicial Panel on Multidistrict Litigation and transferred to the
12 Northern District of California as *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No.
13 07-5944 SC, MDL No. 1917 (the "MDL").  SDI has produced or disclosed to parties in the MDL
14 certain documents and information designated as either "Confidential" or "Highly Confidential"
15 pursuant to the Stipulated Protective Order entered by the Honorable Samuel Conti on June 18,
16 2008 (MDL Dkt. No. 306) (the "MDL Protective Order").

17     3.      On October 30, 2013, Plaintiff the State of California ("Plaintiff") filed an Ex Parte
18 Application for an Order Sealing Portions of Reply Papers Regarding Final Approval of the
19 Chunghwa and Philips Settlements.  Upon information and belief, Plaintiff concurrently lodged
20 conditionally under seal the Declaration of Emilio Varanini in Support of Reply to Opposition to
21 Motion and Motion for Final Approval of the Chunghwa and Philips Settlements ("Varanini
22 Declaration").

23     4.      On August 14, 2014, Pamela Pham of the California Attorney General's Office,
24 counsel for Plaintiff, notified me that Plaintiff had lodged documents or information that SDI had
25 designated "Highly Confidential" with the Superior Court in October 2013.

26     5.      I make this declaration on behalf of SDI to provide the basis for the Court to
27 maintain under seal Varanini Declaration Exhibit C, pp. 2-89.  These pages consist of the
28 Samsung SDI Defendants' Supplemental Responses to Direct Purchaser Plaintiffs' First Set of

1  Interrogatories, Nos. 4 and 5 ("SDI Interrogatory Responses"), which SDI designated

2  "Confidential" pursuant to the MDL Protective Order.

3          6.          The SDI Interrogatory Responses consist of, cite to, or identify confidential

4  business information about SDI's sales agreements with its customers, including information

5  concerning companies that remain important to SDI's competitive position. I am informed and

6  believe that public disclosure of this information would risk undermining SDI's business

7  relationships, causing harm with respect to its competitors and putting SDI at a competitive

8  disadvantage.

9          7.          U.S. District Court Judge Samuel Conti has, on multiple occasions, ordered that the

10  SDI Interrogatory Responses be sealed. *See* Order Granting Direct Purchaser Plaintiffs'

11  Administrative Motion to Seal Documents (MDL Dkt. No. 1120); Order Re Administrative

12  Motions to File Under Seal (MDL Dkt. No. 1512); Order Granting Direct Purchaser Plaintiffs'

13  Administrative Motion to Seal Documents (MDL Dkt. No. 1698).

14          8.          The SDI Interrogatory Responses are a voluminous document, comprising

15  approximately 87 pages. However, this confidential material is largely, if not entirely, irrelevant

16  to Plaintiffs' Motion for Final Approval of the Chunghwa and Philips Settlements. Under such

17  circumstances, sealing is particularly appropriate. *See, e.g., NBC Subsidiary (KNBC-TV), Inc. v.*

18  *Super. Court*, 20 Cal. 4th 1178, 1208 n.25 (1999) ("decisions have held that the First Amendment

19  does not compel public access to discovery materials that are neither used at trial nor submitted as

20  a basis for adjudication.").

21          9.          Moreover, because Plaintiff submitted the SDI Interrogatory Responses in support

22  of a motion for settlement approval, and not as a basis for adjudicating the merits of Plaintiff's

23  substantive claims, there is no First Amendment right of public access with respect to this

24  document. *See, e.g., id*; *Mercury Interactive Corp. v. Klein*, 158 Cal.App.4th 60, 100 (2007)

25  ("public access to discovery materials that are not part of trial proceedings or filed in connection

26  with a motion on a substantive issue 'is favored neither by tradition nor by functional analysis.'")

27  (citation omitted). For this additional reason, the SDI Interrogatory Responses should be

28  maintained under seal.

1       I declare under penalty of perjury under the laws of California that the foregoing is true

2   and correct.

3       Executed on September 3, 2014 at San Francisco, California.

4

5   _____

6                     TYLER M. CUNNINGHAM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-