# CERTIFICATE OF SERVICE

On September 2, 2015, I caused a copy of

**STATE OF CALIFORNIA'S REPLY BRIEF IN SUPPORT OF MOTION FOR PERMISSIVE INTERVENTION AND MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS**

**REPLY DECLARATION OF PAMELA PHAM IN SUPPORT OF THE STATE OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION AND MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS**

**EXHIBIT A TO REPLY DECLARATION OF PAMELA PHAM IN SUPPORT OF THE STATE OF CALIFORNIA'S MOTION FOR PERMISSIVE INTERVENTION AND MOTION TO RESTORE PUBLIC ACCESS TO 107 COURT RECORDS**

to be electronically filed via the Court's Electronic Case Filing System on September 2, 2015.

_Carmen Choy_
Carmen Choy

SF2011203501
Certificate of Service.docx