*(Stipulating parties listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFF ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF THE DAPS' MOTION TO COMPEL AS BROUGHT AGAINST HITACHI ONLY**<br><br>Judge: Hon. Samuel Conti |

The Direct Action Plaintiffs ("DAPs") and the undersigned Hitachi Defendants have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on November 24, 2014, the DAPs moved to compel the Hitachi Defendants to authenticate documents in response to the Plaintiffs' First Set of Request for Admissions (the "Motion to Compel");

WHEREAS, on November 26, 2014, the Hitachi Defendants filed a Response to the November 24, 2014 motion.

WHEREAS, on August 6, 2015, the Special Master entered a Report and Recommendation granting the DAPs' Motion to Compel as brought against the Hitachi

1    Defendants (Dkt. 3960) (the "Report and Recommendation);

2           WHEREAS, the Hitachi Defendants' objection to the Special Master's Report and

3    Recommendation is due on August 27, 2015;

4           WHEREAS, each of the respective DAPs has reached an agreement in principle or final

5    memorialized agreement to settle its action as brought against the Hitachi Defendants;

6           WHEREAS, in light of these settlements, the DAPs seek to withdraw the Motion to

7    Compel as brought against the Hitachi Defendants, without prejudice to the DAPs' right to refile

8    should the DAPs' respective settlements with the Hitachi Defendants not be finalized and

9    memorialized as presently anticipated;

10          WHEREAS, in the event that the Motion to Compel as brought against the Hitachi

11   Defendants is refiled, the Hitachi Defendants have agreed not to argue that the motion is untimely

12   by virtue of the lapse of time between the withdrawal of the motion pursuant to this stipulation

13   and the refiling of the motion.

14          NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel

15   as follows:

16          1.      The DAPs withdraw the Motion to Compel as brought against the Hitachi

17   Defendants only.  The DAPs retain the right to refile the Motion to Compel against the Hitachi

18   Defendants only in the event that the DAPs' respective settlements with the Hitachi Defendants

19   are not finalized and memorialized as presently anticipated.

20

21

22

23

24

25

26

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated:_____                    _____
                                                      Hon. Samuel Conti
4                                              United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated:  August 25, 2015

2
/s/ Eliot A. Adelson

3
Eliot A. Adelson (SBN 205284)

4
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor

5
San Francisco, CA 94104
Telephone: (415) 439-1400

6
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

7

8
James H. Mutchnik (*pro hac vice*)
Barack S. Echols (*pro hac vice*)

9
KIRKLAND & ELLIS LLP
300 North LaSalle

10
Chicago, IL 60654
Telephone: (312) 862-2000

11
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com

12
        bechols@kirkland.com

13
*Counsel for Defendants Hitachi, Ltd., Hitachi*

14
*Displays, Ltd., (n/k/a Japan Display Inc.), Hitachi*
*America, Ltd., Hitachi Asia, Ltd., and Hitachi*

15
*Electronic Devices (USA), Inc.*

16

17
/s/  Philip J. Iovieno

18

19
Philip J. Iovieno
Anne M. Nardacci

20
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl St., 11th Floor

21
Albany, NY 12207
Telephone: (518) 434-0600

22
Facsimile: (518) 434-0665
piovieno@bsfllp.com

23
anardacci@bsfllp.com

24
William Isaacson
Boies, Schiller & Flexner LLP

25
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015

26
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

27
wisaacson@bsfllp.com

28
Stuart Singer
Boies, Schiller & Flexner LLP

401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

*Liaison Counsel for the Direct Action Plaintiffs*

*/s/ Craig Benson*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com
jpatchen@paulweiss.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of
America, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/  David Martinez*
Roman M. Silberfeld
David Martinez
Jill S. Casselman
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800
Email:  rmsilberfeld@robinskaplan.com
           dmartinez@robinskaplan.com
           jscasselman@robinskaplan.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
ROBINS KAPLAN LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
Email:  eskaplan@robinskaplan.com
           kcwildfang@robinskaplan.com
           lenelson@robinskaplan.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy
Purchasing LLC, Best Buy Enterprise Services, Inc.,
Best Buy Stores, L.P., and BestBuy.com, L.L.C.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/  David J. Burman*
David J. Burman
Cori G. Moore
Eric J. Weiss
Nicholas H. Hesterberg
Steven D. Merriman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
        CGmoore@perkinscoie.com
        EWeiss@perkinscoie.com
        NHesterberg@perkinscoie.com
        SMerriman@perkinscoie.com

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415) 344-7120
Facsimile:   (415) 344-7320
Email:  JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale
Corporation*

*/s/  Scott N. Wagner*
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:  (305) 374-7580
Facsimile:   (305) 374-7593
Email:  rturken@bilzin.com
        swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corporation and
Tech Data Product Management*

*/s/  Kenneth S. Marks*
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666

Email:  kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com
dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email:  pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Counsel for Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

*/s/  Richard Arnold*
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.