Francis O. Scarpulla (CA SB No. 41059)
Patrick B. Clayton (CA SB No. 240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile:  (415) 788-0706
E-mail:    fos@scarpullalaw.com
           pbc@scarpullalaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| **This Document Relates to:** | NOTICE OF APPEARANCE |
| *Juetten, et al. v. Chunghwa Picture Tubes., Ltd., et al.,* **Case No. 07-cv-6225 JL** | |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that Patrick B. Clayton of the Law Offices of Francis O. Scarpulla will be appearing for the plaintiffs in the above-captioned matter.

  Please make the necessary changes to your files.

Dated: September 3, 2015      */s/ Patrick B. Clayton*
                              Patrick B. Clayton

                              Law Offices of Francis O. Scarpulla
                              456 Montgomery Street, 17th Floor
                              San Francisco, CA 94104
                              Telephone:  (415) 788-7210
                              Facsimile:  (415) 788-0706
                              E-mail:    fos@scarpullalaw.com
                                         pbc@scarpullalaw.com

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I hereby certify that on September 3, 2015, I caused the foregoing NOTICE OF |
| 3 | APPEARANCE to be electronically filed with the Clerk of the Court using the CM/ECF system, |
| 4 | which will automatically send email notification of such filing to all counsel of record. |
| 5 | */s/ C.P. Cusick*_____<br>C.P. Cusick |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |