Francis O. Scarpulla (CA SB No. 41059)
Patrick B. Clayton (CA SB No. 240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile:  (415) 788-0706
E-mail:     fos@scarpullalaw.com
            pbc@scarpullalaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| **This Document Relates to:** | NOTICE OF APPEARANCE |
| **INDIRECT-PURCHASER ACTION** | |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that Patrick B. Clayton of the Law Offices of Francis O. Scarpulla will be appearing for the plaintiffs in the above-captioned matter.

   Please make the necessary changes to your files.

Dated: September 3, 2015         */s/ Patrick B. Clayton*
                                 Patrick B. Clayton

                                 Law Offices of Francis O. Scarpulla
                                 456 Montgomery Street, 17th Floor
                                 San Francisco, CA 94104
                                 Telephone:    (415) 788-7210
                                 Facsimile:    (415) 788-0706
                                 E-mail:       fos@scarpullalaw.com
                                               pbc@scarpullalaw.com

<u>PROOF OF SERVICE</u>

I hereby certify that on September 3, 2015, I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ C.P. Cusick*_____
C.P. Cusick