1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Harold A. Barza (Cal. Bar No. 80888)
2 |   halbarza@quinnemanuel.com
    Kevin Y. Teruya (Cal. Bar No. 235916)
3 |   kevinteruya@quinnemanuel.com
  865 South Figueroa Street, 10th Floor
4 | Los Angeles, California 90017-2543
  Telephone:    (213) 443-3000
5 | Facsimile:    (213) 443-3100

6 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Ryan S. Goldstein (Cal. Bar No. 208444)
7 |   ryangoldstein@quinnemanuel.com
  NBF Hibiya Building, 25F
8 | 1-1-7, Uchisaiwai-cho, Chiyoda-ku
  Tokyo 100-0011, Japan
9 | Telephone:    +81 3 5510 1711
  Facsimile:    +81 3 5510 1712

Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This document relates to: | **NOTICE OF APPEARANCE OF HAROLD A. BARZA** |
| ALL ACTIONS | |
| | Judge:  The Honorable Samuel Conti |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Harold A. Barza hereby enters an appearance in the above-captioned matter as an attorney for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.  Mr. Barza is admitted to practice before this Court.

DATED:  September 8, 2015

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Harold A. Barza
Harold A. Barza (Cal. Bar No. 80888)
halbarza@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.