QUINN EMANUEL URQUHART & SULLIVAN, LLP
　Harold A. Barza (Cal. Bar No. 80888)
　halbarza@quinnemanuel.com
　Kevin Y. Teruya (Cal. Bar No. 235916)
　kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
　Ryan S. Goldstein (Cal. Bar No. 208444)
　ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:     +81 3 5510 1711
Facsimile:     +81 3 5510 1712

Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This document relates to: | **NOTICE OF APPEARANCE OF RYAN S. GOLDSTEIN** |
| ALL ACTIONS | Judge: The Honorable Samuel Conti |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Ryan S. Goldstein hereby enters an appearance in the above-captioned matter as an attorney for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.  Mr. Goldstein is admitted to practice before this Court.

DATED:  September 8, 2015              Respectfully submitted,

                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By */s/ Ryan S. Goldstein*
                                       Ryan S. Goldstein (Cal. Bar No. 208444)
                                       ryangoldstein@quinnemanuel.com
                                       865 South Figueroa Street, 10th Floor
                                       Los Angeles, California 90017-2543
                                       Telephone:     (213) 443-3000
                                       Facsimile:     (213) 443-3100

                                       Attorneys for Defendants Mitsubishi Electric
                                       Corporation, Mitsubishi Electric US, Inc., and
                                       Mitsubishi Electric Visual Solutions America, Inc.


### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I attest under penalty of perjury that the concurrence of the above signatory has been obtained for the filing of this document.


                                       */s/ Harold A. Barza*
                                       Harold A. Barza