QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harold A. Barza (Cal. Bar No. 80888)
  halbarza@quinnemanuel.com
  Kevin Y. Teruya (Cal. Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Ryan S. Goldstein (Cal. Bar No. 208444)
  ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:     +81 3 5510 1711
Facsimile:     +81 3 5510 1712

Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This document relates to: | **NOTICE OF APPEARANCE OF KEVIN Y. TERUYA** |
| ALL ACTIONS | Judge: The Honorable Samuel Conti |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT Kevin Y. Teruya hereby enters an appearance in the above-captioned matter as an attorney for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.  Mr. Teruya is admitted to practice before this Court.

DATED:  September 8, 2015          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Kevin Y. Teruya*
    Kevin Y. Teruya (Cal. Bar No. 235916)
    kevinteruya@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
    Telephone:     (213) 443-3000
    Facsimile:      (213) 443-3100

Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I attest under penalty of perjury that the concurrence of the above signatory has been obtained for the filing of this document.


*/s/ Harold A. Barza*
Harold A. Barza