# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFF ACTIONS | MODIFIED STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF THE DAPS' MOTION TO COMPEL AS BROUGHT AGAINST HITACHI ONLY<br><br>Judge: Hon. Samuel Conti |

The Direct Action Plaintiffs ("DAPs") and the undersigned Hitachi Defendants have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on November 24, 2014, the DAPs moved to compel the Hitachi Defendants to authenticate documents in response to the Plaintiffs' First Set of Request for Admissions (the "Motion to Compel");

WHEREAS, on November 26, 2014, the Hitachi Defendants filed a Response to the November 24, 2014 motion.

WHEREAS, on August 6, 2015, the Special Master entered a Report and Recommendation granting the DAPs' Motion to Compel as brought against the Hitachi

STIPULATION AND [PROPOSED] ORDER      No. 07-5944-SC; MDL No. 1917

1  Defendants (Dkt. 3960) (the "Report and Recommendation);

2  WHEREAS, the Hitachi Defendants' objection to the Special Master's Report and
3  Recommendation is due on August 27, 2015;

4  WHEREAS, each of the respective DAPs has reached an agreement in principle or final
5  memorialized agreement to settle its action as brought against the Hitachi Defendants;

6  WHEREAS, in light of these settlements, the DAPs seek to withdraw the Motion to
7  Compel as brought against the Hitachi Defendants, without prejudice to the DAPs' right to refile
8  should the DAPs' respective settlements with the Hitachi Defendants not be finalized and
9  memorialized as presently anticipated;

10  WHEREAS, in the event that the Motion to Compel as brought against the Hitachi
11  Defendants is refiled, the Hitachi Defendants have agreed not to argue that the motion is untimely
12  by virtue of the lapse of time between the withdrawal of the motion pursuant to this stipulation
13  and the refiling of the motion.

14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel
15  as follows:

16  1.  The DAPs withdraw the Motion to Compel as brought against the Hitachi
17  Defendants only. The DAPs retain the right to refile the Motion to Compel against the Hitachi
18  Defendants only in the event that the DAPs' respective settlements with the Hitachi Defendants
19  are not finalized and memorialized as presently anticipated.

20  2.  The foregoing applies only to the DAPs and the Hitachi
21  Defendants and to no other party.  The Court will decide pending
22  objections to the Report and Recommendation at such time as the
23  Court deems fit.

24  PURSUANT TO STIPULATION AS MODIFIED HEREIN, IT IS SO ORDERED.

25
26  Dated: September 9, 2015                    _____
27                                              United States District Judge
28

STIPULATION AND [PROPOSED] ORDER                                   No. 07-5944-SC; MDL No. 1917