FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Counsel for Plaintiffs Michael Juetten and Chad Klebs
and Indirect-Purchaser Plaintiffs*

JOSEF D. COOPER (CA SB No. 53015)
TRACY R. KIRKHAM (CA SB No. 69912)
JOHN BOGDANOV (CA SB No. 215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

*Counsel for Plaintiff Steven Ganz
and Indirect-Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **Master File No. 3:07-cv-5944 SC**<br><br>**MDL No. 1917**<br><br>**DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF (1) RESPONSE TO ORDER TO SHOW CAUSE RE: APPOINTMENT OF A SPECIAL MASTER, AND (2) OPPOSITION TO MOTION FOR APPOINTMENT OF A SPECIAL MASTER ON GROUNDS THAT THE SCOPE OF THE REFERENCE IS TOO NARROW** |

I, Francis O. Scarpulla, declare:

1. If called as a witness, I could and would testify to the following facts, which are within my personal knowledge.

2. I am an attorney admitted to practice in the State of California and this Court, and am principal of the Law Offices of Francis O. Scarpulla, one of the attorneys for the Indirect-Purchaser Plaintiffs in this action.

3. I make this declaration in support of the concurrently-filed (1) Response to Order to Show Cause Re: Appointment of a Special Master, and (2) Opposition to Motion for Appointment of a Special Master on Grounds that the Scope of the Reference is Too Narrow.

4. Attached hereto as Exhibit A is a true and correct copy of the Amended Order Appointing Martin Quinn As Special Master, filed in *In Re TFT-LCD (Flat Panel) Antitrust Litig.*, Case No. 3:07-md-01827-SI (N.D. Cal. Aug. 29, 2012). I was one of two Co-Lead Counsel in that litigation. As such, I consulted with Mr. Quinn on the subject of the relative contributions of the other counsel to the prosecution of the matter, and was personally aware that Mr. Quinn was engaging in communications of a similar nature with numerous other counsel as well.

5. Attached hereto as Exhibit B is a true and correct copy of the Statement and Conditional Objection Regarding Motion for Preliminary Approval of Class Action Settlements with the Philips, Panasonic, Hitachi, Toshiba and Samsung SDI Defendants, filed in the above-captioned litigation on June 12, 2015 (Dkt. 3874).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 9, 2015 at San Francisco, California.

                                        /s/ *Francis O. Scarpulla*
                                        Francis O. Scarpulla

SCARPULLA DECL. ISO (1) RESPONSE TO OSC RE APPT. OF A SPECIAL MASTER AND (2) OPPOSITON TO MOTIN FOR APPOINT OF A SPECIAL MASTER ON THE GROUNDS THE SCOPE OF THE REFERENCE IS TOO NARROW

Master File No. 3:07-cv5944 SC
MDL 1917