FRANCIS O. SCARPULLA (CA SB No. 41059)
PATRICK B. CLAYTON (CA SB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Counsel for Plaintiffs Michael Juetten and Chad Klebs and Indirect-Purchaser Plaintiffs*

JOSEF D. COOPER (CA SB No. 53015)
TRACY R. KIRKHAM (CA SB No. 69912)
JOHN BOGDANOV (CA SB No. 215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

*Counsel for Plaintiff Steven Ganz and Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 SC**  **MDL No. 1917**  **PROOF OF SERVICE** |
| This Document Relates to: All Indirect-Purchaser Actions. | |

PROOF OF SERVICE                                                           Master File No. 3:07-cv5944 SC
                                                                                                  MDL 1917

PROOF OF SERVICE

I, C.P. Cusick, hereby declare as follows:

I am over the age of 18 years and am not a party to this action. I am employed by the Law Offices of Francisco O. Scarpulla in San Francisco, CA.

My email and business address are cpc@scarpullalaw.com and The Law Offices of Francis O. Scarpulla, 456 Montgomery Street, 17th Floor, San Francisco, CA 94104.

On September 9, 2015, I caused a copy of the following documents to be served on all parties registered with the ECF system in this action:

(1) Response to Order to Show Cause Re: Appointment of a Special master, and (2) opposition to Motion for Appointment of a Special Master on Grounds that the Scope of the Reference is Too Narrow;

[Alternative Proposed] Order Appointing Martin Quinn as Special Master;

Declaration of Francis O. Scarpulla in Support of (1) Response to Order to Show Cause Re: Appointment of a Special master, and (2) opposition to Motion for Appointment of a Special Master on Grounds that the Scope of the Reference is Too Narrow

and this Proof of Service.

Dated: September 9, 2015              */s/ C.P. Cusick*
                                       C.P. Cusick

PROOF OF SERVICE                                    Master File No. 3:07-cv5944 SC
                                                    MDL 1917