IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) | MDL No. 1917<br><br>Case No. C-07-5944-SC |
| This Order Relates To:<br><br>ALL ACTIONS | ) ) ) ) ) ) ) | ORDER SETTING HEARING RE: APPOINTMENT OF A SPECIAL MASTER PURSUANT TO MOTION OF CERTAIN PARTIES |

On September 1, 2015, certain parties requested the Court appoint a Special Master to handle matters related to attorneys' fees in cases that have settled and where the Court retains oversight over distribution of such fees. See ECF No. 4032. The Court also advised if it received any objections, to ensure a full opportunity to be heard, the Court would consider permitting parties to appear at the hearing already scheduled for tomorrow. See ECF No. 4033; see also ECF No. 4029. The Court now sets said hearing on Friday morning, September 11, 2015, at 10:00 am, at the San Francisco Courthouse, 17th Floor, Courtroom 1. Parties are not required to appear if they have no further objections or comments.

IT IS SO ORDERED.

Dated: September 10, 2015


UNITED STATES DISTRICT JUDGE