ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
Laura E. Nelson, Bar No. 231856
LNelson@robinskaplan.com
Jill S. Casselman, Bar No. 266085
JCasselman@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:     310-552-0130
Facsimile:     310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>[Honorable Samuel Conti]<br><br>**NOTICE OF APPEARANCE OF BERNICE CONN** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC | |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Bernice Conn hereby enters her appearance in the above-entitled action on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc. The Court and counsel are requested to update their service lists with the undersigned's

61078840.1

1  information as follows:

2          Bernice Conn
3          ROBINS KAPLAN L.L.P.
        2049 Century Park East, Suite 3400
4          Los Angeles, CA  90067-3208
        Telephone: 310-552-0130
5          Facsimile:   310-229-5800
        Email:  BConn@RobinsKaplan.com
6

7          Respectfully submitted,

8  Dated:  September 10, 2015  **ROBINS KAPLAN LLP**

9

10  By:  /s/ Bernice Conn
      Bernice Conn
11
Attorneys For Plaintiffs
12  BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.;
13  BEST BUY STORES, L.P.; and BESTBUY.COM, L.L.C.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

61078840.1  - 2 -

MASTER NO. 3:07-CV-05944-SC  NOTICE OF APPEARANCE OF BERNICE CONN