Party Appearances:

<u>Plaintiffs</u>
Richard Saveri
Guido Saveri
Mario Alioto
Debra Bernstein
James Wagstaffe
Lauren Capurro
Kyle Smith
Christopher Micheletti
Samuel Randall
Sylvie Kern
Joseph Cooper

<u>Defendants</u>
Sam Sharp
Christopher Curran
Nadezhda Nikonova