Hon. James Larson (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone (415) 982-5267
Facsimile (415) 982-5287

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CRT ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 3:07-cv-5944 SC |
| THIS ORDER RELATES TO: | **AFFIDAVIT OF JAMES LARSON REGARDING PROPOSED APPOINTMENT AS SPECIAL MASTER FOR PENDING MOTIONS** |
| ALL CASES | |

I, JAMES LARSON, declare under penalty of perjury:

1. I am a retired magistrate judge of the United States District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently as follows.

2. I have been proposed as a special master in the above-captioned matter to adjudicate and prepare report and recommendations regarding all appropriate pending motions required for trial.

3. I am competent and willing to serve in the capacity of special master as described above.

4.    I have familiarized myself with the issues and parties in the above-captioned case.

5.    I attest and affirm that I know of no grounds for disqualification under 28 U.S.C. Section 455 that would prevent me from serving as a special master in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on August 31, 2015, in San Francisco, California.

_____
Hon. James Larson (Ret.)