IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | PROPOSED ORDER RE: APPOINTMENT OF A SPECIAL MASTER |
| ALL ACTIONS | |

On September 11, 2015, the Court held a hearing on the appointment of Mr. Martin Quinn as a Special Master. During that hearing, the Court told at least one party that it would provide a copy of its Order for review and objections. Accordingly, the Court's proposed Order is attached hereto. Parties may review or request changes within 7 days of the date of this order. If changes are requested, specify the change desired by page and line.

IT IS SO ORDERED.

Dated: September 11, 2015   _____

UNITED STATES DISTRICT JUDGE