IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Affidavit Relates To:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>AFFIDAVIT OF MARTIN QUINN REGARDING PROPOSED APPOINTMENT AS SPECIAL MASTER FOR CERTAIN POSTTRIAL MATTERS |

I, MARTIN QUINN, declare under penalty of perjury:

1. My name is Martin Quinn. I am a mediator and arbitrator with JAMS. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently as follows.

2. I have been proposed as a special master in the above-captioned matter to adjudicate and prepare report and recommendations regarding all appropriate pending motions required for trial.

3. I am competent and willing to serve in the capacity of special master as described above.

4. I have familiarized myself with the issues and parties in the above-captioned case.

5.      I attest and affirm that I know of no grounds for disqualification under 28 U.S.C. Section 455 that would prevent me from serving as a special master in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on September ____, 2015, in San Francisco, California.

Martin Quinn