IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER ADOPTING CERTAIN REPORTS AND RECOMMENDATIONS |
| ALL ACTIONS | |

The Court has reviewed several Reports and Recommendations by Special Master Vaughn R. Walker, United States District Judge (Ret.) addressing the parties' discovery issues. No objections have been filed, and the Court finds the reports uniformly correct, well-reasoned, and thorough. Accordingly the Court ADOPTS in full the following reports and recommendations:

  1. ECF No. 3859 regarding Direct Purchaser Plaintiffs' Motion to Compel Mitsubishi to Provide Testimony and Other Evidence from Mr. Koji Murata;
  2. ECF No. 3866 regarding Mitsubishi's Motion to Compel Viewsonic Percipient Witness Depositions and Coordination of Discovery;

///

///

3. ECF No. 3908 regarding Toshiba's Motion to Compel Discovery re Best Buy's Competitive Intelligence and Private Label Programs;

4. ECF No. 3915 regarding Discovery Motions and Related Matters; and

5. ECF No. 4015 regarding Coordination of Discovery Motions.

IT IS SO ORDERED.

Dated: September 11, 2015

UNITED STATES DISTRICT JUDGE