1  Guido Saveri (Bar No. 22349)
   R. Alexander Saveri (Bar No. 173102)
2  Geoffrey C. Rushing (Bar No. 126910)
   Cadio Zirpoli (Bar No. 179108)
3  **SAVERI & SAVERI, INC.**
   706 Sansome Street
4  San Francisco, California 94111
   Telephone: (415) 217-6810
5  Facsimile:  (415) 217-6813
6
7  *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs*
8
9
10              **UNITED STATES DISTRICT COURT**
11              **NORTHERN DISTRICT OF CALIFORNIA**
12              **SAN FRANCISCO DIVISION**
13

14  | IN RE: CRT ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
15  | | MDL No. 1917 |

    | This Document Relates to: | **CLASS ACTION** |
16
17  | ALL DIRECT PURCHASER CLASS | **DECLARATION OF RICHARD J.** |
    | ACTIONS | **KILSHEIMER IN SUPPORT OF** |
18  | | **MOTION FOR  ATTORNEYS' FEES,** |
    | | **REIMBURSEMENT OF EXPENSES, AND** |
19  | | **INCENTIVE AWARDS** |
20
21
22
23
24
25
26
27
28

DECLARATION OF RICHARD J. KILSHEIMER IN SUPPORT OF MOTION FOR ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES. AND INCENTIVE AWARDS

I, Richard J. Kilsheimer, declare and state as follows:

1.     I am a member of the law firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"). I submit this declaration in support of Direct Purchaser Plaintiffs ("DPP") joint application for an award of attorney fees in connection with the services rendered in this litigation. I make this Declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2.     My firm has served as counsel to Plaintiffs, Meijer, Inc. and Meijer Distribution, Inc., ("Meijer") and as counsel for the class throughout the course of this litigation.  The background and experience of the Kaplan Fox firm and its attorneys are summarized in the *curriculum vitae* attached hereto as Exhibit 1.

3.     The Kaplan Fox has prosecuted this litigation solely on a contingent-fee basis, and has been at risk that it would not receive any compensation for prosecuting claims against the defendants.  While Kaplan Fox devoted its time and resources to this matter, it has foregone other legal work for which it would have been compensated.

4.     During the pendency of the litigation, Kaplan Fox performed the following work: As a member of direct purchaser plaintiffs' executive/steering committee, Kaplan Fox worked with Lead Counsel throughout the litigation in formulating Plaintiffs' principal strategies and positions. In doing so, the firm, at the request of Lead Counsel, undertook a number of research projects. The firm initially performed research on standing and conspiracy withdrawal issues relating to allegations ultimately contained in the direct purchasers' Consolidated Amended Complaint.  It then participated in researching and briefing of Plaintiffs' successful oppositions to Defendants' motions to dismiss and Plaintiffs' successful opposition to Defendants' objections to the Special Master's opinion denying Defendants' motions to dismiss. Thereafter, the firm drafted Plaintiffs' opposition to Defendants' motion for 1292(b) certification of an appeal to the Ninth Circuit from the opinion/order denying Defendants' motions to dismiss, which motion was denied. Kaplan Fox also participated in virtually every aspect of discovery, including review, analysis and translation of Defendants' document productions; formulation of the Meijer  plaintiffs' discovery

DECLARATION OF RICHARD J. KILSHEIMER   IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

responses; depositions of the LG Defendants and their respective fact witnesses; and Plaintiffs' successful opposition to Defendants' requests for extensive "downstream" discovery from Plaintiffs. Kaplan Fox also participated in Direct Purchaser Plaintiffs' briefing in support of their motion for class certification and assisted in the report preparation, deposition preparation and deposition defense of Direct Purchaser Plaintiffs' economist, Dr. Jeffrey Leitzinger, whose opinions and analyses were submitted as support for Plaintiffs' class certification motion. The foregoing is simply a brief summary of Kaplan Fox's work in the case and is not intended to be an exhaustive description of all work the firm performed.

5.    Attached hereto as Exhibit 2 is my firm's total hours and lodestar, computed at historical rates, from May 9, 2008 through July 31, 2014. This period reflects the time spent after the appointment of Lead Counsel in the litigation. The total number of hours spent by Kaplan Fox during this period of time was 1938.5 hours with a corresponding lodestar of $1,185,518.75. This summary was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. The lodestar amount reflected in Exhibit 2 is for work assigned by Lead Class Counsel, and was performed by professional staff at my law firm for the benefit of the Direct Purchaser Plaintiff Class.

6.    The hourly rates for the attorneys and professional support staff in my firm included in Exhibit 2 are the usual and customary hourly rates charged by Kaplan Fox.

7.    My firm has expended a total of $42,762.36 in unreimbursed costs and expenses (in addition to the assessments noted below) in connection with the prosecution of this litigation. These costs and expenses are broken down in the chart attached hereto as Exhibit 3. They were incurred on behalf of Direct Purchaser Plaintiffs by my firm on a contingent basis, and have not been reimbursed. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

8.    In addition to the amounts set forth in Exhibit 3, Kaplan Fox paid a total of $50,000 in assessments for the joint prosecution of the litigation against the Defendants.

1    9.    I have reviewed the time and expenses reported by my firm in this case which are

2 included in this declaration, and I affirm that they are true and accurate.

3    I declare under penalty of perjury under the laws of the United States of America that the

4 foregoing is true and correct. Executed on August 5, 2014 at New York, NY.

Richard J. Kilsheimer

Master File No. CV-07-5944-SC; MDL 1917

DECLARATION OF RICHARD J. KILSHEIMER   IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES

# EXHIBIT 1



Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

# KAPLAN FOX & KILSHEIMER LLP

Over the past three decades, Kaplan Fox has been at the forefront of some of the most significant private antitrust class actions, securities class actions, derivative actions, and consumer class actions in the United States. Members of the firm have been appointed by federal and state courts as lead counsel, co-lead counsel or as a member of an executive committee in numerous actions. We have recovered more than $4 billion for our clients over the years. The following describes one of Kaplan Fox's major practice areas, its most significant recoveries and its personnel.

## ANTITRUST LITIGATION

For more than 40 years, the antitrust attorneys at Kaplan Fox have represented on a contingent fee basis businesses and individuals, on both a class and non-class basis, who have been injured as a result of price-fixing, customer allocation or other anti-competitive behavior, by sellers of a broad array of products and services.

Kaplan Fox is frequently at the forefront of significant private antitrust actions, and we have been appointed by courts as lead counsel or member of an executive committee for plaintiffs in some of the largest antitrust cases throughout the United States. Members of the firm have argued before federal Courts of Appeals some of the most significant decisions in the antitrust field in recent years. Robert Kaplan argued the appeal in **In re Flat Glass Antitrust Litigation**, 385 F. 3d 350 (3d Cir. 2004), and Greg Arenson argued the appeal in **In re High Fructose Corn Syrup Antitrust Litigation**, 295 F. 3d 651 (7th Cir. 2002). In a recent survey of defense counsel, in-house

attorneys and individuals involved in the civil justice reform movement, both were named among the 75 best plaintiffs' lawyers in the country based on their expertise and influence.

Over the years, Kaplan Fox has recovered over $2 billion for our clients in antitrust cases. Some of the larger more recent antitrust recoveries include:

## ANTITRUST RECOVERIES

**In re Brand Name Prescription Drugs Antitrust Litigation**, MDL 997 (N.D. Ill.) ($720 plus million recovered)

**In re High Fructose Corn Syrup Antitrust Litigation,** MDL No. 1087, Master File No. 95-1477 (C.D. Ill) ($531 million recovered)

**In re Air Cargo Shipping Services Antitrust Litigation**, MDL 1775 (E.D.N.Y.) ($278 million recovered; case still pending)

**In re Infant Formula Antitrust Litigation**, MDL 878 (N.D.Fla.) ($126 million recovered)

**In re Flat Glass Antitrust Litigation**, MDL 1200 (W.D. Pa.) ($122 plus million recovered)

**In re Hydrogen Peroxide Antitrust Litigation**, MDL 1682 (E.D. Pa.) ($97 million recovered)

**In re Plastics Additives Antitrust Litigation**, 03-CV-1898 (E.D. Pa.) ($46.8 million recovered)

**In re Medical X-Ray Film Antitrust Litigation**, CV 93-5904 (E.D.N.Y.) ($39.6 million recovered)

**In re NBR Antitrust Litigation**, MDL 1684 (E.D. Pa.) ($34.3 million recovered)

# ATTORNEY BIOGRAPHIES

## PARTNERS

**ROBERT N. KAPLAN** is widely recognized as a leading antitrust litigator. He has led the prosecution of numerous antitrust class actions. He is also earned a reputation as a leading

securities litigator and has led he prosecution of numerous securities fraud actions, recovering billions of dollars for the victims of corporate wrongdoing.  Recently, he was listed by defense and corporate counsel as one of the top 75 plaintiffs' attorneys in the United States for all disciplines.  Mr. Kaplan was listed as one of the top five attorneys for securities litigation.  He was also recognized by Legal 500 as one of the top securities litigators in the United States for 2011, 2012 and 2013 and was recognized as Super Lawyer for Securities Litigation in the New York Metro Area.  Mr. Kaplan has been with Kaplan Fox for 43 years, joining in 1971.

Mr. Kaplan honed his litigation skills as a trial attorney with the Antitrust Division of the Department of Justice.  There, he gained significant experience litigating both civil and criminal actions.  He also served as law clerk to the Hon. Sylvester J. Ryan, then chief judge of the U.S. District Court for the Southern District of New York.

Mr. Kaplan's published articles include: "Complaint and Discovery In Securities Cases," *Trial*, April 1987; "Franchise Statutes and Rules," *Westchester Bar Topics*, Winter 1983; "Roots Under Attack: *Alexander v. Haley* and *Courlander v. Haley*," *Communications and the Law*, July 1979; and "Israeli Antitrust Policy and Practice," *Record of the Association of the Bar*, May 1971.

In addition, Mr. Kaplan served as an acting judge of the City Court for the City of Rye, N.Y., from 1990 to 1993.

Mr. Kaplan sits on the boards of several community organizations, including the Board of Directors of the Carver Center in Port Chester, N.Y., the Board of Directors of the Rye Free Reading Room in Rye, N.Y. and a Member of the Dana Farber Visiting Committee Thoracic Oncology.

**Education:**

- B.A., Williams College (1961)
- J.D., Columbia University Law School (1964)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York (1964)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second, Third, Seventh, Ninth, and Eleventh Circuits

- U.S. District Courts for the Southern, Eastern, and Northern Districts of New York, the Central District of Illinois, and the District of Arizona

**Professional Affiliations:**

- Committee to Support the Antitrust Laws (past President)
- National Association of Securities and Commercial Law Attorneys (past President)
- Advisory Group of the U.S. District Court for the Eastern District of New York
- American Bar Association
- Association of Trial Lawyers of America (Chairman, Commercial Litigation Section, 1985-86)
- Association of the Bar of the City of New York (served on the Trade Regulation Committee; Committee on Federal Courts)

Mr. Kaplan can be reached by email at: RKaplan@kaplanfox.com

**GREGORY K. ARENSON** is a seasoned business litigator with experience representing clients in a variety of areas, including antitrust, securities, and employee termination. His economics background has provided a foundation for his recognized expertise in handling complex economic issues in antitrust cases, both as to class certification and on the merits. He argued the appeals in *In re High Fructose Corn Syrup Antitrust Litig.*, 295 F.3d 651 (7th Cir. 2002), and *In re Hydrogen Peroxide Antitrust Litig.*, 552 F.3d 305 (3d Cir. 2009).

Mr. Arenson has been a partner in the firm since 1993. Prior to joining Kaplan Fox, Mr. Arenson was a partner with Proskauer Rose. Earlier in his career, he was a partner with Schwartz Klink & Schreiber, and an associate with Rudnick & Wolfe (now DLA Piper).

Mr. Arenson writes frequently on discovery issues and the use of experts. His published articles include: "Rule 8 (a)(2) After *Twombly*: Has There Been a Plausible Change?" 14 NY LITIGATOR 23 (2009); "Report on Proposed Federal Rule of Evidence 502," 12 NY LITIGATOR 49 (2007); "Report: Treating the Federal Government Like Any Other Person: Toward a Consistent Application of Rule 45," 12 NY LITIGATOR 35 (2007); "Report of the Commercial and Federal Litigation Section on the Lawsuit Abuse Reduction Act of 2005," 11 NY LITIGATOR 26 (2006); "Report Seeking To Require Party Witnesses Located Out-Of-State Outside 100 Miles To Appear At Trial Is Not A Compelling Request," 11 NY LITIGATOR 41 (2006); "Eliminating a Trap for the Unwary: A Proposed Revision of Federal Rule of Civil Procedure 50," 9 NY LITIGATOR 67

(2004); "Committee Report on Rule 30(b)(6)," 9 NY LITIGATOR 72 (2004); "Who Should Bear the Burden of Producing Electronic Information?" 7 FEDERAL DISCOVERY NEWS, No. 5, at 3 (April 2001); "Work Product vs. Expert Disclosure – No One Wins," 6 FEDERAL DISCOVERY NEWS, No. 9, at 3 (August 2000); "Practice Tip: Reviewing Deposition Transcripts," 6 FEDERAL DISCOVERY NEWS, No. 5, at 13 (April 2000); "The Civil Procedure Rules: No More Fishing Expeditions," 5 FEDERAL DISCOVERY NEWS, No. 9, at 3 (August 1999); "The Good, the Bad and the Unnecessary: Comments on the Proposed Changes to the Federal Civil Discovery Rules," 4 NY LITIGATOR 30 (1998); and "The Search for Reliable Expertise: Comments on Proposed Amendments to the Federal Rules of Evidence," 4 NY LITIGATOR 24 (1998).  He was co-editor of FEDERAL RULES OF CIVIL PROCEDURE, 1993 AMENDMENTS, A PRACTICAL GUIDE, published by the New York State Bar Association; and a co-author of "Report on the Application of Statutes of Limitation in Federal Litigation," 53 ALBANY LAW REVIEW 3 (1988).

Mr. Arenson's *pro bono* activities include being vice chair of the New York State Bar Association Commercial and Federal Litigation Section; a co-chair of the New York State Bar Association Task Force on the State of Our Courthouses, whose report was approved by the New York State Bar Association House of Delegates on June 20, 2009; a member of the New York State Bar Association Special Committee on Standards for Pleadings in Federal Litigation, whose report was approved New York State Bar Association House of Delegates on June 19, 2010; and a member of the New York State Bar Association Special Committee on Discovery and Case Management in Federal Litigation, whose Interim Report on Preservation and Spoliation was adopted by the Executive Committee of the New York State Bar Association on July 15, 2011. He is a member of The Sedona Conference® Working Group 1 on Electronic Document Retention and Production.  He also serves as a mediator in the U.S. District Court for the Southern District of New York.  In addition, he is an active alumnus of the Massachusetts Institute of Technology, having served as a member of the Corporation, a member of the Corporation Development Committee, vice president of the Association of Alumni/ae, and member of the Alumni/ae Fund Board (of which he was a past chair).

**Education:**

- S.B., Massachusetts Institute of Technology (1971)
- J.D., University of Chicago (1975)

**Bar Affiliations and Court Admissions:**

- Bar of the State of Illinois (1975)

- Bar of the State of New York (1978)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second, Third and Seventh Circuits
- U.S. District Courts for the Northern and Central Districts of  Illinois, and the Southern and Eastern Districts of New York
- U.S. Tax Court

**Professional Affiliations:**
- New York State Bar Association, Commercial and Federal Litigation Section, Vice-Chair (2011-12), and Committee on Federal Procedure  (Chairman since 1997)
- New York State Bar Association, Task Force on the State of Our Courthouses, Co-Chair
- New York State Bar Association, Special Committee on Discovery and Case Management in Federal Litigation (2010-)
- New York State Bar Association, Special Committee on Standards for Pleadings in Federal Litigation (2008-09)
- Association of the Bar of the City of New York
- American Bar Association
- The Sedona Conference® Working Group 1 on Electronic Document Retention and Production
- Member, advisory board, FEDERAL DISCOVERY NEWS (1999 – present)

Mr. Arenson can be reached by email at: GArenson@kaplanfox.com

**RICHARD J. KILSHEIMER** first associated with Kaplan Fox in 1976 and became a partner in the firm in 1983.  His practice is concentrated in the area of antitrust litigation.  During his career, Mr. Kilsheimer has played significant roles in a number of the largest successful antitrust class actions in the country, and he is serving as co-lead counsel for plaintiffs in several currently pending cases.  He also practices in the areas of securities fraud and commercial litigation.

In December 2007, Mr. Kilsheimer was a speaker on the subject "Elevated Standards of Proof and Pleading: Implications of *Twombly* and *Daubert*" at the American Antitrust Institute Symposium on the Future of Private Antitrust Enforcement held in Washington, D.C.   Mr.

Kilsheimer has also served on the Antitrust and Trade Regulation Committee of the Association of the Bar of the City of New York (2004-2007).

Prior to joining the firm, Mr. Kilsheimer served as law clerk to the Hon. Lloyd F. MacMahon (1975-76), formerly Chief Judge of the U.S. District Court for the Southern District of New York.

Mr. Kilsheimer is co-author of "Secondary Liability Developments," ABA Litigation Section, Subcommittee on Secondary Liability, 1991-1994.

**Education:**
- A.B., University of Notre Dame (1972)
- J.D., *cum laude*, St. John's University (1975)

**Bar Affiliations and Court Admissions:**
- State of New York (1976)
- U.S. Court of Appeals for the Second (1983), Third (2002), Sixth (2002) and D.C. (2005) Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York (1976) and the Northern District of Indiana (1987)

**Professional Affiliations:**
- Association of the Bar of the City of New York (Member: Antitrust and Trade Regulation Committee (2004-2007))
- Federal Bar Council
- Committee to Support the Antitrust Laws

Mr. Kilsheimer can be reached by email at: RKilsheimer@kaplanfox.com

**FREDERIC S. FOX** first associated with Kaplan Fox in 1984, and became a partner in the firm in 1991. He has concentrated his work in the area of class action litigation. Mr. Fox has played important roles in many major class action cases. He was one of the lead trial lawyers in two recent securities class actions, one of which was the first case tried to verdict under the Private Securities Litigation Reform Act of 1995.

Mr. Fox currently represents many institutional investors including governmental entities in both class actions and individual litigation, including *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, which was recently settled for $475 million. Mr. Fox

is currently serving as lead counsel on behalf of major public pension funds in pending securities litigation arising out of Bank of America's acquisition of Merrill Lynch. Mr. Fox also represents institutional clients in pending securities litigation involving Fannie Mae, Sequenom, Ambac and Credit Suisse and in the past has served as lead counsel in numerous cases, including *In re Merrill Lynch Research Reports Securities Litigation* (S.D.N.Y.) (arising from analyst reports issued by Henry Blodget); *In re Salomon Analyst Williams Litigation* (S.D.N.Y.) and *In re Salomon Focal Litigation* (S.D.N.Y.) (both actions stemming from analyst reports issued by Jack Grubman). Mr. Fox is a frequent speaker and panelist in both the U.S and abroad on a variety of topics including securities litigation and corporate governance.

In the consumer protection area, he served on the Plaintiffs' Steering Committee in the *Baycol Products Litigation* where there have been more than $350 million in settlements. Additionally, he is serving as one of the Co-lead Counsel in *In re RC2 Corp. Toy Lead Paint Products Liability Litigation* pending in the Northern District of Illinois.

Mr. Fox is listed in the current editions of New York Super Lawyers and is recognized in Benchmark Litigation 2010 as a New York "Litigation Star."

Mr. Fox is the author of "Current Issues and Strategies in Discovery in Securities Litigation," ATLA, 1989 Reference Material; "Securities Litigation: Updates and Strategies," ATLA, 1990 Reference Material; and "Contributory Trademark Infringement: The Legal Standard after Inwood Laboratories, Inc. v. Ives Laboratories," University of Bridgeport Law Review, Vol. 4, No. 2.

During law school, Mr. Fox was the notes and comments editor of the University of Bridgeport Law Review.

**Education:**

- B.A., Queens College (1981)
- J.D., Bridgeport School of Law (1984)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York (1985)
- U.S. Courts of Appeals for the Fourth, Fifth, and Sixth Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**

- American Bar Association
- Association of the Bar of the City of New York

- Association of Trial Lawyers of America (Chairman, Commercial Law Section, 1991-92)

Mr. Fox can be reached by email at: FFox@kaplanfox.com

**LAURENCE D. KING** first associated with Kaplan Fox in 1994, and became a partner in the firm in 1998. Mr. King initially joined the firm in New York, but in 2000 relocated to San Francisco to open the firm's first West Coast office. He is now partner-in-charge of the firm's San Francisco and Los Angeles offices.

Mr. King practices primarily in the areas of securities litigation, with an emphasis on institutional investor representation, and consumer protection litigation. He has played a substantial role in cases that have resulted in some of the largest recoveries ever obtained by Kaplan Fox, including In re 3Com Securities Litigation (N.D. Ca.), In re Informix Securities Litigation (N.D. Ca.), AOL Time Warner Cases I & II (Ca. Sup. Ct., L.A. Cty.) and Providian Credit Card Cases (Ca. Sup. Ct., S.F. Cty.).

An experienced trial lawyer, prior to joining Kaplan Fox Mr. King served as an assistant district attorney under the legendary Robert Morgenthau in the Manhattan (New York County) District Attorney's office, where he tried numerous felony prosecutions to a jury verdict. At Kaplan Fox, he was a member of the trial team for two securities litigations tried to verdict, In re Biogen Securities Litigation (D. Mass.) and In re Health Management Securities Litigation (E.D.N.Y.). Mr. King has also participated in trial preparation for numerous other cases in which favorable settlements were achieved for our clients on or near the eve of trial.

**Education:**
- B.S., Wharton School of the University of Pennsylvania (1985)
- J.D., Fordham University School of Law (1988)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1989)
- Bar of the State of California (2000)
- U.S. District Courts for the District of New Jersey, the Eastern District of Pennsylvania, the Southern and Eastern Districts of New York, and the Central District of California

**Professional Affiliations:**
- Bar Association of San Francisco

- American Bar Association
- American Association for Justice
- San Francisco Trial Lawyers' Association
- American Business Trial Lawyers

Mr. King can be reached by email at: LKing@kaplanfox.com

**JOEL B. STRAUSS** first associated with Kaplan Fox in 1992, and became a partner of the firm in 1999. He practices in the area of securities and consumer fraud class action litigation, with a special emphasis on accounting and auditing issues.

Prior to joining Kaplan Fox, Mr. Strauss served as a senior auditor with one of the former "Big Eight" accounting firms. Combining his accounting background and legal skills, he has played a critical role in successfully prosecuting numerous securities class actions across the country on behalf of shareholders. Mr. Strauss was one of the lead trial lawyers for the plaintiffs in the first case to go to trial and verdict under the Private Securities Litigation Reform Act of 1995.

More recently Mr. Strauss has been involved in representing the firm's institutional clients in the following securities class actions, among others: *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation* (S.D.N.Y.) ($475 million settlement); *In re Credit Suisse-AOL Securities Litigation* (D. Mass.); and *In re Prestige Brands Holdings Inc. Securities Litigation* (S.D.N.Y.). He has also recently served as lead counsel for lead plaintiffs in *In re OCA, Inc. Securities Litigation* (E.D. La., $6.5 million settlement) and *In re Proquest Company Securities Litigation* (E.D. Mich., $20 million settlement).

Although currently practicing exclusively in the area of law, Mr. Strauss is a licensed Certified Public Accountant in the State of New York.

Mr. Strauss has also been a guest lecturer on the topics of securities litigation, auditors' liability and class actions for seminars sponsored by the Practicing Law Institute and the Association of the Bar of the City of New York.

**Education:**

- B.A., Yeshiva University (1986)
- J.D., Benjamin N. Cardozo School of Law (1992)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New Jersey

10

- Bar of the State of New York
- U.S. District Courts for the Southern and Eastern Districts of New York and the District of New Jersey
- U.S. Court of Appeals for the Third Circuit

**Professional Affiliations:**

- American Bar Association (member, Litigation Section, Rule 23 Subcommittee)
- Association of the Bar of the City of New York
- New York State Bar Association
- American Institute of Certified Public Accountants

Mr. Strauss can be reached by email at: JStrauss@kaplanfox.com

**HAE SUNG NAM** first associated with Kaplan Fox in 1999 and became a partner in the Firm in 2005. She practices in the areas of securities and antitrust litigation, mainly focusing in the Firm's securities practice.

Since joining the Firm, Ms. Nam has been involved in all aspects of securities practice, including case analysis for the Firm's institutional investor clients as well as being a key member of the litigation team representing a number of institutional clients in securities litigation. She is currently part of the team prosecuting securities claims against Bank of America Corporation, Fannie Mae and Ambac Financial Group, Inc. She also has a focus in prosecuting opt-out actions on behalf of the Firm's clients and has played a significant role in *AOL Time Warner Cases I & II* (Ca. Sup. Ct., L.A. Cty.) and *State Treasurer of the State of Michigan v. Tyco International, Ltd., et al.* The recoveries for the Firm's institutional clients in both of these cases were multiples of what they would have received had they remained members of the class action.

Prior to joining the Firm, Ms. Nam was an associate with Kronish Lieb Weiner & Hellman LLP, where she trained as transactional attorney in general corporate securities law and mergers and acquisitions.

Ms. Nam graduated, magna cum laude, with a dual degree in political science and public relations from Syracuse University's Maxwell School and S.I. Newhouse School of Public Communications. Ms. Nam obtained her law degree, with honors, from George Washington University Law School. During law school, Ms. Nam was a member of the George Washington University Law Review. She is the author of a case note, "Radio – Inconsistent Application

11

Rule," 64 Geo. Wash. L. Rev. (1996).   In addition, she also served as an intern for the U.S. Department of Justice, Antitrust Division.

**Education:**

- B.A., magna cum laude, Syracuse University (1994)
- J.D., with honors, George Washington University School of Law (1997)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York (1998)
- U.S. District Court for the Eastern District of Wisconsin

**Professional Affiliations:**

- New York State Bar Association
- American Bar Association

Ms. Nam can be reached by email at: HNam@kaplanfox.com

**DONALD R. HALL** has been associated with Kaplan Fox since 1998, and became a partner of the firm in 2005. He practices in the areas of securities, antitrust and consumer protection litigation. Mr. Hall is actively involved in maintaining and establishing the Firm's relationship with institutional investors and oversees the Portfolio Monitoring and Case Evaluation Program for the Firm's numerous institutional investors.

Mr. Hall currently represents a number of the Firm's institutional investor clients in securities litigation actions including, *In re Bank of America Corp. Litigation*, *In re Fannie Mae 2008 Securities Litigation*, *In re Ambac Financial Group, Inc. Securities Litigation*, *In Re Credit Suisse – AOL Securities Litigation*. Recently Mr. Hall has successfully represented institutional clients in *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, which was recently settled for $475 million; *In re Majesco Securities Litigation*; and *In re Escala Securities Litigation*. Additionally, he was a member of the litigation team in *AOL Time Warner Cases I & II* (Ca. Sup. Ct., L.A. Cty.), an opt-out action brought by institutional investors that settled just weeks before trial. This action, stemming from the 2001 merger of America Online and Time Warner, resulted in a recovery of multiples of what would have been obtained if those investors had remained members of the class action.

Mr. Hall has played a key role in many of the Firm's securities and antitrust class actions resulting in substantial recoveries for the Firm's clients, including *In re Merrill Lynch Research Reports Securities Litigation* (arising from analyst reports issued by Henry Blodget); *In re*

*Salomon Analyst Williams Litigation* and *In re Salomon Focal Litigation* (both actions stemming from analyst reports issued by Jack Grubman); *In re Flat Glass Antitrust Litigation*; and *In re Compact Disc Antitrust Litigation*.

Mr. Hall graduated from the College of William and Mary in 1995 with a B.A. in Philosophy and obtained his law degree from Fordham University School of Law in 1998. During law school, Mr. Hall was a member of the Fordham Urban Law Journal and a member of the Fordham Moot Court Board. He also participated in the Criminal Defense Clinic, representing criminal defendants in federal and New York State courts on a pro-bono basis.

**Education:**
- B.A., College of William and Mary (1995)
- J.D., Fordham University School of Law (1998)

**Bar Affiliations and Court Admissions:**
- Bar of the State of Connecticut (2001)
- Bar of the State of New York (2001)
- U.S. District Court for the Southern District of New York

**Professional Affiliations:**
- American Bar Association
- Association of Trial Lawyers of America
- New York State Bar Association

Mr. Hall can be reached by email at: DHall@kaplanfox.com

**JEFFREY P. CAMPISI** joined Kaplan Fox in 2004 and he practices in the area of securities litigation.

Mr. Campisi currently represents state pension funds in pending securities class actions against Monsanto Company (*Rochester Laborers Pension Fund v. Monsanto Company, et al.*) (10cv1380) (E.D. Mo.) and in *In re 2008 Fannie Mae Securities Litigation* (08cv7831) (S.D.N.Y.). Jeff recently represented shareholders in the following securities class actions: *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation* (07cv9633) (S.D.N.Y.) ($475 million settlement); *In re Sequenom, Inc. Securities Litigation* (S.D. Cal.) (09cv921) ($48 million in cash and stock recovered).

Mr. Campisi served as law clerk for Herbert J. Hutton, United States District Court Judge for the Eastern District of Pennsylvania.

**Education:**

13

- B.A., cum laude, Georgetown University (1996)
- J.D., summa cum laude, Villanova University School of Law (2000)
  Member of Law Review and Order of the Coif

**Bar affiliations and court admissions:**

- Bar of the State of New York (2001)
- U.S. Dist. Court for the Southern District of New York (2001)
- U.S. Dist. Court for the Eastern District of New York (2001)

**Professional affiliations:**

- American Bar Association
- New York State Bar Association
- American Association for Justice
- Nassau County Bar Association

Mr. Campisi can be reached by email at: jcampisi@kaplanfox.com

**MELINDA CAMPBELL** has been associated with Kaplan Fox since September 2004. She practices in the areas of antitrust, securities and other areas of civil litigation.

While attending law school, Ms. Rodon provided pro bono legal services to the Philadelphia community through the Civil Practice Clinic of the University of Pennsylvania Law School as well as the Homeless Advocacy Project. She also conducted pro bono legal research for the Southern Poverty Law Center.

**Education:**

- B.A., University of Missouri (2000)
- J.D., University of Pennsylvania Law School (2004)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York, (2005)
- U.S. District Courts for the Southern and Eastern Districts of New York

Ms. Campbell can be reached by email at: MCampbell@kaplanfox.com

## ASSOCIATES

**ELANA KATCHER** has been associated with Kaplan Fox since July 2007. She practices in the area of complex commercial litigation.

**Education:**

- B.A. Oberlin College (1994)
- J.D., New York University (2003)

14

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (2004)
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**
- New York State Bar Association
- New York City Bar Association

Ms. Katcher can be reached by email at: ekatcher@kaplanfox.com

**MATTHEW P. McCAHILL** was associated with Kaplan Fox from 2003 – 2005 and rejoined the firm in 2013 after working at a prominent plaintiffs' firm in Philadelphia. He practices primarily in antitrust, securities and complex commercial litigation. Mr. McCahill's *pro bono* work includes representing Army and Marine Corps veterans in benefits proceedings before the U.S. Department of Veterans' Affairs. During law school, Mr. McCahill was a member of the *Fordham Urban Law Journal*.

**Education:**
- B.A., History, *summa cum laude*, Rutgers College (2000)
- J.D., Fordham Law School (2003)

**Bar Affiliations and Court Admissions:**
- Bars of the State of New York and the Commonwealth of Pennsylvania
- U.S. District Courts for the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania

**Professional Affiliations:**
- New York State Bar Association
- American Bar Association
- Association of the Bar of the City of New York

Mr. McCahill can be reached by email at: mmccahill@kaplanfox.com

**MARIO M. CHOI** is a resident of the San Francisco office of Kaplan Fox and practices in the area of complex civil litigation. Prior to joining the firm in February 2009, Mr. Choi was a litigation associate at Pryor Cashman LLP and a law clerk to the Hon. Richard B. Lowe, III, Justice of the New York Supreme Court, Commercial Division.

**Education:**
- B.A., Boston University (2000)
- M.A., Columbia University (2001)
- J.D., Northeastern University (2005)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (2006)
- Bar of the State of California (2006)

- U.S. District Courts for the Southern District of New York and Central District of California

**Professional Affiliations:**
- American Bar Association
- New York State Bar Association
- Asian American Bar Association – Bay Area, New York

Mr. Choi can be reached by email at: mchoi@kaplanfox.com

**PAMELA MAYER** has been associated with Kaplan Fox since February 2009.  She practices in the area of securities litigation.

Prior to joining Kaplan Fox, Ms. Mayer was a securities investigation and litigation attorney for a multinational investment bank.  Utilizing her combined legal and business background, including her M.B.A., Ms. Mayer focuses on the research and analysis of securities claims on behalf of our firm's individual and institutional clients and is dedicated full-time to the firm's Portfolio Monitoring and Case Evaluation Program.  Ms. Mayer also has substantial litigation experience in the area of intellectual property.

**Education:**
- B.S., The University of Rochester
- J.D., The George Washington University
- M.B.A., Finance, The University of Michigan

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**
- New York State Bar Association

Ms. Mayer can be reached by email at: pmayer@kaplanfox.com

**LAUREN I. DUBICK** joined Kaplan Fox in 2013.  She practices in the areas of antitrust and securities litigation, as well as complex commercial litigation.  Prior to joining Kaplan Fox, Ms. Dubick served as a trial attorney with the Antitrust Division of the United States Department of Justice where she investigated and prosecuted violations of civil and criminal antitrust laws. During her tenure at the Justice Department, Ms. Dubick played significant roles on some of the Division's largest investigations and litigations and led two software merger investigations.

Ms. Dubick also served as a Special Assistant U.S. Attorney in the Eastern District of Virginia where she gained substantial trial experience prosecuting white collar crimes and other offenses.  During that time, she first-chaired two trials, both of which led to verdicts for the government.  Earlier in Ms. Dubick's career, she clerked for the late Hon. Ann Aldrich of the U.S. District Court for the Northern District of Ohio.

Ms. Dubick has been a guest lecturer on judicial discretion and co-authored an article on consumer protection, "*Perspective on Marketing, Self-Regulation and Childhood Obesity: FTC and HHS Call on Industry to Market More Responsibly*," 13.2 *American Bar Association Consumer Protection Update* 19 (2006). She is admitted to practice in the state courts of New York and Ohio as well as the Fourth Circuit Court of Appeals. Prior to law school, Ms. Dubick spent several years working in software and new media.

**Education:**
- B.A., *cum laude*, Harvard College (2000)
- J.D., *magna cum laude*, The Ohio State University Moritz College of Law (2007), Editor of *The Ohio State Law Review* and Member of the Order of the Coif

**Bar Affiliations and Court Admissions:**
- Bar of the State of Ohio (2007)
- Bar of the State of New York (2013)
- U.S. Court of Appeals for the Fourth Circuit
- U.S. District Courts for the Southern and Eastern Districts of New York

Ms. Dubick can be reached by email at: ldubick@kaplanfox.com

**DAMIEN H. WEINSTEIN** has been associated with Kaplan Fox since September 2011. He practices in the areas of securities, antitrust, and other areas of civil litigation. During law school, Mr. Weinstein was an Associate Editor on both the *Fordham Law Review* and Moot Court programs.

**Education:**
- B.A., *summa cum laude*, University of Massachusetts Amherst (2007)
- J.D., *cum laude*, Fordham University School of Law (2011)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New Jersey (2011)
- Bar of the State of New York (2012)
- U.S. District Courts for the Southern and Eastern Districts of New York

Mr. Weinstein can be reached by email at: dweinstein@kaplanfox.com

<u>OF COUNSEL</u>

**W. MARK MCNAIR** has been associated with Kaplan Fox since 2003. He practices in the area of securities litigation. Mr. McNair is actively involved in maintaining and establishing the Firm's relationship with institutional investors and is active in the Firm's Portfolio Monitoring and Case Evaluation Program for the Firm's numerous institutional investors.

Mr. McNair is a frequent speaker at various institutional events, including the National Conference of Public Employee Retirement Systems and the Government Finance Office Association.

Prior to entering private practice, Mr. McNair was Assistant General Counsel to the Municipal Securities Rulemaking Board where he dealt in a wide range of issues related to the trading and regulation of municipal securities. Previously, he was an attorney in the Division of Market Regulation at the Securities and Exchange Commission. At the Commission his work focused on the regulation of the options markets and derivative products.

**Education:**
- B.A. with honors, University of Texas at Austin (1972)
- J.D. University of Texas at Austin (1975)
- L.L.M. (Securities) Georgetown University (1989)

**Bar Affiliations and Court Admissions:**
- Bar of the States of Texas
- Bar of the State of Maryland
- Bar of the State of Pennsylvania
- Bar of the District of Columbia

Mr. McNair can be reached at mmcnair@kaplanfox.com

**JUSTIN B. FARAR** practices in the area of securities litigation and antitrust litigation with a special emphasis on institutional investor involvement. He is located in the Los Angeles office. Prior to working at Kaplan Fox, Mr. Farar was a litigation associate at O'Melveny & Myers, LLP and clerked for the honorable Kim McLane Wardlaw on the Ninth Circuit Court of Appeals. Mr. Farar also currently serves as a Commissioner to the Los Angeles Convention and Exhibition Authority.

**Education:**
- J.D., order of the coif, University of Southern California Law School (2000)
- B.A., with honors, University of California, San Diego

**Bar Affiliations and Court Admissions:**
- Bar of the State of California (2000)
- U.S. Supreme Court
- U.S. Court of Appeals for the Ninth Circuit

18

- U.S. District Court for the Central of California

**Awards:**
- The American Society of Composers, Authors and Publishers' Nathan Burkan Award Winner, 2000 for article titled "Is the Fair Use Defense Outdated?"

Mr. Farar can be reached by email at: jfarar@kaplanfox.com

**LINDA FONG** practices in the areas of general business and consumer protection class action litigation. She joined Kaplan Fox in 2001, and is resident in the firm's San Francisco office. Ms. Fong served on the Board of the San Francisco Trial Lawyers Association from 2000 to 2011. She was selected for inclusion to the California *Super Lawyers* list for 2011.

**Education:**
- J.D., University of San Francisco School of Law
- B.S., with honors, University of California, Davis
- Elementary Teaching Credential, University of California, Berkeley

**Bar Affiliations and Court Admissions:**
- Bar of the State of California
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Courts for the Northern, Central, Eastern and Southern Districts of California

**Professional Affiliations:**
- San Francisco Trial Lawyers Association
- Asian American Bar Association
- American Association for Justice

**Awards:**
- Presidential Award of Merit,  Consumer Attorneys of California, 2000

Ms. Fong can be reached by email at: LFong@kaplanfox.com

**GARY L. SPECKS** practices primarily in the area of complex antitrust litigation.  He has represented plaintiffs and class representatives at all levels of litigation, including appeals to the U.S. Courts of Appeals and the U.S. Supreme Court.  In addition, Mr. Specks has represented clients in complex federal securities litigation, fraud litigation, civil RICO litigation, and a variety of commercial litigation matters.  Mr. Specks is resident in the firm's Chicago office.

During 1983, Mr. Specks served as special assistant attorney general on antitrust matters to Hon. Neil F. Hartigan, then Attorney General of the State of Illinois.

**Education:**
- B.A., Northwestern University (1972)
- J.D., DePaul University College of Law (1975)

**Bar affiliations and court admissions:**
- Bar of the State of Illinois (1975)

- U.S. Courts of Appeals for the Third, Fifth, Seventh, Ninth and Tenth Circuits
- U.S. District Court for the Northern District of Illinois, including Trial Bar

**Professional affiliations:**
- Illinois Bar Association
- Chicago Bar Association

Mr. Specks can be reached by email at: gspecks@kaplanfox.com

**WILLIAM J. PINILIS** practices in the areas of commercial, consumer and securities class action litigation. He has been associated with Kaplan Fox since 1999, and is resident in the firm's New Jersey office.

In addition to his work at the firm, Mr. Pinilis has served as an adjunct professor at Seton Hall School of Law since 1995, and is a lecturer for the New Jersey Institute for Continuing Legal Education. He has lectured on consumer fraud litigation and regularly teaches the mandatory continuing legal education course Civil Trial Preparation.

Mr. Pinilis is the author of "Work-Product Privilege Doctrine Clarified," *New Jersey Lawyer*, Aug. 2, 1999; "Consumer Fraud Act Permits Private Enforcement," *New Jersey Law Journal*, Aug. 23, 1993; "Lawyer-Politicians Should Be Sanctioned for Jeering Judges," *New Jersey Law Journal*, July 1, 1996; "No Complaint, No Memo – No Whistle-Blower Suit," *New Jersey Law Journal*, Sept. 16, 1996; and "The *Lampf* Decision: An Appropriate Period of Limitations?" *New Jersey Trial Lawyer*, May 1992.

**Education:**
- B.A., Hobart College (1989)
- J.D., Benjamin Cardozo School of Law (1992)

**Bar affiliations and court admissions:**
- Bar of the State of New Jersey (1992)
- Bar of the State of New York (1993)
- U.S. District Courts for the District of New Jersey, and the Southern and Eastern Districts of New York

**Professional affiliations:**
- Morris County Bar Association
- New Jersey Bar Association
- Graduate, Brennan Inn of Court

Mr. Pinilis can be reached by email at: wpinilis@kaplanfox.com

**DAVID STRAITE** joined Kaplan Fox in 2013. He focuses on securities, corporate governance, hedge fund, antitrust and digital privacy litigation and is resident in the firm's New York office. Prior to joining the Firm, Mr. Straite helped launch the US offices of London-based Stewarts Law LLP, where he was the global head of investor protection litigation, the partner in

residence in New York, and a member of the US executive committee. He also worked in the Delaware office of Grant & Eisenhofer and the New York office Skadden Arps.

Mr. Straite is a frequent speaker and panelist in the U.S. and abroad. Most recently, he spoke on the hedge fund panel at the February 6, 2013 meeting of the National Association of Public Pension Attorneys in Washington, D.C. ("Structuring Investments – Do I Get to Go to the Cayman Islands?"); debated the General Counsel of Meetup, Inc. during 2013 Social Media Week ("David vs. Goliath: the Global Fight for Digital Privacy"); and gave a guest lecture on the Legal Talk Network's "Digital Detectives" podcast. He has also given interviews to Channel 10 (Tel Aviv), BBC World News (London) and SkyNews (London).

Mr. Straite's recent work includes representing investors in the Harbinger Capital hedge fund litigation and the Citigroup CSO hedge fund litigation in New York federal court; pursuing digital privacy claims as court-appointed co-lead counsel in *In re: Facebook Internet Tracking Litigation* in California and *In re: Google Inc. Cookie Placement Consumer Privacy Litigation* in Delaware; pursuing corporate governance claims in Delaware Chancery Court in *In re: Molycorp Derivative Litigation*; and helping to develop the first multi-claimant test of the UK's new prospectus liability statute in a case against the Royal Bank of Scotland in the English courts. Mr. Straite has also authored *Netherlands: Amsterdam Court of Appeal Approves Groundbreaking Global Settlements Under the Dutch Act on the Collective Settlement of Mass Claims*, in The International Lawyer's annual "International Legal Developments in Review" (2009), and was a contributing author for Maher M. Dabbah & K.P.E. Lasok, QC, Merger Control Worldwide (2005).

**Education:**
- B.A., Tulane University, Murphy Institute of Political Economy (1993)
- J.D., *magna cum laude*, Villanova University School of Law (1996), Managing Editor, Law Review and Order of the Coif

**Bar affiliations and court admissions:**
- Bar of the State of New York (2000)
- Bar of the State of Delaware (2009)
- Bar of the State of Pennsylvania (1996)
- Bar of the State of New Jersey (1996)
- Bar of the District of Columbia (2008)
- U.S. District Courts for the Southern and Eastern Districts of New York; Eastern District of Pennsylvania; and the District of Delaware
- U.S. Court of Appeals for the Third Circuit

**Professional affiliations:**
- American Bar Association (Section of Litigation and Section of International Law)
- Delaware Bar Association
- New York American Inn of Court (Master of the Bench)
- Royal Society of St. George (Delaware Chapter)

- Internet Society

Mr. Straite can be reached by email at: dstraite@kaplanfox.com

**DEIRDRE A. RONEY** joined the San Francisco office of Kaplan Fox as Of Counsel in 2013. Deirdre's focus is in the area of institutional investor participation in securities litigation.

Prior to joining Kaplan Fox, Deirdre represented governmental entities in public finance and public-private partnership transactions as an associate at Hawkins, Delafield & Wood in New York. Before that, she served as a Law Clerk in the U.S. Court of International Trade and a trial attorney for the U.S. Federal Maritime Commission.

**Education:**
- J.D., George Washington University School of Law (2003)

**Bar affiliations and court admissions:**
- Bar of the State of New York
- Bar of the State of California

Ms. Roney can be reached by email at: droney@kaplanfox.com

**GEORGE F. HRITZ.** Mr. Hritz resolves disputes. He has extensive experience in both New York and Washington D.C. handling sophisticated litigation, arbitration and other disputes for well-known corporate clients and providing crisis management and business-oriented legal and strategic advice to a broad range of U.S. and international clients, including those with small or no U.S. legal departments, often acting as de facto U.S. general counsel. Mr. Hritz has tried, managed and otherwise resolved large-scale matters for major financial and high-tech institutions and others in numerous venues throughout the U.S. and overseas. While he never hesitates to take matters to trial, he regularly looks for solutions that go beyond expensive victories. He has had great success in resolving disputes creatively by effectively achieving consensus among all of the parties involved, often with considerable savings for his clients.

Specialties:
- International and U.S. arbitration and litigation; judgment and award enforcement; handling financial, energy, infrastructure, real estate, transportation and high-technology issues and general counsel services.

Legal experience includes:
- Lead counsel representing European services and equipment supplier in U.S. federal court proceedings to recover mid-nine figure French judgment against non-U.S. national oil company.
- Lead litigation and arbitration counsel representing multinational, high-technology firm in U.S. federal court injunction and international arbitration trial proceedings, halting proposed merger between client's joint venture partner and client's major competitor and, in the merits phases of trial, obtained favorable awards on all claims and defenses.
- Lead litigation/arbitration counsel representing multinational, high-technology firm in U.S. federal court injunction and related proceedings, preventing a major transaction by a joint venture partner until obligations to his client were satisfied.

- Lead counsel in complex litigation defending major international financial institution and resolving a multimillion-dollar lawsuit without payment by his client, negotiating complete release for client and negotiating settlement pursuant to which co-defendants paid client's U.S. and international counsels' legal fees.
- Lead counsel in international arbitration obtaining favorable resolution of contract claims involving pharmaceutical product development, including significant cost recovery.

Mr. Hritz clerked for a federal district judge in New York and spent his associate years at Cravath, Swaine & Moore, one of the leading business litigation firms in the world. In 1980, Mr. Hritz became one of the seven original partners in Davis, Markel, Dwyer & Edwards, which ultimately grew to over 50 lawyers and became the New York litigation group of Hogan & Hartson, then Washington, D.C.'s oldest major law firm. Since 2011, Mr. Hritz has represented both defendants and plaintiffs in resolving international disputes and provided strategic advice and assisted clients on managing of other counsel, including monitoring law firm and consultant performance and billing.

**Education:**
A.B., Princeton University, History (1969)
J.D., Columbia University School of Law (1973) (Harlan Fiske Stone Scholar)

**Bar affiliations and court admissions:**
Bars of the State of New York (1974) and District of Columbia (1978)
U.S. Supreme Court
U.S. Courts of Appeals for the Second, Third, Fourth, Eleventh and D.C. Circuits
U.S. District Courts for the Southern and Eastern Districts of New York, the District of Columbia and others

**Professional affiliations:**
D.C. Bar Association
Federal Bar Council (2d Circuit)
Advisory Group of the U.S. District Court for the Eastern District of New York

**Published works:**
Koehler v. Bank of Bermuda Three Years Later: Fewer Places to Hide (with Amy Lehman), American Bar Association 22 October 2012

Mr. Hritz has also published more than a dozen other articles in U.S., European, Asian and Middle Eastern publications and presented at numerous litigation and arbitration conferences and panels. Subjects have included electronic discovery, international arbitration, separate settlement counsel and other dispute resolution techniques, extraterritorial jurisdiction, litigation funding, legal history and U.S. anti-slavery litigation.

**Community and Leadership/Pro Bono Highlights:**
In addition to his law practice, Mr. Hritz is Co-Founder, President Emeritus, and Legal Counsel for Princeton in Africa, which has placed over 300 recent college and professional school graduates at over 50 organizations in over 30 African countries since 1999. Mr. Hritz has also served for over 30 years on the board of the International Rescue Committee, a prominent refugee relief organization and was formerly its General Counsel. He has traveled on board

delegations and professional business to Rwanda, Burundi, Congo, Liberia, Côte d'Ivoire, Guinea, Zaire, Tanzania, Kosovo and Macedonia, as well as throughout Asia, Europe and the Americas.

He also served as Associate Independent Counsel in a federal grand jury investigation and lengthy trial of a former U.S. government official in Washington, D.C. and as Associate Special Counsel to a Special Inquiry by the United States Senate. He also served as the Chairman of a municipal planning board in Westchester County, New York, as the capital campaign co-chair for a historic Westchester church and chairman and member of co-op and condominium boards in Connecticut and Manhattan.

Mr. Hritz can be reached by email at: ghritz@kaplanfox.com

EXHIBIT 2

| | TOTAL | HOURLY | |
|---|---|---|---|
| **In re Cathode Ray Tube (CRT) Antitrust Litigation** | | | |
| **KAPLAN FOX & KILSHEIMER LLP** | | | |
| **Reported Hours and Lodestar** | | | |
| **May 9, 2008 through July 30, 2014** | | | |
| | | | |
| | | | |
| | **TOTAL** | **HOURLY** | |
| **NAME** | **HOURS** | **RATE** | **LODESTAR** |
| | | | |
| | ATTORNEYS | | |
| | | | |
| RN Kaplan (P) | 1.25 | $ 730 | $ 912.50 |
| RN Kaplan (P) | 9.50 | $ 775 | $ 7,362.50 |
| RN Kaplan (P) | 0.25 | $ 805 | $ 201.25 |
| RN Kaplan (P) | 18.00 | $ 845 | $ 15,210.00 |
| RN Kaplan (P) | 4.50 | $ 865 | $ 3,892.50 |
| RN Kaplan (P) | 0.50 | $ 910 | $ 455.00 |
| RN Kaplan (P) | 0.25 | $ 925 | $ 231.25 |
| RJ Kilsheimer (P) | 0.50 | $ 715 | $ 357.50 |
| RJ Kilsheimer (P) | 1.50 | $ 745 | $ 1,117.50 |
| RJ Kilsheimer (P) | 1.50 | $ 780 | $ 1,170.00 |
| GK Arenson (P) | 0.75 | $ 675 | $ 506.25 |
| GK Arenson (P) | 0.75 | $ 715 | $ 536.25 |
| GK Arenson (P) | 0.25 | $ 745 | $ 186.25 |
| GK Arenson (P) | 1.25 | $ 780 | $ 975.00 |
| GK Arenson (P) | 2.50 | $ 795 | $ 1,987.50 |
| GK Arenson (P) | 1.25 | $ 835 | $ 1,043.75 |
| GK Arenson (P) | 0.50 | $ 850 | $ 425.00 |
| L  Nussbaum (P) | 15.00 | $ 675 | $ 10,125.00 |
| L  Nussbaum (P) | 35.75 | $ 715 | $ 25,561.25 |
| L  Nussbaum (P) | 7.25 | $ 745 | $ 5,401.25 |
| JA Zweig (P) | 1.00 | $ 550 | $ 550.00 |
| JA Zweig (P) | 0.75 | $ 580 | $ 435.00 |
| GL Specks (OC) | 72.50 | $ 600 | $ 43,500.00 |
| GL Specks (OC) | 430.25 | $ 650 | $ 279,662.50 |
| GL Specks (OC) | 199.00 | $ 680 | $ 135,320.00 |
| GL Specks (OC) | 95.00 | $ 710 | $ 67,450.00 |
| GL Specks (OC) | 280.50 | $ 725 | $ 203,362.50 |
| GL Specks (OC) | 218.50 | $ 760 | $ 166,060.00 |
| GL Specks (OC) | 2.75 | $ 770 | $ 2,117.50 |
| LM  Fong (OC) | 0.25 | $ 570 | $ 142.50 |
| S  Schwaiger (OC) | 4.50 | $ 460 | $ 2,070.00 |
| LS Brody (A) | 2.50 | $ 440 | $ 1,100.00 |
| LS Brody (A) | 19.50 | $ 475 | $ 9,262.50 |
| LS Brody (A) | 1.00 | $ 505 | $ 505.00 |
| J  Radice (A) | 11.25 | $ 420 | $ 4,725.00 |
| E  Katcher (A) | 10.25 | $ 440 | $ 4,510.00 |

**EXHIBIT 2**

| NAME | TOTAL HOURS | HOURLY RATE | LODESTAR |
|------|------------:|------------:|---------:|
| | | | |
| E  Katcher (A) | 59.75 | $ 475 | $ 28,381.25 |
| MM  Choi (A) | 137.00 | $ 410 | $ 56,170.00 |
| MM  Choi (A) | 133.25 | $ 420 | $ 55,965.00 |
| MP McCahill (A) | 7.25 | $ 500 | $ 3,625.00 |
| GN Cutini (A) | 83.50 | $ 325 | $ 27,137.50 |
| | | | |
| NON-ATTORNEYS | | | |
| | | | |
| M  Moonsammy (PL) | 2.00 | $ 250 | $ 500.00 |
| M  Moonsammy (PL) | 1.50 | $ 265 | $ 397.50 |
| M  Moonsammy (PL) | 5.00 | $ 300 | $ 1,500.00 |
| K  Weiland (PL) | 6.00 | $ 250 | $ 1,500.00 |
| T  Gayle (PL) | 10.00 | $ 220 | $ 2,200.00 |
| T  Gayle (PL) | 6.00 | $ 250 | $ 1,500.00 |
| TN Harvey (PL) | 24.00 | $ 250 | $ 6,000.00 |
| S  Komins (PL) | 2.00 | $ 100 | $ 200.00 |
| DB Kaplan (LC) | 1.25 | $ 230 | $ 287.50 |
| T  Hong (LC) | 7.50 | $ 230 | $ 1,725.00 |
| | | | |
| TOTALS | 1,938.50 | | $ 1,185,518.75 |
| | | | |
| | | | |
| | | | |
| (P)  Partner | | | |
| (OC)  Of Counsel | | | |
| (A)  Associate | | | |
| (PL)  Paralegal | | | |
| (LC)  Law Clerk | | | |

# EXHIBIT 3

| In re Cathode Ray Tube (CRT) Antitrust Litigation | |
|---|---|
| **KAPLAN FOX & KILSHEIMER LLP** | |
| **Reported Expenses Incurred on Behalf of DPPs** | |
| | |
| | |
| | **AMOUNT** |
| **CATEGORY** | **INCURRED** |
| | |
| Court Fees (Filing, etc.) | $ - |
| Experts/Consultants | $ 10,833.00 |
| Federal Express | $ 87.54 |
| Transcripts (Hearing, Deposition, etc.) | $ - |
| Computer Research | $ 13,931.47 |
| Messenger Delivery | $ - |
| Photocopies - In House | $ 4.00 |
| Photocopies - Outside | $ - |
| Postage | $ - |
| Service of Process | $ 597.00 |
| Telephone/Telecopier | $ 3.19 |
| Travel (Airfare, Ground Travel, Meals, Lodging, etc.) | $ 17,306.16 |
| | |
| **TOTAL** | $ 42,762.36 |

**EXHIBIT 3**