Guido Saveri (Bar No. 22349)
R. Alexander Saveri (Bar No. 173102)
Geoffrey C. Rushing (Bar No. 126910)
Cadio Zirpoli (Bar No. 179108)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE: CRT ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to: | **CLASS ACTION** |
| ALL DIRECT PURCHASER CLASS ACTIONS | **DECLARATION OF ALLAN STEYER IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS** |

I, Allan Steyer, declare and state as follows:

1. I am a member of the law firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP. I submit this declaration in support of Direct Purchaser Plaintiffs ("DPP") joint application for an award of attorney fees in connection with the services rendered in this litigation. I make this Declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. My firm has served as counsel to Monikraft, Inc. and as counsel for the class throughout the course of this litigation. The background and experience of the Steyer Lowenthal Boodrookas Alvarez & Smith LLP firm and its attorneys are summarized in the *curriculum vitae* attached hereto as Exhibit 1.

3. The firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP has prosecuted this litigation solely on a contingent-fee basis, and has been at risk that it would not receive any compensation for prosecuting claims against the defendants. While the firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP devoted its time and resources to this matter, it has foregone other legal work for which it would have been compensated.

4. During the pendency of the litigation, Steyer Lowenthal Boodrookas Alvarez & Smith LLP performed the following work: legal research and drafting/editing of various motions including opposition to motions to dismiss, class certification (including opening and reply briefs); discovery including but not limited to working with expert witnesses (including preparation for deposition, their reports), and reviewing, organizing, and analyzing evidence in preparation for trial; and litigation strategy/communications with co-counsel.

5. Attached hereto as Exhibit 2 is my firm's total hours and lodestar, computed at historical rates, from May 9, 2008 through July 31, 2014. I have excluded the time of attorneys and staff who billed less than 5 hours to this case. Thus, one attorney and six staff who collectively billed 20 hours are not included. This period reflects the time spent after the appointment of Lead Counsel in the litigation. The total number of hours spent by Steyer Lowenthal Boodrookas Alvarez & Smith LLP during this period of time was 909.75 with a

corresponding lodestar of $616,848.75. This summary was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. The lodestar amount reflected in Exhibit 2 is for work assigned by Lead Class Counsel, and was performed by professional staff at my law firm for the benefit of the Direct Purchaser Plaintiff ("DPP") Class.

6. The hourly rates for the attorneys and professional support staff in my firm included in Exhibit 2 were at the time of work was performed the usual and customary hourly rates charged by Steyer Lowenthal Boodrookas Alvarez & Smith LLP for their services in similar complex litigation.

7. My firm has expended a total of $6,710.25 in unreimbursed costs and expenses in connection with the prosecution of this litigation. These costs and expenses are broken down in the chart attached hereto as Exhibit 3. They were incurred on behalf of Direct Purchaser Plaintiffs by my firm on a contingent basis, and have not been reimbursed. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

8. The firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP paid a total of $20,000.00 in assessments for the joint prosecution of the litigation against the defendants.

9. I have reviewed the time and expenses reported by my firm in this case which are included in this declaration, and I affirm that they are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2014 at San Francisco.

_____
ALLAN STEYER

# EXHIBIT 1

**STEYER LOWENTHAL BOODROOKAS**
**ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94111
Telephone: (415) 421-3400
Fax: (415) 421-2234
Email: steyerlaw.com

## PARTNERS

**Jeffrey H. Lowenthal**, (Member) born Los Angeles, California, January 10, 1958; admitted to bar, 1983, California. **Education:** University of California at Los Angeles (B.A., 1980); Boalt Hall School of Law, University of California at Berkeley (J.D., 1983). **Activities:** Chairman, Boalt Hall Moot Court Board, 1982-1983. Northern California Super Lawyer, 2005-2015; Super Lawyer, Corporate Counsel, 2008-2013; Super Lawyer, Business Edition, 2010-2012. Instructor, Boalt Hall School of Law, University of California, 1985-1986. Author, "Evidence," California Litigation Review, April 1997. Board of Directors, Huckleberry Youth Programs, Inc., 2005--. Member, Kentfield Schools Foundation, 1999-2001. Panelist, Early Settlement Program, Bar Association of San Francisco, 2002--. **Member:** Bar Association of San Francisco; State Bar of California; Marin Trial Lawyers Association (Member, Board of Trustees, 2002); Association of Business Trial Lawyers; California Land Title Association. **Practice Areas:** Real Property; Title Insurance Law; Commercial Litigation. **E-mail:** jlowenthal@steyerlaw.com

**Allan Steyer**, (Member) born Brooklyn, New York, July 25, 1952; admitted to bar, 1981, California. **Education:** State University of New York at Buffalo (B.A., magna cum laude, 1973); University of San Francisco School of Law (J.D., 1981). **Activities:** Legal Externship, California Supreme Court, Justice Mathew O. Tobriner, 1980. Selected by peers, Northern California Super Lawyer, 2004-2015. Author: "Era of Accounting Irregularities," May, 2002; "Comprehensive General Liability Policies, 1993: Obligation of the Parties," Practicing Law Institute; "Insurance Claims and Coverage Litigation;" "The Unfair Settlement Practices Regulations: Issues Relating to Discovery, Admissibility of Evidence In Civil Actions, and Exhaustion of Administrative Remedies," June, 1993; "Cross-Examination: Seven Steps To Success," California Litigation, Spring Issue, 1991. Speaker: Hot Topics in Financial Institution Litigation, State Bar of California Convention, September 2005 and October 2004; Innovative Strategies for Pursuing Unfair Competition Claims, State Bar of California Antitrust and Unfair Competition Law Section, May 2004; 2003 Advanced Business Litigation Institute, California CPA Education Foundation - Admissibility of Expert Witness Testimony; Advanced Business Litigation Institute Conference, California CPA Education Foundation, Era of Accounting Irregularities, May 2002; Punitive Damages in California Courts: Post BMW v. Gore, CAOC Seminar, December, 1998; Punitive Damages: Post BMW v. Gore - An Update, CAOC Seminar, December 1997; Punitive Damages: BMW Case, CAOC Seminar, December, 1996; Mediating Wrongful Termination, Harassment and Discrimination Cases, CAOC Seminar, November 1995; The After-Acquired Evidence Defense - Alive and Well?, CAOC Seminar, November 1995; Punitive Damages: Current Status and Trends, CTLA Seminar, December

1993; California Unfair Claims Settlement Practices Regulations: Compliance, Enforcement and Beyond, San Francisco Bar Association Program, June 1993; PLI Program, Comprehensive General Liability Policies; Insurance Claims and Coverage Litigation, New York, May 1993; "The 'Lincoln Savings' Trial," CTLA Seminar, December 1992; "Handling Claims Against Savings and Loan Officers and Directors," ATLA Advanced Seminars, August 1991; "Securities Fraud: The Big Cases and the Small Cases," Kansas Trial Lawyers Association Annual Meeting, 1988. Instructor, National Institute for Trial Advocacy, Berkeley, California, 1999, San Francisco, California, 2001. Judge Pro Tem, San Mateo Superior Court, 1994-1998. **Member:** San Francisco, San Mateo County (Member: Bench and Bar Committee, 1990, 1994, 1996-2004; ADR Committee, 1994-1996) and American Bar Associations; State Bar of California; Consumer Attorneys of California; San Mateo County Trial Lawyers Association (Member, Board of Directors, 1987-1996; President, 1995); San Francisco Trial Lawyers Association (Member, Board of Directors, 1996-2008); The American Association for Justice; Association of Business Trial Lawyers. **Practice Areas:** Antitrust; Commercial Litigation; Consumer Class Actions; Investment Fraud; Labor and Employment; Securities; Real Property. **E-mail:** asteyer@steyerlaw.com

**Nick A. Boodrookas**, (Member) born Modesto, California, June 3, 1958; admitted to bar, 1983, California. **Education:** University of California at Davis (A.B., with highest honors, 1980); Boalt Hall School of Law, University of California at Berkeley (J.D., 1983). **Activities:** Phi Beta Kappa. Lecturer, Continuing Education of the Bar of California. Northern California Super Lawyer, 2005 and 2006, Labor & Employment Law. Member, 1998-2004, and President, 1999-2001, Board of Trustees, Saint Mark's School. Member, 2002--, and Chairman, 2004--, Board of Trustees, Marin Academy. **Member:** Bar Association of San Francisco; State Bar of California (Member, Labor and Employment Law Section). **Reported Cases:** *Laborers Health & Welfare v. Westlake Development*, 53 F.3d 979 (9th Cir. 1995). **Practice Areas:** Labor and Employment; Litigation; Nonprofit Organizations; Independent Schools. **E-mail:** nboodrookas@steyerlaw.com

**Carlos A. Alvarez**, (Member) born Los Angeles, California, April 1, 1964; admitted to bar, 1989, California. **Education:** University of San Francisco (B.A., 1986); Boalt Hall School of Law, University of California at Berkeley (J.D., 1989). Northern California Super Lawyer, 2014-2015. **Member:** The Bar Association of San Francisco; State Bar of California (Member, Sections on: Litigation and Real Property); San Francisco La Raza Lawyers Association; California Land Title Association. **Practice Areas:** Commercial Litigation; Real Property; Consumer Class Actions. **E-mail:** calvarez@steyerlaw.com

**Edward Egan Smith**, (Member) born Williamsburg, Virginia, February 4, 1965; admitted to bar, 1994, California. **Education:** University of Virginia (B.A., 1987); University of California, Hastings College of the Law (J.D., 1991). **Activities:** Senior Research Editor, Editorial Board, Hastings Law Journal, 1990-1991. Law Clerk to The Honorable Ed Carnes, U.S. Circuit Judge, Eleventh Circuit Court of Appeals, 1992-1993, and The Honorable Robert E. Varner, Senior U.S. District Judge, U.S. District Court, Middle District of Alabama, 1991-1992. Author, "The Criminalization of Belief: When Free Exercise Isn't," 42 Hastings L.J. 1491 (1991). **Member:** State Bar of California; Bar Association of San Francisco. **Practice Areas:** Commercial Litigation; Appeals; Labor and Employment; Real Property. **E-mail:** esmith@steyerlaw.com

2

**Jill M. Manning**, (Of Counsel) born Carmel, California, July 19, 1969; admitted to bar, 1995, California. **Education:** University of California at Davis (B.A., 1991); Cambridge University, Pembroke College (summer, 1990); University of San Francisco School of Law (J.D., 1995). Member (1993-1994) and Editor (1994-1995), USF Law Review. **Speaking Events**: "The UCL, FAL and CLRA 'Go Viral': Facebook, Google, Apple, Yahoo! Zynga and Other High Tech Cases," 21st Annual Golden State Antitrust and Unfair Competition Law Institute (October, 2011); "Hot Topics in Competition Law," 86th Annual Meeting of the State Bar of California (October, 2013). **Publications**: The Sedona Conference, "Defense of Process: General Principles" (August, 2013); *Competition*, The Journal of the Antitrust and Unfair Competition Law Section of the State Bar of California, "Plaintiff Perspective: Food Fights - Recent Developments in Consumer Class Actions Challenging Food Labels," Vol. 23, No. 2 (Fall 2014). **Legal Affiliations**: Deputy Vice Chair (Treatise), State Bar of California Antitrust and Unfair Competition Executive Committee; Member, Bar Association of San Francisco, Antitrust Section; Member, American Bar Association, Antitrust Section, Agriculture and Food Committee; Women Antitrust Plaintiffs Attorneys (WAPA). **Professional Activities:** Board of Trustees, Shoreline Unified School District; Member, Marin Agricultural Land Trust; Member, Marin Organic. **Practice Areas:** Antitrust and Unfair Competition; Consumer Fraud; Business Disputes.

## SENIOR COUNSEL

**Donald Scott Macrae**, born Summit, New Jersey, 1956; admitted to bar, 1982, California. **Education:** Bowdoin College at Brunswick, Maine (B.A., 1978); Boalt Hall School of Law, University of California at Berkeley (J.D., 1982). **Activities:** Recipient: James Bowdoin Scholar; American Jurisprudence Award. **Practice Areas:** Antitrust; Commercial; Consumer Class Actions; Securities. **Email:** smacrae@bamlawlj.com

**Jayne A. Peeters**, born Neenah, Wisconsin, April 21, 1954; admitted to bar, 1983, California. **Education:** University of Wisconsin, Madison, Wisconsin (B.S. 1976); Hastings College of the Law, University of California (J.D. 1982). **Activities:** Legal Externship, Marin Superior Court, 1982; Settlement Panelist, Marin Superior Court, 2002-2003. **Member:** Bar Association of San Francisco; State Bar of California. **Practice areas**: Class Actions; Commercial Litigation; Real Property. **Email:** jpeeters@steyerlaw.com

**Robert W. Biederman,** born Chicago, Illinois, 1952; admitted to bar 1978, Illinois (inactive), 1985 (Texas), 1992, Massachusetts (inactive), 1995 (California). **Education:** Sarah Lawrence College (B.A. 1973); Loyola University Chicago School of Law (J.D. 1978). **Practice Areas:** Antitrust; Consumer Class Actions; Commercial Litigation. **Email:** rbiederman@steyerlaw.com

**Bryan Matthew Kreft**, born Los Altos, California, March 5, 1974; admitted to bar, 2000, California. **Education:** University of California, Los Angeles (B.A., 1996); Santa Clara University (M.B.A., 2000, J.D., 2000). **Member:** Bar Association of San Francisco; State Bar of California. **Practice Areas:** Class Actions; Commercial Law; Litigation; Real Property; Insurance. **Email:** bkreft@steyerlaw.com

3

## ASSOCIATES

**Michelle Akerman**, born Los Angeles, California, April 17, 1979; admitted to bar, 2009, California. **Education**: University of California at Davis (B.S., 2004); University of California Hastings College of the Law (J.D., cum laude, 2009). **Activities**: Author, "*Brown v. United States, The Paquete Habana*, and the Executive" 60 Hastings L.J. 149 (2008); Senior Articles Editor, Hastings Law Journal; Intern, Marin County Public Defender's Office. **Member**: State Bar of California; Bar Association of San Francisco, San Francisco La Raza Lawyers Association. **Practice Areas**: Commercial Litigation; Real Property; Antitrust Class Actions; Employment and Labor Law. **Email**: makerman@steyerlaw.com

**Dana M. Andreoli,** born San Francisco, CA, August 16, 1982; admitted to bar, 2008, California. **Education:** University of California, San Diego, CA (B.A., 2004); Dickinson School of Law at Pennsylvania State University (J.D., 2008). **Activities:** Senior Editor for the PSU Environmental Law Review; interned for the civil division of The United States Attorney's Office in Washington, D.C. **Member:** State Bar of California. **Practice Area:** Litigation. **Email**: dandreoli@steyerlaw.com

**Gabriel D. Zeldin,** born Berkeley, California, December 18, 1982; admitted to bar, 2010, California. **Education:** University of California, Santa Barbara (B.A., 2005); University of California, Davis School of the Law (J.D., 2010). **Activities:** 2010 School of Law Medal recipient; Editor, UC Davis Law Review; Chair, Trial Practice Honors Board; Extern, Judge Charles R. Breyer, United States District Court, Northern District of California; Law Clerk, Justice Daniel E. Winfree, Alaska Supreme Court. **Member:** State Bar of California. **Practice Area:** Antitrust; Commercial; Real Property; Litigation. **Email**: gzeldin@steyerlaw.com

## OF COUNSEL

**Alexander D. Kullar,** born San Francisco, California, July 16, 1983; admitted to bar, 2008, California; admitted to bar, 2009, District of Columbia. **Education:** University of California, Los Angeles, CA (B.A., 2005); Georgetown University Law Center, Washington, D.C. (J.D., 2008). **Member:** State Bar of California. **Practice area:** Litigation. **Email:** akullar@steyerlaw.com

# STEYER LOWENTHAL BOODROOKAS
# ALVAREZ & SMITH LLP

The firm is a litigation boutique based in San Francisco that has a civil litigation practice with an emphasis on complex litigation, including antitrust, consumer, investment fraud/securities class actions and representative actions, real property, commercial, partnership, and employment litigation. The firm's two senior partners have been chosen by their peers as Super Lawyers in Northern California annually since 2005. Listed below are some of the cases we have been involved in litigating.

## CLASS ACTION AND OTHER COMPLEX LITIGATION MATTERS

### A. Antitrust

<u>Ace Delivery & Moving, Inc., v. Horizon Lines, LLC, et al.</u> – served as plaintiff's co-lead counsel for direct purchasers in a horizontal price fixing conspiracy putative class action (D. AK).

<u>Four in One Company, Inc. et al. v. SK Foods, L.P., et al.</u> – represented putative plaintiff class of direct purchasers in a price fixing conspiracy regarding tomatoes (E.D. CA).

<u>In Re: Air Cargo Shipping Services Antitrust Litigation</u> – representing putative classes of direct purchasers of air cargo services against numerous airline defendants in a price fixing conspiracy (E.D. NY).

<u>In Re: Aftermarket Automotive Lighting Products Antitrust Litigation</u> – represented plaintiff class of direct purchasers in a horizontal price fixing conspiracy (C.D. CA).

<u>In Re: Cathode Ray Tube (CRT) Antitrust Litigation</u> – representing class of direct purchaser plaintiffs (N.D. CA). (Settlement pending.)

<u>In Re: CD Antitrust Litigation</u> – represented plaintiffs in a consolidated nationwide federal class action and antitrust/price fixing case involving the music industry (D. ME).

<u>In Re: DRAM Antitrust Litigation</u> – member of executive committee – representing indirect purchasers of DRAM in putative class action involving price fixing conspiracy (N.D. CA). (Settlement approved; appeal pending in Ninth Circuit.)

<u>In Re: Flash Memory Antitrust Litigation</u> – member of executive committee – represented putative class of indirect purchasers of flash memory against major electronic companies in a price fixing conspiracy (N.D. CA).

<u>In Re: Fresh and Processed Potatoes Antitrust Litigation</u> – member of executive committee – representing plaintiff direct purchasers in a putative class action price fixing conspiracy (settlement preliminarily approved) (E.D. ID).

In Re: Graphics Processing Units Antitrust Litigation – represented putative class of indirect purchasers of graphic cards against major electronic companies in a price fixing conspiracy (N.D. CA).

In Re: Intel Corporation Microprocessor Antitrust – represented putative class of indirect purchasers of microprocessors from Intel (D. DE).

In Re: International Air Transportation Surcharge Antitrust Litigation – member of executive committee – representing putative class of ticket purchasers against major airline carriers (N.D. CA). (Partial settlements approved.)

In Re: Korean Air Lines Co., Ltd., Antitrust Litigation – represented plaintiff class in a price fixing conspiracy (C.D. CA). (Settlement approved.)

In Re: Lithium Ion Batteries Antitrust Litigation – representing putative class of direct purchaser plaintiffs (N.D. CA).

In Re: Municipal Derivatives Antitrust Litigation – member of executive committee – representing class of purchasers of municipal securities in a price fixing conspiracy (S.D. NY). (Partial settlements approved.)

In Re: NASDAQ Market-Makers Antitrust Litigation – represented plaintiffs in a national class action price fixing case against 33 broker-dealer defendants (S.D. NY).

In Re: NCAA Student-Athlete Name & Likeness Licensing Litigation – member of executive committee – representing class of plaintiffs in a price fixing conspiracy regarding current and former student athletes (N.D. CA). (Partial settlement pending.) (Defendant NCAA's Ninth Circuit appeal pending.)

In Re: Optical Disk Drive Products Antitrust Litigation – representing putative plaintiff class of purchasers in a price fixing conspiracy (N.D. CA). (Partial settlement pending.)

In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation – representing putative plaintiff class in a price fixing case against Visa, Mastercard and major banks regarding interchange fees (E.D. NY). (Settlement approved; appeal pending in Second Circuit.)

In Re: Processed Egg Products Antitrust Litigation – representing putative plaintiff class in a price fixing conspiracy (E.D. PA). (Partial settlements approved/pending.) (Class certification motion submitted to court.)

In Re: Static Random Access Memory (SRAM) Antitrust Litigation – represented class of indirect purchasers in a price fixing conspiracy case against multiple SRAM manufacturers (N.D. CA).

In Re: TFT-LCD (Flat Panel) Antitrust Litigation – represented class of indirect purchasers in a price fixing conspiracy against manufacturers of flat panels for televisions, computer monitors, and laptop computers (N.D. CA.). (Settlement approved.)

In Re: Visa/Mastercard Currency Conversion Litigation – represented certified class of plaintiffs in massive MDL antitrust/Truth In Lending Act action arising from imposition of foreign currency conversion fees by Visa, MasterCard, and banks (S.D. NY). (Settlement approved.)

Mayor and City Counsel of Baltimore, Maryland v. Citigroup, Inc., et al. – one of three firms which represented purchasers of auction rate securities in a putative class action antitrust case (S.D. NY). Argued appeal in Second Circuit Court of Appeal.

Sidibe, et al. vs. Sutter Health, et al. – one of four firms representing putative class of consumers of hospital/ medical services in tying case (N.D. CA). (Appeal pending in Ninth Circuit.)

### B. Consumer

Schwartz v. Visa International Corp., et al. – represented plaintiffs in nationwide consumer representative action regarding imposition on credit card users of hidden, foreign currency conversion fees (one of three firms that successfully tried six month trial) (Alameda County Superior Court). (Settlement approved.)

Shrieve v. Visa U.S.A. Inc., et al. – co-lead counsel – represented plaintiffs in putative nationwide consumer class action regarding imposition on debit card users of hidden, foreign currency conversion fees (Alameda County Superior Court). (Settlement approved.)

Mattingly v. Visa U.S.A. Inc., et al. – co-lead counsel – represented plaintiffs in putative nationwide consumer class action regarding imposition on credit card users of hidden, foreign currency conversion fees (Alameda County Superior Court). (Settlement approved.)

Lipuma v. American Express – co-lead counsel – represented plaintiffs in nationwide consumer class action regarding deceptive business practices involving foreign currency conversion fees imposed on cardholders (S.D. FL). (Settlement approved.)

Green v. Chase Manhattan Bank USA, N.A., et al. – co-lead counsel – represented plaintiffs in putative consumer class action against home equity line lenders regarding failure to comply with statutory requirements for reconveyance of deeds of trust (San Francisco County Superior Court). (Settlement approved.)

Silva, et al. v. Provident Funding Associates, L.P., et al. – co-lead counsel – represented plaintiffs in consumer class action regarding late fees charged by a mortgage service company (San Mateo County Superior Court). (Settlement approved.)

Marshall, et al. v. H&R Block, Inc., et al. – one of four firms that represented putative nationwide class of tax preparation clients in deceptive business practices case (S.D. IL).

Mulligan v. Pacific Bell – co-lead counsel – represented plaintiffs in California consumer class action alleging violations of Bus. & Prof. Code § 17200 and California Consumer Legal Remedies Act (Alameda County Superior Court). (Settlement approved.)

7

Citigroup Loan Cases – represented plaintiffs in nationwide consumer class alleging Bus. & Prof. Code § 17200 claims against lenders regarding deceptive and illegal lending practices to consumers (San Francisco County Superior Court). (Settlement approved.)

In Re: Kava Kava Litigation – represented plaintiffs in consumer class action arising from false advertising (Bus. & Prof. code § 17200 et seq.) and deceptive business practices in marketing and sale of Kava-Kava (Los Angeles County Superior Court).

Gordon v. Apple Computer – represented plaintiffs in consumer nationwide class action arising from sale of alleged defective computers (Bus. & Prof. Code § 17200) (Santa Clara County Superior Court). (Settlement approved.)

Castro v. Providian – co-lead counsel – represented class of borrowers alleging Bus. & Prof. Code § 17200 claims arising from lender's imposition of unconscionable terms and interest charges on credit card lines (San Mateo County Superior Court). (Settlement approved.)

Lavie v. Procter & Gamble – co-lead counsel – represented plaintiffs in consumer representative action – false advertising, Bus. & Prof. Code § 17200 claims (regarding OTC drug, including three week trial and appeal) (San Francisco County Superior Court).

Littau v. Circuit City – co-lead counsel – represented plaintiffs in consumer class action – false advertising, Bus. & Prof. Code § 17200 claims against major electronics retailers (San Francisco County Superior Court). (Settlement approved.)

## C. Investment Fraud/Securities

Represented two hedge funds in securities litigation against public company (San Francisco County Superior Court).

Represented four hedge funds in securities litigation against public company (public/private offering) (S.D. NY).

In Re: Asia Pulp & Paper Securities Litigation – represented class of investors in a securities fraud action (S.D. NY). (Settlement approved.)

William A. Brandt, Jr. v. Gordon A. Campbell, et al. – represented former CFO of bankrupt technology company in action brought by bankruptcy trustee against company's directors and officers (San Mateo County Superior Court).

In Re: General Instrument Securities Litigation – MDL proceeding – represented group of investors including money managers who suffered multi-million dollar losses arising out of 1995 merger of private company with publicly traded company; action was coordinated with national securities class actions (N.D. IL). (Settlement approved.)

8

In Re: TMI Limited Partnership Litigation – one of two firms that represented approximately 20,000 school teachers who invested in 35 real estate limited partnerships in class action for fraud, breach of fiduciary duty, against general partners and Big 5 accounting firm (Orange County Superior Court). (Settlement approved.)

Smith v. Merrill Lynch – represented plaintiffs in Orange County bond holder class action litigation (Orange County Superior Court and federal district court).

Klein v. Sacks – co-lead counsel – represented investors in real estate limited partnerships fraud scheme in class action against general partners and attorneys (Los Angeles County Superior Court).

In Re: Executive Life Litigation – represented plaintiffs in consolidated policy holder class actions against directors and officers and Big 5 accounting firm in fraud action (Los Angeles County Superior Court). (Settlement approved.)

ZZZZBest Litigation – represented Union Bank against Big 5 accounting firm that audited ZZZZBest (Los Angeles County Superior Court and C.D. CA).

In Re: American Continental Corporation/Lincoln Savings & Loan Securities Litigation – co-lead counsel – represented class of bond purchasers against three Big 5 accounting firms, Charles Keating and many other defendants – including a four month jury trial (D. AZ).

In Re: Technical Equities Coordinated Litigation – represented hundreds of plaintiffs in fraud case against Bear Stearns, Big 5 accounting firm, Security Pacific National Bank and other defendants – including a three month jury trial (Santa Clara County Superior Court).

**D. Other Complex Litigation**

Represented cofounder of Facebook in breach of fiduciary duty/fraud case (Santa Clara County Superior Court).

Crown Paper Liquidating Trust v. PriceWaterhouseCoopers LLP – represented bankruptcy trustee in fraudulent conveyance and business tort action against multiple defendants (N.D. CA). (Settlement approved after trial commenced.)

Peinado v. Board of Pilot Commissioners for the Bays of San Francisco, San Pablo and Suisun – co-lead counsel – represented plaintiffs in national origins class action discrimination lawsuit (San Francisco County Superior Court).

Meris Labs v. Long Beach Memorial Hospital – represented subsidiary of nonprofit hospital in breach of contract/fraud case, including twelve week jury trial (Santa Clara County Superior Court).

9

dZine v. Hyundai – represented Belgian company in breach of contract/fraud case arising from failure of computer chip, a component processing part of digital satellite transmission system, including six week trial (Santa Clara County Superior Court).

Bank of America v. Lloyds of London – represented bank in multimillion dollar insurance coverage case (San Francisco County Superior Court).

Ferguson v. National Football League – represented NFL in three week jury trial of wrongful termination suit filed by referee (Santa Clara County Superior Court).

**EXHIBIT 2**

In re Cathode Ray Tube (CRT) Antitrust Litigation
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
Reported Hours and Lodestar
May 9, 2008 through July 30, 2014

| NAME | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| ATTORNEYS | | | |
| Allan Steyer (P) 2008 | 4.00 | $630 | $2,520.00 |
| Allan Steyer (P) 2009 | 26.25 | $670 | $17,587.50 |
| Allan Steyer (P) 2010 | 8.00 | $730 | $5,840.00 |
| Allan Steyer (P) 2011 | 6.00 | $770 | $4,620.00 |
| Allan Steyer (P) 2012 | 5.00 | $820 | $4,100.00 |
| Allan Steyer (P) 2013 | 224.75 | $840 | $188,790.00 |
| Allan Steyer (P) 2014 | 5.75 | $860 | $4,945.00 |
| D. Scott Macrae (OC) 2008 | .50 | $590 | $295.00 |
| D. Scott Macrae (OC) 2009 | 46.50 | $630 | $29,295.00 |
| D. Scott Macrae (OC) 2010 | 16.25 | $680 | $11,050.00 |
| D. Scott Macrae (OC) 2011 | 6.75 | $710 | $4,792.50 |
| D. Scott Macrae (OC) 2012 | 13.25 | $750 | $9,937.50 |
| D. Scott Macrae (OC) 2013 | 206.75 | $780 | $161,265.00 |
| D. Scott Macrae (OC) 2014 | 5.25 | $790 | $4,147.50 |
| Henry A. Cirillo (OC) 2010 | 19.25 | $680 | $13,090.00 |
| Jayne A. Peeters (A) 2008 | 33.00 | $570 | $18,810.00 |
| Jayne A. Peeters (A) 2009 | 43.25 | $595 | $25,733.75 |
| Jayne A. Peeters (A) 2012 | 63.25 | $690 | $43,642.50 |
| Jayne A. Peeters (A) 2013 | 11.25 | $720 | $8,100.00 |
| Jill M. Manning (OC) 2012 | 45.25 | $660 | $29,865.00 |
| Jill M. Manning (OC) 2013 | 7.50 | $690 | $5,175.00 |
| Gabriel D. Zeldin (A) 2013 | 24.75 | $340 | $8,415.00 |
| NON-ATTORNEYS | | | |
| Clarisse Valera (PL) 2013 | 35.50 | $170 | $6,035.00 |
| Myriam Boukhobza (PL) 2013 | 51.75 | $170 | $8,797.50 |
| **TOTAL:** | 909.75 | | $616,848.75 |

(P) Partner
(OC) Of Counsel
(A) Associate
(PL) Paralegal
(LC) Law Clerk

# EXHIBIT 2

# EXHIBIT 3

In re Cathode Ray Tube (CRT) Antitrust Litigation
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
Reported Expenses Incurred on Behalf of DPPs

| CATEGORY | AMOUNT INCURRED |
|---|---:|
| Court Fees (filing, etc.) | $0.00 |
| Experts/Consultants | $0.00 |
| Federal Express | $153.39 |
| Transcripts (Hearing, Deposition, etc.) | $0.00 |
| Computer Research | $5,965.19 |
| Messenger Delivery | $4.38 |
| Photocopies – In House | $122.40 |
| Photocopies – Outside | $0.00 |
| Postage | $0.00 |
| Service of Process | $9.95 |
| Telephone/Telecopier | $19.26 |
| Travel (Airfare, Ground Travel, Meals, Lodging, etc.) | $435.68 |
| **TOTAL:** | **$6,710.25** |

# EXHIBIT 3