Guido Saveri (Bar No. 22349)
R. Alexander Saveri (Bar No. 173102)
Geoffrey C. Rushing (Bar No. 126910)
Cadio Zirpoli (Bar No. 179108)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CRT ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **CLASS ACTION** |
| ALL DIRECT PURCHASER CLASS ACTIONS | **DECLARATION OF WILLIAM G. CALDES  IN SUPPORT OF MOTION FOR  ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS** |

Master File No. CV-O7-5944-SC; MDL 1917

DECLARATION OF            IN SUPPORT OF MOTION FOR ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES. AND INCENTIVE AWARDS

1  I, William G Caldes, declare and state as follows:

2      1.      I am a member of the law firm of Spector Roseman Kodroff & Willis, P. C.

3  ("SRKW")   I submit this declaration in support of Direct Purchaser Plaintiffs ("DPP") joint

4  application for an award of attorney fees in connection with the services rendered in this litigation.

5  I make this Declaration based on my personal knowledge and if called as a witness, I could and

6  would competently testify to the matters stated herein.

7      2.      My firm has served as counsel to Electronic Design Company and as counsel for

8  the class throughout the course of this litigation.  The background and experience of **Spector**

9  **Roseman Kodroff & Willis, P. C.** firm and its attorneys are summarized in the *curriculum vitae*

10  attached hereto as Exhibit 1.

11      3.      The law firm of Spector Roseman Kodroff & Willis, P. C.  has prosecuted this

12  litigation solely on a contingent-fee basis, and has been at risk that it would not receive any

13  compensation for prosecuting claims against the defendants.  While Spector Roseman Kodroff &

14  Willis, P. C.  devoted its time and resources to this matter, it has foregone other legal work for

15  which it would have been compensated.

16      4.      During the pendency of the litigation, Spector Roseman Kodroff & Willis, P. C.

17  performed the following work:   Lawyers and support staff from SRKW conducted factual

18  research in this matter and reported to lead counsel regarding same, participated in conference

19  calls with lead counsel and otherwise carried out assignments requested by lead counsel.

20  Specifically we translated into English, reviewed and analyzed Defendants' foreign language

21  documents in preparation for entry into the case database.  We created memorandum relating to

22  documents of high value to the case ("hot docs") in preparation for the case in general, 30(b)(6)

23  depositions and fact witness depositions.

24

25      5.      Attached hereto as Exhibit 2 is my firm's total hours and lodestar, computed at

26  historical rates, from May 9, 2008 through July 31, 2014.  This period reflects the time spent after

27  the appointment of Lead Counsel in the litigation.  The total number of hours spent by Spector

28

2                  Master File No. CV-07-5944-SC; MDL 1917
DECLARATION OF _____   IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND
                          REIMBURSEMENT OF EXPENSES

1    Roseman Kodroff & Willis, P. C. during this period of time was 1505.60 with a corresponding

2    lodestar of $551,528.75. This summary was prepared from contemporaneous, daily time records

3    regularly prepared and maintained by my firm. The lodestar amount reflected in Exhibit 2 is for

4    work assigned by Lead Class Counsel, and was performed by professional staff at my law firm for

5    the benefit of the Direct Purchaser Plaintiff ("DPP") Class.

6        6.      The hourly rates for the attorneys and professional support staff in my firm

7    included in Exhibit 2 are the usual and customary hourly rates charged by Spector Roseman

8    Kodroff & Willis, P. C.

9        7.      My firm has expended a total of $267.30 in unreimbursed costs and expenses in

10    connection with the prosecution of this litigation. These costs and expenses are broken down in

11    the chart attached hereto as Exhibit 3. They were incurred on behalf of Direct Purchaser Plaintiffs

12    by my firm on a contingent basis, and have not been reimbursed. The expenses incurred in this

13    action are reflected on the books and records of my firm. These books and records are prepared

14    from expense vouchers, check records and other source materials and represent an accurate

15    recordation of the expenses incurred.

16        8.      Spector Roseman Kodroff & Willis, PC paid a total of $ 30,000.00 in assessments

17    for the joint prosecution of the litigation against the defendants.

18        9.      I have reviewed the time and expenses reported by my firm in this case which are

19    included in this declaration, and I affirm that they are true and accurate.

20        I declare under penalty of perjury under the laws of the United States of America that the

21    foregoing is true and correct. Executed on August 6, 2014 at Philadelphia

22

                          William G Caldes

23

24

25

26

27

28

# EXHIBIT 1

# SPECTOR ROSEMAN KODROFF & WILLIS

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1818 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103
(215) 496-0300
FAX (215) 496-6611
http://www.srkw-law.com
email: classaction@srkw-law.com

## FIRM BIOGRAPHY

Spector Roseman Kodroff & Willis is a highly successful law firm with a nationwide practice that focuses on class actions and complex litigation, including securities, antitrust, consumer protection, and commercial claims.   The firm is active in major litigation in state and federal courts throughout the country and internationally.   The firm's reputation for excellence has been recognized by numerous courts which have appointed the firm as lead counsel in prominent class actions.   As a result of the firm's efforts, defrauded consumers and shareholders have recovered billions of dollars in damages and implemented import corporate governance reforms.   The firm is rated "AV" by Martindale-Hubbell, its highest rating for competence and integrity.

Judges throughout the country have recognized the Firm's contributions in class action cases:

- "Lead class counsel - Jeffrey Corrigan and the other lawyers from Spector Roseman Kodroff & Willis, P.C. - performed brilliantly in this exceptionally difficult case."   *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (PSD) (E.D. Pa. Dec. 9, 2008)

- "[Class counsel] did a wonderful job here for the class and were in all respects totally professional and totally prepared.   I wish I had counsel this good in front of me in every case."   *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.) (approval hearing March 2, 2009)

- "I think perhaps the most important for the class is the recovery, and I think the recovery has been significant and very favorable to the class given my understanding of the risks in the litigation. And so perhaps that's always the starting point for judging and assessing the quality of representation.   The class I think was well represented, in that it got a very significant recovery in the circumstances". *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.) (formerly known as Converium Holdings)

- "[O]utstanding work [of counsel] … was done under awful time constraints" and the "efforts here were exemplary…under lousy time constraints."   *In re Atheros Communications, Inc. Shareholder Litigation*, C.A. No. 6124-VCN (Del. Ch.)

- "Plaintiffs' counsel have been excellent in this complex, hard-fought litigation and innovative in its notice program and efforts to find class members."   *New England Carpenters Health Benefits Fund v. First Databank, Inc.*, C.A. 05-11148 (D. Mass. Aug. 3, 2009)

- "Here, Plaintiffs' counsel are highly experienced in complex antitrust litigation, as evidenced by the attorney biographies filed with the Court. . . . They have obtained a significant settlement for the Class despite the complexity and difficulties of this case." *Stop & Shop Supermarket Co. v. SmithKline Beecham Corp.*, C.A. No. 03-4578 (E.D. Pa. May 19, 2005)

- "Counsel are among the most experienced lawyers the national bar has to offer in the prosecution and defense of significant class actions." *In re Lupron Marketing and Sales Practices Litigation*, 345 F. Supp. 2d 135, 137-38 (D. Mass. 2004)

- "[T]he class attorneys in this case have worked with enthusiasm and have been creative in their attempt to compensate as many members of the consumer class as possible. . . . This Court has consistently noted the exceptional efforts of class counsel." *In re Relafen Antitrust Litigation*, 231 F.R.D. 52, 80 (D. Mass. 2005)

**Securities/Corporate Governance Litigation**

SRKW's securities practice group has actively managed important class actions involving securities fraud, winning not only significant damages but also important corporate governance reforms. Some of the Firm's most notable cases include:

- *In re Abbott Labs-Depakote Shareholder Derivative Litigation*, Case No.: 1:11-cv-08114 (VMK) (N.D.Ill). As the lead counsel, SRKW negotiated cutting-edge corporate reforms including new legal and regulatory compliance responsibilities at both the board and management levels, a clawback policy which goes well beyond the requirements under the Dodd-Frank Act of 2010, a change of the "tone at the top" to foster a culture of legal and regulatory compliance, "flow of information" protocols, and other significant reforms designed to address oversight deficiencies that resulted in Abbott having to pay $1.6 billion in criminal and civil penalties due to the illegal marketing and sale of its Depakote drug (the second largest penalties ever paid for off-label marketing at that time).

- *In re Lehman Brothers Holdings, Inc. Equity/Debt Securities Litigation*, No. 08-cv-5523 (S.D.N.Y.). SRKW was one of the firms prosecuting the U.S. action against Lehman Brothers arising from a massive fraud pertaining to the credit market meltdown. In this securities class action, SRKW represents one of the lead plaintiffs, the Northern Ireland Local Government Officers' Superannuation Committee ("NILGOSC"). The case settled for over $600 million.

- *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.). SRKW was one of the co-lead counsel for the lead plaintiffs, who are European institutional bond holders, in this widely-known case, often called the "Enron of Europe." This is a massive worldwide securities fraud action involving the collapse of an international dairy conglomerate, in which major financial

-2-

institutions and accounting firms created schemes to materially overstate Parmalat's revenue, income, and assets, and understate its considerable and expanding debt. The case has been heavily litigated for five years, resulting in settlements of $98 million.

In addition, settlements with certain accounting firms provided that these defendants confirm their endorsement of specific corporate governance principles of behavior designed to advance investor protection and to minimize the likelihood of future deceptive transactions. This is the first time in a Section 10(b) case that shareholders were able to negotiate corporate governance measures from a defendant other than the issuer.

- *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.). In the *Converium* U.S. class action, SRKW was one of the co-lead counsel representing a European institutional investor which served as one of the lead plaintiffs in that action. The Firm negotiated a $145 million recovery for a global class of investors, which involved settling the action on two continents – *the first trans-Atlantic resolution to a securities class action*. Part of the settlement, on behalf of foreign investors, was approved in the Netherlands under the then newly enacted Act on Collective Statement of Mass Claims. What is particularly noteworthy about the *Converium* litigation is that the Amsterdam Court of Appeal, in a landmark decision, ruled that it had jurisdiction to declare the two international settlements of that action binding. What makes the *Converium* decision groundbreaking is that, in addition to showing its willingness to provide an effective forum for European and other investors to settle their claims on a pan-European or even global basis, the Amsterdam Court of Appeal substantially broadened its jurisdictional reach – to the benefit of investors in this case and in future actions. The Dutch Court secured jurisdiction even though the claims were not brought under Dutch law, the alleged wrongdoing took place outside the Netherlands, and none of the potentially liable parties and only a limited number of the potential claimants are domiciled in the Netherlands. The decision means that European Union Member States, as well as Switzerland, Iceland and Norway, must recognize it, under the Brussels I Regulation and the Lugano Convention. Without the approval of the settlements by the Amsterdam Court of Appeal, common stock holders of Converium, who were excluded from the U.S. action, would not have been able to recover a portion of their losses.

- *Utah Retirement Systems v. Strauss*, No. 09-cv-3221 (E.D.N.Y.). SRKW served as counsel in an individual (opt-out) action brought on behalf of the Utah Retirement Systems relating to the scandal at American Home Mortgage – one of the companies involved in the subprime market meltdown. This action alleged violations of the Securities Act of 1933 and the Securities and Exchange Act of 1934, as well as various state laws. Although the monetary terms of the settlement are confidential, SRKW was able to negotiate an amount that was nearly four times more than what the Utah Retirement Systems would have received had it

participated in the class action.

- *In re Laidlaw, Inc. Bondholders Securities Litigation*, No. 3-00-2518-17 (D.S.C.). SRKW was a member of the Executive Committee in this complex accounting case which resulted in a settlement of $42,875,000.

- *In re Abbott Laboratories, Inc. Derivative Shareholder Litigation*, C.A. No. 99-C 07246 (N.D. Ill.) (Abbott I).   SRKW was co-lead counsel for plaintiffs.   The case was dismissed twice but reversed on appeal, and settled in 2004 for substantial corporate governance reforms funded by $27 million from directors.   The ABA's *Securities Litigation Journal* called the Seventh Circuit's opinion the second most important decision in 2003.

- *Felzen v. Andreas (Archer Daniels Midland Co. Derivative Litigation)*, C.A. No. 95-2279 (C.D. Ill.).   As co-lead counsel, SRKW negotiated broad corporate governance changes in the company's board structure including strengthening the independence of the board of directors, creating corporate governance and regulatory oversight committees, requiring that the audit committee be composed of a majority of outside directors, and establishing a $8 million fund for educational seminars for directors and the retention of independent outside counsel for the oversight committees.

The Firm is in the forefront of advising and representing foreign institutional investors in U.S. class actions and in group actions in Europe, Australia and Japan.   During the past 14 years, SRKW has been working with and representing various European investors and conducting educational seminars on securities class actions, as well as speaking at international shareholder and corporate governance conferences.   The Firm is currently counsel to numerous large European entities.

**Pharmaceutical Marketing Litigation**

Since 2001, the Firm has been at the vanguard of identifying and pursuing healthcare reforms.   It has developed an extensive practice in representing consumers and third-party payors in class actions against pharmaceutical companies over the unlawfully high pricing of prescription drugs.   These cases have proceeded in state and federal courts on a variety of legal theories, including state and federal antitrust law, state consumer protection statutes, common law claims of unjust enrichment, and the federal RICO statute.

As part of their work in this area, the Firm's attorneys have formally and informally consulted with the Attorneys General of a number of states who have been actively involved in drug and health care litigation.   The Attorney General of Connecticut chose SRKW in a competitive bidding process to help lead the state's pharmaceutical litigation involving use of the Average Wholesale Price.   The Firm's clients also include large employee benefit plans as well as individual consumers.

Some of the Firm's important pharmaceutical cases include the following:

- SRKW, as co-lead counsel, devised the legal theory for claims against most major pharmaceutical companies for using the Average Wholesale Price to inflate the price paid by consumers and third-party payors for prescription and doctor-administered drugs.  The larger AWP case, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.), was tried in part to the court in November-December 2006.  On June 21, 2007, the judge issued a 183-page opinion largely finding for plaintiffs, and requesting additional evidence on damages.  Moreover, plaintiffs have reached settlements in amounts exceeding $230 million.  SRKW was co-lead counsel for the class.

- *In re Lupron Marketing and Sales Practices Litigation*, MDL No. 1430 (D. Mass.). SRKW, as co-lead counsel, negotiated a settlement of $150 million for purchasers of the cancer drug Lupron.

- *New England Carpenters Health Benefits Fund v. First Databank, Inc.*, C.A. 05-11148 (D. Mass.) and *District 37 Health and Securities Fund v. Medi-Span*, C.A. No. 07-10988 (D. Mass.).  SRKW was co-lead counsel for a group of third-party payors who pay for prescription drugs at prices based on the AWP. The complaints allege that First DataBank and Medispan, two of the largest publishers of AWP, fraudulently published inflated AWP prices for thousands of drugs.  The claims against McKesson settled for $350 million. In addition, the settlement requires First DataBank and Medispan to lower the AWP price they publish for hundreds of drugs (by reducing the formulaic ratio they use to calculate AWP); and to eventually cease publishing AWP prices.  Plaintiffs' experts conservatively estimate that the savings from this settlement will be in the hundreds of millions of dollars.

- *Stop & Shop Supermarket Co. v. Smithkline Beecham Corp.* C.A. 03-4578 (E.D. Pa.).  SRKW was co-lead counsel on behalf of direct purchasers of the drug Paxil. The complaint alleged that the drug company misled the U.S. Patent and Trademark Office in obtaining the patents protecting Paxil and then used the patents to prevent lower-cost, generic versions of the drug from coming to market. A settlement of $100 million was approved by the court.

- *In re TriCor Indirect Purchaser Antitrust Litigation*, C.A. No. 05-360 (D. Del.). SRKW was co-lead counsel for indirect purchasers in prosecuting state antitrust and consumer protection claims against Abbott Laboratories and Labatoires Fournier for suppressing competition from generic versions of TriCor.  The indirect purchaser case settled for $65.7 million to the class plus a substantial settlement for opt-out insurers.

- *In re Relafen Antitrust Litigation*, C.A. No. 01-12239 (D. Mass.).  SRKW was co-lead counsel for indirect purchasers in prosecuting state antitrust and consumer

-5-

protection claims against GlaxoSmithKline for suppressing competition from generic versions of its drug Relafen by fraudulently obtaining a patent on the compound.   The indirect purchaser settlement for $75 million was approved by the court (the overall settlement for all plaintiffs exceeded $400 million).

- *Vista Healthplan, Inc. v. Cephalon, Inc.,* CA No. 06-1833 (E.D. Pa.) and *In re Effexor XR Antitrust Litigation*, CA No. 11-5479 (D.N.J.).   SRKW is serving as co-lead counsel in on-going litigation over pay-for-delay settlements involving the drugs Provigil and Effexor XR.   The firm represents end -payors (consumers and healthplans) who were denied the chance to buy cheaper generic alternatives because of manipulation of the patent challenge and generic drug approval system by the brand name companies and some generic manufacturers.

- *In re Niaspan Antitrust Litigation* MDL No. 2460 (E.D. Pa) and *In re Suboxone Antitrust Litigation* MDL No. 2445(E.D. Pa).   SRKW was appointed to serve as Liaison Counsel for a purported class of end payors for the drugs Niaspan and Suboxone.   In each case, the complaint alleges that the end payors were overcharged by defendants' illegal efforts to keep generic versions off the market which caused the class to pay supra competitive monopolistic prices.

## Antitrust Litigation

SRKW's antitrust practice group regularly oversees important antitrust cases.   Among the Firm's most significant cases are:

- *In re Automotive Parts Antitrust Litigation,* MDL 12-2311 (E.D. Mich.).   SRKW was appointed Co-Lead Counsel for plaintiffs in this price fixing action which involves a world-wide conspiracy to fix the prices of numerous automotive parts, including, wire harnesses, heat and control panel, instrument panel clusters, ball bearings, etc.

- *In re Domestic Drywall Antitrust Litigation,* MDL 12-2437 (E.D. Pa.).   SRKW has been appointed as Co-Lead Counsel for plaintiffs in this nation-wide price fixing class action.

- *In re Blood Reagents Antitrust Litigation*, MDL 09-2081 (E.D. Pa.).   SRKW was appointed sole Lead Counsel in this nation-wide, price-fixing class action.   In January 2012, Spector Roseman negotiated a $22 million settlement with one defendant, and Judge DuBois certified plaintiffs' class in August 2012 (currently pending appeal).

- *McDonough, et al., v. Toys R Us, et al.* (E.D. Pa.).   SRKW was appointed co-lead counsel on behalf of six sub-classes of purchasers of baby products from Babies "R" Us, one of the rare cases in which a class of purchasers damaged as a result of resale price maintenance has been certified.

- *In re Linerboard Antitrust Litigation*, MDL No. 1261 (E.D. Pa.).  SRKW was appointed co-lead counsel for plaintiffs in this price-fixing antitrust action which settled for total of $202 million, the largest antitrust settlement ever in Third Circuit.

- *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (PSD) (E.D. Pa.).  SRKW was lead counsel for a nationwide class of direct purchasers, which settled for $120 million.

- *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.).  SRKW was co-lead counsel for plaintiffs in this price fixing/market allocation antitrust action which settled for $120 million.

- *In re DRAM Antitrust Litigation*, MDL No. 1486 (N.D. Cal.).  SRKW was a member of the executive committee in this action against all major manufacturers of "dynamic random access memory" ("DRAM"), alleging that defendants conspired to fix the prices they charged for DRAM in the United States and throughout the world.  The case settled with all defendants for more than $300 million.

- *In re Vitamins Antitrust Litigation*, Misc. No. 99-0197 (D. D.C.).  SRKW was a member of the executive committee and co-chair of the discovery committee for plaintiffs in this price-fixing antitrust action which settled for $300 million.

**Privacy Litigation**

SRKW is also litigation numerous cases relating to privacy.

- *In re Google Inc. Street View Electronic Communications Litigation* (N.D. Cal.).  SRKW was appointed Co-Lead Counsel for plaintiffs in this action.   Google used its "Street View" vehicles to access wireless internet networks located in the United States and more than thirty countries around the world.  Google's Street View vehicles traveled through cities and towns and collected data sent and received over the wireless networks they encountered, including all or part of e-mails, passwords, videos, audio files, and documents, as well as network names and router information.  This data was captured and stored without the knowledge or authorization of class members.   Plaintiffs allege that Google's conduct violated Title III of the Omnibus Crime Control and Safe Streets Act of 1968, as amended by the Electronic Communications Privacy Act of 1986, 18 U.S.C. § 2511, *et seq*, also known as the Wiretap Act.  The District Court denied Google's motion to dismiss and Court of Appeals for the Ninth Circuit affirmed the denial of Google's motion to dismiss.  The panel held that Google's data collection could be a violation of the Wiretap Act because Wi-Fi communications are "electronic communications" that are not "readily accessible to the general public."  The Court

-7-

rejected Google's argument that Wi-Fi communications are "radio communication" and its contention that this permitted Google to freely intercept them so long as they are not encrypted.   Google is seeking Supreme Court review.

- *In Re: Heartland Payment Systems Inc. Customer Data Security Breach* MDL No. 2046 (S.D. TX).   SRKW represents banks in a class action after Heartland disclosed on January 20, 2009 that it had been the victim of a security breach within its processing system in 2008. The data stolen included the digital information encoded onto the magnetic stripe built into the backs of credit and debit cards; with that data, thieves can fashion counterfeit credit cards by imprinting the same stolen information onto fabricated cards.

- *In re: Target Corporation Customer Data Breach* MDL No. 14-2522 (D. Minn). SRKW represents banks in a class-action lawsuit against Target claiming the retail giant ignored warnings from as early as 2007 that the company's point-of-sale (POS) system was vulnerable to attack, a move that put more than 40 million credit and debit card records at risk and compromised the personal information of up to an additional 70 million customers after Target's systems were penetrated by attackers from on or about November 27, 2013 through December 15, 2013.

## PARTNERS

**EUGENE A. SPECTOR**, founding partner, has extensive experience in complex litigation, and has represented both plaintiffs and defendants in antitrust and securities.   Mr. Spector has handled many high profile cases, including such antitrust class actions as *In re Linerboard Antitrust Litigation*, MDL No. 1261 (E.D. Pa.), in which he was co-lead counsel and which settled for more than $200 million, the largest antitrust case settlement ever in the Eastern District of Pennsylvania, where Judge Dubois stated: "The Court has repeatedly stated that the lawyering in this case at every stage was superb ...." 2004 WL 1221350, *6 (E.D. Pa. June 2, 2004).   Mr. Spector was also co-lead counsel in *In re Relafen Antitrust Litigation*, No. 01-12239 (D. Mass.), in which a settlement of $75 million was obtained for the class, which Judge Young described as "the result of a great deal of very fine lawyering."   Mr. Spector has been involved in securities class action litigation including *Rosenthal v. Dean Witter*, which resulted in a landmark decision by the Colorado Supreme Court that recognized, for the first time, that securities fraud could be proved without reliance being alleged.   This precedent-setting case was important because under state securities law the reliance element sometimes proved difficult, especially when large numbers of people were involved in a class action suit.

Mr. Spector is currently serving as sole lead counsel in *In Re Blood Reagents Antitrust Litigation*, MDL No. 02081 (E.D. Pa.); as co-lead counsel in such antitrust cases as *In re Domestic Drywall Anitrust Litigation*, MDL No. 2437 (E.D. Pa.); *In Re Automotive Parts Antitrust Litigation*, MDL No. 2311 (E.D. Mich.); *McDonough, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*,2:06-cv-00242-AB (E.D. Pa.); *Elliott, et al. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*,2:09-cv-06151-AB (E.D. Pa.); as a member of the direct purchaser Plaintiff's Executive Committee in *In Re Fresh and Process Potatoes Antitrust Litigation*, MDL No. 2186 (D.Id.), *as a member of the Steering Committee for all Plaintiffs in In re Online DVD Rental Antitrust*

*Litigation,* MDL No. 2029 (N.D. Cal.), and as a member of the trial team in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, MDL No. 1869 (D.D.C.).

Mr. Spector has served as lead or co-lead counsel for plaintiffs in numerous cases with successful results, such as:

• *In re Linerboard Antitrust Litigation*, MDL No. 1261 (E.D. Pa.) (settled for $202 million, the largest antitrust settlement ever in the Third Circuit)

• *In re Relafen Antitrust Litigation*, C.A. No. 01-12239 (D. Mass.) (a drug marketing case that settled for $75 million for indirect purchasers)

• *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.) (a price-fixing/market allocation antitrust action that settled for $120 million)

• *In re Mercedes Benz Antitrust Litigation, No. 99-4311* (D.N.J.) ( a price-fixing class action against Mercedes-Benz U.S.A. and its New York tri-state area dealers in which a $17.5 million settlement was obtained for the class)

• *Cohen v. MacAndrews & Forbes Group, Inc.*, No. 7390 (Del. Ch.) (a class action on behalf of shareholders challenging a going-private transaction under Delaware corporate law in which a benefit in excess of $11 million was obtained for the class)

Mr. Spector has also served as lead counsel or co-lead counsel in a number of other securities fraud class action cases and shareholder derivative actions: *Shanno v. Magee Industrial Enterprises, Inc.*, No. 79-2038 (E.D. Pa.) (trial counsel for defendants); *In re U.S. Healthcare Securities Litigation*, No. 88-559 (E.D. Pa.) (trial counsel); *PNB Mortgage and Realty Trust by Richardson v. Philadelphia National Bank*, No. 82-5023 (E.D. Pa.); *Swanick v. Felton*, No. 91-1350 (E.D. Pa.); *In re Surgical Laser Technologies, Inc. Securities Litigation*, No. 91-CV-2478 (E.D. Pa.); *Tolan v. Adler*, No. C-90-20710-WAI (PVT) (N.D. Cal.); *Rosenthal v. Dean Witter, Reynolds, Inc.*, No. 91-F-591 (D. Colo.); *Soenen v. American Dental Laser, Inc.*, No. 92 CV 71917 DT (E.D. Mich.); *In re Sunrise Technologies Securities Litigation*, Master File No. C-92-0948-THE (N.D. Cal.); *The Berwyn Fund v. Kline*, No. 4671-S-1991 (Dauphin Cty. C.C.P.); *In re Pacific Enterprises Securities Litigation*, Master File No. CV-92-0841-JSL (C.D. Cal.); *In re New America High Income Fund Securities Litigation*, Master File No. 90-10782-MA (D. Mass.); and *In re RasterOps Corp. Securities Litigation*, No. C-92-20349-RMW(EAI) (N.D. Cal. 1992).

Further, Mr. Spector has actively participated as plaintiffs' counsel in national class action antitrust cases, including *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, No. M-02-1486 PJH (N.D. Cal.) (executive committee); *In re Vitamins Antitrust Litigation*, Misc. No. 99-0197 (TFH) (D.D.C.) (Chair of the discovery committee); *In re Neurontin Antitrust Litigation*, MDL No. 1479 (D. N.J.) (executive committee); *Ryan-House v. GlaxoSmithKline, plc*, No. 02-CV-442 (ED Va.) (co-chair class certification committee); *In re Bulk [Extruded] Graphite Products Antitrust Litigation*, Master File No. 02-CV-06030 (D. N.J.) (chair of experts committee); *In re Publication Paper Antitrust Litigation,* No 04-MD-1631 (D. Conn.); *In re*

*Polyester Staple Antitrust Litigation,* No. 03-CV-1576 (W.D.N.C.); *Chlorine & Caustic Soda Antitrust Litigation*, No. 86-5428 (E.D. Pa.); *In re Brand Name Prescription Drug Antitrust Litigation*, MDL No. 997 (N.D. Ill.); *Polypropylene Carpet Antitrust Litigation,* MDL No. 1075 (N.D. Ga.); *NASDAQ Market Markers Antitrust Litigation,* MDL No. 1023 (S.D.N.Y.); *Potash Antitrust Litigation,* MDL No. 981 (D. Minn.); *Commercial Tissue Products Antitrust Litigation*, MDL No. 1189 (N.D. Fla.); *High Fructose Corn Syrup Antitrust Litigation*, MDL No. 1087 (C.D. Ill.).

In 2002, Mr. Spector obtained a jury verdict of $4.5 million in *Heiser v. SEPTA*, No. 3167 July Term 1999 (Phila. C.C.P.), an employment class action.

Mr. Spector is admitted to practice in the Commonwealth of Pennsylvania; the United States Supreme Court; the United States Courts of Appeals for the First, Third, Fifth, Sixth, Ninth, Tenth, and Eleventh Circuits; and the United States District Court for the Eastern District of Pennsylvania and the Eastern District of Michigan.   He is a graduate of Temple University (B.A. 1965) and an honors graduate of Temple University School of Law (J.D. 1970), where he was an editor of the *Temple Law Quarterly*.   He served as law clerk to the Honorable Herbert B. Cohen and the Honorable Alexander F. Barbieri, Justices of the Pennsylvania Supreme Court (1970-71).

Mr. Spector has written a number of articles over the years which appeared in the *National Law Journal*, the *Legal Intelligencer*, and other trade and legal publications; and he has appeared on CNBC to discuss securities fraud.   He is a member of the American, Federal, Pennsylvania and Philadelphia Bar Associations; the American Bar Association's Antitrust and Litigation Sections and the Securities Law Sub-Committee of the Litigation Section; and the Federal Courts Committee of the Philadelphia Bar Association.   Mr. Spector has been appointed to the Advisory Board of the American Antitrust Institute and has been named as a leading U.S. plaintiffs' antitrust lawyer by Who's Who Legal Competition 2014, published by the Global Competition Review. Mr. Spector also has been appointed to serve on the Board of Visitors of the James E. Beasley School of Law of Temple University.   He is A-V rated by Martindale-Hubbell and has been named by Law & Politics to its list of Pennsylvania "Superlawyers."

**ROBERT M. ROSEMAN,** founding partner of SRKW, chairs the Firm's international and domestic securities practice.   His practice focuses on investor protection issues, including the enforcement of the federal securities laws and state laws involving fiduciary duties of directors and officers, and under the laws in the various jurisdictions in Europe where group actions can be brought. An important component of his practice involves protecting U.S. and European investors in European proceedings. In that role, he works with U.S. and European institutional investors on investor protection and corporate governance matters.

Most notable example of Mr. Roseman's role is Co-Lead Counsel is in the *Converium/SCOR* action, where he prosecuted the first US securities class action settled on two continents (for a collective $145 million). The European portion of this settlement is being adjudicated before the Court of Appeal in Amsterdam using the Dutch Act on the Collective Settlements of Mass Damage Claims.   Importantly, Mr. Roseman's international expertise helped secure a key decision from the Dutch Court of Appeal in this case that will likely make it easier in

the future for European investors to claim monies recovered from actions brought in the Netherlands.

Mr. Roseman represented European institutions and was co-lead counsel in the landmark *In re Parmalat Securities Litigation* action, the largest fraud in European corporate history that is frequently referred to as Europe's Enron, which settled for $96.5 million. There, Mr. Roseman devised a unique legal theory against the bankrupt Parmalat which used Italian bankruptcy law to secure funds not normally available to investors. He also extracted corporate governance endorsements from defendants other than the issuer - a first in a US-based investor action.

Among other notable cases, Mr. Roseman represented Brussels-based KBC Asset Management in *In re Royal Dutch/Shell Securities Litigation* and Brussels-based Fortis Investments in *In re Chicago Bridge and Iron Securities Litigation.* He represented the Northern Ireland Local Government Officers' Superannuation Committee, a UK institution, that is one of the lead plaintiffs in the US investor action involving Lehman Brothers and was co-lead counsel *In re Atheros Communications Shareholder Litigation*, in which he obtained a preliminary injunction of a merger where inadequate information about the transaction had been disclosed to shareholders.

Mr. Roseman has been at the vanguard of using securities class actions and derivative suits to implement corporate governance changes at U.S. and European companies to help them operate more effectively and reduce the likelihood that wrongdoing will occur in the future. He litigated as lead counsel against the directors of Abbott Labs (involving off label marketing of Depakote) in which the company agreed for a four year period to implement cutting-edge, bespoke reforms addressing allegations of illegal conduct which are designed to prevent it from occurring in the future. As co-lead counsel Mr. Roseman litigated against the directors of Archer Daniels Midland Company in which the corporation agreed to implement significant reforms which, at that time, were "state of the art" corporate governance measures designed to strengthen the independence of the board of directors. Mr. Roseman also litigated against the directors of Abbott Laboratories (*Abbott I*) and settled the case for numerous corporate governance changes governing the way in which the board of directors addresses regulatory matters. The Seventh Circuit's landmark decision in this case was named second among the top ten securities law decisions of 2003 by the American Bar Association's *Securities Litigation Journal.*

Mr. Roseman has written extensively on securities and investor protection issues, including Global Markets, Global Fraud: What We Can Learn from Europe's Enron', *Investment and Pensions Europe* (May 2006 supp.); Cost-Effective Monitoring of Corporate Fraud: Reducing the Time Necessary to Stay Informed, *Investment and Pensions Europe* (June 2006 supp.); and A Trans-Atlantic Trend, *Professional Investor* (May 2005). He also appeared in a roundtable discussion in *Global Pensions* (October 2006 supp.).

Mr. Roseman has been a frequent speaker at numerous U.S. and international conferences on the issues of investor protection through litigation and engagement and the importance of using corporate governance measures as part of settlements to ensure that Board of Directors act in the best interest of the Company and its shareholders. In addition to speaking at numerous conferences in the U.S., Mr. Roseman appeared as an invited speaker at institutional investor conferences held

in London, Paris, Munich, Milan, Barcelona, Brussels, Paris, Frankfurt and Dublin and the Annual Conference of the International Corporate Governance Network in Amsterdam in 2004 and Paris in 2011.

Mr. Roseman obtained his J.D. in 1982 from Temple University School of Law and earned his B.S. *cum laude* in political science from the State University of New York in 1978.   He is admitted to practice in Pennsylvania and New York, as well as the United States District Courts for the Eastern District of Pennsylvania and Central District of Illinois, the U.S. Courts of Appeals for the Third and Seventh Circuits, United States Court of Federal Claims, and United States Supreme Court.   He is a member of the Philadelphia, Pennsylvania, New York State and Federal Bar Associations.

Mr. Roseman recently served or is currently serving as lead or co-lead counsel in numerous major cases, including:

- *In re Abbott-Depakote Shareholder Derivative Litigation,* Case No. 1:11-cv-08114 (N.D. Ill.)

- *In re Lehman Brothers Holdings, Inc. Equity/Debt Securities Litigation*, 1:09-mdl-0217-LAK-GWG (S.D.N.Y.)

- *In re Life Partners Holdings, Inc. Derivative Litigation*, C.A. No. 2:11-CV-00043-AM (W.D. Tex.)

- *In re Atheros Communications, Inc. Shareholder Litigation*, Consolidated C.A. No. 6124-CVN (Del. Ch. Ct)

- *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.) (settled for $145 million)

- *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.) (settled for $98 million)

- *In re PSINet, Inc. Securities Litigation*, Civ. No. 00-1850-A (E.D. Va.) (settled for $17,833,000 on the eve of trial)

- *Welmon v. Chicago Bridge & Iron Co. N.V.*, No. 06 Civ. 1283 (S.D.N.Y.)

Mr. Roseman is admitted to practice in the Commonwealth of Pennsylvania and the State of New York; the United States Supreme Court; the United States Court of Federal Claims; the United States Court of Appeals for the Third and Seventh Circuits; and the United States District Courts for the Eastern District of Pennsylvania and the Central District of Illinois.   He is also a member of the Philadelphia, Pennsylvania, New York State, and Federal Bar Associations.   He has lectured extensively throughout Europe on the role of private litigation in enforcing U.S. securities laws.   He earned a B.S. degree with honors in political science from the State

University of New York in 1978, and a J.D. degree in 1982 from Temple University School of Law.   He is AV-rated by Martindale-Hubbell and has been named by Law & Politics to its list of Pennsylvania "Superlawyers."

**JEFFREY L. KODROFF** concentrates his practice in healthcare antitrust, securities and consumer litigation.   He was among the first attorneys to represent clients in class action litigation against national health maintenance organizations. (*Tulino v. U.S. Healthcare, Inc.*, No. 95-CV-4176 (E.D. Pa.)).   He also filed the first class action complaint against the manufacturers of the cancer drug Lupron relating to the illegal marketing practices and use of the published Average Wholesale Price.   Mr. Kodroff was co-lead counsel in *In re Lupron Marketing and Sales Practices Litigation*, MDL No. 1430 (D. Mass.), which settled for $150 million.   Mr. Kodroff was also co-lead counsel in a consolidated national class action against many of the largest pharmaceutical companies in the world, including GlaxoSmithKline, BMS, J&J, Schering-Plough and AstraZeneca, for their illegal marketing and use of a false Average Wholesale Price.   See *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.)(settlement over $300 million.)

He has also served as lead or co-lead counsel in other substantial pharmaceutical marketing cases, including *New England Carpenters Health Benefits Fund v. First Databank, Inc. and McKesson Corp.*, C.A. 05-11148 (D. Mass.); and *District 37 Health and Securities Fund v. Medi-Span*, C.A. No. 07-10988 (D. Mass. 2007).   This litigation massive class action was against pharmaceutical wholesaling giant McKesson Corporation ("McKesson") and pharmaceutical pricing publishers First DataBank, Inc. ("FDB") and Medi-Span. The case addressed an unlawful 5% mark-up in the Average Wholesale Prices ("AWPs") of various drugs, causing consumers and third party payors to overpay for pharmaceuticals. The case settled for $350 million plus an agreement to roll back AWPs by 5% thereby saving the Class and others hundreds of millions of dollars.

Mr. Kodroff has also been very active in litigation against brand named pharmaceutical companies in their attempts to keep generic drugs from entering the market.

Mr. Kodroff has served or is serving as co-lead counsel in numerous major cases, including:

- *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (E.D. Pa., Judge Paul S. Diamond) (settled for $120 million)

- *Stop & Shop Supermarket Co. v. Smithkline Beecham Corp.* C.A. 03-4578 (E.D. Pa., Judge Padova) (settled for $150 million)

- *In re Express Scripts, Inc., PBM Litigation*, Master Case No. 05-md-01672-SNL (E.D. Mo.)

- *In re Lovenox Antitrust Litigation*, Case No. CV05-5598 (C.D. Cal.)

- *In re DDAVP Indirect Purchaser Antitrust Litigation,* Case No. 05 Civ. 2237 (S.D.N.Y.)

- *Man-U Service Contract Trust, et al. v. Wyeth, Inc. (Effexor Antitrust Litigation)* Civil Action No. 3:11-cv-05661 (D.N.J.)

- *In re: Merck Mumps Vaccine Antitrust Litigation,* Master File No. 2:12-cv-03555 (E.D. Pa., Judge C. Darnell Jones, II)

- *Vista Healthplan Inc. v. Cephalon, Inc., et al.,* Case No. 2:06-cv-1833 (E.D. Pa., Judge Mitchell S. Goldberg) (Provigil)

Mr. Kodroff has served as lead or co-lead counsel in many class action securities fraud cases, including *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.); *In re Dreyfus Aggressive Growth Mutual Fund Litigation*, No. 98 Civ. 4318 (HB) (S.D.N.Y.); *Kalodner v. Michaels Stores, Inc.*, No. 3:95-CV-1903-R (N.D. Tex.); *In re Valuevision International, Inc. Securities Litigation*, Master File No. 94-CV-2838 (E.D. Pa.); *In re GTECH Holdings Corp. Securities Litigation*, Master File No. 94-0294 (D.R.I.); *In re Surgical Laser Technologies, Inc. Securities Litigation*, No. 91-CV-2478 (E.D. Pa.); and *The Berwyn Fund v. Kline*, No. 4671-S-1991 (Dauphin Cty. C.C.P.).

He has also served as lead or co-lead counsel in many consumer class actions including the current case *In re Google Inc. Street View Electronic Communications Litigation*, Case No. C 10-md-02184 JW (N.D. Cal.), which arise out of Google's interception of electronic communications by its Street View vehicles. Other consumer class actions in which Mr. Kodroff has served as lead or co-lead counsel include: *Kaufman v. Comcast Cablevision of Phila., Inc.*, No. 9712-3756 (Phila. C.C.P.); *LaChance v. Harrington*, No. 94-CV-4383 (E.D. Pa.); *Smith v. Recordex*, No. 5152, June Term 1991 (Phila. Cty. C.C.P.); *Guerrier v. Advest Inc.*, C.A. No. 90-709 (D. N.J.); and *Pache v. Wallace*, C.A. No. 93-5164 (E.D. Pa.).

Mr. Kodroff has served as a Continuing Legal Education presenter on class actions and health care issues as well as making presentations at conferences including the NCPERS Health Care Symposium and the Pennsylvania Public Employees Retirement System Conference.

He also serves on the advisory board for the Bureau of National Affairs Class Action Litigation Report. Mr. Kodroff also appeared with one of his clients before the U.S. House of Representatives, Subcommittee on Housing and Community Opportunity, Committee on Banking and Financial Services on the issue of predatory lending.

Mr. Kodroff is admitted to practice in the Commonwealth of Pennsylvania and the United States District Courts for the Middle and Eastern Districts of Pennsylvania. He is a member of the Pennsylvania, Philadelphia and American Bar Associations. A graduate of LaSalle University, where he earned his undergraduate degree in finance (magna cum laude, 1986), Mr. Kodroff received his law degree from Temple University School of Law (1989). He is a resident of Dresher, Pennsylvania.   Mr. Kodroff is AV-rated by Martindale-Hubbell.

**MARK S. WILLIS,** resident partner in the firm's Washington, D.C. office, heads the Firm's securities and international business development group and focuses his domestic and international litigation practice on investor protection and corporate governance matters.   He was recently selected by Lawdragon Magazine for its "New Star" listing of top attorneys in the U.S.

Mr. Willis has litigated securities fraud actions for over eighteen years, working with a number of European and American institutional investors on various investor protection and corporate governance matters.   He acted as co-lead counsel, representing Italian, French and Belgian institutional clients, in the *In re Parmalat Securities Litigation*, involving the largest fraud in European corporate history.   He acted as co-lead counsel in the *In re Converium Holding AG Securities Litigation*, where a $145 million trans-Atlantic settlement on behalf of a global class of investors has recently been reached.   He also acts as co-lead counsel in the *In re Chicago Bridge Securities Litigation*, where he represented a large institutional investor and where a settlement was recently reached involving a $10.5 million recovery for investors that included innovative governance reforms regarding insider trading.   Mr. Willis also represents a large Belgian institution in the pan-European settlement of *In re Royal Dutch Shell Securities Litigation* pending before the Court of Appeals in Amsterdam, where European investors will share in the distribution of $450 million.

In other matters, Mr. Willis litigated against Caremark International involving charges that Caremark committed federal Medicare fraud.   It subsequently pled guilty and paid the U.S. Government a fine of approximately $160 million and $25 million in a civil settlement.   He also litigated against National Health Labs, which resulted in a $65 million settlement, and settled claims against Nextel Communications and Motorola.

Mr. Willis has written extensively on corporate, securities and investor protection issues, often with an international focus.   Among other publications, he has authored chapters in industry journals entitled "Company Laws of the European Union" and "Admission of Securities to Official Listing on Stock Exchanges Within the European Union and the Subsequent Disclosure Obligations."   He published a related article in the *International Law News* titled "A Brief Overview of the European Union's Efforts to Harmonize the Requirements for Listing Securities." Mr. Willis wrote about investor protection issues in an article published in the July/August 2003 edition of *Professional Investor* and co-authored articles published in 2005 in *Professional Investor* and the *European Lawyer* regarding European investor protection issues. He also co-authored two articles published in 2006 in *Investment & Pensions Europe*.   Mr. Willis also participated in a roundtable discussion regarding class actions for the October 2006 edition of *Global Pensions*.   He was also the co-author of the Comment entitled "Corporation Code Sections 309 and 1203: California Redefines Directors' Duties Towards Shareholders," Pepperdine Law Review, Volume 16, No. 4 (1989).

Mr. Willis has been a frequent speaker at institutional investor conferences on the issues of investor protection through the U.S. federal securities laws and the importance of using corporate governance measures to force companies to put the interests of their shareholders first. In addition to numerous forums in the United States, Mr. Willis has addressed these topics at institutional

investor conferences and other forums in London, Paris, Munich, Frankfurt, Brussels, Milan, Lisbon, and Melbourne.

Mr. Willis obtained a Masters in International Law, with an emphasis in securities regulation, from the Georgetown University Law Center in 1993. He graduated from Pepperdine University School of Law in 1989, where he was a member of the Moot Court Team and won the Dalsimer Moot Court Competition. Mr. Willis received his B.A. in English History from Brigham Young University in 1986. He is admitted to practice in the District of Columbia and the Commonwealth of Massachusetts.

**JEFFREY J. CORRIGAN** joined SRKW in 2000 as a partner to help direct the Firm's complex antitrust litigation. From 1990 until 2000, he was a Trial Attorney with the U.S. Department of Justice in the New York office of the Antitrust Division.

Mr. Corrigan has extensive experience investigating and prosecuting complex antitrust and other white collar criminal cases. He was lead counsel on numerous federal grand jury investigations and has significant federal trial experience as well. His cases include *United States v. Tobacco Valley Sanitation*, Cr. H-90-4 (D. Conn. 1991); and *United States v. Singleton*, Crim. No. 94-10066 (D. Mass. 1995). He was nominated by the Antitrust Division in 1999 for the Attorney General's Distinguished Service Award for his lead role on a major case involving bid-rigging at state courthouses in Queens and Brooklyn in New York City, which resulted in 49 guilty pleas. *United States v. Abrishamian*, No. 98 CR 826 (E.D.N.Y. 1998). Mr. Corrigan also played a major part in *United States v. Canstar Sports USA, Inc.*, C.A. No. 93-7 (D. Vt. 1993), a complex civil antitrust case.

Mr. Corrigan is currently serving as sole Liaison and Interim Lead Class Counsel in *In re Blood Reagents Antitrust Litigation*, MDL 09-2081 (E.D. Pa.), a nation-wide, price-fixing class action into the market for blood reagents, which are used for testing blood. Mr. Corrigan is also currently serving as Interim Co-Lead Counsel for direct purchaser plaintiffs in *In re Domestic Drywall Antitrust Litigation,* MDL 12-2437 (E.D. Pa.), a nation-wide price fixing class action.

He has been co-lead counsel in *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (PSD) (E.D. Pa.), where a nationwide class of direct purchasers settled for $120 million; and *In re Mercedes-Benz Antitrust Litigation*, Master File No. 99-4311 (D. N.J.) (settled for $17.5 million). He was also active in *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.), which settled for $202 million; *In re Buspirone Antitrust Litigation*, MDL Docket No.1413 (S.D.N.Y.) which in 2003 settled for $670 million for all plaintiff groups; and *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.), which settled for $120 million.

Mr. Corrigan is a 1985 graduate of The State University of New York at Stony Brook, where he earned his B.A. in economics. He received his J.D. in 1990 from Fordham University School of Law, where he was a member of the Moot Court Board. Mr. Corrigan is admitted to practice in the states of New York and New Jersey, and in the United States Court of Appeals for the Third Circuit and the D.C. Circuit; and the United States District Courts for the District of New Jersey, Southern District of New York and the Eastern District of New York.

**ANDREW D. ABRAMOWITZ,** a partner in the Firm, graduated *cum laude* and Phi Beta Kappa from Franklin and Marshall College in 1993, where he earned a B.A. in Government.   Mr. Abramowitz received his J.D. in 1996 from the University of Maryland School of Law, where he was Assistant Editor for *The Business Lawyer*, published jointly with the American Bar Association.   He was formerly an associate at Polovoy & Turner, LLC, in Baltimore, where he practiced commercial litigation and corporate transactional law, and was a law clerk at the Office of the Attorney General of Maryland in the Department of Business and Economic Development.

Mr. Abramowitz has served one of the lead counsel numerous cases under the federal securities laws and state law governing fiduciary duties.   Recent cases include *In re Abbott Depakote Shareholder Derivative Litigation*, No. 11 Civ. 08114 (VMK) (N.D. Ill.); *In re Life Partners Holdings, Inc. Derivative Litigation*, C.A. No. 2:11-CV-00043-AM (W.D. Tex.); *Scandlon v. Blue Coat Systems, Inc.*, No. CV 11-04293 (RS) (N.D. Cal.); *In re Synthes Inc. Shareholder Litigation*, C.A. No. 6452-CS (Del. Ch.); and *Utah Retirement Systems v. Strauss, et al.*, No. 09 Civ. 3221(TCP)(ETB) (E.D.N.Y.) (American Home Mortgage, Inc.).   Notably, in *In re Atheros Communications, Inc. Shareholder Litigation*, C.A. No. 6124-VCN (Del. Ch.), Mr. Abramowitz was on the team whose efforts secured a preliminary injunction which halted the shareholder vote on Qualcomm Incorporated's proposed $3.1 billion acquisition of Atheros Communications, Inc. until shareholders were provided with additional material information regarding the merger.   He also represented lead plaintiffs in *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.), often called the "Enron of Europe," which was a massive worldwide securities fraud action involving the collapse of an international dairy conglomerate.

Other cases in which Mr. Abramowitz has participated include *In re Royal Dutch/Shell Securities Litigation*, C.A. No. 04-374 (D. N.J.); *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.); *In re Gerova Financial Group, Ltd. Securities Litigation*, No. 11 MD 2275-SAS (S.D.N.Y.); *Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters v. Cybersource Corp., et al.* (Del. Ch.); *In re PSINet, Inc. Securities Litigation*, Civ. No. 00-1850-A (E.D. Va.); *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.); *O'Brien v. Ashcroft* (*Tyco Corp. Derivative Litigation*), No. 03-E-0005 (N.H. Super. Ct.); *Brudno v. Wise* (*El Paso Corp. Derivative Action*), C.A. No. 19953NC (Del. Ch.); *In re Xcel Energy, Inc. Securities Derivative & "ERISA" Litigation*, MDL No. 1511 (D. Minn.); *In re Bristol-Myers Squibb Derivative Litigation*, No. 02 Civ. 8571 (S.D.N.Y.); *Penn Federation BMWE v. Norfolk Southern Corp.*, C.A. No. 02-9049 (E.D. Pa.); *Rosenthal v. Dean Witter Reynolds, Inc.*, No. 91-CV-429 (Dist. Ct. Douglas Cty., Colo.); *In re Visa Check/MasterMoney Antitrust Litigation*, No. CV-96-5238 (S.D.N.Y.); *Moskowitz v. Mitcham Industries, Inc.*, C.A. No. H-98-1244 (S.D. Tex.); and *In re Flat Glass Antitrust Litigation*, C.A. No. 97-550 (W.D. Pa.).

He also represents shareholders in matters relating to a stockholder's right to inspect the books and records of a corporation.   This mechanism assists investors in determining whether a corporate board has committed wrongdoing.   Examples of corporations from which books and records have been obtained include Community Health Systems, Inc., The McGraw-Hill Companies, and Cobalt International Energy, Inc.   Mr. Abramowitz also facilitated the return of

proceeds to European investors in bankruptcy proceedings and Federal Bureau of Investigation forfeiture actions relating to a multi-national Ponzi scheme (*In re Hartford Investments*, No. 09-17214(ELF)).

In addition, Mr. Abramowitz serves on the Corporate Advisory Board of the Pennsylvania Association of Public Employee Retirement Systems (PAPERS), an organization dedicated to educating trustees and fiduciaries of public pension funds throughout Pennsylvania.   He also frequently participates in the University of Pennsylvania School of Law's Mentor Program, where he serves as mentor to international students to provide insight and guidance regarding the practice of law in the U.S.   He writes and speaks frequently on matters relating to securities litigation and corporate governance.

Mr. Abramowitz is admitted to practice in the State of Maryland and the United States District Court for the District of Maryland, as well as the United States District Court for the District of Colorado.   He is a member of the Maryland Bar Association.

**JOHN MACORETTA** represents both individuals and businesses in a wide variety of litigation and, occasionally, transactional matters. He currently represents consumers and healthcare payors in several cases alleging that brand name pharmaceutical companies illegally kept generic drug competitors off the market.   Mr. Macoretta is also involved in electronic privacy litigation, including the *In re Google Streetview Electronic Communications Litigation*, No. 10-md-02184 (N.D. Cal.) where he is a co-lead counsel representing consumers whose private wi-fi communications were intercepted.   Mr. Macoretta also represents investors in stock-broker arbitration and class-action securities fraud litigation.

He has been involved in a number of significant cases, including *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.) (where he acted as one of the trial counsel); *In re Lupron Marketing and Sales Practices Litigation*, MDL No. 1430 (D. Mass.); *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.); *Masters v. Wilhelmina Model Agency, Inc.*, No. 02 Civ. 4911 (S.D.N.Y.); *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, C.A. No. M-02-1486 PJH (N.D. Cal.).

Mr. Macoretta graduated with honors from the University of Texas Law School in 1990 and received his undergraduate degree *cum laude* from LaSalle University in 1986.   He is admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey; the United States Court of Appeals for the First, Third and Ninth Circuits; and the United States District Courts in the District of New Jersey, the Eastern District of Michigan and the Middle and Eastern Districts of Pennsylvania.   In addition to being a member of the Philadelphia Bar Association, Mr. Macoretta also serves as an arbitrator in the Philadelphia Court of Common Pleas and the US District Court.   Mr. Macoretta also serves as a *pro bono* attorney representing Philadelphia residents whose homes are facing foreclosure.

**WILLIAM G. CALDES** is a 1986 graduate of the University of Delaware, where he earned a B.A. with a double major in Economics and Political Science.   Mr. Caldes received his J.D. in 1994 from Rutgers School of Law at Camden, and then served as law clerk to the

Honorable Rushton H. Ridgway of the New Jersey Superior Court, Cumberland County.

Among the recent cases in which Mr. Caldes has participated are *In re Automotive Parts Antitrust Litigation,* MDL No. 2311 (E.D. Mich.); *McDonough, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.,* No. 2:06-cv-00242-AB (E.D.Pa.); *Elliott, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.,* No. 2:09-cv-06151-AB (E.D.Pa.); *In re Online DVD Rental Antitrust Litigation,* MDL No. 2029 (N.D.Cal.); *In re Processed Eggs Antitrust Litigation,* MDL No. 2002 (E.D.Pa.); *In re Air Cargo Shipping Services Antitrust Litigation,* MDL No. 1775 (E.D.N.Y.); *In Re: Municipal Derivatives Antitrust Litigation,* No. 1:08-md-01950-VM (S.D.N.Y.); *In Re Optical Disk Drive Products Antitrust Litigation,* No. 3:10-ms-02143-RS (N.D.Cal.); *In Re Aftermarket Filters Antitrust Litigation,* No. 1:08-cv-04883 (N.D.Ill.); *In re McKesson HBOC, Inc. Securities Litigation,* Master File No. 99-CV-20743 (N.D.Cal.); *In re K-Dur Antitrust Litigation,* MDL No. 1419 (D.N.J.); *In re Relafen Antitrust Litigation,* C.A. No. 01-12222 (D.Mass); *In re Buspirone Antitrust Litigation,* MDL No. 1413 (S.D.N.Y.); *In re Linerboard Antitrust Litigation,* C.A. No.98-5055 (E.D.Pa.); *In re Dynamic Random Assess. Memory (DRAM) Antitrust Litigation,* No.M-02-1486 PJH (N.D. Cal.); *In re Baycol Products Litigation,* No. 1431 (D. Minn.); and *In re Vitamins Antitrust Litigation,* Misc. No. 99-0197(TFH) (D.D.C.).

He has also participated in such cases as *General Refractories Co. v. Washington Mills Electro Minerals Corp.*, No. 95-CV-580S(S) (E.D.N.Y.); *In re Brand Name Prescription Drugs Antitrust Litigation*, No.94-C-897 (N.D. Ill.); *In re NASDAQ Market-Makers Antitrust Litigation,* MDL No. 1023 (S.D.N.Y.); *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.); and *In re Carpet Antitrust Litigation*, MDL No. 1075 (N.D. Ga.).

Mr. Caldes is admitted to practice in the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the District of New Jersey, the United States District Court for Eastern District of Pennsylvania and the United States Court of Appeals for the 3rd Circuit.

**JAY S. COHEN** has focused his practice on complex and class action litigation, particularly antitrust cases, consumer protection and shareholder rights. He has been actively involved in *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (PSD) (E.D. Pa.); *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.); *In re Industrial Silicon Antitrust Litigation*, Master File No. 95-2104 (W.D. Pa.); *In re Chlorine and Caustic Soda Antitrust Litigation*, Master File No. 86-5428 (E.D. Pa.); *In re Nylon Carpet Antitrust Litigation*, No. 4:98-CV-0267-HLM (N.D. Ga.); *In re Polypropylene Carpet Antitrust Litigation*, No. 4:95-CV-193-HLM (N.D. Ga.); and *Paper Systems, Inc. v. Mitsubishi Corp.*, No. 96-C-0959 (E.D. Wis.).

Mr. Cohen has been lead counsel in class actions successfully prosecuted on behalf of consumers nationwide and in Pennsylvania, including *Duboff v. SmithKline Beecham, PLC.*, No. 5004 December Term 1990 (Phila. C.C.P.); *Tracy v. AAMCO Transmissions, Inc.*, No. 4840 October Term 1990 (Phila. C.C.P.); and, as co-lead counsel, in *Mauger v. Home Shopping Network, Inc.*, No. 91-6152-20-1 (Bucks Cty. C.C.P.).

Mr. Cohen led the class action securities department of Gross & Sklar in 1987, where he had litigated shareholder rights cases since 1983. Mr. Cohen was actively involved in successful class actions on behalf of defrauded investors, including *In re Oak Industries Securities Litigation*, Master File No. 83-0537 (S.D. Cal.); *In re Nucorp Energy Securities Litigation*, MDL No. 514 (S.D. Cal.); *Wilkes v. Heritage Bancorp, Inc.*, No. 90-11151-F (D. Mass.); *Philadelphia Electric Co. Derivative Litigation*, No. 7090 March Term 1987 (Phila. Cty. C.C.P.); *In re Flight Transportation Corp. Securities Litigation*, Master Docket No. 4-82-874 (D. Minn.); *Priest v. Zayre Corp.*, C.A. No. 86-2411-2 (D. Mass.); *Tolan v. Computervision Corp.*, C.A. No. 85-1396-N (D. Mass.); *In re U.S. Healthcare, Inc. Securities Litigation*, Master File No. 88-0559 (E.D. Pa.); and *In re SmithKline Beecham Securities Litigation*, Master File No. 88-7474 (E.D. Pa.).

Mr. Cohen was also associated with the firm of Kohn, Savett, Marion & Graf (now Kohn, Swift & Graf) (1978-1982). There, he participated in a number of cases with multi-million dollar results, including *In re Fine Paper Antitrust Litigation*, MDL No. 323 (E.D. Pa.); *In re Folding Carton Antitrust Litigation*, Master File No. 250 (N.D. Ill.); *In re Glassine and Greaseproof Paper Antitrust Litigation*, MDL No. 475 (E.D. Pa.); *In re Water Heaters Antitrust Litigation*, MDL No. 379 (E.D. Pa.); *In re Corrugated Containers Antitrust Litigation*, MDL No. 310 (N.D. Tex.).

Mr. Cohen served as a Captain in the United States Army Judge Advocate General's Corps in Falls Church, Virginia from 1974 to 1977, where his practice was limited to criminal appeals. He also served as Case Notes Editor of *The Advocate*, which was a worldwide publication devoted to military law.

Mr. Cohen is admitted to practice in the Commonwealth of Pennsylvania; the United States Court of Appeals for the Third and Sixth Circuits; the United States District Court for the Eastern District of Pennsylvania; the U.S. Court of Appeals for the Armed Forces; and the U.S. Army Court of Criminal Appeals. Mr. Cohen received a B.A. degree *cum laude* from Temple University in 1971, and graduated with a J.D. degree from Temple University School of Law in 1974. He is a member of the Philadelphia Bar Association.

**DAVID FELDERMAN** is a 1991 graduate of the University of Pennsylvania where he earned a B.A. degree in Economics. He received his J.D. degree *cum laude* from Temple University School of Law in 1996. Upon graduation from law school, Mr. Felderman served as a law clerk to the Honorable Bernard J. Goodheart in the Court of Common Pleas, Philadelphia County. Mr. Felderman joined SRKW in 2000. He was formerly associated with McEldrew & Fullam, P.C., where his practice focused on medical malpractice litigation.

Mr. Felderman has worked on the following cases: *In re Sunoco, Inc.*, April Term, 2012, No. 3894 (Pa. Common Pleas, Phila. County); *In re Harleysville Mutual,* November Term, 2011, No. 2137 (Pa. Common Pleas, Phila. County); *In re Lehman Brothers Holdings, Inc. Equity/Debt Securities Litigation*, No. 08-cv-5523 (S.D.N.Y.); *In re Alltel Shareholder Litigation*, Civ. No. 2975-CC (Del. Chancery); *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 7897 (DLC) (S.D.N.Y.); *Ong v. Sears Roebuck and Co.*, C.A. No. 03-4142 (N.D. Ill.); and *Welmon v. Chicago Bridge & Iron Co. N.V.*, No. 06 Civ. 1283 (S.D.N.Y.).

He has also been involved in *In re AOL Time Warner Securities Litigation*, MDL Docket 1500 (S.D.N.Y.); *In re McKesson HBOC, Inc. Securities Litigation,* Master File No. 99-CV-20743 (N.D. Cal.); *In re Lupron Marketing and Sales Practices Litigation*, MDL Docket No. 1430 (D. Mass); *In re Managed Care Litigation,* C.A. No. 00-1334-MD (S.D. Fla.); *In re Monosodium Glutamate Antitrust Litigation,* MDL Docket No. 1328 (D. Minn); *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.); and *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.).

Mr. Felderman is admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey, as well as in the United States Court of Appeals for the Third Circuit; and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. He is currently a member of the American and Philadelphia Bar Associations. Mr. Felderman served a three year term (2000-2002) as a member of the Executive Committee of the Philadelphia Bar Association's Young Lawyers Division. As part of this commitment, he co-Chaired Legal Line, P.M. which won a national award from Lexis-Nexis during the second year he co-Chaired the program. Mr. Felderman also previously served as a member of the Philadelphia Bar Association's State Civil Committee and the Pennsylvania Trial Lawyers Association's New Lawyer Section Leadership Council. In addition, he was a Charter Member of the Philadelphia Bar Foundation's Young Lawyers Division of the Andrew Hamilton Circle.

## ASSOCIATES

**DANIEL J. MIRARCHI** earned his B.A. from Temple University in 1995 and his law degree from the St. John's University School of Law in 1999. During law school, Mr. Mirarchi was a legal extern for Justice Arthur Cooperman of the New York State Supreme Court, Queens County, and served as an intern to the Philadelphia District Attorney's Office and the Pennsylvania Attorney General's Office.

Among the recent cases in which Mr. Mirarchi has participated include: *In re Abbott Depakote Shareholder Derivative Litigation*, No. 11 Civ. 08114 (VMK) (N.D. Ill.); *Avalon Holdings, Inc., et al. v. BP, plc, et al.* (S.D. Tex.); *Houston Municipal Employees Pension System, et al. v. BP, plc, et al.* (S.D. Tex.); *In re Atheros Communications, Inc. Shareholder Litigation*, C.A. No. 6124-VCN (Del. Ch.); *In re Gerova Financial Group, Ltd. Securities Litigation*, No. 11 MD 2275-SAS (S.D.N.Y.); *Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters v. Cybersource Corp., et al.* (Del. Ch.); *Utah Retirement Systems v. Strauss, et al.*, No. 09 Civ. 3221(TCP)(ETB) (E.D.N.Y.); *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.); *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.); *Welmon v. Chicago Bridge & Iron Co. N.V.*, No. 06 Civ. 1283 (S.D.N.Y.). He has also represented shareholders in matters relating to a stockholder's right to inspect the books and records of a corporation: *Eagle v. Community Health Systems, Inc.*, C.A. No. 7488-VCL (Del. Ch.) and *Stein, et al. v. The McGraw-Hill Companies, Inc.*, Index No. 650349/2013 (N.Y. Sup. Ct.). Mr. Mirarchi also facilitated the return of proceeds to European investors in bankruptcy proceedings and Federal Bureau of Investigation forfeiture actions relating to a multi-national Ponzi scheme in *In re*

*Hartford Investments*, No. 09-17214(ELF).

Prior to joining the Firm, Mr. Mirarchi was associated with the law firms of Wilson, Elser, Moskowitz, Edelman & Dicker; and Marks, O'Neill, O'Brien & Courtney, where he handled products liability, complex insurance coverage and commercial matters.   He was also appointed staff counsel to the AHP Settlement Trust, the entity responsible for administering the class action settlement reached in the *In re Diet Drugs Products Liability Litigation,* MDL No. 1203 (E.D. Pa.).

Mr. Mirarchi is admitted to practice in the State of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.   He is a member of the Philadelphia and Pennsylvania Bar Associations.

**RACHEL E. KOPP** focuses her practice in antitrust, consumer practices and securities litigation.   She is involved in a number of major cases, including *In Re Blood Reagents Antitrust Litigation*, No. 2:09-md-02081-JD (E.D. Pa.), *In Re: American Express Anti-Steering Rules Antitrust Litigation*, MDL 2221 (E.D.N.Y.) and *In Re Municipal Derivatives Antitrust Litigation*, MDL No. 1950 (S.D.N.Y.). She has also been heavily involved in *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.); *In Re Converium Holding AG Securities Litigation*, No. 04 Civ. 7897 (DLC) (S.D.N.Y.); *Welmon v. Chicago Bridge & Iron Co. N.V.,* No. 06 Civ. 01283 (JES) (S.D.N.Y.); and *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.).   Ms. Kopp was selected to the Pennsylvania Rising Stars 2011-2013.

Ms. Kopp is actively involved in the Philadelphia and American Philadelphia Bar Associations.   Most recently, Ms. Kopp was elected to a three-year term on the Philadelphia Bar Association Board of Governors. For the 2013-2014 bar year, Ms. Kopp will serve as the American Bar Association Young Lawyers Division (ABA YLD) liaison to the ABA Standing Committee on Membership.   Ms. Kopp served as the Membership Director of the ABA YLD, which is comprised of approximately 150,000 young lawyers worldwide, for the 2012-2013 bar year. Ms. Kopp also previously served as the ABA YLD's Administrative Director and frequently speaks on issues affecting young lawyers. In recognition of her service to the ABA YLD, Ms. Kopp received a Star of the Year award at the ABA Annual Meetings in 2013, 2012 and 2010.

Ms. Kopp earned her Juris Doctor degree from Villanova University Law School, where she received a Public Interest Summer Fellowship, to serve as a legal intern at New York Volunteer Lawyers for the Arts and VH1 *Save The Music*. She received her undergraduate degree from the University of Maryland, where she received a B.A. in Government and Politics and concentrated in languages.

Ms. Kopp is admitted to practice in Pennsylvania and New Jersey, as well as in the U.S. Court of Appeals for the Third Circuit and the U.S. District Court for the Eastern District of Pennsylvania.

**MARY ANN GEPPERT** graduated *cum laude* from St. Joseph's University in 2000, with

a B.S. degree in Finance.  She received her Juris Doctor degree from the Widener University School of Law in 2003, where she served as the Articles Editor of the Widener Law Symposium Journal.  She also was a legal intern for the Honorable James J. Fitzgerald of the Philadelphia Court of Common Pleas.

Prior to joining the Firm, Ms. Geppert was associated with the law firms of Margolis Edelstein and Weber Gallagher Simpson Stapleton Fires & Newby, LLP, both located in Philadelphia.   She has successfully tried numerous lawsuits.

Among the recent cases in which Ms. Geppert has participated are *In re Google Inc. Street View Electronic Communications Litigation*, C.A. No. 5:10-md-02184 (N.D. Cal.); *Vista Healthplan, Inc. v. Cephalon, Inc. et al.*, C.A. No. 2:06-cv-01833 (E.D. Pa.); and *In re Merck Mumps Vaccine Antitrust Litigation*, C.A. No. 2:12-cv-03555 (E.D. Pa.).

Ms. Geppert is currently admitted to practice law in Pennsylvania, New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey.   Ms. Geppert currently serves as an Arbitrator for the Philadelphia Court of Common Pleas and is a member of the Pennsylvania and Philadelphia Bar Associations. Ms. Geppert was named as a Pennsylvania Rising Star by *Philadelphia Magazine* in 2010 and 2013.

**JONATHAN M. JAGHER** was a supervising Assistant District Attorney for the Middlesex District Attorney in Cambridge, Massachusetts.   As a prosecutor, he tried approximately forty cases to a jury and conducted numerous investigations.  Mr. Jagher was previously associated with the law firm of Bellotti & Barretto, P.C., in Cambridge, Massachusetts, handling civil litigation.

Among the recent cases in which Mr. Jagher has participated are *In re Automotive Parts Antitrust Litigation,* MDL No. 2311 (E.D. Mich.); *In re OSB Antitrust Litigation,* Master File No. 06-CV-00826 (PSD) (E.D. Pa.); *In re Online DVD Rental Antitrust Litigation,* MDL No. 2029 (N.D.Cal.); *In re Processed Eggs Antitrust Litigation,* MDL No. 2002 (E.D. Pa.); and *In re Air Cargo Shipping Services Antitrust Litigation,* MDL No. 1775 (E.D.N.Y.).

Mr. Jagher received a B.A. degree *magna cum laude* from Boston University in 1998, and a J.D. degree from Washington University School of Law in 2001.   He is currently admitted to practice law in Pennsylvania, Massachusetts, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of Massachusetts.

**JEFFREY L. SPECTOR** graduated from the University of Pennsylvania in 2000 with a B.S. in Economics and concentrations in Marketing and Legal Studies.   He received his J.D. degree from Temple University in 2007.   Prior to attending law school, Mr. Spector worked for the William Morris Agency in New York as a part of its prestigious Agent Training Program.

Mr. Spector is currently participating in *In Re Blood Reagents Antitrust Litigation*, No.

-23-

2:09-md-02081-JD (E.D. Pa.); *In re Domestic Drywall Antitrust Litigation*, No. 13-md-2437 (E.D. Pa.); *McDonough, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*, No. 2:06-cv-00242-AB (E.D. Pa.); *Elliott, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*, No. 2:09-cv-06151-AB (E.D. Pa.); *In Re Automotive Parts Antitrust Litigation*, No. 2:12-md-02311 (E.D. Mich.); *In Re Municipal Derivatives Antitrust Litigation*, No. 1:08-md-01950-VM (S.D.N.Y.); *In Re NCAA Student-Athlete Name and Likeness Licensing Litigation*, No. 09-cv-1967-CW (N.D. Cal.); *In re Optical Disk Drive Products Antitrust Litigation*, No. 3:10-ms-02143-RS (N.D. Cal.); and *In Re Fresh and Process Potatoes Antitrust Litigation*, No. 4:10-md-02186-BLW (D.Id.).

Mr. Spector is admitted to practice law in Pennsylvania, New Jersey, and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey, and the United States Court of Appeals for the 3rd Circuit.   He is currently a member of the American and Philadelphia Bar Associations, as well as the Temple American Inn of Court.

**JOSHUA KAPLAN** is an associate with the firm's securities litigation practice.   Among the recent cases in which Mr. Kaplan has participated are *Washington Federal v. United States*, No. 13 Civ. 00385 (MMS) (Fed. Cl.); *In re Life Partners Holdings, Inc. Derivative Litigation*, No. 11 Civ. 00043 (AM) (W.D. Tex.); *Avalon Holdings, Inc., et al. v. BP, plc, et al.* (S.D. Tex.); *Houston Municipal Employees Pension System, et al. v. BP, plc, et al.* (S.D. Tex.); and *In re Abbott Depakote Shareholder Derivative Litigation*, No. 11 Civ. 08114 (VMK) (N.D. Ill.).

Prior to joining the firm, Mr. Kaplan worked as a Staff Attorney with the United States Court of Appeals for the Third Circuit in Philadelphia, where he advised the Court on various complex legal issues, including *habeas corpus*, employment law, and immigration matters.

Mr. Kaplan graduated from the Georgetown University Law Center in 2008, where he served as a Legal Research and Writing Teaching Fellow; he graduated *cum laude* from the University of Miami in 2002.   Mr. Kaplan is admitted to practice law in Pennsylvania and before the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Federal Claims.   Mr. Kaplan is also a member of the Philadelphia Bar Association.

<u>**OF COUNSEL**</u>

**THEODORE M. LIEVERMAN** is Of Counsel to the Firm.   During his 30 years of practice, he has concentrated on civil litigation and appeals involving complex issues of federal law, including claims under the Labor Management Relations Act, the Racketeer Influenced and Corrupt Organizations Act (RICO), federal civil rights statutes, constitutional law, the Employee Retirement Income Security Act (ERISA), the Labor-Management Reporting and Disclosure Act (LMRDA), and antitrust statutes.   He has tried numerous cases to judges, juries, and administrative judges.

Mr. Lieverman was co-lead counsel in *In re TriCor Antitrust Litigation*, C.A. No. 05-360 (D. Del.) (settled for $65.7 million to end-payor class, plus settlement for opt-out health insurers); *In re Relafen Antitrust Litigation*, C.A. No. 01-12239 (D. Mass.) (settled for $75 million to

end-payors); *Cement Masons Local 699 Health & Welfare Fund v. Mylan Laboratories*, Docket No. MER-L-000431-99 (N.J. Super. L.) (part of a $147 million nationwide settlement); and lead counsel in *Penn Federation BMWE v. Norfolk Southern Corp.*, C.A. No. 02-9049 (E.D. Pa.) (settled for changes in the 401(k) plan and $1 million to plan participants).   In 2001, he was asked to file an amicus brief on behalf of a number of distinguished historians in the important copyright case of *New York Times Co. v. Tasini*, 533 U.S. 483 (2001).   He also litigated one of the leading case on the use of labor-management cooperation programs in unionized workplaces.   *E.I. duPont deNemours & Co.*, 311 NLRB No. 88 (1993).

He is admitted to practice in Pennsylvania, New Jersey and Massachusetts; the United States Supreme Court; United States Courts of Appeals for the Second, Third, Eleventh, D.C. and Federal Circuits; and the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the District of New Jersey, the Eastern District of Michigan and the Southern District of New York.   He has served as an arbitrator for the United States District Court for the Eastern District of Pennsylvania and the Philadelphia Court of Common Pleas.   He earned a B.A. with general and departmental honors in History from Vassar College and a J.D. degree from Northeastern University Law School.

Mr. Lieverman has lectured on various legal issues to lawyers and union officials and has been an adjunct professor of law at Rutgers Law School-Camden.   In 2011, he participated in the Fulbright Specialists Program by lecturing on electoral reform and U.S. constitutional law at the Faculty of Law, University of Belgrade, Serbia.   He also served as an adjunct Professor at the Faculty of Law, Vytautas Magnus University, Kaunas, Lithuania.

**JAMES McGOVERN** is Of Counsel to the Firm and works primarily with the Firm's international and domestic securities group.   Mr. McGovern concentrates his practice on investor protection issues.   In this capacity, Mr. McGovern works closely with SRKW's institutional investor clients, including numerous state, county, and city public pension funds, Taft-Hartley funds and asset managers, to help ensure that their investment interests are adequately protected from the risks associated with corporate fraud and poor corporate governance.

Mr. McGovern co-authored two articles on issues related to bankruptcy filings: *Special Issues In Partnership and Limited Liability Company Bankruptcies* and *When Things Go Bad: The Ramifications of a Bankruptcy Filing.*

Mr. McGovern received his law degree from Georgetown University Law Center (J.D. *magna cum laude* 2002) where he graduated with high honors and was selected for the Order of the Coif. Prior to law school, he attended American University where he received a Presidential Scholarship and graduated with high honors (B.A. International Studies *magna cum laude* 1994) and (M.B.A. Finance *summa cum laude* 1998).

Mr. McGovern is admitted to practice law in Maryland and Washington, D.C.

**MARK BOGEN,** is Of Counsel to the Firm and concentrates his practice on securities and consumer class actions.   Mr. Bogen has been involved in many successful securities, consumer

and antitrust class actions.   He has also served as a panelist and guest speaker on numerous panels at institutional investor conferences, discussing the importance of instituting corporate governance measures as part of the resolution of a class action case.

During the past 15 years, Mr. Bogen has written two weekly legal columns for the *Sun-Sentinel* newspaper, a *Chicago Tribune* subsidiary.   In addition to writing these two weekly legal columns, Mr. Bogen also appeared on the local NBC affiliate in Florida as a legal consultant.   Besides his involvement in class action law, Mr. Bogen has been legal counsel to the American Association of Professional Athletes, an association of over 4000 retired professional athletes.   He has also served as an Assistant State Attorney and as a Special Assistant to the State Attorney's office in the State of Florida.

Mr. Bogen graduated from the University of Illinois with a B.S. in Political Science (1980) and earned his law degree from Loyola University in Chicago (J.D. 1983).   Mr. Bogen is based in Boca Raton, Florida, and has been admitted to practice law in Illinois (1983) and Florida (1991).

**DAN MAGUIRE** is Of Counsel to the Firm and concentrates his practice with the Firms' international and domestic securities group.

Mr. Maguire bases his practice in California and focuses on investor protection issues.   In this capacity, Mr. Maguire works closely with SRKW's public pension clients and Taft-Hartley funds in California.   Mr. Maguire's aim is to assist the fiduciaries for these funds to help ensure that their investments are adequately monitored and protected from the risks associated with corporate fraud and poor corporate governance.

For 30-years prior to joining SRKW, Mr. Maguire was the general counsel for the San Francisco Employees Retirement System ("SFERS").   SFERS is a charter-based public pension plan. Based on assets, SFERS has been in the top 100 pensions plans in the United States for decades.

As general counsel for SFERS, Mr. Maguire worked with outside counsel on several well-known securities fraud class action cases as well as successful "opt-out" cases.   While at SFERS, Mr. Maguire developed policies for portfolio monitoring, claims evaluation and securities litigation. Mr. Maguire also has an active civil litigation practice, with a specialty in products liability and risk management for self-insureds, which is unrelated to SRKW.

Mr. Maguire graduated from the University of San Francisco with a B.S. in History (1968) and earned his law degree from the University of San Francisco (J.D. 1973).   Mr. Maguire is based in San Francisco and had been admitted to practice law in California (1973).

# EXHIBIT 2

**Exhibit 2**

In re Cathode Ray Tube (CRT) Antitrust Litigation
Spector Roseman Kodroff & Willis, PC
Reported Hours and Lodestar
May 9, 2008 through July 31, 2014

| NAME | TOTAL HOURS | HOURLY RATE | LODESTAR |
|------|-------------|-------------|----------|
| | **ATTORNEYS** | | |
| | | | |
| Eugene Spector (P) | 1.25 | $ 650.00 | $ 812.50 |
| Eugene Spector (P) | 2.00 | $ 710.00 | $ 1,420.00 |
| Eugene Spector (P) | 0.75 | $ 725.00 | $ 543.75 |
| Eugene Spector (P) | 1.45 | $ 740.00 | $ 1,073.00 |
| Eugene Spector (P) | 0.40 | $ 750.00 | $ 300.00 |
| Eugene Spector (P) | 0.10 | $ 775.00 | $ 77.50 |
| David Felderman (P) | 0.25 | $ 450.00 | $ 112.50 |
| Jay Cohen (P) | 0.50 | $ 550.00 | $ 275.00 |
| Jay Cohen (P) | 0.25 | $ 600.00 | $ 150.00 |
| Jay Cohen (P) | 0.25 | $ 615.00 | $ 153.75 |
| Jay Cohen (P) | 0.20 | $ 635.00 | $ 127.00 |
| William Caldes (P) | 7.00 | $ 475.00 | $ 3,325.00 |
| William Caldes (P) | 12.00 | $ 550.00 | $ 6,600.00 |
| William Caldes (P) | 9.25 | $ 575.00 | $ 5,318.75 |
| William Caldes (P) | 5.75 | $ 590.00 | $ 3,392.50 |
| William Caldes (P) | 22.75 | $ 600.00 | $ 13,650.00 |
| William Caldes (P) | 22.20 | $ 625.00 | $ 13,875.00 |
| William Caldes (P) | 1.10 | $ 645.00 | $ 709.50 |
| Jeffrey Spector (A) | 0.50 | $ 380.00 | $ 190.00 |
| Rachel Kopp (A) | 18.00 | $ 390.00 | $ 7,020.00 |
| Rachel Kopp (A) | 4.80 | $ 405.00 | $ 1,944.00 |
| Ted Lieverman (OC) | 0.25 | $ 625.00 | $ 156.25 |
| Adam Shapiro (OC) | 745.60 | $ 350.00 | $ 260,960.00 |
| Adam Shapiro (OC) | 644.05 | $ 355.00 | $ 228,637.75 |
| | | | |
| | **NON-ATTORNEYS** | | |
| | | | |
| Chuck Briglia (PL) | 0.25 | $ 180.00 | $ 45.00 |
| Karen Omelchuk (PL) | 3.50 | $ 130.00 | $ 455.00 |
| Nicole Noronha (PL) | 0.25 | $ 145.00 | $ 36.25 |
| Nicole Noronha (PL) | 0.20 | $ 150.00 | $ 30.00 |
| Gerri DeMarshall (PL) | 0.75 | $ 185.00 | $ 138.75 |
| | | | |
| **Totals** | 1505.60 | | $ 551,528.75 |

(P) Partner
(OC) Of Counsel
(A) Associate
(PL) Paralegal

# EXHIBIT 3

In re Cathode Ray Tube (CRT) Antitrust Litigation
SPECTOR ROSEMAN KODROFF & WILLIS, PC
Reported Expenses Incurred on Behalf of DPPs

| CATEGORY | AMOUNT INCURRED |
|---|---|
| Court Fees (filing, etc.) | |
| Experts/Consultants | |
| Federal Express | |
| Transcripts (Hearing, Deposition, etc.) | |
| Computer Research | $161.14 |
| Messenger Delivery | |
| Photocopies – In House | $106.00 |
| Photocopies – Outside | |
| Postage | |
| Service of Process | |
| Telephone/Telecopier | $0.16 |
| Travel (Airfare, Ground Travel, Meals, Lodging, etc.) | |
| Assessments | |
| TOTAL: | $267.30 |
| | |