1  Guido Saveri (Bar No. 22349)
   R. Alexander Saveri (Bar No. 173102)
2  Geoffrey C. Rushing (Bar No. 126910)
   Cadio Zirpoli (Bar No. 179108)
3  **SAVERI & SAVERI, INC.**
   706 Sansome Street
4  San Francisco, California 94111
   Telephone: (415) 217-6810
5  Facsimile:  (415) 217-6813
6
7  *Interim Lead Counsel for the
   Direct Purchaser Plaintiffs*
8
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION
13

| | |
|---|---|
| 14  IN RE: CRT ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br>MDL No. 1917 |
| 15 | |
| 16  This Document Relates to: | **CLASS ACTION** |
| 17  ALL DIRECT PURCHASER CLASS<br>ACTIONS | **DECLARATION OF LINDA P.<br>NUSSBAUM IN SUPPORT OF MOTION<br>FOR ATTORNEYS' FEES,<br>REIMBURSEMENT OF EXPENSES, AND<br>INCENTIVE AWARDS** |

I, Linda P. Nussbaum, declare and state as follows:

1.  I am formerly a member of the law firm of Nussbaum LLP. I submit this declaration in support of Direct Purchaser Plaintiffs ("DPP") joint application for an award of attorney fees in connection with the services rendered in this litigation. I make this Declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2.  Nussbaum LLP served as counsel to Meijer, Inc. and as counsel for the class during this litigation. The background and experience of Nussbaum LLP and its attorneys are summarized in the *curriculum vitae* attached hereto as Exhibit 1.

3.  Nussbaum LLP has prosecuted this litigation solely on a contingent-fee basis, and has been at risk that it would not receive any compensation for prosecuting claims against the defendants. While Nussbaum LLP devoted its time and resources to this matter, it has foregone other legal work for which it would have been compensated.

4.  During the pendency of the litigation, Nussbaum LLP performed the following work: collected, reviewed, and produced documents and discovery from plaintiff Meijer, Inc.; and drafted discovery responses, including interrogatory responses and objections and objections to downstream discovery.

5.  Attached hereto as Exhibit 2 is my firm's total hours and lodestar, computed at historical rates, from May 9, 2008 through July 31, 2014. This period reflects the time spent after the appointment of Lead Counsel in the litigation. The total number of hours spent by Nussbaum LLP during this period of time was 85.25 hours with a corresponding lodestar of $49,912.50. This summary was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. The lodestar amount reflected in Exhibit 2 is for work assigned by Lead Class Counsel, and was performed by professional staff at my law firm for the benefit of the Direct Purchaser Plaintiff ("DPP") Class.

6.  The hourly rates for the attorneys and professional support staff in my firm included in Exhibit 2 are the usual and customary hourly rates charged by Nussbaum LLP.

1      7.    My firm has expended a total of $213.79 in unreimbursed costs and expenses in connection with the prosecution of this litigation. These costs and expenses are broken down in the chart attached hereto as Exhibit 3.  They were incurred on behalf of Direct Purchaser Plaintiffs by my firm on a contingent basis, and have not been reimbursed. The expenses incurred in this action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

    8.    I have reviewed the time and expenses reported by my firm in this case which are included in this declaration, and I affirm that they are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2014 at New York, NY.

*Linda P. Nussbaum*
_____
**Linda P. Nussbaum**

---

3    Master File No. CV-07-5944-SC; MDL 1917
DECLARATION OF LINDA P. NUSSBAUM IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

# EXHIBIT 1

# Nussbaum LLP

info@nussbaumllp.com

- Home
- Attorneys
- News and Publications
- Contact Us
- Disclaimer

# Home

Attorneys at Nussbaum LLP have decades of experience prosecuting complex individual and class actions on behalf of individuals and corporations of all sizes that have suffered from wrongdoing or fraud, or are aware of government fraud.  The Firm concentrates on complex antitrust (both on a class and an individual basis), RICO/fraud and False Claims Act litigation.

Attorneys at the firm have been recognized by courts and colleagues across the county as highly experienced in their fields.  As one District Court described a recent trial led by Nussbaum LLP attorneys that resulted in a $47 million – before interest and trebling – jury verdict: "[This was] a fabulous trial[.] . . . [I]t's the kind of thing that you become a judge to sit on."  Linda P. Nussbaum, Senior Partner at Nussbaum LLP, was named Litigator of the Week by the AmLaw Litigation Daily for her role in that trial.

Nussbaum LLP attorneys are active in the bar and regularly are asked to speak at major conferences and contribute materials to academic and other publications.  Nussbaum LLP offers clients top-flight talent and personalized attention.  If you think we might be able to help you, please contact us.

**Practice Areas:**

Antitrust

RICO/Fraud

False Claims Act

Copyright 2010 Nussbaum LLP. All rights reserved.

Web Hosting by Yahoo!

info@nussbaumllp.com

close



- 
- 
-

# Nussbaum LLP

info@nussbaumllp.com

- Home
- Attorneys
- News and Publications
- Contact Us
- Disclaimer

## Attorneys At-Law

Linda P. Nussbaum

     Linda Nussbaum is the Founding and Senior Partner at Nussbaum, LLP, where she specializes in plaintiff's antitrust litigation in both class and individual actions.

     Ms. Nussbaum recently conducted a five-week jury trial on behalf of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals in Boston before Justice Saris resulting in a RICO verdict against Pfizer of $47 million before trebling. She was selected as Litigator of the Week by the AmLaw Litigation Daily on April 2, 2010 for her role in the trial.

     Ms. Nussbaum has lectured and written extensively about various aspects of antitrust law.  Her articles include: "The Evolving Challenges of Class Certification" presented at the American Antitrust Institute's Third Annual Symposium on Private Antitrust Enforcement on December 8, 2009; "*Daubert* 15 Years Later:  How Have Economists Fared?" presented at the ABA Section of Antitrust Law Spring Meeting in March 2009; and "The Hatch-Waxman Act 25 Years Later:  Successes, Failures and Prescriptions for the Future," presented at a panel on "Lawyers, Drugs and Money, a Prescription for Antitrust Enforcement in the Pharmaceutical Industry" at the University of San Francisco School of Law Antitrust Symposium on September 25, 2009.

     Other recent presentations by Ms. Nussbaum include panel discussions at the 57th Annual Antitrust Law Spring Meeting of the ABA in March 2009; the ABA Section of Antitrust Law Brown Bag Program in April 2009; the 56th Annual Antitrust Law Spring Meeting of the ABA in March 2008; the New York State Bar Association's 2007 and 2008 Annual Meetings; the 55th Annual Antitrust Law Spring Meeting of the ABA in Washington, D.C. in April 2007; and the ABA Antitrust Litigation Course in Philadelphia in October, 2007.

     Ms. Nussbaum has served as sole or co-lead counsel in many significant antitrust class actions which have resulted in substantial recoveries, many in the realm of hundreds of millions of dollars.  *See In re Microcrystalline Cellulose Antitrust Litigation* (E.D.Pa. Master File No. 01-CV-111 (O'Neill, J.) (co-lead counsel); *Oncology & Radiation Associates, P.A. v. Bristol Myers Squibb Co., et al. (Taxol Antitrust Litigation)* (D.D.C. Case No. 01-cv-02313) (sole lead counsel); *North Shore Hematology-Oncology Associates, P.C. v. Bristol-Meyers Squibb Co. (Platinol Antitrust Litigation)* (D.D.C. Case No. 04-cv-00248) (sole lead counsel); *In re Children's Ibuprofen Oral Suspension Antitrust Litigation*, (D.D.C. Case No. 04-mc-0535) (sole lead counsel); *In re Relafen Antitrust Litigation* (D.Mass. Master File No. 01-cv-12239) (co-lead counsel); *In re Plastics Additives Antitrust Litigation* (E.D.Pa. Case No. 03-cv-2038) (co-lead counsel); *In re Remeron Antitrust Litigation* (D.N.J. Master Docket No. 03-cv-

00085) (co-lead counsel); *Meijer, et al. v. Warner Chilcott Holdings Company, III, Ltd., et al. (Ovcon Antitrust Litigation)*, (D.D.C. Case No. 05-cv-2195 (CKK) (lead counsel committee); and *In re Lorazepam & Clorazepate Antitrust Litigation* (D.D.C. Case No. 99-cv-00276) (co-lead counsel), where Chief Judge Hogan commented, "Obviously, the skill of the attorneys, and I'm not going to spend the time reviewing it, I'm familiar with counsel, and they, as I said, are among the best antitrust litigators in the country."

Ms. Nussbaum is presently serving in lead counsel positions in: *In re Puerto Rican Cabotage Antitrust Litigation*, Case No. 08-md-1960 (DRD) (D.P.R.); *In re DDAVP Direct Purchaser Antitrust Litigation*, Case No. 1:05-cv-2237 (S.D.N.Y.); *In re Fasteners Antitrust Litigation*, Case No. 2:08-md-01912 (E.D.Pa.); *In re Wellbutrin XL Antitrust Litigation*, Case No. 08-cv-2431 (MAM) (E.D.Pa.); *Meijer, Inc., et al. v. Astrazeneca Pharmaceuticals Lp, et al (Torprol Antitrust Litigation),* Case No.06-cv-52 (GMS) (D. Del); and *Meijer, Inc., et al. v. Abbott Laboratories (Norvir Antitrust Litigation)*, Case No. 3:07cv5985 (CW) (N.D.Ca.).

In addition, she represents large corporate entities in individual actions in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-md- 1720 (JG) (JO) (E.D.N.Y.); *In re Neurontin Marketing and Sales Practices Litigation*, Master File No. 04-10981 (PBS) MDL Docket No. 1629 (D. Mass.); *In re Chocolate Confectionary Antitrust Litigation*, Case No. 1:08-md-1935 (CCC) (M.D.Pa.); and *CVS Pharmacy v. American Express Travel Related Services, et al.*, Case No. 08-cv-2316 (NGG) (E.D.N.Y.).

**Education:**

- B.A., Brooklyn College
- J.D., George Washington University
- LL.M., Degree in Taxation from New York University School of Law

**Bar affiliations and court admissions:**

- Bar of the State of New York (1974)
- Bar of the District of Columbia
- U.S. District Courts for the Southern, Eastern and Northern Districts of New York and the District of Columbia
- Supreme Court of the United States

Ms. Nussbaum can be reached at lnussbaum@nussbaumllp.com

John D. Radice

John D. Radice is a Founding Partner of Nussbaum LLP and practices in the areas of antitrust – with particular focus on pharmaceutical antitrust – False Claims Act, and other areas of complex civil litigation.  Representative cases include: *In re Tricor Direct Purchaser Antitrust Litig.*, No. 05-340 (D. Del.) ($250 million settlement after the start of trial in case alleging delayed entry of AB-rated generic

versions of Tricor); *In re Neurontin Marketing & Sales Litig.*, No. 04-10981 (D. Mass.) ($47 million jury verdict before interest and statutory trebling based on unlawful and fraudulent promotion of Neurontin); *United States ex rel. Piacentile v. Bristol-Myers Squibb Co.*, No. 05-10196 (D. Mass.) ($515 million settlement related to unlawful promotion of Abilify); *United States ex rel. Marchese v. Cell Therapeutics, Inc.*, No. 06-168 (W.D. Wash) ($10.5 million settlement stemming from unlawful marketing of Trisenox). Prior to joining the firm, John was associated with major plaintiffs' class action firms in New York and Philadelphia, where he primarily represented clients pursuing antitrust, False Claims Act, and international human rights cases.

Mr. Radice's published articles include: "Where do we go now? The Hatch-Waxman Act 25 Years Later: Successes, Failures, and Prescriptions for the Future" (forthcoming in the Rutgers Law Journal); "The False Claims Act: A Public-Private Partnership" in Volume II, in AAJ 2009 ANNUAL CONVENTION: AAJ EDUCATION REFERENCE MATERIALS 1497 (Jennifer Adams ed., 2009); and "Daubert and Rule 702 in the Context of Antitrust Economic Experts: A Practitioner's Guide," Daubert 15 Years Later: How Have Economists Fared (ABA Spring Meeting 2009).

Mr. Radice clerked for Judge Edith Brown Clement in the United States Court of Appeals for the Fifth Circuit in New Orleans following his graduation from law school. Through the Arthur Garfield Hays Civil Liberties Program at NYU Law, where he was a Palmer Weber Fellow, John pursued internships at the NAACP Legal Defense & Education Fund, the ACLU, and a prominent civil rights law firm. At Princeton, John was a member of the lightweight crew team. Together with Dr. Lee Shearer, John founded and is president of Insicknessandinhealth.org, a non-profit dedicated to promoting health and well-being in underserved communities.

**Education:**

- A.B., magna cum laude, Princeton University (1997)
- J.D., New York University School of Law (2003)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New Jersey (2004)
- Bar of the State of New York (2005)
- U.S. District Courts for the Southern and Eastern Districts of New York and the District of New Jersey

Mr. Radice can be reached at jradice@nussbaumllp.com

**~Disclaimer~**

Copyright 2010 Nussbaum LLP. All rights reserved.

Web Hosting by Yahoo!

info@nussbaumllp.com

close



- 
- 
-

# EXHIBIT 2

In re Cathode Ray Tube (CRT) Antitrust Litigation
Nussbaum LLP
Reported Hours and Lodestar
May 15, 2010 through Aug 30, 2010 (complete duration of the firm)

| NAME | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| ATTORNEYS | | | |
| Linda P. Nussbaum (P) | 24.00 | $750 | $18,000.00 |
| Susan Schwaiger (OC) | 56.75 | $550 | $31,212.50 |
| | | | |
| NON-ATTORNEYS | | | |
| Tirek Gayle (PL) | 1.0 | $175 | $175.00 |
| Zach Shutran (PL) | 3.5 | $150 | $525.00 |
| | | | |
| **TOTAL:** | 85.25 | | $49,912.50 |

(P) Partner
(OC) Of Counsel
(A) Associate
(PL) Paralegal
(LC) Law Clerk

# EXHIBIT 3

In re Cathode Ray Tube (CRT) Antitrust Litigation
Nussbaum LLP
Reported Expenses Incurred on Behalf of DPPs

| CATEGORY | AMOUNT INCURRED |
|---|---:|
| Court Fees (filing, etc.) | |
| Experts/Consultants | |
| Federal Express | $63.74 |
| Transcripts (Hearing, Deposition, etc.) | |
| Computer Research | |
| Messenger Delivery | |
| Photocopies – In House | |
| Photocopies – Outside | $150.05 |
| Postage | |
| Service of Process | |
| Telephone/Telecopier | |
| Travel (Airfare, Ground Travel, Meals, Lodging, etc.) | |
| | |
| **TOTAL:** | $213.79 |
| | |