Guido Saveri (Bar No. 22349)
R. Alexander Saveri (Bar No. 173102)
Geoffrey C. Rushing (Bar No. 126910)
Cadio Zirpoli (Bar No. 179108)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CRT ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br>MDL No. 1917 |
| This Document Relates to: | **CLASS ACTION** |
| ALL DIRECT PURCHASER CLASS ACTIONS | **DECLARATION OF CHARLES H. JOHNSON IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS** |

I, Charles H. Johnson, declare and state as follows:

1. I am a member of the law firm of Law Offices of Charles H. Johnson, P.A. I submit this declaration in support of Direct Purchaser Plaintiffs ("DPP") joint application for an award of attorney fees in connection with the services rendered in this litigation. I make this Declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. My firm has served as counsel for the class throughout the course of this litigation. The background and experience of the Law Offices of Charles H. Johnson, P.A. firm and its attorneys are summarized in the *curriculum vitae* attached hereto as Exhibit 1.

3. The Law Offices of Charles H. Johnson, P.A. has prosecuted this litigation solely on a contingent-fee basis, and has been at risk that it would not receive any compensation for prosecuting claims against the defendants. While the Law Offices of Charles H. Johnson, P.A. has devoted its time and resources to this matter, it has foregone other legal work for which it would have been compensated.

4. During the pendency of the litigation, the Law Offices of Charles H. Johnson, P.A. performed the following work: On February 24, 2010, the Law Offices of Charles H. Johnson, P.A. submitted an assessment of $10,000.00 for the above-referenced litigation.

8. The Law Offices of Charles H. Johnson, P.A. paid a total of $ 10,000.00 in assessments for the joint prosecution of the litigation against the defendants.

9. I have reviewed the time and expenses reported by my firm in this case which are included in this declaration, and I affirm that they are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 27, 2014 at New Brighton, Minnesota

Charles H. Johnson

# EXHIBIT 1

**CHARLES H. JOHNSON & ASSOCIATES, P.A.**
*Attorneys at Law*

| | |
|---|---|
| CHARLES H. JOHNSON<br>CAMERON J. TARIO | LAW CENTER<br>2599 MISSISSIPPI STREET<br>NEW BRIGTHON, MINNESOTA 55112<br>TELEPHONE: (651) 633-5685<br>FAX: (651) 633-4442<br>www.charleshjohnsonlaw.com |

## Charles H. Johnson
*~ Biography ~*

Charles H. Johnson was born September 12, 1947. Though he has traveled extensively, nationally and internationally, he has been a lifelong resident of Minnesota. He currently resides in North Oaks, Minnesota.

Charles H. Johnson graduated from the University of Minnesota with a Bachelor of Science degree in 1972. He earned his Juris Doctorate degree from Hamline University School of Law in 1975. Mr. Johnson has been in private practice since. He is the name partner at Charles H. Johnson & Associates, P.A., practicing exclusively in the areas of mass tort, commercial and consumer class actions, antitrust, product liability, and commercial litigation. He has extensive practice experience in federal multi-district litigation.

Mr. Johnson is admitted to practice before the Bar of the Minnesota Supreme Court, the United States District Court for the District of Minnesota, the United States Court of Appeals for the Eighth Circuit Court, and is a member of the American Justice Association.

Mr. Johnson was selected in 2003, 2004, 2006, 2007 and 2008 in the *Minneapolis/St. Paul Magazine* peer poll as a Super Lawyer in Class Action, Mass Tort, and Product Liability categories.

**Significant class action litigation** in which Mr. Johnson has represented or currently represents plaintiffs include the following:

- *In Re: Brand Name Prescription Drug Antitrust Litigation*, (federal nationwide antitrust price-fixing class action, settled for $700,000,000);

- *In Re: Schmitt Music Litigation*, (RICO and usury class action, settled for in excess of $2,000,000);

- *In Re: Carbon Dioxide Industry Antitrust Litigation*, (federal nationwide antitrust class action, several defendants settled for in excess of $53,000,000);

- *Dahl v. Schwab & Co., Inc.*, (violation of fiduciary duty);

- 1 -

- *Tikkanen v. Scottsdale*, (violation of fiduciary duty);

- *In Re: NASDAQ Market-Makers Antitrust Litigation*, (federal nationwide antitrust class action, settled for in excess of $1,000,000,000);

- *In Re: Copley Pharmaceutical, Inc. Litigation*, (federal nationwide product liability action);

- *Rybak v. N.W.A.*; (federal domestic air transportation class action, settled for in excess of $400,000,000)

- *In Re: Gammagard Product Liability Litigation*, (federal nationwide class action; sub-classes lead counsel);

- *In Re: Lutheran Brotherhood Insurance* (multi-state class action over churning practices);

- *Lake Woods Pool & Spa Service v. Great Lakes Chemical,* (federal price-fixing class action - bromine);

- *Becker, et al. v. LaserMaster Technologies, Inc., et al.*, (federal nationwide class action, violation of federal securities laws;);

- *Nelson v. Citibank*, (federal National Bank Act class action);

- *Hill v. Chemical Bank,* (credit card illegal late charge class action);

- *Baron, et al. v. Honeywell, et al.*, (federal class action, violation of ERISA);

- *Howard et al. v. Fingerhut* (usury violations, pending class action);

- *In Re Baxter Healthcare Corporation,* (product liability action);

- *Sander v. Abana Pharmaceuticals, et al.*, (nationwide product liability action);

- *Sampson v. Equisure, Inc. et al.*, (federal securities litigation);

- *In Re: Flat Glass Antitrust Litigation*, (federal antitrust price-fixing litigation, settled);

- *Walsh v. The Guardian Life Ins. Co. of America*; (class action; sales practices);

- *Dunham v. Green Tree, et al.* (federal securities litigation);

- *Lloyd Drilling, et al. v. Grand Casino, Inc.* (federal securities class action);

- *Carol Harley, et al. v. 3M* (ERISA pending class action);

- *In Re: Minnesota Mutual Life Insurance Co.,* (sales practices litigation);

- *In Re: Olympic Financial Securities Litigation,* (federal court securities litigation; settled);

- *In Re: DIGI International, Inc.* (federal court securities litigation);

- *In Re: Milk Products Antitrust Litigation*; (federal court antitrust price-fixing litigation);

- *In Re: Potash Antitrust Litigation*, (nationwide federal antitrust class action);

- *In Re: Miracle Ear Consumer Litigation*, (nationwide federal consumer class action);

- *Delmotte v. Sheldahl, Inc., et al.; Deschepper v. Sheldahl, Inc., et al* (shareholder derivative class actions; retained as local counsel);

- *Keniston's Inc. v. Viskase Companies, Inc., et al.* (federal anti-trust price-fixing class action litigation);

- *Bradley Dunham v. Carematrix Corp., et al.* (federal securities class action litigation);

- *Menzel, et al. v. Beneficial Loan & Thrift Co., et al.*, (consumer finance class action);

- *In Home Health Services, Inc.* (multi-state shareholder derivative class action; retained as local counsel);

- *In re Select Comfort Corporation Securities Litigation*, U.S.D.C. Minn. 99-884 (DSD/JMM)(securities class action; settled);

- *Danny's Trannys, Inc., et al. v. State of Minnesota, et al.* Ramsey County No. C7-00-5714 (class action to recover funds claimed unconstitutionally taken; settled for $25,000,000).

**Nationally significant cases** in which Mr. Johnson has successfully represented thousands of individual clients:

- 3 -

- *Dalkon Shield product liability litigation* (Mr. Johnson's firm was one of the first firms to discover and seek redress for the serious health problems caused to thousands of women who used the Dalkon Shield contraceptive device);

- *St. Jude Medical silzone mechanical heart value medical device litigation;*
- *Sulzer hip implant medical device litigation;*
- *Zimmer hip implant medical device litigation;*
- *Gammagard product liability litigation;*
- *Albuterol drug product liability litigation;*
- *Breast implant product liability litigation;*
- *Norplant drug product liability litigation;*
- *Fen/phen diet drug product liability litigation;*
- *Rezulin drug product liability litigation;*
- *Propulsid drug product liability litigation;*
- *Baycol drug product liability litigation;*
- *Guidant defibrillator medical device litigation;*
- *Medtronic defibrillator medical device litigation;*
- *Yamaha ATV vehicle product liability litigation;*
- *Honda ATV vehicle product liability litigation;*
- *Guidant Ancure Stent Graft medical device litigation;*
- *Ortho Evra patch product liability litigation;*
- *AMO contact solution product liability litigation;*
- *ReNu® MoistureLoc product liability litigation;*
- *Bextra drug product liability litigation;*
- *Celebrex drug product liability litigation;*
- *Vioxx drug product liability litigation;*

Mr. Johnson is also an entrepreneur, having founded numerous business enterprises, including two state bank charters, and currently serves on the Board of Trustees of Hamline University.

**~ End ~**