UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS REPRESENTATIVE INCENTIVE AWARDS**<br><br>Date:        October 23, 2015<br>Time:       10:00 a.m.<br>Judge:      Hon. Samuel Conti<br>Courtroom: 1 |

1    The Court, having reviewed Direct Purchaser Plaintiffs' Motion for Class Representative Incentive Awards (September 11, 2015) ("Motion"), the pleadings and other papers on file in this action, and the statements of counsel and the parties, hereby finds that:

1. The Motion requests incentive awards for the Class Representatives of $25,000 each,[1] for a total of $250,000.

2. Pursuant to *Radcliffe v. Experion Information Solutions*, 715 F.3d 1157 (9th Cir. 2013), the Court has carefully considered the requested incentive awards. The Court deems the application for incentive awards reasonable and justified given: (1) the risks—reputational, financial, and otherwise—faced by class representatives in bringing this lawsuit; and (2) the work performed and the active participation in the litigation and settlement processes by the class representatives on behalf of members of the class.

3. In sum, upon consideration of the Motion and accompanying Declarations, and based upon all matters of record including the pleadings and papers filed in this action, the Court hereby finds that incentive awards are appropriate given the time and effort expended by the Class Representatives in the prosecution of this case.

Accordingly, it is hereby ORDERED and DECREED that:

4. The Class Representatives—Crago, d/b/a Dash Computers, Inc.; Arch Electronics, Inc.; Hawel A. Hawel, d/b/a City Electronics; Meijer, Inc. and Meijer Distribution, Inc.; Nathan Muchnick, Inc.; Princeton Display Technologies, Inc.; Radio & TV Equipment, Inc.; Royal Data Services, Inc.; Studio Spectrum, Inc.; and Wettstein and Sons, Inc. d/b/a Wettstein's—shall each receive an incentive award in the amount of $25,000.

5. The incentive awards shall be paid from the Settlement Fund and the interest earned thereon.

---

[1] The Class Representatives named in the DPPs' Consolidated Amended Complaint ("DPCAC") for which incentive awards are sought are: (1) Crago, d/b/a Dash Computers, Inc.; (2) Arch Electronics, Inc.; (3) Hawel A. Hawel, d/b/a City Electronics; (4) Meijer, Inc. and Meijer Distribution, Inc.; (5) Nathan Muchnick, Inc.; (6) Princeton Display Technologies, Inc.; (7) Radio & TV Equipment, Inc.; (8) Royal Data Services, Inc.; (9) Studio Spectrum, Inc.; and (10) Wettstein and Sons, Inc. d/b/a Wettstein's.

1

[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS REPRESENTATIVE INCENTIVE AWARDS; Case No. 07-cv-5944-SC

6. This order shall be entered of this date pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finding that there is no just reason for delay.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE