Michael J. Newton (SBN 156225)
Texas SBN 24003844
mike.newton@alston.com
**ALSTON & BIRD LLP**
2828 North Harwood Street
18th Floor
Dallas, Texas 75201-2139
Tel: (214) 922-3400
Fax: (214) 922-3899

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No.<br><br>3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| **DELL INC. and DELL PRODUCTS L.P.**,<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**HITACHI, LTD.**, *et al.*,<br><br>    **Defendants.** | Individual Case No. 3:13-cv-02171-SC<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Michael J. Newton of the law firm of Alston & Bird LLP hereby appears as counsel in the above-referenced matters for Plaintiffs, DELL INC. and DELL PRODUCTS L.P.

PLEASE TAKE FURTHER NOTICE THAT Michael J. Newton requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Michael J. Newton
> mike.newton@alston.com
> ALSTON & BIRD LLP
> 2828 North Harwood Street
> 18th Floor
> Dallas, Texas 75201-2139
> Tel: (214) 922-3400
> Fax: (214) 922-3899

DATED:  September 17, 2015

Respectfully submitted this 17th day of September, 2015.

**ALSTON & BIRD LLP**

By:      /s/ *Michael J. Newton*
Michael J. Newton (SBN 156225)
Texas SBN 24003844
mike.newton@alston.com
**ALSTON & BIRD LLP**
2828 North Harwood Street
18th Floor
Dallas, Texas 75201-2139
Tel: (214) 922-3400
Fax: (214) 922-3899

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P.*