

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**JEFFREY L. KESSLER**
Partner
(212) 294-4698
jkessler@winston.com

September 18, 2015

**VIA ECF**

The Honorable James Larson (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111

    Re:  *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC, MDL No. 1917

Dear Special Master Larson:

    We represent defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), and we respectfully write on behalf of all remaining Defendants[1] in the above-referenced litigation. Specifically, we write in response to the Honorable Samuel Conti's Order Appointing Special Master, dated September 11, 2015 [ECF No. 4051], in which the Court directed the "parties with pending pretrial matters [to] contact the Special Master to discuss the execution of his duties in connection with" the order. *Id.* at 9.

    In Judge Conti's Order on Certain Letter Briefs, dated September 11, 2015 [ECF No. 4052] (the "September 11th Letter Order"), the Court stated that oral argument in connection with the designated pretrial matters referred to the Special Master "may be held or skipped at the discretion of the Special Master . . . ." Sept. 11th Ltr. Order at 3. Defendants respectfully request that the Special Master exercise his discretion and schedule oral argument for the few selected motions listed on Exhibit D to Defendants' letter, dated September 1, 2015 [ECF No. 4031] (the "September 1st Letter"), which comprise some of the most significant and complex motions pending before the Court.

---

[1] "Defendants" collectively refers to Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Koninklijke Philips N.V., Philips Electronics North America Corporation, LG Electronics, Inc., Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., Mitsubishi Electric US, Inc., Panasonic Corporation of North America, MT Picture Display Co., Ltd., Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Technologies Displays Americas LLC, Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. In joining this letter and abiding by Judge Conti's order, the Toshiba Defendants do not waive their objection to the appointment of the Special Master.



September 18, 2015
Page 2

Defendants further respectfully request that in connection with his review and consideration of the designated pretrial matters, the Special Master advise the Court whether any of the dispositive motions listed on Exhibits A through C, respectively, to the September 1st Letter, are "not appropriate for decision under Ninth Circuit law," and should thus be remanded to their respective transferor courts for decisions. *See* Sept. 11th Ltr. Order at 3.

Defendants are prepared to discuss the execution of the Special Master's duties, including the above requests, at the Special Master's convenience. We thank the Special Master in advance for his consideration of the above requests.

Respectfully Submitted,

/s/ Jeffrey L. Kessler

Jeffrey L. Kessler
*On Behalf of Defendants*

cc:   The Honorable Samuel Conti
      All counsel via ECF