# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

555 California Street

Eliot A. Adelson

San Francisco, California 94104

Facsimile:
(415) 439-1500

To Call Writer Directly:
(415) 439-1413

(415) 439-1400

eliot.adelson@kirkland.com

www.kirkland.com

September 18, 2015

**Via Email and ECF**

The Honorable James Larson (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111

Re: *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917;
Master Case No. 3:07-5944 SC

Dear Special Master Larson:

On September 11, 2015, Judge Conti issued an Order Appointing you as Special Master to adjudicate designated pretrial matters, excluding discovery and deposition disputes (ECF No. 4051). The Court requested that the parties contact you to discuss relevant pending motions.

Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc. ("Hitachi") have resolved, or resolved in principle, all cases pending in the MDL. Therefore, we do not have any motions, including motions for summary judgment, *in limine* or Daubert, which we need adjudicated.

The Court also gave you discretion as to how to allocate fees. Because we have resolved all matters in the MDL, we believe our allocation should be zero.

Please contact me with any questions.

Sincerely,

*/s/ Eliot A. Adelson*

Eliot A. Adelson

EAA/sjf
cc: The Honorable Samuel Conti
All Counsel via ECF

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    New York    Palo Alto    Shanghai    Washington, D.C.