Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO REQUEST FOR MODIFICATION OF PROPOSED ORDER**<br><br>Judge: Honorable Samuel Conti |

On September 11, 2015, the Court entered an Order attaching a proposed Order appointing Martin Quinn as Special Master (the "Proposed Order") in the Indirect Purchaser (IPP) case. (Dkt. Nos. 4053, 4053-1.) The Order provided an opportunity to request changes to the Proposed Order.

Two IPP Counsel, Messrs. Cooper and Scarpulla, have requested modification of the Proposed Order. (Dkt. No. 4062.) They seek changes to the briefing schedule and, alternatively, a continuance of the hearing on final approval the IPP settlements. The request should be denied.

Lead Counsel does not consent to these changes. First, the 14-day and 7-day briefing schedule was proposed by Messrs. Cooper and Scarpulla themselves in their proposed Order. (Dkt. No. 4043-1, ¶ 2.) More importantly, the briefing is going to be done by Lead Counsel. Lead Counsel has already filed the IPPs' motion for approval of the seven settlements, and will be filing the fee motion this week. Messrs. Cooper and Scarpulla are primarily interested in the allocation of the fee, a matter that will not arise until the settlements are approved and an aggregated fee is awarded. Additional briefing will undoubtedly be required throughout this period. Accordingly, Lead Counsel must be involved in any decisions regarding briefing schedules before the Special Master.

Similarly, Lead Counsel must be involved in any decision to continue the Fairness Hearing. Lead Counsel has already discussed briefing schedules and the timing of the Fairness Hearing with other IPP Counsel who are working on these pending motions. We are awaiting the appointment of Martin Quinn so that we might discuss these matters with him.

The Court's Proposed Order gives Special Master Quinn broad powers to control the proceedings before him: "The Special Master may approach these duties in whatever manner he deems proper." (Dkt. No. 4053-1; *see also* Dkt. 4053-1, Section 2.) Thus, the Special Master should decide these questions of briefing schedules and scheduling of the Fairness Hearing, in consultation with Lead Counsel.

It also makes sense for the Special Master to address these matters on a more complete record. As noted, the fee motion will be filed this week. Objections to the fee motion, as well as objections to the motion for approval of the settlements, are likely to follow. Special Master Quinn

will be in a better position to order the proceedings before him once he knows exactly what is before him.

For these reasons, Lead Counsel respectfully requests that the Court enter its Proposed Order without modification and without delay. Doing so will allow Special Master Quinn to begin work on this matter, to receive the views of Lead Counsel on scheduling issues, and to determine the most orderly way to proceed.

Dated:  September 22, 2015              Respectfully submitted,

                                       */s/ Mario N. Alioto*
Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*