FRANCIS O. SCARPULLA (CA SB 41059)
PATRICK B. CLAYTON (CA SB 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:   (415) 788-7210
Facsimile:    (415) 788-0706
Email:         fos@scarpullalaw.com
                    pbc@scarpullalaw.com

*Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Judge:  Honorable Samuel Conti<br>Courtroom One, 17th Floor |

I, Francis O. Scarpulla, declare as follows:

1. I am an attorney licensed to practice before Supreme Court of the State of California and all inferior California State Courts, as well as the Supreme Court of the United States and many inferior federal courts, including the United States District Court for the Northern District of California. I am the proprietor of the Law Offices of Francis O. Scarpulla. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2. From the inception of this matter in November 2007 through March 21, 2015, I was a senior partner with the firm of Zelle Hofmann Voelbel & Mason, LLP ("Zelle"), after which time I restarted the Law Offices of Francis O. Scarpulla. In accordance with my agreement with Zelle, I am claiming one-half of my total Zelle lodestar on behalf of the Law Offices of Francis O. Scarpulla. Thus, one-half of my total Zelle lodestar is being claimed by Zelle in its separate declaration, and the other half of my total Zelle lodestar is being claimed by me through this declaration.

3. While at Zelle, I was, and pursuant to an agreement with Zelle, I continue to be counsel of record in this case for named plaintiffs Chad Klebs and Michael Juetten. My *Curriculum Vita* is attached as Exhibit 1 and incorporated herein by reference.

4. Throughout the course of this litigation, the Zelle firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel. All of the time and expenses reported by me were incurred for the benefit of the Indirect-Purchaser Plaintiffs ("IPPs").

5. During the course of this litigation I was involved in the following tasks and activities on behalf of the IPPs:

    (1) engaging in pre-filing investigation of the factual background and monetary losses for the claim;

    (2)    meeting with junior attorneys of Zelle, as well as with several co-counsel to discuss the status of the various class actions, strategies for prosecuting the indirect-purchaser class actions and MDL proceedings;

    (3)    attending attorney conferences regarding strategies for class discovery and the class certification motion and hearing, and

    (4)    participating in conferences with Special Master Vaughn Walker, defense counsel, representatives from the California Attorney General's Office, and with co-counsel regarding strategies for settling the indirect-purchaser class action and resolving any issues between the private indirect-purchaser plaintiffs and the California Attorney General's *parens* claims.

6.    The table attached as Exhibit 2, and incorporated herein, is a summary of the time spent by me in this litigation. Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by me while working at Zelle, or by me at my own firm. The records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary. Exhibit 2 does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on my current hourly billing rate of $1,250.00, which is my usual and customary hourly rate charged for my services in similar complex litigation.

7.    The total number of hours reasonably expended on this litigation by me, and which is being claimed by the Law Offices of Francis O. Scarpulla from inception to May 21, 2015 (pursuant to my agreement with Zelle) is 185.9 hours, as shown on Exhibit 2. The total lodestar for my time at the Law Offices of Francis O. Scarpulla at my current rate of $1,250.00, is $232,750.00. Because I have no access to Zelle's records, I believe that the total lodestar for my time while I worked at Zelle at historical rates is $212,288.75. Expense items are billed separately and are not duplicated in my firm's lodestar.

8.    I am informed and believe that at the inception of this litigation, then interim lead counsel, Mario Alioto (who had never acted as lead counsel in any federal antitrust class action of this size and who did not have the expertise or staff to act as a proper lead counsel) entered into an

3

DECLARATION OF FRANCIS O. SCARPULLA iso PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS    Case No. 3:07-cv-5944 SC, MDL No. 1917

agreement with my former firm, that all of Zelle's lodestar would be paid at the same multiplier as Mr. Alioto's, so that Zelle was essentially a "shadow" co-lead counsel throughout this litigation. Therefore, all of my Zelle time should receive that same multiplier, if Mr. Alioto is otherwise entitled to a positive multiplier at all.

9. My firm incurred no significant expenses in litigating this action as all such expenses were paid by the Zelle firm.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of September 2015, in San Francisco, California.

/s/ Francis O. Scarpulla
Francis O. Scarpulla

DECLARATION OF FRANCIS O. SCARPULLA iso PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917