(26) *Buffalo Whole Food and Grain Co. v. The Fleming Companies, et al.*, Civil Action No. C-81-927-THE – nationwide antitrust, class action on behalf of purchasers of health foods.

(27) *In re: Olympic Oil Securities Litigation*, Civil Action No. C-81-3441-RPA (N.D. Cal.) – 10b-5 action on behalf of defrauded shareholders.

(28) *Prescottano v. Koracorp Industries, Inc.*, C-74-1704 (N.D. Cal.) – class of shareholders alleging securities fraud.

(29) *Espirit de Corp. v. Alton Box Board Co., et al.*, Civil Action No. 750-975 (S.F. Sup. Ct. 1982) – state-wide, antitrust class action for indirect purchasers of corrugated boxes.

(30) *Greenberg v. Leviton Manufacturing Co., Inc., et al.* (S.F. Sup. Ct. 1980) – state-wide class action for indirect purchases of wiring devices.

(31) *Busy Boy Markets, Inc., et al. v. Roblin Industries, Inc., et al.*, Civil Action No. 772-241 – antitrust price-fixing case for class of indirect purchasers of shopping carts.

(32) *U.F.C.W., Local 1288 v. Allied Finance Adjusters Conference*, Civil Action No. 777-670 (S.F. Sup. Ct.) – antitrust price-fixing action by California class against repossession firms.

(33) *Retail Clerks Union, Local 648, et al. v. Exxon Corp., et al.*, MDL 150 – indirect purchaser, antitrust class action on behalf of California consumers of gasoline.

(34) *In re: Airport Rent-A-Car Antitrust Litigation*, MDL 338 – antitrust action by independent car rental companies against major car rental companies; appeal pending before the Ninth Circuit.

(35) *Tom Lazio Fish Co., Inc. v. Castle & Cooke, Inc., et al.* (S.F. Sup. Ct.) – antitrust, predatory pricing action brought by competitor against major tuna packers.

(36) *In re: Records and Tapes Antitrust Litigation* (N.E. Ill. 1983) – nationwide, price-fixing, class action for direct purchasers of records and tapes.

(37) *Alexander v. Cambridge-Lee Industries, Inc., et al.* (S.F. Sup. Ct. 1983) – indirect-purchaser, antitrust class action by California purchasers of copper tubing.

(38) *B.W.I. Custom Kitchens v. Owens-Illinois, et al.* (S.F. Sup. Ct. 1983) – indirect-purchaser, antitrust class action by California wholesale purchasers of glass containers.

(39) *Highland Park Liquor, Inc., et al. v. ARA Services, Inc., et al.* (L.A. Sup. Ct. 1983) – antitrust, price-fixing class action by wholesale purchasers of magazines.

(40) *Biljac v. Bank of America, et al.* (S.F. Sup. Ct. 1984) – Unfair Competition Act case for antitrust price-fixing involving the prime rate to commercial borrowers.

3

(41)  *Biogenesis Research, Inc. v. The Hertz Corporation, et al.* (S.F. Sup. Ct. 1984) – Unfair Competition Act for fixing car-rental rates to California consumers.

(42)  *Alexander v. American Savings & Loan Association, et al.* (S.F. Sup. Ct. 1984) – Unfair Competition Act for fixing pre-payment and association fees.

(43)  *Tyre Treds, Inc. v. The Firestone Tire & Rubber Company*, Civil No. 70-236-SC (N.D. Cal. 1976) – distributor termination, antitrust action.

(44)  *Reno-West Coast Distributing Company, Inc. v. The Mead Corporation*, Civil Action No. 73-0250-SW (N.D. Cal. 1976) – distributor termination, antitrust action.

(45)  *Unique Factory Outlet v. Espirit de Corp.*, Civil No. C-78-2336-WTS (N.D. Cal. 1980) – distributor termination, antitrust action.

(46)  *California Indirect-Purchaser Infant Formula Antitrust Litigation*, Judicial Council Coordination Proceeding No. 2557 (L.A. Sup. Ct.) – state-wide, Cartwright Act, class action for consumers who purchased infant formula.

(47)  *Stead Industries, Inc. v. State Industries, Inc.* (N.D. Cal.) – Sherman 2 monopolization case involving water heater industry.

(48)  *Airport Hub Antitrust Litigation* (N.D. Ga.) – nationwide class action for price-fixing of domestic airline ticket prices.

(49)  *Duke Development Company v. The Stanley Works, et al.* (S.F. Sup. Ct.) – state-wide, price-fixing, Cartwright Act, class action for indirect purchasers of hinges.

(50)  *Exxon Valdez Spill Litigation* (L.A. Sup. Ct.) – state-wide class action for economic damages suffered by California motorists caused by Exxon Valdez spill.

(51)  *Dombek v. Humboldt Petroleum, Inc., et al.* (H.C. Sup. Ct.) – price-fixing, Cartwright Act class action for purchasers of petroleum products in Humboldt County.

(52)  *First Executive Life Insurance Litigation* (S.F. Sup. Ct.) – nationwide class of defrauded life insurance purchasers.

(53)  *Abbott v. Genentech, Inc.* (N.D. Cal.) – nationwide securities class action for security fraud violations.

(54)  *Abbott/Morse v. Nintendo of America, Inc.* (S.M. Sup. Ct.) – state-wide class action for unfair business practices in Cartwright Act violations.

(55)  *Los Angeles Waste Antitrust Litigation* (L.A. Sup. Ct.) – county-wide, price-fixing, Cartwright Act class action.

(56)  *In re: Macadamia Nuts Antitrust Litigation* (N.D. Cal.) – nationwide class action on behalf of direct purchasers of macadamia nuts for price-fixing.

4

(57)  *Weinberg/Friedman v. The B. Manischewitz Co.* (S.F. Sup. Ct.) – state-wide, Cartwright Act, price-fixing class action for indirect purchasers of matzo products.

(58)  *Movie 1 & 2 v. United Artists, et al.* (N.D. Cal.) – competitor case for alleged group boycott and monopolization.

(59)  *Wirebound Box Antitrust Litigation* (D. MN.) – nationwide class action for price-fixing of wirebound boxes.

(60)  *Orlando & Jones, Inc., et al. v. Nautilus Sports/Medical Industries, Inc., et al.* (D. FL.) – distributor claiming unfair business practices by manufacturer.

(61)  *James R. Benefiel and Edward D. Taylor v. Exxon Corporation, et al.* (L.A. Sup. Ct. 1989) – California class action for economic damages due to Exxon oil spill.

(62)  *Syufy Enterprises v. Vogel Popcorn Company, et al.*, File No. CV. 3-89-664, Master File No. 3-89-710 – class action involving bulk raw popcorn price-fixing case on behalf of direct purchasers.

(63)  *Renaissance Rialto, Inc., et al. v. Vogel Popcorn Company, et al.*, Civil No. 909-893 (S.F. Sup. Ct.) – class action involving bulk raw popcorn price-fixing case, on behalf of indirect purchasers.

(64)  *Arthur M. Stone Company and Tree of Life, Inc. v. Mauna Loa Macadamia Nut Corporation, et al.* - (N.D. Cal. 1990) – direct-purchaser, class action for price-fixing macadamia nuts.

(65)  *Gary Kaplan/Frank Holminski v. Southern Pacific Transportation Company, et al.*, Civil No. 935-732 (S.F. Sup. Ct.) – class action suit for damages due to toxic spill.

(66)  *John R. Travis v. Deloitte & Touche, et al.*, Civil No. 933-393 (S.F. Sup. Ct.) – class action suit representing persons who purchased life insurance products, who were damaged by fraudulent investments.

(67)  *In re: Potash Antitrust Litigation*, Civil File No. 3-93-197, MDL 981, U.S. District Court, District of Minnesota, Third Division – class action suit on behalf of direct purchasers of potash alleging horizontal price-fixing.

(68)  *Neve Brothers v. Potash Corporation of America, et al.*, Civil Case No. 959-767 (S.F. Sup. Ct.) – indirect-purchaser antitrust class action for potash purchasers.

(69)  *Diane Barela, et al. v. Ralph's Grocery Company, et al.*, Civil Case No. BC070061 (L.A. Sup. Ct.) – consumer class action alleging a milk price-fixing conspiracy in Los Angeles County.

(70)  *In re: Baby Food Antitrust Litigation*, Master File No. 92-5495 (NHP), United States District Court for the District of New Jersey – class action of direct purchasers against baby food manufacturers.

(71) *Leslie K. Bruce, et al. v. Gerber Products Company, et al.*, Civil Case No. 948-857 (S.F. Sup. Ct.) – indirect-purchaser, price-fixing action against baby food manufacturers.

(72) *Mark Notz, et al. v. Ticketmaster-Southern California, Inc., et al.*, Civil Case No. 943-327 (S.F. Sup. Ct.) – consumer class action alleging a territorial allocation in violation of the Cartwright Act.

(73) *Nancy Wolf v. Toyota Motor Sales, U.S.A., Inc., et al.*, Civil Action No. C94-1359-MHP – nationwide, consumer class action alleging that the TDA Assessment on the dealer invoice was raised pursuant to an antitrust agreement.

(74) *Lee Bright v. Kanzaki Specialty Papers, Inc., et al.*, Civil Action No. 963-598 (S.F. Sup. Ct.) – indirect-purchaser, consumer class action alleging a price-fixing conspiracy on fax paper.

(75) *In re: Media Vision Technology Securities Litigation*, Civil Action No. C-94-1015-EFL (U.S. District Court - Northern District of CA) – securities fraud class action.

(76) *Tortola Restaurants, L.P. v. Comet Products, Inc., et al.*, Civil Action No. 961-814 (S.F. Super Ct.) – indirect-purchaser, class action alleging a price-fixing conspiracy on plastic dinnerware.

(77) *In re: California X-Ray Antitrust Litigation*, Civil Action No. 960-886 (S.F. Sup. Ct.) – indirect-purchaser, class action alleging price-fixing in X-ray film.

(78) *Dianne Castano, et al. v. The American Tobacco Company, et al.*, Civil Action No. 94-1044, Section "S"(5) (U.S. District Court - Eastern District of Louisiana) – class action alleging that the tobacco companies formulated cigarettes to addict consumers.

(79) *In re: Brand Name Prescription Drugs Antitrust Litigation*, Civil Action No. 94-C-897, MDL 997 (U.S. District Court - Northern District of Illinois, Eastern Division) – direct-purchaser class action alleging that the prescription drug manufacturers and wholesalers combined to keep prices unreasonably high to retail pharmacies.

(80) *Pharmaceutical Cases I, II and III*, Judicial Council Proceeding Nos. 2969, 2971, 2972 (S.F. Sup. Ct.) – indirect-purchaser, consumer class action alleging that prescription drug manufacturers and wholesalers kept prices unreasonably high to retail pharmacies who passed on the overcharges to consumers.

(81) *In re: Carbon Dioxide Antitrust Litigation*, MDL 940, United States District Court, Middle District of Florida, Orlando Division – direct purchaser class action alleging price-fixing on carbon dioxide.

(82) *In re: Liquid Carbon Dioxide Cases*, Judicial Council Coordination Proceeding No. 3012 (San Diego Sup. Ct.) – indirect-purchaser class action alleging price-fixing on carbon dioxide.

(83) *Jack Davis v. Microsoft Corporation*, Civil Action No. 963-597 (S.F. Sup. Ct.) – consumer class action alleging that Microsoft's 6.0 system was flawed and should be corrected.

(84) *In re: Airline Ticket Commission Antitrust Litigation*, MDL 1058 (Judicial Panel on Multidistrict Litigation) – class action alleging that the airlines conspired to fix travel agents' commission rates.

(85) *Cosmetics Antitrust Litigation;* JCCP No. 4056 – class action alleging that manufacturers of prestige cosmetics and retail department stores conspired to prevent discounting of cosmetics.

(86) *In re: Sorbate Price-Fixing Cases*; JCCP 4073 – class action alleging that certain manufacturers of sorbate fixed prices for product sold indirectly to California.

(87) *In re: Methionine Antitrust Litigation*, MDL 1311 – class action alleging that certain manufacturers of methionine fixed prices to direct purchasers throughout the United States.

(88) *In re: Methionine Cases*, JCCP 4090 – class action alleging that certain manufacturers of methionine fixed prices to indirect purchasers of that product in California

(89) *Gaehwiler, Sr., et al. v. Sunrise Carpet Industries, et al.*, SF Sup. Ct. Action No. 978345 – class action alleging that manufacturers of certain types of carpets fixed prices to indirect purchasers in California.

(90) *Chrysler Paint Cases*; JCCP 4038 – nationwide class action alleging defect in Chrysler paint.

(91) *Sanitary Paper Cases I & II*, JCCP 4019, 4027 – class action alleging that manufacturers of certain types of sanitary paper fixed prices to indirect purchasers in California.

(92) *In re: Dura Lube Corporation Fraud Actions*, SF Sup. Ct. Action No. 304186 – class action alleging certain practices and false advertising by Dura Lube.

(93) *In re: Flat Glass Indirect Purchaser Antitrust Litigation*, JCCP 4033 – class action alleging that manufacturers of certain types of flat glass fixed prices to indirect purchasers in California.

(94) *Verges, et al. v. Old Republic Title Co.*, SF Sup. Ct. Action No. 996929 – statewide class action alleging fraudulent schemes by title insurance companies.

(95) *In re: Toys R Us Antitrust Litigation*, MDL 1211 – nationwide class action alleging anticompetitive activities in the children's toy market.

(96) *NASDAQ Market Makers Antitrust Litigation*, MDL 1023 94 Civ. 3996 (RWS) – nationwide class action alleging that commissions were illegally fixed.