# EXHIBIT 2

**EXHIBIT 2**
**IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Francis O. Scarpulla | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Year | Inception through March 31, 2015 | | | | | | | | | | | | | |

| Year | Timekeeper | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | FOS (P) | 1.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.1 | 0.0 | 0.0 | 3.3 | $ 4,125.00 |
| 2008 | FOS (P) | 21.1 | 3.7 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 2.2 | 13.6 | 1.0 | 0.0 | 41.9 | $ 52,375.00 |
| 2009 | FOS (P) | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 1.3 | 5.3 | 0.0 | 8.4 | $ 10,500.00 |
| 2010 | FOS (P) | 2.1 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 3.5 | 1.0 | 0.0 | 7.7 | $ 9,625.00 |
| 2011 | FOS (P) | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.4 | 0.0 | 1.4 | $ 1,750.00 |
| 2012 | FOS (P) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2013 | FOS (P) | 2.8 | 5.2 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 3.1 | 6.5 | 14.7 | 0.0 | 32.4 | $ 40,500.00 |
| 2014 | FOS (P) | 9.6 | 0.0 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 2.3 | 3.9 | 9.6 | 37.8 | 3.2 | 66.7 | $ 83,375.00 |
| 2015 | FOS (P) | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.2 | 17.2 | 6.4 | 24.4 | $ 30,500.00 |
| | | 38.9 | 9.1 | 0.0 | 0.4 | 0.6 | 0.0 | 0.0 | 2.4 | 10.5 | 37.3 | 77.3 | 9.6 | 185.9 | $ 232,750.00 |

**STATUS:**
(P) Partner
(OC) Of Counsel
(A) Associate
(LC) Law Clerk
(PL) Paralegal
(I) Investigator

**CATEGORIES:**
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial