1 | Mario N. Alioto (56433)
2 | Joseph M. Patane (72202)
    Lauren C. Capurro (241151)
3 | **TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
    2280 Union Street
4 | San Francisco, CA 94123
    Telephone: (415) 563-7200
5 | Facsimile: (415) 346-0679
    malioto@tatp.com
6 | jpatane@tatp.com
    laurenrussell@tatp.com

7 | *Lead Counsel for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master No.: 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Date: November 13, 2015<br>Time: 10:00 a.m.<br>Courtroom: One, 17th Floor<br>Judge: Honorable Samuel Conti |

Pursuant to Civil Local Rules 7-11 and 79-5(d), the Indirect Purchaser Plaintiffs ("IPPs") hereby move for administrative relief regarding the Indirect Purchaser Plaintiffs' Notice of Motion and Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives. IPPs respectfully request an order permitting IPPs to file the following documents, or portions thereof, under seal:

> Exhibits 4 and 8 to the Declaration of Mario N. Alioto In Support of Indirect Purchaser Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives.

This motion is supported by the Declaration of Lauren C. Capurro in Support of the IPPs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Capurro Declaration"), dated September 23, 2015. See Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Capurro Declaration, the documents that IPPs seek to file under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (Dkt. 306, amended at Dkt. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential." See Capurro Decl., ¶ 4.

IPPs take no position whether the designated documents satisfy the requirements for sealing. Although IPPs' request is narrowly tailored to include only the information that may require confidentiality, it is Defendants' burden to show good cause for sealing the designated documents by submitting a declaration within four days of the lodging of the designated documents. See Civil Local Rule 79-5(e).

Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement

1

INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

of the parties, the parties are unable to enter into such a stipulation.  See Civil Local Rules 7-11(a) (requiring explanation of lack of stipulation).

Dated: September 23, 2015

Respectfully submitted,

*/s/ Lauren C. Capurro*

Mario N. Alioto
Lauren C. Capurro
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*