# Exhibit 1

| DEFENDANTS' MOTIONS TO DISMISS ||||
|---|---|---|---|
| **NAME OF MOTION** | **DOCKET NO.** | **DEFENDANT** | **LEGAL ARGUMENTS** |
| Defendants' Joint Notice of Motion and Motion to Dismiss Indirect Purchaser Plaintiffs' Consolidated Amended Complaint | 485 | All Defendants | FTAIA; Lack of antitrust standing under *Associated General Contractors*; statute of limitations; various arguments specific to certain state laws |
| LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.'s Notice of Motion and Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint or, in the Alternative, for a More Definite Statement | 467 | LG | Withdrawal and statute of limitations; failure to plead fraudulent concealment; alter ego or agency liability; failure to adequately plead facts showing that each LG entity participated in the conspiracy |
| Notice of Motion and Motion to Dismiss Direct and Indirect Purchasers' Consolidated Amended Complaints as to Panasonic Corp. and Panasonic Corp. of North America | 474 | Panasonic | Failure to state a claim as to Panasonic Corp. and Panasonic Corp of North America under *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007). |
| Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics (Taiwan) Co., Ltd. and Philips Da Amazonia Industria Electronica Ltda.'s Motion to Dismiss the Direct Purchaser Plaintiffs' and the Indirect Purchaser Plaintiffs' Consolidated Amended Complaints | 476 | Philips | Withdrawal and statute of limitations; failure to plead fraudulent concealment; alter ego or agency liability; lack of personal jurisdiction; failure to state a claim as to each Philips entity under *Twombly*. |
| Samsung Electronics Ltd. and Samsung Electronics America, Ltd.'s Notice of Motion and Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint and Memorandum of Law in Support | 482 | Samsung Electronics | Vicarious liability; failure to plead plausible grounds for relief because Samsung Electronics only made TVs and monitors, not CRTs; failure to plead rule of reason claim; failure to adequately plead Samsung Electronics' participation in the conspiracy under *Twombly*. |
| Hitachi Defendants' Notice of Motion and Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint and the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint | 466 | Hitachi | Failure to state a claim as to each Hitachi entity under *Twombly*; withdrawal and statute of limitations; failure to plead fraudulent concealment. |
| The Toshiba Entities' Motion to Dismiss (1) the Direct Purchaser Plaintiffs' Consolidated Amended Complaint; and (2) the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint | 491 | Toshiba | Failure to state a claim as to each Toshiba entity under *Twombly*; withdrawal and statute of limitations; failure to plead fraudulent concealment; alter ego liability. |
| Defendant Tatung Company of America's Notice of Motion and Motion to Dismiss Direct and Indirect Purchasers' Consolidated Amended Complaints | 464 | Tatung | Failure to state a claim as to Tatung under *Twombly*. |

| NAME OF MOTION | DOCKET NO. | DEFENDANT | LEGAL ARGUMENTS |
|---|---|---|---|
| Samtel Color Ltd.'s Notice of Motion and Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint | 492 | Samtel | Lack of personal jurisdiction; failure to state a claim as to Samtel under *Twombly*. |
| Defendants' Joint Notice of Motion and Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint | 733 | All Defendants | Various issues specific to certain state laws; whether a named plaintiff is required for each state at the pleadings stage; relation back for purposes of statute of limitations; whether IPPs could state stand-alone unjust enrichment claims under state common laws. |
| Philips Taiwan Ltd.'s and Philips do Brasil Ltda.'s Notice of Motion and Motion to Dismiss Indirect Purchasers' Fourth Consolidated Amended Complaint | 2470 | Philips Taiwan and Philips Brazil | Lack of personal jurisdiction; insufficient service of process; and failure to prosecute. |