# Exhibit 2

| THIRD PARTY SUBPOENAS SERVED | |
|---|---|
| **Name of Entity** | **Level** |
| Acer America Corporation | Manufacturer |
| Amazon.com | Retailer |
| AOC | Manufacturer |
| Apple | Manufacturer |
| Arrow Electronics | Retailer |
| BenQ USA Corp. | Distributor |
| Best Buy Co., Inc. | Retailer |
| Buy.com | Retailer |
| CDW Corp. | Manufacturer |
| Circuit City | Retailer |
| Costco | Retailer |
| CTX Technology | Distributor |
| Dell, Inc. | Manufacturer |
| Envision Peripherals | Retailer |
| Five Rivers Electronics | Manufacturer |
| Fourstar Group | Distributor |
| Fry's Electronics | Retailer |
| Funai Corporation, Inc. | Manufacturer |
| Gateway, Inc. | Manufacturer |
| Hewlett Packard, Inc. | Manufacturer |
| IBM Corporation | Manufacturer |
| Iiyama North America, Inc. | Distributor |
| Ingram Micro Inc. | Distributor |
| Meijer, Inc. | Retailer |
| NEC Display Solutions of | Manufacturer |
| Newegg.com | Retailer |
| Nexgen Mediatech USA, Inc. | Distributor |
| NowDirect.com | Retailer |
| Office Depot | Retailer |
| OfficeMax, Inc. | Retailer |
| One Diamond Electronics | Retailer |
| PC Connection | Retailer |
| PC Mall | Retailer |

| Name of Entity | Level |
|---|---|
| Proview Technology, Inc. | Manufacturer |
| RadioShack Corp. | Retailer |
| Sam's Club | Retailer |
| Sanyo North America Corp. | Manufacturer |
| Sharp Electronics Corporation | Manufacturer |
| Sony Corporation of American | Manufacturer |
| Sony Electronics, Inc. | Retailer |
| Staples | Retailer |
| Target | Retailer |
| SYNAP | Distributor |
| TCL-Thomson Technologies, Inc. | Manufacturer |
| Tech Data Corp. | Distributor |
| Tech Depot | Retailer |
| UTI Technology, Inc. | Manufacturer |
| Video Display Corporation | Distributor |
| Wal-Mart Stores, Inc. | Retailer |
| Zenith Corp. | Manufacturer |
| Zones | Distributor |