# Exhibit 3

| | DISCOVERY MOTIONS | | | |
|---|---|---|---|---|
| **DATE** | **NAME OF MOTION** | **DOCKET NO.** | **DEFENDANT** | **SUBJECT MATTER** |
| 9/3/2010 | Defendants' Motion to compel Plaintiffs to produce evidence for Plaintiffs' allegations of conspiracy regarding CRT Products | 810 | All Defendants | Defendants moved to compel IPPs and DPPs to produce evidence in support of their allegations that there was a conspiracy to fix prices of finished CRT products. |
| 9/10/2010 | Plaintiffs' Motion To Compel Discovery With Respect To CRT Products | 809 | Hitachi | Hitachi refused to produce any discovery related to finished CRT products on the grounds it was irrelevant because the conspiracy related to CRTs. |
| 9/10/2010 | Plaintiffs' Motion To Compel Discovery of Foreign Conduct and Pricing | 809 | Hitachi | Hitachi refused to produce any documents or data relating to transactions or activities outside the United States on the grounds that claims based on those sales were barred under the FTAIA. |
| 9/10/2010 | Plaintiffs' Motion to Compel Discovery for the Time Period Prior to November of 2003. | 809 | Hitachi | Hitachi refused to produce documents from, or provide any information regarding, the period prior to November 2003. They argued that claims based on purchases prior to that time were barred by the 4 year statute of limitations. |
| 9/28/2010 | Defendants' Motion to Compel Production of Chunghwa Translations | 810 | All Defendants | Defendants moved to compel production of the translated Chunghwa meeting reports that Chunghwa had provided to plaintiffs as part of the settlements. |

| DATE | NAME OF MOTION | DOCKET NO. | DEFENDANT | SUBJECT MATTER |
|---|---|---|---|---|
| 3/3/2011 | Plaintiffs' Motion to Compel Further Discovery from Hitachi Defendants | 877 | Hitachi | IPPs and DPPs moved to compel the following additional discovery: 1. identify & search additional custodial files including Hitachi employees who attended Chunghwa meetings; 2. provide last known contact information of former employees; 3. produce complete organizational charts; 4. disclose methodology for searching custodial files; 5. produce documents and transactional data in a timely fashion. |
| 1/16/2012 | Plaintiffs' Motion to Compel Defendants to Produce English Translations | 1082 | All Defendants | IPPs and DPPs moved to compel Defendants to produce their English translations of documents listed in their interrogatory responses. |
| 2/15/2012 | Motion to Compel Production of Documents and Information from the Toshiba Defendants | 1154 | Toshiba | IPPs and DPPs moved to compel Toshiba to add ten important custodians to the agreed-upon list, and search their files for responsive documents. |
| 3/15/2012 | IPPs' Motion to Compel Discovery from Objector Sean Hull | 1155 | N/A | IPPs moved to compel Sean Hull, an objector to the IPPs' settlement with Chunghwa, to produce documents and appear for his deposition. |
| 3/27/2012 | Motion to Compel Further Discovery from Hitachi Defendants | 1208 | Hitachi | IPPs and DPPs moved to compel Hitachi to: 1. search for and produce documents and information relating to pass-through of the overcharge; 2. restore and search back-up tapes for responsive information; 3. produce transactional data; 4. produce complete organizational charts. |
| 4/18/2013 | IPPs' Motion to Compel Panasonic to Disclose the Last-Known Address of Certain Former Employees | N/A | Panasonic | IPPs moved to compel Panasonic to provide the last known addresses of certain former employees. Panasonic refused to do so pursuant to the Japan Privacy Law. |

| DATE | NAME OF MOTION | DOCKET NO. | DEFENDANT | SUBJECT MATTER |
|---|---|---|---|---|
| 10/15/2013 | Motion for Discovery Order Limiting Objections and Motion to Strike Improper Deposition Errata | 2462 | Toshiba | IPPs and DAPs moved for an order limiting speaking objections at depositions, and to strike to improper deposition errata. |
| 7/1/2014 | Motion to Compel Depositions of Michael Du, Seiichi Fukunaga, Michihiro Yoshino | 2734 | Toshiba, Hitachi and JDI | IPPs and DAPs moved to compel Toshiba and/or JDI (a joint venture between Toshiba and Hitachi Displays) to produce three significant witnesses for deposition. Each of these witnesses were former employees of Toshiba and current employees of JDI. |
| 8/8/2014 | IPPs' Motion to Strike Two Errata on Deposition of Mr. Sung Kook Sung | 3104 | Samsung SDI | IPPs moved to strike two errata on the deposition of a Samsung SDI witness because they substantively altered the testimony. |
| 9/2/2014 | Motion to Compel the Depositions of 5 Recently Disclosed Witnesses or, Alternatively, Limit Their Use at Trial | 3146 | Toshiba | The Toshiba Defendants amended their initial disclosures in early August 2014 to name several new witnesses. IPPs and DAPs moved to compel the depositions of these witnesses. |
| 9/5/2014 | IPPs' Motion to Compel Deposition of Joon Seong (J.S.) Ahn | 3130 | Samsung SDI | IPPs moved to compel defendant Samsung SDI to produce J.S. Ahn for deposition. |
| 9/12/2014 | Omnibus Motion to Compel Further Responses to Contention Interrogatories | N/A | Toshiba, Panasonic | IPPs moved to compel further responses to contention interrogatories. |
| 9/19/2014 | Motion to Compel Supplemental Responses to Interrogatories | N/A | Toshiba | IPPs moved to compel further responses to interrogatories regarding Toshiba and Panasonic's ownership and control of defendant MTPD. |
| 10/29/2014 | IPPs' Motion to Compel Certain Defendants to authenticate documents as business records | N/A | Toshiba | IPPs moved to compel Toshiba to authenticate certain documents as business records. |
| 11/24/2014 | IPPs' Supplemental Motion to Compel Certain Defendants to authenticate documents as business records | N/A | Samsung SDI, Panasonic, Hitachi | IPPs moved to compel additional defendants to authenticate certain documents as business records. |
| 12/22/2014 | Motion to Compel Deposition of Toshiba Witness Shibata | N/A | Toshiba | IPPs moved to compel Toshiba to produce a significant witness for deposition. |