# Exhibit 5

| | CLASS REPRESENTATIVE DEPOSITIONS | | |
|---|---|---|---|
| **DEPONENT** | **DATE** | **STATE** | **LOCATION** |
| Brian Luscher | April 25, 2012 | AZ | Phoenix, AZ |
| Jeffrey Figone | October 19, 2012 | CA | San Francisco, CA |
| Steven Ganz | April 4, 2012 | CA | San Francisco, CA |
| Lawyer's Choice Suites, Inc. | October 11, 2012 | DC | Washington, D.C. |
| David Rooks | November 30, 2012 | FL | Orlando, FL |
| Daniel Riebow | April 17, 2012 | HI | Honolulu, HI |
| Travis Burau | June 8, 2012 | IA | Dallas, TX |
| Southern Office Supply, Inc. | September 28, 2012 | KS | Liberal, KS |
| Kerry Lee Hall | March 21, 2012 | ME | Portland, ME |
| Lisa Reynolds | April 13, 2012 | MI | Grand Rapids, MI |
| David Norby | October 19, 2012 | MN | Minneapolis, MN |
| Barry Kushner | March 2, 2012 | MN | Minneapolis, MN |
| Charles Jenkins | November 14, 2012 | MS | Columbus, MS |
| Steven Fink | November 28, 2012 | NE | Omaha, NE |
| Gloria Comeaux | October 15, 2012 | NV | Las Vegas, NV |
| Craig Stephenson | April 26, 2012 | NM | Albuquerque, NM |
| Janet Ackerman | March 14, 2012 | NY | New York, NY |
| Louise Wood | October 15, 2012 | NY | New York, NY |
| Patricia Andrews | November 7, 2012 | NC | Charlotte, NC |
| Gary Hanson | May 4, 2012 | ND | Fargo, ND |
| Jeff Speaect | November 16, 2012 | SD | Fort Pierre, SD |
| Albert Sidney Crigler | October 23, 2012 | TN | Nashville, TN |
| Margaret Slagle | March 20, 2012 | VT | Burlington, VT |
| John Larch | June 1, 2012 | WV | Weirton, WV |
| Brigid Terry | October 17, 2012 | WI | Janesville, WI |

\*\*  Two named plaintiffs  - not appointed as class representatives – were also deposed: Frank Warner was deposed in Memphis, TN on 2/28/12, and Samuel Nasto was deposed in Las Vegas, NV on May 16, 2012.

(CRT) Antitrust Litigation

Case No. 3:07-cv-5944, MDL No. 1917