# Exhibit 6

| DEFENDANTS PERCIPIENT WITNESSES DEPOSITIONS | | | |
|---|---|---|---|
| **DEPONENT** | **DEFENDANT** | **DATE** | **LOCATION** |
| Song, In Hwan (Vol I - III) | Samsung SDI | 12/12/2012 | San Francisco, CA |
| Lee, Dae Eui (Vol I - III) | Samsung SDI | 1/16/2013 | San Francisco, CA |
| Kinoshita, Ayumu (Vol I - II) | Panasonic | 2/5/2013 | San Francisco, CA |
| Son, Michael (Vol I - II) | Samsung SDI | 2/5/2013 | San Francisco, CA |
| Iwamoto, Shinichi (Vol I - II) | Panasonic | 2/7/2013 | San Francisco, CA |
| Sakashita, Kazuhiro (Vol I - III) | Hitachi | 2/14/2013 | San Francisco, CA |
| Liu, Chih Chun (CC) (Vol I -III) | Chunghwa | 2/19/2013 | Tapei City, Taiwan |
| Yang, Sheng-Jen (Vol I - III) | Chunghwa | 2/22/2013 | Tapei City, Taiwan |
| Lu, Jing Song (Jason) (Vol I - II) | Chunghwa | 2/27/2013 | Tapei City, Taiwan |
| Nishiyama, Hirokazu (Vol I - III) | Panasonic | 3/5/2013 | San Francisco, CA |
| Park, Sang-Kyu (Vol I - III) | Samsung SDI | 3/20/2013 | Seoul, Korea |
| Kim, Duck-Yun (Vol I - III) | Samsung SDI | 3/27/2013 | Seoul, Korea |
| Kobayashi, Nobuhiko (Vol I - III) | Hitachi | 5/15/2013 | San Francisco, CA |
| Ito, Nobuaki (Vol I - III) | Hitachi | 5/22/2013 | San Francisco, CA |
| Kumazawa, Yuuichi (Vol I - III) | Hitachi | 5/29/2013 | San Francisco, CA |
| Hazuku, Kenichi | Hitachi | 6/12/2013 | Chicago, IL |
| Kenichi, Hazuku | Hitachi | 6/12/2013 | Chicago, IL |
| Choi, Hoon (Ricky) (Vol I - III) | Samsung SDI | 6/19/2013 | San Francisco, CA |
| Nishimaru, Kazuhiro (Vol I - III) | Toshiba | 6/26/2013 | San Francisco, CA |
| Yamamoto, Yasuki (Vol I - III) | Toshiba | 7/1/2013 | San Francisco, CA |
| Schmitt, Thomas (Vol I) | Hitachi | 7/11/2013 | Atlanta, GA |
| Lee, Pil Jae (Vol I - II) | LG | 7/16/2013 | Baja California Sur, Mexico |
| Jung, Jin Kang (Cesar) (Vol I - II) | LG | 7/19/2013 | Baja California Sur, Mexico |
| Lee, Jae In (Vol I - III) | Samsung SDI | 7/24/2013 | San Francisco, CA |
| Sanogawaya, Masaki (Vol I - III) | Panasonic | 7/31/2013 | San Francisco, CA |
| Youn, Jun Yeol (Vol I -III) | Samsung SDI | 9/11/2013 | San Francisco, CA |
| Tsuruta, Shinichiro (Vol I - III) | Toshiba | 9/25/2013 | San Francisco, CA |
| Muramatsu, Masashi (Vol I - II) | Panasonic | 10/8/2013 | San Francisco, CA |
| Oh, Kyung Chul (KC) (Vol I - IV) | Samsung SDI | 11/19/2013 | San Francisco, CA |
| Smith, Jim (Vol I - II) | Philips | 12/12/2013 | Newcastle Gateshead, UK |
| Vaartjes, Weibo (Vol I - II) | Philips | 12/18/2013 | San Francisco, CA |
| Ryu, Duk Chul (Vol I - II) | LG | 1/15/2014 | San Francisco, CA |

| DEPONENT | DEFENDANT | DATE | LOCATION |
| --- | --- | --- | --- |
| Ryan, Daniel (Vol I - II) | Toshiba | 1/28/2014 | Washington, D.C. |
| Canavan, Pat (Vol I - II) | Philips | 1/30/2014 | Washington, D.C. |
| Hirai, Kazumasa (Vol I - III) | Hitachi | 2/4/2014 | San Francisco, CA |
| Chu, Hun Sul (Vol I - III) | Samsung SDI | 2/11/2014 | San Francisco, CA |
| Toyama, Noboru (Vol I - II) | Hitachi | 3/11/2014 | San Francisco, CA |
| Chang, Yu-Hau | Panasonic | 3/12/2014 | San Francisco, CA |
| Zhang, Yu-Hao (Vol I - II) | Panasonic | 3/13/2014 | San Francisco, CA |
| Sung, Sung Kook (Vol I - III) | Samsung SDI | 3/18/2014 | San Francisco, CA |
| Heiser, L. Thomas (Vol I - II) | Hitachi USA | 3/18/2014 | Atlanta, GA |
| O'Brien, Bob (Vol I - II) | Philips | 3/20/2014 | New York, NY |
| Hsu, Chih-Yen (Michael) (Vol I - II) | Panasonic | 5/8/2014 | San Francisco, CA |
| Killen, Joseph | Philips | 5/15/2014 | Washington, D.C. |
| Fujita, Norio (Vol I - III) | Toshiba | 6/4/2014 | San Francisco, CA |
| Mortier, Kris (Vol I - II) | Philips | 6/9/2014 | Washington, D.C. |
| Nishimura, Kazutaka (Vol I - III) | Toshiba | 6/10/2014 | San Francisco, CA |
| Kim, Woong Rae (Vol I - II) | Samsung SDI | 7/2/2014 | San Diego, CA |
| Johnson, Jeffrey (Vol I - II) | Philips | 8/13/2014 | Washington, D.C. |
| Choi, Gyu In (Quin) (Vol I - II) | LG | 8/25/2014 | San Diego, CA |
| Spaargaren, Frans | Philips | 8/27/2014 | San Francisco, CA |
| Hanrahan, James | Thomson | 8/27/2014 | Indianapolis, IN |
| Taylor-Boggs, Jacquelyn | Thomson | 8/29/2014 | Indianapolis, IN |
| Hepburn, Alex | Thomson | 9/3/2014 | Brooksville, FL |
| Brunk, Jack | Thomson | 9/5/2014 | Lancaster, PA |
| Nakanishi, Norikazu | Mitsubishi | 9/18/2014 | Chicago, IL |
| Na, Young Bae | LG | 9/23/2014 | London, UK |
| Bessa, Albino | TDA | 10/2/2014 | Phoenix, AZ |
| De Lombaerde, Jan (Vol I - II) | Philips | 10/9/2014 | Washington, D.C. |
| Bond, Clayton (Vol I - II) | Toshiba | 10/16/2014 | Deerfield, IL |
| Kawano, Tomoyuki (Vol I - III) | Toshiba | 10/27/2014 | San Francisco, CA |
| Hirschler, John | Thomson | 10/28/2014 | Lancaster, PA |
| Spaargaren, Franciscus | Philips | 11/5/2014 | Washington, D.C. |
| Milliken, Jack | Toshiba | 11/19/2014 | San Francisco, CA |
| Carson, Thomas | Thomson/Technicolor | 11/21/2014 | Philadelphia, PA |
| Ahn, Joon Seog (Vol I - III) | Samsung | 12/2/2014 | San Francisco, CA |

| DEPONENT | DEFENDANT | DATE | LOCATION |
|---|---|---|---|
| Murata, Koji (Vol I - II) | Mitsubishi | 12/8/2014 | Chicago, IL |
| Konishi, Masahiko (Vol I - II) | Mitsubishi | 12/10/2014 | Chicago, IL |
| Seki, Kunihiko (Vol I - II) | Mitsubishi | 2/24/2015 | Los Angeles, CA |
| Martin, Agnes | Thomson | 3/6/2015 | Paris, France |
| Trutt, Didier | Thomson | 3/9/2015 | Paris, France |
| Charamel, Emeric | Thomson | 3/10/2015 | Paris, France |