# Exhibit 7

| DAP AND THIRD-PARTY DEPOSITIONS ||||
|---|---|---|---|
| **DEPONENT** | **ENTITY** | **DATE** | **DAP/THIRD PARTY** |
| Schuh, Daniel | ABC Warehouse | 8/21/2013 | DAP |
| Vigneau, Gary | ABC Warehouse | 3/26/2014 | DAP |
| Tanas, Constantin (Gus) | ABC Warehouse | 3/27/2014 | DAP |
| Parolisi, Chris | PC Richard | 4/7/2014 | DAP |
| Bogdanov, John | PC Richard | 4/8/2014 | DAP |
| Bone, Michael | ABC Warehouse | 5/28/2014 | DAP |
| Dirven, David | ABC Warehouse | 5/29/2014 | DAP |
| Fields, Aimee | MARTA | 6/4/2014 | DAP |
| Sokol, Jeffrey | MARTA | 6/6/2014 | DAP |
| Groves, Christopher | Best Buy | 6/20/2014 | DAP |
| Williams, Todd | Target | 6/24/2014 | DAP |
| Ashley, Kent | Target | 6/25/2014 | DAP |
| Sampietro, Vincent | Sharp | 6/25/2014 | DAP |
| LaRegina, John | P.C. Richard | 6/26/2014 | DAP |
| Scaglione, Robert | Sharp | 6/26/2014 | DAP |
| Shulklapper, Andrew | Circuit City | 7/8/2014 | DAP |
| Linsky, Wendy | Tech Data | 7/16/2014 | DAP |
| Souder, Rick | Circuit City | 7/23/2014 | DAP |
| Mann, Warren | MARTA | 7/25/2014 | DAP |
| Adamo, Claudine | Costco | 7/29/2014 | DAP |
| Nakanishi, Toshihito (Vol I - II) | Sharp | 7/29/2014 | DAP |
| Furey, Timothy | Circuit City | 7/30/2014 | DAP |
| Schmenger, Dave | Costco | 7/30/2014 | DAP |
| Prescott, William | Costco | 7/31/2014 | DAP |
| PC Connection, Inc. | PC Connection, Inc. | 8/4/2014 | Third Party |
| Garvin, Martin | Dell | 8/6/2014 | DAP |
| Ingram Micro, Inc. | Ingram Micro, Inc. | 8/6/2014 | Third Party |
| Bryan, Angus | BrandsMart | 8/7/2014 | DAP |
| Hewlett-Packard Company | Hewlett-Packard Comp | 8/7/2014 | Third Party |
| Ford, Angela | Dell | 8/8/2014 | DAP |
| Garcia, Paul | BrandsMart | 8/8/2014 | DAP |
| Jemo, Michael | Sears/KMartFact | 8/8/2014 | DAP |
| Johnson, Robert | BrandsMart | 8/8/2014 | DAP |
| Calkins, Dea | Best Buy | 8/12/2014 | DAP |
| Farmer, Tim | Costco | 8/12/2014 | DAP |
| Ducatelli, Tom | CompuCom | 8/13/2014 | DAP |
| Selman, Dennis | Dell | 8/13/2014 | DAP |
| Tennenbaum, Elise | CompuCom | 8/13/2014 | DAP |
| Lopez, Lloyd | CompuCom | 8/14/2014 | DAP |
| Nolan, Michael | CompuCom | 8/14/2014 | DAP |
| Thole, Lee | Target | 8/14/2014 | DAP |
| Neland, Glenn | Dell | 8/15/2014 | DAP |

| DEPONENT | ENTITY | DATE | DAP/THIRD PARTY |
|---|---|---|---|
| Tay, Paul | Dell | 8/18/2014 | DAP |
| Columbus, Jamie | Office Depot | 8/19/2014 | DAP |
| Will, Joshua | Best Buy | 8/19/2014 | DAP |
| Carver, Brian | Best Buy | 8/20/2014 | DAP |
| Dowdy, David | Circuit City | 8/20/2014 | DAP |
| Fritz, Wendy | Best Buy | 8/20/2014 | DAP |
| Hartunian, Martin | ABC Warehouse | 8/20/2014 | DAP |
| Sapienza, Bernie | Tweeter | 8/20/2014 | DAP |
| Bonfig, Jason | Best Buy | 8/21/2014 | DAP |
| Blackmond, Jacqueline | Sears | 8/22/2014 | DAP |
| Silverman, Todd | Office Depot | 8/22/2014 | DAP |
| Stone, Jeff | Tweeter | 8/22/2014 | DAP |
| Stringfellow, Thomas | Dell | 8/22/2014 | DAP |
| Bacchus, Robert | Tech Data | 8/22/2014 | Third Party |
| TigerDirect, Inc. | TigerDirect, Inc. | 8/22/2014 | Third Party |
| Melnick, Jon | Dell | 8/23/2014 | DAP |
| Bengier, James | Tweeter | 8/25/2014 | DAP |
| Yadon, Lora | Wal-Mart | 8/25/2014 | DAP |
| Wal-Mart | Wal-Mart | 8/25/2014 | Third Party |
| Hess, Glenna | Sears | 8/26/2014 | DAP |
| Britton, Philip | Best Buy | 8/27/2014 | DAP |
| Pappas, Philo | Tweeter | 8/27/2014 | DAP |
| Smith, Gerry | Dell | 8/27/2014 | DAP |
| Smith, Rebecca | Target | 8/27/2014 | DAP |
| Seth, Rajesh/Fry's Electronics | Fry's Electronics, Inc. | 8/27/2014 | Third Party |
| Ratley, Ricky | Dell | 8/28/2014 | DAP |
| Roshinski, Frank | Tweeter | 8/28/2014 | DAP |
| Teel, Roger | Sears | 8/28/2014 | DAP |
| Ali, George | TigerDirect, Inc. | 8/28/2014 | Third Party |
| Karam, Shelly | Sears | 9/3/2014 | DAP |
| Lillie, Shutuan | Dell | 9/3/2014 | DAP |
| Tibbils, Kent / ASI Computer Technologies | ASI Computer Technol | 9/3/2014 | Third Party |
| Carter, Matthew | Target | 9/4/2014 | DAP |
| Richard, Gregg | PC Richard | 9/4/2014 | DAP |
| Paquette, Paula | K-Mart | 9/5/2014 | DAP |
| Ray, Mike | Best Buy | 9/5/2014 | DAP |
| French, Julie | Dell | 9/9/2014 | DAP |
| Bacon, Charles | Sears | 9/9/2014 | Third Party |
| Crandall, John / Amazon.com, Inc. | Amazon.com, Inc. | 9/10/2014 | Third Party |
| Arif, Tony / Newegg, Inc. | Newegg, Inc. | 9/11/2014 | Third Party |
| Koziol, Kathleen | Electrograph | 9/16/2014 | DAP |
| Foxhall, Steven | Office Max | 9/17/2014 | DAP |
| Taylor, Sam | Electrograph | 9/18/2014 | DAP |
| Ayala, Debbie | Best Buy | 10/4/2014 | DAP |
| Chikhani, Rabih | Electrograph | 10/15/2014 | DAP |

| DEPONENT | ENTITY | DATE | DAP/THIRD PARTY |
|---|---|---|---|
| Jeffcoat, Kellmeny | Tech Data | 10/15/2014 | DAP |
| Ivani, Alex | Electrograph | 10/16/2014 | DAP |
| Chen-Kao, Bodil | ViewSonic | 11/6/2014 | DAP |
| Yang, Rose | ViewSonic | 11/7/2014 | DAP |