# Exhibit 9

| EXPERT DEPOSITIONS | | |
|---|---|---|
| **EXPERT** | **PARTY** | **DEPOSITION DATE** |
| Netz, Janet | IPPs | 11/15/2012 |
| Willig, Robert D. | Certain Defendants | 1/24/2013 |
| Netz, Janet | IPPs | 3/15/2013 |
| Leitzinger, Jeffrey | DPPs | 8/22/2013 |
| Rao, Mohan | DAP (Dell) | 6/10/2014 |
| McClave, James | DAPs | 6/25/2014 |
| Howell, Vandy | Hitachi Defendants | 6/26/2014 |
| Netz, Janet | IPPs | 6/27/2014 |
| Frankel, Alan | DAPs | 7/10/2014 |
| Haggard, Stephan | DAPs | 7/10/2014 |
| Wu, Lawrence | Philips Defendants | 7/11/2014 |
| Klein, Gordon | LG Defendants | 7/16/2014 |
| Elzinga, Kenneth | DAPs | 7/17/2014 |
| Hausman, Jerry | DAP (Sharp) | 7/23/2014 |
| Netz, Janet | IPPs | 9/5/2014 |
| Ordover, Janusz (Vol I - II) | Certain Defendants | 9/5/2014 |
| Rubinfeld, Daniel | Samsung SDI Defendants | 9/8/2014 |
| Rothman, Dov | Mitsubishi Defendants | 9/11/2014 |
| Snyder, Edward | Toshiba Defendants | 9/11/2014 |
| Harris, Barry | Thomson Defendants | 9/12/2014 |
| Wu, Lawrence | Philips Defendants | 9/12/2014 |
| Williams, Darrell | Panasonic Defendants | 9/15/2014 |
| Carlton, Dennis (Vol I - II) | Certain Defendants | 9/16/2014 |
| Guerin-Calvert, Margaret | Certain Defendants | 9/17/2014 |
| Whinston, Michael | DAP (Sharp) | 9/17/2014 |
| Elzinga, Kenneth | DAPs | 9/18/2014 |
| Howell, Vandy | Hitachi Defendants | 9/18/2014 |
| Willig, Robert | Certain Defendants | 9/19/2014 |
| Elzinga, Kenneth | DAPs | 10/15/2014 |
| Frankel, Alan | DAPs | 10/24/2014 |
| Elzinga, Kenneth | DAPs | 10/27/2014 |

| EXPERT | PARTY | DEPOSITION DATE |
|---|---|---|
| Lys, Thomas | DAPs | 10/29/2014 |
| McClave, James | DAPs | 10/29/2014 |
| Netz, Janet | IPPs | 10/31/2014 |
| Hausman, Jerry | DAP (Sharp) | 11/3/2014 |