# Exhibit 10

| DEFENDANTS' RULE 30(B)(6) DEPOSITIONS | | | |
|---|---|---|---|
| **DEPONENT** | **DATE** | **DEFENDANT** | **LOCATION** |
| Lee, Jae In (Vol I - II) | 6/6/2012 | Samsung SDI | San Francisco, CA |
| Heiser, L. Thomas | 7/3/2012 | Hitachi | Atlanta, GA |
| Park, Choong Ryul | 7/9/2012 | LG | San Francisco, CA |
| Seong, Mok Hyeon | 7/9/2012 | LG | San Francisco, CA |
| Iwasawa, Toru | 7/11/2012 | Hitachi | San Francisco, CA |
| Lee, Yun Seok | 7/11/2012 | LG | San Francisco, CA |
| Morishima, Yasuhiro | 7/12/2012 | Hitachi | San Francisco, CA |
| Takeda, Yasuhisa | 7/12/2012 | Hitachi | San Francisco, CA |
| Kwon, Kyung Tae | 7/13/2012 | LG | San Francisco, CA |
| Nakano, Takashi | 7/13/2012 | Panasonic | San Francisco, CA |
| London, Kim | 7/16/2012 | Samsung | New York, NY |
| Tobinaga, Tatsuo (Vol I -II) | 7/16/2012 | Panasonic | San Francisco, CA |
| Kobayashi, Nobuhiko | 7/17/2012 | Hitachi | San Francisco, CA |
| Nishiyama, Hirokazu (Vol I - II) | 7/17/2012 | Panasonic | San Francisco, CA |
| Panosian, Steve | 7/17/2012 | Samsung SDI | New York, NY |
| Eguchi, Hiroshi | 7/18/2012 | Hitachi | San Francisco, CA |
| Kawashima, Yasuhiko (Vol I - II) | 7/18/2012 | Hitachi | San Francisco, CA |
| Wolff, Edwin | 7/18/2012 | Panasonic | San Francisco, CA |
| Kimura, Masahiro | 7/19/2012 | Panasonic | San Francisco, CA |
| Kurosawa, Koji | 7/30/2012 | Toshiba | Washington, D.C. |
| DeMoor, Roger (Vol I - II) | 7/31/2012 | Philips | Washington, D.C. |
| Heinecke, Jay Alan | 7/31/2012 | TAEC | Washington, D.C. |
| Huber, Richard | 8/1/2012 | Toshiba | Washington, D.C. |
| Uchiyama, Yoshiaki | 8/1/2012 | Toshiba Corp | Washington, D.C. |
| Rodriguez, Modesto | 8/23/2012 | Hitachi | San Diego, CA |
| Whalen, William | 8/23/2012 | Hitachi | San Diego, CA |
| Tsukamoto, Hitoshi (Vol I - II) | 9/22/2014 | Mitsubishi | Chicago, IL |
| Hara, Kenzaburo (Vol II) | 9/23/2014 | Mitsubishi | Chicago, IL |
| Tamba, Mio | 9/24/2014 | Toshiba | Irvine, CA |
| Nowicki, Robert | 10/9/2014 | Panasonic | New York, NY |
| Barrett, Patrick | 11/4/2014 | Hitachi | Miami, FL |
| Ehret, Meggan (Vol I - II) | 1/8/2015 | Thomson | Indianapolis, IN |