# Exhibit 11

**DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

| NAME OF MOTION | DOCKET NO. | FILING DEFENDANT |
|---|---|---|
| Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and Statutes of Limitations | Docket No. 2972 | Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devises (USA), Inc.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc. |
| Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) SDN. BHD.'s Motion for Summary Judgment Direct Action Plaintiffs' State Law Claims on Due Process Grounds | Docket No. 2973 | Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) SDN. BHD.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc. |
| Hitachi Parties' Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy | Docket No. 2976 | Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America Ltd.<br>Hitachi Electronic Devises (USA), Inc.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc. |
| Defendants' Motion for Summary Judgment on Plaintiffs' Umbrella Damages | Docket No. 2977 | Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Information Systems, Inc.<br>Toshiba America Electronic Components, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia)<br>LG Electronics, Inc.<br>LG Electronics U.S.A., Inc.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Technologies Displays Americas LLC<br>Beijing Matsushita Color CRT Co., Ltd. |

| NAME OF MOTION | DOCKET NO. | FILING DEFENDANT |
|---|---|---|
| Defendants' Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds | Docket No. 2978 | Samsung SDI America, Inc. Samsung SDI Co., Ltd. Samsung SDI (Malaysia) SDN. BHD. Samsung SDI Mexico S.A. DE C.V. Samsung SDI Brasil Ltda. Shenzen Samsung SDI Co., Ltd. Tianjin Samsung SDI Co., Ltd. Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) Panasonic Corporation of North America MT Picture Display Co., Ltd. Koninklijke Philips N.V. Philips Electronics North America Corporation Philips Taiwan Ltd. Philips do Brasil, Ltda. Beijing-Matsushita Color CRT Company, Ltd. Hitachi, Ltd. Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) Hitachi Asia, Ltd. Hitachi America, Ltd. Hitachi Electronic Devices (USA), Inc. Toshiba Corporation Toshiba America, Inc. Toshiba America Information Systems, Inc. Toshiba America Consumer Products, L.L.C. Toshiba America Electronic Components, Inc. Chunghwa Picture Tubes, Ltd. Chunghwa Picture Tubes (Malaysia) SDN. BHD. LG Electronics, Inc. LG Electronics U.S.A., Inc. LG Electronics Taiwan Taipei Co., Ltd. Mitsubishi Electric Corporation Mitsubishi Electric US, Inc. Mitsubishi Electric Visual Solutions America, Inc. |
| Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment | Docket No. 2981 | Thomson Consumer Electronics, Inc. Toshiba Corporation Toshiba America, Inc. Toshiba America Information Systems, Inc. Toshiba America Consumer Products, L.L.C. Toshiba America Electronic Components, Inc. |
| SDI Defendants' Motion for Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics | Docket No. 2983 | Samsung SDI Co., Ltd. Samsung SDI America, Inc. Samsung SDI (Malaysia) SDN. BHD. Samsung SDI Mexico S.A. de C.V. Samsung SDI Brasil Ltda. Shenzen Samsung SDI Co., Ltd. Tianjin Samsung SDI Co., Ltd. Toshiba Corporation Toshiba America, Inc. Toshiba America Information Systems, Inc. Toshiba America Consumer Products, L.L.C. Toshiba America Electronic Components, Inc. |
| Defendant Technologies Displays Americas LLC's Motion for Summary Judgment | Docket No. 2984 | Technologies Displays Americas LLC |
| Beijing Matsushita Color CRT Co., Ltd.'s Motion to Dismiss Under Rule 12(b)(2) and Motion for Summary Judgment Under Rule 56 for Lack of Personal Jurisdiction | Docket No. 2987 | Beijing Matsushita Color CRT Co., Ltd. |
| Defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and for Lack of Standing to Seek Injunctive Relief | Docket No. 2990 | Beijing Matsushita Color CRT Co., Ltd. |

| NAME OF MOTION | DOCKET NO. | FILING DEFENDANT |
|---|---|---|
| Defendants' Motion for Summary Judgment With Respect to MARTA | Docket No. 2994 | Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia)<br>LG Electronics, Inc.<br>LG Electronics U.S.A., Inc.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Technologies Displays Americas LLC |
| The Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal | Docket No. 2995 | Toshiba Corporation,<br>Toshiba America, Inc.,<br>Toshiba America Consumer Products, LLC,<br>Toshiba America Information Systems, Inc.,<br>Toshiba America Electronic Components, Inc. |
| Defendants' Joint Motion for Partial Summary Judgment Against Costco on Choice of Law Grounds | Docket No. 2997 | LG Electronics, Inc.<br>LG Electronics U.S.A., Inc.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Technologies Displays Americas LLC |

| NAME OF MOTION | DOCKET NO. | FILING DEFENDANT |
|---|---|---|
| Defendants' Joint Motion for Partial Summary Judgment Against Electrograph, P.C. Richard and Marta on Choice Of Law Grounds | Docket No. 3000 | LG Electronics, Inc.<br>LG Electronics U.S.A., Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>MT Picture Display Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Beijing-Matsushita Color CRT Company, Ltd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc. |
| Defendants Panasonic Corporation of North America's and Panasonic Corporation's Motion for Summary Judgment | Docket No. 3001 | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc. |
| Defendants' Joint Motion For Partial Summary Judgment Against CompuCom Systems, Inc. on Choice Of Law Grounds | Docket No. 3002 | LG Electronics, Inc.<br>LG Electronics USA, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA | Docket No. 3003 | Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) SDN. BHD. |

| NAME OF MOTION | DOCKET NO. | FILING DEFENDANT |
|---|---|---|
| Defendants' Joint Motion for Partial Summary Judgment Against Magnolia Hi-Fi on Choice Of Law Grounds | Docket No. 3004 | LG Electronics, Inc.<br>LG Electronics USA, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>MT Picture Display Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Beijing-Matsushita Color CRT Company, Ltd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) SDN. BHD. |
| Defendants' Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales | Docket No. 3006 | Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Information Systems, Inc.<br>Toshiba America Electronic Components, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia)<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Technologies Displays Americas LLC<br>Beijing Matsushita Color CRT Co., Ltd. |
| Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | Docket No. 3008 | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd. |

| NAME OF MOTION | DOCKET NO. | FILING DEFENDANT |
|---|---|---|
| Certain Defendants' Motion for Partial Summary Judgment With Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo | Docket No. 3014 | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) Panasonic Corporation of North America MT Picture Display Co., Ltd. Toshiba Corporation Toshiba America, Inc. Toshiba America Information Systems, Inc. Toshiba America Consumer Products, L.L.C. Toshiba America Electronic Components, Inc. Koninklijke Philips N.V. Philips Electronics North America Corporation LG Electronics, Inc. LG Electronics USA, Inc. LG Electronics Taipei Co., Ltd. Hitachi, Ltd. Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.) Hitachi Asia, Ltd. Hitachi America, Ltd. Hitachi Electronic Devices (USA), Inc. Samsung SDI America, Inc. Samsung SDI Co., Ltd. Samsung SDI (Malaysia) SDN. BHD. Samsung SDI Mexico S.A. DE C.V. Samsung SDI Brasil Ltda. Shenzen Samsung SDI Co., Ltd. Tianjin Samsung SDI Co., Ltd. Thomson SA Thomson Consumer Electronics, Inc. Mitsubishi Electric Corporation Mitsubishi Electric US, Inc. Mitsubishi Electric Visual Solutions America, Inc. Beijing Matsushita Color CRT Co., Ltd. |
| Defendants' Joint Motion for Partial Summary Judgment Against Office Depot on Choice of Law Grounds | Docket No. 3021 | LG Electronics, Inc. LG Electronics USA, Inc. Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) Panasonic Corporation of North America MT Picture Display Co., Ltd. Toshiba Corporation Toshiba America, Inc. Toshiba America Information Systems, Inc. Toshiba America Consumer Products, L.L.C. Toshiba America Electronic Components, Inc. Hitachi, Ltd. Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) Hitachi Asia, Ltd. Hitachi America, Ltd. Hitachi Electronic Devices (USA), Inc. Samsung SDI America, Inc. Samsung SDI Co., Ltd. Samsung SDI (Malaysia) SDN. BHD. Samsung SDI Mexico S.A. DE C.V. Samsung SDI Brasil Ltda. Shenzen Samsung SDI Co., Ltd. Tianjin Samsung SDI Co., Ltd. Koninklijke Philips N.V. Philips Electronics North America Corporation Chunghwa Picture Tubes, Ltd. Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| Mitsubishi Electric Defendants' Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases From NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation | Docket No. 3026 | Mitsubishi Electric Corporation Mitsubishi Electric US, Inc. Mitsubishi Electric Visual Solutions America, Inc. |
| Defendants Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda's Motion for Partial Summary Judgment | Docket No. 3027 | Philips Electronics North America Corporation Philips Taiwan Limited Philips do Brasil Ltda. Toshiba Corporation Toshiba America, Inc. Toshiba America Information Systems, Inc. Toshiba America Consumer Products, L.L.C. Toshiba America Electronic Components, Inc. |

| NAME OF MOTION | DOCKET NO. | FILING DEFENDANT |
|---|---|---|
| Defendants' Joint Motion For Partial Summary Judgment Against Certain Direct Action Plaintiffs On Due Process Grounds | Docket No. 3029 | LG Electronics, Inc.<br>LG Electronics USA, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>MT Picture Display Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Beijing-Matsushita Color CRT Company, Ltd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc. |
| Defendants' Joint Motion For Partial Summary Judgment Against Certain Direct Action Plaintiffs on State Law Claims Limited To Intrastate Activity | Docket No. 3031 | LG Electronics, Inc.<br>LG Electronics USA, Inc.<br>LG Electronics Taiwan Taipei Co., Ltd.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>MT Picture Display Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Beijing-Matsushita Color CRT Company, Ltd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Technologies Displays Americas LLC |
| LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds | Docket No. 3032 | LG Electronics, Inc.<br>LG Electronics, U.S.A., Inc.<br>LG Electronics, Taiwan Taipei Co., Ltd. |
| Koninklijke Philips N.V.'s, Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips do Brasil Ltda.'s Motion for Summary Judgment Against Indirect Purchaser Plaintiffs Who Are Natural Persons Residing in California | Docket No. 3034 | Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Limited<br>Philips do Brasil Ltda.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc. |
| Mitsubishi Electric Corporation's Motion for Summary Judgment | Docket No. 3037 | Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc. |

| NAME OF MOTION | DOCKET NO. | FILING DEFENDANT |
|---|---|---|
| Koninklijke Philips N.V.'s Motion for Summary Judgment | Docket No. 3040 | Koninklijke Philips N.V.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc. |
| Defendants' Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds | Docket No. 3044 | LG Electronics, Inc.<br>LG Electronics U.S.A., Inc.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc. |
| LG and Mitsubishi Electric Subsidiaries' Motion for Summary Judgment | Docket No. 3048 | LG Electronics, Inc.<br>LG Electronics U.S.A., Inc.<br>LG Electronics Taipei Co., LTD<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc. |
| Defendants' Joint Motion for Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing under Federal and Certain State Laws | Docket No. 3050 | Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br> Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Limited<br>Philips do Brasil Ltda.<br>LG Electronics, Inc.<br>LG Electronics USA, Inc.<br>LG Electronics Taipei Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display, Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Co., Ltd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Beijing-Matsushita Color CRT Company, Ltd.<br>Technologies Displays Americas LLC |

| NAME OF MOTION | DOCKET NO. | FILING DEFENDANT |
|---|---|---|
| LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds | Docket No. 3053 | LG Electronics, Inc.<br>LG Electronics U.S.A., Inc.<br>LG Electronics Taiwan Taipei Co., Ltd. |
| LG Electronics, Inc.'s Motion For Partial Summary Judgment on Withdrawal Grounds | Docket No. 3086 | LG Electronics, Inc.<br>LG Electronics U.S.A., Inc.<br>LG Electronics Taiwan Taipei Co., Ltd. |
| Defendants Chunghwa Picture Tubes, Ltd. And Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion for Partial Summary Judgment for Lack of Standing as to Viewsonic Corporation | Docket No. 3102 | Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| Defendants' Joint Motion for Summary Judgment Against Viewsonic Corporation Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce | Docket No. 3108 | Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>LG Electronics, Inc.<br>LG Electronics USA, Inc.<br>LG Electronics Taiwan Taipei Co., Ltd.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Limited<br>Philips do Brasil Ltda. |