Exhibit 12

| DEFENDANTS' MOTIONS IN LIMINE AND OTHER PRETRIAL MOTIONS | | |
|---|---|---|
| **NAME OF MOTION** | **DOCKET NO.** | **MOVING PARTIES** |
| Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable to the Chunghwa Defendants | Docket No. 3526 | Chunghwa Picture Tubes, Ltd. Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| Hitachi Defendants' Motion in Limine to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its Specific, Individual Corporate Entity Name or as "SEG" | Docket No. 3536 | Hitachi, Ltd. Hitachi Displays, Ltd. (n/k/a/ Japan Display Inc.) Hitachi America, Ltd. Hitachi Asia, Ltd. Hitachi Electronic Devices (USA). Inc. |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 1: To Preclude Reference to Duplicative Recovery | Docket No. 3537 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 2: To Preclude Reference to Treble Damages, Fees, and Costs | Docket No. 3538 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 3: To Preclude Reference to the Financial Condition of Named Plaintiffs | Docket No. 3539 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 4: To Preclude Reference to Other Lawsuits Filed by Any of the Named Plaintiffs | Docket No. 3540 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 5: To Preclude Reference to Relationships between Lawyers and Plaintiffs | Docket No. 3541 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 6: To Preclude Reference to Plaintiffs' Attendance or Non-Attendance at Trial | Docket No. 3542 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 7: To Preclude Reference to or Argument About How Class Plaintiffs Became Involved in This Case or That the Case is "Lawyer-Driven" | Docket No. 3543 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 8: To Preclude Reference to and Exclude Evidence of the Absence of Criminal Indictment, Conviction or Guilty Plea | Docket No. 3544 | Indirect Purchaser Plaintiffs |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Indirect Purchaser Plaintiffs' Motion In Limine No. 9: To Preclude Reference to or Argument About Plaintiffs' Failure to Mitigate Damages | Docket No. 3545 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 10: To Exclude the Testimony of Witnesses not Designated Pursuant to the Court's Scheduling Orders | Docket No. 3546 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 11: To Preclude Argument and Exclude Evidence Regarding Possible Effects of a Large Damage Award | Docket No. 3547 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 12: To Exclude Percipient Witnesses, Except for One Party Representative, from the Courtroom Unless They are Testifying | Docket No. 3548 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 13: To Preclude Live Testimony of Defendants' Witnesses Who are Not Made Available to Testify Live in Plaintiffs' Case-in-Chief | Docket No. 3549 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 14: To Limit Defendants' Deposition Designations Presented in Plaintiffs' Case to Reasonable Cross and to Exclude Unrelated Designations | Docket No. 3550 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 15: To Preclude Reference to the Fact, Terms or Amounts of Prior Settlements | Docket No. 3551 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 16: To Preclude Reference to and Exclude Evidence of Other CRT Litigations | Docket No. 3552 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 17: To (1) Preclude Argument That the Samsung SDI Guilty Plea Includes DOJ Findings of Fact; (2) Exclude Evidence of the Volume of Affected Sales in the Guilty Plea; (3) Exclude Evidence of the Fact and Amount of the Criminal Fine; and (4) Exclude Any Statement by the DOJ Characterizing the CRT Conspiracy | Docket No. 3553 | Indirect Purchaser Plaintiffs |
| Indirect Purchaser Plaintiffs' Motion In Limine No. 18: To Preclude Argument That Price Fixing was Pro-Competitive or Necessary | Docket No. 3554 | Indirect Purchaser Plaintiffs |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Indirect Purchaser Plaintiffs' Motion In Limine No. 19: To Exclude Character Evidence | Docket No. 3555 | Indirect Purchaser Plaintiffs |
| Defendants' Motion in Limine No. 3: To Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigation of the Cathode Ray Tube Industry | Docket No. 3556 | Chunghwa Picture Tubes, Ltd. Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. Samsung SDI America, Inc. Samsung SDI Co., Ltd. Samsung SDI (Malaysia) SDN. BHD. Samsung SDI Mexico S.A. DE C.V. Samsung SDI Brasil Ltda. Shenzen Samsung SDI Co., Ltd. Tianjin Samsung SDI Co., Ltd. LG Electronics, Inc. Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) Panasonic Corporation of North America MT Picture Display Co., Ltd Toshiba Corporation Toshiba America, Inc. Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C. Toshiba America Electronic Components, Inc. Koninklijke Philips N.V. Philips Electronics North America Corporation Philips Taiwan Ltd. Philips do Brasil, Ltda. Thomson SA Thomson Consumer Electronics, Inc. Technologies Displays Americas LLC |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Motion in Limine No. 11: To Exclude References to Documents or Behavior Not in Evidence | Docket No. 3557 | Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America, Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>LG Electronics, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.,<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Technologies Displays Americas LLC |
| Motion to Exclude Evidence or Argument Regarding Plaintiffs' Competitive Intelligence Practices | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Motion to Exclude Evidence or Argument Regarding Downstream Pass-Through | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude Evidence or Argument Regarding Plaintiffs' Private Label CRT Products | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude Evidence or Argument Regarding Plaintiffs' Purported "Market Power" | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Motion to Exclude Evidence or Argument Regarding Plaintiffs' Ability to Seek Treble Damages and Attorneys' Fees and Costs | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude Evidence or Argument Regarding Other Actions and Settlements in this MDL | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude Argument That Plaintiffs' Claims are Barred Because They Arise from Foreign Commerce | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Motion to Exclude Evidence or Argument regarding Plaintiffs' Alleged Failure to Mitigate Their Damages | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude Live Witnesses from Testifying in Defendants' Case-In-Chief Who Were Not Made Available for Live Testimony in Plaintiffs' Case-In-Chief | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude Evidence or Argument regarding Incomplete Pass-Through of Overcharges through Affiliate Entities | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude Percipient Witnesses, Except for One Party Representative, From the Courtroom Unless They Are Testifying | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude Argument or Evidence Regarding Purportedly Pro-Competitive Justifications For Defendants' Agreements Regarding CRT Price, Supply, Production, or Customers | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Motion to Exclude References to and Evidence of Defendants' Non-Indictment | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Admit Testimony of Summary Witness | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude Evidence of or References to the Retailer Plaintiffs Purchasing Finished Products Containing CRTs from Plaintiff ViewSonic or Plaintiff Sharp | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Motion to Exclude Evidence of or References to ViewSonic's Purchasing Team Moving Abroad After The Purchases at Issue in This Case Were Made | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Motion to Exclude References to the Current Financial Condition of Any of the Named Plaintiffs | Docket No. 3558 | Best Buy Co., Inc.<br>Best Buy Enterprise Services, Inc.<br>Best Buy Purchasing LLC<br>Best Buy Stores, L.P.<br>Best Buy.com LLC<br>Sears, Roebuck and Co.<br>Kmart Corp.<br>Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust<br>Target Corp.<br>ViewSonic Corp.<br>Sharp Electronics Corporation<br>Sharp Electronics Manufacturing Company of America, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Joint Motion in Limine for Pretrial Proffer and Ruling on Admissibility of Alleged Co-Conspirator Statements under Fed. R. E. 801(d)(2)(E) | Docket No. 3559 | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>LG Electronics, Inc.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America, Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Technologies Displays Americas LLC |
| SDI Defendants' Motion In Limine To Prohibit Plaintiffs From Conflating SDI With Non-Parties, Including But Not Limited to Samsung Electronics Co., Ltd. | Docket No. 3561 | Samsung SDI Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. de C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd. |
| SDI Defendants' Motion In Limine To Exclude Irrelevant And Highly Prejudicial Portions Of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 | Docket No. 3565 | Samsung SDI Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. de C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Motion In Limine to Exclude Plaintiffs' "Price Ladder" Theory of Recovery | Docket No. 3568 | LG Electronics, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America, Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Technologies Displays Americas LLC<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Joint Motion In Limine To Exclude Improper Characterization Of Or References To Defendants And Alleged Co-Conspirators | Docket No. 3571 | Samsung SDI Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. de C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America, Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>LG Electronics, Inc.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Technologies Displays Americas LLC<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Motion In Limine to Exclude LCD and Other Non-CRT Product Conspiracies | Docket No. 3572 | LG Electronics, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America, Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. de C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Technologies Displays Americas LLC<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc. |
| The Toshiba Defendants' Motion in Limine to Preclude Evidence Regarding Damages Allegedly Suffered by the New York Indirect Purchaser Plaintiff Class Prior to December 23, 1998 | Docket No. 3573 | Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Information Systems, Inc.<br>Toshiba America Electronic Components, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Joint Defense Motion In Limine to Exclude Evidence of Any Alleged Price-Fixing Conspiracy | Docket No. 3574 | Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Technologies Displays Americas LLC<br> LG Electronics, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>MT Picture Display Co., Ltd.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Information Systems, Inc.<br>Toshiba America Electronic Components, Inc.<br> Samsung SDI Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. de C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd. |
| The Toshiba Defendants' Motion in Limine to Preclude IPP Alter Ego Theories of Liability at Trial | Docket No. 3576 | Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Electronic Components, Inc. |
| The Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation | Docket No. 3577 | Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Electronic Components, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Motion in Limine To Exclude Dr. Frankel's Inflation Adjusted Damages | Docket No. 3578 | Samsung SDI Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. de C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America, Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>LG Electronics, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Technologies Displays Americas LLC |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Joint Motion in Limine to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-In-Chief and Limit Use of Deposition Testimony | Docket No. 3579 | Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Information Systems, Inc.<br>Toshiba America Electronic Components, Inc.<br>Chunghwa Picture Tubes, Ltd<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America, Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>LG Electronics, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Technologies Displays Americas LLC |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Joint Motion In Limine To Exclude Evidence Or Argument Of Positive Net Worth Of Defendants Or Their Purportedly Affiliated Companies | Docket No. 3581 | Samsung SDI Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. de C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America, Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>LG Electronics, Inc.<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Technologies Displays Americas LLC<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Motion in Limine  to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations | Docket No. 3583 | Toshiba Corporation,<br>Toshiba America, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Information Systems, Inc.<br>Toshiba America Electronic Components, Inc.<br>Chunghwa Picture Tubes, Ltd<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>LG Electronics, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Technologies Displays Americas LLC |
| The Toshiba Defendants' Motion to Decertify the Statewide IPP Classes for Damages | Docket No. 3585 | Toshiba Corporation,<br>Toshiba America, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Information Systems, Inc.<br>Toshiba America Electronic Components, Inc. |
| The Toshiba Defendants' Motion for an Order to Direct Certain Indirect Purchaser Class Representatives to Testify Live at Trial | Docket No. 3588 | Toshiba Corporation,<br>Toshiba America, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Information Systems, Inc.<br>Toshiba America Electronic Components, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Defendants' Motion In Limine To Exclude Plea By Samsung SDI Co, Ltd. As To Non-Pleading Defendants Or, Alternatively, To Provide A Limiting Instruction | Docket No. 3589 | LG Electronics, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>Panasonic Corporation of North America<br>MT Picture Display Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi America, Ltd.<br>Hitachi Asia, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br> Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Chunghwa Picture Tubes, Ltd<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Technologies Displays Americas LLC<br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc. |
| Defendants' Joint Motion in Limine To Exclude Certain Expert Testimony of Jerry A. Hausman | Docket No. 3591 | Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc.<br>LG Electronics, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Technologies Displays Americas LLC<br>Thomson SA<br>Thomson Consumer Electronics, Inc. |

| NAME OF MOTION | DOCKET NO. | MOVING PARTIES |
|---|---|---|
| Joint Defense Motion In Limine to Exclude Evidence Related to a Violation of the Antitrust Laws Under a Rule of Reason Analysis | Docket No. 3593 | Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Technologies Displays Americas LLC<br>LG Electronics, Inc. |
| Toshiba Defendants' Motion to Strike Class Representatives with Inadequate Proof of Their Individual Purchases of Televisions or Monitors | Docket No. 3595 | Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba America Consumer Products, L.L.C.<br>Toshiba America Electronic Components, Inc. |
| Motion In Limine To Permit Evidence and Argument Regarding Upstream Pass-On and Plaintiffs' Bargaining Power | Docket No. 3597 | LG Electronics, Inc.<br>Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)<br>MT Picture Display Co., Ltd.<br>Hitachi, Ltd.<br>Hitachi Displays, Ltd. (n/k/a Japan Display Inc.)<br>Hitachi Asia, Ltd.<br>Hitachi America, Ltd.<br>Hitachi Electronic Devices (USA), Inc.<br>Samsung SDI America, Inc.<br>Samsung SDI Co., Ltd.<br>Samsung SDI (Malaysia) SDN. BHD.<br>Samsung SDI Mexico S.A. DE C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzen Samsung SDI Co., Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br>Thomson SA<br>Thomson Consumer Electronics, Inc.<br>Koninklijke Philips N.V.<br>Philips Electronics North America Corporation<br>Philips Taiwan Ltd.<br>Philips do Brasil, Ltda.<br>Mitsubishi Electric Corporation<br>Technologies Displays Americas LLC<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc.<br>Chunghwa Picture Tubes, Ltd.<br>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in the TFT-CRT Antitrust Litigations | Docket No. 3599 | Sharp Electronics Corporation and<br>Sharp Electronics Manufacturing Company of America, Inc. |
| Mitsubishi Electric's Motions In Limine Nos. 1-3 | Docket No. 3601 | Mitsubishi Electric Corporation<br>Mitsubishi Electric US, Inc.<br>Mitsubishi Electric Visual Solutions America, Inc. |