# Exhibit 13

**Litigation Expense Fund/Future Expense Fund Expenditures**
**Inception through September 15, 2015**

| | | |
|---|---|---|
| **EXPERTS/ CONSULTANTS/INVESTIGATORS** | | |
| applEcon | $ 4,963,696.08 | |
| Decision Quest | $ 673,530.39 | |
| Trial Technologies | $ 36,125.00 | |
| Pels Rijcken & Droogleever | $ 10,646.70 | |
| Epstein Associates | $ 3,642.11 | |
| Info Tech | $ 2,825.00 | |
| L.R. Hodges | $ 2,892.68 | |
| Other Experts and Consultants/Investigators | $ 74,242.50 | |
| | | |
| **Total Experts/Consultants** | | $ 5,767,600.46 |
| | | |
| | | |
| **SPECIAL MASTERS** | | |
| JAMS (Judge Legge) | $ 144,772.55 | |
| Federal Arbitration, Inc. (Judge Walker) | $ 26,709.25 | |
| | | |
| **Total Special Masters** | | $ 171,481.80 |
| | | |
| **MEDIATORS** | | |
| Federal Arbitration, Inc. (Judge Walker) | $ 20,330.00 | |
| JAMS ( Judge Fern Smith) | $ 5,225.00 | |
| | | |
| **Total Mediators** | | $ 25,555.00 |
| | | |
| **DOCUMENT DEPOSITORY/MANAGEMENT** | | |
| Relativity | $ 555,766.06 | |
| K Cura | $ 30,171.00 | |
| Ricoh | $ 19,064.97 | |
| Baker Botts | $ 9,969.39 | |
| Wikispace Storage | $ 4,000.00 | |
| Tech Data | $ 3,200.00 | |
| Philips Computer Forensics | $ 3,044.23 | |
| Ikon SAF | $ 2,708.67 | |
| PC Connection | $ 1,000.00 | |
| Alphalit | $ 2,158.14 | |
| Other Document Depository/Management | $ 5,848.67 | |
| | | |
| **Total Document Depository/Management** | | $ 636,931.13 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Litigation Expense Fund/Future Expense Fund Expenditures**
**Inception through September 15, 2015**

| | | |
|---|---|---|
| **TRANSLATIONS** | | |
| Consortra Translations | $ 113,824.58 | |
| Park Translations | $ 22,521.00 | |
| Dae Lim | $ 3,000.00 | |
| Translations by Design | $ 2,610.00 | |
| Other Translations | $ 544.50 | |
| | | |
| **Total Translations** | | $ 142,500.08 |
| | | |
| **COURT REPORTERS/DEPOSITION TRANSCRIPTS** | | |
| Veritext | $ 100,009.41 | |
| Barkley Court Reporters | $ 12,259.40 | |
| US Legal | $ 7,257.53 | |
| DTI | $ 3,769.53 | |
| Other Court Reporteers/ Deposition Transcripts | $ 2,578.82 | |
| | | |
| **Total Court Reporters/Deposition Transcripts** | | $ 125,874.69 |
| | | |
| **DEPOSITION FACILITES RENTAL/TRAVEL** | | |
| Facilities Rental | $ 13,528.17 | |
| Travel | $ 5,337.61 | |
| | | |
| **Total Deposition Facilities Rental/ Travel** | | $ 18,865.78 |
| | | |
| **FILING/WITNESS FEES/ SERVICE OF PROCESS** | | |
| Court Filings | $ 3,696.10 | |
| Service of Process | $ 1,136.73 | |
| Witness Fees | $ 264.47 | |
| | | |
| **Total Filing/Witness Fees/Service of Process** | | $ 5,097.30 |
| | | |
| | | |
| **CONFERENCE CALLS** | | $ 1,487.40 |
| | | |
| **MISCELLANEOUS** | | $ 5,484.38 |
| | | |
| **Total Litigation Expense Fund/Future Expense Fund Expenditures Incurred from Inception through September 15, 2015** | | $ 6,900,878.02 |