# EXHIBIT 2

**EXHIBIT 2**
**IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bonsignore Trial Lawyers, PLLC | | |
|---|---|---|---|
| Reporting Year | 2007 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert J. Bonsignore (P) | $ 450.00 | 24.9 | | | | | | | | 1.7 | | | | 31.6 | $ 14,220.00 |
| Robin E. Brewer (A) | $ 425.00 | | | 5.0 | | | | | | 2.9 | | | | 28.1 | $ 11,942.50 |
| Kelly Elam (A) | $ 300.00 | | | 25.2 | | | | | | 20.4 | | | | 20.4 | $ 6,120.00 |
| Richard Kirchner (A) | $ 375.00 | | | | | | | | | 40.0 | | | | 40.0 | $ 15,000.00 |
| Gray Echavarria (PL) | $ 125.00 | 3.0 | | 15.0 | | | | | | | | | | 18.0 | $ 2,250.00 |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | 27.9 | 0.0 | 45.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 65.0 | 0.0 | 0.0 | 0.0 | 138.1 | $ 49,532.50 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Bonsignore Trial Lawyers, PLLC | | | | | | | | | | | | | | |
| Reporting Year | 2008 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert J. Bonsignore (P) | $ 500.00 | 49.6 | | 41.2 | | | | | | 2.3 | | | | 93.1 | $ 46,550.00 |
| Robin E. Brewer (A) | $ 425.00 | 0.5 | | 24.5 | | | | | | 1.1 | | | | 26.1 | $ 11,092.50 |
| Kelly Elam (A) | $ 300.00 | | | 12.6 | | | | | | 10.6 | | | | 23.2 | $ 6,960.00 |
| Richard Kirchner (A) | $ 375.00 | 38.4 | | 2.7 | | | | | | 36.2 | | | | 77.3 | $ 28,987.50 |
| Nicole Vamosi (A) | $ 375.00 | | | | | | | | | 28.0 | | | | 28.0 | $ 10,500.00 |
| | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 88.5 | 0.0 | 81.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 78.2 | 0.0 | 0.0 | 0.0 | 247.7 | $ 104,090.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bonsignore Trial Lawyers, PLLC |
|---|---|
| Reporting Year | 2009 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert J. Bonsignore (P) | $ 550.00 | 25.7 | | 24.2 | | | | | | | | 0.1 | | 50.0 | $ 27,500.00 |
| Robin E. Brewer (A) | $ 450.00 | 11.5 | | 3.4 | | | | | | | | | | 14.9 | $ 6,705.00 |
| Kelly Elam (A) | $ 300.00 | 3.0 | | 7.6 | | | | | | 3.5 | 4.0 | | | 18.1 | $ 5,430.00 |
| Richard Kirchner (A) | $ 400.00 | 3.0 | | | | | | | | 15.0 | | 0.1 | | 18.1 | $ 7,240.00 |
| Nicole Vamosi (A) | $ 400.00 | 3.0 | | | | | | | | | | | | 3.0 | $ 1,200.00 |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | 46.2 | 0.0 | 35.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 18.5 | 4.0 | 0.2 | 0.0 | 104.1 | $ 48,075.00 |

**EXHIBIT 2**
**IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bonsignore Trial Lawyers, PLLC | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Year | 2010 | | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert J. Bonsignore (P) | $ 550.00 | 6.3 | | 11.4 | | | | | | | | 0.1 | | 17.8 | $ 9,790.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 6.3 | 0.0 | 11.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 17.8 | $ 9,790.00 |

**EXHIBIT 2**
**IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bonsignore Trial Lawyers, PLLC | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Year | 2011 | | | | | | | | | | | | | | | |
| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar | |
| Robert J. Bonsignore (P) | $ 550.00 | 5.1 | | 9.7 | | | | | | | | | | 14.8 | $ 8,140.00 | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | | | | | | | | | | | | | 0.0 | $ - | |
| | | 5.1 | 0.0 | 9.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.8 | $ 8,140.00 | |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bonsignore Trial Lawyers, PLLC |
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert J. Bonsignore (P) | $ 600.00 | 25.9 | | 31.0 | 38.0 | 47.0 | 32.0 | | | | | | | 173.9 | $ 104,340.00 |
| Richard Kirchner | $ 550.00 | | | 8.7 | | | | | | | | | | 8.7 | $ 4,785.00 |
| Joel Batista (PL) | $ 125.00 | | | 2.0 | | | | | | | | | | 2.0 | $ 250.00 |
| Gray Echavarria (PL) | $ 125.00 | | | 2.0 | | | | | | | | | | 2.0 | $ 250.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 25.9 | 0.0 | 43.7 | 38.0 | 47.0 | 32.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 186.6 | $ 109,625.00 |

EXHIBIT 2
IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Bonsignore Trial Lawyers, PLLC | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Reporting Year | 2013 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Robert J. Bonsignore (P) | $ 650.00 | 7.3 | 0.0 | 10.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 18.2 | $ 11,830.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | 7.3 | 0.0 | 10.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 18.2 | $ 11,830.00 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bonsignore Trial Lawyers, PLLC | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Reporting Year | 2014 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Robert J. Bonsignore (P) | $ 700.00 | 3.7 | 0.0 | 8.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.0 | $ 8,400.00 |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | | | | | | | | | | | | | 0.0 | $   - |
| | | 3.7 | 0.0 | 8.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.0 | $ 8,400.00 |

**EXHIBIT 2**
**IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bonsignore Trial Lawyers, PLLC |
|---|---|
| Reporting Year | January 1, 2015 to May 31, 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert J. Bonsignore (P) | $ 700.00 | 3.2 | | 9.0 | | | | | | | | 4.5 | 30.0 | 46.7 | $ 32,690.00 |
| Johnna Lent (PL) | $ 125.00 | | | 2.0 | | | | | | | | | | 2.0 | $ 250.00 |
| Gray Echavarria (PL) | $ 125.00 | | | 0.5 | | | | | | | | | | 0.5 | $ 62.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 3.2 | 0.0 | 11.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.5 | 30.0 | 49.2 | $ 33,002.50 |

**EXHIBIT 2**
**IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bonsignore Trial Lawyers, PLLC |
| --- | --- |
| Reporting Year | Inception through May 31, 2015 |

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2007 | 27.9 | 0.0 | 45.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 65.0 | 0.0 | 0.0 | 0.0 | 138.1 | $ 49,532.50 |
| 2008 | 88.5 | 0.0 | 81.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 78.2 | 0.0 | 0.0 | 0.0 | 247.7 | $ 104,090.00 |
| 2009 | 46.2 | 0.0 | 35.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 18.5 | 4.0 | 0.2 | 0.0 | 104.1 | $ 48,075.00 |
| 2010 | 6.3 | 0.0 | 11.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 17.8 | $ 9,790.00 |
| 2011 | 5.1 | 0.0 | 9.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.8 | $ 8,140.00 |
| 2012 | 25.9 | 0.0 | 43.7 | 38.0 | 47.0 | 32.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 186.6 | $ 109,625.00 |
| 2013 | 7.3 | 0.0 | 10.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 18.2 | $ 11,830.00 |
| 2014 | 3.7 | 0.0 | 8.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.0 | $ 8,400.00 |
| 2015 | 3.2 | 0.0 | 11.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.5 | 30.0 | 49.2 | $ 33,002.50 |
|  | 214.1 | 0.0 | 256.9 | 38.0 | 47.0 | 32.0 | 0.0 | 0.0 | 161.7 | 4.0 | 4.8 | 30.0 | 788.5 | $ 382,485.00 |

**STATUS:**
(P) Partner
(OC) Of Counsel
(A) Associate
(LC) Law Clerk
(PL) Paralegal
(I) Investigator

**CATEGORIES:**
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial