# EXHIBIT 3

**EXHIBIT 3**
**IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**EXPENSE SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bonsignore Trial Lawyers, PLLC |
|---|---|
| Reporting Year | Inception through May 31, 2015 |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| Assessments | $ | 25,000.00 |
| Outside Copies | | |
| In-house Reproduction /Copies | | |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | $ | 183.75 |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | $ | 4,097.08 |
| Travel: Lodging/Meals | $ | 2,497.56 |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | $ | 332.96 |
| Other Expenses | $ | 1,274.77 |
| | | |
| | $ | 33,386.12 |