MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Class Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**<u>CLASS ACTION</u>**<br><br>**COMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS**<br><br>Hearing Date:  November 13, 2015<br>Time: 10:00 a.m.<br>Courtroom: One, 17th Floor<br>Judge:  Honorable Samuel Conti |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

| | COMPENDIUM INDEX OF HISTORIC AND CURRENT LODESTAR | | |
|---|---|---|---|
| FIRM NAME | REPORTED LODESTAR (HISTORIC) | LODESTAR AT CURRENT RATES | EXHIBIT |
| Trump, Alioto, Trump & Prescott, LLP | $15,745,591.25 | $17,290,782.50 | 1 |
| Kirby McInerney, LLP | $9,781,663.75 | $11,090,460.00 | 2 |
| Zelle, Hofmann, Voelbel, Mason & Gette LLP | $8,748,773.75 | $8,994,951.75 | 3 |
| Straus & Boies, LLP | $8,327,526.75 | $9,002,608.75 | 4 |
| Lovell Stewart Halebian and Jacobson LLP | $3,194,982.50 | $3,520,882.35 | 5 |
| Cooper & Kirkham, P.C. | $2,994,845.00 | $3,068,480.00 | 6 |
| Law Offices of Sylvie K Kern (KAG) | $2,937,784.00 | $3,592,540.00 | 7 |
| Green & Noblin, P.C. | $2,882,799.50 | $3,137,791.50 | 8 |
| Andrus Anderson LLP | $2,860,293.50 | $3,097,527.00 | 9 |
| Fine, Kaplan and Black, RPC | $2,625,672.50 | $2,625,672.50 | 10 |
| Miller Law LLC | $2,582,705.00 | $2,602,234.00 | 11 |
| Milberg LLP | $2,451,272.00 | $2,617,117.50 | 12 |
| Bramson, Plutzik, Mahler & Birkhaeuser, LLP | $2,414,440.00 | $2,608,560.00 | 13 |
| Law Offices of Sherman Kassof | $2,389,762.50 | $2,391,135.00 | 14 |
| Goldman Scarlato Karen & Penny, P.C. | $2,297,097.50 | $2,341,089.50 | 15 |
| Glancy Prongay & Murray LLP | $2,200,038.50 | $2,214,555.75 | 16 |
| Sharp McQueen PA | $1,376,957.00 | $1,443,207.50 | 17 |
| Law Offices of Brian Barry | $937,223.50 | $937,223.50 | 18 |
| Law Offices of Lawrence G. Papale | $850,240.00 | $946,500.00 | 19 |
| Vogl Meredith Burke LLP | $769,320.00 | $769,320.00 | 20 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | $667,632.50 | $667,632.50 | 21 |
| Hulett Harper Stewart LLP | $635,171.75 | $635,171.75 | 22 |
| Besmer Law Firm | $614,961.00 | $662,900.00 | 23 |
| Freedman Boyd Hollander Goldberg Urias & Ward P.A. | $556,654.00 | $556,654.00 | 24 |
| Janssen Malloy LLP | $546,932.50 | $546,932.50 | 25 |
| Morrison Sund PLLC | $387,800.00 | $476,440.00 | 26 |
| Karon LLC | $205,006.30 | $205,006.30 | 27 |
| Frankovitch, Anetakis, Colantonio & Simon | $197,859.25 | $197,859.25 | 28 |
| Kirkpatrick & Goldsborough, PLLC | $184,555.00 | $214,655.00 | 29 |
| McCallum, Hoaglund, Cook & Irby,LLP | $157,145.00 | $199,025.00 | 30 |
| The Saunders Law Firm | $147,526.50 | $156.340.00 | 31 |

| FIRM NAME | REPORTED LODESTAR (HISTORIC) | LODESTAR AT CURRENT RATES | EXHIBIT |
|---|---|---|---|
| Ademi & O'Reilly LLP | $145,200.00 | $158,427.00 | 32 |
| Foley & Mansfield, PLLP | $106,298.50 | $127,500.00 | 33 |
| McCallum, Methvin & Terrell, P.C. | $88,777.50 | $106,985.00 | 34 |
| The Furth Firm LLP | $83,495.00 | $102,361.50 | 35 |
| Wyatt & Blake, LLP | $74,875.00 | $88,437.50 | 36 |
| Schubert, Jonckheer & Kolbe LLP | $69,370.00 | $74,075.00 | 37 |
| McManis Faulkner | $52,440.00 | $66,239.50 | 38 |
| Law Offices of Jeff Crabtree | $29,030.00 | $30,205.00 | 39 |
| Gustafson Gluek PLLC | $28,100.00 | $28,100.00 | 40 |
| Flom Law Office , P.A. | $23,744.00 | $23,744.00 | 41 |
| Whitfield Bryson & Mason LLP | $16,430.00 | $17,330.00 | 42 |
| Ryley Carlock & Applewhite | $8,600.50 | $8,600.50 | 43 |
| Bangs, McCullen, Butler, Foye & Simmons, LLP | $6,300.00 | $7,875.00 | 44 |
| Minami Tamaki LLP | $3,010.00 | $3,279.00 | 45 |
| Bonsignore Trial Lawyers, PLLC | $233,180.00 | $290,467.50 | * |
| Law Office of Francis O. Scarpulla | $64,708.75 | $73,812.50 | * |
| Gerard & Associates | $27,288.75 | $27,288.75 | * |
| Theresa D. Moore | $22,918.75 | $29,093.75 | * |
| **Total** | **$83,753,999.05** | **$90,075,076.90** | |

*No Declaration. Lodestar proposed by Lead Counsel.

| | COMPENDIUM INDEX OF EXPENSES | | |
|---|---|---|---|
| FIRM NAME | LITIGATION COST FUND CONTRIBUTION | UN-REIMBURSED EXPENSES | EXHIBIT |
| Trump, Alioto, Trump & Prescott, LLP | $1,260,000.00 | $25,597.45 | 1 |
| Kirby McInerney, LLP | $110,000.00 | $111,357.08 | 2 |
| Zelle, Hofmann, Voelbel, Mason & Gette LLP | $25,000.00 | $143,946.50 | 3 |
| Straus & Boies, LLP | $120,000.00 | $88,841.21 | 4 |
| Lovell Stewart Halebian and Jacobson LLP | $125,000.00 | $47,571.59 | 5 |
| Cooper & Kirkham, P.C. | $50,000.00 | $50,362.37 | 6 |
| Law Offices of Sylvie K Kern (KAG) | $0.00 | $1,669.31 | 7 |
| Green & Noblin, P.C. | $60,000.00 | $47.35 | 8 |
| Andrus Anderson LLP | $50,000.00 | $35,702.27 | 9 |
| Fine, Kaplan and Black, RPC | $0.00 | $54,489.52 | 10 |
| Miller Law LLC | $50,000.00 | $1,484.46 | 11 |
| Milberg LLP | $60,000.00 | $21,977.64 | 12 |
| Bramson, Plutzik, Mahler & Birkhaeuser, LLP | $45,000.00 | $11,232.45 | 13 |
| Law Offices of Sherman Kassof | $50,000.00 | $1,521.70 | 14 |
| Goldman Scarlato Karen & Penny, P.C. | $75,000.00 | $6,933.81 | 15 |
| Glancy Prongay & Murray LLP | $45,000.00 | $6,977.84 | 16 |
| Sharp McQueen PA | $50,000.00 | $13,280.01 | 17 |
| Law Offices of Brian Barry | $25,000.00 | $3,471.05 | 18 |
| Law Offices of Lawrence G. Papale | $0.00 | $24,623.03 | 19 |
| Vogl Meredith Burke LLP | $0.00 | $14,218.73 | 20 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | $55,000.00 | $142.65 | 21 |
| Hulett Harper Stewart LLP | $0.00 | $12,566.35 | 22 |
| Besmer Law Firm | $0.00 | $0.00 | 23 |
| Freedman Boyd Hollander Goldberg Urias & Ward P.A. | $0.00 | $39,373.83 | 24 |
| Janssen Malloy LLP | $15,000.00 | $26.08 | 25 |
| Morrison Sund PLLC | $0.00 | $0.00 | 26 |
| Karon LLC | $0.00 | $0.00 | 27 |
| Frankovitch, Anetakis, Colantonio & Simon | $25,000.00 | $2,389.68 | 28 |
| Kirkpatrick & Goldsborough, PLLC | $10,000.00 | $481.04 | 29 |
| McCallum, Hoaglund, Cook & Irby, LLP | $10,000.00 | $7,475.41 | 30 |
| The Saunders Law Firm | $25,000.00 | $6,022.18 | 31 |

1

COMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION
FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

| FIRM NAME | LITIGATION COST FUND CONTRIBUTION | UN-REIMBURSED EXPENSES | EXHIBIT |
|---|---:|---:|:---:|
| Ademi & O'Reilly LLP | $5,000.00 | $3,326.67 | 32 |
| Foley & Mansfield, PLLP | $0.00 | $403.25 | 33 |
| McCallum, Methvin & Terrell, P.C. | $20,000.00 | $9,428.22 | 34 |
| The Furth Firm LLP | $0.00 | $6,211.85 | 35 |
| Wyatt & Blake, LLP | $5,000.00 | $666.86 | 36 |
| Schubert, Jonckheer & Kolbe LLP | $0.00 | $2,058.28 | 37 |
| McManis Faulkner | $0.00 | $4,334.12 | 38 |
| Law Offices of Jeff Crabtree | $0.00 | $0.00 | 39 |
| Gustafson Gluek PLLC | $0.00 | $0.00 | 40 |
| Flom Law Office, P.A. | $0.00 | $93.84 | 41 |
| Whitfield Bryson & Mason LLP | $0.00 | $139.19 | 42 |
| Ryley Carlock & Applewhite | $0.00 | $499.15 | 43 |
| Bangs, McCullen, Butler, Foye & Simmons, LLP | $0.00 | $29.81 | 44 |
| Minami Tamaki LLP | $25,000.00 | $0.00 | 45 |
| Bonsignore Trial Lawyers, PLLC | $0.00 | $8,386.12 | * |
| Gerard & Associates | $5,000.00 | $287.60 | * |
| Gross Belsky Alonso LLP | $5,000.00 | $0.00 | * |
| **Total** | **$2,405,000.00** | **$769,647.55** | |

*No Declaration. Expenses proposed for reimbursement by Lead Counsel.