# Exhibit 2

KIRBY McINERNEY, LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA  92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the*
*Certified Class of Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE TUBE (CRT) ANTITRUST LITIGATION**<br><br> This Document Relates to:<br>All Indirect Purchaser Actions | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

1

DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

I, Robert J. Gralewski, Jr., declare as follows:

1.      I am an attorney licensed to practice before all state and federal courts in the state of California, and I am a partner in the law firm Kirby McInerney LLP. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.      My firm is counsel of record in this case and represents named Plaintiffs Kerry Lee Hall (the Maine class representative) and Daniel Riebow (the Hawaii class representative). A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference.

3.      Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel. All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.      During the course of this litigation, Kirby McInerney was one of a handful of firms regularly counted on by Lead Counsel to assist with the most important aspects of the case, from arguing at the class certification hearing before the Special Master to first-chairing numerous depositions of the largest defendant (Samsung SDI) to traveling to Fuzhou, China to meet with and prepare three cooperating Chunghwa Picture Tube employees for their direct trial testimony. What follows is a brief summary of the numerous tasks done by Kirby McInerney for the benefit of the Class, all of which were assigned and/or approved by Lead Counsel:

A.      Discovery and Depositions of Defendants

Because of expertise developed by working extensively on the In re TFT-LCD (Flat Panel) Antitrust Litigation case, Lead Counsel looked to me – along with my firm - for assistance from the very beginning of the review of Defendants' documents. In collaboration

DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

with Lead Counsel and other select firms, I was involved in establishing review protocols and procedures and then served as one of two lead attorneys formulating searches, creating batches of documents, and generally overseeing a team of lawyers tasked with identifying documents and organizing evidence pertaining to Defendants' Foreign Trade Antitrust Improvement Act defense.  Lawyers from my firm served on this (FTAIA) issue team as well as other issue teams and were responsible for collecting pertinent evidence and drafting comprehensive liability and impact memoranda. Once depositions commenced, my firm and I continued to play an active role on behalf of the Class.  While lawyers in my firm served on deposition preparation teams by reviewing thousands of documents pertaining to specific witnesses, I was eventually given the responsibility of conducting the Samsung SDI depositions. Personally selecting the deposition exhibits (with assistance from the Straus & Boies firm) and drafting detailed, hard-hitting outlines, I first-chaired every Samsung SDI deposition after the Direct Purchaser Plaintiffs settled their action against SDI (H.S. Chu, S.K. Sung, W.R. Kim, and J.S. Ahn). In fact, I played an instrumental role in locating, personally serving, and interviewing former employee W.R. Kim prior to taking his deposition. At the direction of lead counsel, I also deposed Samsung SDI witnesses Hoon Choi, K.C. Oh, J.I. Lee, and J.Y. Youn and Hitachi witness Thomas Schmitt and assisted with two Samsung SDI depositions in Seoul, South Korea (S.K. Park and D.Y. Kim) over the course of two weeks.  I also interviewed two cooperating LG witnesses in Cabo San Lucas, Mexico (P.J. Lee and J.K. Chung) while also attending their depositions there. Elizabeth Brehm, also with my firm, summarized numerous depositions at the request of Lead Counsel, and it is my understanding that these depositions summaries were relied upon by the team of lawyers preparing the case for trial.

### B.    Foreign Language

Many of the documents produced by Defendants were in foreign languages, including Japanese. Throughout the case, Kirby McInerney provided highly skilled, native speaking, Japanese lawyers to Plaintiffs' foreign language team. Known for their competence,

---

DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

Kirby McInerney's Japanese lawyers were relied upon to perform a wide range of critical tasks including: (a) creating and reviewing hot document lists of Japanese documents in preparation for depositions; (b) translating Japanese documents into English; (c) proofreading English translations in preparation for obtaining certified translations; (d) providing analysis in response to objections to translations received from the Defendants; (e) formulating objections to translations to Defendants' English translations of deposition exhibits; (f) reviewing documents, drafting background memoranda, and generally assisting senior lawyers prepare to depose Japanese speaking employees of Defendants; (g) reviewing and providing analysis regarding Defendants' responses to interrogatories; and (h) serving as Plaintiffs' check translator at Japanese Defendant depositions.

### C.    Discovery and Depositions of Plaintiffs

I was the point-person for all things pertaining to the more than 30 Plaintiffs. I collected, assembled, and produced documents on multiple occasions on behalf of the Plaintiffs. I also interfaced with each Plaintiff's counsel and was responsible for Plaintiffs' interrogatory responses. Perhaps most importantly, I coordinated the defense of the Plaintiffs' depositions including meeting in person with many of the Plaintiffs in advance of their depositions, preparing them for their depositions, and then traveling throughout the country (from Maine to Hawaii) to defend approximately 15 different Plaintiff depositions. In addition, under the guidance of Lead Counsel I sent regular updates regarding the status of the litigation to Plaintiffs and their counsel.

### D.    Class Certification

Throughout the class certification phase of the case I worked closely with Lead Counsel to ensure that the best and most appropriate Plaintiffs from each state were selected to serve as class representatives. (In some cases, Lead Counsel made the strategic decision to substitute representatives in certain states, and I handled that contested process.) During the class certification briefing process and knowing each Plaintiffs' purchase history and CRT

---

DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

products best, I assisted with the opening and reply briefing with respect to ascertainability and adequacy. Lead Counsel then selected me to present argument before the Special Master in connection with this work. During the class certification hearing, I argued effectively and succeeded in refuting Defendants' arguments.

### E.   Depositions of Third Parties

During the course of the litigation, Defendants' noticed and conducted more than 50 depositions of Direct Action Plaintiffs and other third parties. Defendants deposed two Direct Action Plaintiffs (Costco and Best Buy) for the purpose of opposing Plaintiffs' class certification motion. All of the depositions were, in part, designed to develop contra economic evidence concerning pass through for Defendants' eventual decertification motion (as well as other attacks).  I was asked by Lead Counsel to spearhead Plaintiffs' involvement in all of these depositions.  Working with Plaintiffs' economics experts, I developed a series of deposition questions to ask the third parties to mitigate Defendants' attacks and to establish that pass through did in fact take place. I represented Plaintiffs at many of these depositions. William Harris, also with my firm, represented Plaintiffs at others. For the depositions that we could not participate in, I coordinated coverage by other Plaintiffs' counsel and trained them with respect to the strategy and questions to ask. Ultimately, I oversaw an effort by a team of Plaintiffs' lawyers (including Mr. Harris and others with my firm) to mine the numerous transcripts of these depositions for evidence to assist Plaintiffs' economic expert respond to attacks made by the Defendants.

### F.   Motions, Memoranda in Support, and Letter Briefs

With assistance from my Kirby McInerney colleagues, I was responsible for several motions. Once Lead Counsel decided to substitute certain class representatives, I wrote and argued a successful motion to amend the complaint to add several class plaintiffs. I also met and conferred with Samsung SDI's lawyers and, together with the Straus & Boies firm, drafted several discovery motions that were presented to the Special Master including an

DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

important motion to strike Samsung SDI's improper deposition errata (successful); a motion to compel the deposition of Samsung SDI employee J.S. Ahn (successful); and a series of motions concerning Defendants' improper approach to requests to authenticate documents and to stipulate to the business records status of them (pending at the time of final settlements). At the time a settlement was reached with Toshiba, I was drafting an opposition to a motion in limine to require Plaintiffs to bring all class representatives to testify live at trial. Throughout the course of the litigation, my firm and I also actively assisted with several other briefs including the class certification papers, mediation briefs, and an opposition to a motion to decertify the Class.

<div align="center">G.     <u>Trial Preparation</u></div>

My firm and I actively readied the case for trial. Along with a team of senior lawyers, I culled the large number of deposition exhibits and other key documents into a more manageable set of proposed trial exhibits. I assisted Lead Counsel and others select and rank trial witnesses. I designated and issue coded deposition testimony for trial. I reviewed and objected to Defendants' deposition designations. At the same time, Ms. Brehm and Mr. Harris were assisting in similar ways with the proposed trial exhibits. I was also chosen to interview three key cooperating witnesses from Chunghwa Picture Tubes. After selecting documents to discuss with them, I traveled to Fuzhou, China to conduct the interviews and prepare them for their direct trial testimony. And I also led the effort to vet and select the limited number of class representatives to testify live at trial. With assistance from others at my firm and Lead Counsel's trial and jury consultants, I prepared the video presentations of a limited set of class representatives to present during our mock jury exercise.

<div align="center">H.     <u>Settlement</u></div>

Lead Counsel was responsible for settlement negotiations. During the lengthy process, my firm and I assisted Lead Counsel with various mediation briefs, focusing mostly on highlighting the excellent evidence that we had helped to adduce during the litigation. Lead

DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

Counsel also consulted with me and my partner Daniel Hume at various times during the negotiations with various Defendants about settlement strategy, risks, interference by other Indirect Purchaser Plaintiffs' counsel, timing, and positive or negative effects of the Direct Purchaser and Direct Action Plaintiffs' litigation.

5.     The schedule attached as Exhibit 2, and incorporated herein by reference, is a detailed summary of the amount of time spent by my firm's partners, attorneys and professional support staff who were involved in this litigation. It does not include any time devoted to preparing this Declaration or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed. Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm. Those records have been provided to Lead Counsel, and I authorize them to be submitted for inspection by the Court if necessary. The hourly rates for my firm's partners, attorneys and professional support staff included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for their services in similar complex litigation.

6.     The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 19,091.25 hours. The total lodestar for my firm at historical rates is $9,781,663.75. The total lodestar for my firm at current rates is $11,090,460.00. Expense items are billed separately and are not duplicated in my firm's lodestar.

7.     The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8.     My firm incurred a total of $221,357.08 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. Of this amount,

DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

$110,000.00 was for assessment payments for common litigation expenses or direct payments to experts or other vendors made at the request of Lead Counsel, and an additional $111,357.08 was for non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research, telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of September, 2015, in San Diego, California.

_____

ROBERT J. GRALEWSKI, JR.

---

8

DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

# EXHIBIT 1

KIRBY McINERNEY LLP
WWW.KMLLP.COM

Kirby McInerney LLP is a specialist plaintiffs' litigation firm with expertise in antitrust, securities, commodities, structured finance, whistleblower, health care, consumer, and other fraud litigation.

KM has achieved and is pursuing landmark results in the fields of antitrust, commodities fraud, securities fraud, corporate governance, consumer, and health care, representing our clients in both class actions and individual litigation. KM has recovered billions of dollars for its clients.

KM has been appointed interim lead counsel in *In re North Sea Brent Crude Oil Futures Litigation*, No. 13-md-02475 (ALC) (S.D.N.Y.), a case brought on behalf of commodity futures traders alleging that certain oil companies misreported or otherwise manufactured market information for crude oil prices. KM also is co-lead counsel in the antitrust action *In re Libor-Based Financial Instruments Antitrust Litigation*, No. 11-md-02262 (NRB) (S.D.N.Y.), a case alleging the fixing of prices of a benchmark interest rate; and co-lead counsel for the indirect purchaser plaintiffs in *In re Ductile Iron Pipe Fittings ("DIPF") Indirect Purchaser Antitrust Litigation*, No. 12-cv-169 (AET) (D.N.J.), a case alleging the raising and fixing of prices in the market for ductile iron pipe fittings.

KM was also co-lead counsel on behalf of indirect purchasers in *In re BP Propane Indirect Purchaser Antitrust Litigation*, No. 06-cv-3541 (N.D.Ill. 2010) which resulted in a $15 million settlement on behalf of propane purchasers.

KM served as lead counsel to classes of indirect purchasers in connection with antitrust proceedings against Microsoft in *Charles Cox and Old Factories, Inc. v. Microsoft Corporation*, Index No. 105193/00, Part 3 (N.Y. Sup. Ct.); *Gordon, et al. v. Microsoft Corp.*, No. MC 00-5994 (Minn. Dist Ct. Hennepin County). These litigations resulted in settlements totaling nearly a billion dollars for consumers in the States of New York, Florida, Tennessee, West Virginia, and Minnesota (where the litigation proceeded to trial). The specific cases cited here, conducted on behalf New York and Minnesota consumers, resulted in recoveries of approximately $350 million and $175 million, respectively.

Additionally, KM acted as lead counsel in *In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation and Related Actions*, No. 05-cv-01671 (C.D. Cal), an antitrust class action pertaining to Unocal's alleged manipulation of the standard-setting process for low-emissions reformulated gasoline in California, which plaintiffs claim caused inflated retail prices. This litigation resulted in a $48 million settlement for indirect purchasers. KM also acted as one of the firms with primary responsibility for *In re Visa Check/Mastermoney Antitrust Litigation*, No. 96-cv-05238 (E.D.N.Y.), a case on behalf of a class of retailers in connection with Visa MasterCard policies pertaining to debit card fees. The litigation resulted in a settlement of over $3 billion for the class and landmark injunctive relief.

KM has been involved in some of the most cutting edge areas of market manipulation cases, including a seminal case involving Sumitomo Corporation's manipulation of the copper market. Of late, KM represented

market makers and hedge funds in commodities manipulation cases involving silver, propane and fixed income products. KM's experience in market manipulation and price fixing for both indirect and direct purchasers, in cases brought under the Sherman Act and state law analogs, spans the markets for gasoline, propane, cement, concrete, steel, potash, silver and even fixed income products.

Many of KM's attorneys are exceptionally well versed in antitrust litigation. Prior to joining KM, Alice McInerney was Chief of the Investor Protection Bureau and Deputy Chief of the Antitrust Bureau of the New York Attorney General's office. Partners Daniel Hume, David Kovel, and Randy Berger also have deep experience in antitrust actions. Our associates too have exceptional antitrust experience.

Some notable KM antitrust work includes:

• *In re Visa Check/MasterMoney Antitrust Litigation*, No. 96-cv-5238 (S.D.N.Y.) (over $3 billion settlement in direct purchaser debit card fee case – KM was class counsel with second largest lodestar in the case);

• *Microsoft antitrust cases*: KM acted as a lead counsel to classes of indirect purchasers in connection with antitrust proceedings against Microsoft. The litigations resulted in settlement totaling nearly a billion dollars for consumers in the states of New York, Florida, Tennessee, West Virginia, and Minnesota (where the litigation proceeded to trial). We presently are helping lead a similar effort on behalf of consumers and government entities in Canada;

• *CRT and LCD Price Fixing Cases*: KM is playing a lead role in the Cathode Ray Tube indirect purchaser antitrust litigation that is approaching trial and played a significant role as well in the Liquid Crystal Display indirect purchaser litigation which recently settled for over $1 billion;

• *In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation and Related Actions*, No. 05-cv-01671 (C.D. Cal. 2005) ($48 million settlement on behalf of indirect gasoline purchasers);

• *In re BP Propane Indirect Purchaser Antitrust Litigation*, No. 06-CV-3541 (N.D.Ill. 2010) ($15 million settlement on behalf of indirect propane purchasers);

• *In re Potash Antitrust Litigation*, No. 08-cv-06910 (N.D.Ill. 2008) (indirect purchaser price fixing case – pending on appeal);

• *In re Commodity Exchange, Inc., Silver Futures and Options Trading Litigation*. No. 11-md-02213 (S.D.N.Y. 2011) (market manipulation case pending);

• *Supreme Auto Transport LLC v. Arcelor Mittal et al*, No. 08-cv-05468 (N.D. Ill. 2008) (indirect purchaser price fixing case pending); and

• *In re Sumitomo Copper Litigation*, (S.D.N.Y. 1999) (counsel in matter involving settlement of over $140 million in market manipulation case).

CURRICULA VITAE

KIRBY McINERNEY LLP

WWW.KMLLP.COM



**Roger W. Kirby** is Of Counsel to the firm. He has written several articles on litigation, the Federal Rules of Civil Procedure and Federal Rules of Evidence that have been published by various reporters and journals, and has been on the board of editors of Class Action Reports. He has also lectured on aspects of securities litigation to various professional organizations in the United States and abroad. Mr. Kirby has enjoyed considerable success as a trial attorney, and cases for which he has had primary responsibility have produced landmark decisions in the fields of securities law, corporate governance, and deceptive advertising.

Some of Mr. Kirby's relevant work includes:

- Representation of a putative class of initial public offerors in *Cordes & Company Financial Services v A.G. Edwards & Sons, Inc.* On appeal to the Court of Appeals for the Second Circuit, the court reversed the decision below, and held that assignees may be class representatives.  It also clarified the meaning of antitrust injury;

- Representation of an objector to the settlement in *Reynolds v. Beneficial National Bank* in the United States Northern District Court for the District of Illinois.  Mr. Kirby and KM persuaded the Court of Appeals for the Seventh Circuit and ultimately the district court to overturn the settlement, and were then appointed co-lead counsel to the class. Mr. Kirby and KM were lauded by the presiding judge for their "intelligence and hard work," and for obtaining "an excellent result for the class.";

- Representation, as lead counsel, of a class of investors in *Gerber v. Computer Associates International, Inc.*, a securities class action that resulted in a multimillion dollar recovery jury verdict that was upheld on appeal; and

- Representation, as lead counsel, of purchasers of PRIDES securities in connection with the Cendant Corporation accounting fraud.  Mr. Kirby was instrumental in securing an approximate $350 million settlement for the class – an unprecedented 100 percent recovery.

Mr. Kirby is admitted to the New York State Bar, the United States District Courts for the Southern, Northern and Eastern Districts of New York, the United States Courts of Appeals for the First, Second, Third, Fifth, Seventh, Eighth, Ninth, and Eleventh Circuits, the United States District Court, District of Connecticut, and the United States Supreme Court. He attended Stanford University & Columbia College (B.A.) and Columbia University School of Law (J.D.) where he was an International Fellow. He also attended The Hague Academy of International Law (Cert. D'Att.). Thereafter, he was law clerk to the late Honorable Hugh H. Bownes, United States District Court for New Hampshire, and the United States Court of Appeals for the First Circuit. He recently authored *Access to United States Courts By Purchasers Of Foreign Listed Securities In The Aftermath of Morrison v. National Australia Bank Ltd.*, 7 Hastings Bus. L.J. 223 (Summer 2011).  Mr. Kirby is a visiting Law Fellow at the University of Oxford, St. Hilda's College, Oxford, U.K. Mr. Kirby is conversant in French and Italian.

4

KIRBY McINERNEY LLP
WWW.KMLLP.COM



**Alice McInerney** is Of Counsel to the firm and practices out of our New York office. She focuses on antitrust and consumer matters, and also handles securities class actions. Ms. McInerney joined the firm in 1995 and has over 30 years of experience as an attorney.

Prior to joining KM, Ms. McInerney was Chief of the Investor Protection Bureau and Deputy Chief of the Antitrust Bureau of the New York Attorney General's office. While there, she chaired the Enforcement Section of the North American Securities Administrators Association and also chaired the Multi-State Task Force on Investigations for the National Association of Attorneys General. Alice is also a member of the National Association of Public Pension Attorneys (NAPPA).

Some of Ms. McInerney's relevant work includes:

- Representation, as lead and co-lead counsel, of consumer classes in antitrust cases against Microsoft. These litigations resulted in settlements totaling nearly a billion dollars for consumers in Florida, New York, Tennessee, West Virginia and Minnesota;

- Representation of a class of retailers in *In re Visa Check/Master Money Antitrust Litigation*, an antitrust case which resulted in a settlement of over $3 billion for the class;

- Representation of public entities in connection with ongoing Medicaid fraud and false claims act litigations arising from health expenditures of these state and local governmental entities; and

- Representation of California homeowners in litigation arising from mortgage repayment irregularities. Litigation resulted in settlements that afforded millions of California homeowners clear title to their property. The cases resulted in the notable decision *Bartold v. Glendale Federal Bank*.

Ms. McInerney is admitted to the New York State Bar, all United States District Courts for the State of New York, the United States Court of Appeals for the Second Circuit and the United States Supreme Court. She graduated from Smith College (B.A. 1970) and Hofstra School of Law (J.D. 1976).

KIRBY McINERNEY LLP
W W W . K M L L P . C O M

 **David Bishop** is a partner practicing out of our New York office, where he coordinates domestic client and government relations. Mr. Bishop joined the firm in 2006 following a distinguished career in local government. Mr. Bishop was elected to the Suffolk County Legislature in 1993 while still attending Fordham Law School. There he served in several leadership capacities, including Democratic Party Leader, Chairman of Public Safety and Chairman of Environment. His legislative record earned him recognition from the Nature Conservancy, the Child Care Council and the Long Island Federation of Labor.

As an attorney in private practice, Mr. Bishop has litigated numerous NASD arbitrations on behalf of claimants.

Recent cases in which Mr. Bishop has been involved include:

- Representation of the NY State Common Retirement Fund as lead plaintiff in *In re National City Corporation Securities, Derivative & ERISA Litigation,* a securities class action arising from National City's alleged misrepresentations regarding exposure to subprime mortgage related losses. This case recently resulted in a settlement of $168 million;

- Representation, as lead counsel, of classes of consumers harmed by price fixing in the LCD flat panel and SRAM markets; and

- Representation, as co-lead counsel, of an investor class led by an individual investor in *Lapin v. Goldman Sachs,* a securities class action against Goldman Sachs. This litigation resulted in a recovery of $29 million for the class.

Mr. Bishop is admitted to the New York State Bar and the United States District Court for the Eastern and Southern Districts of New York. He is a member of the Public Investors Arbitration Bar Association and of the New York City Bar Association. He graduated from American University (B.A., 1987) and from Fordham University (J.D., 1993).

6

KIRBY McINERNEY LLP
W W W . K M L L P . C O M



**Randall M. Fox** is a partner in our New York office, focusing on whistleblower, antitrust and consumer fraud matters. Mr. Fox joined the firm in 2014 after having served as the founding Bureau Chief of New York Attorney General's Taxpayer Protection Bureau. The Bureau handles claims that the government was defrauded, including claims brought by whistleblowers. Before being promoted to Bureau Chief, Mr. Fox was a Special Assistant Attorney General in the New York Attorney General's Medicaid Fraud Control Unit, where he handled cases involving healthcare fraud.

Recent cases handled or supervised by Mr. Fox at the Attorney General's Office include:

- Pursued $400 million False Claims Act claims raised by a whistleblower against Sprint Corporation for knowingly failing to pay New York State and local sales taxes on its monthly flat-rate charges for cell phone service. This case is ongoing;

- Represented New York in its first government initiated False Claims Act case, pursuing Medicaid claims against pharmaceutical giant Merck & Co. alleging that the government was defrauded in paying for Merck's pain drug Vioxx. The case settled on a nationwide basis for $980 million, with over $60 million going to New York;

- Pursued investigations into food services companies that had kept rebates rather than passing them along to schools and other public institutions as required by their contracts and regulations. Settled for nearly $20 million;

- Co-led team of states that participated in $11 million settlement of False Claims Act allegations that technology company CA, Inc. falsely overcharged governmental customers for service plans;

- Pursued False Claims Act allegations on behalf of a whistleblower against a medical imaging company for failing to pay New York corporate income taxes while conducting substantial business in the State. Settled for $6.2 million;

- Pursued claims on behalf of a whistleblower against Mohan's Custom Tailors for knowingly failing to pay sales taxes that were nevertheless collected from customers. The resolution included a plea to criminal charges and an agreement to jail time. This case settled for $5.5 million ; and

- Settled claims against an accounting firm for falsely certifying a substance abuse clinic's inflated claims for Medicaid payments.

Before joining the New York Attorney General's Office in 2007, Mr. Fox was a partner at the law firm of LeBoeuf, Lamb, Greene & MacRae, LLP, where his practice focused on class actions, commercial disputes, and securities and consumer fraud actions. Mr. Fox is admitted to the New York State bar, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second, Third, Eighth and Ninth Circuits, and the United States Tax Court. He graduated from Williams College (B.A., 1988), and New York University School of Law (J.D., 1991).

7

KIRBY McINERNEY LLP
W W W . K M L L P . C O M



**Daniel Hume** is a partner in our New York office and is a member of the firm's management committee. Mr. Hume's practice focuses on securities, structured finance, and antitrust litigation. He joined the firm in 1995 and has helped to recover billions of dollars for corporate consumers, individual consumers, and institutional investors throughout the course of his career.

Some of Mr. Hume's relevant work includes:

- Representation, as lead counsel, of a group of Singapore-based investors in a securities class action against Morgan Stanley pertaining to notes issued by Cayman Islands-registered Pinnacle Performance Ltd. Plaintiffs allege that Morgan Stanley routed Pinnacle investors' principal into synthetic collateralized debt obligations (CDOs) that it built to fail and then bet against. As the CDOs failed by design, plaintiffs' principal was swapped to Morgan Stanley, enriching Morgan Stanley while rendering the Pinnacle Notes an all-but-total loss. The court denied defendants motions to dismiss and later granted plaintiffs' motion for class certification. On November 7, 2014, the parties executed a settlement agreement, pursuant to which Defendants have agreed to pay $20 million to resolve the action, which was preliminarily approved by the court on December 2, 2014;

- Representation, as lead counsel, of the investor class in *In re AT&T Wireless Tracking Stock Securities Litigation*, a securities class action which resulted in recovery of $150 million for the class; and

- Representation, as a lead counsel, of consumer classes in connection with antitrust proceedings against Microsoft in the United States and Canada. So far, these litigations have resulted in settlements totaling nearly a billion dollars for consumers in Florida, New York, Tennessee, West Virginia and Minnesota, where the litigation proceeded to trial.

Mr. Hume is admitted to the New York State Bar and federal courts around the country, including the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second, Fourth, and Fifth Circuits, the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, and the United States Supreme Court. He graduated from the State University of New York at Albany *magna cum laude* (B.A. Philosophy, 1988) and from Columbia Law School, where he served as Notes Editor for the Columbia Journal of Environmental Law (J.D., 1991).

8

KIRBY McINERNEY LLP
W W W . K M L L P . C O M



**David E. Kovel** is a partner based in our New York office and is a member of the firm's management committee.   Mr. Kovel's practice focuses on whistleblower, antitrust, commodities, securities and corporate governance matters. Mr. Kovel joined the firm in 2004.

Recent cases in which Mr. Kovel has been involved include:

- Representation, as co-lead counsel, of exchange-based investors in futures, swaps, and other Libor-based derivative products, alleging that defendant banks colluded to misreport and manipulate Libor rates;

- Representation, as counsel for lead plaintiff and other share holders in a derivative action brought against members of the Board of Directors and senior executives of Pfizer, Inc.  Plaintiffs made a breach of fiduciary duty claim because defendants allegedly allowed unlawful promotion of drugs to continue even after receiving numerous "red flags" that the improper drug marketing was systemic. Pfizer agreed to pay a proposed settlement of $75 million and to make groundbreaking changes to the Board's oversight of regulatory matters;

- Representation of purchasers of pharmaceutical drugs claiming to have been harmed by Branded manufacturers who fraudulently extended patent or other regulation monopolies;

- Representation, as a lead counsel, of a class of New York State consumers in connection with antitrust proceedings against Microsoft;

- Representation, as lead counsel, of a class of gasoline purchasers in California in connection with Unocal, Inc.'s manipulation of the standard-setting process for gasoline.  The litigation resulted in a $48 million recovery for the class;

- Representation of propane purchasers who were harmed by BP America's manipulation of the physical propane market; and

- Representation of various whistleblowers who claim that their companies have defrauded the United States Government or other state and city governments.

Mr. Kovel also has an active pro bono practice, having represented, among others, clients in need of housing referred through the office of *pro se* litigation in the Southern District of New York, clients in foreclosure matters, and a Latino soccer association in its efforts organize and obtain a fair proportion of field time from a municipality.

Mr. Kovel is admitted to the New York State Bar, the United States District Courts for the Southern, Eastern, and Western Districts of New York, the United States Court of Appeals for the First Circuit, and the Connecticut State Bar.  He is a member of the New York City Bar Association Committee on Futures and Derivatives Regulation, and is a former member of the New York City Bar Association Antitrust Committee. He graduated from Yale University (B.A.), Columbia University School of Law (J.D.) and Columbia University Graduate School of Business (M.B.A.).  He is fluent in Spanish.

Mr. Kovel traded commodities for several years before attending law school.  Prior to joining KM, Mr. Kovel practiced at Simpson Thacher & Bartlett LLP.

9

KIRBY McINERNEY LLP
W W W . K M L L P . C O M


**Peter S. Linden** is a partner in our New York office and is a member of the firm's management committee. Mr. Linden's practice concentrates on securities, commercial, and healthcare fraud litigation. He joined the firm in 1990 and provides advisory services to government pension funds and other institutional investors as well as to corporate and individual consumers. He has been appointed a Special Assistant Attorney General for the State of Michigan and is a member of the National Association of Public Pension Plan Attorneys.

Mr. Linden has obtained numerous outstanding recoveries for investors and consumers during his career. His advocacy has also resulted in many notable decisions, including in *In re Matsushita Securities Litigation*, granting partial summary judgment under § 14(d)(7) of the Securities Exchange Act, and *In re Ebay Inc. Shareholders Litigation*, finding that investment banking advisors could be held liable for aiding and abetting insiders' acceptance of IPO allocations through "spinning".

Some of Mr. Linden's relevant experience includes:

- Representation, as lead counsel, of the lead plaintiff in *In re Citigroup Inc Securities Litigation*, a class action arising out of Citigroup's alleged misrepresentations regarding their exposure to losses associated with numerous collateralized debt obligations. This case recently settled for $590 million;

- Representation of the City of New York and 43 New York counties in federal Medicaid fraud actions. KM has settled or reached agreements in principle with all defendants in these matters. We have recovered over $225 million for the New York and Iowa Medicaid programs;

- Representation of the State of Michigan in a lawsuit filed in Michigan State Court against McKesson Corporation, Hearst Corporation, and First DataBank, a case arising out of the defendants' fraudulent scheme to increase the Average Wholesale Prices of hundreds of brand name drugs thereby causing false claims to be submitted to the Michigan Medicaid program. This case recently settled;

- Representation, as co-lead counsel, of an investor class and an institutional plaintiff in *In re BISYS Securities Litigation*, a class action arising out of alleged accounting improprieties and which resulted in a $65 million recovery for the class;

- Serving as Chairman of the Plaintiffs' Steering Committee in *In re MCI Non-Subscriber Litigation*, a consumer class action which resulted in an approximately $90 million recovery for the class; and

- In *Reynolds v. Beneficial National Bank*, Mr. Linden and KM successfully persuaded the 7th Circuit U.S. Court of Appeals and ultimately the district court to overturn a questionable settlement, and were then appointed co-lead counsel to the class. Mr. Linden and KM were lauded by the district judge for their "intelligence and hard work," and for obtaining "an excellent result for the class."

Mr. Linden is admitted to the New York State Bar, the U.S. Courts of Appeals for the Second, Third, Sixth, Eighth, and Tenth Circuits, and the U.S. District Courts for the Eastern and Southern Districts of New York, the Eastern District of Michigan, and the District of Colorado. He graduated from the State University of New York at Stony Brook (B.A., 1980) and the Boston University School of Law (J.D., 1984).

Prior to joining KM, Mr. Linden worked as an assistant district attorney in the Kings County District Attorney's Office from 1984 through October, 1990 where he served as a supervising attorney of the Office's Economic Crimes Bureau.

KIRBY McINERNEY LLP
W W W . K M L L P . C O M



**Andrew M. McNeela** is a partner in our New York office focusing on securities and structured finance litigation. Mr. McNeela joined the firm in 2008.

Some of Mr. McNeela's relevant work includes:

- Representation of the New York City Pension Funds as lead plaintiff in a class action against Wachovia Corporation arising from Wachovia's alleged misrepresentations of their exposure to the subprime market. This case recently resulted in a settlement of $75 million;

- Representation of the NY State Common Retirement Fund as lead plaintiff in *In re National City Corporation Securities, Derivative & ERISA Litigation,* a securities class action arising from National City's alleged misrepresentations regarding exposure to subprime mortgage related losses. This case recently resulted in a settlement of $168 million;

- Representation, as lead counsel, a group of Singapore-based investors in a securities class action against Morgan Stanley pertaining to notes issued by Cayman Islands-registered Pinnacle Performance Ltd. Plaintiffs allege that Morgan Stanley routed Pinnacle investors' principal into synthetic collateralized debt obligations (CDOs) that it built to fail and then bet against. As the CDOs failed by design, plaintiffs' principal was swapped to Morgan Stanley, enriching Morgan Stanley while rendering the Pinnacle Notes an all-but-total loss. The court denied defendants motions to dismiss and later granted plaintiffs' motion for class certification. On November 7, 2014, the parties executed a settlement agreement, pursuant to which Defendants have agreed to pay $20 million to resolve the action, which was preliminarily approved by the court on December 2, 2014;

- Representation, as lead counsel, in the securities class action *In Re Herley Industries Inc. Securities Litigation* on behalf of investors. This litigation resulted in a recovery of $10 million for the class; and

- Representation, as lead counsel, of investors in Goldman Sachs common stock in a securities class action case pertaining to Goldman's alleged instruction to their research analysts to favor procurement of investment banking deals over accuracy in their research. Disclosure caused Goldman Sachs' stock to decline materially. This litigation resulted in a recovery of $29 million for the class.

Immediately prior to joining KM, Mr. McNeela served as an Assistant United States Attorney in the Civil Division of the United States Attorney's Office for the Southern District of New York. In this capacity, he represented the United States in a wide array of civil litigation. Mr. McNeela has argued over twenty cases before the United States Court of Appeals for the Second Circuit. In 2013, he was named one of the top attorneys under 40 by Law360's Rising Stars.

Mr. McNeela is admitted to the New York State Bar, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York. He is a member of the New York American Inn of Court. He graduated from Washington University (B.A., 1995) and from Hofstra University School of Law (J.D., 1998, *cum laude*), where he was a member of the Law Review.

KIRBY McINERNEY LLP
W W W . K M L L P . C O M

 **Ira M. Press** is a partner in our New York office and is a member of the firm's management committee. Mr. Press's practice focuses on securities and consumer litigation. He joined the firm in 1993, and currently leads the firm's institutional investor monitoring program. In this capacity, he has provided advisory services to numerous government pension funds and other institutional investors. He has authored articles on securities law topics and has lectured to audiences of attorneys, experts and institutional investor fiduciaries.

Mr. Press' advocacy has resulted in several landmark appellate decisions, including *Rothman v. Gregor*, the first ever appellate reversal of a lower court's dismissal of a securities class action suit pursuant to the 1995 Private Securities Litigation Reform Act.

Some of Mr. Press' relevant experience includes:

- Representation of the NY State Common Retirement Fund as lead plaintiff in *In re National City Corporation Securities, Derivative & ERISA Litigation*, a securities class action arising from National City's alleged misrepresentations regarding exposure to subprime mortgage related losses. This case recently resulted in a settlement of $168 million;

- Representation of the New York City Pension Funds as lead plaintiff in a class action against Wachovia Corporation arising from Wachovia's alleged misrepresentations of their exposure to the subprime market. This case recently resulted in a settlement of $75 million;

- Representation of the lead plaintiff in *In re Citigroup Inc Securities Litigation*, a class action arising out of Citigroup's alleged misrepresentations regarding their exposure to losses associated with numerous collateralized debt obligations. This case recently settled for $590 million; and

- Representation, as lead counsel, of investors in Goldman Sachs common stock in a securities class action case pertaining to Goldman's alleged instruction to their research analysts to favor procurement of investment banking deals over accuracy in their research.  Disclosure caused Goldman Sachs' stock to decline materially.  This case recently resulted in a $29 million recovery for the class.

Mr. Press is admitted to the New York State Bar, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, and Tenth Circuits, and the United States District Courts for the Eastern and Southern Districts of New York. He graduated from Yeshiva University magna cum laude (B.A., 1986) and from New York University Law School (J.D., 1989).

KIRBY McINERNEY LLP
W W W . K M L L P . C O M



**Mark Strauss** is a partner in our New York office. He concentrates his practice in complex commercial litigation with an emphasis on prosecuting securities, shareholder and consumer class actions, shareholder derivative actions, and whistleblower cases. He has also represented victims of Ponzi schemes, illegal price-fixing, and improper cutbacks in pension benefits. Mr. Strauss has litigated cases throughout the country, and represented aggrieved plaintiffs in Federal and State Court.

Some of Mr. Strauss' relevant work includes significant roles in the following litigations:

- Representation of a whistleblower in a False Claims Act/*Qui Tam* lawsuit against Hong-Kong based manufacturer Noble Jewelry, which was accused of fraudulently avoiding U.S. customs duties in connection with goods imported into the United States. The action resulted in a recovery of $3.85 million on behalf of the taxpayers, of which the whistleblower will receive approximately 19%;

- Representation, as co-lead counsel, of a multinational bank as lead plaintiff in *In re Adelphia Communications Corp. Securities & Deriv. Litig.*, a securities class action which resulted in a total recovery of $478 million for the class;

- Representation, as co-lead counsel, of a class of hedge fund investors in *Cromer Finance v. Berger et al.*, a securities class action which resulted in a total recovery of $65 million, and one of the largest ever recoveries against a non-auditor third party service provider;

- Representation, as lead counsel, of a class of investors in a hedge fund, Lipper Convertibles, L.P., which fraudulently overstated its investment performance, in *In re Serino v. Lipper et al.* This litigation is resulted in a $29.9 million recovery for the class;

- Representation, as lead counsel, of a class of bond investors in Amazon.com in *Argent Classic Convertible Arbitrage Fund v. Amazon.com,* a securities class action which resulted in a total recovery of $20 million for the class; and

- Representation, as lead counsel, of a class of purchasers of debt securities issued by Owens Corning in *In re Owens Corning, et. Al.*, a securities class action filed against Owens Corning Inc., certain of its officers and directors and the underwriters of the relevant debt securities in connection with alleged securities fraud. This litigation resulted in a $19.25 million recovery for the class.

Mr. Strauss is admitted to the New York State Bar, the California State Bar, and the United States District Courts for the Eastern and Southern Districts of New York, and the Northern, Eastern, Southern and Central Districts of California. He graduated from Cornell University (B.A., 1987) and from Fordham University School of Law, where he was Associate Editor of the Law Review (J.D., 1993).

Prior to joining Kirby McInerney, Mr. Strauss practiced at Christy & Viener, LLP and Cahill Gordon & Reindel LLP where he focused on complex commercial litigation.

13

KIRBY McINERNEY LLP
W W W . K M L L P . C O M



**Christopher S. Studebaker** is a partner in our New York office focusing on antitrust, structured finance, and securities litigation. Mr. Studebaker joined the firm in 2007.

Recent cases on which Mr. Studebaker has worked include:

- Representation of the State of Michigan in a lawsuit filed in Michigan State Court against McKesson Corporation, Hearst Corporation, and First DataBank. The case alleges that each defendant caused false claims to be submitted to the Michigan Medicaid program, and the overpayment of Medicaid pharmacy claims;

- Representation, as lead counsel, of a group of Singapore-based investors in a securities class action against Morgan Stanley pertaining to notes issued by Cayman Islands-registered Pinnacle Performance Ltd. Plaintiffs allege that Morgan Stanley routed Pinnacle investors' principal into synthetic collateralized debt obligations (CDOs) that it built to fail and then bet against. As the CDOs failed by design, plaintiffs' principal was swapped to Morgan Stanley, enriching Morgan Stanley while rendering the Pinnacle Notes an all-but-total loss. The court denied defendants motions to dismiss and later granted plaintiffs' motion for class certification. On November 7, 2014, the parties executed a settlement agreement, pursuant to which Defendants have agreed to pay $20 million to resolve the action, which was preliminarily approved by the court on December 2, 2014;

- Representation, as lead counsel, in *In Re Herley Industries Inc. Securities Litigation* on behalf of investors. This litigation resulted in a recovery of $10 million;

- Representation of direct purchasers against Becton Dickinson for alleged monopolization of the hypodermic syringe market. This litigation is ongoing;

- Representation of California consumers against Intel for alleged monopolization of the X86 microprocessor chip market. This litigation is ongoing; and

- Representation of consumers against TFT-LCD manufacturers for alleged price-fixing of the TFT-LCD market. This litigation is ongoing.

Before joining the firm, Mr. Studebaker worked as an associate with an antitrust and consumer protection boutique, and served at the U.S. Department of Commerce. Prior to attending law school, Mr. Studebaker worked and studied in Japan.

Mr. Studebaker is admitted to the New York State Bar, the Washington State Bar, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second Circuit. He is a member of the Asian American Bar Association of New York. Mr. Studebaker graduated from Georgetown University (B.S.F.S., 1997, *cum laude*), Waseda University (M.A., 2001), and University of Kansas (J.D., 2004), where he was Managing Editor of the Journal of Law & Public Policy. He is fluent in Japanese.

14

KIRBY McINERNEY LLP
W W W . K M L L P . C O M



**J. Brandon Walker** is a partner based in our New York office focusing on securities litigation. Mr. Walker joined the firm in 2012.

Some cases in which Mr. Walker is currently involved include:

- Representation, as co-lead counsel, of exchange-based investors in futures, swaps, and other LIBOR-based derivative products, alleging that defendant banks colluded to misreport and manipulate LIBOR rates;

- Representation of several European investment managers in individual securities fraud actions against BP plc related to the *Deepwater Horizon* explosion on April 20, 2010 and the subsequent drop in BP's share price;

- Representation, as co-lead counsel, of a class of Zale Corporation investors challenging the proposed acquisition of Zale by Signet Jewelers;

- Representation, as lead counsel, of a class of NTS, Inc. investors challenging the proposed acquisition of NTS by affiliates of the private equity firm Tower Three Partners LLC;

- Representation, as co-lead counsel, of a class of Cornerstone Therapeutics, Inc. investors challenging the proposed acquisition of Cornerstone by Chiesi Farmaceutici S.p.A.;

- Representation, as lead counsel, of an asset manager in a securities class action against Omnicare related to whistleblower allegations that the Company has committed Medicare and Medicaid fraud; and

- Representation, as lead counsel, of an asset manager in a securities class action against Eaton Corporation. The lawsuit alleges that Eaton issued false and misleading statements concerning its executives' involvement in a scheme to improperly influence a Mississippi state court judge.

Prior to joining KM, Mr. Walker practiced at Motley Rice LLC, where his work focused on complex securities fraud class actions, merger and acquisition cases, and shareholder derivative suits. Mr. Walker represented private investors, public pension funds, banks, unions and other institutional investors in numerous cases, including: *In re Allion Healthcare Inc. Shareholders Litigation*; *In re Alberto Culver Company Shareholder Litigation*; *In re Atheros Communications, Inc. Shareholder Litigation*; *In re Coca-Cola Enterprises, Inc., Shareholders Litigation*; *Cornwell v. Credit Suisse Group, et al*; *Erste-Sparinvest KAG v. Netezza Corp., et al.*; *In re Force Protection Derivative Litigation*; *Hill v. State Street Corporation*; *Manville v. Omnicare, et al.*; *In re Regions Financial Corp. Derivative Litigation*; and *In re RehabCare Group, Inc., Shareholders Litigation.*

Mr. Walker is admitted to the New York State Bar, the South Carolina Bar, the United States Courts of Appeals for the First, Second, and Sixth Circuits, and the United States District Courts for the Eastern and Southern Districts of New York. He graduated from New York University (B.A., 2003), from Wake Forest University Graduate School of Management (M.B.A., 2008) and from Wake Forest University School of Law (J.D., 2008).

KIRBY McINERNEY LLP
WWW.KMLLP.COM

**Robert J. Gralewski, Jr.** is a partner based in our California office. Mr. Gralewski focuses on antitrust and consumer litigation and has been involved in the fields of complex litigation and class actions for over 15 years. Throughout the course of his career, Mr. Gralewski has prosecuted a wide variety of federal and state court price-fixing, monopoly and unfair business practice actions against multinational companies, major corporations, large banks, and credit card companies.

Some of Mr. Gralewski's relevant work includes:

- Representation of businesses and consumers in indirect purchaser class actions throughout the country against Microsoft for overcharging for its products as a result of its unlawful monopoly. Mr. Gralewski was a member of the trial teams in the Minnesota and Iowa actions (the only two Microsoft class actions to go to trial) which both settled in plaintiffs' favor after months of hard-fought jury trials. The Microsoft cases in which Mr. Gralewski was involved in ultimately settled for more than $2 billion in the aggregate;

- Representation of businesses and consumers of thin-film transistor liquid crystal display (TFT-LCD) products who were harmed by an alleged price-fixing conspiracy among TFT-LCD manufacturers; and

- Representation of businesses and consumers in an indirect purchaser class action against various manufacturers of SRAM, alleging that defendants engaged in a conspiracy to fix prices in the SRAM market.

Mr. Gralewski is a member of the California State Bar and is admitted to practice in state and all federal courts in California as well as several federal courts throughout the country. He graduated from Princeton University (B.A., 1991) and *cum laude* from California Western School of Law (J.D., 1997).

16

KIRBY McINERNEY LLP
W W W . K M L L P . C O M

 **Randall K. Berger** is Of Counsel to the firm and practices out of our New York office. He joined the firm in 1994. Mr. Berger focuses on commercial arbitration, antitrust, whistleblower and unclaimed property litigation. In whistleblower cases, fraud against Federal and State governments is exposed by persons having unique knowledge of the circumstances surrounding the fraud. The whistleblowers are often compensated from any recovery and the cases are generally litigated under seal.

Mr. Berger is a certified arbitrator for FINRA (the Financial Industry Regulatory Authority). The arbitration panels where Mr. Berger serves are used to resolve disputes between investors and broker dealers or registered representatives, and to resolve intra-industry conflicts.

Some of Mr. Berger's relevant work includes:

- Representation of municipal issuers of Auction Rate Securities in FINRA arbitrations against underwriters alleging misrepresentation and breach of fiduciary duty;

- Representation of State Treasurers in litigation against the Federal government to recover unclaimed U.S. savings bond proceeds;

- Antitrust litigation against the 27 largest investment banks in the United States in connection with alleged price fixing in the market for the underwriting of initial public stock offerings; and

- Representation, as co-lead counsel, of investors in Ponzi scheme instruments issued by the now-bankrupt Bennett Funding Group in a class action which resulted in a recovery of $169.5 million for the class.

Mr. Berger is admitted to the New York State Bar, the United States District Courts for the Southern, Eastern and Northern Districts of New York and the District of Colorado. He graduated from Iowa State University (B.S., 1985) and from the University of Chicago (J.D., 1992).

Prior to attending law school and joining KM, Mr. Berger was an associate with the law firm Winston & Strawn, and before that, a consultant with the Management Information Consulting Division of Arthur Andersen & Co.

KIRBY McINERNEY LLP
W W W . K M L L P . C O M

 **Will Harris** is Of Counsel to the firm.  He focuses on antitrust and consumer litigation.

Some of Mr. Harris's relevant work includes:

- Representation of direct purchasers in a class action against the manufacturers of drywall in *In re Domestic Drywall Antitrust Litigation*. The defendants allegedly unlawfully conspired to artificially inflate the prices of drywall in the U.S.;

- Representation of businesses and consumers of thin-film transistor liquid crystal display (TFT-LCD) products who were harmed by an alleged price-fixing conspiracy among TFT-LCD manufacturers; and

- Representation of businesses and consumers in an indirect purchaser class action against various manufacturers of SRAM, alleging that defendants engaged in a conspiracy to fix prices in the SRAM market.

Mr. Harris is admitted to the New York State Bar and the United States District Court for the Southern District of New York.  He graduated from The College of William & Mary (B.A. 2001) and Washington and Lee University School of Law (J.D. 2005).

Prior to joining KM, Mr. Harris was an associate with the law firm Gergosian & Gralewski, and before that, he worked as a contract attorney with KM in connection with the firm's Microsoft litigation, which ultimately settled for more than $2 billion in the aggregate.

18

KIRBY McINERNEY LLP
W W W . K M L L P . C O M



**Sawa Nagano** is Of Counsel to the firm. She focuses on the representation of clients in relation to price-fixing litigation under the Sherman Antitrust Act and other federal and state laws to recover overcharges caused by international price-fixing cartels. Ms. Nagano joined the firm in 2013.

Recent cases on which Ms. Nagano has worked include:

- Representation of an end-user class of businesses and consumers in connection with *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*. In this case, the manufacturers of cathode ray tubes conspired to fix, raise, maintain and/or stabilize prices. Because of Defendants' alleged unlawful conduct, Plaintiffs and other Class Members paid artificially inflated prices for CRT Products and have suffered financial harm.

Prior to joining KM, Ms. Nagano worked with the law firms of both Orrick, Herrington, and Sutcliffe LLP and Crowell and Morning LLP, where she assisted in the investigation of conspiracies to engage in price-fixing and anticompetitive practices by manufacturers and multinational conglomerates, and she represented cable operators on matters arising before the Federal Communications Commission as well as in their relations with local and state franchising authorities. She also worked for the New York bureau of a major Japanese television network. Additionally, she interned with the Office of Commissioner Furchtgott-Roth at the Federal Communications Commission and worked as a student counsel at the Art, Sports and Entertainment Law Clinic of the Dickinson School of Law of the Pennsylvania State University.

Ms. Nagano is admitted to the New York State Bar, the New Jersey State Bar, the Bar of the District of Columbia, and the United States District Courts for the Southern District of New York and the District of New Jersey. She graduated from Sophia University in Tokyo, Japan (B.A., 1989), New York University (M.A., 1992), and The Dickinson School of Law of the Pennsylvania State University (J.D., 2000). She is fluent in Japanese.

19

KIRBY McINERNEY LLP
W W W . K M L L P . C O M

 **Lauren Wagner Pederson** is Of Counsel to the firm and works on securities litigation matters. She launched her legal career after working in sales and marketing for Fortune 500 companies such as Colgate-Palmolive Company.

Over the last 10 years, Ms. Pederson has represented individuals and institutional investors in many high profile securities class actions, and has served as counsel to public pension funds, shareholders and companies in a broad range of complex corporate securities and corporate governance litigation. In addition, Ms. Pederson has litigated accounting and legal malpractice actions and recently recovered a judgment in Delaware federal court on behalf of Trust Company of the West in a legal malpractice action arising out of an international private equity transaction. She also has successfully argued and defended appeals before the Court of Appeals for the Eleventh Circuit and has represented individuals and companies in securities arbitrations before the NASD and New York Stock Exchange. Currently, Ms. Pederson is involved in the firm's cases related to LIBOR manipulation.

Ms. Pederson also is a certified mediator and a member of the State Bars of New York, Delaware, Maryland, Georgia, Alabama and the Commonwealth of Pennsylvania and is admitted to practice in numerous federal courts, including the Second, Tenth and Eleventh Circuit Courts of Appeals and the Southern District of New York. She also has been an Adjunct Professor of Law at the Widener University School of Law in Wilmington, Delaware, teaching a securities litigation seminar. Ms. Pederson received her B.S. degree in Business Administration from Auburn University, and earned her J.D., *summa cum laude*, from the Cumberland School of Law where she was Associate Editor of the Cumberland Law Review. Lauren served as Law Clerk to the Honorable Joel F. Dubina for the United States Court of Appeals for the Eleventh Circuit and currently is enrolled at Georgetown University Law Center in the Securities and Financial Regulation LL.M. program.

KIRBY McINERNEY LLP
WWW.KMLLP.COM

 **Henry Telias** is Of Counsel to the firm and practices out of our New York office, focusing on accountants' liability and securities litigation.   Mr. Telias joined the firm in 1997.

In addition to his legal work, Mr. Telias is the firm's chief forensic accountant. He holds the CFF credential (Certified in Financial Forensics) and the PFS credential (Personal Financial Specialist) from the American Institute of Certified Public Accountants.   Mr. Telias received his CPA license from New York State in 1982.  Prior to practicing as an attorney, he practiced exclusively as a certified public accountant from 1982 to 1989, including 3 years in the audit and tax departments of Deloitte Haskins & Sells' New York office.

Some of Mr. Telias' relevant experience includes:

- Representation of the lead plaintiff in *In re Citigroup Inc Securities Litigation*, a class action arising out of Citigroup's alleged misrepresentations regarding their exposure to losses associated with numerous collateralized debt obligations. This case recently settled for $590 million;

- Representation of the NY State Common Retirement Fund as lead plaintiff in *In re National City Corporation Securities, Derivative & ERISA Litigation*, a securities class action arising from National City's alleged misrepresentations regarding exposure to subprime mortgage related losses. This case recently resulted in a settlement of $168 million;

- Representation of the New York City Pension Funds as lead plaintiff in a class action against Wachovia Corporation arising from Wachovia's alleged misrepresentations of their exposure to the subprime market. This case recently resulted in a settlement of $75 million; and

- Representation, as lead counsel, of a certified class of purchasers of PRIDES securities in connection with the Cendant Corporation accounting fraud in *In re Cendant Corporation PRIDES Litigation*. This litigation resulted in an approximate $350 million settlement for the certified class – an unprecedented 100 percent recovery.

Mr. Telias is admitted to the New York State Bar and the United States District Court for the Southern District of New York.  He graduated from Brooklyn College *cum laude* (B.S., 1980) and from Hofstra University School of Law (J.D., 1989).

KIRBY McINERNEY LLP
WWW.KMLLP.COM



**Thomas W. Elrod** is an associate based in our New York office focusing on securities and healthcare litigation. Mr. Elrod joined the firm in 2011.

Recent cases on which Mr. Elrod has worked include:

- *In re Citigroup Inc Securities Litigation,* a class action, in which Kirby McInerney served as lead counsel, arising out of Citigroup's alleged misrepresentations regarding their exposure to losses associated with numerous collateralized debt obligations. This case recently settled for $590 million;

- Representation, as co-lead counsel, of exchange-based investors in futures, swaps, and other Libor-based derivative products, alleging that defendant banks colluded to misreport and manipulate Libor Rates;

- Representation of municipal issuers of Auction Rate Securities in FINRA arbitrations alleging misrepresentations by underwriters;

- Representation of a nationwide class of residential mortgage loan borrowers in Rothstein v. GMAC Mortgage LLC et al., a class action alleging that GMAC Mortgage extracted kickbacks from lender-placed insurers, Balboa Insurance Company and Meritplan Insurance Company, in violation of Racketeer Influence and Corrupt Organizations Act. This litigation is ongoing; and

- Representation of whistleblowers who claim that their companies have violated federal law or defrauded the United States Government.

Mr. Elrod is admitted to the New York State Bar, the New Jersey State Bar, the United States District Courts for the Southern and Eastern Districts of New York, the United States District Court for the District of New Jersey, and the United States Courts of Appeals for the 2nd and 9th Circuits. He graduated from the University of Chicago (B.A., 2005) and from the Boston University School of Law (J.D., 2009).

22

KIRBY McINERNEY LLP

WWW.KMLLP.COM



**Melissa Fortunato** is an associate based in our New York office focusing on securities, antitrust, and merger and acquisition litigation. Ms. Fortunato joined the firm in 2013.

Recent cases on which Ms. Fortunato has worked include:

- Representation, as co-lead counsel, of a class of Zale Corporation investors challenging the proposed acquisition of Zale by Signet Jewelers;

- Representation of several European investment managers in individual securities fraud actions against BP plc related to the *Deepwater Horizon* explosion on April 20, 2010 and the subsequent drop in BP's share price;

- Representation, as lead counsel, of a class of NTS, Inc. investors challenging the proposed acquisition of NTS by affiliates of the private equity firm Tower Three Partners LLC; and

- Representation, as co-lead counsel, of a class of Cornerstone Therapeutics, Inc. investors challenging the proposed acquisition of Cornerstone by Chiesi Farmaceutici S.p.A.

Ms. Fortunato is a member of the New York, New Jersey and Connecticut state bars, the United States District Court for the District of New Jersey, and the United States District Courts for the Eastern and Southern Districts of New York. She graduated from Georgetown University (B.S. 2004) and Pace University School of Law, *magna cum laude* (J.D., 2013). Prior to attending law school, Ms. Fortunato worked in the marketing and media business sectors.

23

KIRBY McINERNEY LLP
WWW.KMLLP.COM



**Karina Kosharskyy** is an associate based in our New York office focusing on antitrust and securities litigation. Ms. Kosharskyy joined the firm in 2005.

Recent cases on which Ms. Kosharskyy has worked include:

- Representation of an end-user class of businesses and consumers in connection with *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*. In this case, the manufacturers of cathode ray tubes conspired to fix, raise, maintain and/or stabilize prices. Because of Defendants' alleged unlawful conduct, Plaintiffs and other Class Members paid artificially inflated prices for CRT Products and have suffered financial harm;

- Representation, as co-lead counsel, of exchange-based investors in futures, swaps, and other Libor-based derivative products, alleging that defendant banks colluded to misreport and manipulate Libor rates;

- Representation, as lead counsel, of a class of consumers in connection with *In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation and Related Actions*. This case involves Unocal's manipulation of the standard-setting process for low-emissions reformulated gasoline in California, which increased retail prices of reformulated gasoline. The court recently approved a preliminary settlement of $48 million in this litigation; and

- Representation, as a lead counsel, of consumer classes in connection with antitrust proceedings against Microsoft. These litigations resulted in settlements totaling nearly a billion dollars for consumers in Florida, New York, Tennessee, West Virginia and Minnesota, where the litigation proceeded to trial.

Ms. Kosharskyy is admitted to the New York State Bar, the United States District Courts for the Southern and Eastern Districts of New York, the United States District Court for the District of New Jersey, and the New Jersey State Bar. She graduated from Boston University (B.A., 2000) and from New York Law School (J.D., 2007). She is fluent in Russian.

24

KIRBY McINERNEY LLP
W W W . K M L L P . C O M



**Anna Linetskaya** is an associate based in our New York office focusing on securities and structured finance litigation. Ms. Linetskaya previously worked at the firm as a law clerk before joining the firm in August 2014.

As a law clerk, Ms. Linetskaya worked on a variety of matters including *In re Citigroup Inc. Securities Litigation, In re Libor-Based Financial Instruments Antitrust Litigation, Dandong v. Pinnacle Performance Limited,* and individual lawsuits against Morgan Stanley, Credit Agricole Corporate and Investment Bank, UBS, Deutsche Bank, Credit Suisse, Goldman Sachs, JP Morgan, and Barclays pertaining to a number of fraudulent structured investment vehicles and asset-backed collateralized debt obligations.

Ms. Linetskaya is a member of the New Jersey State Bar and is awaiting admission to the New York State Bar. Her practice is supervised by members of the State Bar of New York. Ms. Linetskaya graduated from King's College London, UK, where she was ranked amongst top 5% of the class and received a distinction in her major (B.S., 2010), and from Benjamin N. Cardozo School of Law *cum laude* with concentration in corporate law and litigation (J.D., 2014). She is fluent in Russian.

25

KIRBY McINERNEY LLP
WWW.KMLLP.COM



**Ayako Mikuriya** is a staff attorney based in our New York office, focusing on securities and structured finance litigation. Ms. Mikuriya joined the firm in 2013.

Recent cases on which Ms. Mikuriya has worked include:

- Securities and structured product litigations on behalf of clients across Asia.

Prior to joining KM, Ms. Mikuriya worked as a Vice President in the legal department of Nomura Holding America Inc. She has passed the qualification examination for Sales Representatives licensed by the Japan Securities Dealers Associations.

Ms. Mikuriya is admitted to the New York State Bar.  She graduated from the Sophia University in Tokyo, Japan (B.A., 2003), and from Columbia University School of Law (LL.M., 2010).  She is fluent in English and is a native speaker of Japanese.

26

KIRBY McINERNEY LLP
W W W . K M L L P . C O M

 **Beverly Tse Mirza** is an associate based in our New York office focusing on antitrust and securities litigation. Ms. Mirza joined the firm in 2004.

Recent cases on which Ms. Mirza has worked include:

- Representation, as lead counsel, of a class of consumers in connection with *In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation and Related Actions*. This case involves Unocal's manipulation of the standard-setting process for low-emissions reformulated gasoline in California, which increased retail prices of reformulated gasoline. This litigation resulted in a $48 million recovery for the class;

- Representation, as co-lead counsel, of exchange-based investors in futures, swaps, and other Libor-based derivative products, alleging that defendant banks colluded to misreport and manipulate Libor rates;

- Representation, as one of the firms with primary responsibility for the case, of a class of purchasers of computers containing Intel's microprocessor chips in *Coordination Proceedings Special Title, Intel x86 Microprocessor Cases*. This litigation is ongoing;

- Representation, as executive committee member, of a class of retailers in *In re Chocolate Confectionary Antitrust Litigation*, alleging price fixing claims against a group of chocolate manufacturers in the United States and abroad;

- Representation of a union pension fund as lead plaintiff in *In re Moody's Corporation Securities Litigation*, a securities class action arising from Moody's misrepresentation about and in the course of its rating of mortgage-related securities. Classwide losses are estimated to be in the billions;

- Representation, as a lead counsel, of a class of sellers in *In re Ebay Seller Antitrust Litigation*, alleging monopolization claims against Ebay;

- Representation of an objector to the settlement in *Reynolds v. Beneficial National Bank* in the United States Northern District Court for the District of Illinois. Ms. Mirza and KM were lauded by the presiding judge for their "intelligence and hard work," and for obtaining "an excellent result for the class."

Ms. Mirza is admitted to the California State Bar and the United States District Courts for the Northern and Central Districts of California. Her practice is supervised by members of the State Bar of New York. She graduated from California State University of Los Angeles *magna cum laude* (B.S., 2000) and from California Western School of Law (J.D., 2004).

KIRBY McINERNEY LLP

W W W . K M L L P . C O M



**Meghan Summers** Meghan Summers is an associate based in our New York office focusing on securities and structured finance antitrust litigation. Ms. Summers previously worked at the firm as a paralegal and law clerk before joining the firm in September 2012 as an associate.

Ms. Summers has recently worked on the following cases:

- Representation, as lead counsel, of a group of Singapore-based investors in a securities class action against Morgan Stanley pertaining to notes issued by Cayman Islands-registered Pinnacle Performance Ltd. Plaintiffs allege that Morgan Stanley routed Pinnacle investors' principal into synthetic collateralized debt obligations (CDOs) that it built to fail and then bet against. As the CDOs failed by design, plaintiffs' principal was swapped to Morgan Stanley, enriching Morgan Stanley while rendering the Pinnacle Notes an all-but-total loss. The court denied defendants motions to dismiss and later granted plaintiffs' motion for class certification. On December 2, 2014, the court preliminarily approved a $20 million settlement to resolve the action;

- An individual lawsuit against Morgan Stanley pertaining to four fraudulent collateralized debt obligations. Plaintiff alleges that Morgan Stanley represented that independent collateral managers would select safe, high-quality reference entities to be included in the collateralized debt obligations' underlying portfolios, but that in reality, Morgan Stanley controlled portfolio selection and chose high-risk collateral, while actively shorting that same collateral in order to enrich itself at its client's expense;

- Individual lawsuits against Morgan Stanley, Credit Agricole Corporate and Investment Bank, UBS, Deutsche Bank, Credit Suisse, Goldman Sachs, JP Morgan, and Barclays pertaining to a number of fraudulent structured investment vehicles and asset-backed collateralized debt obligations;

- An individual securities fraud action against BP plc related to the Deepwater Horizon explosion on April 20, 2010, and the subsequent drop in BP's share price; and

- Individual securities fraud actions against Merck and Schering-Plough related to the commercial viability of the companies' anti-cholesterol medication Vytorin, and the subsequent drop in Merck's and Schering-Plough's share price.

As a law clerk, Ms. Summers worked on a variety of matters including *In re Citigroup Inc. Securities Litigation, In re Wachovia Corporation, In re Libor-Based Financial Instruments Antitrust Litigation, Dandong v. Pinnacle Performance Limited,* and private antitrust proceedings against Microsoft in the United States and Canada.

Ms. Summers is admitted to the New York State Bar, the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Court for the District of Colorado. She graduated from Cornell University *summa cum laude* where she was ranked first in her major (B.S., 2008) and from Pace University School of Law *summa cum laude* where she was Salutatorian of her class (J.D., 2012).

28

**KIRBY McINERNEY LLP**
W W W . K M L L P . C O M



**Edward M. Varga, III** is an associate based in our New York office focusing on securities and antitrust litigation. Mr. Varga joined the firm in 2006.

Recent cases on which Mr. Varga has worked include:

- Representation of the lead plaintiff in *In re Citigroup Inc Securities Litigation*, a class action arising out of Citigroup's alleged misrepresentations regarding their exposure to losses associated with numerous collateralized debt obligations. This case recently settled for $590 million;

- Representation, as counsel for lead plaintiff and other shareholders in a derivative action brought against members of the Board of Directors and senior executives of Pfizer, Inc. Plaintiffs made a breach of fiduciary duty claim because defendants allegedly allowed unlawful promotion of drugs to continue even after receiving numerous "red flags" that the improper drug marketing was systemic. Pfizer agreed to pay a proposed settlement of $75 million and to make groundbreaking changes to the Board's oversight of regulatory matters;

- Representation, as lead counsel, a group of Singapore-based investors in a securities class action against Morgan Stanley pertaining to notes issued by Cayman Islands-registered Pinnacle Performance Ltd. Plaintiffs allege that Morgan Stanley routed Pinnacle investors' principal into synthetic collateralized debt obligations (CDOs) that it built to fail and then bet against. As the CDOs failed by design, plaintiffs' principal was swapped to Morgan Stanley, enriching Morgan Stanley while rendering the Pinnacle Notes an all-but-total loss. The court denied defendants motions to dismiss and later granted plaintiffs' motion for class certification. On November 7, 2014, the parties executed a settlement agreement, pursuant to which Defendants have agreed to pay $20 million to resolve the action, which was preliminarily approved by the court on December 2, 2014;

- Representation of companies that offered IPO securities in antitrust litigation against the 27 largest investment banks in the United States. Plaintiffs allege that the banks conspired to price fix underwriting fees in the mid-sized IPO market; and

- Representation of the NY State Common Retirement Fund as lead plaintiff in *In re National City Corporation Securities, Derivative & ERISA Litigation*, a securities class action arising from National City's alleged misrepresentations regarding exposure to subprime mortgage related losses. This case recently settled for $168 million.

Mr. Varga is admitted to the New York State Bar, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second Circuit. He graduated from Cornell University (B.S., 2000)) and from New York University Law School (J.D., 2006).

KIRBY McINERNEY LLP

W W W . K M L L P . C O M

 **Andrew Watt** is a staff attorney based in our New York office focusing on securities and antitrust litigation. Mr. Watt worked at the firm as an associate from 2005 through 2008.  He then returned to work with the firm as a staff attorney in 2010.

Recent cases on which Mr. Watt has worked include:

- Representation of the lead plaintiff in *In re Citigroup Inc Securities Litigation*, a class action arising out of Citigroup's alleged misrepresentations regarding their exposure to losses associated with numerous collateralized debt obligations. This case recently settled for $590 million;

- Representation, as co-lead counsel, of exchange-based investors in futures, swaps, and other Libor-based derivative products, alleging that defendant banks colluded to misreport and manipulate Libor rates; and

- Representation, as co-lead counsel, of a class of direct purchasers of Prograf, a branded prescription immunosuppressant used in organ transplant patients in an antitrust action against Astellas Pharma US, Inc. Plaintiffs allege that defendant filed a baseless citizen petition with the Food and Drug Administration ("FDA"), with the sole intent of foreclosing market entry by generic competitors, that improperly extended its monopoly and kept Prograf prices at supra-competitive levels.

Mr. Watt is admitted to the New York State Bar and the United States District Courts for the Southern and Eastern Districts of New York. He graduated from Columbia College (B.A., 1994), Yale University (M.A., 1999), and Columbia University School of Law (J.D., 2002), where he was a Harlan Fiske Stone Scholar.

Prior to joining KM, Mr. Watt practiced at Roberts & Holland, LLP.

30

**Client & Adversary Recognition**

KM received the highest available commendations from the City of NY four years in a row for its work on the AWP Litigation.  In each of those four years, KM's efforts on the City's behalf received the overall rating of "excellent".  The City elaborated, *"Kirby did a truly excellent job and the results reflect that"* .

*"The case has been in front of the Supreme Court of the United States once, and in front of the Ninth Circuit no fewer than three times. Throughout, [KM] has . . . brought a considerable degree of success . . . and thwarted attempts by other counsel who sought to settle . . . and destroy a potential billion dollars of class rights."*

<div align="right">

Plaintiff / client,
Epstein v. MCA, Inc.

</div>

*"[The KM firm] proved to be a highly able and articulate advocate. Single-handedly, [KM] was able to demonstrate not only that [KM's] client had a good case but that many of the suspicions and objections held by the Nigerian Government were ill-founded."*

<div align="right">

English adversary in The Nigerian Cement Scandal

</div>

*"[KM] represented us diligently and successfully. Throughout [KM's] representation of our firm, [KM's] commitment and attention to client concerns were unimpeachable."*

<div align="right">

European institutional defendant /client
involved in a multi-million dollar NASD arbitration

</div>

*"Against long odds, [KM] was able to obtain a jury verdict against one of the larger, more prestigious New York law firms."*

<div align="right">

Plaintiff / client,
Vladimir v. U.S. Banknote Corporation

</div>

*"[KM] represented our investors with probity, skill, and diligence. There is too much money involved in these situations to leave selection of class counsel to strangers or even to other institutions whose interests may not coincide."*

<div align="right">

Plaintiff / institutional client,
In re Cendant Corporation PRIDES Litigation

</div>

Notables

The firm has repeatedly demonstrated its ability in the field of class litigation and our success has been widely recognized.  For example:

*In re Citigroup Inc. Securities Litigation*, No. 07-cv-9901 (S.D.N.Y.).  Lead counsel.  $590 million settlement.

*In re National City Corporation Securities, Derivative & ERISA Litigation*, No. 08-cv-70004 (N.D.Oh).  Lead counsel.  $168 million settlement.

*In re Wachovia Equity Securities Litigation*, No. 08-cv-6171 (S.D.N.Y.).  Lead counsel.  $75 million settlement.

*In re BP Propane Indirect Purchaser Antitrust Litigation*, No. 06-cv-3541 (N.D.Ill. 2010).  Co-lead counsel.  $15 million settlement on behalf of propane purchasers.

*In re J.P. Morgan Chase Cash Balance Litigation*, No. 06-cv-732 (S.D.N.Y.).  Co-lead counsel.

> "Plaintiff's counsel operated with a strong, genuine belief that they were litigating on behalf of a group of employees who had been injured and who needed representation and a voice, and, at great expense to [themselves], made Herculean efforts on behalf of the class over years...they're to be commended for their fight on behalf of people that they believed had been victimized."

*In re Pfizer Inc. Shareholder Derivative Litigation*, No. 09-cv-7822 (S.D.N.Y.).  Pfizer agreed to pay a proposed settlement of $75 million and to make groundbreaking changes to the Board's oversight of regulatory matters.

*In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation and Related Actions*, No. 05-cv-01671 (C.D. Cal).  Lead counsel.  $48 million settlement for indirect purchasers.

*In re BISYS Securities Litigation*, No. 04-cv-3840 (S.D.N.Y. 2007).  Co-lead counsel.  $66 million settlement.

> "In this Court's experience, relatively few cases have involved as high level of risk, as extensive discovery, and, most importantly, as positive a final result for the class members as that obtained in this case."

*Cox v. Microsoft Corporation*, Index No. 105193/00, Part 3 (N.Y. Sup. Ct.).  Lead counsel.  $350 million settlement.

*In re AT&T Corp. Securities Litigation*, No. 00-cv-8754 (S.D.N.Y. 2006).  Sole lead counsel.  $150 million settlement.

*In re Adelphia Communications, Inc. Securities Litigation*, No. 04-cv-05759 (S.D.N.Y. 2006).  Co-lead counsel.  $478 million settlement.

> "[T]hat the settlements were obtained from defendants represented by 'formidable opposing counsel from some of the best defense firms in the country' also evidences the high quality of lead counsels' work."

*Lapin v. Goldman Sachs & Co.*, No. 04-cv-2236 (S.D.N.Y.).  Co-lead counsel.  $29 million settlement.

*Montoya v. Herley Industries, Inc.*, No. 06-cv-2596 (E.D. Pa).  Lead counsel.  $10 million settlement.

*Carnegie v. Household International Inc., et al.*, No. 98-cv-2178 (N.D.Ill. 2006).  Co-lead counsel.  $39 million settlement.

> "Since counsel took over the representation of this case . . ., they have pursued this case, conducting discovery, hiring experts, preparing for trial, filing motions where necessary, opposing many motions, and representing the class with intelligence and hard work. They have obtained an excellent result for the class."

*Dutton v. Harris Stratex Networks Inc. et al.*, **No.** 08-cv-00755 (D.Del).  Lead counsel.  $8.9 million settlement.

*In re Isologen Inc. Securities Litigation*, No. 05-cv-4983 (E.D. Pa.).  Lead counsel.  $4.4 million settlement.

*In re Textron, Inc. Securities Litigation*, No. 02-cv-0190 (D.R.I.).  Co-lead counsel.  $7 million settlement.

*Argent Convertible Classic Arbitrage Fund, L.P. v. Amazon.com, Inc. et al.*, No. 01-cv-0640L (W.D. Wash. 2005).  Lead counsel for class of convertible euro-denominated bond purchases.  $20 million settlement.

*Muzinich & Co., Inc. et al. v. Raytheon Company et al.*, No. 01-cv-0284 (D. Idaho 2005).  Co-lead counsel.  $39 million settlement.

*Gordon v. Microsoft Corporation*, No. 00-cv-5994 (Minn. Dist. Ct., Henn. Co. 2004).  Co-lead counsel.  $175 million settlement following two months of trial.

*In re Visa Check/MasterMoney Antitrust Litigation*, No. 96-cv-5238 (E.D.N.Y. 2003).  $3 billion monetary settlement and injunctive relief.

*In re Florida Microsoft Antitrust Litigation*, No. 99-cv-27340 (Fl. Cir. Ct. 11th Cir., Miami/Dade Co. 2003).  Co-lead counsel.  $200 million settlement of antitrust claims.

*In re Churchill Securities, Inc.* (SIPA Proceeding), No. 99 B 5346A (Bankr. S.D.N.Y. 2003).  Sole lead counsel.  Over $9 million recovery for 500+ victims of pyramid scheme perpetrated by defunct brokerage firm.

*In re Laidlaw Bondholder Securities Litigation*, No. 00-cv-2518-17 (D. S.C. 2002).  Lead counsel.  $42.8 million settlement.

*Cromer Finance v. Berger et al.* (*In re Manhattan Fund Securities Litigation*), No. 00-cv-2284 (S.D.N.Y. 2002).  Co-lead counsel.  $65 million settlement in total.

*In re Boeing Securities Litigation*, No. 97-cv-715 (W.D. Wash. 2001).  $92.5 million settlement.

*In re MCI Non-Subscriber Telephone Rates Litigation*, MDL No. 1275 (S.D. Ill. 2001).  Chairman of steering committee.  $88 million settlement.

33

*In re General Instrument Corp. Securities Litigation*, No. 01-cv-1351 (E.D. Pa. 2001). Co- lead counsel. $48 million settlement.

*In re Bergen Brunswig/Bergen Capital Trust Securities Litigation*, 99-cv-1305 and 99-cv-1462 (C.D. Cal. 2001). Co-lead counsel. $42 million settlement.

*Steiner v. Aurora Foods*, No. 00-cv-602 (N.D. Cal. 2000). Co-lead counsel. $36 million settlement.

*Gerber v. Computer Associates International, Inc.*, No. 91-cv-3610 (E.D.N.Y. 2000). Multi-million dollar jury verdict in securities class action.

*Rothman v. Gregor*, 220 F.3d 81 (2d Cir. 2000). Principal counsel of record in appeal that resulted in first ever appellate reversal of the dismissal of a securities fraud class action under the Securities Reform Act of 1995.

*Bartold v. Glendale Federal Bank*, 81 Cal.App.4th 816 (2000). Ruling on behalf of hundreds of thousands of California homeowners establishing banks' duties regarding title reconveyance; substantial damages still to be calculated in this and related cases against other banks for failures to have discharged these duties.

*In re Cendant Corporation PRIDES Litigation*, 51 F. Supp. 2d 537, 542 (D. N.J. 1999). Lead counsel. $340 million settlement.

> "[R]esolution of this matter was greatly accelerated by the creative dynamism of counsel." * * * "We have seen the gifted execution of responsibilities by a lead counsel."

*In re Waste Management, Inc. Securities Litigation*, No. 97C 7709 (N.D. Ill. 1999). Co-lead counsel. $220 million settlement.

> "...[Y]ou have acted the way lawyers at their best ought to act. And I have had a lot of cases... in 15 years now as a judge and I cannot recall a significant case where I felt people were better represented than they are here... I would say this has been the best representation that I have seen."

*In re Bennett Funding Group, Inc. Securities Litigation*, No. 96-cv-2583 (S.D.N.Y. 1999). Co-lead counsel. $140 million settlement ($125 million recovered from Generali U.S. Branch, insurer of Ponzi scheme instruments issued by Bennett Funding Group; $14 million settlement with Mahoney Cohen, Bennett's auditor).

*In re MedPartners Securities Litigation*, No. 98-cv-06364 (Ala. June 1999). Co-lead counsel. $56 million settlement.

*In re MTC Electronic Technologies Shareholder Litigation*, No. 93-cv-0876 (E.D.N.Y. 1998). Co-lead counsel. Settlement in excess of $70 million.

*Skouras v. Creditanstalt International Advisers, Inc., et al.*, NASD Arb., No. 96-05847 (1998). Following an approximately one month hearing, successfully defeated multi-million dollar claim against major European institution.

34

*In re Woolworth Corp. Securities Class Action Litigation*, No. 94-cv-2217 (S.D.N.Y. 1997).  Co-lead counsel. $20 million settlement.

*In re Archer Daniels Midland Inc. Securities Litigation*, No. 95-cv-2877 (C.D. Ill. 1997).  Co-lead counsel.  $30 million settlement.

*Vladimir v. U.S. Banknote Corp.*, No. 94-cv-0255 (S.D.N.Y. 1997).  Multi-million dollar jury verdict in § 10(b) action.

*In re Archer Daniels Midland Inc. Securities Litigation*, No. 95-cv-2877 (C. D. Ill. 1997).  Co-lead counsel.  $30 million settlement.

*Epstein et al. v. MCA, Inc., et al.*, 50 F.3d 644 (9th Cir. 1995), *rev'd and remanded on other grounds, Matsushita Electric Industrial Co., Ltd. et al. v. Epstein et al.*, No. 94-1809, 116 S. Ct. 873 (February 27, 1996).  Sole lead counsel.   Appeal resulted in landmark decision concerning liability of tender offeror under section 14(d)(7) of the Williams Act, SEC rule 14d-10 and preclusive effect of a release in a state court proceeding. In its decision granting partial summary judgment to plaintiffs, the court of appeals for the Ninth Circuit stated:

> "The record shows that the performance of the Epstein plaintiffs and their counsel in pursuing this litigation has been exemplary."

*In re Abbott Laboratories Shareholder Litigation*, No. 92-cv-3869 (N.D. Ill. 1995).  Co-lead counsel.  $32.5 million settlement.

> "The record here amply demonstrates the superior quality of plaintiffs' counsel's preparation, work product, and general ability before the court."

*In re Morrison Knudsen Securities Litigation*, No. 94-cv-334 (D. Id. 1995).  Co-lead counsel.  $68 million settlement.

*In re T2 Medical Inc. Securities Litigation*, No. 94-cv-744 (N.D. Ga. 1995).  Co-lead counsel.  $50 million settlement.

*Gelb v. AT&T*, No. 90-cv-7212 (S.D.N.Y. 1994).  Landmark decision regarding filed rate doctrine leading to injunctive relief.

*In re International Technology Corporation Securities Litigation*, No. 88-cv-40 (C.D. Cal. 1993).  Co-lead counsel. $13 million settlement.

*Colaprico v. Sun Microsystems*, No. 90-cv-20710 (N.D. Cal. 1993).  Co-lead counsel.  $5 million settlement.

*Steinfink v. Pitney Bowes, Inc.*, No. B90-340 (JAC) (D. Conn. 1993).  Lead counsel.  $4 million settlement.

*In re Jackpot Securities Enterprises, Inc. Securities Litigation*, CV-S-89-05-LDG (D. Nev. 1993).  Lead counsel. $3 million settlement.

*In re Nordstrom Inc. Securities Litigation*, No. C90-295C (W.D. Wa. 1991).  Co-lead counsel.  $7.5 million settlement.

35

*United Artists Litigation*, No. CA 980 (Sup. Ct., L.A., Cal.).  Trial counsel.  $35 million settlement.

*In re A.L. Williams Corp. Shareholders Litigation*, C.A. No. 10881 (Delaware Ch. 1990).  Lead counsel. Benefits in excess of $11 million.

*In re Triangle Inds., Inc., Shareholders' Litigation*, C.A. No. 10466 (Delaware Ch. 1990).  Co-lead counsel. Recovery in excess of $70 million.

*Schneider v. Lazard Freres*, No. 38899, M-6679 (N.Y. App. Div. 1st Dept. 1990).  Co-lead counsel. Landmark decision concerning liability of investment bankers in corporate buyouts.  $55 million settlement.

*Rothenberg v. A.L. Williams*, C.A. No. 10060 (Delaware. Ch. 1989).  Sole lead counsel.  Benefits of at least $25 million to the class.

*Kantor v. Zondervan Corporation*, No. 88-cv-C5425 (W.D. Mich. 1989).  Sole lead counsel.  Recovery of $3.75 million.

*King v. Advanced Systems, Inc.*, No. 84-cv-C10917 (N.D. Ill. E.D. 1988).  Lead counsel.  Recovery of $3.9 million (representing 90% of damages).

*Straetz v. Cordis*, 85-343 Civ. (SMA) (S.D. Fla. 1988).  Lead counsel.

> "I want to commend counsel and each one of you for the diligence with which
> you've pursued the case and for the results that have been produced on both
> sides. I think that you have displayed the absolute optimum in the method and
> manner by which you have represented your respective clients, and you are
> indeed a credit to the legal profession, and I'm very proud to have had the
> opportunity to have you appear before the Court in this matter."

*In re Flexi-Van Corporation, Inc. Shareholders Litigation*, C.A. No. 9672 (Delaware. Ch. 1988).  Co-lead counsel.  $18.4 million settlement.

*Entezed, Inc. v. Republic of Nigeria*, I.C.C. Arb. (London 1987).  Multi-million dollar award for client.

*In re Carnation Company Securities Litigation*, No. 84-cv-6913 (C.D. Cal. 1987).  Co-lead counsel.  $13 million settlement.

*In re Data Switch Securities Litigation*, B84 585 (RCZ) (D. Conn. 1985).  Co-lead counsel.  $7.5 million settlement.

*Stern v. Steans*, 80 Civ 3903 (GLG).  The court characterized the result for the class obtained during trial to jury as "unusually successful" and "incredible" (Jun 1, 1984).

*In re Datapoint Securities Litigation*, SA 82 CA 338 (W.D. Tex.).  Lead Counsel for a Sub-Class.  $22.5 million aggregate settlement.

*Malchman, et al. v. Davis, et al.*, No. 77-cv-5151 (S.D.N.Y. 1984):

> "It is difficult to overstate the far-reaching results of this litigation and the settlement. Few class actions have ever succeeded in altering commercial relationships of such magnitude. Few class action settlements have even approached the results achieved herein.... In the present case, the attorneys representing the class have acted with outstanding vigor and dedication . . . Although the lawyers in this litigation have appeared considerably more in the state courts than in the federal court, they have appeared in the federal court sufficiently for me to attest as to the high professional character of their work. Every issue which has come to this court has been presented by both sides with a thoroughness and zeal which is outstanding .... In sum, plaintiffs and their attorneys undertook a very large and difficult litigation in both the state and federal courts, where the stakes were enormous. This litigation was hard fought over a period of four years. Plaintiffs achieved a settlement which altered commercial relationships involving literally hundreds of millions of dollars."

* * *

# EXHIBIT 2

### IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;
### MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | KIRBY MCINERNEY LLP |
|---|---|
| Reporting Year | 2007 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

—

EXHIBIT 2

### IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;
### MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | KIRBY MCINERNEY LLP |
|---|---|
| Reporting Year | 2008 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;
MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | KIRBY MCINERNEY LLP |
| Reporting Year | 2009 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

EXHIBIT 2

## IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;
### MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | KIRBY MCINERNEY LLP |
|---|---|
| Reporting Year | 2010 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gralewski, Robert(OC) | $ 600.00 | | 0.50 | | | | | 3.50 | | 4.00 | 6.50 | | | 14.50 | $ 8,700.00 |
| Kikuchi, Akiko(OC) | $ 525.00 | | | | | | | 4.00 | | | | | | 4.00 | $ 2,100.00 |
| Flohr, Sarah(PL) | $ 175.00 | | | 0.50 | | | | | | 4.00 | | | | 4.50 | 787.50 |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | - | 0.50 | 0.50 | - | - | - | 7.50 | - | 8.00 | 6.50 | - | - | 23.00 | $ 11,587.50 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;

MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | KIRBY MCINERNEY LLP |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gralewski, Robert(OC) | $ 600.00 | 0.25 | | | 280.75 | 34.25 | | 386.00 | | 23.25 | 24.50 | | | 749.00 | $ 449,400.00 |
| Harris, William(OC) | $ 375.00 | | | | 6.25 | | | | | | | | | 6.25 | $ 2,343.75 |
| Harris, William(OC) | $ 350.00 | | | | | | | 538.25 | | | | | | 538.25 | $ 188,387.50 |
| Kikuchi, Akiko(OC) | $ 525.00 | | | | | | | 382.75 | | | | | | 382.75 | $ 200,943.75 |
| Cohen, Steven(A) | $ 400.00 | | | | | | | 46.25 | | | | | | 46.25 | $ 18,500.00 |
| Mirza, Beverly(A) | $ 475.00 | | | | | | | | | 27.50 | | | | 27.50 | $ 13,062.50 |
| Studebaker, Christopher(A) | $ 400.00 | | | | 17.50 | | | 16.25 | | 2.25 | | | | 36.00 | $ 14,400.00 |
| Chang, Elise(PL) | $ 175.00 | | | | | | | | | 10.25 | | | | 10.25 | $ 1,793.75 |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | 0.25 | - | - | 304.50 | 34.25 | - | 1,369.50 | - | 63.25 | 24.50 | - | - | 1,796.25 | $ 888,831.25 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;
MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | KIRBY MCINERNEY LLP |
| --- | --- |
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Gralewski, Robert(OC) | $ 600.00 | 3.50 | | | 64.00 | 741.50 | | 36.75 | 2.75 | 5.50 | 59.00 | | | 913.00 | $ 547,800.00 |
| Harris, William(OC) | $ 375.00 | | | | | 9.25 | | 81.50 | | | 55.25 | | | 146.00 | $ 54,750.00 |
| Harris, William(OC) | $ 350.00 | | | | | | | 1,583.00 | | | | | | 1,583.00 | $ 554,050.00 |
| Kikuchi, Akiko(OC) | $ 525.00 | | | | 4.00 | 49.25 | | 880.25 | 7.00 | | | | | 940.50 | $ 493,762.50 |
| Kosharskyy, Karina(A) | $ 325.00 | | | | 25.25 | 62.00 | | 10.00 | | 22.75 | 33.75 | | | 153.75 | $ 49,968.75 |
| Lopez, Sarah(A) | $ 400.00 | | | | | | | 35.00 | | | | | | 35.00 | $ 14,000.00 |
| Mirza, Beverly(A) | $ 475.00 | | | | | | | | | | 6.25 | | | 6.25 | $ 2,968.75 |
| Studebaker, Christopher(A) | $ 400.00 | | | | 5.50 | 8.25 | | 0.25 | 0.75 | 17.25 | 3.50 | | | 35.50 | $ 14,200.00 |
| Meador, Matthew(LC) | $ 295.00 | | | | | | | | | | 7.50 | | | 7.50 | $ 2,212.50 |
| Summers, Meghan(LC) | $ 200.00 | | | | | | | 2.50 | | 15.75 | | | | 18.25 | $ 3,650.00 |
| Chang, Elise(PL) | $ 175.00 | 1.50 | | | | | | | | | | | | 1.50 | $ 262.50 |
| Yan, Patricia(PL) | $ 175.00 | | | | | | | | | 8.00 | 3.00 | | | 11.00 | $ 1,925.00 |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | 5.00 | - | - | 98.75 | 870.25 | - | 2,629.25 | 10.50 | 69.25 | 168.25 | - | - | 3,851.25 | $ 1,739,550.00 |

EXHIBIT 2

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;**
**MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KIRBY MCINERNEY LLP |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gralewski, Robert(P) | $ 750.00 | 5.25 | 57.00 | | 18.25 | 967.00 | | 62.75 | 2.00 | 37.25 | 50.75 | | | 1,200.25 | $ 900,187.50 |
| Hume, Daniel(P) | $ 850.00 | | | | | | | | | 2.00 | | | | 2.00 | $ 1,700.00 |
| Brehm, Elizabeth(OC) | $ 400.00 | 1.25 | 4.00 | | | 447.75 | | 265.00 | | 41.75 | | | | 759.75 | $ 303,900.00 |
| Harris, William(OC) | $ 475.00 | 1.50 | | | 6.50 | 278.75 | | | | | | | | 286.75 | $ 136,206.25 |
| Harris, William(OC) | $ 350.00 | | | | | | | 588.75 | | | | | | 588.75 | $ 206,062.50 |
| Kikuchi, Akiko(OC) | $ 575.00 | | | | 66.50 | 114.00 | | 557.50 | | | | | | 738.00 | $ 424,350.00 |
| Mikuraya, Ayako(OC) | $ 500.00 | | | | | | | 26.75 | | | | | | 26.75 | $ 13,375.00 |
| Nagano, Sawaka(OC) | $ 575.00 | | | | | 116.75 | | 848.50 | | | 8.00 | | | 973.25 | $ 559,618.75 |
| Kosharskyy, Karina(A) | $ 475.00 | | | | 14.75 | 28.00 | | 56.25 | | 21.25 | 2.00 | | | 122.25 | $ 58,068.75 |
| Kosharskyy, Karina(A) | $ 350.00 | | | | | | | 901.25 | | | | | | 901.25 | $ 315,437.50 |
| Mirza, Beverly(A) | $ 550.00 | | | | | 0.25 | | | | 0.25 | | | | 0.50 | $ 275.00 |
| Studebaker, Christopher(A) | $ 550.00 | 0.25 | | | | 2.25 | | 0.50 | | | | | | 3.00 | $ 1,650.00 |
| Meador, Matthew(LC) | $ 300.00 | | 2.00 | | | | | | | | | | | 2.00 | $ 600.00 |
| Ahern, Michael(PL) | $ 200.00 | | | 3.00 | | | | | | | | | | 3.00 | $ 600.00 |
| Yan, Patricia(PL) | $ 200.00 | | | | | | | | | | 16.25 | | | 16.25 | $ 3,250.00 |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | 8.25 | 63.00 | 3.00 | 106.00 | 1,954.75 | - | 3,307.25 | 2.00 | 102.50 | 77.00 | - | - | 5,623.75 | $ 2,925,281.25 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;
MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | KIRBY MCINERNEY LLP |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gralewski, Robert(P) | $ 775.00 | 0.75 | 11.00 | | 130.50 | 993.25 | | 15.25 | 0.50 | 33.00 | 48.00 | 3.75 | 273.00 | 1,509.00 | $ 1,169,475.00 |
| Brehm, Elizabeth(OC) | $ 500.00 | 1.00 | 6.50 | | 45.50 | 693.25 | | 38.75 | | 376.75 | 23.00 | | 18.00 | 1,202.75 | $ 601,375.00 |
| Harris, William(OC) | $ 500.00 | 0.50 | 7.00 | | 16.75 | 174.00 | | 186.75 | 6.50 | 96.75 | 23.00 | | 12.50 | 523.75 | $ 261,875.00 |
| Harris, William(OC) | $ 350.00 | | | | | | | 509.75 | | | | | | 509.75 | $ 178,412.50 |
| Nagano, Sawaka(OC) | $ 575.00 | | | | 55.00 | 69.00 | | 1,284.50 | | 48.50 | | | 14.50 | 1,471.50 | $ 846,112.50 |
| Kosharskyy, Karina(A) | $ 500.00 | 0.75 | | | | 102.00 | | | | 18.00 | 7.00 | 2.50 | 13.00 | 143.25 | $ 71,625.00 |
| Kosharskyy, Karina(A) | $ 350.00 | | | | | | | 919.25 | | | | | | 919.25 | $ 321,737.50 |
| Brizuela, Fatima(LC) | $ 200.00 | | | | | 22.50 | | 13.75 | | 64.75 | 28.00 | | 83.75 | 212.75 | $ 42,550.00 |
| Kelley, Jessica(PL) | $ 210.00 | | | | | | | | | | 17.00 | | | 17.00 | $ 3,570.00 |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | 3.00 | 24.50 | - | 247.75 | 2,054.00 | - | 2,968.00 | 7.00 | 637.75 | 146.00 | 6.25 | 414.75 | 6,509.00 | $ 3,496,732.50 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;
MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | KIRBY MCINERNEY LLP |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gralewski, Robert(P) | $ 775.00 | | | | 2.00 | 4.50 | | | | 4.25 | 44.50 | 17.75 | 250.25 | 323.25 | $ 250,518.75 |
| Hume, Daniel(P) | $ 850.00 | | | | | | | | | 0.50 | | 6.00 | | 6.50 | $ 5,525.00 |
| Brehm, Elizabeth(OC) | $ 500.00 | | | | | 32.50 | | 9.00 | | 42.50 | 11.25 | | 54.00 | 149.25 | $ 74,625.00 |
| Harris, William(OC) | $ 500.00 | | | | | 14.50 | | 1.50 | | 51.50 | 25.00 | | 69.25 | 161.75 | $ 80,875.00 |
| Nagano, Sawaka(OC) | $ 575.00 | | | | 246.75 | 19.00 | | 57.75 | | | | | 72.00 | 395.50 | $ 227,412.50 |
| Kosharskyy, Karina(A) | $ 500.00 | 1.75 | | | | 27.00 | | 0.25 | | | | | 72.25 | 101.25 | $ 50,625.00 |
| Brizuela, Fatima(LC) | $ 200.00 | | | | | 7.75 | | 20.25 | | 30.00 | 26.75 | 5.00 | 60.75 | 150.50 | $ 30,100.00 |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | | | | | | | | | | | | | - | $ - |
| | | 1.75 | - | - | 248.75 | 105.25 | - | 88.75 | - | 128.75 | 107.50 | 28.75 | 578.50 | 1,288.00 | $ 719,681.25 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;
MDL NO. 1917 TIME AND LODESTAR SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | KIRBY MCINERNEY LLP |
|---|---|
| Reporting Year | Inception - May 31, 2015 |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | - | - | - | | - | - | - | - | | - | - | - | - | $ - |
| 2008 | | - | - | - | | | - | - | - | | | - | - | - | $ - |
| 2009 | | - | - | - | | | - | - | - | | | - | - | - | $ - |
| 2010 | | - | 0.50 | 0.50 | | - | - | 7.50 | - | 8.00 | 6.50 | - | - | 23.00 | $ 11,587.50 |
| 2011 | | 0.25 | - | - | 304.50 | 34.25 | - | 1,369.50 | - | 63.25 | 24.50 | - | - | 1,796.25 | $ 888,831.25 |
| 2012 | | 5.00 | - | - | 98.75 | 870.25 | - | 2,629.25 | 10.50 | 69.25 | 168.25 | - | - | 3,851.25 | $ 1,739,550.00 |
| 2013 | | 8.25 | 63.00 | 3.00 | 106.00 | 1,954.75 | - | 3,307.25 | 2.00 | 102.50 | 77.00 | - | - | 5,623.75 | $ 2,925,281.25 |
| 2014 | | 3.00 | 24.50 | - | 247.75 | 2,054.00 | - | 2,968.00 | 7.00 | 637.75 | 146.00 | 6.25 | 414.75 | 6,509.00 | $ 3,496,732.50 |
| 2015 | | 1.75 | - | - | 248.75 | 105.25 | - | 88.75 | - | 128.75 | 107.50 | 28.75 | 578.50 | 1,288.00 | $ 719,681.25 |
| | | 18.25 | 88.00 | 3.50 | 1,005.75 | 5,018.50 | - | 10,370.25 | 19.50 | 1,009.50 | 529.75 | 35.00 | 993.25 | 19,091.25 | $ 9,781,663.75 |

STATUS:
- (P)     Partner
- (OC)    Of Counsel
- (A)     Associate
- (LC)    Law Clerk
- (PL)    Paralegal
- (I)      Investigator

CATEGORIES:
1. Attorney Meeting/Strategy
2. Court Appearance
3. Client Meeting
4. Draft Discovery Requests or Responses
5. Deposition Preparation
6. Attend Deposition - Conduct/Defend
7. Document Review
8. Experts - Work or Consult
9. Research
10. Motions/Pleadings
11. Settlement
12. Trial

# EXIBIT 3

EXHIBIT 3

## IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION;
## MDL NO. 1917 EXPENSE SUMMARY INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Kirby McInerney LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| Assessments | $ | 110,000.00 |
| Outside Copies | $ | 1,744.87 |
| In-house Reproduction /Copies | $ | - |
| Court Costs & Filing Fees | $ | - |
| Court Reporters & Transcripts | $ | 6,408.85 |
| Computer Research | $ | 18,243.25 |
| Telephone & Facsimile | $ | 2,261.95 |
| Postage/Express Delivery/Courier | $ | 110.28 |
| Professional Fees (investigator, accountant, etc.) | $ | - |
| Experts | $ | - |
| Witness / Service Fees | $ | - |
| Travel - Airfare | $ | 28,071.84 |
| Travel: Lodging/Meals | $ | 44,859.70 |
| Travel: Other | $ | 2,334.22 |
| Car Rental/Cabfare/Parking | $ | 7,322.12 |
| Other Expenses | $ | - |
| | | |
| | $ | 221,357.08 |