# Exhibit 4

David Boies
Timothy Battin
Nathan Cihlar
**STRAUS & BOIES, LLP**
4041 University Drive, Fifth Floor
Fairfax, VA 22030
dboies@straus-boies.com
tbattin@straus-boies.com
ncihlar@straus-boies.com

*Counsel for Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 <br> MDL No. 1917 <br><br> **CLASS ACTION** |
| This Document Relates to: <br><br> All Indirect Purchaser Actions | **DECLARATION OF NATHAN M. CIHLAR IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS** <br><br> Judge:  Honorable Samuel Conti <br> Courtroom One, 17th Floor |

1      I, Nathan M. Cihlar, declare as follows:

2      1.      I am a partner in the law firm Straus & Boies, LLP.  I have personal knowledge of

3 the facts stated in this declaration and, if called as a witness, I could and would testify competently

4 to them.  I make this declaration in support of my firm's request for attorneys' fees and

5 reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees,

6 Expenses and Incentive Awards.

7      2.      My firm is counsel of record on behalf of the Indirect Purchaser Plaintiffs ("IPPs")

8 in this case.  A brief description of my firm is attached as Exhibit 1 and incorporated herein by

9 reference.

10      3.      Throughout the course of this litigation, my firm kept files contemporaneously

11 documenting all time spent, including tasks performed, and expenses incurred, and transmitted

12 those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm

13 were incurred for the benefit of the IPPs.

14      4.      Straus & Boies was engaged in nearly every element of this litigation from

15 inception through settlement.  The following tasks and activities were conducted by my firm on

16 behalf of IPPs and at the request of Lead Counsel:

17      &bull;   As the Foreign Executive Chair, I and attorneys from my firm oversaw the review

18      and analysis of all of the foreign language materials produced by Defendants and

19      their co-conspirators.  In this role, my firm was responsible for all facets of the

20      review including developing its overall design and creating strategies to identify

21      specific evidence.  This review included hundreds of thousands of foreign language

22      documents and required the coordination of numerous attorneys located within the

23      United States and abroad, including among the different Plaintiff groups.  In

24      addition, my firm managed the entire translation process, which included liaising

25      with the various translation certification companies; analyzing and finalizing all

26      certified translations in preparation for use as evidence in briefing, deposition and

27      trial; and scrutinizing and negotiating countless conflicting translations and

28

DECLARATION OF NATHAN M. CIHLAR IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
MDL 3:07-md-1827 SI

1    objections by Defendants.

2    • Straus & Boies was responsible for the litigation strategy against one of the largest

3    Defendants, Samsung SDI ("SDI").  Of the total number of merits depositions taken

4    in this case, thirteen of them were of either current or former SDI employees.  We

5    analyzed evidence against SDI to select the SDI deponents, coordinated with the

6    Direct Action Plaintiffs ("DAPs"), Direct Purchaser Plaintiffs ("DPPs"), Attorneys

7    General, and IPP co-counsel regarding logistics and litigation strategy against SDI,

8    and diligently supported Lead Counsel's analysis of damages for settlement and

9    trial.  Our attorneys either took, attended or provided the deposition preparation

10    support for all SDI depositions.  In addition, my firm conducted and managed all

11    meet and confers, as well as all motions and correspondence related to SDI

12    discovery production.

13    • Attorneys from Straus & Boies traveled to Taipei, Taiwan and Seoul, South Korea

14    to take the depositions for the IPPs of some of the most important Defendant

15    witnesses in the case, including the depositions of Chunghwa's Chih Chun-Liu,

16    Sheng-Jen Yang, Jing Song Lu and SDI's Sang-Kyu Park and Deok-Yun Kim.  In

17    addition, Shinae Kim-Helms of my firm attended almost every deposition that was

18    taken in Korean—whether the employee was from LG or SDI—to both assist with

19    the factual aspects of the questioning and to serve as the "check" interpreter on

20    behalf of all the Plaintiff groups.

21    • Straus & Boies also played a substantial role in preparing and taking the depositions

22    of all other Defendant witnesses.  Not only did we lead the targeted review of all

23    foreign language documents in preparation for the depositions, my firm was also

24    part of a small team of attorneys that worked with Lead Counsel to analyze and

25    select potential deponents.  In order to identify key deponents, my firm developed

26    customized searches, drafted background memoranda for nearly every key

27    deponent, and created memoranda listing all potential documents for use at each

28

2

DECLARATION OF NATHAN M. CIHLAR IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

1    merits deposition. All of these efforts required significant coordination with co-

2    counsel and IPPs' experts.

3    • Alongside Lauren Capurro of Trump Alioto, I helped design the infrastructure to

4    process all discovery production by creating the coding manual, the coding panes in

5    our review platform, and developing the strategy and procedures for all predictive

6    and analytic coding.  Throughout the litigation, my firm controlled the work-flow

7    between all foreign language and English document review teams and trained all

8    foreign document reviewers on both substantive and technical aspects of the

9    document review process.

10   • In addition to the discovery efforts described above, my firm assisted Lead Counsel

11   by: 1) creating specialized searches aimed at specific issues based on in-depth

12   analysis of deposition transcripts and interrogatory responses; 2) coordinating and

13   communicating with other Plaintiff groups and Defendants regarding production

14   issues; 3) taking the lead on drafting contention discovery responses and developing

15   the meeting grid used in support of the same; 4) conducting and managing all

16   aspects of the meet and confer efforts with multiple third parties; and 5) working

17   closely with experts to furnish any factual support needed for their analysis.

18   • Straus & Boies assisted Lead Counsel with nearly all substantive briefing in this

19   case, including at the dismissal, class certification, summary judgment, and

20   preliminary approval stages.  We had a significant role in drafting the consolidated

21   amended complaints and other motions regarding bifurcation, discovery objections

22   and translation issues.  My firm engaged in extensive research and drafting as the

23   primary drafters of the opposition to Defendants' motion for summary judgment for

24   lack of antitrust injury and standing.  We also assisted in drafting both of the

25   Hitachi summary judgment opposition motions regarding evidence of Hitachi's

26   participation in the conspiracy.

27   • My firm assisted Lead Counsel with various aspects of trial preparation, including:

28

DECLARATION OF NATHAN M. CIHLAR IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

1    1) working with a small group of co-counsel on strategically locating, analyzing

2    and compiling evidence for use as exhibits at trial and subsequently being

3    responsible for preparing, translating, and organizing IPPs' trial exhibit list; 2)

4    taking sole responsibility for drafting responses to thousands of translation

5    objections, conferring with all Defendants on wording of the same and finalizing

6    and preparing the documents as exhibits for use at trial; 3) meeting and conferring

7    with Defendants over authenticity of documents, including drafting motions to

8    compel and stipulations of agreement related to the same; 4) reviewing and

9    designating deposition testimony for use at trial; 5) working alongside Lead

10   Counsel and coordinating with the DAPs on the design and management of the

11   evidentiary objection process; 6) formulating and managing Co-Counsels'

12   evidentiary objections to documents on Defendants' trial exhibit list and designated

13   deposition testimony, as well as Plaintiffs' responses to evidentiary objections

14   raised by Defendants against Plaintiffs' trial exhibit list and deposition

15   designations; and 7) participating in meetings among co-counsel regarding trial

16   strategy and coordination, including attendance at mock trials and trial team

17   framing sessions.

18   • Throughout the litigation, Straus & Boies had, at a minimum, weekly and at times

19     daily conversations with Lead Counsel regarding strategy and direction of the

20     litigation.  My firm assisted Lead Counsel with settlement analysis and, once

21     settlement agreements were reached, my firm reviewed and edited the preliminary

22     approval papers, and helped draft the long and short form notices to class members.

23   5.    The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

24   of the amount of time spent by my firm's partners, attorneys and professional support staff who

25   were involved in this litigation.  It does not include any time devoted to preparing this declaration

26   or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's

27   historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from

28

DECLARATION OF NATHAN M. CIHLAR IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

contemporaneous time records regularly prepared and maintained by my firm. Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary. The hourly rates for my firm's partners, attorneys and professional support staff included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for their services in similar complex litigation.

6.   The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 22,707.00 hours. The total lodestar for my firm at historical rates is $8,327,526.75. The total lodestar for my firm at current rates is $9,002,608.75. Expense items are billed separately and are not duplicated in my firm's lodestar.

7.   The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8.   My firm incurred a total of $208,841.21 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. Of this amount, $120,000.00 was for assessment payments for common litigation expenses or direct payments to experts or other vendors made at the request of Lead Counsel, and an additional $88,841.21 was for non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research, telephone, etc. A summary of those expenses by category is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of September, 2015, in Fairfax, VA.

_____

Nathan M. Cihlar

---

5

DECLARATION OF NATHAN M. CIHLAR IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

Exhibit 1

## STRAUS & BOIES, LLP FIRM BIOGRAPHY

Straus & Boies, LLP is widely recognized as a leading law firm in the field of antitrust and consumer protection class action litigation. With offices in Virginia, California, Tennessee, and Colorado, the firm's lawyers have successfully prosecuted antitrust and consumer protection claims in federal and state courts throughout the United States.

Founded in 1995, the firm has been at the forefront of national efforts to bring to heel corporations engaged in restraints of trade, consumer fraud, and other unlawful conduct.  The firm has been lead counsel in some of the largest class actions in the past decade, including the vitamins and DRAM litigations.  More recently, Straus & Boies lawyers have led litigation efforts against manufacturers of agricultural and refrigeration products for violations of competition laws and a major insurance carrier for breach of its fiduciary duty to a certified class of policyholders.  Recognized by courts, private practitioners, and law enforcement authorities throughout the United States as competent, experienced, and vigilant, Straus & Boies lawyers have recovered hundreds of millions of dollars for consumers and businesses.

### The Firm's Attorneys

**<u>David Boies</u>**

Mr. Boies is Senior Partner at Straus & Boies.  His practice is focused on representing individuals and businesses in antitrust and consumer protection litigation in state and federal courts.  Mr. Boies has a national reputation in the indirect purchaser antitrust litigation realm, and has served as a speaker and panelist for the American Bar Association and other legal organizations.  Mr. Boies has served as sole lead or co-lead counsel in numerous antitrust and consumer protection class actions.  He is admitted to practice in all state and federal courts in the Commonwealth of Virginia, as well as the United States Courts of Appeals for the Fourth and Tenth Circuits.

Mr. Boies obtained his bachelor's degree from the University of Redlands and his law degree from William & Mary Law School (J.D. 1991).  Prior to joining the Firm, Mr. Boies represented individuals and corporations as an attorney in the Washington, D.C. offices of national law firms in the practice areas of corporate litigation, international trade, and white collar criminal defense.

**<u>Timothy D. Battin</u>**

Mr. Battin, the managing partner at Straus & Boies, LLP, has a wealth of experience in complex litigation.  He has served as lead counsel in numerous antitrust and consumer protection class actions in state and federal courts around the country, resulting in recoveries of hundreds of millions of dollars for consumers.  Mr. Battin has prosecuted cases across a broad spectrum of industries, including, pharmaceuticals, food additives, vitamins, agricultural and computer-based products.  He currently serves as lead or co-lead counsel in a number of cases including:

- ***Northwestern Mutual Insurance Litigation***.  Mr. Battin serves as co-lead counsel in

state and federal court actions alleging that Northwestern Mutual Life Insurance

Company breached its contractual and fiduciary duties to owners of certain investment

annuities it issued. After a two-week trial, a Wisconsin Court found in Plaintiffs' favor

on all material issues in the litigation.

- ***Dynamic Random Access Memory Antitrust Litigation***. Mr. Battin serves as co-lead

  counsel in state and federal court actions alleging price fixing among makers of computer

  memory chips. Settlements have been announced in total amounts exceeding $300

  million.

- ***Processed Egg Products Antitrust Litigation***. Mr. Battin serves as co-lead counsel for

  indirect purchasers alleging a market allocation scheme in the egg industry.

Mr. Battin, a recognized authority on the prosecution of class actions, has lectured on

issues of coordination between attorneys general and private lawyers in class cases. He serves

on a Rule 23 Subcommittee for the District of Columbia Rules Advisory Committee. Mr. Battin

obtained his undergraduate degree in business from Old Dominion University (B.S. 1987) and

his law degree from the College of William & Mary (J.D. 1990). He is a member of the bars of

the District of Columbia, Virginia, and Missouri (inactive) and is also admitted to practice before

the United States District Courts for the Eastern District of Virginia, Eastern District of Michigan

and the District of Columbia, and the United States Courts of Appeals, Fourth and District of

Columbia Circuits.

### Mark J. Schirmer

Mr. Schirmer is a partner in the Tennessee office of Straus & Boies. He has twenty-five

years experience prosecuting and defending actions arising out of complex business transactions

in courts and before regulatory agencies throughout the country.

Mr. Schirmer served as Senior Trial Attorney in the Eastern Regional office of the U.S. Commodity Futures Trading Commission and served on a number of bar committees concerned with litigation involving financial professionals and financial transactions.  He is admitted to the bars of New York and Tennessee, and is admitted to practice before the United States Courts of Appeals for the Fourth, Sixth and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan and the Western District of Tennessee.  He is a graduate of Fordham University's School of Law and Macalester College.

**Nathan M. Cihlar**

Mr. Cihlar is a partner in the Virginia office of Straus & Boies.  Throughout his career, he has prosecuted complex and class action litigation with a focus on antitrust, consumer protection and product liability claims.   Since joining the firm, Mr. Cihlar has been highly involved in the litigation of numerous large, multi-faceted nationwide cases from inception to conclusion.   He has served in prominent roles in the litigation of, among others, antitrust class actions against the manufacturers of Dynamic Random Access Memory, monosodium glutamate, polyester staple, oriented strand board, LCD panels, and refrigeration compressors.  Mr. Cihlar has significant experience with litigation involving international defendants and foreign language issues.  He has served in foreign language leadership committee roles in both the LCD and CRT litigations. In doing so, he has successfully represented numerous plaintiff classes and helped recover hundreds of millions of dollars for consumers.

Mr. Cihlar obtained his bachelor's degree from Georgetown University (B.S. Finance and Marketing 1999), and his law degree from William & Mary Law School (J.D. 2004).  While at William & Mary, Mr. Cihlar was a member of the Environmental Law Journal.  He is admitted

to practice in Virginia, the District of Columbia and before the United States District Court for the Eastern District of Virginia.

## Barry Boughman

Mr. Boughman served as an Assistant United States Attorney for the District of Colorado from 1986 to 1988, when he entered private practice.  He also served as Law Clerk for the Honorable Michael R. Enwall, District Court Judge for the 20th Judicial District in Boulder, Colorado from 1984 to 1985.  He obtained his bachelor's degree from the University of Northern Colorado (B.A. 1980) and his law degree from the University of Colorado School of Law (J.D. 1984).  He is admitted to practice in Colorado as well as before the United States Court of Appeals for the Tenth Circuit and the United States District Court for the District of Colorado.

## Steven M. Feder

Mr. Feder obtained his bachelors degree from Miami University (Ohio) (B.S. 1982) and his law degree from the University of Colorado School of Law (J.D. 1985, Order of the Coif).  He is admitted to practice in Colorado and Illinois, as well as before the United States Supreme Court, the United States Court of Appeals for the Tenth Circuit, and the United States District Courts for the Districts of Colorado and Connecticut.  He served as a prosecutor in Colorado's Eighteenth Judicial District from 1985 to 1990, before entering private practice.

## Shinae Kim-Helms

Ms. Kim-Helms represents consumers and businesses in cases involving price fixing, monopolization, and other anticompetitive practices.  Prior to joining Straus & Boies LLP, Ms. Kim-Helms practiced patent and trademark infringement litigation, patent and trademark prosecution, and licensing negotiation.  Since joining the firm in 2010, Ms. Kim-Helms has been involved in litigating cases against the manufacturers of LCD panels, compressors, cathode ray

5

tubes and litigation involving air freight surcharges.

Ms. Kim-Helms obtained her bachelor's degree from Seoul National University (B.S. Agrobiology), her master's degree from Yonsei University (M.S. Biochemistry) and her law degree from Golden Gate University, School of Law (J.D. 2005).  Ms. Kim Helms' article on licensing agreements was published in Les Nouvelles, a quarterly licensing journal published by the Licensing Executives Society.  Ms. Kim-Helms is fluent in Korean and Japanese.  She is admitted to practice in California and before the United States District Court for the Northern District of California and the United States Patent and Trademark Office.

**Thomas M. Palumbo**

Mr. Palumbo's practice focuses on complex and class action litigation, primarily in the areas of antitrust, consumer protection, and products liability. Since joining the Firm as an associate in 2007, Mr. Palumbo has been involved in litigating cases against the manufacturers of polyester staple, aspartame and various technologies including flash memory, static random access memory (SRAM), thin film transistor liquid crystal display (TFT-LCD) panels and cathode ray tubes (CRT).

Mr. Palumbo obtained his bachelor's degree from George Mason University (B.A. International Studies 2001) and his law degree from the George Mason University School of Law (J.D. 2007).  He is admitted to practice in Virginia and the District of Columbia.

**Christopher V. Le**

Since joining Straus & Boies in 2007, Christopher Le has been extensively involved in class action litigation against a major insurance company.  He has also worked on several antitrust cases including ones against manufacturers of Dynamic Random Access Memory, Cathode Ray Tubes, and compressors.  Prior to working at Straus & Boies, Mr. Le clerked at

6

Reminger & Reminger in Cleveland, Ohio where he worked primarily on medical malpractice litigation.

Mr. Le obtained his bachelor's degree from The University of Virginia (B.A. 2004) and his law degree from Case Western Reserve University (J.D. 2007, *cum laude*).  While at Case Western, Mr. Le was a member of the Mock Trial and Negotiation Competition Teams.  He is admitted to practice in Virginia and the District of Columbia.

**Scott M. Dinner**

Mr. Dinner is an associate attorney working in the Virginia office. He practices complex and class action litigation with a primary focus on antitrust claims.  Mr. Dinner joined the firm in 2013 following his graduation from the University of Virginia School of Law. While in law school, Mr. Dinner was a quarterfinalist in the William Minor Lile Moot Court Competition. During this time, he also received numerous awards for his research and writing skills, including the Fulbright & Jaworksi Best Memo Award and the McGuireWoods Best Brief Award.

**Carla Voigt**

Carla Voigt is an associate attorney working in the Virginia office. She practices complex and class action litigation with a primary focus on antitrust claims.  Ms. Voigt joined the firm in 2014 following her graduation from the George Washington University Law School. While in law school, Ms. Voigt was a quarterfinalist in the First Year Negotiations Skills Competition. She also served as a Dean's Fellow, was a managing editor of the Federal Communications Law Journal, and has an article published in that journal.  She is admitted to practice in Virginia.

**Michael Straus**

Mr. Straus, a founding member of the firm, is now retired from the practice of law.

Mr. Straus graduated from Columbia College (A.B. 1972), Columbia University (M.A.

1975) and New York University School of Law (J.D. 1980, cum laude, Order of the Coif). He remains a member in good standing of the bars of the States of Alabama and New York.  Mr. Straus clerked for the Honorable John R. Bartels, Senior United States District Judge for the Eastern District of New York from 1980-1981. He then worked at The Hague as Staff Counsel for the Iran-United States Claims Tribunal from 1981-1983. Mr. Straus also served as an Adjunct Professor at the University of Alabama School of Law, teaching on transnational litigation issues.

## Partial List of Recent Cases In Which Straus & Boies, LLP
## Has served As Lead Counsel

*Eggs*

Straus & Boies, LLP is co-lead counsel of indirect purchasers across the country and in 17 jurisdictions alleging a conspiracy to fix the prices of eggs. This litigation, which began in late 2008, includes complicated claims reaching back almost ten years in a multi-billion dollar industry. If successful, Straus & Boies, LLP will secure millions to the benefit of the injured classes throughout the country.

*Vitamins*

As lead counsel in coordinated multi-state proceedings of more than 50 indirect purchaser classes and *parens patriae* actions filed in 23 separate state jurisdictions against the international manufacturers of bulk vitamins, Straus & Boies negotiated and finalized a series of settlements with the defendants. The first settlement secured by Straus & Boies was at that time the largest ever indirect purchaser antitrust settlement. Straus & Boies's efforts in successfully resolving the state vitamins indirect purchaser actions included structuring, implementing, and leading coordinated alternative dispute resolution proceedings sanctioned by state courts throughout the country, and involving scores of plaintiffs' counsel, numerous counsel for foreign and domestic defendants, and the State Attorneys General.

*Food Additives*

As sole lead counsel for more than 10 indirect purchaser state class action claims filed across the country, Straus & Boies effectively advanced the claims of indirect purchasers against the manufacturers of food additives for an illegal price-fixing conspiracy that affected consumer prices for well over a decade. The cases allege that the major manufacturers of certain food

9

additives conspired to fix prices during the period January 1, 1990 through 2002.  Straus & Boies received final approval of a global settlement which provided millions to the affected class members.

***Dynamic Random Access Memory (DRAM)***

Straus & Boies, LLP, is currently serving as co-lead counsel in these coordinated multi-state proceedings against the manufacturers of Dynamic Random Access Memory chips (DRAM) for the violation of various state's antitrust/consumer protection laws.  It is alleged that the DRAM manufacturers entered into and engaged in a conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of DRAM.  Straus & Boies, LLP has been prosecuting the claims of indirect purchasers of DRAM since October 2004. Settlements have been reached with all defendants totaling more than $300,000,000.

**Partial List of Other Actions
Prosecuted by Straus & Boies**

*Price-fixing actions*

### Monosodium Glutamate

1. *Ashley v. Archer Daniels Midland Co., et al.*, Circuit Court of DeKalb County, Alabama, CV-95-336, **Co-lead Counsel**.

2. *Caldwell, et al. v. Archer Daniels Midland Co., et al.,* Circuit Court of Coosa County, Alabama, Civil Action No. CV-96-17, **Co-lead Counsel**.

3. *Madelon J. Lief, et al. v. Archer Daniels Midland Co.*, Circuit Court of Dan County, Wisconsin, Civil Docket No. 02CV3697.

### Vitamins

4. *Donaldson, et al. v. Degussa Huls Corporation, et al.,* Circuit Court of Cullman Co. Alabama, C.A. No. 99-406, **Co-lead Counsel**.

5. *Giral, et al. v F. Hoffman LaRoche Ltd., et. al.*, Superior Court of the District of Colombia, Civil Division, Case No. 0007467-98, **Lead Counsel**.

6. *Graham v. Hoffman LaRoche, et al.,* Superior Court for the State of California, County of Yolo, No. CV 98-00046, J.C.C.P. No. 4076, **Executive Committee**.

7. *Shaklee Corp. v. Degussa-Huls Corp, et al.,* Superior Court of San Francisco County, California, Case No. 308636, J.C.C.P. Nos. 4090 and 4096.

8. *In re Vitamins Antitrust Litigation,* United States District Court for the District of Columbia, MDL 1285, **Executive Committee and Liaison Counsel**.

### Pharmaceuticals

9. *In re Brand-Name Prescription Drugs Antitrust Litigation*, United States District Court for the Northern District of Illinois, MDL 997.

10. *In re Ciprofloxacin Hydrochloride Antitrust Litigation*, United States District Court for the Eastern District of New York, MDL 1383.

11. *Drug Mart Pharmacy Corporation v. Abbot Laboratories, et al*., Supreme Court of the State of New York, County of Kings, No. 29126-99.

12. *Durrett v. The Upjohn Co., et al.,* Circuit Court of Tuscaloosa County, Alabama, Civil

Action No. CV-97-170, **Co-lead Counsel**.

13. *Goda, et al. v. Abbott Laboratories, Inc.,* Superior Court for the District of Columbia, Civil Docket No. 01445-96.

14. *Holdren, et al. v. Abbott Laboratories, Inc.,* District Court of Johnson County, Kansas, Case No. 96C15994.

15. *Huggins, et al. v. Abbott Laboratories, Inc., et al.,* Circuit Court for Chambers County, Alabama, Case No. CV-96-024-Cl.

16. *Karofsky v. Abbott Laboratories, Inc., et al.,* Superior Court of Cumberland County, Maine, Civil Docket No. 95-1009.

17. *Kerr v. Abbott Laboratories, Inc., et al.,* District Court of Hennepin County, Minnesota, No. MC-96-002837.

18. *Long v. Abbott Laboratories, Inc., et al.,* General Court of Justice Superior Court Division for Mecklenburg County, North Carolina, Civil Action No. 97 CVS 8289.

19. *McLaughlin, et al. v. Abbott Laboratories, Inc.,* Superior Court for Yavapai County, Arizona, No. 1-CA-SA-96-0215.

20. *Meyers v. Abbott Laboratories, Inc., et al.,* Circuit Court for Davidson County, Tennessee, No. 970612.

21. *Scholfeld v. Abbott Laboratories, Inc., et al.,* District Court for Dane County, Wisconsin, No. 96-CV-0460.

22. *Wood v. Abbott Laboratories, Inc., et al.,* Circuit Court of Oakland County, Michigan, No. 96-5125610CZ.

23. *Yasbin, et al. v. Abbott Laboratories, Inc.,* Circuit Court for the Eleventh Judicial District for Dade County, Florida, C.A. No. 97-1141-CA 03.

**Vitamin C**

24. *Audette v. Hebei Welcome Pharmaceutical Co. Ltd., et al.,* Commonwealth of Massachusetts, Case No. 2005-00182-C.

25. *In re Vitamin C Antitrust Litigation,* United States District Court for the Eastern District of New York, MDL No. 1738, **Co-Lead Counsel**.

**Polyester**

26. *Augusta Sullivan and Rose Marie Farina v. Wellman, Inc., et al.,* Commonwealth of

Massachusetts, Case No. 02-4872 C.

27. *Briscoe, et al. v. DuPont E.I. Nemours & Co., et al.,* Superior Court for the District of Columbia, C.A. No. 02ca0010508.

28. *Polyester Staple Cases*, Superior Court of California, Judicial Council Coordination Proceeding No.:  JCCP No. 4278.

29. *Thomaston Mills, Inc., et al. v. DuPont E.I. Nemours & Co., et al.*, United States District Court for the Western District of North Carolina, Civil Action No. 3:02CV474-V.

## DRAM Microchips

30. *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation,* United States District Court for the Northern District of California, MDL No. 1486, **Co-Lead Counsel**.

31. *Hamilton v. Elpida Memory Inc., et al,* Commonwealth of Massachusetts, County of Suffolk, The Superior Court, Case No. 04-3264.

## Air Industry

32. *In re Air Cargo Shipping Services Antitrust Litigation,* United States District Court for the Eastern District of New York, Case No. 06-MD-1775.

33. *In re American Airlines Antitrust Litigation,* United States District Court for the District of Kansas, Case No. 99-1187-MLB, **Chair of Executive Committee**.

34. *In re International Air Transportation Surcharge Antitrust Litigation,* United States District Court for the Northern District of California, Case No. 06-cv-1793.

35. *McCoy-Johnson, et al. v. Northwest Airlines, Inc. and Northwest Airlines Corp.,* United States District Court for Western District of Tennessee, Western Division, No. 99-2994 GV, **Chair of Executive Committee**.

## Aspartame

36. *In re Aspartame Antitrust Litigation,* United States District Court for the Eastern District of Pennsylvania, No. 06-CV-1732, **Co-lead Counsel.**

## Other Products and Industries

37. *In re Automotive Parts Antitrust Litigation,* United States District Court for the Eastern District of Michigan, Southern Division, Case No. 12-cv-2311.

38. *In re Cathode Ray Tube (CRT) Antitrust Litigation,* United States District Court for the Northern District of California, Case No. 07-cv-5944.

39. *In re Citric Acid Antitrust Litigation*, United States District Court for the Northern District of California, MDL 1092.

40. *In re Commercial Tissue Products*, United States District Court for the Northern District of Florida, Gainesville Division, MDL 1189, Case No. 97-CV-128.

41. *In re Flash Memory Antitrust Litigation,* United States District Court for the Northern District of California, Case No. 07-cv-086.

42. *In re Foreign Currency Conversion Fee Antitrust Litigation*, United States District Court for the Southern District of New York, MDL 1409.

43. *In re High Fructose Corn Syrup Antitrust Litigation*, United States District Court for the Central District of Illinois, MDL 1087.

44. *In re Methionine Antitrust Litigation,* United States District Court for the Northern District of California, MDL 1311.

45. *In re Online DVD Rental Antitrust Litigation*, Unites States District Court for the Northern District of California, MDL 2029.

46. *In re OSB Antitrust Litigation,* United States District Court for the Eastern District of Pennsylvania, Case No. 06-826, **Co-lead Counsel.**

47. *In re Processed Egg Products Antitrust Litigation,* United States District Court for the Eastern District of Pennsylvania, Case No. 08-md-2002.

48. *In re Refrigerant Compressors Antitrust Litigation*, United States District Court for the Eastern District of Michigan, Case No. 2:09-02042.

49. *Robbins, LLC v. Cabot Corporation, et al.*, United States District Court for the District of Massachusetts, Case No. 03-CV-11072DPW.

50. *Seven Up Bottling Company of Jasper, Inc. v. Archer Daniels Midland Co., et al.,* Circuit Court of Walker County, Alabama, Civil Action No. 95-436, **Co-lead Counsel**.

51. *In re Static Random Access Memory (SRAM) Antitrust Litigation,* United States District Court for the Northern District of California, Oakland Division, Case No. 07-cv-1819.

52. *In re TFT-LCD (Flat Panel) Antitrust Litigation,* United States District Court for the Northern District of California, San Francisco Division, Case No. 07-cv-1827.

53. *Thomas and Thomas Rodmakers, Inc., et al. v. Newport Adhesives and Composites, Inc. et al.* United States District Court Central Division, No. CV-99-07796-GHK (CTx).

*Abuse of Monopoly Actions*

54. *In re Hypodermic Products Antitrust Litigation,* United States District Court for the District of New Jersey, Case No. 05-cv-1602.

55. *In re Residential Telephone Lease Contract Litigation*, Southern District of Alabama, MDL 1165, **Co-lead Counsel**.

56. *Park Surgical Co. Inc., et al. v. Becton Dickinson & Company,* Civil Action No. 05 CV 5678 (E.D. Pa.)(CMR).

57. *Smith v. GTE Corp., et al.,* United States District Court for the Middle District of Alabama, Case No. 97-M-1025, **Co-lead Counsel**.

58. *Southeast Missouri Hospital, Saint Francis Medical Center v. C.R. Bard Inc.,* United States District Court for the Eastern District of Missouri, Southeastern Division, Case No. 07-cv-031, **Co-lead Counsel.**

59. *Sparks, et al. v. AT&T Corporation, et al.,* Circuit Court, Third Judicial Circuit, Madison County, Illinois, Case No. 96-LM-983.

60. *Sparks, et al. v. Lucent Technologies, et al.,* Circuit Court, Third Judicial Circuit, Madison County, Illinois, Case No. 01-L-1668.

61. *Wilson v. Toys R Us, et al.*, Circuit Court of Tuscaloosa County, Alabama, Civil Action No. CV-96-574, **Co-lead Counsel**.

   **Intel**

62. *Dressed to Kill Custom Draperies v. Intel Corp.*, United States District Court for the Northern District of California, C 05 3272.

63. *In re Intel Corporation Microprocessor Antitrust Litigation,* United States District Court for the District of Delaware, C 05 485

64. *Juan v. Intel Corp.*, United States District Court for the Northern District of California, C 05 3271.

65. *Kinder v. Intel Corp.*, United States District Court for the Northern District of California, C 05 3273.

66. *Rush v. Intel Corp.*, United States District Court for the Northern District of California C 05 3277.

   **Microsoft**

15

67. *Crain v. Microsoft Corporation, et al.*, Superior Court for the State of California, County of Yolo, No. CV 99-1740, J.C.C.P. No. 4106.

68. *Dunham v. Microsoft Corporation, et al.*, Superior Court of the State of California, County of Sonoma, No. 223291, J.C.C.P. No. 4106.

69. *Saams, et al. v. Microsoft Corporation, et al.*, Superior Court for the State of California, County of San Francisco, CV 308015, J.C.C.P. No. 4106.

**Securities Actions**

70. *In re Alliance, Franklin/Templeton, Bank of America/Nation Funds, and Pilgrim Baxter [Franklin Templeton Subtrack] v. Sharkey Iro/Ira v. Franklin Resources, et al.,* United States District Court for the District of Maryland, Case No. 04-MD-15862.

71. *Casey v. Prudential Securities, Inc.,* Supreme Court of the State of New York, County of Albany, Index. No. 3462-97.

72. *In re Medpartners Securities Litigation*, United States District Court for the Northern District of Alabama, CV-98-B-0067-S.

73. *In re Mutual Funds Investment Litigation,* United States District Court for the District of Maryland, MDL 1586.

74. *In re NASDAQ Market-Makers Antitrust Litigation*, United States District Court for the Southern District of New York, MDL 1023.

75. *Milne v. Mercury Finance Co., et al.,* United States District Court for the Northern District of Illinois, No. 97-C-1536.

76. *Ronald Lankford v. Jos. A. Banks Clothiers, Inc.*, Circuit Court of Madison County, Alabama, Case No. CV03-204LHL.

77. *In re Vesta Insurance Group, Inc. Securities Litigation,* United States District Court for the Northern District of Alabama, CV 98-AR-1407-S, **Liaison Counsel**.

78. *Vivian Bernstein v. Janus Capital Management, LLC, et al.*, United States District Court, District of Colorado, Case No. 03-B-1798.

**Products Liability Actions**

79. *In re Bridgestone/Firestone, Inc. ATX, ATX II and Wilderness Tires Products Liability Litigation*, United Sates District Court for the Southern District of Indiana, Indianapolis Division, MDL 1373, (Tires).

80. *In re Cigarette Litigation,* United States District Court for the Northern District of

16

Georgia, CV-0447 (MDL 1342).

81. *Hodge, et al. v. Eastman Chemical Company*, Circuit Court of Jefferson County, Tennessee, Civil Action No. 16.351 IV, **Co-lead Counsel**, (Photography Chemicals).

82. *Rampey v. Novartis Consumer Health, Inc.,* Circuit Court of Chambers County, Alabama, CV-97-174, **Co-lead Counsel**, ( Ex-Lax).

83. *In re Zurn Pex Products Liability Litigation,* United States District Court for the District of Minnesota, Case No. 08-md-1958, **Class Counsel**.

### *Miscellaneous Actions*

In addition to the above listed suits, Straus & Boies, LLP has been involved in numerous other fields of litigation:

84. **ALCOHOL -** Straus & Boies, LLP lead the fight against numerous alcoholic beverage manufacturers and distributors for illegally advertising to underage children. *Ayman R. Hakki, et al. v. Zima Company, et al.,* Superior Court for the District of Columbia, Case No. 1:03 CV 02621; *Randy Kreft and Colleen Kreft, et al. v. Zima Beverage Company, et al.,* District Court, City & County of Denver, Colorado, Case No. 03-CV-9229; *Ronald P. Wilson, Andrea B. Wilson and Joseph A. Wilson, et al. v. Zima Company, et al.,* Superior Court, County of Mecklenburg, State of North Carolina, Case No. 04-CV-626.

85. **GENETICALLY MODIFIED CROPS** – Straus & Boies, LLP has also been involved in litigation regarding broad contamination due to genetically modified crops. *Blades, et al. v. Monsanto Co.,* United States District Court for the Southern District of Illinois, CV 00-4034-DRH (soy); *In re Genetically Modified Rice Litigation*, United States District Court for the Eastern District of Missouri, No. 4:06-MD 1811 CDP (rice).

86. **PAN AM VICTIMS** – Straus & Boies, LLP represents family members of the victims of the terrorist act on Pan Am Flight 103. *Curtis W. Fisher, et al. v. Abdel Basset Ali Mohmed Al-Megrahi, et al.,* D.D.C. 04-02055 (HHK); *Lawrence P. Fisher II v. Great Socialist People's Libyan Jamahiriya, et al.,* D.D.C. 05-2454 (HHK).

87. *Care Pharmacies, Inc. v. Purdue Pharma, L.P., et al.,* United States District Court for the Southern District of New York, Case No. 04-CV-3890 (Class action alleging damages based on abuse of patent for OxyContin)

88. *Derek S. Lynn v. Hyundai Motor America, Inc.*, Circuit Court of Madison County, Alabama, Civil Action No. CV-03-412.

89. *In re FedEx Ground Package System, Inc. Employment Practices Litigation,* United States District Court for the Northern District of Indiana, South Bend Division, Case No. 05-MD-527.

90. *In re Humana, Inc. Managed Care Litigation,* United States District Court for the Southern District of Florida, MDL 1334, **Executive Committee**. (Class action against managed-health care organizations for nonpayment).

91. *Marleen M. LaPlant v. The Northwestern Mutual Life Insurance Company,* State of Wisconsin, Circuit Court, Milwaukee County, Case No. 08-cv-011988, **Co-lead Counsel.**

92. *Poulos, et al. v. Caesar's World, Inc., et al.,* United States District Court for the District of Nevada, CV-S-94-1126-DAE (RJJ) (Misrepresentation of odds in slot machines).

93. *Prewitt Enterprises, Inc., v. Organization of Petroleum Exporting Countries,* United States District Court for the Northern District of Alabama, Case No. CV-00-B-0865-S.

94. *Thomas Miller and Noel Collette v. Deluxe Corporation*, First Judicial District, District Court of Dakota County, Minnesota, Civil Action No. 19-CO-03-6487 (Checks Unlimited).

Exhibit 2

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP | | |
|---|---|---|---|
| Reporting Year | 2007 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battin, Timothy (P) | $ 525.00 | 5.75 | | | | | | | | 2.00 | 3.00 | | | 10.75 | $ 5,643.75 |
| Schirmer, Mark (P) | $ 525.00 | | | | | | | | | 1.25 | | | | 1.25 | $ 656.25 |
| Otto, Ian (P) | $ 425.00 | | | | | | | | | 1.25 | 1.00 | | | 2.25 | $ 956.25 |
| Cihlar, Nathan (A) | $ 290.00 | 4.00 | | | | | | | | 0.75 | 11.75 | | | 16.50 | $ 4,785.00 |
| Palumbo, Thomas (A) | $ 225.00 | | | | | | | | | 1.25 | 33.75 | | | 35.00 | $ 7,875.00 |
| Le, Christopher (A) | $ 225.00 | | | | | | | | | 9.25 | 49.00 | | | 58.25 | $ 13,106.25 |
| Moser, Jill (PL) | $ 125.00 | | | | | | | | | | 3.75 | | | 3.75 | $ 468.75 |
| | | 9.75 | - | - | - | - | - | - | - | 15.75 | 102.25 | - | - | 127.75 | $ 33,491.25 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP | |
|---|---|---|
| Reporting Year | 2008 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battin, Timothy (P) | $ 595.00 | 11.00 | | | 2.75 | | | | | | | | | 13.75 | $ 8,181.25 |
| Battin, Timothy (P) | $ 525.00 | 13.75 | | | | | | | | | 8.00 | | | 21.75 | $ 11,418.75 |
| Cihlar, Nathan (A) | $ 335.00 | 1.50 | | | 1.25 | | | | | | | | | 2.75 | $ 921.25 |
| Cihlar, Nathan (A) | $ 290.00 | 4.75 | | | | | | | | | 6.50 | | | 11.25 | $ 3,262.50 |
| Raynes, Joshua (A) | $ 265.00 | | | | | | | | | 0.75 | | | | 0.75 | $ 198.75 |
| Palumbo, Thomas (A) | $ 225.00 | 1.25 | | | 0.25 | | | | | | 1.25 | | | 2.75 | $ 618.75 |
| Le, Christopher (A) | $ 225.00 | 18.50 | | | 4.50 | | | | | 5.50 | 19.75 | | | 48.25 | $ 10,856.25 |
| Welsh, James (PL) | $ 130.00 | | | | | | | | | 1.50 | | | | 1.50 | $ 195.00 |
| Welsh, James (PL) | $ 125.00 | 1.00 | | | | | | | | | | | | 1.00 | $ 125.00 |
| Moser, Jill (PL) | $ 125.00 | | | | | | | | | 1.50 | 2.00 | | | 3.50 | $ 437.50 |
| | | 51.75 | 0.00 | 0.00 | 8.75 | 0.00 | 0.00 | 0.00 | 0.00 | 9.25 | 37.50 | 0.00 | 0.00 | 107.25 | $ 36,215.00 |

EXHIBIT 2
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP | | |
|---|---|---|---|
| Reporting Year | 2009 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battin, Timothy (P) | $ 595.00 | 4.75 | 2.00 | | 1.50 | | | | | | 3.75 | | | 12.00 | $ 7,140.00 |
| Schirmer, Mark (P) | $ 595.00 | | 21.00 | | | | | | | 1.25 | 5.50 | | | 27.75 | $ 16,511.25 |
| Otto, Ian (P) | $ 495.00 | | | | | | | | | | 0.25 | | | 0.25 | $ 123.75 |
| Cihlar, Nathan (A) | $ 350.00 | 0.25 | | | 1.25 | | | | | | 0.25 | | | 1.75 | $ 612.50 |
| Cihlar, Nathan (A) | $ 335.00 | 0.75 | | | 0.25 | | | | | | 1.25 | | | 2.25 | $ 753.75 |
| Palumbo, Thomas (A) | $ 275.00 | | 0.25 | | 0.50 | | | | | | | | | 0.75 | $ 206.25 |
| Palumbo, Thomas (A) | $ 225.00 | | | | | | | | | | | | | 0.00 | $ - |
| Le, Christopher (A) | $ 275.00 | | 13.25 | | | | | | | | | | | 13.25 | $ 3,643.75 |
| Le, Christopher (A) | $ 225.00 | 0.50 | | | | | | | | | 4.00 | | | 4.50 | $ 1,012.50 |
| Simpson, Trenae (PL) | $ 130.00 | | 0.25 | | | | | | | 4.50 | | | | 4.75 | $ 617.50 |
| Parker, Alyssa (PL) | $ 130.00 | | 2.75 | | | | | | | | | | | 2.75 | $ 357.50 |
| | | 6.25 | 39.50 | 0.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5.75 | 15.00 | 0.00 | 0.00 | 70.00 | $ 30,978.75 |

EXHIBIT 2
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP | | |
|---|---|---|---|
| Reporting Year | 2010 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battin, Timothy (P) | $ 595.00 | 1.25 | | 3.75 | 1.50 | | | 0.75 | | | 0.50 | | | 7.75 | $ 4,611.25 |
| Schirmer, Mark (P) | $ 595.00 | | | | | | | | | | 3.25 | | | 3.25 | $ 1,933.75 |
| Otto, Ian (P) | $ 495.00 | | | | | | | 1.50 | | | | | | 1.50 | $ 742.50 |
| Cihlar, Nathan (A) | $ 350.00 | 5.25 | | 10.00 | 82.00 | | | 18.75 | | | 23.00 | | | 139.00 | $ 48,650.00 |
| Raynes, Joshua (A) | $ 325.00 | | | | 0.75 | | | 83.00 | | | | | | 83.75 | $ 27,218.75 |
| Kim-Helms, Shinae (A) | $ 325.00 | | | | 9.25 | | | 2.00 | | | | | | 11.25 | $ 3,656.25 |
| Palumbo, Thomas (A) | $ 275.00 | | | 12.00 | 10.00 | | | 6.00 | | | 15.25 | | | 43.25 | $ 11,893.75 |
| Le, Christopher (A) | $ 275.00 | 0.25 | | 0.50 | | | | | | | | | | 0.75 | $ 206.25 |
| Lee, Daniel (LC) | $ 180.00 | | | | 2.00 | | | | | | | | | 2.00 | $ 360.00 |
| Bargnesi, Joe (LC) | $ 180.00 | | | | | | | | | | 9.50 | | | 9.50 | $ 1,710.00 |
| Simpson, Trenae (PL) | $ 130.00 | | | 1.50 | 3.25 | | | 4.25 | | | 0.75 | | | 9.75 | $ 1,267.50 |
| Sayah, Afruz (PL) | $ 130.00 | | | 0.50 | 2.50 | | | | | | | | | 3.00 | $ 390.00 |
| Parker, Alyssa (PL) | $ 130.00 | | | | 3.50 | | | | | | | | | 3.50 | $ 455.00 |
| | | 6.75 | 0.00 | 28.25 | 114.75 | 0.00 | 0.00 | 116.25 | 0.00 | 0.00 | 52.25 | 0.00 | 0.00 | 318.25 | $ 103,095.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Straus & Boies, LLP | | |
|---|---|---|---|
| Reporting Year | 2011 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battin, Timothy (P) | $ 650.00 | 1.25 | | | | | | 0.75 | | | | | | 2.00 | $ 1,300.00 |
| Cihlar, Nathan (P) | $ 450.00 | 61.25 | | 4.50 | 73.75 | | | 292.00 | | | 9.50 | | | 441.00 | $ 198,450.00 |
| Kim-Helms, Shinae (A) | $ 350.00 | 35.00 | | | 81.25 | | | 480.00 | | | | | | 596.25 | $ 208,687.50 |
| Palumbo, Thomas (A) | $ 315.00 | 1.25 | | 12.00 | 24.75 | | | 312.00 | | | 1.50 | | | 351.50 | $ 110,722.50 |
| Le, Christopher (A) | $ 315.00 | | | 1.00 | | | | | | | | | | 1.00 | $ 315.00 |
| White, Judson (PL) | $ 140.00 | | | | | | | 55.50 | | | | | | 55.50 | $ 7,770.00 |
| Kight, Meredith (PL) | $ 140.00 | | | | | | | 18.75 | | | | | | 18.75 | $ 2,625.00 |
| Simpson, Trenae (PL) | $ 140.00 | | | 0.25 | 1.75 | | | 1.25 | | | | | | 3.25 | $ 455.00 |
| Sayah, Afruz (PL) | $ 140.00 | | | | 2.00 | | | 0.25 | | | | | | 2.25 | $ 315.00 |
| Rodkey, Jennifer (PL) | $ 140.00 | | | | | | | 63.00 | | 0.25 | | | | 63.25 | $ 8,855.00 |
| Siozious, Dionissia (PL) | $ 140.00 | | | 0.50 | | | | 4.50 | | | | | | 5.00 | $ 700.00 |
| | | 98.75 | 0.00 | 18.25 | 183.50 | 0.00 | 0.00 | 1,228.00 | 0.00 | 0.25 | 11.00 | 0.00 | 0.00 | 1,539.75 | $ 540,195.00 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP | | |
|---|---|---|---|
| Reporting Year | 2012 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battin, Timothy (P) | $ 695.00 | 4.00 | | | | | | | | | | | | 4.00 | $ 2,780.00 |
| Schirmer, Mark (P) | $ 650.00 | | | | | 5.00 | | | | | | | | 5.00 | $ 3,250.00 |
| Cihlar, Nathan (P) | $ 495.00 | 233.50 | | 3.50 | 47.00 | 457.50 | | 132.50 | 47.75 | | 178.00 | | | 1,099.75 | $ 544,376.25 |
| Kim-Helms, Shinae (A) | $ 385.00 | 44.50 | | | 3.25 | 858.50 | 74.00 | 501.50 | 31.50 | | 164.00 | | | 1,677.25 | $ 645,741.25 |
| Palumbo, Thomas (A) | $ 350.00 | 14.50 | | 43.25 | 43.00 | 288.00 | | 197.75 | 5.25 | | 79.00 | | | 670.75 | $ 234,762.50 |
| Noh, Richard (PL) | $ 145.00 | | | | | 77.25 | | | | | 3.75 | | | 81.00 | $ 11,745.00 |
| Rodkey, Jennifer (PL) | $ 145.00 | 3.50 | | | 1.00 | 246.50 | | 113.25 | 11.00 | | 25.75 | | | 401.00 | $ 58,145.00 |
| White, Judson (PL) | $ 145.00 | | | | 2.75 | 238.50 | | 104.25 | | | 5.75 | | | 351.25 | $ 50,931.25 |
| Kight, Meredith (PL) | $ 145.00 | | | | | 75.25 | | 54.25 | | | | | | 129.50 | $ 18,777.50 |
| | | 300.00 | 0.00 | 46.75 | 97.00 | 2,246.50 | 74.00 | 1,103.50 | 95.50 | 0.00 | 456.25 | 0.00 | 0.00 | 4,419.50 | $ 1,570,508.75 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP | | |
|---|---|---|---|
| Reporting Year | 2013 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battin, Timothy (P) | $ 695.00 | 12.75 | | | | 5.50 | | 0.25 | | | 3.75 | | | 22.25 | $ 15,463.75 |
| Schirmer, Mark (P) | $ 650.00 | 2.50 | | | | 266.50 | 203.25 | | | | 5.75 | | | 478.00 | $ 310,700.00 |
| Cihlar, Nathan (P) | $ 495.00 | 279.00 | | | 5.50 | 1,369.75 | 149.25 | 19.50 | 22.50 | 10.75 | 34.75 | 8.50 | 19.00 | 1,918.50 | $ 949,657.50 |
| Kim-Helms, Shinae (A) | $ 385.00 | 136.00 | | | | 1,785.75 | 193.50 | 30.50 | 8.75 | 3.00 | 9.25 | 5.00 | 8.00 | 2,179.75 | $ 839,203.75 |
| Palumbo, Thomas (A) | $ 350.00 | 5.75 | | 3.00 | 2.25 | 599.25 | | | | | 6.75 | | | 617.00 | $ 215,950.00 |
| Hare, Casey (PL) | $ 145.00 | | | | | 98.00 | | | | | 1.00 | | | 99.00 | $ 14,355.00 |
| Day, Megan (PL) | $ 145.00 | | | | | 62.75 | | | | | | | | 62.75 | $ 9,098.75 |
| Noh, Richard (PL) | $ 145.00 | | | | | 624.75 | | 1.50 | | | | | | 626.25 | $ 90,806.25 |
| White, Judson (PL) | $ 145.00 | | | | | 800.75 | | | | | 1.00 | | | 801.75 | $ 116,253.75 |
| Kight, Meredith (PL) | $ 145.00 | | | | | 110.50 | | | | | | | | 110.50 | $ 16,022.50 |
| | | 436.00 | 0.00 | 3.00 | 7.75 | 5,723.50 | 546.00 | 51.75 | 31.25 | 13.75 | 62.25 | 13.50 | 27.00 | 6,915.75 | $ 2,577,511.25 |

EXHIBIT 2

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP | | |
|---|---|---|---|
| Reporting Year | 2014 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battin, Timothy (P) | $ 725.00 | 1.00 | | | | | | | | | | | 2.00 | 3.00 | $ 2,175.00 |
| Battin, Timothy (P) | $ 695.00 | 1.75 | | | | | | | | | | | | 1.75 | $ 1,216.25 |
| Schirmer, Mark (P) | $ 650.00 | | | | | | | | | | | | 0.50 | 0.50 | $ 325.00 |
| Cihlar, Nathan (P) | $ 550.00 | 52.25 | | | 172.25 | 436.50 | 53.50 | 22.50 | 35.25 | | 221.00 | 2.00 | 652.00 | 1,647.25 | $ 905,987.50 |
| Cihlar, Nathan (P) | $ 495.00 | 15.50 | | | 21.75 | 250.00 | 34.50 | | 3.25 | | 0.25 | 7.00 | 11.75 | 344.00 | $ 170,280.00 |
| Kim-Helms, Shinae (A) | $ 425.00 | 15.75 | | | 31.75 | 675.00 | 88.50 | 97.75 | 13.25 | | 44.00 | 1.50 | 291.25 | 1,258.75 | $ 534,968.75 |
| Kim-Helms, Shinae (A) | $ 385.00 | 10.50 | | | 7.75 | 285.75 | 30.75 | | 3.00 | | 3.00 | | 3.00 | 343.75 | $ 132,343.75 |
| Palumbo, Thomas (A) | $ 425.00 | 1.00 | | | 167.75 | 177.25 | | 1.00 | 4.75 | | 225.00 | 5.00 | 706.25 | 1,288.00 | $ 547,400.00 |
| Palumbo, Thomas (A) | $ 350.00 | 1.50 | | | 3.00 | 58.50 | | | | | | 2.25 | | 65.25 | $ 22,837.50 |
| Voigt, Carla (A) | $ 275.00 | | | | 16.50 | | | | | | 223.25 | | 187.50 | 427.25 | $ 117,493.75 |
| Dinner, Scott (A) | $ 275.00 | | | | | | | | | | 22.50 | | | 22.50 | $ 6,187.50 |
| Noh, Richard (PL) | $ 145.00 | | | | 52.00 | 437.00 | | 2.00 | 1.00 | | 8.75 | | 700.00 | 1,200.75 | $ 174,108.75 |
| Day, Megan (PL) | $ 145.00 | | | | 84.25 | 76.50 | | | | | 7.25 | | 148.75 | 316.75 | $ 45,928.75 |
| Kight, Meredith (PL) | $ 145.00 | | | | 10.25 | | | | | | | | 4.75 | 15.00 | $ 2,175.00 |
| Gooding, Anna (PL) | $ 145.00 | | | | 2.25 | 16.50 | | 2.25 | | | 35.00 | | 122.25 | 178.25 | $ 25,846.25 |
| Hare, Casey (PL) | $ 145.00 | | | | | 27.50 | | | | | | | 38.00 | 65.50 | $ 9,497.50 |
| Mercer, Greg (PL) | $ 145.00 | | | | | | | | | | | | 25.50 | 25.50 | $ 3,697.50 |
| | | 99.25 | 0.00 | 0.00 | 569.50 | 2,440.50 | 207.25 | 125.50 | 60.50 | 0.00 | 790.00 | 17.75 | 2,893.50 | 7,203.75 | $ 2,702,468.75 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP | | |
|---|---|---|---|
| Reporting Year | 2015 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battin, Timothy (P) | $ 725.00 | | | | | | | | | | 5.00 | 4.00 | 1.00 | 10.00 | $ 7,250.00 |
| Cihlar, Nathan (P) | $ 550.00 | 23.50 | | | | | | | | | 42.75 | 76.75 | 356.00 | 499.00 | $ 274,450.00 |
| Kim-Helms, Shinae (A) | $ 425.00 | 0.75 | | | | | | | | | 20.00 | 1.50 | 332.25 | 354.50 | $ 150,662.50 |
| Palumbo, Thomas (A) | $ 425.00 | | | | | | | | | | | 3.50 | 284.50 | 288.00 | $ 122,400.00 |
| Voigt, Carla (A) | $ 275.00 | 0.75 | | | | | | | | | 14.25 | 14.50 | 387.25 | 416.75 | $ 114,606.25 |
| Dinner, Scott (A) | $ 275.00 | | | | | | | | | | | | 2.00 | 2.00 | $ 550.00 |
| Cone, Nicolette (LC) | $ 180.00 | | | | | | | | | | | 3.00 | | 3.00 | $ 540.00 |
| Day, Megan (PL) | $ 145.00 | | | | | | | | | | | | 45.75 | 45.75 | $ 6,633.75 |
| Noh, Richard (PL) | $ 145.00 | | | | | | | | | | | | 223.25 | 223.25 | $ 32,371.25 |
| Gooding, Anna (PL) | $ 145.00 | | | | | | | | | | | | 162.75 | 162.75 | $ 23,598.75 |
| | | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 82.00 | 103.25 | 1,794.75 | 2,005.00 | $ 733,062.50 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP | |
|---|---|---|
| Reporting Year | Inception through Present | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 9.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.75 | 102.25 | 0.00 | 0.00 | 127.75 | $ 33,491.25 |
| 2008 | | 51.75 | 0.00 | 0.00 | 8.75 | 0.00 | 0.00 | 0.00 | 0.00 | 9.25 | 37.50 | 0.00 | 0.00 | 107.25 | $ 36,215.00 |
| 2009 | | 6.25 | 39.50 | 0.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5.75 | 15.00 | 0.00 | 0.00 | 70.00 | $ 30,978.75 |
| 2010 | | 6.75 | 0.00 | 28.25 | 114.75 | 0.00 | 0.00 | 116.25 | 0.00 | 0.00 | 52.25 | 0.00 | 0.00 | 318.25 | $ 103,095.00 |
| 2011 | | 98.75 | 0.00 | 18.25 | 183.50 | 0.00 | 0.00 | 1,228.00 | 0.00 | 0.25 | 11.00 | 0.00 | 0.00 | 1,539.75 | $ 540,195.00 |
| 2012 | | 300.00 | 0.00 | 46.75 | 97.00 | 2,246.50 | 74.00 | 1,103.50 | 95.50 | 0.00 | 456.25 | 0.00 | 0.00 | 4,419.50 | $ 1,570,508.75 |
| 2013 | | 436.00 | 0.00 | 3.00 | 7.75 | 5,723.50 | 546.00 | 51.75 | 31.25 | 13.75 | 62.25 | 13.50 | 27.00 | 6,915.75 | $ 2,577,511.25 |
| 2014 | | 99.25 | 0.00 | 0.00 | 569.50 | 2,440.50 | 207.25 | 125.50 | 60.50 | 0.00 | 790.00 | 17.75 | 2,893.50 | 7,203.75 | $ 2,702,468.75 |
| 2015 | | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 82.00 | 103.25 | 1,794.75 | 2,005.00 | $ 733,062.50 |
| | | 1,033.50 | 39.50 | 96.25 | 984.75 | 10,410.50 | 827.25 | 2,625.00 | 187.25 | 44.75 | 1,608.50 | 134.50 | 4,715.25 | 22,707.00 | $ 8,327,526.25 |

| STATUS: | | CATEGORIES: |
|---|---|---|
| (P) | Partner | 1 Attorney Meeting/Strategy |
| (OC) | Of Counsel | 2 Court Appearance |
| (A) | Associate | 3 Client Meeting |
| (LC) | Law Clerk | 4 Draft Discovery Requests or Responses |
| (PL) | Paralegal | 5 Deposition Preparation |
| (I) | Investigator | 6 Attend Deposition - Conduct/Defend |
| | | 7 Document Review |
| | | 8 Experts - Work or Consult |
| | | 9 Research |
| | | 10 Motions/Pleadings |
| | | 11 Settlement |
| | | 12 Trial |

Exhibit 3

**EXHIBIT 3**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**EXPENSE SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Straus & Boies, LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | $ | 120,000.00 |
| Outside Copies | $ | 93.88 |
| In-house Reproduction /Copies | $ | 3,762.60 |
| Court Costs & Filing Fees | $ | 210.00 |
| Court Reporters 7 Transcripts | $ | - |
| Computer Research | $ | 3,604.78 |
| Telephone & Facsimile | $ | 3,134.39 |
| Postage/Express Delivery/Courier | $ | 236.67 |
| Professional Fees (investigator, accountant, etc.) | $ | - |
| Experts | $ | - |
| Witness / Service Fees | $ | - |
| Travel: Airfare | $ | 31,446.20 |
| Travel: Lodging/Meals | $ | 41,960.42 |
| Travel: Other | $ | 392.11 |
| Car Rental/Cabfare/Parking | $ | 3,870.95 |
| Other Expenses | $ | 129.21 |
| | | |
| | $ | 208,841.21 |