# Exhibit 5

**LOVELL STEWART HALEBIAN AND JACOBSON LLP**
**61 Broadway, Suite 501**
**New York, New York 10006**
**212-608-1900**

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF KEITH ESSENMACHER IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

I, Keith Essenmacher, declare as follows:

1.      I am an attorney licensed to practice before the courts of State of Michigan and Eastern District of Michigan, and a PARTNER in the law firm LOVELL STEWART HALEBIAN AND JACOBSON LLP.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.      My firm is counsel of record in this case, and represents named plaintiff LISA REYNOLDS.  A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference.

3.      Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.      During the course of this litigation, my firm has been involved in the following tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead Counsel.

A.   More than 70 percent of the hours of professional services that Lovell Stewart Halebian Jacobson LLP ("Lovell Stewart") performed on behalf of the Class were devoted to document review and deposition preparation.  Also, Lovell Stewart performed professional services for the drafting of the initial complaints, was included in the proposed leadership in the case, and later performed significant services in connection with Plaintiffs' opposition to the motions to dismiss, Plaintiffs' class certification motion and reply papers, and other discovery and pre-trial matters.  A roughly chronological, more detailed description of the professional services performed by Lovell Stewart is as follows.

B.   At the outset, Lovell Stewart researched Defendants, investigated their related

DECLARATION OF KEITH ESSENMACHER IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS

MDL 3:07-md-1827 SI

companies, and searched for facts supporting antitrust violations by Defendants and resulting impact on indirect purchasers.  Based thereon, Lovell Stewart drafted and filed initial complaints. Later, Lovell Stewart participated in the strategy sessions, performed investigation, and drafted language for various allegations in the amended and consolidated complaints filed in this action.

C. Lovell Stewart conducted legal research on the service of process on foreign defendants.  We participated in conferences regarding that research with proposed co-lead counsel.  And we researched indirect purchaser issues under various States' laws.

D. Lovell Stewart researched and drafted a motion for the JPML for consolidation and transfer, with particular emphasis on FTAIA issues.  Lovell Stewart appeared and argued before the JPML on the consolidation and transfer motions.

E. After this Court appointed lead counsel, Lovell Stewart performed all subsequent services at the direction of such lead counsel.  One of the first assignments was to investigate Defendants.  We researched their corporate structures.  We gathered extensive company information from SEC filings, Bloomberg's, and numerous websites.  We formulated a list of potential deponents.

F. Also after the Court appointed leadership, Lovell Stewart was assigned to and did research and prepare discovery requests.  This included subpoenas, interrogatories, request for admissions, and requests to produce.  Thereafter, Lovell Stewart likewise reviewed, correlated and dealt with the responses to these requests.

G. Far more than any other task we performed in this case, Lovell Stewart was assigned to and did review, code documents, and distill them for use in depositions.  This included the review, translation, coding and preparation for use at depositions of Japanese documents.  It included locating documents for deponents.  It included the preparation of exhibits for deposition and trial, such as emails, charts, meeting agendas, and presentations.  It included the review and distillation for use at deposition of documents from multiple other Defendants, non-parties and other sources.

2

H.  Lovell Stewart also participated and was instrumental in Plaintiffs' general document review effort in this action.  This included the initial choice, subsequent implementation, and effective use by all counsel of document coding software.  We set up coders' computers for document review.  We answered document coders' questions. We solved interface and computer problems that arose during document review.

I.  Lovell Stewart researched and prepared the response to certain arguments made by Defendants in their motions to dismiss, and strategized with co-lead counsel on related issues on the motions to dismiss. This included researching and drafting a response to a motion to dismiss specific indirect purchaser State statutory claims as well as common law unjust enrichment claims.  We participated in strategy conferences with leadership, helped prepare for oral argument on Defendants' motion to dismiss and at a case management conference before the Court.  Thereafter, we communicated with lead counsel, where we gave our input on plaintiffs' discovery program, trial preparation and other issues.

J.  Lovell Stewart gathered documents and other information sought by Defendants in discovery from named Plaintiffs.  We drafted discovery responses to Defendants' discovery requests to Plaintiffs.  We prepared clients for and represented them at depositions.  For example, Lovell Stewart represented its client, Lisa Reynolds, at her deposition in Grand Rapids Michigan.  Mrs. Reynolds was among those certified as a class representative Plaintiff herein.

K.  Lovell Stewart strategized and attended meetings and conference calls with lead counsel regarding the class certification motion, class certification experts, and specific class certification issues.  We participated in strategy sessions with lead counsel and the experts for, and otherwise gave our input on the overall strategy for the class certification motion and reply brief.   Also, we gave our input on numerous specific class certification issues, e.g., tracking monitor manufacturers who used CRT from Defendants, production capacity, production utilization, etc.

L.  Lovell Stewart prepared for the Indirect Purchaser Plaintiffs  F.R.Civ.P. Rule 30(b)(6) depositions of the Defendants Corporation.  Here, our preparation included review of documents and materials, review of other transcripts, and communicating with co-lead counsel about pertinent testimony that had occurred prior to these depositions.

M.  Finally, Lovell Stewart conferred with its clients on developments in the case, including settlements and decisions by the Court.  And we prepared our named class representative for trial testimony by mock questioning and interviews.

5.      The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary of the amount of time spent by my firm's partners, attorneys and professional support staff who were involved in this litigation.  It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed and current rates are on a separate table.  Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm.  Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary.  The hourly rates for my firm's partners, attorneys and professional support staff included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for their services in similar complex litigation and the current rates of the firm.

6.      The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 7350.0 hours.  The total lodestar for my firm at historical rates is $3,194,982.50.  The total lodestar for my firm at current rates is $3,520,882.35.  Expense items are billed separately and are not duplicated in my firm's lodestar.

7.      The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8.      My firm incurred a total of $172,571.59 in unreimbursed expenses, all of which

were reasonable and necessary for the prosecution of this litigation.  Of this amount, $125,000.00 was for assessment payments for common litigation expenses or direct payments to experts or other vendors made at the request of Lead Counsel, and an additional $47,571.59 was for non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research, telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of September, 2015, in Rockford, Michigan.

                                    */s/* Keith Essenmacher

                                    [SIGNATURE]

DECLARATION OF KEITH ESSENMACHER IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

Lovell Stewart Halebian Jacobson LLP (with its predecessors, "Lovell Stewart" or the "Firm") is the premier class action law firm prosecuting claims involving commodity manipulation and price fixing, and exchange related antitrust claims.  See Seth Lubove and Elizabeth Stanton, *The Power of Pimco*, Bloomberg Markets, Vol. 17, No. 4, April 2008, available here. ("What [Bill] Gross is to the world of bonds, [Lovell Stewart] is to commodities-manipulation and price-fixing lawsuits.")

Lovell Stewart has overcome the opposition of the leading defense lawyers in order

- to produce what was at the time the largest class action price fixing settlement in the history of the Sherman Antitrust Act, *In re Nasdaq Market Makers Antitrust Litigation*, M.D.L. No. 123 (U.S.D.C. S.D.N.Y.),
- to conduct the first (and, we understand, only) successful trial by a Plaintiffs' law firm in the United States District Court for the Southern District of New York of claims for price-fixing in violation of the antitrust laws.
- to produce, as Court-appointed sole lead counsel, the first and second largest, and as Court-appointed co-lead counsel, the third and fourth largest class action settlements of commodity manipulation claims in the history of the Commodity Exchange Act.

Building on its prior successes in cases involving copper, agricultural commodities, and exchange related claims, the Firm has been prosecuting as lead or co-lead counsel during the last three years claims alleging the fixing or manipulation of prices of platinum, palladium, steel, silver, West Texas intermediate crude oil, natural gas, milk, cheese, cotton, rice, potash, chocolate, eggs, LIBOR, and other items.

During the last three years, noteworthy settlements of cases in which the Firm has been involved include:

- Price fixing thin film transistor liquid crystal display panels ($1.1 billion approved settlement);
- Manipulating exchange-based initial public offering security prices (approved final settlement $570 million settlement);

- Fixing the prices of freight forwarding shipments (approved partial settlements so far of $134 million);
- Manipulating treasury note futures contract prices ($118,750,000 settlement);
- Misrepresenting facts and manipulating investment results (proposed partial settlements of $85.25 million);
- Manipulating natural gas futures contract prices ($77.1 million);
- Manipulating exchange-based platinum and palladium futures contract prices (proposed partial settlement of $48,400,000 plus a $35 million judgment and assignment);
- Fixing the prices of exchange-based milk futures contracts and physical cheese and milk (proposed partial settlement for $46 million).

EXHIBIT 2

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | 2007 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Essenmacher/a | $ 530.00 | | | 1.0 | | | | | | | 7.8 | | | 8.8 | $ 4,664.00 |
| Keith Essenmacher/a | $ 450.00 | | | 1.0 | | | | | | | 36.5 | | | 37.5 | $ 16,875.00 |
| Imtiaz Siddqui/a | $ 370.00 | 1.8 | | | | | | | | | 4.7 | | | 6.5 | $ 2,405.00 |
| Chris Lovell/p | $ 765.00 | 3.9 | | | | | | | | | 1.7 | | | 5.6 | $ 4,284.00 |
| Gary Jacobson/p | $ 700.00 | | | | | | | | | | 1.0 | | | 1.0 | $ 700.00 |
| Ken Smith/pl | $ 210.00 | | | | | | | | | | 16.2 | | | 16.2 | $ 3,402.00 |
| Travis Carter/pl | $ 150.00 | | | | | | | | | | 5.0 | | | 5.0 | $ 750.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 5.7 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 72.9 | 0.0 | 0.0 | 80.6 | $ 33,080.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | 2008 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Essenmacher/a | $ 530.00 | 20.0 | | | 18.0 | | | 23.5 | | 81.2 | | | | 142.7 | $ 75,631.00 |
| Keith Essenmacher/a | $ 450.00 | | | 3.2 | | | | | | 2.0 | 4.3 | | | 9.5 | $ 4,275.00 |
| Imtiaz Siddqui/a | $ 370.00 | 3.4 | | | | | | | | | | | | 3.4 | $ 1,258.00 |
| Chris Lovell/p | $ 765.00 | 13.6 | 1.8 | | | | | | | | | | | 15.4 | $ 11,742.75 |
| Gary Jacobson/p | $ 700.00 | | | | | | | | | | | | | 0.0 | $ - |
| Ken Smith/pl | $ 210.00 | | | | | | | | | | 0.7 | | | 0.7 | $ 147.00 |
| Travis Carter/pl | $ 150.00 | | | | | | | | | 0.8 | 6.0 | | | 6.8 | $ 1,024.50 |
| Ben Jaccarino/pl | $ 175.00 | 0.7 | | | | | | | | 9.3 | | | | 9.9 | $ 1,736.00 |
| Chris McGrath/a | $ 330.00 | | | | | | | | | 1.0 | 11.0 | | | 12.0 | $ 3,960.00 |
| Fred Isquith/pl | $ 175.00 | 0.9 | | | | | | | | 7.5 | | | | 8.5 | $ 1,478.75 |
| Ian Stoll/p | $ 550.00 | | | | | | | | | | | | | 0.0 | $ - |
| Peggy Wedgeworth/p | $ 605.00 | | | | 2.6 | | | | | | | | | 2.6 | $ 1,573.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 38.6 | 1.8 | 3.2 | 20.6 | 0.0 | 0.0 | 23.5 | 0.0 | 101.8 | 22.0 | 0.0 | 0.0 | 211.5 | $ 102,826.00 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | 2009 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Essenmacher/a | $ 560.00 | 4.0 | | | | | | 7.0 | | 45.0 | 50.0 | | | 106.0 | $ 59,360.00 |
| Keith Essenmacher/a | $ 500.00 | 7.0 | | 0.3 | | | | 10.4 | | | 128.1 | | | 145.8 | $ 72,900.00 |
| Imtiaz Siddqui/a | | | | | | | | | | | | | | 0.0 | $ - |
| Chris Lovell/p | $ 795.00 | 6.2 | | | | | | 2.0 | | | | 5.1 | | 13.2 | $ 10,494.00 |
| Gary Jacobson/p | $ 740.00 | 1.9 | | | | | | | | 26.8 | 74.0 | | | 102.7 | $ 75,961.00 |
| Ken Smith/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Travis Carter/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ben Jaccarino/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Chris McGrath/a | | | | | | | | | | | | | | 0.0 | $ - |
| Fred Isquith/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ian Stoll/p | $ 550.00 | | | | | | | | | 0.3 | | | | 0.3 | $ 137.50 |
| Peggy Wedgeworth/p | | | | | | | | | | | | | | 0.0 | $ - |
| Christine Segro/pl | $ 185.00 | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 19.1 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 19.4 | 0.0 | 72.0 | 252.1 | 5.1 | 0.0 | 367.9 | $ 218,852.50 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | 2010 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Essenmacher/a | $ 595.00 | 2.5 | | | | | | 78.5 | | 4.0 | | | | 85.0 | $ 50,575.00 |
| Keith Essenmacher/a | $ 575.00 | | | 8.3 | 19.6 | | | 5.2 | | 2.6 | | | | 35.7 | $ 20,527.50 |
| Imtiaz Siddqui/a | | | | | | | | | | | | | | 0.0 | $ - |
| Chris Lovell/p | $ 795.00 | 5.8 | | | | | | 0.3 | | 1.0 | | | | 7.1 | $ 5,604.75 |
| Gary Jacobson/p | $ 770.00 | | | 0.5 | 0.3 | | | 0.7 | | 2.0 | | | | 3.4 | $ 2,579.50 |
| Ken Smith/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Travis Carter/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ben Jaccarino/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Chris McGrath/a | | | | | | | | | | | | | | 0.0 | $ - |
| Fred Isquith/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ian Stoll/p | $ 550.00 | | | 0.3 | | | | | | | | | | 0.3 | $ 137.50 |
| Peggy Wedgeworth/p | | | | | | | | | | | | | | 0.0 | $ - |
| Christine Segro/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Janetta Pittman/oc | $ 340.00 | 3.0 | | 113.8 | | | | 10.0 | | 139.0 | 4.0 | | | 269.8 | $ 91,715.00 |
| Jason Pearlman/pl | $ 140.00 | 5.0 | | 57.5 | 17.0 | | | 48.0 | | 55.5 | 2.5 | | | 185.5 | $ 25,970.00 |
| Jodi Krisilov/p | $ 675.00 | | | 10.3 | | | | | | | | | | 10.3 | $ 6,952.50 |
| Merrick Rayle/p | $ 580.00 | 13.0 | | 85.5 | 463.3 | | | 72.2 | | 334.4 | 45.4 | | | 1013.8 | $ 588,004.00 |
| Tucker Kiesling/pl | $ 160.00 | | | 0.3 | | | | | | | | | | 0.3 | $ 40.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 29.3 | 0.0 | 276.3 | 500.2 | 0.0 | 0.0 | 214.9 | 0.0 | 538.5 | 51.9 | 0.0 | 0.0 | 1611.0 | $ 792,105.75 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | 2011 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Essenmacher/p | $ 595.00 | | | | | | | 19.0 | | 4.0 | 2.0 | | | 25.0 | $ 14,875.00 |
| Keith Essenmacher/p | $ 575.00 | | | 7.1 | | | | 43.7 | | | | | | 50.8 | $ 29,210.00 |
| Imtiaz Siddqui/a | | | | | | | | | | | | | | 0.0 | $ - |
| Chris Lovell/p | | | | | | | | | | | | | | 0.0 | $ - |
| Gary Jacobson/p | $ 770.00 | 0.2 | | | | | | | | 0.7 | | | | 0.9 | $ 693.00 |
| Ken Smith/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Travis Carter/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ben Jaccarino/a | $ 290.00 | 0.5 | | | | | | | | | | | | 0.5 | $ 145.00 |
| Chris McGrath/p | | | | | | | | | | | | | | 0.0 | $ - |
| Fred Isquith/a | | | | | | | | | | | | | | 0.0 | $ - |
| Ian Stoll/p | | | | | | | | | | | | | | 0.0 | $ - |
| Peggy Wedgeworth/p | | | | | | | | | | | | | | 0.0 | $ - |
| Christine Segro/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Janetta Pittman/oc | $ 340.00 | 1.0 | | | 52.0 | | | 53.5 | | 47.0 | | | | 153.5 | $ 52,190.00 |
| Jason Pearlman/pl | $ 140.00 | | | 62.5 | 23.0 | 4.0 | | 3.0 | | | | | | 92.5 | $ 12,950.00 |
| Jodi Krisilov/p | $ 675.00 | 0.4 | | 4.2 | | | | | | | | | | 4.6 | $ 3,105.00 |
| Merrick Rayle/p | $ 580.00 | | | 42.0 | 110.9 | 1.9 | | 48.6 | | 96.0 | | | | 299.4 | $ 173,652.00 |
| Tucker Kiesling/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Molly Sullivan/pl | $ 250.00 | | | 3.0 | | | | 67.8 | | 12.0 | | | | 82.8 | $ 20,707.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.1 | 0.0 | 118.8 | 185.9 | 5.9 | 0.0 | 235.6 | 0.0 | 159.7 | 2.0 | 0.0 | 0.0 | 710.0 | $ 307,527.50 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | 2012 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Essenmacher/p | $ 635.00 | 0.5 | | | | | | | | | | | | 0.5 | $ 317.50 |
| Keith Essenmacher/p | $ 615.00 | 0.8 | | 5.1 | 25.0 | 34.1 | | | | | | | | 65.0 | $ 39,975.00 |
| Imtiaz Siddqui/a | | | | | | | | | | | | | | 0.0 | $ - |
| Chris Lovell/p | $ 845.00 | 0.8 | | | | | | | | | | | | 0.8 | $ 633.75 |
| Gary Jacobson/p | | | | | | | | | | | | | | 0.0 | $ - |
| Ken Smith/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Travis Carter/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ben Jaccarino/a | | | | | | | | | | | | | | 0.0 | $ - |
| Chris McGrath/p | | | | | | | | | | | | | | 0.0 | $ - |
| Fred Isquith/a | | | | | | | | | | | | | | 0.0 | $ - |
| Ian Stoll/p | | | | | | | | | | | | | | 0.0 | $ - |
| Peggy Wedgeworth/p | | | | | | | | | | | | | | 0.0 | $ - |
| Christine Segro/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Janetta Pittman/oc | $ 340.00 | | | | | | | | | | | | | 0.0 | $ - |
| Jason Pearlman/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Jodi Krisilov/p | | | | | | | | | | | | | | 0.0 | $ - |
| Merrick Rayle/p | | | | | | | | | | | | | | 0.0 | $ - |
| Tucker Kiesling/pl | $ 170.00 | | | | | | | | | 6.0 | | | | 6.0 | $ 1,020.00 |
| Molly Sullivan/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ari Lehman/oc | $ 400.00 | | | | | | | 666.8 | | | | | | 666.8 | $ 266,700.00 |
| Mathew Kuiper/a | $ 350.00 | | | | | | | 612.7 | | | | | | 612.7 | $ 214,445.00 |
| Tracy Greenwood/oc | $ 400.00 | | | | | | | 200.0 | | | | | | 200.0 | $ 80,000.00 |
| Ari Lehman/oc dep prep | $ 435.00 | | | | | | | 207.0 | | | | | | 207.0 | $ 90,045.00 |
| Tracy Greenwood/oc dep pre | $ 450.00 | | | | | | | 122.5 | | | | | | 122.5 | $ 55,125.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.1 | 0.0 | 5.1 | 25.0 | 34.1 | 0.0 | 1809.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 1881.2 | $ 748,261.25 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | 2013 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Essenmacher/p | | | | | | | | | | | | | | 0.0 | $ - |
| Keith Essenmacher/p | $ 650.00 | | | | | | | 2.2 | | | | | | 2.2 | $ 1,430.00 |
| Imtiaz Siddqui/a | | | | | | | | | | | | | | 0.0 | $ - |
| Chris Lovell/p | $ 875.00 | 1.0 | | | | | | | | | | | | 1.0 | $ 875.00 |
| Gary Jacobson/p | | | | | | | | | | | | | | 0.0 | $ - |
| Ken Smith/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Travis Carter/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ben Jaccarino/a | | | | | | | | | | | | | | 0.0 | $ - |
| Chris McGrath/p | $ 520.00 | | | | | | 7.7 | | | 8.1 | | | | 15.8 | $ 8,216.00 |
| Fred Isquith/a | | | | | | | | | | | | | | 0.0 | $ - |
| Ian Stoll/p | | | | | | | | | | | | | | 0.0 | $ - |
| Peggy Wedgeworth/p | | | | | | | | | | | | | | 0.0 | $ - |
| Christine Segro/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Janetta Pittman/oc | | | | | | | | | | | | | | 0.0 | $ - |
| Jason Pearlman/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Jodi Krisilov/p | | | | | | | | | | | | | | 0.0 | $ - |
| Merrick Rayle/p | $ 640.00 | | | | | | | | | 14.7 | | | | 14.7 | $ 9,408.00 |
| Tucker Kiesling/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Molly Sullivan/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ari Lehman/oc | $ 400.00 | | | | | | | 24.8 | | | | | | 24.8 | $ 9,900.00 |
| Mathew Kuiper/a | $ 350.00 | | | | | | | 986.6 | | | | | | 986.6 | $ 345,310.00 |
| Tracy Greenwood/oc | | | | | | | | | | | | | | 0.0 | $ - |
| Ari Lehman/oc dep prep | $ 435.00 | | | | | | | 967.3 | | | | | | 967.3 | $ 420,753.75 |
| Tracy Greenwood/oc dep prep | $ 450.00 | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.7 | 1980.8 | 0.0 | 22.8 | 0.0 | 0.0 | 0.0 | 2012.3 | $ 795,892.75 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | 2014 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Essenmacher/p | | | | | | | | | | | | | | 0.0 | $ - |
| Keith Essenmacher/p | $ 680.00 | | | 1.8 | | | | | | | | | | 1.8 | $ 1,224.00 |
| Imtiaz Siddqui/a | | | | | | | | | | | | | | 0.0 | $ - |
| Chris Lovell/p | $ 950.00 | 0.4 | | | | | | 0.3 | | | | | | 0.7 | $ 665.00 |
| Gary Jacobson/p | | | | | | | | | | | | | | 0.0 | $ - |
| Ken Smith/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Travis Carter/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ben Jaccarino/a | | | | | | | | | | | | | | 0.0 | $ - |
| Chris McGrath/p | | | | | | | | | | | | | | 0.0 | $ - |
| Fred Isquith/a | | | | | | | | | | | | | | 0.0 | $ - |
| Ian Stoll/p | | | | | | | | | | | | | | 0.0 | $ - |
| Peggy Wedgeworth/p | | | | | | | | | | | | | | 0.0 | $ - |
| Christine Segro/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Janetta Pittman/oc | | | | | | | | | | | | | | 0.0 | $ - |
| Jason Pearlman/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Jodi Krisilov/p | | | | | | | | | | | | | | 0.0 | $ - |
| Merrick Rayle/p | $ 700.00 | | | | | | | | | | | | | 0.0 | $ - |
| Tucker Kiesling/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Molly Sullivan/pl | | | | | | | | | | | | | | 0.0 | $ - |
| Ari Lehman/oc | $ 400.00 | | | | | | | 295.6 | | 9.8 | | | | 305.3 | $ 122,120.00 |
| Mathew Kuiper/a | $ 350.00 | | | | | | | 8.7 | | | | | | 8.7 | $ 3,045.00 |
| Tracy Greenwood/oc | | | | | | | | | | | | | | 0.0 | $ - |
| Ari Lehman/oc dep prep | $ 435.00 | | | | | | | 158.3 | | | | | | 158.3 | $ 68,838.75 |
| Tracy Greenwood/oc dep prep | $ 450.00 | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.4 | 0.0 | 1.8 | 0.0 | 0.0 | 0.0 | 462.8 | 0.0 | 9.8 | 0.0 | 0.0 | 0.0 | 474.8 | $ 195,892.75 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | 2015 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keith Essenmacher/p | $ 680.00 | | | 0.8 | | | | | | | | | | 0.8 | $ 544.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | $ 544.00 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Lovell Stewart | | |
|---|---|---|---|
| Reporting Year | Inception through Present | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 5.7 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 72.9 | 0.0 | 0.0 | 80.6 | $ 33,080.00 |
| 2008 | | 38.6 | 1.8 | 3.2 | 20.6 | 0.0 | 0.0 | 23.5 | 0.0 | 101.8 | 22.0 | 0.0 | 0.0 | 211.5 | $ 102,826.00 |
| 2009 | | 19.1 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 19.4 | 0.0 | 72.0 | 252.1 | 5.1 | 0.0 | 367.9 | $ 218,852.50 |
| 2010 | | 29.3 | 0.0 | 276.3 | 500.2 | 0.0 | 0.0 | 214.9 | 0.0 | 538.5 | 51.9 | 0.0 | 0.0 | 1611.0 | $ 792,105.75 |
| 2011 | | 2.1 | 0.0 | 118.8 | 185.9 | 5.9 | 0.0 | 235.6 | 0.0 | 159.7 | 2.0 | 0.0 | 0.0 | 710.0 | $ 307,527.50 |
| 2012 | | 2.1 | 0.0 | 5.1 | 25.0 | 34.1 | 0.0 | 1809.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 1881.2 | $ 748,261.25 |
| 2013 | | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.7 | 1980.8 | 0.0 | 22.8 | 0.0 | 0.0 | 0.0 | 2012.3 | $ 795,892.75 |
| 2014 | | 0.4 | 0.0 | 1.8 | 0.0 | 0.0 | 0.0 | 462.8 | 0.0 | 9.8 | 0.0 | 0.0 | 0.0 | 474.8 | $ 195,892.75 |
| 2015 | | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | $ 544.00 |
| | | 98.1 | 1.8 | 408.3 | 731.7 | 40.0 | 7.7 | 4745.9 | 0.0 | 910.6 | 400.9 | 5.1 | 0.0 | 7350.0 | $ 3,194,982.50 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# EXHIBIT 3

**Exhibit 3**

**In Re Cathode Ray Tube (CRT) Antitrust Litigation; MDL No. 1917**

| | Expense Summary | | |
|---|---|---|---|
| | **Indirect Purchaser Plaintiffs** | | |
| **Firm Name** | **Lovell Stewart Halebian & Jacobson LLP** | | |
| **Reporting Year** | **Inception through May 31, 2015** | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TYPE OF EXPENSE** | | **TOTAL** |
| | | | |
| Assessments | | | $ 125,000.00 |
| Outside Copies | | | |
| In-house Reproduction /Copies | | | $ 917.32 |
| Court Costs & Filing Fees | | | $ 350.00 |
| Court Reporters / Transcripts | | | $ 874.88 |
| Computer Research | | | $ 13,179.66 |
| Telephone & Facsimile | | | $ 84.42 |
| Postage/Express Delivery/Courier | | | $ 1,045.89 |
| Professional Fees (investigator, accountant, etc.) | | | |
| Experts | | | |
| Witness / Service Fees | | | $ - |
| Travel: Airfare | | | $ 15,639.60 |
| Travel: Lodging/Meals | | | $ 11,622.31 |
| Travel: Other | | | $ 784.61 |
| Car Rental/Cabfare/Parking | | | $ 1,718.22 |
| Other Expenses | | | $ 1,354.68 |
| | | | |
| | | | $ 172,571.59 |