# Exhibit 7

SYLVIE K. KERN (SBN 111751)
KAG LAW GROUP
P.O. BOX 210135
San Francisco, CA 94121
Tel: 415-221-5763
sylviekern@yahoo.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 MDL No. 1917 |
| | <u>**CLASS ACTION**</u> |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF SYLVIE K. KERN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Judge:  Honorable Samuel Conti<br>Courtroom One, 17th Floor |

1    I, Sylvie K. Kern, declare as follows:

2    1.    I am an attorney licensed to practice before this Court and the courts of the State of

3    California, and a principal of the KAG Law Group.  I have personal knowledge of the facts stated

4    in this declaration and, if called as a witness, I could and would testify competently to them.  I

5    make this declaration in support of my firm's request for attorneys' fees and reimbursement of

6    litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and

7    Incentive Awards.

8    2.    My firm is counsel of record in this case and represents named plaintiffs Louise

9    Wood and Jeffrey Figone.  My resumé is attached as **Exhibit 1** and incorporated herein by

10   reference.

11   3.    Throughout the course of this litigation, my firm kept files contemporaneously

12   documenting all time spent, including tasks performed, and expenses incurred, and transmitted

13   those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm

14   were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

15   4.    During the course of this litigation, my firm has been involved in the following

16   tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead

17   Counsel.

18   a. Participated in the drafting and filing of pleadings;

19   b. Supervised a document review team responsible for the review of thousands of

20      documents produced by defendants;

21   c. Analyzed results of document review and prepared extensive memoranda on key

22      documents for class certification and later for merits purposes;

23   d. Had a leading role in the briefing of motions and oppositions to motions (individual

24      and joint motions to dismiss; motion for class certification; motion to strike expert

25      reports; motions to compel; and motions for summary judgment, in particular

26      motions based on the Foreign Trade Antitrust Improvements Act ("FTAIA"));

27   e. Argued motions and oppositions to motions to the Special Masters;

28
DECLARATION OF SYLVIE K. KERN IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

f.   Primarily responsible for litigation involving Philips defendants in a related state action brought by the California Attorney General, including briefing and arguing motions to the Superior Court of California and preparing an appellate brief;

g.   Primarily responsible for litigation involving Samsung Electronics Co., Ltd.;

h.   Worked with experts on class certification issues, motions to strike expert reports, and deposition preparation;

i.   Met and conferred with opposing counsel regarding case management, substantive legal issues, and discovery disputes;

j.   Prepared for and participated in depositions of defendants and their employees;

k.   Assisted in preparing key documents for trial, attended mock trials, and worked on motions *in limine* and proposed jury instructions;

l.   Conferred with Lead Counsel on a regular (sometimes daily) basis concerning case and legal strategy, and settlement issues;

m.   Participated in mediations and other settlement negotiations;

n.   Participated in the drafting of settlement documents;

o.   Participated in the drafting of settlement approval papers and reviewed proposed class notices and claims forms.

5.      The schedule attached as **Exhibit 2**, and incorporated herein, is a detailed summary of the amount of time spent by my firm in this litigation.  It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm.  Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary.  The hourly rates included in Exhibit 2 were, at the time the work was performed, the usual and customary hourly rates charged for their services in similar complex litigation.

6.      The total number of hours reasonably expended on this litigation by my firm from

inception to July 15, 2015 is 5,132.2 hours. The total lodestar for my firm at historical rates is $2,937,784. The total lodestar for my firm at current rates is $3,592,540. Expense items are billed separately and are not duplicated in my firm's lodestar.

7.     The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8.     My firm incurred a total of $1,669.31 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. This amount was for non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research, telephone, etc. A summary of those expenses by category is attached as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of July, 2015, in San Francisco.

DECLARATION OF SYLVIE K. KERN IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

# EXHIBIT 1

## Resumé of Sylvie K. Kern

I obtained my undergraduate degree from U.C.L.A., magna cum laude and Phi Beta Kappa.  I also hold a master's degree from the Johns Hopkins School of Advanced International Studies and a law degree from Hastings College of the Law, where I was a member of the Hastings International and Comparative Law Review.

Upon graduation from law school, I completed a two-year clerkship at the California Court of Appeal.  I then entered private practice.  For nearly 20 years I litigated complex commercial cases at Morrison & Foerster LLP, Brobeck Phleger & Harrison LLP, and Severson, Werson, Burke & Melchior.  During this time, I represented corporate clients in multi-million-dollar litigation at trial and appellate levels in actions involving a wide variety of industries, including banking and financial, insurance, personal injury, real estate, securities, telecommunications, and transportation.

For the past ten years, I have litigated plaintiffs' antitrust class actions almost exclusively, first at Glancy Binkow & Goldberg LLP and thereafter at my own law offices.  While at the Glancy firm, I participated in the prosecution of numerous MDL and state antitrust class actions on behalf of direct and indirect plaintiffs.  The firm was Co-Lead Counsel in many of these actions, and in those actions I was usually part of the core team of attorneys managing the litigation.

Representative cases:

- *In re Automotive Parts Antitrust Litigation,* MDL No. 2311 (E.D. MI).  Currently representing a California named plaintiff in over 25 class actions by indirect purchasers alleging antitrust violations in the automotive industry;

- *In re Urethanes Antitrust Litigation,* MDL No. 1616 (D. KS).  Represented direct purchasers in an action alleging price-fixing of polyester polyol products.

- *In re Western States Wholesale Natural Gas Antitrust Litigation,* MDL No. 1566 (D. NV).  Represented direct purchasers of natural gas in an action alleging Sherman Act violations affecting natural gas transactions.

- *In re Korean Air Lines Antitrust Litigation,* MDL No. 1891 (C.D. CA).  Represented direct purchasers in an action alleging a conspiracy to fix prices on passenger flights.

Publications:

- "The FTAIA—A Changing Landscape," *Competition,* The Journal of the Antitrust and Unfair Competition Law Section of the State Bar of California, Spring 2012, Vol. 21, No.1.

- "Is the FTAIA Jurisdictional? Subject Matter Jurisdiction after *Arbaugh* and *Elsevier,*" *Competition,* The Journal of the Antitrust and Unfair Competition Law Section of the State Bar of California, Fall 2010, Vol. 19, No.2.

Before entering law school, I was a Foreign Service Officer with the U.S. Agency for International Development (USAID).

# EXHIBIT 2

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | 2007 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| SYLVIE KERN/P | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | 2008 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| SYLVIE KERN/P | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | 2009 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| SYLVIE KERN/P | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | 2010 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| SYLVIE KERN/P | $ 450.00 | 1.7 | 27.9 | | 13.5 | | | 1.8 | | 18.6 | 42.9 | | | 106.4 | $ 47,880.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.7 | 27.9 | 0.0 | 13.5 | 0.0 | 0.0 | 1.8 | 0.0 | 18.6 | 42.9 | 0.0 | 0.0 | 106.4 | $ 47,880.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | 2011 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| SYLVIE KERN/P | $ 475.00 | | 2.0 | | 150.9 | | | 212.0 | | 13.3 | | | | 378.2 | $ 179,645.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 2.0 | 0.0 | 150.9 | 0.0 | 0.0 | 212.0 | 0.0 | 13.3 | 0.0 | 0.0 | 0.0 | 378.2 | $ 179,645.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | 2012 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $    - |
| SYLVIE KERN/P | $ 515.00 | 14.0 | 12.4 | 11.8 | 74.4 | 205.1 | 46.3 | 443.3 | 37.3 | 21.9 | 456.2 | 12.1 | | 1334.8 | $ 687,422.00 |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 14.0 | 12.4 | 11.8 | 74.4 | 205.1 | 46.3 | 443.3 | 37.3 | 21.9 | 456.2 | 12.1 | 0.0 | 1334.8 | $ 687,422.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | 2013 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| SYLVIE KERN/P | $ 570.00 | 97.7 | 31.2 | | 8.0 | 376.8 | 60.5 | 46.7 | 48.9 | 48.9 | 539.0 | 28.3 | 81.6 | 1367.6 | $ 779,532.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 97.7 | 31.2 | 0.0 | 8.0 | 376.8 | 60.5 | 46.7 | 48.9 | 48.9 | 539.0 | 28.3 | 81.6 | 1367.6 | $ 779,532.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | 2014 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| SYLVIE KERN/P | $ 625.00 | 47.1 | 23.5 | | 19.3 | 189.5 | 18.3 | 44.4 | 4.4 | 96.4 | 884.2 | 51.8 | 198.9 | 1577.8 | $ 986,125.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 47.1 | 23.5 | 0.0 | 19.3 | 189.5 | 18.3 | 44.4 | 4.4 | 96.4 | 884.2 | 51.8 | 198.9 | 1577.8 | $ 986,125.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | 2015 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| SYLVIE KERN/P | $ 700.00 | 2.9 | 28.6 | | | | 6.8 | | | 0.7 | 53.5 | 213.0 | 61.9 | 367.4 | $ 257,180.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.9 | 28.6 | 0.0 | 0.0 | 0.0 | 6.8 | 0.0 | 0.0 | 0.7 | 53.5 | 213.0 | 61.9 | 367.4 | $ 257,180.00 |

EXHIBIT 2

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP | | |
|---|---|---|---|
| Reporting Year | Inception through I 7-15-15 | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2008 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2009 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2010 | | 1.7 | 27.9 | 0.0 | 13.5 | 0.0 | 0.0 | 1.8 | 0.0 | 18.6 | 42.9 | 0.0 | 0.0 | 106.4 | $ 47,880.00 |
| 2011 | | 0.0 | 2.0 | 0.0 | 150.9 | 0.0 | 0.0 | 212.0 | 0.0 | 13.3 | 0.0 | 0.0 | 0.0 | 378.2 | $ 179,645.00 |
| 2012 | | 14.0 | 12.4 | 11.8 | 74.4 | 205.1 | 46.3 | 443.3 | 37.3 | 21.9 | 456.2 | 12.1 | 0.0 | 1334.8 | $ 687,422.00 |
| 2013 | | 97.7 | 31.2 | 0.0 | 8.0 | 376.8 | 60.5 | 46.7 | 48.9 | 48.9 | 539.0 | 28.3 | 81.6 | 1367.6 | $ 779,532.00 |
| 2014 | | 47.1 | 23.5 | 0.0 | 19.3 | 189.5 | 18.3 | 44.4 | 4.4 | 96.4 | 884.2 | 51.8 | 198.9 | 1577.8 | $ 986,125.00 |
| 2015 | | 2.9 | 28.6 | 0.0 | 0.0 | 0.0 | 6.8 | 0.0 | 0.0 | 0.7 | 53.5 | 213.0 | 61.9 | 367.4 | $ 257,180.00 |
| | | 163.4 | 125.6 | 11.8 | 266.1 | 771.4 | 131.9 | 748.2 | 90.6 | 199.8 | 1975.8 | 305.2 | 342.4 | 5132.2 | $ 2,937,784.00 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

EXHIBIT 3

**EXHIBIT 3**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**EXPENSE SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | KAG LAW GROUP |
|---|---|
| Reporting Year | Inception through 7-15-15 |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | | |
| Outside Copies | | |
| In-house Reproduction /Copies | $ | 661.98 |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | $ | 46.70 |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | $ | 9.59 |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | $ | 611.06 |
| Travel: Lodging/Meals | $ | 339.98 |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| | | |
| | | |
| | $ | 1,669.31 |