# Exhibit 19

1  LAWRENCE G. PAPALE
   California State Bar No. 67068
2  LAW OFFICES OF
     LAWRENCE G. PAPALE
3  The Cornerstone Building
   1308 Main Street, Suite 117
4  St. Helena, California 94574
   Telephone (707) 963-1704
5

6  *Counsel for Indirect Purchaser Plaintiffs*

7

8

9

10

11

12                UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15 | **IN RE: CATHODE RAY TUBE (CRT)** | Case No. 3:07-cv-5944
   | **ANTITRUST LITIGATION** | MDL No. 1917
16 |  |
   |  | **CLASS ACTION**
17 |  |
   |  | **DECLARATION OF LAWRENCE G. PAPALE**
18 | This Document Relates to: | **IN SUPPORT OF PLAINTIFFS'**
   |  | **APPLICATION FOR ATTORNEYS' FEES,**
19 | All Indirect Purchaser Actions | **EXPENSES AND INCENTIVE AWARDS**
20 |  | Judge:  Honorable Samuel Conti
   |  | Courtroom One, 17th Floor
21

22

23

24

25

26

27

28

I, LAWRENCE PAPALE, declare as follows:

1.      I am an attorney licensed to practice before the state courts in California and various federal courts throughout California and the country and I am the principal attorney in the law firm of the Law Offices of Lawrence G. Papale.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.      My firm is counsel of record in this case, and represents originally named plaintiff(s) Craig Stephenson, Frank Warner and Daniel Herger. A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference. I have tried or assisted in the trial of the following antitrust cases: Rickards vs. CERF (USDC NDCal), Las Vegas Sun vs. Summa Corp (USDC DNev), Broadway Delivery vs. United Parcel Service (USDC SDNY), Ringsby vs. Yellow Freight Co. (USDC NDCal), Balmoral Cinema, Inc. vs. Allied Artists Pictures Corp., et al. (USDC WDTenn).

3.      Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.      During the course of this litigation, my firm has been involved in the following brief summary of tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead Counsel.

        a.      Preliminary investigation of claim; research of issues related to litigation; liaison with clients; review and analysis of documents and pleadings filed in litigation; discussions with co-counsel regarding litigation status and strategy; analysis of the marketplace and the market participants, and other industry participants; analysis of facts supporting liability; review, assistance and taking of liability depositions;  defense of plaintiffs' depositions; management of

1

DECLARATION OF LAWRENCE G. PAPALE IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
MDL 3:07-md-1827 SI

1  plaintiffs; preparation of trial witness dossiers; preparation of summary exhibits and

2  demonstratives for trial; counsel in settlement negotiations; and claims issues.

3      5.    The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

4  of the amount of time spent by me in this litigation.  It does not include any time devoted to

5  preparing this declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar

6  calculation is based on my firm's historical billing rates in effect at the time services were

7  performed.  Exhibit 2 was prepared from contemporaneous time records regularly prepared and

8  maintained by my firm.  Those records have been provided to Lead Counsel and I authorize them

9  to be submitted for inspection by the Court if necessary.  The hourly rates for my firm included in

10  Exhibit 2 were, at the time the work was performed, the usual and customary hourly rates charged

11  for their services in similar complex litigation.

12     6.    The total number of hours reasonably expended on this litigation by my firm from

13  inception to May 31, 2015 is 1262 hours.  The total lodestar for my firm at historical rates is

14  $850,240.00.  The total lodestar for my firm at current rates is $946,500.00.  Expense items are

15  billed separately and are not duplicated in my firm's lodestar.

16     7.    The expenses my firm incurred in litigating this action are reflected in the books

17  and records of my firm. These books and records are prepared from expense vouchers, invoices,

18  receipts, check records and other source materials and accurately reflect the expenses incurred.

19  My firm's expense records are available for inspection by the Court if necessary.

20     8.    My firm incurred a total of $24,623.03 in unreimbursed expenses, all of which were

21  reasonable and necessary for the prosecution of this litigation.  Of this amount, none was for

22  assessment payments for common litigation expenses or direct payments to experts or other

23  vendors made at the request of Lead Counsel; the entire $24,623.03 was for non-common litigation

24  expenses incurred by my firm, such as travel, meals and lodging, copying, legal research,

25  telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

26

27

28

---

2

DECLARATION OF LAWRENCE G. PAPALE IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

1         I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th

2    day of August, 2015, in Saint Helena, California.

3                                                        *Lawrence Papale*

4                                                   LAWRENCE G. PAPALE

# <u>E X H I B I T   O N E</u>

EXHIBIT 1

*CURRICULUM VITAE* OF LAWRENCE G. PAPALE

Graduated from Stanford University in 1972 with a Bachelor of Arts degree and from the University of San Francisco in 1975 with a Juris Doctor degree.

First admitted to practice before the California courts and before the U.S. District Court for Northern District of California in November, 1975. I have been admitted to practice before various federal district courts throughout the country, including the Southern District of California, the Eastern District of California, the Southern District of New York and the Districts of Tennessee and Massachusetts, as well as the federal appellate courts of the Second, Fifth, Sixth and Ninth Circuits. Since 1975, I have specialized in antitrust law, unfair competition, business and corporate law and real estate. I was associated with the Alioto Law Firm from 1975 to 1985; I was a partner in the Law Offices of Cannata & Papale from 1985 to 1995; and I presently practice in my own law firm in St. Helena, California, the Law Offices of Lawrence G. Papale. I have participated as counsel in numerous antitrust and unfair competition cases.

I have tried the following antitrust cases: Rickards vs. CERF (USDC NDCal), Las Vegas Sun vs. Summa Corp (USDC DNev), Broadway Delivery vs. United Parcel Service (USDC SDNY), Ringsby vs. Yellow Freight Co. (USDC NDCal), Balmoral Cinema, Inc. vs. Allied Artists Pictures Corp., et al. (USDC WDTenn).

I have participated in numerous antitrust and unfair competition class actions, including the following:

California Potash Litigation
California Sodium Erythorbate Litigation
California Maltol Litigation
California Food Additives Litigation
Federal Asparthame Litigation
Federal OSB Litigation
California Labels Antitrust Litigation
Auto Antitrust Cases
Airline Antitrust Cases
California Linens Litigation
California Pitney Bowes Litigation

1

California Popcorn Litigation
Household Lending Litigation
California Flat Glass Litigation
California Laminates Litigation
Bathroom Fittings Litigation
California Neoprene Litigation
Peralta vs. Wells Fargo California Litigation
Copper Tubing Antitrust Litigation
CRT Antitrust Litigation
LCD Antitrust Litigation
Chocolate Antitrust Litigation
Filters Antitrust Litigation
Korean Air Antitrust Litigation
Graphics Antitrust Litigation
SRAM Antitrust Litigation
Packaged Ice Antitrust Litigation
Optical Disk Drive Antitrust Litigation
Lipitor Antitrust Litigation
VISA Bankcard Litigation

# E X H I B I T   T W O

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | 2007 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAWRENCE PAPALE | $ 500.00 | 4.5 | | 2.0 | | | | | | | | | | 6.5 | $ 3,225.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 4.5 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.5 | $ 3,225.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | 2008 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Papale | $ 500.00 | 14.3 | | 8.5 | 9.6 | | 12.6 | | | 4.0 | | | | 49.0 | $ 24,500.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 14.3 | 0.0 | 8.5 | 9.6 | 0.0 | 12.6 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 49.0 | $ 24,500.00 |

## IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

### TIME AND LODESTAR SUMMARY

### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | 2009 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Papale | $ 650.00 | 12.6 | 9.8 | 6.1 | | | | 13.4 | | 9.5 | 9.0 | | | 60.4 | $ 39,260.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 12.6 | 9.8 | 6.1 | 0.0 | 0.0 | 0.0 | 13.4 | 0.0 | 9.5 | 9.0 | 0.0 | 0.0 | 60.4 | $ 39,260.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | 2010 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Papale | $ 650.00 | | | 5.9 | 37.1 | | | | | 6.1 | | | | 49.1 | $ 31,915.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 5.9 | 37.1 | 0.0 | 0.0 | 0.0 | 0.0 | 6.1 | 0.0 | 0.0 | 0.0 | 49.1 | $ 31,915.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Papale | $ 650.00 | 4.7 | | 5.5 | 43.0 | | | 6.5 | | | | | | 59.7 | $ 38,805.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 4.7 | 0.0 | 5.5 | 43.0 | 0.0 | 0.0 | 6.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 59.7 | $ 38,805.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Papale | $ 650.00 | 15.3 | | 18.5 | 0.0 | 200.0 | 193.2 | 55.0 | | 7.9 | | | | 489.9 | $ 318,435.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 15.3 | 0.0 | 18.5 | 0.0 | 200.0 | 193.2 | 55.0 | 0.0 | 7.9 | 0.0 | 0.0 | 0.0 | 489.9 | $ 318,435.00 |

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Papale | $ 700.00 | 23.0 | | 4.5 | 15.0 | 100.0 | 149.0 | 26.5 | | 11.0 | | | | 329.0 | $ 230,300.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 23.0 | 0.0 | 4.5 | 15.0 | 100.0 | 149.0 | 26.5 | 0.0 | 11.0 | 0.0 | 0.0 | 0.0 | 329.0 | $ 230,300.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Papale | $ 750.00 | 12.2 | | | | 26.4 | | 11.8 | 17.6 | | | | 90.0 | 158.0 | $ 118,500.00 |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 12.2 | 0.0 | 0.0 | 0.0 | 26.4 | 0.0 | 11.8 | 17.6 | 0.0 | 0.0 | 0.0 | 90.0 | 158.0 | $ 118,500.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Papale | $ 750.00 | 7.3 | | 2.7 | | | | | | | | | 50.4 | 60.4 | $ 45,300.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 7.3 | 0.0 | 2.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 50.4 | 60.4 | $ 45,300.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

| Firm Name | Law Offices of Lawrence G. Papale | TIME AND LODESTAR SUMMARY |
|---|---|---|
| Reporting Year | Inception through Present | INDIRECT PURCHASER PLAINTIFFS |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | P | 4.5 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.5 | $ 3,225.00 |
| 2008 | P | 14.3 | 0.0 | 8.5 | 9.6 | 0.0 | 12.6 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 49.0 | $ 24,500.00 |
| 2009 | P | 12.6 | 9.8 | 6.1 | 0.0 | 0.0 | 0.0 | 13.4 | 0.0 | 9.5 | 9.0 | 0.0 | 0.0 | 60.4 | $ 39,260.00 |
| 2010 | P | 0.0 | 0.0 | 5.9 | 37.1 | 0.0 | 0.0 | 0.0 | 0.0 | 6.1 | 0.0 | 0.0 | 0.0 | 49.1 | $ 31,915.00 |
| 2011 | P | 4.7 | 0.0 | 5.5 | 43.0 | 0.0 | 0.0 | 6.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 59.7 | $ 38,805.00 |
| 2012 | P | 15.3 | 0.0 | 18.5 | 0.0 | 200.0 | 193.2 | 55.0 | 0.0 | 7.9 | 0.0 | 0.0 | 0.0 | 489.9 | $ 318,435.00 |
| 2013 | P | 23.0 | 0.0 | 4.5 | 15.0 | 100.0 | 149.0 | 26.5 | 0.0 | 11.0 | 0.0 | 0.0 | 0.0 | 329.0 | $ 230,300.00 |
| 2014 | P | 12.2 | 0.0 | 0.0 | 0.0 | 26.4 | 0.0 | 11.8 | 17.6 | 0.0 | 0.0 | 0.0 | 90.0 | 158.0 | $ 118,500.00 |
| 2015 | P | 7.3 | 0.0 | 2.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 50.4 | 60.4 | $ 45,300.00 |
| | | 93.9 | 9.8 | 53.7 | 104.7 | 326.4 | 354.8 | 113.2 | 17.6 | 38.5 | 9.0 | 0.0 | 140.4 | 1262.0 | $ 850,240.00 |

STATUS:
- (P)    Partner
- (OC)   Of Counsel
- (A)    Associate
- (LC)   Law Clerk
- (PL)   Paralegal
- (I)    Investigator

CATEGORIES:
1  Attorney Meeting/Strategy
2  Court Appearance
3  Client Meeting
4  Draft Discovery Requests or Responses
5  Deposition Preparation
6  Attend Deposition - Conduct/Defend
7  Document Review
8  Experts - Work or Consult
9  Research
10  Motions/Pleadings
11  Settlement
12  Trial

**<u>E X H I B I T   THREE</u>**

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

EXPENSE SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | LAW OFFICES OF LAWRENCE G. PAPALE |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | | |
| Outside Copies | | |
| In-house Reproduction /Copies | | $ 274.00 |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | $ 483.00 |
| Computer Research | | $ 107.54 |
| Telephone & Facsimile | | $ 137.00 |
| Postage/Express Delivery/Courier | | |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | $ 11,646.00 |
| Travel: Lodging/Meals | | $ 11,877.49 |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | $ 98.00 |
| Other Expenses | | |
| | | |
| | | $ 24,623.03 |