Exhibit 20

1   DIANE E. PRITCHARD (State Bar No. 96999)
    VOGL MEREDITH BURKE LLP
2   456 Montgomery Street, 20th Floor
    San Francisco, California 94104
3   Telephone: (415) 398-0200
    Facsimile: (415) 398-2820
4   dpritchard@vmbllp.com

5   *Counsel for Indirect Purchaser Plaintiffs*

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11   **IN RE: CATHODE RAY TUBE (CRT)**      Case No. 3:07-cv-5944
     **ANTITRUST LITIGATION**               MDL No. 1917
12
                                            **CLASS ACTION**
13
                                            **DECLARATION OF DIANE E. PRITCHARD**
14   This Document Relates to:             **IN SUPPORT OF PLAINTIFFS'**
                                            **APPLICATION FOR ATTORNEYS' FEES,**
15   All Indirect Purchaser Actions        **EXPENSES AND INCENTIVE AWARDS**

16                                          Judge:  Honorable Samuel Conti
                                            Courtroom One, 17th Floor
17

18

19

20

21

22

23

24

25

26

27

28

1        I, Diane E. Pritchard, declare as follows:

2        1.      I am an attorney licensed to practice before the courts of the State of California, am

3    admitted to the bar of this Court, and am a partner in the law firm Vogl Meredith Burke LLP.  I

4    have personal knowledge of the facts stated in this declaration and, if called as a witness, I could

5    and would testify competently to them.  I make this declaration in support of my firm's request for

6    attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for

7    Attorneys' Fees, Expenses and Incentive Awards.

8        2.      I and my firm have worked on this case on behalf of the Indirect Purchaser

9    Plaintiffs ("IPPs") under the direction of and at the request of Mario Alioto, of Trump, Alioto,

10   Trump & Prescott, LLP, Lead Counsel for the IPPs.  My professional profile is attached as Exhibit

11   1 and incorporated herein by reference.

12       3.      Throughout the course of this litigation, my firm kept files contemporaneously

13   documenting all time spent, including tasks performed, and expenses incurred, and transmitted

14   those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm

15   were incurred for the benefit of the IPPs.

16       4.      During the course of this litigation, I have been involved in the following tasks and

17   activities on behalf of the IPPs, all of which work was assigned and/or approved by Lead Counsel.

18   I was the primary attorney for the IPPs assigned to take the merits depositions of two defendant

19   groups, the Philips defendants and the LG defendants (and LPD).  In that role, I took or

20   participated in the taking of at least 14 depositions of current or former Philips, LG, and LPD

21   employees.  The majority of the depositions were taken in Washington, D.C.  Others of these

22   depositions were conducted in San Diego, Cabo San Lucas, Mexico, and Newcastle, England.  I

23   also prepared to take the deposition of a witness, in the Netherlands, whose deposition had not

24   been able to be obtained as of the time of the IPPs' settlements.  I participated in the preparation

25   for the deposition of a Samsung SDI witness (which was taken in Korea).  I conducted interviews

26   of LG witnesses, pursuant to the terms of the cooperation provision of the IPPs' settlement with

27   LG.  I propounded written discovery requests to Philips and participated in meet and confer efforts

28

1  regarding Philips' responses.  I participated in drafting the opposition to Philips defendants'

2  summary judgment motions.  I participated in the briefing regarding the California Attorney

3  General's settlement of parens patriae claims against the Philips defendants in a state court

4  proceeding and its impact on the certified IPP class in this action.  I analyzed the Philips, LG, and

5  LPD witnesses' testimony, and related exhibits, for use at trial.  I prepared designations of Philips

6  and LG witnesses' depositions for use at trial, analyzed Philips' and LG's designations and

7  objections to designations, and prepared counterdesignations in response, as well as serving as a

8  resource for other team members' questions regarding designations of testimony and exhibits.  I

9  participated in drafting oppositions to defendants' motions in limine.

10      5.      The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

11  of the amount of time spent by my firm's partners, attorneys and professional support staff who

12  were involved in this litigation.  It does not include any time devoted to preparing this declaration

13  or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's

14  historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from

15  contemporaneous time records regularly prepared and maintained by my firm.  Those records have

16  been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if

17  necessary.  The hourly rates for my firm's partners, attorneys and professional support staff

18  included in Exhibit 2 were at the time the work was performed the usual and customary hourly

19  rates charged for their services in similar complex litigation.

20      6.      The total number of hours reasonably expended on this litigation by my firm from

21  inception to May 31, 2015 is 1470.4 hours.  The total lodestar for my firm at historical rates is

22  $769,320.  The total lodestar for my firm at current rates is $769,320.  Expense items are billed

23  separately and are not duplicated in my firm's lodestar.

24      7.      The expenses my firm incurred in litigating this action are reflected in the books

25  and records of my firm.  These books and records are prepared from expense vouchers, invoices,

26  receipts, check records and other source materials and accurately reflect the expenses incurred.

27  My firm's expense records are available for inspection by the Court if necessary.

28

1         8.    My firm incurred a total of $14,218.73 in unreimbursed expenses, all of which were

2    reasonable and necessary for the prosecution of this litigation.  This was for non-common

3    litigation expenses incurred by my firm, such as travel, meals and lodging, and copying.  A

4    summary of those expenses by category is attached as Exhibit 3.

5

6        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th

7    day of July, 2015, in San Francisco, California.

8                                                  Diane E. Pritchard

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**EXHIBIT 1**

# DIANE PRITCHARD

---

Ms. Pritchard is a partner at Vogl Meredith Burke LLP, a litigation firm in San Francisco. She has a broad federal and state litigation practice with a focus on complex business disputes, antitrust, and class actions. Ms. Pritchard has substantial trial experience and has handled numerous appeals in the California Court of Appeal, the Ninth Circuit Court of Appeals, and the U.S. Supreme Court. A representative selection of matters Ms. Pritchard has handled includes:

- Lead counsel for major energy company in antitrust litigation and nationwide class actions involving the natural gas and electricity industries, including alleged price-fixing in the natural gas market, in multidistrict litigation and in state and federal courts in California, Arizona, Nevada, Oregon, Washington, Colorado, Missouri, Wisconsin, Tennessee, and Kansas, including obtaining summary judgment.
- Successfully defended paper manufacturer in nationwide class actions in multidistrict proceedings and various state courts involving alleged price-fixing cartel in the market for publication paper.
- Represented insurance company in class action litigation alleging fraud in the marketing of variable rate premium insurance policies.
- Represented large bookselling chain in litigation brought by national association of independent booksellers involving federal and state antitrust and unfair competition claims.
- Represented major energy company in multiple class action suits, and actions by the Attorneys General of Nevada, Oregon, and Washington, various municipalities and counties, the Governor of California, and investor owned utilities regarding allegations of withholding capacity on major interstate natural gas pipeline into California.
- Successfully represented major electronics manufacturers in antitrust litigation regarding standards setting.
- Successfully represented largest worldwide manufacturer of produce labeling systems in patent and antitrust litigation.
- Antitrust counseling and advice for major professional association.
- Lead counsel for major energy company in action by City of Tacoma, Washington, and California class actions alleging price fixing and antitrust conspiracy to manipulate Western electricity markets.
- Successfully defended major accounting firm at the trial and appellate court levels in a series of securities class actions.
- Represented major medical device manufacturer in antitrust claims arising in patent litigation.
- Represented major securities firm in a series of cases involving broker misconduct.
- Represented developer in land use, regulatory, and environmental challenges to a major commercial and residential real estate development.
- Successfully defended a major public university at the trial and appellate court levels in class action involving its pension plan and early retirement benefits.
- Represented insurer in the trial court and on appeal in numerous environmental coverage actions.

Ms. Pritchard received her law degree, cum laude, from New York University School of Law in 1980, where she was Order of the Coif and Editor-in-Chief of the New York University Law Review.  Upon graduation, she served as a law clerk to the Honorable James L. Oakes of the United States Court of Appeals for the Second Circuit.  She has been named a Super Lawyer in Antitrust and is AV-rated by Martindale-Hubbell.

Ms. Pritchard has previously been a Partner and Of Counsel at Morrison & Foerster LLP (1998-2009), Special Counsel at O'Melveny & Myers LLP (1994-1998), and a Partner at Pritchard, Fields & Jaffe (1987-1994).

**EXHIBIT 2**

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Vogl Meredith Burke LLP | | |
|---|---|---|---|
| Reporting Year | 2013 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diane E. Pritchard (P) | $ 525.00 | | 1.8 | | | 313.4 | 144.1 | | | | 41.8 | | | 501.1 | $ 263,077.50 |
| Morgan Bennett (PL) | $ 125.00 | | | | | 1.5 | | | | | | | | 1.5 | $ 187.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 1.8 | 0.0 | 0.0 | 314.9 | 144.1 | 0.0 | 0.0 | 0.0 | 41.8 | 0.0 | 0.0 | 502.6 | $ 263,265.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Vogl Meredith Burke LLP | | |
|---|---|---|---|
| Reporting Year | 2014 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diane E. Pritchard (P) | $ 525.00 | | | | 9.6 | 317.8 | 262.0 | | 1.4 | | 137.4 | | 12.3 | 740.5 | $ 388,762.50 |
| Morgan Bennet (PL) | $ 125.00 | | | | | 5.1 | | | | | | | | 5.1 | $ 637.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 9.6 | 322.9 | 262.0 | 0.0 | 1.4 | 0.0 | 137.4 | 0.0 | 12.3 | 745.6 | $ 389,400.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Vogl Meredith Burke LLP | | |
|---|---|---|---|
| Reporting Year | 2015 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diane E. Pritchard (P) | $ 525.00 | | | | | | | | | | 26.7 | | 195.5 | 222.2 | $ 116,655.00 |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 26.7 | 0.0 | 195.5 | 222.2 | $ 116,655.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Vogl Meredith Burke LLP | | |
|---|---|---|---|
| Reporting Year | Inception through Present | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $      - |
| 2008 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $      - |
| 2009 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $      - |
| 2010 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $      - |
| 2011 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $      - |
| 2012 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $      - |
| 2013 | | 0.0 | 1.8 | 0.0 | 0.0 | 314.9 | 144.1 | 0.0 | 0.0 | 0.0 | 41.8 | 0.0 | 0.0 | 502.6 | $   263,265.00 |
| 2014 | | 0.0 | 0.0 | 0.0 | 9.6 | 322.9 | 262.0 | 0.0 | 1.4 | 0.0 | 137.4 | 0.0 | 12.3 | 745.6 | $   389,400.00 |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 26.7 | 0.0 | 195.5 | 222.2 | $   116,655.00 |
| | | 0.0 | 1.8 | 0.0 | 9.6 | 637.8 | 406.1 | 0.0 | 1.4 | 0.0 | 205.9 | 0.0 | 207.8 | 1470.4 | $   769,320.00 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:

1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

**EXHIBIT 3**

**EXHIBIT 3**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**EXPENSE SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Vogl Meredith Burke LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL | |
|---|---|---|---|
| Assessments | | | |
| Outside Copies | | | |
| In-house Reproduction /Copies | | $ | 11.50 |
| Court Costs & Filing Fees | | $ | 44.00 |
| Court Reporters 7 Transcripts | | | |
| Computer Research | | | |
| Telephone & Facsimile | | | |
| Postage/Express Delivery/Courier | | $ | 420.71 |
| Professional Fees (investigator, accountant, etc.) | | | |
| Experts | | | |
| Witness / Service Fees | | | |
| Travel: Airfare | | $ | 5,718.69 |
| Travel: Lodging/Meals | | $ | 6,851.92 |
| Travel: Other | | $ | 9.95 |
| Car Rental/Cabfare/Parking | | $ | 1,161.96 |
| Other Expenses | | | |
| | | $ | 14,218.73 |