# Exhibit 22

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
550 West C Street, Suite 1500
San Diego, CA  92101
Telephone:     (619) 338-1133
Facsimile:      (619) 338-1139

*Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DENNIS STEWART IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Judge:  Honorable Samuel Conti<br>Courtroom One, 17th Floor |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | |

I, Dennis Stewart, declare as follows:

1. I am an attorney licensed to practice before the courts of California, and a partner in the law firm Hulett Harper Stewart LLP. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2. My firm is counsel of record in this case, and represents Plaintiff Jeffrey Figone and the Indirect Purchaser Class. A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference.

3. Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel. All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4. During the course of this litigation, my firm has been involved in tasks and activities on behalf of the IPPs. We primarily assisted in all activities pertaining to preparation for trial in the matter. This included reviewing discovery and pre-trial materials sufficiently to thoroughly familiarize ourselves with the issues and proof in the case, as well as engaging in various pre-trial tasks including working on pre-trial motions, identification and designation of trial witnesses, exhibits and deposition testimony, preparing objections to Defense designations, consulting and coordinating with Lead Counsel and other Trial Counsel, and working on a variety of substantive and procedural pre-trial tasks and exercises. All of this work was assigned and/or approved by Lead Counsel.

5. The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary of the amount of time spent by my firm's partners, attorneys and professional support staff who were involved in this litigation. It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on my firm's

historical billing rates in effect at the time services were performed. Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm. Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary. The hourly rates for my firm's partners, attorneys and professional support staff included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for their services in similar complex litigation.

6. The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 1142.05 hours. The total lodestar for my firm at historical and current rates is $635,171.75. Expense items are billed separately and are not duplicated in my firm's lodestar.

7. The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8. My firm incurred a total of $12,566.35 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. Of this amount, $12,566.35 was for non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research, telephone, etc. A summary of those expenses by category is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August, 2015, in San Diego, California.

_____
DENNIS STEWART

# Exhibit 1



550 West C Street, Suite 1500
San Diego, CA 92101
Tel: (619) 338-1133
Fax: (619) 338-1139
www.hulettharperstewart.com

## FIRM RESUME

Hulett Harper Stewart LLP was established in July 2000 to provide quality representation to individual and corporate clients in the areas of complex business, securities, antitrust, consumer, and class litigation and arbitration. Our three partners bring to the firm more than 80 years of experience as counsel in numerous large, high-visibility cases.

The partners at Hulett Harper Stewart LLP have considerable experience acting as lead trial and principal counsel in numerous antitrust, securities and consumer class and individual actions. Hulett Harper Stewart has obtained a number of multi-million dollar verdicts and settlements for its individual and class clients, including a $127.5 million settlement with Edward Jones & Co. involving an alleged unlawful "revenue sharing" program; a $60 million settlement of a class action against A.G. Edwards for breach of fiduciary duty claims; a $336 million settlement with Visa, MasterCard and major credit card issuing banks relating to foreign currency conversion practices; a $30 million settlement in *Stenovich v. Eccles*, a breach of fiduciary duty class action challenging the fairness of a bank acquisition; an $11 million settlement after trial commenced in an action by a bankruptcy trustee against a debtor's former outside auditors; a full recovery for an elderly individual who lost over $40 million as part of what was then Wall Street's largest single-broker fraud in history; and a $22.5 million settlement for individual clients from WorldCom and the officers and directors of a WorldCom controlled company. The firm also played substantial roles in the successful prosecution of securities fraud class actions against Broadcom, Inc., which was settled for $150 million on the eve of trial, and against Quest Software, which was settled for $29.4 million.

The key strengths of our firm include:

**Attorney Experience** – Our partners have decades of collective practice in significant complex litigation, arbitration, and class action representation**,** and have been recognized for diligence, energy, skill, and imagination.

**Case Success** – As lead or co-lead counsel, we have both litigated cases to verdict and secured or participated in securing hundred of millions of dollars in class action and other settlements in both the courts and in arbitration.

**Client Focus** – Actions we have brought have benefited businesses, classes of consumers, investors, and employees – and addressed financial fraud and anticompetitive market practices.

**Practice Depth** – Our litigation practice combines a solid understanding of antitrust law, consumer and investor protection, and corporate governance.

Our mission is to provide high quality legal services and personal attention to our clients in a select number of cases. We place our clients' interests first and employ legal strategies designed to achieve for them the most favorable outcome possible.

Here is a sample of some of the results we have achieved, and significant cases in which we are currently involved:

*Currency Conversion Cases*

In *Schwartz v. Visa*, Dennis Stewart was principal trial counsel in a California consumer action seeking to recover inadequately disclosed currency conversion fees charged by Visa and MasterCard. After a six-month trial, judgments worth hundreds of millions of dollars were entered. Hulett Harper Stewart was also one of the principal counsel for certified classes prosecuting a separate federal court case in New York.

A $336 million dollar settlement was reached. A similar nationwide consumer class action against American Express also litigated by Hulett Harper Stewart was successfully resolved, resulting in a settlement of $75 million.

*Enriquez v. Edward D. Jones & Co.*
**(St. Louis City Circuit Court, Missouri):**

Hulett Harper Stewart was co-lead class counsel against Edward Jones & Co., one of the largest brokerage firms in the United States in a case which sought the recovery of funds Edward Jones received from mutual funds in exchange for Edward Jones agreeing to recommend those funds as its "preferred funds." A settlement of $127 million was achieved.

*In re Broadcom Corp. Securities Litigation*
**(C.D. Cal.):**

Hulett Harper Stewart played a significant role in the prosecution of this large federal securities class action, which settled within weeks of trial for $150 million.

*Bachman v. A.G. Edwards, Inc.*
**(St. Louis Circuit Court, Missouri)**

Hulett Harper Stewart was co-lead counsel on behalf of a class of persons who maintained brokerage accounts at A.G. Edwards in a case which claimed that the Defendant breached its fiduciary duties by receiving payments from mutual fund companies whose fund shares were held by the Class. A proposed settlement of $60 million was reached and is awaiting Court approval.

*In re Conseco Life Insurance Company Cost of Insurance Litigation*
**(C.D. Cal.):**

Hulett Harper Stewart represented lead-plaintiff and former U.S. Senator Jake Garn and other life insurance policy holders, and was on the executive committee prosecuting this nationwide consumer class action. A settlement valued at more than $300 million was obtained.

*Stenovich v. Eccles*
**(3d Dist. Utah):**

The firm represented a class of shareholders in asserting breach of fiduciary duty claims in connection with a proposed merger, which were settled within days of trial for nearly $30 million.

*Guy F. Atkinson, Inc. v. PricewaterhouseCoopers LLP*
**(N.D. Cal.):**

The firm was co-lead trial counsel on behalf of one of the then largest construction companies in America. The case was successfully settled for $11 million after trial commenced.

*Abbott, et al. v. John D. ("Jack") Phillips, et al.*
**(San Francisco Superior Court):**

The firm represented several individuals in a securities fraud action against World Access and Worldcom. A settlement of $22.5 million was achieved.

*Middlesex Retirement System v. Quest Software, Inc.*
**(C.D. Cal.):**

Hulett Harper Stewart was liaison counsel in this securities class action alleging improper backdating of stock option grants. The case was settled for $29.4 million.

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
**(E.D.N.Y.)**

Hulett Harper Stewart was one of the principal counsel which worked closely with co-lead counsel prosecuting litigation on behalf of a nationwide class of merchants alleging antitrust violations against Visa, MasterCard, and affiliated banks involving interchange fee and related practices. A settlement fund totaling $7.2 billion and ground-breaking injunctive relief was approved at the District Court level and is currently on appeal.

*Shames v. Hertz Corp., et al.*
**(S.D. Cal.):**

Hulett Harper Stewart served as principal counsel in this antitrust class action concerning rental car fees. An approved settlement was reached and fully approved and executed. In the course of the District Court's opinion approving the settlement the Court, referring to Hulett Harper Stewart and their co-counsel, stated that "the quality of representation was exceptional. Class counsel fought hard for the class…."

*In re Cathode Ray Tube (CRT) Antitrust Litigation*
**(N.D. Cal.)**

Hulett Harper Stewart worked closely with lead and trial counsel in the final stages of this antitrust class action which resulted in proposed settlements totaling over $550 million which are pending approval.

3

**Partners**

**BLAKE MUIR HARPER** graduated from the University of Utah College of Law in 1981, where he served as Executive Editor of the Utah Law Review and received an award in a national legal writing competition. He then served as law clerk to the Honorable David K. Winder, U.S. District Judge for the District of Utah. Mr. Harper has directed as lead class counsel prosecution of numerous securities and consumer actions throughout the United States, including *Stenovich v. Eccles* (3d Dist. Ct. Utah) (settled for $30 million); *In re L.A. Gear Sec. Litig*. (C.D. Cal.) (settled for more than $50 million); *In re Genentech Sec. Litig.* (N.D. Cal.) (settled for $29 million); *In re Bonneville Pacific Securities Litigation* (D. Utah) (settled for $25 million); *In re Network Equipment Technologies Sec. Litig.* (N.D. Cal.) (settled for cash and securities valued in excess of $23 million); *Cytryn v. Cook* , (N.D. Cal.) (settled for $19.5 million). He has also obtained a $2 million settlement in an individual investor arbitration. Mr. Harper was one of the trial counsel in *In re Apple Computer Sec. Litig*., No. C-84-20198(A)-JW (N.D. Cal.), where in 1991 a jury verdict was obtained against two corporate officers in a case where damages exceeded $100 million. He played a significant role in prosecuting *In re Broadcom Securities Litigation,* No. SACV 01-275 (GLT) (MLGx) (C.D. Cal.) (settled for $150 million) and *Middlesex Retirement System v. Quest Software* (C.D. Cal.) (settled for $29.4 million). He has taught at PLI and Lorman seminars on topics of accountant liability and civil procedure.

**KIRK B. HULETT** graduated from the University of California San Diego in 1978. Mr. Hulett graduated *cum laude* from the University of San Diego School of Law in 1983, where he was Managing Editor of the University of San Diego Law Reporter. Since 1984, Mr. Hulett has specialized in the representation of plaintiffs in securities and consumer class actions, participating as lead or co-lead counsel in dozens of class actions throughout the country, including *Lincoln Savings* (D. Az.); *Media Vision* (N.D. Cal.); *Home Fed* (S.D. Cal.); and *Gensia Pharmaceuticals* (S.D. Cal.). After a nearly six-month trial in the *Lincoln Savings* case, the jury returned a verdict exceeding $250 million. Mr. Hulett was co-lead trial counsel in a multimillion dollar auditor liability action against *PriceWaterhouseCoopers, LLP* and was lead counsel on behalf of a class against Edward Jones & Company, which recently settled for $127.5 million. He testified before the California Assembly Business and Professions Committee on the topic of potential regulatory and auditor liability reforms following the Enron financial collapse.

**DENNIS STEWART** received his Bachelor of Arts from the College of the Holy Cross in 1976 and his Juris Doctor with distinction from Hofstra University in 1981, where he was a member of the Law Review. Between 1981 and 1985 he worked for a major San Diego law firm and engaged in general commercial litigation practice. Between 1985 and 1988, Mr. Stewart served as a trial attorney with the Antitrust Division of the United States Department of Justice. While at the Antitrust Division, Mr. Stewart participated in investigations and trials involving alleged criminal violations of the antitrust and related laws and was lead counsel in the successful prosecution through trial of *United States v. Saft America, Inc.,* No. CD88-99(DRD) (D.N.J.). Mr. Stewart has served as lead counsel, principal counsel and/or trial counsel in numerous antitrust, consumer, and securities cases. He was lead trial counsel in *Knapp v. Ernst & Whinney,* 90 F.3d 1431 (9th Cir. 1996), in which a plaintiffs' verdict was returned in a Rule 10b-5 securities fraud class action, and *Hall v. NCAA,* No. 94-2392-KHV (D. Kan.), in which a plaintiffs' verdict of $30 million was returned in an antitrust class action. He also served as co-lead trial counsel in *In re Airline Ticket Commission Antitrust Litigation*, MDL 1058, an antitrust class action which settled for $85 million, *In re Contact Lens Antitrust Litigation*, which settled for $90 million, and in *In re Lifescan Consumer Litigation*, a consumer class action which settled for $45 million. He has served as co-lead counsel in the *Carbon Fiber Antitrust Litigation* which resulted in a pre-trial settlement of

$67.5 million, and in the *In re Currency Conversion Litigation*, and trial counsel in *Schwartz v. Visa*. He also played a significant role in prosecuting *In re Broadcom Securities Litigation,* No. SACV 01-275 (GLT) (MLGx ) (C.D. Cal.), settled for $150 million.  He is a member of the California and New York bars and continues to specialize in antitrust, consumer, and other complex litigation.  He has served on the Executive Committee of the State Bar of California Antitrust and Unfair Competition Section and of the Association of Business Trial Lawyers, and has lectured on antitrust and class action topics for the Practicing Law Institute, The American Bar Association Antitrust Section, and the California State Bar Antitrust and Trade Regulation Section.

* * * *

**KAREN THOMAS STEFANO (of Counsel)** is a JD/MBA with more than twenty years of litigation experience.  She has litigated complex commercial cases in state and federal courts throughout the United States, emphasizing securities class actions, consumer class actions, and intellectual property disputes, and has tried more than twenty-five cases as sole lead trial counsel.  She served as a Judicial Extern to the Honorable J. Lawrence Irving, United States District Court, Southern District of California.  Prior to attending law school, Ms. Stefano served as a Legislative Aide to Congressman Robert T. Matsui in Washington, D.C.

Ms. Stefano received her B.A. from the University of California, Berkeley in 1985, a J.D. from the University of California, Davis in 1990, and an M.B.A. with an emphasis in corporate finance from the University of San Diego in 2004.  She is also a licensed real estate broker.  Ms. Stefano has made substantial contributions to the San Diego legal community, serving as a Commissioner on the City of San Diego Ethics Commission from 2003 to 2007, serving on the Board of Directors of the San Diego Volunteer Lawyer Program from 2003 to 2007, and serving on the Board of Directors for the San Diego County Bar Association from 1996-1999.  She also served on the State Bar of California's Committee on Professional Responsibility and Conduct.  In 2005 she received the San Diego Volunteer Lawyer Program's Annual Award for Pro Bono Service, and in 1995 received the Annual Award for Outstanding Service to the San Diego County Bar Association.

**JULIE KEARNS** has been litigating complex class action cases in federal court since 2006.  Her practice has focused on prosecuting claims of securities fraud and, more recently, antitrust violations.  Ms. Kearns is also experienced in pursuing claims governed by California law.

A native Southern Californian, Ms. Kearns attended the University of California, Santa Barbara, earning her B.A. with a double major in Political Science and Law and Society in 2003.  She earned her J.D. *cum laude* from Thomas Jefferson School of Law in San Diego in 2006.

During law school, Ms. Kearns served as Judicial Intern for the Honorable Judge William S. Cannon during a time in which he handled the entire civil trial calendar for the San Diego Superior Court, South County Division.  She also completed multiple internships in the field of public criminal defense on both a state and federal level.

In 2015, Ms. Kearns was awarded the distinction of Best of the Bar by the San Diego Business Journal and named a Rising Star by Super Lawyers.  Among other organizations, she has for several years been a member of the American Inns of Court, Louis M. Welch Inn.

# Exhibit 2

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL No. 1917**
**Time and Lodestar Summary**

| Firm Name | Hulett Harper Stewart LLP | | |
|---|---|---|---|
| Reporting Period | January 1, 2014 Through December 31, 2014 | | (2014 HISTORICAL RATES) |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blake M. Harper (P) | $ 675.00 | - | - | - | - | - | - | - | - | - | - | - | - | 0.00 | $ - |
| Dennis Stewart (P) | $ 675.00 | - | - | - | - | 8.20 | - | - | - | - | 0.50 | - | 182.00 | 190.70 | $128,722.50 |
| Kirk B. Hulett (P) | $ 675.00 | - | - | - | - | - | - | - | - | - | - | - | - | 0.00 | $ - |
| Karen T. Stefano (OC) | $ 525.00 | - | - | - | - | - | - | - | - | - | - | - | - | 0.00 | $ - |
| Julie A. Kearns (A) | $ 475.00 | - | - | - | - | 27.00 | - | - | - | 28.75 | 0.25 | - | 155.75 | 211.75 | $100,581.25 |
| Bridget Gramme (A) | $ 475.00 | - | - | - | - | - | - | - | - | 41.05 | - | - | - | 41.05 | $ 19,498.75 |
| Katie Gonzalez (PL) | $ 240.00 | - | - | - | - | 6.65 | - | - | - | - | 3.05 | - | 20.55 | 30.25 | $ 7,260.00 |
| | | | | | | | | | | | | | | | |
| TOTAL | | 0.00 | 0.00 | 0.00 | 0.00 | 41.85 | 0.00 | 0.00 | 0.00 | 69.80 | 3.80 | 0.00 | 358.30 | 473.75 | $256,062.50 |

Status: (P) Partner
(OC) Of Counsel
(A) Associate
(LC) Law Clerk
(PL) Paralegal
(I) Investigator

Categories:
1. Attorney Meetings/Strategy
2. Court Appearance
3. Client Meeting
4. Draft Discovery Requests or Responses
5. Deposition Preparation
6. Attend Deposition - Conduct/Defend
7. Document Review
8. Experts – Work or Consult
9. Research
10. Motions/Pleadings
11. Settlement
12. Trial

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL No. 1917**
**Time and Lodestar Summary**

| Firm Name | Hulett Harper Stewart LLP | |
|---|---|---|
| Reporting Period | January 1, 2015 Through May 31, 2015 | (2015 HISTORICAL RATES) |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blake M. Harper (P) | $675.00 | - | - | - | - | - | - | - | - | - | - | - | 27.00 | 27.00 | $18,225.00 |
| Dennis Stewart (P) | $675.00 | - | - | - | - | - | - | - | - | - | 31.70 | - | 275.50 | 307.20 | $207,360.00 |
| Kirk B. Hulett (P) | $675.00 | - | - | - | - | - | - | - | - | - | 4.00 | - | 16.50 | 20.50 | $13,837.50 |
| Karen T. Stefano (OC) | $525.00 | - | - | - | - | - | - | - | - | 0.5 | 7.5 | - | 3.70 | 11.70 | $6,142.50 |
| Julie A. Kearns (A) | $475.00 | - | - | - | - | - | - | - | - | - | 1.50 | - | 199.45 | 200.95 | $95,451.25 |
| Bridget Gramme (A) | $475.00 | - | - | - | - | - | - | - | - | 5.75 | 35.00 | - | 18.25 | 59.00 | $28,025.00 |
| Katie Gonzalez (PL) | $240.00 | - | - | - | - | - | - | - | - | - | 28.20 | - | 13.75 | 41.95 | $10,068.00 |
| **TOTAL** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.25 | 107.90 | 0.00 | 554.15 | 668.30 | $379,109.25 |

Status:
(P) Partner
(OC) Of Counsel
(A) Associate
(LC) Law Clerk
(PL) Paralegal
(I) Investigator

Categories:
1. Attorney Meetings/Strategy
2. Court Appearance
3. Client Meeting
4. Draft Discovery Requests or Responses
5. Deposition Preparation
6. Attend Deposition - Conduct/Defend
7. Document Review
8. Experts – Work or Consult
9. Research
10. Motions/Pleadings
11. Settlement
12. Trial

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | HULETT HARPER STEWART LLP |
|---|---|
| Reporting Year | Inception through May 31, 2015 |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - |
| 2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - |
| 2009 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - |
| 2010 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - |
| 2011 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - |
| 2012 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - |
| 2013 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - |
| 2014 | | 0.00 | 0.00 | 0.00 | 0.00 | 41.85 | 0.00 | 0.00 | 0.00 | 69.80 | 3.80 | 0.00 | 358.30 | 473.75 | $ 256,062.50 |
| 2015 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.25 | 107.90 | 0.00 | 554.15 | 668.30 | $ 379,109.25 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 41.85 | 0.00 | 0.00 | 0.00 | 76.05 | 111.70 | 0.00 | 912.45 | 1142.05 | $ 635,171.75 |

| STATUS: | | CATEGORIES: |
|---|---|---|
| (P) | Partner | 1 Attorney Meeting/Strategy |
| (OC) | Of Counsel | 2 Court Appearance |
| (A) | Associate | 3 Client Meeting |
| (LC) | Law Clerk | 4 Draft Discovery Requests or Responses |
| (PL) | Paralegal | 5 Deposition Preparation |
| (I) | Investigator | 6 Attend Deposition - Conduct/Defend |
| | | 7 Document Review |
| | | 8 Experts - Work or Consult |
| | | 9 Research |
| | | 10 Motions/Pleadings |
| | | 11 Settlement |
| | | 12 Trial |

# Exhibit 3

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, MDL No. 1917**
**Expense Summary**
**Indirect Purchaser Plaintiffs**

| Firm Name | Hulett Harper Stewart LLP |
|---|---|
| Reporting Period | Inception through May 31, 2015 |

| Type of Expense | Current Total | Prior Total | Cumulative Total |
|---|---:|---|---:|
| Assessments | $ - | | $ - |
| Outside Copies | $ 216.85 | | $ 216.85 |
| In-house Reproduction/Copies | $ 185.60 | | $ 185.60 |
| Court Costs & Filing Fees | $ - | | $ - |
| Court Reporters & Transcripts | $ - | | $ - |
| Computer Research | $ 2,985.07 | | $ 2,985.07 |
| Telephone & Facsimile | $ 121.64 | | $ 121.64 |
| Postage/Express Delivery/Courier | $ 120.70 | | $ 120.70 |
| Professional Fees (investigator, accountant, *etc.*) | $ - | | $ - |
| Experts | $ - | | $ - |
| Witness / Service Fees | $ - | | $ - |
| Travel: Airfare | $ 4,446.50 | | $ 4,446.50 |
| Travel: Lodging/Meals | $ 3,936.89 | | $ 3,936.89 |
| Travel: Other | $ - | | $ - |
| Car rental/Cabfare/Parking | $ 553.10 | | $ 553.10 |
| Other Expenses | $ - | | $ - |
| **TOTAL** | **$ 12,566.35** | | **$ 12,566.35** |