Exhibit 23

VERONICA BESMER, ESQ. (SBN 246560)
BESMER LAW FIRM
2246 Ridgemont Drive
Los Angeles, CA 90046
Telephone: (415) 441-1775
Email: veronica@besmerlaw.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF VERONICA BESMER IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Judge:  Honorable Samuel Conti<br>Courtroom One, 17th Floor |

I, Veronica Besmer, declare as follows:

1.    I am an attorney licensed to practice before the courts of the Northern District of California, the Central District of California, and the Eastern District of California, and am the founding attorney of the law firm Besmer Law.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of my firm's request for attorneys' fees, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.    My firm is counsel of record in this case, and represents named plaintiff(s) Jeffrey Figone.  A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference.

3.    Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.    During the course of this litigation, my firm has been involved in the following tasks and activities on behalf of the IPPs. All of this work was assigned and/or approved by Lead Counsel.  My firm performed legal research and drafted memoranda on critical issues in the case such as withdrawal, the statute of limitations and its tolling in case of fraudulent concealment, corporate separateness, the FTAIA and numerous discovery issues. I researched and drafted liability memoranda for several defendants including Philips, BMCC, MTPD and LPD, and summarized the evidence on the corporate relationships between the parent companies and their joint ventures.  I propounded discovery to multiple defendants on ownership and control, handled the corresponding meet and confer process and a motion to compel against Toshiba. My firm also participated in drafting the Omnibus motion to compel, the IPPs' opposition to Toshiba's motion for summary judgment concerning withdrawal, and provided support for other motions. I also attended three depositions on behalf of the IPPs and drafted summaries for Lead Counsel. Other assignments during discovery included drafting deposition summaries and reviewing documents in

preparation for numerous depositions. To prepare for trial, I summarized the authentication of documents on IPP's trial exhibit list, prepared objections to defendants' trial exhibit lists, helped with deposition designations, and summarized prior trial transcripts involving the same defendants in the *LCD* case. Overall, my firm performed many important tasks on behalf of the class in support of the prosecution of this case.

5.      The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary of the amount of time spent by me as the firm's only attorney involved in this litigation.  It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm.  Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary.  The hourly rates for me included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for my services in similar complex litigation.

6.      The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 1,325.8 hours.  The total lodestar for my firm at historical rates is $614,961.  The total lodestar for my firm at current rates is $662,900.

7.      My firm did not incur any expenses in litigating this action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of August, 2015, in Los Angeles, California.

*/s/ Veronica Besmer*

Veronica Besmer

*Counsel for Indirect Purchaser Plaintiffs*

2

DECLARATION OF VERONICA BESMER IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

## Description of the Besmer Law Firm

Veronica Besmer, the founding attorney of the Besmer Law Firm, litigated antitrust cases for about a decade. She began working on antitrust class actions in 2004 as a law clerk at Alioto, Trump & Prescott, LLP. At Townsend and Townsend and Crew LLP, she worked with Gene Crew, the firm's name partner and California Antitrust Lawyer of the Year 2009, on several antitrust cases between 2006 and 2009. Ms. Besmer since participated in the *LCD* price fixing litigation and became an attorney of record on behalf of the indirect purchaser plaintiffs in the *CRT* case in 2011.

In addition to antitrust litigation, the Besmer Law Firm also provides corporate legal services to start ups and advises companies located abroad on establishing a presence and operations in the United States. Ms. Besmer received her law degree from U.C. Hastings College of the Law and received her bachelor's degree, *summa cum laude*, in business administration from the University of Southern California. She is the incoming Co-Vice President of the California State Bar's Cyberspace Law Committee.

# EXHIBIT 2

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Besmer Law Firm | | |
|---|---|---|---|
| Reporting Year | 2011 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Veronica Besmer (P) | $ 400.00 | | | | | | | | | 44.0 | 6.0 | | | 50.0 | $ 20,000.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 44.0 | 6.0 | 0.0 | 0.0 | 50.0 | $ 20,000.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Besmer Law Firm | | |
|---|---|---|---|
| Reporting Year | 2013 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Veronica Besmer (P) | $ 420.00 | 2.1 | | | | 21.5 | | | | 128.8 | 19.5 | | | 171.9 | $ 72,198.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.1 | 0.0 | 0.0 | 0.0 | 21.5 | 0.0 | 0.0 | 0.0 | 128.8 | 19.5 | 0.0 | 0.0 | 171.9 | $ 72,198.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Besmer Law Firm | | |
|---|---|---|---|
| Reporting Year | 2014 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Veronica Besmer (P) | $ 470.00 | | | | 97.9 | 66.4 | 35.0 | 3.0 | | 559.2 | 110.8 | 8.0 | 92.6 | 972.9 | $ 457,263.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 97.9 | 66.4 | 35.0 | 3.0 | 0.0 | 559.2 | 110.8 | 8.0 | 92.6 | 972.9 | $ 457,263.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Besmer Law Firm | | |
| --- | --- | --- | --- |
| Reporting Year | 2015 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Veronica Besmer (P) | $ 500.00 | | | | | | | | | 22.7 | 25.2 | | 83.1 | 131.0 | $ 65,500.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 22.7 | 25.2 | 0.0 | 83.1 | 131.0 | $ 65,500.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Besmer Law Firm | | |
|---|---|---|---|
| Reporting Year | Inception through Present | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2008 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2009 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2010 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2011 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 44.0 | 6.0 | 0.0 | 0.0 | 50.0 | $ 20,000.00 |
| 2012 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2013 | | 2.1 | 0.0 | 0.0 | 0.0 | 21.5 | 0.0 | 0.0 | 0.0 | 128.8 | 19.5 | 0.0 | 0.0 | 171.9 | $ 72,198.00 |
| 2014 | | 0.0 | 0.0 | 0.0 | 97.9 | 66.4 | 35.0 | 3.0 | 0.0 | 559.2 | 110.8 | 8.0 | 92.6 | 972.9 | $ 457,263.00 |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 22.7 | 25.2 | 0.0 | 83.1 | 131.0 | $ 65,500.00 |
| | | 2.1 | 0.0 | 0.0 | 97.9 | 87.9 | 35.0 | 3.0 | 0.0 | 754.7 | 161.5 | 8.0 | 175.7 | 1325.8 | $ 614,961.00 |

**STATUS:**
- (P) Partner
- (OC) Of Counsel
- (A) Associate
- (LC) Law Clerk
- (PL) Paralegal
- (I) Investigator

**CATEGORIES:**
1. Attorney Meeting/Strategy
2. Court Appearance
3. Client Meeting
4. Draft Discovery Requests or Responses
5. Deposition Preparation
6. Attend Deposition - Conduct/Defend
7. Document Review
8. Experts - Work or Consult
9. Research
10. Motions/Pleadings
11. Settlement
12. Trial