# Exhibit 24

1  MARIO N. ALIOTO, SBN: 56433
   LAUREN C. CAPURRO, SBN: 241151
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679

5  *Lead Counsel for the Indirect Purchaser Plaintiffs*

6  JOSEPH GOLDBERG
   FREEDMAN BOYD HOLLANDER
7  GOLDBERG URIAS & WARD P.A.
   20 First Plaza N.W., Suite 700
8  Albuquerque, NM 87102
   Telephone: (505) 842-9960
9  Facsimile: (505) 842-0761

10 *Attorneys for Indirect Purchaser Plaintiffs*

11
                  **UNITED STATES DISTRICT COURT**
12
                **NORTHERN DISTRICT OF CALIFORNIA**
13
                     **SAN FRANCISCO DIVISION**
14
   **IN RE: CATHODE RAY TUBE (CRT)**       Case No. 3:07-cv-5944
15 **ANTITRUST LITIGATION**                MDL No. 1917

16                                         **CLASS ACTION**

17 ─────────────────────────────         **DECLARATION OF JOSEPH GOLDBERG IN**
                                          **SUPPORT OF PLAINTIFFS' APPLICATION**
18 This Document Relates to:              **FOR ATTORNEYS' FEES, EXPENSES AND**
                                          **INCENTIVE AWARDS**
   All Indirect Purchaser Actions
19                                         Judge: Honorable Samuel Conti
20                                         Courtroom One, 17th Floor

21

22

23

24

25

26

27

28
   ────────────────────────────────────────────────────────
          DECLARATION OF JOSEPH GOLDBERG IN SUPPORT OF PLAINTIFFS'
        APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
                                    Case No. 3:07-cv-5944, MDL No. 1917

I, Joseph Goldberg, declare as follows:

1.     I am an attorney licensed to practice before the courts of Northern District of California, and a Partner, in the law firm Freedman Boyd Hollander Goldberg Urias & Ward P.A. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.     My firm is counsel of record in this case, and represents Indirect Purchaser Plaintiffs.  A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference.

3.     Throughout the course of my firm's involvement in this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel.  All of the time and expenses reported were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.     During the course of this litigation, my firm has been involved in the following tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead Counsel.

I was asked by Lead Counsel to act as Lead Trial Counsel for the class.  In that capacity, all the work that I and my firm did was in furtherance of preparing this case for trial. Among the tasks performed were review of the record; preparation of expert witnesses for trial; preparation of fact witnesses, including plaintiffs, for trial; creation and finalization of witness and exhibit lists for trial; preparation of deposition designations; preparation and finalization of the pre-trial order and jury instructions; preparation for and conduct of mock jury trials; preparation of motions in limine; and the supervision of other lawyers in the fulfillment of these tasks.  In addition, I consulted with Lead Counsel on certain matters relating to settlement, as well as responded to other specific tasks requested of Lead Counsel.

5.     The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

of the amount of time spent by my firm's partners, attorneys and professional support staff who were involved in this litigation.  It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm.  Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary.  The hourly rates for my firm's partners, attorneys and professional support staff included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for their services in similar complex litigation.

6.      The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 1,740.20 hours.  The total lodestar for my firm at historical rates is $556,654.00.  The total lodestar for my firm at current rates is $556,654.00.  Expense items are billed separately and are not duplicated in my firm's lodestar.

7.      The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8.      My firm incurred a total of $39,373.83 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation.  Of this amount, $-0- was for assessment payments for common litigation expenses or direct payments to experts or other vendors made at the request of Lead Counsel, and an additional $39,373.83 was for non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research, telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of July, 2015.

JOSEPH GOLDBERG

2

DECLARATION OF JOSEPH GOLDBERG IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

**FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.**
20 First Plaza NW, Suite 700
Albuquerque, NM 87102
Telephone:  505-842-9960
Facsimile:  505-842-0761
URL:  http://www.fbdlaw.com

The firm, founded in 1974, is a litigation firm with practice areas as varied as the interests of its members. Its lawyers practice in both federal and state trial and appellate courts, from the municipal courts to the Supreme Court of the United States, and handle a broad spectrum of civil and criminal cases. It was founded by lawyers who were and still are good friends and professional colleagues with a shared commitment to the use of the judicial system for its intended purpose of rendering true justice. Four of the firm's six partners have been selected by their professional peers to be included in the respected publication, Best Lawyers in America. In the years since its founding, the firm has grown slowly by the addition of exceptional lawyers who share the same vision and commitment.

<u>**David A. Freedman**</u>

**Practice Areas:**
Trials and Appeals, Commercial, Securities, and Antitrust Litigation, Personal Injury,
Wrongful Death, Products Liability and Criminal Defense

David Freedman is a shareholder in Freedman and has been since 1974.  He is a 1966 graduate of Columbia University and a 1973 graduate of the University of New Mexico School of Law, where he was an editor of the *New Mexico Law Review*.  Since 1973, he has been in full time practice, including complex commercial, securities, insurance and antitrust litigation.  David was admitted to the New Mexico bar in September 1973 and is also admitted to the United States District Court for the District of New Mexico, the United States Court of Appeals for the 10th Circuit and the United States Supreme Court.  He has an "AV Rating" in Martindale-Hubbell law directory and is also found in its Prominent Lawyers publication.  Mr. Freedman is also listed in The Best Lawyers in America in three practice areas and in Super Lawyers of the Southwest in six trial practice areas, including business litigation.  He has particular expertise in complex commercial litigation, including class action litigation.  He was one of the lead attorneys representing named plaintiffs in the following insurance practices class actions: *Enfield v. Old Line,* No. CV-200101367, Second Judicial District, Bernalillo County, New Mexico; *Barr v. Great Southern Life*, Cause No. D-0101-CV-2002-01927, pending in the First Judicial District Court in Santa Fe County, New Mexico; *Romero v. J.C. Penny Co.* Cause No. D-0101-CV-2001-00270, First Judicial District Court in Santa Fe County, New Mexico; *Woody v. General Electric*, Cause No.  0101-CV-2001-01318, First Judicial District Court in Santa Fe County, New Mexico; *Sanchez v. Progressive*, Cause No. D-0202-CV-2001-06326, pending in the Second Judicial District Court in Bernalillo County, New Mexico;  *Mills v. Zurich Life*, Cause No. D-0202-CV-2003-01471, Second Judicial District Court in Bernalillo County, New Mexico; and *Ferrell v. Allstate*, Case No. D 1329 CV 02-885, Second Judicial District Court in Bernalillo County, New Mexico.  In addition, Mr. Freedman was co-lead counsel in *In Re New Mexico Vitamins Indirect Purchasers Antitrust Litigation*, No. CV 99-12056, in the Second Judicial District Court in Bernalillo County, New Mexico.  He was also lead counsel in *In re New Mexico Indirect Purchasers Microsoft Corporation Antitrust Litigation*, No. D-0101-CV20001697,  First Judicial District, Santa Fe County, NM.  David was liaison counsel in *In Re Mesa Airlines, Inc., Securities Litigation*, Master File No. CV 94-690 JC (D.N.M.) and in *In Re Horizon/CMS Healthcare Corporation Securities Litigation*, Master File No. 96-442 BB/LCS (D.N.M.).  He was one of the attorneys representing the named plaintiff in the *Philip Morris Securities Class Action Lawrence v. Philip Morris*, Civil No. 94-1494 (JG) (E.D.N.Y.).  The firm was lead counsel in that case.  In addition, Mr. Freedman was one of plaintiffs' counsel in *In Re Diagnostek, Inc., Securities Litigation*, Master File No. CIV 92-1274 JB/WWD (D.N.M.); the *Domestic Air Transportation Antitrust Litigation*, Master File No. 1:90-CV-2485-MHS & MDL No. 861 (N.D. Ga.); and the *Potash Antitrust Litigation*, Civil File No. 3-93-197 (D. Minn.) & MDL No. 981.  Mr. Freedman also represented defendants in the Moncor Securities Class Action, *In Re Moncor Securities*

*Litigation*, Civ. No. 84-1329 C, Consolidated (D.N.M.) and successfully represented the Pueblo of Zuni and its pension funds in a $12 million FINRA securities arbitration matter against Wachovia Securities, Inc.

**Education**
Columbia University, B.A., 1966
University of New Mexico School of Law, J.D. 1973
**Professional Activities**
- Association of Trial Lawyers of America
- National Association of Criminal Defense Lawyers
- New Mexico Trial Lawyers Association
- New Mexico Criminal Defense Lawyers Association

## John W. Boyd

**Practice Areas:**
Civil Rights Law in General, First Amendment Law in Particular,
Election Law, Commercial Litigation and Employment Law

John Boyd is a shareholder in Freedman and was a founding member of the firm in 1974.  He is a 1969 graduate of Columbia University (Columbia College) and a 1973 *cum laude* graduate of the University of New Mexico School of Law, where he was editor of the Natural Resources Law Review.  John is the author of the chapter on Rule 68 Offers of Judgment in "Settlement Agreements In Commercial Disputes," Richard Rosen, Ed. (Aspen Law & Business).  Since 1973, he has been in full-time practice, including complex commercial litigation.  Mr. Boyd was lead counsel for one of the defendants in *Honeywell v. Unisys, et al.*, Civil No. 3-88-Civil-697 (D. MN.).  He represented two defendants in the Moncor Securities Class Action, *In Re Moncor Securities Litigation*, Civil No. 84-1329-C, Consolidated (D.N.M.).  He was active in representing a class of 400 retail pharmacies in the Wisconsin Pharmacy Class Action Litigation, *K-S Pharmacies et al. v. American Home Products, et al.*, No. 94 CV 2384 (Wis. Cir. Ct., Dane County, filed July 27, 1994).  He was one of the attorneys representing the named plaintiff in the class action *Lawrence v. Philip Morris*, Civil No. 94-1494 (E.D.N.Y.).  The firm was lead counsel in that case.  Mr. Boyd has an AV rating from Martindale-Hubbell and has been listed in *The Best Lawyers in America* since 1993.

**Education**
Columbia University, B.A., 1966
University of New Mexico School of Law, J.D. 1973 (Cum Laude)
**Professional Activities**
- Author of the section "Rule 68 Judgments" in the loose leaf service, "Settlement Agreements In Commercial Disputes," Richard A. Rosen, editor (Aspen Law and Business).

## Nancy Hollander

**Practice Areas:**
Civil and Criminal Trials and Appeals,
and Security Clearance Hearings

Nancy Hollander has been a member of the firm since 1980 and a shareholder since 1983. Her practice is largely devoted to criminal cases, including those involving national security issues. She has also been counsel in numerous civil cases, forfeitures and administrative hearings, and has argued and won a case involving religious freedom in the United States Supreme Court.  Ms. Hollander also served as a consultant to the defense in a high profile terrorism case in Ireland, has assisted counsel in other international cases and represents two prisoners at Guantanamo Bay Naval Base.
Nancy has taught in numerous trial practice programs, including the National Criminal Defense College and Gerry Spence's Trial College and at national and international seminars on various subjects including the securing of evidence in

2

international cases, forfeiture, illegal search and seizure, expert witnesses, defense of child abuse cases, ethics, evidence, and trial practice. She has written extensively on these and other criminal law topics. Nancy has coordinated and taught training courses for criminal defense lawyers wishing to appear before the ICC and the ICTY, was the coordinator of a jury trial training project in Russia and has served as a consultant to the United Nations Development Programme in Vietnam. In 2001, Ms. Hollander was named as one of America's top fifty women litigators by the National Law Journal. She has received the highest Martindale-Hubbell "AV" rating, and is listed in The Best Lawyers in America, the National Directory of Criminal Lawyers, and the International Who's Who of Business Crime Lawyers. She was chosen as Best Lawyers' 2010 Albuquerque Criminal Defense: Non-White-Collar Lawyer of the Year. In 2007, she was highlighted in Superlawyers, top twenty-five New Mexico lawyers. She also received the Professional Lawyer of the Year Award from the New Mexico Trial Lawyers Foundation in 2006. Ms. Hollander is an international member of Perren Buildings Chambers, London, which is comprised of individual criminal defense practitioners who practice independently, and are subject to professional regulation as individuals in their respective jurisdictions. www.perrenbuildings.com . She is co-author of WestGroup's Everytrial Criminal Defense Resource Book, Wharton's Criminal Evidence, 15th Edition, and Wharton's Criminal Procedure, 14th Edition. She has appeared on such national television programs as PBS Now, Burden of Proof, the Today Show, Oprah Winfrey, CourtTV, and the MacNeill/Lehrer News Hour.

**Education**
University of Michigan, B.A. 1965 (Cum Laude)
University of New Mexico School of Law, J.D. 1978 (Magna Cum Laude)
**Professional Activities**
- Past-President, National Association of Criminal Defense Lawyers, 1992-93
- Fellow, American College of Trial Lawyers, 2004-present
- Fellow, American Board of Criminal Lawyers, 1994-present
- Founding Member, Council, International Criminal Bar, 2003-2005
- Member, Board of Directors, International Criminal Defence Attorneys, 2003-2007
- Member, European Criminal Bar Association, 2003-present

## Joseph Goldberg

**Practice Areas:**
Antitrust, Class Actions and Complex Litigation,
Commercial Litigation, Election Law

Joseph Goldberg has been a senior shareholder in the law firm since 1991. After teaching in law schools for nearly twenty years, he has now been in active private practice for more than twenty years. His practice is largely confined to antitrust, class actions and complex commercial litigation. He has tried a number of cases to multimillion dollar verdicts and judgments and has recovered for his clients, by judgment or settlement, over two billion dollars. He has an "AV" rating in Martindale-Hubbell, is listed in Best Lawyers in America in antitrust, commercial litigation and bet-the-company litigation, and has been listed in Chambers USA since its inception. Joe was designated by Best Lawyers in America as "bet-the-company" litigator of the year in New Mexico in 2009 and antitrust litigator of the year in 2011.
Joe has taken leadership positions in a number of national class actions, including Commercial Explosives Price-Fixing Litigation, Polypropylene Carpet Antitrust Litigation, Nasdaq Marketmakers Antitrust Litigation, Specialty Steel Antitrust Litigation, Bulk Vitamins Antitrust Litigation, Visa/Mastercard Interchange Fee Antitrust Litigation, among others. He is recognized nationwide for his work with economic and statistical experts. In 2013, Joe tried *In re Urethane Antitrust Litigation* (*Polyols*) to a jury, which returned a verdict of $402 million dollars, with a judgment of $1.2 billion. Joe was on the full-time faculties of the University of North Dakota and the University of New Mexico Law Schools, from 1969 through 1987. He was also the General Counsel for the University of New Mexico. He was a law clerk for Hon. M. Joseph Blumenfeld of the United States District Court for the District of Connecticut. He also served as the Secretary of the New Mexico Human Services Department and Secretary of the New Mexico Health & Environment Department. Joe serves on the Board of Advisors for the American Antitrust Institute, on the Board of Overseers for the Searle Civil Justice

Institute at George Mason University and on the United States Advisory Board for the Loyola University Institute for Consumer Antitrust Studies.

**Education**
A.B. (Cum Laude), Trinity College (Hartford, CT), 1965 LL.B. (Cum Laude), Boston College Law School, 1968
**Professional Activities**
- American Bar Association, Section on Antitrust Law
- American Association for Justice
- New Mexico Trial Lawyers Association, Board of Directors since 1989; President, 2005-06
- Committee to Support the Antitrust Laws (COSAL), Board of Directors since 1991; President, 1999-2002
- American Law Institute, Life Member; Advisor, Restatement (Third) of Agency
- New Mexico Supreme Court Uniform Jury Instructions (Civil) Committee, 1981 - 1999
- Numerous books, monographs and articles on the law
- Presenter at numerous continuing legal educations around the country

## Michael Goldberg, Of Counsel

**Practice Areas:**
Antitrust, Class Actions and Complex Litigation,
Commercial Litigation, Election Law

Michael Goldberg, licensed to practice in Connecticut, California, New Mexico, Virginia and the District of Columbia, is "of counsel" to the firm. His forty year legal career has spanned broad areas of both public service and private practice. He served both in the Regional Offices and the General Counsel's office of the National Labor Relations Board and spent four years in the U.S. Army Judge Advocate General's Corps (included service in Vietnam) in capacities involving advising command on developing and implementing labor relations, labor standards and employment discrimination policies for Army Contractors. Mr. Goldberg served five years as Labor Counsel to the United States Senate Committee on Labor and Human Resources, where he had staff and legislative responsibility for mine safety and health, occupational safety and health, wage and hour and workers' compensation issues. In four years as Chief Counsel to the Labor Standards Subcommittee of the U.S. House of Representatives Committee on Education and Labor, he had primary staff responsibility for wage and hour, workers compensation and labor standards legislation and oversight. In private practice since 1985, first as a partner in the Los Angeles firm of Greene, Broillet, Paul, Simon & Wheeler, one of California's most highly respected firms specializing in plaintiff's personal injury litigation, and subsequently in the Washington, D.C. area firm of Lewis, Goldberg & Ball, P.C., he developed an extensive civil appellate practice. Mike has been counsel of record in more than one hundred and fifty civil appeals in state and federal appellate courts, including significant cases in personal injury, product liability, wrongful termination, employment discrimination, defamation and First Amendment issues, and commercial contract breach and commercial tort. Representative published decisions include *Fowler v. Land Management Groupe, Inc.*, 978 F.2d 158 (4th Cir. 1992); *Religious Technology Center v. Wollersheim*, 971 F.2d 364 (9th Cir. 1992); *Bryant v. Ford Motor Co.*, 886 F.2d 1526 (9th Cir. 1989); *In re School Asbestos Litigation*, 789 F.2d 996 (3rd Cir. 1986); *Hooker v. Dept of Transportation*, 27 Cal.4th 198 (2002); *Shulman v. Group W. Productions, Inc.*, 18 Cal.4th 200 (1999); *DelFosse v. CACI, Inc. - Federal*, 218 Cal.App.3d 683 (1990); *Dirosario v. Havens*, 196 Cal.App.3d 1224 (1987); *Kaley v. Catalina Yachts*, 187 Cal.App.3d 1187 (1986). In addition to his extensive appellate practice, he has also been active in complex civil and commercial litigation at the trial level.

**Education**
University of Vermont, B.A. in Psychology 1962
Boston College Law School, LL.B 1966 (Editorial Board, Law Review)
Georgetown University Law Center, LL.M in Labor Law 1970
**Professional Activities**
- Activities Member, Association of Trial Lawyers of America
- Member of the American Bar Association Board

- Appellate Practice Section
- New Mexico Bar Association

## David H. Urias

**Practice Areas:**
Practices Civil Rights Law, Election Law,
Antitrust and Class Action Law

David Urias is shareholder with Freedman and has worked for the firm since 2008.  Prior to that time, he was a litigator with MALDEF, a national non-profit civil rights organization based in San Antonio, Texas, and an associate at Fried, Frank, Harris, Shriver & Jacobson, LLP in New York, New York. At Fried Frank, David's practice focused on representing various clients in commercial, securities, and shareholder litigation matters as well as securities enforcement matters before the Securities and Exchange Commission.  Since joining Freedman, Mr. Urias has represented clients in securities and class action litigation, including representing the New Mexico SIC in *New Mexico State Inv. Council v. Countrywide Fin. Corp*.  He currently represents the ERB in *ERB v. Aldus, et al.*, No. D-101-CV-2010-03598 ((N.M. 1st Jud. Dist.).

**Education**
University of New Mexico, B.A. 1997
University of New Mexico School of Law, 2001 (cum laude)
**Professional Activities**
- New Mexico Trial Lawyers Association
- New Mexico Hispanic Bar Association

## Vincent J. Ward

**Practice Areas:**
Commercial, Securities and Antitrust Litigation, Class Action,
Personal Injury, Administrative and Criminal Defense.

Vincent J. Ward is a shareholder with Freedman and has worked for the Firm since 2010.  His practice includes commercial, securities and antitrust litigation, class action and litigation involving disputes with state and federal governmental entities. Prior to joining the firm, Vince held senior level positions in both federal and state government. Most recently he served as Senior Counselor to the Solicitor at the United States Department of Interior, where he counseled the Secretary, Deputy Secretary, Solicitor and other high-level officials on legal matters related to the Gulf Oil Spill investigation and litigation, the Cobell class action settlement (a landmark case involving the management of trust accounts for Native American tribes and individuals), and other litigation related to renewable energy development on public lands, Indian law, including fee-to-trust and gaming, and royalty collection issues. Mr. Ward also served as Chief and Deputy Chief Counsel in the office of the Governor of New Mexico.  In this capacity, Vincent advised the Governor, Chief of Staff, and other senior officials in the administration on civil litigation, administrative law matters, and legal and policy issues.  From 2001 to 2004, Vincent served on active duty in the United States Navy, Judge Advocate General Corps, where he prosecuted felony level criminal offenses, including the mishandling of classified materials, murder, sexual assault, and drug distribution and importation.  He also represented the Navy in administrative proceedings and conducted internal investigations for senior military commanders.  Mr. Ward has extensive experience in all aspects of complex, commercial and antitrust litigation, including document discovery, taking and defending depositions, and drafting and arguing motions.  Vince graduated from the University of New Mexico School of Law in 2001, where he was awarded the Sutin Award for Excellence in Advocacy and the Helen S. Carter Prize for Outstanding Legal Writing.  He holds a B.A. in Political Science, Summa Cum Laude, from the University of New Mexico.  The State Bar of New Mexico recognized Mr. Ward as the Outstanding Young Lawyer of the Year in 2008.  Vincent is a member of the New Mexico Board of Bar Examiners and a member of the New Mexico Black Lawyers Association.  He is licensed to practice in the state and federal courts of New Mexico, the Tenth Circuit Court of Appeals and the U.S. Court of Federal Claims.

**Education**
University of New Mexico, B.A.
University of New Mexico School of Law

<u>Josh B. Ewing</u>

**Practice Areas:**
Antitrust, Class Actions and Complex Litigation,
Personal Injury, Criminal Defense, Election Law

Josh Ewing graduated from the University of New Mexico School of Law in 2005.  Following law school, he served as a law clerk to the Honorable Edward L. Chavez of the New Mexico Supreme Court and worked for the New Mexico Public Defender Department, handling hundreds of misdemeanor and felony criminal cases.  Josh recently returned to Freedman after five years of practicing law with his father, primarily in the area of personal injury.  He continues to represent clients in both state and federal courts throughout New Mexico.

**Education**
University of New Mexico, B.A. 2002 (summa cum laude)
University of New Mexico School of Law, 2005 (magna cum laude)
**Professional Activities**
- New Mexico Trial Lawyers Association, Board of Directors (2012)
- New Mexico Criminal Defense Lawyers Association

# EXHIBIT 2

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Freedman Boyd Hollander Goldberg Urias & Ward PA |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David A Freedman (P) | $ 425.00 | | | | | | | | | | | | 55.9 | 55.90 | $ 23,757.50 |
| John Boyd (P) | $ 425.00 | | | | | | | | | | | | 37.6 | 37.60 | $ 15,980.00 |
| Joseph Goldberg (P) | $ 425.00 | | | | | | | | 26.0 | | | | 285.8 | 311.75 | $ 132,493.75 |
| Vincent J. Ward (P) | $ 275.00 | | | | | | | | 40.7 | | | | 52.2 | 92.90 | $ 25,547.50 |
| Deborah Tope (PL) | $ 100.00 | | | | | | | | 12.4 | | | | 119.2 | 131.55 | $ 13,155.00 |
| Robert Malloy (PL) | $ 100.00 | | | | | | | | | | | | 8.5 | 8.50 | $ 850.00 |
| Michael Goldberg (OC) | $ 425.00 | | | | | | | | | | | | 9.2 | 9.17 | $ 3,897.25 |
| Josh Ewing (OC) | $ 250.00 | | | | | | | | | | | | 2.0 | 2.00 | $ 500.00 |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | | | | | | | | | | | | | 0.00 | $          - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 79.1 | 0.0 | 0.0 | 0.0 | 570.3 | 649.37 | $ 216,181.00 |

EXHIBIT 2

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Freedman Boyd Hollander Goldberg Urias & Ward PA |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David A Freedman (P) | $ 425.00 | | | | | | | | | | | | | 0.00 | $ - |
| John Boyd (P) | $ 425.00 | | | | | | | | | | | | 17.50 | 17.50 | $ 7,437.50 |
| Joseph Goldberg (P) | $ 425.00 | | | | | | | | | | | | 423.75 | 423.75 | $ 180,093.75 |
| Vincent J. Ward (P) | $ 275.00 | | | | | | | | 15.7 | | | | 234.60 | 250.30 | $ 68,832.50 |
| Deborah Tope (PL) | $ 100.00 | | | | | | | | 11.7 | | | | 169.43 | 181.13 | $ 18,113.00 |
| Robert Malloy (PL) | $ 100.00 | | | | | | | | | | | | 0.70 | 0.70 | $ 70.00 |
| Michael Goldberg (OC) | $ 425.00 | | | | | | | | | | | | 68.85 | 68.85 | $ 29,261.25 |
| Josh Ewing (OC) | $ 250.00 | | | | | | | | | | | | 129.20 | 129.20 | $ 32,300.00 |
| Amber Fayerberg (A) | $ 225.00 | | | | | | | | | | | | 19.40 | 19.40 | $ 4,365.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 27.40 | 0.00 | 0.00 | 0.00 | 1063.43 | 1090.83 | $ 340,473.00 |

EXHIBIT 2

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Freedman Boyd Hollander Goldberg Urias & Ward PA |
|---|---|
| Reporting Year | Inception through Present |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | | | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | | | |
| 2014 | | | | | | | | | 79.10 | | | | 570.27 | 649.37 | $ 216,181.00 |
| 2015 | | | | | | | | | 27.40 | | | | 1063.43 | 1090.83 | $ 340,473.00 |
| | | | | | | | | | 106.50 | | | | 1633.70 | 1740.20 | $ 556,654.00 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

**CATEGORIES:**
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial      EXHIBIT 2

# EXHIBIT 3

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, MDL No. 1917**
**Expense Summary**
**Indirect Purchaser Plaintiffs**

| Firm Name | FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD PA |
|---|---|

| Reporting Period | INCEPTION THRU MAY 31, 2015 |
|---|---|

| Type of Expense | Cumulative Total |
|---|---|
| Assessments | |
| Outside Copies | $ 348.81 |
| In-house Reproduction/Copies | $ 2,216.21 |
| Court Costs & Filing Fees | |
| Court Reporters & Transcripts | |
| Computer Research | |
| Telephone & Facsimile | $ 412.15 |
| Postage/Express Delivery/Courier | $ 359.35 |
| Professional Fees (investigator, accountant, *etc.*) | |
| Experts | |
| Witness / Service Fees | |
| Travel:  Airfare | $ 12,326.34 |
| Travel: Lodging/Meals | $ 23,710.97 |
| Travel: Other | |
| Car rental/Cabfare/Parking | |
| Other Expenses | |
| **TOTAL** | $ 39,373.83 |

EXHIBIT 3