Exhibit 25

1    W. Timothy Needham (CSB #96542)
     Amelia F. Burroughs (CSB #221490)
2    **JANSSEN MALLOY LLP**
     730 Fifth Street
3    Eureka, CA 95501
     Telephone No.: (707) 445-2071
4    Fax No.: (707) 445-8305

5
     *Counsel for Indirect Purchaser Plaintiffs*
6

7

8

9

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                        **SAN FRANCISCO DIVISION**

14   | | |
     |---|---|
15   | **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
16   | | <u>**CLASS ACTION**</u> |
17   | This Document Relates to: | **DECLARATION OF AMELIA F. BURROUGHS IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS** |
18   | All Indirect Purchaser Actions | |
19   | | Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |
20

21

22

23

24

25

26

27

28

1  time the work was performed the usual and customary hourly rates charged for services in other

2  class litigation. Those rates are as follows: $775 per hour for partner W. Timothy Needham, $550

3  per hour for partner Amelia F. Burroughs, $300 per hour for our Associate Shanti Michaels, and

4  $175 per hour for our paralegal Karen Ellis. Mr. Needham has been involved as counsel in

5  numerous class action cases, including *Lincoln Savings and Loan Litigation*, *In re Cosmetics*, *In re*

6  *Air Cargo*, *In re Insurance Broker*, *DRAM Litigation*, and *Beal v. Sun Valley Bulb Farm*. Mr.

7  Needham and I were members of the trial team in *Lavender v. Skilled Healthcare* Group, the first

8  case to go to trial to enforce staffing regulations against a skilled nursing home chain on a class-

9  wide basis. In 2011, we received recognition as Trial Lawyer of the Year by *Public Justice* and

10  Consumer Attorney of the Year by Consumer Attorneys of California. Similar rates for my firm

11  have been approved by courts in other cases, including:

12  - *Montreuil, et al v. The Ensign Group, Inc, et al.*, Los Angeles County Superior Court,
13    Case No. BC449162;

14  - *Hernandez, et al v. Golden Gate Equity Holdings, LLC, et al.*, San Francisco Superior
15    Court, Case No. CGC-10-505288;

16  - *Walsh, et al v. Kindred Healthcare, Inc., et al.*, U.S. District Court Northern District of
17    California, Case No. 3:11-cv-00050;

18  - *Dalao, et al. v. Lifehouse Holdings, LLC, et al.*, Alameda County Superior Court, Case
19    No. RG12660602;

20  - *Valentine, et al. v. Thekkek Health Services, Inc. et al.*, Alameda County Superior
21    Court, Case No. RG10546566; and

22  - *Correa, et al. v. SnF Management Company, LLC, et al.*, Alameda County Superior
23    Court, Case No. RB13664498.

24  6.  As reflected in Exhibit 2, the total number of hours reasonably expended on this

25  litigation by my firm from inception to May 31, 2015 is 1,822.20 hours, for a total amount billed

26  of $546,932.50. Expense items are billed separately and are not duplicated in my firm's hourly

27  rates.

28

1    7.    The expenses my firm incurred in litigating this action are reflected in the books

2  and records of my firm. These books and records are prepared from expense vouchers, invoices,

3  receipts, check records and other source materials and accurately reflect the expenses incurred.

4  My firm's expense records are available for inspection by the Court if necessary.

5    8.    My firm incurred a total of $15,026.08 in unreimbursed expenses, all of which were

6  reasonable and necessary for the prosecution of this litigation.  Of this amount, $15,000.00 was for

7  assessment payments for common litigation expenses or direct payments to experts or other

8  vendors made at the request of Lead Counsel, and an additional $26.08 was for non-common

9  litigation expenses incurred by my firm, such as postage and court costs. A summary of those

10  expenses by category is attached at the end of **Exhibit 2**.

11

12    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th

13  day of September, 2015, in Eureka, California.

14

15    Amelia F. Burroughs

16

17

18

19

20

21

22

23

24

25

26

27

28
DECLARATION OF AMELIA F. BURROUGHS IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

**JANSSEN MALLOY LLP**
730 Fifth Street
P.O. Drawer 1288
Eureka, California 95502
Telephone: (707) 445-2071
Fax: (707) 445-8305

**PARTNERS**
W. Timothy Needham
Michael Morrison
Dennis C. Reinholtsen
Michael J. Crowley
Patrik Griego
Amelia Burroughs

**ASSOCIATES**
Megan Yarnall
Jeffrey Slack

**LEGAL ASSISTANTS**
Marla G. Zumwalt
Nancy Holmes McPartland
Karen O. Ellis
Connie Scheckla
Leslie Ames

**PRACTICE**
Complex civil and business litigation. AV rated by Martindale-Hubbell.

**FIRM BIOGRAPHY**

**Trial Counsel in:**
*Seaman's Direct v. Standard Oil*
*American Continental Corporation/Lincoln Savings & Loan Securities Litigation*
*Lavender v. Skilled Healthcare, et al.*

**Class Counsel in:**
*Cosmetics Antitrust Litigation*
*Carbon Fiber Cases I, II & III*
*DRAM Cases*
*In Re: Environmental Technologies Litigation*
*In Re: Flat Glass Cases*
*In Re: Laminates Cases*
*In Re: Natural Gas Litigation*
*In Re: Pacificare*
*In Re: Air Cargo Shipping Services Antitrust Litigation*
*In Re: International Air Transportation Surcharge Antitrust Litigation*
*In Re: Insurance Brokerage Antitrust Litigation*
*In Re: Cathode Ray Tube (CRT) Antitrust Litigation*
*Bates, et al. v. Skilled Healthcare Group, Inc., et al.*
*Polyester Staple Cases*
*Sanitary Paper Cases I & II*

*Shuts, et al. v. Covenant Holdco LLC, et al.*
*Montreuil, et al. v. The Ensign Group, Inc., et al.*
*Wehlage, et al. v. EmpRes Healthcare, Inc., et al.*
*Hernandez, et al. v. Golden Gate Equity Holdings, LLC, et al.*
*Walsh, et al. v. Kindred Healthcare, et al.*
*Valentine, et al. v. Thekkek Health Services, Inc., et al.*
*Regina, et al. v. Hycare, Inc., et al.*
*Dalao, et al. v. LifeHouse Holdings, LLC, et al.*
*Correa, et al. v. SnF Management Company, LLC, et al.*
*Carnes, et al. v. Atria Senior Living, Inc., et al.*
*Winans, et al. v. Emeritus Corporation, et al.*

## ATTORNEY BACKGROUND

### W. Timothy Needham:

Mr. Needham is an experienced trial attorney who has tried over forty jury cases to verdict in numerous courts throughout the State of California. The emphasis of his practice includes class action, antitrust and complex business claims. He is a former president of the Humboldt County Bar Association and is a member of the American Board of Trial Advocates. He is also a member of the Board of Directors of Redwood Capital Bank. Mr. Needham was selected for the California Lawyer of the Year award for 2010 by *California Lawyer Magazine* for his work on *Lavender v. Skilled Healthcare, Group, Inc., et al.,* and was part of a team of attorneys that received the honor of 2011 Trial Lawyers of the Year from the Public Justice Foundation, and was selected Trial Lawyer of the Year by the Consumer Attorneys of California.

### Amelia F. Burroughs:

Ms. Burroughs joined the firm in 2007 after practicing in San Francisco and San Diego, and she became a partner at the firm in 2011. Her practice emphasizes employment law, medical malpractice defense, personal injury, consumer and complex litigation. Ms. Burroughs was one of the trial team awarded the honor of The Public Justice Foundation's 2011 Trial Lawyer of the Year, she was selected for the 2011 Rising Stars list for Northern California, and she has been named a Northern California SuperLawyer since 2012. Ms. Burroughs is an honors graduate from CSU, Sacramento (B.A., 1999) and McGeorge School of Law, University of the Pacific (J.D., 2002), where she served as Editor-in-Chief of the McGeorge Law Review (2001-2002). Ms. Burroughs is admitted to all U.S. District Courts in California, as well as the Ninth Circuit United States Court of Appeals. She is the former President of the Humboldt County Bar Association, and she currently serves as the District 1 Governor for California Women Lawyers.

### Shanti Michaels:

Ms. Michaels joined the firm as an associate in February 2010. Ms. Michaels received her B.A. with honors from Mount Holyoke College in International Relations and Spanish in 2003 and her law degree from the University of California, Hastings College of Law in 2009. Prior to joining Janssen Malloy, Ms. Michaels worked as an attorney on class actions for Wolf Popper LLP in Puerto Rico. Ms. Michaels has also worked for the California Anti-SLAPP Project and is currently as Associate at Ginn and Crosby, LLP.

# EXHIBIT 2

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Janssen Malloy LLP | |
|---|---|---|
| Reporting Year | 2010 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Needham, W. Tim | $ 775.00 | 0.3 | | | | | | | | | | | | 0.3 | $ 232.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | $ 232.50 |

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Janssen Malloy LLP | |
|---|---|---|
| Reporting Year | 2011 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Needham, W. Tim | $ 775.00 | | | | | | | 0.3 | | | | | | 0.3 | $ 232.50 |
| Ellis, Karen | $ 175.00 | 0.5 | | | | | | | | | | | | 0.5 | $ 87.50 |
| Michaels, Shanti | $ 300.00 | 1.7 | | | | | | 63.2 | | | | | | 64.9 | $ 19,470.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 63.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 65.7 | $ 19,790.00 |

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Jannssen Malloy LLP | |
|---|---|---|
| Reporting Year | 2012 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael, Shanti | $ 300.00 | 12.5 | | | | 21.2 | | 833.5 | | 53.8 | | | | 921.0 | $ 276,300.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 12.5 | 0.0 | 0.0 | 0.0 | 21.2 | 0.0 | 833.5 | 0.0 | 53.8 | 0.0 | 0.0 | 0.0 | 921.0 | $ 276,300.00 |

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | |
|---|---|---|
| Reporting Year | 2013 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michaels, Shanti | $ 300.00 | 11.7 | | | | 602.0 | | 134.7 | | | | | | 748.4 | $ 224,520.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 11.7 | 0.0 | 0.0 | 0.0 | 602.0 | 0.0 | 134.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 748.4 | $ 224,520.00 |

## TIME AND LODESTAR SUMMARY

### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | | |
|---|---|---|
| Reporting Year | 2014 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Burroughs, Amelia | $ 550.00 | | | | | 0.2 | | | | | | | | 0.2 | $ 110.00 |
| Michaels, Shanti | $ 300.00 | | | | | 54.3 | | | | | 32.3 | | | 86.6 | $ 25,980.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 54.5 | 0.0 | 0.0 | 0.0 | 0.0 | 32.3 | 0.0 | 0.0 | 86.8 | $ 26,090.00 |

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | 2015 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

## TIME AND LODESTAR SUMMARY

### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Janssen Malloy LLP | |
|---|---|---|
| Reporting Year | Inception through Present | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ | - |
| 2008 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ | - |
| 2009 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ | - |
| 2010 | | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | $ | 232.50 |
| 2011 | | 2.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 63.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 65.7 | $ | 19,790.00 |
| 2012 | | 12.5 | 0.0 | 0.0 | 0.0 | 21.2 | 0.0 | 833.5 | 0.0 | 53.8 | 0.0 | 0.0 | 0.0 | 921.0 | $ | 276,300.00 |
| 2013 | | 11.7 | 0.0 | 0.0 | 0.0 | 602.0 | 0.0 | 134.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 748.4 | $ | 224,520.00 |
| 2014 | | 0.0 | 0.0 | 0.0 | 0.0 | 54.5 | 0.0 | 0.0 | 0.0 | 0.0 | 32.3 | 0.0 | 0.0 | 86.8 | $ | 26,090.00 |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ | - |
| | | 26.7 | 0.0 | 0.0 | 0.0 | 677.7 | 0.0 | 1031.7 | 0.0 | 53.8 | 32.3 | 0.0 | 0.0 | 1822.2 | $ | 546,932.50 |

| STATUS: | | CATEGORIES: |
|---|---|---|
| (P) | Partner | 1 Attorney Meeting/Strategy |
| (OC) | Of Counsel | 2 Court Appearance |
| (A) | Associate | 3 Client Meeting |
| (LC) | Law Clerk | 4 Draft Discovery Requests or Responses |
| (PL) | Paralegal | 5 Deposition Preparation |
| (I) | Investigator | 6 Attend Deposition - Conduct/Defend |
| | | 7 Document Review |
| | | 8 Experts - Work or Consult |
| | | 9 Research |
| | | 10 Motions/Pleadings |
| | | 11 Settlement |

**EXHIBIT 2**

**IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

12 Trial TIME AND LODESTAR SUMMARY

**INDIRECT PURCHASER PLAINTIFFS**

# EXHIBIT 3

# IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

## EXPENSE SUMMARY

## INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Janssen Malloy LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL | |
|---|---|---|---|
| | | | |
| Assessments | | | |
| Outside Copies | | | |
| In-house Reproduction /Copies | | | |
| Court Costs & Filing Fees | | $ | 25.20 |
| Court Reporters 7 Transcripts | | | |
| Computer Research | | | |
| Telephone & Facsimile | | | |
| Postage/Express Delivery/Courier | | $ | 0.88 |
| Professional Fees (investigator, accountant, etc.) | | | |
| Experts | | | |
| Witness / Service Fees | | | |
| Travel: Airfare | | | |
| Travel: Lodging/Meals | | | |
| Travel: Other | | | |
| Car Rental/Cabfare/Parking | | | |
| Other Expenses    CRT Antitrust Litigation Fund | | $ | 15,000.00 |
| | | | |
| | | $ | 15,026.08 |