# Exhibit 26

1  **MORRISON SUND PLLC**
   **5125 COUNTY ROAD 101**
2  **SUITE 200**
   **MINNETONKA, MN 55345**
3
   *Counsel for Indirect Purchaser Plaintiffs*
4

5

6

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                    **SAN FRANCISCO DIVISION**
12
   **IN RE: CATHODE RAY TUBE (CRT)**      Case No. 3:07-cv-5944
13 **ANTITRUST LITIGATION**               MDL No. 1917

14                                        **CLASS ACTION**

15                                        **DECLARATION OF BRIAN M. SUND IN**
                                          **SUPPORT OF PLAINTIFFS' APPLICATION**
16 This Document Relates to:             **FOR ATTORNEYS' FEES, EXPENSES AND**
                                          **INCENTIVE AWARDS**
17 All Indirect Purchaser Actions
                                          Judge:  Honorable Samuel Conti
18                                        Courtroom One, 17th Floor

19

20

21

22

23

24

25

26

27

28

I, Brian M. Sund, declare as follows:

1.      I am an attorney licensed to practice before the courts of Minnesota, and an Owner in the law firm Morrison Sund PLLC.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.      My firm is counsel of record in this case, and represents the Indirect Purchaser Plaintiffs.  A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference.

3.      Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.      During the course of this litigation, my firm has been involved in the following tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead Counsel.  My firm was a part of the discovery team.  As part of the discovery team, attorneys from my firm reviewed, analyzed and coded documents produced by defendants and third parties, prepared witness kits for deponents, and participated in discovery team conference calls and meetings.

5.      The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary of the amount of time spent by my firm's partners, attorneys and professional support staff who were involved in this litigation.  It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm.  Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if

1

1 necessary.  The hourly rates for my firm's partners, attorneys and professional support staff

2 included in Exhibit 2 were at the time the work was performed the usual and customary hourly

3 rates charged for their services in similar complex litigation.

4       6.     The total number of hours reasonably expended on this litigation by my firm from

5 inception to May 31, 2015 is 1,108 hours.  The total lodestar for my firm at historical rates is

6 $387,800.00.  The total lodestar for my firm at current rates is $476,440.00.  Expense items are

7 billed separately and are not duplicated in my firm's lodestar.

8       7.     The expenses my firm incurred in litigating this action are reflected in the books

9 and records of my firm. These books and records are prepared from expense vouchers, invoices,

10 receipts, check records and other source materials and accurately reflect the expenses incurred.

11 My firm's expense records are available for inspection by the Court if necessary.

12       8.     My firm did not incur any expenses in litigating this action.

13      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18TH

14 day of September, 2015, in Hennepin County, Minnesota.

16                              [SIGNATURE]

DECLARATION OF BRIAN M. SUND IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1



# LITIGATION DEPARTMENT



# LITIGATION

Morrison Sund has a team of highly skilled and talented litigators, with a broad range of experience in the areas of real estate, construction, commercial, product liability, insurance coverage, premises liability, employment, corporate, and class action litigation. These areas include disputes involving commercial and construction contracts, construction defects, mechanic's liens, personal injury defense, fire and explosion litigation, first and third party insurance coverage (including bad faith defense), shareholder interests, buy/sell agreements, non-compete agreements, intellectual property, trade secrets, trade mark and copyright infringement, family succession, quiet title actions, fraud, specific performance, and collections.

Morrison Sund also has an extensive appellate practice division with an unparalleled success record. In the past 10 years, the firm has prevailed in several Court of Appeals decisions and three Minnesota Supreme Court decisions. Between 2009 and 2012 alone, Morrison Sund won three Minnesota Supreme Court decisions, three Minnesota Court of Appeals decisions and one Wisconsin Court of Appeals decision. Our appellate division enables us to handle appeals from the district court that were handled by other firms as well for the specific purpose of the appeal alone. Our firm is happy to handle any appeal at any level without any trepidation to the referral source regarding the client.

Brian Sund chairs the Litigation Department. Together with fellow principal, Brad Ayers, the two have over 60 years of experience trying a variety of cases on a local, regional and national basis. The firm has built a solid reputation as trial lawyers in the Midwest and is widely respected for its practice expertise, particularly in the areas of construction litigation, title defense, insurance coverage, and product liability defense.

# MORRISON SUND PLLC
## ATTORNEYS AT LAW



### BRIAN M. SUND   -   PRINCIPAL
#### LITIGATION
PHONE – (952) 975-0050
BSUND@MORRISONSUND.COM

Brian chairs Morrison Sund's Litigation Practice Group.  He limits his practice to commercial litigation and appellate advocacy.  He specializes in the areas of insurance defense (CGL, E&O, title, bonds, coverage), construction law and class action litigation.  His clients include nationally-known insurance companies, real estate developers, home builders and hospitality concerns.



### BRADLEY J. AYERS   -   PRINCIPAL
#### LITIGATION
PHONE – (952) 277-0131
BAYERS@MORRISONSUND.COM

Brad practices in the areas of product liability, premises liability, insurance and construction litigation. He represents a variety of corporations and insurers in personal injury and property damage cases nationwide. Brad has successfully tried numerous cases to verdict in State and Federal. Brad has also successfully tried insurance coverage cases involving arson, fraud and fire subrogation.



### RYAN R. DREYER   -   PRINCIPAL
#### LITIGATION
PHONE – (952) 277-0116
RDREYER@MORRISONSUND.COM

Ryan has a broad litigation practice and has tried cases involving breach of fiduciary duty, fraudulent transfers, breach of contract, statutory employment claims, mechanic's liens, construction defects, conversion, and numerous other business and individual claims and criminal matters.

# MORRISON SUND PLLC
## ATTORNEYS AT LAW



### ERIC G. NASSTROM  -  PRINCIPAL
### LITIGATION
PHONE – (952) 277-0115
ENASSTROM@MORRISONSUND.COM

Eric exclusively practices in the area of civil litigation and insurance defense.  A major focus of his practice involves representing clients in real estate matters, including title insurance defense, mechanic's lien claims, construction and landlord/tenant disputes, and mortgage foreclosures.  He also frequently handles commercial civil litigation matters.



### JACKSON D. BIGHAM  -  ATTORNEY
### LITIGATION
PHONE – (612) 412-3565
JBIGHAM@MORRISONSUND.COM

Jackson concentrates his practice in the field of complex litigation, primarily in antitrust, unfair competition and consumer protection matters.  Jackson has represented plaintiffs and plaintiff classes in multidistrict litigation class actions involving claims of anticompetitive conduct, unfair business practices, and consumer fraud.



### STACY L. KABELE  -  ATTORNEY
### LITIGATION
PHONE – (952) 277-0130
SKABELE@MORRISONSUND.COM

Stacy is an experienced trial attorney who has first-chaired over 30 jury and bench trials in Minnesota courts. In 2011, Stacy's experience also includes working as in-house trial attorney for more than eight years for one of the nation's largest mutual property and casualty insurers.

# MORRISON SUND PLLC
## — ATTORNEYS AT LAW —



**KERRY A. TRAPP  -  ATTORNEY**
LITIGATION
PHONE – (952) 277-0137
KTRAPP@MORRISONSUND.COM

Kerry's experience includes representation of clients in all phases of litigation: including negotiations, motions, mediations, arbitrations, trials and appeals. Her practice focuses primarily on commercial litigation, contract disputes, shareholder disputes, construction litigation, real estate litigation and related matters.



**JEFFREY R. UNDERHILL  -  ATTORNEY**
LITIGATION
PHONE – (952) 277-0117
JUNDERHILL@MORRISONSUND.COM

Jeff practices civil litigation and has experience with construction defect cases, mechanic's lien claims, contract disputes, real estate matters, and conflicts governed by the Minnesota Common Interest Ownership Act.  Jeff has also litigated adversarial actions before the bankruptcy court.

# EXHIBIT 2

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | 2007 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | | | | | | | | | | | | | 0.0 | $      - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $      - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | 2008 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $    - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | 2009 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $    - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | 2010 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $          - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | 2011 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Morrison Sund | | |
|---|---|---|---|
| Reporting Year | 2012 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jackson Bigham (A | $ 350.00 | | | | | | | 766.3 | | | | | | 766.3 | $ 268,205.00 |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 766.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 766.3 | $ 268,205.00 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Morrison Sund | | |
|---|---|---|---|
| Reporting Year | 2013 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jackson Bigham (A | $ 350.00 | | | | | | | 341.7 | | | | | | 341.7 | $ 119,595.00 |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 341.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 341.7 | $ 119,595.00 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | 2014 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | 2015 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $       - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Morrison Sund | | |
|---|---|---|---|
| Reporting Year | Inception through Present | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2008 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2009 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2010 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2011 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2012 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 766.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 766.3 | $ 268,205.00 |
| 2013 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 341.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 341.7 | $ 119,595.00 |
| 2014 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1108.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1108.0 | $ 387,800.00 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:

1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# EXHIBIT 3

**EXHIBIT 3**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**EXPENSE SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Trump Alioto Trump & Prescott, LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | | |
| Outside Copies | | |
| In-house Reproduction /Copies | | |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | | |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | |
| Travel: Lodging/Meals | | |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| Other Expenses | | |
| | | |
| | | $            - |