# Exhibit 27

1   Daniel R. Karon
    **KARON LLC**
2   700 West St. Clair Avenue, Suite 200
    Cleveland, OH  44113
3   PH:  (216) 622-1851
    FX:  (216) 241-8175
4   dkaron@karonllc.com

5   *Counsel for Indirect Purchaser Plaintiffs*

6

7

8

9

10                  **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12                   **SAN FRANCISCO DIVISION**

13  | **IN RE: CATHODE RAY TUBE (CRT)** | Case No. 3:07-cv-5944 |
    | **ANTITRUST LITIGATION** | MDL No. 1917 |
14  | | |
    | | **CLASS ACTION** |
15  | | |
    | This Document Relates to: | **DECLARATION OF DANIEL R. KARON IN** |
16  | | **SUPPORT OF PLAINTIFFS' APPLICATION** |
    | All Indirect Purchaser Actions | **FOR ATTORNEYS' FEES, EXPENSES AND** |
17  | | **INCENTIVE AWARDS FOR KARON LLC** |
18  | | Judge:  Honorable Samuel Conti |
    | | Courtroom One, 17th Floor |
19

20

21

22

23

24

25

26

27

28

I, Daniel R. Karon, declare as follows:

1.      I am an attorney licensed to practice before the courts of Ohio and Illinois, and Managing Partner of the law firm Karon LLC.  I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.  I make this Declaration in support of Karon LLC's request for attorneys' fees and request for reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.      Karon LLC is counsel of record in this case and represents named plaintiff Barry Kushner.  A brief description of the Karon LLC is attached as Exhibit 1 and incorporated herein by reference.

3.      Throughout this litigation, Karon LLC kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred and transmitted those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by the firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.      During this litigation, Karon LLC was involved in the following tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead Counsel:

- reviewed documents for depositions and trial;
- conducted deposition preparation; and
- researched and drafted liability memoranda for use at trial.

5.      The schedules attached as Exhibit 2, and incorporated herein, are detailed summaries of the amount of time spent by Karon LLC's partners, attorneys, and professional support staff who were involved in this litigation.  These schedules do not include any time devoted to preparing this Declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar calculations are based on the firm's historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by Karon.  These records have been provided to Lead Counsel, and I authorize Lead Counsel to submit these records for inspection by the Court, if necessary.  The hourly rates for

1

DECLARATION OF DANIEL R. KARON IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS FOR KARON LLC.
Case No. 3:07-cv-5944 SC, MDL No. 1917

Karon LLC's partners, attorneys and professional support staff included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for their services in similar complex litigation.

6.     The total number of hours reasonably expended on this litigation by Karon LLC from inception to May 31, 2015 is 470.98 hours.  The total lodestar for the firm at historical rates is $205,006.30.  The total lodestar for the firm at current rates is $205,006.30.  Expense items are billed separately and are not duplicated.

7.     The expenses of Karon LLC incurred in litigating this action are reflected in the books and records of the firm. These books and records are prepared from expense vouchers, invoices, receipts, check records, and other source materials and accurately reflect the expenses incurred.  Karon LLC's expense records are available for inspection by the Court if necessary.

8.     Karon LLC incurred unreimbursed expenses of $0.00.  A summary of those expenses by category is attached as Exhibit 3.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4 day of September, 2015, in Cleveland, Ohio.

Daniel R. Karon

DECLARATION OF DANIEL R. KARON IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS FOR KARON LLC.
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

## *Daniel R. Karon*

Karon LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH  44113-1998
Telephone: (216) 622-1851
Facsimile: (216) 241-8175
E-mail: dkaron@karonllc.com
Web: www.karonllc.com

## SUMMARY:

Mr. Karon is a class-action trial attorney specializing in antitrust, consumer-fraud, and securities-fraud litigation. He began his class-action career with Much Shelist Freed Denenberg Ament & Rubenstein, P.C. in Chicago, and he now manages Karon LLC. Mr. Karon represents individuals and corporations in consumer-fraud and securities-fraud class-action matters, and he represents domestic and international corporations in domestic and international antitrust class-action matters.

Mr. Karon has taught class-action law as an Adjunct Professor of Law at Cleveland State University's Cleveland-Marshall College of Law, lectures on class-action law at multiple law schools, and serves on Loyola University Chicago School of Law's Institute for Consumer Antitrust Studies' U.S. Advisory Board. Mr. Karon chairs the ABA's National Institute on Class Actions, was an editorial board member and contributing author to the ABA's Litigation Section's *Class Actions Today–Jurisdiction to Resolution* magazine, is a member of the Ohio Association of Justice's Board of Trustees, and served as an editorial board member for the Ohio Academy of Justice's *Ohio Trial* magazine. He has published multiple law-review and bar-journal articles on class-action topics, and he lectures nationally on class-actions for the ABA and other bar associations.

In addition to various antitrust and consumer-fraud class actions, Mr. Karon was extensively involved in the *LCD-TFT Indirect Purchaser Antitrust Litigation* (nationwide price-fixing class action that settled for $1.1 billion), *Vitamins Direct Purchaser Antitrust Litigation* (nationwide price-fixing class action that resolved for $2 billion), *NASDAQ Market-Makers Antitrust Litigation* (nationwide price-fixing class action that settled for $1.027 billion), *Monosodium Glutamate Antitrust Litigation* (nationwide price-fixing class action that settled for $130 million), *Methionine Antitrust Litigation* (nationwide price-fixing class action that settled for $101 million), and *Sorbates Direct Purchaser Antitrust Litigation* (nationwide price-fixing class action that settled for $94.5 million). He serves as lead counsel in the *Magnesium Oxide Antitrust Litigation, Aftermarket Sheet Metal Indirect Purchaser Antitrust Litigation, Dairy Indirect-Purchaser Antitrust Litigation, Johnson v. Evangelical Lutheran Church of America, Schwartz v. Avis Rent-A-Car Corp., and Klein v. Budget Rent-A-Car Group*; served as lead counsel in the *Bausch & Lomb Contact Lens Product Liability Litigation* and *Schwartz v. Alltel Corp.*; and acts as co-lead counsel in multiple other antitrust and consumer-fraud class-action cases. He also served as discovery co-chair in the *Bulk Graphite Antitrust Litigation,* class-certification co-chair in the *Pressure Sensitive Labelstock Antitrust Litigation,* and briefing co-chair in the *EPDM Antitrust Litigation* and *Carbon Black Antitrust Litigation.*

## EDUCATION:

J.D., 1991
    Michael E. Moritz College of Law, The Ohio State University
    Member, *The Ohio State Journal on Dispute Resolution*
    Quarterfinalist, First-Year Moot Court Competition

B.A., Speech Communication, 1988
Certificate, Jewish Studies, 1988
    Indiana University-Bloomington

## TEACHING EXPERIENCE:

Adjunct Professor of Law, Cleveland-Marshall College of Law, Cleveland State University
Spring 2006-2010
    Class-Action Law

Lecturer, Michael E. Moritz College of Law, The Ohio State University
February 2008-Present
    Class-Action Law

Lecturer, Columbia Law School
February 2013, 2014
    Class-Action Law

Lecturer, Notre Dame Law School
February 2015
    Class-Action Law

Lecturer, Benjamin N. Cardozo School of Law, Yeshiva University
April 2014
    Class-Action Law

Lecturer, Tulane Law School
November 2013
    Class-Action Law

Lecturer, Loyola University Chicago School of Law
November 2013
    Class-Action Law

Lecturer, Vanderbilt Law School
April 2013
    Class-Action Law

2

## BAR ADMISSIONS:

United States District Court for the Eastern District of Michigan, 2015

United States Court of Appeals for the Sixth Circuit 2013

United States District Court for the Southern District of Ohio, 2004

United States District Court for the Northern District of Ohio, 1998

United States Court of Appeals for the Seventh Circuit, 1995

United States District Court for the Northern District of Illinois, 1991

Ohio, 1997

Illinois, 1991

## CLASS-ACTION EXPERIENCE:

Karon LLC, Cleveland, OH
Owner, 2014-Present

Goldman Scarlato Karon & Penny, P.C., Cleveland, OH
Owner, 2002-2014

Gallagher Sharp Fulton & Norman, Cleveland, OH
Attorney, 2000-2002

Law Offices of Daniel R. Karon, Cleveland, OH
Owner, 1998-2000

Much Shelist Freed Denenberg Ament & Rubenstein, P.C., Chicago, IL
Attorney, 1994-1998

## PUBLICATIONS:

*Is it CAFA or Kafka? Effectively Pleading Multistate Class-Action Cases after the Class Action Fairness Act,* THE OHIO ASSOCIATION FOR JUSTICE QUARTERLY 21 (October 2014)

*Reflections from the 2013 National Institute on Class Actions,* 24 ABA's CLASS ACTIONS & DERIVATIVE SUITS 1 (Fall 2013)

*Suspicionless Strip Searches - What's Next?,* 39:1 LITIGATION 8 (Winter 2013)

*Ripped from the Headlines – Ten Lawyers Look at the Story,* 38:2 LITIGATION 25 (Winter 2012)

3

*"T'was Three Years After Twombly and All Through the Bar, Not a Plaintiff Was Troubled From Near or From Far." The Unremarkable Effect of the U.S. Supreme Court's Re-expressed Pleading Standard in Bell Atlantic Corp. v. Twombly,* 44 U.S.F. L. REV. 571 (2010)

*The Unremarkable Effect of Bell Atlantic Corp. v. Twombly on Pleading Class-Action Complaints,* 11:2 ABA's COMM'L & BUS. LITIG. 6 (Spring 2010)

*Is it CAFA or Kafka,* AAJ's TRIAL MAGAZINE 24 (July 2009)

*ABA's Consumer Protection Law Developments,* Chapter 5 State Consumer Law, § 36 Ohio (2009).

*"When Congress Gives You Lemons . . ." Plaintiffs' attorneys are forced by the Class Action Fairness Act to devise innovative new ways to prosecute interstate class actions,* PLAINTIFF MAGAZINE 1 (Feb. 2008)

*Multi-State Class Actions After CAFA—Preserving Consumers' Rights by Pleading Creatively,* ABA's CLASS ACTIONS TODAY 9 (special edition 2007)

*"How Do You Take Your Multi-State, Class-Action Litigation? One Lump or Two?" Infusing State Class-Action Jurisprudence into Federal, Multi-State Class-Certification Analyses in a "CAFA-nated" World,* 46 SANTA CLARA L. REV. 567 (2006)

*Unjust Enrichment's Application to Consumer Price-Fixing, Class-Action Claims,* 16 ABA's CLASS ACTIONS & DERIVATIVE SUITS 1 (Winter 2006)

*Undoing the Otherwise Perfect Crime. Applying Unjust Enrichment to Consumer Price-Fixing Claims,* 108 W. VA. L. REV. 395 (2005)

*A Non-Class Action Lawyer's Guide to Ohio Consumer Class Actions–Understanding the Basics and Recognizing Opportunities,* 14:3 OHIO TRIAL 26 (2005)

*Price Fixing and Market Allocation–What to Avoid, What to Watch For,* 2.2 ABA'S ANTITRUST COUNSELOR 1 (2005)

*"Your Honor, Tear Down that Illinois Brick Wall!" The National Movement Toward Indirect Purchaser Antitrust Standing and Consumer Justice,* 30 WM. MITCHELL L. REV. 1351 (2004)

*Price Fixing, Market Allocation and Bid Rigging Conspiracies: How to Counsel Your Clients to Detect Violations and Inform You of Potential Claims,* 25 AMER. J. TRIAL ADVOC. 241 (2002)

*Collusion Central. Helping Your Clients Deal with Price Fixers,* 11:3 ABA's BUS. L. TODAY 9 (2002)

*A Practitioner's Primer on Securities Fraud Class Action Litigation,* 69:6 CLEV. BAR J. 8 (1998)

*Kicking Our Gift Horse in the Mouth – Arbitration and Arbitrator Bias: Its Source, Symptoms and Solutions,* 7 OHIO ST. J. ON DISP. RESOL. 315 (1992)

*Winning Isn't Everything, It's the Only Thing. Violence in Professional Sports: The Need for Federal Regulation and Criminal Sanctions,* 25 IND. L. REV. 147 (1991)

## SPEAKING ENGAGEMENTS:

Program Chair, "Antitrust for Non-Antitrust Lawyers: How to Grow Your Business by Recognizing New Opportunities," National Teleseminar, January 15, 2015, sponsored by American Association for Justice

Program Chair and Moderator, ABA's 18th Annual National Institute on Class Actions, "Second to None. Class Actions 101" and "Who Needs *The Second City*?" Class Certification from A(kroyd) to (Lovit)Z: A Three-Act Play," Chicago, IL, October 23-24, 2014, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Lecturer, Ohio Association of Justice's Annual Convention, "Class Actions for Non-Class Action Attorneys. How to Grow Your Business by Recognizing New Opportunities," Columbus, OH, May 8, 2014, sponsored by Ohio Association of Justice

Panelist, Article III Standing and Rule 23(b)(3) Certification: Emerging Litigation Trends, December 3, 2013, National Teleseminar, sponsored by Strafford Publications

Program Chair and Moderator, ABA's 17th Annual National Institute on Class Actions, "Listen Co-Counsel, You'll Learn a Ton, It's Time for Class Actions 101" and "'Show Me the Money!!! . . . or Don't.' *Cy Pres* Recoveries, Requests for Attorneys' Fees, and Does This Amount to a Hill of Beans?" Boston, MA, October 23-24, 2013, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, Ohio State Bar Association's 2012 Great Lakes Antitrust Institute, "New Developments in Antitrust Law," Columbus, OH, November 2, 2012, sponsored by the Ohio State Bar Association

Program Chair and Moderator, ABA's 16th Annual National Institute on Class Actions, "'The Class Definition that Works . . . or Does It?' Strategies for Pleading and Attacking Class Definitions – The Most Basic and Most Ignored Step in a Class-Action Lawsuit's Success or Failure," Chicago, IL October 25, 2012, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Program Chair and Moderator, "Reexamining the Class-Action Practice and Considering Where it—Indeed, We—Go From Here," Chicago, IL, August 3, 2012, sponsored by the ABA

Moderator and Panelist, "Everything MDL. First-Hand Perspectives from MDL Panel Judges, MDL District Court Judges, and MDL Lawyers," Cleveland, OH, July 25, 2012, sponsored by the Cleveland Metropolitan Bar Association and the Federal Bar Association, Northern District of Ohio Chapter

Panelist, "Litigating Class Actions Between Class Certification and Trial," National Teleseminar, January 31, 2012, sponsored by Strafford Publications

Panelist, "Trends in Federal Circuit Class Certification Rulings," National Teleseminar, January 19, 2012, Law Seminars International

Program Chair and Moderator, ABA's 15th Annual National Institute on Class Actions, "The Practice that Never Sleeps: Reexamining the Class-Action Practice and Considering Where it—Indeed, We—Go From Here," New York, NY, October 14, 2011, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, *Wal-Mart v. Dukes,* Practical Implications of the Supreme Court's Landmark Class-Action Ruling, National Teleseminar, June 30, 2011, sponsored by Law Seminars International

Panelist, ABA's 59th Annual Antitrust Law Spring Meeting, "Guilt by Association?  Trade Associations, Cartel Investigations, and *Twombly,*" Washington, D.C., March 30, 2011, sponsored by the ABA's Antitrust Law Section

Panelist, "Pleading and Defending Class Actions: Leveraging the Latest Developments in CAFA Removal Jurisdiction," National Teleseminar, December 8, 2010, sponsored by Strafford Publications

Panelist, "Litigating Class Actions Between Class Certification and Trial," National Teleseminar, November 2, 2010, sponsored by Strafford Publications

Program Chair and Moderator, ABA's 14th Annual National Institute on Class Actions, "'The Standard that Works . . . or Does It?'  Deciding Choice-of-Law and Reliance/Causation/ Deception Standards in Multi-state, Consumer-Fraud Class-Actions After CAFA," Chicago, IL, October 14, 2010, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, "Consumer Class-Action Litigation:  Leveraging New Developments in Class Certification, Causation, and Reliance," National Teleseminar, April 20, 2010, sponsored by Strafford Publications

Panelist and Moderator, ABA's 13th Annual National Institute on Class Actions, "A Funny Thing Happened on the Way to the Courthouse . . . I Had to Litigate an Arbitration Clause!  Crafting, Opposing, and Arguing Arbitration Clauses and Class-Action Waivers in Three Scenes," Washington DC, November 20, 2009, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist and Moderator, ABA's 13th Annual National Institute on Class Actions, A Funny Thing Happened on the Way to the Courthouse . . . I Had to Litigate an Arbitration Clause!  Crafting, Opposing, and Arguing Arbitration Clauses and Class-Action Waivers in Three Scenes, San Francisco, CA, October 30, 2009, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, "Litigating Class Actions Between Class Certification and Trial," National Teleseminar, August 11, 2009, sponsored by Strafford Publications

Panelist, "It Ain't Over Till it's Over:  Litigating Class Actions After Class Certification and Before Trial," National Teleseminar, May 27, 2009, sponsored by ABA Litigation Section

Panelist, "Antitrust 101:  Understanding, Pleading, and Defending Price-Fixing Claims," ABA Brown Bag Teleseminar, February 18, 2009, sponsored by the ABA's Section on Litigation

Panelist, "Pleading, Defending, and Settling Class Actions. Emerging Trends," National Teleseminar, December 9, 2008, sponsored by Strafford Publications

Panelist, Ohio State Bar Association's 2008 Antitrust Program, "When Opportunity Knocks . . . . Growing Your Business or Company's Bottom Line by Recognizing When, Whether, and How to Pursue Class-Action, Price-Fixing Claims," Columbus, OH, November 14, 2008, sponsored by the Ohio State Bar Association

Panelist and Moderator, ABA's 12th Annual National Institute on Class Actions, "'I Could Have Sworn It was CAFA, *not Kafka*!' The Metamorphosis of Pleading, Defending, and Settling Multi-State Class Actions—A Surreal-Life, Three-Act Play," New York, NY, November 7, 2008, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, October 31, 2008, sponsored by the Cleveland Bar Association

Panelist, "Pleading, Defending, and Settling Class Actions. Emerging Trends," National Teleseminar, May 13, 2008, sponsored by Strafford Publications

Panelist, Ohio Association for Justice's 2008 Annual Convention, "New Developments in Plaintiffs' Antitrust Law," Columbus, OH, May 9, 2008, sponsored by the Ohio Association for Justice

Lecturer, "Class Actions for Non-Class Action Lawyers. Growing Your Business by Understanding the Basics and Recognizing Opportunities," Los Angeles, CA, February 21, 2008, sponsored by the Los Angeles County Bar Association

Panelist, "Class Action Removal Standards in Flux. New Litigation Strategies for Plaintiff and Defense Counsel," National Teleseminar, February 19, 2008, sponsored by Strafford Publications

Panelist and Moderator, ABA's 11th Annual National Institute on Class Actions, "The Nationwide Class: White Elephant, Endangered Species, or Alive and Well?" Chicago, IL, October 19, 2007, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panel Co-Chair, ABA's 2007 Annual Meeting, "'Is this CAFA or Kafka?' Multi-State Class Actions in a Time of Metamorphosis–A Surreal-Life, Three-Act Play," San Francisco, CA, August 9-12, 2007, sponsored by the ABA

Panelist, ABA's 2007 Litigation Section Annual Conference, "The Last Laugh–Perspectives on CAFA," San Antonio, TX, April 11-14, 2007, sponsored by the American Bar Association

Lecturer, "Class Actions for Non-Class Action Lawyers," Los Angeles, CA, February 23, 2007, sponsored by the Los Angeles County Bar Association

Moderator, ABA's 10th Annual National Institute on Class Actions, Chicago, IL, October 27, 2006, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Lecturer, "The Business Litigation Seminar," Cleveland, OH, June 21, 2006, sponsored by the Cleveland Bar Association

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business–How to Avoid Being a Victim," Cleveland, OH, June 16, 2006, sponsored by the Cleveland Chemical Association

7

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, June 6, 2006, sponsored by the Cleveland Bar Association

Lecturer/Panelist, "Civil Practice and Litigation Techniques in Federal and State Courts," Charleston, SC, May 31, 2006, sponsored by ALI-ABA

Lecturer, "Class Actions for Non-Class Action Lawyers," Los Angeles, CA, February 25, 2006, sponsored by the Los Angeles County Bar Association

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, December 6, 2005, sponsored by the Cleveland Bar Association

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, November 18, 2005, sponsored by the Cuyahoga County Bar Association

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business–How to Avoid Being a Victim," Pittsburgh, PA, November 11, 2005, sponsored by the Pittsburgh Chemical Association

Moderator, "ABA's 9th Annual National Institute on Class Actions," Chicago, IL, September 23, 2005, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business–How to Avoid Being a Victim," Cleveland, OH, September 16, 2005, sponsored by the Cleveland Chemical Association

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business–How to Avoid Being a Victim," Vail, CO, July 26, 2005, sponsored by the OC Chemical Dealers' Association

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, May 20, 2005, sponsored by the Cleveland Bar Association

Lecturer, "Class Actions for Non-Class Action Lawyers," Miami, FL, May 13, 2005, sponsored by Lighthouse Seminar Group, Dallas, TX

Lecturer, "Class Actions for Non-Class Action Lawyers:  Understanding the Basics and Recognizing Opportunities," Phoenix, AZ, March 25, 2005, sponsored by the Maricopa County Bar Association

Lecturer, "Class Actions for Non-Class Action Lawyers," Chicago, IL, January 21, 2005, sponsored by Lighthouse Seminar Group, Dallas, TX

Lecturer, "Recognizing Class Action Opportunities," Columbus, OH, December 12, 2004, sponsored by the Columbus Bar Association

Lecturer, "Class Actions:  Understanding the Basics and Recognizing Opportunities," Cleveland, OH, May 28, 2004, sponsored by the Cleveland Bar Association

Lecturer, "Select Topics for Trial Lawyers, A Primer on Class Actions for the Non-Class Action Litigator in New York," New York, NY, August 11, 2004, sponsored by Lorman Educational Services, Eau Claire, WI

Lecturer, "The Business Litigation Seminar-Advanced Tactics and Motions," Cleveland, OH, December 12, 2003, sponsored by the Cleveland Bar Association

Lecturer, "Community Litigation Workshop," Detroit, MI, June 5, 1998, sponsored by the Firearms Litigation Clearinghouse, Washington D.C.

## PROFESSIONAL ACTIVITIES:

American Bar Association, 2003-Present
    Chairperson, National Institute on Class Actions, 2010-Present
    Litigation Section, Co-Chair, Class Action and Derivative Suits Committee's Antitrust Subcommittee
    Antitrust Section, 2008-2012

Contributor, A. Scalia & B. Garner, *Reading Law: The Interpretation of Legal Texts* (2012)

American Society of Writers on Legal Subjects, 2004-Present
    Law-Review Award Committee, 2004-2009
    Brief-Writing Committee, 2004-2009

American Association of Justice, 1998-Present
    ABA Liaison Committee, 2014-Present
    Business Torts/Class-Action Section Subcommittee, 2010-Present

Class Action Trial Lawyers' Association, 2011-Present
    Executive Committee, 2011-Present

Cleveland Bar Association, 1997-2009

National Association for Consumer Advocates, 2003-Present

## BOARD MEMBERSHIPS AND CIVIC ACTIVITIES:

Ohio Association for Justice, 2003-Present
    Board of Trustees, 2012-Present
    Chair, Consumer Law Section, 2014-Present

Cleveland Metropolitan Bar Association, Multi-District Litigation Task Force, 2010-2012

Loyola University Chicago School of Law, Institute for Consumer Antitrust Studies' U.S. Advisory Board, 2004-Present

IUvisors Student Advisors, Indiana University Alumni Foundation, 2014-Present

Antitrust Section Council Member, Ohio State Bar Association, 2007-Present
   Great Lakes Antitrust Institute Planning Committee, 2013

Cleveland Legal Aid Society
   Volunteer Attorney, 2014-Present

Public Justice, 2011-Present
   Class Action Preservation Project Committee, 2014-Present

Editorial Board, Ohio Academy of Trial Lawyers' *Ohio Trial* Magazine, 2004-2010

Class Action Advisory Board, Strafford Legal Publications, 2008-Present

Editorial Board, American Bar Association, Litigation Section's *Class Actions Today. Jurisdiction to Resolution* (special publication), 2007-2008

Assistant Coach, Northern Ohio Warriors Traveling Youth Baseball Club, 2014-Present

Fellow, Litigation Counsel of America Trial Lawyer Honorary Society, 2008-2010

Women's Community Foundation, Men's Executive Committee, 2004-2010

Judge, Landskroner Foundation for Children's 9th Annual Law Student Closing Argument Competition, 2007

Anti-Defamation League's Steinberg Leadership Institute, 1998-2000

Associate Attorney's Committee Co-Chair, Lawyers' Division, Jewish Federation of Metropolitan Chicago, 1995-1997

DePaul University College of Law, Moot Court Judge, 1993-1994

Sigma Alpha Mu - Sigma Zeta Housing Corporation, 2004-2009

Young Leadership Board, Jewish Federation of Metropolitan Chicago, 1993-1997

Young Leadership Board, Jewish Community Federation of Cleveland, 1997-2000

## HONORS AND AWARDS:

Norvelle Scholarship for Academic Excellence, Indiana University

Ohio Super Lawyer, 2012-Present

# EXHIBIT 2

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Karon LLC | |
|---|---|---|
| Reporting Year | 2014 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel R. Karon (P) | $ 690.00 | | | | | | | | | | | | | 0.00 | $ - |
| Beau D. Hollowell (A) | $ 430.00 | | | | | | | | | | | | | 0.00 | $ - |
| Natalie Kabasakalian (A) | $ 435.00 | | | | | 112.00 | | | | 20.00 | | | 137.81 | 269.81 | $ 117,367.35 |
| | | | | | | | | | | | | | | 0.00 | $ - |
| | | | | | | | | | | | | | | 0.00 | $ - |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 112.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 137.81 | 269.81 | $ 117,367.35 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Karon LLC | | |
|---|---|---|---|
| Reporting Year | 2015 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel R. Karon (P) | $ 695.00 | | | 0.50 | | | | | | | | | | 0.50 | $ 347.50 |
| Beau D. Hollowell (A) | $ 435.00 | | | | | | | | | | | | | 0.00 | $ - |
| Natalie Kabasakalian (A) | $ 435.00 | | | | | | | | | | 27.00 | | 173.67 | 200.67 | $ 87,291.45 |
| | | | | | | | | | | | | | | 0.00 | $ - |
| | | | | | | | | | | | | | | 0.00 | $ - |
| | | | | | | | | | | | | | | 0.00 | $ - |
| | | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 | 0.00 | 173.67 | 201.17 | $ 87,638.95 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | Inception through Present | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2009 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2010 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2011 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2012 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2013 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2014 | | 0.00 | 0.00 | 0.00 | 0.00 | 112.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 137.81 | 269.81 | $ 117,367.35 |
| 2015 | | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 | 0.00 | 173.67 | 201.17 | $ 87,638.95 |
| | | 0.00 | 0.00 | 0.50 | 0.00 | 112.00 | 0.00 | 0.00 | 0.00 | 20.00 | 27.00 | 0.00 | 311.48 | 470.98 | $ 205,006.30 |

| STATUS: | | CATEGORIES: |
|---|---|---|
| (P) | Partner | 1 Attorney Meeting/Strategy |
| (OC) | Of Counsel | 2 Court Appearance |
| (A) | Associate | 3 Client Meeting |
| (LC) | Law Clerk | 4 Draft Discovery Requests or Responses |
| (PL) | Paralegal | 5 Deposition Preparation |
| (I) | Investigator | 6 Attend Deposition - Conduct/Defend |
| | | 7 Document Review |
| | | 8 Experts - Work or Consult |
| | | 9 Research |
| | | 10 Motions/Pleadings |
| | | 11 Settlement |
| | | 12 Trial |

# EXHIBIT 3

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

EXPENSE SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Karon LLC |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL | |
|---|---|---|---|
| | | $ | - |
| Assessments | | $ | - |
| Outside Copies | | $ | - |
| In-house Reproduction /Copies | | $ | - |
| Court Costs & Filing Fees | | $ | - |
| Court Reporters 7 Transcripts | | $ | - |
| Computer Research | | $ | - |
| Telephone & Facsimile | | $ | - |
| Postage/Express Delivery/Courier | | $ | - |
| Professional Fees (investigator, accountant, etc.) | | $ | - |
| Experts | | $ | - |
| Witness / Service Fees | | $ | - |
| Travel: Airfare | | $ | - |
| Travel: Lodging/Meals | | $ | - |
| Travel: Other | | $ | - |
| Car Rental/Cabfare/Parking | | $ | - |
| Other Expenses | | $ | - |
| | | $ | - |
| | | $ | - |