Exhibit 28

1    **FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON**
     **337 Penco Road**
2    **Weirton, WV  26062**
     **304-723-4400**
3
     *Counsel for Indirect Purchaser Plaintiffs*
4

5

6

7

8

9                         **UNITED STATES DISTRICT COURT**

10                       **NORTHERN DISTRICT OF CALIFORNIA**

11                          **SAN FRANCISCO DIVISION**

12   | **IN RE: CATHODE RAY TUBE (CRT)** | Case No. 3:07-cv-5944 |
13   | **ANTITRUST LITIGATION** | MDL No. 1917 |

14   |  | <u>**CLASS ACTION**</u> |

15   | This Document Relates to: | **DECLARATION OF MICHAEL G. SIMON IN** |
     |  | **SUPPORT OF PLAINTIFFS' APPLICATION** |
16   | All Indirect Purchaser Actions | **FOR ATTORNEYS' FEES, EXPENSES AND** |
     |  | **INCENTIVE AWARDS** |
17
                                    Judge:  Honorable Samuel Conti
18                                  Courtroom One, 17th Floor

19

20

21

22

23

24

25

26

27

28

I, MICHAEL G. SIMON, declare as follows:

1.     I am an attorney licensed to practice before the courts of West Virginia, and a Partner in the law firm Frankovitch, Anetakis, Colantonio & Simon. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.     My firm is counsel of record in this case, and represents named plaintiff(s), John Larch. A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference.

3.     Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel. All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.     During the course of this litigation, my firm has been involved in the following tasks and activities on behalf of the IPPs. All of this work was assigned and/or approved by Lead Counsel.

Document review, assisted with discovery in regards to our client's deposition, defense of deposition of our client, preparation of our client for deposition and other work assignments as assigned by lead counsel.

5.     The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary of the amount of time spent by my firm's partners, attorneys and professional support staff who were involved in this litigation. It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed. Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm. Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if

1

DECLARATION OF MICHAEL G. SIMON IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
MDL 3:07-md-1827 SI

1  necessary.  The hourly rates for my firm's partners, attorneys and professional support staff

2  included in Exhibit 2 were at the time the work was performed the usual and customary hourly

3  rates charged for their services in similar complex litigation.

4        6.        The total number of hours reasonably expended on this litigation by my firm from

5  inception to May 31, 2015 is 1,122.21 hours.  The total lodestar for my firm at historical rates is

6  $197,859.25.  The total lodestar for my firm at current rates is $197,859.25.  Expense items are

7  billed separately and are not duplicated in my firm's lodestar.

8        7.        The expenses my firm incurred in litigating this action are reflected in the books

9  and records of my firm. These books and records are prepared from expense vouchers, invoices,

10  receipts, check records and other source materials and accurately reflect the expenses incurred.

11  My firm's expense records are available for inspection by the Court if necessary.

12        8.        My firm incurred a total of $27,389.68 in unreimbursed expenses, all of which were

13  reasonable and necessary for the prosecution of this litigation.  Of this amount, $25,000.00 was for

14  assessment payments for common litigation expenses or direct payments to experts or other

15  vendors made at the request of Lead Counsel, and an additional $2,389.68 was for non-common

16  litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research,

17  telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

18

19        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd

20  day of July, 2015, in Weirton, West Virginia.

21

22                                                  [SIGNATURE]

23

24

25

26

27

28

DECLARATION OF MICHAEL G. SIMON IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

**EXHIBIT 1**

**FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON**
**337 Penco Road**
**Weirton, West Virginia 26062**
**(304) 723-4400**
**Fax (304) 723-5892**
**www.facslaw.com**

**Curriculum Vitae**

Partners:        George J. Anetakis, Carl N. Frankovitch, M. Eric Frankovitch, Mark A.
                 Colantonio and Michael G. Simon

Associates:      Thomas J. Decapio, Kevin M. Pearl and Carl A. Frankovitch

Of Counsel:      William R. Kiefer

Frankovitch, Anetakis, Colantonio & Simon is a West Virginia based law firm with a main office
in Weirton and branch offices in Wheeling and Chester, West Virginia.  The firm is comprised of
attorneys licensed in West Virginia, Ohio, and Pennsylvania.  Although the firm is very diverse
in its areas of practice, its main focus is litigation.  The firm's litigation practice centers on the
representation of injured individuals, mass litigation, and class action litigation.  The firm
specializes in personal injury, class actions and complex litigation, labor and employment law,
insurance litigation, general civil litigation, corporate and business law, banking, real estate,
healthcare, Social Security, probate, Workers' Compensation, bankruptcy, criminal law, and
family law.

Frankovitch, Anetakis, Colantonio & Simon has served as one of the lead or liaison counsel in
*National Steel Corporation v. Continental Casualty, et al.*, Circuit Court of Hancock County,
West Virginia, Civil Action No. 95-C-525; *Wheeling Pittsburgh Steel Corporation v. American
Home Assurance Company, et al.*, Circuit Court of Ohio County, West Virginia, Civil Action
No. 93-C-340; *In Re: Diet Drug Litigation*, Circuit Court of Brooke County, West Virginia, Civil
Action No. 98-C-9999; *Archer v. F. Hoffman-LaRoche, Ltd., et al.*, Civil Action No.: 99-C-327,
Circuit Court of Kanawha County, West Virginia; *In Re: West Virginia Rezulin Litigation*, West
Virginia Mass Litigation Panel, Circuit Court of Raleigh County, West Virginia, Civil Action
No. 00-C-1180-H; *McCallister, et al. v. Purdue Pharma, LP*, Circuit Court of Putnam County,
West Virginia, Civil Action No. 01-C-238; *In re Serzone Products Liability Litigation*, U.S.
District Court, Southern District of West Virginia, MDL No. 1968; *Dailey v. Smitsky, et al.*, Civil
Action No. 04-C-208, Circuit Court of Brooke County, West Virginia; *In re CR Bard Pelvic
Repair Systems Products Liability Litigation*, MDL No. 2187; *In re American Medical Systems,
Inc.*, Pelvic Repair Systems Products Liability Litigation, MDL No. 2325; *In re Boston Scientific
Corp. Pelvic Repair Systems Products Liability Litigation*, MDL No. 2326; *In re Ethicon, Inc.
Pelvic Repair Systems Products Liability Litigation*, MDL No. 2327; *In re Disposable Contact
Lens Antitrust Litigation*, MDL No. 2626.

# EXHIBIT 2

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
|---|---|
| Reporting Year | 2007 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO TIME | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $    - |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
|---|---|
| Reporting Year | 2008 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael G. Simon (P) | $ 250.00 | | | 1.3 | | | | | | | | | | 1.3 | $ 325.00 |
| Kevin M. Pearl (A) | $ 175.00 | | | 1.3 | | | | | | | | | | 1.3 | $ 227.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 | $ 552.50 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
| Reporting Year | 2009 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael G. Simon (P) | $ 250.00 | | 5.8 | | | | | | | | | | | 5.8 | $ 1,450.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 5.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.8 | $ 1,450.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
|---|---|
| Reporting Year | 2010 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael G. Simon (P) | $ 250.00 | | | 0.2 | 2.6 | | | | | | | | | 2.8 | $ 700.00 |
| Kevin M. Pearl (A) | $ 175.00 | | | 0.2 | 3.1 | | | | | | | | | 3.3 | $ 577.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.4 | 5.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.1 | $ 1,277.50 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael G. Simon (P) | $ 250.00 | 1.5 | | | 1.4 | | | | | | | | | 2.9 | $ 725.00 |
| Kevin M. Pearl (A) | $ 175.00 | 0.7 | | | 2.2 | | | 44.3 | | | | | | 47.2 | $ 8,260.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.2 | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 44.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 50.1 | $ 8,985.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael G. Simon (P) | $ 250.00 | | | | | 4.7 | 2.8 | | | | | | | 7.5 | $ 1,875.00 |
| Kevin M. Pearl (A) | $ 175.00 | | 0.2 | | | 4.7 | 2.8 | 843.1 | | | | | | 850.8 | $ 148,891.75 |
| Jordan C. Hettrich (LC) | $ 50.00 | | | | | | | 0.4 | | | | | | 0.4 | $ 20.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.2 | 0.0 | 0.0 | 9.4 | 5.6 | 843.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 858.7 | $ 150,786.75 |

EXHIBIT 2

### IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
### TIME AND LODESTAR SUMMARY
### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kevin M. Pearl (A) | $ 175.00 | | | | | | | 198.9 | | | | | | 198.9 | $ 34,807.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 198.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 198.9 | $ 34,807.50 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO TIME | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $    - |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO TIME | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
|---|---|
| Reporting Year | Inception through Present |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | $ - |
| 2008 | | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.60 | $ 552.50 |
| 2009 | | 0.0 | 5.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.80 | $ 1,450.00 |
| 2010 | | 0.0 | 0.0 | 0.4 | 5.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.10 | $ 1,277.50 |
| 2011 | | 2.2 | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 44.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 50.10 | $ 8,985.00 |
| 2012 | | 0.0 | 0.2 | 0.0 | 0.0 | 9.4 | 5.6 | 843.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 858.71 | $ 150,786.75 |
| 2013 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 198.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 198.90 | $ 34,807.50 |
| 2014 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | $ - |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | $ - |
| | | 2.2 | 6.0 | 3.0 | 9.3 | 9.4 | 5.6 | 1086.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1122.21 | $ 197,859.25 |

STATUS:

| (P) | Partner |
|---|---|
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:

1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# EXHIBIT 3

**EXHIBIT 3**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**EXPENSE SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Frankovitch, Anetakis, Colantonio & Simon |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL | |
|---|---|---|---|
| | | | |
| Assessments | | | $25,000.00 |
| Outside Copies | | | |
| In-house Reproduction /Copies | | | $2,388.80 |
| Court Costs & Filing Fees | | | |
| Court Reporters 7 Transcripts | | | |
| Computer Research | | | |
| Telephone & Facsimile | | | |
| Postage/Express Delivery/Courier | | $ | 0.88 |
| Professional Fees (investigator, accountant, etc.) | | | |
| Experts | | | |
| Witness / Service Fees | | | |
| Travel: Airfare | | | |
| Travel: Lodging/Meals | | | |
| Travel: Other | | | |
| Car Rental/Cabfare/Parking | | | |
| Other Expenses | | | |
| | | | |
| | | $ | 27,389.68 |