# Exhibit 29

1   **KIRKPATRICK & GOLDSBOROUGH**

2   *Counsel for Indirect Purchaser Plaintiffs*

3   *1233 Shelburne Road, Unit E-1*
    *South Burlington, VT  05403*
4   *(802) 651-0960 (phone)*
    *(802) 651-0964 (fax)*
5

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                           SAN FRANCISCO DIVISION

10  | IN RE: CATHODE RAY TUBE (CRT) | Case No. 3:07-cv-5944 |
    | ANTITRUST LITIGATION | MDL No. 1917 |

11                                          **CLASS ACTION**

12                                          **DECLARATION OF Mary Kirkpatrick IN**
    This Document Relates to:            **SUPPORT OF PLAINTIFFS' APPLICATION**
13                                       **FOR ATTORNEYS' FEES, EXPENSES AND**
    All Indirect Purchaser Actions      **INCENTIVE AWARDS**
14
                                         Judge:  Honorable Samuel Conti
15                                       Courtroom One, 17th Floor

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Mary G. Kirkpatrick, declare as follows:

1.     I am an attorney licensed to practice before the courts of Vermont, and a Partner in the law firm Kirkpatrick & Goldsborough. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.     My firm is counsel of record in this case, and represents named plaintiff(s) Margaret Slagle. A brief description of my firm is attached as Exhibit A and incorporated herein by reference.

3.     Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel. All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.     During the course of this litigation, my firm has been involved in the following tasks and activities on behalf of the IPPs. All of this work was assigned and/or approved by Lead Counsel.

Representation of Vermont class representative; meetings with client; telephone communication with client; telephone conferences with lead counsel to develop strategy and receive specific assignments; Review of documentation necessary to respond to discovery requests; preparation of discovery responses; prepare client for deposition and attendance at deposition; review of documents to determine if conspiracy existed re price fixing and legal research regarding same.

5.     The schedule attached as Exhibit 1, and incorporated herein, is a detailed summary of the amount of time spent by my firm's partners, attorneys and professional support staff who were involved in this litigation. It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on my firm's

1

1   historical billing rates in effect at the time services were performed. Exhibit 1 was prepared from
2   contemporaneous time records regularly prepared and maintained by my firm. Those records have
3   been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if
4   necessary. The hourly rates for my firm's partners, attorneys and professional support staff
5   included in Exhibit 1 were at the time the work was performed the usual and customary hourly
6   rates charged for their services in similar complex litigation.

7        6.      The total number of hours reasonably expended on this litigation by my firm from
8   inception to May 31, 2015 is 843.7 hours. The total lodestar for my firm at historical rates is
9   $184,555.00. The total lodestar for my firm at current rates is $214,655.00. Expense items are
10  billed separately and are not duplicated in my firm's lodestar.

11       7.      The expenses my firm incurred in litigating this action are reflected in the books
12  and records of my firm. These books and records are prepared from expense vouchers, invoices,
13  receipts, check records and other source materials and accurately reflect the expenses incurred.
14  My firm's expense records are available for inspection by the Court if necessary.

15       8.      My firm incurred a total of $10,481.04 in unreimbursed expenses, all of which were
16  reasonable and necessary for the prosecution of this litigation. Of this amount, $10,000.00 was for
17  assessment payments for common litigation expenses or direct payments to experts or other
18  vendors made at the request of Lead Counsel, and an additional $481.04 was for non-common
19  litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research,
20  telephone, etc. A summary of those expenses by category is attached as Exhibit 3.

21

22       I declare under penalty of perjury that the foregoing is true and correct. Executed this ____
23  day of  9    , 2015, in  September   .

24                                          Mary G. Kirk

25                                          Mary G. Kirkpatrick, Esq.

26

27

28
                                     2
              DECLARATION OF Mary G. Kirkpatrick IN SUPPORT OF PLAINTIFFS'
            APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
                                  Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

Exhibit 1

Kirkpatrick & Goldsborough

When people need an experienced lawyer to assist them with their varied legal needs in Vermont, they turn to Kirkpatrick & Goldsborough, PLLC. We understand the complexities of the law and the anxiety it can generate for many people. We are here to explain the legal process and provide skilled advocacy to help our clients achieve their goals.

## Legal Counsel That Stands Out From The Rest

Our attorneys hold themselves to the highest standards of professional and ethical conduct. In our numerous practice areas, we have excelled and been recognized for our quality representation. We have helped secure our personal injury clients significant settlements against automakers. We have represented juvenile and adult criminal defendants as public defenders and privately. Partner Mary Kirkpatrick has received the prestigious Thurgood Marshall Award from the New York City Bar Association for her criminal defense advocacy and death penalty work. Ms. Kirkpatrick also represents plaintiffs in class action lawsuits involving antitrust and consumer rights violations.

No matter what our clients' legal needs are, our firm is committed to helping them obtain results that make a positive, meaningful impact on their lives.

## A Full Range Of Legal Services From Our Chittenden County Divorce And Family Law Attorneys

We represent individuals who are faced with divorce or legal separation. We guide them through the difficulties that can accompany the division of significant marital assets, the establishment of spousal support, the protection of income and child support orders. We endeavor to protect our clients' interests during these legal proceedings and assist them in moving forward with a new life.

Attorney Steve Miller provides skilled estate planning, probate and guardianship services to our Burlington area clients. He is experienced in handling the complex needs of clients seeking to ensure their long-term financial security, and he responds to the sensitivities that arise when a will or estate is contested. If there is a need to have a family member or close relative protected, he is able to assist in the appointment of a guardian to attend to the ward's legal and financial interests.

# EXHIBIT 2

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | | | |
|---|---|---|---|
| Reporting Year | 2007 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Kirkpatrick | $ 200.00 | 1.1 | | | | | | | | | | | | 1.1 | $ 220.00 |
| Partner | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | $ 220.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | | | | |
|---|---|---|---|---|
| Reporting Year | 2008 | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Kirkpatrick | $ 200.00 | 5.2 | | 0.6 | 2.1 | | | 5.5 | | | | | | 13.4 | $ 2,680.00 |
| Partner | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Margaret Strouss | | | | | | | | | | | | | | 0.0 | $ - |
| Associate | $120.00 | | | | | | | | | 1.5 | | | | 1.5 | $ 180.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 5.2 | 0.0 | 0.6 | 2.1 | 0.0 | 0.0 | 5.5 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 14.9 | $ 2,860.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Kirkpatrick & Goldsborough | | |
|---|---|---|
| Reporting Year | 2009 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Kirkpatrick | $ 200.00 | 0.9 | | | | | | | | | | | | 0.9 | $ 180.00 |
| Partner | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Mary Kirkpatrick | $250.00 | 0.1 | | | | | | | | | | | | 0.1 | $ 25.00 |
| Partner | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | $ 205.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Kirkpatrick & Goldsborough | | | | |
|---|---|---|---|---|
| Reporting Year | 2010 | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Kirkpatrick | $ 200.00 | 1.4 | | 0.7 | 3.0 | | | 10.7 | | | | | | 15.8 | $ 3,160.00 |
| Partner | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.4 | 0.0 | 0.7 | 3.0 | 0.0 | 0.0 | 10.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.8 | $ 3,160.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Kirkpatrick & Goldsborough | |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Kirkpatrick | $250.00 | 0.5 | | 2.9 | | | | 6.0 | | | | | | 9.4 | $ 2,350.00 |
| Partner | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Greg Glennon | $ 200.00 | 0.9 | | | | | | | | | | | | 0.0 | $ - |
| Associate | | | | | | | | 0.4 | | | | | | 1.3 | $ 260.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Clare | $ 200.00 | 4.8 | | | | | | | | | | | | 0.0 | $ - |
| O'Shaughnessey | | | | | | | | 55.5 | | | | | | 60.3 | $ 12,050.00 |
| Associate | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 6.2 | 0.0 | 2.9 | 0.0 | 0.0 | 0.0 | 61.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 71.0 | $ 14,660.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Kirkpatrick & Goldsborough | | | |
|---|---|---|---|
| Reporting Year | 2012 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Kirkpatrick | $ 250.00 | 2.0 | | 4.1 | | 5.0 | 5.0 | 1.5 | | | | | | 0.0 | $ - |
| Partner | | | | | | | | | | | | | | 17.6 | $ 4,400.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Clare | $ 200.00 | 16.0 | | | | | | | | | | | | 0.0 | $ - |
| O'Shaughnessy | | | | | | | | 431.0 | | | | | | 447.0 | $ 89,400.00 |
| Associate | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 18.0 | 0.0 | 4.1 | 0.0 | 5.0 | 5.0 | 432.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 464.6 | $ 93,800.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Kirkpatrick & Goldsborough | |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Kirkpatrick | $ 300.00 | 0.6 | | 7.0 | | | | 5.9 | | | | | | 0.0 | $ - |
| Partner | | | | | | | | | | | | | | 13.5 | $ 4,050.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Steve Miller | $ 250.00 | 6.0 | | | | | | | | | | | | 0.0 | $ - |
| Associate | | | | | | | | 253.0 | | | | | | 259.0 | $ 64,750.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 6.6 | 0.0 | 7.0 | 0.0 | 0.0 | 0.0 | 258.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 272.5 | $ 68,800.00 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Kirkpatrick & Goldsborough | | |
|---|---|---|
| Reporting Year | 2014 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Kirkpatrick | $ 300.00 | | | 0.3 | | 0.8 | | | | | | | | 0.0 | $ - |
| Partner | | | | | | | | | | | | | | 1.1 | $ 330.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.3 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | $ 330.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Kirkpatrick & Goldsborough | | | |
|---|---|---|---|---|
| Reporting Year | 2015 | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Kirkpatrick | $300.00 | 0.6 | | 1.1 | | | | | | | | | | 1.7 | $ 510.00 |
| Partner | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.6 | 0.0 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 | $ 510.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

**Kirkpatrick & Goldsborough**

**Reporting Period**

Inception through Present

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|------|---|---|---|---|---|---|---|---|---|---|----|----|----|-------|----------|
| 2007 | P | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | $ 220.00 |
| 2008 | P | 5.2 | 0.0 | 0.6 | 2.1 | 0.0 | 0.0 | 5.5 | 0.0 | | 0.0 | 0.0 | 0.0 | 13.4 | $ 2,680.00 |
| | A | | | | | | | | | 1.5 | | | | 1.5 | $ 180.00 |
| 2009 | P | 0.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | $ 180.00 |
| | P | 0.1 | | | | | | | | | | | | 0.1 | $ 25.00 |
| 2010 | P | 1.4 | 0.0 | 0.7 | 3.0 | 0.0 | 0.0 | 10.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.8 | $ 3,160.00 |
| 2011 | P | 0.5 | 0.0 | 2.9 | 0.0 | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.4 | $ 2,350.00 |
| | A | 5.7 | | | | | | 55.9 | | | | | | 61.6 | $ 12,320.00 |
| 2012 | P | 2.0 | 0.0 | 4.1 | 0.0 | 5.0 | 5.0 | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 17.6 | $ 4,400.00 |
| | A | 16.0 | | | | | | 431.0 | | | | | | 447.0 | $ 89,400.00 |
| 2013 | P | 0.6 | 0.0 | 7.0 | 0.0 | 0.0 | 0.0 | 5.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13.5 | $ 4,050.00 |
| | A | 6.0 | | | | | | 253.0 | | | | | | 259.0 | $ 64,750.00 |
| 2014 | P | | 0.0 | 0.3 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | $ 330.00 |
| 2015 | P | 0.6 | 0.0 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 | $ 510.00 |
| | | 40.1 | 0.0 | 16.7 | 5.1 | 5.8 | 5.0 | 769.5 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 843.7 | $ 184,555.00 |

**STATUS:**
- (P) Partner
- (OC) Of Counsel
- (A) Associate
- (LC) Law Clerk
- (PL) Paralegal
- (I) Investigator

**CATEGORIES:**
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

EXIBIT 3

EXHIBIT 3

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

EXPENSE SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Kirkpatrick & Goldsborough |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| Assessments | | $ 10,000.00 |
| Outside Copies | | |
| In-house Reproduction /Copies | | $ 118.60 |
| Court Costs & Filing Fees | | $ 350.00 |
| Court Reporters 7 Transcripts | | |
| Computer Research | | |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | $ 12.44 |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | |
| Travel: Lodging/Meals | | |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| Other Expenses | | |
| | | |
| | | $ 10,481.04 |