Exhibit 30

1   R. BRENT IRBY
    ERIC D. HOAGLUND
2   McCALLUM, HOAGLUND, COOK & IRBY, LLP
    905 MONTGOMERY HIGHWAY
3   SUITE 201
    VESTAVIA HILLS, ALABAMA  35216
4   TELEPHONE:  (205)824-7767
    FACSIMILE:  (205)824-7768
5   EMAIL:  birby@mhcilaw.com
            ehoaglund@mhcilaw.com
6   *Counsel for Indirect Purchaser Plaintiffs*

7

8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                  **SAN FRANCISCO DIVISION**

13  **IN RE: CATHODE RAY TUBE (CRT)**        Case No. 3:07-cv-5944
    **ANTITRUST LITIGATION**                 MDL No. 1917
14
                                             **CLASS ACTION**
15
                                             **DECLARATION OF R. BRENT IRBY IN**
16  This Document Relates to:                **SUPPORT OF PLAINTIFFS' APPLICATION**
                                             **FOR ATTORNEYS' FEES, EXPENSES AND**
17  All Indirect Purchaser Actions           **INCENTIVE AWARDS**

18                                           Judge:  Honorable Samuel Conti
                                             Courtroom One, 17th Floor
19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF R. BRENT IRBY IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

1    I, R. Brent Irby, declare as follows:

2       1.      I am an attorney licensed to practice before the courts of Tennessee, Alabama and

3    Georgia, and a Partner and Shareholder in the law firm McCallum, Hoaglund, Cook & Irby, LLP.

4    I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could

5    and would testify competently to them.  I make this declaration in support of my firm's request for

6    attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for

7    Attorneys' Fees, Expenses and Incentive Awards.

8       2.      My firm is counsel of record in this case, and represents named Plaintiff(s) Albert

9    "Sid" Crigler.  A brief description of my firm is attached as Exhibit 1 and incorporated herein by

10   reference.

11      3.      Throughout the course of this litigation, my firm kept files contemporaneously

12   documenting all time spent, including tasks performed, and expenses incurred, and transmitted

13   those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm

14   were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

15      4.      During the course of this litigation, my firm has been involved in the following

16   tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead

17   Counsel:

18          a.      multiple meetings, emails, phone calls, and dealings with Indirect

19   Purchaser/Tennessee client, Sid Crigler, throughout the course of the litigation to address, among

20   other matters, client questionnaires, Mr. Crigler's transactions, document production, interrogatory

21   responses, case status updates, deposition scheduling, information needed from lead counsel,

22   pleadings involving Mr. Crigler, and other matters pertinent to the litigation.

23          b.      conference calls, email communications, research, drafting, and reviews

24   with respect to portions of Plaintiffs' Opposition to Defendants' Motions to Dismiss that were

25   assigned to our firm.

26          c.      cursory review of pleadings, filings, and Orders pertinent to the Indirect

27   Purchaser litigation, and more substantive review of filings, pleadings, and Orders involving Sid

28

1  Crigler in his role as class representative of the Tennessee Indirect Purchaser class, including

2  operative Complaints and class certification submissions.

3          d.      gathering, drafting, and securing accuracy and verification of Sid Crigler's

4  responses and production (and supplements thereto) to the various discovery items served on him

5  by Defendants throughout the course of this litigation.

6          e.      arranging and assistance in preparing and defending the deposition of

7  Tennessee Indirect Purchaser class representative Sid Crigler, including deposition preparation

8  sessions and items/information needed following his deposition.

9          f.      arranging, drafting and providing deposition summaries of four (4) Hitachi

10  depositions assigned to our firm, all of which were multi-volume.

11          g.      periodically contributing requested assessments to the CRT litigation fund

12  established for the common benefit of the class.

13          h.      attending meetings or conference calls with lead counsel regarding litigation

14  or trial strategy.

15       5.      The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

16  of the amount of time spent by my firm's partners, attorneys and professional support staff who

17  were involved in this litigation.  It does not include any time devoted to preparing this declaration

18  or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's

19  historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from

20  contemporaneous time records regularly prepared and maintained by my firm.  Those records have

21  been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if

22  necessary.  The hourly rates for my firm's partners, attorneys and professional support staff

23  included in Exhibit 2 were at the time the work was performed the usual and customary hourly

24  rates charged for their services in similar complex litigation.

25

26

27

28

DECLARATION OF R. BRENT IRBY IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

6.      The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 400.4 hours.  The total lodestar for my firm at historical rates is $157,145.00.  The total lodestar for my firm at current rates is $199,025.00.  Expense items are billed separately and are not duplicated in my firm's lodestar.

7.      The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8.      My firm incurred a total of $17,475.41 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation.  Of this amount, $10,000.00 was for assessment payments for common litigation expenses or direct payments to experts or other vendors made at the request of Lead Counsel, and an additional $7,475.41 was for non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research, telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th day of August, 2015, in Vestavia Hills, Alabama.

[SIGNATURE]

DECLARATION OF R. BRENT IRBY IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

McCallum, Hoaglund, Cook & Irby, LLP is a boutique litigation firm located in Birmingham, Alabama consisting of three (3) shareholder attorneys, one (1) part-time attorney, and one (1) associate attorney.  McCallum, Hoaglund, Cook & Irby, LLP specializes in complex consumer and business litigation, including class actions and mass torts, in Alabama, Tennessee, Georgia and other states.  Our attorneys have been appointed lead counsel in over sixty (60) state class actions and in over twenty-five (25) nationwide class actions.  In addition to our complex litigation practice, our firm also represents local businesses and clients in several areas of commercial litigation, including shareholder actions, business torts, and partnership disputes.

EXHIBIT 2

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | 2009 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 350.00 | 5.3 | | 6.6 | | | | | | 10.1 | 4.0 | | | 26.0 | $ 9,100.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 350.00 | 9.2 | | 1.2 | | | | | | 27.6 | 11.3 | | | 49.3 | $ 17,255.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | | | | | | | | | 3.0 | | | | 3.0 | $ 525.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 14.5 | 0.0 | 7.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.7 | 15.3 | 0.0 | 0.0 | 78.3 | $ 26,880.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | 2010 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 450.00 | 3.4 | | 8.1 | 14.8 | | | | | | 2.8 | | | 29.1 | $ 13,095.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 450.00 | 1.2 | | | 1.3 | | | | | 1.4 | 5.7 | | | 9.6 | $ 4,320.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | | | | 0.9 | | | | | | | | | 0.9 | $ 157.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 4.6 | 0.0 | 8.1 | 17.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.4 | 8.5 | 0.0 | 0.0 | 39.6 | $ 17,572.50 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 450.00 | 3.5 | | 4.7 | 14.7 | | | | | | 1.8 | 0.8 | | 25.5 | $ 11,475.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 450.00 | | | 0.4 | 8.2 | | | | | | 0.0 | 3.3 | | 11.9 | $ 5,355.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | | | | 1.0 | | | | | | | | | 1.0 | $ 175.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 3.5 | 0.0 | 5.1 | 23.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.8 | 4.1 | 0.0 | 38.4 | $ 17,005.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 450.00 | 2.0 | | 5.0 | | 30.2 | 15.7 | | | | 0.6 | 2.4 | | 55.9 | $ 25,155.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 450.00 | | | | | 8.6 | | | | | 4.1 | 0.5 | | 13.2 | $ 5,940.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | | | | 1.5 | 1.1 | | | | | 0.3 | | | 2.9 | $ 507.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.0 | 0.0 | 5.0 | 1.5 | 39.9 | 15.7 | 0.0 | 0.0 | 0.0 | 5.0 | 2.9 | 0.0 | 72.0 | $ 31,602.50 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 500.00 | 15.5 | | 1.6 | | | | 1.5 | | | 10.9 | | | 29.5 | $ 14,750.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 500.00 | 3.2 | | | | | | | | | 3.4 | | | 6.6 | $ 3,300.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Martha R. Cook | $ 325.00 | 9.2 | | | | | | 113.9 | | | | | | 123.1 | $ 40,007.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | 1.0 | | | | | | | | | | | | 1.0 | $ 175.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 28.9 | 0.0 | 1.6 | 0.0 | 0.0 | 0.0 | 115.4 | 0.0 | 0.0 | 14.3 | 0.0 | 0.0 | 160.2 | $ 58,232.50 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 500.00 | | | 1.4 | 2.6 | | | | | | 1.4 | | | 5.4 | $ 2,700.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 500.00 | | | | | | | | | | 3.0 | | | 3.0 | $ 1,500.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 1.4 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.4 | 0.0 | 0.0 | 8.4 | $ 4,200.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 500.00 | 1.0 | | 0.3 | | | | | | | 1.3 | | | 2.6 | $ 1,300.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 500.00 | | | | | | | | | | 0.6 | | | 0.6 | $ 300.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | 0.3 | | | | | | | | | | | | 0.3 | $ 52.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.3 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.9 | 0.0 | 0.0 | 3.5 | $ 1,652.50 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | Inception through Present |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2008 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2009 | | 14.5 | 0.0 | 7.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.7 | 15.3 | 0.0 | 0.0 | 78.3 | $ 26,880.00 |
| 2010 | | 4.6 | 0.0 | 8.1 | 17.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.4 | 8.5 | 0.0 | 0.0 | 39.6 | $ 17,572.50 |
| 2011 | | 3.5 | 0.0 | 5.1 | 23.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.8 | 4.1 | 0.0 | 38.4 | $ 17,005.00 |
| 2012 | | 2.0 | 0.0 | 5.0 | 1.5 | 39.9 | 15.7 | 0.0 | 0.0 | 0.0 | 5.0 | 2.9 | 0.0 | 72.0 | $ 31,602.50 |
| 2013 | | 28.9 | 0.0 | 1.6 | 0.0 | 0.0 | 0.0 | 115.4 | 0.0 | 0.0 | 14.3 | 0.0 | 0.0 | 160.2 | $ 58,232.50 |
| 2014 | | 0.0 | 0.0 | 1.4 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.4 | 0.0 | 0.0 | 8.4 | $ 4,200.00 |
| 2015 | | 1.3 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.9 | 0.0 | 0.0 | 3.5 | $ 1,652.50 |
| | | 54.8 | 0.0 | 29.3 | 45.0 | 39.9 | 15.7 | 115.4 | 0.0 | 42.1 | 51.2 | 7.0 | 0.0 | 400.4 | $ 157,145.00 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# EXHIBIT 3

**EXHIBIT 3**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**EXPENSE SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | | $ 10,000.00 |
| Outside Copies | | |
| In-house Reproduction /Copies | | $ 4,152.50 |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | | $ 463.51 |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | $ 77.33 |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | |
| Travel: Lodging/Meals | | $ 2,782.07 |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| Other Expenses | | |
| | | |
| | | $ 17,475.41 |