# Exhibit 31

Terry Rose Saunders (admitted *pro hac vice*)
THE SAUNDERS LAW FIRM
77 West Wacker Drive, Ste. 4800
Chicago, IL 60601
(312) 444-9656
tsaunders@saunders-lawfirm.com

Thomas A. Doyle (admitted *pro hac vice*)
THOMAS A. DOYLE LTD.
55 West Monroe Street, Ste. 3300
Chicago, IL 60603
(312) 479-5732
tadoyle@thomasadoyle.com

(Formerly appearing as Saunders & Doyle)

*Counsel for Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **AMENDED DECLARATION OF TERRY ROSE SAUNDERS AND THOMAS A. DOYLE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

1       We, Terry Rose Saunders and Thomas A. Doyle, declare as follows:

2       1.      We are attorneys licensed to practice before the courts of Illinois, and from May

3   2002 through August 31, 2011, we were partners in the law firm of Saunders & Doyle. Since

4   September 1, 2011, Terry Rose Saunders has been the sole proprietor of The Saunders Law Firm.

5   From September 1, 2011 through December 1, 2011, Thomas A. Doyle was associated with the

6   firm of Futterman, Howard, Ashley & Weltman, P.C., and since December 2, 2011, Mr. Doyle has

7   been the sole proprietor of Thomas A. Doyle Ltd. Mr. Doyle is also Of Counsel to Wexler Wallace

8   LLP.

9       2.      We have personal knowledge of the facts stated in this Declaration and, if called as

10  witnesses, we could and would testify competently to them. We make this Declaration in support

11  of the request of Saunders & Doyle, The Saunders Law Firm and Thomas A. Doyle Ltd.

12  (individually and collectively "The Firm") for attorneys' fees and reimbursement of litigation

13  expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive

14  Awards.

15      3.      The Firm is counsel of record in this case, and represents plaintiffs William and

16  Margo Stack, who filed the constituent case of *Stack v. Chunghwa Picture Tubes Ltd.* (N.D. Cal.

17  3:08-cv-1319-SC) on March 7, 2008, which was then consolidated into these MDL proceedings.

18      4.      Brief descriptions of The Firm's principals are attached as Exhibit 1 and

19  incorporated herein by reference.

20      5.      Throughout the course of this litigation, the Firm has kept files contemporaneously

21  documenting all time spent, including tasks performed, and expenses incurred, and transmitted

22  reports on a regular basis to Lead Counsel. All of the time and expenses reported by The Firm

23  were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

24      6.      During the course of this litigation, The Firm has been involved in the following

25  tasks and activities on behalf of the IPPs. All of this work was assigned and/or approved by Lead

26  Counsel.

27

28

### a. Deposition Preparation (108.8 Hours)

We were part of the team that helped prepare for, and conduct, the expert discovery phase of this case. We prepared the analysis of, and drafted the examination for, the expert depositions of two of the expert economists retained by the Defendants (Dr. Edward Snyder of Yale and Dr. Darrell Williams of Washington University). That work involved meeting with the IPPs' economists at applEcon, reviewing all of the Rule 26 materials, coordinating with Counsel for the other plaintiffs, and researching the economic issues.

We also prepared Dr. Janet Netz (the IPPs' principal testifying expert witness) for her deposition in Ann Arbor, Michigan.

### b. Document Review (97.9 Hours)

Under our supervision, The Firm's associate (Jason Krol) reviewed documents that the Defendants had produced in discovery, in his capacity as part of the team appointed for that review.

### c. Experts – Work or Consult (82.6 Hours)

As part of the economic analysis of this industry, we worked on the third-party discovery that was needed to collect CRT transaction data from various manufacturers and sellers in the distribution chain for CRT Products. The IPPs' expert economists at applEcon used this transaction data in their expert analysis of the CRT industry. We worked with applEcon to coordinate and follow up on that third-party discovery.

We also worked with applEcon in connection with their Rule 26 Reports in expert discovery, including providing feedback on applEcon's expert analysis.

We worked on follow-on projects involving the economic evidence in the case. This included evaluating and advising on whether further depositions

should be taken of the Defendants' experts (based on our review of the expert reports that they issued in late 2014).

**d.** **Attend Depositions – Conduct/Defend (35.2 Hours)**

We took the expert depositions of two of the expert economists retained by the Defendants (Dr. Edward Snyder of Yale and Dr. Darrell Williams of Washington University). Both of those expert depositions occurred in New York.

We also defended Dr. Janet Netz (the IPPs' principal testifying expert witness) at a deposition in Ann Arbor, Michigan.

**e.** **Motions/Pleadings and Related Client Meetings (13.6 Hours)**

We helped prepare and plead the early complaints in this action, and we assisted with early pleading and investigations issues in the case.

**f.** **Draft Discovery Requests or Responses (3.7 Hours)**

We worked with our clients to gather their transaction records and to respond to questionnaires regarding their CRT purchase information.

**g.** **Research (1.5 Hours)**

One of the difficult issues in this case involved how the claims in this case were affected by the Foreign Trade Antitrust Improvements Act (FTAIA). During November of 2014 – at a critical juncture in this case, both for prosecuting the IPPs' claims in this case and for resolving the IPPs' claims in negotiations – similar FTAIA issues came up for oral argument in the United States Court of Appeals for the Seventh Circuit in the case of *Motorola Mobility LLC v. AU Optronics Corp.* (14-8003). Because that argument occurred in Chicago, Mr. Doyle attended that argument and provided a prompt and detailed report to Lead Counsel. Ultimately, that oral argument led to the decision in *Motorola Mobility LLC v. AU Optronics, Inc.*, 773 F.3d 826 (7th Cir. 2015).

AMENDED DECLARATION OF TERRY ROSE SAUNDERS AND THOMAS A. DOYLE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

7.      The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary of the amount of time spent by The Firm's partners, attorneys and professional support staff who were involved in this litigation. It does not include any time devoted to preparing this Declaration or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on The Firm's historical billing rates in effect at the time services were performed. Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by The Firm. Those records have been provided to Lead Counsel and we authorize them to be submitted for inspection by the Court if necessary. The Firm's hourly rates included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for services in similar complex litigation.

8.      The total number of hours reasonably expended on this litigation by The Firm from inception to May 31, 2015 is 343.3 hours. The total lodestar for The Firm at historical rates is $147,526.50. The total lodestar for The Firm at current rates is $156,340.00. Expense items are billed separately and are not duplicated in our lodestar.

9.      The Firm's expenses incurred in litigating this action are reflected in The Firm's books and records. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. The Firm's expense records are available for inspection by the Court if necessary.

10.      The Firm incurred a total of $31,022.18 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. Of this amount, (1) $25,000.00 was for assessment payments for common litigation expenses; (2) $3,335.88 was directly paid to a court reporter (Veritext) for transcript fees from expert depositions – which are common litigation expenses – but for which Lead Counsel has not reimbursed The Firm; and (3) $2,686.30 was for non-common litigation expenses that The Firm incurred (such as travel, meals and lodging, copying, legal research, telephone, etc.). A summary of those expenses by category is attached as Exhibit 3.

1    Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing is true

2  and correct.

3    Executed this 21st day of August, 2015, in Chicago, Illinois.

4

5    /s/ Terry Rose Saunders                    /s/ Thomas A. Doyle

6

7  Terry Rose Saunders                          Thomas A. Doyle

8  THE SAUNDERS LAW FIRM                        THOMAS A. DOYLE, LTD.

9  77 West Wacker Drive, Suite 4800             55 West Monroe Street, Suite 3300
   Chicago, IL  60601                           Chicago, IL  60603
10 (312) 444-9656                               (312) 261-6194

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

# Exhibit 1

**THE SAUNDERS LAW FIRM**
77 West Wacker Drive, Ste 4800
Chicago, IL 60601
(312) 444-9656 (ph)
(312) 277-5205 (fax)

**TERRY ROSE SAUNDERS**
tsaunders@saunders-lawfirm.com

Ms. Saunders has concentrated her law practice in the areas of securities, class action, antitrust and other complex business litigation in state and federal courts throughout the country. For thirteen years, Ms. Saunders represented a broad range of individuals, small businesses and public corporations in securities fraud, antitrust, breach of contract and other complex business litigation as an associate and then partner of Jenner & Block in Chicago (1975-1986), and an associate at Williams & Connolly in Washington, D.C. (1973-1975). Since 1987, Ms. Saunders has primarily represented plaintiffs in individual and class actions involving securities fraud, breach of fiduciary duty, antitrust, breach of contract, and business tort litigation.

Ms. Saunders has been lead trial counsel in both the state and federal courts of Illinois and the Delaware Court of Chancery and has argued numerous appeals in the Illinois Appellate Court and the United States Court of Appeals for the Seventh Circuit. She has also testified as an expert witness on issues relating to securities law, class actions and attorneys fees.

Ms. Saunders is the co-author of *Securities Fraud: Litigating Under Rule 10b-5* (Lexis-Nexis), a practical guide to securities litigation published in 1989 and updated annually through 2001. She has participated in seminars and teaching programs on securities class actions, fiduciary duties and trial practice, including participation as a panelist in the Ray Garrett, Jr., Corporate and Securities Law Institute, Northwestern University School of Law April 1997; as an instructor at the Edwin F. Mandel Clinic of The University of Chicago Law School, Intensive Trial Practice Workshop; and as a panelist and moderator of ABA programs on class actions, fiduciary duty law of Delaware business entities, securities litigation and trial practice. Ms. Saunders served as co-Chair of the ABA Litigation Section's Consumer and Personal Rights Litigation Committee (2000-02), and the Class Action and Derivative Suits Committee (1992-95). She chaired the Chicago Bar Association's Class Litigation Committee (1987-88).

**Examples of Recent Cases:**

- Appellate Counsel in an action challenging provisions of a state statute as violating the Takings Clause of the Fifth Amendment to the U.S. Constitution.

- Plaintiffs' Counsel in an MDL antitrust class action on behalf of consumers involving price-fixing claims against manufacturers of LCD panels used in televisions, laptops and computer monitors.

- Co-Lead Counsel in a nationwide class action on behalf of accountholders at a major brokerage firm alleging that the firm breached its contract and its fiduciary duties in its investment of client funds.

- Co-Lead Counsel representing shareholders in a derivative lawsuit that challenged the executive compensation at a major Delaware corporation in the travel and hospitality business.

- Plaintiffs' Liaison Counsel in a Multi-District Litigation proceeding involving claims under the Fair Credit Reporting Act.

Among other matters, the firm is currently representing clients in antitrust class actions brought on behalf of end purchasers of consumer electronics and a class action against a major banking institution alleging breach of contract and breach of fiduciary duty on behalf of certain accountholders.

**Practice Areas**
Securities Litigation
Class Actions
Complex Business Litigation
Antitrust Litigation
Appellate Practice

**Education**
J.D., New York University Law School, 1973
Honors: Cum Laude, Order of the Coif, Arthur Garfield Hays Fellow

B.A., Barnard College, 1964

**Admitted to Practice**
United States Supreme Court (1983)
United States District Court for the Northern District of Illinois (1976)
United States Court of Appeals for the Seventh Circuit (1976)
Illinois (1976)
District of Columbia (1973)

**Publications and Presentations**
Co-Author (with Thomas E. Patton), *Securities Fraud: Litigating Under Rule 10b-5* (Aspen Publishers, 1989), updated annually through 2001

Faculty, Ray Garrett, Jr. Corporate and Securities Law Institute, Northwestern University School of Law, April 1997

Instructor, Intensive Trial Practice Workshop, Edwin F. Mandel Clinic, University of Chicago Law School

Panelist and Moderator, American and Chicago Bar Association programs on class actions, fiduciary duty law, securities litigation and trail practice

**Honors and Awards**

Robert B. McKay Award, New York University School of Law, 1994

Marquis Who's Who in America, Who's Who in American Law,
Who's Who Among Women in the Law

Martindale-Hubbell AV-rated

**Past Employment**
Private Practice, Chicago, 1987 – to date
Jenner & Block, 1975-1986
Williams & Connolly, 1973-1975

# Thomas A. Doyle

Thomas A. Doyle, Ltd.
55 West Monroe, Suite 3300
Chicago, IL 60603
(312) 479-5732 (cell)          (312) 277-1992 (fax)
tadoyle@thomasadoyle.com, tad@wexlerwallace.com

Tom focuses his practice on class action litigation, with most of his work in antitrust and employment litigation. He is active in several antitrust class actions, including *In re Niaspan Antitrust Litigation* (MDL 2460, E.D.Pa.) and *In re Suboxone Antitrust Litigation* (MDL 2445, E.D.Pa.). He has litigated class actions in state and federal courts throughout the United States, recovering millions of dollars for his clients. Tom has been able to pursue claims efficiently and effectively, helping large groups of people recover for injuries that they have suffered from unlawful conduct by others. As a result of his work, he is often asked to lecture and write articles on topics relating to class litigation as well as alternative dispute resolution. Tom is also Of Counsel to Wexler Wallace LLP.

## PROFESSIONAL EXPERIENCE

Twenty-five years of complex litigation experience, mostly in class actions in federal courts. Claims involve antitrust, employee rights, contracts, fiduciary duties, consumer protection, and securities laws. Recent and representative matters include:

- Lead Counsel in a certified class action, representing Illinois employees seeking overtime pay from a retail bank

- Counsel in several employment discrimination lawsuits, including litigation against a restaurant chain (national origin claim), a drug manufacturer (gender claim), and a publisher (disability claim)

- Counsel in several MDL class actions representing union benefit plans in antitrust litigation relating to the suppression of generic competition for prescription drugs

- Counsel for a prisoner bringing a Due Process claim against the administrators of a Wisconsin prison, where the prisoner received 8 months of solitary confinement

- Counsel in an MDL antitrust class action, representing consumers in price-fixing claims involving LCD panels (in televisions, laptops, and computer monitors)

- Liaison Counsel in an MDL class action, representing consumers bringing claims under the FCRA against a credit reporting agency

## RECENT NOTEWORTHY DECISIONS

*Yapp v. Astellas Pharma Global Dev't*, 2015 U.S. Dist. LEXIS 34838 (N.D. Ill. Mar. 20, 2015)
*In re Suboxone Antitrust Litig.*, 2014 U.S. Dist. LEXIS 167204 (E.D. Pa. Dec. 3, 2014)
*In re Niaspan Antitrust Litig.*, 42 F. Supp. 3d 735 (E.D. Pa. 2014)
*Gomez v. PNC Bank N.A.*, 306 F.R.D. 156 (N.D. Ill. 2014)
*Marion v Columbia Correctional Inst.*, 559 F.3d 693 (7th Cir. 2009)

PROFESSIONAL EMPLOYMENT HISTORY
      Wexler Wallace LLP, Chicago (2012-present)
      Thomas A. Doyle, Ltd., Chicago (2011-present)
      Futterman Howard Ashley & Weltman, PC, Chicago (2011)
      Saunders & Doyle, Chicago (2002-2011)
      Lovells, Chicago (2000-2002)
      Saunders & Monroe, Chicago (1990-2000)

RECENT PUBLICATIONS & PRESENTATIONS
      Panelist, "Circuit Court Update," Committee on ADR's Mid-Winter Mtg. (ABA Sec. of
            Labor & Empl. Law), Rancho Mirage, CA, February, 2015

      Author, "Inadvertent Misstatements Regarding Citizenship: Immigration Law Sets
            Traps for the Unwary," 27 DCBA Brief 2, at 32-35 (November, 2014)

      Panelist, "The Design and Implementation of Workplace Civility and Workplace
            Bullying Policies," Committee on ADR's Mid-Winter Mtg. (ABA Sec. of Labor &
            Empl. Law), Ft. Lauderdale, FL, February, 2014

      Author, "Competing Concerns in Employment Litigation: How Courts Are Managing
            Discovery of an Employee's Immigration Status," 28 ABA J.Lab. & Empl.L. 405
            (2013), available at SSRN: http://ssrn.com/abstract=2324555

      Panelist, "When Arbitration Has Collateral Consequences," 15th Annual Spring
            Conference (ABA Sec. of Dispute Resolution), Chicago, IL, April, 2013

      Author and Speaker, "Who is the Client," 29th Annual Carl A. Warns Jr. Labor &
            Employment Law Inst., Univ. of Louisville's Brandeis School of Law, June, 2012

      Author, "Protecting Nonparty Class Members in Class Arbitrations," 25 ABA J.Lab. &
            Emp.L. 25 (2009), available at SSRN: http://ssrn.com/abstract=1586500; chosen as one of
            "The Best Articles Published by the ABA" in 27 GPSolo 38 (September, 2010)

      Author, "Residual Funds in Class Action Settlements: Using Cy Pres Awards to Promote
            Access to Justice," 57 The Federal Lawyer 6, at 26-29 (July, 2010), available at SSRN:
            http://ssrn.com/abstract=1586500

PROFESSIONAL ACTIVITIES AND COMMUNITY INVOLVEMENT
      Illinois Supreme Court's Access to Justice Commission, Forms Committee (2014-present)
      Latinos Progresando, Chicago, Board of Directors (2013-present)
      Chicago Bar Foundation
            Alumni Council (2015); Board of Directors (2006-2012); Lincoln Circle (2005-
            present); Grants Committee (2010-2012); Cy Pres Subcommittee (2009-present)
      Chicago Bar Association
            Committee on Class Litigation; Kogan Media Awards Committee (2014-present)
      National Employment Lawyers Association (2013-present)
      American Bar Association
            Co-Chair of the Committee on ADR, Sec. of Labor & Empl. Law (2010-2013);
            American Bar Foundation, Fellow (2009-present)
      Helping Hand Rehabilitation Center, Countryside, IL, Board of Directors (2005-2008)

**EDUCATION**

    University of Illinois College of Law, J.D., 1990

    Bradley University, B.S., *cum laude*, 1987

**ADMITTED TO PRACTICE**

    State of Illinois (1990)

    Northern District of Illinois (General Bar, 1990, and Trial Bar, 1998); Central District of
        Illinois (2004); and District of Colorado (2015)

    Court of Appeals for the Seventh Circuit (1991)

    United States Supreme Court (1996)

# Exhibit 2

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | 2007 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Rose Saunders (P) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| Thomas A. Doyle (P) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | 2008 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Rose Saunders (P) | $ 575.00 | 0.0 | 0.0 | 0.7 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 4.5 | $ | 2,587.50 |
| Thomas A. Doyle (P) | $ 390.00 | 0.0 | 0.0 | 0.2 | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.2 | 0.0 | 0.0 | 6.7 | $ | 2,613.00 |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | | | | | | | | | | | | | 0.0 | $ | - |
| | | 0.0 | 0.0 | 0.9 | 3.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.6 | 0.0 | 0.0 | 11.2 | $ | 5,200.50 |

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | 2009 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Rose Saunders (P) | $ 575.00 | 0.0 | 0.0 | 2.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 3.1 | $ 1,782.50 |
| Thomas A. Doyle (P) | $ 390.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | 0.0 | 1.4 | 0.0 | 0.0 | 2.5 | $ 975.00 |
| Jason R. Krol (A) | $ 150.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 2.4 | $ 360.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 2.7 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 | 0.0 | 1.8 | 0.0 | 0.0 | 8.0 | $ 3,117.50 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | 2010 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Rose Saunders (P) | $ 575.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.5 | $ 287.50 |
| Thomas A. Doyle (P) | $ 415.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.6 | $ 249.00 |
| Jason R. Krol (A) | $ 175.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.0 | $ 2,450.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.0 | 0.0 | 1.1 | 0.0 | 0.0 | 15.1 | $ 2,986.50 |

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Rose Saunders (P) | $ 575.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| Thomas A. Doyle (P) | $ 440.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | 13.5 | 0.0 | 0.0 | 0.0 | 0.0 | 14.3 | $ 6,292.00 |
| Jason R. Krol (A) | $ 200.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 97.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 97.1 | $ 19,420.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 97.9 | 13.5 | 0.0 | 0.0 | 0.0 | 0.0 | 111.4 | $ 25,712.00 |

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Rose Saunders (P) | $ 700.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| Thomas A. Doyle (P) | $ 500.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.8 | 0.0 | 0.0 | 0.0 | 0.0 | 40.8 | $ 20,400.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.8 | 0.0 | 0.0 | 0.0 | 0.0 | 40.8 | $ 20,400.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Rose Saunders (P) | $ 700.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.5 | $ 350.00 |
| Thomas A. Doyle (P) | $ 530.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | $ 1,325.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.5 | 0.0 | 0.0 | 3.0 | $ 1,675.00 |

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Rose Saunders (P) | $ 750.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| Thomas A. Doyle (P) | $ 575.00 | 0.0 | 0.0 | 0.0 | 0.0 | 108.8 | 35.2 | 0.0 | 8.3 | 1.5 | 0.0 | 0.0 | 0.0 | 153.8 | $ 88,435.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 108.8 | 35.2 | 0.0 | 8.3 | 1.5 | 0.0 | 0.0 | 0.0 | 153.8 | $ 88,435.00 |

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Rose Saunders (P) | $ 750.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $    - |
| Thomas A. Doyle (P) | $ 575.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $    - |

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | Inception through Present |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2008 | | 0.0 | 0.0 | 0.9 | 3.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.6 | 0.0 | 0.0 | 11.2 | $ 5,200.50 |
| 2009 | | 0.0 | 0.0 | 2.7 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 | 0.0 | 1.8 | 0.0 | 0.0 | 8.0 | $ 3,117.50 |
| 2010 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.0 | 0.0 | 1.1 | 0.0 | 0.0 | 15.1 | $ 2,986.50 |
| 2011 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 97.9 | 13.5 | 0.0 | 0.0 | 0.0 | 0.0 | 111.4 | $ 25,712.00 |
| 2012 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.8 | 0.0 | 0.0 | 0.0 | 0.0 | 40.8 | $ 20,400.00 |
| 2013 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.5 | 0.0 | 0.0 | 3.0 | $ 1,675.00 |
| 2014 | | 0.0 | 0.0 | 0.0 | 0.0 | 108.8 | 35.2 | 0.0 | 8.3 | 1.5 | 0.0 | 0.0 | 0.0 | 153.8 | $ 88,435.00 |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| | | 0.0 | 0.0 | 3.6 | 3.7 | 108.8 | 35.2 | 97.9 | 82.6 | 1.5 | 10.0 | 0.0 | 0.0 | 343.3 | $ 147,526.50 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:
1. Attorney Meeting/Strategy
2. Court Appearance
3. Client Meeting
4. Draft Discovery Requests or Responses
5. Deposition Preparation
6. Attend Deposition - Conduct/Defend
7. Document Review
8. Experts - Work or Consult
9. Research
10. Motions/Pleadings
11. Settlement
12. Trial

# Exhibit 3

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**EXPENSE SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Saunders & Doyle (and successor firms) |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | | $ 25,000.00 |
| Outside Copies | | $ 11.80 |
| In-house Reproduction /Copies | | $ 6.37 |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | $ 3,335.88 |
| Computer Research | | $ 57.05 |
| Telephone & Facsimile | | $ 9.87 |
| Postage/Express Delivery/Courier | | $ 104.33 |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | $ 704.40 |
| Travel: Lodging/Meals | | $ 1,348.43 |
| Travel: Other | | $ 279.80 |
| Car Rental/Cabfare/Parking | | $ 164.25 |
| Other Expenses | | |
| | | |
| | | $ 31,022.18 |