# Exhibit 32

1    **SHPETIM ADEMI**
     **ADEMI & O'REILLY LLP**
2    **3620 East Layton Avenue**
     **Cudahy, Wisconsin 53110**
3

   *Counsel for Indirect Purchaser Plaintiffs*
4

5

6

7

8

9
                **UNITED STATES DISTRICT COURT**
10
              **NORTHERN DISTRICT OF CALIFORNIA**
11
                  **SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF SHPETIM ADEMI IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

I, Shpetim Ademi declare as follows:

1.  I am an attorney licensed to practice before the courts of Wisconsin, and a Partner in the law firm Ademi & O'Reilly LLP.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.  My firm is counsel of record in this case, and represents named plaintiff(s) Travis Burau, Ryan Rizzo, Jim Brown, Kory Pentland, and James Allee.  A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference.

3.  Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.  During the course of this litigation, my firm has been involved in the following tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead Counsel.

5.  My firm represented clients in Wisconsin, Michigan, Minnesota and Iowa in connection with the above action.  Prior to consolidation of the above action, my firm met with clients to discuss the case and review their documents and analyze potential liability, damages and the suitability of class certification.  After consolidation and during the course of the above action, my firm continued to meet and confer with clients regarding updates to the case and case development.  During the course of the above action, my firm responded to defendants' discovery requests, defended our clients in deposition and participated and contributed to case strategy during numerous telephonic and in-person meetings with co-counsel.  Throughout the course of the above action, my firm drafted and assisted with pleadings, motions and briefings.

1      6.     The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

2 of the amount of time spent by my firm's partners, attorneys and professional support staff who

3 were involved in this litigation.  It does not include any time devoted to preparing this declaration

4 or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's

5 historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from

6 contemporaneous time records regularly prepared and maintained by my firm.  Those records have

7 been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if

8 necessary.  The hourly rates for my firm's partners, attorneys and professional support staff

9 included in Exhibit 2 were at the time the work was performed the usual and customary hourly

10 rates charged for their services in similar complex litigation.

11      7.     The total number of hours reasonably expended on this litigation by my firm from

12 inception to May 31, 2015 is **300.2** hours.  The total lodestar for my firm at historical rates is

13 **$145,520**.  The total lodestar for my firm at current rates is **$158,427**.  Expense items are billed

14 separately and are not duplicated in my firm's lodestar.

15      8.     The expenses my firm incurred in litigating this action are reflected in the books

16 and records of my firm. These books and records are prepared from expense vouchers, invoices,

17 receipts, check records and other source materials and accurately reflect the expenses incurred.

18 My firm's expense records are available for inspection by the Court if necessary.

19      9.     My firm incurred a total of **$8,326.67** in unreimbursed expenses, all of which were

20 reasonable and necessary for the prosecution of this litigation.  Of this amount, **$5,000** was for

21 assessment payments for common litigation expenses or direct payments to experts or other

22 vendors made at the request of Lead Counsel, and an additional **$3,326.67** was for non-common

23 litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research,

24 telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

25

26      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th

27 day of July 2015, in Cudahy Wisconsin.

28

DECLARATION OF SHPETIM ADEMI IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

Shpetim Ademi

DECLARATION OF SHPETIM ADEMI IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

# ADEMI & O'REILLY, LLP

3620 East Layton Avenue
Cudahy, Wisconsin 53110

Attorneys at Law

Telephone: (414) 482-8000
Facsimile: (414) 482-8001

## FIRM BIOGRAPHY

We litigate securities, antitrust and consumer class actions.  The firm also practices federal bankruptcy law and federal appellate law.

**The Firm's Attorneys**

**Guri Ademi** graduated from the University of Wisconsin—Milwaukee *magna cum laude* in 1990, and the University of Wisconsin Law School in 1993, serving as a Notes and Comments Editor for the *Wisconsin Law Review*.   After interning with Judge Thomas Curran of the Eastern District of Wisconsin, he was an associate with Quarles & Brady LLP in its corporate finance and antitrust groups from 1993 to 2000, and an associate with Whyte Hirschboeck Dudek S.C. in its securities and antitrust groups from 2000 to 2001.   He joined Ademi & O'Reilly, LLP in 2001 and heads its securities and antitrust litigation practice groups. Guri is recognized as a *Wisconsin Super Lawyer in Wisconsin Super Lawyers.*

**Shpetim Ademi**, the firm's founder, graduated *cum laude* from the University of Wisconsin—Milwaukee in 1992, with honors in philosophy and history, and an honors thesis in philosophy. He graduated from the University of Wisconsin Law School in 1996. After interning with Judge Charles B. Schudson of the Wisconsin Court of Appeals, 1st District, he founded the Southside Law Office in 1996, and serves as managing partner of Ademi & O'Reilly, LLP. Shpetim is recognized as a *Wisconsin Super Lawyer in Wisconsin Super Lawyers.*

**Robert K. O'Reilly** graduated from the University of Toronto with distinction in 1993, and from the University of Wisconsin Law School *cum laude* in 1996. He served as an Articles Editor for the *Wisconsin Law Review*, was elected to the Order of the Coif, and received the University League Award for outstanding service and scholarship to the Law School. Mr. O'Reilly served as a law clerk for Chief Judge James E. Shapiro of the United States Bankruptcy Court for the Eastern District of Wisconsin from 1996 to 1997, and Circuit Judge Daniel A. Manion of the United States Court of Appeals for the Seventh Circuit from 1997 to 1999. He is a member of Ademi & O'Reilly, LLP, joining the Firm in 1999. Mr. O'Reilly has been recognized numerous times on the Seventh Circuit Honor Roll for his appellate representation.  Robert is recognized as a *Wisconsin Super Lawyer in Wisconsin Super Lawyers.*

**John D. Blythin** graduated *cum laude* from the University of Wisconsin-Madison in 1999, with a degree in political science and from University of Wisconsin Law School in 2003.  He is an associate, practicing in securities, antitrust and consumer litigation.

**Mark A. Eldridge** graduated from Marquette University in 2006, with a double major in Journalism and Psychology and from Marquette University Law School in 2014.  He is an associate, practicing in securities, antitrust and consumer litigation.

**Denise L. Morris** graduated *magna cum laude* from Columbia University in 2005, with a degree in Philosophy and *magna cum laude* from Depaul University Law School in 2014. She is an associate, practicing in securities, antitrust and consumer litigation.

# FIRM HIGHLIGHTS

## SECURITIES CLASS ACTIONS

### IN RE: SPIEGEL, INC. SECURITIES LITIGATION (N. D. IL 2002)
We represented the class as Co-Lead counsel in this action.  Settlement of $17.5 million.

### IN RE: eFUNDS CORPORATION SECURITIES LITIGATION (D. AZ 2002)
We represented the class as Co-Lead counsel in this action.  Settlement of $2.5 million.

### IN RE: METAVANTE TECHNOLOGIES, INC. SECURITIES LITIGATION (MILWAUKEE COUNTY, WI 2009)
We represented the class as Co-Lead counsel in this action.  Settlement of additional disclosures to shareholders.

### IN RE: QUOVADX INC. SECURITIES LITIGATION (D. CO 2003)
We represented the lead plaintiff and class as counsel in this action.  Settlement of $9 million.

### IN RE: DHB INC. SECURITIES LITIGATION (E.D.N.Y. 2005)
We represented one of the lead plaintiffs and the class as counsel in this action.  Settlement estimated of $64 million.

### IN RE: NORTHWESTERN CORP. SECURITIES LITIGATION (D.S.D. 2003)
We represented secondary offering shareholders and certain bondholders.  Settlement of $40 million.

### IN RE: RAYOVAC, INC.. SECURITIES LITIGATION (W.D. WI 2003)
We represented the class as *Liason* counsel in this action.  Settlement of $4 million.

### IN RE: MERGE TECHNOLOGIES (MILWAUKEE COUNTY, WI 2006)
We represented the class as *Liaison* counsel in this derivative action.  Settlement of corporate governance reforms.

### IN RE: KANDEL V. GEHL COMPANY, ET AL. (WASHINGTON COUNTY, WI 2008)
We represented the class as *Liaison* counsel in this action.  Settlement of additional disclosures to shareholders.

### IN RE: TOMOTHERAPY, INC., SECURITIES LITIGATION (W.D. WI 2008)
We represented the class as *Liaison* counsel in this action.  Settlement of $5 million.

### IN RE: PUSKALA V. KOSS CORPORATION (E.D. WI 2010)
We represent the class as *Liaison* counsel in this action.  Settlement of $1 million.

### IN RE ENERGYSOLUTIONS, INC. SHAREHOLDER LITIGATION (DEL. CH. 2013)
We represented the class as Co-Counsel in this action.  Increased merger consideration by approximately 36 million.

### REPRESENTAIVE RECENTLY FILED SECURITIES CLASS ACTIONS:

| | |
|---|---|
| AGRIA CORP. (S.D.N.Y.) | IMPERIAL CHEMICALS (S.D.N.Y.) |
| CONEXANT SYSTEMS, INC. (D. N.J.) | ITT EDUCATIONAL SYSTEMS (S.D. NY) |
| CORN PRODUCTS INTERNATIONAL, INC. (N.D. IL) | MERGE TECHNOLOGIES, INC. (E.D. WI) |
| CORUS BANKSHARES, INC. (N.D. IL) | MAXWELL TECHNOLOGIES, INC. (S.D. CA) |
| DATATEC INC. (D. N.J.) | NU SKIN ENTERPRISES, INC. (D. UT) |
| DIRECT GENERAL CORPORATION (M.D. TN) | OCA, INC. (E.D. LA) |
| DIVINE, INC. (N.D. IL) | PARAMETRIC CORPORATION (D. MA) |
| ESCALA, INC. (S.D.N.Y.) | PETCO ANIMAL SUPPLIES, INC. (S.D. CA) |
| FIFTHTHIRD CORPORATION (N.D. OH) | PLEXUS CORP. (E.D.WI) |
| HARLEY-DAVIDSON, INC. (E.D. WI) | TAKE TWO INTERACTIVE (S.D.N.Y.) |
| IMPAX LABORATORIES, INC. (S.D. CA) | TRIPATH TECHNOLOGIES (C.D. CA) |

### REPRESENTATIVE RECENTLY FILED DERIVATIVE, CORPORATE GOVERNANCE AND BUYOUT CLASS ACTIONS:

| | |
|---|---|
| AMERICAN REALTY CAPITAL HEALTHCARE TRUST, INC. (MD) | KERZNER INTERNATIONAL LTD. (CA) |
| ASSISTED LIVING CONCEPTS, INC. (WI) | LASERSCOPE (CA) |
| ASTEX PHARMACEUTICALS, INC. (DE) | MARVEL ENTERTAINMENT, INC. (DE) |
| ALLIANT ENERGY CORP. (WI) | MARSHALL & ILSLEY CORP. (WI) |
| CELLULAR DYNAMICS INTERNATIONAL INC. (WI) | ONLINE RESOURCES CORP. (DE) |
| COVAD COMMUNICATIONS GROUP, INC. (CA) | POWER-ONE, INC. (CA) |
| GATEWAY, INC. (CA) | RIGGS NATINOAL CORP. (DE) |
| GOLDEN WEST FINANCIAL CORP. (CA) | RITA MEDICAL SYSTEMS, INC. (CA) |
| HEALTH MANAGEMENT ASSOCIATES, INC. (FL) | SPORTSMAN GUIDE, INC. (MN) |
| I2 (TX) | sTEC, INC. (CA) |
| INTEGRYS ENERGY GROUP (WI) | STERLING BANCORP.(NY) |
| INTERMAGNETICS GENERAL CORP. (NY) | SYNTROLEUM CORP. (OK) |
| JOHNSON OUTDOORS, INC. (WI) | TRIZEC PROPERTIES, INC. (IL) |
| KEANE , INC. (MA) | ZOLTEC COMPANIES, INC. (MO) |

# ANTITRUST CLASS ACTIONS

### IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION MDL DKT. NO. 2196 (N.D. OH 2010)
We currently represent the proposed clas as co-class counsel.  Multiple settlements pending.

### IN RE: AUTOMOTIVE REFINISHING PAINT ANTITRUST LITIGATION - MDL DKT. NO. 1426 (E.D. PA 2001)
We acted as co-counsel in more than 20 lawsuits brought against the major car paint manufacturers, including Sherwin Williams, Akzo Nobel, DuPont, PPG Industries and BASF.  Settlement of more than $108 million.

### IN RE: INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LIT. - MDL DKT. NO. 1793 (N.D. CAL 2006)
We represented the class as co-counsel in this action.  Settlement of over $200 million.

### BLESSING ET AL V. SIRIUS XM RADIO INC.  (S.D. NY  2009)
We represented the class as co-counsel in this action.  Settlement valued at over $180 million.

### FOND DU LAC BUMPER EXCHANGE INC V. JUI LI ENTERPRISE COMPANY LTD ET AL (E.D. WI 2010)
We represent the proposed third party payor indirect purchaser class as a *Liaison* Counsel in this action.

### IN RE: TEXT MESSAGING ANTITRUST LITIGATION - MDL DKT. NO. 1997 (N.D. IL 2008)
We represent the proposed class on plaintiff's steering committee in this action.

### IN RE: POTASH ANTITRUST LITIGATION - MDL DKT. NO. 1996 (N.D. IL 2008)
We represent the proposed indirect purchaser class as co-counsel in this action.  Settlement of $21.5 million.

### IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION MDL NO. 2311 (E. D. MI 2011)
We represent the proposed indirect purchaser class as co-counsel in this action.  Multiple settlements pending.

#### REPRESENTATIVE RECENTLY FILED ANTITRUST CLASS ACTIONS:

IN RE: DISPOSABLE CONTACT LENS ANTITRUST LITIGATION MDL NO. 2626

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION MDL NO. 2542 (S.D. NY 2014)

IN RE: ELECTRONIC BOOKS ANTITRUST LITIGATION MDL DKT. NO.  2293 (S.D. NY 2011)

EDWARDS ET AL V. NATIONAL MILK PRODUCERS FEDERATION ET AL. (N.D. CAL 2011)

IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION. - MDL DKT. NO. 2186 (E.D.  PENN 2010)

IN RE:  PHOTOCHROMIC LENS  ANTITRUST LITIGATION - MDL DKT. NO. 2173  (M.D. FL 2010)

IN RE: MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION - MDL DKT. NO. 2121 (S.D. CAL 2009)

IN RE: ANDRO GEL ANTITRUST LITIGATION - MDL DKT. NO. 2060 (N.D. GA 2009)

IN RE: AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION - MDL DKT. NO. 2007 (C.D. CAL 2009)

IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION - MDL DKT. NO. 2002 (E.D. PA 2008)

IN RE: AFTER MARKET AUTO FILTERS ANTITRUST LITIGATION - MDL DKT. NO. 1957 (N.D. IL 2008)

IN RE: PACKAGED ICE ANTITRUST LITIGATION - MDL DKT. NO. 1952 (E.D. MI 2008)

IN RE: CHOCOLATE CONFECTIONARY - MDL DKT. NO. 1917 (N.D. PA 2008)

IN RE: CATHODE RAY TUBE ANTITRUST LITIGATION - MDL DKT. NO. 1917 (N.D. CAL 2008)

LAFLAMME ET AL. V. SOCIETE AIR FRANCE ET AL.. (E.D. NY 2008)

IN RE: GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION - MDL DKT. NO. 1826 (N.D. CAL 2008)

SKORSTAD V. SAMSUNG ELECTRONICS COMPANY, LTD (N.D. CAL 2007)

# CONSUMER CLASS ACTIONS

### McKinnie v. Chase Bank (E.D. WI 2008)
We represented the class as Lead Counsel in this action under the Electronic Funds Transfer Act.  Settlement of $2.1 million.

### Ori v. Fifth Third Bank and Fiserve, Inc. (E.D. WI 2008)
We represent the class on the Lead Class Counsel Committee in this action under the Fair Credit Reporting Act.  Settlement valued at over $3 million.

### In re: Liberty Refund Anticipation Loan Litigation MDL Dkt. No. 2334 (N.D. IL 2012)
We represent the class on the Lead Counsel Executive Committee in this action.  Settlement pending at $5.3 million.

### In re: Pilot Flying J Fuel Rebate Contract Litigation MDL No. 2358 (2013)
We represent the class as Settlement Class Counsel in this action.  Settlement valued at $72 million of full refund plus interest to the class.

### In re: BOA Credit Protection Marketing and Sales Practices Litigation MDL Dkt. No. 2269 (N.D. CAL 2011)
We represent the proposed class as co-counsel.  Settlement of $20 million.

### In re: Chase Bank USA, N.A., "Check Loan" Contract Litigation – MDL Dkt. No. 2032 (N.D. CAL 2009)
We represent the proposed class as co-counsel.  Settlement of $100 million.

### Kardonick et al., v. J.P. Morgan & Co. Chase (S.D. FL 2010)
We represent the class as co-counsel.  Settlement of $21.5 Million.

### In re: Countrywide Financial Corp. Customer Data Security Breach MDL Dkt. No. 1998 (W.D. KY 2008)
We represented the class as co-counsel in this action. Settlement value estimated over $200 million.

### In re: Heartland Payment Systems, Inc., Customer Data Security Breach MDL Dkt. No. 2046 (S.D. TX 2009)
We represented the class as a member of the Steering Committee in this action. Settlement valued at over $4.5 million.

### In re: Hyundai Horsepower Litigation CA. Sup. Ct. (2003)
We represented a United States and Canadian class of purchasers of Hyundai motor vehicles as co-counsel.  Settlement of more than $100 million.

### In re Ocean Bank Financial Corp. Pre-Screening Litigation - MDL Dkt. No. 1998 (N.D. IL 2006)
We represented a Wisconsin class as Lead Counsel in this action under the Fair Credit Reporting Act.

### Bernal v. American Money Centers, Inc. (E.D. WI 2005)
We represented a Wisconsin class as Lead Counsel in this action under the Fair Credit Reporting Act.

### Seeger v. AFNI, Inc. (E.D. WI 2005)
We represented the class as Lead Counsel in this action under the Fair Debt Collection Practices Act.

### Beattie v. Capital One Bank (E.D. WI 2005)
We represented the class as Lead Counsel in this action under the Fair Debt Collection Practices Act.

#### Representative recently filed Consumer class actions:

In re: Herbal Supplements Marketing and Sales Practices Litigation MDL No. 2620

In re: Subway FootLong Sandwich Marketing and Sales Practices Litigation MDL No. 2439 (E.D.WI 2013)

Sen v. Menard Inc. et al.. (W.D. WI 2012)

In re: Google Inc. Cookie Placement Consumer Privacy Litigation MDL No. 2358 (D. DEL 2012)

In re: Tropicana Orange Juice Marketing and Sales Practices Litigation MDL No. 2353 (D. NJ 2012)

In re: H&R Block Refund Anticipation Loan Litigation MDL Dkt. No. 2373 (N.D. IL 2012)

In re: Carrier IQ, Inc., Consumer Privacy Litigation MDL No. 2330 (N.D. CAL 2011)

Boulet v. National Presto Industries, Inc. (W.D. WI 2011)

Clemins v. Alliance Data Systems Corporation et al (E.D. WI 2011)

Clemins et al v. GE Money Bank (E.D. WI 2011)

Allee v. Sony Computer  Entertainment America, Inc.. – (E.D. WI 2010)

In re: Toyota Motor Corp. Unintended Acceleration Products Liability Litigation – MDL Dkt. No. 2151 (C. D. CAL 2009)

In re: Light Cigarettes Marketing and Sales Practices Litigation. – MDL Dkt. No. 2068 (D. ME 2009)

Petlack v. SC Johnson & Son Incorporated  (E.D. WI 2008)

# EXHIBIT 2

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | |
|---|---|---|
| Reporting Year | 2007 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHPETIM ADEMI (P) | $ 550.00 | | | 3.1 | | | | | | | 4.7 | | | 7.8 | $ 4,290.00 |
| GURI ADEMI (P) | $ 600.00 | | | | | | | | | | 23.9 | | | 23.9 | $ 14,340.00 |
| ROBERT K. O'REILLY (P) | $ 550.00 | | | | | | | | | | | | | 0.0 | $ - |
| DAVID J. SYRIOS (A) | $ 395.00 | 0.7 | | | | | | | | | | | | 0.7 | $ 276.50 |
| JOHN D. BLYTHIN (A) | $ 385.00 | 0.5 | | | | | | | | | | | | 0.5 | $ 192.50 |
| COREY M. MATHER (A) | $ 375.00 | 0.5 | | | | | | | | | | | | 0.5 | $ 187.50 |
| MARK E. ELDRIDGE (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| DENISE L. MORRIS (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.7 | 0.0 | 3.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.6 | 0.0 | 0.0 | 33.4 | $ 19,286.50 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | |
|---|---|---|
| Reporting Year | 2008 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHPETIM ADEMI (P) | $ 550.00 | 3.6 | | 0.5 | | | | | | | 9.9 | | | 14.0 | $ 7,700.00 |
| GURI ADEMI (P) | $ 600.00 | 6.8 | | | | | | | | | 16.9 | | | 23.7 | $ 14,220.00 |
| ROBERT K. O'REILLY (P) | $ 550.00 | | | | | | | | | | | | | 0.0 | $ - |
| DAVID J. SYRIOS (A) | $ 405.00 | | | 3.7 | | | | | | | 7.1 | | | 10.8 | $ 4,374.00 |
| JOHN D. BLYTHIN (A) | $ 405.00 | | | | | | | | | | | | | 0.0 | $ - |
| COREY M. MATHER (A) | $ 375.00 | | | 4.9 | | | | | | | | | | 4.9 | $ 1,837.50 |
| MARK E. ELDRIDGE (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| DENISE L. MORRIS (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 10.4 | 0.0 | 9.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 33.9 | 0.0 | 0.0 | 53.4 | $ 28,131.50 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | |
|---|---|---|
| Reporting Year | 2009 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHPETIM ADEMI (P) | $ 560.00 | 1.6 | | | | | | | | 0.9 | 5.8 | | | 8.3 | $ 4,648.00 |
| GURI ADEMI (P) | $ 625.00 | | | | | | | | | 0.4 | | | | 0.4 | $ 250.00 |
| ROBERT K. O'REILLY (P) | $ 560.00 | | | | | | | | | | | | | 0.0 | $ - |
| DAVID J. SYRIOS (A) | $ 415.00 | 2.2 | | 2.6 | | | | | | | 1.2 | | | 6.0 | $ 2,490.00 |
| JOHN D. BLYTHIN (A) | $ 405.00 | | | | | | | | | | | | | 0.0 | $ - |
| COREY M. MATHER (A) | $ 375.00 | | | 3.2 | | | | | | | | | | 3.2 | $ 1,200.00 |
| MARK E. ELDRIDGE (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| DENISE L. MORRIS (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 3.8 | 0.0 | 5.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 7.0 | 0.0 | 0.0 | 17.9 | $ 8,588.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | | | | | | | | | | | | | | |
|-----------|----------------------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| Reporting Year | 2010 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|-------------|-------------|---|---|---|---|---|---|---|---|---|----|----|----|-------|----------|
| SHPETIM ADEMI (P) | $ 560.00 | | | | 3.8 | | | | | | 5.5 | | | 9.3 | $ 5,208.00 |
| GURI ADEMI (P) | $ 625.00 | | | | | | | | | | 2.8 | | | 2.8 | $ 1,750.00 |
| ROBERT K. O'REILLY (P) | $ 560.00 | | | | | | | | | | | | | 0.0 | $ - |
| DAVID J. SYRIOS (A) | $ 425.00 | | | | 20.6 | | | | | | 2.6 | | | 23.2 | $ 9,860.00 |
| JOHN D. BLYTHIN (A) | $ 405.00 | | | | | | | | | | | | | 0.0 | $ - |
| COREY M. MATHER (A) | $ 385.00 | 0.1 | | 0.4 | 13.4 | | | | | | | | | 13.9 | $ 5,351.50 |
| MARK E. ELDRIDGE (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| DENISE L. MORRIS (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.1 | 0.0 | 0.4 | 37.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.9 | 0.0 | 0.0 | 49.2 | $ 22,169.50 |

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | |
|---|---|---|
| Reporting Year | 2011 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHPETIM ADEMI (P) | $ 575.00 | 3.7 | | | 11.4 | | | | | | 0.1 | | | 15.2 | $ 8,740.00 |
| GURI ADEMI (P) | $ 650.00 | | | | | | | | | | | | | 0.0 | $ - |
| ROBERT K. O'REILLY (P) | $ 575.00 | | | | | | | | | | | | | 0.0 | $ - |
| DAVID J. SYRIOS (A) | $ 425.00 | 1.2 | | 1.9 | 16.9 | | | | | | | | | 20.0 | $ 8,500.00 |
| JOHN D. BLYTHIN (A) | $ 405.00 | | | | | | 17.2 | | | | | | | 17.2 | $ 6,966.00 |
| COREY M. MATHER (A) | $ 395.00 | 0.6 | | | 0.6 | | | | | | | | | 1.2 | $ 474.00 |
| MARK E. ELDRIDGE (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| DENISE L. MORRIS (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 5.5 | 0.0 | 1.9 | 28.9 | 0.0 | 17.2 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 53.6 | $ 24,680.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Year | 2012 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHPETIM ADEMI (P) | $ 575.00 | 4.4 | | | 1.7 | | | | | | 2.3 | | | 8.4 | $ 4,830.00 |
| GURI ADEMI (P) | $ 650.00 | | | | | | | | | | | | | 0.0 | $ - |
| ROBERT K. O'REILLY (P) | $ 575.00 | | | | | | | | | | | | | 0.0 | $ - |
| DAVID J. SYRIOS (A) | $ 435.00 | | | 3.2 | 18.9 | | | | | | | | | 22.1 | $ 9,613.50 |
| JOHN D. BLYTHIN (A) | $ 415.00 | | | | | | | | | | | | | 0.0 | $ - |
| COREY M. MATHER (A) | $ 405.00 | 0.5 | | | 2.4 | | 33.9 | | | | 0.4 | | | 37.2 | $ 15,066.00 |
| MARK E. ELDRIDGE (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| DENISE L. MORRIS (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| SEIT ALLA PL | $ 150.00 | | | | 1.6 | | | | | | | | | 1.6 | $ 240.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 4.9 | 0.0 | 3.2 | 24.6 | 0.0 | 33.9 | 0.0 | 0.0 | 0.0 | 2.7 | 0.0 | 0.0 | 69.3 | $ 29,749.50 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | | |
|---|---|---|---|
| Reporting Year | 2013 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHPETIM ADEMI (P) | $ 600.00 | 1.1 | | 0.5 | | | | | | | 7.8 | | | 9.4 | $ 5,640.00 |
| GURI ADEMI (P) | $ 675.00 | | | | | | | | | | | | | 0.0 | $ - |
| ROBERT K. O'REILLY (P) | $ 600.00 | | | | | | | | | | | | | 0.0 | $ - |
| DAVID J. SYRIOS (A) | $ 450.00 | | | 1.1 | | | | | | | | | | 1.1 | $ 495.00 |
| JOHN D. BLYTHIN (A) | $ 425.00 | | | | | | | | | | | | | 0.0 | $ - |
| COREY M. MATHER (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| MARK E. ELDRIDGE (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| DENISE L. MORRIS (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.1 | 0.0 | 1.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.8 | 0.0 | 0.0 | 10.5 | $ 6,135.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | |
|---|---|---|
| Reporting Year | 2014 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHPETIM ADEMI (P) | $ 600.00 | | | 1.2 | | | | | | | 5.0 | | | 6.2 | $ 3,720.00 |
| GURI ADEMI (P) | $ 675.00 | | | | | | | | | | | | | 0.0 | $ - |
| ROBERT K. O'REILLY (P) | $ 600.00 | | | | | | | | | | | | | 0.0 | $ - |
| DAVID J. SYRIOS (A) | $ 450.00 | | | | | | | | | | | | | 0.0 | $ - |
| JOHN D. BLYTHIN (A) | $ 450.00 | | | | | | | | | | | | | 0.0 | $ - |
| COREY M. MATHER (A) | | | | | | | | | | | | | | 0.0 | $ - |
| MARK E. ELDRIDGE (A) | $ 300.00 | | | | | | | | | 0.3 | 2.0 | | | 2.3 | $ 690.00 |
| DENISE L. MORRIS (A) | $ 300.00 | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| SEIT ALLA - PL | $ 150.00 | | | 0.8 | | | | | | | | | | 0.8 | $ 120.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 7.0 | 0.0 | 0.0 | 9.3 | $ 4,530.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | |
|---|---|---|
| Reporting Year | 2015 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHPETIM ADEMI (P) | $ 625.00 | | | | | | | | | | 3.6 | | | 3.6 | $ 2,250.00 |
| GURI ADEMI (P) | $ 700.00 | | | | | | | | | | | | | 0.0 | $ - |
| ROBERT K. O'REILLY (P) | $ 625.00 | | | | | | | | | | | | | 0.0 | $ - |
| DAVID J. SYRIOS (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| JOHN D. BLYTHIN (A) | $ 450.00 | | | | | | | | | | | | | 0.0 | $ - |
| COREY M. MATHER (A) | $ - | | | | | | | | | | | | | 0.0 | $ - |
| MARK E. ELDRIDGE (A) | $ 325.00 | | | | | | | | | | | | | 0.0 | $ - |
| DENISE L. MORRIS (A) | $ 325.00 | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 3.6 | $ 2,250.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP | | |
|---|---|---|---|
| Reporting Year | Inception through Present | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 1.7 | 0.0 | 3.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.6 | 0.0 | 0.0 | 33.4 | $ 19,286.50 |
| 2008 | | 10.4 | 0.0 | 9.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 33.9 | 0.0 | 0.0 | 53.4 | $ 28,131.50 |
| 2009 | | 3.8 | 0.0 | 5.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 7.0 | 0.0 | 0.0 | 17.9 | $ 8,588.00 |
| 2010 | | 0.1 | 0.0 | 0.4 | 37.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.9 | 0.0 | 0.0 | 49.2 | $ 22,169.50 |
| 2011 | | 5.5 | 0.0 | 1.9 | 28.9 | 0.0 | 17.2 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 53.6 | $ 24,680.00 |
| 2012 | | 4.9 | 0.0 | 3.2 | 24.6 | 0.0 | 33.9 | 0.0 | 0.0 | 0.0 | 2.7 | 0.0 | 0.0 | 69.3 | $ 29,749.50 |
| 2013 | | 1.1 | 0.0 | 1.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.8 | 0.0 | 0.0 | 10.5 | $ 6,135.00 |
| 2014 | | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 7.0 | 0.0 | 0.0 | 9.3 | $ 4,530.00 |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 3.6 | $ 2,250.00 |
| | | 27.5 | 0.0 | 27.1 | 91.3 | 0.0 | 51.1 | 0.0 | 0.0 | 1.6 | 101.6 | 0.0 | 0.0 | 300.2 | $ 145,520.00 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# EXHIBIT 3

**EXHIBIT 3**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**EXPENSE SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | ADEMI & O'REILLY LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | $ | 5,000.00 |
| Outside Copies | | |
| In-house Reproduction /Copies | $ | 98.40 |
| Court Costs & Filing Fees | $ | 751.50 |
| Court Reporters 7 Transcripts | | |
| Computer Research | $ | 667.66 |
| Telephone & Facsimile | $ | 1.95 |
| Postage/Express Delivery/Courier | $ | 55.30 |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | $ | 947.68 |
| Travel: Lodging/Meals | $ | 636.63 |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | $ | 167.55 |
| Other Expenses | | |
| | | |
| | $ | 8,326.67 |