# Exhibit 33

**Foley & Mansfield, PLLP**
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401
Telephone: (612) 338-8788

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 <br> MDL No. 1917 <br><br> **CLASS ACTION** |
| This Document Relates to: <br><br> All Indirect Purchaser Actions | **DECLARATION OF SEYMOUR J. MANSFIELD IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS** <br><br> Judge: Honorable Samuel Conti <br> Courtroom One, 17th Floor |

I, Seymour J. Mansfield, declare as follows:

1. I am an attorney licensed to practice before the courts of Minnesota, Illinois and admitted to practice before various federal trial and appeals courts and the U.S. Supreme Court. I have been a Partner in the law firm of Foley & Mansfield, PLLP since early October 2012.  Before that, I was a Founding Partner of the law firm of Mansfield Tanick & Cohen, P.A. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of my firms' request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2. My former firm, Mansfield Tanick & Cohen, P.A., until October 2012 was, and since then, my current firm, Foley & Mansfield, PLLP, has been counsel of record in this case and represents named plaintiff(s) Brigid Terry (Wisconsin) and David Norby (Minnesota). Brief descriptions of my former and current firms are attached as Exhibit 1 and 2 respectively and incorporated herein by reference.

3. Throughout the course of this litigation, my firms kept and contemporaneously documented all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firms were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4. During the course of this litigation, my firms have been involved in the following tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead Counsel.

Legal research and development regarding indirect purchaser antitrust claims in various states; initial investigation of claims of various residents of various states, including, but not limited to, Minnesota, Wisconsin, North Dakota, South Dakota, Michigan and Nevada; communications with and retention by Ms. Terry (Wisconsin) and Mr. Norby (Minnesota); investigation and documentation of their claims and those of Gary Hanson (North Dakota), CRT purchases, and the like in coordination with Lead Counsel; review and assistance regarding the

1  drafting of initial Complaints and Amended Complaints; subsequent communications with my

2  clients keeping them informed; assist clients in answering written discovery; assist in setting up

3  clients' depositions; assist in evaluation of Ms. Terry as potential IPP witness at trial; liaison in

4  communications between clients and Lead Counsel regarding early and later settlement

5  negotiations; review and advise clients of status and resolution of dispositive matters; meetings,

6  communications, strategy and planning among lawyers and legal staff and completion of action

7  items.

8       5.     The schedule attached as Exhibit 3, and incorporated herein, is a detailed summary

9  of the amount of time spent by my former and current firms' partners, attorneys and professional

10 support staff who were involved in this litigation.  It does not include any time devoted to

11 preparing this declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar

12 calculation is based on my firms' historical billing rates in effect at the time services were

13 performed.  Exhibit 3 was prepared from contemporaneous time records regularly prepared and

14 maintained by my firms.  Those records have been provided to Lead Counsel, and I authorize them

15 to be submitted for inspection by the Court if necessary.  The hourly rates for my firms' partners,

16 attorneys and professional support staff included in Exhibit 3 were at the time the work was

17 performed the usual and customary hourly rates charged for their services in similar complex

18 litigation.

19      6.     The total number of hours reasonably expended on this litigation by my firms from

20 inception to May 31, 2015 is 221.4. hours.  The total lodestar for my firms at the historical hourly

21 rates is $106,298.50.  I estimate that the total lodestar at current rates would be approximately

22 $127,500.  Expense items are billed separately and are not duplicated in my Firms' lodestar.

23      7.     The expenses my firms incurred in litigating this action are reflected in the books

24 and records of my firms. These books and records are prepared from expense vouchers, invoices,

25 receipts, check records and other source materials and accurately reflect the expenses incurred.

26 My firms' expense records are available for inspection by the Court if necessary.

27      8.     My firms incurred a total of $403.25 in unreimbursed expenses, all of which were

28

DECLARATION OF SEYMOUR J. MANSFIELD IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

1   reasonable and necessary for the prosecution of this litigation.  These expenses were for non-

2   common litigation expenses incurred by my firms, such as copying, legal research, telephone,

3   postage, etc.  A summary of those expenses by category is attached as Exhibit 4.

4

5        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th

6   day of July, 2015, in Minneapolis, Minnesota.

7

8                                        Seymour J. Mansfield

# **EXHIBIT 1**

# MANSFIELD TANICK & COHEN, P.A.

Mansfield, Tanick & Cohen was founded in 1989 by the merger of the firms of Seymour J. Mansfield and Marshall H. Tanick and merged with Hellmuth & Johnson in October 2012. Its founding partner Seymour Mansfield joined the Firm of Foley & Mansfield, PLLP at that time bringing its class action cases with him including this CRT Antitrust Litigation matter with him. During its 23 years' existence, the firm represented individuals, businesses, and organizations in Minnesota, throughout the U.S., and globally in a diverse array of practice areas. With just over 20 lawyers at its peak, the firm was located in downtown Minneapolis, Minnesota. Its practice areas included complex and class litigation, general civil litigation, labor and employment, business transactions, real estate, intellectual property law, e-commerce/internet law, and many niche practices ranging from pet law to sports and entertainment law. The firm was an active member of the international legal network Lawyers Associated Worldwide (LAW), connecting its U.S. and foreign clients with quality legal representation in commercial centers around the globe.

For 23 years, Seymour Mansfield headed up the firm's Class & Complex Litigation Group. Including his positions in prior firms and in legal aid in Chicago and Minnesota, he has a four decade history and track record as plaintiffs class counsel, lead and co-lead and steering committee counsel in many class actions.

# EXHIBIT 2

# FOLEY & MANSFIELD PLLP

Founded in 1989 by Steven Foley and Kyle Mansfield, Foley & Mansfield PLLP is a national law firm, with just over 150 lawyers in ten offices, representing large corporations, small businesses and individuals. The firm is headquartered in Minneapolis, Minnesota, with offices in Chicago, Detroit, Los Angeles, Miami, New York, Oakland, Portland, Seattle and St. Louis. Practice areas include catastrophic loss, commercial and shareholder litigation, commercial finance and corporate transactions, class and complex litigation, construction, employment law, environmental law, estate planning, probate and trust litigation, general liability and civil litigation, intellectual property, international business, medical malpractice defense, premises and products liability, and toxic/mass torts litigation. Seymour J. Mansfield joined the firm in October 2012. He currently serves as the firm's Chairman of the firm's International Business & Immigration Law Group and is certified as a Minnesota Labor & Employment Specialist. Including his positions in prior firms and in legal aid in Chicago and Minnesota, he has a four decade history and track record as plaintiffs class counsel, lead and co-lead and steering committee counsel in many class actions. For 23 years, he headed up the Class & Complex Litigation Group at his prior firm, Mansfield Tanick & Cohen.

# EXHIBIT 3

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | 2007 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | 2008 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SJM (P) | $ 700.00 | 18.0 | 0.0 | 11.6 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 4.8 | 0.0 | 0.0 | 42.4 | $ 29,680.00 |
| JBR (A) | $ 350.00 | 1.1 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 3.6 | $ 1,260.00 |
| CAH (A) | $ 450.00 | 1.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.7 | 0.0 | 0.0 | 0.0 | 4.3 | $ 1,935.00 |
| LPS (P) | $ 600.00 | 4.0 | 0.0 | 7.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 12.8 | $ 7,680.00 |
| PLW (PL) | $ 195.00 | 3.1 | 0.0 | 6.3 | 1.2 | 0.0 | 0.0 | 2.9 | 0.0 | 5.2 | 0.0 | 0.0 | 0.0 | 18.7 | $ 3,646.50 |
| FEE (PL) | $ 195.00 | 0.3 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | $ 390.00 |
| MES (PL) | $ 195.00 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | $ 58.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 28.4 | 0.0 | 29.2 | 2.2 | 0.0 | 0.0 | 3.1 | 0.0 | 16.4 | 4.8 | 0.0 | 0.0 | 84.1 | $ 44,650.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | 2009 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SJM (P) | $ 700.00 | 3.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 3.6 | 0.0 | 0.0 | 8.0 | $ 5,600.00 |
| CAH (A) | $ 450.00 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | $ 495.00 |
| MES (PL) | $ 195.00 | 1.5 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | 0.0 | 0.0 | 2.3 | $ 448.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 6.4 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 4.3 | 0.0 | 0.0 | 11.4 | $ 6,543.50 |

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | 2010 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SJM (P) | $ 700.00 | 5.9 | 0.0 | 0.0 | 5.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 13.5 | $ 9,450.00 |
| CAH (A) | $ 450.00 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | $ 360.00 |
| MES (PL) | $ 195.00 | 1.9 | 0.0 | 1.4 | 17.3 | 0.0 | 0.0 | 1.1 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 22.1 | $ 4,309.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 8.6 | 0.0 | 1.4 | 22.4 | 0.0 | 0.0 | 1.1 | 0.0 | 0.4 | 2.5 | 0.0 | 0.0 | 36.4 | $ 14,119.50 |

EXHIBIT 33

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SJM (P) | $ 700.00 | 3.3 | 0.0 | 0.4 | 6.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.6 | 0.0 | 0.0 | 11.4 | $ 7,980.00 |
| MES (PL) | $ 195.00 | 3.1 | 0.0 | 1.5 | 28.6 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 33.6 | $ 6,552.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 6.4 | 0.0 | 1.9 | 34.7 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 1.6 | 0.0 | 0.0 | 45.0 | $ 14,532.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SJM (P) | $ 700.00 | 2.8 | 0.0 | 0.0 | 0.0 | 2.1 | 0.0 | 0.0 | 0.0 | 0.4 | 1.7 | 0.0 | 0.0 | 7.0 | $ 4,900.00 |
| MES (PL) | $ 195.00 | 0.0 | 0.0 | 0.5 | 0.0 | 6.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.8 | $ 1,326.00 |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 2.8 | 0.0 | 0.5 | 0.0 | 8.4 | 0.0 | 0.0 | 0.0 | 0.4 | 1.7 | 0.0 | 0.0 | 13.8 | $ 6,226.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SJM (P) | $ 700.00 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 5.2 | $ 3,640.00 |
| CLV (PL) | $ 195.00 | 0.4 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | $ 117.00 |
| CHS (PL) | $ 195.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.2 | $ 39.00 |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 3.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.8 | 0.0 | 0.0 | 6.0 | $ 3,796.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SJM (P) | $ 700.00 | 4.1 | 0.0 | 4.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 7.7 | 0.0 | 0.0 | 17.0 | $ 11,900.00 |
| RWH (PL) | $ 195.00 | 0.7 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 1.7 | $ 331.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 4.8 | 0.0 | 5.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 7.7 | 0.0 | 0.0 | 18.7 | $ 12,231.50 |

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SJM (P) | $ 700.00 | 3.1 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 6.0 | $ 4,200.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 3.1 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 6.0 | $ 4,200.00 |

**EXHIBIT 3**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | Inception through Present |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2008 | | 28.4 | 0.0 | 29.2 | 2.2 | 0.0 | 0.0 | 3.1 | 0.0 | 16.4 | 4.8 | 0.0 | 0.0 | 84.1 | $ 44,650.00 |
| 2009 | | 6.4 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 4.3 | 0.0 | 0.0 | 11.4 | $ 6,543.50 |
| 2010 | | 8.6 | 0.0 | 1.4 | 22.4 | 0.0 | 0.0 | 1.1 | 0.0 | 0.4 | 2.5 | 0.0 | 0.0 | 36.4 | $ 14,119.50 |
| 2011 | | 6.4 | 0.0 | 1.9 | 34.7 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 1.6 | 0.0 | 0.0 | 45.0 | $ 14,532.00 |
| 2012 | | 2.8 | 0.0 | 0.5 | 0.0 | 8.4 | 0.0 | 0.0 | 0.0 | 0.4 | 1.7 | 0.0 | 0.0 | 13.8 | $ 6,226.00 |
| 2013 | | 3.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.8 | 0.0 | 0.0 | 6.0 | $ 3,796.00 |
| 2014 | | 4.8 | 0.0 | 5.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 7.7 | 0.0 | 0.0 | 18.7 | $ 12,231.50 |
| 2015 | | 3.1 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 6.0 | $ 4,200.00 |
| | | 63.5 | 0.0 | 39.2 | 59.3 | 8.4 | 0.0 | 4.6 | 0.0 | 18.7 | 27.7 | 0.0 | 0.0 | 221.4 | $ 106,298.50 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

**CATEGORIES:**

1. Attorney Meeting/Strategy
2. Court Appearance
3. Client Meeting
4. Draft Discovery Requests or Responses
5. Deposition Preparation
6. Attend Deposition - Conduct/Defend
7. Document Review
8. Experts - Work or Consult
9. Research
10. Motions/Pleadings
11. Settlement
12. Trial

**BILLING GLOSSARY**
**NAME/INITIALS/STATUS**

Seymour J. Mansfield / SJM (P)
J.B. Roth / JBR (A)
Charles A. Horowitz / CAH (A)
Larry P. Schaefer / LPS  (P)
Patricia L. Walters / PLW (PL)
Faye E. Ewing / FEE (PL)
Mary E. Scott / MES (PL)
Richard W. Hunding /RWH (PL)
Carynne L. Levy / CLV (PL)
Christy H. Sales / CHS (PL)

# EXHIBIT 4

## IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
### EXPENSE SUMMARY
### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Mansfield, Tanick, & Cohen, PA and Foley & Mansfield, PLLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| Assessments | $ | - |
| Outside Copies | $ | 36.80 |
| In-house Reproduction /Copies | $ | 77.75 |
| Court Costs & Filing Fees | $ | - |
| Court Reporters 7 Transcripts | $ | - |
| Computer Research | $ | 189.53 |
| Telephone & Facsimile | $ | 3.14 |
| Postage/Express Delivery/Courier | $ | 6.43 |
| Professional Fees (investigator, accountant, etc.) | $ | - |
| Experts | $ | - |
| Witness / Service Fees | $ | - |
| Travel: Airfare | $ | - |
| Travel: Lodging/Meals | $ | - |
| Travel: Other | $ | - |
| Car Rental/Cabfare/Parking | $ | - |
| Other Expenses | $ | 89.60 |
| | | |
| | $ | 403.25 |