Exhibit 34

Robert G. Methvin, Jr.
James M. Terrell
J. Matthew Stephens
**McCALLUM, METHVIN & TERRELL, P.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
Ph: (205) 939-0199
Fax: (205) 939-0399
rgm@mmlaw.net
jterrell@mmlaw.net
mstephens@mmlaw.net

*Counsel for Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF JAMES M. TERRELL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

1    I, James M. Terrell, declare as follows:

2    1.    I am an attorney licensed to practice before the courts of Alabama and Mississippi,

3    and a shareholder in the law firm McCallum, Methvin & Terrell, P.C.  I have personal knowledge

4    of the facts stated in this declaration and, if called as a witness, I could and would testify

5    competently to them.  I make this declaration in support of my firm's request for attorneys' fees

6    and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys'

7    Fees, Expenses and Incentive Awards.

8    2.    My firm is counsel of record in this case, and represents named plaintiff Charlie

9    Jenkins.  A brief description of my firm is attached as Exhibit 1 and incorporated herein by

10   reference.

11   3.    Throughout the course of this litigation, my firm kept files contemporaneously

12   documenting all time spent, including tasks performed, and expenses incurred, and transmitted

13   those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm

14   were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

15   4.    During the course of this litigation, my firm has been involved in the following

16   tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead

17   Counsel:  (1) meetings with co-counsel and client in preparation for filing complaint; (2) meeting

18   with co-counsel and client in preparing discovery responses; (3) meeting with co-counsel and

19   client in preparing client for deposition; (4) attending deposition of client; (5) reviewing court

20   filings;[1] (6) participating in document review; (7) attending meetings or conference calls with lead

21   counsel regarding litigation or trial strategy; (8) attending meetings or conference calls with lead

22   counsel regarding settlement.

23   5.    The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

24   of the amount of time spent by my firm's partners, attorneys and professional support staff who

25

26   [1] While the review of some court filings was not performed at the express direction of lead
     counsel, as Counsel for the only Mississippi class representative Plaintiff, Charlie Jenkins, review
27   of certain, important rulings and court filings was performed to stay abreast of matters to
     adequately, competently and ethically represent Mr. Jenkins in this litigation.

28
                                              1

were involved in this litigation. It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed. Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm. Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary. The hourly rates for my firm's partners, attorneys and professional support staff included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for their services in similar complex litigation.

6. The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 206.8 hours. The total lodestar for my firm at historical rates is $88,777.50. The total lodestar for my firm at current rates is $106,985.00. Expense items are billed separately and are not duplicated in my firm's lodestar.

7. The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8. My firm incurred a total of $29,428.22 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. Of this amount, $20,000.00 was for assessment payments for common litigation expenses or direct payments to experts or other vendors made at the request of Lead Counsel, and an additional $9,428.22 was for non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research, telephone, etc. A summary of those expenses by category is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of August, 2015, in Birmingham, Alabama.

James M. Terrell

# EXHIBIT 1

Home | Attorneys | Practice Areas | News | Blog | Contact

Class Actions &
Complex Litigation

Insurance Fraud

Consumer Protection

Wrongful Death

Catastrophic Injury

Labor & Employment

Securities Fraud

Contingent Fee Business
Litigation

Copyright & Trademark
Infringement

Mediation/Arbitration (ADR)

Pharmaceutical & Medical
Device Litigation

## Practice Areas

Our attorneys focus specifically on the following legal topics, which ensures that our clients receive the best representation by lawyers who are experienced in their respective field.

### Class Actions & Complex Litigation

including breach of contract, RICO violations, antitrust claims, securities litigation, mortgage and lending violations, deceptive trade practices

### Insurance Fraud

including deceptive insurance sales practices, annuities, insurance coverage denial

### Consumer Protection Law

including predatory sales practices, predatory lending, deceptive sales, fraudulent business practices

### Wrongful Death Litigation

including accidental death on a jobsite, fatal car accidents, occupation-related death

### Catastrophic Injury

including injuries on the job and injuries sustained in a car wreck or tractor trailer accident

### Labor & Employment Law

including wage/hour violations, wrongful termination, discrimination, and Fair Labor & Standards Act (FLSA)

### Securities Fraud

### Contingent Fee Business Litigation

### Copyright & Trademark Infringement

### Mediation/Arbitration (ADR)

### Pharmaceutical & Medical Device Litigation

   

The lawyers at McCallum, Methvin & Terrell, P.C. provide representation for consumers and small businesses in cases including business disputes, class actions, complex litigation, insurance fraud, consumer protection, wrongful death, catastrophic injury and labor and employment violations.

© 2010–2015 McCallum Methvin & Terrell, P.C. Disclaimer

McCallum, Methvin & Terrell, P.C.
Attorneys at Law
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama (AL) 35205 map
Toll Free: 1–800–210–7476

Phillip W McCallum

Robert G. Methvin Jr.

James M. Terrell

P. Michael Yancey

J. Matthew Stephens

Rodney E. Miller

Patrick C. Marshall

Bob is a founding shareholder of McCallum, Methvin & Terrell P.C. Bob graduated from the University of Alabama with a B.S. degree in Finance in 1991 where he was a member of Jasons Senior Men's Honorary. He received his Juris Doctorate from the Cumberland School of Law at Samford University in 1994 where he was a member of the Trial Advocacy Board. Bob frequently lectures on **business litigation** and is a registered mediator with the Alabama Center for Dispute Resolution. He has an AV® Peer Review Rating by Martindale-Hubbell and also serves as litigation counsel to a number of Alabama small businesses.



**Robert G. Methvin Jr.**
SHAREHOLDER
tel (205) 939-3006
fax (205) 939-0399
**email link**
**Download vCard**





Practice Areas
Class Action & Complex Litigation 🔗
Contingent Fee Business Litigation 🔗
Insurance Fraud 🔗
Pharmaceutical and Medical Device Litigation 🔗
Mediation/Arbitration (ADR) 🔗

Main Practice Areas
Business Litigation
Complex Litigation, Including Class Actions
Mediation

Professional Associations and Memberships
American Bar Association
Fellow, American Bar Foundation
Alabama State Bar Association - Elected Bar Commissioner, 10th Judicial Circuit of Alabama (2011-2014), (2014-2017); Board of Directors, Alabama Bar Foundation; Fellow, Alabama Bar Foundation; State Bar Disciplinary Panel (2011-present); Member, Federal Court Practice Section (2010-2011); Judicial Liaison Committee (2005-2015); Graduate, Leadership Forum (2006); President, Young Lawyers Section (2002)
Birmingham Bar Association - Board of Directors, Birmingham Bar Volunteer Lawyer Project (2013-2015); Member, Birmingham Bar Nominating Committee (2015-2017); Birmingham Bar Foundation Board of Directors (2010-2013); Chair, Crisis Relief Committee (2011); Member, Pro Bono Committee (2012); Chair, Pro Bono Week Committee (2010); Elected to Executive Committee (2007-2009); Grievance Committee (2002-2007)

Recent Awards and Designations
Super Lawyers, Business Litigation (2014)
Top 50 Lawyers in Alabama, *Business Alabama* Magazine (May, 2013); *Alabama Super Lawyers®* Magazine (2013)
Super Lawyers®, Business Litigation (2013)
Top 50 Lawyers in Alabama, *Business Alabama* Magazine (May, 2012); *Alabama Super Lawyers®* Magazine (2012)
Super Lawyers®, Business Litigation (2012)
Recipient, Alabama State Bar President's Award for Meritorious Service (2011)
Super Lawyers®, Business Litigation (2011)
Super Lawyers®, Corporate Counsel Edition, Business Litigation (2010)
Super Lawyers®, Business Litigation (2009) 🔗

Bar Admissions
Alabama
Mississippi
United States Court of Appeals 5th Circuit

Education
Cumberland School of Law, J.D., 1994
University of Alabama, B.S., 1991

The lawyers at McCallum, Methvin & Terrell, P.C. provide representation for consumers and small businesses in cases including business disputes, class actions, complex litigation, insurance fraud, consumer protection, wrongful death, catastrophic injury and labor and employment violations.

© 2010 McCallum Methvin & Terrell, P.C. Disclaimer

McCallum, Methvin & Terrell, P.C.
Attorneys at Law
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama (AL) 35205 map
Toll Free: 1-800-210-7476

Home | Attorneys | Practice Areas | News | Blog | Contact

Phillip W McCallum

Robert G. Methvin Jr.

James M. Terrell

P. Michael Yancey

J. Matthew Stephens

Rodney E. Miller

Patrick C. Marshall

Jimbo is a shareholder in the law firm of McCallum, Methvin & Terrell, P.C. He graduated from Birmingham-Southern College with a B.A. degree in Political Science in 1995 and received his Juris Doctorate from the University of Alabama School of Law in 1998 where he served as a Senior Editor of the Alabama Law Review. At the University of Alabama School of Law, Jimbo also served as a member of the Jessup International Moot Court team and the John A. Campbell Moot Court Board. He was admitted to practice law in Alabama in 1998 and in Mississippi in 2001.



James M. Terrell
SHAREHOLDER
tel (205) 939-0199
fax (205) 939-0399
**email link**
**Download vCard**



Jimbo is a past-president of the Young Lawyers Section of the Alabama State Bar, a member of the Young Lawyers Section Executive Committee, a graduate of the Alabama State Bar Leadership Forum, and vice-chair of the Alabama State Bar Pro Bono Celebration Week Committee. He also is a member of the the Alabama Supreme Court Chief Justice's Commission on Professionalism, a member of the Alabama State Bar Task Force on Section Governance, and a member of the Alabama State Bar Quality of Life Committee. For the American Bar Association, Jimbo is vice-chair of the Business Litigation Committee and the Emerging Issues Committee, as well as a member of the Task Force on Plaintiffs' Involvement in the Torts, Trial and Insurance practice section. Jimbo was named a Rising Star in the areas of Class Actions/Mass Torts in the 2010 edition of Alabama Super Lawyers®. He is a member of the American Bar Association, the Alabama State Bar, the Birmingham Bar Association, the Mississippi Bar Association, the Alabama Association for Justice, the American Association for Justice and the National Association of Consumer Advocates.

Practive Areas
Class Action & Complex Litigation 🖻
Consumer Protection 🖻
Contingent Fee Business Litigation 🖻

Professional Associations and Memberships
Alabama State Bar
American Bar Association
Mississippi Bar Association
Birmingham Bar Association
American Association for Justice
Alabama Association for Justice
Super Lawyers® Rising Star 🖻

Bar Admissions
Alabama
Mississippi
U.S. District Court Northern District of Alabama
U.S. District Court Middle District of Alabama
U.S. District Court Southern District of Alabama
U.S. District Court Northern District of Mississippi
U.S. District Court Southern District of Mississippi
U.S. Court of Appeals 11th Circuit
U.S. Court of Appeals 5th Circuit
U.S. Court of Appeals 10th Circuit

The University of Alabama School of Law, J.D.

Birmingham Southern College, B.A.

   

The lawyers at McCallum, Methvin & Terrell, P.C. provide representation for consumers and small businesses in cases including business disputes, class actions, complex litigation, insurance fraud, consumer protection, wrongful death, catastrophic injury and labor and employment violations.

© 2010–2015 McCallum Methvin & Terrell, P.C. Disclaimer

McCallum, Methvin & Terrell, P.C.

Attorneys at Law

The Highland Building

2201 Arlington Avenue South

Birmingham, Alabama (AL) 35205 map

Toll Free: 1–800–210–7476

Home | Attorneys | Practice Areas | News | Blog | Contact

Phillip W McCallum

Robert G. Methvin Jr.

James M. Terrell

P. Michael Yancey

J. Matthew Stephens

Rodney E. Miller

Patrick C. Marshall

Matt is a shareholder at McCallum, Methvin & Terrell. Matt received his B.A. in History from Auburn University in 1996. He went on to receive his Juris Doctor, cum laude, from Cumberland School of Law at Samford University in 2000 and was admitted to practice law in Alabama in 2000. He is also admitted to practice law in the States of Florida and Mississippi. At the Cumberland School of Law, Matt served as a member of the Trial Advocacy Board and the Cumberland Law Review. He is currently a member of the Birmingham Bar Association, the Alabama Bar Association, the Florida Bar Association, the Mississippi Bar Association, the Alabama Association for Justice, the American Association for Justice and the National Association of Consumer Advocates.



J. Matthew Stephens
SHAREHOLDER
tel (205) 939-0199
fax (205) 939-0399
email link
Download vCard

Practice Areas
Class Action & Complex Litigation
Insurance Fraud
Consumer Protection
Wrongful Death Litigation
Catastrophic Injury
Labor & Employment Law
Contingent Fee Business Litigation
Pharmaceutical and Medical Device Litigation

Professional Associations and Memberships
Alabama State Bar Young Lawyers Section
Birmingham Bar Association
Alabama State Bar Association
Florida Bar Association
Mississippi Bar Association
Alabama Association for Justice
American Association for Justice
National Association of Consumer Advocates

Bar Admissions
Florida, 2003
Mississippi, 2003
Alabama, 2000
U.S. District Court Northern District of Alabama, 2000
U.S. District Court Southern District of Alabama, 2000
U.S. District Court Middle District of Alabama, 2000

Education
Cumberland School of Law, J.D.
Auburn University, B.A.

   

The lawyers at McCallum, Methvin & Terrell, P.C. provide representation for consumers and small businesses in cases including business disputes, class actions, complex litigation, insurance fraud, consumer protection, wrongful death, catastrophic injury and labor and employment violations.

© 2010–2015 McCallum Methvin & Terrell, P.C. Disclaimer

McCallum, Methvin & Terrell, P.C.
Attorneys at Law
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama (AL) 35205 map
Toll Free: 1–800–210–7476

# EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
|---|---|
| Reporting Year | 2007 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert G. Methvin, Jr. (P) | $ 500.00 | 0.1 | | | | | | | | | | | | 0.1 | $ 50.00 |
| James M. Terrell (P) | $ 500.00 | 0.3 | | | | | | | | | | | | 0.3 | $ 150.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | $ 200.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. | |
|---|---|---|
| Reporting Year | 2008 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert G. Methvin, Jr. (P) | $ 500.00 | 1.2 | | | | | | | | | | | | 1.2 | $ 600.00 |
| James M. Terrell (P) | $ 500.00 | 1.7 | | | | | | | | | | | | 1.7 | $ 850.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.9 | $ 1,450.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
|---|---|
| Reporting Year | 2009 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert G. Methvin, Jr. (P) | $ 500.00 | 22.2 | | 1.2 | | | | 5.6 | | | | | | 29.0 | $ 14,500.00 |
| James M. Terrell (P) | $ 500.00 | 9.8 | | 0.1 | | | | | | | | | | 9.9 | $ 4,950.00 |
| J. Matthew Stephens (P) | $ 375.00 | 2.0 | | | | | | | | | | | | 2.0 | $ 750.00 |
| Susan Reynolds (PL) | $ 125.00 | 5.3 | | | | | | 0.3 | | | | | | 5.6 | $ 700.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 39.3 | 0.0 | 1.3 | 0.0 | 0.0 | 0.0 | 5.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 46.5 | $ 20,900.00 |

Exhibit 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
|---|---|
| Reporting Year | 2010 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert G. Methvin, Jr. (P) | $ 500.00 | 2.8 | | 8.4 | 7.7 | | | 13.7 | | | | | | 32.6 | $ 16,300.00 |
| James M. Terrell (P) | $ 500.00 | 1.6 | | | | | | | | | | | | 1.6 | $ 800.00 |
| J. Matthew Stephens (P) | $ 375.00 | 0.5 | | | | | | | | | | | | 0.5 | $ 187.50 |
| Susan Reynolds (PL) | $ 125.00 | 4.3 | | 0.9 | 2.3 | | | | | | | | | 7.5 | $ 937.50 |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | | | | | | | | | | | | | 0.0 | $     - |
| | | 9.2 | 0.0 | 9.3 | 10.0 | 0.0 | 0.0 | 13.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 42.2 | $ 18,225.00 |

Exhibit 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert G. Methvin, Jr. (P) | $ 500.00 | 9.1 | | 24.1 | 0.9 | | | 0.6 | | | | | | 34.7 | $ 17,350.00 |
| James M. Terrell (P) | $ 500.00 | 1.2 | | 0.3 | 1.6 | | | | | | | | | 3.1 | $ 1,550.00 |
| J. Matthew Stephens (P) | $ 425.00 | 0.7 | | 0.2 | 0.6 | | | | | | | | | 1.5 | $ 637.50 |
| Susan Reynolds (PL) | $ 125.00 | 0.7 | | | | | | | | | | | | 0.7 | $ 87.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 11.7 | 0.0 | 24.6 | 3.1 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.0 | $ 19,625.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
|---|---|
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert G. Methvin, Jr. (P) | $ 500.00 | 2.5 | | 0.9 | | 5.3 | 8.7 | 0.2 | | | | | | 17.6 | $ 8,800.00 |
| James M. Terrell (P) | $ 500.00 | 0.9 | | | | | | | | | | | | 0.9 | $ 450.00 |
| J. Matthew Stephens (P) | $ 425.00 | 0.3 | | | | | | | | | | | | 0.3 | $ 127.50 |
| Brandon Hays (A) | $ 250.00 | 1.5 | | | | | | 34.5 | | | | | | 36.0 | $ 9,000.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 5.2 | 0.0 | 0.9 | 0.0 | 5.3 | 8.7 | 34.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 54.8 | $ 18,377.50 |

EXHIBIT 2

## IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
### TIME AND LODESTAR SUMMARY
### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert G. Methvin, Jr. (P) | $ 500.00 | 0.5 | | 0.6 | | | | 8.2 | | | | | | 9.3 | $ 4,650.00 |
| James M. Terrell (P) | $ 500.00 | 0.5 | | | | | | | | | | | | 0.5 | $ 250.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 8.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.8 | $ 4,900.00 |

Exhibit 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert G. Methvin, Jr. (P) | $ 500.00 | 0.6 | | | | | | 8.3 | | | | | | 8.9 | $ 4,450.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.9 | $ 4,450.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert G. Methvin, Jr. (P) | $ 500.00 | | | | | | | 1.3 | | | | | | 1.3 | $ 650.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | $ 650.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
| Reporting Year | Inception through Present |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|------|---|---|---|---|---|---|---|---|---|---|----|----|----|-------|----------|
| 2007 | | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | $ 200.00 |
| 2008 | | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.9 | $ 1,450.00 |
| 2009 | | 39.3 | 0.0 | 1.3 | 0.0 | 0.0 | 0.0 | 5.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 46.5 | $ 20,900.00 |
| 2010 | | 9.2 | 0.0 | 9.3 | 10.0 | 0.0 | 0.0 | 13.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 42.2 | $ 18,225.00 |
| 2011 | | 11.7 | 0.0 | 24.6 | 3.1 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.0 | $ 19,625.00 |
| 2012 | | 5.2 | 0.0 | 0.9 | 0.0 | 5.3 | 8.7 | 34.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 54.8 | $ 18,377.50 |
| 2013 | | 1.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 8.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.8 | $ 4,900.00 |
| 2014 | | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.9 | $ 4,450.00 |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | $ 650.00 |
| | | 70.3 | 0.0 | 36.7 | 13.1 | 5.3 | 8.7 | 72.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 206.8 | $ 88,777.50 |

| STATUS: | |
|---------|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# EXHIBIT 3

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
EXPENSE SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Methvin & Terrell, P.C. |
|---|---|
| Reporting Year | Inception through May 31, 2015 |

| TYPE OF EXPENSE | | TOTAL | |
|---|---|---|---|
| | | | |
| Assessments | | $ | 20,000.00 |
| Outside Copies | | | |
| In-house Reproduction /Copies | | $ | 5,923.30 |
| Court Costs & Filing Fees | | | |
| Court Reporters 7 Transcripts | | | |
| Computer Research | | $ | 197.18 |
| Telephone & Facsimile | | | |
| Postage/Express Delivery/Courier | | $ | 98.72 |
| Professional Fees (investigator, accountant, etc.) | | | |
| Experts | | | |
| Witness / Service Fees | | | |
| Travel: Airfare | | $ | 873.70 |
| Travel: Lodging/Meals | | $ | 1,374.74 |
| Travel: Other | | $ | 691.58 |
| Car Rental/Cabfare/Parking | | $ | 269.00 |
| Other Expenses | | | |
| | | | |
| | | $ | 29,428.22 |