Exhibit 36

1  **WYATT & BLAKE, LLP**
   **435 EAST MOREHEAD STREET**
2  **CHARLOTTE, NORTH CAROLINA 28202**

3  *Counsel for Indirect Purchaser Plaintiffs*

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 | **IN RE: CATHODE RAY TUBE (CRT)** | Case No. 3:07-cv-5944 |
   | **ANTITRUST LITIGATION** | MDL No. 1917 |
13 | | |
   | | **CLASS ACTION** |
14 | | |
   | | **DECLARATION OF JAMES F. WYATT, III IN** |
15 | This Document Relates to: | **SUPPORT OF PLAINTIFFS' APPLICATION** |
   | | **FOR ATTORNEYS' FEES, EXPENSES AND** |
16 | All Indirect Purchaser Actions | **INCENTIVE AWARDS** |
17 | | Judge:  Honorable Samuel Conti |
   | | Courtroom One, 17th Floor |
18

19

20

21

22

23

24

25

26

27

28

1       I, James F. Wyatt, III, declare as follows:

2       1.    I am an attorney licensed to practice in the state and federal courts of North

3   Carolina and Georgia, and a partner in the law firm of Wyatt & Blake, LLP. I have personal

4   knowledge of the facts stated in this declaration and, if called as a witness, I could and would

5   testify competently to them. I make this declaration in support of my firm's request for attorneys'

6   fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys'

7   Fees, Expenses and Incentive Awards.

8       2.    My firm is counsel of record in this case, and represents named plaintiff Patricia

9   Andrews. A brief description of my firm is attached as Exhibit 1 and incorporated herein by

10  reference.

11      3.    Throughout the course of this litigation, my firm kept files contemporaneously

12  documenting all time spent, including tasks performed, and expenses incurred, and transmitted

13  those reports on a regular basis to Lead Counsel. All of the time and expenses reported by my firm

14  were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

15      4.    During the course of this litigation, my firm has been involved in the following

16  tasks and activities on behalf of the IPPs: meetings with IPP client; revision of complaint and other

17  pleadings; investigation of relevant facts; analysis of documents and other information provided by

18  client; preparation and revision of discovery responses; preparation of fact summaries; preparation

19  for and defense of client's deposition; communications with client; and communications with Lead

20  Counsel and other IPP attorneys. All of this work was assigned and/or approved by Lead Counsel.

21      5.    The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

22  of the amount of time spent by my firm's partners, attorneys and professional support staff who

23  were involved in this litigation. It does not include any time devoted to preparing this declaration

24  or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on my firm's

25  historical billing rates in effect at the time services were performed. Exhibit 2 was prepared from

26  contemporaneous time records regularly prepared and maintained by my firm. Those records have

27  been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if

28

1

DECLARATION OF JAMES F. WYATT, III IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

1   necessary.   The hourly rates for my firm's partners, attorneys and professional support staff
2   included in Exhibit 2 were at the time the work was performed the usual and customary hourly
3   rates charged for their services in similar complex litigation.

4        6.   The total number of hours reasonably expended on this litigation by my firm from
5   inception to May 31, 2015 is 134.40 hours.  The total lodestar for my firm at historical rates is
6   $74,875.00.  The total lodestar for my firm at current rates is $88,437.50.  Expense items are billed
7   separately and are not duplicated in my firm's lodestar.

8        7.   The expenses my firm incurred in litigating this action are reflected in the books
9   and records of my firm. These books and records are prepared from expense vouchers, invoices,
10  receipts, check records and other source materials and accurately reflect the expenses incurred.
11  My firm's expense records are available for inspection by the Court if necessary.

12       8.   My firm incurred a total of $5,666.86 in unreimbursed expenses, all of which were
13  reasonable and necessary for the prosecution of this litigation.  Of this amount, $5,000.00 was for
14  assessment payments for common litigation expenses or direct payments to experts or other
15  vendors made at the request of Lead Counsel, and an additional $666.86 was for non-common
16  litigation expenses incurred by my firm, such as copying, legal research, telephone, etc.   A
17  summary of those expenses by category is attached as Exhibit 3.

19       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th
20  day of September 2015, in Charlotte, NC.

     James F. Wyatt, III
     Wyatt & Blake, LLP
     435 East Morehead Street
     Charlotte, North Carolina 28202
     (704) 331-0767 telephone
     (704) 331-0773 fax
     jwyatt@wyattlaw.net

# Exhibit 1

## WYATT & BLAKE, LLP

Please see our website at www.wyattandblakelaw.com. James F. Wyatt, III is a member of the American College of Trial Lawyers; is listed in Best Lawyers in America and Martindale Hubbell's list of Pre-eminent lawyers; and has been named Lawyer of the Year for North Carolina.

Regarding class action cases, Wyatt & Blake, LLP has represented plaintiffs and defendants in class action litigation filed in both federal and state courts. For example, in Nicholson v. F. Hoffman-Laroche, Ltd., Wyatt & Blake were co-counsel for a class of plaintiffs suing vitamin manufacturers. A class action settlement of more than $225 million was achieved in this case on behalf of the plaintiff class. Wyatt & Blake also served as counsel for the North Carolina class of purchasers of liquid crystal display (LCD) items. A nationwide settlement of approximately $1.1 billion was achieved in that case. It is the largest antitrust class action settlement in the United States. Wyatt & Blake currently represents a number of other North Carolina plaintiff classes in pending class action litigation involving the instant CRT case, wireless harness systems in cars and other vehicle components, and lithium ion batteries.

Exhibit 2

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Wyatt & Blake, LLP | | |
|---|---|---|---|
| Reporting Year | 2010 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James F. Wyatt, III (P) | $ 550.00 | | | 2.8 | 0.5 | | | 1.9 | | | 4.7 | | | 9.9 | $ 5,445.00 |
| Lou Anne Lynch (PL) | $ 125.00 | | | 1.0 | | | | 1.5 | | | | | | 2.5 | $ 312.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 3.8 | 0.5 | 0.0 | 0.0 | 3.4 | 0.0 | 0.0 | 4.7 | 0.0 | 0.0 | 12.4 | $ 5,757.50 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Wyatt & Blake, LLP |
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James F. Wyatt, III (P) | $ 550.00 | | | 0.5 | 2.7 | | | 1.7 | | 0.8 | 0.4 | | | 6.1 | $ 3,355.00 |
| Lou Anne Lynch (PL) | $ 125.00 | | | | | | | 1.0 | | | | | | 1.0 | $ 125.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.5 | 2.7 | 0.0 | 0.0 | 2.7 | 0.0 | 0.8 | 0.4 | 0.0 | 0.0 | 7.1 | $ 3,480.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Wyatt & Blake, LLP | | |
| --- | --- | --- | --- |
| Reporting Year | 2012 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| James F. Wyatt, III (P) | $ 550.00 | 5.2 | | 10.9 | 13.5 | 25.8 | 3.0 | 2.9 | | 1.2 | 7.9 | | | 70.4 | $ 38,720.00 |
| Robert A. Blake, Jr. (P) | $ 475.00 | | | | | | | | | | 3.8 | | | 3.8 | $ 1,781.25 |
| Lou Anne Lynch (PL) | $ 125.00 | | | | 1.6 | | | 0.3 | | | | | | 1.9 | $ 231.25 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 5.2 | 0.0 | 10.9 | 15.1 | 25.8 | 3.0 | 3.2 | 0.0 | 1.2 | 11.7 | 0.0 | 0.0 | 76.0 | $ 40,732.50 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Wyatt & Blake, LLP | | | | | | | | | | | | | | |
|-----------|--------------------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Year | 2013 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|-------------|-------------|---|---|---|---|---|---|---|---|---|----|----|----|-------|----------|
| James F. Wyatt, III (P) | $ 700.00 | 0.3 | | 1.3 | | | 4.4 | | | | 4.0 | | | 10.0 | $ 7,000.00 |
| Robert A. Blake, Jr. (P) | $ 600.00 | | | | | | 3.1 | | | | | | | 3.1 | $ 1,860.00 |
| Lou Anne Lynch (PL) | $ 150.00 | | | | | | 2.1 | | | | | | | 2.1 | $ 315.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.3 | 0.0 | 1.3 | 0.0 | 0.0 | 9.6 | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 15.2 | $ 9,175.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Wyatt & Blake, LLP | | | | | | | | | | | | | |
| Reporting Year | 2014 | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James F. Wyatt, III (P) | $ 700.00 | 2.6 | | 1.5 | 0.4 | | | 0.8 | | | 4.3 | | 4.1 | 13.7 | $ 9,590.00 |
| Robert A. Blake, Jr. (P) | $ 600.00 | 0.2 | | | | | | | | | 4.0 | | | 4.2 | $ 2,520.00 |
| Ginny Wooten (PL) | $ 150.00 | | | | | | | | | | 0.3 | | 0.4 | 0.7 | $ 105.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.8 | 0.0 | 1.5 | 0.4 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 8.6 | 0.0 | 4.5 | 18.6 | $ 12,215.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Wyatt & Blake, LLP | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Year | 2015 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James F. Wyatt, III (P) | $ 700.00 | | | | | | | | | | | 2.6 | 2.4 | 5.0 | $ 3,500.00 |
| Ginny Wooten (PL) | $ 150.00 | | | | | | | | | | 0.1 | | | 0.1 | $ 15.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 2.6 | 2.4 | 5.1 | $ 3,515.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Wyatt & Blake, LLP | | | | | | |
|---|---|---|---|---|---|---|---|
| Reporting Year | Inception through Present | | | | | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2008 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2009 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2010 | | 0.0 | 0.0 | 3.8 | 0.5 | 0.0 | 0.0 | 3.4 | 0.0 | 0.0 | 4.7 | 0.0 | 0.0 | 12.4 | $ 5,757.50 |
| 2011 | | 0.0 | 0.0 | 0.5 | 2.7 | 0.0 | 0.0 | 2.7 | 0.0 | 0.8 | .0.4 | 0.0 | 0.0 | 7.1 | $ 3,480.00 |
| 2012 | | 5.2 | 0.0 | 10.9 | 15.1 | 25.8 | 3.0 | 3.2 | 0.0 | 1.2 | 11.7 | 0.0 | 0.0 | 76.0 | $ 40,732.50 |
| 2013 | | 0.3 | 0.0 | 1.3 | 0.0 | 0.0 | 9.6 | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 15.2 | $ 9,175.00 |
| 2014 | | 2.8 | 0.0 | -1.5 | 0.4 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 8.6 | 0.0 | 4.5 | 18.6 | $ 12,215.00 |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | .0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 2.6 | 2.4 | 5.1 | $ 3,515.00 |
| | | 8.3 | 0.0 | 18.0 | 18.7 | 25.8 | 12.6 | 10.1 | 0.0 | 2.0 | 29.5 | 2.6 | 6.9 | 134.4 | $ 74,875.00 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition – Conduct/Defend
7 Document Review
8 Experts – Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# Exhibit 3

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

EXPENSE SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Wyatt & Blake, LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL | |
|---|---|---|---|
| Assessments | | | |
| Outside Copies (Photographs) | | $ | 60.00 |
| In-house Reproduction /Copies | | $ | 230.35 |
| Court Costs & Filing Fees | | | |
| Court Reporters 7 Transcripts | | | |
| Computer Research | | $ | 349.70 |
| Telephone & Facsimile | | | |
| Postage/Express Delivery/Courier | | $ | 26.81 |
| Professional Fees (Investigator, accountant, etc.) | | | |
| Experts | | | |
| Witness / Service Fees | | | |
| Travel: Airfare | | | |
| Travel: Lodging/Meals | | | |
| Travel: Other | | | |
| Car Rental/Cabfare/Parking | | | |
| Other Expenses (CRT Antitrust Litigation Fund) | | $ | 5,000.00 |
| | | | |
| | | $ | 5,666.86 |