# Exhibit 39

1  Jeff Crabtree (# 3405, State of Hawai'i)
   Law Offices of Jeff Crabtree
2  P.O. Box 62074
   Honolulu, HI 96839
3  Telephone: (808) 479-3977
   E-mail: lawyer@consumerlaw.com
4
   *Former Local Counsel for Daniel Riebow,*
5  *Class Representative for State of Hawai'i*
   *Indirect Purchaser Plaintiffs*
6

7                 **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9                  **SAN FRANCISCO DIVISION**

10

11  **IN RE: CATHODE RAY TUBE (CRT)**        Case No. 3:07-cv-5944
    **ANTITRUST LITIGATION**                 MDL No. 1917
12

13                                           **CLASS ACTION**

14  This Document Relates to:

15  All Indirect Purchaser Actions           **DECLARATION OF JEFF CRABTREE IN
                                             SUPPORT OF PLAINTIFFS' APPLICATION
16                                           FOR ATTORNEYS' FEES, EXPENSES AND
                                             INCENTIVE AWARDS**
17
                                             Judge: Honorable Samuel Conti
                                             Courtroom One, 17th Floor
18

19

20

21

22

23

24

25

26

27

28

I, Jeff Crabtree, declare as follows:

1.      I am an attorney licensed to practice in all courts in the State of Hawai'i.   I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently to them.   I make this declaration in support of my firm's request for attorneys' fees, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.      During the relevant time period, I was counsel of record in this case.   I represented name plaintiff Daniel Riebow (the Hawai'i class representative).

3.      A brief description of my background and legal experience is: I graduated from the University of San Francisco (1976), and New York University School of Law (1979).   I practiced civil litigation in Hawai'i since 1983, and started my own firm in 1987.   I am AV-rated in Martindale-Hubbell.   My law practice focused on consumer protection cases (including consumer class actions), professional liability, and personal injury claims.   I served in numerous bar association capacities, including as a Director of the Hawai'i State Bar Association, and I was the State Coordinator for the National Association of Consumer Advocates.   In late 2014, I was nominated by the Governor and confirmed by the Hawai'i Senate to serve as a circuit court judge (the senior state trial court in Hawai'i).   I wound down my practice in 2014 and am now a full-time circuit court judge in Honolulu.

4.      Throughout the course of this litigation, I kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel.   All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

5.      During the course of this litigation, I performed the following tasks and activities on behalf of the Class.   All of this work was assigned and/or approved by Lead Counsel:

    a.  I was retained by and represented Daniel Riebow, who became the sole class representative for the State of Hawai'i in this litigation;

    b.  At the start of the case, I worked directly with Mr. Riebow to preserve evidence (including a purchase receipt for his CRT/TV purchase, and preserving the TV itself);

1

c.  I worked directly with Mr. Riebow regarding his responses to discovery requests in this case;

d.  I answered questions from class counsel regarding various aspects of Hawai'i law applicable to this case;

e.  I helped prepare Mr. Riebow for his deposition, and sat through the deposition, which was held at my office;

f.  I kept Mr. Riebow informed and up to date with various developments throughout the litigation, including the motions to dismiss, the motion for class certification (and appeal); discovery issues, partial settlement(s), and case strategy.

g.  In late 2014, before being sworn in as a judge, I was required to end my representation of all my clients, including Mr. Riebow.  I helped coordinate a smooth transition for my replacement counsel.

6.     The schedule attached as Exhibit 1, incorporated herein, is a detailed summary of the time I spent on this litigation.  (I was a solo practitioner so my time is the only time charged.)  It does not include any time spent preparing this declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my usual and customary hourly billing rates in effect at the time the services were performed.   Exhibit 1 was prepared from contemporaneous time records regularly prepared and maintained by me.  Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary.

7.     The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 86.3 hours. The total lodestar for my firm at historical rates is $29,030.00. The total lodestar for my firm at current rates is $30,205.00."

8.  I incurred only a modest amount of out-of-pocket expenses.  I hereby waive payment for my expenses in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of September, 2015, in Honolulu, Hawai'i.


_____
JEFFREY P. CRABTREE

2

DECLARATION OF JEFF CRABTREE IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | |
|---|---|---|
| Reporting Year | 2007 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A--no services performed this year | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $          - |

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | | |
|---|---|---|---|
| Reporting Year | 2008 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A--no services performed this year | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | | | | | | | | | | | | | 0.0 | $       - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $       - |

EXHIBIT 1

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | |
|---|---|---|
| Reporting Year | 2009 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey P. Crabtree (P) | $ 325.00 | 4.8 | | 5.2 | | | | | | 4.1 | 0.2 | | | 14.3 | $ 4,647.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 4.8 | 0.0 | 5.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.1 | 0.2 | 0.0 | 0.0 | 14.3 | $ 4,647.50 |

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | |
|---|---|---|
| Reporting Year | 2010 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey P. Crabtree (P) | $ 325.00 | 1.8 | | 2.0 | 6.9 | | | 0.3 | | 2.3 | 3.8 | | | 17.1 | $ 5,557.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.8 | 0.0 | 2.0 | 6.9 | 0.0 | 0.0 | 0.3 | 0.0 | 2.3 | 3.8 | 0.0 | 0.0 | 17.1 | $ 5,557.50 |

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | |
|---|---|---|
| Reporting Year | 2011 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey P. Crabtree (P) | $ 325.00 | 2.1 | | 6.4 | 5.0 | | | | | | 2.1 | | | 15.6 | $ 5,070.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.1 | 0.0 | 6.4 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.1 | 0.0 | 0.0 | 15.6 | $ 5,070.00 |

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | |
|---|---|---|
| Reporting Year | 2012 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey P. Crabtree (P) | $ 350.00 | 2.7 | | 6.9 | | 10.9 | 3.0 | | | | | | | 23.5 | $   8,225.00 |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | | | | | | | | | | | | | 0.0 | $          - |
| | | 2.7 | 0.0 | 6.9 | 0.0 | 10.9 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 23.5 | $   8,225.00 |

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | |
|---|---|---|
| Reporting Year | 2013 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey P. Crabtree (P) | $ 350.00 | 1.7 | | 4.6 | | | | | | 0.5 | 1.4 | | | 8.2 | $ 2,870.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.7 | 0.0 | 4.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 1.4 | 0.0 | 0.0 | 8.2 | $ 2,870.00 |

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | |
|---|---|---|
| Reporting Year | 2014 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey P. Crabtree (P) | $ 350.00 | 1.6 | | 2.7 | 0.5 | | | | | | 2.8 | | | 7.6 | $ 2,660.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.6 | 0.0 | 2.7 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.8 | 0.0 | 0.0 | 7.6 | $ 2,660.00 |

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | |
|---|---|---|
| Reporting Year | 2015 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A--no services performed | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | N/A |

**EXHIBIT 1**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree | |
|---|---|---|
| Reporting Year | Inception through Present | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $          - |
| 2008 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $          - |
| 2009 | | 4.8 | 0.0 | 5.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.1 | 0.2 | 0.0 | 0.0 | 14.3 | $   4,647.50 |
| 2010 | | 1.8 | 0.0 | 2.0 | 6.9 | 0.0 | 0.0 | 0.3 | 0.0 | 2.3 | 3.8 | 0.0 | 0.0 | 17.1 | $   5,557.50 |
| 2011 | | 2.1 | 0.0 | 6.4 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.1 | 0.0 | 0.0 | 15.6 | $   5,070.00 |
| 2012 | | 2.7 | 0.0 | 6.9 | 0.0 | 10.9 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 23.5 | $   8,225.00 |
| 2013 | | 1.7 | 0.0 | 4.6 | 0.0 | 0.0 | 0.0 | 0.5 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 8.2 | $   2,870.00 |
| 2014 | | 1.6 | 0.0 | 2.7 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.8 | 0.0 | 0.0 | 7.6 | $   2,660.00 |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | N/A |
| | | 14.7 | 0.0 | 27.8 | 12.4 | 10.9 | 3.0 | 0.3 | 0.0 | 6.9 | 10.3 | 0.0 | 0.0 | 86.3 | $ 29,030.00 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# EXHIBIT 2

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**EXPENSE SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Law Offices of Jeff Crabtree |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | | |
| Outside Copies | | |
| In-house Reproduction /Copies | | |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | | |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | |
| Travel: Lodging/Meals | | |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| Other Expenses | | |
| **My total costs were modest, so I waive them.** | | |
| | | N/A |