Exhibit 41

1  **[FLOM LAW OFFICE, P.A., 1703 32ND Avenue South, Fargo, ND]**

2  *Counsel for Indirect Purchaser Plaintiffs*

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11 **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 MDL No. 1917 |
| 12 | |
| 13 | **CLASS ACTION** **DECLARATION OF JOEL A. FLOM IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS** |
| 14 This Document Relates to: | |
| 15 All Indirect Purchaser Actions | |
| 16 | Judge:  Honorable Samuel Conti Courtroom One, 17th Floor |
| 17 | |

18

19

20

21

22

23

24

25

26

27

28

1    I, Joel A. Flom, declare as follows:

2    1.    I am an attorney licensed to practice before the courts of North Dakota, and an

3    owner in the law firm Flom Law Office, P.A.  I have personal knowledge of the facts stated in this

4    declaration and, if called as a witness, I could and would testify competently to them.  I make this

5    declaration in support of my firm's request for attorneys' fees and reimbursement of litigation

6    expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive

7    Awards.

8    2.    My firm is counsel of record in this case, and represents named plaintiff Gary

9    Hanson, the class representative for the State of North Dakota.  A brief description of my firm is

10   attached as Exhibit 1 and incorporated herein by reference.

11   3.    Throughout the course of this litigation, my firm kept files contemporaneously

12   documenting all time spent, including tasks performed, and expenses incurred, and transmitted

13   those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm

14   were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

15   4.    During the course of this litigation, my firm has been involved in the following

16   tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead

17   Counsel.  General activities involving developing evidence for CRT products purchased by state

18   representative Gary Hanson including obtaining purchase documents, product information, and

19   photographs; multiple conferences with client regarding responding to written discovery requests,

20   preparing for deposition, attending deposition, assisting in reading and verifying; updates on

21   progress of litigation; and activities directed toward possible live appearance by client at trial; as

22   well as multiple communications to and from client and national counsel, all more completely

23   described in our detailed billing records.

24   The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary of the

25   amount of time spent by my firm.  It does not include any time devoted to preparing this

26   declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on

27   my firm's historical billing rates in effect at the time services were performed.  Exhibit 2 was

28

1  prepared from contemporaneous time records regularly prepared and maintained by my firm.

2  Those records have been provided to Lead Counsel and I authorize them to be submitted for

3  inspection by the Court if necessary.   The hourly rates for my firm's partners, attorneys and

4  professional support staff included in Exhibit 2 were at the time the work was performed the usual

5  and customary hourly rates charged for their services in similar complex litigation.

6       5.      The total number of hours reasonably expended on this litigation by my firm from

7  inception to May 31, 2015 is 84.8 hours.   The total lodestar for my firm at historical rates is

8  $23,744.00.   The total lodestar for my firm at current rates is $23,744.00.   Expense items are billed

9  separately and are not duplicated in my firm's lodestar.

10      6.      The expenses my firm incurred in litigating this action are reflected in the books

11 and records of my firm. These books and records are prepared from expense vouchers, invoices,

12 receipts, check records and other source materials and accurately reflect the expenses incurred.

13 My firm's expense records are available for inspection by the Court if necessary.

14      7.      My firm incurred a total of $93.84 in unreimbursed expenses, all of which were

15 reasonable and necessary for the prosecution of this litigation.   Of this amount, $0.00 was for

16 assessment payments for common litigation expenses or direct payments to experts or other

17 vendors made at the request of Lead Counsel, and an additional $93.74 was for non-common

18 litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research,

19 telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

20      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th

21 day of July , 2015, in Fargo, ND.

22

23                                                        _____

24                                                        Joel A. Flom

Subscribed and sworn to before me this

25 20th day of July , 2015.

26

27 Notary Public, Cass County, ND

TERRI BOURCY SMITH
Notary Public
State of North Dakota
My Commission Expires May 19, 2017

28

2

# EXHIBIT 1

# Exhibit 1

# Flom Law Office, P.A.

**Flom Law Office, P.A.** is a law firm concentrating in civil litigation. Its primary and major emphasis is representing insurance company clients and self-insured clients in all facets of modern day tort and contract claims. These areas include medical and legal malpractice, other professional malpractice, civil rights, construction, products liability, casualty, fire, automobile negligence, asbestos, hazardous substances, toxic substances, pollution, no-fault, insurance coverage issues, errors and omissions liability, employment, liquor liability, premises liability, governmental liability, health law, commercial litigation and subrogation. The firm conducts a trial and appellate practice in all state and federal courts in both Minnesota and North Dakota. The firm has an "AV" rating in Martindale-Hubbell.

The sole shareholder of the firm is Joel A. Flom.  He has over 30 years of combined litigation and insurance defense experience. The firm's office is located in Fargo, North Dakota. As a result of this geographic location, the firm members handle defense litigation in both Minnesota and North Dakota. All of our attorneys are licensed to practice in the state and federal courts of Minnesota and North Dakota. All of the attorneys belong to the Minnesota State Bar Association and the State Bar Association of North Dakota.

Members of our firm are involved in educational and professional societies and organizations. These organizations include: Defense Research Institute, Minnesota Defense Lawyers Association, and North Dakota Defense Lawyers Association. Members of the firm have published articles and are also frequent speakers at various insurance claims seminars and continuing legal education seminars sponsored by state bar associations or other professional associations.

The firm regularly handles insurance defense litigation in an approximate radius of 200 miles from the Fargo - Moorhead, area, although our firm acts as regional counsel for several clients. A service map is attached showing those North Dakota and Minnesota geographic areas in which the firm regularly practices for insurance companies and self-insured clients.

# EXHIBIT 2

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | 2007 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel A. Flom (P) | $ 280.00 | 0.2 | | 0.2 | 0.3 | | | | | | 1.0 | | | 1.7 | $ 476.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.2 | 0.0 | 0.2 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 1.7 | $ 476.00 |

### IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

### TIME AND LODESTAR SUMMARY

### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | 2008 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel A. Flom (P) | $ 280.00 | 5.2 | | 4.2 | 3.3 | | | 0.6 | | 1.3 | 2.3 | | | 16.9 | $ 4,732.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 5.2 | 0.0 | 4.2 | 3.3 | 0.0 | 0.0 | 0.6 | 0.0 | 1.3 | 2.3 | 0.0 | 0.0 | 16.9 | $ 4,732.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | 2009 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel A. Flom (P) | $ 280.00 | 0.1 | | | | | | | | | | 1.5 | | | 1.6 | $ 448.00 |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 1.6 | $ 448.00 |

EXHIBIT 3

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | 2010 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel A. Flom (P) | $ 280.00 | 0.4 | | 2.3 | 8.2 | | | 0.4 | | | 3.6 | | | 14.9 | $ 4,172.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.4 | 0.0 | 2.3 | 8.2 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 14.9 | $ 4,172.00 |

EXHIBIT 3

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | 2011 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel A. Flom (P) | $ 280.00 | 3.5 | | 3.7 | 8.4 | 0.3 | | 0.7 | | | 1.4 | | | 18.0 | $ 5,040.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 3.5 | 0.0 | 3.7 | 8.4 | 0.3 | 0.0 | 0.7 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 18.0 | $ 5,040.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | 2012 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel A. Flom (P) | $ 280.00 | 3.8 | | 1.4 | 1.5 | 12.3 | 3.0 | 3.0 | | | | | | 25.0 | $ 7,000.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 3.8 | 0.0 | 1.4 | 1.5 | 12.3 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 25.0 | $ 7,000.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | 2013 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel A. Flom (P) | $ 280.00 | 0.4 | | | 1.6 | | | 0.2 | | | 0.2 | | | 2.4 | $ 672.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.4 | 0.0 | 0.0 | 1.6 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 2.4 | $ 672.00 |

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | 2014 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel A. Flom (P) | $ 280.00 | 1.1 | | 1.0 | 0.9 | | | | | | 0.2 | | 0.3 | 3.5 | $ 980.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.1 | 0.0 | 1.0 | 0.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.3 | 3.5 | $ 980.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | 2015 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joel A. Flom (P) | $ 280.00 | | | | | | | | | | 0.6 | 0.2 | | 0.8 | $ 224.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.2 | 0.0 | 0.8 | $ 224.00 |

EXHIBIT 3

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Flom Law Office, P.A. | | |
|---|---|---|---|
| Reporting Year | Inception through Present | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.2 | 0.0 | 0.2 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 1.7 | $ 476.00 |
| 2008 | | 5.2 | 0.0 | 4.2 | 3.3 | 0.0 | 0.0 | 0.6 | 0.0 | 1.3 | 2.3 | 0.0 | 0.0 | 16.9 | $ 4,732.00 |
| 2009 | | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 1.6 | $ 448.00 |
| 2010 | | 0.4 | 0.0 | 2.3 | 8.2 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 14.9 | $ 4,172.00 |
| 2011 | | 3.5 | 0.0 | 3.7 | 8.4 | 0.3 | 0.0 | 0.7 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 18.0 | $ 5,040.00 |
| 2012 | | 3.8 | 0.0 | 1.4 | 1.5 | 12.3 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 25.0 | $ 7,000.00 |
| 2013 | | 0.4 | 0.0 | 0.0 | 1.6 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 2.4 | $ 672.00 |
| 2014 | | 1.1 | 0.0 | 1.0 | 0.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.3 | 3.5 | $ 980.00 |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.2 | 0.0 | 0.8 | $ 224.00 |
| | | 14.7 | 0.0 | 12.8 | 24.2 | 12.6 | 3.0 | 4.9 | 0.0 | 1.3 | 10.8 | 0.2 | 0.3 | 84.8 | $ 23,744.00 |

| STATUS: | | CATEGORIES: |
|---|---|---|
| (P) | Partner | 1 Attorney Meeting/Strategy |
| (OC) | Of Counsel | 2 Court Appearance |
| (A) | Associate | 3 Client Meeting |
| (LC) | Law Clerk | 4 Draft Discovery Requests or Responses |
| (PL) | Paralegal | 5 Deposition Preparation |
| (I) | Investigator | 6 Attend Deposition - Conduct/Defend |
| | | 7 Document Review |
| | | 8 Experts - Work or Consult |
| | | 9 Research |
| | | 10 Motions/Pleadings |
| | | 11 Settlement |
| | | 12 Trial |

# EXHIBIT 3

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**EXPENSE SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Flom Law Office, P.A. |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| Assessments | | |
| Outside Copies | | |
| In-house Reproduction /Copies | | $ 65.40 |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | | |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | $ 28.44 |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | |
| Travel: Lodging/Meals | | |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| Other Expenses | | |
| | | |
| | | $ 93.84 |