Exhibit 42

1   Gary E. Mason
    Whitfield Bryson & Mason LLP
2   1625 Massachusetts Ave., NW
    Suite 605
3   Washington, DC 20036

4   *Counsel for Indirect Purchaser Plaintiffs*

5

6                      UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

9   **IN RE: CATHODE RAY TUBE (CRT)**      Case No. 3:07-cv-5944
    **ANTITRUST LITIGATION**               MDL No. 1917
10

11                                          **CLASS ACTION**

12  This Document Relates to:              **DECLARATION OF GARY E. MASON
                                           IN SUPPORT OF PLAINTIFFS'
13  All Indirect Purchaser Actions         APPLICATION FOR ATTORNEYS' FEES,
                                           EXPENSES AND INCENTIVE AWARDS**

14                                          Judge:  Honorable Samuel Conti
                                            Courtroom One, 17th Floor
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Gary E. Mason, declare as follows:

2    1.    I am an attorney licensed to practice before the courts of New York, the District of

3    Columbia, and Maryland, and a Partner in the law firm Whitfield Bryson & Mason LLP.  I have

4    personal knowledge of the facts stated in this declaration and, if called as a witness, I could and

5    would testify competently to them.  I make this declaration in support of my firm's request for

6    attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for

7    Attorneys' Fees, Expenses and Incentive Awards.

8    2.    My firm is counsel of record in this case. A brief description of my firm is attached

9    as Exhibit 1 and incorporated herein by reference.

10    3.    Throughout the course of this litigation, my firm kept files contemporaneously

11    documenting all time spent, including tasks performed, and expenses incurred, and transmitted

12    those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm

13    were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

14    4.    During the course of this litigation, my firm has been involved in the following

15    tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead

16    Counsel.

17    My firm participated in case investigation, drafting complaints and pleadings, and

18    tasks related to drafting and answering discovery.

19    5.    The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

20    of the amount of time spent by my firm's partners, attorneys and professional support staff who

21    were involved in this litigation.  It does not include any time devoted to preparing this declaration

22    or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's

23    historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from

24    contemporaneous time records regularly prepared and maintained by my firm.  Those records have

25    been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if

26    necessary.  The hourly rates for my firm's partners, attorneys and professional support staff

27    included in Exhibit 2 were at the time the work was performed the usual and customary hourly

28

1   rates charged for their services in similar complex litigation.

2       6.      The total number of hours reasonably expended on this litigation by my firm from

3   inception to May 31, 2015 is 32.80 hours.  The total lodestar for my firm at historical rates is

4   $16,430.00.  The total lodestar for my firm at current rates is $17,330.00.  Expense items are billed

5   separately and are not duplicated in my firm's lodestar.

6       7.      The expenses my firm incurred in litigating this action are reflected in the books

7   and records of my firm. These books and records are prepared from expense vouchers, invoices,

8   receipts, check records and other source materials and accurately reflect the expenses incurred.

9   My firm's expense records are available for inspection by the Court if necessary.

10      8.      My firm incurred a total of $139.39 in unreimbursed expenses, all of which were

11  reasonable and necessary for the prosecution of this litigation.  Of this amount,  $139.39 was for

12  non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying,

13  legal research, telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

14

15      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd

16  day of September, 2015, in Washington, D.C..

17  _____

18                          Gary E. Mason

# EXHIBIT 1



**FIRM RESUME**

## FIRM PROFILE

With offices located in Washington, D.C., Raleigh, North Carolina, Madisonville, Kentucky, and Nashville, Tennessee, Whitfield Bryson & Mason LLP is dedicated to representing plaintiffs in class actions, mass torts and individual actions in courts throughout the United States.  Founded in January 2012, the firm was created by a merger of three firms with decades of experience representing plaintiffs.

### FIRM RESUME
### Attorney Profiles

**John C. Whitfield**
**Founding Partner**

For nearly 30 years, John has been one of Kentucky's premier trial attorneys. He has represented numerous injured parties in the Paducah, Ohio Valley and Western Kentucky areas. He has concentrated primarily on complex civil litigation cases, and over his career has brought to settlement or judgment over 30 cases in excess of a million dollars each.

John is certified as a civil trial specialist by the National Board of Trial Advocacy* and has represented individuals in all walks of life against negligent workplace practices, reckless physicians, predatory businesses, and inattentive automobile and truck drivers.

Throughout his career, John has represented scores of patients who have been the victims of medical negligence, obtaining verdicts and settlements in both state and federal courts. He has handled cases for landowners victim to fraudulent mine royalty practices, for homeowners whose homes and business contained defective concrete, and for Kentucky residents who were overcharged for premium insurance taxes. In addition, John's trial experience extends to the defense of individuals in criminal cases.

John is a frequent lecturer of litigation subjects with the Kentucky Justice Association and American Association for Justice, and has been recognized as a Kentucky Super Lawyer. He is AV rated by the Martindale-Hubbell rating service.

**Daniel K. Bryson**
**Founding Partner**

Dan is one of the nation's most respected and experienced attorneys in the area of construction product defect litigation involving mass torts, class actions or individual lawsuits (condominiums and multi-family).

For over 25 years, Dan has focused his practice on complex civil litigation, successfully representing thousands of owners in a wide variety of defective construction product suits, class actions, and various mass torts and recovering more than $1.25 billion for his clients in numerous states throughout the country. He frequently collaborates with other attorneys in order to assemble the most effective team possible. Dan has also been lead or co-lead or steering committee member in a number of successful MDL or class actions.

2

Dan is a frequent lecturer and writer on a variety of defective construction products, insurance, and consumer mass tort related disputes. See his attorney profile at www.wbmllp.com for a partial listing. He has been quoted by a variety of media outlets over the years  including the Wall Street Journal, Washington Post, New York Times and Lawyers Weekly to name a few. He has been named as a member of the Legal Elite and Super Lawyers in North Carolina on numerous occasions. Dan is the past chair of the NC Bar Association, Construction Law Section.

Dan's recent experience includes serving as co-lead counsel in MDL No. 2514 against Pella Windows & Doors in Federal Court in Charleston, SC before the Honorable Judge David Norton. Dan has also served as lead counsel in MDL No. 2333 against MI Windows and Doors in Federal Court in Charleston, SC before the Honorable Judge David Norton. He is co-lead counsel in a MDL 2495 against Atlas Roofing Corporation in Federal Court in Atlanta, GA before the Honorable Judge Thomas Thrash, Jr. He has also served  as a member of the Plaintiffs' Steering Committee (Co-chair Science and Expert Committee) for the MDL 2047 involving Chinese Drywall. A settlement valued at over $1 billion was approved in 2013 involving one of the primary defendants, Knauf Plasterboard Tianjin and hundreds of other defendants and insurance companies. Dan served on the trial team in Federal Court in Louisiana before the Honorable Eldon Fallon for each of the three Chinese Drywall bellwether cases.

He has also won a number of  impressive jury and trial verdicts in building defect cases through the years involving windows and numerous other building products.  Earlier in his career, Mr. Bryson also secured substantial sums for thousands of homeowners throughout the country who had a synthetic stucco on their homes called Exterior Insulation Finish System ("EIFS"), which caused water damage.  On another occasion, he secured substantial sums for thousands of homeowners throughout Western Kentucky who had cracking concrete as a result of alkali carbonate reaction.

Dan is an 1983 graduate of the University of North Carolina at Chapel Hill, and received his law degree, with honors, from Wake Forest University in 1988.

**Gary E. Mason**
**Founding and Managing Partner**

Gary is a nationally recognized leader of the class action bar. Focusing on consumer class actions and mass torts, Gary has recovered more than $1.5 billion in the 22 years he has represented plaintiffs.

With his broad experience, Gary is nationally known for representing consumers in class actions involving a wide range of defective products, including Chinese drywall, fire retardant plywood, polybutylene pipe, high-temperature plastic venting, hardboard siding, pharmaceutical products, consumer electronics and automobiles.

Gary has served in leadership positions in many consumer class actions in State and Federal Courts nationwide as well as in Multi-District Litigation. Gary writes and speaks frequently on topics related to class action litigation.  He was the 2014-2014 Co-Chair of the

Class Action Litigation group for the American Association for Justice. He has repeatedly been named as a Washington, DC Superlawyer for Class Actions.

Gary graduated magna cum laude, Phi Beta Kappa, from Brown University in 1984 and earned his law degree from Duke University Law School. He then clerked for the Honorable Andrew J. Kleinfeld, U.S. District Court Judge, in Anchorage, Alaska.

**Scott C. Harris**
**Partner**

Scott's practice is focused on fighting for individuals and homeowners in complex litigation, including construction defect, mass tort, product liability, and wrongful death litigation. Scott has played a key role in securing substantial verdicts and settlements in a variety of cases, including a multi-million dollar verdict in favor of homeowners for a developer's unfair and deceptive advertising and shoddy road construction, a legal malpractice case, and several defective condominium construction cases.

Scott earned his law degree from Wake Forest University School of Law in 2006 and his Bachelor of Arts from Hampden-Sydney College, in 2001. While at Hampden-Sydney College, Scott was Chairman of the Honor Committee and a member of the national leadership honor Society, Omicron Delta Kappa. Scott was named to the *Super Lawyers' Rising Stars* list as one of the top up-and-coming attorneys in North Carolina for 2010, 2012, 2013 and 2014 and selected for inclusion in *Business North Carolina* Legal Elite for 2013.

**Matthew Lee**
**Partner**

Matt's practice is focused on fighting for individuals and homeowners in complex litigation, including construction defect, mass tort, product liability, and wrongful death cases. Matt has played a key role in securing substantial verdicts and settlements in a variety of matters, including obtaining multi-million dollar verdicts for homeowners associations in construction defect cases and substantial settlements in wrongful death actions.

Matt earned his law degree from Wake Forest University School of Law in 2006 and his Bachelor of Arts from The Catholic University of America, cum laude, in 2001. While at Wake Forest, Matt was the 2005 Zeliff Trial Competition Champion, a regional finalist at the 2006 American Association for Justice (AAJ) Trial Advocacy Competition, the AAJ Student Chapter President, and was selected as a member of the Order of Barristers. Matt is a graduate of Leadership Raleigh 25 with the Greater Raleigh Chamber of Commerce and serves on the North Carolina Advocates for Justice (NCAJ) Legal Affairs Committee and Communications Committee. Matt was named to the *Super Lawyers' Rising Stars* list as one of the top up-and-coming attorneys in North Carolina for 2012, 2013 and 2014 and selected for inclusion in *Business North Carolina* Legal Elite for 2014.

**Jason Rathod**
**Attorney**

Jason litigates complex class actions related to consumer protection, worker rights, civil rights and public fee recovery.

His consumer protection practice focuses on defective products. His worker rights practice focuses on the improper denial of minimum wages and overtime pay. His civil rights practice focuses on violations of due process rights and his public recovery practice focuses on the recovery of taxes and fees for local governments improperly evaded by corporations.

After graduating with honors from Grinnell College, Jason traveled to six countries on a Watson Fellowship, studying the Indian Diaspora. At the Duke University School of Law, he was an articles editor of the Duke Law Journal and did legal work for the Self-Employed Women's Association in Ahmedabad, India. He has also published a law review article and note on racial discrimination.

**Esfand Nafisi**
**Attorney**

Esfand Nafisi's practice focuses on complex litigation, including consumer class actions, mass torts, antitrust violations, product liability, unfair and deceptive trade practices, and complex electronic discovery. Prior to joining Whitfield Bryson & Mason, Esfand was an associate in the Chicago office of Kelley Drye & Warren.

Esfand received his law degree from Northwestern University School of Law in 2009 and his Bachelor of Science from George Mason University in 2005. In law school, he served as a teaching assistant in torts, a research assistant in the fields of evidence and constitutional criminal procedure, founded the Northwestern University Legal Philosophy Club, and co-authored a law review article on the standards of admissibility of expert and scientific evidence.

**Benjamin S. Branda**
**Attorney**

Benjamin is an associate in WBM's litigation practice, concentrating on consumer products and antitrust violations. His primary focus is on market competition violations and the unfair and deceptive trade practices involving a wide range of products, including foods, building materials, and consumer electronics companies.

Additionally, Benjamin has primary responsibility for the management of WBM's social media and digital content, developing strategic plans to effectively integrate existing marketing systems. His scholarly work in the area of digital copyright has received recognition for encouraging relaxed legal standards to protect emerging new technologies and facilitate greater access to information (*see Up in the Airwaves: Technological Determinism, the Public Performance Right, and Aereo's Uncertain Future*, 14 Wake Forest J. Bus & Intell. Prop. L. ___ (forthcoming Winter 2014)).

Benjamin joined the firm in 2013 as a law clerk while completing his law degree. He graduate d from The George Washington University Law School in 2014. He received his bachelor's degree in criminal justice from Michigan State University in 2009.

## Notable WBM Class Action Cases

*In re: Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2514 (D. S.C.)(class action arising from allegedly defective windows; Court-appointed Co-Lead Counsel).

*In re MI Windows and Doors, Inc., Products Liability Litigation,* MDL No. 2333 (D. S.C) (class action arising from allegedly defective windows; Court-appointed Co-Lead Counsel).

*In re: Atlas Roofing Corporation Chalet Shingle Products Liability Litig., MDL No. 2495 (N.D. Ga.)* (class action arising from allegedly defective shingles; Court-appointed Co-Lead Counsel).

*Helmer, et al. v. Goodyear Tire & Rubber Co.,* No. 12-cv-00685-RBJ (D. Colo. 2012) (class action arising from allegedly defective radiant heating systems; Colorado class certified, 2014 WL 3353264, Jul. 9, 2014)).

*In re; Zurn Pex Plumbing Products Liability Litigation,* MDL No. 1958 (D. Minn.) (class action arising from allegedly plumbing systems; member of Executive Committee; settlement).

*Young, et al.  v. Nationwide Mut. Ins. Co, et al.*, No. 11-5015 (E.D. Ky.) (series of class actions against multiple insurance companies arising from unlawful collection of local taxes on premium payments; class certified and affirmed on appeal, 693 F.3d 532 (6th Cir., 2012); settlements with all defendants for 100% refund of taxes collected).

*Craig v. Rite Aid Corporation*, Civil No. 08-2317 (M.D. Pa.) (FLSA collective action and class action settled for $20.9 million).

*Hobbie, et al. v. RCR Holdings II, LLC*, et al., No. 10-1113 , MDL No. 2047 (E.D. La.) ($30 million settlement for remediation of 364 unit residential high-rise constructed with Chinese drywall).

*In re: TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.) (combined settlement totaling nearly $1.1 billion in suit alleging the illegal formation of an international cartel to restrict competition in the LCD panel market).

*In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, No. 2:09-md-02047 (E.D. La.) (litigation arising out of defective drywall) (appointed Co-Chair, Insurance Committee).

*In re Google Buzz Privacy Litigation*, CV 10-00672 (N.D. Cal.) (court-appointed Lead Class Counsel; $8.5 million *cy pres* settlement).

*Cordes et al v. IPEX, Inc.,* No, 08-cv-02220-CMA-BNB (D. Col.) (class action arising out of defective brass fittings; court-appointed member of Plaintiffs' Steering Committee).

*Sutton, et al v. The Federal Materials Company, Inc., et al,* No. 07-CI-00007 (Kty. Cir. Ct) ($10.1 million class settlement for owners of residential and commercial properties constructed with defective concrete).

*Stillman v. Staples, Inc.,* Civil No. 07-849 (D.N.J. 2009) (FLSA collective action, plaintiffs' trial verdict for $2.5 million; national settlement approved for $42 million).

*Lew v. Pizza Hut of Maryland, Inc.,* Civil No. CBB-09-CV-3162 (D. Md.) (FLSA collective action, statewide settlement for managers-in-training and assistant managers, providing recompense of 100% of lost wages).

*In re: Dept. of Veterans Affairs (VA) Data Theft Litig.,* MDL 1796 (D.D.C.) (Co-lead counsel representing veterans whose privacy rights had been compromised by the theft of an external hard drive containing personal information of approximately 26.6 million veterans and their spouses; creation of a $20 million fund for affected veterans and a cy pres award for two non-profit organizations).

*Ersler, et. al v. Toshiba America et. al,* 07-civ- 2304 (D.N.J.) (settlement of claims arising from allegedly defective television lamps).

*Nnadili, et. al. v. Chevron U.S.A., Inc,* No. 02-cv-1620 (D.D.C.) ($6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station).

*In re General Motors Corp. Speedometer Products Liability Litigation,* MDL 1896 (W.D. Wash.) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective speedometers).

*Penobscot Indian Nation et al v United States Department of Housing and Urban Development,* N. 07-1282 (PLF) (D.D.C. 2008) (represented charitable organization which successfully challenged regulation barring certain kinds of down-payment assistance; Court held that HUD's promulgation of rule violated the Administrative Procedure Act).

*Nichols v. Progressive Direct Insurance Co., et al.,* No. 2:06cv146 (E.D. Ky.) (Class Counsel; class action arising from unlawful taxation of insurance premiums; statewide settlement with Safe Auto Insurance Company and creation of $2 million Settlement Fund; statewide settlement with Hartford Insurance Company and tax refunds of $1.75 million ).

*Staton v. IMI South, et al.* (Kentucky Cir. Ct) (class settlement for approximately $30 million for repair and purchase of houses built with defective concrete).

*Maytag Neptune Washing Machines* (class action settlement for owners of Maytag Neptune washing machines).

*Roberts v. Fleet Bank (R.I.), N.A.*, Civil Action No. 00-6142 (E. D. Pa.) ($4 million dollar settlement on claims that Fleet changed the interest rate on consumers' credit cards which had been advertised as "fixed.")

*Bruce, et. al. v. County of Rensselaer et. al.,* Case no. 02-CV-0847 (N.D.N.Y.) (class settlement of claims that corrections officers and others employed at the Rensselaer County Jail (NY) engaged in the practice of illegally strip searching all individuals charged with only misdemeanors or minor offenses).

*Baugh v. The Goodyear Tire & Rubber Company* (class settlement of claims that Goodyear sold defective tires that are prone to tread separation when operated at highway speeds;  Goodyear agreed to provide a combination of both monetary and non-monetary consideration to the Settlement Class in the form of an Enhanced Warranty Program and Rebate Program).

*Stalcup, et al. v. Thomson, Inc* . (Illinois Cir. Ct.) (class settlement of clams that certain GE, PROSCAN and RCA televisions may have been susceptible to temporary loss of audio when receiving broadcast data packages that were longer than reasonably anticipated or specified).

*Hurkes Harris Design Associates, Inc., et al. v. Fujitsu Computer Products of America, Inc.* (settlement provides $42.5 million to pay claims of all consumers and other end users who bought certain Fujitsu Desktop 3.5" IDE hard disk drives).

*Lubitz v. Daimler Chrysler Corp.* (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey in 2007).

*Turner v. General Electric Company,* No. 2:05-CV-186 (M.D. Fl) (settlement of claims arising from allegedly defective refrigerators).

*Galanti v. Goodyear Tire & Rubber Co.*, No. 03-209 (D.N.J. 2003) (national settlement and creation of $330 million fund for payment to owners of homes with defective radiant heating systems).

*In re Synthetic Stucco Litigation*, Civ. Action No. 5:96-CV-287-BR(2) (E.D.N.C.) (member of Plaintiffs' Steering Committee; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million).

*In re Synthetic Stucco (EIFS) Products Liability Litigation*, MDL No. 1132 (E.D.N.C.) (represented over 100 individuals homeowners in lawsuits against homebuilders and EIFS manufacturers).

*Posey, et al v Dryvit Systems, Inc.*, Case No. 17,715-IV (Tenn. Cir. Ct) (Co-Lead Counsel;  national class action settlement provided cash and repairs to more than 7,000 claimants).

*In re Swanson Creek Oil Spill Litigation*, No. 00-1429 (D. Md.) (Lead Counsel; $2.25 million settlement of litigation arising from largest oil spill in history of State of Maryland).

EXHIBIT 2

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP |
|---|---|
| Reporting Year | 2007 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donna Solen (P) | $ 500.00 | 1.5 | | | | | | | | | | | | 1.5 | $ 750.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | $ 750.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP | |
|---|---|---|
| Reporting Year | 2008 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donna Solen (P) | $ 510.00 | 8.0 | | | | | | | | | 13.0 | | | 21.0 | $ 10,710.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13.0 | 0.0 | 0.0 | 21.0 | $ 10,710.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP | |
|---|---|---|
| Reporting Year | 2009 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donna Solen (P) | $ 520.00 | | | | | | | 0.5 | | | | | | 0.5 | $ 260.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | $ 260.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP |
|---|---|
| Reporting Year | 2010 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donna Solen (P) | $ 515.00 | 1.0 | | | | | | 5.5 | | | 1.5 | | | 8.0 | $ 4,120.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.5 | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 8.0 | $ 4,120.00 |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryso & Mason LLP |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donna Solen (P) | $ 540.00 | 0.8 | | | | | | | | | | | | 0.8 | $ 405.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | $ 405.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP | |
|---|---|---|
| Reporting Year | 2012 | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monica DiCocco (PL) | $ 185.00 | | | | | | | | | | 1.0 | | | 1.0 | $ 185.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 1.0 | $ 185.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $        - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | | | | | | | | | | | | | 0.0 | $        - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $        - |

**EXHIBIT 2**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**HISTORICAL TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP |
|---|---|
| Reporting Year | Inception through 8/24/15 |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | $ 750.00 |
| 2008 | | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13.0 | 0.0 | 0.0 | 21.0 | $ 10,710.00 |
| 2009 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | $ 260.00 |
| 2010 | | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.5 | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 8.0 | $ 4,120.00 |
| 2011 | | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | $ 405.00 |
| 2012 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 1.0 | $ 185.00 |
| 2013 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2014 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| | | 11.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 15.5 | 0.0 | 0.0 | 32.8 | $ 16,430.00 |

| STATUS: | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# EXHIBIT 3

**EXHIBIT 3**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**EXPENSE SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Whitfield Bryson & Mason LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | | |
| Outside Copies | | |
| In-house Reproduction /Copies | | |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | $ | 139.39 |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | |
| Travel: Lodging/Meals | | |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| Other Expenses | | |
| | | |
| | $ | 139.39 |