Exhibit 44

**Bangs, McCullen, Butler, Foye & Simmons, LLP**
**333 West Boulevard, Suite 400**
**P.O. Box 2670**
**Rapid City, SD 57709**
*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: | **DECLARATION OF ERIC J. PICKAR IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS** |
| All Indirect Purchaser Actions | Judge: Honorable Samuel Conti Courtroom One, 17th Floor |

1    I, Eric J. Pickar, declare as follows:

2        1.    I am an attorney licensed to practice before the courts of South Dakota, and a

3    Partner in the law firm Bangs, McCullen, Butler, Foye & Simmons, L.L.P. I have personal

4    knowledge of the facts stated in this declaration and, if called as a witness, I could and would

5    testify competently to them. I make this declaration in support of my firm's request for attorneys'

6    fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys'

7    Fees, Expenses and Incentive Awards.

8        2.    My firm is counsel of record in this case, and represents named plaintiff(s) Donna

9    Ellingson. A brief description of my firm is attached as Exhibit 1 and incorporated herein by

10   reference.

11       3.    Throughout the course of this litigation, my firm kept files contemporaneously

12   documenting all time spent, including tasks performed, and expenses incurred, and transmitted

13   those reports on a regular basis to Lead Counsel. All of the time and expenses reported by my firm

14   were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

15       4.    During the course of this litigation, my firm has been involved in the following

16   tasks and activities on behalf of the IPPs. All of this work was assigned and/or approved by Lead

17   Counsel.

18           a.    Obtaining a suitable and responsible class representative for the state of South

19                 Dakota.

20           b.    Drafting and filing a federal class action Complaint.

21           c.    Representing and advising the South Dakota class representative in all

22                 necessary aspects of litigation.

23           d.    Assisting lead counsel in all ways requested, including legal research projects

24                 regarding South Dakota specific law.

25           e.    Preparation and drafting of discovery responses.

26           f.    Working with class representative to respond to discovery requests.

27           g.    Remaining educated and informed on the status of the multi district litigation.

28

1

DECLARATION OF ERIC J. PICKAR IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
MDL 3:07-md-1827 SI

h.  Meeting with the class representative to keep her apprised of all suit developments.

5.  The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary of the amount of time spent by my firm's partners, attorneys and professional support staff who were involved in this litigation.  It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm.  Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary.  The hourly rates for my firm's partners, attorneys and professional support staff included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for their services in similar complex litigation.

6.  The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 31.5 hours.  The total lodestar for my firm at historical rates is $6,300.  The total lodestar for my firm at current rates is $7,875.  Expense items are billed separately and are not duplicated in my firm's lodestar.

7.  The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8.  My firm incurred a total of $29.81 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation.  Of this amount, $29.81 was for assessment payments for common litigation expenses.  A summary of those expenses by category is attached as Exhibit 3.

9.  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27ᵗʰ day of August 2015, in Rapid City, South Dakota.

DECLARATION OF ERIC J. PICKAR IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BANGS, McCULLEN, BUTLER,
FOYE & SIMMONS, L.L.P

By: _____
Eric J. Pickar
333 West Boulevard, Suite 400
P.O. Box 2670
Rapid City, SD 57709-2670
(605) 343-1040

3
DECLARATION OF ERIC J. PICKAR IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

### BANGS MCCULLEN BUTLER FOYE & SIMMONS
### CURRICULUM VITAE

The Bangs McCullen Law Firm began over 130 years ago, when South Dakota was still part of the Dakota Territory. A. W. Bangs began practicing law when wagon trains still traversed the prairie. While the legal landscape has changed over the last 100 years, our commitment to hard work, advocacy and excellence has not. From its roots in the 1880s, the Bangs McCullen law firm has grown from a small "store front" practice to a law firm with offices in Rapid City and Sioux Falls. Our partners, associates and support staff serve clients throughout South Dakota, North Dakota, Wyoming, Nebraska, Minnesota, and Iowa, as well as national clients.

The Bangs McCullen Law Firm is a full service firm that brings an unrivaled passion to its work – and to the clients it serves. To that end, we believe that knowledge and experience matter. Whether we are serving national insurance defense clients, health care institutions, banks, corporations, local businesses, or individuals, we believe that our clients deserve a trusted legal team. Our attorneys bring dedication to all of our work, and this is reflected in the results we achieve.

Our Firm is rated by Martindale-Hubble as preeminent.

### The Firm's Rapid City Attorneys

**Charles L. Riter**

Chuck Riter attended Northwestern University and graduated from the University of South Dakota and the University of South Dakota School of Law. Prior to joining Bangs McCullen, Chuck practiced as an attorney with the Office of District Counsel of the Internal Revenue Service in St. Paul, Minnesota. He has lectured extensively on wills, trust and estate matters as well as tax matters to a wide range of organizations and groups, including the South Dakota Bar Association. Chuck is listed in The Best Lawyers in America and Chambers Leading Lawyers. He is a fellow of the American College of Trust and Estate Counsel and the American Bar Foundation. He is a member of the Pennington County Bar, State Bar of South Dakota and the American Bar Association as well as a member of the IRS Liaison Committee (1971-1977, 1978-1983). He is admitted to practice in all South Dakota state and federal courts, and the United States Tax Court. His practice concentrates on wills, trusts, estate planning, probate, charitable giving, tax matters and business law.  He is rated AV-PREEMINENT by Martindale-Hubble.

**Allen G. Nelson**

Upon graduating from Sioux Falls College in 1964, Allen Nelson served as a First Lieutenant in the United States Army in Vietnam. Al received his law degree from the University of South Dakota School of Law and served as the Editor-in-Chief of the South Dakota Law Review. He was admitted to practice in 1972 and served for one

EXHIBIT 1

year as a law clerk in the United States District Court in Rapid City, South Dakota. His practice emphasizes Condemnation Litigation, Will and Estate Contests, Cooperative Law and Municipal Land Development Issues. Al is a member of the American Bar Association, South Dakota Bar Association and the Cooperative Bar Association. His current practice emphasis is Cooperative Law, Condemnation, Land Development, Zoning Issues and Will and Estate Contests. He is rated AV-PREEMINENT by Martindale-Hubble.

**James P. Hurley**

James Hurley, a South Dakota native, is a 1974 graduate of the University of South Dakota School of Law. He joined the firm in 1976. Jim is a Past President of the University of South Dakota Moot Court Board, and he served as a law clerk in the United States District Court in Rapid City. Prior to law school, Jim served as an infantry Captain with the United States Army in Vietnam. Jim is a member of the Order of Barristers, the National Academy of Trial Lawyers, the South Dakota Trial Lawyers Association, and the Association of Trial Lawyers of America. He is a Past President of the Pennington County Bar Association. He concentrates his practice in areas of litigation involving commercial law, bankruptcy law, agricultural law, banking law, and personal injury law. Jim is regularly listed in the publication entitled The Best Lawyers in America. He is rated AV-PREEMINENT by Martindale-Hubble.

**Michael M. Hickey**

Mike Hickey, a Rapid City native, is a graduate of Creighton University and the University of South Dakota School of Law. He was a Senior Editor of the South Dakota Law Review and authored an article on water law. Following law school, Mike served as a law clerk for the judges of the Sixth Judicial Circuit in Pierre, South Dakota. Mike is a Great Plains Super Lawyer and is listed in the Best Lawyers of America in the areas of Administrative Law, Labor and Employment Law and Workers Compensation. He is also listed in Chambers, U.S.A. and carries an A rating from Martindale-Hubbell. Since joining the firm in 1977, Mike concentrates his practice on trials, employment law, administrative law, water law, and mineral and natural resources law. He is rated AV-PREEMINENT by Martindale-Hubble.

**Terry L. Hofer**

Terry Hofer graduated from the University of South Dakota Law School in 1982 as a Sterling Honor Graduate. He served two years as a law clerk in the United States District Court with the Honorable Andrew W. Bogue. Terry's practice concentrates in the areas of construction, personal injury, products liability, civil litigation, and trial practice. Terry is a member of the American Bar Association, American Board of Trial Advocates, American Association for Justice, the State Bar of South Dakota, the South Dakota Trial Lawyers Association, the South Dakota Defense Lawyers

Association, and the Pennington County Bar Association. He is rated AV-PREEMINENT by Martindale-Hubble.

**Rodney W. Schlauger**

Rod graduated Magna Cum Laude from Bethel College in 1987 and the University of South Dakota School of Law in 1990. He has been practicing with the firm since graduation and is a member of the South Dakota, Minnesota, North Dakota, and Nebraska State Bars. He is also a member of the Order of the Barrister and has been elected to the Board of Governors of the South Dakota Trail Lawyers Association. Rod's practice focuses on commercial and construction litigation, personal injury, banking, and real estate law, including real property litigation.

**Daniel F. Duffy**

Dan Duffy is a partner in the Litigation Department in our Rapid City Office. He concentrates his practice in the defense areas of medical and hospital malpractice, nursing home litigation, healthcare litigation, legal malpractice and general litigation. Dan has extensive litigation and trial experience in medical and hospital malpractice, as he has represented major hospitals, medical clinics, physicians, nurses and other allied health professionals involved in litigation. He has also represented attorneys involved in litigation, as well as other major businesses and companies involved in commercial and products liability litigation.  Dan is a member of the Defense Research Institute, including its healthcare subsection, as well as the Association of Defense Trial Attorneys, The International Association, the South Dakota Trial Lawyers Association, and the State Bar of South Dakota. In addition, he became a fellow of the International Society of Barristers in 2006. A 1983 graduate of Dakota Wesleyan University, Dan was a two-time Academic All-American basketball player. He spent the following year playing professional basketball in Limerick, Ireland. Dan is a 1990 graduate of the University of South Dakota School of Law, where he served as President of the Moot Court Board. Following his law school graduation, he served as a law clerk for the United States District Court for the District of South Dakota. Dan has an AV-PREEMINENT rating from Martindale-Hubbel, the highest rating given to attorneys. He is also listed in *Best Lawyers in America,* and *Chambers USA* lists him as an "excellent trial lawyer." He is rated AV-PREEMINENT by Martindale-Hubble.

**Jeffrey G. Hurd**

Jeff Hurd is a partner in the Litigation Department in our Rapid City office. He concentrates his practice in business litigation, health care law and litigation, and representing religious entities and clergy.  Jeff has extensive experience in complex cases involving disputes between shareholders and partners, breach of contract and fraud claims. Jeff also has a broad spectrum of experience defending malpractice claims against nursing homes and hospitals, as well as general health care issues, including Medicare and Medicaid reimbursement issues. He represents some of the

region's largest businesses, as well as small start-up businesses, hospitals, nursing homes, physicians, and clinics. In addition to considerable trial experience, Jeff also has experience arbitrating, mediating, and negotiating disputes to resolution. He is a 1990 graduate of the University of South Dakota School of Law, where he served as Articles Editor of the South Dakota Law Review. Following Graduation, he served as a law clerk to the Chief Judge of the United States District Court for the District of South Dakota, and has practiced with Bangs McCullen since 1992. He is rated AV-PREEMINENT by Martindale-Hubble.

**John H. Raforth**

John Raforth graduated from the University of South Dakota School of Law in 1985. He also has a Master's Degree in Accounting from the University of South Dakota Graduate Business School and a Master's in Law (L.L.M.) in Taxation Degree from the University of Denver Law School. He holds an undergraduate degree in Business Administration with an accounting emphasis from Concordia College in Moorhead, Minnesota. John's practice focuses on federal, state, and local tax planning and controversy issues, business transactions, strategic business planning and advice, and estate and trust matters, including perpetuities (dynasty) trust formation and planning issues. He is a Certified Public Accountant and has practiced as a tax specialist with Deloitte Haskins & Sells (presently Deloitte & Touche), both domestically and in Saudi Arabia. Prior to joining Bangs McCullen, John practiced law with national and regional firms, including San Francisco- based Heller, Ehrman, White & McAuliffe. He also has been a state law author of chapters in State Limited Partnership Laws and State Limited Liability Company Statutes published by Aspen. John is a frequent presenter to the State Bar of South Dakota on tax and probate matters. He is rated AV-PREEMINENT by Martindale-Hubble.

**Terry G. Westergaard**

Terry Westergaard is a partner in the Litigation Department in our Rapid City Office. He concentrates his practice in the areas of insurance law and litigation and construction litigation. Terry has extensive experience in insurance coverage claims and complex insurance litigation. Terry is a member of the Defense Research Institute, the South Dakota Trial Lawyers Association, and the State Bar of South Dakota.  He is a 1990 graduate of the University of South Dakota School of Law and has practiced with Bangs McCullen since 1998.

**Steven R. Nolan**

Steven R. Nolan, a Rapid City native, practices in the areas of personal injury, family law, workers compensation, real estate, and insurance law. Steve obtained his undergraduate degree from the University of South Dakota. While attending law school, he was a member of the Client Counseling and Negotiations Board. After graduation, Steve served as a law clerk for the judges of South Dakota's Fourth Judicial Circuit Court.  Professionally, Steve is a member of the South Dakota Bar

Association, South Dakota Trial Lawyers Association, American Bar Association, and the Pennington County Bar Association. Mr. Nolan is admitted to practice law in state and federal courts in South Dakota. In the community, he is a member of the Rapid City Chamber of Commerce; Junior Achievement of the Black Hills; and is actively involved in several youth athletic associations in Rapid City.

**Gregory J. Erlandson**

Greg Erlandson graduated from the University of South Dakota School of Law in 1997. Prior to attending law school, Greg served in the United States Marine Corps and was then employed with a lobbying association during the State's legislative session. While attending the Law School, he served as the President of the Client Counseling and Negotiations Board and as a member of the Law School Disciplinary Committee. Upon graduation from law school, Greg served as the law clerk for the Chief Justice of the South Dakota Supreme Court. He is active in the South Dakota and American Bar Association and a member of several committees on a State and national level.  He is admitted to practice in South Dakota State and Federal Courts, the Sicangu Oyate (Rosebud Sioux Tribe) Courts, the Eighth Circuit Court of Appeals, and the United States Supreme Court.  He has been named in The Best Lawyers in America, Top Great Plains Lawyers, and is rated AV-PREEMINENT by Martindale-Hubble.

**Victoria M. Duehr**

Victoria M. Duehr graduated from South Dakota State University in 1991. She attended the University of South Dakota School of Law and graduated in 1995 with Sterling Honors. Following graduation, she clerked for Judges in the Second Judicial Circuit of South Dakota. She practiced in Brookings, South Dakota, until joining Bangs McCullen law firm in 2003. Her practice concentrates in the areas of family law and civil litigation.

**Eric J. Pickar**

Eric Pickar received a Bachelor of Science in Psychology from South Dakota State University, graduating with high honors in 2000. In 2003, he graduated from the University of South Dakota School of Law. While attending law school, Eric was a published editor of the Volume 48 South Dakota Law Review, a member of the USD School of Law Trial Team, and also a teacher for the USD English Department. Additionally, he served as an editor for Moot Court, as President of the Delta Theta Phi Law fraternity, and as a member of the School of Law Disciplinary Board. Eric joined Bangs McCullen immediately after graduating from the USD School of Law. Eric is a member of the Pennington County Bar Association, the South Dakota Trial Lawyers Association, the Association of Trial Lawyers of America, and the American Bar Association. His practice primarily focuses on antitrust litigation, criminal defense, family law, and civil litigation.

**Sarah E. Baron Houy**

Sarah received her undergraduate degree in Business Administration, Marketing Emphasis, from the University of South Dakota. She received her Juris Doctorate from the University of Missouri-Columbia in 2006, graduating in the top 25% of her class. While at Mizzou, Sarah received several awards in recognition of her outstanding academic performance. Upon graduation, she spent one year clerking for the Fifth Judicial Circuit in Aberdeen, South Dakota. Sarah is licensed to practice law in South Dakota and Missouri and is admitted in the District Court for the District of South Dakota, the Eighth Circuit Court of Appeals, and the United States Supreme Court.

**Kathryn J. Hoskins**

Kathryn works as a trial lawyer and litigation attorney in the firm's Sioux Falls Office, but represents clients throughout the State of South Dakota, where she is licensed to practice in State and Federal Courts.  Her educational background and training is in Nursing.  She earned her Bachelor's Degree in Nursing from Augustana College in Sioux Falls and worked as a full-time critical care nurse both before, and during, law school.  The character traits that made her an excellent nurse (a strong work ethic, compassion and kindness, and a meticulous attention to detail) have also provided the foundation for her successful litigation practice that has involved defending medical malpractice cases and representing medical professionals in regulatory and professional licensing matters.

**Jeff L. Bratkiewicz**

Jeff attended South Dakota State University and earned his law degree from the University of South Dakota in 2000.  After completing law school, he spent two years as a law clerk to the Honorable Lyle E. Strom, a Senior U.S. District Court Judge in Omaha, Nebraska.  Jeff joined Bangs McCullen in 2015.  Before joining the firm, Jeff was a litigation attorney and partner in an established Sioux Falls law firm.  Jeff has civil jury trial experience in state and federal trial and appeal courts.  Jeff has an AV rating from Martindale-Hubbell and was recognized as a Great Plains Super Lawyer in 2014 and 2015.

**Kara Frankman**

Kara, an associate in our Rapid City office, is a 2013 graduate of the University of South Dakota School of Law.  Kara was born and raised in Sioux Falls, SD. She attended the University of Wisconsin-Milwaukee where she received her undergraduate degree in Business Administration with a marketing emphasis. During law school, Kara was a member of the USD Moot Court Board, competing in Minneapolis, Washington, D.C., and Chicago. In 2012, Kara and her teammate took first place, and won the first-place brief award, in the Information Technology and

Privacy Law Moot Court Tournament in Chicago, IL. Kara is a member of the South Dakota Bar Association and the American Bar Association.

**Benjamin Tronnes**

Benjamin Tronnes, an Associate in our Rapid City office, graduated from the University of South Dakota School of Law in 2013. In law school, Ben received the 2013 International Academy of Trial Lawyers Student Advocate Award for his work on the Trial Team. Ben holds a Bachelor's Degree in English from Northern State University (magna cum laude).  Ben is licensed to practice in South Dakota and is a member of the American Bar Association.

**Mark Marshall**

Mark F. Marshall grew up in Huron, South Dakota, and was admitted to the practice of law in 1981. The breadth of his work since that time has given him insights from what are usually opposite sides of the spectrum – representing both plaintiffs and defendants, in both civil and criminal matters, and on both sides of the state. He has also experienced the courtroom on both sides of the bench, having served as a United States magistrate judge and a state court magistrate. A skilled and compassionate mediator, Mark also has the broad vision of one who has been in the neutral position. Mark is a fellow of the American Academy of Appellate Lawyers

**Kathryn H. Morrison**

Kathryn was born in Flowood, Mississippi and raised in Omaha, NE, graduating from Westside High School with honors . She obtained a Bachelor of Arts in Government and a minor in history from Augustana College, where she graduated Magna Cum Laude. During law school, Kathryn participated in the Criminal Law Clinic as well as the Family Law Clinic. Upon graduating with Honors from the University of Nebraska College of Law, Kathryn was employed by Nebraska Legal Aid in North Platte, and also Child Support Services in Omaha. She is a member of the South Dakota State Bar Association and the Nebraska Bar Association.

**Cesar A. Juarez**

Cesar Juarez, an Associate in our Sioux Falls office, earned his Bachelor's Degree from Mount Marty College in May 2008 (Summa Cum Laude).  In 2013 he graduated with honors from the University of South Dakota School of Law.  While in law school, Cesar was a member of the Moot Court Board and the Trial Advocacy Team.  Following law school Cesar completed a clerkship with the Second Judicial Circuit Court and worked as a litigation attorney in an established Sioux Falls firm before joining Bangs McCullen in May of 2015.  Cesar is licensed to practice in South Dakota state and federal courts, and in Nebraska state court.  Cesar has a broad and varied practice but his primary focus is in the areas of civil litigation, personal injury

(plaintiff and defense work), criminal defense, insurance law, employment law, and family law.

**Bangs McCullen Law Firm has represented South Dakota class representatives in prosecuting the following price-fixing antitrust matters:**

*In re Aspartame Antitrust Litigation,* United States District Court for the Eastern District of Pennsylvania, No. 06-CV-1732.

*In re Cathode Ray Tube (CRT) Antitrust Litigation,* United States District Court for the Northern District of California, Case No. 07-cv-5944.

*In re Dynamic Random Access Memory (DRAM) Antitrust Litigation,* United States District Court for the Northern District of California, MDL No. 1486.

*In re Flash Memory Antitrust Litigation,* United States District Court for the Northern District of California, Case No. 07-cv-086.

*In re Graphics Processing Units Antitrust Litigation,* United States District Court for the Northern District of California, Case No. 06-cv-7417.

*In re OSB Antitrust Litigation,* United States District Court for the Eastern District of Pennsylvania, Case No. 06-826.

*In re Static Random Access Memory (SRAM) Antitrust Litigation,* United States District Court for the Northern District of California, Oakland Division, Case No. 07-cv-1819.

*In re TFT-LCD (Flat Panel) Antitrust Litigation,* United States District Court for the Northern District of California, San Francisco Division, Case No. 07-cv-1827.

# EXHIBIT 2

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | 2007 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | | | | | | | | | | | | | 0.0 | $         - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $         - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | 2008 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Eric Pickar | $ 200.00 | 1.3 | 0.0 | 3.7 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.6 | $ 1,120.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.3 | 0.0 | 3.7 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.6 | $ 1,120.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | 2009 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Eric Pickar | $ 200.00 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.2 | $ 240.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.2 | $ 240.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | 2010 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Eric Pickar | $ 200.00 | 0.7 | 0.0 | 1.5 | 4.4 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.6 | $ 2,120.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.7 | 0.0 | 1.5 | 4.4 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.6 | $ 2,120.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Eric Pickar | $ 200.00 | 2.2 | 0.0 | 3.4 | 3.1 | 0.0 | 0.0 | 4.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.7 | $ 2,540.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.2 | 0.0 | 3.4 | 3.1 | 0.0 | 0.0 | 4.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.7 | $ 2,540.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Eric Pickar | $ 200.00 | 0.7 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | $ 260.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.7 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | $ 260.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | 2013 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Eric Pickar | $ 200.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | $ 20.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | $ 20.00 |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | 2014 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

EXHIBIT 2

## IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
### TIME AND LODESTAR SUMMARY
### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | 2015 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |

**EXHIBIT 2**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**

**TIME AND LODESTAR SUMMARY**

**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | Inception through May 31, 2015 |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2008 | | 1.3 | 0.0 | 3.7 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.6 | $ 1,120.00 |
| 2009 | | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.2 | $ 240.00 |
| 2010 | | 0.7 | 0.0 | 1.5 | 4.4 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.6 | $ 2,120.00 |
| 2011 | | 2.2 | 0.0 | 3.4 | 3.1 | 0.0 | 0.0 | 4.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.7 | $ 2,540.00 |
| 2012 | | 0.7 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | $ 260.00 |
| 2013 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | $ 20.00 |
| 2014 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2015 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| | | 4.9 | 0.0 | 9.5 | 7.5 | 0.0 | 0.0 | 9.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 31.5 | $ 6,300.00 |

**STATUS:**

| | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

**CATEGORIES:**

1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

# EXHIBIT 3

**EXHIBIT 3**

## IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
### EXPENSE SUMMARY
### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Bangs, McCullen, Butler, Foye & Simmons, LLP |
|---|---|
| Reporting Year | Inception through May 31, 2015 |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| Assessments | | |
| Outside Copies | | |
| In-house Reproduction /Copies | | |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | | |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | $             29.81 |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | |
| Travel: Lodging/Meals | | |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| Other Expenses | | |
| | | |
| | | $             29.81 |