Exhibit 45

JACK W. LEE (SBN 71626)
DEREK G. HOWARD (SBN 118082)
ARON K. LIANG (SBN 228936)
SEAN TAMURA-SATO (SBN 254092)
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
Telephone:  (415) 788-9000
Facsimile: (415) 398-3887
jlee@minamitamaki.com
dhoward@minamitamaki.com
aliang@minamitamaki.com
seant@minamitamaki.om

Attorneys for the Indirect Purchaser Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: | **DECLARATION OF JACK W. LEE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS** |
| All Indirect Purchaser Actions | Judge:  Honorable Samuel Conti Courtroom One, 17th Floor |

I, Jack W. Lee, declare as follows:

1.      I am a member in good standing of the State Bar of California and the Northern District of California, and a Partner in the law firm of Minami Tamaki LLP. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.      My firm is counsel of record in this case. A brief description of my firm is attached as Exhibit 1 and incorporated herein by reference.

3.      Throughout the course of this litigation, my firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted those reports on a regular basis to Lead Counsel. All of the time and expenses reported by my firm were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

4.      During the course of this litigation, my firm has been involved in the following tasks and activities on behalf of the IPPs. All of this work was approved by Lead Counsel: (1) participated in strategy sessions and analysis with co-counsel, (2) participated in the preparation and development of the facts for individual plaintiffs; (3) reviewed documents which assisted in the prosecution of the Indirect Purchaser Plaintiffs' claims and (4) participated in investigation of defendants.

5.      The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary of the amount of time spent by my firm's partners, attorneys and professional support staff who were involved in this litigation. It does not include any time devoted to preparing this declaration or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on my firm's historical billing rates in effect at the time services were performed. Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm. Those records have been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if necessary. The hourly rates for my firm's partners, attorneys and professional support staff

included in Exhibit 2 were at the time the work was performed the usual and customary hourly rates charged for their services in similar complex litigation.

6.      The total number of hours reasonably expended on this litigation by my firm from inception to May 31, 2015 is 4.8 hours.  The total lodestar for my firm at historical rates is $3,010.00.  The total lodestar for my firm at current rates is $3,279.00.  Expense items are billed separately and are not duplicated in my firm's lodestar.

7.      The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, invoices, receipts, check records and other source materials and accurately reflect the expenses incurred. My firm's expense records are available for inspection by the Court if necessary.

8.      My firm incurred a total of $25,000.44 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation.  Of this amount, $25,000.00 was for assessment payments for common litigation expenses or direct payments to experts or other vendors made at the request of Lead Counsel, and an additional $0.44 was for non-common litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research, telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of August, 2015, in San Francisco.

/s/ Jack W. Lee

Jack W. Lee

DECLARATION OF JACK W. LEE IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT 1

M I N A M I  **M** T A M A K I  L L P
Attorneys at Law

# FIRM BIO

**Minami Tamaki LLP** is a San Francisco-based law firm serving clients in the areas of Consumer Protection, Employee Rights, Civil Rights, Commercial Litigation, Corporate and Nonprofit Counseling, Immigration, Personal Injury, and Entertainment. Established in 1974, our firm is one of the oldest and longest tenured minority-owned law firms in the United States. In keeping with those roots, we are committed to social and economic justice and to the improvement of our communities by consistently fighting to protect the legal rights of consumers, employees and the disenfranchised.

Our firm's Consumer & Employee Rights Group litigates class actions and individual cases on behalf of consumers, investors, and employees who have been harmed by illegal or unfair business or employment practices. Our attorneys have a sterling record of success, having recovered hundreds of millions of dollars in class action and individual cases.

Our firm has consistently earned an "AV" rating by the Martindale-Hubbell Law Directory, the highest rating for professional competence and ethics issued by that publication. All our partners are consistently recognized as "SuperLawyers" by *Law & Politics Magazine*, one of the top 500 lawyers in the country by *LawDragon* magazine and as some of the best attorneys in the Bay Area by *Bay Area Lawyer M*agazine.

Our firm's practice groups include: Antitrust, Consumer and Financial Fraud, Employment and Labor Litigation and Consulting; Immigration (emphasizing employment visas); Commercial Litigation; Business and Corporate; Personal Injury (wrongful death, products liability, premises liability, medical negligence and automobile accidents); and Entertainment Law (professional athletes, news and weather anchors and reporters, independent film productions, public television and cable television productions).

We have been involved in major and historic legal cases, including the successful reopening of the landmark U.S. Supreme Court case of *Korematsu v. the United States* (overturning Fred Korematsu's criminal conviction for refusing government exclusion orders aimed at Japanese Americans during WWII based on the prosecution's misrepresentations and falsified evidence presented to the United States Supreme Court in 1944) that led to reparations for interned Japanese Americans; *Popov vs. Hayashi* (dispute over Barry Bonds' record- breaking 73rd home run ball); *Donnelly vs. U.S. Department of Agriculture* (first sex harassment case certified as a class action) and the Census Class action (7,000 census workers claiming unpaid overtime in 17 states). Through these and dozens of other newsworthy cases, the firm's work has been spotlighted in national media coverage, including 60 Minutes, ABC, CBS, NBC, CNN, Fox, Court TV, the *New York Times* and the *Washington Post*.

Partners have and continue to be leaders in the legal profession, serving as Presidents or Chairs of the Northern California Chapter of the American Immigration


MINAMI TAMAKI LLP
Attorneys at Law

Lawyers Association, Workplace Fairness, the California Attorney General's Asian Pacific Advisory Committee, the federal Civil Liberties Public Education Fund, Chinese for Affirmative Action and the Asian Pacific Bar of California. Our attorneys have or currently serve as members of the Board of Directors of the National Employment Lawyers Association, the Japanese American Chamber of Commerce of Silicon Valley, the Glide Foundation, Kimochi, Inc., the Lawyers' Committee for Civil Rights, Kristi Yamaguchi's Always Dream Foundation and the Japanese American National Museum, among many other organizations.

## Jack W. Lee

Jack W. Lee is a partner in the law firm of Minami Tamaki LLP, located in San Francisco, CA. Mr. Lee graduated from U.C. Berkeley, *Phi Beta Kappa*, in 1973. He is a graduate of the University of California, Hastings College of the Law. Mr. Lee was admitted to practice in California in 1976 and is admitted to practice in all the federal trial and appellate courts in California, and other federal courts in the United States, including Florida, Michigan, Oregon, Arizona and the U.S. Court of Claims, Washington D.C.

Mr. Lee has specialized in class actions covering consumer fraud, antitrust, employment, and civil rights law for over 38 years. Prior to Minami Tamaki, Mr. Lee practiced in a law firm with a national practice focusing exclusively on complex class action litigation. Mr. Lee also served as Regional Civil Rights Attorney for the Office for Civil Rights, U.S. Department of Education, Region IX, enforcing anti-discrimination laws in the western United States. Mr. Lee was a senior trial attorney for the Public Defenders' Office of the City and County of San Francisco.

Mr. Lee has been recognized by his peers as a "Super Lawyer" (top 5%) in *Law and Politics* magazine every year from 2004 to 2015 and is a member of the "Multi-Million Dollar Advocates Forum." Mr. Lee has a preeminent rating of "AV" from the Martindale-Hubbell National Law Directory, the highest rating for competence and ethics and reserved for attorneys designated as outstanding in their fields.

Mr. Lee is a frequent speaker and panelist for the American Bar Association, National Employment Lawyers Association, and California Employment Lawyers Association.

Mr. Lee is active in a variety of legal and community organizations, including Chair, Judicial Selection Committee for Senator Barbara Boxer, Lawyers Representative for the Ninth Circuit Court of Appeals; Chair of the City of Oakland Civil Service Commission, Standing Member of the Lawyers' Committee for Civil Rights, Chair of the Board of Trustees for Chinese for Affirmative Action, Board of Directors for Asian Community Mental Health Services, Board of Directors for the Legal Aid Society, San Francisco, Board of Directors for the Judi-Care Project of the Charles Houston Bar Association; and Board of Directors, Asian American Bar Association.

360 Post Street 8th Floor San Francisco CA 94108    Phone: 415 788 9000   Fax: 415 398 3887
Business & Non-Profit Counseling  |  Consumer & Employee Rights    Immigration & Nationality Law  |  Personal Injury

www.MinamiTamaki.com

M I N A M I  **M**  T A M A K I  L L P
*Attorneys at Law*

Mr. Lee served as Liaison Counsel for the Indirect Purchaser Plaintiffs in *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-1827 SI (N.D. Cal. 2007), which resulted in a class settlement of approximately $1.1 billion, the largest class action settlement for indirect purchasers in United States history.   Mr. Lee has served as Lead or Co-Lead Counsel in the following complex class actions:

As <u>Lead Counsel:</u>
- *Crews v. Cisco Systems*, No. 07-654 JSW (N.D. Cal. 2007)
- *West v. Abercrombie & Fitch Stores*, No. 04-4730 SI (N.D. Cal. 2004)
- *Christofferson v. U.S. Department of Commerce*, No. 01495C (Fed. Cl. 2001)
- *Donnelly v. Glickman*, No. 95-4389 DLJ (N.D. Cal. 1995)
- *Davidowitz, et al. v. Fisher Investments,* No. 453331 (San Mateo Superior Court, 2006)
- *Mowdy, et al., v. Beneto Bulk Transport (KAG West)*, No. 06-5682 MHP (N.D. Cal. 2006)
- *Akaosugi v. Benihana, et al.*, No. 11-01272 WHA (N.D. Cal. 2011)
- *Brooks v. Williams Tank Lines*, No. 10-cv-01404 (N.D. Cal. 2010)
- *Roe 1, Roe 2, and Roe 3 v. Bijou-Century, Bijou-Market, LLC*, No. 3418100 (San Francisco Superior Court, 2003)
- *Thomas v. Folsom Lake Auto Enterprises, Inc,* No. 02AS07592 (Sacramento County Superior Court, 2004)
- *Tsunomori v. Golden State Fisheries, et al.*, No. 05214933 (Alameda County Superior Court, 2004)
- *Davis v. City and County of San Francisco*, No. 84-1100-MHP (N.D. Cal. 1984)

As <u>Legal Counsel:</u>
- *In re Transpacific Passenger Air Transportation Antitrust Litigation*, No. 08-1913 (N.D. Cal. 2008)
- *In re Flash Memory Antitrust Litigation*, MDL No. 1852 (N.D. Cal. 2007)
- *In re Optical Disk Drive Antitrust Litigation,* MDL No. 2143 (N.D. Cal. 2010)
- *Butler v. Home Depot*, No. 95-2182 SI (N.D. Cal. 1995)
- *Shores v. Publix Stores*, No. 95-1162 JDW (M.D. Fla. 1995)
- *Stender v. Lucky Stores*, No. 88-1467MHP (N.D. Cal. 1988)
- *In re Medical Capital Securities Litigation*, No. 10-2145 DOC (C.D. Cal. 2010)

## Derek G. Howard

Derek G. Howard is Of Counsel to Minami Tamaki LLP, providing the firm with 30 years of experience in complex litigation, including expertise in the areas of business fraud, deceptive practices, breaches of fiduciary, elder abuse, the breach of ethical duties by corporate entities, and antitrust violations in major consumer-oriented industries. Mr. Howard also maintains an active practice in the area of sport-related disputes.

For the last eight consecutive years, he has been honored as a "Super Lawyer" in Law & Politics Magazine, representing the top three percent of practitioners. As a result of previous verdicts and settlements, Mr. Howard is a member of the Million Dollar Advocates

360 Post Street 8th Floor San Francisco CA 94108    Phone: 415 788 9000   Fax: 415 398 3887
Business & Non-Profit Counseling  |  Consumer & Employee Rights      Immigration & Nationality Law  |  Personal Injury

w w w . M i n a m i T a m a k i . c o m



Forum. In 2014, Mr. Howard was a member of the trial team nominated by the Consumer Attorneys of America as "Trial Lawyers of the Year" for achievements in recovering over $220 million from the Medcap Ponzi Scheme, entitled *In re Medical Capital Securities Litigation*, an aiding abetting case against major banking institutions that was contested in the Central District of California and resolved in 2014.

Mr. Howard has been Lead Counsel, Executive Committee Member and/or associate counsel in many class actions. Demonstrative cases include *In re International Air Transportation Surcharge Antitrust Litigation* (N.D. Cal.), an antitrust action against airlines for fixing the price of fuel surcharges on flights between the United Kingdom and United States; *In re: NCAA Student-Athlete Name and Likeness Licensing Litigation* (N.D. Cal.), the landmark *O'Bannon* litigation against the NCAA on behalf of student-athletes; *Herlinger v. Sunbeam et. al.* a nationwide consumer class action resulting in material changes in consumer warnings and safety practices in the propane barbecue industry. In 2013, Mr. Howard settled an action on behalf of season ticket holders to the Philadelphia Flyers Hockey Club, brought against the National Hockey League and the Philadelphia Flyers for alleged over pricing of tickets to the NHL "Winter Classic." Mr. Howard currently acts as Co-Lead counsel in the litigation against FIFA and US Soccer over the concussion epidemic in youth soccer in the United States.

Actions on behalf of investors, including trust beneficiaries may be found at: *Stoody-Broser v. Bank of America*, a nationwide class action arising from the investment of trust asets in proprietary mututal funds; *Nickel v. Bank of America* 290 F.3d 1134 (9th Cir. 2002), a landmark nationwide class action recovering cash damages for improper trust fees; *Fisher v. Bank of America* (N.D. Cal.), a nationwide class action recovering cash damages for improper trust investments; *Seaman v. Wells Fargo* (S.F. Sup.Ct.), a nationwide class action recovering damages for improper trust fees; *Banks v. Northern Trust* (L.A. Sup.Ct.), a nationwide class action recovering cash damages for improper trust fees; *Guyette v. Viacom, Inc.*, a consumer class action resulting in cash refunds to cable television subscribers; *Wininger v. Synthetic Industries* (N.D. Cal.) realizing an increase in value for investors in syndicated, private investment; and *In re Coordinated Natural Gas Cases I, II, III and IV* (San Diego Sup.Ct.), providing cash damages arising from price fixing of natural gas. Currently, Mr. Howard serves as Lead Counsel in *Fond du Lac Bumper Exchange v. Jui Li*, No. 09-852 LA (E.D. Wis.). These cases have collectively recovered billions in cash settlements for class members.

Speeches and publications include: Comment: "*Nuclear Plant Construction after Pacific Gas: a Pyrrhic Victory for the States*?" 14 Golden Gate University Law Review 39 (1984); "*Survey: Interference Torts,*" which the American Bar Association published through its Antitrust Section Committee on Business Torts and Unfair Competition; Interview, America's Premier Lawyers Series (2006) discussing impact of new class action legislation; Presenter and Co-Author, AL I-ABA, *Lawsuits from Both Sides Now, Representing Estate and Trust Beneficiaries and Fiduciaries* (2008); Presenter, LegalTech 2009, New York, and LegalTech 2010, Los Angeles "*May It Please the Court... Defending a Search and Production Protocol-a Trial Technology Experience*"; Presenter, Legal Assistance



for Seniors, Conference on Elder Abuse, "Current Developments in Financial Fraud and the Elders How to Protect Elders and their Assets," Oakland, California (2010), and Panelist, Sedona Conference Work Group 1 on Electronic Document Retention and Production (2010); Co -Chair, The Donald L. Galine Annual Tahoe Seminar, Consumer Attorneys of California; 2011-2013). Mr. Howard serves as an ongoing speaker and providing Continuing Legal Education speaker for the Consumer Attorneys of California (CAOC).

Mr. Howard received his undergraduate education in 1980 from the University of Pennsylvania. He earned his Juris Doctor in 1984 from Golden Gate University in San Francisco in 1984, and a M.A. in Sport Management in 2009 from the University of San Francisco. Currently Mr. Howard is an adjunct professor at the University of San Francisco in its Collegiate Athletics On-Line Masters Program. Before entering private practice, Mr. Howard clerked for the Supreme Court of the State of Alaska for the Hon. John H. Dimond and was then appointed as Legal Research attorney for the San Francisco Superior Court.

### Aron K. Liang

Aron K. Liang is an associate at the law firm of Minami Tamaki LLP. Mr. Liang graduated from the University of Washington in 1999 with a B.A. in Political Science. He graduated *magna cum laude* from the University of California, Hastings College of the Law in 2003. Mr. Liang was admitted to practice in the State of California in 2003. Mr. Liang has been named a Northern California Rising Star from 2009-2015 by Super Lawyers magazine. Mr. Liang was part of the trial team that was honored by the Consumer Attorneys of California in 2012 as a finalist for the Consumer Attorney of the Year award. That case, *Vicken Massoyan, et al. v. HL Leasing, Inc., et al.* was a class action against the operators of a multimillion dollar Ponzi scheme and resulted in a judgment in Fresno Superior Court of approximately $114.5 million in favor of the plaintiffs.

Mr. Liang has a decade of experience in complex litigation in a wide variety of different areas of law including antitrust litigation, consumer protection, securities fraud and employment litigation. Mr. Liang has years of experience representing clients in individual cases and in large class actions. Mr. Liang has tried to verdict both class actions and individual cases in both federal and state courts, as well as in arbitrations before the Financial Industry Regulatory Authority ("FINRA") and the American Arbitration Association ("AAA").

Mr. Liang has been directly involved in several antitrust class actions including: *In re: Capacitors Antitrust Litigation*, Case No. 14-cv-03264 (N.D. Cal.); *In re: Transpacific Passenger Air Transportation Antitrust Litigation*, Case No. 08-cv-05634-CRB (N.D. Cal.); *In re: Optical Disk Drive Products Antitrust Litigation*, Case No. 10-md-02143-RS (N.D. Cal.); *In re: Static Random Access Memory (SRAM) Antitrust Litigation*, Case No. 07-md-01819 (N.D. Cal.); *In re: International Air Transportation Surcharge Antitrust Litigation*, Case No. 06-md-01793 (N.D. Cal.); *Fond du Lac Bumper Exchange Inc. v. Jui Li Enterprise Company Ltd., et al.,*



MINAMI TAMAKI LLP
Attorneys at Law

Case No. 09-cv-00852-LA (E.D. Wis.); *Precision Associates, Inc., et al. v. Panapina World Transport (Holding) LTD., et al.*, Case No. 08-cv-00042-JG (E.D.N.Y.)

Mr. Liang served on the trial team in the Lead Paint case, *People of the State of California v. Atlantic Richfield Co., et al.*, which was a bench trial in Santa Clara Superior Court regarding the public nuisance caused by the presence of lead paint in homes throughout the State of California. The lawsuit was against the largest manufacturers of lead paint who sold lead paint with knowledge of the health risks posed by the lead paint. The judge found in favor of the People of the State of California and entered a $1.1 billion verdict against three of the largest paint manufacturers in the United States.

Mr. Liang successfully represented the City and County of San Francisco ("CCSF") in a breach of contract case against a former Information Technology ("IT") vendor who counter-claimed against CCSF. The case was tried to verdict in San Francisco Superior Court in which a jury found in favor of CCSF on its affirmative claims and rejected the IT vendor's claims in their entirety.

Mr. Liang's representative client list is broad and diverse. Over the years, he has represented publically traded corporations, major pension funds, small businesses, public entities and individuals. For example, Mr. Liang has represented the California State Teachers' Retirement System ("CalSTRS"), the Regents of the University of California and Franklin Templeton Investments. Mr. Liang represented CalSTRS and Franklin Templeton Investments in *CalSTRS v. Qwest Communications International, Inc., et al.*, Case No. CGC-02-415546 (S.F. Sup. Ct.), *FTWF Franklin Mutual Beacon Fund, et al. v. Qwest Communications International, Inc., et al.*, Case No. CGC-06-457039 (S.F. Sup. Ct.) and *AOL Time Warner Cases I & II*, Case No. JCCP 4322 and 4325 (L.A. Sup. Ct.)

### Sean Tamura-Sato

Sean Tamura-Sato is an associate in the law firm of Minami Tamaki LLP located in San Francisco, CA. Mr. Tamura-Sato graduated from Cornell University in 2004 with a B.S. in Industrial and Labor Relations. He is a 2007 graduate of the University of California, Hastings College of the Law. Mr. Tamura-Sato was admitted to practice in the state of California in 2007 and in the state of Hawai'i in 2008.

Since joining Minami Tamaki LLP in 2007, Mr. Tamura-Sato's practice has focused on litigating class action antitrust and consumer cases, and representing employees in individual and class action cases. Mr. Tamura-Sato has successfully tried cases to verdict as the lead attorney in federal court and before the Equal Employment Opportunity Commission.

Antitrust class actions that Mr. Tamura-Sato has participated in include: *In re TFT-LCD (Flat Panel) Antitrust Litigation*, 07-md-1827 SI (N.D. Cal. 2007); *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, 09-cv-1967 CW (N.D. Cal. 2009); *In re*



MINAMI TAMAKI LLP
Attorneys at Law

*Transpacific Passenger Air Transportation Antitrust Litigation*, MDL No. 1913 (N.D. Cal. 2008); and *In re Static Random Access Memory (SRAM) Antitrust Litigation*, MDL No. 1819 (N.D. Cal. 2007).

Mr. Tamura-Sato has also litigated other class action cases since joining Minami Tamaki, including: *Mowdy, et al., v. Beneto Bulk Transport (KAG West)*, No. 06-5682 MHP (N.D. Cal. 2006); *Brooks v. Williams Tank Lines*, No. 10-1404 WHA (N.D. Cal. 2010); *West v. Abercrombie & Fitch Stores*, No. 04-4730 SI (N.D. Cal. 2004); *Akaosugi v. Benihana, et al.*, No. 11-1272 WHA (N.D. Cal. 2011); *Ollendorff v. Dalton Trucking*, No. 11-5189-DMG-SP (C.D. Cal. 2011); and *Tsunomori v. Golden State Fisheries, et al.*, No. 05214933 (Alameda County Superior Court, 2004).

# EXHIBIT 2

**EXHIBIT 2**

## IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
### TIME AND LODESTAR SUMMARY
### INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Minami Tamaki | | |
|---|---|---|---|
| Reporting Year | 2010 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jack Lee | $ 695.00 | 1.0 | | | | | | | | | | | | 1.0 | $ 695.00 |
| Derek Howard | $ 625.00 | 1.3 | | | | | | | | | | | | 1.3 | $ 812.50 |
| Patrick Domin | $ 185.00 | | | | | | | | | | 0.5 | | | 0.5 | $ 92.50 |
| | | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 2.8 | $ 1,600.00 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Minami Tamaki | | |
|---|---|---|---|
| Reporting Year | 2011 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Derek Howard | $ 625.00 | | | | | | | | | 0.3 | | | | 0.3 | $ 187.50 |
| Sean Tamura-Sato | $ 350.00 | 0.2 | | | | | | | | | | | | 0.2 | $ 70.00 |
| | | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.5 | $ 257.50 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Minami Tamaki | | |
|---|---|---|---|
| Reporting Year | 2012 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jack Lee | $ 795.00 | 0.8 | | | | | | | | | | | | 0.8 | $ 636.00 |
| | | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | $ 636.00 |

EXHIBIT 2
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Minami Tamaki | | |
|---|---|---|---|
| Reporting Year | 2013 | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jack Lee | $ 795.00 | 0.6 | | | | | | | | | | | | 0.6 | $ 477.00 |
| Sean Tamura-Sato | $ 395.00 | 0.1 | | | | | | | | | | | | 0.1 | $ 39.50 |
| | | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | $ 516.50 |

EXHIBIT 2

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | Minami Tamaki | | |
| Reporting Year | Inception through Present | | |

| Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 2.8 | $ 1,600.00 |
| 2011 | | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.5 | $ 257.50 |
| 2012 | | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | $ 636.00 |
| 2013 | | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | $ 516.50 |
| | | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.5 | 0.0 | 0.0 | 4.8 | $ 3,010.00 |

STATUS:
- (P)    Partner
- (OC)   Of Counsel
- (A)    Associate
- (LC)   Law Clerk
- (PL)   Paralegal
- (I)     Investigator

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

EXHIBIT 3

**EXHIBIT 3**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**EXPENSE SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | Minami Tamaki |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | | $     25,000.00 |
| Outside Copies | | |
| In-house Reproduction /Copies | | |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | | |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | $             0.44 |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | |
| Travel: Lodging/Meals | | |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| Other Expenses | | |
| | | |
| | | $     25,000.44 |