MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES**<br><br>Judge: Hon. Samuel Conti |

**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR EXCESS PAGES**

Pursuant to N.D. Cal. L.R. 7-11, Indirect Purchaser Plaintiffs L.P. ("IPPs") move the Court for leave to file a Memorandum of Points and Authorities In Support of their Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives of thirty-one (31) pages.

IPPs' administrative motion should be granted.  This litigation has been pending for almost eight years.[1]  In order to meet the standards for an award of attorneys' fees and expenses,

---

[1] Declaration of Lauren C. Capurro in Support of Administrative Motion Pursuant to L.R. 7-11

IPPs need the additional six pages to fully describe the long history of this litigation and all of the work performed by IPP Counsel, including the motions to dismiss, discovery, class certification, expert work, motions for summary judgment, trial preparations, and the settlement terms and negotiations with each of the eight Defendant groups.  The memorandum also provides a detailed accounting of the litigation expenses and describes the services performed by the Class Representatives and certain named plaintiffs.[2]

Accordingly, IPPs request that the Court grant this Administrative Motion and allow IPPs to file a brief of thirty-one (31) pages in support of their Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives.

Dated:  September 23, 2015                               Respectfully submitted,

 */s/ Mario N. Alioto*  
Mario N. Alioto (56433)  
malioto@tatp.com  
Joseph M. Patane (72202)  
jpatane@tatp.com  
Lauren C. Capurro (241151)  
laurenrussell@tatp.com  
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP  
2280 Union Street  
San Francisco, CA 94123  
Telephone: 415-563-7200  
Facsimile: 415-346-0679  

*Lead Counsel for Indirect Purchaser Plaintiffs*

---

For Leave For Excess Pages ("Capurro Decl."), ¶ 2.  
[2] *Id.* ¶ 3.