MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions. | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE FOR EXCESS PAGES**<br><br>Judge: Hon. Samuel Conti |

I, Lauren C. Capurro, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in support of IPPs' Administrative Motion Pursuant to L.R. 7-11 For Leave For Excess Pages ("Administrative Motion"). I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. IPPs are moving for attorneys' fees, reimbursement of litigation expenses and incentive awards for class representatives. IPPs have been litigating this case for almost eight years.

3. IPPs' memorandum in support of the motion for attorneys' fees, reimbursement of litigation expenses and incentive awards for class representatives describes the long history of this litigation and all of the work performed by IPP Counsel, including the motions to dismiss, discovery, class certification, expert work, motions for summary judgment, trial preparations, and the settlement terms and negotiations with each of the eight Defendant groups. The memorandum also provides a detailed accounting of the litigation expenses and describes the services performed by the Class Representatives and certain named plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2015, in San Francisco, California.

                                      /s/ Lauren C. Capurro
                                      Lauren C. Capurro