1 | BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
2 | GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
3 | SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
4 | E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
5 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
6 | Thirty-Fifth Floor
Los Angeles, California 90071-1560
7 | Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
8

9 | Attorneys for Defendant LG Electronics, Inc.
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

12

13

14 | In re: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

Master File No. 3:07-md-05944-SC (N.D. Cal)

MDL No. 1917

15 | This Document Relates to:

16 | *Best Buy Co. v. Hitachi, Ltd.*, 11-cv-05513;

**DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS**

17 | *Best Buy Co. v. Technicolor SA*, No. 13-cv-05264;

18

Judge:    Hon. Samuel Conti

19 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396;

Special Master:  Hon. James Larson (Ret.)

20 | *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397;

21

22 | *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

23 | *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;

24

25 | *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656;

26 | *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

27

28 | *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*,

1   No. 3:11-cv-06275;

2   *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

3

4   *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276;

5   *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

6

7   *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*, No. 3:12-cv-02648;

8   *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-
9   05725;

10  *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;

11  *Siegel v. Technicolor SA*, No. 13-cv-05261;

12  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649;

13

14  *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

15  *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776;

16

17  *Sharp Elecs. Corp. v. Hitachi Ltd.*, No. 13-cv-1173

18

19  *Sears, Roebuck and co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-
20  05514;

21  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

22

23  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

24  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510
25

26

27

28

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

1     **DEFENDANTS' STATUS REPORT REGARDING**

2     **OUTSTANDING PRE-TRIAL MOTIONS**

3        Defendants have prepared the following narrative explanations and tables in response to

4 the Special Master's September 18, 2015 Order requesting information about un-adjudicated

5 motions.

6        The tables included herein reference only the parties who remain interested (as movants or

7 adversaries) to the listed motions.  At times, certain parties join or oppose the motions only in part

8 as a result of settlements or due to the fact that certain plaintiffs sued certain defendants but not

9 others.  Docket Number 3998-1 (attached hereto as Exhibit B) includes a chart identifying (a) the

10 latest settlement status of the parties (as of September 25, 2015) and (b) the parties to the

11 individual lawsuits.

12        This Status Report uses the following terms to refer to the parties to this litigation:

13

| Defendant Group | Members |
|---|---|
| Beijing Matsushita | Beijing Matsushita Color CRT Co., Ltd. |
| Chunghwa ("CPT") | Chunghwa Picture Tubes, Ltd. |
| | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| Hitachi | Hitachi, Ltd. |
| | Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) |
| | Hitachi America, Ltd. |
| | Hitachi Electronic Devices (USA), Inc. |
| | Hitachi Asia, Ltd. |
| LG | LG Electronics, Inc. |
| Mitsubishi Electric | Mitsubishi Electric Corporation |
| | Mitsubishi Electric US, Inc. |
| | Mitsubishi Electric Visual Solutions America, Inc. |
| MTPD | MT Picture Display Co., Ltd. |
| Panasonic | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) |
| | Panasonic Corporation of North America |
| Philips | Koninklijke Philips N.V. |
| | Philips Electronics North America Corporation |
| | Philips Taiwan Limited |
| | Philips do Brasil Ltda. |
| Samsung SDI | Samsung SDI Co., Ltd. |
| | Samsung SDI America, Inc. |
| | Samsung SDI (Malaysia) Sdn. Bhd. |
| | Samsung SDI Mexico S.A. De C.V. |
| | Samsung SDI Brasil Ltda. |
| | Shenzhen Samsung SDI Co., Ltd. |
| | Tianjin Samsung SDI Co., Ltd. |

| Tech Displays Americas ("TDA") | Technologies Displays Americas LLC |
|---|---|
| Thomson | Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) |
| | Thomson SA (n/k/a Technicolor SA) |
| Toshiba | Toshiba Corporation |
| | Toshiba America, Inc. |
| | Toshiba America Consumer Products, LLC |
| | Toshiba America Information Systems, Inc. |
| | Toshiba America Electronic Components, Inc. |

| Plaintiff Group | Members |
|---|---|
| IPPs | A class of Indirect Purchaser Plaintiffs |
| DPPs | A class of Direct Purchaser Plaintiffs |
| Best Buy | Best Buy Co., Inc.; Best Buy Purchasing, LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; and Bestbuy.com, L.L.C. |
| Circuit City | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust |
| Compucom | CompuCom Systems, Inc. |
| Costco | Costco Wholesale Corporation |
| Dell | Dell Inc. and Dell Products L.P. |
| Electrograph | Electrograph Systems, Inc. and Electrograph Technologies Corp. |
| Interbond | Interbond Corporation of America., d/b/a BrandsMart USA |
| Office Dépot | Office Depot, Inc. |
| P.C. Richard, et. al. | P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; and ABC Appliance, Inc. |
| Sears/Kmart | Sears Roebuck and Co. and Kmart Corp. |
| Sharp | Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc. |
| Target | Target Corp. |
| Tech Data | Tech Data Corporation and Tech Data Product Management, Inc. |
| Tweeter | Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| ViewSonic | ViewSonic Corporation |

## I.   Outstanding Summary Judgment Motions

There are twenty-nine outstanding summary judgment motions, all of which were filed on November 7, 2014.   The following tables in Exhibit A list these motions in the following subject-matter categories:

1. Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA) (five motions);

2. Summary Judgment Motions Related to Unresolved Ownership/Control Issues (five motions);

3.   Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities (seven motions);

4.   Summary Judgment Motions Related to Withdrawal from the Alleged Conspiracy (four motions);

5.   Summary Judgment Motions Related to Plaintiffs' Standing (two motions);

6.   Summary Judgment Motions Related to the Statute of Limitations (one motion); and

7.   Summary Judgment Motions Related to Certain Plaintiffs' State Law Claims (five motions).

Previous filings to the Court have listed these same summary judgment motions in other ways. These previous filings, which may also be helpful to the Special Master's review of the motions, are available at the following Docket Numbers:

- 3920-1 (filed July 17, 2015). This filing lists the summary judgment motions in order by docket number, identifies the summary judgment motions related to the cases to be tried in the Northern District of California, the motions specific to the remand cases, and moot motions.

- 3952-1 (filed August 5, 2015). This filing identifies certain dispositive motions in cases subject to remand for trial outside of the Northern District of California.

- 4031 (filed September 1, 2015). This filing identifies certain dispositive motions by subject matter, identifies summary judgment motions specific to the remand cases, and specifies the summary judgment motions at issue in Defendants' joint request for oral argument before the Special Master.

In addition to the twenty-nine summary judgment motions listed below, the parties agree that nine additional summary judgment motions are now moot. *See* Dkt. No. 3920-1 at 14-16 (joint filing listing moot motions). Given the Special Master's request for information pertaining to "outstanding" motions, the tables below do not list the moot motions.

**II.   Outstanding Motions to Exclude Certain Expert Testimony**

There are four outstanding motions to exclude certain expert testimony, as listed in the Exhibit A tables that follow. All four of these motions were filed on December 5, 2014.

**III.   Outstanding Motions In Limine**

Apart from the motions to exclude certain expert testimony, there are forty outstanding motions in limine. These motions are relevant to the N.D. Cal. trials exclusively. These motions

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

1   were filed on February 13, 2015. The following Exhibit A tables list these motions by moving

2   parties, dividing them into the following categories:

3           1.     DAPs' omnibus motions (seventeen motions);

4           2.     Joint Defendants' motions (fifteen motions);

5           3.     Sharp's individual motion (one motion); and

6           4.     Individual Defendants' motions (seven motions).

7   **IV.    Outstanding Motions to Seal**

8        There are no outstanding motions to seal related to the filings listed herein as far as

9   Defendants are aware. The Court granted the relevant motions to seal at Docket Numbers 3498,

10   3636, and 3795.

Dated: September 25, 2015

MUNGER, TOLLES & OLSON LLP

By: /s/ Susan E. Nash

BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler

JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: MMDonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

WEIL, GOTSHAL & MANGES LLP

DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com

767 Fifth Avenue
New York, New York 10153-0119

MDL No. 1917
Master No. 3:07-cv-05944-SC

-5-

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Joel S. Sanders*
JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gig@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*

Terrence J. Truax (*pro hac vice*)
Email: ttruax@jenner.com
Charles B. Sklarsky (*pro hac vice*)
Email: csklarsky@jenner.com
Michael T. Brody (*pro hac vice*)
Email: mbrody@jenner.com
Gabriel A. Fuentes (*pro hac vice*)

MDL No. 1917
Master No. 3:07-cv-05944-SC

-6-

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

Email: gfuentes@jenner.com
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:      (312) 222-9350
Facsimile:      (312) 527-0484

Brent Caslin (Cal. Bar. No. 198682)
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:    (213) 239-5100
Facsimile:     (213) 239-5199
bcaslin@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:      (213) 443-3000
Facsimile:      (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:      +81 3 5510 1711
Facsimile:      +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US, Inc. and,
Mitsubishi Electric Visual Solutions America, Inc.*

WHITE & CASE LLP

By: /s/ *Christopher M. Curran*

CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
WHITE & CASE LLP

701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba America*
*Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ *John M. Taladay*

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Attorneys for Defendants Koninklijke Philips N.V.,*
*Philips Electronics North America Corporation,*
*Philips Taiwan Limited and Philips do Brasil Ltda.*

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By: /s/ *James L. McGinnis*

GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
Email: mscarborough@sheppardmullin.com
SHEPPARD MULLIN RICHTER &

1

2

3

HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

4

5

6

7

8

LEO D. CASERIA (SBN 240323)
Email: lcaseria@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

9

10

11

12

*Attorneys for Defendants Samsung SDI America,
Inc.; Samsung SDI Co., Ltd.; Samsung SDI
(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.
DE C.V.; Samsung SDI Brasil Ltda.; Shenzen
Samsung SDI Co., Ltd. and Tianjin Samsung SDI
Co., Ltd.*

13

FAEGRE BAKER DANIELS LLP

14

By: /s/ *Kathy L. Osborn*

15

16

17

18

19

KATHY L. OSBORN (*pro hac vice*)
Email: kathy.osborn@FaegreBD.com
RYAN M. HURLEY (*pro hac vice*)
Email: ryan.hurley@FaegreBD.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

20

21

22

23

24

JEFFREY S. ROBERTS (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

25

26

27

28

STEPHEN M. JUDGE (*pro hac vice*)
Email: steve.judge@FaegreBd.com
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149

*Facsimile*: (574) 239-1900

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Mark C. Dosker*

MARK C. DOSKER (SBN 114789)
Email: mark.dosker@squirepb.com
NATHAN LANE, III (SDN 50961)
Email: nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (*pro hac vice*)
Email: donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: */s/ Jeffrey I. Zuckerman*

JEFFREY I. ZUCKERMAN (*pro hac vice*)
Email: jzuckerman@curtis.com
101 Park Avenue
New York, New York 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

ARTHUR GAUS (SBN 289560)
Email: asg@dillinghammurphy.com
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v.*

MDL No. 1917
Master No. 3:07-cv-05944-SC

-10-

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

*Technicolor SA, et al. and Sears, Roebuck and Co.,
et al. v. Technicolor SA, et al.*

1

2

3

4

5    Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

6 document has been obtained from each of the above signatories.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MDL No. 1917
Master No. 3:07-cv-05944-SC

-11-

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS