# EXHIBIT A

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

## I. Outstanding Summary Judgment Motions

| | *(1) Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA)* | | | | | | |
|---|---|---|---|---|---|---|---|
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| 3003 | • LG<br>• Mitsubishi Electric<br>• Samsung SDI | • Dell | Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA | No | 3235 | 3447 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032) |
| 3006 | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | • Best Buy<br>• Costco<br>• Interbond<br>• Office Depot | Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales | As to Best Buy only | 3287 | 3452 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)<br><br>The Court previously dismissed certain claims previously at issue in this motion, including the state law indirect claims of Tech Data ECF No. 2433); Costco (ECF No. 3181, 2262); Sears (ECF No. 3394); Electrograph, CompuCom, P.C. Richard, et. al. and Tweeter (ECF No. 3226). |

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| (1) Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| 3008 | • CPT (as to Best Buy and ViewSonic only) <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Philips <br> • Samsung SDI <br> • TDA <br> • Thomson <br> • Toshiba | • Best Buy <br> • Circuit City <br> • CompuCom <br> • Costco <br> • Dell <br> • Electrograph <br> • Interbond <br> • Office Depot <br> • P.C. Richard, et. al. <br> • Sears/Kmart <br> • Tech Data <br> • Tweeter <br> • ViewSonic | Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | Yes | 3272 | 3442 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032) |
| 3032 | • LG <br> • Mitsubishi Electric | • Sears/Kmart <br> • Tech Data <br> • Tweeter <br> • ViewSonic <br> • Best Buy <br> • Circuit City <br> • CompuCom <br> • Costco <br> • Dell <br> • Electrograph <br> • Interbond <br> • Office Depot <br> • P.C. Richard, et. al. | Motion for Partial Summary Judgment on FTAIA Grounds | Yes | 3272-3 | 3443 | Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916) |

MDL No. 1917 <br> Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| (1) Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **3108** | • CPT | • Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ViewSonic | Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce | Yes | 3249 | 3477 | The Court dismissed ViewSonic's complaint without prejudice as to Panasonic, PNA, and MTPD (ECF No. 3215). |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| (2) Summary Judgment Motions Related to Unresolved Ownership/Control Issues | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| 2983 | • LG<br>• Mitsubishi Electric<br>• Samsung SDI<br>• Thomson<br>• Toshiba | • Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics | Yes | 3244 | 3454 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3015) |
| 3014 | • LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• Thomson<br>• Toshiba | • Best Buy<br>• Circuit City<br>• Costco<br>• Interbond<br>• Sears/Kmart | Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo | Yes | 3275 | 3425 | |

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | (2) Summary Judgment Motions Related to Unresolved Ownership/Control Issues | | | | | | |
|---|---|---|---|---|---|---|---|
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| 3026 | • LG<br>• Mitsubishi Electric<br>• Thomson | • Best Buy<br>• Circuit City<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC-Mitsubishi Electric Visual Systems Corporation | Yes | 3251 | 3445 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) |
| 3053 | • LG<br>• Mitsubishi Electric<br>• Thomson<br>• Toshiba<br>•<br>• | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Corrected Motion for Partial Summary Judgment on Standing Grounds | Yes | 3279 | 3455 | Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3047) |

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | (2) Summary Judgment Motions Related to Unresolved Ownership/Control Issues | | | | |
| 3102 | • Chunghwa | • ViewSonic | Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation | Yes | 3263 | 3476 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | *(3) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities[1]* |
| 2976 | • LG<br>• Mitsubishi Electric<br>• Thomson<br>• Toshiba | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy | Yes | 3274 | 3439 | This motion concerns the absence of evidence of liability as to specific Hitachi entities<br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011) |

---

[1] These motions are relevant to all of the parties, even if the specific Defendant entities at issue in these motions settle the claims against them. If the Court determines that specific Defendant entities are not liable, then volume of commerce for which all remaining Defendants may be jointly and severally liable will be reduced to exclude the sales of the non-liable entities.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**(3) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities[1]**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2981 | • LG<br>• Mitsubishi Electric<br>• Thomson<br>• Toshiba | • Best Buy<br>• Circuit City<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment (on liability) | Yes | 3236 | 3603 | <u>This motion concerns the absence of evidence of liability as to a specific Thomson entity</u><br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011) |

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | *(3) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities* | | | | |
| 2984 | • LG<br>• Mitsubishi Electric<br>• TDA<br>• Thomson | • Best Buy<br>• Circuit City<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tweeter | Notice of Motion and Motion for Summary Judgment (on liability, *Illinois Brick*, due process, and statute of limitations) | Yes | 3253 | 3430 | <u>This motion concerns the absence of evidence of liability as to TDA</u><br><br>The opposition is limited to TDA's Sherman Act claims; Plaintiffs do not oppose TDA's motion as it relates to their state-law claims.<br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) |

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *(3) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities*[1] | | | | | | | |
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **3001** | • LG<br>• Mitsubishi Electric<br>• Panasonic<br>• Thomson<br>• Toshiba | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3248 | 3459 | <u>This motion concerns the absence of evidence of liability as to Panasonic Corp and Panasonic Corporation of North America</u><br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011) |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *(3) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities[1]* | | | | | | | |
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| 3037 | • LG<br>• Mitsubishi Electric<br>• Thomson | • Best Buy<br>• Circuit City<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment Based Upon Absence of Evidence of Liability | Yes | 3271 | 3462 | This motion concerns the absence of evidence of liability as to Mitsubishi Electric Corporation<br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) |
| 3040 | • Koninklijke Philips N.V.<br>• LG<br>• Toshiba | • Best Buy<br>• Circuit City<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3240 | 3460 | This motion concerns the absence of evidence of liability as to Koninklijke Philips N.V.<br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011) |

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

|  | | | | | | | |
|---|---|---|---|---|---|---|---|

*(3) Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities[1]*

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3048 | • LG<br>• Mitsubishi Electric US, Inc.<br>• Mitsubishi Electric Visual Solutions America, Inc. | • Best Buy<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3257 | 3434 | This motion concerns the absence of evidence of liability as to Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc. |

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **(4) Summary Judgment Motions Related to Withdrawal from the Alleged Conspiracy[2]** | | | | | | | |
| 2972 | • LG<br>• Mitsubishi Electric<br>• Toshiba | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations | Yes | 3268 | 3433 | This motion concerns withdrawal by Hitachi<br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011) |

[2] These motions are relevant to all of the parties, even if the specific Defendant entities at issue in these motions settle the claims against them. If the Court determines that specific Defendant entities withdrew from the alleged conspiracy, then volume of commerce for which all remaining Defendants may be jointly and severally liable will be reduced to exclude the sales of the withdrawing Defendants following their withdrawal.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | *(4) Summary Judgment Motions Related to Withdrawal from the Alleged Conspiracy[2]* |
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| 2995 | • LG<br>• Mitsubishi Electric<br>• Toshiba | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment Concerning Withdrawal | Yes | 3280 | 3437 | <u>This motion concerns withdrawal by Toshiba</u><br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916) |
| 3027 | • LG<br>• Mitsubishi Electric<br>• Philips<br>• Toshiba | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment (based on withdrawal) | Yes | 3241 | 3461 | <u>This motion concerns withdrawal by Philips Electronics North America Corporation, Philips Taiwan Limited, Philips do Brasil Ltda</u><br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3028) |

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

### (4) Summary Judgment Motions Related to Withdrawal from the Alleged Conspiracy[2]

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3086 | • LG<br>• Mitsubishi Electric<br>• Toshiba | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment on Withdrawal Grounds (Correction of ECF No. 3043). | Yes | 3262-3 | 3444 | This motion concerns withdrawal by LG<br><br>Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3055) |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | | (5) Summary Judgment Motions Related to Plaintiffs' Standing | | | | |
|---|---|---|---|---|---|---|---|---|
| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| 2994 | • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Philips <br> • Samsung SDI <br> • TDA <br> • Thomson <br> • Toshiba | • MARTA | Motion for Summary Judgment with Respect to MARTA | No | 3267 | 3431 | |
| 3050 | • CPT <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Philips <br> • Samsung SDI <br> • Toshiba <br> • Thomson <br> • TDA | • Sherman Act claims of: Best Buy, Circuit City, CompuCom, Costco, Electrograph, Interbond, P.C. Richard, et. al., Office Depot, Sears/Kmart, Tech Data, Tweeter, ViewSonic <br> • California state law claim of Costco | Joint Motion for Partial Summary Judgment Against IPPs and Certain DAPs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws | Yes | 3245 | 3428 | All other state law claims initially at issue in the motion have been resolved by stipulation or settlement. |

MDL No. 1917 <br> Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | (6) Summary Judgment Motions Related to the Statute of Limitations | | | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **3044** | • LG<br>• Mitsubishi Electric<br>• Samsung SDI<br>• Thomson<br>• Toshiba | • Dell<br>• Sharp | Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds | As to Sharp only | 3231 | 3472 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | (7) Summary Judgment Motions Related to Certain Plaintiffs' State Law Claims | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| 2973 | • CPT<br>• Thomson<br>• Toshiba | • Best Buy | Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds | Yes | 3258-3 | 3422 | Thomson by joinder as to Part C of the argument only (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3013) |
| 2978 | • LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• Toshiba<br>• Thomson<br>• TDA | • Interbond<br>• Office Depot | Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds | No | 3250 | 3448 | |
| 2997 | • LG<br>• TDA<br>• Toshiba | • Costco | Motion for Partial Summary Judgment against Costco on Choice of Law Grounds | No | 3264 | 3469 | |

[3] Defendants' Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales, Dkt. No. 3006, also relates to certain plaintiffs' state law claims. This motion is included in the FTAIA section of the chart.

| | | | (7) Summary Judgment Motions Related to Certain Plaintiffs' State Law Claims[3] | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| 3029 | • LG<br>• Toshiba | • Costco | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on Due Process Grounds | No | 3264 | 3469 | Toshiba by unopposed joinder (Joinder, ECF No. 3038) |
| 3031 | • LG<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• TDA | • Interbond<br>• Office Depot | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity | No | 3252 | 3423 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

II.     **Motions to Exclude Certain Expert Testimony**

| | | | *Motions to Exclude Certain Expert Testimony* | | | | |
|---|---|---|---|---|---|---|---|
| **Dkt No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Relevant to N.D. Cal. Trial** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| 3170 | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ViewSonic | • All Defendants | Motion *in Limine* to Partially Exclude Expert Report and Opinions of Dr. Ordover | Yes | 3397-3 | 3518 | |
| 3172 | • LG<br>• Samsung SDI | • All DAPs | SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard | Yes | 3410 | 3520 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |
| 3174 | • All Defendants | • All DAPs | Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga | Yes | 3404 | 3522 | |
| 3176 | • All DAPs | • Samsung SDI | Motion *in Limine* to Exclude Expert Testimony by Rubinfeld | No | 3176 | 3514 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

## III.   Motions *In Limine*

| Motion No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|
|  | *(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)* <br> *The motions are relevant to the N.D. Cal. trials exclusively.* | | | | | |
| 1 | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | • CPT <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Thomson <br> • Toshiba <br> • TDA | Motion to Exclude Evidence or Argument regarding Plaintiffs' Competitive Intelligence Practices | 3676-4 | 3757-4 | |
| 2 | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Thomson <br> • Toshiba <br> • TDA | Motion to Exclude Evidence or Argument regarding Downstream Pass-Through | 3676-4 | 3757-4 | |
| 3 | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | • CPT <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Thomson <br> • Toshiba <br> • TDA | Motion to Exclude Evidence or Argument regarding Plaintiffs' Private Label CRT Products | 3676-4 | 3757-4 | |

MDL No. 1917 <br> Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | *(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)* The motions are relevant to the N.D. Cal. trials exclusively. | | | |
|---|---|---|---|---|---|---|
| 4 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA<br>• | Motion to Exclude Evidence or Argument regarding Plaintiffs' Purported "Market Power" | 3676-4 | 3757-4 | |
| 5 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude Evidence or Argument regarding Plaintiffs' Ability to Seek Treble Damages and Attorneys' Fees and Costs | 3676-4 | 3757-4 | |
| 6 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude Evidence or Argument regarding Other Actions and Settlements in this MDL | 3676-4 | 3757-4 | |

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| (1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558) The motions are relevant to the N.D. Cal. trials exclusively. | | | | | |
|---|---|---|---|---|---|
| 7 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude Argument That Plaintiffs' Claims are Barred Because They Arise from Foreign Commerce | 3676-4 | 3757-4, 3768 |
| 8 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude Evidence or Argument regarding Plaintiffs' Alleged Failure to Mitigate Their Damages | 3676-4 | 3757-4 |
| 9 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude Live Witnesses from Testifying in Defendants' Case-In-Chief Who Were Not Made Available for Live Testimony in Plaintiffs' Case-In-Chief | 3676-4 | 3757-4 |
| 10 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude Evidence or Argument regarding Incomplete Pass-Through of Overcharges through Affiliate Entities | 3676-4 | 3757-4 |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | (1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558) The motions are relevant to the N.D. Cal. trials exclusively. | | | |
|---|---|---|---|---|---|---|
| 11 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission | 3676-4, 3788, 3789 | 3757-4; 3813 | |
| 12 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude Percipient Witnesses, Except for One Party Representative, From the Courtroom Unless They Are Testifying | 3676-4 | 3757-4 | |
| 13 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude Argument or Evidence Regarding Purportedly Pro-Competitive Justifications For Defendants' Agreements Regarding CRT Price, Supply, Production, or Customers | 3676-4 | 3757-4 | |
| 14 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude References to and Evidence of Defendants' Non-Indictment | 3676-4 | 3757-4 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | (I) DAPs' Omnibus Motions In Limine (Dkt. No. 3558) The motions are relevant to the N.D. Cal. trials exclusively. | | | |
|---|---|---|---|---|---|---|
| 15 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Admit Testimony of Summary Witness | 3676-4, 3671, 3677 | 3757-4 | |
| 16 | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | Motion to Exclude Evidence of or References to the Retailer Plaintiffs Purchasing Finished Products Containing CRTs from Plaintiff ViewSonic or Plaintiff Sharp | 3676-4 | 3757-4 | |
| 17 | • ViewSonic | • CPT | Motion to Exclude Evidence of or References to ViewSonic's Purchasing Team Moving Abroad After The Purchases at Issue in This Case Were Made | 3676-4 | 3757-4 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | | *(2) Defendants' Joint Motions In Limine* *The motions are relevant to the N.D. Cal. trials exclusively.* | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **1** | 3559 | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion for Pretrial Proffer and Ruling on Admissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)( E) | 3652 | 3767 | |
| **2** | 3583 | • CPT<br>• LG<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations | 3787 | 3814 | |
| **3** | 3556 | • CPT<br>• LG<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigation of the Cathode Ray Tube Industry | 3665, 3687 | 3764 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | | _(2) Defendants' Joint Motions In Limine_ <br> _The motions are relevant to the N.D. Cal. trials exclusively._ | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| 4 | 3572 | • CPT <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Thomson <br> • Toshiba <br> • TDA <br> • | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | Motion to Exclude LCD and Other Non-CRT Product Conspiracies | 3640 | 3760 | Toshiba by unopposed joinder (Joinder, ECF No. 3692) <br><br> Thomson and Mitsubishi only joined in Section II of this motion. |
| 5 | 3589 | • CPT <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Thomson <br> • Toshiba <br> • TDA | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | Motion to Exclude Plea by Samsung SDI Company, Ltd as to Non-Pleading Defendants or, Alternatively, to Provide A Limiting Instruction | 3643-4 | 3763 | |
| 6 | 3571 | • CPT <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Thomson <br> • Toshiba <br> • TDA | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | Motion to Exclude Improper Characterization of or References to Defendants and Alleged Co-Conspirators | 3702 | 3777 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | **(2) Defendants' Joint Motions In Limine** <br> **The motions are relevant to the N.D. Cal. trials exclusively.** | | | | |
| 7 | 3578 | • CPT <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Thomson <br> • Toshiba <br> • TDA | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | Motion to Exclude Dr. Frankel's Inflation Adjusted Damages | 3641 | 3751 | |
| 8 | 3563-3 | • CPT <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Thomson <br> • Toshiba <br> • TDA | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | Motion to Exclude Evidence and Argument Relating to Damages From Spillover or Ripple Effects of Foreign Price-Fixing Activities on U.S. Prices | 3658; 3678-3 | 3754-4 | |
| 9 | 3591 | • Thomson <br> • Toshiba <br> • TDA | • Sharp | Motion to Exclude Certain Expert Testimony of Jerry A. Hausman | 3701-3 | 3755 | |
| 10 | • 3574 | • CPT <br> • LG <br> • Panasonic <br> • MTPD <br> • Thomson <br> • Toshiba <br> • TDA | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy | 3690-3 | 3771-4 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| table title |
|---|

| | | | | **(2) Defendants' Joint Motions In Limine** **The motions are relevant to the N.D. Cal. trials exclusively.** | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| 11 | • 3557 | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude References to Documents Or Behavior Not In Evidence | 3686 | 3765 | |
| 12 | 3568 | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude Plaintiffs' Price Ladder Theory of Recovery | 3648-4 | 3761 | |
| 13 | 3579 | • CPT<br>• LG<br>• Mitsubishi Electric<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-In-Chief and Limit Use of Deposition Testimony | 3662 | 3758 | |
| 15 | 3593 | • Thomson<br>• Toshiba<br>• TDA | • Sharp | Motion to Exclude Evidence Related to a Violation of the Antitrust Laws Under a Rule of Reason Analysis | 3701-3 | 3750 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | | **(2) Defendants' Joint Motions In Limine** The motions are relevant to the N.D. Cal. trials exclusively. | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| 16 | 3597 | • CPT <br> • LG <br> • Mitsubishi Electric <br> • MTPD <br> • Panasonic <br> • Thomson <br> • Toshiba <br> • TDA | • Best Buy <br> • Circuit City <br> • Sears/Kmart <br> • Sharp <br> • ViewSonic | Motion to Permit Evidence and Argument Regarding Upstream Pass-on and Plaintiffs' Bargaining Power | 3654; 3666 | 3770 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| Motion No. | Dkt. No. | Moving Party | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **(3) Individual Plaintiff's Motion In Limine** <br> **This motion is relevant to the N.D. Cal. trials exclusively.** | | | | | | | |
| N/A | 3599 | • Sharp | • Thomson <br> • Toshiba | Plaintiffs' Sharp Electronics Corp. & Sharp Electronics Manufacturing Co. of America, Inc. Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in TFT-LCD Antitrust Litigations | 3705-4 | 3778-3 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC
DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| | | | | (4) Individual Defendants' Motions In Limine. The motions are relevant to the N.D. Cal. trials exclusively. | | | |
|---|---|---|---|---|---|---|---|
| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| N/A | 3526 | • Chunghwa | • Best Buy<br>• ViewSonic | Defendants Chunghwa Picture Tubes, Ltd and Chunghwa Picture Tubes (Malaysia) SDN. Bhd.'s Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable to the Chunghwa Defendants | 3698-4 | 3744-4 | |
| 1 | 3601 | • LG<br>• Mitsubishi Electric | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Mitsubishi Electric's Motion In Limine No. 1 to Exclude the SDI Interrogatory Response | 3644-4 | 3772-4 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |
| 2 | 3601 | • LG<br>• Mitsubishi Electric | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>  ViewSonic | Mitsubishi Electric's Motion In Limine No. 2 to Exclude Unavailable Witnesses' Deposition Testimony | 3644-4 | 3772-4 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |
| 3 | 3601 | • LG<br>• Mitsubishi Electric | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Mitsubishi Electric's Motion In Limine No. 3 to Exclude Any Reference At Trial to Any Party's Participation in the EIAJ and EIAJ Activities | 3644-4 | 3772-4 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **(4) Individual Defendants' Motions In Limine** *The motions are relevant to the N.D. Cal. trials exclusively.* |||||||| 
| 1 | 3561 | • LG<br>• SDI | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | SDI Defendants' Motion In Limine No. 1 to Prohibit Plaintiffs From Conflating SDI with Non-Parties, Including But Not Limited to, Samsung Electronics, Co., Ltd. | 3657 | 3769 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |
| 2 | 3565 | • LG<br>• SDI | • All DAPs | Samsung SDI Defendants' Motion In Limine No. 2 to Exclude Irrelevant and Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 | 3651-4 | 3773-3 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |
| N/A | 3577 | • Toshiba | • All DAPs | The Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation | 3695-3 | 2752-3 | |

MDL No. 1917
Master No. 3:07-cv-05944-SC

DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS