# EXHIBIT B

# Parties' Joint Filing of Updated Dispositive Motions Chart – Settlement Matrix
(as of 8/7/15)

| | Northern District of California Action | | | | | | | | Other Venues | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DPPS | IPPs | Best Buy | Circuit City | Sears/Kmart | Sharp | Target | Viewsonic | ABC Warehouse, MARTA, P.C. Richards | CompuCom | Costco | Dell | Electrograph | Interbond | Office Depot | Tech Data | Tweeter |
| Philips | | | | | | | | | | | | | | | | | |
| Panasonic | | | | | | | | | | | | | | | | | |
| Hitachi | | | | | | | | | | | | | | | | | |
| LG | | | | | | | | | | | | | | | | | |
| Chunghwa | | | | | | | | | | | | | | | | | |
| Toshiba | | | | | | | | | | | | | | | | | |
| SDI | | | | | | | | | | | | | | | | | |
| Thomson | | | | | | | | | | | | | | | | | |
| Mitsubishi | | | | | | | | | | | | | | | | | |
| TDA | | | | | | | | | | | | | | | | | |
| BMCC | | | | | | | | | | | | | | | | | |

**Key**
- Actively Pending
- Settlement Reached
- Not Active