# BOIES, SCHILLER & FLEXNER LLP

30 SOUTH PEARL STREET * ALBANY, NY 12207 * 518-434-0600 * FAX 518-434-0665

September 25, 2015

**VIA EMAIL, ECF, AND HAND DELIVERY**

Hon. James Larson (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

      Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917
             Response to September 18, 2015 Order to All Counsel

Dear Judge Larson:

      In response to Your Honor's order of September 18, 2015 to all counsel, the Direct Action Plaintiffs ("DAPs") notify Your Honor that Philip J. Iovieno of Boies, Schiller & Flexner LLP will continue to serve as liaison counsel for the DAPs.

      Pursuant to Your Honor's order, the DAPs respectfully submit their Status Report Regarding Outstanding Pre-Trial Motions and three charts annexed thereto as Exhibits A, B, and C listing the requested information regarding (i) summary judgment motions; (ii) *Daubert* motions; and (iii) motions in limine.

                                                                                      Respectfully submitted,

                                                                                    */s/ Philip J. Iovieno*

                                                                                  Philip J. Iovieno

                                                                                  *Liaison Counsel for the Direct Action Plaintiffs*