William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>DIRECT ACTION PLAINTIFF ACTIONS | **STATUS REPORT REGARDING OUTSTANDING PRE-TRIAL MOTIONS** |

The Direct Action Plaintiffs ("DAPs") respectfully submit this status report in response to Special Master Larson's September 18, 2015 Order requesting information on all outstanding pre-trial motions. The requested information is set forth in three charts annexed hereto as Exhibits A, B, and C regarding (i) summary judgment motions; (ii) *Daubert* motions; and (iii) motions in limine.

Respectfully Submitted,

DATED:  September 25, 2015

/s/  Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com
            anardacci@bsfllp.com

William A. Isaacson
Kyle N. Smith*
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email:  wisaacson@bsfllp.com
Email:  ksmith@bsfllp.com
*Admitted to practice in New York only.  Practice supervised by members of the firm.

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
Email:  ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs*