# Exhibit A

**Motions for Summary Judgment**

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 2972 | 11/7/2014 | Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations | Hitachi | 3268 | 3433 | Toshiba—Joinder, ECF No. 3011<br><br>• Withdrawn with respect to IPPs, ECF No. 3796<br><br>LG—Joinder, ECF No. 3864;<br>• DAPs' Opposition, ECF No. 3883<br>   o LG's Response ECF No. 3891<br>• Objection to Evidence, ECF No. 3449<br><br>Mitsubishi—Joinder, ECF No. 3898;<br>• DAPs' Opposition, ECF No. 3916 |
| 2973 | 11/7/2014 | Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds | CPT | 3258-3 | 3422 | Thomson—Joinder, ECF No. 3888<br>• DAPs' Opposition, ECF No. 3897<br>• Thomson's Opposition ECF No. 3900<br><br>Toshiba—Joinder, ECF No. 3013 |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 2976 | 11/7/2014 | Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy | Hitachi | 3274 | 3439 | LG—Joinder, ECF No. 3864<br><br>• DAPs' Opposition, ECF No. 3883<br>   o LG's Response ECF No. 3891<br><br>Mitsubishi—Joinder, ECF No. 3898<br><br>• DAPs' Opposition, ECF No. 3916<br><br>Thomson—Joinder, ECF No. 3888<br>• DAPs' Opposition, ECF No. 3897<br>• Thomson's Opposition ECF No. 3900<br><br>Toshiba—Joinder, ECF No. 3011<br>• Withdrawn with respect to IPPs, ECF No. 3796<br><br>Objection to Evidence, ECF No. 3451 |
| 2978 | 11/7/2014 | Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds | All Defendants except CPT | 3250 | 3448 | Costco, Electrograph, and Sears/Kmart withdrew all state claims at issue after Motion was filed (ECF Nos. 3181, 3226, 3405). |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 2981 | 11/7/2014 | Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment (on liability) | Thomson Consumer Electronics, Inc. | 3236 | 3603 | LG—Joinder, ECF No. 3864<br>• DAPs' Opposition, ECF No. 3883<br>  ○ LG's Response ECF No. 3891<br><br>Mitsubishi—Joinder, ECF No. 3898<br>• DAPs' Opposition, ECF No. 3916<br><br>Toshiba—Joinder, ECF No. 3012 |
| 2983 | 11/7/14 | Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics | Samsung SDI | 3244 | 3454 | LG—Joinder, ECF No. 3864<br>• DAPs' Opposition, ECF No. 3883<br>  ○ LG's Response ECF No. 3891<br><br>Mitsubishi—Joinder, ECF No. 3898<br>• DAPs' Opposition, ECF No. 3916<br><br>Thomson—Joinder, ECF No. 3888<br>• DAPs' Opposition, ECF No. 3897<br>• Thomson's Opposition ECF No. 3900<br><br>Toshiba—Joinder, ECF No. 3015 |

4

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 2984 | 11/7/2014 | Notice of Motion and Motion for Summary Judgment (on liability, *Illinois Brick*, due process, and statute of limitations) | TDA | 3253 | 3430 | LG—Joinder, ECF No. 3864<br>• DAPs' Opposition, ECF No. 3883<br>    o LG's Response ECF No. 3891<br><br>Mitsubishi—Joinder, ECF No. 3898<br>• DAPs' Opposition, ECF No. 3916<br><br>Thomson—Joinder, ECF No. 3888<br>• DAPs' Opposition, ECF No. 3897<br>• Thomson's Opposition ECF No. 3900 |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 2994 | 11/7/2014 | Motion for Summary Judgment with Respect to MARTA | Hitachi<br><br>Mitsubishi<br><br>Panasonic<br><br>PNA<br><br>MTPD<br><br>Philips<br><br>Samsung SDI<br><br>TDA<br><br>Thomson<br><br>Toshiba | 3267 | 3431 | |
| 2995 | 11/7/2014 | Motion for Summary Judgment Concerning Withdrawal | Toshiba | 3280 | 3437 | LG—Joinder, ECF No. 3864<br>• DAPs' Opposition, ECF No. 3883<br>  ○ LG's Response ECF No. 3891<br><br>Mitsubishi—Joinder, ECF No. 3898<br>• DAPs' Opposition, ECF No. 3916 |
| 2997 | 11/7/2014 | Motion for Partial Summary Judgment against Costco on Choice of Law Grounds | Hitachi<br><br>LG<br><br>TDA<br><br>Toshiba | 3264 | 3469 | Reply also in re ECF No. 3029. |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3001 | 11/7/2014 | Motion for Summary Judgment (on liability) | Panasonic<br><br>PNA | 3248 | 3459 | LG—Joinder, ECF No. 3864<br>• DAPs' Opposition, ECF No. 3883<br>  ○ LG's Response ECF No. 3891<br><br>Mitsubishi—Joinder, ECF No. 3898<br>• DAPs' Opposition, ECF No. 3916<br><br>Thomson—Joinder, ECF No. 3888<br>• DAPs' Opposition, ECF No. 3897<br>• Thomson's Opposition ECF No. 3900<br><br>Toshiba—Joinder, ECF No. 3025<br><br>The Court dismissed ViewSonic's complaint without prejudice as to Panasonic, PNA, and MTPD (ECF No. 3215). |
| 3003 | 11/7/2014 | Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA | LG Electronics, Inc.<br><br>Mitsubishi<br><br>Samsung SDI | 3235 | 3447 | |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3008 | 11/7/2014 | Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | CPT<br><br>Hitachi<br><br>LG<br><br>Mitsubishi<br><br>Panasonic<br><br>PNA<br><br>MTPD<br><br>Philips<br><br>Samsung SDI<br><br>TDA<br><br>Thomson<br><br>Toshiba | 3272 | 3442 | |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3014 | 11/7/2014 | Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo | Hitachi<br><br>LG<br><br>Mitsubishi<br><br>Panasonic<br><br>PNA<br><br>MTPD<br><br>Philips<br><br>Samsung SDI<br><br>Thomson<br><br>Toshiba | 3275 | 3425 | |
| 3026 | 11/7/2014 | Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC-Mitsubishi Electric Visual Systems Corporation | Mitsubishi Electric Corporation | 3251 | 3445 | LG—Joinder, ECF No. 3864<br>• DAPs' Opposition, ECF No. 3883<br>  ○ LG's Response ECF No. 3891<br><br>Thomson—Joinder, ECF No. 3888<br>• DAPs' Opposition, ECF No. 3897<br>• Thomson's Opposition ECF No. 3900<br><br>Mitsubishi Electric entered stipulation that motion did not apply to Target, Dell, and ViewSonic (ECF No. 3378). |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3027 | 11/7/2014 | Motion for Partial Summary Judgment (based on withdrawal) | Philips Electronics North America Corporation<br><br>Philips Taiwan Limited<br><br>Philips do Brasil Ltda | 3241 | 3461 | LG—Joinder, ECF No. 3864<br>• DAPs' Opposition, ECF No. 3883<br>   ◦ LG's Response ECF No. 3891<br><br>Mitsubishi—Joinder, ECF No. 3898<br>• DAPs' Opposition, ECF No. 3916<br><br>Toshiba—Joinder, ECF No. 3028<br><br>Motion withdrawn as to Dell. (ECF Nos. 3492, 3532) |
| 3029 | 11/7/2014 | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on Due Process Grounds | Hitachi<br><br>LG<br><br>Mitsubishi<br><br>TDA<br><br>Thomson<br><br>Toshiba | 3264 (as to Costco CA law claim) | 3469 | Reply also in re ECF No. 2997.<br><br>Motion withdrawn:<br>As to Costco (ECF No. 3166), CompuCom (ECF No. 3198), Office Depot (ECF No. 3198)<br><br>Stipulation and Order Dismissing Costco CA State Law Claims Against Samsung SDI (ECF No. 2262)<br><br>Toshiba—Joinder, ECF No. 3038 |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3031 | 11/7/2014 | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity | Hitachi<br><br>LG<br><br>Panasonic<br><br>PNA<br><br>MTPD<br><br>Philips<br><br>Samsung SDI<br><br>TDA<br><br>Thomson | 3252 (Office Depot, Interbond)<br><br>3255 (Sears/ Kmart) | 3423 | |
| 3032 | 11/7/2014 | Motion for Partial Summary Judgment on FTAIA Grounds | LG | 3272-3 | 3443 | Mitsubishi—Joinder, ECF No. 3898<br>• DAPs' Opposition, ECF No. 3916 |
| 3037 | 11/7/2014 | Motion for Summary Judgment Based Upon Absence of Evidence of Liability | Mitsubishi Electric Corporation | 3271 | 3462 | LG—Joinder, ECF No. 3864<br>• DAPs' Opposition, ECF No. 3883<br>  ○ LG's Response ECF No. 3891<br><br>Thomson—Joinder, ECF No. 3888<br>• DAPs' Opposition, ECF No. 3897<br>• Thomson's Opposition ECF No. 3900 |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3040 | 11/7/2014 | Motion for Summary Judgment (on liability) | Koninklijke Philips N.V. | 3240 | 3460 | LG—Joinder, ECF No. 3864<ul><li>DAPs' Opposition, ECF No. 3883<ul><li>LG's Response ECF No. 3891</li></ul></li></ul>Toshiba—Joinder, ECF No. 3045<br><br>Motion withdrawn as to Dell. (ECF Nos. 3492, 3532) |
| 3044 | 11/7/2014 | Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds | LG<br><br>Samsung SDI<br><br>Thomson<br><br>Mitsubishi<br><br>Toshiba | 3231 (Dell)<br><br>3283 (Sharp) | 3472 | |
| 3048 | 11/8/2014 | Motion for Summary Judgment (on liability) | Mitsubishi Electric US, Inc<br><br>Mitsubishi Electric Visual Solutions America, Inc. | 3257 | 3434 | |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3050 | 11/8/2014 | Joint Motion for Partial Summary Judgment Against IPPs and Certain DAPs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws | CPT<br><br>Hitachi<br><br>LG<br><br>Mitsubishi<br><br>Panasonic<br><br>PNA<br><br>MTPD<br><br>Philips<br><br>Samsung SDI<br><br>Toshiba<br><br>Thomson<br><br>TDA | 3245 | 3428 | |
| 3053 | 11/8/2014 | Corrected Motion for Partial Summary Judgment on Standing Grounds | LG | 3279 | 3455 | Mitsubishi—Joinder, ECF No. 3898<br>• DAPs' Opposition, ECF No. 3916<br><br>Thomson—Joinder, ECF No. 3888<br>• DAPs' Opposition, ECF No. 3897<br>• Thomson's Opposition ECF No. 3900<br><br>Toshiba—Joinder, ECF No. 3047 |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3086 | 11/12/2014 | Motion for Partial Summary Judgment on Withdrawal Grounds (Correction of ECF No. 3043). | LG<br><br>Mitsubishi<br><br>Toshiba | 3262-3 | 3444 | Mistubishi— Joinder, ECF No. 3898<br>• DAPs' Opposition, ECF No. 3916<br><br>Toshiba— Joinder, ECF No. 3055 |
| 3102 | 11/14/2014 | Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation | Chunghwa | 3263 | 3476 | |
| 3108 | 11/14/2014 | Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce | CPT | 3249 | 3477 | The Court dismissed ViewSonic's complaint without prejudice as to Panasonic, PNA, and MTPD (ECF No. 3215). |