# Exhibit B

## *Daubert* Motions

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3170 | 12/5/2014 | Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D. | Dell<br><br>Sears<br><br>Kmart<br><br>ViewSonic<br><br>Circuit City<br><br>Electrograph<br><br>Office Depot<br><br>Compucom Systems<br><br>Interbond<br><br>P.C. Richard<br><br>MARTA<br><br>ABC Appliance<br><br>Schultze Agency<br><br>Tech Data | 3397 | 3518 | Best Buy—Joinder (ECF No. 3178) |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3176 | 12/5/2014 | Motion to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld | Dell<br><br>Sharp<br><br>Sears<br><br>Kmart<br><br>ViewSonic<br><br>Circuit City<br><br>Electrograph<br><br>Office Depot<br><br>Compucom Systems<br><br>Interbond<br><br>P.C. Richard<br><br>MARTA<br><br>ABC Appliance<br><br>Schultze Agency<br><br>Tech Data | 3409 | 3514 | |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3174 | 12/5/2014 | Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga | Toshiba<br><br>Philips<br><br>Panasonic<br><br>Samsung SDI<br><br>CPT<br><br>Thomson<br><br>Mitsubishi<br><br>TDA<br><br>BMCC<br><br>MTPD<br><br>LGE | 3404 | 3522 | |
| 3172 | 12/5/2014 | Motion to Exclude Expert Testimony of Dr. Stephan Haggard | Samsung SDI | 3410 | 3520 | LG—Joinder, ECF No. 3864<br>• DAPs' Opposition, ECF No. 3883<br>   o LG's Response ECF No. 3891 |