# Exhibit C

**Motions in Limine**

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3526 | 2/13/2015 | Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable to the Chunghwa Defendants | Chunghwa | 3700 | 3745 | |
| 3536 | 2/13/2015 | Motion in Limine Redacted Hitachi to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its specific, individual corporate entity name or as SEG | Hitachi | 3689 | 3759 | |
| 3556 | 2/13/2015 | Joint Motion in Limine to Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigation of the Cathode Ray Tube Industry | All Defendants | 3646<br><br>3665<br><br>3687 | 3764 | |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3557 | 2/13/2015 | Joint Motion in Limine to Exclude References to Documents or Behavior Not in Evidence | All Defendants | 3653<br><br>3659<br><br>3682<br><br>3686 | 3752<br><br>3765 | |
| 3558 | 2/13/2015 | DAP Motions in Limine Nos. 1-18 | N.D. California DAPs | 3671<br><br>3676<br><br>3677<br><br>3681<br><br>3691<br><br>3788 | 3757<br><br>3768<br><br>3789<br><br>3813 | Motion No. 11 on a separate briefing schedule (ECF No. 3631)<br><br>Motion No. 18 resolved by stipulation (ECF No. 3781) |
| 3559 | 2/13/2015 | Joint Motion in Limine for Pretrial Proffer and Ruling on Admissibility of Alleged Co-Conspirator Statements under Fed. R. E. 801(d)(2)(E) | All Defendants | 3645<br><br>3652 | 3767 | |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3561 | 2/13/2015 | Motion in Limine to Prohibit Plaintiffs From Conflating SDI With Non-Parties, Including But Not Limited to Samsung Electronics Co., Ltd. [SDI's MIL No. 1] | Samsung | 3657 3660 | 3769 | LG—Joinder ECF No. 3864 |
| 3563 | 2/13/2015 | Defendants' Motion in Limine to Exclude Evidence and Argument Relating to Damages From "Spillover" or "Ripple" Effects of Foreign Price-Fixing Activities on U.S. Prices | All Defendants | 3658 3667 3678 | 3754 | |
| 3564 | 2/13/2015 | Motion in Limine to Exclude Irrelevant and Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 [SDI's MIL No. 2] | Samsung | 3651 | 3773 | LG—Joinder ECF No. 3864 |
| 3568 | 2/13/2015 | Motion in Limine to Exclude Plaintiffs' "Price Ladder" Theory of Recovery | All Defendants | 3648 3704 | 3761 3768 | |
| 3570 | 2/13/2015 | Joint Defense Motion in Limine to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy | All Defendants | 3690 | 3771 | |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3571 | 2/13/2015 | Motion in Limine to Exclude Improper Characterization Of Or References To Defendants And Alleged Co-Conspirators [Defendants' MIL No. 6] | All Defendants | 3673<br><br>3702 | 3777 | |
| 3572 | 2/13/2015 | Motion in Limine to Exclude LCD and Other Non-CRT Product Conspiracies | All Defendants | 3640<br><br>3647 | 3760 | Toshiba—Joinder ECF 3692 |
| 3573 | 2/13/2015 | Motion in Limine to Preclude Evidence Regarding Damages Allegedly Suffered by the New York Indirect Purchaser Plaintiff Class Prior to December 23, 1998 | Toshiba | 3663 | | |
| 3574 | 2/13/2015 | Joint Motion in Limine to Exclude Evidence Of Any Alleged CDT Price-Fixing Conspiracy | Philips | 3690 | | |
| 3575 | 2/13/2015 | Defendants' Motion in Limine to Exclude Dr. Frankel's Inflation Adjusted Damages [Defendants' MIL No. 7] | All Defendants | 3641 | 3751 | |
| 3576 | 2/13/2015 | Motion in Limine to Preclude IPP Alter Ego Theories of Liability at Trial | Toshiba | 3697 | | |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3577 | 2/13/2015 | Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation | Toshiba | 3664 | 3753 | LG—Joinder ECF No. 3864 |
| 3579 | 2/13/2015 | Joint Motion in Limine to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-In-Chief and Limit Use of Deposition Testimony | All Defendants | 3655<br><br>3662 | 3758 | |
| 3581 | 2/13/2015 | Motion in Limine to Exclude Evidence Or Argument Of Positive Net Worth Of Defendants Or Their Purportedly Affiliated Companies [Defendants' MIL No. 14] | All Defendants | | | Resolved by Stipulation (ECF No. 3781) |
| 3583 | 2/13/2015 | Joint Motion in Limine to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations | All Defendants | 3787 | 3814 | |
| 3588 | 2/13/2015 | Motion in Limine for an Order to Direct Certain Indirect Purchaser Class Representatives to Testify Live at Trial | Toshiba | 3661 | | |

| ECF No. | Date | Motion | Remaining Movant(s) | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3589 | 2/13/2015 | Motion in Limine to Exclude Plea By Samsung SDI Co, Ltd. As To Non-Pleading Defendants Or, Alternatively, To Provide A Limiting Instruction | All Defendants | 3643<br><br>3649 | 3762<br><br>3763 | |
| 3590 | 2/13/2015 | Defendants' Joint Motion in Limine No. 9 to Exclude Certain Expert Testimony of Jerry A. Hausman | All Defendants | 3701 | 3755 | |
| 3592 | 2/13/2015 | Joint Defense Motion in Limine to Exclude Evidence Related to a Violation of the Antitrust Laws Under a Rule of Reason Analysis | All Defendants | 3701 | 3750 | |
| 3596 | 2/13/2015 | Defendants' Motion in Limine to Permit Evidence and Argument Regarding Upstream Pass-on and Plaintiffs' Bargaining Power | All Defendants | 3654<br><br>3666 | 3770 | |
| 3599 | 2/13/2015 | First Motion In Limine to Exclude Evidence Related To The Role Of Sharp Companies In The TFT-LCD Antitrust Litigations | Sharp | 3706 | | |
| 3601 | 2/13/2015 | Motion in Limine Nos. 1-3 | Mitsubishi | 3644<br><br>3659 | 3772 | LG—Joinder ECF No. 3864 |