Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Matthew D. Kent (matthew.kent@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Fax:  (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:13-cv-02171-SC | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br>MDL No. 1917 |
| **DELL INC. and DELL PRODUCTS L.P.**,<br><br>    **Plaintiffs**,<br><br>    v.<br><br>**HITACHI, LTD.**, *et al.*,<br><br>    **Defendants.** | Individual Case No. 3:13-cv-02171-SC<br><br>**NOTICE OF JON G. SHEPHERD'S WITHDRAWAL FOR DELL INC. AND DELL PRODUCTS L.P.** |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jon G. Shepherd is no longer affiliated with the law firm of Alston & Bird LLP and hereby withdraws as counsel in the above-referenced matter for Plaintiffs, DELL INC. and DELL PRODUCTS L.P.

It is further requested that Mr. Shepherd's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to jon.shepherd@alston.com, and that Mr. Shepherd's name be removed from any applicable service lists.

The law firms of Alston & Bird LLP and Kerr & Wagstaffe LLP continue to serve as counsel for Plaintiffs, DELL INC. and DELL PRODUCTS L.P.

DATED:  September 25, 2015

                                          Respectfully submitted this 25th day of September, 2015.

                                          **ALSTON & BIRD LLP**

By:     /s/ *Matthew D. Kent*
       Michael B. Kenny (GA Bar No. 415064)
       mike.kenny@alston.com
       Debra D. Bernstein (GA Bar No. 054998)
       debra.bernstein@alston.com
       Rodney J. Ganske (GA Bar No. 283819)
       rod.ganske@alston.com
       Matthew D. Kent (GA Bar No. 526272)
       matthew.kent@alston.com
       **ALSTON & BIRD LLP**
       1201 West Peachtree Street
       Atlanta, Georgia 30309-3424
       Tel: (404) 881-7000
       Fax: (404) 881-7777

       James M. Wagstaffe (SBN 95535)
       wagstaffe@kerrwagstaffe.com
       **KERR & WAGSTAFFE LLP**
       100 Spear Street, 18th Floor
       San Francisco, California 94105-1576
       Tel: (415) 371-8500
       Fax: (415) 371-0500

*Attorney for Plaintiffs Dell Inc. and Dell Products L.P.*