| | |
|---|---|
| Calvin L. Litsey (SBN 289659) | Jeffrey S. Roberts (*pro hac vice*) |
| Faegre Baker Daniels LLP | Faegre Baker Daniels LLP |
| 1950 University Avenue, Suite 450 | 1700 Lincoln Street, Suite 3200 |
| East Palo Alto, CA  94303-2279 | Denver, CO  80203 |
| Telephone: +1 650-324-6700 | Telephone: +1 303-607-3500 |
| Facsimile: +1 650-324-6701 | Facsimile: +1 303-607-3600 |
| calvin.litsey@FaegreBD.com | jeff.roberts@FaegreBD.com |

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*<br><br>*Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*<br><br>*Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;* | **NOTICE OF WITHDRAWAL OF COUNSEL** |

| | |
|---|---|
| 1 | *Crago d/b/a Dash Computers, Inc., et al. v. Technicolor SA, et al.*, No. 14-cv-02058; |
| 2 | |
| 3 | *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 31:cv-05725; |
| 4 | |
| 5 | *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; |
| 6 | |
| 7 | *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262; |
| 8 | |
| 9 | *Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686; |
| 10 | |
| 11 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; |
| 12 | |
| 13 | *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of September 25, 2015, Stephen M. Judge will no longer be associated with the firm of Faegre Baker Daniels LLP and is hereby withdrawing as counsel for Defendants Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) and Technicolor SA (f/k/a Thomson SA) ("Thomson Defendants") in the above referenced matter. The law firm of Faegre Baker Daniels LLP will continue to serve as counsel for the Thomson Defendants.

Dated: September 28, 2015              Respectfully submitted,

/s/ Kathy L. Osborn
Kathy L. Osborn (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***