353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456

**JENNER&BLOCK** LLP

September 29, 2015

Terrence J. Truax
Partner
Tel  +1 312 923 2738
Fax +1 312 840 7738
ttruax@jenner.com

**VIA ECF, EMAIL, AND CERTIFIED MAIL**

The Honorable James Larson (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111

Re:   In re Cathode Ray Tube (CRT) Antitrust Litigation, Master File No. 3:07-cv-05944-SC, MDL No. 1917

Dear Judge Larson:

     I write on behalf of defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric"). On September 11, 2015, the Court issued an Order on Certain Letter Briefs.  (ECF No. 4052, the "Order").  This Order responded to the defendants' letter dated September 1, 2015, which had sought, among other things, oral argument on several summary judgment motions relating to issues in the litigation.  (ECF No. 4031).  The Order stated that the Special Master shall have discretion to decide whether to grant oral argument on pending dispositive motions.  (Order at 3 (citing Local Rule 7-1(b)).)

     Mitsubishi Electric hereby requests oral argument for one additional motion:  Mitsubishi Electric Corporation's Motion for Summary Judgment Based Upon Absence of Evidence of Liability (ECF No. 3037) (filed under seal).  Mitsubishi Electric believes oral argument on its motion is appropriate because the motion contains liability arguments, both factual and legal, not applicable to other parties in the case.  If granted, this motion would completely dispose of the plaintiffs' claims against Mitsubishi Electric.  We believe oral argument would aid the Court in evaluating Mitsubishi Electric's liability arguments.

Sincerely,

/s/ *Terrence J. Truax*
Terrence J. Truax

CHICAGO  LONDON  LOS ANGELES  NEW YORK  WASHINGTON, DC

WWW.JENNER.COM

Hon. J. Larson (Ret.)
September 29, 2015
Page 2

Cc:
Direct Action Plaintiffs
Harold A. Barza, Esq., Quinn Emanuel Urquhart & Sullivan, LLP
Richard A. Saveri, Esq., Saveri & Saveri, Inc.