IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-CV-5944-SC |
| This Order Relates To: | ORDER ACCEPTING WITHDRAWAL OF SPECIAL MASTER |
| ALL ACTIONS | |

The Court has received a notice from Special Master James Larson indicating his desire to withdraw as a Special Master from this case, attached hereto. After ex parte discussion with the Special Master and due consideration for his personal reasoning, the Court accepts his withdrawal.

Former Special Master James Larson may submit a bill to appropriate parties for his fees or those of his clerk for work completed between his appointment and the date of this Order.

IT IS SO ORDERED.

Dated: September 30, 2015   _____
                            UNITED STATES DISTRICT JUDGE