UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 SC |
| This Notice Relates To: ALL ACTIONS. | **SPECIAL MASTER'S NOTICE OF WITHDRAWAL** |

I have received and read the Petition for Writ of Mandate filed by Defendant Toshiba in the above-entitled matter. I was not previously aware of the extent of overlap between the cases in this *CRT* matter and the *TFT-LCD* cases which were presided over by Judge Illston. Counsel for Toshiba asserts that virtually all of the motions for summary judgment pending in this matter, involve many of the same issues which Judge Illston has already ruled on in the *TFT-LCD* cases.

While Judge Illston and I sat on this Court at the same time, we avoided any situation in which one of us would be directly reviewing a substantive decision by the other, in order to avoid any appearance of conflict of interest or partiality. Even though the *CRT* and the *TFT-LCD* cases are not identical, or directly related, they are sufficiently connected that my recommendations to the Court for rulings on these motions may violate our policy not to review each other's rulings.

Therefore, in order to avoid any appearance of partiality to any party, and in order to preserve domestic tranquility, I have advised Judge Conti that I am compelled to withdraw as Special Master in this matter.

Dated: September 30, 2015

Respectfully,

HON. JAMES LARSON (Ret'd)