1  FRANCIS O. SCARPULLA (CA SB 41059)
   PATRICK B. CLAYTON (CA SB 240191)
2  LAW OFFICES OF FRANCIS O. SCARPULLA
   456 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 788-7210
4  Facsimile:    (415) 788-0706
   Email:        fos@scarpullalaw.com
5                pbc@scarpullalaw.com

6

7  *Counsel for Indirect Purchaser Plaintiffs*

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13 **IN RE: CATHODE RAY TUBE (CRT)**      Case No. 3:07-cv-5944
   **ANTITRUST LITIGATION**              MDL No. 1917
14
15                                        **CLASS ACTION**
   _____
16 This Document Relates to:             **AMENDED DECLARATION OF FRANCIS O.
                                         SCARPULLA IN SUPPORT OF PLAINTIFFS'
17 All Indirect Purchaser Actions        APPLICATION FOR ATTORNEYS' FEES,
                                         EXPENSES AND INCENTIVE AWARDS**
18
                                         Date:      November 13, 2015
19                                       Time:      10:00 a.m.
                                         Judge:     The Honorable Samuel Conti
20                                       Courtroom One, 17th Floor
   _____

21

22

23

24

25

26

27

28

1   I, Francis O. Scarpulla, declare as follows:

2   1.   I am an attorney licensed to practice before Supreme Court of the State of

3   California and all inferior California State Courts, as well as the Supreme Court of the United

4   States and many inferior federal courts, including the United States District Court for the Northern

5   District of California.  I am the proprietor of the Law Offices of Francis O. Scarpulla.  I have

6   personal knowledge of the facts stated in this declaration and, if called as a witness, I could and

7   would testify competently to them.  I make this declaration in support of my firm's request for

8   attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for

9   Attorneys' Fees, Expenses and Incentive Awards.

10   2.   From the inception of this matter in November 2007 through March 21, 2015, I was

11   a senior partner with the firm of Zelle Hofmann Voelbel & Mason, LLP ("Zelle"), after which time

12   I restarted the Law Offices of Francis O. Scarpulla.  In accordance with my agreement with Zelle, I

13   am claiming one-half of my total Zelle lodestar on behalf of the Law Offices of Francis O.

14   Scarpulla.  Thus, one-half of my total Zelle lodestar is being claimed by Zelle in its separate

15   declaration, and the other half of my total Zelle lodestar is being claimed by me through this

16   declaration.

17   3.   While at Zelle, I was, and pursuant to an agreement with Zelle, I continue to be

18   counsel of record in this case for named plaintiffs Chad Klebs and Michael Juetten.  My

19   *Curriculum Vita* is attached as Exhibit 1 and incorporated herein by reference.

20   4.   Throughout the course of this litigation, the Zelle firm kept files contemporaneously

21   documenting all time spent, including tasks performed, and expenses incurred, and transmitted

22   those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by me

23   were incurred for the benefit of the Indirect-Purchaser Plaintiffs ("IPPs").

24   5.   During the course of this litigation I was involved in the following tasks and

25   activities on behalf of the IPPs:

26   (1)   engaging in pre-filing investigation of the factual background and  monetary

27   losses for the claim;

28

AMENDED DECLARATION OF FRANCIS O. SCARPULLA iso PLAINTIFFS' APPLICATION FOR
ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS      Case No. 3:07-cv-5944 SC, MDL No. 1917

(2)     meeting with junior attorneys of Zelle, as well as with several co-counsel to
discuss the status of the various class actions, strategies for prosecuting the
indirect-purchaser class actions and MDL proceedings;

(3)     attending attorney conferences regarding strategies for class discovery and
the class certification motion and hearing, and

(4)     participating in conferences with Special Master Vaughn Walker, defense
counsel, representatives from the California Attorney General's Office, and
with co-counsel regarding strategies for settling the indirect-purchaser class
action and resolving any issues between the private indirect-purchaser
plaintiffs and the California Attorney General's *parens* claims.

6.     The table attached as Exhibit 2, and incorporated herein, is a summary of the time
spent by me in this litigation. Exhibit 2 was prepared from contemporaneous time records
regularly prepared and maintained by me while working at Zelle, or by me at my own firm. The
records have been provided to Lead Counsel and I authorize them to be submitted for inspection
by the Court if necessary. Exhibit 2 does not include any time devoted to preparing this
declaration or otherwise pertaining to the Joint Fee Petition. The lodestar calculation is based on
my current hourly billing rate of $1,250.00, which is my usual and customary hourly rate charged
for my services in similar complex litigation.

7.     The total number of hours reasonably expended on this litigation by me, and which
is being claimed by the Law Offices of Francis O. Scarpulla from inception to May 21, 2015
(pursuant to my agreement with Zelle) is 185.9 hours, as shown on Exhibit 2. The total lodestar
for my time at the Law Offices of Francis O. Scarpulla at my current rate of $1,250.00, is
$232,750.00. Because I have no access to Zelle's records, I believe that the total lodestar for my
time while I worked at Zelle at historical rates is $212,288.75. Expense items are billed separately
and are not duplicated in my firm's lodestar.

8.     I am informed and believe that at the inception of this litigation, then interim lead
counsel, Mario Alioto (who had never acted as lead counsel in any federal antitrust class action of
this size and who did not have the expertise or staff to act as a proper lead counsel) entered into an

agreement with my former firm, that all of Zelle's lodestar would be paid at the same multiplier as Mr. Alioto's, so that Zelle was essentially a "shadow" co-lead counsel throughout this litigation. Therefore, all of my Zelle time should receive that same multiple, if Mr. Alioto is otherwise entitled to a positive multiplier at all.

9.     When I withdrew from Zelle on March 21, 2015, the understanding I had with that firm was that I was to keep one-half of my lodestar for my Zelle-period time, for which I would file my own declaration, and that Zelle would keep the other half, which Zelle would include in its fee declaration.

10.     Although I submitted my one-half of my Zelle-period time, Zelle intentionally excluded the one-half of my lodestar it retained.  I understand that such exclusion of my lodestar by Zelle was done so at the behest of Mario Alioto.

11.     Because Zelle has refused to include its one-half of my total lodestar in its fee declaration, I am amending my original declaration to claim all of my Zelle lodestar in the total amount of $462,125.00, as shown on Exhibit 3.

12.     Exhibit 2 shows my one-half hours as 185.9, whereas Exhibit 3 shows my total hours as 369.7.  A strict doubling of 185.9 would produce 371.8 hours.  The 369.7 total is 2.1 hours shorter.  This outcome is a result of doubling increments kept in one-hundredths of an hour, as opposed to doubling the increments after they have been rounded-up into tenths of an hour by formulas contained in the reporting format provided by lead counsel's office.

13.     My firm incurred no significant expenses in litigating this action as all such expenses were paid by the Zelle firm.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st of October 2015, in San Francisco, California.

Francis O. Scarpulla

AMENDED DECLARATION OF FRANCIS O. SCARPULLA iso PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS     Case No. 3:07-cv-5944 SC, MDL No. 1917

1

CERTIFICATE OF SERVICE

2

3          I certify that on October 1, 2015, I caused the foregoing AMENDED

4   DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF PLAINTIFFS'

5   APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS to be

6   electronically filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by

7   email to all counsel of record by operation of the Court's electronic filing system.

8                                    __/s/ C.P. Cusick_____
                                       C.P. Cusick
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED DECLARATION OF FRANCIS O. SCARPULLA iso PLAINTIFFS' APPLICATION FOR
ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS          Case No. 3:07-cv-5944 SC, MDL No. 1917