# EXHIBIT 3

**EXHIBIT 3**
**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**TIME AND LODESTAR SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| | |
|---|---|
| **Firm Name** | **Law Offices of Francis O. Scarpulla** |
| **Reporting Year** | **Inception through March 31, 2015** |

| Year | Timekeeper | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | FOS (P) | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.2 | 0.0 | 0.0 | 6.5 | $ 8,125.00 |
| 2008 | FOS (P) | 42.2 | 7.3 | 0.0 | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 4.4 | 27.2 | 1.9 | 0.0 | 83.7 | $ 104,625.00 |
| 2009 | FOS (P) | 2.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | 2.6 | 10.6 | 0.0 | 16.8 | $ 21,000.00 |
| 2010 | FOS (P) | 4.2 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 | 7.0 | 2.0 | 0.0 | 15.3 | $ 19,125.00 |
| 2011 | FOS (P) | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.1 | 0.8 | 0.0 | 2.7 | $ 3,375.00 |
| 2012 | FOS (P) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2013 | FOS (P) | 5.6 | 10.4 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 6.1 | 12.9 | 29.4 | 0.0 | 64.7 | $ 80,875.00 |
| 2014 | FOS (P) | 19.1 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 4.6 | 7.7 | 19.2 | 73.5 | 6.4 | 131.3 | $ 164,125.00 |
| 2015 | FOS (P) | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.4 | 34.3 | 12.7 | 48.7 | $ 60,875.00 |
| | | 77.8 | 18.1 | 0.0 | 0.7 | 1.1 | 0.0 | 0.0 | 4.8 | 21.0 | 74.6 | 152.5 | 19.1 | 369.7 | $ 462,125.00 |

**STATUS:**

| | |
|---|---|
| (P) | Partner |
| (OC) | Of Counsel |
| (A) | Associate |
| (LC) | Law Clerk |
| (PL) | Paralegal |
| (I) | Investigator |

**CATEGORIES:**

1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial