Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION  This Document Relates to:  *All Indirect Purchaser Actions* | Case No. 07-cv-05944 SC  MDL No. 1917  **DECLARATION OF DANA E. FOSTER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Dana E. Foster, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Electronic Components, Inc. ("TAEC"), and Toshiba America Information Systems, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Indirect Purchaser Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (Dkt. No. 4070) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents designated as "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On September 23, 2015, the Indirect Purchaser Plaintiffs ("IPPs") filed the Motion to Seal, and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), Exhibits 4 and 8 to the Declaration of Mario N. Alioto in Support of IPPs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives (Dkt. Nos. 4070-3; 4070-5).

6. On September 23, 2015, the IPPs filed the Declaration of Lauren C. Capurro in Support of the Motion to Seal (Dkt. No. 4070-1), which states that the sealed exhibits contain either (a) material that has been designated as, or (b) analysis of, references to, or information directly from material that has been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

7. Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order, the following materials should be maintained under seal:

    a. Exhibit 4 to the Declaration of Mario N. Alioto in Support of IPPs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives ("Alioto Declaration"), which is an excerpt of the IPPs' chart tracking the status of the translation objections, quotes and describes a document bates-labeled TSB-CRT-00036875 that Toshiba Corp. has designated as "Highly Confidential" under the Stipulated Protective Order; and

    b. Exhibit 8 to the Alioto Declaration, which describes or summarizes on pages 5, 6, 8, and 11 documents bates-labeled TAEC-CRT-00088054 – TAEC-CRT-00088055, TAEC-CRT-00088715 – TAEC-CRT-00088716, TAEC-CRT-00089968 – TAEC-CRT-00089969, TAEC-CRT-00090127 – TAEC-CRT-00090128, TAEC-CRT-00087223 – TAEC-CRT-00087224, TAEC-CRT-00088432 – TAEC-CRT-00088434, TAEC-CRT-00089342 – TAEC-CRT-00089344, TAEC-CRT-00093312 – TAEC-CRT-00093313, TAEC-CRT-00096166 – TAEC-CRT-00096168, TAEC-CRT-00096935 – TAEC-CRT-00096937, and TAEC-CRT-00095236 – TAEC-CRT-00095237 that TAEC has designated as "Highly Confidential" under the Stipulated Protective Order.

8. The materials listed in paragraph 7 contain confidential, non-public, proprietary, and highly sensitive business information. The documents concern confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants'

competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of October, 2015, in Washington, D.C.

_____
Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

On October 1, 2015, I caused a copy of "DECLARATION OF DANA E. FOSTER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

DECLARATION OF DANA E. FOSTER IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 07-5944 SC, MDL No. 1917