Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303 607 3500
Facsimile:  +1 303 607 3600
jeff.roberts@FaegreBD.com

***Attorneys for Defendants Thomson S.A. and
Thomson Consumer Electronics, Inc.***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC MDL No. 1917 |
| | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Document Relates to: | Judge: Hon. Samuel Conti |
| ALL CASES | |

Pursuant to Civil L.R. 11-3, Emily E. Chow, an active member of the bar in the States of Minnesota and Wisconsin hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Thomson S.A. and Thomson Consumer Electronics, Inc. in the above-entitled action.

In support of this application, I certify an oath that:

1.      I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2.      I agree to abide by the Standards of Professional Conduct set forth in the Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.      An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action.  The name, address and telephone number of that attorney is:

> Calvin L. Litsey
> Faegre Baker Daniels LLP
> 1950 University Avenue, Suite 450
> East Palo Alto, California 94303-2279
> Telephone: +1 650 324 6700
> Facsimile: +1 650 324 6701
> calvin.litsey@FaegreBD.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 2, 2015.


By:   __/s/ Emily Chow_____
      Emily E. Chow
      FAEGRE BAKER DANIELS LLP

      *Attorneys for Defendants Thomson S.A. and*
      *Thomson Consumer Electronics, Inc.*

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*          No. 07-5944-SC; MDL No. 1917

1

2

### PROOF OF SERVICE

3          I declare that I am over the age of eighteen (18) and not a party to this action.  My business

4   address is 1950 University Avenue, Suite 450, Palo Alto, California 94040.

5          On October 2, 2015, I served the following documents(s):  **Application For Admission Of**

6   **Attorney Pro Hac Vice** on the interested parties in this action as follows:

7                    **ALL PARTIES APPEARING IN THIS ACTION**

8   ☐        By Overnight Service:  I caused the above-referenced document(s) to be deposited in a box
            or other facility regularly maintained by the overnight courier, or I delivered the above
9           referenced document(s) to an overnight courier service, for delivery to the above
            addressee(s).
10

11  ☒        By E-Service:  I electronically served the above document(s) via ECF/PACER.

12

13  Executed on:  October 2, 2015.

14  ☐        (State)  I declare under penalty of perjury under the laws of the State of California that the
            above is true and correct.
15

16  ☒        (Federal)  I declare that I am employed in the office of a member of the bar of this court at
            whose direction the service was made.

17

18

19

20                                                                 */s/ Sonja Beamon*
                                                                    Sonja Beamon
21

22

23

24

25

26

27

28

PROOF OF SERVICE
No. 07-5944-SC; MDL No. 1917