1

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303 607 3500
Facsimile:  +1 303 607 3600
jeff.roberts@FaegreBD.com

***Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.***

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

13

## NORTHERN DISTRICT OF CALIFORNIA

14

### SAN FRANCISCO DIVISION

15

16

IN RE CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

No. 07-cv-5944-SC
MDL No. 1917

17

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

18

This Document Relates to:

Judge: Hon. Samuel Conti

19

ALL CASES

20

Pursuant to Civil L.R. 11-3, Anna M. Konradi, an active member of the bar in the State of

21

Indiana hereby applies for admission to practice in the Northern District of California on a *pro hac*

22

*vice* basis representing Thomson SA and Thomson Consumer Electronics, Inc. in the above-entitled

23

action.

24

In support of this application, I certify an oath that:

25

1.      I am an active member in good standing of a United States Court or of the highest

26

court of another State or District of Columbia, as indicated above;

27

28

US.102137868.01

1

1

2    2.    I agree to abide by the Standards of Professional Conduct set forth in the Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

3 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

4    3.    An attorney who is a member of the bar of this Court in good standing and who

5 maintains an office within the State of California has been designated as co-counsel in the above

6 entitled action.  The name, address and telephone number of that attorney is:

7
Calvin L. Litsey
8 Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
9 East Palo Alto, California 94303-2279
Telephone: +1 650 324 6700
10 Facsimile: +1 650 324 6701
calvin.litsey@FaegreBD.com
11

12    I declare under penalty of perjury that the foregoing is true and correct.

13 Dated:  October 2, 2015.

14

15    By:    /s/ Anna Konradi
Anna M. Konradi
16    FAEGRE BAKER DANIELS LLP

17    *Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

18

19

20

21

22

23

24

25

26

27

28

US.102137868.01    2

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC* VICE    No. 07-5944-SC; MDL No. 1917

1

**PROOF OF SERVICE**

2

3        I declare that I am over the age of eighteen (18) and not a party to this action.  My business

4   address is 1950 University Avenue, Suite 450, Palo Alto, California 94040.

5        On October 2, 2015, I served the following documents(s):  **Application For Admission Of**

6   **Attorney Pro Hac Vice** on the interested parties in this action as follows:

7                        **ALL PARTIES APPEARING IN THIS ACTION**

8   ☐   By Overnight Service:  I caused the above-referenced document(s) to be deposited in a box
        or other facility regularly maintained by the overnight courier, or I delivered the above
9       referenced document(s) to an overnight courier service, for delivery to the above
        addressee(s).
10

11  ☒   By E-Service:  I electronically served the above document(s) via ECF/PACER.

12

13  Executed on:  October 2, 2015.

14  ☐   (State)  I declare under penalty of perjury under the laws of the State of California that the
        above is true and correct.
15

16  ☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at
        whose direction the service was made.
17

18

19

20                                          */s/ Sonja Beamon*
                                            Sonja Beamon
21

22

23

24

25

26

27

28
    US.102137868.01

PROOF OF SERVICE
No. 07-5944-SC; MDL No. 1917