## United States District Court

### For the Southern District of Indiana



# CERTIFICATE OF
# GOOD STANDING

I, Laura A. Briggs, Clerk of the United States District Court
for the Southern District of Indiana, do hereby certify that

## ANNA M. KONRADI

was duly admitted and qualified as an Attorney and Counselor of said
Court on October 15, 2012 and is in good standing as a member of the bar
of said Court. Furthermore, no pending disciplinary action is on record.

_____
Clerk of the United States District Court

By: _____
Deputy Clerk

**Issued:** September 30, 2015