FRANCIS O. SCARPULLA (CA SB 41059)
PATRICK B. CLAYTON (CA SB 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:   (415) 788-7210
Facsimile:    (415) 788-0706
Email:         fos@scarpullalaw.com
                   pbc@scarpullalaw.com

Counsel for Indirect Purchaser Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 SC**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING**<br><br>Date:         November 13, 2015<br>Time:         10:00 a.m.<br>Courtroom: One, 17th Floor<br>Judge:        The Honorable Samuel Conti |

In accordance with the Amended Order Granting Preliminary approval of Class Action Settlements with Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants (Dkt. No. 3906), the undersigned hereby gives notice of an intention to appear at the Fairness Hearing on November 13, 2015 at 10:00 a.m.

Dated  October 2, 2015                     Francis O. Scarpulla

*/s/ Francis O. Scarpulla*
Francis O. Scarpulla (CA SB No. 41059)
Patrick B. Clayton (CA SB No. 240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:  (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

NOTICE OF INTENTION TO APPEAR AT                Master File No. 3:07-cv5944 SC
FAIRNESS HEARING                                MDL 1917

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | |
| 3 | I certify that on October 2, 2015, I caused the foregoing NOTICE OF INTENTION TO |
| 4 | APPEAR AT FAIRNESS HEARING to be electronically filed with the Clerk of the Court via |
| 5 | CM/ECF. Notice of this filing will be sent by email to all counsel of record by operation of the |
| 6 | Court's electronic filing system. |

/s/ C.P. Cusick
C.P. Cusick