Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303 607 3500
Facsimile:  +1 303 607 3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>[Proposed]<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Anna M. Konradi, an active member in good standing of the bar of the State of Indiana, whose business address and telephone number is:

Faegre Baker Daniels LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile:  +1 317 237-1000
anna.konradi@FaegreBD.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vic*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated:  10/05/2015



US.102137868.01                                                                 2

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC* VICE
No. 07-5944-SC; MDL No. 1917