Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com
Kathy L. Osborn (pro hac vice)
Ryan M. Hurley (pro hac vice)
Anna M. Konradi (pro hac vice)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com
anna.konradi@FaegreBD.com

Jeffrey S. Roberts (pro hac vice)
Faegre Baker Daniels LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Emily E. Chow (pro hac vice)
Faegre Baker Daniels LLP
2200 Wells Fargo
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: +1 612-766-7000
Facsimile: +1 612-766-1600
emily.chow@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE BY ANNA M. KONRADI**<br><br>Judge: Hon. Samuel Conti |
| This Document Relates to:<br><br>ALL CASES | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Anna M. Konradi of Faegre Baker Daniels LLP hereby appears in this action as counsel on behalf of Defendants Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) and Thomson SA (n/k/a Technicolor SA). Thomson Consumer Electronics, Inc. and Thomson SA respectfully request that all pleadings and other documents be served upon Anna M. Konradi using the contact information set forth herein.

1 | Dated:  October 6, 2015.

Respectfully submitted,

*/s/ Anna M. Konradi*
Anna M. Konradi (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
anna.konradi@FaegreBD.com

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***