<table>
<tr><td>
Calvin L. Litsey (SBN 289659)<br>
Faegre Baker Daniels LLP<br>
1950 University Avenue, Suite 450<br>
East Palo Alto, CA 94303-2279<br>
Telephone: +1 650-324-6700<br>
Facsimile: +1 650-324-6701<br>
calvin.litsey@FaegreBD.com
</td><td>
Jeffrey S. Roberts (*pro hac vice*)<br>
Faegre Baker Daniels LLP<br>
1700 Lincoln Street, Suite 3200<br>
Denver, CO 80203<br>
Telephone: +1 303-607-3500<br>
Facsimile: +1 303-607-3600<br>
jeff.roberts@FaegreBD.com
</td></tr>
<tr><td>
Kathy L. Osborn (*pro hac vice*)<br>
Ryan M. Hurley (*pro hac vice*)<br>
Anna M. Konradi (*pro hac vice*)<br>
Faegre Baker Daniels LLP<br>
300 N. Meridian Street, Suite 2700<br>
Indianapolis, IN 46204<br>
Telephone: +1 317-237-0300<br>
Facsimile: +1 317-237-1000<br>
kathy.osborn@FaegreBD.com<br>
ryan.hurley@FaegreBD.com<br>
anna.konradi@FaegreBD.com
</td><td>
Emily E. Chow (*pro hac vice*)<br>
Faegre Baker Daniels LLP<br>
2200 Wells Fargo<br>
90 S. Seventh Street<br>
Minneapolis, MN 55402<br>
Telephone: +1 612-766-7000<br>
Facsimile: +1 612-766-1600<br>
emily.chow@FaegreBD.com
</td></tr>
</table>

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE BY EMILY E. CHOW**<br><br>Judge: Hon. Samuel Conti |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Emily E. Chow of Faegre Baker Daniels LLP hereby appears in this action as counsel on behalf of Defendants Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) and Thomson SA (n/k/a Technicolor SA). Thomson Consumer Electronics, Inc. and Thomson SA respectfully request that all pleadings and other documents be served upon Emily E. Chow using the contact information set forth herein.

NOTICE OF APPEARANCE    1    No. 07-5944-SC; MDL No. 1917

1
2   Dated: October 6, 2015.                       Respectfully submitted,
3
4                                                 */s/ Emily E. Chow*
                                                  Emily E. Chow (*pro hac vice*)
5                                                 Faegre Baker Daniels LLP
                                                  2200 Wells Fargo
6                                                 90 S. Seventh Street
                                                  Minneapolis, MN  55402
7                                                 Telephone: +1 612-766-7000
                                                  Facsimile:  +1 612-766-1600
8                                                 emily.chow@FaegreBD.com

9                                                 ***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***
10
11
12
...
28

NOTICE OF APPEARANCE              2              No. 07-5944-SC; MDL No. 1917