Ronnie Clifton
Box 120265
San Diego CA 92112

Class Action Clerk
United States District Court
for the Northern District of California
450 Golden Gate Avenue
16th floor
San Francisco, CA 94102



LEMON GROVE CA SEP.28.15
# 0000002077
POSTALIA 309598
0.164 US POSTAGE