1  Craig Y. Allison (State Bar No. 161175)
   BUNSOW DE MORY, SMITH & ALLISON LLP
2  600 Allerton Street, Suite 101
   Redwood City, CA 94063
3  Telephone: (650) 351-7248
   Facsimile:  (650) 351-7253
4  Email: callison@bdiplaw.com

5  Attorneys for Defendants
   *Panasonic Corporation of North America, MT*
6  *Picture Display Co., Ltd., and Panasonic*
   *Corporation (f/k/a/ Matsushita Electric Industrial*
7  *Co., Ltd.)*

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 | In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
   |---|---|
   | | MDL No. 1917 |
   | This Document Relates to: | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF CRAIG Y. ALLISON AS COUNSEL FOR DEENDANTS PANASONIC CORPORATION OF NORTH AMERICA, MT PICTURE DISPLAY CO., LTD., AND PANASONIC CORPORATION** |
   | ALL ACTIONS | |

21     IT IS HEREBY ORDERED that the request for withdrawal of Craig Y. Allison's as

22 counsel of record for Defendants is GRANTED.

23     It is further ORDERED that Craig Y. Allison's name be removed from the case docket,

24 that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to

25 callison@bdiplaw.com and that Mr. Allison's name be removed from any applicable service

26 lists.

27

28

[PROPOSED] ORDER GRANTING                                        Case No. 07-5944 SC
WITHDRAWAL OF CRAIG Y. ALLISON AS                                    MDL No. 1917
COUNSEL

1  **IT IS SO ORDERED:**

2

3  Dated: 10/07/2015           By: _____
                                    Honorable
4                                   United States

[Judge Samuel Conti seal/signature]

[PROPOSED] ORDER GRANTING
WITHDRAWAL OF CRAIG Y. ALLISON AS            -2-                Case No. 07-5944 SC
COUNSEL                                                         MDL No. 1917