# EXHIBIT "1"

**DECLARATION OF SEAN HULL IN SUPPORT**
**OF OBJECTIONS TO CLASS ACTION SETTLEMENT**
*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST*
*LITIGATION*, MDL NO. 1917

Comes now SEAN HULL and states the following under oath and under penalty of perjury in support of his objection:

"My name is Sean Hull. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this declaration."

The facts stated herein are within my personal knowledge."

"My address is 7890 Witney Place, Lone Tree, Colorado 80124. My telephone number is (303) 927-6561. I am a resident of Lone Tree, Colorado."

"I am a person that indirectly purchased for my own use and not for resale a CRT Product manufactured or sold by any of the Defendants or their alleged co-conspirators (listed in Question 6 of the Class Notice) between March 1, 1995 and November 25, 2007, therefore I am a class member."

"During the class period I was a resident of California and to the best of my recollection I purchased an LG television and computer monitor from Circuit City in Dublin, California. Between January 1998 and October 1999, I was a citizen of California residing in Daly City, California. Between November 1999 and April 2000, I was a citizen of California residing in Lafayette, California. Between May 2000 and December 2002, I was a citizen of California residing at 4126 Rennelwood Place, Pleasanton, California 94566."

"I did not make such purchases for resale."

"I am not a Defendant, officer, director or employee of any Defendant; an entity in which any Defendant has a controlling interest; or, an affiliate, legal representative, heir or assign of any Defendant."

"I am not a named co-conspirator, a federal, state or local government entity, a judicial officer presiding over this action or member of his/her immediate family and judicial staff, or a juror assigned to this action."

"I am not a resident of Illinois, Oregon and Washington."

"I have not opted out of the Settlement."

"I object to the proposed settlement of *IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*, MDL NO. 1917 for the reasons stated in my objection."

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this the 6th day of October, 2015, at Lone Tree, Colorado."

_____
Sean Hull

From: "CRT Indirect Purchaser Claims" <donotreply@crtclaims.com>
Date: Oct 6, 2015 10:37 AM
Subject: Claim Submission Confirmation re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL 1917)
To: <sxhull@gmail.com>
Cc:

Dear Claimant,

The purpose of this email is to confirm that you have successfully filed your CRT Indirect Purchaser Consumer Claim Form. Below is a copy of your claim submission responses - please keep a copy of these responses for your records. You will be contacted by the Settlement Administrator if any additional information or documentation is required to process or verify your claim.

**Please be advised that submission of your claim does not guarantee that you are eligible for recovery (monetary or otherwise) from this settlement program. All payments are subject to approval by the United States District Court for the Northern District of California.**

Please do not reply to this message. Replies to this message are routed to an unmonitored mailbox. If you have any questions or concerns, please contact the Settlement Administrator by calling (800) 649-0963, or send an email to info@CRTclaims.com.

Please visit www.CRTclaims.com to stay updated on the latest case news, updates, and important dates. You may also register to be automatically notified of case updates by submitting your email address at http://www.crtclaims.com/register_updates.htm and you can share our website with others at http://www.crtclaims.com/share.htm.

Sincerely,

Settlement Administrator for the CRT Indirect Purchaser Class Action Settlements

Online Submission Reference #: CRT.2_Online18169

| Question | Answer |
|---|---|
| 1. Did you purchase a CRT Product for your own use and not for resale in the following | |

states?

| | |
|---|---|
| a. Arizona, California, Florida, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia, Wisconsin or the District of Columbia, between March 1, 1995, and November 25, 2007 | Yes |
| b. Hawaii between June 25, 2002, and November 25, 2007 | No |
| c. Nebraska between July 20, 2002, and November 25, 2007 | No |
| d. Nevada between February 4, 1999, and November 25, 2007 | No |
| 2. Did you purchase a CRT Product from a retail store or someone other than a Defendant or an alleged co-conspirator? For example, if you purchased a CRT television or computer monitor from a retailer like Best Buy or a computer manufacturer like Dell, then your answer should be "Yes." If you made no purchases from a retailer or other supplier and you only purchased a CRT television or computer monitor directly from a Defendant or an alleged co-conspirator, then your answer | Yes |

| | |
|---|---|
| should be "No." | |
| Standard CRT Television (screen size less than 30 inches) | 0 |
| Large CRT Television (screen size 30 inches or larger) | 1 |
| CRT Computer Monitor | 1 |
| If you purchased a CRT Product that was NOT a Television or Computer Monitor, please include below a description of the Other CRT Product(s) that you purchased: | |
| Quantity of Other CRT Product(s) purchased: | |
| Are you completing this form on behalf of a Class Member? | No - I am completing this form for myself. |
| Please specify your Representative capacity (Choose one of the following). | |
| If you selected "other," please specify Representative capacity. | |
| To submit a file (Written Authorization, Written Verification, etc.), please select "Upload a File" below. | |
| To submit a file (Affidavit of Entitlement, Death Certificate, etc), please select "Upload a File" below. | |
| Your Entity/Business Name: | |
| Your Name: | |
| Your Mailing Address: | |
| Your Telephone | |

| | |
|---|---|
| Number (Day): | |
| Your Email Address: | |
| Your Complete Federal Taxpayer Identification Number: | |
| Specify one of the following: | Individual |
| Class Member Name: | Sean Hull |
| Class Member Entity/Business Name: | |
| Person to contact if there are questions regarding this claim: | |
| Class Member Mailing Address: Number and Street or P.O. Box | Street Address: 7890 Witney Place<br>City: Lone Tree<br>State / Province: CO<br>Postal / Zip Code: 80124<br>Country: United States |
| Class Member Telephone Number (Day): | (303) 927-6561 |
| Class Member E-mail Address: | sxhull@gmail.com |
| Individuals: Provide the last 4 digits of the Class Member's Social Security Number | |
| Individuals: Provide the Class Member's Date of Birth | 04-20-1966 |
| Businesses: Provide the Class Member's Federal Taxpayer Identification Number | |
| Businesses: Provide the Class Member's Date of Formation or Incorporation | |
| Certification: | I certify that the foregoing is true and correct. |
| Signature of Class Member (Please click and drag within the box below to sign the form. DO NOT PRINT |  |

| | |
|---|---|
| THIS FORM.): | |
| Class Member Name: | Sean Hull |
| Signature of Representative (Please click and drag within the box below to sign the form. DO NOT PRINT THIS FORM.): | |
| Representative Name: | |
| Today's Date: | 10-06-2015 |
| Title (if you are filling out this form for a business): | |
| Reference Number: | CRT.2_Online18169 |