# EXHIBIT "2"

**DECLARATION OF GORDON MORGAN IN SUPPORT**
**OF OBJECTIONS TO CLASS ACTION SETTLEMENT**
*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST*
*LITIGATION*, MDL NO. 1917

Comes now GORDON MORGAN and states the following under oath and under penalty of perjury in support of his objection:

"My name is Gordon Morgan. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this declaration."

The facts stated herein are within my personal knowledge."

"My address is 4701 Ayers, Ste.105, Corpus Christi, Texas 78415. My telephone number is (281) 733-4097. I am a resident of Corpus Christi, Texas."

"I am a person that indirectly purchased for my own use and not for resale a CRT Product manufactured or sold by any of the Defendants or their alleged co-conspirators (listed in Question 6 of the Class Notice) between March 1, 1995 and November 25, 2007, therefore I am a class member."

"During the class period I was a resident of Texas and to the best of my recollection I purchased several televisions including a Toshiba and Panasonic television from Best Buy in Houston, Texas."

"I did not make such purchases for resale."

"I am not a Defendant, officer, director or employee of any Defendant; an entity in which any Defendant has a controlling interest; or, an affiliate, legal representative, heir or assign of any Defendant."

"I am not a named co-conspirator, a federal, state or local government entity, a judicial officer presiding over this action or member of his/her immediate family and judicial staff, or a juror assigned to this action."

"I am not a resident of Illinois, Oregon and Washington."

"I have not opted out of the Settlement."

"I object to the proposed settlement of *IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*, MDL NO. 1917 for the reasons stated in my objection."

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this the 6th day of October, 2015, at Corpus Christi, Texas."

Gordon Morgan