FILED

OCT 02 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: TOSHIBA CORPORATION; et al. | No. 15-72972 |
| TOSHIBA CORPORATION, TSB; et al., <br><br> Petitioners, | D.C. No. 3:07-cv-05944-SC <br> Northern District of California, <br> San Francisco |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br> Respondent, <br><br> ABC APPLIANCE, INC.; et al., <br><br> Real Parties in Interest. | |

Petitioner's motion for voluntary withdrawal of the petition for writ of mandamus is granted. This petition is withdrawn. *See* Fed. R. App. P. 42(b).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Connie Cheung
Motions Attorney/Deputy Clerk

CC/MOATT