UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____
www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court                                                                                                    415-522-2000

October 8, 2015

CASE NUMBER:  07-cv-05944-SC

CASE TITLE: Crago, Inc. v. Chunghwa Picture Tubes, LTD.

USCA NUMBER:  15-72972

DATE MANDATE FILED:  10/08/15

TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                          Very truly yours,

                                          Clerk,

                                          _____

                                          by:  Alfred Amistoso
                                          Case Systems Administrator
                                          (415)  522-2006