ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice* pending)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF ANDREA VALDEZ** |
| This Document Relates To:<br>All Indirect Purchaser Actions | |

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

3    **PLEASE TAKE NOTICE** that the undersigned attorney, Andrea Valdez, a member of the bar of this Court, enters her appearance in the above-captioned action as counsel for Objector Douglas W. St. John, and respectfully requests service of pleadings and other papers filed in this action and any order and notices from this Court be delivered to the undersigned.

Dated: October 8, 2015            Respectfully submitted,

                                                /s/ Andrea Valdez

                                                ANDREA VALDEZ (Cal. Bar No. 239082)
                                                530 S. Lake Avenue, No. 574
                                                Pasadena, CA 91101
                                                Tel: (626) 817-6547
                                                andrea.valdez.esq@gmail.com

                                                *Attorney for Objector Douglas W. St. John*