ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice* pending)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **DECLARATION OF CLASS MEMBER DOUGLAS W. ST. JOHN IN SUPPORT OF HIS OBJECTION** |
| This Document Relates To: All Indirect Purchaser Actions | Hearing Date: November 13, 2015<br>Time: 10:00 a.m.<br>Courtroom: One, 17th Floor<br>Judge: Hon. Samuel Conti |

I, Douglas W. St. John, declare and state as follows:

1.      I make this declaration in support of my objection to Indirect Purchaser Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives (hereinafter, "Fee Motion") and my conditional objection to the settlement, each in the litigation captioned *In re Cathode Ray Tube (CRT) Antitrust Litigation.*.

2.      I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would testify truthfully as follows.

<u>CONTACT INFORMATION</u>

3.      My address is 514 Mockingbird Drive, Long Beach, Mississippi 39560.

4.      My telephone number is (228) 865-0051.

5.      I am represented by counsel, Joseph Scott St. John, in connection with this matter. His telephone number is (410) 212-3475. **I request that any contact regarding this matter be directed to my counsel, Joseph Scott St. John.**

<u>EDUCATION AND EXPERIENCE</u>

6.      I served on active duty in the United States Air Force from 1965 until 1969. I was specifically trained in the repair of complex electronic devices. I was sufficiently skilled to be assigned to a remote detachment abroad where I maintained and repaired complex electronic devices relied upon by U.S. military aircraft flying combat missions over Southeast Asia. I was honorably discharged upon completion of my service obligation.

7.      I earned a B.S. in Electrical Engineering from the University of Alabama in 1971.

8.      From 1971 until 1972 I was employed by Southern Company Services ("SCS"). SCS provided engineering services to other branches of Southern Company, one of the largest utility companies in the United States. My principal responsibility was the design of electric substations, including the electric substation for Georgia Power Company's Hatch Nuclear Plant.

9.      From 1972 until 1974, I was employed as an electrical engineer by Alabama Power Company. My principal responsibilities were in the field of system protection.

10.     I earned a M.S. in Electrical Engineering from the University of Alabama in 1976.

11.     From 1976 until 1990, I was employed as an electrical engineer by Alabama Power Company. My principal responsibilities were in the field of system protection.

12.     From 1990 until 2003, I was employed by Mississippi Power Company, where I oversaw system protection. My position at Mississippi Power Company was one of the senior-most engineering positions at that company.

13.     I was a senior member of the Institute of Electrical and Electronics Engineers.

14.     I have from time-to-time taught electrical or electrical engineering courses at both the university and trade school levels.

15.     I completed training in the repair of CRT televisions. I have applied that training, and I have repaired CRT televisions.

CLASS MEMBERSHIP

16.     From about August 1990 through the present I have been a resident of the State of Mississippi.

17.     I purchased a Panasonic CRT television. To the best of my knowledge, I purchased that television from a Mississippi retail store, i.e., not directly from a defendant, in or about 2003. I purchased that television for personal use. I reviewed a service manual for that model of Panasonic CRT television, and the service manual stated that Samsung was the manufacturer of the CRT.

18.     I purchased a Dell CRT computer monitor from Dell, i.e., not directly from a defendant. To the best of my knowledge, I ordered that computer monitor from Mississippi in or about 2000, it was delivered to me in Mississippi, and I paid the bill for that computer monitor from Mississippi. I purchased that CRT computer monitor for personal use.

19.     I submitted a claim via U.S. mail in connection with the above-captioned litigation on or about October 5, 2015. A true and correct copy of my claim and the associated mailing receipt are attached hereto as Composite Exhibit 1.

20.     I purchased other CRT televisions and CRT computer monitors during the class period for personal use, but I did not have a clear recollection of the brands or dates of purchase for those CRT products at the time I submitted my claim.  Accordingly, I did not submit claims for all such CRT products, although I may have qualified to do so.

1

<u>TV AND COMPUTER OWNERSHIP</u>

2          21.      I am informed that the class period in this litigation extends from March 1, 1995,

3     until November 25, 2007.

4          22.      Throughout the class period, I generally owned and used at least two televisions, and

5     at times more than two televisions.

6          23.      Throughout the class period, I generally personally owned and used at least one

7     computer monitor, and at times more than one computer monitor.

8          24.      Based on my experience, ownership of multiple televisions and/or multiple

9     computers by a single household was common during the class period.

10                                   <u>GENERAL BASIS FOR OBJECTION</u>

11          25.      I object to the Fee Motion because I believe the share of the settlement sought by

12     the lawyers involved in the litigation is excessive. I object to the settlement, generally, to the extent

13     any party contends that any information beyond that set forth in this declaration and the attached

14     exhibits is required to participate in the settlement or receive settlement funds. I make that

15     conditional objection because many members of the class—perhaps most—will be unable to

16     provide more information than I have. The legal basis for my objection is detailed more fully in a

17     brief my counsel prepared at my request. I reserve the right to object to both the Fee Motion and

18     the settlement of this class action, generally, on additional grounds.

19          26.      I submit this objection in good faith. I have never before submitted an objection

20     related to any class action litigation.

21          27.      Further declarant sayeth not.

22     I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF

23     MISSISSIPPI AND UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT

24     THE FOREGOING IS TRUE AND CORRECT.

25     Executed: October 5th, 2015

26     Sworn To AND Subscribed

27     Before Me on this the                            Douglas W. St. John

28     5th day of October, 2015

                    DECLARATION OF CLASS MEMBER DOUGLAS W. ST. JOHN
                    Master File No. 3:07-cv-5944 SC (MDL No. 1917)

SWORN TO AND SUBSCRIBED before me on this the 5th day of _October_, 2015.

NOTARY PUBLIC

My Commission Expires:
July 1, 2019

STATE OF MISSISSIPPI
KRISTI BORDELON
★ NOTARY PUBLIC ★
ID No. 99521
My Commission Expires
July 1, 2019
HANCOCK COUNTY

**<u>CERTIFICATE OF SERVICE</u>**

I, Andrea Valdez, declare as follows:

      I am counsel of record for Objector Douglas W. St. John. I am over the age of eighteen years and not a party to this action.

      On October 8, 2015, I caused the foregoing DECLARATION OF CLASS MEMBER DOUGLAS W. ST. JOHN IN SUPPORT OF HIS OBJECTION to be served via the Court's CM/ECF system.

      On October 8, 2015, I caused the foregoing DECLARATION OF CLASS MEMBER DOUGLAS W. ST. JOHN IN SUPPORT OF HIS OBJECTION to be served via First Class Mail on

> CRT Claims
> c/o The Notice Company
> P.O. Box 778
> Hingham, MA 02043

      I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

Executed at Los Angeles, California on October 8, 2015.

                    /s/ Andrea Valdez