ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice* pending)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN IN SUPPORT OF THE OBJECTION OF CLASS MEMBER DOUGLAS W. ST. JOHN** |
| This Document Relates To:<br>All Indirect Purchaser Actions | Hearing Date: November 13, 2015<br>Time: 10:00 a.m.<br>Courtroom: One, 17th Floor<br>Judge: Hon. Samuel Conti |

I, Joseph Scott St. John, declare and state as follows:

1. I am an attorney duly licensed in the State of Mississippi and the District of Columbia. I represent Douglas W. St. John, a resident of the State of Mississippi, in connection with the above-captioned matter.

2. I make this declaration in support of the Objection of Class Member Douglas W. St. John to IPP Motion for Award of Attorneys Fees and Conditional Objection to Settlement.

3. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would testify truthfully as follows.

## PRE-COMPLAINT GOVERNMENTAL INVESTIGATIONS

4. Exhibit 1 is a true and correct copy of a press release printed from http://europa.eu/rapid/press-release_MEMO-07-453_en.htm.

5. Exhibit 2 is a true and correct copy of an article printed from http://www.nytimes.com/2007/11/21/business/worldbusiness/21iht-philips.4.8424014.html.

6. Exhibit 3 is a true and correct copy of an article printed from http://www.law360.com/articles/40730/philips-targeted-in-cathode-ray-antitrust-probe.

7. Exhibit 4 is a true and correct copy of an article printed from http://www.ft.com/cms/s/0/c5237446-8e72-11dc-8591-0000779fd2ac.html#axzz3mQUvK84b.

## U.S. DEPARTMENT OF JUSTICE INVESTIGATION OF ANTI-COMPETITIVE CONDUCT IN THE CATHOD RAY TUBE MARKET

8. Exhibit 5 is a true and correct copy of Indictment, *United States v. Cheng Yuan Lin, a/k/a C.Y. Lin*, No. 3:09-cd-00131 (N.D. Cal.) (D.E. 1), as downloaded from PACER.

9. Exhibit 6 is a true and correct copy of a press release printed from http://www.justice.gov/opa/pr/former-executive-indicted-his-role-two-cathode-ray-tube-price-fixing-conspiracies.

10. Exhibit 7 is a true and correct copy of an article printed from http://www.pcworld.com/article/159352/article.html.

11. Exhibit 8 is a true and correct copy of an article printed from http://www.therecorder.com/printerfriendly/id=1202425985443.

## SAMSUNG SDI'S GUILTY PLEA

12. Exhibit 9 is a true and correct copy of the Indictment in *United States v. Seung-Kyu Lee et al*, No. 3:10-cr-00817-EXE (N.D. Cal.) (D.E. 1), as downloaded from PACER.

13. Exhibit 10 is a true and correct copy of the Amended Plea Agreement in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal.) (D.E. 29), as downloaded from PACER

14. Exhibit 11 is a true and correct copy of the Information in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal.) (D.E. 1), as downloaded from PACER.

15. Exhibit 12 is a true and correct copy of a Transcript of Proceedings (Plea Hearing) in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal.) (D.E. 35), as downloaded from PACER.

16. Exhibit 13 is a true and correct copy of the Judgment in a Criminal Case in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal.) (D.E. 35), as downloaded from PACER.

## EUROPEAN COMMISSION INVESTIGATION OF ANTI-COMPETITIVE CONDUCT IN THE CATHODE RAY TUBE MARKET

17. To the best of my knowledge, europa.eu is the official website for the European Union ("EU").

18. To the best of my knowledge, the Official Journal of the European Union is the official compendium of EU legislation and other official documents of the EU institutions, bodies and agencies.

19. Exhibit 14 is a true and correct copy of a Final Report of the Hearing Officer downloaded from http://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:52013XX1019%2803%29&from=EN.

20. Exhibit 15 is a true and correct copy of a Summary of Commission Decision downloaded from http://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:52013XC1019%2802%29&rid=5.

21. Exhibit 16 is a true and correct copy of a Commission Decision downloaded from http://ec.europa.eu/competition/antitrust/cases/dec_docs/39437/39437_6784_3.pdf.

22. As of October 8, 2015, links to the opinions of the EU General Court largely affirming the European Commission's Decision were available via the press release at http://europa.eu/rapid/press-release_MEMO-15-5616_en.htm.

## CONSIDERATIONS FOR REASONABLE ATTORNEYS FEES

23. Exhibit 17 is a true and correct copy of a presentation titled "Royal Philips Electronics Annual Results 2000" and downloaded from http://www.philips.com/shared/assets/Downloadablefile/AR_00_no_images-1384.pdf.

24. Exhibit 18 is a true and correct copy of an Oregon Department of Environmental Quality Report downloaded from http://www.deq.state.or.us/lq/pubs/docs/sw/ProductProfileTVs.pdf.

25. Exhibit 19 is a true and accurate copy of Section 24 of the *Statistical Abstract of the United States: 2009* (128th edition), as published by the U.S. Census Bureau and downloaded from http://www.census.gov/prod/2008pubs/09statab/infocomm.pdf.

26. Exhibit 20 is a true and accurate copy of a Neilsen Company document titled "Television Audience 2008" as downloaded from http://www.nielsen.com/content/dam/corporate/us/en/newswire/uploads/2009/07/tva_2008_071709.pdf.

27. Exhibit 21 is a true and accurate copy of a publication titled "Households and Families: 2000" as published by the U.S. Census Bureau and downloaded from https://www.census.gov/prod/2001pubs/c2kbr01-8.pdf.

28. Exhibit 22 is intentionally omitted

29. Composite Exhibit 23 includes true and accurate copies of

   a. Search results from the California Bar online attorney search for member "Denison" as downloaded from http://members.calbar.ca.gov/fal/MemberSearch/QuickSearch?FreeText=denison&x=0&y=0&SoundsLike=false.

      b.  Search results from the California Bar online attorney search for member "David Alan Denison" as downloaded from http://members.calbar.ca.gov/fal/Member/Detail/255209.

      c.  A LinkedIn profile for David Denison.

30. On October 5, 2015, I spoke with Mr. David Denison via telephone. He confirmed that he was employed only as a "project attorney" in connection with this litigation.

31. Composite Exhibit 24 includes true and accurate copies of

      a.  Search results from the California Bar online attorney search for member "Roell" as downloaded from http://members.calbar.ca.gov/fal/MemberSearch/QuickSearch?FreeText=roell&x=0&y=0&SoundsLike=false.

      b.  Search results from the California Bar online attorney search for member "Silvia Maria Roell" as downloaded from http://members.calbar.ca.gov/fal/Member/Detail/257242.

      c.  A LinkedIn profile for Silvia Roell.

32. Further declarant sayeth not.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed: October 8, 2015

                                            /s/ Joseph Scott St. John

                                            _____

                                            Joseph Scott St. John

**CERTIFICATE OF SERVICE**

I, Andrea Valdez, declare as follows:

      I am counsel of record for Objector Douglas W. St. John. I am over the age of eighteen years and not a party to this action.

      On October 8, 2015, I caused the foregoing DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN IN SUPPORT OF THE OBJECTION OF CLASS MEMBER DOUGLAS W. ST. JOHN to be served via the Court's CM/ECF system.

      On October 8, 2015, I caused the foregoing DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN IN SUPPORT OF THE OBJECTION OF CLASS MEMBER DOUGLAS W. ST. JOHN to be served via First Class Mail on

          CRT Claims
          c/o The Notice Company
          P.O. Box 778
          Hingham, MA 02043

      I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

Executed at Los Angeles, California on October 8, 2015.

                                            */s/ Andrea Valdez*