# EXHIBIT
# 1



Latest updates | Related links | Contact | Search          Login | Subscribe

Other available languages: none

◄◄ Back to the search results   Expand  Share

🗎 DOC | 🗎 PDF

MEMO/07/453

Brussels, 8th November 2007

# Antitrust: Commission carries out inspections in the cathode ray tubes sector

The European Commission can confirm that on 8th November 2007 Commission officials carried out unannounced inspections at the premises of manufacturers of cathode ray tubes (CRTs). Cathode ray tubes are used in television sets and computer monitors. The Commission has reason to believe that the companies concerned may have violated EC Treaty rules on cartels and restrictive business practices (Article 81).

The Commission officials were accompanied by their counterparts from the relevant national competition authorities.

Surprise inspections are a preliminary step in investigations into suspected cartels. The fact that the European Commission carries out such inspections does not mean that the companies are guilty of anti-competitive behaviour: nor does it prejudge the outcome of the investigation itself. The European Commission respects the rights of defence, in particular the right of companies to be heard in antitrust proceedings.

There is no strict deadline to complete cartel inquiries. Their duration depends on a number of factors, including the complexity of each case, the extent to which the undertakings concerned co-operate and the exercise of the rights of defence.