# EXHIBIT 2

The New York Times

**Business**

Search All NYTimes.com  Go

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS |

Search Business [Go]   Financial Tools: Select a Financial Tool

More in Business »
World Business | Markets | Economy | DealBook | Media & Advertising | Small Business | Your Money | Energy & Environment



## Philips is targeted in investigation

Published: Wednesday, November 21, 2007

**AMSTERDAM —** Philips Electronics, the largest maker of consumer electronics in Europe, said Wednesday that it had been included in investigations into possible anti-competitive activities in the glass-tube display industry.

TWITTER
LINKEDIN
PRINT
SHARE

The competition authorities in several jurisdictions had started investigations, the company said. It would assist regulators, it added.

"As these matters are in the very early stages, Philips is not in a position to predict or comment on their outcome," the company said.

Joon Knapen, a Philips spokesman, declined to comment further.

Antitrust authorities in Europe and Asia raided a Matsushita Electric Industrial unit and other cathode-ray-tube makers this month on suspicion of price fixing. Cathode ray tubes are used in television sets and computer monitors, although the market for them has shrunk with the advent of liquid crystal and plasma displays.

Matsushita had confirmed that the Fair Trade Commission of Japan had begun investigation of its cathode ray tube unit, MT Picture Display. Samsung SDI said the FTC of South Korea had started an inquiry into its CRT business.

The European Commission, the European Union's antitrust authority, said this month that it had conducted surprise visits of manufacturers of cathode-ray tubes used in computers and televisions, without identifying the companies involved.

More Articles in Business »





**Most Popular - Business**

EMAILED | VIEWED

1. Drug Goes From $13.50 a Tablet to $750, Overnight
2. Volkswagen to Stop Sales of Diesel Cars Involved in Recall
3. Volkswagen Denied Deception to E.P.A. for Nearly a Year
4. 50 of Our Best
5. A Firing at The Los Angeles Times Focuses Discontent
6. On Instagram and Other Social Media, Redefining 'User Engagement'
7. Prototype: After the Grateful Dead, Phil Lesh Shows He Has a Head for Business
8. Trading Meat for Tires as Bartering Economy Grows in Greece
9. VW Is Said to Cheat on Diesel Emissions; U.S. to Order Big Recall
10. The Next Generation of Yuengling Beer

Go to Complete List »

RELATED ADS    What are Related Ads?
» Investigation Companies
» Investigation Company
» TV LCD Philips
» Business Competition
» Business Law

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos | Back to Top

Copyright 2009 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Advertise with Us | Site Map

9/21/2015 4:02 PM