# EXHIBIT 3



Advanced Search
Take a Free Trial | Sign In



Sign In



- Take a Free Trial
- Sign In

- 
- 

Advanced Search

Close

- Adv. Search & Platform Tools
- **Browse all sections**
- Banking
- Bankruptcy
- Class Action
- Competition
- Employment
- Energy
- Insurance
- Intellectual Property
- Product Liability
- Securities
- Rankings
- Glass Ceiling Report
- Global 20
- Law360 400
- Minority Report
- Practice Group Partner Rankings
- Practice Groups of the Year
- Pro Bono Firms of the Year
- Rising Stars
- Trial Aces
- Site Menu
- Join the Law360 team

- Search legal jobs
- Learn more about Law360
- Read testimonials
- Contact Law360
- Sign up for our newsletters
- Site Map
- Help

# Philips Targeted In Cathode-Ray Antitrust Probe

By **Shannon Henson**

Law360, New York (November 21, 2007, 12:00 AM ET) -- Dutch Royal Philips Electronics NV joined the ranks of its competitors Wednesday, saying it too was being investigated by officials for violating competition laws in the cathode-ray tube industry.
The announcement comes on the heels of European Commission and Japanese antitrust authorities searches of facilities as part of a probe. Cathode ray tubes are used in many television and computer monitors.

"As one of the companies that was active in the CRT business, Philips is subject to these ongoing investigations," the Dutch company said, according to the Dow Jones.

Philips also said that the investigation was in a "very early" stage and that it couldn't predict on the outcome. It also said that intends to cooperate with regulatory authorities.

The company did not respond to a request for comment Wednesday.

Earlier this month, Matsushita Electric Industrial Co. and Samsung SDI Co. said that they are cooperating with Japanese antitrust authorities.

Japan's Federal Trade Commission is investigating suspicions of price-fixing in the Japanese, South Korean and Taiwanese markets, according to published reports. The Japanese regulatory body has not issued a public statement on the investigation.

The reports from Japan came only a day after EC officials carried out unannounced raids on cathode ray tube manufacturers, acting on suspicion that the companies were violating European competition laws.

"The commission has reason to believe that the companies concerned may have violated EC Treaty rules on cartels and restrictive business practices," the regulator said at the time.

The commission did not say what companies it raided. It said it had conducted the raids in cooperation with competition authorities in the individual nations where the raids were conducted.

The EC stressed in its press release that conducting raids was only a first step in an investigation.

"Surprise inspections are a preliminary step in investigations into suspected cartels," the commission said. "The fact that the European Commission carries out such inspections does not mean that the companies are guilty of anti-competitive behavior; nor does it prejudge the outcome of the investigation itself."

--Additional reporting by Brendan Pierson

# Related Articles

- Matsushita, Samsung Searched By Japanese FTC
- EU Authorities Raid Cathode Ray Tube Manufacturers
- Air France, KLM Raided In EU Airline Probe
- EU Antitrust Watchdog Raids Train Cargo Cos.
- EU Says It Left JFTC Out Of Switchgear Cartel Loop

View comments



- Add to Briefcase
- Printable Version
- Rights/Reprints
- Editorial Contacts

# Related

### Sections

- Competition
- Public Policy
- Technology

### Companies

- Philips Electronics

### Government Agencies

- European Commission
- Federal Trade Commission

### Most Popular

- 1 [5 Law Firms Making Waves In 2015](#)
- 2 [Patent Troll Weapon Survives, But High Court May Be Next](#)
- 3 [Dewey Jury Weighs Doubt, Larceny Standards](#)
- 4 [An In-House Guide To Handling A Regulatory Probe](#)
- 5 [In Case You Missed It: Hottest Firms And Stories On Law360](#)

# DEWEY LIVE BLOG

Follow our exclusive coverage of the trial of the year:



**Dewey Trial Day 58: Preferably Post-its**

**Add this article to my briefcase**

## Philips Targeted In Cathode-Ray Antitrust Probe

**Create new folder:**

OR

**Select a folder to add to:**

Add Now

© 2015, Portfolio Media, Inc. | About | Contact Us | Legal Jobs | Careers at Law360 | Terms | Privacy Policy | Law360 Updates | Help **Beta Tools:** Track docs | Track attorneys | Track judges

Visit Our Site Map

9/21/2015 4:39 PM