# EXHIBIT 17

# Royal Philips Electronics Annual Results 2000

## February 8, 2001

Let's make things better.

 

# "Safe Harbor" Statement under the Private Securities Litigation Reform Act of October 1995

These presentations and discussions/document contain certain forward-looking statements with respect to the financial condition, results of operations and business of Philips and certain of the plans and objectives of Philips with respect to these items. By their nature, forward-looking statements involve risk and uncertainty because they relate to events and depend on circumstances that will occur in the future. There are a number of factors that could cause actual results and developments to differ materially from those expressed or implied by these forward-looking statements. These factors include, but are not limited to, levels of consumer and business spending in major economies, changes in consumer tastes and preferences, the levels of marketing and promotional expenditures by Philips and its competitors, raw materials and employee costs, changes in future exchange and interest rates, changes in tax rates and future business combinations, acquisitions or dispositions and the rate of technical changes. Market share estimates contained in this report are based on outside sources such as specialized research institutes, industry and dealer panels, etc. in combination with management estimates.

*Let's make things better.*




# Financial Group Objectives

| Group Objective Set in 1996 | 2000 Results | |
|---|---|---|
| • Double digit growth in Earnings per Share | 73 % excluding incidentals '99-'00 |  |
| • RONA above 24% | 35.7 % including incidentals |  |
| | 24.2 % excluding incidentals | |
| • Positive cash flow | € 3.0 billion | |




*Let's make things better.*

# Agenda

| | |
|---|---|
| **Cor Boonstra** | • **What we accomplished in 2000**<br>  – **Performance**<br>  – **Highlights** |
| **Jan Hommen** | • **Financials for FY2000 and Q4** |
| **Gerard Kleisterlee** | • **Looking ahead**<br>  – **Technology Company**<br>  – **Short term issues**<br>  – **Medium term outlook** |

*Let's make things better.*

4





# Performance Highlights

- **Achieved targets set in 1996**

- **Stimulated sales growth – reached 20%**

- **Announced mergers and acquisitions totaling over €5 billion**

- **Achieved Cash Flow from Operating Activities of €3.0 billion**

*Let's make things better.*

 

# Performance of the Philips Group
## Restated[1], € million

| | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|
| **Sales** | **29,658** | **30,459** | **31,459** | **37,862** |
| • % nominal growth | 9 | 3 | 3 | 20 |
| **Income from operations** | **1,714** | **685** | **1,751** | **4,281** |
| • as a % of sales | 5.8 | 2.2 | 5.6 | 11.3 |
| • as a % of net operating capital (RONA) | 16.4 | 6.5 | 17.5 | 35.7 |
| **Income from Cont. Operations** | **1,231** | **541** | **1,804** | **9,602** |
| **One-time gains** | **-103** | **-375** | **247** | **7,038** |
| **Income from Cont. Operations excluding one-time gains** | **1,334** | **916** | **1,557** | **2,564** |

1) Restated excluding: PolyGram, Grundig, Philips Media, ASML

*Let's make things better.*

 

# Income from Continuing Operations
## € billion



One-time gains

9.6

7.0

2.6

1.8

1.2

1.0

0.7

0.3

0.2

0.1

0.5

(0.6)

(2.1)

1990  '91  '92  '93  '94  '95  '96  '97  '98  '99  2000

Let's make things better.

7



PHILIPS

# Growth of the Product Divisions
## 2000 Nominal Revenue Growth



| | | |
|---|---|---|
| + 49% | Semi-conductors | |
| + 19% | Components | |
| + 20% | Philips Group | |
| DAP | | + 17% |
| Consumer Electronics | | + 18% |
| Lighting | | + 11% |
| Medical systems | | + 22% |





PHILIPS

Let's make things better.

# Group Equity and Net Debt
## *€ billion*



1) Share buybacks of €1.5 billion in 1999 and €1.7 billion in 2000



9



# Performance of Semiconductors
## *€ million*

|  | 1999 | 2000 |
|---|---|---|
| Revenue | 4,557 | 6,812 |
| • % nominal growth | 15 | 49 |
| Income from operations | 614 | 1,346 |
| • as a % of revenue | 13.5 | 19.8 |
| • as a % of net operating capital (RONA) | 23.1 | 35.5 |

**Highlights of 2000**

- 49% nominal top line growth
- Strong Q4: 38% growth versus 99Q4
- Over €2 billion investments in acquisition and expansion of fabs (with ST Micro-electronics and IBM)
- Opened fab in Singapore
- Increased share position in TSMC to 29.4%

Let's make things better.




PHILIPS

# Semiconductors

- **Over €2 billion investments in acquisition and expansion of fabs, including:**
  - **Wafer pilot-line fab with STMicroelectronics (joint investment of $ 700 million) in France**
  - **Acquisition of IBM's MiCRUS wafer fab in the USA**

- **Systems-on-Silicon Manufacturing Company (SSMC) fab in Singapore yielded first silicon**

- **Increased share position in TSMC to 29.4%**

- **Completed integration of VLSI**

*Let's make things better.*





# Performance of Components
## *€ million*

| | 1999 | 2000 | Highlights of 2000 |
|---|---|---|---|
| Revenue | 5,325 | 6,332 | • 120% growth in Optical Storage, and doubling CD-RW capacity |
| • % nominal growth | 1 | 19 | |
| Income from operations | 286 | 569 | |
| • as a % of revenue | 5.4 | 9.0 | • Sale of Discrete and Ferrite Ceramics businesses |
| • as a % of net operating capital (RONA) | 13.7 | 26.5 | • Announced JV with LG in CRT |

*Let's make things better.*




# New Joint Venture with LG

## Creating the #1 Supplier of CRT Tubes World Wide

## Market Share CRT Tubes
*Percent*



| | | |
|---|---|---|
| #1 | Philips + LG | 13  12  **25** |
| #2 | Samsung | **15** |
| #3 | Sony | **12** |
| #4 | Thomson | **7** |

*Let's make things better.*

**PHILIPS**

# Performance of CE
## *€ million*

| | 1999 | 2000 | Highlights of 2000 |
|---|---|---|---|
| Revenue | 12,602 | 14,852 | • Leadership in optical storage with CD-R |
| • % nominal growth | 1 | 18 | |
| Income from operations | 258 | 374 | • Improved position in DVD to market leadership in Europe |
| • as a % of revenue | 2.0 | 2.5 | • Increased transparency by creating dedicated units |
| • as a % of net operating capital (RONA) | 15.7 | 20.7 | • Turnaround in Mainstream |
| | | | • Strong improvement in Monitors |
| | | | • Brand image improvement |

*Let's make things better.*

14




# CD-Recordable Leadership



- Philips #1

- Adopted by all industry players

- Prelude to DVD+RW

*Let's make things better.*



PHILIPS

# Performance of Lighting
## *€ million*

|  | 1999 | 2000 | Highlights of 2000 |
|---|---|---|---|
| Revenue | 4,597 | 5,097 | • Strong growth in Automotive and Specialty Lighting |
| • % nominal growth | 2 | 11 | |
| Income from operations | 602 | 668 | |
| • as a % of revenue | 13.1 | 13.1 | • Strong market demand for Ultra High Power Lamp |
| • as a % of net operating capital (RONA) | 32.7 | 34.7 | • Continuous RONA improvement |

*Let's make things better.*





# Ultra High Power Lamp



*Very strong market demand for UHP Lamp*




# Performance of DAP
## *€ million*

|  | 1999 | 2000 | Highlights of 2000 |
|---|---|---|---|
| Revenue | 1,817 | 2,130 | • Acquisition of Optiva to strengthen Personal Care |
| • % nominal growth | 3 | 17 | |
| Income from operations | 220 | 287 | |
| • as a % of revenue | 12.1 | 13.5 | |
| • as a % of net operating capital (RONA) | 45.1 | 53.5 | • High growth and again improved RONA to 53.5% |

Let's make things better.



PHILIPS

# Performance of Medical
## *€ million*

| | 1999 | 2000[1] | Highlights of 2000 |
|---|---|---|---|
| Revenue | 2,495 | 3,047 | • Achieved leadership in Cardiology through acquisition of Agilent and ADAC |
| • % nominal growth | 27 | 22 | |
| Income from operations | 181 | 169 | |
| • as a % of revenue | 7.3 | 5.5 | • Acquisition of MedQuist |
| • as a % of net operating capital (RONA) | 18.3 | 10.3 | • IFO of €169 mln including €140 mln of goodwill depreciation |

1) Includes MedQuist from Q3 onwards

*Let's make things better.*




# Origin – Atos merger
## *1999 Sales European IT Market, € billion*



Cap Gemini — 4.6
Getronics — 3.7
Atos Origin — Atos | Origin — 2.8
Sema — 2.4
WM Data — 1.6
Logica — 1.3
TietoEnator — 1.2
CMG — 1.0

- Created a leading pan-European IT services company
- De-consolidation from Philips accounts

Let's make things better.

20



PHILIPS

# Where do we stand?

- **All Divisions are strengthened towards market leadership**

*Let's make things better.*

 

# M&A & Investment Activities
## *Totalling € 13 billion, 1996-2000*



**Market Growth**
*CAGR '00-'04*

25% — PCC

Digital Networks

Semiconductors
• *VLSI*
• *MiCRUS, SSMC*

Origin • *Merger Atos*

10% — Components
• *LG.Philips JV*
• *CRT JV*

Specialty Products

5% — PCBA

Medical • *ATL* • *Agilent*
• *MedQ.* • *ADAC*

DAP • *Optiva*

Mainstream

Lighting
• *Lumileds*
• *Small businesses*

0%

-10% — 0.5 — 1 — 1.5

**Philips market share/market share #2**





*Let's make things better.*

# Where do we stand?

- **All Divisions are strengthened towards market leadership**

- **In a much focused portfolio**

*Let's make things better.*

 

# Focus in Businesses 1996-2000

No longer Philips divisions

## Supply

**Components**

**Passive components**
- Ceramics
- Miscellaneous

**Semiconductors**

**Origin**

### Media

**Polygram**

**Philips Media**
- Sport 7
- Superclub
- Software
- UPC (cable operator)
- Infogrames

## Consumer

**Sound & Vision**
- Video
- Audio
- Communications

- Primo
- Bang & Olufsen
- Vision Hire / Radio Rental

**Grundig**

**Car Systems**

**Domestic Appliances**
- Regina

**Lighting**

## Professional

**Business Electronics**
- Datacommunications
- Notebooks

**Industrial Electronics**
- Smart cards
- Industrial X-Ray
- Optoelectronics
- 10 small operating units

**Medical Systems**
- Radiation therapy
- Pie Medical

### Other

**Miscellaneous**
- Mendes Gans
- Philips Financial Services
- Bankgeschaft Heinrich Benke
- Travel agency

*Let's make things better.*

 PHILIPS

# Focus in Divisions 1996 - 2000

**Sound & Vision**

**Car Systems**

**Business Electronics**

**Components**

**Semiconductors**

**Industrial Electronics**

**Lighting**

**Domestic Appliances**

**Medical Systems**

**Polygram**

**Media**

**Origin**

**Grundig**

**13**

**Consumer Electronics**

**Components**

**Semiconductors**

**Lighting**

**Domestic Appliances**

**Medical Systems**

**6**

*Let's make things better.*



**PHILIPS**

# Where do we stand?

- **All Divisions are strengthened towards market leadership**

- **In a much focused portfolio**

- **Which brings us halfway into our step 1, 2, 3 strategy process**

*Let's make things better.*

 **PHILIPS**

# Strategy Process

**Step 1**

> **Regaining financial credibility**

**Step 2**

> **Building a platform for profitable growth**

**Step 3**

> **Transform Philips into a "Technology Company"**





**All financial objectives reached in 2000**

**Moving towards high growth portfolio**

**Becoming a shaper of high growth *technology* businesses**







# Where do we stand?

- **All Divisions are strengthened towards market leadership**

- **In a much focused portfolio**

- **Which brings us halfway into our step 1, 2, 3 strategy process**

**With a top-5 TRS performance versus our peers**

*Let's make things better.*

 PHILIPS

# TRS of the Peer Group
## CAGR Oct 1, 1996 – Feb. 1, 2001



| | |
|---|---|
| Nokia | 94 |
| TI | 54 |
| Tyco | 53 |
| Nortel | 51 |
| Philips | 50 |
| Ericsson | 48 |
| Siemens | 37 |
| IBM | 36 |
| Samsung | 35 |
| GE | 31 |
| Intel | 31 |
| Sony | 23 |
| Marconi | 23 |
| Electrolux | 21 |
| Lucent | 15 |
| NEC | 15 |
| Emerson | 15 |
| Sanyo | 12 |
| Matsushita | 9 |
| Motorola | 7 |
| LG E | 6 |
| Whirlpool | 3 |
| Hitachi | 1 |
| Gillette | 0 |
| Sharp | 0 |

*Let's make things better.*

  **PHILIPS**

# Agenda

**Cor Boonstra**

- **What we accomplished in 2000**
  - Performance
  - Highlights

**Jan Hommen**

- **Financials for FY2000 and Q4**

**Gerard Kleisterlee**

- **Looking ahead**
  - Technology Company
  - Short term issues
  - Medium term outlook

*Let's make things better.*

 

# Net Income
## *€ million*

| | |
|---|---|
| **Net income as published** | **9,602** |
| **Incidentals gains after tax** | |
| • JDS Uniphase | 1,207 |
| • ASML | 2,595 |
| • TSMC | 680 |
| • Beltone | 122 |
| • Ceramic Components | 247 |
| • Atos Origin | 1,072 |
| • Seagram/Vivendi Universal | 1,115 + |
| | **7,038** |
| **Adjusted Net Income** | **2,564** |

Let's make things better.




**PHILIPS**



# ASML
## *Share price May '98 - 2000, €*




Let's make things better.







# Atos
## *Share price 1996 - 2000, €*

Net gain of €1,072 million

Let's make things better.



**PHILIPS**

# Highlights Year 2000

- **Achieved record earnings with double digit growth of EPS 73% - excluding incidental gains**

- **Achieved record RONA of 24.2%, excluding incidentals, meeting our target**

- **Achieved positive cash flow of €592 million**

- **Acquisitions during the year of €3.7 billion**

- **Divestitures during the year of €4.4 billion**

- **Share buy-back to the amount of €1.7 billion**

*Let's make things better.*

 

# Highlights Year 2000 – Continued

- **Sales growth - Nominal 20%, Comparable 11%**

- **Large increase in income from non-consolidated companies, especially TSMC**

- **Continuing restructuring charges to improve our future performance of €203 million**

- **Increase of goodwill and related charges to €466 million from €264 million in 1999**

*Let's make things better.*

 

# Net Income 4th Quarter 2000
## € million

| | |
|---|---|
| Net income as published | **2,792** |
| Incidentals gains | |
| • ATOS Origin | 1,072 |
| • Seagram/Vivendi Universal | 1,115 + |
| | 2,187 - |
| | **605** |
| One-off charges | 197 |
| **Adjusted Net Income** | **802** |





*Let's make things better.*

# One-off Charges 4th Quarter
## € million

| | |
|---|---|
| • Goodwill (ADAC and VCS) | 79 |
| • Provision Jubilee | 55 |
| • Already disposed of activities | 19 |
| • Discontinuation of TDMA activities | 22 |
| • Licenses | 15 |
| IFO Impact | **190** |
| • Less taxation | - 40 |
| | 150 |
| • Taxation TSMC | 47 |
| Net Income impact | **197** |

Let's make things better.




# Highlights 4th Quarter 2000

- Completion of the Atos Origin merger which yielded a one-off gain of €1,072 million

- Completion of the exchange of Seagram for Vivendi Universal shares yielded a one-off gain of €1,115 million

- Acquisition of ADAC completed €437 million

- Acquisition of TSMC Redeemable Preference Shares for €458 million increasing our shareholding in TSMC

- Acquisition of LG Electronics Convertible Redeemable Preference Shares for €505 million

- In December we have seen a weakening of some markets that affected us

Let's make things better.





# Sales Growth
## *Percent*

| | 4th Quarter | | Year | |
|---|---|---|---|---|
| | *1999* | *2000* | *1999* | *2000* |
| Nominal growth (€) | 11 | 15 | 3 | 20 |
| • Consolidation changes | 0 | - 2 | - 2 | 0 |
| • Currency changes | 7 | 10 | 2 | 9 |
| Comparable growth | 4 | 7 | 4 | 11 |
| • Price erosion | - 7 | - 5 | - 8 | - 5 |
| • Volume growth | 11 | 12 | 11 | 16 |







# Performance: Inventory Levels
## *Percentage of MAT Sales*





Let's make things better.

PHILIPS

# Cash Flow
## *€ million*

|  | **2000** | **1999** |
|---|---|---|
| **Cash flow from Operating activities** | **2,996** | 1,913 |
| **Cash flow from Investing** | | |
| • **Capital expenditures** | -3,132 | -1,576 |
| • **Purchase of businesses and assets** | -3,706 | -3,047 |
| • **Sale of businesses and securities** | 4,434 | 787 |
| | ———— + | ———— + |
| | -2,404 | -3,834 |
| **Cash flow before Financing** | **592** | -1,921 |

*Let's make things better.*




**PHILIPS**

# Goodwill Amortization in IFO and Unconsolidated Companies
## € million



Unconsolidated Companies

Goodwill and related charges

| | 1Q99 | 2Q99 | 3Q99 | 4Q99 | 1Q00 | 2Q00 | 3Q00 | 4Q00 |
|---|---|---|---|---|---|---|---|---|
| Total | 20 | 75 | 94 | 75 | 71 | 78 | 117 | 200 |
| Unconsolidated | | | 24 | 25 | 18 | 22 | 42 | 42 |
| Goodwill | 20 | 75 | 70 | 50 | 53 | 56 | 75 | 158 |

Let's make things better.





PHILIPS

# Semiconductors

- **4Q00 IFO was 21.1%, compared 20.5% in 3Q00**

- **Sequential revenue growth of 6% 4Q00 vs. 3Q00**

- **Book-to-bill in the fourth quarter was lower than 1**

- **Price erosion in 2000 on average was 3%. Price pressure increased in Q4, we anticipate it could be 6-7% in 2001**

- **Capex in 2000 was €1.8 billion including the MiCRUS acquisition. For 2001 we are currently planning for €1.4 billion Capex depending on further market developments**

*Let's make things better.*

 

# Semiconductors - Continued

- **Based on a "soft landing" approach we expect the 1Q01 sales to be approx. 15% lower than 4Q00 however approx. 15% above 1Q00.**

- **We expect total 2001 sales to be more than 15% higher than 2000. This means we expect to outgrow the industry due to**
  - **our balanced portfolio (Consumer, Communications, no memory or flash memory products)**
  - **high growth in Networking and Identification**

- **Our expected growth is still consistent with a €10 billion annual run-rate of sales towards the end of 2002.**

*Let's make things better.*



# Components – Flat Display

- **Mobile Display Systems has grown 25% in units (2000 vs. 1999) and 62% in sales value**

- **New organization in Kobe (Japan) now commences production of small color LCD screens**

- **Negative results in large LCD production in Kobe in view of announced discontinuation**

- **Continuing to build up capacity for, predominantly, the wireless phone and PDA market**

*Let's make things better.*




# Components – Display Components

- IFO in 4Q00 of approximately 7.5% in spite of
  - weaker Monitor tube business
  - weaker TV tube business in the USA and Asia excluding China
- JV with LG Electronics expected to be completed by the end of the second quarter
- Outlook remains difficult for the coming months
- Capex plans are being reduced
- Announced restructuring plans being accellerated




# Components – Optical Storage

- **Small loss in the quarter compared to an IFO of approximately 12% in 3Q00**

- **Significant slowdown in CD-Rewritable with December sales in units being 50% of sales in September, as a consequence of slow-down in PC markets**

- **Short-term action taken to reduce headcount and rephase capacity expansion**

- **Beyond the short-term we continue to expect significant growth in the future**





*Let's make things better.*

# Consumer Electronics - Mainstream

- **Solid growth of sales in Europe and Latin America, however a slight decline in NAFTA**

- **The IFO continues on an improving trend benefiting from the recent organisational changes which led to a better bottom line accountability**

- **Significant improvement in the monitors business particularly improved productivity and product mix**

- **Continuing improvement in Audio**

- **Continuing R&D investments for market leadership in DVD and DVD+RW**

- **Continuing investments in E-commerce and brand equity**

*Let's make things better.*





# Consumer Electronics – Continued

**Digital Networks**
- 32% Nominal sales growth 4Q00 vs. 4Q99
- Penetrated new major accounts, roll-out delayed
- €22 million additional obsolescence charge

**PCC**
- 4Q00 GSM unit sales increased by 65%
- Discontinuance of TDMA activity created a loss of € 22 million in the quarter
- Continuing readjustment of the cost base
- 4 new products to be introduced Q2, including one GPRS product

**Specialty Products**
- 22% nominal sales growth 4Q00 vs. 4Q99
- Results include restructuring charges for speech and a one-time charge for VCS
- Reorganization effective February 1

*Let's make things better.*




# Lighting

- **Strength in Eastern Europe and Asia compensates weakness in the USA in the last quarter**
- **Market growth remains limited with increased competition and some price erosion**
- **Automotive & Special Lighting strong growth of 12-13% and expanding capacity**
- **Underlying improvement programs continue to move ahead with additional restructuring required in 2001**
- **IFO includes €12 million charge in 4Q00 for a one-time Jubilee provision**





*Let's make things better.*

# Medical Systems

- Results for the quarter were ahead of expectations after allowing for charges of €44 million totally of in-process R&D for ADAC, adjustment of ATL and MedQuist goodwill

- ATL was profitable for the whole year after goodwill, in line with the original plan

- The completion of the acquisition of the medical business of Agilent is expected before the end of the second quarter.

- The annual IFO shows a considerable underlying increase, after adjusting for the above, even after increasing R&D expenditure by €35 million to improve our position mainly in Magnetic Resonance and Computer Tomography

- The order book has increased on a comparable basis over a year ago by 12% which indicates a higher sales growth rate

*Let's make things better.*



# Domestic Appliances & Personal Care

- **Nominal growth of 19% 4Q00 vs. 4Q99**

- **IFO of 16% in 4Q00 compared to 14% in 4Q99**

- **Optiva acquisition completed and integration process is in line with the plan**

- **Product range rationalization continues**





# Summary Conclusion

- We had a good fourth quarter

- Slow-down in PC and Telecom market growth temporarily creating overcapacity impacting our Components and PCC business

- In CE making progress with turnaround for Mainstream, while Digital Networks and Speech are issues being addressed

- Although slower growth, Semiconductors is expected to outperform the market

*Let's make things better.*

 PHILIPS

# Agenda

**Cor Boonstra**

- What we accomplished in 2000
  - Performance
  - Highlights

**Jan Hommen**

- Financials for FY2000 and Q4

**Gerard Kleisterlee**

- Looking ahead
  - Technology Company
  - Short term issues
  - Medium term outlook

Let's make things better.

 

# Looking Ahead

- **Philips is now a financially robust company. We will continue our commitment to outperformance and achieving Best in Class**

- **To do so we are continuing to build the Philips Group into a technology company with a strong brand and cash flow**

- **We are increasing our medium term targets to new levels of performance, while remaining cautious for 2001**

Let's make things better.



# Strategy Process

**Step 1**

Regaining financial credibility

**Step 2**

Building a platform for profitable growth

**Step 3**

Transform Philips into a "Technology Company"



**All financial objectives reached in 2000**



**Moving towards high growth portfolio**

**Becoming a shaper of high growth *technology* businesses**







# Objective of the Philips Group

**Position Philips as a
high growth technology company and
do what is 'best' for each business,**

*'best' meaning to achieve
profitable growth with
sustainable market leadership positions
that further create shareholder value,*

**consequently adapting the structure and
composition of the Group**

*Let's make things better.*

 

# Technology Leadership Areas

## Connectivity
**Examples:**
- Wireless handsets
- Set-top boxes
- Bluetooth ICs

## Digital Video
**Examples:**
- TV/DVD
- Set-top boxes
- TriMedia / Nexperia
- RF Tuners

## Display
**Examples:**
- Consumer TV
- One Chip TV
- LG.Philips
- Light Engines
- 3D Medical Imaging

## Storage
**Examples:**
- Audio/DVD
- Optical Storage modules
- Consumer ICs

*Let's make things better.*

60





# Philips in Display



**#3** in CRT Consumer TV

**#1** CRT tubes for consumer TV
**#3** CRT for monitors

**#1** in One chip TV ICs

**#2** in LCD Monitor

**#1** in AM LCD panels

**#3** Display driver ICs

Let's make things better.



**PHILIPS**

# Philips in Storage



**#4 in Optical Storage Data**

**#1 in CD Recordable**
**#5 In DVD, #1 in Europe**

**#3 in Optical Modules**

**20% market share in optical storage ICs**

*Let's make things better.*



**PHILIPS**

# Philips in Digital Video Platform



**#5 in DVD**

**#3 ICs for Digital CE (overall)**

**# 3 Digital Set Top Boxes (STBs)**

**#3 in ICs for digital video**

Let's make things better.

**PHILIPS**

# Philips in Connectivity

**Leader in Bluetooth modules**

**#1 in RF ICs**
**#3 in baseband ICs**

**#11 in Mobile phones**

**#1 in Mobile display**

*Let's make things better.*




# Invested Capital Trend
## *€ billion; Percent*



100% =   12.7      11.5      15.7      24.7

| | | | | |
|---|---|---|---|---|
| | 57 | 53 | 39 | 32 | Other businesses |
| | 43% | 47 | 61 | 68 | High Growth Technology |
| | 1997 | 1998 | 1999 | 2000 | |

Let's make things better.



**PHILIPS**

# High Growth Technology
## 2000, Excluding extraordinary items

**Earnings per share**
*Percent*

**Nominal revenue growth**
*Percent*



High growth technology **77%**



High growth technology **35%**

Other businesses **23**

Other businesses **6**

Total **100**

Philips:
A high-growth technology company with a strong cash flow

Let's make things better.



PHILIPS

# Philips: a Technology Company

- Research, Semiconductors, Components, and parts of Consumer Electronics are at the heart of the High Growth Technology Company

- Lighting is a world leader and growth will come from better performance and technology driven innovation

- Medical Systems is a technology driven business with growth opportunities from our recent investments

- DAP is a mix of brand businesses with some important technology components  (e.g., Shavers and Dental Care)

### … with a strong Brand and Cash Flow

*Let's make things better.*

 

# Building the Company

- **Continued focus on performance to maintain precious financial credibility**

- **Flexible structures to support the development of our businesses**

- **Stimulating opportunities between businesses**

*Let's make things better.*

 **PHILIPS**

# Focus on Performance

We will be highly critical of low growth, low return businesses lacking market leadership

Let's make things better.

 

# Short Term Issues

- **Overall CE profitability and focus**
  - **PCC**
  - **Digital Networks**
  - **Speech**
  - **Specialty Products**

- **Components, as a consequence of slower growth in PC and Telecom markets and overcapacity for Flat Panel Displays**

Let's make things better.



# Outlook 2001

**Market Developments may slow down Earnings**

- Slow-down in worldwide economic activity, in particular the USA

- Temporary oversupply PC and Telecom markets, in the first half of 2001

**Our Actions consistent with Strategy**

- Control Capex on a level below fiscal year 2000

- Continue to support high growth opportunities, also with acquisitions

- Improving operational efficiency

- More attention to a closer cooperation between businesses

- Further tightening business controls

*Let's make things better.*




# New Group Objectives

**1996-2000**

- Double digit growth in Earnings per Share



- RONA above 24%



- Positive cash flow



**Medium Term**

- Sales growth above 10% on average per annum

- Income from Operations from 7.7% to 10% of sales

- 15% growth in Earnings per Share on average per annum

- RONA above 30%

- Positive cash flow

*Let's make things better.*



