# EXHIBIT 18

# Product Profile: CRTs— Televisions

## Contents

| | |
|---|---|
| Summary | page 1 |
| Introduction | page 2 |
| Product Flow | page 3 |
| End-of-Life Management | page 7 |
| Industry Profile | page 7 |
| Product Trends | page 12 |
| Sources | page 13 |
| Appendix 1 | page 15 |
| Appendix 2 | page 19 |

# Summary

Cathode ray tubes (CRTs), including televisions, each contain from 3 to 8 lbs of lead, plus mercury, cadmium, and phosphorous. About one-third of all waste electrical and electronic equipment is from CRTs, yet they represent as much as 80% of the toxic metals in discarded electronics.

Except for the largest TVs, which are expensive to ship, most TVs are manufactured in Asia. Based on available data, annual TV shipments to Oregon are estimated to be more than 300,000. The existing stockpile of TVs is estimated to exceed 2.5 million. It is not known how may TVs are disposed in Oregon. National figures for television disposal are not collected. In Oregon's waste composition studies, TVs are included in Brown Goods. No data on the proportion of TVs in Brown Goods is available. It is expected, however, that at a minimum TV disposal exceeds 3,600 tons per year.

According to a major study of electronics recycling, only 29,000 TVs were recycled in the entire nation in 1998. The consultant team identified only one Oregon facility that will accept televisions for recycling—**Earth Protection Services**. This program began January 1, 2001, but has not received any televisions yet. Donation opportunities exist for working models through Goodwill Industries, Salvation Army, and St. Vincent DePaul.

# Introduction

The goal of this project was to collect data that would inform state decision-makers about the impacts and amount of specific products of interest on the state's environment in order to assist in the development of waste management policies to address these products.

The specific project objectives include:

- Collect specific information about the manufacture, distribution, use, and end-of-life management in Oregon of the specified products.
- Document information about the major companies involved in each stage of the product life cycle.
- Quantify the flow of each product at different stages in their life-cycle in Oregon.
- If possible, document the impact of current product life cycles on the environment in Oregon.

Several elements make cathode ray tubes (CRTs) a solid waste concern. A major component of CRTs is leaded glass, plus mercury, cadmium, and phosphorous. The glass in CRTs contains from 3 to 8 lbs of lead—as much as 25% of the total weight. The Massachusetts Department of Environmental Protection reports that about one-third of all waste electrical and electronic equipment is from CRTs, yet they represent as much as 80% of the toxic metals in discarded electronics. This explains why environmental management agencies have put special emphasis on recovery and recycling for CRTs.

Two of the major uses for CRTs are computer monitors and televisions. These two products occupy significant places in American homes and businesses. Televisions have been in major use for five decades, and sales of TVs throughout this period have increased. Computer monitor sales don't parallel computers exactly, but they have also increased rapidly during the past decade. An important issue in management of older "waste" monitors and TVs is the tendency of people to keep older units in storage (e.g., basements, attics, etc.) for extended periods. A related concern is that as television technology evolves from analog to digital high-definition television (HDTV) formats that vast numbers of older, stored analog sets will suddenly be disposed into the municipal solid waste (MSW) stream.

The consultant team's research about CRTs involved several strategies. The team investigated product and market information from recent industry and government resources. Numerous reports about computer waste and recycling were researched. Direct contact and interviews were conducted to get a better understanding of the industry and the flow of product into the state. The consultants sought information about the volumes of product flow from industry sources. The interview process worked most effectively to get information about end-of-life management practices. Specific Oregon sales data was not found from any sufficient number of businesses to be relevant.

As shown in the sections that follow, the consultant used national market data to establish estimates of the volumes of CRTs entering Oregon. Estimates of the amounts of computer waste (computers, monitors, and peripherals) generated and disposed have been established from published data and from waste composition studies completed by Oregon DEQ. The most recent waste data is from 1998. The consultant team investigated the wide array of management options for CRT waste.

Finally, the team prepared an industry profile that details the national and Oregon state companies involved in the manufacture, distribution, and sale of CRTs. The industry profile is summarized in a series of tables and in accompanying appendices.

The same problems that the consultant team found in researching CPUs—confusion about definitions of components and products and the worldwide complexity of the electronics industries—affected the research objectives regarding CRTs.

# Product flow

According to the Microelectronics and Computer Technology Corporation (MCC), there are three groups of electronic displays used in the consumer realm. "The largest displays (>40 inches) are generally in projection format, and thus consume relatively small material volumes; they are also produced in relatively small unit volumes. The smallest displays (<5 inches) are produced in large volumes (over 1.6 billion units in 1998), but tend to be part of larger systems (e.g., appliances, stereos) and so are a relatively small part of the overall material volume. It is in the middle sizes (5 to 40 inches) that the display material volume is a large fraction of the system, and unit volumes are significant." These are the TVs and computer monitors.

According to the Census Bureau, 98% of all U.S. households (97 million households) have at least one TV; and more than a third have two or three TVs. Stanford Resources estimates that sales of TVs will reach nearly 28 million in 2001. The table that follows shows the estimated shipments of both direct view and projection TVs in the U.S. Note: each projection TV uses 3 CRTs

**TABLE CRT 4: U.S. CRT TV Shipments (millions of units)**

|            | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|------------|------|------|------|------|------|------|------|------|------|------|
| Direct V   | 24.1 | 24.5 | 24.6 | 23.6 | 23.7 | 24.7 | 25.9 | 26.4 | 25.9 | 26.3 |
| Projection | 0.6  | 0.6  | 0.9  | 1.0  | 1.0  | 1.1  | 1.2  | 1.3  | 1.4  | 1.5  |

Source: Stanford Resources, Inc., *Television Systems*, 1998 (figures for 1999-2003 are forecasts).

CRT Table 5 applies Oregon population data to the U.S. shipments to estimate the number of CRT TVs shipped to Oregon.

**TABLE CRT 5: Oregon CRT TV Shipments (thousands of units)**

|            | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|------------|------|------|------|------|------|------|------|------|------|------|
| Direct V   | 289  | 294  | 295  | 283  | 284  | 296  | 311  | 317  | 311  | 316  |
| Projection | 7.2  | 7.2  | 10.8 | 12.0 | 12.0 | 13.2 | 14.4 | 15.6 | 16.8 | 18.0 |

The stockpile of televisions in Oregon is likely very large. According to the Census Bureau, the number of Oregon households in 1990 equaled 1,105,362. A recent survey of household appliance ownership by homeowners in the United Kingdom found there were 2,382 televisions for every 1,000 UK households. Using this data, Oregonians would have a "stockpile" of about 2,633,000 televisions in their homes. This would not account for TVs in use in businesses. Hotels and motels and hospitals are major users of televisions.

From another perspective, the average total lifespan of CRT TVs is estimated to be 6 to 7 years. Using the data about shipments from the past decade, the potential stockpile of direct view CRT TVs in Oregon could be 2,052,000 units, and of projection CRT TVs could be 76,800 units. It appears clear that the stockpile of televisions well exceeds 2 million units.

Waste generation estimates for TVs are not well established. Some years ago, the Microelectronics and Computer Technology Corp., a trade research group, estimated that 300,000 tons per year of computers were disposed annually in the U.S., with "approximately the same amount of TVs." On a per capita basis, using these estimates, Oregon's generation of waste computers would be 3,600 tons. As reported earlier, however, current estimates of the rapidly increasing generation of computer and monitor waste in Oregon are reaching 10,000 to 18,000 tons per year. Massachusetts DEP predicts that television discards may increase by four times as the advent of HDTV formats takes hold in the marketplace.

Televisions are included in the "Brown Goods" category in Oregon's waste composition analysis. Brown Goods represented 0.30 to 0.62 percent of the waste stream (at the 90% confidence level). In 1998, Brown Goods would represent from 8,100 to 16,740 tons of waste. It is not known how much of that could be from televisions.

Few TVs are recovered for recycling. The Baseline Report indicates that in 1998, only 29,000 televisions were recycled. Compared with the number of sets shipped that same year, this category of electronic equipment has the largest discrepancy between shipments and recycling. "This discrepancy likely results from the long lifespan of televisions, the

lack of information available to consumers about recycling televisions, and the very low value of materials received from recycled CRT TVs."

CRT Figure 2, on the following page, provides a simple diagram of the flow of television CRT products in the state, beginning with manufacturing, then through the wholesale and retail distribution chain to residents and businesses. The major end-of-life management methods are shown as well.

**CRT FIGURE 2: Estimated Television Flows in Oregon**



# End-of-life management

The consultant team identified one facility in the state of Oregon that will accept televisions for recycling—**Earth Protection Services** in Lake Oswego. They charge a weight-based fee for shipping and handling. The collected material is shipped to their material handling facility in Phoenix, then to another processor in the Phoenix area. This program began January 1, 2001, but has not received any televisions yet. Donation opportunities exist for working models through Goodwill Industries, Salvation Army, and St. Vincent DePaul.

Waste Management is planning to expand their E-Scrap system in the Portland area. This service of their Asset Recovery Group accepts televisions as well as other electronic equipment and has been implemented in other places throughout the country. Waste Management has seven processors for E-Scrap recovery nationwide.

Television repair shops in Oregon were interviewed to determine individual handling practices. These professionals report that most lower-cost electronic equipment, including many smaller televisions and VCRs, are not taken to repair shops. Because the repair costs can quickly equal the cost of a new unit, owners tend to treat these items as disposable. The majority of shop owners interviewed landfilled their material. One shop in the sampling donates some televisions to an entrepreneur who takes them to Mexico for repair. These sets are reportedly brought back to the U.S. for resale.

# Industry profile

## CRT Manufacturing

The majority of CRT display/monitors and small TV CRTs (less than 19 inches) manufacturing takes place outside of the United States.  Due to the high cost to transport heavy displays, some 19-inch or larger TV CRTs are made in the U.S.  According to a 1997 U.S. Census Bureau Report, electron tube manufacturing occurs in California, Florida, Massachusetts, New Jersey, New York, Ohio and Pennsylvania.

Data for 1997 show that Asia (excluding Japan) produced 54 percent of all color TVs and 79 percent of all CRT monitors.  Taiwan has the highest concentration of CRT manufacturers, accounting for 33.6 percent of total world production in 1996.  Japan supplies 10 – 15 percent of CRTs produced worldwide, primarily 17 inch and larger. Other major sites for CRT monitor production include Korea and China.

Table CRT 6 shows production figures per region for 1997 and projections for 1998 and 2000. In 1997, the United States accounted for 1.9% of CRT production. Microelectronics and Computer Technology Corporation (MCC) projected that in the year 2,000 the U.S. would increase to 2.5% of the total market.

According to the U.S. Census Bureau approximately 3,000,000 CRTs were manufactured in 1999 in the U.S. which is higher than 2000 projections shown in table CRT 6. Of those 3,000,000 CRTs manufactured in the U.S., about 850,000 were exported and an additional 38,000,000 were imported for consumption.

**TABLE CRT 6: Color CRT Monitor Production by Region (in thousand units)**

| Location | 1997 | 1998* | 2000* |
|---|---|---|---|
| Europe | 4,800 | 5,300 | 6,000 |
| North America | 1,500 | 1,800 | 2,400 |
| Asia | 60,000 | 65,000 | 75,000 |
| Japan | 8,000 | 9,000 | 10,000 |
| So-Central America | 1,900 | 2,500 | 3,200 |
| *Total* | *76,200* | *83,600* | *96,600* |

Note: * are projected figures
CRT includes both computer CRTs and Television CRTs
**Source:** The Future of Liquid Crystal and Related Display Materials, Fuji Chimera Research, 1997 as shown in *Computer Display Industry and Technology Profile* by Microelectronics and Computer Technology Corporation (MCC) and EPA

CRT monitors are distributed by manufacturers through many routes. They may be sold under the manufacturer's name through retail stores, original equipment manufacturers (OEMs) or other system retailers, such as Compaq. The following manufacturers and retailers are major contributors to CRT production: Acer, Apple, Compaq, CTX, Dell, Digital, Eizo, Hitachi, Hewlett Packard, IBM, Iiyama, LG, MAG, Mitsubishi, NEC, Nokia, Panasonic, Samsung, Sharp, Siemens Nixxdorf, Sony, Toshiba and Viewsonic.

Table CRT 7 shows United States market share per CRT monitor brand name for 1997. Some companies are under-represented due to product end names (i.e. Sony monitors are manufactured for Dell, but called Dell monitors). Table CRT 8 shows the 1996 industry market share for main color CRT monitor-tube manufacturers.

**TABLE CRT 7: U.S. Market Share for CRTs by Top Brand Names**

| Company | Market Share |
|---|---|
| Compaq | 10-12% |
| Dell | 8-10% |
| Packard Bell | 6-8% |
| Gateway 2000 | 6-8% |
| IBM | 4-6% |
| Viewsonic | 4-6% |
| NEC | 4-6% |
| CTX | 4-6% |
| Sony | 2-4% |
| Acer | 2-4% |

CRT includes both computer CRTs and Television CRTs
Source: Adapted from Stanford Resources, 1997 as shown in *Computer Display Industry
and Technology Profile* by Microelectronics and Computer Technology Corporation
(MCC) and EPA.

**TABLE CRT 8: World Market Share (Color CRTs) by Top Brand Names**

| Company | Market Share |
|---|---|
| Hitachi | 20% |
| Sony | 10-15% |
| Samsung | 10-15% |
| Chunghwa | 10% |
| Matsushita | 5-10% |
| Toshiba | 5-10% |
| Philips | 5-10% |
| Lucky Goldstar | 5-10% |

Source: Adapted from Stanford Resources, 1997 as shown in *Computer Display Industry
and Technology Profile* by Microelectronics and Computer Technology Corporation
(MCC) and EPA.

The U.S. has only a handful of manufacturers of color monitor tubes and a few
companies that produce CRT parts (i.e., Thomson, Techneglas and Corning manufacture
CRT glass).

Based on NAICS information, the consultant created table CRT 9.  The NAICS code that
includes the manufacturing of CRTs is 334411, "Electron Tube Manufacturing."  This
category includes the following items: cathode ray tubes, klystron tubes, magnetron tubes
and traveling wave tubes.  Note, there are no electron tube manufacturers in Oregon.

**TABLE CRT 9: Electron Tube Manufacturing for 1997**
NAICS code: 334411 / SIC code: 3671

|  | *U.S.* | *Oregon* |
|---|---|---|
| **Industry Sales – All Products** | $3,825,058,000 | ND |
| **Employees** | 21,699 | 0-19 |
| **Payroll** | $730,071,000 | ND |
| **Establishments** | 158 | 2 |

Notes:  ND = not disclosed to protect confidentiality of information on individual companies.
Source:  U.S. Census Bureau Publications: *Manufacturing Industry Series* for U.S. and for Oregon and *County Business Patterns* for Oregon

Businesses that made up 80% of U.S. electron tube sales in 1998 are listed in table CRT 10.  These businesses do not necessarily manufacture only CRTs since the SIC category of "Electron Tube Manufacturing" includes other types of electron tubes. The consultant could not determine how much of this business activity was specific to TVs versus computer monitors or other CRT displays. None of these businesses is located in Oregon.

**TABLE CRT 10: Electron Tube Manufacturers in U.S. for 1998**
NAICS code: 334411 / SIC code: 3671

| *Company* | *City* | *State* | *Sales Volume (million $)* | *Number of Employees* |
|---|---|---|---|---|
| Varian Associates Inc. | Palo Alto | CA | $1,599 | 6,700 |
| Zenith Electronics Corp. | Glenview | IL | $1,288 | 15,900 |
| Rauland Div | Melrose park | IL | $450 | 3,000 |
| Philips Display Components | Ann Arbor | MI | $270 | 1,800 |
| Richardson Electronics Ltd. | Lafox | IL | $255 | 700 |
| Toshiba Display Devices Inc. | Horseheads | NY | $220 | 1,500 |

Source for National Data: *Wholesale and Retail Trade USA*, Second Edition

## TV Wholesalers

"Electrical Appliance, Television, and Radio Set Wholesalers", SIC code 421620, comprises businesses involved in wholesaling household-type electrical appliances, room air-conditioners, gas clothes dryers, and/or household-type audio or video equipment. Examples of items wholesaled in this category include the following: television sets, electric water heaters, radios, refrigerators, sewing machines, video cameras.

In 1997, there were approximately 4,000 U.S. wholesalers included in the SIC code 421620.  Oregon had approximately 40 businesses in this category as shown in table CRT 12.

**TABLE CRT 12: Electrical Appliance, Television and Radio Set Wholesalers for 1997**
NAICS code: 421620 / SIC code: 5064

|  | *U.S.* | *Oregon* |
|---|---|---|
| **Industry Sales – All Products** | $54,683,947,000 | $282,433,000 |
| **Employees** | 50,922 | 663 |
| **Payroll** | $2,079,747,000 | $20,396,000 |
| **Establishments** | 3895 | 40 |

Source: U.S. Census Bureau Publications: *Manufacturing Industry Series* for U.S. and for Oregon and *County Business Patterns* for Oregon


The largest wholesalers in the TV category in the U.S. and the largest ones in Oregon are listed in table CRT 13.  The U.S. manufacturers are included for comparative purposes. Also the large U.S. wholesalers likely do business in Oregon as well. Since this SIC category includes a variety of products, not all of these businesses can be assumed to be strictly television wholesalers.  The U.S. information shows the top businesses comprising 80% of the total sales for 1997.  The Oregon information shows the top sales wholesalers from a database obtained from Qwest.  The complete list of all 75 businesses found by the Qwest web search are listed in TV Appendix 1.


**TABLE CRT 13: Electrical Appliance, Television, and Radio Set Wholesalers in 1997**
NAICS code: 421620 / SIC code: 5064

| *Company* | *City* | *State* | *Sales Volume (million $)* | *Number of Employees* |
|---|---|---|---|---|
| **Top U.S. Electrical Appliance, Television, and Radio Set Wholesalers** | | | | |
| Tatung Company of America | Long Beach | CA | 45,000 | 25,000 |
| Matsushita Electric Corporations | Secaucus | NJ | 7,400 | 20,000 |
| Amway Corp. | Ada | MI | 7,000 | 14,000 |
| Mitsubishi Electronics America | Cypress | CA | 4,400 | 3,000 |
| **Electrical Appliance, Television and Radio Set Wholesalers in Oregon** | | | | |
| North Pacific Supply | Clackamas | OR | 100-500 | 100-249 |
| W L May & Co | Portland | OR | 100-500 | 50-99 |
| Voice-Mail | Salem | OR | 20-50 | 20-49 |
| Northwest Wholesale | Portland | OR | 20-50 | 10-19 |

| Dist. | | | | |
|---|---|---|---|---|
| G & C Distributing Co. | Portland | OR | 10-20 | 50-99 |
| Schetky Northwest Sales Inc. | Portland | OR | 10-20 | 20-49 |
| Mosee Brothers Appliance | Portland | OR | 10-20 | 10-19 |
| Reliable Parts Inc. | Portland | OR | 10-20 | 10-19 |

Source for National Data: *Wholesale and Retail Trade USA,* Second Edition
Source for Oregon Data: Database from Qwest


## TV Retailers

Like computer monitors, TVs are sold by many methods, in small retail shops, at large retail chain stores, in department stores, in outlets specializing in electronics equipment, in "video only" stores, through catalogs, and on-line.

The consultant was able to obtain a list of Oregon Television Dealers (new and used) through the Qwest Dex website.  This listing is included in TV Appendix 2.


# Product Trends

During the past two decades computer monitor CRTs have been replaced in increasing numbers by liquid crystal display (LCD) and flat panel display (FPD) monitors. According to the Microelectronics and Computer Technology Corp. (MCC), there are a number of flat panel display technologies, but most (about 85%) are liquid crystal displays. Of all the uses for LCDs, computer displays make up between 55% - 65%.

As mentioned previously, the advent of high-definition television (HDTV) threatens to create a flood of discarded analog televisions in a short period of time. According to Massachusett's CRT/Electronics Recycling Strategy, the impact could be enormous. "Waste volume will rise as the small business, institutional and residential sectors become less willing to repair or buy used electronics, and begin cleaning out the outmoded electronics from storage. As schools eventually discard their "donated" equipment and second-hand consumers are forced to buy "digital converter boxes" for used televisions, DEP expects several decades' worth of stored equipment—an estimated 500,000 tons—to enter the waste stream in a relatively compressed period of time (between five and 15 years)."

# Sources

- *Electronic Product Recovery and Recycling Baseline Report: Recycling of Selected Electronic Products in the United States,* Stanford Resources, Inc., for National Safety Council's Environmental Health Center, May 1999.
- Computer Display Industry & Technology Profile, Colleen Mizuki and Gloria Schuldt, Microelectronics and Computer Technology Corporation, 1999.
- "DEP's 1998 CRT/Electronics Recycling Strategy, Infrastructure Development Plan," Massachusetts Department of Environmental Protection, May 1998
- "Florida's Strategy for the Management of End of Life Cathode Ray Tubes (CRTs), Computers and Other Electronic Equipment," discussion paper, September 2, 1999.
- "Reclaiming End-of-Life Cathode Ray Tubes (CRTs) and Electronics: A Florida Update, John L. (Jack) Price, Hazardous Waste Management Section, Florida Dept. of Environmental Protection, November 1999.
- "Used T.V. & Computer Recycling & Management in Florida: A Resource Guide," Southern Waste Information eXchange, Inc., September 1999.
- "Electrical & Electronic Equipment: Prospects for Household Appliances," The Warmer Bulletin, 2000
- "Old Computers now today's waste problem", by Trevor Maxwell, *Oregonian,* August 6, 2000
- "Our Legacy: Computer Junk", by John C. Dvorak, *PC Magazine,* February 6, 2001
- "High-tech trash causes waste worry", by Louise Knott Ahern, *The Detroit News,* September 13, 2000.
- "Rhode Island to Establish Nation's First Statewide Computer Recycling Program", by Brook Raflo, *Waste Age,* January 2001

Quantum Resource Recovery, 503-646-2427. Contact name: Kent Dunn
Computer Drive Connection, Inc., 503-992-0180. Contact name: Brad Franklin
Earth Protection Services, 503-620-2466.
Rhode Island Resource Recovery Corporation
Northeast Recycling Council, 802-254-3636
Waste Management Asset Recovery Group, 510-563-4214. Contact name: Kevin McCarthy
Lane County, 541-682-4339. Contact name: Tanya Baker
Bring Recycling, 541-746-3023. Contact name: Julie Daniel
Goldsmith Group, 317-710-0385. Contact name: Eric Goldsmith
StRUT, 503-251-3771. Contact name: Greg Sampson
BF-2 Metals, 541-683-2511. Contact name: Steve Root
Free Geek, 503-232-9350. Contact name: Phillip Santo
Northwest Microtechnics, 503-697-5010.
Oregon Public Networking, 541-484-9637. Contact name: John Crider

Share Technology—http://sharetechnology.org/
IBM Computer Recycling—www.ibm.com/ibm/environment/
Compaq Computer Recycling—www.compaq.com
Dell Computer Recycling—www.dell.com/us/en/hied/services/asset
Micron PC Recycling—www.micronpc.com/programs/mpower/ind recycle.html
Electronic Industries Alliance—www.eia.org
Northeast Recycling Council—www.nerc.org/electpolicy
National Safety Council—www.nsc.org/ehc/epr2
NRC Electronics Recycling Initiative—www.nre-recycle.org/programs/electronics
EPA—www.epa.gov
Minnesota—www.moea.state.mn.us
King County—www.metrokc.gov/swd/CRP.htm
Florida—www.dep.state.fl.us
Northwest Product Stewardship Council—www.govlink.org/nwpsc
International Association of Electronics Recyclers—www.iaer.org
Institute of Electrical and Electronics Engineers, Inc.—www.ieee.org
Electronic Industries Alliance Environment Consumer Education—www.eiae.org
Oakland County, Michigan's recycling efforts—www.detnews.com/
2000/technology/0009/13/a01-119191.htm

**Television repair shops**
PRO TV & Video Services, 503-643-8057
Sylvan Electronics, 503-292-1244
Martha Lake Electronics Inc, 503-648-2343
Palmer Electronics, 503-288-5356
Ace Electronics and Repairs, 503-772-9761

# TV Appendix 1

**Wholesalers: Electrical Appliances, Televisions and Radio Sets (includes TV sets)-5064**

**National:**

| SIC Code | Company Name | Address | City | State | Phone | Sales (million $) | Number of Employees |
|---|---|---|---|---|---|---|---|
| 5064 | Tatung Company of America | 2850 El Presidio St. | Long Beach | CA | 310-637-2105 | 45,000 | 25,000 |
| 5064 | Matsushita Electric Corporation | 1 Panasonic Way | Secaucus | NJ | 201-348-7000 | 7,400 | 20,000 |
| 5064 | Amway Corp. | 7575 Fulton St. E. | Ada | MI | 616-787-6000 | 7,000 | 14,000 |
| 5064 | Mitsubishi Electronics America | PO Box 6007 | Cypress | CA | 714-220-2500 | 4,400 | 3,000 |

**Oregon:**

| SIC Code | Company Name | Address | City | Zip Code | Phone | Sales (million $) | Number of Employees |
|---|---|---|---|---|---|---|---|
| 506404 | NORTH PACIFIC SUPPLY | 16250 SE EVELYN ST | CLACKAMAS | 97015 | 503/656-2940 | 100 - 500 | 100 - 249 |
| 506401 | W L MAY & CO | 1120 SE MADISON ST | PORTLAND | 97214 | 503/231-7000 | 100 - 500 | 50 - 99 |
| 506438 | VOICE-MAIL | 660 HIGH ST NE | SALEM | 97301 | 503/370-2861 | 20 - 50 | 20 - 49 |
| 506418 | NORTHWEST WHOLESALE DISTR | 11427 SE FOSTER RD | PORTLAND | 97266 | 503/232-7114 | 20 - 50 | 10 - 19 |
| 506404 | G & C DISTRIBUTING CO | 5010 NE OREGON ST | PORTLAND | 97213 | 503/288-0221 | 10 - 20 | 50 - 99 |
| 506406 | ALBANY LEBANON SANITATION | PO BOX 1929 | ALBANY | 97321 | 541/928-2551 | 10 - 20 | 50 - 99 |
| 506406 | SCHETKY NORTHWEST SALES INC | 6435 NE COLWOOD WAY | PORTLAND | 97218 | 503/287-4141 | 10 - 20 | 20 - 49 |
| 506401 | MOSEE BROTHERS APPLIANCE | 1134 SE STARK ST | PORTLAND | 97214 | 503/771-6792 | 10 - 20 | 10 - 19 |
| 506401 | RELIABLE PARTS INC | 3103 SE DIVISION ST | PORTLAND | 97202 | 503/239-6050 | 10 - 20 | 10 - 19 |
| 506401 | OLDFIELD'S | 1465 W 7TH AVE | EUGENE | 97402 | 541/343-2066 | 5 - 10 | 20 - 49 |

| 506411 | SELECTRON INC | 7225 SW BONITA RD | TIGARD | 97224 | 503/639-9988 | 5 - 10 | 20 - 49 |
|--------|---------------|-------------------|--------|-------|--------------|--------|---------|
| 506401 | MERIT'S SERVICE CTR | 1407 OWENS ST | KLAMATH FALLS | 97601 | 541/882-3429 | 5 - 10 | 5 - 9 |
| 506401 | NOR-MON DISTRIBUTING INC | 1134 SE STARK ST | PORTLAND | 97214 | 503/234-6215 | 5 - 10 | 5 - 9 |
| 506401 | SPENCER'S APPLIANCES | 7115 NE GLISAN ST | PORTLAND | 97213 | 503/254-7977 | 5 - 10 | 5 - 9 |
| 506404 | ROTH DISTRIBUTING CO | 6777 SW BONITA RD # D100 | TIGARD | 97224 | 503/968-1793 | 5 - 10 | 5 - 9 |
| 506401 | RIEGELMANN'S APPLIANCE | 301 E POWELL BLVD | GRESHAM | 97030 | 503/665-4158 | 2.5 - 5 | 20 - 49 |
| 506406 | DEWALD NORTHWEST CO | 33710 OAKVILLE RD SW | ALBANY | 97321 | 541/926-5578 | 2.5 - 5 | 20 - 49 |
| 506404 | NORTHWEST VIDEO & ELECTRONICS | 12035 SE STARK ST | PORTLAND | 97216 | 503/655-6754 | 2.5 - 5 | 10 - 19 |
| 506406 | PCI WASTE & RECYCLING SYSTS | 9180 SE 74TH AVE | PORTLAND | 97206 | 503/777-5548 | 2.5 - 5 | 10 - 19 |
| 506438 | NEHALEM TELEPHONE & TELEGRAPH | PO BOX 100 | NEHALEM | 97131 | 503/368-5116 | 2.5 - 5 | 10 - 19 |
| 506401 | APPLIANCE PARTS OF CENTRAL OR | 62920 N HIGHWAY 97 | BEND | 97701 | 541/385-5418 | 2.5 - 5 | 1 - 4 |
| 506401 | AUTHORIZED SERVICE CTR | 7215 NE SANDY BLVD | PORTLAND | 97213 | 503/287-1230 | 2.5 - 5 | 1 - 4 |
| 506401 | HOWE'S APPLIANCE | 19630 MCLOUGHLIN BLVD | GLADSTONE | 97027 | 503/657-4170 | 2.5 - 5 | 1 - 4 |
| 506401 | PERFECT FOR U TV & APPLIANCE | 800 N MAIN ST | PRINEVILLE | 97754 | 541/447-8140 | 2.5 - 5 | 1 - 4 |
| 506401 | UNIVERSAL APPLIANCE PARTS | 4655 SW WATSON AVE | BEAVERTON | 97005 | 503/646-3703 | 2.5 - 5 | 1 - 4 |
| 506407 | DWIPCO | PO BOX 68888 | OAK GROVE | 97268 | 503/654-8639 | 2.5 - 5 | 1 - 4 |
| 506415 | MICHAEL COGLEY'S SHAVER REPAIR | 1033 MAIN ST | KLAMATH FALLS | 97601 | 541/884-8924 | 2.5 - 5 | 1 - 4 |
| 506417 | GKM MARKETING CORP | PO BOX 1713 | LAKE OSWEGO | 97035 | 503/635-3531 | 2.5 - 5 | 1 - 4 |
| 506438 | PAGE ONE NORTHWEST | 2655 COMMERCIAL ST SE | SALEM | 97302 | 503/364-6109 | 2.5 - 5 | 1 - 4 |
| 506401 | DIVISION APPLIANCE SVC | 4035 SE DIVISION ST | PORTLAND | 97202 | 503/234-0873 | 1 - 2.5 | 10 - 19 |
| 506401 | FLETCHER & SMARTT APPLIANCE | 1351 WILLAMETTE ST | EUGENE | 97401 | 541/343-8873 | 1 - 2.5 | 10 - 19 |
| 506406 | WESSCO | 211 NE COLUMBIA BLVD | PORTLAND | 97211 | 503/225-5913 | 1 - 2.5 | 10 - 19 |

Oregon DEQ—TVs
*March 2001*

| 506413 | WYNN'S REFRIGERATION & HEATING | 3730 N SUTTLE RD # D | PORTLAND | 97217 | 503/240-6941 | 1 - 2.5 | 10 - 19 |
|--------|--------------------------------|----------------------|----------|-------|--------------|---------|---------|
| 506401 | DAN MARTIN'S APPLIANCE SALES | 2135 FAIRGROUNDS RD NE | SALEM | 97303 | 503/581-7873 | 1 - 2.5 | 5 - 9 |
| 506401 | DEWHITT APPLIANCE DIRECT | 17405 SE STARK ST | PORTLAND | 97233 | 503/256-2856 | 1 - 2.5 | 5 - 9 |
| 506401 | DICK'S APPLIANCE CTR | 3707 STATE ST | SALEM | 97301 | 503/362-5463 | 1 - 2.5 | 5 - 9 |
| 506404 | KIE SUPPLY CORP | 80484 N HIGHWAY 395 | HERMISTON | 97838 | 541/567-3317 | 1 - 2.5 | 5 - 9 |
| 506422 | PARAMOUNT VACUUM & SEWING CTR | 1056 GREEN ACRES RD # 104 | EUGENE | 97408 | 541/345-2100 | 1 - 2.5 | 5 - 9 |
| 506422 | VALUE PLUS VACUUM & SEWING CTR | 987 GARFIELD ST # 1 | EUGENE | 97402 | 541/686-1510 | 1 - 2.5 | 5 - 9 |
| 506422 | VIKING SEWING & VACUUM CTR | 1963 W 6TH AVE | EUGENE | 97402 | 541/484-6006 | 1 - 2.5 | 5 - 9 |
| 506401 | APPLIANCE PARTS OF CENTRAL OR | 115 W 2ND ST | PRINEVILLE | 97754 | 541/447-2404 | 1 - 2.5 | 1 - 4 |
| 506401 | OREGON CITY APPLIANCE PARTS | 1630 S BEAVERCREEK RD # E | OREGON CITY | 97045 | 503/655-5594 | 1 - 2.5 | 1 - 4 |
| 506401 | RODER APPLIANCE PARTS | 2060 VINE ST | GRANTS PASS | 97526 | 541/479-7007 | 1 - 2.5 | 1 - 4 |
| 506404 | MARK RICHARDS CABINET CO | PO BOX 1847 | BEND | 97709 | 541/389-7282 | 1 - 2.5 | 1 - 4 |
| 506406 | GENERAL EQUIPMENT CO | 6767 NE COLUMBIA BLVD | PORTLAND | 97218 | 503/288-7447 | 1 - 2.5 | 1 - 4 |
| 506413 | EQUIPMENT WHOLESALERS | PO BOX 301276 | PORTLAND | 97294 | 503/251-1247 | 1 - 2.5 | 1 - 4 |
| 506421 | ALTERNATIVE ACOUSTICS | 8269 SW WILSONVILLE RD # I | WILSONVILLE | 97070 | 503/803-7778 | 1 - 2.5 | 1 - 4 |
| 506438 | RECORD-A-CALL TELEPHONE | 45 COBURG RD | EUGENE | 97401 | 541/343-4261 | 1 - 2.5 | 1 - 4 |
| 506401 | SEARS REPAIR SVC | PO BOX 1348 | COOS BAY | 97420 | 541/267-5350 | .5 - 1 | 10 - 19 |
| 506401 | AAA APPLIANCE SVC | 6601 SE FOSTER RD | PORTLAND | 97206 | 503/777-6450 | .5 - 1 | 5 - 9 |
| 506401 | CASCADE ELECTRONICS MICROWAVE | 1601 SE 11TH AVE | PORTLAND | 97214 | 503/233-7739 | .5 - 1 | 5 - 9 |
| 506401 | PINEWOOD APPLIANCE REPAIR | 833 SE 2ND ST | BEND | 97702 | 541/389-2112 | .5 - 1 | 5 - 9 |
| 506401 | STAN'S REFRIGERATION & APPL | 58481 OLD PORTLAND RD | ST HELENS | 97051 | 503/397-5510 | .5 - 1 | 5 - 9 |
| 506401 | DEWHITTS APPLIANCES | 11701 SE 82ND AVE | PORTLAND | 97266 | 503/654-5454 | .5 - 1 | 1 - 4 |
| 506401 | GLENWOOD APPLIANCE | 3629 FRANKLIN BLVD | EUGENE | 97403 | 541/726-7696 | .5 - 1 | 1 - 4 |

| 506401 | MOLES APPLIANCE | 3926 RIVER RD N | SALEM | 97303 | 503/390-0161 | .5 - 1 | 1 - 4 |
|--------|-----------------|------------------|-------|-------|--------------|--------|-------|
| 506401 | SAV-MOR HOME CTR | 1101 TUCKER RD | HOOD RIVER | 97031 | 541/386-1277 | .5 - 1 | 1 - 4 |
| 506411 | DON'S MAYTAG HOME APPLIANCE | 818 HIGHWAY 99 N | EUGENE | 97402 | 541/688-4817 | .5 - 1 | 1 - 4 |
| 506415 | PEARL TRADING CO | 1420 LLOYD CTR | PORTLAND | 97232 | 503/284-2472 | .5 - 1 | 1 - 4 |
| 506421 | SWEET SOUND INC | 4444 SW MULTNOMAH BLVD | PORTLAND | 97219 | 503/293-9466 | .5 - 1 | 1 - 4 |
| 506401 | A & P APPLIANCE | 12625 SW BROADWAY ST | BEAVERTON | 97005 | 503/644-0382 | < .5 | 1 - 4 |
| 506401 | A BEST APPLIANCE | 127 SE BASELINE ST | HILLSBORO | 97123 | 503/640-5784 | < .5 | 1 - 4 |
| 506401 | ASSOCIATED APPLIANCE REPAIR | 195 N ALDER AVE | BURNS | 97720 | 541/573-2499 | < .5 | 1 - 4 |
| 506401 | BEN'S REFRIGERATION & APPL RPR | PO BOX 2019 | CAVE JUNCTION | 97523 | 541/592-2542 | < .5 | 1 - 4 |
| 506401 | DICK'S APPLIANCE & FURNITURE | 1108 BROADWAY ST NE | SALEM | 97301 | 503/364-7611 | < .5 | 1 - 4 |
| 506401 | E & M APPLIANCE REFRIG & AC | 7441 N LOMBARD ST | PORTLAND | 97203 | 503/286-4616 | < .5 | 1 - 4 |
| 506401 | ERNIE TUMA APPLIANCE REPAIR | 1940 S 2ND ST | LEBANON | 97355 | 541/258-6779 | < .5 | 1 - 4 |
| 506401 | GLEN WEBSTER APPLIANCES | PO BOX 66841 | PORTLAND | 97290 | 503/775-3763 | < .5 | 1 - 4 |
| 506401 | GRESHAM APPLIANCE SVC | 21755 SE STARK ST | GRESHAM | 97030 | 503/665-3018 | < .5 | 1 - 4 |
| 506401 | HUNT'S APPLIANCE SALES & SVC | 255 SE 2ND AVE | ONTARIO | 97914 | 541/889-4253 | < .5 | 1 - 4 |
| 506401 | MASTER APPLIANCE SVC | 145 KNOX ST N | MONMOUTH | 97361 | 503/838-1667 | < .5 | 1 - 4 |
| 506401 | SOUTH SIDE APPLIANCE | 615 NE LAFAYETTE AVE | MC MINNVILLE | 97128 | 503/434-5085 | < .5 | 1 - 4 |
| 506422 | SPRINGFIELD VACUUM & SEWING | 129 14TH ST | SPRINGFIELD | 97477 | 541/726-9963 | < .5 | 1 - 4 |
| 506438 | A-1 TELEPHONE ANSWERING MACHS | 45 COBURG RD | EUGENE | 97401 | 541/484-9560 | < .5 | 1 - 4 |
| 506401 | STANDARD TV & APPLIANCE | 5240 SE 82ND AVE | PORTLAND | 97266 | 503/777-3377 | | 100 - 249 |

# TV Appendix 2

**Television Retailers (New and Used) in Oregon**

| Company | Address | City | Phone |
|---|---|---|---|
| A&L Distributing Co. | 13970 SW 72nd Ave. | Portland | 503-684-9384 |
| ABG Buyers | 1880 SW 3rd St. | Corvallis | 541-757-9591 |
| Advanced Cable Concepts Inc. | | | 541-474-7701 |
| Audio Video Environments | 19470 SW 89th | Tualatin | 503-691-6025 |
| Barkley's Of Roseburg - Fast Cash | 1771 NE Stephens St. | | 541-957-0429 |
| Bates Electronics | 268 NE 3rd St. | Prineville | 541-447-7081 |
| Bert's Radio & TV | 125 Main Street SE | Albany | 541-928-7353 |
| Best Buy | 11703 NE Glen Widing Dr. | Portland | 503-253-1177 |
| Cash Connection | 327 E Pine St | Cent. Pt. | 541-664-5204 |
| Charles' TV | 645 Manzanita Ave. | Manzanita | 503-368-6411 |
| Cityview TV & Computer Inc. | 2352 W. 11th | Eugene | 541-683-3518 |
| Competition The | 320 S Oregon St. | Ontario | 541-889-3606 |
| Courtesy Rent to Own | 1655 E Harbor St. | Warrenton | 503-861-3363 |
| Crazy Bruce's Appliance Center | 2976 NE Diamond Lake Blvd | Roseburg | 541-673-1921 |
| Custom Electronics | 1065 River Rd. | Eugene | 541-688-4814 |
| Dallas TV | 988 SE Jefferson | Dallas | 503-623-4770 |
| Denny Willams Sylvania TV Sales | Corner Broadway and Market | | 503-362-0531 |
| Flomer Furniture and Appliance | 607 N Front St. | Woodburn | 503-981-7291 |
| Garden Valley TV Repair | 800 NW Black Ave. | Roseburg | 541-672-4544 |
| Good Guys | 1024 Green Acres Rd. | Eugene | 541-302-1300 |
| Good Guys Clackamas | 12405 SE 82d Ave. | Portland | 503-794-4000 |
| Good Guys Portland Airport Ave | 11549 NE Glen Widing | Portland | 503-261-8000 |
| Good Vibrations | 1092 NE Stephens St. | Roseburg | 541-673-4764 |

| | | | |
|---|---|---|---|
| Hear No Evil | 2290 Commercial NE | Salem | 503-363-3633 |
| Home Video Library | 16544 SE Division | Portland | 360-695-7691 |
| Hunt's Home Furnishings | 1535 Commercial St. | Astoria | 503-325-4947 |
| Hutley TV Service | 5420 SW Philomath Blvd. | Corvallis | 541-752-2976 |
| IV Video | 210 N Redwood Hwy | Cave Junction | 541-592-4300 |
| Jerry's Appliances and TV | 155 NE Webster Ave | Bend | 541-388-2009 |
| Johnson Brothers TV & Appliance Downtown | 571 B NE Azur | Bend | 541-382-6223 |
| Kay's Radio and TV | 1350 E Grant St. | Lebanon | 541-258-6524 |
| Kelly's Home Center | 3625 Portland Rd NE | Salem | 503-378-1793 |
| Let George Do It | 2936 NE Diamond Lake Blvd | Roseburg | 541-673-4332 |
| Lewis and Audio Video | 2112 Portland Rd. | Newberg | 503-375-3137 |
| Masingill Furniture and Appliances | 189 S. Oregon Street | Ontario | 541-881-0211 |
| McMahan's Furniture and Appliances | 2455 W Harvard Ave. | Roseburg | 541-672-6166 |
| McMahan's Furniture and Appliances | 6320 S 6th St | Klamath Falls | 541-882-8811 |
| Mosier's Home Furnishings | 101 E. Main | John Day | 541-575-0649 |
| Music Shop The | 413 SE 6th | Grants Pass | 541-476-3389 |
| Nelson's TV | 3004 Altamont Dr | Klamath Falls | 541-882-3479 |
| Newport Electronics | 2029 N Coast Hwy | Newport | 541-265-3674 |
| Northwest Home Electronics | | Lake Oswego | 503-675-1791 |
| Parrott's Home Furnishings | Highway 34 and Riverside Drive | | 541-754-1776 |
| Perfect For U TV Appliance and Home Furnishings | 1040 SW Highway Ave | Redmond | 541-923-3779 |
| Photo Den Vision & Sound | 315 SE 7th St. | | 541-479-1833 |
| Progressive Communications | 111 E Main | John Day | 541-575-2854 |
| Radio Shack - Dealer At Lumbermen's | 3515 Pocahontas Rd. | Baker City | 541-523-6404 |
| Ralph's TV & Furniture | 525 SE 5th | MDRS | 541-475-2578 |
| Reception Center | 900 SE Wilson Ave. Suite A | Bend | 541-389-2833 |
| Redmond TV & Appliance | 2145 S Highway 97 | Redmond | 541-923-8644 |
| Rentown USA | 1162 Highway 99N | | 541-688-2121 |
| Salem Sound Center Inc. | 3996 Portland Rd. NE | Salem | 503-364-7235 |
| Saunders TV & Satellite Sales & Service | 2120 Broadway | Baker City | 541-523-7344 |

Oregon DEQ—TVs                                                              Page 20
*March 2001*

| Schumacher Sales & Service | 7987 Boedigheimer Rd. SE | Sublimity | 503-769-2451 |
|---|---|---|---|
| Sears Roebuck and Co. | 1580 Mt. Hood Ave. | Woodburn | 503-982-5640 |
| Sears Roebuck and Co. | 144 SW G Street | Grants Pass | 541-471-9489 |
| Sears Roebuck and Co. | 2017 Main St. | Baker City | 541-524-9715 |
| Sears Roebuck and Co. | 80487 N Hwy 385 | | 541-567-2454 |
| Sears Roebuck and Co. | 1480 West Park Plaza | Ontario | 541-889-4525 |
| Standard TV & Appliance | 5240 SE82d | Portland | 503-777-3377 |
| Star Computer & Communications Inc. | 1844 Columbia Bv. Ste. N St. | St Helens | 503-397-7827 |
| Stereo Planet | | | 541-382-9062 |
| Stereo Store! The | 1079 Valley River Wy. | Eugene | 541-345-3000 |
| TV Specialty Shop | 1445 River Rd | Eugene | 541-688-5061 |
| Video Audio Connection | 3317 3rd St | Tillamook | 503-842-9200 |
| Video Only | 441 Lancaster Dr. NE | Salem | 503-581-7441 |
| Video Only | 2823 Chad Dr. | Eugene | 541-342-4444 |
| Video Only Clackamas | 8200 SE Sunnyside | Clackamas | 503-653-8200 |
| Video Only Jantzen Beach | 1860 N Hayden Island Dr | Portland | 503-283-3400 |
| Wagner's Furniture & Sleep Center Inc. | 180 Hines Bv. | Burns | 541-573-5234 |
| Wagner's Furniture Gallery | 138 E Main | John Day | 541-575-0755 |
| Western Auto Assoc. Store | 1912 Main St | Baker City | 541-523-6284 |
| Western Auto Home Store | 202 SW Redwood Hy | Grants Pass | 541-479-2691 |
| Western Auto Home Store | 51429 Huntington Rd. | Lap | 541-536-5922 |