# EXHIBIT 20

# Television Audience 2008

## Growth of Television Ownership

**% of TV Households**

Each September, The Nielsen Company releases current estimates of television's audience and its characteristics.

The most significant increases from the previous year continue to be seen in digital cable, DVR and HD receivable and HD capabale homes as they continue to prepare for the digital transition. VCR penetration, as would be expected, continues to decline.



| Key: | | '70 | '75 | '80 | '85 | '90 | '95 | '00 | '05 | '06 | '07 | '08 | '09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **% of TV Households** | | | | | | | | | | | | | |
| TV Households | | 96 | 97 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 | 98 |
| | | | | | | | | | | | | | |
| Broadcast Only | | — | — | — | — | — | — | — | — | — | — | 12 | 11 |
| Wired Cable | | 7 | 12 | 20 | 43 | 56 | 63 | 68 | 67 | 66 | 64 | 61 | 61 |
| Cable Plus ADS | | — | — | — | — | — | — | 76 | 85 | 86 | 86 | 87 | 88 |
| Cable Plus ADS w/Pay | | — | — | — | 26 | 29 | 28 | 32 | 42 | 41 | 45 | 45 | 46 |
| Total ADS | | — | — | — | — | — | — | 19 | 21 | 23 | 27 | 28 | |
| Digital Cable | | — | — | — | — | — | — | — | — | 28 | 31 | 38 | |
| DBS | | — | — | — | — | — | — | — | — | — | 26 | 27 | |
| DVR | | — | — | — | — | — | — | — | — | — | 19 | 24 | |
| HD Receivable | | — | — | — | — | — | — | — | — | — | 14 | 18 | |
| HD Capable | | — | — | — | — | — | — | — | — | — | 17 | 23 | |
| HD Display Capable | | — | — | — | — | — | — | — | — | — | 25 | 32 | |
| Multi-Set | | 35 | 43 | 50 | 57 | 65 | 71 | 76 | 79 | 81 | 82 | 82 | 82 |
| DVD | | — | — | — | — | — | — | 76 | 84 | 87 | 88 | | |
| Video Games | | — | — | — | — | — | — | 39 | 41 | 39 | 38 | | |
| VCR | | — | — | — | 14 | 66 | 79 | 85 | 90 | 89 | 85 | 79 | 72 |

Note:  Current data based on Universe Estimates as of January 1, 2009

Copyright © 2009 The Nielsen Company. All Rights Reserved

nielsen

# Television Audience 2008

## Trends in Television Ownership

*TV Households in Millions*



■ *Excludes Alaska and Hawaii*

| | '70 | '75 | '80 | '85 | '90 | '95 | '00 | '05 | '06 | '07 | '08 | '09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (bar values) | 60.1 | 69.6 | 76.3 | 84.9 | 92.1 | 95.4 | 100.8 | 109.6 | 110.2 | 111.4 | 112.8 | 114.5 |

Sept. ← → Jan.

| | '70 | '75 | '80 | '85 | '90 | '95 | '00 | '05 | '06 | '07 | '08 | '09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wired Cable | 3.9 | 8.6 | 15.2 | 36.3 | 51.9 | 60.5 | 68.6 | 73.9 | 73.2 | 71.4 | 69.3 | 70.2 |
| Cable Plus ADS | — | — | — | — | — | — | — | — | 94.8 | 96.2 | 98.5 | 100.9 |
| Cable Plus ADS w/Pay | — | — | — | 21.8 | 27.1 | 27.1 | 31.8 | 46.3 | 45.6 | 49.7 | 51.2 | 52.9 |
| Total ADS | — | — | — | — | — | — | 20.8 | 22.7 | 25.8 | 30.2 | 31.7 | |
| Digital Cable | — | — | — | — | — | — | — | — | 30.8 | 35.5 | 43.0 | |
| DBS | — | — | — | — | — | — | — | 22.1 | 25.1 | 29.5 | 31.2 | |
| DVR | — | — | — | — | — | — | — | — | — | — | 21.0 | 28.0 |
| Multi-Set | 20.8 | 30.0 | 38.3 | 48.2 | 60.1 | 67.6 | 76.2 | 86.6 | 89.5 | 91.9 | 93.0 | 94.0 |
| DVD | — | — | — | — | — | — | — | 84.0 | 93.3 | 98.0 | 101.2 | |
| Video Games | — | — | — | — | — | — | — | 43.0 | 46.0 | 44.4 | 43.2 | |
| VCR | — | — | — | 11.5 | 60.7 | 75.8 | 85.8 | 98.9 | 97.7 | 95.2 | 88.8 | 82.6 |

## Television Set Ownership

*% of TV Households*

### Number of Sets per Household

| | '75 | '80 | '85 | '90 | '95 | '00 | '05 | '06 | '07 | '08 | '09 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Set | 57 | 49 | 43 | 35 | 29 | 24 | 21 | 19 | 18 | 18 | 18 |
| 2 Sets | 32 | 36 | 38 | 41 | 36 | 35 | 33 | 31 | 31 | 30 | 28 |
| 3 or More Sets | 11 | 15 | 19 | 24 | 35 | 41 | 46 | 50 | 51 | 52 | 54 |
| Average Number of Sets Per Household | 1.57 | 1.6 | 1.83 | 2.00 | 2.28 | 2.43 | 2.62 | 2.73 | 2.79 | 2.83 | 2.86 |

Note:  Current data based on Universe Estimates as of January 1, 2009

Copyright © 2009 The Nielsen Company. All Rights Reserved



# Television Audience 2008

## Station Growth

*Stations on the Air*

For comparison purposes to historical data reported, the following station growth data is based on October 2008 data. As the country continues to prepare for the digital transition, we continue to see a decrease across the VHF and UHF stations. Digital stations continue to increase, as to be expected.

**VHF**                    **UHF**                    **Digital**



| | VHF '04 | '05 | '06 | '07 | '08 | UHF '04 | '05 | '06 | '07 | '08 | Digital '04 | '05 | '06 | '07 | '08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 912 | 917 | 927 | 918 | 911 | 1750 | 1769 | 1857 | 1851 | 1837 | 1203 | 1531 | 1713 | 1902 | 1992 |
| Public | 121 | 122 | 122 | 122 | 122 | 224 | 224 | 224 | 225 | 223 | 248 | 294 | 325 | 335 | 346 |
| Commercial | 791 | 795 | 805 | 796 | 789 | 1526 | 1545 | 1633 | 1626 | 1614 | 955 | 1237 | 1388 | 1567 | 1646 |
| Independent | 205 | 229 | 216 | 205 | 202 | 862 | 911 | 789 | 744 | 740 | 153 | 211 | 134 | 362 | 431 |
| Network Affiliates | 586 | 566 | 589 | 591 | 587 | 664 | 634 | 844 | 882 | 874 | 802 | 1026 | 1254 | 1205 | 1225 |

Note: Current data based on October 2008
Copyright © 2009 The Nielsen Company. All Rights Reserved

nielsen

# Television Audience 2008

## Stations and Channels Receivable Per TV Household

*Distribution of TV Households*

The average TV household in the U.S. receives 17.7 broadcast TV stations. 42% of all homes can receive up to 14 stations, and 37% receive 20 or more stations.  Homes that receive 30 or more stations have risen to 9%.

Growing digital cable and satellite penetration increased the tuning options in the average household.  In 2008, the average home received 130.1 channels, an increase of almost twelve channels.  The percentage of homes receiving 100+ channels rose from 58% in 2007 to 64% in 2008.

|  | 1990 | 2000 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| Broadcast Stations | 11.7 | 13.5 | 16.3 | 17.5 | 17.0 | 17.7 |
| All Channels | 33.2 | 61.4 | 96.4 | 104.2 | 118.6 | 130.1 |

**Number of Stations (%)**



**Number of Channels (%)**



| Average Number Per Household | 11.7 | 13.5 | 16.3 | 17.5 | 17.0 | 17.7 | | 33.2 | 61.4 | 96.4 | 104.2 | 118.6 | 130.1 |

Note:  Current data based on households installed the week of 09/01/08—09/07/08.  Tuning is Live+7 and based on at least 10+ contiguous minutes during this week.

13
Copyright © 2009 The Nielsen Company. All Rights Reserved



# Television Audience 2008

## Broadcast Stations Receivable vs. Tuned

*# of Stations*

The vast majority, 93% of sample homes, receive between 1 and 30 broadcast stations, while 66% of these homes receive 1 to 20 broadcast stations.  More than 5% of the sample homes receive more than 30 stations.  Homes receiving 1 to 10 stations tune to 41% of their available options.  The average household receives 17.7 broadcast stations.

| Receivable Stations | 1-10 | 11-20 | 21-30 | 31-40 | 41-50 | 51-60 | 61-70 | 71-80 | 81-90 | Total US |
|---|---|---|---|---|---|---|---|---|---|---|
| Share of Sample % | 20.8 | 45.2 | 26.5 | 5.6 | 0.9 | 0.3 | 0.1 | LT | LT | 100 |

Average Receivable:
| | 1-10 | 11-20 | 21-30 | 31-40 | 41-50 | 51-60 | 61-70 | 71-80 | 81-90 | Total US |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8.1 | 15.1 | 24.8 | 34.1 | 43.8 | 55.3 | 64.9 | 75.7 | 82.0 | 17.7 |

| | 1-10 | 11-20 | 21-30 | 31-40 | 41-50 | 51-60 | 61-70 | 71-80 | 81-90 | Total US |
|---|---|---|---|---|---|---|---|---|---|---|
| Average Tuned | 3.3 | 4.3 | 5.0 | 5.4 | 6.0 | 7.2 | 5.5 | 9.9 | 6.1 | 4.4 |
| % Tuned | 41 | 29 | 20 | 16 | 14 | 13 | 8 | 13 | 7 | 25 |

Note:  Current data based on households installed the week of 09/01/08—09/07/08.  Tuning is Live+7 and based on at least 10+ contiguous minutes during this week.

Copyright © 2009 The Nielsen Company. All Rights Reserved



# Television Audience 2008

## Channels Receivable vs. Tuned

*# of Channels*

As the number of channels available to a household increases, so does the number of channels tuned.  In 2008, the average household tuned to almost 18 channels or 14% of the 130.1 channels available.  Homes receiving over 40 channels tuned between 12.5 and 21 channels on average.  In homes with 121 or more channels, where an average of 178.3 are available, 21 of those channels (12%) are actually tuned.

| | 1-10 | 11-20 | 21-30 | 31-40 | 41-50 | 51-60 | 61-70 | 71-80 | 81-90 | 91-100 | 101-110 | 111-120 | 121+ | | Total US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Share of Sample % | 3.0 | 4.9 | 3.9 | 1.1 | 0.8 | 1.5 | 8.3 | 8.3 | 2.1 | 2.3 | 2.1 | 2.2 | 59.5 | | 100 |

| Average Receivable | 6.6 | 15.4 | 25.3 | 35.0 | 45.0 | 56.4 | 66.6 | 74.4 | 84.8 | 95.8 | 105.4 | 115.8 | 178.3 | | 130.1 |
| Average Tuned | 3.8 | 5.9 | 7.5 | 9.9 | 12.5 | 16.5 | 15.9 | 16.4 | 16.8 | 16.4 | 17.1 | 17.5 | 21.0 | | 17.8 |
| % Tuned | 58 | 39 | 30 | 28 | 28 | 29 | 24 | 22 | 20 | 17 | 16 | 15 | 12 | | 14 |

Note:  Current data based on households installed the week of 09/01/08—09/07/08.  Tuning is Live+7 and based on at least 10+ contiguous minutes during this week.

Copyright © 2009 The Nielsen Company. All Rights Reserved

