# EXHIBIT 21

# Households and Families: 2000

*Census 2000 Brief*

Issued September 2001

C2KBR/01-8

By
Tavia Simmons and
Grace O'Neill

Census 2000 enumerated 281.4 million people, of whom 273.6 million were living in 105.5 million households.[1] The majority of these households (52 percent) were maintained by married couples (54.5 million) while the second most common type of household (26 percent) consisted of people living alone (27.2 million). This report presents information on the number and types of living arrangements derived from the item on the Census 2000 questionnaire that asked about the relationship to the householder.

The relationship item, which has been on the census since 1880, asks how each member of the household is related to the householder. This item gives us information both about individuals and the make-up of families and households. In 1990, the categories of "unmarried partner," "adopted child," "step child," "foster child," and "grandchild" were added to the relationship item to measure the growing complexity of American households.

**Figure 1.
Reproduction of the Question on Relationship to Householder From Census 2000**

2. How is this person related to Person 1? Mark ☒ ONE box.

- ☐ Husband/wife
- ☐ Natural-born son/daughter
- ☐ Adopted son/daughter
- ☐ Stepson/stepdaughter
- ☐ Brother/sister
- ☐ Father/mother
- ☐ Grandchild
- ☐ Parent-in-law
- ☐ Son-in-law/daughter-in-law
- ☐ Other relative — *Print exact relationship.*

If NOT RELATED to Person 1:
- ☐ Roomer, boarder
- ☐ Housemate, roommate
- ☐ Unmarried partner
- ☐ Foster child
- ☐ Other nonrelative

Source: U.S. Census Bureau, Census 2000 questionnaire.

Two additional categories were added to the question in Census 2000 to further measure household composition — "parent-in-law" and "son/daughter-in-law." Finally, people who wrote in responses "brother/sister-in-law," "nephew/niece," "grandparent," "uncle/aunt," or "cousin" were also coded into separate categories instead of remaining in the "other relative" category as in previous censuses.

## The number of households grew by over 13 million since 1990.

Overall, the number of households in the United States increased 15 percent, from 91.9 million in 1990 to 105.5 million in 2000. Family households increased 11 percent, from 64.5 million in 1990 to 71.8 million in 2000, while nonfamily households increased faster, 23 percent, from 27.4 million in 1990 to 33.7 million in 2000.

---

[1] The remaining 7.8 million people lived in group quarters (such as correctional institutions, nursing homes, and college dormitories), and not in households. (*www.census.gov/population/cen2000/grpqtr/grpqtr01.pdf*)



USCENSUSBUREAU
*Helping You Make Informed Decisions*

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU

United States Census 2000

Table 1.
## Households by Type: 2000

(For information on confidentiality protection, nonsampling error, and definitions, see www.census.gov/prod/cen2000/doc/sf1.pdf)

| Household type | Number | Percent |
| --- | ---: | ---: |
| **Total households** | **105,480,101** | **100.0** |
| Family households | 71,787,347 | 68.1 |
|    Married-couple households | 54,493,232 | 51.7 |
|    Female householder, no husband present | 12,900,103 | 12.2 |
|    Male householder, no wife present | 4,394,012 | 4.2 |
| Nonfamily households | 33,692,754 | 31.9 |
|    One person | 27,230,075 | 25.8 |
|    Two or more people | 6,462,679 | 6.1 |

Source: U.S. Census Bureau, Census 2000 Summary File 1.

Table 1 shows that the vast majority of family households in 2000 — households containing at least one person related to the householder by birth, marriage, or adoption — were married-couple households (54.5 million). Family households maintained by women with no husband present numbered 12.9 million, almost three times the number maintained by men with no wife present (4.4 million). Among nonfamily households, one-person households predominated (27.2 million) and were more than four times as common as nonfamily households with two or more people (6.5 million).

Despite increases in both the number of households and of people in the United States since 1990, both the average household size and average family size decreased over the decade — from 2.63 to 2.59, and from 3.16 to 3.14, respectively.[2] These declines continue the downward trends in these indicators since the end of the Baby Boom in the 1960s.

The number of households within each category type increased in the last 10 years, including married-couple households, from 50.7 million in 1990 to 54.5 million in 2000.

A "household" is a person or group of people who occupy a housing unit. The "householder" is a person in whose name the housing unit is owned, being bought, or rented.

A "family household" consists of a householder and one or more people living together in the same household who are related to the householder by birth, marriage, or adoption — it may also include people unrelated to the householder. If the householder is married and living with his/her spouse, then the household is designated a "married-couple household." The remaining types of family households not maintained by a married couple are designated by the sex of the householder.

A "nonfamily household" consists of a person living alone or a householder who shares the home with nonrelatives only; for example, with roommates or an unmarried partner.

Despite this increase, Figure 2 shows that in 2000, 52 percent of all households were married-couple households, down from 55 percent in 1990. For each of the other types of households, both the numbers and the percentage share increased slightly from 1990 to 2000.

### Thirty-one percent of all households in 2000 were in four states.

Table 2 shows that four states contained 31 percent of all households enumerated in Census 2000: California (11.5 million), Texas (7.4 million), New York (7.1 million), and Florida (6.3 million).[3] Seventeen states had less than 1 million households, with Wyoming having the fewest (194,000). The District of Columbia had fewer households in 2000 (248,000 households) than in 1990 (250,000 households). On a regional basis,[4] more households were located in the South (38.0 million) than in any other region in the country.

---

[2] For computational purposes, family members include only people related to the family householder by birth, marriage, or adoption.

[3] These four states (California, Texas, New York, and Florida) also were the states with the largest populations.

[4] There are four regions (Northeast, Midwest, South, and West). The Northeast region includes Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, and Vermont. The Midwest region includes Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, and Wisconsin. The South region includes Alabama, Arkansas, Delaware, the District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, and West Virginia. The West region includes Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming.



Figure 2.
**Households by Type: 1990 and 2000**
(Percent distribution. For information on confidentiality protection, nonsampling error, and definitions, see www.census.gov/prod/cen2000/doc/sf1.pdf)

**1990**
- One person, nonfamily 24.6
- Two or more people, nonfamily 5.2
- Male householder, other family 3.4
- Female householder, other family 11.6
- Married-couple household 55.2

**2000**
- One person, nonfamily 25.8
- Two or more people, nonfamily 6.1
- Male householder, other family 4.2
- Female householder, other family 12.2
- Married-couple household 51.7

Source: U.S. Census Bureau, Census 2000 Summary File 1; 1990 Census of Population, *Summary Population and Housing Characteristics, United States* (1990 CPH-1-1).

Wide variations in the average number of people per household for states were noted in Census 2000, ranging from a low of 2.39 for Maine to a high of 3.13 for Utah, the only state in 2000 that averaged more than three people per household. The District of Columbia averaged only 2.16 people per household. Regionally, the highest average number of people per household was found in the West (2.75), while the lowest average was found in the Midwest (2.53).

Utah also had the highest average number of people per family (3.57), closely followed by California (3.43) and Hawaii (3.42). While traditionally high levels of fertility contributed to the high averages noted for Utah, the presence of related family members (other than spouses or children) and relatively high proportions of multigenerational households with extended family members partly contributed to the high averages for California and Hawaii. States that averaged less than three people per family in 2000 were clustered in the New England states of Maine and Vermont, six southern states (West Virginia, North Carolina, Florida, Kentucky, Tennessee, and Arkansas), and Montana.

**The highest proportion of married-couple households was in Utah.**

Sixty-three percent of all households in Utah in 2000 were maintained by married couples, the highest in the country. Idaho (59 percent) and Iowa (55 percent) were the second and third highest. The states with less than one-half of their households maintained by married couples were geographically dispersed: Massachusetts, Rhode Island, New York, Louisiana, Mississippi, and Nevada. Only 23 percent of households in the District of Columbia were maintained by married couples.

Regional patterns in the proportion of married-couple households quickly emerge from the county map presented in Figure 3. In addition to counties in the Mountain division states of Utah and Idaho, counties in the West Central section of the United States from west Texas northwards were also characterized by above-average percentages of married-couple households. In contrast, the counties in the coastal states extending from the lower Mississippi Valley up the Atlantic seaboard to New England had relatively lower percentages of married-couple households. Especially low percentages (less than 40 percent) were found in counties in the lower Mississippi Valley, which also had relatively high percentages of family households maintained by women with no husband present.[5]

---

[5]The Census 2000 short form did not contain information on marital status. In this report, married-couple households are identified by the presence of a householder and another person who is the "husband/wife" of the householder (as reported on the relationship question). Householders in households with no husband/wife present can be any marital status, including "married, spouse absent."

Table 2.
**Households and Families for the United States, Regions, and States, and for Puerto Rico: 1990 and 2000**

(For information on confidentiality protection, nonsampling error, and definitions, see www.census.gov/prod/cen2000/doc/sf1.pdf)

| Area | All households | | Percent of households in 2000 which were: | | | | | | | | | | Average number of people in 2000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Family households | | | | | | Nonfamily households | | | | | |
| | | | Married-couple households | | Female family households[1] | | Male family households[1] | | | | Unmarried-partner households | Multi-genera-tional households | | |
| | April 1, 1990 | April 1, 2000 | Total | With children under 18 yrs. | Total | With children under 18 yrs. | Total | With children under 18 yrs. | One person | Two or more people | | | Per house-hold | Per family |
| **United States** | 91,947,410 | 105,480,101 | 51.7 | 23.5 | 12.2 | 7.2 | 4.2 | 2.1 | 25.8 | 6.1 | 5.2 | 3.7 | 2.59 | 3.14 |
| **Region** | | | | | | | | | | | | | | |
| Northeast | 18,872,713 | 20,285,622 | 49.9 | 22.6 | 12.8 | 7.0 | 4.1 | 1.8 | 27.2 | 6.0 | 5.3 | 3.7 | 2.56 | 3.14 |
| Midwest | 22,316,975 | 24,734,532 | 52.4 | 23.6 | 11.2 | 6.8 | 3.8 | 2.0 | 26.9 | 5.7 | 5.1 | 2.7 | 2.53 | 3.09 |
| South | 31,822,254 | 38,015,214 | 51.9 | 23.1 | 13.1 | 7.7 | 4.1 | 2.0 | 25.3 | 5.6 | 4.8 | 3.9 | 2.56 | 3.08 |
| West | 18,935,468 | 22,444,733 | 52.0 | 25.2 | 11.5 | 6.9 | 4.8 | 2.5 | 24.2 | 7.6 | 5.9 | 4.4 | 2.75 | 3.30 |
| **State** | | | | | | | | | | | | | | |
| Alabama | 1,506,790 | 1,737,080 | 52.2 | 22.5 | 14.2 | 8.1 | 3.6 | 1.7 | 26.1 | 3.9 | 3.4 | 3.7 | 2.49 | 3.01 |
| Alaska | 188,915 | 221,600 | 52.5 | 28.5 | 10.8 | 7.8 | 5.5 | 3.6 | 23.5 | 7.8 | 7.5 | 3.1 | 2.74 | 3.28 |
| Arizona | 1,368,843 | 1,901,327 | 51.9 | 22.6 | 11.1 | 6.8 | 4.7 | 2.6 | 24.8 | 7.5 | 6.2 | 4.0 | 2.64 | 3.18 |
| Arkansas | 891,179 | 1,042,696 | 54.3 | 22.7 | 12.1 | 7.4 | 3.8 | 2.0 | 25.6 | 4.2 | 3.9 | 3.2 | 2.49 | 2.99 |
| California | 10,381,206 | 11,502,870 | 51.1 | 26.0 | 12.6 | 7.3 | 5.2 | 2.6 | 23.5 | 7.6 | 5.9 | 5.6 | 2.87 | 3.43 |
| Colorado | 1,282,489 | 1,658,238 | 51.8 | 24.4 | 9.6 | 6.2 | 4.0 | 2.2 | 26.3 | 8.3 | 5.5 | 2.7 | 2.53 | 3.09 |
| Connecticut | 1,230,479 | 1,301,670 | 52.0 | 23.7 | 12.1 | 7.0 | 3.6 | 1.6 | 26.4 | 5.9 | 5.3 | 3.2 | 2.53 | 3.08 |
| Delaware | 247,497 | 298,736 | 51.3 | 21.9 | 13.1 | 7.7 | 4.2 | 2.2 | 25.0 | 6.5 | 6.1 | 3.7 | 2.54 | 3.04 |
| District of Columbia | 249,634 | 248,338 | 22.8 | 8.4 | 18.9 | 9.9 | 4.2 | 1.5 | 43.8 | 10.2 | 6.0 | 4.6 | 2.16 | 3.07 |
| Florida | 5,134,869 | 6,337,929 | 50.4 | 19.2 | 12.0 | 6.9 | 4.1 | 2.0 | 26.6 | 6.9 | 5.8 | 3.8 | 2.46 | 2.98 |
| Georgia | 2,366,615 | 3,006,369 | 51.5 | 24.4 | 14.5 | 8.6 | 4.2 | 2.0 | 23.6 | 6.1 | 4.8 | 4.3 | 2.65 | 3.14 |
| Hawaii | 356,267 | 403,240 | 53.6 | 24.0 | 12.4 | 5.9 | 5.2 | 2.2 | 21.9 | 6.9 | 5.8 | 8.2 | 2.92 | 3.42 |
| Idaho | 360,723 | 469,645 | 58.9 | 28.1 | 8.7 | 5.8 | 3.9 | 2.4 | 22.4 | 6.1 | 4.8 | 2.3 | 2.69 | 3.17 |
| Illinois | 4,202,240 | 4,591,779 | 51.3 | 24.3 | 12.3 | 6.9 | 4.1 | 1.9 | 26.8 | 5.6 | 4.8 | 4.0 | 2.63 | 3.23 |
| Indiana | 2,065,355 | 2,336,306 | 53.6 | 23.8 | 11.1 | 6.9 | 3.9 | 2.2 | 25.9 | 5.5 | 5.3 | 2.7 | 2.53 | 3.05 |
| Iowa | 1,064,325 | 1,149,276 | 55.1 | 23.9 | 8.6 | 5.6 | 3.3 | 1.9 | 27.2 | 5.8 | 4.9 | 1.6 | 2.46 | 3.00 |
| Kansas | 944,726 | 1,037,891 | 54.7 | 25.1 | 9.3 | 6.0 | 3.6 | 2.1 | 27.0 | 5.4 | 4.1 | 2.2 | 2.51 | 3.07 |
| Kentucky | 1,379,782 | 1,590,647 | 53.9 | 23.6 | 11.8 | 7.0 | 3.7 | 1.9 | 26.0 | 4.5 | 4.5 | 2.7 | 2.47 | 2.97 |
| Louisiana | 1,499,269 | 1,656,053 | 48.9 | 22.6 | 16.6 | 9.8 | 4.3 | 2.2 | 25.3 | 4.9 | 5.0 | 4.8 | 2.62 | 3.18 |
| Maine | 465,312 | 518,200 | 52.5 | 21.8 | 9.5 | 6.2 | 3.8 | 2.4 | 27.0 | 7.2 | 7.3 | 1.7 | 2.39 | 2.90 |
| Maryland | 1,748,991 | 1,980,859 | 50.2 | 23.3 | 14.1 | 8.0 | 4.3 | 2.1 | 25.0 | 6.4 | 5.6 | 4.5 | 2.61 | 3.13 |
| Massachusetts | 2,247,110 | 2,443,580 | 49.0 | 22.4 | 11.9 | 6.7 | 3.6 | 1.5 | 28.0 | 7.5 | 5.4 | 3.1 | 2.51 | 3.11 |
| Michigan | 3,419,331 | 3,785,661 | 51.4 | 23.1 | 12.5 | 7.5 | 4.1 | 2.1 | 26.2 | 5.7 | 5.3 | 3.1 | 2.56 | 3.10 |
| Minnesota | 1,647,853 | 1,895,127 | 53.7 | 25.2 | 8.9 | 5.9 | 3.6 | 2.0 | 26.9 | 6.9 | 5.3 | 1.6 | 2.52 | 3.09 |
| Mississippi | 911,374 | 1,046,434 | 49.8 | 22.4 | 17.3 | 10.1 | 4.4 | 2.2 | 24.6 | 4.0 | 4.5 | 5.2 | 2.63 | 3.14 |
| Missouri | 1,961,206 | 2,194,594 | 52.0 | 22.7 | 11.6 | 7.1 | 3.7 | 2.1 | 27.3 | 5.4 | 5.1 | 2.7 | 2.48 | 3.02 |
| Montana | 306,163 | 358,667 | 53.6 | 23.0 | 8.9 | 5.9 | 3.7 | 2.3 | 27.4 | 6.4 | 5.0 | 1.9 | 2.45 | 2.99 |
| Nebraska | 602,363 | 666,184 | 54.2 | 24.9 | 9.1 | 6.0 | 3.3 | 1.9 | 27.6 | 5.9 | 4.4 | 1.6 | 2.49 | 3.06 |
| Nevada | 466,297 | 751,165 | 49.7 | 22.1 | 11.1 | 6.7 | 5.5 | 2.9 | 24.9 | 8.8 | 7.2 | 4.0 | 2.62 | 3.14 |
| New Hampshire | 411,186 | 474,606 | 55.3 | 25.4 | 9.1 | 5.7 | 3.8 | 2.3 | 24.4 | 7.4 | 6.9 | 2.2 | 2.53 | 3.03 |
| New Jersey | 2,794,711 | 3,064,645 | 53.5 | 25.3 | 12.6 | 6.4 | 4.2 | 1.7 | 24.5 | 5.2 | 4.9 | 4.7 | 2.68 | 3.21 |
| New Mexico | 542,709 | 677,971 | 50.4 | 23.3 | 13.2 | 8.3 | 5.2 | 3.1 | 25.4 | 5.8 | 6.4 | 4.3 | 2.63 | 3.18 |
| New York | 6,639,322 | 7,056,860 | 46.6 | 21.6 | 14.7 | 8.1 | 4.4 | 1.9 | 28.1 | 6.2 | 5.4 | 4.4 | 2.61 | 3.22 |
| North Carolina | 2,517,026 | 3,132,013 | 52.5 | 22.6 | 12.5 | 7.3 | 3.9 | 1.9 | 25.4 | 5.7 | 4.6 | 3.2 | 2.49 | 2.98 |
| North Dakota | 240,878 | 257,152 | 53.4 | 24.1 | 7.8 | 5.3 | 3.3 | 1.9 | 29.3 | 6.1 | 4.4 | 1.1 | 2.41 | 3.00 |
| Ohio | 4,087,546 | 4,445,773 | 51.4 | 22.4 | 12.1 | 7.3 | 3.8 | 2.0 | 27.3 | 5.3 | 5.2 | 2.8 | 2.49 | 3.04 |
| Oklahoma | 1,206,135 | 1,342,293 | 53.5 | 23.2 | 11.4 | 7.0 | 3.8 | 2.1 | 26.7 | 4.6 | 4.0 | 2.9 | 2.49 | 3.02 |
| Oregon | 1,103,313 | 1,333,723 | 51.9 | 22.2 | 9.8 | 6.2 | 4.1 | 2.3 | 26.1 | 8.1 | 6.3 | 2.5 | 2.51 | 3.02 |
| Pennsylvania | 4,495,966 | 4,777,003 | 51.7 | 21.8 | 11.6 | 6.2 | 3.9 | 1.9 | 27.7 | 5.2 | 5.0 | 3.1 | 2.48 | 3.04 |
| Rhode Island | 377,977 | 408,424 | 48.2 | 21.0 | 12.9 | 7.8 | 3.9 | 1.8 | 28.6 | 6.5 | 5.7 | 3.2 | 2.47 | 3.07 |
| South Carolina | 1,258,044 | 1,533,854 | 51.1 | 21.8 | 14.8 | 8.5 | 4.1 | 2.0 | 25.0 | 5.1 | 4.6 | 4.2 | 2.53 | 3.02 |
| South Dakota | 259,034 | 290,245 | 54.2 | 24.5 | 9.0 | 6.1 | 3.7 | 2.2 | 27.6 | 5.5 | 4.8 | 1.8 | 2.50 | 3.07 |
| Tennessee | 1,853,725 | 2,232,905 | 52.6 | 22.4 | 12.9 | 7.4 | 3.9 | 1.9 | 25.8 | 4.9 | 4.2 | 3.4 | 2.48 | 2.99 |
| Texas | 6,070,937 | 7,393,354 | 54.0 | 27.1 | 12.7 | 7.6 | 4.3 | 2.1 | 23.7 | 5.3 | 4.4 | 4.8 | 2.74 | 3.28 |
| Utah | 537,273 | 701,281 | 63.2 | 35.0 | 9.4 | 5.8 | 3.8 | 1.9 | 17.8 | 5.9 | 3.4 | 3.7 | 3.13 | 3.57 |
| Vermont | 210,650 | 240,634 | 52.5 | 23.2 | 9.3 | 6.1 | 3.8 | 2.4 | 26.2 | 8.2 | 7.5 | 1.6 | 2.44 | 2.96 |
| Virginia | 2,291,830 | 2,699,173 | 52.8 | 23.9 | 11.9 | 6.9 | 3.8 | 1.8 | 25.1 | 6.5 | 4.7 | 3.4 | 2.54 | 3.04 |
| Washington | 1,872,431 | 2,271,398 | 52.0 | 23.8 | 9.9 | 6.5 | 4.1 | 2.4 | 26.2 | 7.8 | 6.1 | 2.5 | 2.53 | 3.07 |
| West Virginia | 688,557 | 736,481 | 54.0 | 21.3 | 10.7 | 5.7 | 3.7 | 1.9 | 27.1 | 4.5 | 4.7 | 2.6 | 2.40 | 2.90 |
| Wisconsin | 1,822,118 | 2,084,544 | 53.2 | 23.7 | 9.6 | 6.2 | 3.7 | 2.1 | 26.8 | 6.7 | 5.7 | 1.9 | 2.50 | 3.05 |
| Wyoming | 168,839 | 193,608 | 54.8 | 24.3 | 8.7 | 6.0 | 3.9 | 2.4 | 26.3 | 6.3 | 5.4 | 1.8 | 2.48 | 3.00 |
| **Puerto Rico** | 1,054,924 | 1,261,325 | 54.1 | 26.7 | 21.3 | 10.4 | 4.2 | 1.4 | 18.4 | 2.0 | 3.2 | 7.4 | 2.98 | 3.69 |

[1]No spouse present in household.

Source: U.S. Census Bureau, Census 2000 Summary File 1; 1990 Census of Population, *Summary Population and Housing Characteristics, United States* (1990 CPH-1-1).



Figure 3.
**Percent Married-Couple Households: 2000**
(For information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2000/doc/sf1.pdf*)

Percent of married-couple households by state
- 57.0 to 63.2
- 53.0 to 56.9
- 51.7 to 52.9 — U.S. percent 51.7
- 22.8 to 51.6

Percent of married-couple households by county
- 59.8 to 79.6
- 56.8 to 59.7
- 51.7 to 56.7 — U.S. percent 51.7
- 16.5 to 51.6

Source: U.S. Census Bureau, Census 2000 Summary File 1. American FactFinder at *factfinder.census.gov* provides census data and mapping tools.

U.S. Census Bureau          5

Table 3.
**Top Ten Places of 100,000 or More Population With the Highest Percent of One-Person Households: 2000**

(For information on confidentiality protection, nonsampling error, and definitions, see www.census.gov/prod/cen2000/doc/sf1.pdf)

| Place | Total households | One-person households | | With householder 65 years and over | |
|---|---|---|---|---|---|
| | | Number | Percent of total | Number | Percent of one-person households |
| Washington, DC | 248,338 | 108,744 | 43.8 | 24,903 | 22.9 |
| Alexandria, VA | 61,889 | 26,890 | 43.4 | 4,217 | 15.7 |
| Cincinnati, OH | 148,095 | 63,353 | 42.8 | 16,465 | 26.0 |
| Cambridge, MA | 42,615 | 17,649 | 41.4 | 3,909 | 22.1 |
| Seattle, WA | 258,499 | 105,542 | 40.8 | 24,029 | 22.8 |
| Arlington, VA* | 86,352 | 35,216 | 40.8 | 6,345 | 18.0 |
| Minneapolis, MN | 162,352 | 65,508 | 40.3 | 13,043 | 19.9 |
| Fort Lauderdale, FL | 68,468 | 27,600 | 40.3 | 8,030 | 29.1 |
| St. Louis, MO | 147,076 | 59,269 | 40.3 | 18,978 | 32.0 |
| Pittsburgh, PA | 143,739 | 56,562 | 39.4 | 19,716 | 34.9 |

* Arlington, VA, is a census designated place and is not legally incorporated.

Note: In Census 2000, there were 245 places in the United States with 100,000 or more population. They included 238 incorporated places (including 4 city-county consolidations) and 7 census designated places (CDPs) that were not legally incorporated. For a list of these places by state, see the footnote in the table at www.census.gov/population/www/cen2000/phc-t6/tab04.pdf.

Source: U.S. Census Bureau, Census 2000 Summary File 1.

Approximately one out of every six households in Louisiana and Mississippi consisted of families maintained by a woman with no husband present. The District of Columbia (19 percent) and Puerto Rico (21 percent) also recorded above-average percentages of family households maintained by women with no husband present.

**One out of every four households was a one-person household.**

While the majority of households in the United States in 2000 were maintained by married couples, 27.2 million households consisted of people living alone.[6] This represented a 4.6-million increase in one-person households since 1990. Nationally, the proportion of one-person households increased slightly from 25 percent in 1990 to 26 percent in 2000.

One-person households were the most common form of household type in the District of Columbia (44 percent). The state with the highest proportion of one-person households was North Dakota at 29 percent. Utah had the lowest proportion of one-person households, 18 percent, followed by Hawaii at 22 percent.

In general, those areas with a high percentage of married-couple households have a low percentage of households consisting of people living alone. Among counties of 100,000 or more population, four of the ten counties which had the lowest proportion of married-couple households were also among the top ten counties with the highest proportion of one-person households.[7] Living alone can be characteristic of people in different stages of life. For example, this group includes young adults starting out on their own with their first jobs, separated or divorced people after a marital disruption, and elderly people who are widowed and living apart from their children. Table 3 shows the ten places with the highest proportion of one-person households and also the percentage of these households maintained by a person 65 years and over.

A high percentage of one-person households is noted for Washington, DC, and for neighboring places in Virginia (Alexandria and Arlington). These places are characterized by having less than one-quarter of one-person households maintained by a person 65 years and over. Other places, such as Fort Lauderdale, Florida; St. Louis, Missouri; and Pittsburgh, Pennsylvania, have significantly higher percentages of one-person households maintained by a person 65 years and over.

---

[6] One-person households are a subset of nonfamily households, where the householder lives alone. Another 6.5 million nonfamily households in 2000 consisted of two or more unrelated people living together.

[7] The counties are the District of Columbia; New York County, New York; Suffolk County, Massachusetts; and San Francisco County, California.

## ADDITIONAL QUESTIONS ON HOUSEHOLDS AND FAMILIES

### Has the number of unmarried-partner households changed since 1990?

Tabulations of unmarried-partner households were first presented in the 1990 census, which showed 3.2 million unmarried-partner households.[8] By Census 2000, the number of unmarried-partner households had increased to 5.5 million, of which 4.9 million consisted of partners of the opposite sex. In 1990, unmarried-partner households accounted for 3.5 percent of all households, while in Census 2000 they accounted for 5.2 percent of all households. The number and percentage of unmarried-partner households increased in all states since 1990. California contained the largest number of unmarried-partner households in 2000 (684,000). Vermont and Alaska had the highest percentage of unmarried-partner households (7.5 percent), while Alabama and Utah had the lowest percentage (3.4 percent).

### Has the number of female family households with own children changed since 1990?

Female family households (no husband present) with own children[9] under 18 years have increased both in number and proportion, from 6.0 million (6.6 percent of all households) in 1990 to 7.6 million (7.2 percent of all households) in 2000. Mississippi had the highest proportion of female family households with own children under 18 (10.1 percent), closely followed by Louisiana (9.8 percent). North Dakota had the lowest proportion, at 5.3 percent, closely followed by Iowa at 5.6 percent. Approximately one out of ten households in the District of Columbia (9.9 percent) and Puerto Rico (10.4 percent) were female family households with own children.

Nationally, there were more than three times as many married-couple households with children as female family households with children. All 50 states had at least twice as many married-couple households with children as female family households. For the District of Columbia, however, Census 2000 shows more female family households with children (25,000) than married-couple households with children (21,000).

### How many multigenerational families were there?

A topic of recent interest is that of multigenerational families — family households consisting of more than two generations, such as a householder living with his/her children and grandchildren. Multigenerational family households may be more likely to reside in areas where new immigrants live with their relatives, in areas where housing shortages or high costs force families to double up their living arrangements, or in areas that have relatively high rates of out-of-wedlock childbearing and where unwed mothers live with their children in their parents' home.

In 2000, there were 3.9 million family households in the three types of commonly encountered multigenerational households examined here. They made up 3.7 percent of all households.[10] Hawaii had the highest percentage of multigenerational family households, accounting for 8.2 percent of all households in Hawaii. Other states exceeding 5 percent in 2000 were California (5.6 percent) and Mississippi (5.2 percent). The state with the smallest percentage of multigenerational family households was North Dakota (1.1 percent). Puerto Rico also recorded a relatively high percentage of multigenerational households (7.4 percent).

In looking at multigenerational family households in more detail, those with a householder and the householder's child(ren) and grandchild(ren) are the largest group, making up 2.6 million households or 65 percent of the three types of multigenerational family households examined here. Those family households consisting of a householder, the householder's parent(s)/parent(s)-in-law, and the householder's child(ren) numbered

---

[8] Unmarried-partner households were derived from self-identified responses to the relationship item where one adult was identified as an unmarried partner of the householder. An unmarried partner is defined as a person who is not related to the householder, but who shares living quarters and has a close personal relationship with the householder. Depending on the presence or absence of any relatives of the householder, an unmarried-partner household may either be classified as a family or nonfamily household. Statistics on unmarried partners for 1990 were based on data collected from the approximately one-sixth of the households in the United States who received the long form of the questionnaire. For information concerning the comparability of data on unmarried partners in 1990 and 2000, see www.census.gov/population/www/cen2000/samesex.html.

[9] For 1990, own children consisted of natural born, adopted, or stepchildren under 18 years old of the householder, who were never married. For the Census 2000 results in this brief, own children consisted of natural born, adopted, or stepchildren under 18 years old of the householder, regardless of marital status, because information on marital status was collected on a 100-percent basis in 1990, but only on a sample basis in Census 2000. For sample data from Census 2000, the definition of own children will use marital status information and will be comparable to the definition used in 1990.

[10] The numbers in this report only identify three types of commonly encountered multigenerational households: (1) householder-child-grandchild, (2) parent/parent-in-law of householder-householder-child, and (3) parent/parent-in-law of householder-householder-child-grandchild. These numbers, then, represent a subset of all possible multigenerational households. Data were not tabulated in 1990 for multigenerational households.

1.3 million households or one-third of all multigenerational families. Four-generation family households — consisting of the three generations noted above plus the householder's grandchild(ren) — are considerably rarer, making up only 78,000 households or only 2 percent of the identified multigenerational family households.

## ABOUT CENSUS 2000

### Why did we ask this question?

We asked the relationship question to observe the changing composition of families and households in the United States. The census provides essential information for planning and carrying out federal programs. Relationship data are used, in part, to determine how money is spent in federally funded nutrition and education programs such as the Special Supplemental Food Program for Women, Infants, and Children, and by the Social Security Administration to handle a number of planning issues under the Old Age, Survivors, and Disability Insurance and the Supplemental Security Income Programs. In addition, the relationship item is a key variable in implementing the poverty definition, which is based on income thresholds that vary by size of family and number of children. Numbers and percentages of people in poverty are used in allocating funds by many federal programs, such as Title I, which funds assistance for educationally disadvantaged students, and the HOME Investment Partnerships Program.

In addition, information derived from the relationship item helps to identify areas which have experienced changes in the number of children, elderly parents living with the householder, and single-parent households, so that government agencies can develop and evaluate programs to help these populations. Policymakers can use the data to inform their decisions on issues such as single parenting or cohabitation. Businesses can use the data to find potential new markets, or change what they are selling in a present market, to reflect changes in family structure and associated consumer habits.

### FOR MORE INFORMATION

Data on households and families from the Census 2000 Summary File 1 were released on a state-by-state basis during the summer of 2001 and are available on the Internet via *factfinder.census.gov* and for purchase on CD-ROM and later on DVD. One can also investigate household and family data from other Census Bureau surveys like the American Community Survey, the Current Population Survey, and the Survey of Income and Program Participation, and access recently released reports related to the topic, by going to *www.census.gov*.

For information on confidentiality protection, nonsampling error, and definitions, see *www.census.gov/prod/cen2000/doc/sf1.pdf* or contact our Customer Services Center at 301-763-INFO (4636).

Information on other population and housing topics is presented in the Census 2000 Brief Series, located on the U.S. Census Bureau's Web site at *www.census.gov/population/www/cen2000/briefs.html*. This series presents information about race, Hispanic origin, age, sex, household type, housing tenure, and other social, economic, and housing characteristics.

For more information about Census 2000, including data products, call our Customer Services Center at 301-763-INFO (4636) or e-mail *webmaster@census.gov*.

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
Washington, DC 20233

OFFICIAL BUSINESS

Penalty for Private Use $300

FIRST-CLASS MAIL
POSTAGE & FEES PAID
U.S. Census Bureau
Permit No. G-58