# OMITTED EXHIBIT 22