# COMPOSITE EXHIBIT 23

Thursday, September 24, 2015

**THE STATE BAR OF CALIFORNIA**

**ATTORNEY SEARCH**

**Enter Attorney Name or Bar Number**

denison

☐ Include similarly sounding names

For more search options, including the ability to search for certified specialists, try **Advanced Search**.

24.116.30.252

**Your search for denison returned 12 results.**

Search:

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Denison, Colleen McGrath | Inactive | 149189 | Santa Monica | December 1990 |
| Denison, David Alan | Inactive | 255209 | Windsor Heights | February 2008 |
| Denison, Dean Alan | Inactive | 86171 | Mission Viejo | May 1979 |
| Denison, Frank Nathan | Active | 35902 | Encinitas | January 1965 |
| Denison, Jacinda Lee | Not Eligible | 190494 | Surprise | December 1997 |
| Denison, James Herey | Deceased | 15264 | Pasadena | June 1936 |
| Denison, James Robert | Active | 85517 | Auburn | May 1979 |
| Denison, James William | Active | 155337 | Anaheim | December 1991 |
| Denison, Jocelyn Richards | Inactive | 202630 | Venice | October 1999 |
| Denison, Marc Evan | Active | 254099 | Bakersfield | December 2007 |
| Denison, Michael Charles | Active | 60957 | Los Angeles | December 1974 |
| Denison, William Ferrin | Disbarred | 59287 | San Bernardino | June 1974 |

Displaying 1 to 12 of 12 entries

First | Previous | 1 | Next | Last

Contact Us   |   Site Map   |   Privacy Policy   |   Notices   |   Copyright   |   Accessibility   |   FAQ

Copyright © 2015, The State Bar of California

Thursday, September 24, 2015

**THE STATE BAR OF CALIFORNIA**

## ATTORNEY SEARCH

### David Alan Denison - #255209

#### Current Status:  Inactive

This member is inactive, but is eligible to become active.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 255209 | | |
| **Address:** | 1206 68th St<br>Windsor Heights, IA 50324 | **Phone Number:** | Not Available |
| | | **Fax Number:** | Not Available |
| | | **e-mail:** | david.denison@gmail.com |
| **County:** | Non-California | **Undergraduate School:** | Univ of Iowa; Iowa City IA |
| **District:** | Outside California | | |
| **Sections:** | None | **Law School:** | Univ of Iowa COL; Iowa City IA |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Inactive |
| 2/28/2010 | Inactive |
| 2/21/2008 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions

Overview of the attorney discipline system.

This member has no public record of discipline.

#### Administrative Actions

This member has no public record of administrative actions.

Start New Search »

Contact Us   |   Site Map   |   Privacy Policy   |   Notices   |   Copyright   |   Accessibility   |   FAQ

Copyright © 2015, The State Bar of California





### Contract Legal
Blue Coat Systems
March 2008 – April 2008 (2 months)

- Aided the legal department in auditing and interpreting proprietary software licensing agreements

### Senior Student Consultant
University of Iowa - ITS Help Desk
September 1999 – January 2008 (8 years 5 months)

- Offered excellent customer service regarding computer related issues and solutions to over 30,000 students, faculty, and staff for over 8 years
- Composed documentation for internal and external use by faculty, students, and staff on a wide variety of computing issues
- Organized and participated in an internal group dedicated to tackling the escalating virus and spyware dilemma at the University of Iowa
- Streamlined the computer repair and email response services, significantly decreasing the average turn-around time

▼ 1 recommendation

**Virginia Drake**
Team Lead at The University of Iowa/ITS Help Desk

David is a man of many abilities which he shares generously. For example, when he started working on our e-mail consultation service, he improved the service many times over by finding better ways to manage the service. He became our best service... View

### Legal Intern
Tsujimaki Law Offices
June 2006 – August 2006 (3 months)

- Prepared service agreement contracts for industrial and information technology related companies
- Authored an international license agreement for a Japanese robotics company seeking to license their products in Europe
- Drafted client memos for several impending information technology lawsuits
- Researched bankruptcy law issues and drafted legal memoranda on the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005

### Legal Intern
T.M.I. Associates
February 2006 – June 2006 (5 months)

- Wrote client memos and performed intellectual property related legal research daily
- Provided support and legal analysis for attorneys in copyright and trademark infringement cases
- Drafted and edited license agreements for Japanese companies seeking to expand their product lines into the United States and Europe

## Languages

**English**
Native or bilingual proficiency

**Japanese**
Professional working proficiency

## Certifications

**Iowa State Bar**
State of Iowa, License AT0010370
Starting April 2010

**Minnesota State Bar**
State of Minnesota, License 0389761
Starting April 2009



**Japanese Language Proficiency Test Level 2**
Japan Educational Exchanges and Services
Starting January 2009

---

## Education

**University of Iowa College of Law** 
JD, Law
2004 – 2007

Noteworthy coursework:
• Cyberspace Law
• Law of Electronic Media
• Commercial Contract Drafting
• 1L Summer spent studying language at JCMU in Hikone, Japan
• 2L Spring spent studying abroad at Temple University in Japan located in Tokyo, Japan

Activities and Societies: International Law Society, Asian American Law Society, ABA International Law Group

**Temple University - James E. Beasley School of Law** 
Study Abroad, Japan Campus: J.D. Semester Abroad Program
2006 – 2006

Noteworthy coursework:
• Introduction to Japanese Law
• International Business Transactions
• International Commercial Arbitration
• East/West Negotiations

**Japanese Center for Michigan Studies**
Study Abroad, Japanese Language
2005 – 2005

• Intensive Japanese language study

**Nanzan University**
Study Abroad, Japanese Language and Literature
2003 – 2004

• Intensive Japanese language study, courses in Japanese reading and translation
• Received the ATJ Scholarship and the Helen K. Fairall Scholarship

Activities and Societies: English Language Friendship Society, Badminton Club

**University of Iowa**
BA, Japanese Language and Literature and Asians Studies
1999 – 2004

• Minor in Computer Science
• Received the University of Iowa Tuition Scholarship and the Charles E. Fahrney Educational Scholarship
• Employed 20 hours a week throughout undergraduate education
• Senior year spent studying abroad at Nanzan Daigaku in Nagoya, Japan

---

## Additional Info

• **Interests**
  Guitar, Weightlifting, Jogging, Asian literature



Home    Profile    Connections    Jobs    Interests

Advanced

Business Services    Try Premium for free