# COMPOSITE EXHIBIT 24

Thursday, September 24, 2015

**THE STATE BAR OF CALIFORNIA**

**ATTORNEY SEARCH**

**Enter Attorney Name or Bar Number**

☐ Include similarly sounding names

For more search options, including the ability to search for certified specialists, try **Advanced Search**.

24.116.30.252

**Your search for roell returned 2 results.**

Search:

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Roell, Silvia Maria | Inactive | 257242 | 92353 Bavaria | August 2008 |
| Roellig, Kristen Lee | Inactive | 182908 | Ashburn | June 1996 |

Displaying 1 to 2 of 2 entries

First | Previous | 1 | Next | Last

Contact Us | Site Map | Privacy Policy | Notices | Copyright | Accessibility | FAQ

Copyright © 2015, The State Bar of California

**THE STATE BAR OF CALIFORNIA**

# ATTORNEY SEARCH

## Silvia Maria Roell - #257242

### Current Status:  Inactive

This member is inactive, but is eligible to become active.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 257242 | | |
| **Address:** | Dillberg 41<br>Postbauer-Heng<br>92353 Bavaria<br>GERMANY | **Phone Number:** | 499188903109 |
| | | **Fax Number:** | Not Available |
| | | **e-mail:** | silvia.roell@gmail.com |
| **County:** | Non-California | **Undergraduate School:** | No Information Available; |
| **District:** | Outside California | | |
| **Sections:** | None | **Law School:** | Foreign Law School; |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Inactive |
| 2/1/2010 | Inactive |
| 8/4/2008 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**

Overview of the attorney discipline system.

This member has no public record of discipline.

**Administrative Actions**

This member has no public record of administrative actions.

Start New Search »

https://www.linkedin.com/profile/view?id=AAkAAAEXZGoBkoFQpnQ78RenK4pvzAXh0jkhgfI&authType=NAME_SEARCH&authToken=yZW...

Case 4:07-cv-05944-JST   Document 4108-24   Filed 10/08/15   Page 4 of 5



9/24/2015 8:22 PM

