Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Cathode Ray Tube (CRT) ) Case No: 3:07-cv-5944 SC
Antitrust Litigation )
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
This Document Applies To: ) (CIVIL LOCAL RULE 11-3)
All Indirect Purchaser Actions )
)

I, JOSEPH SCOTT ST. JOHN, an active member in good standing of the bar of MISSISSIPPI, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: DOUGLAS W. ST. JOHN in the above-entitled action. My local co-counsel in this case is ANDREA VALDEZ, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 514 MOCKINGBIRD DRIVE<br>LONG BEACH, MS 39560 | 530 S. LAKE AVENUE, NO. 574<br>PASADENA, CA 91101 |
| My Telephone # of Record:<br>4102123475 | Local Co-Counsel's Telephone # of Record:<br>6268176547 |
| My Email Address of Record:<br>JSCOTTSTJOHNPUBLIC@GMAIL.COM | Local Co-Counsel's Email Address of Record:<br>ANDREA.VALDEZ.ESQ@GMAIL.COM |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 102876.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: OCTOBER 8, 2015

JOSEPH SCOTT ST. JOHN
APPLICANT

===

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of JOSEPH SCOTT ST. JOHN is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                            October 2012