Paul B. Justi (SBN124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
T: 925.256.7900
F: 925.256.9204
pbjusti@comcast.net

Attorneys for Class Member and Objector
DAN L. WILLIAMS & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CATHODE RAY TUBE (CRT)<br>ANTITRUST LITIGATION | CASE NO. 3:07-cv-05944-SC<br>MDL NO. 1917<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS** |

PLEASE TAKE NOTICE THAT the following legal counsel hereby appears in this action on behalf of class member and objector Dan L. Williams & Co. and requests service of all notices and pleadings be given to and served upon the following:

>    Paul B. Justi
>    LAW OFFICES OF PAUL B. JUSTI
>    1981 North Broadway, Suite 250
>    Walnut Creek, CA 94596
>    T: 925.256.7900
>    F: 925.256.9204
>    pbjusti@comcast.net

Dated: October 8, 2015          LAW OFFICES OF PAUL B. JUSTI

                                By _____
                                   Paul B. Justi
                                Attorneys for Class Member and Objector DAN L. WILLIAMS & CO.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS- 1