Theresa D. Moore (99978)
Jill T. Lin (284962)
c/o **ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Objectors
Rockhurst University
Gary Talewsky and
Harry Garavanian*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF THERESA D. MOORE IN SUPPORT OF OBJECTION TO THE CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

**DECLARATION OF THERESA D. MOORE ISO OBJECTION TO THE SETTLEMENT AGREEMENT
AND MOTION FOR ATTORNEY FEES**
Case No. 3:07-cv-5944, MDL No. 1917

I, Theresa D. Moore, declare as follows:

1. I am an attorney licensed to practice law in the State of California., and am attorney for Objectors Rockhurst University, Gary Talewsky, and Harry Garavanian.

2. I make this declaration based on my own personal knowledge, and if called to testify as a witness in this matter, I could and would competently testify to the facts contained herein.

3. Attached hereto as Exhibit A is a true and correct copy of a graphic from a presentation by Gilardi & Co.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2015, in San Francisco, California.

                                                  /s/ Theresa D. Moore

                                                  Theresa D. Moore

1

DECLARATION OF THERESA D. MOORE ISO OBJECTION TO THE CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES
Case No. 3:07-cv-5944, MDL No. 1917

# EXHIBIT A





© 2015 Gilardi & Co. LLC.  All Rights Reserved.