Theresa D. Moore (99978)
Jill T. Lin (284962)
Attorneys At Law
c/o **ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Objectors*
*Rockhurst University*
*Gary Talewsky*
*Harray Garavanian*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF GARY TALEWSKY_IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY AND OBJECTOR GARY TALEWSKY AND OBJECTOR HARRY GARAVANIAN**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

I, Gary Talewsky, declare from my own personal knowledge and on information and belief, as follows:

1. I have been an owner of a Travel Agency, and am a Travel Agent. I reside and work in Massachusetts, and book travel and airline tickets among other services;

2. My address is 95 Washington Street, Suite 104-312, Canton, MA 02021, and my telephone number is (781) 471-2310;

3. I am a member of the CRT class;

4. I have purchased multiple CRT products for my own use, and for the use of my business, and not for resale between March 1, 1995 and November 25, 2007;

5. I have purchased these CRT products in Massachusetts;

6. I purchased these products from a retailer or someone other than a Defendant or co-conspirator;

7. I have purchased 18 CRT computer monitors for my office;

8. I have purchased 4 CRT computer screens for my home;

9. I have purchased 5 standard CRT televisions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of October, 2015, in Bankok, Thailand.

_/S/_____

Gary Talewsky

**ATTESTATION**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest that I have obtained the concurrence in the filing of this document from the signatory.

_/S/ Theresa D. Moore_____

*Counsel for Objector Gary Talewsky*

---

1

**DECLARATION OF GARY TALEWSKY IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY, GARY TALEWSKY, AND HARRY GARAVANIAN**
Case No. 3:07-cv-5944, MDL No. 1917