Theresa D. Moore (99978)
Jill T. Lin (284962)
Attorneys At Law
c/o **ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Objectors
Rockhurst University and
Gary Talewsky*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944<br>MDL No. 1917 |
|---|---|
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | DECLARATION OF HARRY GARAVANIAN IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES BY OBJECTOR ROCKHURST UNIVERSITY AND OBJECTOR GARY TALEWSKY AND OBJECTOR HARRY GARAVANIAN |
| | Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

DECLARATION OF HARRY GARAVANIAN IN SUPPORT OF OBJECTION TO THE SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES AND OBJECTION BY CLASS MEMBER HARRY GARAVANIAN

Case No. 3:07-cv-5944, MDL No. 1917

I, Harry Garavanian, declare from my own personal knowledge and on information and belief, as follows:

1. I have been an owner of a Travel Agency, and am a Travel Agent. I reside and work in Massachusetts, and book travel and airline tickets among other services;

2. My address is 40 Vinal Sq., North Chelmsford, MA 01863, and my telephone number is (978)251-2868 ;

3. I am a member of the CRT class;

4. I have purchased multiple CRT products for my own use, and for the use of my business, and not for resale between March 1, 1995 and November 25, 2007;

5. I have purchased these CRT products in Massachusetts;

6. I purchased these products from a retailer or someone other than a Defendant or co-conspirator;

7. I have purchased 5 CRT computer monitors;

8. I have purchased 1 CRT television.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of October, 2015, in North Chelmsford, MA.

*Harry G[signature]*
Harry Garavanian

---

1

**DECLARATION OF HARRY GARAVANIAN IN SUPPORT OF OBJECTION TO THE SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY FEES AND OBJECTION BY CLASS MEMBER HARRY GARAVANIAN**

Case No. 3:07-cv-5944, MDL No. 1917