Theresa D. Moore (99978)
Attorney At Law
c/o **ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF MATTHEW HEINRICH IN SUPPORT OF OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT BY OBJECTOR ROCKHURST UNIVERSITY AND OBJECTOR GARY TALEWSKY**<br><br>Judge: Honorable Samuel Conti<br>Courtroom One, 17th Floor |

I, Matthew Heinrich declare on information and belief, as follows:

1. I am the Associate Vice President of Facilities and Technology for Rockhurst University in Kansas City, Missouri, and am familiar with the purchasing history of Rockhurst University;

2. Rockhurst University is a Jesuit University established in 1910, and has an approximate enrollment of 3000;

3. Rockhurst University's address and telephone number is 1100 Rockhurst Road, Kansas City, MO 64110, telephone number (816) 501-4000.

4. Rockhurst University is a member of the CRT class;

5. Rockhurst University has purchased multiple CRT products for the University and not for resale between March 1, 1995 and November 25, 2007;

6. Rockhurst University has purchased these CRT products in Missoouri;

7. Rockhurst University purchased these products from a retailer or someone other than a Defendant or co-conspirator;

8. Rockhurst University has purchased more than one CRT computer and o/or television and estimates the purchases during the above class period to be 1500 CRT computers.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 8TH day of OCTOBER, 2015, in KANSAS CITY MISSOURI

_____
Matthew Heinrich