Theresa D. Moore (99978)
Jill T. Lin (284962)
c/o **ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Objectors
Rockhurst University
Gary Talewsky and
Harry Garavanian*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF INTENT TO APPEAR *IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION* MDL NO. 1917**<br><br>Date:  November 13, 2015<br>Time:  10:00 a.m.<br>Judge:  Honorable Samuel Conti<br>Courtroom One, 17th Floor |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | |

**NOTICE OF INTENT TO APPEAR *IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION* MDL NO. 1917**

Case No. 3:07-cv-5944, MDL No. 1917

1 | In accordance with the Amended Order Granting Preliminary approval of Class Action Settlements with Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomas and TDA Defendants (Dkt. 3906), the undersigned hereby gives notice of an intention to appear at the Fairness Hearing on November 13, 2015 at 10:00 a.m.

Dated: October 8, 2015

/s/ Theresa D. Moore

Theresa D. Moore (99978)
c/o **ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Objectors Rockhurst University and Gary Talewsky*

1

**NOTICE OF INTENT TO APPEAR** *IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION* **MDL NO. 1917**
Case No. 3:07-cv-5944, MDL No. 1917