Guido Saveri (22349)
   *guido@saveri.com*
R. Alexander Saveri (173102)
   *rick@saveri.com*
Geoffrey C. Rushing (126910)
   *grushing@saveri.com*
Cadio Zirpoli (179108)
   *cadio@saveri.com*
Travis L. Manfredi (281779)
   *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**DIRECT PURCHASER PLAINTIFFS' REPORT RE NOTICE TO CLASS OF FEE MOTION AND LACK OF OBJECTIONS**<br><br>Date:         October 23, 2015<br>Time:         10:00 a.m.<br>Judge:       Hon. Samuel Conti<br>Courtroom: 1 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |

**I.    INTRODUCTION**

Direct Purchaser Plaintiffs ("DPPs") submit this report to inform the Court that notice to the class of their Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (Sept. 11, 2015) (Dkt. No. 4055) ("Fee Motion") and their Motion for Class Representative Incentive Awards (Sept. 11, 2015) (Dkt. No. 4056) ("Incentive Award Motion") has been provided as required by the Court, and that no class member has objected to or commented on either motion.

**II.   CLASS NOTICE WAS PROVIDED AS ORDERED BY THE COURT; THERE ARE NO OBJECTIONS**

On July 22, 2015, the Court established a schedule for notice to the class regarding the claims process and the hearing of DPPs' Fee Motion. Order Approving Claim Form and Directing Notice to Class Members Regarding Distribution of Settlement Fund (July 22, 2015) (Dkt. No. 3934) ("Order"). The Order approved the form of notice ("Notice") to the class and required DPPs to: (1) disseminate the Notice and the Proof of Claim form ("Claim Packet") to the class by electronic or direct mail by September 11, 2015; (2) publish the Notice in the *Wall Street Journal* by September 11, 2015; and (3) file their Fee Motion by September 11, 2015. Order at 1–2. The Court set the hearing on DPPs' fee motion for October 23, 2015 and ordered that "any class member wishing to comment or object to plaintiffs' Motion for Attorneys' Fees and Costs may do so by filing with the Court any comments or objections on or before October 2, 2015." *Id.* at 2.

Notice to the class has been provided as ordered by the Court. On September 11, 2015, the settlement administrator, Gilardi & Co., LLC ("Gilardi"), caused the Claim Packet to be mailed to 16,941 potential class members and also to be emailed to 873 of those potential class members. Declaration of Ross Murray re Dissemination of Notice and Claim Forms to Class Members and Lack of Objections to Plaintiffs' Motion for Attorneys' Fees and Costs ("Murray Decl.") ¶¶ 4–5.[1] On the same date, the Notice Regarding Claims was published in the *Wall Street Journal*. *Id.* ¶ 10.

---

[1] The Order also required DPPs to "cause a declaration to be filed reflecting that the Notice Regarding Claims has been provided in accordance with this Order." This Report, the Murray Declaration, and Declaration of R. Alexander Saveri in Support of Report re Compliance with Order Approving Claim Form and Directing Notice to Class Members re Distribution of Settlement Fund ("Saveri Decl.") are intended to comply with this aspect of the Order.

1   Copies of the Notice Regarding Claims, the Proof of Claim form, and the *Wall Street Journal* tear
2   sheet are attached to the Murray Declaration as Exhibits A, B, and C. Gilardi also posted the claim
3   form and Notice on the case website. *Id.* ¶ 7.
4         As directed by the Court, DPPs filed their Fee Motion (and Incentive Award Motion) on
5   September 11, 2015. Dkt. Nos. 4055, 4056. The Notice informed class members that DPPs' fee
6   application would be available on the case website; Gilardi posted the memoranda in support of the
7   motions, and principal declarations there on September 11, 2015. Murray Decl. ¶ 7. In addition,
8   Gilardi caused the website to be updated with the date to object to the Fee Motion, the date of the
9   hearing on the Fee Motion, and other information about the claims process on September 11, 2015.
10  Murray Decl. ¶ 8.
11        The Notice Regarding Claims, the case website, and the Order all informed class members
12  that the deadline to file any comments or objections to the Fee Motion was October 2, 2015. *See*
13  Murray Decl. ¶ 8 & Exs. A, C; Order at 2. As of the date of this filing, no class member or any
14  other party has filed an objection to or comment on the Fee Motion or the Incentive Award Motion.
15  Saveri Decl. ¶ 2. Neither DPPs nor Gilardi have received any communication indicating that
16  anyone objects to, has a comment on, or otherwise wishes to be heard regarding the Fee Motion or
17  the Incentive Award Motion. Murray Decl. ¶ 11, Saveri Decl. ¶ 3. Therefore, there is no opposition
18  to either motion.

## II.    CONCLUSION

As noted, the Fee Motion and the Incentive Award Motion are set for hearing on October 23, 2015. DPPs' motion for final approval of the Thomson settlement is set for hearing at the same time. Dkt. No. 4091. As explained in DPPs' brief in support of final approval, there are also no objections to the Thomson settlement.[2] For this reason—unless the Court requires further information—DPPs respectfully submit that the matter is appropriate for resolution without a hearing.

---

[2] DPPs' Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement with Thomson Defendants at 18 (Oct. 2, 2015) (Dkt. No. 4091).

Dated: October 8, 2015

Respectfully submitted,

/s/ *R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Travis L. Manfredi (281779)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel For Direct Purchaser Plaintiffs*

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Bruce L. Simon
Aaron M. Sheanin
PEARSON, SIMON & WARSHAW LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

H. Laddie Montague, Jr.
Ruthanne Gordon
Charles P. Goodwin
Candice Enders
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604

Michael P. Lehmann
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980


Gary Specks
KAPLAN FOX
423 Sumac Road
Highland Park, IL 60035
Telephone: (847) 831-1585
Facsimile: (847) 831-1580


Douglas A. Millen
William H. London
FREED KANNER LONDON & MILLEN
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4519


Eric B. Fastiff
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008


W. Joseph Bruckner
Elizabeth R. Odette
LOCKRIDGE GRINDAL NAUEN P.L.L.P
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

*Attorneys for Plaintiffs*