Guido Saveri (22349)
 *guido@saveri.com*
R. Alexander Saveri (173102)
 *rick@saveri.com*
Geoffrey C. Rushing (126910)
 *grushing@saveri.com*
Cadio Zirpoli (179108)
 *cadio@saveri.com*
Travis L. Manfredi (281779)
 *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' REPORT RE NOTICE TO CLASS OF FEE MOTION AND LACK OF OBJECTIONS**<br><br>Date:        October 23, 2015<br>Time:       10:00 a.m.<br>Judge:     Hon. Samuel Conti<br>Courtroom: 1 |

1  I, R. ALEXANDER SAVERI, declare:

2      1.    I am the managing partner of Saveri & Saveri, Inc. ("S&S"), lead counsel for the Direct Purchaser Plaintiffs ("DPPs"). Except as otherwise noted, I make this declaration of my own personal knowledge, and if called upon to do so, could and would testify competently to the facts contained herein.

    2.    I regularly review the docket for this case and, to my knowledge, no objections to DPPs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (Sept. 11, 2015) (Dkt. No. 4055) ("Fee Motion") or their Motion for Class Representative Incentive Awards (Sept. 11, 2015) (Dkt. No. 4056) ("Incentive Award Motion") have been filed.

    3.    My office has not received any communications from any class member (or any other party) indicating that anyone has objected to or wishes to comment on the Fee Motion or the Incentive Award Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 8th day of October, 2015 at San Francisco, California.

                                       */s/ R. Alexander Saveri*
                                           R. Alexander Saveri