# CERTIFICATE OF SERVICE

On October 8, 2015, I caused a copy of

STATEMENT OF INTEREST OF THE STATE OF CALIFORNIA

To be electronically filed via the Court's Electronic Case Filing System on October 8, 2015.

*Carmen Choy*
_____
Carmen Choy