Joseph Darrell Palmer (SBN 125147)
*darrell.palmer@palmerlegalteam.com*
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, California  92008
Tel:  (858)215-4064
Fax:  (866)583-8115

Attorney for Objector Paul Palmer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CRT ANTITRUST LITIGATION | Case No. 07-CV-05944-SC<br><br>**DECLARATION OF PAUL PALMER REGARDING CLASS MEMBERSHIP**<br><br>Date:  November 13, 2015<br>Time:  10:00<br>Courtroom:  One, 17th Floor<br><br>Judge:   Samuel Conti |

I, Paul Palmer, am over the age of 18.  I make this declaration in support of my objection to the fee request made by class counsel representing the indirect purchaser plaintiffs.

1. My residence, from the time of March 1, 1995, through November 25, 2007, was the state of Texas.

2. During this time period, I purchased one television with a screen greater than 30 inches. I purchased the television in the State of California. I do not have the receipt from this purchase. I still have this product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of October, 2015, at Nacona, Texas.

*[signature]*

PAUL PALMER