Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944-SC |
| This Document Relates to:<br>ALL ACTIONS | **SPECIAL MASTER'S SCHEDULING ORDER NO. 1** |

This Scheduling Order sets forth the schedule for briefing and hearing objections to the proposed Indirect Purchaser Settlement Class settlement, including objections to the aggregate amount of attorneys' fees and costs and incentive awards requested.

The Special Master has met and conferred with lead class counsel, other class counsel and some counsel for settling defendants concerning the most efficient and fair scheduling of these matters. The Special Master finds that the needs of efficient case administration, and the retirement of the assigned judge, require the continuance of the previously ordered and noticed date of November 13, 2015 for the hearing on final approval of the Indirect Purchaser Class settlement. The new date will be set by the newly assigned judge at some time after January 8, 2016.

1

The Special Master ORDERS that the following schedule is in place for briefing and other events leading up to the final approval hearing.

Deadline to object to settlement, attorneys fees/costs and incentive awards - October 8, 2015

Briefs in opposition to objections — November 6, 2015

Reply briefs by objectors - November 13, 2015

Deadline for the Special Master to file Report and Recommendation - December 14, 2015

Deadline for objections to Report and Recommendation - December 30, 2015

Deadline for oppositions to objections - January 8, 2016

Hearing on final approval of settlement, aggregate attorneys' fees/costs and incentive awards - To be Set by Assigned Judge

These dates may be moved by the Special Master or the Court based on the future needs of the case. All interested parties are directed to check the website for the Indirect Purchaser settlement, www.CRTclaims.com, for further scheduling orders.

If the settlement is approved, the Special Master shall promptly commence the supervision of allocating the aggregate amount of attorneys fees approved among the various class counsel.

Lead Class Counsel are directed to post this Order on the case website.

Dated: October 8, 2015

Martin Quinn
Special Master