KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. CV-07-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS** |

---
1
NOTICE OF INTENT TO SERVE SUBPOENAS

NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve subpoenas for testimony and the production of documents on the individuals or entities listed below. Said subpoenas are attached hereto as the exhibits listed.

| Exhibit | Entity Subpoenaed |
|---|---|
| A. | Dan L. Williams & Co. |
| B. | Donnie G. Clifton |
| C. | Douglas W. St. John |
| D. | Anthony Gianasca |
| E. | Mina Ashkannejhad |
| F. | Rosemary Ciccone |
| G. | Jeff Craig |
| H. | Sean Hull |
| I. | Gordan Morgan |
| J. | Harry Garavanian |
| K. | Rockhurst University |
| L. | Gary Talewski |

Dated: October 14, 2015                    By:   /s/ Robert J. Gralewski, Jr.

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

---

2
NOTICE OF INTENT TO SERVE SUBPOENAS