KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. CV-07-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS [CORRECTED]** |

---
1
NOTICE OF INTENT TO SERVE SUBPOENAS

NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve a subpoena for testimony and the production of documents on Gary Talewsky.  Said subpoena is attached hereto as exhibit L.  Notice of this same subpoena was previously given but the version attached hereto corrects a spelling error.

| **Exhibit** | **Entity Subpoenaed** |
|---|---|
| L. | Gary Talewsky |

Dated: October 14, 2015                           By:     /s/  Robert J. Gralewski, Jr.

    Robert J. Gralewski, Jr. (196410)
    KIRBY McINERNEY LLP
    600 B Street, Suite 1900
    San Diego, CA 92101
    Tel: (619) 398-4340
    bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*