

**Ship From:**
PAKMAIL CENTER 738
and Charles M. Thompson, P.C.
(205)980-8879
1401 DOUG BAKER BLVD
Suite 107
BIRMINGHAM, AL 35242

**Ship To:**
Class Action Clerk
US District Court for the Northern
District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Ship Via: USPS First-Class Mail® Large Envelope
Reference: 105581-1
Weight: 0.13
Processed on: 10/08/2015 4:27:23 PM



7013 2250 0002 3429 9249

1000
94102