# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax:404-881-7777
www.alston.com

**Michael P. Kenny**                    **Direct Dial: 404-881-7179**                    **Email: mike.kenny@alston.com**

October 16, 2015

*VIA OVERNIGHT DELIVERY AND ELECTRONIC CASE FILING*

The Honorable Samuel Conti
Senior United States District Judge
United States District Court
Northern District of California
Courtroom No. 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    ***In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC, MDL No. 1917**

Your Honor:

      Pursuant to the Court's Order (MDL Dkt. No. 3986), I write to advise the Court that Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. (n/k/a Mitsubishi Electric US, Inc.), and Mitsubishi Electric Visual Solutions America, Inc., as successor to Mitsubishi Digital Electronics America, Inc. (collectively, "Mitsubishi Electric") have reached an agreement to settle the case against the Mitsubishi Electric Defendants.  No motions are mooted entirely by this settlement.

      Respectfully Submitted,

      */s/ Michael P. Kenny*

      Michael P. Kenny

CC:    Judge Vaughn Walker (jay.weil@fedarb.com)
       Michael T. Brody, Esq. (MBrody@jenner.com)