Joseph Darrell Palmer (SBN 125147)
*darrell.palmer@palmerlegalteam.com*
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, California 92008
Tel: (858)215-4064
Fax: (866)583-8115

Attorney for Objector Paul Palmer

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CRT ANTITRUST LITIGATION | Case No. 07-CV-05944-SC |
| | **NOTICE OF WITHDRAWAL OF PAUL PALMER'S OBJECTIONS TO INDIRECT PURCHASER PLAINTIFFS' COUNSELS' MOTION FOR ATTORNEYS' FEES AND PROPOSED SETTLEMENT** |
| | Date: November 13, 2015<br>Time: 10:00<br>Courtroom: One, 17th Floor |
| | Judge: Samuel Conti |

Objector PAUL PALMER, through his counsel, respectfully moves to withdraw his Objection (Docket No. 4120) and requests a Court order reflecting such withdrawal. In support of his motion, Objector PAUL PALMER states as follows:

1. On October 8, 2015, Objector PALMER filed his Objection in good faith;

1

07-cv-5944-SC
NOTICE OF WITHDRAWAL OF PAUL PALMER'S OBJECTIONS TO INDIRECT PURCHASER PLAINTIFFS' COUNSELS' MOTION FOR ATTORNEYS' FEES AND PROPOSED SETTLEMENT

07-cv-5944-SC

2. In exchange for Class Counsel's agreement to withdraw its deposition subpoena, Objector PALMER agrees to withdraw his Objection to the class action settlement (Docket No. 4120).

WHEREFORE, Objector PAUL PALMER requests that the Court enter an order reflecting the withdrawal of his objection.

Dated: October 16, 2015          LAW OFFICES OF DARRELL PALMER

By: /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Counsel for Objector Paul Palmer

2

07-cv-5944-SC
NOTICE OF WITHDRAWAL OF PAUL PALMER'S OBJECTIONS TO INDIRECT PURCHASER PLAINTIFFS' COUNSELS' MOTION FOR ATTORNEYS' FEES AND PROPOSED SETTLEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2015, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I further certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system

          /s/ Joseph Darrell Palmer
          Joseph Darrell Palmer
          Attorney for Objector Paul Palmer

3

07-cv-5944-SC
NOTICE OF WITHDRAWAL OF PAUL PALMER'S OBJECTIONS TO INDIRECT PURCHASER PLAINTIFFS' COUNSELS' MOTION FOR ATTORNEYS' FEES AND PROPOSED SETTLEMENT