KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. CV-07-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS AND WITHDRAW OF SUBPOENA** |

---
1
NOTICE OF INTENT TO SERVE SUBPOENAS

NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve an amended subpoena for testimony and the production of documents on Gordon Morgan, which is attached hereto as exhibit I.

NOTICE IS ALSO HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve a subpoena for testimony and the production of documents on Elizabeth Kimberly Johnson, which is attached hereto as exhibit M.

NOTICE IS ALSO HEREBY GIVEN that the subpoena previously noticed to be served on Paul Palmer is hereby withdrawn.

Dated: October 20, 2015                                  By:   /s/ Robert J. Gralewski, Jr.

                                                         Robert J. Gralewski, Jr. (196410)
                                                         KIRBY McINERNEY LLP
                                                         600 B Street, Suite 1900
                                                         San Diego, CA 92101
                                                         Tel: (619) 398-4340
                                                         bgralewski@kmllp.com

                                                         *Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*