# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CRT ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 3:07-cv-5944 SC |
| THIS ORDER RELATES TO ALL CASES | |
| | **REQUEST AND ORDER FOR EXEMPTION FROM PACER FEES** |

The Court has appointed Martin Quinn as Special Master in the above-referenced case. Mr. Quinn is requesting a PACER fee waiver, which the undersigned construes as a motion for exemption from the PACER fee. The standards established by the Judicial Conference for granting such an exemption are to avoid unreasonable burdens and to promote public access to such information. Both standards must be met in order for the court to grant an exemption from the PACER fee.

It would be unreasonable to burden Mr. Quinn with payment of this fee while he is working under appointment by and on behalf of the Court. Because he is performing a public function as a Special Master in this case, public access to information will be promoted if he has free access to the entire docket in this case. Thus, the Court finds that both standards have been met in this instance and grants exemption from PACER user fees. The exemption shall remain in place as long as Mr. Quinn remains appointed as Special Master in the above-referenced case.

Dated: October 19, 2015

Martin Quinn
Special Master

**REQUEST AND ORDER FOR EXEMPTION FROM PACER FEES**

The Court, having reviewed the request by Martin Quinn, finds that the requested exemption is proper as requested. The request is GRANTED.

IT IS SO ORDERED.

Dated: 10/20/2015

Hon. Samuel J. Conti
United States District Court Judge

**REQUEST AND ORDER FOR EXEMPTION FROM PACER FEES**