KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. 07-CV-05944-SC<br>MDL No. 1917<br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS [AMENDED]** |

---
1
NOTICE OF INTENT TO SERVE SUBPOENAS [AMENDED]

NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve an amended subpoena for testimony and the production of documents on John Finn, attached hereto as Exhibit A.  Notice of this same subpoena was previously given but the version attached hereto modifies the location where Mr. Finn is to appear.

NOTICE IS ALSO HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve an amended subpoena for testimony and the production of documents on Dan L. Williams & Co., attached hereto as Exhibit A(1).  Notice of this same subpoena was previously given but the version attached hereto modifies the date and time of appearance.

Dated: October 20, 2015                               By:      /s/  Robert J. Gralewski, Jr.

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
600 B Street, Suite 1900
San Diego, CA  92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*