KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. CV-07-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>All Indirect Purchaser Actions | **NOTICE OF INTENT TO SERVE SUBPOENA [AMENDED]** |

---

1

NOTICE OF INTENT TO SERVE SUBPOENAS

1  NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-
2 captioned action shall serve an amended subpoena for testimony and the production of
3 documents on Douglas W. St. John, which is attached hereto as Exhibit C.  Notice of this same
4 subpoena was previously given but the version attached hereto changes the date of appearance.

6  Dated: October 21, 2015                                                  By:      /s/  Robert J. Gralewski, Jr.

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

---
2
NOTICE OF INTENT TO SERVE SUBPOENAS