Jan L. Westfall (State Bar Number 241106)
29896 Blue Water Way
Menifee, CA 92584
Tel: 619-940-2880
Email: jlwestfall.esq@gmail.com

*Attorney for Objector Donnie G. Clifton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | Master File No. CV-07-5944-SC <br><br> MDL No. 1917 <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> The Hon. Samuel Conti |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I, Jan L. Westfall, hereby enter my appearance as counsel for class member Donnie G. Clifton in the above captioned matter. I am admitted to practice in the United States District Court for the Northern District of California. Mr. Clifton's Objection to Proposed Class Action Settlement and Award of Attorneys' Fees (Dkt. No. 4099) was filed on October 6, 2015. I respectfully request service of all documents filed in this action through the court's electronic filing system.

Dated:   October 23, 2015                    Respectfully submitted,

*/s/ Jan L. Westfall*
Jan L. Westfall
29896 Blue Water Way
Menifee, CA 92584
Tel: 619-940-2880
Email: jlwestfall.esq@gmail.com

*Counsel for Objector Donnie G. Clifton*

NOTICE OF APPEARANCE                                 No. 07-5944-SC; MDL No. 1917

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that the foregoing Notice of Appearance of Counsel was filed via the court's ECF filing system on October 23, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record in this action.

*/s/ Jan L. Westfall*
Jan L. Westfall
