Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
Email: gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Attorneys for Non-Party Newegg Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN re CATHODE RAY TUBE ANTITRUST LITIGATION | Case No. M-07-5944 SC<br>MDL No. 1917<br><br>**NOTICE OF DESIGNATION OF MATERIAL AS "HIGHLY CONFIDENTIAL"** |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | |

TO ALL PARTIES, THE CLERK OF THE COURT, AND ALL OTHER INTERESTED PERSONS:

    PLEASE TAKE NOTICE THAT To the extent it has not already been so designated in the above-captioned matter, Non-Party Newegg Inc. hereby designates the September 11, 2014 deposition of Tony Arif ("Deposition") as "HIGHLY CONFIDENTIAL" under the protective order/s entered in the litigation.  Any failure to so designate earlier was inadvertent.  Such

1
DESIGNATION OF MATERIAL AS "HIGHLY CONFIDENTIAL"

designation applies to the videotape of the Deposition as well as the written transcript and any other recordings and/or representations of the Deposition, its contents, or any part thereof.

Pursuant to Paragraph 5.3 of the Stipulated Protective Order filed June 18, 2008 and other relevant orders in the litigation, Non-Party Newegg Inc. requests all Parties and persons, including but not limited to Receiving Parties (as that term is used in the Stipulated Protective Order), to make reasonable efforts to assure that the above-designated material is treated as "HIGHLY CONFIDENTIAL" within the meaning of the protective order/s.

LITIGATION LAW GROUP

Date:  October 21, 2015          By:  ____/s/ Gordon M. Fauth, Jr._____
                                      Gordon M. Fauth, Jr.

                                      1801 Clement Avenue, Suite 101
                                      Alameda, California  94501
                                      Telephone (510) 238-9610
                                      Facsimile (510) 337-1431

                                      Attorneys for Non-Party Newegg Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on October 23, 2015 via the Court's CM/ECF system.

/s/ Gordon M. Fauth, Jr.
Gordon M. Fauth, Jr.