George W. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241
Telephone: 330.626.5600
Facsimile: 330.230.6136
lawchrist@gmail.com

Attorney for Class Member/
Objector Josie Saik

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br>MDL No. 1917 |

### NOTICE OF APPEARANCE BY GEORGE W. COCHRAN

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that George W. Cochran, of the Law Office of George W. Cochran, hereby appears in this action as counsel on behalf of IPP Class member and Objector Josie Saik, 1205 Cypress St., Space 122, San Dimas, CA 91773-3532 ("Saik") Saik requests that all pleadings and other documents be served upon George W. Cochran using the contact information set forth herein.

Dated: October 24, 2015

Respectfully submitted,

/s/ George W. Cochran
George W. Cochran
Law Office Of George W. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241
Telephone: 330.626.5600
Facsimile: 330.230.6136
lawchrist@gmail.com
Attorney for Josie Saik

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Entry of Appearance was filed with the Clerk of Court using CM/ECF on October 24, 2015 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      By: */s/ George W. Cochran*
           George W. Cochran