Josie Saik
1205 Cypress St., Space 122
San Dimas, CA 91773-3532
(909) 599-8505
Class Member/Objector
Appearing Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | Master File No. 3:07-cv-5944 SC<br>MDL No.1917<br>DECLARATION OF TIMELY SUBMISSION OF OBJECTIONS TO PROPOSED SETTLEMENT IN PREPARATION FOR FAIRNESS HEARING<br>Date: November 13, 2015<br>Time: 10:00 a.m.<br>Courtroom: One, 17th Floor<br>Judge: The Honorable Samuel Conti |
| This Document Relates to:<br>All Indirect-Purchaser Actions. | |

I, Josie Saik, declare as follows:

1. On October 7, 2015, I mailed written notice of my objections to class settlement and request for attorney fees by registered mail with the United States Postal Service to the following address: Class Action Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102. A true copy of my registration receipt from USPS is attached hereto as Exhibit 1.

2. On October 9, 2015, USPS delivered the foregoing notice to the above address. The USPS' proof of delivery is attached hereto as Exhibit 2.

3. To date, my written notice of objections has not been located by the clerk's office for electronic filing with the court docket in Master File No. 3:07-cv-5944 SC.

4. A true copy of my written notice of objections is attached hereto as Exhibit 3.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing statements of fact are true and accurate to the best of my knowledge and belief.

Executed this 23rd day of October, 2015 in Los Angeles, California for ECF filing by counsel.

*Josie Saik*
Josie Saik
1205 Cypress St., Space 122
San Dimas, CA 91773-3532
(909) 599-8505
Class Member/Objector
Appearing Pro Se

CERTIFICATE OF SERVICE

I certify that on October 24, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court via CM/ECF either by mailing it to the clerk or by ECF filing through my attorney. Notice of this filing will be sent by email to all counsel of record by operation of the Court's electronic filing system.

*Josie Saik*

Josie Saik