```
          WEST COVINA MPO
        WEST COVINA, California
              917939000
            0569390370-0000
   10/07/2015 (800)275-8777 04:26:07 PM
_____
 ———————————  Sales Receipt  ———————————
 Product          Sale Unit        Final
 Description      Qty  Price       Price

 SAN FRANCISCO CA 94102-3426       $1.42
 Zone 4
 First-Class Mail Large Env
   3.00 oz.
   Expected Delivery: Sat 10/10/15
   @@ Certified Mail                $3.45
   USPS Certified Mail #:
   70150640000198770344
                                  ========
   Issue Postage:                    $4.87
                                  _____
 Total:                             $4.87

 Paid by:
 Cash                               $5.00
 Change Due:                       -$0.13

 @@ For tracking or inquiries go to
 USPS.com or call 1-800-222-1811

 In a hurry? Self-service kiosks
 offer quick and easy check-out. Any
 Retail Associate can show you how

 Order stamps at usps.com/shop or
 call 1-800-Stamp24. Go to
 usps.com/clicknship to print
 shipping labels with postage. For
 other information call
 1-800-ASK-USPS.
 ****************************************
 ****************************************
 Get your mail when and where you
 want it with a secure Post Office
 Box. Sign up for a box online at
 usps.com/poboxes.
 ****************************************
 ****************************************

 Bill#:1000100847036
 Clerk:09

 All sales final on stamps and postage
 Refunds for guaranteed services only
        Thank you for your business


         HELP US SERVE YOU BETTER

         TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

                  Go to:
         https://postalexperience.com/Pos
         or scan this code with your mobile
                  device:
```



EXHIBIT 1

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

SAN FRANCISCO CA 94102

| Certified Mail Fee | $3.45 | |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | 0870 |
| ☐ Return Receipt (hardcopy)    $_____ | | |
| ☐ Return Receipt (electronic)  $_____ | | |
| ☐ Certified Mail Restricted Delivery $_____ | | |
| ☐ Adult Signature Required     $ N/A | | |
| ☐ Adult Signature Restricted Delivery $ N/B | | |
| Postage | $1.42 | 10/07/2015 |
| Total Postage and Fees | $4.87 | |

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, April 2015    See Reverse for Instructions

7015 0640 0001 9877 0344