Tracking Number: **70150640000198770344**

# Delivered

Expected Delivery Day: **Saturday, October 10, 2015**

## Product & Tracking Information

**Postal Product:**
    First-Class Mail®
**Features:**
    Certified Mail™

| DATE & TIME | STATUS OF ITEM |
|---|---|
| **October 9, 2015 , 12:44 pm** | **Delivered** |
| October 9, 2015 , 1:22 am | Departed USPS Destination Facility |
| October 8, 2015 , 3:06 pm | Arrived at USPS Destination Facility |
| October 8, 2015 , 5:03 am | Departed USPS Facility |
| October 7, 2015 , 7:52 pm | Arrived at USPS Origin Facility |
| October 7, 2015 , 5:18 pm | Departed Post Office |
| October 7, 2015 , 4:25 pm | Acceptance |

**EXHIBIT 2**