1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  Steven D. Merriman (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:    206.359.8000
   Facsimile:    206.359.9000

7  Joren S. Ayala-Bass, State Bar No. 208143
   JBass@perkinscoie.com
   **PERKINS COIE LLP**
8  505 Howard Street, Suite 1000
   San Francisco, CA 94105
9  Telephone:    415.344.7120
   Facsimile:    415.344.7320

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>   Case No. 3:11-06397-SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>             Plaintiff,<br><br>         v.<br><br>HITACHI LTD., et al.,<br><br>             Defendants. | Individual Case No. 3:11-CV-06397-SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:07-cv-05944-SC

1    Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively "Hitachi") by their respective attorneys hereby stipulate and agree as follows:

    1.    Pursuant to the parties' confidential written settlement agreement, Costco and Hitachi now seek dismissal of this action with prejudice.

    2.    This stipulation does not affect the rights or claims of Costco against any other defendant in this litigation.

    3.    Each party shall bear its own fees and costs.

    4.    WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

DATED:  October 26, 2015

PERKINS COIE LLP

By: s/ David J. Burman
David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101
(206) 359-8000
DBurman@perkinscoie.com
CGMoore@perkinscoie.com
SMerriman@perkinscoie.com

Attorneys for Plaintiff
Costco Wholesale Corporation

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:07-cv-05944-SC

|   |   |
|---|---|
| 1 | KIRKLAND & ELLIS LLP |
| 3 | By: /s/ Eliot A. Adelson |
| 4 | Eliot A. Adelson |
|   | **KIRKLAND & ELLIS LLP** |
| 5 | 555 California Street, 27th Floor |
|   | San Francisco, CA 94104 |
| 6 | Telephone: (415) 439-1400 |
|   | Facsimile: (415) 439-1500 |
| 7 | Email: eadelson@kirkland.com |

James H. Mutchnik, P.C. *(pro hac vice)*
Kate Wheaton *(pro hac vice)*
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

128355662

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:07-cv-05944-SC