UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>Case No. 3:11-06397-SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI LTD., et al.,<br><br>Defendants. | Individual Case No. 3:11-CV-06397-SC<br><br>**[PROPOSED] ORDER** |

1 | The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

 1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as against Defendants Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.
 2. This dismissal does not affect the rights or claims of Costco against any other defendant in this litigation.
 3. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Samuel Conti
United States District Judge

128355773

- 1 -

[PROPOSED] ORDER
Case No. 3:07-cv-05944-SC