IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | File No. C-07-5944 SC |
| This Order Relates To: | ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL |
| ALL INDIRECT PURCHASER ACTIONS | |

Now before the Court is an administrative motion for leave to file under seal certain exhibits to a Declaration pursuant to Civil Local Rules 7-11 and 79-5(d).  ECF No. 4070.

Parties are reminded that they must submit proposed orders with such requests, per Local Civil Rule 79-5(d)(1)(B).  Per the Court's previous orders, the motion is GRANTED with the proviso that "the Court will look favorably upon motions to intervene filed by members of the public who wish to access the sealed documents." See ECF Nos. 1512 at 1, 3795 at 1-2, 3882 at 1-2.

IT IS SO ORDERED.

Dated: October 26, 2015                    _____

UNITED STATES DISTRICT JUDGE