UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>  Case No. 3:11-06397-SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>HITACHI LTD., et al.,<br><br>  Defendants. | Individual Case No. 3:11-CV-06397-SC<br><br>[PROPOSED] ORDER |

1   The Court, having considered the stipulation of the parties, and good cause appearing,
2   orders as follows:
3      1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as
4         against Defendants Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi, Ltd.,
5         Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.
6      2. This dismissal does not affect the rights or claims of Costco against any other
7         defendant in this litigation.
8      3. Each party shall bear its own costs and attorneys' fees.
9   **IT IS SO ORDERED.**

11  DATED: October 26, 2015

                                                    _____
12                                                  The Honorable Samuel Conti
                                                    United States District Judge

27  128355773

- 1 -

[PROPOSED] ORDER
Case No. 3:07-cv-05944-SC