# ATTACHMENT 1



Robert Bonsignore <rbonsignore@class-actions.us>

# CRT SETTLEMENT WEBSITE

**Mario Alioto** <MAlioto@tatp.com>  Fri, Oct 9, 2015 at 3:00 PM
To: rbonsignore@class-actions.us

Got your message. No need to talk further at this point. But I will be back to you when we get to the fee allocation stage.

Mario N. Alioto

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

2280 Union Street

San Francisco, CA 94123

Telephone: 415 447-1650

Facsimile: 415 346-0679

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

---

**From:** rbonsignore@class-actions.us [mailto:rbonsignore@class-actions.us]
**Sent:** Thursday, October 8, 2015 2:35 PM
**To:** Mario Alioto
**Subject:** Re: CRT SETTLEMENT WEBSITE

I have left you two messages??

Sent from my iPhone

Robert J. Bonsignore

Bonsignore Trial Lawyers, PLLC