# ATTACHMENT 3A

From: **Robert Bonsignore** rbonsignore@class-actions.us
Subject: CRT TV
Date: March 5, 2012 at 5:30 PM
To: Carolyn Jorgensen cjorgensen@class-actions.us
Cc: Alioto Mario malioto@tatp.com
Bcc: Robert Bonsignore rbonsignore@class-actions.us



Ok do you remember where you bought it and how much you paid?
Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, New Hampshire 03220
781 856 7650 CELL
rbonsignore@class-actions.us

On Mar 2, 2012, at 1:33 PM, Carolyn Jorgensen wrote:

> TV is a Sanyo
>
> July 1995
> serial # V5290486805519
>
> What a MONSTER!  I do not believe I have the manual...
>
>
> ~ Carolyn

Case Number:   3:07-cv-05944-SC
Filer:         Indirect Purchaser Plaintiffs



I, *CAROLYN DRESELBEN* ("CLIENT") retain the law firms of and Robert Bonsignore of BONSIGNORE & BREWER (hereinafter "ATTORNEYS"), to be my attorney in connection with the above-referenced action.

7. ATTORNEYS shall have the right to associate other attorneys at no additional expense to CLIENT.

DATED: 3/6/2012

_____
CLIENT SIGNATURE

75 Franklin St
MAILING ADDRESS

Laconia N.H 03246
CITY        STATE      ZIP

(603) 527-0009
HOME TELEPHONE (Include Area Code)

(603) 630-0232
WORK TELEPHONE (Include Area Code)

ACCEPTED BY ATTORNEYS:

BONSIGNORE & BREWER/

By: _____

2
Attorney Representation Agreement