# ATTACHMENT 4

**From:** **Robert Bonsignore** rbonsignore@class-actions.us
**Subject:** Fwd: David Perriman TV Purchase History
**Date:** March 6, 2012 at 9:49 PM
**To:** Mario Alioto malioto@tatp.com



Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, NH 03220
(781) 856 7650 (cell)
Sent from my iPhone

Begin forwarded message:

> **From:** Office <deryl@dedwardslaw.com>
> **Date:** March 6, 2012 9:44:26 PM EST
> **To:** Robert Bonsignore <rbonsignore@class-actions.us>
> **Subject: Fwd: David Perriman TV Purchase History**
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** <office@dedwardslaw.com>
>> **Date:** March 6, 2012 6:21:14 PM CST
>> **To:** "Karl Dickhaus" <karl@faxlaw.com>, "Office" <deryl@dedwardslaw.com>
>> **Subject: David Perriman TV Purchase History**
>>
>> **David Perriman**
>> **27300 Maple Road**
>> **Carl Junction, MO 64834**
>> **Telephone: 417-365-3652**
>>
>> Sarah Goolsby
>>
>> Secretary for Deryl Edwards, Jr.
>>
>> 606 S. Pearl
>>
>> Joplin, MO 64801
>>
>> (417) 624-1962
>>
>> Fax: (417) 624-1965
>>
>> deryl@dedwardslaw.com
>>
>> 
>> Perriman TV Purchase 3-
>>     6-2012.pdf