KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA  92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the
Certified Class of Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br> This Document Relates to:<br>All Indirect Purchaser Actions | Case No. 3:07-CV-05944-SC<br>MDL No. 1917<br><br>**NOTICE OF DEPOSITION OF DONNIE G. CLIFTON**<br><br>Judge:  Hon. Samuel Conti |

## <u>NOTICE OF DEPOSITION</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION: YOU ARE HEREBY NOTIFIED that, pursuant to Federal Rule of Civil Procedure 30, Indirect Purchaser Plaintiffs, by and through their counsel, will take the deposition of objector Donnie G. Clifton, commencing on November 4, 2015, at 10:00 a.m. P.S.T. at the office of Kirby McInerney LLP, 600 B Street, Suite 1900, San Diego, California 92101.

YOU ARE FURTHER NOTIFIED that the deposition shall be recorded

stenographically by a certified shorthand reporter who is duly authorized to take and transcribe said deposition, and a real-time transcription service such as LiveNote may also be available for the use of counsel.  The deposition may also be recorded by videotape.

Dated:          October 26, 2015

By:    /s/  Robert J. Gralewski, Jr.

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
600 B Street, Suite 1900
San Diego, CA  92101
Tel: (619) 398-4340
bgralewski@kmllp.com
*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

NOTICE OF DEPOSITION OF DONNIE G. CLIFTON

**CERTIFICATE OF SERVICE**

On October 26, 2015, I caused a copy of the "NOTICE OF DEPOSITION OF DONNIE G. CLIFTON" to be served via e-mail upon Jan L. Westfall, counsel for objector Donnie G. Clifton, at jlwestfall.esq@gmail.com.   I also authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served via e-mail upon all CM/ECF participants.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 26, 2015.

Dated:        October 26, 2015

By:     /s/  Robert J. Gralewski, Jr.

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
600 B Street, Suite 1900
San Diego, CA  92101
Tel: (619) 398-4340
bgralewski@kmllp.com
*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*