JONATHAN A. MARK
WSBA No. 38051
Washington State Attorney General's Office
Antitrust Division
800 Fifth Ave., Ste. 2000,
Seattle, WA 98104
206.389.3806
jonathanm2@atg.wa.gov

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | NO. 3:07-cv-5944 SC |
| This Document Relates To: | NOTICE OF SUBSTITUTION OF ATTORNEYS |
| DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | **(Clerk's Action Requested)** |

TO:         ALL PARTIES

AND TO:     THE CLERK OF THE ABOVE-ENTITLED COURT

   YOU, AND EACH OF YOU, will please take notice that Jonathan A. Mark, Senior Assistant Attorney General, hereby substitutes for David M. Kerwin, Assistant Attorney General, as the attorney for plaintiff, State of Washington, in the above-entitled action, effective immediately.

///

///

///

NOTICE OF SUBSTITUTION OF ATTORNEYS
USDC-NDC-SF Div. Cause No. 07-cv-5944

1

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  It is requested that any and all further pleadings, except original process, be served upon the

2  undersigned attorney at the address listed below.

3       DATED this 27th day of October, 2015.

4

5                  ROBERT W. FERGUSON
                Attorney General

6

7                  s/ Jonathan A. Mark
                JONATHAN A. MARK, WSBA No. 38051

8                  Washington State Attorney General's Office
                Antitrust Division

9                  800 Fifth Ave., Ste. 2000,
                Seattle, WA  98104

10                 206.389.3806
                jonathanm2@atg.wa.govn

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF SUBSTITUTION OF ATTORNEYS
USDC-NDC-SF Div. Cause No. 07-cv-5944

2

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2015, I electronically filed State of Washington's Notice of Substitution with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Grace Summers
GRACE SUMMERS

NOTICE OF SUBSTITUTION OF ATTORNEYS
USDC-NDC-SF Div. Cause No. 07-cv-5944

3

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744