Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) | |
| DELL INC. AND DELL PRODUCTS L.P., | **STIPULATION OF DISMISSAL OF MITSUBISHI ELECTRIC DEFENDANTS** |
| PLAINTIFFS, | |
| V. | |
| HITACHI, LTD., *ET AL*., | |
| DEFENDANTS. | |

- 1 -

1    Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Mitsubishi

2 Electric Corporation, Mitsubishi Electric & Electronics USA, Inc. (n/k/a Mitsubishi Electric US, Inc.),

3 and Mitsubishi Electric Visual Solutions America, Inc., as successor to Mitsubishi Digital Electronics

4 America, Inc. (collectively, "Mitsubishi Electric"), by and through undersigned counsel, stipulate and

5 agree that Dell hereby dismisses with prejudice all claims being asserted against Mitsubishi Electric in

6 the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.   In

7 support of this stipulation of dismissal, the parties state as follows:

8         1.    Dell and Mitsubishi Electric seek the dismissal of this action with prejudice.

9         2.    This stipulation does not affect the rights or claims Dell may have against any other

10 defendant or co-conspirator in this litigation.

11        3.    Each side shall bear its own costs and attorneys' fees.

12        WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of

13 Dismissal.

14        **IT IS SO STIPULATED.**

15
DATED:  October 27, 2015          Respectfully submitted,

16
By:___*/s/ Debra D. Bernstein*_____
17        Michael P. Kenny, Esq. (GA Bar No. 415064)
         mike.kenny@alston.com
18        Debra D. Bernstein, Esq. (GA Bar No. 054998)
         debra.bernstein@alston.com
19        Matthew D. Kent, Esq. (GA Bar No. 526272)
         matthew.kent@alston.com
20        **ALSTON & BIRD LLP**
         1201 West Peachtree Street
21        Atlanta, Georgia 30309-3424
         Tel: (404) 881-7000
22        Fax: (404) 881-7777

23        James M. Wagstaffe, Esq. (SBN 95535)
         wagstaffe@kerrwagstaffe.com
24        **KERR & WAGSTAFFE LLP**
         101 Mission Street, 18th Floor
25        San Francisco, California 94105-1576
         Tel: (415) 371-8500
26        Fax: (415) 371-0500

27        *Attorneys for Plaintiffs Dell Inc. and Dell Products
         L.P.*

28

STIPULATION OF DISMISSAL OF MITSUBISHI ELECTRIC DEFENDANTS          3:13-cv-02171-SC
                                                                   MDL No. 1917

1

2   DATED:  October 27, 2015

By:    /s/ Michael T. Brody

3                                                    Terrence J. Truax (*pro hac vice*)
                                                     Email: ttruax@jenner.com

4                                                    Michael T. Brody (*pro hac vice*)
                                                     Email: mbrody@jenner.com

5                                                    **JENNER & BLOCK LLP**
                                                     353 North Clark Street

6                                                    Chicago, Illinois 60654-3456
                                                     Tel: (312) 222-9350

7                                                    Fax: (312) 527-0484

8
                                                     BRENT CASLIN (Cal. Bar. No. 198682)

9                                                    Email: bcaslin@jenner.com
                                                     **JENNER & BLOCK LLP**

10                                                   633 West Fifth Street, Suite 3600
                                                     Los Angeles, California 90071

11                                                   Tel: (213) 239-5100
                                                     Fax: (213) 239-5199

12

13                                                   *Attorneys for Defendants Mitsubishi Electric*
                                                     *Corporation, Mitsubishi Electric US, Inc. and,*

14                                                   *Mitsubishi Electric Visual Solutions America, Inc.*

15

16   Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

17   document has been obtained from each of the above signatories.

18

19

20

21

22

23

24

25

26

27

28

- 3 -