KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. 07-CV-05944-SC<br>MDL No. 1917<br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS [AMENDED]** |

---
1
NOTICE OF INTENT TO SERVE SUBPOENAS

1  NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve an amended subpoena for testimony and the production of documents on Anthony Gianasca, which is attached hereto as Exhibit D.  Notice of this same subpoena was previously given but the version attached hereto changes the date and time of appearance.

NOTICE IS ALSO HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve an amended subpoena for testimony and the production of documents on Mina Ashkannejhad, which is attached hereto as Exhibit E.  Notice of this same subpoena was previously given but the version attached hereto changes the time of appearance.

Dated: October 27, 2015

By:     /s/  Robert J. Gralewski, Jr.

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

---

2
NOTICE OF INTENT TO SERVE SUBPOENAS