Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>ALL ACTIONS | MDL No 1917<br><br>Master Case No 3:07-cv-05944SC<br><br>**ORDER RE PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF SHIGEKAZU SHIBATA (TOSHIBA)** |

1   The Indirect Purchaser Plaintiffs ("IPPs") originally filed a motion to compel the Toshiba Defendants[1] to make available for deposition a former employee, Shigekazu Shibata,[2] a motion unresolved at the time of the IPPs' settlement with all defendants.  When the issue arose whether the Discovery Protocol in this litigation (ECF No 1128) allowed remaining parties to proceed with a discovery motion originally filed by a party that has since settled, the undersigned requested input from all parties.  See ECF Nos 3857 and 3866.  A number of parties expressed interest in various pending motions.  But no party timely requested consideration of the IPPs' motion to compel the Shibata deposition in response to the undersigned's requests.  Because the undersigned's report and recommendation, Order re Coordination of Discovery Motions,[3] only allowed certain motions brought by settling parties to be taken over by remaining parties and this motion was not one of them, this motion shall be deemed moot.

IT IS SO ORDERED.

Date: October 27, 2015

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: _____

_____
United States District Judge

_____

---

[1] The "Toshiba Defendants" include: Toshiba Corp, Toshiba America, Inc, Toshiba America Information Systems, Inc, Toshiba America Consumer Products, LLC, and Toshiba America Electronic Components, Inc.

[2] Indirect Purchaser Plaintiffs' 12/22/14 Motion to Compel Deposition of Shigekazu Shibata ("Motion").

[3] ECF No 4015 at 4-5.

ORDER RE PLAINTIFFS' MOTION TO COMPEL SHIBATA DEPOSITION (TOSHIBA)                    PAGE **2** OF **2**