Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>ALL ACTIONS | MDL No 1917<br><br>Master Case No 3:07-cv-05944SC<br><br>**SPECIAL MASTER'S REPORT RE DISCOVERY MOTIONS AND RELATED MATTERS** |

Since the court's December 17, 2013 order appointing the undersigned as special master for discovery matters, the parties have submitted numerous discovery disputes and related matters. In response, the undersigned has submitted 40 recommended orders and reports to the court. *See* attached Table 1.

Three motions remain pending at this time. *See id*. Of these three pending motions, one motion is on hold pending settlement, another is on hold pursuant to the parties' request and the third motion is under review. Another matter is pending pursuant to the

SPECIAL MASTER'S REPORT RE DISCOVERY MOTIONS AND RELATED MATTERS                    PAGE **1** OF **2**

court's order (ECF No 4012). That order calls upon the undersigned to conduct an *in camera* review of the Direct Action Plaintiffs' ("DAPs') settlement agreements and to issue a report on cumulative settlement amounts that may be used as set-offs to damages awards; such a report may or may not be necessary depending on future proceedings.

In addition, the undersigned has conducted numerous settlement mediations and, in response to the court's request, submitted at least two reports dealing with case management. *See e g,* ECF 3200 and 3818. To date, all of the Indirect Purchaser Plaintiffs' actions have settled. All of the Direct Purchaser Plaintiffs' actions have settled except the action against the Mitsubishi Defendants. The California Attorney General's actions, brought in state court but related to this MDL, have settled in principal with respect to all defendants; settlement documentation is either completed or underway. Many of the DAPs' actions have also settled. *See* ECF No 3920-2. In addition, some of the DAP actions subject to remand for trial under *Lexecon, Inc v Milberg Weiss Bershad Hynes & Lerach*, 523 US 26 (1998) have settled.

IT IS SO REPORTED.

Date: October 27 2015

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: _____

_____
United States District Judge

SPECIAL MASTER'S REPORT RE DISCOVERY MOTIONS AND RELATED MATTERS          PAGE 2 OF 2

*In re CRT Antitrust Litigation*, MDL No 1917:  Status of Motions Referred to Special Master Walker, October 27, 2015

**Pending Motions**

| No | Date Filed | Motion | Moving Party | Opposing Party | Status |
|---|---|---|---|---|---|
| 1 | 8/4/15 | Mitsubishi's motion to compel DPPs' discovery | Mitsubishi | DPPs | On hold per parties' request. |
| 2 | 8/12/15 | ECF No 3972<br>Cal AG's motion to intervene and unseal confidential documents (Referral Order ECF No 4060) | Cal AG | Samsung SDI | On hold pending settlement. |
| 3 | 9/15/15 | Mitsubishi's motion to compel DPPs' document production and Rule 30(b)(6) depositions of nine class representatives | Mitsubishi | DPPs | R&R pending. |
|  |  |  |  |  |  |
| 4 | 10/7/15 | ECF No 4102<br>Court order granting and denying in part ECF No 3941 R&R re motion to compel DAPs' settlement agreements | Defendants | DAPs | SM to review *in camera* and resolve any disputes, if necessary. |

*In re CRT Antitrust Litigation*, MDL No 1917:  Status of Motions Referred to Special Master Walker, October 27, 2015

**Special Master R&R Orders**

| No | R&R Order Filed | ECF No | Motion | Decision | Court Action | Moving Party | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/27/15 | 4150 | Compel Shibata deposition | Denied as moot | | DAPs | DAPs | Toshiba |
| 2 | 10/22/15 | 4136 | Compel supplemental discovery from Toshiba and Panasonic | Granted in part, denied in part | | DAPs | DAPs | Toshiba Panasonic |
| 3 | 10/8/15 | 4117 | Reinstate ECF 3914 re Sears private label discovery | Granted | No obj | Thomson | Sears | Thomson |
| 4 | 10/5/15 | 4095 | Remand motion to compel Thomson Rule 30(b)(6) deposition | Denied | No obj | DAPs | DAPs | Thomson |
| 5 | 9/18/15 | 4066 | Compel ViewSonic percipient witness depositions | Granted in part | No obj | Defendants | ViewSonic | All |
| 6 | 8/24/15 | 4015 | | SM R&R Coordination of Discovery Motions | Adopted 9/11/15 ECF 4054 | | | |
| 7 | 8/13/15 | 3974 | Strike Cal AG's supplemental expert report | Denied | No obj | Samsung SDI | Cal AG | SDI |
| 8 | 8/6/15 | 3960 | Compel Samsung SDI, Hitachi & Panasonic to authenticate documents | Granted | ECF 4002, 4008, 4025, 4026, 4042 | DAPs | DAPs | SDI, Hitachi Panasonic |
| 9 | 8/6/15 | 3959 | Compel Toshiba to authenticate documents | Granted | Obj ECF 4005 | DAPs | DAPs | Toshiba |
| 10 | 7/31/15 | 3941 | Compel production of DAPs' settlement agreements | Granted | Granted in part, remanded 10/7/15 ECF 4102 | Defendants | DAPs | All |
| 11 | 7/22/15 | 3930 | Compel Thomson Rule 30(b)(6) deposition | Granted in part; *in camera* review | Remanded 8/21/15 ECF 4013 (ECF 4095) | DAPs | DAPs | Thomson |

Table 1:  SPECIAL MASTER'S REPORT RE DISCOVERY MOTIONS AND RELATED MATTERS                                                                                            - 2 -

*In re CRT Antitrust Litigation*, MDL No 1917:  Status of Motions Referred to Special Master Walker, October 27, 2015

| No | R&R Order Filed | ECF No | Motion | Decision | Court Action | Moving Party | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|---|---|---|---|
| 12 | 7/16/15 | 3915 |  | SM's Report re Discovery Motions and Related Matters | Adopted 9/11/15 ECF 4054 |  |  |  |
| 13 | 7/14/15 | 3914 | Compel Sears and Kmart's private label discovery | Granted in part | Denied as moot 7/28/15 ECF 3938 | Toshiba | Sears Kmart | Toshiba |
| 14 | 7/9/15 | 3908 | Compel Best Buy's competitive intelligence, private label discovery | Granted in part | Adopted 9/11/15 ECF 4054 | Toshiba | Best Buy | Toshiba |
| 15 | 7/2/15 | 3899 | Strike proposed expert report of Thomas Lys, PhD | Denied | Adopted 7/20/15 ECF 3924 | Defendants | DAPs | All |
| 16 | 6/12/15 | 3873 | Compel Mitsubishi's supplemental discovery (Murata, Konishi depositions) | Granted in part | Adopted 7/20/15 ECF 3925 | DPPs | DPPs | Mitsubishi |
| 17 | 6/8/15 | 3866 | Compel ViewSonic percipient witness depositions | Requested briefing whether Chunghwa and LG may proceed | Adopted 9/11/15 ECF 4054 | Mitsubishi | ViewSonic | Mitsubishi |
| 18 | 5/29/15 | 3859 | Compel Mitsubishi to provide Murata testimony | Granted | Adopted 9/11/15 ECF 4054 | DPPs | DPPs | Mitsubishi |
| 19 | 5/28/15 | 3857 | Request for status re motions to compel from IPPs, DAPs, Panasonic, Toshiba, Philips |  | Adopted 6/11/15 ECF 3870 |  |  |  |
| 20 | 4/28/15 | 3830 | Compel Mitsubishi's supplemental discovery | Granted in part; supplemental briefing | Adopted 6/11/15 ECF 3870 | DPPs | DPPs | Mitsubishi |
| 21 | 4/17/15 | 3818 |  | R&R re status of settlement, class | Obj 3826 (moot) |  |  |  |

Table 1:  SPECIAL MASTER'S REPORT RE DISCOVERY MOTIONS AND RELATED MATTERS                                                                                    - 3 -

*In re CRT Antitrust Litigation*, MDL No 1917:  Status of Motions Referred to Special Master Walker, October 27, 2015

| No | R&R Order Filed | ECF No | Motion | Decision | Court Action | Moving Party | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|---|---|---|---|
| 22 | 1/16/15 | 3401 | Compel ViewSonic discovery responses re sales, competitive intelligence | Granted in part | Adopted 6/11/15 ECF 3870 | Mitsubishi | ViewSonic | Mitsubishi |
| 23 | 1/2/15 | 3366 | Compel deposition of Sharp's Nobuo Harada | Denied without prejudice | Adopted 6/11/15 ECF 3870 | Panasonic | Sharp | Panasonic |
| 24 | 1/2/15 | 3365 | Compel DAPs' interrogatory responses | Granted in part | No obj | Thomson | DAPs | Thomson |
| 25 | 12/12/14 | 3200 | | R&R recommending appointment of co-lead counsel for IPPs | No briefing 1/13/15 ECF 3376 | | | |
| 26 | 12/12/14 | 3197 | Protective order barring DAPs from taking second Samsung Rule 30(b)(6) deposition | Denied | Adopted 6/11/15 ECF 3870 | Samsung | DAPs | Samsung |
| 27 | 12/12/14 | 3196 | Strike Sharp errata in Rule 30(b)(6) testimony of Sampietro | Granted | Adopted 6/11/15 ECF 3870 | Panasonic | Sharp | Panasonic |
| 28 | 11/24/14 | 3146 | Compel or limit Toshiba witnesses | Granted | Obj 3154, 3171, 3185 | IPPs DAPs Cal AG | IPPs DAPs Cal AG | Toshiba |
| 29 | 11/19/14 | 3130 | Compel Samsung SDI Ahn deposition | Granted | Adopted 6/11/15 ECF 3870 | IPPs | IPPs | Samsung SDI |
| 30 | 11/14/14 | 3103 | Compel production of Sharp's LCD Litigation documents | Granted | Adopted 6/11/15 ECF 3870 | Panasonic | Sharp | Panasonic |
| 31 | 11/14/14 | 3104 | Strike Samsung witness Sung's deposition errata | Granted | Adopted 6/11/15 ECF 3870 | IPPs | IPPs | Samsung SDI |
| 32 | 11/12/14 | 3071 | Extend discovery cut-off to depose Mitsubishi witnesses | Granted | Adopted 6/11/15 ECF 3870 | DAPs | DAPs | Mitsubishi |

Table 1:  SPECIAL MASTER'S REPORT RE DISCOVERY MOTIONS AND RELATED MATTERS                                                                - 4 -

*In re CRT Antitrust Litigation*, MDL No 1917:  Status of Motions Referred to Special Master Walker, October 27, 2015

| No | R&R Order Filed | ECF No | Motion | Decision | Court Action | Moving Party | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|---|---|---|---|
| 33 | 9/15/14 | | Protective order against Rule 30(b)(6) deposition notice of Samsung SDI | Interim order Samsung SDI to respond by 9/19/14 | | Samsung SDI | DAPs DPPs Cal AG | Samsung SDI |
| 34 | 9/10/14 | 2828 | Corrected R&R Order ECF 2743 (Compel responses by Toshiba and Panasonic) | English translations to be used | Adopted 6/11/15 ECF 3870 | Sharp | Sharp | Toshiba Panasonic |
| 35 | 9/8/14 | 2812 | Compel Thomson documents and testimony withheld on French statute | Granted in part | Obj 2849 denied 10/23/14 ECF 2945 | DAPs | DAPs | Thomson |
| 36 | 8/20/14 | 2747 | Compel responses to interrogatories | Denied | Adopted 8/20/14 ECF 2747 | LG & Defs | DAPs | All |
| 37 | 8/15/14 | 2743 | Compel Panasonic and Toshiba interrogatory responses | Denied | Adopted 8/15/14 ECF 2743 | Sharp | Sharp | Panasonic Toshiba |
| 38 | 8/15/14 | 2742 | Compel Sharp documents re purchase of CRT tubes in Asia | Resolved | Adopted 8/15/14 ECF 2742 | Panasonic | Sharp | Panasonic |
| 39 | 7/30/14 | 2734 | Compel JDI employee depositions (former Toshiba) | Denied | Adopted 8/6/14 ECF 2734 | IPPs | IPPs | Toshiba |
| 40 | 7/7/14 | ECF 2677-5 | Protective order | Granted in part | Obj denied 7/28/14 ECF 2714 | Best Buy | Best Buy | Panasonic |

Table 1:  SPECIAL MASTER'S REPORT RE DISCOVERY MOTIONS AND RELATED MATTERS                          - 5 -