IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER DENYING CERTAIN MATTERS AS MOOT |
| ALL ACTIONS | |

The Court turns now to four matters ripe for disposal.

ECF No. 3200 is a Report and Recommendation ("R&R") by Special Master Vaughn R. Walker, United States District Judge (Ret.). The Court had ordered that no responsive briefing would be permitted until the Court directed otherwise. See ECF No. 3376. However, upon review of the underlying R&R, the Court finds the matter is MOOT and accordingly DENIES the R&R and underlying motion.

ECF No. 3818 is another R&R, discussing deadlines for preliminary approval of class action settlements, deferring hearing and decisions on pending motions for summary judgment, and granting leave to Sharp entities to seek reconsideration of prior orders denying them additional time to opt out of the direct purchaser plaintiff ("DPP") class. The Court has already reviewed almost all preliminary class action settlements, and would welcome a timely settlement between Mitsubishi defendants and the DPPs. If

deadlines are necessary, the Court will announce them.  The Court has also made its own plans clear with respect to timing of decisions on motions, in part based on the advice offered by the Special Master in this R&R.  See, e.g., ECF No. 3969 at 9-10. Finally, Sharp's concern over opting out of the DPP class has been resolved.  Therefore, the prior orders of the Court stand, and without disagreeing with any of the contents of the R&R at ECF No. 3818, the R&R is nonetheless deemed MOOT and accordingly DENIED.

ECF Nos. 2751 and 3214 are motions for extensions related to matters which have passed.  Therefore, the Court finds both MOOT and accordingly DENIES the motions.

IT IS SO ORDERED.

Dated: October 28, 2015

UNITED STATES DISTRICT JUDGE

2