Paul B. Justi (SBN 124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
Telephone: 925.256.7900
Facsimile: 925.256.9204
Email: pbjusti@comcast.net

Attorney for Class Member and Objector
DAN L. WILLIAMS & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No.: 3:07-cv-05944-SC

MDL No.: 1917

RESPONSE OF DAN L. WILLIAMS & CO. TO REQUESTS FOR PRODUCTION OF DOCUMENTS INCLUDED WITH SUBPOENA

## RESPONSE TO REQUEST FOR DOCUMENT PRODUCTION

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:**

All DOCUMENTS supporting YOUR OBJECTION filed in CRT ANTITRUST LITIGATION, including those supporting YOUR assertion that YOU are a member of the Settlement Class in the CRT ANTITRUST LITIGATION.

**RESPONSETO REQUEST NO. 1:**

Dan L. Williams & Co. ("Objector") objects to this request to the extent that it calls for the production of attorney-client communications and documents protected by the attorney work product doctrine. Subject to and without waiving the foregoing objection, Objector responds as

DAN L. WILLIAMS & CO.'S RESPONSE TO RPOD - 1

follows: Objector will produce all documents referring or relating to Objector's purchase of CRT monitor(s) that makes Objector a member of the Settlement Class.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:**

All DOCUMENTS RELATING TO any COMMUNICATION between YOU and any PERSON (including but not limited to Christopher Bandas, Timothy R. Hanigan, Jan L. Westfall, Joseph Scott St. John, Andrea Valdez, Francis O. Scarpulla, Josef D. Cooper, Robert J. Bonsignore, Theresa D. Moore, Steve Miller, Jonathan F. Fortman, John C. Kress, Joseph Darrell Palmer, Any member of the Competitive Enterprise Institute Center for Class Action Fairness, or any other attorney) RELATING to the CRT ANTITRUST LITIGATION.

**RESPONSE TO REQUEST NO. 2:**

Objector objects to this request to the extent that it calls for the production of attorney-client communications and documents protected by the attorney work product doctrine. Subject to and without waiving the foregoing objection, Objector responds as follows: Objector has had no communications with the named individuals or with the Competitive Enterprise Institute Center for Class Action Fairness. The only responsive documents Objector has relate to communications with the Law Offices of Paul B. Justi, which documents are protected by the attorney client privilege and the attorney work product doctrine.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 3:**

All DOCUMENTS RELATING TO the REPRESENTATION of YOU by any PERSON (including but not limited to any retainer agreement and/or other related documents) IN RELATION TO the CRT ANTITRUST LITIGATION.

**RESPONSE TO REQUEST NO. 3:**

Objector objects to this request to the extent that it calls for the production of attorney-client communications and documents protected by the attorney work product doctrine. Subject to and without waiving the foregoing objection, Objector responds as follows: The only responsive document Objector has is his retainer agreement with the Law Offices of Paul B. Justi, which document is protected by the attorney client privilege and the attorney work product doctrine.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 4:**

All DOCUMENTS RELATING TO any agreements between YOU and any other PERSON (including but not limited to Christopher Bandas, Timothy R. Hanigan, Jan L. Westfall, Joseph Scott St. John, Andrea Valdez, Francis O. Scarpulla, Josef D. Cooper, Robert J. Bonsignore, Theresa D. Moore, Steve Miller, Jonathan E. Fortman, John C. Kress, Joseph Darrell Palmer, any member of the Competitive Enterprise Institute Center for Class Action Fairness, or any other attorney) IN RELATION TO the CRT ANTITRUST LITIGATION.

**RESPONSE TO REQUEST NO. 4:**

Objector objects to this request to the extent that it calls for the production of attorney-client communications and documents protected by the attorney work product doctrine. Subject to and without waiving the foregoing objection, Objector responds as follows: Objector has no agreements with the named individuals or with the Competitive Enterprise Institute Center for Class Action Fairness. The only responsive document Objector has is his retainer agreement with the Law Offices of Paul B. Justi, which document is protected by the attorney client privilege and the attorney work product doctrine.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5:**

All DOCUMENTS RELATING TO any OBJECTION filed in any court or proceeding in the last five (5) years by YOU and/or YOUR attorney currently REPRESENTING YOU in the CRT ANTITRUST LITIGATION.

**RESPONSE TO REQUEST NO. 5:**

Other than the Objection filed in the present action, neither Objector nor Objector's attorney has filed an OBJECTION to a class action settlement in the last five years (or ever) and therefore neither Objector nor Objector's attorney has any responsive documents.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 6:**

ALL DOCUMENTS RELATING TO any settlement made IN RELATION TO any OBJECTIONS (or subsequent appeal) filed in the last five years by YOU and/or YOUR attorney currently REPRESENTATING YOU in the CRT ANTITRUST LITIGATION.

**RESPONSE TO REQUEST NO. 6:**

Other than the Objection filed in the present action, neither Objector nor Objector's attorney has filed an OBJECTION in the last five years (or ever) and therefore neither Objector nor Objector's attorney has any responsive documents.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7:**

All DOCUMENTS RELATING TO the amount of any monetary compensation discussed, promised, or received by YOU from YOUR attorney currently REPRESENTING YOU in the CRT ANTITRUST LITIGATION in connection with any OBJECTION filed by YOU in any class action in the last ten (10) years.

**RESPONSE TO REQUEST NO. 7:**

Other than the Objection filed in the present action, neither Objector nor Objector's attorney has filed an OBJECTION to a class action settlement in the last ten years (or ever) and

therefore neither Objector nor Objector's attorney has any responsive documents.  As to the OBJECTION in the present action, the only responsive document Objector has is his retainer agreement with the Law Offices of Paul B. Justi, which document is protected by the attorney client privilege and the attorney work product doctrine.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 8:**

All DOCUMENTS RELATING TO changes made to any settlements as a result of any OBJECTION made within the last five (5) years by YOU and/or YOUR attorney currently REPRESENTING YOU in the CRT ANTITRUST LITIGATION.

**RESPONSE TO REQUEST NO. 8:**

Other than the Objection filed in the present action, neither Objector nor Objector's attorney has filed an OBJECTION to a class action settlement in the last five years (or ever) and therefore neither Objector nor Objector's attorney has any responsive documents.

Date: October 28, 2015

                                        LAW OFFICES OF PAUL B. JUSTI

                                        By _____
                                              Paul B. Justi
                                        Attorney for Class Member and
                                        Objector DAN L. WILLIAMS & CO.

[PHOTO OF MONITORS WITH SERIAL NUMBERS]

# PROOF OF SERVICE

I, Michelle Moore, declare as follows:

I am a resident of the State of California over the age of 18 and not a party to this action. My business address is 1981 N. Broadway, Suite 250, Walnut Creek CA 94596. I served the following document(s):

**RESPONSE OF DAN L. WILLIAMS & CO. TO REQUESTS FOR PRODUCTION OF DOCUMENTS INCLUDED WITH SUBPOENA**

The documents were served by the following method(s):

- ☐ **By Facsimile:** I caused a true copy of the foregoing document(s) to be served by facsimile transmission (in accordance with the written confirmation of counsel in this action) at the time shown on each attached transmission report from sending facsimiles machine number (925)256-9204 to each interested party at the facsimile number as shown above. Each transmission was reported complete and without error. A true copy of each transmission report is attached hereto.

- ☒ **By Mail:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

- ☐ **Hand Delivered:** by personally delivering the document(s) listed above to the person(s) at the address (es) set forth below.

- ☒ **Email:** I caused the documents to be sent to the persons at the electronic service address (es) listed below.

- ☐ **Overnight Mail:** I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Addressed to the following person(s):

Robert Gralewski
Kirby McInerney LLP
600 B Street, Suite 1900
San Diego, CA 92101
bgralewski@kmllp.com

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

    Executed on October 28, 2015 at Walnut Creek, CA.

*Michelle Moore*
Michelle Moore