Jan L. Westfall (State Bar Number 241106)
29896 Blue Water Way
Menifee, CA 92584
Tel: 619-940-2880
Email: jlwestfall.esq@gmail.com

*Attorney for Objector Donnie G. Clifton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF DONNIE G. CLIFTON AND AMENDED AND CORRECTED CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Samuel Conti |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The attached DECLARATION OF DONNIE G. CLIFTON and AMENDED AND CORRECTED CERTIFICATE OF SERVICE are filed herewith to correct and replace the certificate of service attached to Mr. Clifton's objection to the proposed class action settlement and award of attorneys' fees, Dkt. No. 4099, which was timely filed by the clerk of court on October 6, 2015.

Respectfully submitted

*Jan L. Westfall*
Jan L. Westfall
29896 Blue Water Way
Menifee, CA 92584
Tel: 619-940-2880
Email: jlwestfall.esq@gmail.com

*Counsel for Objector Donnie G. Clifton*

DECLARATION OF DONNIE G. CLIFTON

I, Donnie G. Clifton, declare as follows:

1. I am a class member in the litigation referred to as IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.

2. I objected to the settlement and award of attorneys' fees, which objection was received by the clerk's office and timely filed on October 6, 2015 (Dkt. 4099).

3. I signed the objection and certificate of service attached to that objection on September 27, 2015, intending to mail the objection that day.

4. As I was not able to get to the post office that day, I instead asked Patricia Fisher to mail the objection for me, but neglected to revise the certificate of service.

5. A corrected certificate of service signed by Patricia Fisher is accordingly attached hereto, to correct and replace the earlier certificate of service attached to the objection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October, 2015, in San Diego, California.

_____
Donnie G. Clifton

**AMENDED AND CORRECTED**
**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2015, I mailed the objection of Donnie Clifton and enclosures by ordinary U.S. mail, postage prepaid to the following address:

Class Action Clerk
United States District Court for the
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Date: 10/25/15

By: _____
Patricia Fisher

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing documents were filed via the court's ECF filing system on October 28, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record in this action.

*/s/ Jan L. Westfall*
Jan L. Westfall
