*[Stipulating parties listed on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.,* Case No. 3:11-cv-06396 | |
| *Electrograph Systems, Inc., et al. v. Hitachi Ltd., et al.,* Case No. 3:11-cv-01656-SC | |
| *Interbond Corp. of Am. v. Hitachi, Ltd. et al.,* No. 3:11-cv-06275-SC | |
| *Office Depot, Inc. v. Hitachi, Ltd. et al,* No. 3:11-cv-06276-SC | |
| *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 12-cv-02648-SC | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No. 3:13-cv-00157-SC | |
| *Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC v. Hitachi, Ltd., et al.,* No. 12-cv-2649-SC | |

Plaintiffs CompuCom Systems, Inc.; Electrograph Systems, Inc. and Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; and Schultze Agency Services on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC (collectively, "Plaintiffs"), and Defendants Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi America, Ltd.; Hitachi Asia, Ltd.; and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), on the other hand, hereby stipulate as follows:

1.   Plaintiffs and the Hitachi Defendants seek dismissal of these actions with prejudice as brought against the Hitachi Defendants only.

2.   Plaintiffs and the Hitachi Defendants agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3.   This stipulation does not affect the rights or claims of Plaintiffs against any defendant or alleged co-conspirator in this litigation other than the Hitachi Defendants.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal with respect to Plaintiffs' actions as brought against the Hitachi Defendants only.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/29/2015

_____
Judge Samuel Conti

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated:  October 27, 2015    /s/  *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:   piovieno@bsfllp.com
anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Attorneys for Plaintiffs CompuCom Systems, Inc., Electrograph Systems, Inc. and Electrograph Technologies Corp., Interbond Corporation of America, Office Depot, Inc., P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Tech Data Corporation and Tech Data Product Management, Inc., and Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

/s/ *Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580

Facsimile: 305-374-7593
E-mail: rturken@bilzin.com
swagner@bilzin.com
mwidom@bilzin.com

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*

Eliot A. Adelson (SBN 205284)
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

James H. Mutchnik (*pro hac vice*)
Barack S. Echols (*pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
bechols@kirkland.com

*Attorneys for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi America, Ltd.; Hitachi Asia, Ltd.; and Hitachi Electronic Devices (USA), Inc.*