KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-CV-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>All Indirect Purchaser Actions | **NOTICE OF INTENT TO SERVE SUBPOENAS [AMENDED]** |

---

NOTICE OF INTENT TO SERVE SUBPOENAS

1  NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-
2 captioned action shall serve an amended subpoena for testimony and the production of
3 documents on Harry Garavanian, which is attached hereto as Exhibit J.  Notice of this same
4 subpoena was previously given but the version attached hereto changes the date and time of
5 appearance.

6  NOTICE IS ALSO HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the
7 above-captioned action shall serve an amended subpoena for testimony and the production of
8 documents on Gary Talewsky, which is attached hereto as Exhibit L.  Notice of this same
9 subpoena was previously given but the version attached hereto changes the time of appearance.

Dated: October 29, 2015

By:   /s/  Robert J. Gralewski, Jr.

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
600 B Street, Suite 1900
San Diego, CA  92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*