DAVID M. LISI (SBN: 154926)
**GREENBERG TRAURIG, LLP**
1900 University Ave, 5th Floor
East Palo Alto, CA  94303
Telephone:     (650) 289-7884
Facsimile:      (650) 462-7805
Email:  Lisid@gtlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944- SC<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF REMOVAL FROM SERVICE LIST**<br><br>Judge:  Honorable Samuel Conti<br>Courtroom One, 17th Floor |

Please remove David M. Lisi from the service list.  Counsel is no longer affiliated with this case.

Dated: October 30, 2015               GREENBERG TRAURIG, LLP


                                          By:    /s/ David M. Lisi
                                               David M. Lisi

1