1  Michael P. Kenny, Esq. (admitted pro hac vice)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted pro hac vice)
   debra.bernstein@alston.com
3  Matthew D. Kent, Esq. (admitted pro hac vice)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
5  Atlanta, Georgia 30309-3424
   Tel: (404) 881-7000
6  Fax: (404) 881-7777

7
   James M. Wagstaffe, Esq. (SBN 95535)
8  wagstaffe@kerrwagstaffe.com
   **KERR & WAGSTAFFE LLP**
9  101 Mission Street, 18th Floor
   San Francisco, California 94105-1576
10 Tel: (415) 371-8500
   Fax: (415) 371-0500

11 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

12

13                 **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**
                     **SAN FRANCISCO DIVISION**
15

16 IN RE: CATHODE RAY TUBE (CRT)        Master File No. 3:07-cv-5944 SC
   ANTITRUST LITIGATION
17 _____  MDL No. 1917

18 THIS DOCUMENT RELATES TO:            **DELL PLAINTIFFS' AND**
                                        **MITSUBISHI ELECTRIC**
19 Individual Case No. 13-cv-2171 (SC)  **DEFENDANTS' STIPULATION OF**
                                        **WITHDRAWAL OF PENDING**
20 DELL INC. and DELL PRODUCTS L.P.,    **MOTIONS**

21            Plaintiffs,

22 v.

23 HITACHI, LTD., ET AL.,

24            Defendants.

25

26

27

28

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 27, 2015, Dell and Mitsubishi Electric filed a stipulation with the Court seeking dismissal of Dell's claims against Mitsubishi Electric in this action (MDL Dkt. No. 4148);

WHEREAS, at the time of this stipulation, Mitsubishi Electric has filed, or has joined, certain summary judgment motions pending against Dell;

WHEREAS, in light of the stipulated dismissal of Dell's causes of action against Mitsubishi Electric, Mitsubishi Electric seeks to withdraw these motions, or seeks to withdraw its joinder to these motions, as they pertain to Dell; and

WHEREAS, Mitsubishi Electric does not seek to withdraw these motions as they pertain to any other parties, nor does this stipulation affect motions brought by or joined by any other defendant;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Dell and Mitsubishi Electric, subject to the concurrence of the Court, that:

1.   Mitsubishi Electric withdraws the following motions, or its joinder in the following motions, as to—and only as to—Dell:

a) Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Sanyo (MDL Dkt. No. 2983);

b) Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under FTAIA (MDL Dkt. No. 3008);

c) Motion for Partial Summary Judgment on FTAIA Grounds (MDL Dkt. No. 3032);

d) Motion for Summary Judgment Based Upon Absence of Evidence of Liability (MDL Dkt. No. 3037);

e) Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds (MDL Dkt. No. 3044);

f) Domestic Mitsubishi Electric Entities' Motion for Summary Judgment (MDL Dkt. No. 3048);

g) Motion for Partial Summary Judgment on Withdrawal Grounds (ECF No. 3086);

h) Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA (MDL Dkt. No. 3003); and

i) Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga (MDL Dkt. No. 3174).

2.     Each of the above-referenced motions will remain pending as to other Plaintiffs' claims to which they are directed and shall remain pending as to Dell insofar as the motions have been made by or joined by other Defendants.

3.     The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an order.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                        _____

                                                                    Hon. Samuel Conti
                                                                    United States District Judge


Dated:  October 30, 2015                Respectfully Submitted,

                                                      By:   *Debra D. Bernstein*
                                                              Michael P. Kenny, Esq. (GA Bar No. 415064)
                                                              mike.kenny@alston.com
                                                              Debra D. Bernstein, Esq. (GA Bar No. 054998)
                                                              debra.bernstein@alston.com
                                                              Matthew D. Kent, Esq. (GA Bar No. 526272)
                                                              matthew.kent@alston.com
                                                              ALSTON & BIRD LLP
                                                              1201 West Peachtree Street
                                                              Atlanta, Georgia 30309-3424
                                                              Tel: (404) 881-7000
                                                              Facsimile: (404) 881-7777

                                                              James M. Wagstaffe, Esq. (SBN 95535)
                                                              wagstaffe@kerrwagstaffe.com
                                                              KERR & WAGSTAFFE LLP
                                                              101 Mission Street, 18th Floor
                                                              San Francisco, California 94105-1576
                                                              Tel: (415) 371-8500
                                                              Facsimile: (415) 371-0500

                                                              *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: ___/s/ Michael T. Brody_____
    Brent Caslin
    JENNER & BLOCK LLP
    633 West 5th Street, Suite 3600
    Los Angeles, California 90071-2054
    Tel: (213) 239-5100
    Email:   bcaslin@jenner.com

    Terrence J. Truax
    Michael T. Brody
    Gabriel A. Fuentes
    Shaun M. Van Horn
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, Illinois 60654
    Tel: (312) 222-9350
    Email:   ttruax@jenner.com
             mbrody@jenner.com
             svanhorn@jenner.com
             gfuentes@jenner.com

    *Counsel for Mitsubishi Electric Corporation,*
    *Mitsubishi Electric Visual Solutions America, Inc.,*
    *Mitsubishi Electric US, Inc., formerly known as*
    *Mitsubishi Electric & Electronics USA, Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

document has been obtained from each of the above signatories.

---

STIPULATION OF WITHDRAWAL OF PENDING
MOTIONS - 4

3:13-cv-02171
MDL No. 1917