GUIDO SAVERI (22349)
　*guido@saveri.com*
R. ALEXANDER SAVERI (173102)
　*rick@saveri.com*
GEOFFREY C. RUSHING (126910)
　*grushing@saveri.com*
TRAVIS L. MANFREDI (281779)
　*travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-SC<br><br>MDL No. 1917<br><br>**BRIEF RE DIRECT PURCHASER PLAINTIFFS' MOTION TO DISSEMINATE NOTICE OF DIRECT PURCHASER CLASS CERTIFICATION**<br><br>Judge:　Honorable Samuel Conti<br>Ctrm:　1, 17th floor |
| This Document Relates To:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC). | |

Direct Purchaser Plaintiffs ("DPPs") submit this brief in support of their motion to disseminate notice of the certification of the direct purchaser class against remaining defendant Mitsubishi[1] (Dkt. No. 3944) ("Mot."). In their opposition to class notice, Mitsubishi agrees that notice to the class is required; however, they object to the dissemination of class notice until after the conclusion of a mediation. Opp. at 3–4. On October 7, 2015, the DPPs and Mitsubishi mediated before Magistrate Judge Corley and, unfortunately, no settlement could be reached by the parties. *See* Docket Nos. 71–72 in *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 (SC) (N.D. Cal.) (stating that the mediation took place on October 7, 2015 and that following a telephone conference on October 22, 2015, the "[c]ase did not settle"). Mitsubishi's argument that the dissemination of notice should be postponed until after the mediation is now moot.

For the foregoing reasons, and the reasons set forth in their moving and reply papers, DPPs respectfully submit that the Court should enter an order: (i) approving the manner and form of giving notice to class members of class certification of the Mitsubishi class; and (ii) adopting DPPs' proposed timetable for issuing such notice to the class.

Dated: October 30, 2015

Respectfully submitted,

/s/ *R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

---

[1] "Mitsubishi" refers collectively to defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Michael P. Lehmann
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 633-1908
Facsimile:  (415) 358-4980

Bruce L. Simon
Aaron M. Sheanin
PEARSON, SIMON & WARSHAW LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008

H. Laddie Montague, Jr.
Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604

Gary Specks
KAPLAN FOX
423 Sumac Road
Highland Park, IL 60035
Telephone: (847) 831-1585
Facsimile: (847) 831-1580

Douglas A. Millen
William H. London
FREED KANNER LONDON & MILLEN
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4519

Eric B. Fastiff
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

W. Joseph Bruckner
Elizabeth R. Odette
LOCKRIDGE GRINDAL NAUEN P.L.L.P
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile: (612) 339-0981

*Attorneys for Plaintiffs and the Class*