UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION                                                                 MDL No. 1917

ORDER REASSIGNING LITIGATION

      Chief Judge Phyllis J. Hamilton of the Northern District of California has notified the Panel of the need to reassign this litigation.

      IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Jon S. Tigar for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

_____
Sarah S. Vance
Chair