1  Michael P. Kenny, Esq. (admitted pro hac vice)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted pro hac vice)
   debra.bernstein@alston.com
3  Matthew D. Kent, Esq. (admitted pro hac vice)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
5  Atlanta, Georgia 30309-3424
   Tel: (404) 881-7000
6  Fax: (404) 881-7777

7  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
8  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
9  San Francisco, California 94105-1576
   Tel: (415) 371-8500
10 Fax: (415) 371-0500

11 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

FILED
NOV 02 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br><br>Individual Case No. 13-cv-2171 (SC)<br><br>DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., ET AL.,<br><br>    Defendants. | **DELL PLAINTIFFS' AND MITSUBISHI ELECTRIC DEFENDANTS' STIPULATION OF WITHDRAWAL OF PENDING MOTIONS**<br><br>ORDER |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, "Mitsubishi Electric"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 27, 2015, Dell and Mitsubishi Electric filed a stipulation with the Court seeking dismissal of Dell's claims against Mitsubishi Electric in this action (MDL Dkt. No. 4148);

WHEREAS, at the time of this stipulation, Mitsubishi Electric has filed, or has joined, certain summary judgment motions pending against Dell;

WHEREAS, in light of the stipulated dismissal of Dell's causes of action against Mitsubishi Electric, Mitsubishi Electric seeks to withdraw these motions, or seeks to withdraw its joinder to these motions, as they pertain to Dell; and

WHEREAS, Mitsubishi Electric does not seek to withdraw these motions as they pertain to any other parties, nor does this stipulation affect motions brought by or joined by any other defendant;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Dell and Mitsubishi Electric, subject to the concurrence of the Court, that:

1. Mitsubishi Electric withdraws the following motions, or its joinder in the following motions, as to—and only as to—Dell:

    a) Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Sanyo (MDL Dkt. No. 2983);

    b) Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under FTAIA (MDL Dkt. No. 3008);

    c) Motion for Partial Summary Judgment on FTAIA Grounds (MDL Dkt. No. 3032);

    d) Motion for Summary Judgment Based Upon Absence of Evidence of Liability (MDL Dkt. No. 3037);

    e) Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds (MDL Dkt. No. 3044);

    f) Domestic Mitsubishi Electric Entities' Motion for Summary Judgment (MDL Dkt. No. 3048);

g) Motion for Partial Summary Judgment on Withdrawal Grounds (ECF No. 3086);

h) Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA (MDL Dkt. No. 3003); and

i) Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga (MDL Dkt. No. 3174).

2. Each of the above-referenced motions will remain pending as to other Plaintiffs' claims to which they are directed and shall remain pending as to Dell insofar as the motions have been made by or joined by other Defendants.

3. The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/2/15

_____
~~Hon. Samuel Conti~~
United States District Judge
Hon. Jon S. Tigar

Dated: October 30, 2015   Respectfully Submitted,

By: *Debra D. Bernstein*
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

By: /s/ Michael T. Brody
Brent Caslin
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Tel: (213) 239-5100
Email: bcaslin@jenner.com

Terrence J. Truax
Michael T. Brody
Gabriel A. Fuentes
Shaun M. Van Horn
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350
Email: ttruax@jenner.com
mbrody@jenner.com
svanhorn@jenner.com
gfuentes@jenner.com

*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.