IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Order Relates To: | ORDER UPON TRANSFER OF THIS MDL TO JUDGE JON S. TIGAR |
| ALL ACTIONS | |

      This Multidistrict Litigation ("MDL") case was reassigned to the undersigned today by separate order. The purpose of this order is to ensure a smooth transition, identify and prioritize the unresolved issues currently pending before the Court, and establish a framework for the orderly and efficient resolution of the case.

      The parties shall change the initials at the end of the case number from "SC" to "JST" in all filings on or following the date of this order. Except as set forth herein, all prior orders relating to case procedure, the filing of motions, and similar matters shall remain in effect. If there are any conflicts between prior orders and this one, however, this order shall control. Appointments of Special Masters remain in effect as originally issued. The Court will continue the practice of requiring that all appearances be in person without exception.

      All counsel must immediately become familiar with the Northern District's Guidelines for Professional Conduct, located at http://www.cand.uscourts.gov/professional_conduct_guidelines. An attorney's continued appearance as counsel of record in this case constitutes an affirmative representation of familiarity with these rules.

      When the case was transferred, all pending hearings were vacated as a routine byproduct of

1 that transfer.  Certain matters require immediate rescheduling, however, and the Court accordingly
2 sets the following times and dates for hearings on the following matters:
3     1.    To assist the Court in effectively managing the case, the Court sets a status
4 conference on December 15, 2015 at 9:30 a.m.
5     2.    The motion for Direct Purchaser Plaintiff (DPP) attorneys' fees, previously noticed
6 for October 23, 2015, shall be heard on December 15, 2015 at 9:30 a.m.  Insofar as any party has
7 requested the matter be decided without a hearing, see ECF No. 4114, the request is DENIED.
8     3.    The hearing on final approval of the pending settlement between the Thomson
9 Defendants and the DPPs, previously noticed for October 23, 2015, shall be heard on December 15,
10 2015 at 9:30 a.m.
11     4.    The hearing on final approval of the pending settlement for all Indirect Purchaser
12 Plaintiff ("IPP") class cases, previously noticed for 10 a.m. on November 13, 2015, shall be heard
13 on a date in late January 2016 or sometime in February 2016.  The parties are ordered, within 14
14 days of the date of this order in a single, joint submission, to identify a date for this hearing.
15 Assuming a reply brief deadline of January 8, 2015, the Court is currently available for hearing on
16 the following dates: January 25, 2016; February 8, 2016; February 9, 2016; February 22, 2016; and
17 February 23, 2016, all at 2:00 p.m.
18     5.    A trial setting hearing shall be set for the first available date on the Court's calendar
19 for civil law motions not fewer than two weeks following the Fairness Hearing for IPP class cases.
20     All of the above-listed hearings shall be held in Courtroom 9, 19th Floor, 450 Golden Gate
21 Avenue, San Francisco, CA 94102.
22     A joint case management conference statement is due within 14 days of the date of this
23 order.  The Court is familiar with the contents of the statement filed July 28, 2015, ECF No. 3939,
24 and the parties need only provide updates to the information contained in that statement.  In
25 addition, the parties are ordered to include as an attachment to their joint statement a single joint
26 appendix that includes a list of those motions which still require action by the Court in light of
27 finalized settlements or pending settlements.  The parties may use a format similar to the charts they
28 submitted previously in this case to the Court or to former Special Master Larson, or any other

format that makes the information and organization clear. The parties are further ordered to include in the same filing an updated edition of the 1-page chart submitted at ECF No. 3998-1 and an updated list of any currently pending motions that can now be entirely dismissed as moot.

The undersigned shares Judge Conti's belief that a firm trial date is in the interest of the Court and all parties. The Court therefore orders the parties to prepare for trial to be set on a date shortly following the trial-setting hearing referenced herein. See ECF No. 3969 at 10-11.

**IT IS SO ORDERED.**

Dated: November 3, 2015

_____
JON S. TIGAR
United States District Judge