Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | ) Master File No. 3:07-cv-5944-SC ) ) MDL No. 1917 ) ) |
| **This document relates to:** | ) ) |
| **ALL INDIRECT PURCHASER ACTIONS** | ) **The Honorable Samuel Conti** ) **Special Master Charles A. Legge (Ret.)** ) ) |

## NOTICE OF WITHDRAWAL OF OBJECTION
## BY OBJECTOR GORDON MORGAN

Objector Gordon Morgan, by his undersigned counsel, pursuant to Fed R. Civ. P. 23(e)(5), hereby withdraws his objection to the settlement and fees in the above-captioned case, and respectfully request that this Honorable Court approve the withdrawal of his objection to the settlement. No money has been sought or received by Mr. Morgan or his counsel in return for this withdrawal. Mr. Morgan simply does not wish to go forward any longer in this objection. This Notice is being filed as opposed.

Dated: November 5, 2015			Respectfully submitted,

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP,
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

*Counsel for Objector*

## PROOF OF SERVICE

      I hereby certify that on this day, I electronically filed this Notice of Withdrawal of Objection by Objector Gordon Morgan using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

      I further certify that a true and correct copy of the foregoing Notice of Withdrawal of Objection by Objector Gordon Morgan has been forwarded to Plaintiff's counsel via U.S. Mail on this the 5th day of November, 2015.

Trump, Alioto, Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123

DATED this 5th Day of November, 2015.

                                                */s/ Timothy R. Hanigan*
                                                Timothy R. Hanigan