KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. CV-07-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS** |

---

NOTICE OF INTENT TO SERVE SUBPOENAS

NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve an amended subpoena for testimony on Elizabeth Kimberly Johnson, which is attached hereto as Exhibit M.  Notice of a subpoena directed to Ms. Johnson was previously given.

NOTICE IS ALSO HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve a subpoena for testimony on Josie Saik, which is attached hereto as Exhibit N.

Dated: November 5, 2015

By:   /s/  Robert J. Gralewski, Jr.

Robert J. Gralewski, Jr. (196410)
KIRBY McINERNEY LLP
600 B Street, Suite 1900
San Diego, CA  92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*