Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and
Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> CERTAIN DIRECT ACTION PLAINTIFFS' ACTIONS | Case No. 07-5944-JST <br> MDL No. 1917 <br><br> **TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Having reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal, dated October 1, 2013, and Civil Local Rules 7-11 and 79-5, Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following materials under seal:

1. Exhibit 4 to the Declaration of Matthew Frutig in Support of Toshiba's Objections to Special Master's Recommended Order Dated October 21, 2015 Re Plaintiffs' Motion to Compel Supplemental Discovery from Toshiba and Panasonic ("Frutig Declaration"), which are the Toshiba Defendants' Objections and Responses to IPPs' First Set of Interrogatories to Defendants ("Responses to Common Interrogatories");

2. Exhibit 5 to the Frutig Declaration, which are the Toshiba Defendants' Objections and Responses to IPPs' Fourth Set of Requests for Production of Documents to the Toshiba Defendants ("Responses to RFPs");

3. Exhibit 6 to the Frutig Declaration, which are the Toshiba Defendants' Objections and Responses to IPPs' First Set of Interrogatories to Toshiba Defendants ("Responses to Toshiba Interrogatories");

4. Exhibit 7 to the Frutig Declaration, which is the IPPs' September 12, 2014 Motion to Compel Interrogatory Responses;

5. Exhibit 8 to the Frutig Declaration, which is the IPPs' September 19, 2014 Motion to Compel Supplementary Discovery Responses;

6. Redacted portions of Exhibit 9 to the Frutig Declaration, which is the Toshiba Defendants' Response to the IPPs' September 12, 2014 Motion to Compel Interrogatory Responses, specifically attachments 4, 5, and 7 to that response, which are, respectively the Toshiba Defendants': (i) Responses to Common

1 Interrogatories, (ii) Responses to Toshiba Interrogatories, and (iii) Responses to
2 the DPPs' First Set of Requests for Production of Documents;

3 7. Redacted portions of Exhibit 10 to the Frutig Declaration, which is the Toshiba
4 and Panasonic Defendants' Response to Indirect Purchaser Plaintiffs' Motion to
5 Compel Supplemental Discovery Responses, specifically attachments 6, 8, 9, 10,
6 12, and 15 to that response, which are, respectively: (i) Toshiba Corporation's
7 Responses to RFPs; (ii) Toshiba Corporation's Responses to Common
8 Interrogatories; (iii) Toshiba Corporation's Responses to Toshiba Interrogatories;
9 (iv) the IPPs' September 12, 2014 Motion to Compel; (v) Toshiba Corporation's
10 Supplemental Objections and Responses to Interrogatory Seven of the IPPs' First
11 Set of Interrogatories to Defendants; and (vi) excerpts from the transcript of the
12 June 12, 2014 deposition of Kazutaka Nishimura;

13 8. Exhibit 11 to the Frutig Declaration, which is the IPPs' Reply to the Toshiba
14 Defendants' Response to the IPPs' Motion to Compel Interrogatory Responses;
15 and

16 9. Exhibit 12 to the Frutig Declaration, which is the IPPs' Reply to Toshiba's and
17 Panasonic's Joint Response to IPPs' Motion to Compel Further Interrogatory
18 Responses.

19 This motion is supported by the Declaration of Jonathan C. Black II, dated November
20 5, 2015 ("Black Declaration").  Civil Local Rule 79-5(d)(1)(A) provides that "a party seeking
21 to file a document, or portions thereof, under seal must file an administrative motion to file
22 under seal" accompanied by "a declaration establishing that the document sought to be filed
23 under seal, or portions thereof, are sealable."

24 As explained in the Black Declaration, Exhibits 4-12 to the Frutig Declaration
25 contain, attach, quote from, or describe information designated as "Confidential" and
26 "Highly Confidential" by the Toshiba Defendants and the IPPs under the Stipulated
27 Protective Order.  For these reasons, the Toshiba Defendants respectfully submit this motion
28 pursuant to Civil Local Rules 7-11 and 79-5.

Dated:  November 5, 2015

Respectfully submitted,

**WHITE & CASE** LLP

By:  */s/ Dana E. Foster*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

**CERTIFICATE OF SERVICE**

On November 5, 2015, I caused a copy of "TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Dana E. Foster*
Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-JST
MDL No. 1917