Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFFS' ACTIONS | Case No. 07-5944 JST<br>MDL No. 1917<br><br>**DECLARATION OF JONATHAN C. BLACK II IN SUPPORT OF TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Jonathan C. Black II, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Toshiba Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d).

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court approved a Stipulated Protective Order (Dkt. No. 306) in this matter.

4. The Toshiba Defendants and other parties to this litigation have produced in this action certain documents and information designated as "Confidential" and "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On November 5, 2015, the Toshiba Defendants filed an administrative motion to seal the following materials pursuant to Civil Local Rules 7-11 and 79-5(d):

    a. Exhibit 4 to the Declaration of Matthew Frutig in Support of Toshiba's Objections to Special Master's Recommended Order Dated October 21, 2015 Re Plaintiffs' Motion to Compel Supplemental Discovery from Toshiba and Panasonic ("Frutig Declaration"), which are the Toshiba Defendants' Objections and Responses to the IPPs' First Set of Interrogatories to Defendants, dated September 5, 2014, ("Responses to Common Interrogatories"), each designated by the Toshiba Defendants as "Confidential" under the Stipulated Protective Order;

    b. Exhibit 5 to the Frutig Declaration, which are the Toshiba Defendants' Objections and Responses to the IPPs' Fourth Set of Requests for Production of Documents to Toshiba Defendants, dated September 5, 2014

1 ("Responses to RFPs"), each designated by the Toshiba Defendants as
2 "Confidential" under the Stipulated Protective Order;

    c. Exhibit 6 to the Frutig Declaration, which are the Toshiba Defendants' Objections and Responses to the IPPs' First Set of Interrogatories to Toshiba Defendants, dated September 5, 2014 ("Responses to Toshiba Interrogatories"), each designated by the Toshiba Defendants as "Confidential" under the Stipulated Protective Order;

    d. Exhibit 7 to the Frutig Declaration, which is the IPPs' Motion to Compel Interrogatory Responses, dated September 12, 2014 ("September 12, 2014 Motion to Compel"), designated by the IPPs as "Highly Confidential" under the Stipulated Protective Order;

    e. Exhibit 8 to the Frutig Declaration, which is the IPPs' Motion to Compel Supplemental Discovery Responses, dated September 19, 2014 ("September 19, 2014 Motion to Compel"), designated by the IPPs as "Highly Confidential" under the Stipulated Protective Order;

    f. Redacted portions of Exhibit 9 to the Frutig Declaration, which is the Toshiba Defendants' Response to the September 12, 2014 Motion to Compel, dated September 26, 2014, specifically attachments 4, 5, and 7 to that response, which are, respectively the Toshiba Defendants': (i) Responses to Common Interrogatories; (ii) Responses to Toshiba Interrogatories; and (iii) Responses to the DPPs' First Set of Requests for Production of Documents, each designated by the Toshiba Defendants as "Confidential" under the Stipulated Protective Order;

    g. Redacted portions of Exhibit 10 to the Frutig Declaration, which is the Toshiba and Panasonic Defendants' Response to Indirect Purchaser Plaintiffs' Motion to Compel Supplemental Discovery Responses, dated October 3, 2014, specifically attachments 6, 8, 9, 10, 12, and 15 to that response, which are, respectively: (i) Toshiba Corporation's Responses to

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

RFPs; (ii) Toshiba Corporation's Responses to Common Interrogatories; (iii) Toshiba Corporation's Responses to Toshiba Interrogatories; (iv) the September 12, 2014 Motion to Compel; (v) Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Seven of IPPs' First Set of Interrogatories to Defendants; and (vi) excerpts from the transcript of the deposition of Kazutaka Nishimura, dated June 12, 2014, each designated by the Toshiba Defendants or the IPPs as either "Confidential" or "Highly Confidential" under the Stipulated Protective Order;

h. Exhibit 11 to the Frutig Declaration, which is the IPPs' Reply to the Toshiba Defendants' Response to the IPPs' Motion to Compel Interrogatory Responses, dated October 3, 2014, designated by the IPPs as "Highly Confidential" under the Stipulated Protective Order; and

i. Exhibit 12 to the Frutig Declaration, which is the IPPs' Reply to Toshiba's and Panasonic's Joint Response to IPPs' Motion to Compel Further Interrogatory Responses, dated October 10, 2014, designated by the IPPs as "Highly Confidential" under the Stipulated Protective Order.

6. Because Toshiba's Objections to Special Master's Recommended Order Dated October 21, 2015 Re Plaintiffs' Motion to Compel Supplemental Discovery from Toshiba and Panasonic is not a dispositive motion, "a 'particularized showing" under the 'good cause' standard of Rule 26(c) will 'suffice[ ] to warrant preserving the secrecy of sealed discovery material attached to non-dispositive motions.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The documents listed in paragraph 5 contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. They describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive

information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage. Accordingly, under Rule 26(c) good cause exists for this Court to maintain the documents listed in paragraph 5 under seal. *Kamakana*, 447 F.3d at 1180 ("A 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions.") (citing *Foltz*, 331 F.3d at 1135).

7. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, this Court's Standing Order Governing Administrative Motions to File Materials Under Seal, dated October 1, 2013, and the Stipulated Protective Order, Exhibits 4-8, 11, 12 in their entirety, and the redacted portions of Exhibits 9 and 10 should be maintained under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November, 2015, in Washington, DC.

_____
Jonathan C. Black II

**CERTIFICATE OF SERVICE**

On November 5, 2015, I caused a copy of "DECLARATION OF JONATHAN C. BLACK II IN SUPPORT OF TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005