White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFFS' CASES | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1  Upon consideration of the Toshiba Defendants' Administrative Motion to File
2 Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Administrative
3 Motion"), submitted in connection with Toshiba's Objections to Special Master's
4 Recommended Order Dated October 21, 2015 Re Plaintiffs' Motion to Compel
5 Supplemental Discovery from Toshiba and Panasonic ("Toshiba's Objections"), and the
6 Declaration of Jonathan C. Black II in Support of Toshiba's Administrative Motion, this
7 Court finds that Exhibits 4-12 to the Declaration of Matthew Frutig in Support of Toshiba's
8 Objections contain confidential, non-public information about the Toshiba Defendants' sales
9 practices, business and supply agreements, and competitive positions. They describe
10 relationships with companies — including customers and vendors — that remain important
11 to the Toshiba Defendants' competitive positions. Publicly disclosing this sensitive
12 information presents a risk of undermining the Toshiba Defendants' relationships, would
13 cause harm with respect to the Toshiba Defendants' competitors and customers, and would
14 put the Toshiba Defendants at a competitive disadvantage. For these reasons, this Court
15 finds that the documents are "entitled to protection under the law" pursuant to Civil Local
16 Rule 79-5(b), and that, under Rule 26(c) of the Federal Rules of Civil Procedure, good cause
17 exists for this Court to maintain the documents listed in paragraph 5 under seal. *Kamakana*
18 *v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("A 'good cause' showing
19 under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions.")
20 (citing *Foltz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).
21 Therefore, it is hereby:

22  ORDERED that the Administrative Motion is GRANTED; and it is further

23  ORDERED that the Clerk shall maintain under seal Exhibits 4-12 to the Declaration
24 of Matthew Frutig in Support of Toshiba's Objections, specifically Exhibits 4-8, 11 and 12 in
25 their entirety, and the redacted portions of Exhibits 9 and 10.

26  **IT IS SO ORDERED.**

27 Dated: _____  _____
28                                         HONORABLE JON S. TIGAR
                                          UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944-JST, MDL No. 1917