Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFFS' ACTIONS | **DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015 RE PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY FROM TOSHIBA AND PANASONIC** |

I, Matthew Frutig, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (the "Toshiba Defendants").

2. I submit this declaration in support of the Toshiba's Objections to Special Master's Recommended Order Dated October 21, 2015 Re Plaintiffs' Motion to Compel Supplemental Discovery from Toshiba and Panasonic, filed contemporaneously herewith. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the IPPs' First Set of Interrogatories to Defendants, dated August 1, 2014.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the IPPs' Fourth Set of Requests for Production of Documents to Toshiba Defendants, dated August 1, 2014.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the IPPs' First Set of Interrogatories to Toshiba Defendants, dated August 1, 2014.

6. Attached hereto as **Exhibit 4** are true and correct copies of the Toshiba Defendants' Objections and Responses to the IPPs' First Set of Interrogatories to Defendants, dated September 5, 2014.

7. Attached hereto as **Exhibit 5** are true and correct copies of the Toshiba Defendants' Objections and Responses to the IPPs' Fourth Set of Requests for Production of Documents to Toshiba Defendants, dated September 5, 2014.

8. Attached hereto as **Exhibit 6** are true and correct copies of the Toshiba Defendants' Objections and Responses to the IPPs' First Set of Interrogatories to Toshiba Defendants, dated September 5, 2014.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the IPPs' Motion to Compel Interrogatory Responses, dated September 12, 2014.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the IPPs' Motion to Compel Supplemental Discovery Responses, dated September 19, 2014.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the Toshiba Defendants' Response to the IPPs' Motion to Compel Interrogatory Responses, dated September 26, 2014.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the Toshiba and Panasonic Defendants' Response to the IPPs' Motion to Compel Supplemental Discovery Responses, dated October 3, 2014.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the IPPs' Reply to the Toshiba Defendants' Response to IPPs' Motion to Compel Interrogatory Responses, dated October 3, 2014.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the IPPs' Reply to Toshiba's and Panasonic's Joint Response to IPPs' Motion to Compel Further Interrogatory Responses, dated October 10, 2014.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the order entering the Toshiba Defendants and IPPs' Stipulation Withdrawing Pending Motions, dated March 26, 2015.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the Special Master's Request for Status re Motions, dated May 27, 2015.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the DAPs' Notice re: Motions to Compel Toshiba Defendants, dated June 11, 2015.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Toshiba and Panasonic Defendants' Response to the DAPs' Notice, dated June 19, 2015.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the DAPs' Reply Re Status re Motions to Compel, dated July 6, 2015.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the Special Master's Recommended Order Re Plaintiffs' Motion to Compel Supplemental Discovery from Toshiba and Panasonic, dated October 21, 2015.

DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015 RE PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY FROM TOSHIBA AND PANASONIC
Case No. 07-5944 JST
MDL No. 1917

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November, 2015, in Washington, DC.

*Matthew Frutig*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015 RE PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY FROM TOSHIBA AND PANASONIC
Case No. 07-5944 JST
MDL No. 1917

# CERTIFICATE OF SERVICE

On November 5, 2015, I caused a copy of "DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015 RE PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY FROM TOSHIBA AND PANASONIC" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: ___/s/ Lucius B. Lau___
Lucius B. Lau