(*Stipulating Parties on Signature Page*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | MDL No. 1917<br><br>Case No. 07-cv-5944 JST<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SPECIAL MASTER'S SCHEDULING ORDER NO. 1**<br><br>Judge: Hon. Jon S. Tigar<br><br>Special Master: Martin Quinn, JAMS |

WHEREAS, on October 9, 2015, the Court-appointed Special Master Martin Quinn issued Special Master's Scheduling Order No. 1 (Dkt. No. 4121), which set a schedule for briefing the objections to the Indirect Purchaser Plaintiffs' ("IPPs") motion for attorneys' fees, reimbursement of litigation expenses and incentive awards for class representatives, and final approval of the IPPs' settlements reached with the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants ("Settling Defendants");

WHEREAS, eleven objections to the requested attorneys' fees and approval of the proposed settlements have been filed, three of which were not filed with the Court until long after the October 8, 2015 deadline for objections (*see* Dkt. Nos. 4128, 4140 and 4144);

WHEREAS, pursuant to the Special Master's Scheduling Order No. 1, the parties' responses to the objections are due on November 6, 2015;

1     WHEREAS, in its Order Upon Transfer of this Case to Hon. Jon S. Tigar, Dkt. No. 4164, the Court proposed several dates in late January and February 2016 for the hearing on final approval of the IPPs' proposed settlements;

2     WHEREAS, the settling parties hereto have met and conferred and selected February 23, 2016 for the hearing on final approval of the proposed settlements;

3     WHEREAS, given that the hearing on final approval will be February 23, 2016 and that the parties will benefit from some additional time to properly address the objections to the settlements, IPPs and Settling Defendants proposed to the Special Master that the briefing schedule be amended to extend the deadlines by approximately two weeks (as detailed below);

4     WHEREAS, the Special Master agreed to the settling parties' proposal; and

5     WHEREAS, the Special Master has heard from the parties and objectors, and has considered their concerns regarding scheduling and has recommended the following schedule.

NOW THEREFORE, it is hereby stipulated and agreed by and between the settling parties that the schedule set forth in the Special Master's Scheduling Order No. 1 be amended as follows:

1. Briefs in opposition to the objections – November 20, 2015
2. Reply briefs by objectors – December 2, 2015
3. Deadline for the Special Master to file Report & Recommendation – December 23, 2015
4. Deadline for objections to Report & Recommendation – January 12, 2016
5. Deadline for oppositions to objections – January 19, 2016
6. Hearing on final approval of settlement, aggregate attorneys' fees/costs and incentive awards – February 23, 2015.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____
                                     Hon. Jon S. Tigar
                                     United States District Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED:  November 6, 2015 | By: /s/_____<br>Mario N. Alioto (56433) |
| 4 | | Lauren C. Capurro (241151)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP |
| 5 | | 2280 Union Street<br>San Francisco, CA 94123 |
| 6 | | Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679 |
| 7 | | malioto@tatp.com<br>laurenrussell@tatp.com |
| 8 | | |
| 9 | | *Lead Counsel for Indirect Purchaser Plaintiffs* |
| 10 | DATED: November 6, 2015 | |
| 11 | | **WHITE & CASE** LLP |
| 12 | | By:  /s/ Lucius B. Lau<br>Christopher M. Curran (*pro hac vice*) |
| 13 | | ccurran@whitecase.com<br>Lucius B. Lau (*pro hac vice*) |
| 14 | | alau@whitecase.com<br>Dana E. Foster (*pro hac vice*) |
| 15 | | defoster@whitecase.com<br>701 Thirteenth Street, N.W. |
| 16 | | Washington, DC  20005<br>tel.: (202) 626-3600 |
| 17 | | fax: (202) 639-9355 |
| 18 | | |
| 19 | | *Counsel to Defendants Toshiba Corporation,*<br>*Toshiba America, Inc., Toshiba America Information* |
| 20 | | *Systems, Inc., Toshiba America Consumer Products,*<br>*L.L.C., and Toshiba America Electronic* |
| 21 | | *Components, Inc.* |
| 22 | DATED: November 6, 2015 | SHEPPARD MULLIN RICHTER & HAMPTON |
| 23 | | By:  /s/ Michael W. Scarborough<br>GARY L. HALLING (SBN 66087) |
| 24 | | E-mail: ghalling@sheppardmullin.com<br>JAMES L. MCGINNIS (SBN 95788) |
| 25 | | E-mail: jmcginnis@sheppardmullin.com |
| 26 | | MICHAEL W. SCARBOROUGH (SBN 203524)<br>E-mail: mscarborough@sheppardmullin.com |
| 27 | | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 28 | | |

Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

Dated: November 6, 2015

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*

Eliot A. Adelson
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

James H. Mutchnik, P.C. *(pro hac vice)*
Barack S. Echols *(pro hac vice)*
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Dated: November 6, 2015

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER *(pro hac vice)*
A. PAUL VICTOR *(pro hac vice)*
ALDO A. BADINI (257086)
EVA W. COLE *(pro hac vice)*
MOLLY M. DONOVAN *(pro hac vice)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

|   |   |   |
|---|---|---|
|   |   | DAVID L. YOHAI (*pro hac vice*)<br>ADAM C. HEMLOCK (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br>E-mail: david.yohai@weil.com |
|   |   | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* |
|   |   | BAKER BOTTS LLP |
| Dated: November 6, 2015 |   | By: */s/ Erik T. Koons* |
|   |   | John M. Taladay (*pro hac vice*)<br>Erik T. Koons (*pro hac vice*)<br>BAKER BOTTS LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2400<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890<br>Email: john.taladay@bakerbotts.com<br>Email: erik.koons@bakerbotts.com |
|   |   | *Attorneys for Defendants Philips Koninklijke N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda.* |
|   |   | FAEGRE BAKER DANIELS LLP |
| Dated: November 6, 2015 |   | By: */s/ Kathy L. Osborn* |
|   |   | Kathy L. Osborn (pro hac vice)<br>Ryan M. Hurley (pro hac vice)<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: +1 317-237-0300<br>Facsimile: +1 317-237-1000<br>kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com |
|   |   | *Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA* |

Dated: November 6, 2015                By: /s/
Donald Wall
SQUIRE PATTON BOGGS (US) LLP
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays Americas, LLC*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.