Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:   213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:   312 527-0484
ttruax@jenner.com
mbrody@jenner.com
csklarsky@jenner.com
gfuentes@jenner.com

*Counsel for Mitsubishi Electric Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br>Direct Purchaser Actions | Case No. 14-cv-2058-sc<br>MDL No. 1917<br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS** |

No. 07-5944 (SC)

NOTICE IS HEREBY GIVEN that Mitsubishi Electric Corporation in the above-captioned action shall serve subpoenas for the production of documents and depositions on the entities listed below. Said subpoenas are attached hereto as the exhibits listed.

| **Exhibit** | **Entity Subpoenaed** |
|---|---|
| A. | Telco International Corporation |
| B. | UTI Technology, Inc. |
| C. | Video Display Corporation |

Dated: November 6, 2015

By: /s/ Gabriel A. Fuentes
Gabriel A. Fuentes
JENNER & BLOCK LLP
353 North Clark St., Chicago, IL 60654
Tel: 312-222-9350
Fax: 312-527-0484
Email: gfuentes@jenner.com

By: */s/ Kevin Y. Teruya*

Harold A. Barza
Kevin Y. Teruya
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St.
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

*Counsel for Mitsubishi Electric Corporation*