ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice* pending)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| | **DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN IN SUPPORT OF OPPOSITION TO IPP COUNSEL'S STIPULATION AND PROPOSED ORDER (D.E. 4172)** |
| This Document Relates To: All Indirect Purchaser Actions | . |
| | Judge: Hon. Jon S. Tigar |

I, Joseph Scott St. John, declare and state as follows:

1. I am an attorney duly licensed in the State of Mississippi, the State of Louisiana, and the District of Columbia. I represent Douglas W. St. John, a resident of the State of Mississippi, in connection with the above-captioned matter.

2. I make this declaration in support of Objector Douglas W. St. John's Civ. L.R. 6 Opposition to IPP Counsel's Stipulation and Proposed Order (D.E. 4172).

3. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would testify truthfully as follows.

4. Exhibit 1 is a true and correct copy of an email I received from IPP Counsel.

5. Composite Exhibit 2 includes true and correct copies of emails between IPP Counsel, counsel for various objectors, and Special Master Quinn.

6. To the best of my knowledge, Exhibit 3 is a true and correct copy of a service manual for a JVC CRT television.

7. Composite Exhibit 4 includes a true and correct photographs of a label on the back of a JVC television owned by objector Douglas W. St. John.

8. Exhibit 5 is a true and correct photograph of a label and surrounding imprints on the back of a Panasonic television owned by objector Douglas W. St. John.

9. Exhibit 6 is a true and correct copy of an excerpt from a Panasonic CRT television user manual.

10. To the best of my knowledge, Exhibit 7 is a true and correct copy of an excerpt from a JVC CRT television user manual.

11. Composite Exhibit 8 includes a true and correct copy of an email chain between me and IPP Counsel Robert Gralewski, together a true and correct copy of correspondence attached to one of those emails.

12. Composite Exhibit 9 includes a true and correct copy of an email from me to IPP Counsel Robert Gralewski, together with a true and correct copy of correspondence attached to that email.

13. Exhibit 10 is a true and correct copy of an email chain between me and IPP Counsel Robert Gralewski.

14. Composite Exhibit 11 includes a true and correct copy of an email chain between me and IPP Lead Counsel Mario Alioto, together with a true and correct copy of correspondence attached to one of those emails.

15. Exhibit 12 is a true and correct copy of the Responses and Objections of Absent Class Member Douglas W. St. John to the Amended Subpoena Duces Tecum Issued By Robert J. Gralewski, Jr.

16. Exhibit 13 is a true and correct copy of emails between IPP Counsel, various objectors, and Special Master Quinn.

17. Further declarant sayeth not.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed: November 9, 2015

/s/ Joseph Scott St. John
_____
Joseph Scott St. John