# EXHIBIT 1



**Scott St John (public) <j.scott.stjohn.public@gmail.com>**

# CRT/Amendment to Special Master's Scheduling Order No. 1

**Lauren Capurro (Russell)** <LaurenRussell@tatp.com>                    Thu, Nov 5, 2015 at 10:52 PM
To: emilio.varanini@doj.ca.gov, fos@scarpullalaw.com, jdc@coopkirk.com, Theresa Moore <tmoore@aliotolaw.com>, pbjusti@comcast.net, jlwestfall.esq@gmail.com, jscottstjohnpublic@gmail.com, andrea.valdez.esq@gmail.com, trhanigan@gmail.com, cbandas@bandaslawfirm.com, sampc01@gmail.com, jef@fortmanlaw.com, jckress@thekresslawfirm.com, lawchrist@gmail.com, darrell.palmer@palmerlegalteam.com, rbonsignore@classactions.us
Cc: "Mario N. Alioto" <malioto@tatp.com>, laurenrussell@tatp.com, Bob Gralewski <bgralewski@kmllp.com>

Dear Counsel:

Attached is a Stipulation and [Proposed] Order Amending the Special Master's Scheduling Order No. 1.

We received these dates from the Special Master today. The Special Master also indicated the Judge has approved these dates. The Special Master wants the stipulation to be filed as soon as possible given that briefs are currently due tomorrow. Therefore, we intend to file the attached stipulation at 2pm Pacific tomorrow.

Mario N. Alioto


Lauren C. Capurro (Russell)

Attorney at Law

Trump, Alioto, Trump & Prescott, LLP

2280 Union Street

San Francisco, CA 94123

Telephone: (415) 563-7200

Facsimile: (415) 346-0679

E-mail: laurenrussell@tatp.com


This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

📎 **Stipulation & [Proposed] Order Amending Special Master's Scheduling Order No. 1.pdf**
23K