# COMPOSITE EXHIBIT 2A



**Scott St John (public) <j.scott.stjohn.public@gmail.com>**

## CRT/Amendment to Special Master's Scheduling Order No. 1

**jckress@thekresslawfirm.com** <jckress@thekresslawfirm.com>    Fri, Nov 6, 2015 at 10:02 AM
To: rbonsignore@class-actions.us, Francis Scarpulla <fos@scarpullalaw.com>
Cc: "Lauren Capurro (Russell)" <LaurenRussell@tatp.com>, "emilio.varanini@doj.ca.gov" <emilio.varanini@doj.ca.gov>, "jdc@coopkirk.com" <jdc@coopkirk.com>, Theresa Moore <tmoore@aliotolaw.com>, "pbjusti@comcast.net" <pbjusti@comcast.net>, "jlwestfall.esq@gmail.com" <jlwestfall.esq@gmail.com>, "jscottstjohnpublic@gmail.com" <jscottstjohnpublic@gmail.com>, "andrea.valdez.esq@gmail.com" <andrea.valdez.esq@gmail.com>, "trhanigan@gmail.com" <trhanigan@gmail.com>, "cbandas@bandaslawfirm.com" <cbandas@bandaslawfirm.com>, "sampc01@gmail.com" <sampc01@gmail.com>, "jef@fortmanlaw.com" <jef@fortmanlaw.com>, "lawchrist@gmail.com" <lawchrist@gmail.com>, "darrell.palmer@palmerlegalteam.com" <darrell.palmer@palmerlegalteam.com>, "rbonsignore@classactions.us" <rbonsignore@classactions.us>, "Mario N. Alioto" <malioto@tatp.com>, Bob Gralewski <bgralewski@kmllp.com>, Martin Quinn <MQuinn@jamsadr.com>, Patrick Clayton <pbc@scarpullalaw.com>

Indeed, my co-counsel and I take issue with being saddled with responding to briefs during not only the Thanksgiving Holiday, but also Christmas. I am on vacation with my family during both of those times, and would not be available to respond to briefs or other issues. My co-counsel has similar conflicts as well for the same reason. No one consulted with us before suggesting that the objectors respond to pleadings during not one, but (2) holidays.

On behalf of objectors Mr. Finn and Ms. Fortman, we believe that the changes suggested by Mr. Scarpula should be adopted and the schedule modified. No one is prejudiced by such reasonable request.

John C. Kress

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through. I am communicating to you via-email because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

The information contained in this electronic mail transmission (and any accompanying attachments) is intended solely for its authorized recipient(s), and may be confidential and/or legally privileged. If you are not an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing or disclosing any of the information contained in it. In that event, please contact us immediately by telephone at (314) 631-3883 and delete the original and all copies of this transmission (including any attachments) without reading or saving in any manner.

THE KRESS LAW FIRM, LLC
4247 SOUTH GRAND BOULEVARD

ST. LOUIS, MISSOURI 63111
(314) 631-3883
FAX (314) 332-1534

> -------- Original Message --------
> Subject: Re: CRT/Amendment to Special Master's Scheduling Order No. 1
> From: rbonsignore@class-actions.us
> Date: Fri, November 06, 2015 8:58 am
> To: Francis Scarpulla <fos@scarpullalaw.com>
> Cc: "Lauren Capurro (Russell)" <LaurenRussell@tatp.com>, "emilio.varanini@doj.ca.gov" <emilio.varanini@doj.ca.gov>, "jdc@coopkirk.com" <jdc@coopkirk.com>, Theresa Moore <tmoore@aliotolaw.com>, "pbjusti@comcast.net" <pbjusti@comcast.net>, "jlwestfall.esq@gmail.com" <jlwestfall.esq@gmail.com>, "jscottstjohnpublic@gmail.com" <jscottstjohnpublic@gmail.com>, "andrea.valdez.esq@gmail.com" <andrea.valdez.esq@gmail.com>, "trhanigan@gmail.com" <trhanigan@gmail.com>, "cbandas@bandaslawfirm.com" <cbandas@bandaslawfirm.com>, "sampc01@gmail.com" <sampc01@gmail.com>, "jef@fortmanlaw.com" <jef@fortmanlaw.com>, "jckress@thekresslawfirm.com" <jckress@thekresslawfirm.com>, "lawchrist@gmail.com" <lawchrist@gmail.com>, "darrell.palmer@palmerlegalteam.com" <darrell.palmer@palmerlegalteam.com>, "rbonsignore@classactions.us" <rbonsignore@classactions.us>, "Mario N. Alioto" <malioto@tatp.com>, Bob Gralewski <bgralewski@kmllp.com>, Martin Quinn <MQuinn@JAMSADR.com>, Patrick Clayton <pbc@scarpullalaw.com>
>
> I have just read this and also join in this request.
>
> Sent from my iPhone
> Robert J. Bonsignore
> Bonsignore Trial Lawyers, PLLC
> (781) 856 7650 cell
>
> On Nov 6, 2015, at 9:18 AM, Francis Scarpulla <fos@scarpullalaw.com> wrote:
>
>> All:  I am in Toronto at a mediation and will not return to San Francisco until midday Saturday. I just received the proposed stipulation, about which schedule I was never consulted. This schedule appears to require me to work over the Thanksgiving week, as well as over the Christmas holidays.   I respectfully request that all objectors be given an additional week for their replies to Mr. Alioto's filing as well as an extra week to file objections to any Report and Recommendations filed by the Special Master. The hearing dates would be adjusted accordingly, so that the court hearing would be on February 23, which I recall is one of the days Judge Tigar had available.
>>
>> On Nov 5, 2015, at 11:52 PM, Lauren Capurro (Russell) <LaurenRussell@tatp.com> wrote:

Dear Counsel:

Attached is a Stipulation and [Proposed] Order Amending the Special Master's Scheduling Order No. 1.

We received these dates from the Special Master today. The Special Master also indicated the Judge has approved these dates. The Special Master wants the stipulation to be filed as soon as possible given that briefs are currently due tomorrow. Therefore, we intend to file the attached stipulation at 2pm Pacific tomorrow.

Mario N. Alioto

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

<Stipulation & [Proposed] Order Amending Special Master's Scheduling Order No. 1.pdf>

# COMPOSITE EXHIBIT 2B



**Scott St John (public) <j.scott.stjohn.public@gmail.com>**

## CRT/Amendment to Special Master's Scheduling Order No. 1

**Tim Hanigan** <trhanigan@gmail.com>                                           Fri, Nov 6, 2015 at 10:08 AM
To: Theresa Moore <tmoore@aliotolaw.com>
Cc: "Lauren Capurro (Russell)" <LaurenRussell@tatp.com>, "emilio.varanini@doj.ca.gov" <emilio.varanini@doj.ca.gov>, Fran Scarpella <fos@scarpullalaw.com>, "jdc@coopkirk.com" <jdc@coopkirk.com>, "pbjusti@comcast.net" <pbjusti@comcast.net>, "jlwestfall.esq@gmail.com" <jlwestfall.esq@gmail.com>, "jscottstjohnpublic@gmail.com" <jscottstjohnpublic@gmail.com>, "andrea.valdez.esq@gmail.com" <andrea.valdez.esq@gmail.com>, "cbandas@bandaslawfirm.com" <cbandas@bandaslawfirm.com>, "sampc01@gmail.com" <sampc01@gmail.com>, "jef@fortmanlaw.com" <jef@fortmanlaw.com>, "jckress@thekresslawfirm.com" <jckress@thekresslawfirm.com>, "lawchrist@gmail.com" <lawchrist@gmail.com>, Darrell Palmer <darrell.palmer@palmerlegalteam.com>, "rbonsignore@classactions.us" <rbonsignore@classactions.us>, "Mario N. Alioto" <malioto@tatp.com>, Bob Gralewski <bgralewski@kmllp.com>

> Counsel:
>
> I also object.  The new dates are right in the middle of the holidays.
>
> On Fri, Nov 6, 2015 at 8:02 AM, Theresa Moore <tmoore@aliotolaw.com> wrote:
>
>> Counsel-
>>
>> I object to the Stipulation and Proposed Order requesting new dates and prefer to keep the dates as they are to avoid holiday and family conflicts.  The new proposed dates, as well as the proposed dates with an additional week, are not workable, as I will be out of the country and unavailable on the proposed dates when work would be required.
>>
>> Theresa
>>
>>> On Nov 5, 2015, at 8:52 PM, Lauren Capurro (Russell) <LaurenRussell@tatp.com> wrote:
>>>
>>> Dear Counsel:
>>>
>>> Attached is a Stipulation and [Proposed] Order Amending the Special Master's Scheduling Order No. 1.
>>>
>>> We received these dates from the Special Master today.  The Special Master also indicated the Judge has approved these dates.  The Special Master wants the stipulation to be filed as soon as possible given that briefs are currently due tomorrow.  Therefore, we intend to file the attached stipulation at 2pm Pacific tomorrow.
>>>
>>> Mario N. Alioto
>>>
>>> Lauren C. Capurro (Russell)
>>> Attorney at Law
>>> Trump, Alioto, Trump & Prescott, LLP
>>> 2280 Union Street
>>> San Francisco, CA 94123

> Telephone: (415) 563-7200
> Facsimile: (415) 346-0679
> E-mail: laurenrussell@tatp.com
>
> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.
>
> <Stipulation & [Proposed] Order Amending Special Master's Scheduling Order No. 1.pdf>

--
Timothy R. Hanigan
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street
Suite 760
Woodland Hills, CA 91367
(o) (818) 883-5644
(c) (818) 917-5363

# COMPOSITE EXHIBIT 2C



**Scott St John (public) <j.scott.stjohn.public@gmail.com>**

## CRT/Amendment to Special Master's Scheduling Order No. 1

**Scott St John (public)** <j.scott.stjohn.public@gmail.com>                Fri, Nov 6, 2015 at 10:56 AM
To: Francis Scarpulla <fos@scarpullalaw.com>
Cc: Josef Cooper <jdc@coopkirk.com>, "Lauren Capurro (Russell)" <LaurenRussell@tatp.com>, "emilio.varanini@doj.ca.gov" <emilio.varanini@doj.ca.gov>, Theresa Moore <tmoore@aliotolaw.com>, "pbjusti@comcast.net" <pbjusti@comcast.net>, "jlwestfall.esq@gmail.com" <jlwestfall.esq@gmail.com>, "jscottstjohnpublic@gmail.com" <jscottstjohnpublic@gmail.com>, "andrea.valdez.esq@gmail.com" <andrea.valdez.esq@gmail.com>, "trhanigan@gmail.com" <trhanigan@gmail.com>, "cbandas@bandaslawfirm.com" <cbandas@bandaslawfirm.com>, "sampc01@gmail.com" <sampc01@gmail.com>, "jef@fortmanlaw.com" <jef@fortmanlaw.com>, "jckress@thekresslawfirm.com" <jckress@thekresslawfirm.com>, "lawchrist@gmail.com" <lawchrist@gmail.com>, "darrell.palmer@palmerlegalteam.com" <darrell.palmer@palmerlegalteam.com>, "rbonsignore@classactions.us" <rbonsignore@classactions.us>, "Mario N. Alioto" <malioto@tatp.com>, Bob Gralewski <bgralewski@kmllp.com>, Martin Quinn <MQuinn@jamsadr.com>, Patrick Clayton <pbc@scarpullalaw.com>, Tracy Kirkham <trk@coopkirk.com>, Brian Torres <btorres@sheftalltorres.com>

> On behalf of Objector Douglas W. St. John, I join in objecting to the stipulation due to the holiday issue raised by other objectors, and because:
>
> (1) IPP Counsel's proffered rationale for the change is that "eleven objections to the requested attorneys' fees and approval of the proposed settlements have been filed, three of which were not filed with the Court until long after the October 8, 2015 deadline for objections (see Dkt. Nos. 4128, 4140 and 4144)."  That rationale--lack of time to respond--is particularly hollow given that objectors were given only 15 days to respond to IPP Counsel's 1500+ page fee request. *Cf.* Fed. R. Civ. P. 16(b) ("A schedule may be modified only for good cause . . . ."). To the extent any objections were untimely, IPP Counsel is free to raise that issue in its response to those particular objections.
>
> (2) This "stipulation" is itself untimely. The last objection identified by IPP Counsel, D.E. No. 4144, was filed on October 26. IPP Counsel identify no reason why they could not have consulted with objectors prior to late on the night before IPP Counsel's opposition papers are due.
>
> (3) IPP Counsel should not be engaging in ex parte communications with the Special Master and the Court (via the Special Master) for the purpose of presenting objectors with a fait accompli.
>
> (4) This "stipulation" reflects but the latest example of IPP Counsel selectively treating objectors as parties or non-parties, depending on which result benefits IPP Counsel in a particular instance.
>
> (5) To the extent the Special Master or the Court is inclined to alter the procedural schedule, I join in Mr. Scarpulla's recommendation.
>
> Should IPP Counsel submit their proposed "stipulation" or a motion to alter the procedural schedule, I request that the objections raised by counsel for various objectors via email be appended as an exhibit to that submission.
>
> Best regards,
> Joseph S. St. John
>
> On Fri, Nov 6, 2015 at 10:52 AM, Francis Scarpulla <fos@scarpullalaw.com> wrote:
>
>> I agree with the idea of a meet-and-confer.
>>
>> Also note that objectors represented by Brian Torres were left off; I have added him.

> On Nov 6, 2015, at 11:49 AM, Josef Cooper <jdc@coopkirk.com> wrote:
>
>
> We join in the objection to the schedule proposed in the Stipulation on the grounds that it is unreasonably burdensome on any person wishing to respond to Lead Counsel's defense of the settlements, plan of distribution or attorney's fee request, or to object to the Special Master's Report and Recommendations.  The compromise proposed by Mr. Scarpulla is acceptable to us, although we suggest that an alternative would be to simply vacate the current schedule before Lead Counsel's brief is due today, and instruct all interested persons to meet and confer with each other and the Special Master to arrive at a new master schedule for addressing the various objections that have been raised.   As counsel for the certified and proposed classes, we also object that we were not consulted by Lead Counsel regarding the proposed stipulation until we received the email yesterday enclosing the draft.
>
> Also, please include Tracy Kirkham at trk@coopkirk.com in all future communications.  Thank you.
>
> Josef Cooper and Tracy Kirkham
>
> _____
> From: Francis Scarpulla [fos@scarpullalaw.com]
> Sent: Friday, November 06, 2015 6:18 AM
> To: Lauren Capurro (Russell)
> Cc: emilio.varanini@doj.ca.gov; Josef Cooper; Theresa Moore; pbjusti@comcast.net; jlwestfall.esq@gmail.com; jscottstjohnpublic@gmail.com; andrea.valdez.esq@gmail.com; trhanigan@gmail.com; cbandas@bandaslawfirm.com; sampc01@gmail.com; jef@fortmanlaw.com; jckress@thekresslawfirm.com; lawchrist@gmail.com; darrell.palmer@palmerlegalteam.com; rbonsignore@classactions.us; Mario N. Alioto; Bob Gralewski; Martin Quinn; Patrick Clayton
> Subject: Re: CRT/Amendment to Special Master's Scheduling Order No. 1
>
> All:  I am in Toronto at a mediation and will not return to San Francisco until midday Saturday. I just received the proposed stipulation, about which schedule I was never consulted. This schedule appears to require me to work over the Thanksgiving week, as well as over the Christmas holidays.   I respectfully request that all objectors be given an additional week for their replies to Mr. Alioto's filing as well as an extra week to file objections to any Report and Recommendations filed by the Special Master. The hearing dates would be adjusted accordingly, so that the court hearing would be on February 23, which I recall is one of the days Judge Tigar had available.
>
>
>
>
>
>
>
>
>
> On Nov 5, 2015, at 11:52 PM, Lauren Capurro (Russell) <LaurenRussell@tatp.com<mailto:LaurenRussell@tatp.com>> wrote:
>
> Dear Counsel:
>
> Attached is a Stipulation and [Proposed] Order Amending the Special Master's Scheduling Order No. 1.
>
> We received these dates from the Special Master today.  The Special Master also indicated the Judge has approved these dates.  The Special Master wants the stipulation to be filed as soon as possible given that briefs are currently due tomorrow.  Therefore, we intend to file the attached stipulation at 2pm Pacific tomorrow.
>
> Mario N. Alioto

>
> Lauren C. Capurro (Russell)
> Attorney at Law
> Trump, Alioto, Trump & Prescott, LLP
> 2280 Union Street
> San Francisco, CA 94123
> Telephone: (415) 563-7200
> Facsimile: (415) 346-0679
> E-mail: laurenrussell@tatp.com<mailto:laurenrussell@tatp.com>
>
> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.
>
>
> <Stipulation & [Proposed] Order Amending Special Master's Scheduling Order No. 1.pdf>