# COMPOSITE EXHIBIT 4

JVC MODEL No. AV-20D202
AC 120V 60Hz   87 W
TV SCREEN SIZE: DIAGONAL  20 INCHES   M E

CAUTION — RISK OF ELECTRIC SHOCK DO NOT OPEN
WARNING: SHOCK HAZARD-DO NOT OPEN.
AVIS: RISQUE DE CHOC ELECTRIQUE-NE PAS OUVRIR.

CERTIFICATION —PRODUCT COMPLIES WITH DHHS RULE 21CFR SUBCHAPTER J APPLICABLE AT THE DATE OF MANUFACTURE.
THIS DEVICE COMPLIES WITH PART 15 OF THE FCC RULES. OPERATION IS SUBJECT TO THE FOLLOWING TWO CONDITIONS: (1) THIS DEVICE MAY NOT CAUSE HARMFUL INTERFERENCE, AND (2) THIS DEVICE MUST ACCEPT ANY INTERFERENCE RECEIVED, INCLUDING INTERFERENCE THAT MAY CAUSE UNDESIRED OPERATION.
CABLE COMPATIBLE TELEVISION APPARATUS, CANADA.
TÉLÉVISEUR CÂBLE COMPATIBLE, CANADA.
ASSEMBLED IN MEXICO BY JVC INDUSTRIAL DE MEXICO.
VICTOR COMPANY OF JAPAN, LIMITED. 12, 3-CHOME, MORIYA-CHO, KANAGAWA-KU, YOKOHAMA, 221-0528, JAPAN.

CHASSIS NO.  A66
MANUFACTURED  JULY. 2001
SERIAL NO.  12613473  S

c(UL)us LISTED

LC31139-001A-A

# JVC MODEL No. AV-20D202

AC 120V 60Hz    87 W
TV SCREEN SIZE: DIAGONAL    20 INCHES    M E

 **CAUTION** RISK OF ELECTRIC SHOCK DO NOT OPEN 

WARNING:
SHOCK HAZARD-DO NOT OPEN.
AVIS: RISQUE DE CHOC
ELECTRIQE-NE PAS OURVRIR.

CERTIFICATION -PRODUCT COMPLIES WITH DHHS RULE 21CFR SUBCHAPTER J APPLICABLE AT THE DATE OF MANUFACTURE.
THIS DEVICE COMPLIES WITH PART 15 OF THE FCC RULES. OPERATION IS SUBJECT TO THE FOLLOWING TWO CONDITIONS: (1) THIS DEVICE MAY NOT CAUSE HARMFUL INTERFERENCE, AND (2) THIS DEVICE MUST ACCEPT ANY INTERFERENCE RECEIVED, INCLUDING INTERFERENCE THAT MAY CAUSE UNDESIRED OPERATION.
CABLE COMPATIBLE TELEVISION APPARATUS, CANADA.
TÉLÉVISEUR CÂBLE COMPATIBLE, CANADA.
ASSEMBLED IN MEXICO BY JVC INDUSTRIAL DE MEXICO.
VICTOR COMPANY OF JAPAN, LIMITED. 12, 3-CHOME, MORIYA-CHO, KANAGAWA-KU, YOKOHAMA, 221-8528, JAPAN.

CHASSIS NO.   A66
MANUFACTURED  JULY. 2001
SERIAL NO.    12613473   S

 c(UL)us LISTED
VIDEO EQUIPMENT 4C43


