# EXHIBIT 5

**Panasonic® COLOR TV**

WARNING
RISK OF ELECTRIC
SHOCK DO NOT OPEN

| | |
|---|---|
| Model No. / No. de modèle | CT-XXG7F |
| Chassis No. / No. de châssis | |
| Serial No. / No. de série | LA22010569 |
| Power Rating / Alimentation | 120V~ 60 HZ |
| Max. Amps / Intensité max. (A) | 1.8 |
| Manufactured / Fabrication | OCTOBER 2002 |
| QAM | |

ASSEMBLED IN MEXICO
ASSEMBLE AU MEXICO

PRODUCT COMPLIES WITH
RULES 21 CFR SUBPART J
IN EFFECT AS OF DATE
OF MANUFACTURE

DISTRIBUTED BY
MATSUSHITA ELECTRIC
CORPORATION OF AMERICA
ONE PANASONIC WAY
SECAUCUS, NEW JERSEY

THIS DEVICE COMPLIES WITH PART 15 OF THE FCC RULES. OPERATION IS SUBJECT TO THE FOLLOWING
CONDITIONS: (1) THIS DEVICE MAY NOT CAUSE HARMFUL INTERFERENCE, AND (2) THIS DEVICE MUST ACCEPT
ANY INTERFERENCE RECEIVED, INCLUDING INTERFERENCE THAT MAY CAUSE UNDESIRED OPERATION.