# EXHIBIT 6

# Panasonic®

## Color Television Operating Instructions

| | | |
|---|---|---|
| CT-2017 | CT-G2132 | CT-G2972 |
| CT-25G7 | CT-G2132L | CT-G2972L |
| CT-25G7U | CT-G2172 | CT-G3352 |
| | CT-G2172L | CT-G3352X |



For assistance, please call: 1-800-211-PANA (7262) or
send e-mail to: consumerproducts@panasonic.com (USA only)

TQB2AA0370      10412
PRINTED IN USA



## WARNING

**RISK OF ELECTRIC SHOCK
DO NOT OPEN**

**WARNING:** To reduce the risk of electric shock do not remove cover or back. No user-serviceable parts inside. Refer servicing to qualified service personnel.

 The lightning flash with arrow head within a triangle is intended to tell the user that parts inside the product are a risk of electric shock to persons.

 The exclamation point within a triangle is intended to tell the user that important operating and servicing instructions are in the papers with the appliance.

**WARNING**: **TO REDUCE THE RISK OF FIRE OR ELECTRIC SHOCK, DO NOT EXPOSE THIS APPARATUS TO RAIN OR MOISTURE.**

 The double insulation symbol (a square within a square) is intended to alert qualified service personnel to use only identical replacement parts in this apparatus.

**FCC CAUTION:** **ANY CHANGES OR MODIFICATIONS TO THIS TV RECEIVER NOT EXPRESSLY APPROVED BY MATSUSHITA ELECTRIC CORPORATION OF AMERICA COULD CAUSE HARMFUL INTERFERENCE, WHICH WOULD VOID THE USER'S AUTHORITY TO OPERATE THIS EQUIPMENT.**

**ENVIRONMENTAL NOTICE:** **THIS PRODUCT UTILIZES BOTH A CATHODE RAY TUBE (CRT) AND OTHER COMPONENTS THAT CONTAIN LEAD. DISPOSAL OF THESE MATERIALS MAY BE REGULATED IN YOUR COMMUNITY DUE TO ENVIRONMENTAL CONSIDERATIONS. FOR DISPOSAL OR RECYCLING INFORMATION PLEASE CONTACT YOUR LOCAL AUTHORITIES, OR THE ELECTRONICS INDUSTRIES ALLIANCE: <HTTP://WWW.EIAE.ORG.>**