# EXHIBIT 7

FD mini-IB  1/16/01  3:33 PM  Page 1



# COLOR TELEVISION USER'S GUIDE

**For models:**
**AV-27D302**
**AV-27D202**
**AV-20D202**
**AV-27230**



Illustration of AV-27D302 and RM-C303G

### IMPORTANT NOTE TO THE CUSTOMER
In the spaces below, enter the model and serial number of your television (located at the rear of the television cabinet). Staple your sales receipt or invoice to the inside cover of this guide. Keep this user's guide in a convenient place for future reference. Keep the carton and original packaging for future use.

Serial Number                                                                                      Model Number

LCT0924-001A-A
0101-TN-JII-JIM

FD mini-IB  1/16/01  3:33 PM  Page 2

# IMPORTANT SAFETY PRECAUTIONS



**CAUTION**
**RISK OF ELECTRIC SHOCK**
**DO NOT OPEN**

!

**CAUTION: To reduce the risk of electric shock.**
**Do not remove cover (or back).**
**No user serviceable parts inside.**
**Refer servicing to qualified service personnel.**



The lightning flash with arrowhead symbol, within an equilateral triangle is intended to alert the user to the presence of uninsulated "dangerous voltage" within the product's enclosure that may be of sufficient magnitude to constitute a risk of electric shock to persons.

!

The exclamation point within an equilateral triangle is intended to alert the user to the presence of important operating and maintenance (servicing) instructions in the literature accompanying the appliance.

**WARNING:** TO PREVENT FIRE OR SHOCK HAZARDS, DO NOT EXPOSE THIS TV SET TO RAIN OR MOISTURE.

**CAUTION:** TO INSURE PERSONAL SAFETY, OBSERVE THE FOLLOWING RULES REGARDING THE USE OF THIS UNIT.

1. Operate only from the power source specified on the unit.
2. Avoid damaging the AC plug and power cord.
3. Avoid Improper installation and never position the unit where good ventilation is unattainable.
4. Do not allow objects or liquid into the cabinet openings.
5. In the event of trouble, unplug the unit and call a service technician. Do not attempt to repair it yourself or remove the rear cover.

Changes or modifications not approved by JVC could void the warranty.

\* When you don't use this TV set for a long period of time, be sure to disconnect both the power plug from the AC outlet and antenna for your safety.

\* To prevent electric shock do not use this polarized plug with an extension cord, receptacle or other outlet unless the blades can be fully inserted to prevent blade exposure.