Law Offices
## COOPER & KIRKHAM, P.C.
357 TEHAMA STREET, SECOND FLOOR
SAN FRANCISCO, CALIFORNIA 94103
(415) 788-3030
FAX (415) 882-7040

WRITER'S DIRECT CONTACT
(415) 788-3030 ext. 305
jdc@coopkirk.com

November 9, 2015

**VIA ECF**

The Honorable Jon S. Tigar
United States District Court
Northern District of California
Courtroom 9
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *In re: Cathode Ray Tube (CRT) Antitrust Litig.,* Master File No. CV-07-5944-JST, MDL No. 1917 (Indirect Purchaser Actions)

Dear Judge Tigar:

      The undersigned are counsel for plaintiffs in the above-captioned litigation who have raised objections to the final approval of the proposed settlements and proposed plan of distribution, and have also requested that the Court generate the fee award by making a lodestar/multiplier analysis. We intend to respond to Lead Counsel's "Stipulation and [Proposed] Order Amending Special Master's Scheduling Order No. 1" (Dkt. 4172) by not only objecting to the proposed schedule as onerous, but also by requesting an alternative sequencing of the issues before the Special Master. We believe that this Court's evaluation of the settlements and fee request will be greatly facilitated by separating consideration of questions going to the settlement releases and proposed distribution from both the proper amount of the aggregate award of attorney's fees and the division of that award among plaintiffs' counsel (which issue has already been segregated).

      We have been served with the Response to the Stipulation and [Proposed] Order filed this morning by counsel for Objector Douglas W. St. John (Dkt. 4174), and there may be other counsel who would like to be heard before any scheduling order is entered.

The Honorable Jon S. Tigar
United States District Court
Northern District of California
November 9, 2015
Page 2 of 2

Therefore, we respectfully request that Your Honor give the parties until the close of business tomorrow in which to file responses to the Stipulation and [Proposed] Order.

        Respectfully submitted,

By:   /s/ Josef D. Cooper
       Josef D. Cooper

COOPER & KIRKHAM, P.C.
357 Tehama Street, 2nd Floor
San Francisco, CA  94103
Telephone:  (415) 788-3030
Facsimile:  (415) 882-7040
E-mail:  jdc@coopkirk.com

By:   /s/ Francis O. Scarpulla
       Francis O. Scarpulla

LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:  (415) 788-0706
Email:  fos@scarpullalaw.com

     Pursuant to Civil L.R. 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Cc:    All Counsel (via ECF)
       Special Master Martin Quinn (via email)