Paul B. Justi (SBN 124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
Telephone: 925.256.7900
Facsimile: 925.256.9204
Email: pbjusti@comcast.net

Attorney for Class Member and Objector
DAN L. WILLIAMS & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No.: 3:07-cv-05944-SC

MDL No.: 1917

JOINDER OF OBJECTOR DAN L. WILLIAMS & CO. IN OBJECTION TO BRIEFING SCHEDULED FILED BY DOUGLAS W. ST. JOHN

This Document Relates to: Objection filed by Douglas W. St. John Re: Briefing Schedule

Hearing Date: November 13, 2015
Time: 10:00 a.m.
Courtroom: One, 17th Floor
Judge: Hon. Samuel Conti

Objector Dan L. Williams & Co. joins in the objection filed by Douglas W. St. John [D.E. 4174] for the reasons stated therein to the parties' stipulation to modify scheduling order [D.E. 4172]. See OBJECTOR DOUGLAS W. ST. JOHN'S OPPOSITION TO IPP COUNSEL'S STIPULTION [sic] TO MODIFY SCHEDULING ORDER NO. 1 (D.E. 4172) [D.E. 4174]. Additionally, Dan L. Williams & Co. and his undersigned counsel also were put to

Joinder of Objector Dan L. Williams & Co. - 1

the burden of providing expedited responses to IPP Counsel's subpoena and a deposition based on IPP Counsel's representation that they had to complete discovery in short order to meet the November 6, 2015 deadline to file opposition papers to Dan L. Williams & Co.'s objection. *See* Declaration of Paul B. Justi, Esq. filed concurrently herewith. It is unfair that class counsel presumed to impose expedited discovery deadlines on objectors, such as Dan L. Williams & Co., to meet the November 6, 2015 deadline, only for class counsel to seek to modify the deadline with almost no notice for its own benefit, while continuing to burden objectors and their counsel with unreasonably short deadlines over holiday periods.

If the Court is nevertheless inclined to accept the stipulation and enter a revised scheduling order, Dan L. Williams & Co. respectfully requests in the alternative that the Court extend the current proposed deadline for objectors to file reply briefs to IPP Counsel's briefs in opposition to objections by at least five (5) days from December 2, 2015, through Monday, December 7, 2015. Dan L. Williams & Co. previously objected to IPP Counsel and to Special Master Quinn that the briefing schedule proposed by IPP Counsel appeared deliberately calculated to burden objectors and their counsel with replies to IPP Counsel's briefs during the Thanksgiving and Christmas holidays, as the replies would have been due immediately thereafter – *i.e.*, on November 30, 2015 and January 5, 2016, respectively. *See* Exhibit A to Justi Decl. (Nov. 6, 2015 email from Dan L. Willliams & Co.'s counsel to Special Master Quinn objecting to proposed briefing schedule). The stipulation that now has been submitted to the Court provides *only two* additional days for objectors to submit their reply briefs, through December 2, 2015, although it does push back the deadline to file objections to the Special Master's Report and Recommendation one week to January 12, 2016. [D.E. 4172] There is no reason that the reply brief date cannot also be pushed back until December 7, 2015, especially

given that IPP Counsel now propose the fairness hearing to occur on February 23, 2016 – more than a month after opposition briefs are due to objections to the Special Master's Report and Recommendation on January 19, 2016.

Date: November 9, 2015

LAW OFFICES OF PAUL B. JUSTI



By: _____
Paul B. Justi

Attorneys for Class Member and Objector
DAN L. WILLIAMS & CO.

## DECLARATION OF PAUL B. JUSTI IN SUPPORT OF JOINDER

I, Paul B. Justi, declare as follows:

1. I am counsel of record for Class Member and Objector Dan L. Williams & Co. I make the following declaration based on personal knowledge and if called to testify as a witness, I could and would competently testify to the matters stated herein.

2. Shortly after I filed Objector Dan L. Williams & Co.'s objections to the proposed settlement, I was contacted by class counsel Robert Gralewski informing me that class counsel wished to take my client's deposition, noted the short briefing schedule and asked if I would accept service of a subpoena on behalf of my client and work to ensure that the deposition was scheduled and taken in time to meet the short briefing schedule. I agreed to accept service of the subpoena, both as a professional courtesy and to expedite the taking of my client's deposition in light of the briefing schedule. Mr. Gralewski and I then spent a considerable amount of time trying to get my client's deposition scheduled in time to accommodate the briefing schedule. Because of my own schedule and commitments, the deposition was ultimately scheduled for Friday afternoon, October 30, 2015, commencing at 3:00 p.m. in Kansas City,

MO., which given my own schedule, required me to fly from Oakland, CA to Kansas City, MO the morning of the deposition and return that same night – all to accommodate the shortened briefing schedule as Mr. Gralewski had requested.

3. Thereafter, I received notice of the proposed changes to the briefing schedule – changes which appeared to be deliberately designed to require objector's counsel, including myself, to work over both the Thanksgiving and Christmas/winter holidays. I notified Special Master Martin Quinn by email of my objection. A true and correct copy of my objection is attached hereto as Exhibit A.

4. Thereafter, a new briefing schedule was proposed, which allowed only two more days. I continue to object to this revised schedule. I went well out of my way to accommodate the original schedule as requested by class counsel and it is my position that their briefs should have been filed as of the original briefing date, November 6, 2015 and are therefore now untimely. If the Court does allow briefing, I request the schedule that is set forth in my Joinder, above, be adopted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 9, 2015 at Walnut Creek, CA.



Paul B. Justi

# Exhibit A

## Paul B. Justi

**From:** Paul B. Justi [pbjusti@comcast.net]
**Sent:** Monday, November 09, 2015 3:23 PM
**To:** 'Paul B. Justi'
**Subject:** FW: CRT/Amendment to Special Master's Scheduling Order No. 1

---

**From:** Paul B. Justi [mailto:pbjusti@comcast.net]
**Sent:** Friday, November 06, 2015 1:39 PM
**To:** 'Francis Scarpulla'; 'MARTIN QUINN'
**Cc:** 'Josef Cooper'; 'Lauren Capurro (Russell)'; 'emilio.varanini@doj.ca.gov'; 'jlwestfall.esq@gmail.com'; 'jscottstjohnpublic@gmail.com'; 'andrea.valdez.esq@gmail.com'; 'trhanigan@gmail.com'; 'cbandas@bandaslawfirm.com'; 'sampc01@gmail.com'; 'jef@fortmanlaw.com'; 'jckress@thekresslawfirm.com'; 'lawchrist@gmail.com'; 'Darrell Palmer'; 'rbonsignore@classactions.us'; 'Mario Alioto'; 'Bob Gralewski'; 'Patrick Clayton'; 'Tracy Kirkham'; 'j.scott.stjohn.public@gmail.com'; 'Sandra Chan'; 'Marlo Cohen'; 'Theresa Moore'
**Subject:** RE: CRT/Amendment to Special Master's Scheduling Order No. 1

Dear Mr. Quinn – On behalf of objector Dan L. Williams, I wanted to also register my objections to a proposed briefing schedule that seems deliberately designed to force the objectors to work over both the Thanksgiving and Christmas/winter holidays, but I have confidence that, as you note in your email, you will be able to recommend a fair briefing schedule to the Court.

Thanks,

pbj

Paul B. Justi
Law Offices of Paul B. Justi
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
t: 925.256.7900
f: 925.256.9204
pbjusti@comcast.net
www.pbjusti.com

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) is covered by the Electronics Privacy Act, 18 U.S.C. Sections 2510-2521, and is legally privileged. This email may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail or telephone, and then destroy all copies of the transmission. UNINTENDED TRANSMISSION SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT OR ANY OTHER PRIVILEGE. Thank you for your cooperation.

---

**From:** Francis Scarpulla [mailto:fos@scarpullalaw.com]
**Sent:** Friday, November 06, 2015 10:31 AM
**To:** MARTIN QUINN
**Cc:** Josef Cooper; Lauren Capurro (Russell); emilio.varanini@doj.ca.gov; pbjusti@comcast.net; jlwestfall.esq@gmail.com; jscottstjohnpublic@gmail.com; andrea.valdez.esq@gmail.com; trhanigan@gmail.com; cbandas@bandaslawfirm.com; sampc01@gmail.com; jef@fortmanlaw.com; jckress@thekresslawfirm.com; lawchrist@gmail.com; Darrell Palmer; rbonsignore@classactions.us; Mario Alioto; Bob Gralewski; Patrick Clayton; Tracy Kirkham;

1

j.scott.stjohn.public@gmail.com; Sandra Chan; Marlo Cohen; Theresa Moore
**Subject:** Re: CRT/Amendment to Special Master's Scheduling Order No. 1

I must have misunderstood the previous email from Your Honor. I thought Mr. Alioto was going to present his proposed schedule to Judge Tigar, without consulting with the Special Master. That is why I suggested he first consult with the objectors. If he is going to work out a reasonable schedule with the Special Master's in put, that is a different matter.

On Nov 6, 2015, at 1:11 PM, MARTIN QUINN <mq1942@me.com> wrote:

> Counsel: Thank you, but I am capable of creating a fair briefing schedule to recommend to the Court, in cooperation with class counsel, without holding a meeting or round of telephone calls.
>
> Martin Quinn
> Special Master
>
> MARTIN QUINN
> JAMS
> Two Embarcadero Center, #1500
> San Francisco, CA 94111
> 415-774-2669
> mq1942@me.com
>
>> On Nov 6, 2015, at 9:51 AM, Francis Scarpulla <fos@scarpullalaw.com> wrote:
>>
>> I also want to add my thanks, as well as to voice my agreement with Mr. Cooper's suggestion. I would add that if Mr. Alioto does not confer on the schedule that he disclose that fact to the court and specifically inform the court of our request for such consultation.
>>
>>> On Nov 6, 2015, at 12:46 PM, Josef Cooper <jdc@coopkirk.com> wrote:
>>>
>>> We also wish to thank you for your prompt attention to this matter. We respectfully suggest, however, that without the opportunity for all counsel to meet and confer about a schedule, anything that Lead Counsel does unilaterally may be subject to further objections by some or all of the counsel involved. We therefore re-submit our suggestion that the current schedule be vacated and all counsel be given the opportunity to communicate with each other and with you on the subject


of scheduling the issues to be covered in your Report and Recommendations to the Court.

Josef Cooper and Tracy Kirkham
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
415-788-3030

---

From: MARTIN QUINN [mq1942@me.com]
Sent: Friday, November 06, 2015 9:21 AM
To: Theresa Moore
Cc: Francis Scarpulla; Josef Cooper; Lauren Capurro (Russell); emilio.varanini@doj.ca.gov; pbjusti@comcast.net; jlwestfall.esq@gmail.com; jscottstjohnpublic@gmail.com; andrea.valdez.esq@gmail.com; trhanigan@gmail.com; cbandas@bandaslawfirm.com; sampc01@gmail.com; jef@fortmanlaw.com; jckress@thekresslawfirm.com; lawchrist@gmail.com; Darrell Palmer; rbonsignore@classactions.us; Mario Alioto; Bob Gralewski; Patrick B. Clayton; Tracy Kirkham; Brian Torres; j.scott.stjohn.public@gmail.com; Sandra Chan; Marlo Cohen
Subject: Re: CRT/Amendment to Special Master's Scheduling Order No. 1

Counsel.... you have been heard. I have asked Mr. Alioto to revise the schedule to give you additional time. He will try to present it to Judge Tigar today, or possibly Monday.

Martin Quinn
Special Master


MARTIN QUINN
JAMS
Two Embarcadero Center, #1500
San Francisco, CA 94111
415-774-2669
mq1942@me.com<mailto:mq1942@me.com>




On Nov 6, 2015, at 9:19 AM, Theresa Moore <tmoore@aliotolaw.com<mailto:tmoore@aliotolaw.com>> wrote:

During the course of this morning additional recipients have been added to the original email sent by Class Counsel. Thus I am copying my response sent early this morning to the current complete email recipient list of 23 recipients.
Regards,

Theresa Moore

3

Begin forwarded message:

From: Theresa Moore <tmoore@aliotolaw.com<mailto:tmoore@aliotolaw.com>>
Subject: Re: CRT/Amendment to Special Master's Scheduling Order No. 1
Date: November 6, 2015 at 8:02:06 AM PST
To: "Lauren Capurro (Russell)" <LaurenRussell@tatp.com<mailto:LaurenRussell@tatp.com>>
Cc: emilio.varanini@doj.ca.gov<mailto:emilio.varanini@doj.ca.gov>, Fran Scarpella <fos@scarpullalaw.com<mailto:fos@scarpullalaw.com>>, jdc@coopkirk.com<mailto:jdc@coopkirk.com>, pbjusti@comcast.net<mailto:pbjusti@comcast.net>, jlwestfall.esq@gmail.com<mailto:jlwestfall.esq@gmail.com>, jscottstjohnpublic@gmail.com<mailto:jscottstjohnpublic@gmail.com>, andrea.valdez.esq@gmail.com<mailto:andrea.valdez.esq@gmail.com>, trhanigan@gmail.com<mailto:trhanigan@gmail.com>, cbandas@bandaslawfirm.com<mailto:cbandas@bandaslawfirm.com>, sampc01@gmail.com<mailto:sampc01@gmail.com>, jef@fortmanlaw.com<mailto:jef@fortmanlaw.com>, jckress@thekresslawfirm.com<mailto:jckress@thekresslawfirm.com>, lawchrist@gmail.com<mailto:lawchrist@gmail.com>, darrell.palmer@palmerlegalteam.com<mailto:darrell.palmer@palmerlegalteam.com>, rbonsignore@classactions.us<mailto:rbonsignore@classactions.us>, "Mario N. Alioto" <malioto@tatp.com<mailto:malioto@tatp.com>>, Bob Gralewski <bgralewski@kmllp.com<mailto:bgralewski@kmllp.com>>

Counsel-
I object to the Stipulation and Proposed Order requesting new dates and prefer to keep the dates as they are to avoid holiday and family conflicts. The new proposed dates, as well as the proposed dates with an additional week, are not workable, as I will be out of the country and unavailable on the proposed dates when work would be required.
Theresa



On Nov 5, 2015, at 8:52 PM, Lauren Capurro (Russell) <LaurenRussell@tatp.com<mailto:LaurenRussell@tatp.com>> wrote:

Dear Counsel:

Attached is a Stipulation and [Proposed] Order Amending the Special Master's Scheduling Order No. 1.

We received these dates from the Special Master today. The Special Master also indicated the Judge has approved these dates. The Special Master wants the stipulation to be filed as soon as possible given that briefs are currently due tomorrow. Therefore, we intend to file the attached stipulation at 2pm Pacific tomorrow.

Mario N. Alioto

4

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com<mailto:laurenrussell@tatp.com>

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.


<Stipulation & [Proposed] Order Amending Special Master's Scheduling Order No. 1.pdf>