*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

November 9, 2015

**VIA ECF**

Honorable Jon S. Tigar
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
      Case No. 07-cv-5944 JST, MDL No. 1917

Dear Judge Tigar:

      I write regarding (1) Objector Douglas St. John's Opposition to IPP Counsel's Stipulation to Modify Scheduling Order No. 1 (Dkt. No. 4174); and (2) the letter to Your Honor from Messrs. Cooper and Scarpulla (Dkt. No. 4175) requesting that they and other objectors be given until the close of business tomorrow to file responses to the Stipulation and [Proposed] Order Amending Special Master's Scheduling Order No. 1, Dkt. No. 4172. The Court should overrule the opposition by St. John and deny the request for additional briefing for several reasons.

      First, the proposed changes to the schedule have nothing to do with Mr. St. John's deposition. IPP Counsel have not yet been able to depose two of the objectors to the settlements. Due to the case being re-assigned to Your Honor and there being some additional time in the schedule, a short extension of time to allow a full record to be developed will benefit all parties to the settlements and the Court.

      Second, Lead Counsel consulted with the Special Master regarding the amendments to the schedule, and gave notice to objectors before filing the Stipulation. All of the objectors were heard by the Special Master regarding the proposed amendments to the schedule. The Special Master rejected the objectors' requests for additional comments on the amended schedule and informed them that he would set the schedule taking into account their concerns. Several objectors, including Messrs. Cooper and Scarpulla, indicated that they were satisfied with that. Moreover, the proposed schedule was adjusted in response to objectors' comments that they needed more time for

briefing over the Thanksgiving and Christmas holidays.[1]  Given that the objections to the schedule have been accommodated, there is no need to provide additional opportunities to comment.

      Finally, Messrs. Cooper and Scarpulla suggest that some "alternative sequencing of the issues before the Special Master" is required.  The nature of the proceedings before the Special Master has already been briefed and decided by Judge Conti (Dkt. No. 4077), and discussed at a hearing before the Special Master.  There is no need for these matters to be reconsidered.

      For all of the foregoing reasons, Lead Counsel respectfully requests that the Court enter the Stipulation and [Proposed] Order Amending Special Master's Scheduling Order No. 1.

      Respectfully submitted,

      /s/ Mario N. Alioto
      Mario N. Alioto
      Lead Counsel for the Indirect Purchaser Class

---

[1] For example, objectors were given an additional two days to account for Thanksgiving and an additional week after Christmas to file their objections to the Special Master's Report and Recommendations.