UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL DIRECT PURCHASER PLAINTIFFS | **ORDER TO SHOW CAUSE WITH RESPECT TO ATTORNEYS' FEES AND INCENTIVE AWARDS** |

Currently pending before the Court are motions for attorneys' fees and incentive awards filed by named plaintiffs in certain Direct Purchaser Plaintiff (DPP) cases. See ECF Nos. 4055, 4056. The Court has completed its preliminary review of these motions and finds that certain additional information is required. Accordingly, the Court now orders moving parties to provide the following information:

1. Complete, unredacted copies of all receipts, bills, and records supporting counsel's requests for meal and travel reimbursement in the amount of $392,643.18; and

2. Complete, contemporaneously-recorded bills with justification for all time billed for all attorneys or related legal professionals whose work forms the basis of fees requested in the pending motion, for all firms requesting such fees, only with respect to the months of July 2011, January 2013, and March 2014.[1]

Lead counsel for DPPs will gather this information from each firm, consolidate it into a single filing, accurately label the component parts, and lodge it with the Court not later than 12:00

---

[1] The Court may request additional such materials in the future if it concludes that this sample size is too small.

noon on November 23, 2015.[2]

The December 15, 2015 hearing on Plaintiffs' attorneys' fees and incentive award motions remains as set.

IT IS SO ORDERED.

Dated:  November 10, 2015

JON S. TIGAR
United States District Judge

---

[2] The Court requires that these materials be lodged rather than filed to obviate any work product concerns.