Theresa D. Moore (99978)
Attorney At Law
c/o **ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Objectors Rockhurst University,
Harry Garavanian, and Gary Talewsky*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 JST<br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF THERESA D. MOORE IN SUPPORT OF JOINDER OF OBJECTORS ROCKHURST UNIVERSITY, HARRY GARAVANIAN, AND GARY TALEWSKY TO OBJECTOR DOUGLAS W. ST. JOHN'S OPPOSITION TO IPP COUNSEL'S STIPULATION TO MODIFY SCHEDULING ORDER NO. 1  [D.E. 4180, 4174, 4172 ]**<br><br>Judge:  Honorable Jon Tigar<br>Courtroom 9, 19th Floor |

I, Theresa D. Moore, declare as follows:

**1.** I am counsel of record for Indirect Purchaser Plaintiffs, and Class Member Objectors Rockhurst University, Harry Garavanian, and Gary Talewsky.

**2.** I make the following declaration based on personal knowledge and if called to testify as a witness, I could and would competently testify to the matters stated herein.

**3.** Exhibit A is a true and correct copy of two emails I sent on November 6, 2015.

**4.** The initial schedule was proposed at a hearing with the Special Master on October 6, 2015, wherein multiple representatives for Class Counsel, Objectors, and Defense Counsel were present in person or by phone. The new schedule was fully vetted and agreed upon by all parties at this in person meeting with full knowledge and understanding that the hearing on final approval of the class action settlement in this action would not occur until 2016, after the appointment of the Judge to replace the retiring Judge S. Conti, and with full knowledge that Objections would be filed. These factors were taken into consideration during the initial planning meeting.

**5.** Exhibit B is a true and correct copy of an email I sent on October 14, 2015 which reflects my offer to provide to IPP counsel with "additional declarations or stipulations to any further information you requested." Class Counsel ignored my offer and simply rejected it.

**6.** I traveled across the United States on two occasions in one week to accommodate Class Counsel's depositions to which I objected as being improper. I traveled once from San Francisco to Missouri, and three days later from San Francisco to Massachusetts.

**7.** Objector was not notified or consulted about any change in the schedule prior to receiving the Proposed Stipulation.

**8.** I will be out of the country on the dates proposed by Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of November, 2015, in San Francisco, CA.

                                                                                  */s/ Theresa D. Moore*
                                                                                  Theresa D. Moore

1

Declaration Of Theresa D. Moore In Support Of Joinder Of Joinder Of Objectors Rockhurst University, Harry Garavanian, And Gary Talewsky To Objector Douglas W. St. John's Opposition To IPP Counsel's Stipulation To Modify Scheduling Order No. 1                        Case No. 3:07-cv-5944, MDL No. 1917