# EXHIBIT A

**From:** Theresa Moore tmoore@aliotolaw.com
**Subject:** Fwd: CRT/Amendment to Special Master's Scheduling Order No. 1
**Date:** November 6, 2015 at 9:19 AM
**To:** Fran Scarpella fos@scarpullalaw.com, Josef Cooper jdc@coopkirk.com, Lauren Capurro (Russell) LaurenRussell@tatp.com, emilio.varanini@doj.ca.gov, pbjusti@comcast.net, jlwestfall.esq@gmail.com, jscottstjohnpublic@gmail.com, andrea.valdez.esq@gmail.com, trhanigan@gmail.com, cbandas@bandaslawfirm.com, sampc01@gmail.com, jef@fortmanlaw.com, jckress@thekresslawfirm.com, lawchrist@gmail.com, darrell.palmer@palmerlegalteam.com, rbonsignore@classactions.us, Mario N. Alioto malioto@tatp.com, Bob Gralewski bgralewski@kmllp.com, Martin Quinn MQuinn@jamsadr.com, Patrick B. Clayton pbc@scarpullalaw.com, Tracy Kirkham trk@coopkirk.com, Brian Torres btorres@sheftalltorres.com, j.scott.stjohn.public@gmail.com

During the course of this morning additional recipients have been added to the original email sent by Class Counsel. Thus I am copying my response sent early this morning to the current complete email recipient list of 23 recipients.
Regards,

Theresa Moore

> Begin forwarded message:
>
> **From:** Theresa Moore <tmoore@aliotolaw.com>
> **Subject: Re: CRT/Amendment to Special Master's Scheduling Order No. 1**
> **Date:** November 6, 2015 at 8:02:06 AM PST
> **To:** "Lauren Capurro (Russell)" <LaurenRussell@tatp.com>
> **Cc:** emilio.varanini@doj.ca.gov, Fran Scarpella <fos@scarpullalaw.com>, jdc@coopkirk.com, pbjusti@comcast.net, jlwestfall.esq@gmail.com, jscottstjohnpublic@gmail.com, andrea.valdez.esq@gmail.com, trhanigan@gmail.com, cbandas@bandaslawfirm.com, sampc01@gmail.com, jef@fortmanlaw.com, jckress@thekresslawfirm.com, lawchrist@gmail.com, darrell.palmer@palmerlegalteam.com, rbonsignore@classactions.us, "Mario N. Alioto" <malioto@tatp.com>, Bob Gralewski <bgralewski@kmllp.com>
>
> Counsel-
>
> I object to the Stipulation and Proposed Order requesting new dates and prefer to keep the dates as they are to avoid holiday and family conflicts. The new proposed dates, as well as the proposed dates with an additional week, are not workable, as I will be out of the country and unavailable on the proposed dates when work would be required.
>
> Theresa
>
>> On Nov 5, 2015, at 8:52 PM, Lauren Capurro (Russell) <LaurenRussell@tatp.com> wrote:
>>
>> Dear Counsel:
>>
>> Attached is a Stipulation and [Proposed] Order Amending the Special Master's Scheduling Order No. 1.
>>
>> We received these dates from the Special Master today. The Special Master also indicated the Judge has approved these dates. The Special Master wants the stipulation to be filed as soon as possible given that briefs are currently due tomorrow. Therefore, we intend to file the attached stipulation at 2pm Pacific tomorrow.
>>
>> Mario N. Alioto
>>
>> Lauren C. Capurro (Russell)
>> Attorney at Law
>> Trump, Alioto, Trump & Prescott, LLP
>> 2280 Union Street
>> San Francisco, CA 94123

> Telephone: (415) 563-7200
> Facsimile: (415) 346-0679
> E-mail: laurenrussell@tatp.com
>
> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.
>
> <Stipulation & [Proposed] Order Amending Special Master's Scheduling Order No. 1.pdf>