# EXHIBIT B

From: **Theresa Moore** tmoore@aliotolaw.com
Subject: Re: CRT - Rockhurst University, Talewsky, and Garavanian Objection
Date: October 14, 2015 at 3:21 PM
To: Bob Gralewski bgralewski@kmllp.com

Dear Bob,

I disagree with your email below.

In addition, you failed to mention that I told you I would be willing to work with you, and that I would provide additional declarations or stipulations to any further information you requested. In short, making it easier, more efficient, economical and beneficial to you and the class.

I know some attorneys like to harass objectors, and I was hoping that was not the case herein.

Theresa