Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFFS' ACTIONS | **DECLARATION OF SAMUEL J. SHARP IN SUPPORT OF TOSHIBA'S MOTION FOR RECONSIDERATION** |

I, Samuel J. Sharp, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, "Toshiba").

2. I submit this declaration in support of Toshiba's Motion for Reconsideration, filed contemporaneously herewith. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Stipulation And [Proposed] Order Appointing Magistrate Judge Edward A. Infante As Special Master from *In re Cisco Systems, Inc. Securities Litigation*, No. 5:01-cv-20418-JW (N.D. Cal. Nov. 4, 2003). This document was accessed via the Northern District of California's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November, 2015, in Washington, DC.

_____
Samuel J. Sharp

DECLARATION OF SAMUEL J. SHARP
IN SUPPORT OF TOSHIBA'S MOTION FOR RECONSIDERATION
Case No. 07-5944 JST
MDL No. 1917

# CERTIFICATE OF SERVICE

On November 13, 2015, I caused a copy of "DECLARATION OF SAMUEL J. SHARP IN SUPPORT OF TOSHIBA'S MOTION FOR RECONSIDERATION" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: ___/s/ Lucius B. Lau___
        Lucius B. Lau

# Exhibit 1

MILBERG WEISS BERSHAD
   HYNES & LERACH LLP
WILLIAM S. LERACH (68581)
SPENCER A. BURKHOLZ (147029)
DANIEL S. DROSMAN (200643)
MATTHEW P. MONTGOMERY (180196)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
     -and-
PATRICK J. COUGHLIN (111070)
LESLEY E. WEAVER (191305)
CONNIE M. CHEUNG (215381)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
   ECHSNER & PROCTOR, P.A.
FREDRIC G. LEVIN *(pro hac vice)*
J. MICHAEL PAPANTONIO *(pro hac vice)*
TIMOTHY M. O'BRIEN *(pro hac vice)*
316 South Baylen Street, Suite 600
Pensacola, FL 32501
Telephone: 850/435-7000
850/436-6084 (fax)

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C-01-20418-JW(PVT) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER APPOINTING MAGISTRATE JUDGE EDWARD A. INFANTE AS SPECIAL DISCOVERY MASTER |

1     WHEREAS, the appointment of a special discovery master will facilitate the efficient management of discovery and discovery disputes in this action;

3     WHEREAS, Magistrate Judge Edward A. Infante is eminently qualified to act as special discovery master in this action;

5     WHEREAS, Magistrate Judge Edward A. Infante has agreed to act as special discovery master in this action;

7     THEREFORE, the parties stipulate as follows:

8     1.     Magistrate Judge Edward A. Infante shall act as special discovery master in this case (the "Special Master");

10     2.     The Special Master shall manage the discovery process and resolve all disputes arising under Federal Rules of Civil Procedure 26-37 and 45, including those between parties and non-parties;

13     3.     All orders issued by the Special Master shall have the same force and effect as if issued by a Magistrate Judge of this Court. Such orders may be appealed to the District Court pursuant to Federal Rule of Civil Procedure 72(a);

16     4.     Proceedings before the Special Master shall be in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California, except as follows:

    (a)     Unless otherwise ordered by the Special Master, motions shall be served 28 days in advance of the hearing date, oppositions shall be served 14 days in advance of the hearing date, and optional replies, if any, may be served seven days in advance of the hearing date;

    (b)     Any party seeking to be heard on shortened time shall comply with the procedures set forth in Local Rules 6 and 7;

    (c)     Briefs may be submitted in formal pleading or letter format, at the option of the moving party;

    (d)     All briefs shall be served by facsimile or hand delivery;

    (e)     Briefs shall have no page limitation;

    (f)     Briefs shall be submitted to Sandra Chan at the JAMS San Francisco office;

STIP AND [PROP] ORDER APPOINTING MAGISTRATE JUDGE
EDWARD A. INFANTE SPECIAL DISCOVERY MASTER- C-01-20418-JW(PVT)      - 1 -

(g)     Hearings before the Special Master may be in person at the JAMS offices in San Francisco or San Jose or by telephone, as requested by the parties and approved by the Special Master;

(h)     After conferring with all parties on a mutually convenient date, hearing dates shall be scheduled with Sandra Chan at JAMS according to the Special Master's availability;

(i)     The Special Master shall have the authority to conduct status conferences regarding discovery as necessary; and

5.     Plaintiffs shall bear half of the costs of retaining the Special Master and defendants shall bear the other half.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 4, 2003

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
SPENCER A. BURKHOLZ
DANIEL S. DROSMAN
MATTHEW P. MONTGOMERY

_____
MATTHEW P. MONTGOMERY

401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
PATRICK J. COUGHLIN
LESLEY E. WEAVER
CONNIE M. CHEUNG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

STIP AND [PROP] ORDER APPOINTING MAGISTRATE JUDGE
EDWARD A. INFANTE SPECIAL DISCOVERY MASTER- C-01-20418-JW(PVT)     - 2 -

| | |
|---|---|
| 1 | |
| 2 | MILBERG WEISS BERSHAD<br>  HYNES & LERACH LLP<br>SANDRA STEIN |
| 3 | 1845 Walnut Street, 25th Floor<br>Philadelphia, PA 19103 |
| 4 | Telephone: 215/988-9546<br>215/988-9885 (fax) |
| 5 | |
| 6 | LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>  ECHSNER & PROCTOR, P.A.<br>FREDRIC G. LEVIN |
| 7 | J. MICHAEL PAPANTONIO<br>TIMOTHY M. O'BRIEN |
| 8 | 316 South Baylen Street, Suite 600<br>Pensacola, FL 32501 |
| 9 | Telephone: 850/435-7000<br>850/436-6084 (fax) |
| 10 | |
| 11 | Co-Lead Counsel for Plaintiffs |

    I, Matthew P. Montgomery, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Appointing Magistrate Judge Edward A. Infante Special Discovery Master. In compliance with General Order 45, X.B., I hereby attest that Alice L. Jensen has concurred in this filing.

DATED: November 4, 2003          CLIFFORD CHANCE US LLP
                                        TOWER C. SNOW
                                        DEAN S. KRISTY
                                        KEVIN P. MUCK
                                        FELIX S. LEE
                                        ALICE L. JENSEN

                                        *Alice Jensen // MPM*
                                        ALICE L. JENSEN

                                        One Market
                                        Steaurt Street Tower
                                        San Francisco, CA 94105
                                        Telephone: 415/778-4700
                                        415/778-4701 (fax)

                                        Counsel for Defendants Cisco Systems, Inc.,
                                        John T. Chambers, Larry R. Carter, Gary J.
                                        Daichendt, Judith L. Estrin, Charles H.
                                        Giancarlo, Mario Mazzola, Carl Redfield,
                                        Michelangelo Volpi, Carol A. Bartz, James F.
                                        Gibbons, Steven M. West, Edward R. Kozel and
                                        Robert Puette

|   |   |
|---|---|
| 1 | I, Matthew P. Montgomery, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Appointing Magistrate Judge Edward A. Infante Special Discovery Master. In compliance with General Order 45, X.B., I hereby attest that Bruce C. Gibney has concurred in this filing. |

DATED: November 4, 2003             HELLER, EHRMAN, WHITE & MCAULIFFE
                                    BRUCE C. GIBNEY


                                    _____Bruce Gibney // MPM_____
                                    BRUCE C. GIBNEY

                                    275 Middlefield Road
                                    Menlo Park, CA 94925
                                    Telephone: 650/324-7000
                                    650/324-0638 (fax)

                                    Counsel for Defendant PricewaterhouseCoopers
                                    LLP

                    *       *       *

# ORDER

IT IS SO ORDERED.

DATED: _____      _____
                                    THE HONORABLE JAMES WARE
                                    UNITED STATES DISTRICT JUDGE

S:\PleadingsSD\Cisco\stp00002903.doc

STIP AND [PROP] ORDER APPOINTING MAGISTRATE JUDGE
EDWARD A. INFANTE SPECIAL DISCOVERY MASTER- C-01-20418-JW(PVT)            - 4 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2. That on November 4, 2003, declarant served the STIPULATION AND [PROPOSED] ORDER APPOINTING MAGISTRATE JUDGE EDWARD A. INFANTE AS SPECIAL DISCOVERY MASTER by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of November, 2003, at San Diego, California.

_____
BONNIE M. NAIDITCH

CISCO (FEDERAL-LEAD)
Service List - 9/30/2003   (201-110-1)
Page 1 of 2

**Counsel For Defendant(s)**

Tower C. Snow
Dean S. Kristy
Kevin P. Muck
Clifford Chance US LLP *
One Market Plaza, Steuart Street Tower
San Francisco, CA  94105
   415/778-4700
   415/778-4701(Fax)

Norman J. Blears
Heller, Ehrman, White & McAuliffe LLP*
275 Middlefield Road
Menlo Park, CA  94025
   650/324-7000
   650/324-0638(Fax)

Michael L. Rugen
Heller, Ehrman, White & McAuliffe LLP  *
333 Bush Street
San Francisco, CA  94104-2878
   415/772-6000
   415/772-6268(Fax)

Theodore P. Senger
PricewaterhouseCoopers LLP *
333 Market Street
San Francisco, CA  94104
   415/498-5000
   415/498-7135(Fax)

**Counsel For Plaintiff(s)**

James Nixon Daniel
Beggs & Lane
501 Commendencia Street, P.O. Box 12950
Pensacola, FL  32591
   850/432-2451
   850/469-3330(Fax)

Fredric G. Levin
J. Michael Papantonio
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen St., Suite 600
Pensacola, FL  32501
   850/435-7000
   850/436-6084(Fax)

Sandra Stein
Milberg Weiss Bershad Hynes & Lerach LLP
1845 Walnut Street, 9th Floor
Philadelphia, PA  19103
   215/988-4546
   215/988-9885(Fax)

Darren J. Robbins
Spencer A. Burkholz
Daniel S. Drosman
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423(Fax)

  *service via facsimile and regular mail

CISCO (FEDERAL-LEAD)
Service List - 9/30/2003   (201-110-1)
Page 2 of 2

Patrick J. Coughlin
Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)

John Halebian
James G. Flynn
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
  212/935-7400
  212/753-3630 (Fax)