1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

10
11
12

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST MDL No. 1917 |
| This Document Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFFS' CASES | **[PROPOSED] ORDER GRANTING TOSHIBA'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Upon consideration of Toshiba's Motion for Leave to File Motion for

2 Reconsideration (the "Motion for Leave"), it is hereby:

3    ORDERED that the Motion for Leave is GRANTED; and it is further

4    ORDERED that the Proposed Motion for Reconsideration accompanying the Motion

5 for Leave is deemed submitted for the Court's review.

6    **IT IS SO ORDERED.**

7 Dated: _____            _____

8                                            HONORABLE JON S. TIGAR
                                            UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28