KIRBY McINERNEY LLP
Robert J. Gralewski, Jr. (196410)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
bgralewski@kmllp.com

*Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. 07-CV-05944-SC<br>MDL No. 1917<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA [AMENDED]** |

---

1

NOTICE OF INTENT TO SERVE SUBPOENAS

NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve an amended subpoena for testimony on Elizabeth Kimberly Johnson, which is attached hereto as Exhibit M.  Notice of a subpoena directed to Ms. Johnson was previously given but the version attached hereto changes the date of appearance.

Dated: November 16, 2015                                    By:      /s/  Robert J. Gralewski, Jr.

                                                           Robert J. Gralewski, Jr. (196410)
                                                           KIRBY McINERNEY LLP
                                                           600 B Street, Suite 1900
                                                           San Diego, CA  92101
                                                           Tel: (619) 398-4340
                                                           bgralewski@kmllp.com

                                                           *Counsel for Kerry Lee Hall, Daniel Riebow and the Certified Class of Indirect Purchaser Plaintiffs*