UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER SETTING HEARING ON REPORT AND RECOMMENDATION** |
| IPPs, DAPs, Cal AG v. Toshiba | |

Now before the Court is a Report and Recommendation dated November 24, 2014 from Special Master Vaughn R. Walker, United States District Judge (Ret.) ("Judge Walker"), granting Plaintiffs' motion to compel depositions of Toshiba witnesses. ECF No. 3146 ("R&R"). The Court has also received an objection from Toshiba asking the Court to reject the R&R, ECF No. 3154; a response to that objection from the Indirect Purchaser Plaintiffs ("IPPs"), ECF No. 3171; and a reply from Toshiba in support of its objection, ECF No. 3185.

The Court will hold a brief hearing on Toshiba's objection on November 23, 2015 at 2:00 p.m. As only Toshiba and Lead Counsel for the IPPs filed briefs regarding Judge Walker's Report and Recommendation, only those parties may address the Court at the November 23 hearing.

Any party may appear by telephone, provided that all parties intending to so appear jointly provide a single call-in number to the undersigned's courtroom deputy by November 20, 2015 at noon, via e-mail to jstcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: November 16, 2015

_____
JON S. TIGAR
United States District Judge