DAVID M. LISI (SBN: 154926)
**GREENBERG TRAURIG, LLP**
1900 University Ave, 5th Floor
East Palo Alto, CA  94303
Telephone:     (650) 289-7884
Facsimile:      (650) 462-7805
Email:  Lisid@gtlaw.com

Counsel for Philips Electronics North America,
Philips Electronics North America Corporation, and
Philips Electronics Industries (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944- JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF REMOVAL FROM SERVICE LIST**<br><br>Judge:  Honorable Jon S. Tigar<br>Courtroom 9, 19th Floor |

Please remove David M. Lisi from the service list.  Counsel is no longer affiliated with this case.  Per the ECF's docket at pp. 210, 226, and 272-273, Mr. Lisi was terminated from representing Philips Electronics North America Corporation ("PENAC") on April 30, 2010.  Defendants Philips Electronics North America ("Philips America") and Philips Electronics Industries (Taiwan), Ltd. ("Philips Electronics Taiwan") were terminated on March 30, 2009.  Docket No. 460 filed on May 18, 2009 is a Notice of Voluntary Dismissal Without Prejudice as to Defendants Philips Consumer Electronics Co. and Philips Electronics Industries, Ltd. [F.R.C.P. 41(a)(1)].

Dated:  November 16, 2015                 GREENBERG TRAURIG, LLP


                                                              By:____/s/ David M. Lisi_____
                                                                    David M. Lisi

1