UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER ADOPTING CERTAIN REPORTS AND RECOMMENDATIONS** |
| ALL ACTIONS | |

Now before the Court are several Reports and Recommendations by Special Master Vaughn R. Walker, United States District Judge (Ret.) addressing the parties' discovery issues. No objections have been filed, and the Court finds the reports uniformly correct, well-reasoned, and thorough. Accordingly, the Court ADOPTS in full the following reports and recommendations:

1. ECF No. 3974 regarding Samsung SDI's Motion to Enforce Scheduling Orders and Strike California Attorney General's Supplemental Expert Report;

2. ECF No. 4150 regarding Plaintiffs' motion to compel deposition of Shigekazu Shibata (Toshiba); and

3. ECF No. 4151 regarding discovery motions and related matters.

IT IS SO ORDERED.

Dated: November 16, 2015

_____
JON S. TIGAR
United States District Judge