FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

JOSEF D. COOPER (CASB No. 53015)
TRACY R. KIRKHAM (CASB No. 69912)
JOHN D. BOGDANOV (CASB No. 215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA  94103
Telephone:  (415) 788-3030
Facsimile:  (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

*Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **NOTICE OF MOTION AND MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS AND FOR ORDER SHORTENING TIME FOR THIS MOTION TO BE HEARD**<br><br>Before:  Special Master Martin Quinn |

**TO:   ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Please take notice that pursuant to the "Order Appointing Special Master," entered September 24, 2015, Dkt. 4077 ("Appointment Order"), the undersigned counsel of record for the Indirect-Purchaser Plaintiffs and Members of the Class hereby move Special Master Martin Quinn to hear this motion on shortened time and for the issuance of an order requiring Lead Counsel to produce to the undersigned all time sheets and expense records (including, but not limited to, all bank statements and other records of the two accounts ("Litigation Expense Fund" and "Future Expense Fund") identified by Lead Counsel in the Fee Petition (Dkt. 4071, 9/23/15), as well as all records maintained by the accountancy firm hired by Lead Counsel to receive such reports, from inception of these class actions to date.

This Motion is made pursuant to the provisions of the Appointment Order (Dkt. 4077), the accompanying Memorandum of Points and Authorities, and the Declaration of Francis O. Scarpulla in Support of Motion to Compel Lead Counsel to Produce All Indirect-Purchaser Plaintiffs' Counsel's Time-and-Expense Reports and for Order Shortening Time ("Scarpulla Declaration") filed concurrently herewith.

///

///

///

1  A [Proposed] Order Shortening Time, as well as a [Proposed] Order Compelling

2  Production are filed concurrently herewith.

3  Dated: November 17, 2015                  /s/ Francis O. Scarpulla

FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile: 415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

JOSEF D. COOPER (CASB No. 53015)
TRACY R. KIRKHAM (CASB No. 69912)
JOHN D. BOGDANOV (CASB No. 215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com