1  FRANCIS O. SCARPULLA (CASB No. 41059)
   PATRICK B. CLAYTON (CASB No. 240191)
2  LAW OFFICES OF FRANCIS O. SCARPULLA
   456 Montgomery Street, 17th Floor
3  San Francisco, CA 94111
   Telephone: (415) 788-7210
4  Facsimile: (415) 788-0706
   fos@scarpullalaw.com
5  pbc@scarpullalaw.com

6  JOSEF D. COOPER (CASB No. 53015)
   TRACY R. KIRKHAM (CASB No. 69912)
7  JOHN D. BOGDANOV (CASB No. 215830)
   COOPER & KIRKHAM, P.C.
8  357 Tehama Street, Second Floor
   San Francisco, CA 94103
9  Telephone: (415) 788-3030
   Facsimile: (415) 882-7040
10 jdc@coopkirk.com
   trk@coopkirk.com
11 jdb@coopkirk.com

12 *Counsel for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST**<br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS AND ORDER SHORTENING TIME**<br><br>**Before: Special Master Martin Quinn** |

DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS AND OST

Master File No. 3:07-cv5944 JST
MDL 1917

1   I, Francis O. Scarpulla, declare as follows:

2   1.   I am an attorney licensed to practice before the Supreme Court of the State of California and all inferior California State Courts, as well as the Supreme Court of the United States and many inferior federal courts, including the United States District Court for the Northern District of California. I am the proprietor of the Law Offices of Francis O. Scarpulla. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them. I am counsel of record for the Indirect-Purchaser Plaintiffs in the above-captioned matter. I make this Declaration in support of my firm's Motion to Compel Lead Counsel to Produce All Indirect-Purchaser Plaintiffs' Counsel's Time-and-Expense Reports and for Order Shortening Time for This Motion to be Heard.

3.   2.   Attached hereto as Exhibit 1 is a true and accurate copy of the email stream, dated August 19-20, 2015, between Mario N. Alioto and myself regarding my request for access to the time-and-expense records in this litigation.

4.   3.   Attached as Exhibit 2 is a true and accurate copy of my email to Special Master Martin Quinn, dated October 1, 2015 indicating my request that any schedule accommodate the process for a complete review of the underlying facts.

5.   4.   Attached as Exhibit 3 is a true and accurate copy of the face page of "Objections to: (1) Settlements with Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants and (2) Attorneys' Fees," Dkt. 4115, filed October 8, 2015, as well as page 5 of that document showing footnote 5, wherein the attempt to secure the subject time-and-expense records is stated.

///
///
///

DECLARATION OF FRANCIS O. SCARPULLA     - 1 -     Master File No. 3:07-cv5944 JST
IN SUPPORT OF MOTION TO COMPEL LEAD                MDL 1917
COUNSEL TO PRODUCE ALL INDIRECT-
PURCHASER PLAINTIFFS' COUNSEL'S TIME-
AND-EXPENSE REPORTS AND OST

5. Attached as Exhibit 4 is a true and accurate copy of the emails that I sent to and received from Mario N. Alioto on November 13, 2015, regarding my continued request for the time-and-expense records and his opinion that "there is [no] basis to be seeking this information at this late date."

I make this declaration under the penalty of perjury under the laws of the State of California. Signed at San Francisco, California on November 17, 2015.

/s/ Francis O. Scarpulla
Francis O. Scarpulla

---

DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS       - 2 -       Master File No. 3:07-cv5944 JST
MDL 1917