[

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917**<br><br>**[PROPOSED] ORDER SHORTENING TIME FOR MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS** |

FOR GOOD CAUSE APPEARING,

The Special Master sets the following briefing schedule on the pending "MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS:

1. Lead Counsel for Indirect-Purchaser Plaintiffs' Counsel shall file any response or opposition to the motion by the close of business on November 20, 2015;

2. Movants shall file any reply in support of the motion by close of business on November 23, 2015.

IT IS SO ORDERED.

Dated: November ___, 2015                           _____
                                                    MARTIN QUINN
                                                    Special Master

---

[PROPOSED] OST FOR MOTION TO COMPEL         - 1 -           Master File No. 3:07-cv5944 JST
LEAD COUNSEL TO PRODUCE ALL IPP                             MDL 1917
COUNSEL'S TIME-AND-EXPENSE REPORTS