[

1
2
3
4
5
6
7
8

9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION.<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions. | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917**<br><br>**[PROPOSED] ORDER COMPELLING LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS** |

| [PROPOSED] ORDER COMPELLING LEAD COUNSEL TO PRODUCE ALL IPP COUNSEL'S TIME-AND-EXPENSE REPORTS | Master File No. 3:07-cv5944 JST<br>MDL 1917 |
|---|---|

FOR GOOD CAUSE APPEARING,

Within twenty-four (24) hours of the entry of this Order, Mario N. Alioto, Lead Counsel for Indirect-Purchaser Plaintiffs'' Counsel, shall produce at The Law Offices of Francis O. Scarpulla, 456 Montgomery Street, 17th Floor, San Francisco, CA 94104:  (1) all time-and expense reports submitted to Lead Counsel by each Indirect-Purchaser Plaintiff firm from the inception of the above-captioned litigation through the present; (2) all bank statements and other records of the two accounts ("Litigation Expense Fund" and "Future Expense fund") identified by Lead Counsel in the Fee Petition (Dkt. 4071, 9/23/15); and (3) all records maintained by the accountancy firm hired by Lead Counsel to receive such reports, from inception of these class actions to date.

IT IS SO ORDERED.

Dated:  November ___, 2015        _____
MARTIN QUINN
Special Master