FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

JOSEF D. COOPER (CASB No. 53015)
TRACY R. KIRKHAM (CASB No. 69912)
JOHN D. BOGDANOV (CASB No. 215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA  94103
Telephone:  (415) 788-3030
Facsimile:  (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

*Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST** |
|---|---|
| | **MDL No. 1917** |
| This Document Relates to: | **PROOF OF SERVICE** |
| All Indirect-Purchaser Actions. | **Before:  Special Master Martin Quinn** |

PROOF OF SERVICE                                                      Master File No. 3:07-cv5944 JST
                                                                                          MDL 1917

# PROOF OF SERVICE

On November 17, 2105, I caused the following:

NOTICE OF MOTION AND MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS AND FOR ORDER SHORTENING TIME FOR THIS MOTION TO BE HEARD;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS AND FOR ORDER SHORTENING TIME;

DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS AND ORDER SHORTENING TIME;

[PROPOSED] ORDER SHORTENING TIME FOR MOTION TO COMPEL LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS;

[PROPOSED] ORDER COMPELLING LEAD COUNSEL TO PRODUCE ALL INDIRECT-PURCHASER PLAINTIFFS' COUNSEL'S TIME-AND-EXPENSE REPORTS ; and

PROOF OF SERVICE

to be electronically filed with the Court via CM/ECF.  Notice of this filing shall be sent by email to all counsel of record by operation of the Court's electronic filing system.

 /s/ C.P. Cusick

C.P. Cusick

---

PROOF OF SERVICE                       - 1 -              Master File No. 3:07-cv5944 JST
                                                          MDL 1917