# EXHIBIT B

## PARTIES' JOINT APPENDIX OF PENDING MOTIONS

The parties have prepared the following chart of motions in response to the Court's Order dated November 3, 2015, ECF No. 4164.

This Appendix and the accompanying settlement matrix, attached hereto as Exhibit C, use the following terms to refer to the parties to this litigation:

| Defendant Group | Members |
| --- | --- |
| **Beijing Matsushita ("BMCC")** | Beijing Matsushita Color CRT Co., Ltd. |
| **Chunghwa ("CPT")** | Chunghwa Picture Tubes, Ltd. |
| | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| **Hitachi** | Hitachi, Ltd. |
| | Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) |
| | Hitachi America, Ltd. |
| | Hitachi Electronic Devices (USA), Inc. |
| | Hitachi Asia, Ltd. |
| **LG** | LG Electronics, Inc. |
| **Mitsubishi Electric** | Mitsubishi Electric Corporation |
| | Mitsubishi Electric US, Inc. |
| | Mitsubishi Electric Visual Solutions America, Inc. |
| **MTPD** | MT Picture Display Co., Ltd. |
| **Panasonic** | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) |
| | Panasonic Corporation of North America |
| **Philips** | Koninklijke Philips N.V. |
| | Philips Electronics North America Corporation |
| | Philips Taiwan Limited |
| | Philips do Brasil Ltda. |
| **Samsung SDI** | Samsung SDI Co., Ltd. |
| | Samsung SDI America, Inc. |
| | Samsung SDI (Malaysia) Sdn. Bhd. |
| | Samsung SDI Mexico S.A. De C.V. |
| | Samsung SDI Brasil Ltda. |
| | Shenzhen Samsung SDI Co., Ltd. |
| | Tianjin Samsung SDI Co., Ltd. |
| **Tech Displays Americas ("TDA")** | Technologies Displays Americas LLC |
| **Thomson** | Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) |
| | Thomson SA (n/k/a Technicolor SA) |
| **Toshiba** | Toshiba Corporation |
| | Toshiba America, Inc. |
| | Toshiba America Consumer Products, LLC |
| | Toshiba America Information Systems, Inc. |
| | Toshiba America Electronic Components, Inc. |

| Plaintiff Group | Members |
|---|---|
| **IPPs** | A class of Indirect Purchaser Plaintiffs |
| **DPPs** | A class of Direct Purchaser Plaintiffs |
| **Best Buy** | Best Buy Co., Inc.; Best Buy Purchasing, LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; and Bestbuy.com, L.L.C. |
| **Circuit City** | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust |
| **Compucom** | CompuCom Systems, Inc. |
| **Costco** | Costco Wholesale Corporation |
| **Dell** | Dell Inc. and Dell Products L.P. |
| **Electrograph** | Electrograph Systems, Inc. and Electrograph Technologies Corp. |
| **Interbond** | Interbond Corporation of America., d/b/a BrandsMart USA |
| **Office Depot** | Office Depot, Inc. |
| **P.C. Richard, et al.** | P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; and ABC Appliance, Inc. |
| **Sears/Kmart** | Sears Roebuck and Co. and Kmart Corp. |
| **Sharp** | Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc. |
| **Target** | Target Corp. |
| **Tech Data** | Tech Data Corporation and Tech Data Product Management, Inc. |
| **Tweeter** | Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| **ViewSonic** | ViewSonic Corporation |

I.      Summary Judgment Motions[1]

       A.      Motions for Summary Judgment for Cases to be Tried in the Northern District of California

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 2972 | ~~Hitachi~~<br><br>Toshiba (Joinder, ECF No. 3011; Withdrawn with respect to IPPs, ECF No. 3796)<br><br>LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916) | Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations | Best Buy<br>~~Circuit City~~*[2]<br>CompuCom<br>Costco<br>Electrograph<br>Interbond<br>~~IPPs~~[3]<br>Office Depot<br>P.C. Richard, et al.<br>~~Sears/Kmart~~*<br>~~Target~~[4]<br>Tech Data | 3268 | 3433 | Objection to Evidence (ECF No. 3449) |
| 2973 | CPT | Motion for Summary Judgment | Best Buy<br>~~CompuCom~~ | 3258-3 | 3422 | Plaintiffs indicated by double strike-through subsequently |

[1] Previous filings to the Court have listed these same summary judgment motions in other ways. These previous filings, which may also be helpful to the Court's review of the motions, are available at the following Docket Numbers: 4079-2 (filed by Plaintiffs on September 25, 2015) and 4078-1 (filed by defendants on September 25, 2015).

[2] An Adverse Party marked with strikethrough *and* an asterisk is currently not a party to the motion due to settlement, but the Adverse Party may once again become a party to the motion if the Court permits LG's, Thomson's, ,and/or Mitsubishi's joinders.  Plaintiffs oppose those joinders and the Court has not yet ruled on them.

[3] The IPPs have reached settlement agreements with all Defendants in their lawsuit.  Defendants have provisionally withdrawn all dispositive motions against the IPPs pending final approval of the settlements (ECF Nos. 3801, 3802, 3812, 3851, and 3852).  The IPPs are therefore stricken from all pending motions.

[4] Target has reached settlement agreements with all Defendants in their lawsuit.  Target is therefore stricken from all pending motions.

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba (Joinder, ECF No. 3013) | on Direct Action Plaintiffs' State Law Claims on Due Process Grounds | ~~Interbond~~<br>~~Office Depot~~*<br>~~P.C. Richard, et. al.~~<br>~~Sears/Kmart~~<br>~~Target~~ | | | dismissed their state law claims (ECF Nos. 3136, 3149, 3226, 3405). |
| 2976 | ~~Hitachi America, Ltd.;~~ ~~Hitachi Displays, Ltd;~~ ~~Hitachi Electronic~~ ~~Devices (USA), Inc.~~<br><br>LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba (Joinder, ECF No. 3011; Withdrawn | Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy | Best Buy<br>~~Circuit City~~*<br>CompuCom<br>Costco<br>Electrograph<br>Interbond<br>~~IPPs~~<br>Office Depot<br>P.C. Richard, et. al.<br>~~Sears/Kmart~~<br>~~Target~~<br>Tech Data<br>Tweeter | 3274 | 3439 | Objection to Evidence, ECF No. 3451 |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | with respect to IPPs, ECF No. 3796) | | | | | |
| 2978 | ~~IPPs: All Defendants except LGE and Chunghwa~~<br><br>All [excluding CPT]: *Interbond, Office Depot, Sears & Kmart Only* | Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds | ~~Costco~~<br>~~Electrograph~~<br>~~IPPs~~<br>Interbond<br>Office Depot<br>~~Sears/Kmart~~ | 3250 | 3448 | Certain defendants do not join as to plaintiffs with whom they have no suit, see n.4.<br><br>Costco, Electrograph, and Sears/Kmart withdrew all state claims at issue after Motion was filed. |
| 2981 | Thomson Consumer Electronics, Inc.<br><br>LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Toshiba (Joinder, ECF No. 3012) | Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment (on liability) | Best Buy<br>Circuit City<br>Costco<br>Electrograph<br>Interbond<br>Office Depot<br>P.C. Richard, et. al.<br>Sears/Kmart<br>Sharp<br>~~Target~~<br>Tech Data<br>Tweeter<br>~~ViewSonic~~ | 3236 | 3603 | |
| 2983 | Samsung SDI | Motion for Partial Summary Judgment | ~~Circuit City~~*<br>CompuCom | 3244 | 3454 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba (Joinder, ECF No. 3015) | for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics | Costco<br>Dell<br>Electrograph<br>Interbond<br>Office Depot<br>P.C. Richard, et. al.<br>~~Sears/Kmart~~*<br>~~Target~~<br>Tech Data<br>Tweeter<br>~~ViewSonic~~ | | | |
| 2984 | TDA<br><br>LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. | Notice of Motion and Motion for Summary Judgment (on liability, *Illinois Brick*, due process, and statute of limitations) | Best Buy<br>Circuit City<br>Costco<br>~~DPPs~~<br>Electrograph<br>Interbond<br>Office Depot<br>P.C. Richard, et. al.<br>Sears/Kmart<br>Sharp<br>~~Target~~<br>Tweeter | 3253 | 3430 | Opp'n limited to TDA's Sherman Act claims; Pltfs do not oppose TDA's motion re state-law claims. |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | 3897) | | | | | |
| 2995 | Toshiba<br><br>LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916) | Motion for Summary Judgment Concerning Withdrawal | Best Buy<br>~~Circuit City~~*<br>CompuCom<br>Costco<br>Electrograph<br>Interbond<br>~~IPPs~~<br>Office Depot<br>P.C. Richard, et. al.<br>~~Sears/Kmart~~*<br>Sharp<br>~~Target~~<br>Tech Data<br>Tweeter<br>~~ViewSonic~~ | 3280 | 3437 | |
| 3001 | Panasonic Corp.<br><br>PNA<br><br>LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916) | Motion for Summary Judgment (on liability) | Best Buy<br>~~Circuit City~~*<br>CompuCom<br>Electrograph<br>Interbond<br>~~IPPs~~<br>Office Depot<br>P.C. Richard, et. al.<br>~~Sears/Kmart~~*<br>Sharp<br>~~Target~~<br>Tech Data<br>Tweeter<br>~~ViewSonic~~ | 3248 | 3459 | The Court dismissed ViewSonic's complaint without prejudice as to Panasonic, PNA, and MTPD (ECF No. 3215). |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)

Toshiba (Joinder, ECF No. 3025) | | | | | |
| 3006 | ~~BMCC~~

CPT (as to Best Buy only)

~~Hitachi~~

Mitsubishi

Panasonic

PNA

MTPD

Philips

Samsung SDI

TDA | Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales | Best Buy

~~CompuCom~~

Costco

~~Electrograph~~

Interbond

~~IPPs~~

Office Depot

~~P.C. Richard, et. al.~~

~~Sears/Kmart~~

~~Tech Data~~ | 3287 | 3452 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4.[5]

The Court previously dismissed Tech Data's state law indirect purchaser claims (ECF No. 2433).

Order Dismissing Costco AZ, IL, FL State Law Claims (ECF No. 3181).

Stipulation and Order Dismissing Costco CA, AZ, IL, FL State Law Claims Against Samsung SDI (ECF No. 2262)

Stipulation to dismiss IL and |

---

[5] CPT has no suit as to Dell, Electrograph, or Sharp; Hitachi has no suit as to ViewSonic; Mitsubishi has no suit as to CompuCom, the IPPs, or Sharp; Panasonic, PNA, and MTPD have no suit as to Costco or Dell; Samsung SDI has no suit as to Best Buy; TDA has no suit as to CompuCom, Dell, the IPPs, Tech Data, or ViewSonic; Thomson has no suit as to CompuCom and Dell.

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | Thomson Toshiba | | | | | MI State Law Claims as to Sears (ECF No. 3394).<br><br>Stipulation to dismiss State Law Claims as to Electrograph, CompuCom, P.C. Richard, et. al. and Tweeter (ECF No. 3226). |
| 3008 | BMCC<br><br>CPT (as to Best Buy and ViewSonic only)<br><br>~~Hitachi~~<br><br>LG<br><br>Mitsubishi<br><br>Panasonic<br><br>PNA<br><br>MTPD<br><br>Philips<br><br>Samsung SDI<br><br>TDA<br><br>Thomson | Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non- Actionable Damages Under the FTAIA | Best Buy<br>Circuit City<br>CompuCom<br>Costco<br>Dell<br>Electrograph<br>Interbond<br>~~IPPs~~<br>Office Depot<br>P.C. Richard, et. al.<br>Sears/Kmart<br>~~Target~~<br>Tech Data<br>Tweeter<br>ViewSonic | 3272 | 3442 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4.<br><br>Mitsubishi motion withdrawn as to Dell only, ECF No. 4160. |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | Toshiba | | | | | |
| 3014 | ~~BMCC~~<br><br>~~Hitachi~~<br><br>LG<br><br>Mitsubishi<br><br>Panasonic<br><br>PNA<br><br>MTPD<br><br>Philips<br><br>Samsung SDI<br><br>Thomson<br><br>Toshiba | Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo | Best Buy<br>Circuit City<br>Costco<br>Interbond<br>Sears/Kmart | 3275 | 3425 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4. |
| 3026 | Mitsubishi Electric Corporation<br><br>LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) | Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and | Best Buy<br>Circuit City<br>Costco<br>~~Dell~~*<br>Electrograph<br>Interbond<br>Office Depot<br>P.C. Richard, et. al.<br>Sears/Kmart<br>~~Target~~<br>Tech Data<br>Tweeter | 3251 | 3445 | Mitsubishi Electric entered stipulation that motion did not apply to Target, Dell, and ViewSonic (ECF No. 3378). |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | | NEC- Mitsubishi Electric Visual Systems Corporation | ViewSonic | | | |
| 3027 | Philips Electronics North America Corporation; Philips Taiwan Limited' Philips do Brasil Ltda<br><br>LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Toshiba (Joinder, ECF No. 3028) | Motion for Partial Summary Judgment (based on withdrawal) | Best Buy<br>Circuit City*<br>CompuCom<br>Dell<br>Electrograph<br>Interbond<br>IPPs<br>Office Depot<br>P.C. Richard, et. al.<br>Sears/Kmart*<br>Sharp<br>Tech Data<br>Tweeter<br>ViewSonic | 3241 | 3461 | |
| 3032 | LG<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916) | Motion for Partial Summary Judgment on FTAIA Grounds | Best Buy<br>Circuit City<br>CompuCom<br>Costco<br>Dell<br>Electrograph<br>Interbond<br>Office Depot<br>P.C. Richard, et. al.<br>Sears/Kmart | 3272-3 | 3443 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | | | ~~Target~~<br>Tech Data<br>Tweeter<br>~~ViewSonic~~ | | | |
| 3037 | Mitsubishi Electric Corporation | Motion for Summary Judgment Based Upon Absence of Evidence of Liability | Best Buy<br>Circuit City<br>Costco<br>~~Dell~~<br>Electrograph<br>Interbond<br>Office Depot<br>P.C. Richard, et. al.<br>Sears/Kmart<br>~~Target~~<br>Tech Data<br>Tweeter<br>~~ViewSonic~~ | 3271 | 3462 | |
| 3040 | Koninklijke Philips N.V.<br><br>LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Toshiba (Joinder, ECF No. 3045) | Motion for Summary Judgment (on liability) | Best Buy<br>~~Circuit City~~*<br>CompuCom<br>~~Dell~~<br>Electrograph<br>Interbond<br>~~IPPs~~<br>Office Depot<br>P.C. Richard, et. al.<br>~~Sears/Kmart~~*<br>Sharp<br>Tech Data<br>Tweeter<br>~~ViewSonic~~ | 3240 | 3460 | |
| 3044 | LG | Motion for Partial | Dell | 3231 | 3472 | Certain defendants do not join |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | ~~Philips~~  Samsung SDI  Thomson  ~~Mitsubishi: *Dell only*~~  ~~Panasonic, PNA, MTPD,~~  Toshiba: *Sharp only* | Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds | Sharp | (Dell)  3283 (Sharp) | | as to plaintiffs with whom they have no suit, see n.4.  Mitsubishi motion withdrawn as to Dell only, ECF No. 4160 |
| 3048 | ~~LG Electronics, U.S.A., Inc.~~  ~~LG Electronics Taiwan Taipei Co., LTD.~~  Mitsubishi Electric US, Inc, *not brought as to Sharp*  Mitsubishi Electric Visual Solutions America, Inc., *not brought as to Sharp* | Motion for Summary Judgment (on liability) | Best Buy  ~~Circuit City~~  CompuCom  Costco  ~~Dell~~  Electrograph  Interbond  Office Depot  P.C. Richard, et. al.  ~~Sears/Kmart~~  ~~Sharp~~  ~~Target~~  Tech Data  Tweeter  ~~ViewSonic~~ | 3257 | 3434 | Mitsubishi motion withdrawn as to Dell only, ECF No. 4160  LG Electronics, U.S.A., Inc. and LG Electronics Taiwan Taipei Co., LTD. dismissed by stipulation, ECF No. 3237 |
| 3050 | BMCC  CPT (as to Best Buy and ViewSonic only) | Joint Motion for Partial Summary Judgment | ~~IPPs (10 state law and Sherman Act claims)~~ | 3245 | 3428 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4. |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| | ~~Hitachi~~<br><br>LG<br><br>Mitsubishi<br><br>Panasonic<br><br>PNA<br><br>MTPD<br><br>Philips<br><br>Samsung SDI<br><br>Toshiba<br><br>Thomson<br><br>TDA | Against IPPs and Certain DAPs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws | *Sherman Act claims:*<br>Best Buy, Circuit City, CompuCom, Costco, Electrograph, Interbond, P.C. Richard, et. al., Office Depot, Sears/Kmart, ~~Target~~, Tech Data, Tweeter, ViewSonic<br><br>*CA claims*: ~~Costco, Tech Data~~<br><br>*IL claims*: ~~Sears, Kmart~~<br><br>*MI claims*: ~~Kmart~~ | | | |
| 3053 | LG<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) | Corrected Motion for Partial Summary Judgment on Standing Grounds | Best Buy<br>Circuit City<br>CompuCom<br>Costco<br>Electrograph<br>Interbond<br>Office Depot<br>P.C. Richard, et. al.<br>Sears/Kmart<br>~~Target~~<br>Tech Data<br>Tweeter | 3279 | 3455 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---------|-----------|--------|-----------------|---------------|---------------|-------------------------|
| | Toshiba (Joinder, ECF No. 3047) | | ~~ViewSonic~~ | | | |
| 3086 | LG<br><br>Mitsubishi (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)<br><br>Toshiba (Joinder, ECF No. 3055) | Motion for Partial Summary Judgment on Withdrawal Grounds (Correction of ECF No. 3043). | Best Buy<br>~~Circuit City~~<br>CompuCom<br>Costco<br>Dell<br>Electrograph<br>Interbond<br>Office Depot<br>P.C. Richard, et. al.<br>Sears/Kmart<br>Sharp<br>~~Target~~<br>Tech Data<br>Tweeter<br>~~ViewSonic~~ | 3262-3 | 3444 | |
| 3102 | CPT<br><br>~~LG (Joinder, ECF No. 3864)~~ | Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation | ViewSonic | 3263 | 3476 | |
| 3108 | CPT<br>~~LG~~<br>~~Mitsubishi~~<br>~~Panasonic~~<br>~~PNA~~<br>~~MTPD~~<br>~~Philips~~<br>~~Samsung SDI~~<br>~~Thomson~~ | Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce | ViewSonic | 3249 | 3477 | The Court dismissed ViewSonic's complaint without prejudice as to Panasonic, PNA, and MTPD (ECF No. 3215). |

B.    **Motions for Summary Judgment for Cases Subject to Remand to Other Jurisdictions for Trial**

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---------|-----------|--------|-----------------|---------------|---------------|-------------------------|
| 2994 | ~~CPT~~<br>~~Hitachi~~<br>Mitsubishi<br>Panasonic<br>PNA<br>MTPD<br>Philips<br>Samsung SDI<br>TDA<br>Thomson<br>Toshiba | Motion for Summary Judgment with Respect to MARTA | MARTA (P.C. Richard action) | 3267 | 3431 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---------|-----------|--------|-----------------|---------------|---------------|-------------------------|
| 2997 | ~~Hitachi~~ LG TDA Toshiba | Motion for Partial Summary Judgment against Costco on Choice of Law Grounds | Costco | 3264 | 3469 | Reply also in re ECF No. 3029. |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3003 | LG Electronics, Inc. ~~Mitsubishi~~ ~~Philips~~ Samsung SDI | Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA | Dell | 3235 | 3447 | |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3029 | ~~BMCC~~ ~~Hitachi~~ LG Mitsubishi ~~Panasonic~~ ~~PNA~~ ~~MTPD~~ ~~Samsung SDI~~ TDA Thomson Toshiba (Joinder, ECF No. 3038) | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on Due Process Grounds | ~~CompuCom~~ Costco ~~Office Depot~~ | 3264 (as to Costco CA law claim) | 3469 | Reply also in re ECF No. 2997.<br><br>Motion withdrawn:<br>As to Costco (ECF No.3166), CompuCom (ECF No. 3198), Office Depot (ECF No. 3198).<br><br>Stipulation and Order Dismissing Costco CA State Law Claims Against Samsung SDI (ECF No. 2262)<br><br>Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4. |

| ECF No. | Movant(s) | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 3031 | ~~BMCC~~ ~~CPT~~ ~~Hitachi~~ LG Panasonic PNA MTPD Philips Samsung SDI TDA Thomson | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity | ~~Costco~~ Interbond Office Depot ~~P.C. Richard, et al.~~ ~~Sears/Kmart~~ | 3252 (Office Depot, Interbond)<br><br>3255 (Sears/ Kmart) | 3423 | Certain defendants do not join as to plaintiffs with whom they have no suit, *see* n.4. |

II.      Motions in Limine

| | | | | | | |
|---|---|---|---|---|---|---|
| **(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)** *The motions are relevant to the N.D. Cal. trials exclusively.* | | | | | | |
| **Motion No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| 1 | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Motion to Exclude Evidence or Argument regarding Plaintiffs' Competitive Intelligence Practices | 3676-4 | 3757-4 | |
| 2 | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Motion to Exclude Evidence or Argument regarding Downstream Pass-Through | 3676-4 | 3757-4 | |
| 3 | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Motion to Exclude Evidence or Argument regarding Plaintiffs' Private Label CRT Products | 3676-4 | 3757-4 | |

| | | | **(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)** _The motions are relevant to the N.D. Cal. trials exclusively._ | | | |
|---|---|---|---|---|---|---|
| **4** | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Motion to Exclude Evidence or Argument regarding Plaintiffs' Purported "Market Power" | 3676-4 | 3757-4 | |
| **5** | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Motion to Exclude Evidence or Argument regarding Plaintiffs' Ability to Seek Treble Damages and Attorneys' Fees and Costs | 3676-4 | 3757-4 | |
| **6** | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Motion to Exclude Evidence or Argument regarding Other Actions and Settlements in this MDL | 3676-4 | 3757-4 | |

| | | | *(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)*<br>*The motions are relevant to the N.D. Cal. trials exclusively.* | | | |
|---|---|---|---|---|---|---|
| 7 | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | CPT<br>LG<br>Mitsubishi<br>Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Motion to Exclude Argument That Plaintiffs' Claims are Barred Because They Arise from Foreign Commerce | 3676-4 | 3757-4, 3768 | |
| 8 | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | CPT<br>LG<br>Mitsubishi<br>Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Motion to Exclude Evidence or Argument regarding Plaintiffs' Alleged Failure to Mitigate Their Damages | 3676-4 | 3757-4 | |
| 9 | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | CPT<br>LG<br>Mitsubishi<br>Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Motion to Exclude Live Witnesses from Testifying in Defendants' Case-In-Chief Who Were Not Made Available for Live Testimony in Plaintiffs' Case-In-Chief | 3676-4 | 3757-4 | |

| | | | *(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)*<br>*The motions are relevant to the N.D. Cal. trials exclusively.* | | | |
|---|---|---|---|---|---|---|
| **10** | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | CPT<br>LG<br>Mitsubishi<br>Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Motion to Exclude Evidence or Argument regarding Incomplete Pass-Through of Overcharges through Affiliate Entities | 3676-4 | 3757-4 | |
| **11** | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | CPT<br>LG<br>Mitsubishi<br>Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission | 3676-4,<br>3788, 3789 | 3757-4;<br>3813 | |
| **12** | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | CPT<br>LG<br>Mitsubishi<br>Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Motion to Exclude Percipient Witnesses, Except for One Party Representative, From the Courtroom Unless They Are Testifying | 3676-4 | 3757-4 | |

| | | | **(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)**<br>**The motions are relevant to the N.D. Cal. trials exclusively.** | | | |
|---|---|---|---|---|---|---|
| **13** | Best Buy<br>Circuit City<br>Sears/Kmart<br>ViewSonic | CPT<br>LG<br>Mitsubishi<br>Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Motion to Exclude Argument or Evidence Regarding Purportedly Pro-Competitive Justifications For Defendants' Agreements Regarding CRT Price, Supply, Production, or Customers | 3676-4 | 3757-4 | |
| **14** | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | CPT<br>LG<br>Mitsubishi<br>Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Motion to Exclude References to and Evidence of Defendants' Non-Indictment | 3676-4 | 3757-4 | |
| **15** | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | CPT<br>LG<br>Mitsubishi<br>Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Motion to Admit Testimony of Summary Witness | 3676-4,<br>3671, 3677 | 3757-4 | |

| | | | **(1) DAPs' Omnibus Motions In Limine (Dkt. No. 3558)** <br> **The motions are relevant to the N.D. Cal. trials exclusively.** | | | |
|---|---|---|---|---|---|---|
| **16** | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Motion to Exclude Evidence of or References to the Retailer Plaintiffs Purchasing Finished Products Containing CRTs from Plaintiff ViewSonic or Plaintiff Sharp | 3676-4 | 3757-4 | |
| **17** | ViewSonic | CPT | Motion to Exclude Evidence of or References to ViewSonic's Purchasing Team Moving Abroad After The Purchases at Issue in This Case Were Made | 3676-4 | 3757-4 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|

| **(2) Defendants' Joint Motions In Limine** <br> *The motions are relevant to the N.D. Cal. trials exclusively.* | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| 1 | 3559 | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion for Pretrial Proffer and Ruling on Admissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)( E) | 3652 | 3767 | |
| 2 | 3583 | CPT LG MTPD Panasonic Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations | 3787 | 3814 | |
| 3 | 3556 | CPT LG MTPD Panasonic Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion to Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigation of the Cathode Ray Tube Industry | 3665, 3687 | 3764 | |

| (2) Defendants' Joint Motions In Limine  The motions are relevant to the N.D. Cal. trials exclusively. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| 4 | 3572 | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion to Exclude LCD and Other Non-CRT Product Conspiracies | 3640 | 3760 | Toshiba by unopposed joinder (Joinder, ECF No. 3692)  Thomson and Mitsubishi only joined in Section II of this motion. |
| 5 | 3589 | ~~CPT~~ LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion to Exclude Plea by Samsung SDI Company, Ltd as to Non-Pleading Defendants or, Alternatively, to Provide A Limiting Instruction | 3643-4 | 3763 | |
| 6 | 3571 | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion to Exclude Improper Characterization of or References to Defendants and Alleged Co-Conspirators | 3702 | 3777 | |

| | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **_(2) Defendants' Joint Motions In Limine_** **_The motions are relevant to the N.D. Cal. trials exclusively._** | | | | | | | |
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| 7 | 3578 | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion to Exclude Dr. Frankel's Inflation Adjusted Damages | 3641 | 3751 | |
| 8 | 3563-3 | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion to Exclude Evidence and Argument Relating to Damages From Spillover or Ripple Effects of Foreign Price-Fixing Activities on U.S. Prices | 3658; 3678-3 | 3754-4 | |
| 9 | 3591 | Thomson Toshiba TDA | Sharp | Motion to Exclude Certain Expert Testimony of Jerry A. Hausman | 3701-3 | 3755 | |
| 10 | 3574 | CPT LG Panasonic MTPD Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy | 3690-3 | 3771-4 | |

| | | | | (2) Defendants' Joint Motions In Limine<br>*The motions are relevant to the N.D. Cal. trials exclusively.* | | | |
|---|---|---|---|---|---|---|---|
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
| **11** | 3557 | CPT<br>LG<br>Mitsubishi Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | Motion to Exclude References to Documents Or Behavior Not In Evidence | 3686 | 3765 | |
| **12** | 3568 | CPT<br>LG<br>Mitsubishi Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | Motion to Exclude Plaintiffs' Price Ladder Theory of Recovery | 3648-4 | 3761 | |
| **13** | 3579 | CPT<br>LG<br>Mitsubishi Electric<br>MTPD<br>Panasonic<br>Thomson<br>Toshiba<br>TDA | Best Buy<br>Circuit City<br>Sears/Kmart<br>Sharp<br>ViewSonic | Motion to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-In-Chief and Limit Use of Deposition Testimony | 3662 | 3758 | |

| | | | | (2) Defendants' Joint Motions In Limine<br>The motions are relevant to the N.D. Cal. trials exclusively. | | | |
|---|---|---|---|---|---|---|---|
| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| **15** | 3593 | Thomson Toshiba TDA | Sharp | Motion to Exclude Evidence Related to a Violation of the Antitrust Laws Under a Rule of Reason Analysis | 3701-3 | 3750 | |
| **16** | 3597 | CPT LG Mitsubishi Electric MTPD Panasonic Thomson Toshiba TDA | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Motion to Permit Evidence and Argument Regarding Upstream Pass-on and Plaintiffs' Bargaining Power | 3654; 3666 | 3770 | |

| | | | | (3) Individual Plaintiff's Motion In Limine | | | |
| | | | | This motion is relevant to the N.D. Cal. trials exclusively. | | | |
| Motion No. | Dkt. No. | Moving Party | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| N/A | 3599 | Sharp | Thomson Toshiba | Plaintiffs' Sharp Electronics Corp. & Sharp Electronics Manufacturing Co. of America, Inc. Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in TFT-LCD Antitrust Litigations | 3705-4 | 3778-3 | |

| (4) Individual Defendants' Motions In Limine <br> The motions are relevant to the N.D. Cal. trials exclusively. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| N/A | 3526 | CPT | Best Buy ViewSonic | Defendants Chunghwa Picture Tubes, Ltd and Chunghwa Picture Tubes (Malaysia) SDN. Bhd.'s Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable to the Chunghwa Defendants | 3698-4 | 3744-4 | |
| 1 | 3601 | LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) <br><br> Mitsubishi Electric | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Mitsubishi Electric's Motion In Limine No. 1 to Exclude the SDI Interrogatory Response | 3644-4 | 3772-4 | |
| 2 | 3601 | LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) <br><br> Mitsubishi Electric | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Mitsubishi Electric's Motion In Limine No. 2 to Exclude Unavailable Witnesses' Deposition Testimony | 3644-4 | 3772-4 | |

| | | | | *(4) Individual Defendants' Motions In Limine* | | | |
| | | | | *The motions are relevant to the N.D. Cal. trials exclusively.* | | | |
| **Motion No.** | **Dkt. No.** | **Moving Parties** | **Adverse Parties** | **Title of Motion** | **Opp'n ECF No.** | **Reply ECF No.** | **Related Filings and Notes** |
|---|---|---|---|---|---|---|---|
| 3 | 3601 | LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)  Mitsubishi Electric | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | Mitsubishi Electric's Motion In Limine No. 3 to Exclude Any Reference At Trial to Any Party's Participation in the EIAJ and EIAJ Activities | 3644-4 | 3772-4 | |
| 1 | 3561 | LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)  SDI | Best Buy Circuit City Sears/Kmart Sharp ViewSonic | SDI Defendants' Motion In Limine No. 1 to Prohibit Plaintiffs From Conflating SDI with Non-Parties, Including But Not Limited to, Samsung Electronics, Co., Ltd. | 3657 | 3769 | |
| 2 | 3565 | LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)  SDI | All DAPs | Samsung SDI Defendants' Motion In Limine No. 2 to Exclude Irrelevant and Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 | 3651-4 | 3773-3 | |

| | | | | (4) Individual Defendants' Motions In Limine  The motions are relevant to the N.D. Cal. trials exclusively. | | | | |
|---|---|---|---|---|---|---|---|
| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
| N/A | 3577 | Toshiba | All DAPs | The Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation | 3695-3 | 2752-3 | |
| N/A | 3535 | ~~Hitachi~~  Thomson (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) | ~~Best Buy~~* | Motion in Limine to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices Ltd. by its Specific, Individual, Corporate Entity Name or as "SEG" | 3689 | 3759 | |

**III.    Motions to Exclude Expert Testimony**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **3170** | Best Buy Circuit City CompuCom ~~Costco~~ Dell Electrograph Interbond Office Depot P.C. Richard, et. al. Sears/Kmart Tech Data Tweeter ViewSonic | All Defendants | Motion *in Limine* to Partially Exclude Expert Report and Opinions of Dr. Ordover | Yes | 3397-3 | 3518 | |
| **3172** | LG (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) Samsung SDI | All DAPs except Sharp | SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard | Yes | 3410 | 3520 | |
| **3174** | All Defendants | All DAPs except Sharp | Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga | Yes | 3404 | 3522 | |

| 3176 | • All DAPs except Costco | Samsung SDI | Motion *in Limine* to Exclude Expert Testimony by Rubinfeld | No | 3176 | 3514 | |

IV.        Moot Motions

| ECF No. | Movant | Motion | Adverse Parties | Opp'n ECF No. | Reply ECF No. | Notes / Related Filings |
|---|---|---|---|---|---|---|
| 2963 | • ~~CPT~~ | Motion to Dismiss Tech Data Corporation's Claims for Failure to Prosecute | • Tech Data | 3141 | N/A | Motion Withdrawn: Notice of Withdrawal (ECF |
| 2977 | • ~~BMCC~~<br>• ~~CPT~~<br>• ~~Hitachi~~<br>• ~~LG~~<br>• ~~Panasonic~~<br>• ~~PNA~~<br>• ~~MTPD~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~TDA~~<br>• ~~Thomson~~<br>• ~~Toshiba~~ | Motion for Summary Judgment on Plaintiffs' Umbrella Damages | • Best Buy<br>• Circuit City<br>• CompuCom<br>• Costco<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Sharp<br>• ~~Target~~<br>• Tech Data<br>• Tweeter | N/A | N/A | Motion Withdrawn: Stipulation (ECF No. 3199) and Order (ECF No. 3225). |
| 2987 | • ~~BMCC~~ | Motion to Dismiss Under Rule 12(b)(2) and Motion for Summary Judgment Under Rule 56 for Lack of Personal Jurisdiction | • Best Buy<br>• ~~Target~~<br>• Tech Data<br>• ViewSonic | N/A | N/A | |
| 2990 | • ~~BMCC~~ | Motion for Summary Judgment for Failure to Adduce Evidence Sufficient to State a Claim in Light of the FTAIA and for Lack of Standing to Seek Injunctive Relief | • ~~IPPs~~<br>• Best Buy<br>• Electrograph<br>• Sears/Kmart<br>• ~~Target~~<br>• Tech Data<br>• ViewSonic | N/A | N/A | |

| 3000 | • BMCC<br>• CPT (Errata, ECF No. 3065)<br>• Hitachi<br>• LG<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Samsung SDI<br>• Thomson<br>• Toshiba (Joinder, ECF No. 3018) | Motion for Partial Summary Judgment against Electrograph, P.C. Richard and MARTA on Choice of Law Grounds | • Electrograph,<br>• P.C. Richard, et. al. | N/A | N/A | Motion Withdrawn: Stipulation (ECF No. 3198) and Order (ECF No. 3226). |
| 3002 | • CPT<br>• Hitachi<br>• LG<br>Panasonic<br>• PNA<br>• MTPD<br>• Toshiba<br>• Samsung SDI<br>• Philips | Motion for Partial Summary Judgment against CompuCom Systems, Inc. on Choice of Law Grounds | • CompuCom | N/A | N/A | Motion Withdrawn: (ECF No.3198). (ECF No.3226). |

| 3004 | • BMCC<br>• CPT<br>• LG<br>• Hitachi<br>• Mitsubishi<br>• Panasonic<br>• PNA<br>• MTPD<br>• Thomson<br>• Toshiba<br>(Joinder, ECF No. 3019) | Motion for Partial Summary Judgment against Magnolia Hi-Fi on Choice of Law Grounds | • Magno lia Hi-Fi | N/A | N/A | Motion Withdrawn: Stipulation (ECF No. 3211) and Amended Stipulation (ECF No.3277). |
| 3021 | • CPT<br>• Hitachi<br>• LG<br>• Panasonic<br>• PNA<br>• MTPD<br>• Philips<br>• Samsung SDI<br>• Toshiba | Motion for Partial Summary Judgment Against Office Depot on Choice of Law Grounds | • Office Depot | N/A | N/A | Motion Withdrawn: (ECF No.3198). (ECF No.3226). |
| 3034 | • Philips<br><br>• Toshiba (Joinder, ECF No. 3042) | Motion for Summary Judgment Against Indirect Purchaser Plaintiffs Who Are Natural Persons Residing in California | • IPPs | 3247 | 3456 | |