# EXHIBIT C

# Parties' Joint Filing of Updated Dispositive Motions Chart – Settlement Matrix

(as of 11/17/2015)

| | Northern District of California Actions | | | | | | | | Other Venues | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DPPS | IPPs | Best Buy | Circuit City | Sears/Kmart | Sharp | Target | Viewsonic | ABC Warehouse, MARTA, P.C. Richards | CompuCom | Costco | Dell | Electrograph | Interbond | Office Depot | P.C. Richards | Tech Data | Tweeter |
| Philips | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | | | | | | |
| Panasonic | ▓ | ▓ | | ▓ | ▓ | ▓ | ▓ | ■ | | | ■ | ■ | | | | | | |
| Hitachi | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ■ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| LG | ▓ | ▓ | | ▓ | | | ▓ | ▓ | | | | | | | | | | |
| Chunghwa | ▓ | ▓ | ▓ | ▓ | ▓ | ■ | | ▓ | ▓ | ▓ | ▓ | ■ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| Toshiba | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | ▓ | | | | | | |
| SDI | ▓ | ▓ | ■ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | | | | | | |
| Thomson | ▓ | ▓ | | | | | ▓ | ▓ | | ■ | | ■ | | | | | | |
| Mitsubishi | | ■ | | ▓ | ▓ | ■ | ▓ | ▓ | | ■ | | ■ | | | | | | |
| TDA | ▓ | ▓ | | | | | ▓ | ■ | | ■ | | ■ | | | | | ■ | ■ |
| BMCC | ▓ | ▓ | ▓ | ▓ | ▓ | ■ | ■ | ▓ | ▓ | ▓ | ▓ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

**Key**
| | |
|---|---|
| ☐ | Actively Pending |
| ▓ | Settlement Reached |
| ■ | Not Active |