Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| --- | --- |
| | Case No. C-07-5944-SC |
| This Document Relates to: ALL ACTIONS | **SPECIAL MASTER'S ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING OF MOTION TO COMPEL PRODUCTION OF ATTORNEY TIME RECORDS** |

On November 17, Objectors Scarpulla and Cooper filed a motion to compel lead counsel to produce attorney time and expense records, and for an order shortening time for the motion to be briefed and heard. They requested that lead counsel be required to respond by Friday, November 20, with a reply due November 23. In view of the time constraint on the parties to brief the issues of approval of the settlement and allowance of attorneys' fees and expenses, the Special Master concludes that it is appropriate to shorten time to hear this motion.

Accordingly, lead counsel shall respond to the motion to compel by Monday, November 23, and any reply may be filed by close of business Tuesday, November 24. The Special Master will issue a ruling forthwith without a hearing.

Briefing should address the issue of the realistic need for production of the detailed time and expense records of every class counsel, and state specifically how such hour-by-hour records are necessary for a fair resolution of the issue of the overall amount of attorneys fees and expenses to be allowed.

Dated: November 18, 2015              _____/s/_____
                                       Martin Quinn
                                       Special Master