UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Master Case No. C-07-5944 JST |
| | Case No. 14-cv-2058 JST |
| This Order Relates To: | |
| Crago, d/b/a/ Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al., Case No. 14-cv-2058 JST | **ORDER REGARDING DIRECT PURCHASER PLAINTIFFS' SETTLEMENT WITH THOMSON DEFENDANTS** |

Currently before the Court is the Direct Purchaser Plaintiffs' Motion for Final Approval of Class Action Settlement with Thomson Defendants, ECF No. 4091. The motion does not contain information concerning the total likely recovery by the class if Plaintiffs were to prevail at trial. The motion for preliminary approval, ECF No. 3562 (granted at ECF No. 3872), also did not contain this information. Thus, it is difficult for the Court to evaluate the adequacy and fairness of the proposed settlement.

The Northern District of California's Procedural Guidance for Class Action Settlements (available at http://www.cand.uscourts.gov/ClassActionSettlementGuidance) provides that any motion for preliminary approval should contain information including "[t]he likely recovery per plaintiff under the terms of the settlement and the potential recovery if plaintiffs were to prevail on each of their claims." See also, e.g., In re Omnivision Techs., Inc., 559 F. Supp. 2d 1036, 1042 (N.D. Cal. 2008) (considering amount of settlement compared to plaintiffs' potential recovery at trial).

/ / /

1    Settling Plaintiffs are ordered to file a supplemental brief addressing this factor by
2 December 1, 2015.
3    IT IS SO ORDERED.
4 Dated:  November 18, 2015



JON S. TIGAR
United States District Judge