UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944 JST<br><br>**ORDER REGARDING FILING MATTERS BEFORE SPECIAL MASTERS ON ECF** |

Currently before the Court is a motion to compel production of certain reports and to shorten time. See ECF No. 4191. Upon review, it appears that this motion is directed to the attention of Special Master Martin Quinn rather than the Court. In fact, Special Master Quinn subsequently granted the motion to shorten time and set deadlines for the remainder of the requested relief. ECF No. 4193.

The purpose of this order is to remind the parties that motions and other papers directed to the attention of the Special Master are to be served on him but not, in the first instance, to be filed with the Court. See ECF No. 4077 at 6. Only if a party subsequently objects to, or requests other relief regarding, an order or recommendation of the Special Master does that party then file a copy of the record that was before the Special Master. Id. at 7. The Court also retains the right to request that such materials be filed.

IT IS SO ORDERED.

Dated: November 18, 2015

_____
JON S. TIGAR
United States District Judge