1  Roman M. Silberfeld
2  Bernice Conn
   David Martinez
3  Jill S. Casselman
   **ROBINS KAPLAN LLP**
4  2049 Century Park East, Suite 3400
   Los Angeles, CA 90067-3208
5  Telephone: (310) 552-0130
   Facsimile: (310) 229-5800
6  Email: rsilberfeld@robinskaplan.com
   dmartinez@robinskaplan.com
7  jcasselman@robinskaplan.com
8
   Elliot S. Kaplan
9  K. Craig Wildfang
   Laura E. Nelson
10 **ROBINS KAPLAN LLP**
11 800 LaSalle Avenue
   2800 LaSalle Plaza
12 Minneapolis, MN 55402
   Telephone: (612) 349-8500
13 Facsimile: (612) 339-4181
   Email: ekaplan@robinskaplan.com
14 kcwildfang@robinskaplan.com
15 lnelson@robinskaplan.com

16 *Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C.*
17

18 [Additional counsel listed on signature page.]

19                    **UNITED STATES DISTRICT COURT**
20                    **NORTHERN DISTRICT OF CALIFORNIA**
21                    **SAN FRANCISCO DIVISION**
22

| | |
|---|---|
| 23  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST MDL No. 1917 |
| 24 | |
| 25  This Document Relates to: | **MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 FOR PERMISSION TO BE HEARD AT THE HEARING ON NOVEMBER 23, 2015** |
| 26  *Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513 | |
| 27 | |
| 28 | |

1  *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

2

3  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396;

4

5  *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397;

6  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

7

8  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656;

9

10  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

11

12  *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

13  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

14

15  *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648;

16

17  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

18

19  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649

20

21  *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

22

23  *Sharp Elec. Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173;

24  *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776; and

25

26  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157.

27

28

Pursuant to Civil Local Rule 7-11, the undersigned Direct Action Plaintiffs ("DAPs")[1] respectfully request that this Court permit them, through lead counsel for Best Buy, to address the Court in the place of lead counsel for the Indirect Purchaser Plaintiffs ("IPPs") at the upcoming November 23, 2015 hearing on Toshiba's objections to Special Master Walker's Report and Recommendation dated November 24, 2014, granting Plaintiffs' motion to compel depositions of Toshiba witnesses. (*See* ECF No. 4188.) Lead counsel for Best Buy would address the Court on behalf of all the undersigned DAPs (who, as noted in footnote 1, are the only plaintiffs whose actions against Toshiba have not settled).

The undersigned DAPs (all DAPs, in fact) are movants on the motion, along with the IPPs. (*See* ECF No. 3146; *see also* ECF No. 4151, "Special Master R&R Orders," at No. 28.) As the Court notes, the DAPs did not file a response to Toshiba's objections to the November 24, 2014 Report, but as such a response is optional under the local rules (*see* Civil Local Rule 72-2), this does not change that the DAPs are real parties in interest in the underlying motion to compel. Moreover, although the IPPs had previously taken lead responsibility for this motion on behalf of the Plaintiffs as a part of the parties' efforts to coordinate discovery, the IPPs have since settled with Toshiba, and, pursuant to the terms of that settlement agreement, have agreed that Toshiba "need not respond to formal discovery" from the IPPs. (*See* ECF No. 3862-4, at ¶ 25.) As a result, the IPPs no longer represent the undersigned DAPs' interests in this motion. Accordingly, the undersigned DAPs submit that it would be both appropriate and efficient to permit counsel for Best Buy to address the Court at the hearing in opposition to Toshiba's objection to the November 24, 2014 Report, and therefore request permission to so be heard.

---

[1] Joining in this motion are Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and BestBuy.com, LLC, (collectively, "Best Buy"); Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"); Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; CompuCom Systems, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corporation and Tech Data Product Management, Inc.; and Costco Wholesale Corp. All other DAPs have settled their actions against Toshiba.

As set forth in the accompanying Declaration of Kyle Smith, the IPPs have stated that they no longer have any interest in the motion to compel in light of their settlement with the Toshiba entities. The Toshiba Defendants oppose this request.

Dated: November 18, 2015

Respectfully submitted,

/s/ *Roman M. Silberfeld*

Roman M. Silberfeld
Bernice Conn
David Martinez
Jill S. Casselman
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rsilberfeld@robinskaplan.com
dmartinez@robinskaplan.com
jcasselman@robinskaplan.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
**ROBINS KAPLAN LLP**
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: ekaplan@robinskaplan.com
kcwildfang@robinskaplan.com
lnelson@robinskaplan.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C.*

MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 07-CV-5944, MDL NO. 1917

/s/ *Craig A. Benson*

Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Counsel for Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.*

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Philip J. Iovieno*
Philip J. Iovieno
Anne M. Nardacci
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

| | |
|---|---|
| 1 | William A. Isaacson |
| | **BOIES, SCHILLER & FLEXNER LLP** |
| 2 | 5301 Wisconsin Ave. NW, Suite 800 |
| 3 | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| 4 | Facsimile: (202) 237-6131 |
| | Email: wisaacson@bsfllp.com |
| 5 | |
| 6 | Stuart Singer |
| | **BOIES, SCHILLER & FLEXNER LLP** |
| 7 | 401 East Las Olas Blvd., Suite 1200 |
| | Fort Lauderdale, FL 33301 |
| 8 | Telephone: (954) 356-0011 |
| | Facsimile: (954) 356-0022 |
| 9 | Email: ssinger@bsfllp.com |

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

PERKINS COIE LLP

By: /s/ *David J. Burman*
David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile: (206)359-9000
Email: DBurman@perkinscoie.com
CGMoore@perkinsncoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

|   |   |
|---|---|
| 1 | Joren Bass, Bar No. 208143 |
| 2 | **PERKINS COIE LLP** |
|   | 505 Howard Street, Suite 1000 |
| 3 | San Francisco, CA 94105 |
|   | Telephone: (415)344-7120 |
| 4 | Facsimile: (415)344-7320 |
| 5 | Email: JBass@perkinscoie.com |
| 6 | *Counsel for Plaintiff Costco Wholesale Corporation* |

I, Roman M. Silberfeld, am the ECF user whose ID and password are being used to file the above Motion for Administrative Relief Pursuant to Civil L.R. 7-11 for Permission To Be Heard at the Hearing on November 23, 2015.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

/s/ Roman M. Silberfeld

- 7 -    MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 07-CV-5944, MDL NO. 1917