Philip J. Iovieno
Anne M. Nardacci
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

William A. Isaacson
Kyle N. Smith*
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
*Admitted in New York only.
Practice supervised by members of the firm.

Stuart Singer
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF KYLE SMITH IN SUPPORT OF ADMINISTRATIVE** |
| This Document Relates to: | |

SMITH DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR
PERMISSION TO BE HEARD AT THE HEARING ON NOVEMBER 23, 2015
Case No. 07-cv-5944, MDL No. 1917

| | | |
|---|---|---|
| 1 | | **MOTION PURSUANT TO CIVIL L.R. 7-11 FOR PERMISSION TO BE HEARD AT THE HEARING ON NOVEMBER 23, 2015** |
| 2 | *Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513 | |
| 3 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| 4 | | |
| 5 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396; | |
| 6 | *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397; | |
| 7 | | |
| 8 | *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| 9 | *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656; | |
| 10 | | |
| 11 | *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| 12 | *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275; | |
| 13 | | |
| 14 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; | |
| 15 | *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648; | |
| 16 | | |
| 17 | *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | |
| 18 | | |
| 19 | *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649 | |
| 20 | *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668; | |
| 21 | | |
| 22 | *Sharp Elec. Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173; | |
| 23 | *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776; and | |
| 24 | | |
| 25 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157. | |
| 26 | | |
| 27 | | |

I, Kyle Smith, hereby declare as follows:

1. I am an active member in good standing of the bar of New York. I am associated with Boies, Schiller & Flexner LLP, Liaison Counsel for Direct Action Plaintiffs and attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc. I submit this Declaration in support of certain DAPs' Motion for Administrative Relief Pursuant to Civil L.R. 7-11 for Permission To Be Heard at the Hearing on November 23, 2015 (the "Motion").

2. On November 18, 2015, I spoke by telephone with Lauren Capurro, lead counsel for the IPPs, concerning the Motion. Lead counsel for the IPPs stated that they no longer have any interest in the underlying motion to compel in light of their settlement with the Toshiba entities.

3. On November 18, 2015, I e-mailed counsel for the Toshiba entities to seek their consent to the relief requested in this Motion. Mr. Christopher M. Curran, counsel for the Toshiba entities, responded that the Toshiba entities do not agree to stipulate to the relief sought in the Motion. Mr. Curran further stated that the Toshiba entities intend to oppose the Motion. A true and correct copy of this email exchange with counsel for the Toshiba entities is attached hereto as Exhibit A.

4. Accordingly, a stipulation could not be obtained. *See* Civil L.R. 7-11(a).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of November, 2015 in Washington, DC.

*/s/ Kyle Smith*

Kyle Smith

# EXHIBIT A

# Kyle Smith

| | |
|---|---|
| **From:** | Curran, Christopher <ccurran@whitecase.com> |
| **Sent:** | Wednesday, November 18, 2015 6:06 PM |
| **To:** | Kyle Smith; Lau, Albie; Foster, Dana |
| **Cc:** | Craig Benson (cbenson@paulweiss.com); kdavis (kdavis@paulweiss.com); cgmoore@perkinscoie.com; Roman Silberfeld (rmsilberfeld@rkmc.com); Martinez, David (DMartinez@RobinsKaplan.com); Phil Iovieno |
| **Subject:** | RE: In re Cathode Ray Tube (CRT) Antitrust Litigation; MDL No. 1917 |

Kyle:

   The Toshiba entities do not stipulate to your request, and in fact intend to oppose the request.  Please so inform the Court in your administrative motion.  Thank you.

Chris

**Christopher M. Curran** | Partner
T +1 202 626 3643    E ccurran@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW  |  Washington, DC 20005-3807

**WHITE & CASE**

---

**From:** Kyle Smith [mailto:ksmith@BSFLLP.com]
**Sent:** Wednesday, November 18, 2015 5:27 PM
**To:** Curran, Christopher; Lau, Albie; Foster, Dana
**Cc:** Craig Benson (cbenson@paulweiss.com); kdavis (kdavis@paulweiss.com); cgmoore@perkinscoie.com; Roman Silberfeld (rmsilberfeld@rkmc.com); Martinez, David (DMartinez@RobinsKaplan.com); Phil Iovieno
**Subject:** In re Cathode Ray Tube (CRT) Antitrust Litigation; MDL No. 1917

Chris, Albie, and Dana,

Certain of the DAPs (Best Buy, Sharp, Costco, and the nine plaintiffs represented by Boies Schiller) intend to seek permission to be heard, in place of Lead Counsel for the IPPs, at Monday's hearing regarding the Special Master's November 24, 2014 Report & Recommendation granting Plaintiffs' motion to compel depositions of Toshiba witnesses.  One attorney would speak on behalf of all of these DAPs.

We are writing inquire whether the Toshiba entities are willing to stipulate this request.  Absent a stipulation, the DAPs intend to file an administrative motion seeking this relief tonight, so we ask for your position on this administrative matter as soon as possible.

Best Regards,
Kyle

Kyle Smith*
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Main: (202) 237-2727

1

Direct: (202) 895-7585
Fax: (202) 237-6131
ksmith@bsfllp.com
*Admitted in New York only.  Practice supervised by members of the firm.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

===========================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

===========================================================================