Roman M. Silberfeld
Bernice Conn
David Martinez
Jill S. Casselman
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: rsilberfeld@robinskaplan.com
dmartinez@robinskaplan.com
jcasselman@robinskaplan.com

Elliot S. Kaplan
K. Craig Wildfang
Laura E. Nelson
**ROBINS KAPLAN LLP**
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Email: ekaplan@robinskaplan.com
kcwildfang@robinskaplan.com
lnelson@robinskaplan.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR PERMISSION TO BE HEARD AT THE HEARING ON NOVEMBER 23, 2015** |
| This Document Relates to:<br><br>*Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, | |

1  Case No. 11-cv-06397;

2  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

3

4  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656;

5  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

6

7  *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

8  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

9

10  *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648;

11  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

12

13  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649

14

15  *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

16  *Sharp Elec. Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173;

17

18  *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776; and

19

20  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157.

21

22

23

24

25

26

27

1  Upon consideration of certain DAPs' Motion for Administrative Relief Pursuant to Civil
2  L.R. 7-11 for Permission To Be Heard at the Hearing on November 23, 2015, it is hereby:
3  ORDERED that the Administrative Motion is GRANTED.

5  **IT IS SO ORDERED.**

8  DATED: _____, 2015    _____
9                                                                HON. JON S. TIGAR
                                                                  UNITED STATES DISTRICT JUDGE