1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST MDL No. 1917 |
| This Document Relates to: | |
| *Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513; | |
| *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396; | **[PROPOSED] ORDER DENYING THE DAPS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 FOR PERMISSION TO BE HEARD AT THE HEARING ON NOVEMBER 23, 2015** |
| *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656; | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |

1
2

*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

3
4

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

5
6

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648;

7
8
9

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

10
11

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649;

12
13

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

14
15

*Sharp Elec. Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173;

16
17

*Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776; and

18
19

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157.

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER DENYING THE DAPS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 FOR PERMISSION TO BE HEARD AT THE HEARING ON NOVEMBER 23, 2015
Case No. 07-5944 JST, MDL No. 1917

1    Upon consideration of the DAPs' Motion for Administrative Relief Pursuant to Civil

2  L.R. 7-11 For Permission to be Heard at the Hearing on November 23, 2015, and the papers

3  and declarations submitted by the parties in connection with that Motion, it is hereby:

4    ORDERED that the Administrative Motion is DENIED.

5

6    **IT IS SO ORDERED.**

7

8

9  Dated: _____      _____

10                                      HONORABLE JON S. TIGAR
                                        UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28