UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL DIRECT ACTION PLAINTIFFS | MDL No. 1917<br><br>Case No. C-07-5944 JST<br><br>**FURTHER ORDER REGARDING RESPONSE TO ADMINISTRATIVE MOTION** |

Earlier today, the Court set a deadline for the Toshiba Defendants to file an opposition to the administrative motion by counsel for certain Direct Action Plaintiffs ("DAPs"), seeking permission to be heard at the hearing scheduled for November 23, 2015. ECF No. 4197.

In any opposition that Toshiba files, it is ordered specifically to address the following portions of the Report and Recommendation dated August 24, 2015, ECF No. 4015:[1]

> Indeed, due to the coordinated discovery, it is reasonable for the parties in this case to allow another party to take the lead on a certain aspect of discovery and if that party settles, to have a non-settling party take over the lead on that discovery.
>
> * * *
>
> Parties should not be permitted to use settlement in a consolidated discovery case to escape their discovery obligations with respect to remaining parties.

Id. at 4.

/ / /

/ / /

/ / /

---

[1] The Court adopted the Report and Recommendation without objection on September 11, 2015. ECF No. 4054.

IT IS SO ORDERED.

Dated: November 19, 2015



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California