Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397;<br><br>*Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | **TOSHIBA'S SUPPLEMENTAL OPPOSITION TO DAPS' MOTION FOR ADMINISTRATIVE RELIEF** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656;

2

3  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

4

5  *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

6

7  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

8

9  *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648;

10

11 *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

12

13

14 *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649;

15

16 *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

17

18 *Sharp Elec. Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173;

19

20 *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776; and

21

22 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157.

23

TOSHIBA'S SUPPLEMENTAL OPPOSITION TO DAPS' MOTION FOR ADMINISTRATIVE RELIEF
Case No. 07-5944 JST
MDL No. 1917

Pursuant to the Court's Further Order Regarding Response to Administrative Motion (ECF No. 4199) — which was filed earlier today and moments after Toshiba filed its Opposition to DAPs' Motion for Administrative Relief (ECF No. 4198) ("Opposition") — Toshiba files this Supplemental Opposition specifically to address portions of the Report and Recommendation dated August 24, 2015 (ECF No. 4015) ("August 24 R&R").

At the outset, Toshiba observes that the language from the August 24 R&R quoted by the Court addresses the situation where a remaining party may lose an opportunity to obtain certain discovery because a co-party, having the lead as to that discovery, has settled. But, here, the DAPs are not losing any discovery rights by virtue of the IPPs' settlement with Toshiba; as documented in Toshiba's Opposition, the DAPs long ago voluntarily waived and abandoned any interest in the motion to compel and in the IPP Response when they passed on repeated opportunities to join the IPP Response or file their own response prior to the settlement between Toshiba and the IPPs.

Even if the DAPs had not long ago waived their rights, other portions of the August 24 R&R confirm that the DAPs have failed to take the required steps to take over from the IPPs with respect to the IPP Response. After Special Master Walker re-opened the door to certain discovery motions through his May 28, 2015 Request for Status Re Motions (ECF No. 3857) and his June 8, 2015 Report and Recommendation (ECF No. 3866), the DAPs failed to submit a letter brief addressing why the IPP Response should remain pending with the DAPs taking the lead. The Special Master's June 8, 2015 Report and Recommendation was broad, seeking letter briefs from "any party to this MDL" regarding any "pending motion by a settling party." ECF No. 3866, at 3-4. The DAPs followed the Special Master's direction and sought to step into the shoes of the IPPs regarding two pending motions. *See* ECF No. 4015, at 5 (listing the IPPs' 9/12/14 and 9/19/14 motions to compel supplemental interrogatory responses from Toshiba as being taken over "by Liaison Counsel for the Direct Action Plaintiffs or by counsel to be agreed upon by the remaining plaintiffs"). But the DAPs failed to file a letter brief regarding the IPP Response.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TOSHIBA'S SUPPLEMENTAL OPPOSITION TO DAPS' MOTION FOR ADMINISTRATIVE RELIEF
Case No. 07-5944 JST
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    The portions of the August 24 R&R quoted by the Court in today's Further Order do not mean that *any* Plaintiff may step into the shoes of *any* settling Plaintiff at *any* time and take the lead on a motion; the Special Master expressly provided successor-in-interest standing (i.e., for non-joining parties to step into the shoes of settling parties) "only with respect to the motions addressed by the parties in response to the June 8, 2015 Order (ECF No. 3866) or the May 28, 2015 Request for Status re Motions (ECF No. 3857), since the parties have been notified of their opportunity to be heard on this issue." ECF No. 4015, at 4-5.  The August 24 R&R lists the motions deemed pending notwithstanding the filing party's settlement, and — crucially — the motion to compel and the IPP Response are not listed. *Id.* at 5.  Once again the DAPs sat on their rights as to the IPP Response.  Thus, if the DAPs had not already waived their rights by repeatedly declining to join the IPP Response, they certainly waived their rights when the DAPs failed to act on the opportunity presented by the June 8, 2015 Report and Recommendation.

Respectfully submitted,

Dated:  November 19, 2015                    **WHITE & CASE**LLP

By*: /s/ Christopher M. Curran*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

On November 19, 2015, I caused a copy of "TOSHIBA'S SUPPLEMENTAL OPPOSITION TO DAPS' MOTION FOR ADMINISTRATIVE RELIEF" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: ___*/s/ Lucius B. Lau*___
       Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005