Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944-SC |
| This Document Relates to:<br><br>ALL ACTIONS | **SPECIAL MASTER'S ORDER RE PROCEDURE FOR FILING WITH JAMS** |

Given the Court's order barring the filing on ECF of material for the Special Master's attention, the parties and objectors shall follow the following procedure for filing material with JAMS for the Special Master.

All pleadings and communications other than routine e-mails about ministerial matters shall be filed on the JAMS Electronic Filing System. It is easy to use, and will enable the Special Master and the parties to keep accurate track of, and to have continuous access to, all filings. Case Anywhere will provide all counsel with instructions.

The Special Master may request on occasion that a hard copy of materials be filed for his convenience.

All communications with the Special Master shall normally be through his Case Manager, Sandra Chan, schan@jamsadr.com, 415-774-2611, or his Case Coordinator, Mayra Contreras, mcontreras@jamsadr.com, 415-774-2607.  In urgent circumstances, counsel may communicate directly with the Special Master by e-mail, mquinn@jamsadr.com, with copies to all affected counsel.

Dated:  November 19, 2015

*/s/ Mark Quinn*
Martin Quinn
Special Master