ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice*)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| | **DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN IN SUPPORT OF OBJECTOR DOUGLAS W. ST. JOHN'S MOTION TO AMEND THE ORDER APPOINTING S.M. QUINN** |
| This Document Relates To: All Indirect Purchaser Actions | Judge: Hon. Jon S. Tigar |

I, Joseph Scott St. John, declare and state as follows:

1. I am an attorney duly licensed in the State of Mississippi, the State of Louisiana, and the District of Columbia. I represent Douglas W. St. John, a resident of the State of Mississippi, in connection with the above-captioned matter.

2. I make this declaration in support of Objector Douglas W. St. John's Motion to Amend the Order Appointing Special Master Quinn.

3. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would testify truthfully as follows.

4. Exhibit 1 is a true and correct copy of correspondence sent by me to IPP Lead Counsel Mario Alioto.

5. Exhibit 2 is a true and correct copy of correspondence sent by me to IPP Lead Counsel Mario Alioto.

6. Composite Exhibit 3 is a true and correct copy of an email I received from IPP Lead Counsel Mario Alioto, together with a document attached to that email.

7. Exhibit 4 is a true and correct copy of the Amended Order Appointing Martin Quinn as Special Master (D.E. 6580), *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. MDL-1827 (N.D. Cal. Aug. 29, 2012), as downloaded from PACER.

8. Exhibit 5 is a true and correct copy of an email chain between me and IPP Lead Counsel Mario Alioto.

9. Exhibit 6 is a true and correct copy of a Motion for Discovery that I prepared on behalf of Mr. St. John. This motion was in condition for filing on November 18.

10. Given the relatively small size of Mr. St. John's claim, it did not make economic sense for Mr. St. John to file the Motion for Discovery if there was any material risk of his being subject to Special Master fees.

11. Exhibit 7 is a declaration that I prepared in support of Mr. St. John's contemplated Motion for Discovery, together with exhibits. This declaration was in condition for filing on November 18.

12. Exhibit 8 is a proposed order that I prepared in connection with Mr. St. John's contemplated Motion for Discovery. This proposed order was in condition for filing on November 18.

13. Exhibit 9 is a true and correct copy of an Order (D.E. 116), *Morgan Hill Concerned Parents Ass'n v. Cal. Dep't Ed.*, No. 11-3471-KJM-AC (E.D. Cal. July 2, 2015), as downloaded from PACER.

14. Further declarant sayeth not.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed: November 20, 2015

/s/ Joseph Scott St. John

_____

Joseph Scott St. John