# EXHIBIT 5



Scott St John (public) <j.scott.stjohn.public@gmail.com>

## CRT - Request for Stipulation re Discovery

**Mario Alioto** <MAlioto@tatp.com>   Fri, Nov 20, 2015 at 9:46 PM
To: "Scott St John (public)" <j.scott.stjohn.public@gmail.com>
Cc: Andrea Valdez <andrea.valdez.esq@gmail.com>

I am sorry I was not able to get back to you sooner but I have been out of my office. As I have previously explained to you, your motion is not well taken and should not be filed. It will cause unnecessary expense and expenditure of time by all concerned. There is also no basis to shorten time. I am available to discuss this further if you would like to do so. Thank you.

Mario N. Alioto

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

2280 Union Street

San Francisco, CA 94123

Telephone: 415 447-1650

Facsimile: 415 346-0679

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

From: Scott St John (public) [mailto:j.scott.stjohn.public@gmail.com]
Sent: Thursday, November 19, 2015 12:52 PM
To: Mario Alioto
Cc: Andrea Valdez
Subject: Re: CRT - Request for Stipulation re Discovery

Mr. Alioto,

In view of your declining to stipulate to discovery, Objector Douglas W. St. John is also contemplating moving the Court to amend the Special Master's appointment order, as we have previously discussed. Given the scheduling order, a shortened response time is appropriate. Will you stipulate to a 5 calendar-day response period? Please let me know your position by 9 a.m. Central Time tomorrow morning.

Regards,

Joseph S. St. John

On Wed, Nov 18, 2015 at 1:38 PM, Mario Alioto <MAlioto@tatp.com> wrote:

Your motion is procedurally improper and there is law contrary to your position. We request that you not file your motion and save all concerned the time and expense that will have to be expended on this matter. I am available if you would like to discuss this further. Thank you for your consideration.

Mario N. Alioto

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

2280 Union Street

San Francisco, CA 94123

Telephone: 415 447-1650

Facsimile: 415 346-0679

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

From: Scott St John (public) [mailto:j.scott.stjohn.public@gmail.com]
Sent: Tuesday, November 17, 2015 2:29 PM
To: Mario Alioto
Cc: andrea.valdez.esq@gmail.com
Subject: CRT - Request for Stipulation re Discovery

Mr. Alioto:

On behalf of Objector Douglas W. St. John, I am contemplating a motion for discovery of documents relating to IPP Counsel's representation in the CRT litigation, the qualifications and compensation of IPP Counsel's contract attorneys, IPP Counsel's contemporaneous time records, the financing of the CRT Antitrust Litigation by third parties, and the valuation of the CRT Antitrust Litigation. Please let me know if IPP Counsel will stipulate to discovery on these issues.

Additionally, because case law suggests that an objector should make a proffer of relevance, any such motion will likely exceed the page limits for administrative motions. Please let me know if you will stipulate to an 8 page supporting memorandum; I would of course agree to the same for IPP Counsel's opposition.

Please let me know your position by 9 a.m. Central tomorrow. You can reach me at telephone 410-212-3475 if you would like to discuss.

Best regards,

Joseph S. St. John