UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates To:<br>All Indirect Purchaser Actions | Master File No. 3:07-cv-5944 JST<br><br>MDL No. 1917<br><br>**[PROPOSED]**<br>**ORDER SHORTENING TIME**<br><br>Judge: Hon. Jon S. Tigar |

Currently pending before the Court is OBJECTOR DOUGLAS W. ST. JOHN'S MOTION TO AMEND THE ORDER APPOINTING SPECIAL MASTER QUINN (D.E. 4203) and the accompanying MOTION TO SHORTEN TIME. Good cause appearing, the Court GRANTS the MOTION TO SHORTEN TIME as follows:

IPP Counsel shall file any opposition to Mr. St. John's Motion to Amend (D.E. 4203) no later than 5 p.m. Pacific Time on Wednesday, November 25, 2015.

Mr. St. John shall file any reply in support of his Motion to Amend (D.E. 4203) no later than 5 p.m. Pacific Time on Friday, November 27, 2015.

IT IS SO ORDERED.

Dated:  November ___, 2015

_____

Jon S. Tigar, United States District Judge