UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944 JST<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| This Order Relates To:<br><br>ALL DIRECT ACTION PLAINTIFFS | |

Now before the Court is Defendant Toshiba's Motion for Leave to File Motion for Reconsideration. ECF No. 4186. Toshiba's Motion for Leave is GRANTED. Any party opposing Toshiba' Motion for Reconsideration must file an opposition of no more than ten (10) pages no later than December 3, 2015. Toshiba must file a reply, if any, of no more than ten (10) pages no later than December 11, 2015.

IT IS SO ORDERED.

Dated: November 23, 2015

JON S. TIGAR
United States District Judge