UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER RE MOTION TO SHORTEN TIME AND ORDER TO SHOW CAUSE** |

Now before the Court is Objector Douglas W. St. John's motion to shorten time to hear his motion to amend the order appointing Special Master Martin Quinn. ECF Nos. 4204 (motion to shorten time); 4203 (motion to amend order of appointment); 4077 (order of appointment).

St. John first appeared in the case on October 8, 2015 when he filed his objection to the Indirect Purchaser Plaintiffs' motion for award of attorneys' fees and a conditional objection to their motion for settlement. ECF No. 4106. At the time he filed his objection, he was on notice regarding the terms of the Special Master's Order of Appointment, which was entered in September 2015. Nonetheless, St. John waited 43 days after objecting to file his motion for an order shortening time. On these facts, St. John fails to show the good cause required for an order shortening time to the extent he seeks.

The Court will shorten time slightly, however, so that the underlying motion to amend can be heard on December 15, 2015 as part of the case management conference scheduled on that date. See ECF No. 4164. Having read St. John's motion to amend, the Court is considering (among other possibilities) amending the final sentence of Paragraph Seven of the Special Master's order of appointment to add the phrase, ", subject to reallocation by the Court." See Fed. R. Civ. P. 53(g) ("the court must fix the master's compensation on the basis and terms stated in the

appointing order, but the court may set a new basis and terms after giving notice and an opportunity to be heard"); Aird v. Ford Motor Co., 86 F.3d 216, 221 (D.C. Cir. 1996), amended (Aug. 12, 1996) ("the district court enjoys broad discretion to allocate the master's fees as it thinks best under the circumstances of the case").  The parties should be prepared to address this proposal as well as any other arguments raised in St. John's motion or in oppositions thereto.

Oppositions to St. John's motion to amend are due by December 4, 2015 and are limited to 10 pages of text.  Where parties or objectors have the same interests or seek the same outcome, the Court orders parties and objectors to consolidate their responses to the maximum extent possible.  St. John may, but is not required to, file a reply brief of not more than 5 pages by December 10, 2015.

IT IS SO ORDERED.

Dated:  November 23, 2015

_____
JON S. TIGAR
United States District Judge