UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  November 23, 2015      Judge:  Jon S. Tigar

Time:  40 minutes

Case No.     **3:07-cv-05944-JST**
Case Name     **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

| | |
|---|---|
| Attorneys for Plaintiffs: | <u>Appearing in person:</u><br>Roman M. Silberfeld (for Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C.)<br><br><u>Appearing by telephone:</u><br>Mario N. Alioto (for Indirect-Purchaser Plaintiffs)<br><br><u>Also present in person:</u><br>James M. Wagstaffe (for Dell Inc.)<br><br><u>Also present by telephone:</u><br>William Blechman; Samuel Randall (for Sears, Roebuck and Co. and Kmart Corporation)<br>Kira A. Davis; Jonathan A. Patchen (for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America) |
| Attorneys for Defendants: | <u>Appearing in person:</u><br>Christopher M. Curran; Matthew N. Frutig (for Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.)<br><br><u>Also present by telephone:</u><br>Joel Sanders; Rachel Brass (for Chunghwa Picture Tubes)<br>Brad Brian; Cathleen Hartge (for LG Electronics, Inc.)<br>Eva Cole; Molly Donovan; Martin Geagan (for Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.) |

Deputy Clerk:  William Noble      Court Reporter:  Sarah Goekler

MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation
November 23, 2015

## PROCEEDINGS

Hearing on Toshiba's objection to Report and Recommendation granting Plaintiffs' motion to compel deposition of Toshiba's witnesses (docket 3146)

## RESULT OF HEARING

1. Objections to Judge Vaughn Walker's report and recommendations at docket 3146 are sustained in part and overruled in part.
    a. Court ordered Toshiba to amend its Rule 26 disclosures.
        i. By December 3, 2015 Plaintiff will send Defendant proposed language to include in Rule 26 statement.
        ii. By December 10, 2015 Defendant shall file proof of service of amended Rule 26 disclosures or the parties will file competing proposals.
    b. Mr. Amano and Mr. Famer are precluded from testifying on behalf of Toshiba at trial.
    c. The final sentence of the report (page 5, beginning at line 11) is reversed.
2. A written order will be issued.