1  DAVID L. YOHAI (*pro hac vice*)
   ADAM C. HEMLOCK (*pro hac vice*)
2  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
3  New York, New York 10153-0119
   Telephone: (212) 310-8000
4  Facsimile: (212) 310-8007
   E-mail: david.yohai@weil.com
5

6  BAMBO OBARO (Bar No. 267683)
   WEIL, GOTSHAL & MANGES LLP
7  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9  E-mail: bambo.obaro@weil.com

10

11  JEFFREY L. KESSLER (*pro hac vice*)
    EVA W. COLE (*pro hac vice*)
12  WINSTON & STRAWN LLP
    200 Park Avenue
13  New York, New York 10166-4193
    Telephone: (212) 294-6700
14  Facsimile: (212) 294-7400
    E-mail: jkessler@winston.com
15

16  *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co.,*
17  *Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

18                          **UNITED STATES DISTRICT COURT**
19                         **NORTHERN DISTRICT OF CALIFORNIA**
20                              **SAN FRANCISCO DIVISION**

21
    | **IN RE CATHODE RAY TUBE (CRT)** | No. 3:07-cv-05944-JST |
22  | **ANTITRUST LITIGATION**         |                        |
                                       | MDL No. 1917          |
23
    | This Document Relates to:       | **NOTICE OF WITHDRAWAL OF** |
24                                     | **ATTORNEY MEAGHAN**         |
                                       | **THOMAS-KENNEDY**           |
25  | ALL ACTIONS                     |                              |

26

27

28

NOTICE OF WITHDRAWAL OF ATTORNEY MEAGHAN
THOMAS-KENNEDY                                                    CASE NO. 07-CV-05944-JST

1     TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     **PLEASE TAKE NOTICE** that Meaghan Thomas-Kennedy is no longer associated with Weil, Gotshal & Manges LLP and is hereby withdrawn as counsel of record for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, "Panasonic Defendants"). The Panasonic Defendants request that Ms. Thomas-Kennedy be removed from all applicable service lists, including for Notices of Electronic Filing. All other counsel of record for the Panasonic Defendants remain unchanged.

Dated: November 24, 2015      WEIL, GOTSHAL & MANGES LLP

By:     */s/ Adam C. Hemlock*
         Adam C. Hemlock

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*