1   Theresa D. Moore (99978)
    Jill T. Lin (284962)
2   Attorney at Law
    One Sansome Street, 35th Floor
3   San Francisco, CA 94104
    Telephone: (415) 434-8900
4   Facsimile: (415) 434-9200
    tmoore@aliotolaw.com
5   jill.tan.lin@gmail.com

6   *Counsel for Objectors Rockhurst University,*
    *Harry Garavanian, and Gary Talewsky*

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11  | **IN RE: CATHODE RAY TUBE (CRT)** | Case No. 3:07-cv-5944-JST |
    | **ANTITRUST LITIGATION** | MDL No. 1917 |
12
    | | **CLASS ACTION** |
13
    | | **NOTICE OF APPEARANCE** |
14  | This Document Relates to: | |

15  | All Indirect Purchaser Actions | Judge:  Honorable John S. Tigar |
    | | Courtroom 9-19th Floor |
16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Jill T. Lin, Attorney At Law, One Sansome Street, 35th Floor, San Francisco, CA 94104, a member of the State Bar of California (California State Bar No. 284962) and admitted to practice before this Court, hereby enters her appearance as counsel for Objectors Rockhurst University, Harry Garavanian, and Gary Talewsky (collectively, "Objectors"). Objectors hereby request that their attorney Jill T. Lin be added to the docket and the all email notifications and documents filed in this action be provided to her at the following email address: jill.tan.lin@gmail.com.


Dated this November 30, 2015            /s/ Jill T. Lin_____
                                        Jill T. Lin
                                        Attorney at Law
                                        One Sansome Street, 35th Floor
                                        San Francisco, CA 94104
                                        Telephone: (415) 434-8900
                                        Facsimile: (415) 434-9200
                                        jill.tan.lin@gmail.com

                                        *Counsel for Objectors Rockhurst University,*
                                        *Harry Garavanian, and Gary Talewsky*

1

NOTICE OF APPEARANCE
Case No. 3:07-cv-5944-JST, MDL No. 1917