1

## <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on November 30, 2015, I authorized the electronic filing of the

3  foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

4  such filing to the e-mail addressed denoted on the Electronic Mail Notice List in this action, and I

5  hereby certify that pursuant to Local Rule 5-5, I caused to be mailed the foregoing document or

6  paper via the United States Postal Service to the non CM/ECF participants in this action.

7      I certify under penalty of perjury under the laws of the United States of American that the

8  foregoing is true and correct. Executed on December 1, 2015.

9

10                                          /s/ Jill T. Lin
                                           Jill T. Lin
11                                          Attorney at Law
                                           One Sansome Street, 35th Floor
12                                          San Francisco, CA 94104
                                           Telephone: (415) 434-8900
13                                          Facsimile: (415) 434-9200
                                           jill.tan.lin@gmail.com
14
                                           *Counsel for Objectors Rockhurst University,*
15                                          *Harry Garavanian, and Gary Talewsky*

16

17

18

19

20

21

22

23

24

25

26

27

28