Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:      312 222-9350
Facsimile:       312 527-0484
ttruax@jenner.com
mbrody@jenner.com
csklarsky@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:      (213) 443-3000
Facsimile:       (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:      +81 3 5510 1711
Facsimile:       +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US, Inc., and*
*Mitsubishi Electric Visual Solutions America, Inc.*

MDL No. 1917
Master No. 3:07-cv-05944-JST

MITSUBISHI ELECTRIC DEFENDANTS' NOTICE OF ERRATA TO PARTIES' JOINT CASE MANAGEMENT
CONFERENCE STATEMENT [ECF No. 4192]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944 JST (N.D. Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **MITSUBISHI ELECTRIC DEFENDANTS' NOTICE OF ERRATA TO PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT [ECF NO. 4192]** |
| All Direct Purchaser Actions | |
| All Indirect Purchaser Actions | Judge:    Hon. J. Tigar |
| *Best Buy Co. v. Hitachi, Ltd.,* 11-cv-05513; | |
| *Best Buy Co. v. Technicolor SA,* No. 13-cv-05264; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396; | |
| *Costco Wholesale Corp. v. Hitachi, Ltd, et al.,* Case No. 11-cv-06397; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.,* No. 13-cv-05723; | |
| *Crago, et al. v. Mitsubishi,* No. 14-cv-02058 | |
| *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.,* No. 13-cv-02171; | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.,* No. 3:11-cv-01656; | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05724; | |
| *Interbond Corp. of Am. v. Hitachi, Ltd. et al.,* No. 3:11-cv-06275; | |
| *Interbond Corp. of Am. v. Technicolor SA, et al.,* No. 13-cv-05727; | |
| *Office Depot, Inc. v. Hitachi, Ltd. et al.,* No. 3:11-cv-06276; | |
| *Office Depot, Inc. v. Technicolor SA, et al.,* No. 13-cv-05726; | |
| *P.C. Richard & Son Long Island Corp., et al.,* | |

*v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.,* No. 13-cv-05725;

*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;

*Siegel v. Technicolor SA,* No. 13-cv-05261;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.,* No. 3:12-cv-2649;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.,* No. 13-cv-05668;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;

*Sharp Elecs. Corp. v. Hitachi Ltd.,* No. 13-cv-1173

*Sears, Roebuck and co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.,* No.13-cv-00157;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 14-cv-02510

On November 17, 2015, the Parties filed their Joint Case Management Conference Statement, ECF No. 4192, pursuant to the Court Order of November 3, 2015, ECF No. 4164.  The Statement requested oral argument on certain pending motions, which were reflected in its Exhibit A.

The Statement inadvertently omitted two motions for which the Mitsubishi Electric Defendants seek oral argument: Mitsubishi Electric's Motion for Summary Judgment Based Upon Absence of Liability (ECF No. 3037) and Mitsubishi Electric's Motion in Limine No. 1 to Exclude the SDI Interrogatory (ECF No. 3598).  A revised Exhibit A to the Parties' Joint Case Management Conference Statement, containing these two omitted motions, is attached to this Notice.

1   Dated: December 1, 2015                    **JENNER & BLOCK LLP**

2
                                              By: /s/ *Terrence J. Truax*
3                                             Terrence J. Truax (*pro hac vice*)
                                              Email: ttruax@jenner.com
4                                             Charles B. Sklarsky (*pro hac vice*)
                                              Email: csklarsky@jenner.com
5                                             Michael T. Brody (*pro hac vice*)
                                              Email: mbrody@jenner.com
6                                             Gabriel A. Fuentes (*pro hac vice*)
                                              Email: gfuentes@jenner.com
7                                             JENNER & BLOCK LLP
                                              353 N. Clark Street
8                                             Chicago, Illinois 60654-3456
                                              Telephone:    (312) 222-9350
9                                             Facsimile:    (312) 527-0484

10                                            Brent Caslin (Cal. Bar. No. 198682)
                                              JENNER & BLOCK LLP
11                                            633 West Fifth Street
                                              Suite 3600
12                                            Los Angeles, California 90071
                                              Telephone:   (213) 239-5100
13                                            Facsimile:   (213) 239-5199
                                              bcaslin@jenner.com
14

15                                            **QUINN EMANUEL URQUHART &**
                                              **SULLIVAN, LLP**
16                                            Harold A. Barza (Cal. Bar. No. 80888)
                                              halbarza@quinnemanuel.com
17                                            Kevin Y. Teruya (Cal. Bar. No. 235916)
                                              kevinteruya@quinnemanuel.com
18                                            865 South Figueroa Street, 10th Floor
                                              Los Angeles, California 90017-2543
19                                            Telephone:    (213) 443-3000
                                              Facsimile:    (213) 443-3100
20
                                              Ryan S. Goldstein (Cal. Bar No. 208444)
21                                            QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
22                                            ryangoldstein@quinnemanuel.com
                                              NBF Hibiya Building, 25F
23                                            1-1-7, Uchisaiwai-cho, Chiyoda-ku
                                              Tokyo 100-0011, Japan
24                                            Telephone:    +81 3 5510 1711
                                              Facsimile:    +81 3 5510 1712
25
                                              *Attorneys for Defendants Mitsubishi Electric*
26                                            *Corporation, Mitsubishi Electric US, Inc., and*
                                              *Mitsubishi Electric Visual Solutions America, Inc.*
27

28                                                                          MDL No. 1917
                                                                 Master No. 3:07-cv-05944-JST
                                      -2-
        MITSUBISHI ELECTRIC DEFENDANTS' NOTICE OF ERRATA TO PARTIES' JOINT CASE MANAGEMENT
                              CONFERENCE STATEMENT [ECF No. 4192]