JEFFREY L. KESSLER (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
JENNIFER M. STEWART (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| This Document Relates to: | MDL. No. 1917 |
| *Best Buy Co. v. Hitachi, Ltd.*, No. 11-cv-05513; | **PANASONIC DEFENDANTS' JOINDER TO CO-DEFENDANTS' OUTSTANDING MOTIONS FOR SUMMARY JUDGMENT** |
| *Best Buy Co. v. Technicolor SA*, No. 13-cv-05264; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 2:11-cv-06396; | |
| *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, No. 11-cv-06397; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Dell Inc., et al. v. Phillips Electronics North America* | |

- 1 -

PANASONIC DEFENDANTS.' JOINDER TO                                    Case No. 07-5944 SC
CO-DEFENDANTS' OUTSTANDING MOTIONS                                        MDL No. 1917

1  *Corporation, et al.*, No. 13-cv-02171;

2  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656;

3

4  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

5  *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

6

7  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

8  *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276;

9

10 *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

11 *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*, No. 3:12-cv-02648;

12

13 *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

14 *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502;

15 *Siegel v. Technicolor SA*, No. 13-cv-05261;

16 *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649;

17

18 *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

19 *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776;

20

21 *Sharp Elecs. Corp. v. Hitachi Ltd.*, No. 13-cv-1173;

22 *Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514;

23

24 *Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA*, No. 13-cv-05262;

25

26 *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

27 *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 14-cv-02510

28

- 2 -

PANASONIC DEFENDANTS' JOINDER TO
CO-DEFENDANTS' OUTSTANDING MOTIONS

Case No. 07-5944 SC
MDL No. 1917

Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, "Panasonic Defendants") hereby join the following motions for summary judgment filed on November 7, 2014:

- SDI Defendants' Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics (Dkt. No. 2983);

- Mitsubishi Electric Defendants' Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC-Mitsubishi Electric Visual Systems Corporation (Dkt. No. 3026); and

- Corrected LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds (Dkt. No. 3053).

DATED:  December 2, 2015

By:  /s/ *Eva W. Cole*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*