1   Christopher M. Curran (*pro hac vice*)
2   ccurran@whitecase.com
    Lucius B. Lau (*pro hac vice*)
3   alau@whitecase.com
4   Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
5   White & Case LLP
    701 Thirteenth Street, N.W.
6   Washington, DC  20005
7   Telephone:  (202) 626-3600
    Facsimile:  (202) 639-9355
8
9   *Counsel to Defendants Toshiba Corporation,*
    *Toshiba America, Inc., Toshiba America*
10  *Information Systems, Inc., Toshiba America*
11  *Consumer Products, L.L.C., and*
    *Toshiba America Electronic Components, Inc.*
12

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
                   (SAN FRANCISCO DIVISION)
15

| | |
|---|---|
| 16  IN RE: CATHODE RAY TUBE (CRT) | Case No. 07-5944 JST |
| 17  ANTITRUST LITIGATION | MDL No. 1917 |
| 18 | |
| 19 | **DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015 RE PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY FROM TOSHIBA AND PANASONIC** |
| 20  This Document Relates to: | |
| 21  CERTAIN DIRECT ACTION | |
| 22  PLAINTIFFS' ACTIONS | |
| 23 | |
| 24 | |

25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    I, Matthew Frutig, hereby declare as follows:

2        1.      I am an attorney with the law firm of White & Case LLP, counsel for

3   Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information

4   Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic

5   Components, Inc. (the "Toshiba Defendants").

6        2.      I submit this declaration in support of the Toshiba's Objections to Special

7   Master's Recommended Order Dated October 21, 2015 Re Plaintiffs' Motion to Compel

8   Supplemental Discovery from Toshiba and Panasonic, filed contemporaneously herewith.

9   Except for those matters stated on information and belief, which I believe to be true, I have

10  personal knowledge of the facts stated herein, and I could and would competently testify

11  thereto if called as a witness.

12       3.      Attached hereto as **Exhibit 1** is a true and correct copy of the IPPs' First Set of

13  Interrogatories to Defendants, dated August 1, 2014.

14       4.      Attached hereto as **Exhibit 2** is a true and correct copy of the IPPs' Fourth Set

15  of Requests for Production of Documents to Toshiba Defendants, dated August 1, 2014.

16       5.      Attached hereto as **Exhibit 3** is a true and correct copy of the IPPs' First Set of

17  Interrogatories to Toshiba Defendants, dated August 1, 2014.

18       6.      Attached hereto as **Exhibit 4** are true and correct copies of the Toshiba

19  Defendants' Objections and Responses to the IPPs' First Set of Interrogatories to Defendants,

20  dated September 5, 2014.

21       7.      Attached hereto as **Exhibit 5** are true and correct copies of the Toshiba

22  Defendants' Objections and Responses to the IPPs' Fourth Set of Requests for Production of

23  Documents to Toshiba Defendants, dated September 5, 2014.

24       8.      Attached hereto as **Exhibit 6** are true and correct copies of the Toshiba

25  Defendants' Objections and Responses to the IPPs' First Set of Interrogatories to Toshiba

26  Defendants, dated September 5, 2014.

27       9.      Attached hereto as **Exhibit 7** is a true and correct copy of the IPPs' Motion to

28  Compel Interrogatory Responses, dated September 12, 2014.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1      10.     Attached hereto as **Exhibit 8** is a true and correct copy of the IPPs' Motion to

2    Compel Supplemental Discovery Responses, dated September 19, 2014.

3      11.     Attached hereto as **Exhibit 9** is a true and correct copy of the Toshiba

4    Defendants' Response to the IPPs' Motion to Compel Interrogatory Responses, dated

5    September 26, 2014.

6      12.     Attached hereto as **Exhibit 10** is a true and correct copy of the Toshiba and

7    Panasonic Defendants' Response to the IPPs' Motion to Compel Supplemental Discovery

8    Responses, dated October 3, 2014.

9      13.     Attached hereto as **Exhibit 11** is a true and correct copy of the IPPs' Reply to

10   the Toshiba Defendants' Response to IPPs' Motion to Compel Interrogatory Responses, dated

11   October 3, 2014.

12      14.     Attached hereto as **Exhibit 12** is a true and correct copy of the IPPs' Reply to

13   Toshiba's and Panasonic's Joint Response to IPPs' Motion to Compel Further Interrogatory

14   Responses, dated October 10, 2014.

15      15.     Attached hereto as **Exhibit 13** is a true and correct copy of the order entering

16   the Toshiba Defendants and IPPs' Stipulation Withdrawing Pending Motions, dated March

17   26, 2015.

18      16.     Attached hereto as **Exhibit 14** is a true and correct copy of the Special

19   Master's Request for Status re Motions, dated May 27, 2015.

20      17.     Attached hereto as **Exhibit 15** is a true and correct copy of the DAPs' Notice

21   re: Motions to Compel Toshiba Defendants, dated June 11, 2015.

22      18.     Attached hereto as **Exhibit 16** is a true and correct copy of the Toshiba and

23   Panasonic Defendants' Response to the DAPs' Notice, dated June 19, 2015.

24      19.     Attached hereto as **Exhibit 17** is a true and correct copy of the DAPs' Reply

25   Re Status re Motions to Compel, dated July 6, 2015.

26      20.     Attached hereto as **Exhibit 18** is a true and correct copy of the Special

27   Master's Recommended Order Re Plaintiffs' Motion to Compel Supplemental Discovery

28   from Toshiba and Panasonic, dated October 21, 2015.

DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL
MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015 RE PLAINTIFFS' MOTION TO
COMPEL SUPPLEMENTAL DISCOVERY FROM TOSHIBA AND PANASONIC
Case No. 07-5944 JST
MDL No. 1917

2

1       I declare under penalty of perjury under the laws of the United States of America that

2 the foregoing is true and correct.

3

4       Executed this 5th day of November, 2015, in Washington, DC.

5

6

7 

8                                      Matthew Frutig

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL
MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015 RE PLAINTIFFS' MOTION TO
COMPEL SUPPLEMENTAL DISCOVERY FROM TOSHIBA AND PANASONIC
Case No. 07-5944 JST
MDL No. 1917

1  White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

On November 5, 2015, I caused a copy of "DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015 RE PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY FROM TOSHIBA AND PANASONIC" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By:  ___*/s/ Lucius B. Lau*___
Lucius B. Lau

DECLARATION OF MATTHEW FRUTIG IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015 RE PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY FROM TOSHIBA AND PANASONIC
Case No. 07-5944 JST
MDL No. 1917