# Exhibit 14

Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>IPPs' 09/12/2014 Motion to Compel Panasonic, Toshiba, Philips<br><br>IPPs' 09/19/2014 Motion to Compel Toshiba and Panasonic<br><br>IPPs' and DAPs' 10/29/2014 Motion to Compel Toshiba | MDL No 1917<br><br>Master Case No 3:07-cv-05944SC<br><br>**REQUEST FOR STATUS RE MOTIONS** |

At their early convenience, counsel are requested to inform the undersigned of the status of the issues raised in the above motions and, whether, in light of developments in the litigation, the undersigned should give further consideration to these motions.

IT IS SO ORDERED.

Date: May 27, 2015

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: _____

_____
Honorable Samuel Conti
United States District Judge

REQUEST FOR STATUS RE MOTIONS                                    PAGE 2 OF 2