Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO OBJECTOR DOUGLAS W. ST. JOHN'S MOTION TO AMEND ORDER APPOINTING SPECIAL MASTER QUINN**<br><br>Date:   December 15, 2015<br>Time:   2:00 p.m.<br>Court:  Courtroom 9, 19th Floor<br><br>Judge: Honorable Jon S. Tigar |

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO OBJECTOR DOUGLAS W. ST. JOHN'S MOTION TO AMEND ORDER APPOINTING SPECIAL MASTER QUINN
Master File No. CV-07-5944-JST

I, Mario N. Alioto, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in support of IPPs' Opposition to Objector Douglas W. St. John's Motion to Amend the Order Appointing Special Master Quinn. The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. I have had a series of telephone conversations with Joseph Scott St. John, counsel for Objector Douglas W. St. John. In those conversations, I have repeatedly informed Joseph Scott St. John that expenses relating solely to IPP Counsel's claims for attorneys' fees would be paid for by IPP Counsel, not by the Class. There has never been any dispute about this, and it is our present intention, and it has been our intention before the matter was ever raised by Mr. St. John. To reiterate, attorney time and expenses incurred in pursuit of the IPP Counsel fee claim has not been included in the pending motion for attorneys' fees. Our policy of paying further expenses relating to our motion for attorneys' fees is consistent with our policy in this case all along.

3. However, the fact that the Class is not paying fee-related expenses does not mean that objectors such as Mr. St. John should not have to pay fee-related expenses. This matter remains in dispute as set forth more fully in the opposition papers filed herewith.

4. As of July 31, 2015, the Notice Company, which developed the Notice Program used for the proposed settlements, established and maintained online a website for the settlements that includes the Detailed Notice, the Summary Notice and the Claim Form.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 4, 2015, in San Francisco, California.

/s/     *Mario N. Alioto*
Mario N. Alioto

***Lead Counsel for the Indirect Purchaser Plaintiffs***

1

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO OBJECTOR DOUGLAS W. ST. JOHN'S MOTION TO AMEND ORDER APPOINTING SPECIAL MASTER QUINN
Master File No. CV-07-5944-JST