Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No. 3:07-cv-5944-SC )<br>) MDL No. 1917 ) |
| This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | )<br>)<br>)<br>) The Honorable Samuel Conti<br>) Special Master Charles A. Legge (Ret.)<br>)<br>) |

**JOINDER AND NOTICE OF RE-URGING OBJECTION OF SEAN HULL**

Objector Sean Hull, out of an abundance of caution, re-urges and incorporates by reference his original objection (Docket No. 4101) in opposition to the proposed class action settlement and proposed award of attorneys' fees and, in addition, joins in and incorporates by reference all pleadings, including but limited to reply briefs, filed or submitted by any other objectors in the above-referenced matter that are not inconsistent with his original objection whether such pleadings are filed or submitted before, on or after this date.

Dated: December 8, 2015            Respectfully submitted,

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

*Counsel for Objector Sean Hull*

## **PROOF OF SERVICE**

I hereby certify that on this day, I electronically filed this Joinder and Notice of Re-Urging of Objection of Sean Hull using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

I further certify that a true and correct copy of the foregoing objection has been forwarded to Plaintiff's counsel and the Class Action Clerk via U.S. Mail on this the 8th day of December, 2015.

Trump, Alioto, Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123

Class Action Clerk
United States District Court For
The Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

DATED this 8th Day of December, 2015.

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan