UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br><br> Case No. C-07-5944 JST |
| This Order Relates To: <br><br> ALL ACTIONS | **ORDER REGARDING SUPPLEMENTAL BRIEFING ON MOTIONS FOR SUMMARY JUDGMENT** |

The Court has discovered that several motions for summary judgment require supplemental briefing. For some, the need may not be obvious. See ECF No. 4219 (soliciting comment on the need for supplemental briefing regarding the Foreign Trade Antitrust Improvement Act). For others, the need may be plainer, such as where a party claimed that its motion or response was incomplete due to discovery which, for whatever reason, was scheduled to be completed after a filing deadline. See, e.g., ECF Nos. 3257, 3253. In such instances, counsel should be able readily to determine whether further evidence has become available, whether a given motion or opposition is still well founded,[1] and whether supplemental briefing would assist the Court.

The Direct Action Plaintiffs ("DAPs") and the defendants in the DAP cases who have moved for summary judgment are ordered to meet and confer regarding whether any party should

---

[1] For example, in their opposition to the Mitsubishi U.S. Defendants' motion for summary judgment, the Direct Action Plaintiffs requested that they be permitted to finish discovery but acknowledged that, at the time of the making of that request, they were "not presently aware [of] evidence which may be set forth in opposition to the Mitsubishi U.S. Defendants' Motion regarding their participation in the conspiracy[.]" ECF No. 3257 at 3. Presumably, if further discovery has not revealed such evidence, the Direct Action Plaintiffs will dismiss their claims against these defendants.

1  file a supplemental brief in support of, or in opposition to any pending motion for summary
2  judgment; a schedule for the filing of such briefs and the responses to them; and the page limits
3  that should apply.   The Court will discuss this issue at the December 15, 2015 Case Management
4  Conference and, based on that discussion, if it determines that further briefing is appropriate, will
5  order the parties to submit a (hopefully stipulated) proposed schedule shortly thereafter.

6  IT IS SO ORDERED.

7  Dated: December 9, 2015

JON S. TIGAR
United States District Judge