1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 JT<br><br>MDL No. 1917<br><br>**DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' RESPONSE TO THE ORDER TO SHOW CAUSE ON THE NEED FOR SUPPLEMENTAL BRIEFING REGARDING MOTIONS RELYING UPON THE FTAIA**<br><br>**Judge: Hon. Jon S. Tigar<br>Court: Courtroom 9, 19th Floor** |
| This document relates to:<br><br>DIRECT ACTION PLAINTIFF CASES | |

RESPONSE TO ORDER TO SHOW CAUSE

Case No. 07-5944
MDL No. 1917

29020405.1

The undersigned Defendants and Direct Action Plaintiffs ("DAPs")[1] hereby jointly respond to the Court's December 2 Order To Show Cause [Dkt. 4219] (the "Order").

The undersigned Defendants and DAPs have met and conferred, and agree that supplemental briefing regarding the amendments to the appellate decisions in *United States v. Hui Hsiung* and *Motorola Mobility LLC v. AU Optronics Corp.* would be helpful to the Court.

Furthermore, Defendants and the DAPs discussed and agreed upon a proposed schedule, subject to the Court's approval, for the briefing outlined in the Order. Under the parties' proposed schedule, each side's 12-page brief would be due 30 days from the date the Court enters an order requesting briefing (assuming the Court enters such an order). In agreeing on this 30-day supplemental briefing deadline, the parties sought to account for, among other things, the upcoming holiday period and the need to coordinate preparation of a single brief by each side among multiple parties.

Dated: December 9, 2015                    Respectfully submitted,

                                           */s/ Philip J. Iovieno*

                                           William A. Isaacson
                                           BOIES, SCHILLER & FLEXNER LLP
                                           5301 Wisconsin Ave. NW, Suite 800
                                           Washington, D.C. 20015
                                           Telephone: (202) 237-2727
                                           Facsimile: (202) 237-6131
                                           Email: wisaacson@bsfllp.com

                                           Stuart Singer
                                           BOIES, SCHILLER & FLEXNER LLP
                                           401 East Las Olas Blvd., Suite 1200
                                           Fort Lauderdale, FL 33301
                                           Telephone: (954) 356-0011
                                           Facsimile: (954) 356-0022
                                           Email: ssinger@bsfllp.com

                                           Philip J. Iovieno
                                           Anne M. Nardacci
                                           BOIES, SCHILLER & FLEXNER LLP
                                           30 South Pearl Street, 11th Floor
                                           Albany, NY 12207
                                           Telephone: (518) 434-0600

---

[1] Because it is Sharp's position that the Sharp case presents no FTAIA issues, *see* Dkt. 4192 at 7, the Sharp Plaintiffs take no position on this matter and do not join this submission.

Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corp., MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corp., and Tech Data Product Management, Inc.*

/s/ Scott N. Wagner

Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel:   305-374-7580
Fax:   305-374-7593
Email: rturken@bilzin.com
Email: swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc.*

/s/ Roman M. Silberfeld

Roman M. Silberfeld (SBN 62783)
David Martinez (SBN 193183)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

/s/ Kenneth S. Marks

Kenneth S. Marks
Jonathan J. Ross

RESPONSE TO ORDER TO SHOW CAUSE

2

Case No. 07-5944
MDL No. 1917

29020405.1

|   |   |
|---|---|
| 1 | Johnny W. Carter |
|   | David M. Peterson |
| 2 | SUSMAN GODFREY L.L.P. |
|   | 1000 Louisiana Street, Suite 5100 |
| 3 | Houston, Texas 77002 |
|   | Telephone: (713) 651-9366 |
| 4 | Facsimile: (713) 654-6666 |
|   | Email: kmarks@susmangodfrey.com |
| 5 | Email: jross@susmangodfrey.com |
|   | Email: jcarter@susmangodfrey.com |
| 6 | Email: dpeterson@susmangodfrey.com |

Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*


By: */s/* David. J. Burman

David J. Burman
Cori G. Moore
Nicholas H. Hesterberg
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
Email:  CGMoore@perkinscoie.com
Email:  NHesterberg@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corp.*


By: /s/ Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

*Attorneys for Plaintiff ViewSonic Corp.*

RESPONSE TO ORDER TO SHOW CAUSE

3

Case No. 07-5944
MDL No. 1917

29020405.1

Case 4:07-cv-05944-JST   Document 4231   Filed 12/09/15   Page 5 of 11

By: /s/ William J. Blechman

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
Email: kmurray@knpa.com
Email: wblechman@knpa.com
Email: rarnold@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

By: /s/ Debra D. Bernstein

Michael P. Kenny
Debra D. Bernstein
Rodney J. Ganske
Matthew D. Kent
Elizabeth Jordan
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com
matthew.kent@alston.com
elizabeth.jordan@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
Kerr & Wagstaffe LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500
wagstaffe@kerrwagstaffe.com

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

RESPONSE TO ORDER TO SHOW CAUSE

4

Case No. 07-5944
MDL No. 1917

29020405.1

| | | |
|---|---|---|
| 1 | DATED: December 9, 2015 | **MUNGER, TOLLES & OLSON LLP** |
| 2 | | By: */s/ Brad D. Brian*<br>BRAD D. BRIAN (SBN 079001) |
| 3 | | brad.brian@mto.com<br>GREGORY J. WEINGART (SBN 157997) |
| 4 | | gregory.weingart@mto.com<br>SUSAN E. NASH (SBN 101837) |
| 5 | | susan.nash@mto.com<br>E. MARTIN ESTRADA (SBN 223802) |
| 6 | | martin.estrada@mto.com<br>MUNGER, TOLLES & OLSON LLP |
| 7 | | 355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560 |
| 8 | | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |

*Attorneys for Defendant LG Electronics, Inc.*

**WINSTON & STRAWN LLP**

By: */s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER *(pro hac vice)*
ALDO A. BADINI (257086)
EVA COLE *(pro hac vice)*
MOLLY M. DONOVAN *(pro hac vice)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS *(pro hac vice)*
DAVID L. YOHAI *(pro hac vice)*
ADAM C. HEMLOCK *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**JENNER & BLOCK LLP**

By: /s/ *Terrence J. Truax*
Terrence J. Truax (*pro hac vice*)
Email: ttruax@jenner.com
Charles B. Sklarsky (*pro hac vice*)
Email: csklarsky@jenner.com
Michael T. Brody (*pro hac vice*)
Email: mbrody@jenner.com
Gabriel A. Fuentes (*pro hac vice*)
Email: gfuentes@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    (312) 222-9350
Facsimile:    (312) 527-0484

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199
bcaslin@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:    +81 3 5510 1711
Facsimile:    +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
Christopher M. Curran (pro hac vice)
ccurran@whitecase.com
Lucius B. Lau (pro hac vice)
alau@whitecase.com
Dana E. Foster (pro hac vice)
defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Rachel S. Brass*
JOEL S. SANDERS (Cal. Bar. No. 107234)
Email: jsanders@gibsondunn.com
RACHEL S. BRASS (Cal. Bar. No. 219301)
Email: rbrass@gibsondunn.com
AUSTIN V. SCHWING (Cal. Bar. No. 211696)
Email: aschwing@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

WILLIAM S. FARMER, SBN 46694
Email: WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
Email: DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
Email: JAlpren@FBJ-law.com
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone (415) 962-2876
Facsimile: (415) 520-5678

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

|   |   |
|---|---|
| 1 | **FAEGRE BAKER DANIELS LLP** |
| 2 | By: */s/ Kathy L. Osborn*_____<br>KATHY L. OSBORN (pro hac vice) |
| 3 | Email: kathy.osborn@FaegreBD.com<br>RYAN M. HURLEY (pro hac vice) |
| 4 | Email: ryan.hurley@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP |
| 5 | 300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204 |
| 6 | Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 |

JEFFREY S. ROBERTS (pro hac vice)
Email: jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Nathan Lane, III*_____
MARK C. DOSKER
Email: mark.dosker@squirepb.com
NATHAN LANE, III
Email: nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (pro hac vice)
Email: donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Sears, Roebuck and Co., et al. v. Technicolor SA, et al., & Office Depot, Inc. v. Technicolor SA, et al.*

RESPONSE TO ORDER TO SHOW CAUSE

8

Case No. 07-5944
MDL No. 1917

29020405.1

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By: */s/ Jeffrey I. Zuckerman*_____
Jeffrey I. Zuckerman (pro hac vice)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202.452.7350
Facsimile: 917.368.7350
Email: jzuckerman@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Sears, Roebuck and Co., et al. v. Technicolor SA, et al., & Office Depot, Inc. v. Technicolor SA, et al.*

**BAKER BOTTS L.L.P**

By: */s/ John T. Taladay*_____
JOHN M. TALADAY (*pro hac vice*)
ERIK T. KOONS (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com

JON V. SWENSON (SBN 233054)
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

RESPONSE TO ORDER TO SHOW CAUSE

9

Case No. 07-5944
MDL No. 1917

29020405.1

| | |
|---|---|
| 1 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 2 | By:   */s/ Michael W. Scarborough*_____ |
| 3 | GARY L. HALLING (66087)<br>Email:  ghalling@sheppardmullin.com |
| 4 | JAMES L. McGINNIS (95788)<br>Email:  jmcginnis@sheppardmullin.com |
| 5 | MICHAEL W. SCARBOROUGH (203524)<br>Email:  mscarborough@sheppardmullin.com |
| 6 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 7 | Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109 |
| 8 | Telephone:  (415)-434-9100<br>Facsimile:  (415)-434-3947 |

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd.*

RESPONSE TO ORDER TO SHOW CAUSE

10

Case No. 07-5944
MDL No. 1917

29020405.1