UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER FOR SUPPLEMENTAL BRIEFING REGARDING MOTIONS RELYING ON THE FTAIA** |
| ALL DIRECT ACTION PLAINTIFFS | |

The Court previously asked parties whether supplemental briefing would be helpful to determination of the parties' motions for summary judgment relating to the Foreign Trade Antitrust Improvement Act. See ECF No. 4219. The parties have now stated that such briefing would be helpful, see ECF No. 4231 at 1, and the Court agrees.

Pursuant to the parties' suggestion, id., each side's 12-page brief is due 30 days from today. Briefs are subject to all subject matter, length, and other limitations described in the Court's prior order. ECF 4219.

IT IS SO ORDERED.

Dated: December 10, 2015

JON S. TIGAR
United States District Judge