[*Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-JST (N.D. Cal.) |
| | MDL No. 1917 |
| This document relates to:<br><br>*All Direct Purchaser Actions*<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC<br><br>*Alfred H. Siegel as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.,* No. 3:11-cv-05502-SC<br><br>*Siegel v. Technicolor SA, et al.,* No.13-cv-05261<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 3:11-cv-05514-SC<br><br>*Sears, Roebuck and Co., et al. v. Technicolor SA,* No. 13-cv-05262<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.,* No. 13-cv-1173 SC<br><br>*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd., et al.,* No.13-cv-02510 | **DEFENDANTS' CORRECTED EXHIBIT A TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT PURSUANT TO COURT'S ORDER OF NOV. 3, 2015 [ECF NO. 4164]**<br><br>Judge: Hon. Jon S. Tigar<br>Date: December 15, 2015<br>Time: 9:30 a.m.<br>Crtrm.: 9, 19th Floor |

29039231.1

DEFENDANTS' CORRECTED EXHIBIT A TO CASE MANAGEMENT STATEMENT

1  Defendants submit this corrected list of motions for which they request oral argument,
2  previously identified in Defendants' Exhibit A to Case Management Statement (ECF No. 4192-1).
3  This list adds one motion (ECF No. 3001) and the related briefing (ECF Nos. 3248, 3459) that was
4  inadvertently omitted from the list and makes additional minor changes.  In order to have a
5  complete list in one location, the attached also incorporates the motions identified in the
6  Mitsubishi Defendant's Notice of Errata to Parties' Joint Case Management Conference Statement
7  filed on December 3, 2015 (ECF No. 4218).

DATED: December 10, 2015

**MUNGER, TOLLES & OLSON LLP**

By: */s/ Susan E. Nash*
BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
SUSAN E. NASH (SBN 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

**WINSTON & STRAWN LLP**

By: */s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER *(pro hac vice)*
ALDO A. BADINI (257086)
EVA COLE *(pro hac vice)*
MOLLY M. DONOVAN *(pro hac vice)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS *(pro hac vice)*
DAVID L. YOHAI *(pro hac vice)*
ADAM C. HEMLOCK *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue

|   |   |
|---|---|
| 1 | New York, New York 10153-0119 |
| 2 | Telephone: (212) 310-8000 |
|   | Facsimile: (212) 310-8007 |
| 3 | Email: steven.reiss@weil.com |
| 4 | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.* |

**JENNER & BLOCK LLP**

By: /s/ *Terrence J. Truax*
Terrence J. Truax (*pro hac vice*)
Email: ttruax@jenner.com
Charles B. Sklarsky (*pro hac vice*)
Email: csklarsky@jenner.com
Michael T. Brody (*pro hac vice*)
Email: mbrody@jenner.com
Gabriel A. Fuentes (*pro hac vice*)
Email: gfuentes@jenner.com
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    (312) 222-9350
Facsimile:     (312) 527-0484

Brent Caslin (Cal. Bar. No. 198682)
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:     (213) 239-5199
bcaslin@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:     (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:      +81 3 5510 1711
Facsimile:      +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*_____
Christopher M. Curran (pro hac vice)
ccurran@whitecase.com
Lucius B. Lau (pro hac vice)
alau@whitecase.com
Dana E. Foster (pro hac vice)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Rachel S. Brass*_____
JOEL S. SANDERS (Cal. Bar. No. 107234)
Email: jsanders@gibsondunn.com
RACHEL S. BRASS (Cal. Bar. No. 219301)
Email: rbrass@gibsondunn.com
AUSTIN V. SCHWING (Cal. Bar. No. 211696)
Email: aschwing@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

WILLIAM S. FARMER, SBN 46694
Email: WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
Email: DBrownstein@FBJ-law.com

29039231.1

-3-

DEFENDANTS' CORRECTED EXHIBIT A TO CASE MANAGEMENT STATEMENT

JACOB ALPREN, SBN 235713
Email: JAlpren@FBJ-law.com
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone (415) 962-2876
Facsimile: (415) 520-5678

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

**FAEGRE BAKER DANIELS LLP**

By: */s/ Kathy L. Osborn*
KATHY L. OSBORN (pro hac vice)
Email: kathy.osborn@FaegreBD.com
RYAN M. HURLEY (pro hac vice)
Email: ryan.hurley@FaegreBD.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS (pro hac vice)
Email: jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Nathan Lane, III*
MARK C. DOSKER
Email: mark.dosker@squirepb.com
NATHAN LANE, III
Email: nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (pro hac vice)
Email: donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000

Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Sears, Roebuck and Co., et al. v. Technicolor SA, et al., & Office Depot, Inc. v. Technicolor SA, et al.*

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By: */s/ Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (pro hac vice)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202.452.7350
Facsimile: 917.368.7350
Email: jzuckerman@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Sears, Roebuck and Co., et al. v. Technicolor SA, et al., & Office Depot, Inc. v. Technicolor SA, et al.*

By: */s/ John T. Taladay*
JOHN M. TALADAY (*pro hac vice*)
ERIK T. KOONS (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com


JON V. SWENSON (SBN 233054)
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

29039231.1

-5-

DEFENDANTS' CORRECTED EXHIBIT A TO CASE MANAGEMENT STATEMENT

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:  */s/ Michael W. Scarborough*
GARY L. HALLING (66087)
Email:  ghalling@sheppardmullin.com
JAMES L. McGINNIS (95788)
Email:  jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (203524)
Email:  mscarborough@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415)-434-9100
Facsimile:  (415)-434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd.*

**KIRKLAND & ELLIS LLP**

By: */s/ Eliot A. Adelson*
Eliot A. Adelson
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
James H.  Mutchnik, P.C. *(pro hac vice)*
Barack S. Echols *(pro hac vice)*
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago,  Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirklan.com

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

29039231.1

-6-

DEFENDANTS' CORRECTED EXHIBIT A TO CASE MANAGEMENT STATEMENT

**CERTIFICATE OF SERVICE**

I, Susan E. Nash, do hereby CERTIFY that a true and correct copy of the foregoing DEFENDANTS' CORRECTED EXHIBIT A TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT PURSUANT TO COURT'S ORDER OF NOV. 3, 2015 [ECF NO. 4164] has been furnished by ECF on this 10th day of December.

/s/ Susan E. Nash