UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER ON EX PARTE REQUEST FOR EXTENSION OF IPP CLAIMS DEADLINE** |
| ALL INDIRECT PURCHASER ACTIONS | |

On December 8, 2015, the Court received a letter dated December 7, 2015, a copy of which is attached as Exhibit A. The letter is an ex parte communication. It requests an extension of the claims deadline related to the upcoming Indirect Purchaser Plaintiff settlement hearing. The author of the letter appears not to be a claimant, a party, or an attorney for a party. Also, the claims deadline was December 7, 2015, and the letter was received by the Court on December 8, 2015.

The request is denied.

IT IS SO ORDERED.

Dated: December 10, 2015

JON S. TIGAR
United States District Judge