**Manor Ventures, LLC**

Louis Teplis
**404.217.5496**
Louis.Teplis@manorcap.com

December 7, 2015

United States District Court for the Northern District of California
450 Golden Gate Avenue, 16th floor
San Francisco, CA 94102-3489

      Re:    *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917
              *Case 07-5944 JST*
              Claims Deadline Extension

Judge Tigar:

I am writing to respectfully request an extension to the current claims deadline in the *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (the "***Settlement***"). The current claims deadline in the Settlement is Monday, December 7, 2015 ("***Claims Deadline***"), while the Fairness Hearing has being delayed until March 15, 2016 (the "***Fairness Hearing Date***").

Manor Ventures, LLC ("***Manor***"), offers individuals and businesses comprehensive capital recovery services for class action settlements. Manor is currently finalizing a program with a large partner that will allow Manor to offer 50Mil+ US individuals assistance with class action settlement claims filings, including without limitation, assisting applicable individuals with filing claims in the Settlement. The current Claims Deadline (today) does not provide Manor with the ability to send appropriate communications to the many consumers that might be eligible to participate in the Settlement. An extension to the Claims Deadline to a date consistent with the delayed Fairness Hearing Date will allow Manor to work with its partner to effectively communicate the Settlement recovery opportunity to millions of individuals and work with them towards the execution of claims filings with respect to the Settlement (which I believe is the ultimate goal of the Settlement).

Manor hereby respectfully requests an extension to the Claims Deadline for the foregoing reasons (and in conjunction with the delay of Fairness Hearing to March 15, 2016). Manor made a similar request to the claims administrator and class counsel. The claims administrator replied that it did not have the authority to extend the Claims Deadline and class counsel ultimately replied that it would not request an extension (correspondence with class counsel is included herewith).

Please let me know if you have any further questions or require any additional information. I can be contacted at the phone number and email address set forth above.

I look forward to hearing from you soon and am very hopeful that Your Honor will extend the Claims Deadline as respectfully requested herein.

Thank you for your time and help with this matter!

                    Respectfully,

                    *Louis Teplis*
                    Manor Ventures, LLC
                    Louis Teplis, Managing Partner

**Manor Ventures, LLC | 2870 Peachtree Rd., Ste. 261 | Atlanta, Georgia 30305**

usa4095@fedex.com

---

**From:** Joe Patane <jpatane@tatp.com>
**Sent:** Friday, December 04, 2015 10:04 AM
**To:** Louis Teplis
**Cc:** Joseph M. Fisher
**Subject:** Re: CRT Settlement - Claims Deadline Extension and Increased Consumer Participation

Lead counsel determined not to seek an extension at this time.

Sent from my iPhone.

On Dec 4, 2015, at 10:01 AM, Louis Teplis <Louis.Teplis@manorcap.com> wrote:

> Joe – Can you please help me better understand your email? Per our conversation, did you reach out to the Court and/or Special Master? Or did 'TATP' make the decision not to make the request? Thanks, LT
>
> **From:** Joseph Patane [mailto:JPatane@TATP.com]
> **Sent:** Friday, December 04, 2015 11:57 AM
> **To:** 'Louis Teplis'
> **Cc:** 'Joseph M. Fisher'
> **Subject:** RE: CRT Settlement - Claims Deadline Extension and Increased Consumer Participation
>
> Louis:
> Class Counsel does not intend to seek an extension of the claims filing date at this time. I encourage you to file your claims by December 7, 2015. If we decide to seek an extension in the future , I will let you know.
> Regards:
> Joe
>
> **From:** Louis Teplis [mailto:Louis.Teplis@manorcap.com]
> **Sent:** Thursday, December 3, 2015 8:53 AM
> **To:** JPatane@TATP.com
> **Cc:** 'Joseph M. Fisher'
> **Subject:** CRT Settlement - Claims Deadline Extension and Increased Consumer Participation
>
> Dear Joe:
>
> Thank you for taking the time to speak with me yesterday. My company, Manor Ventures ("*Manor*"), offers individuals and businesses comprehensive capital recovery services for class action settlements. Among other services, we provide class action settlement claim monitoring, eligibility identification, data preparation, and execution of claim fillings.
>
> Manor is currently working to finalize a program with a large partner that has over 50K+ corporate clients. This program will allow Manor to offer their employees, 50Mil+ US individuals, assistance with class action settlement claims filings, including without limitation, assisting applicable individuals with filing claims in the in the In Re: Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917 (the "*Settlement*"). Per our call yesterday, I understand that the current claims deadline in the Settlement is Monday, December 7th ("*Claims Deadline*"). The Claims Deadline provides us only a few days to send appropriate communications to the many consumers that might be eligible to participate in the Settlement.

I am writing to respectfully request that you ask the Judge for an extension to the Claims Deadline for the foregoing reasons (and in conjunction with the Fairness hearing being delayed until March 2016). An extension to the Claims Deadline will allow Manor to work with its partner to effectively communicate the Settlement recovery opportunity to millions of individuals and work with them towards the execution of claims filings.

Please let me know if you have any further questions or require any additional information. I look forward to hearing from you soon and am very hopeful that the Judge will allow the desired Claims Deadline extension.

Thank you for your time and help with this matter!

Best,

LT

_____
Manor Ventures, llc
Louis Teplis | Managing Partner
2870 Peachtree Rd., Ste 261 | Atlanta, Ga. 30305
ph: 404-217-5496

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system.   Disclaimer: Our filing fee is a percentage of your financial recovery, as stated on the Service Agreement you sign. You do not have to hire a third-party claims consultant and are entitled to file your claim on your own without incurring any fee. We are not a law firm and do not give legal advice. Manor Ventures and our companies are not associated with the class administrator, the court, class counsel or any other official parties. *For the Payment Card Settlement only: Claim forms are not yet available. For more information, or to contact the class administrator or class counsel at no cost regarding the litigation, visit the official settlement website at www.PaymentCardSettlement.com.