Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br>CERTAIN DIRECT ACTION PLAINTIFFS' CASES | **TOSHIBA DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-3(d), Toshiba respectfully submits this Notice of Supplemental Authority in Support of Toshiba's Objections to Special Master's Recommended Order Dated October 21, 2015, and hereby brings to the Court's attention the amendments to Rule 26(b)(1) of the Federal Rules of Civil Procedure, effective December 1, 2015.  *See* Fed. R. Civ. P. 86(a).  A copy of the amended language to Rule 26(b)(1) is attached to the accompanying Declaration of Matthew Frutig as Exhibit 1, at 12-13.

Dated:  December 11, 2015

Respectfully submitted,

**WHITE & CASE** LLP

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

## CERTIFICATE OF SERVICE

On December 11, 2015, I caused a copy of "TOSHIBA DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

  */s/ Lucius B. Lau*
  Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TOSHIBA DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF TOSHIBA'S OBJECTIONS TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015
Case No. 07-5944 JST, MDL No. 1917