UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>CERTAIN DIRECT ACTION PLAINTIFFS' CASES | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF TOSHIBA'S OBJECTION TO SPECIAL MASTER'S RECOMMENDED ORDER DATED OCTOBER 21, 2015** |

1  Upon consideration of the Toshiba Defendants' Motion for Leave to File Notice of
2  Supplemental Authority in Support of Toshiba's Objections to Special Master's
3  Recommended Order Dated October 21, 2015 ("Motion for Leave"), it is hereby
4  ORDERED that the Motion for Leave is GRANTED; and it is further
5  ORDERED that the Proposed Notice of Supplemental Authority accompanying the
6  Motion for Leave is deemed submitted for the Court's review.

8  IT IS SO ORDERED

10  DATED:_____         _____
11                                   Hon. Jon S. Tigar
12                                   United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005