Charles M. Thompson
1401 Doug Baker Blvd.
Suite 107-135
Birmingham, AL 35242
Tel 205-995-0068
Fax 205-995-0078
cmtlaw@aol.com



**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** ) | **Case No. CV-07-5944-SC** JST <br> **MDL No. 1917** |

**NOTICE OF APPEARANCE BY CHARLES M. THOMPSON**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Charles M. Thompson, of the Law Office Charles M. Thompson, P.C., hereby appears in this action as counsel on behalf of IPP Class member and Objector Elizabeth Kimberly Johnson, 82 Standifer Drive, Odenville, AL 35120 (Dkt. No. 4128). The undersigned requests that all pleadings and other documents be served upon the below named attorney using the contact information set forth herein.

Dated: December 7, 2015          Respectfully submitted,

/s/Charles M. Thompson
Charles M. Thompson
Charles M. Thompson, P.C.
1401 Doug Baker Blvd.
Suite 107-135
Birmingham, AL 35242
Telephone: 205-995-0068
Facsimile: 205-995-0078
cmtlaw@aol.com
Attorney for Elizabeth Kimberly Johnson

1

## CERTIFICATE OF SERVICE

2

    I hereby certify that on December 7, 2015, I mailed this document to:

3

Class Action Clerk
4   United States District Court for the
    Northern District of California
5   450 Golden Gate Avenue, 16th Floor
    San Francisco, CA 94102
6

7   Kirby McInerney LLP
8   Robert J. Gralewski, Jr.
    600 B Street, Suite 1900
9   San Diego, CA 92101

10

11                                          /s/ Charles M. Thompson
                                            Charles M. Thompson
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28