Guido Saveri (22349)
 *guido@saveri.com*
R. Alexander Saveri (173102)
 *rick@saveri.com*
Geoffrey C. Rushing (126910)
 *grushing@saveri.com*
Cadio Zirpoli (179108)
 *cadio@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the
Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917<br><br>**DIRECT PURCHASER PLAINTIFFS' NOTICE RE: SPECIAL MASTER'S REPORT RE: DISCOVERY MOTIONS AND RELATED MATTERS (DKT. 4151)**<br><br>Judge: Hon. Jon S. Tigar |
| This Document Relates to:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058-JST. | |

On October 28, 2015, Judge Vaughn R. Walker (ret.), the Special Master for discovery matters in this MDL, reported to the Court on the status of discovery disputes and related matters submitted by the parties. *See* Dkt. 4151.[1] Of the three pending motions before the Special Master as of October 27, 2015, two relate to disputes between Direct Purchaser Plaintiffs ("DPPs") and the Mitsubishi Defendants,[2] in the *Crago, d/b/a Dash Computers, Inc. v. Mitsubishi Electric Corporation* case, No. 14-CV-2058-JST. *See id.* at tbl.1.

Since the above-referenced report, DPPs submitted to the Special Master for resolution a Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery Re: Meetings With Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions. Attachment A to this Notice contains information regarding this additional motion in the form of the Special Master's Table 1.

Dated: December 11, 2015

Respectfully submitted,

By: */s/ R. Alexander Saveri*
R. Alexander Saveri
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94lll
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

---

[1] On November 16, 2015, the Court adopted the Special Master's Report. *See* Dkt. 4190.

[2] Plaintiffs use the term "Mitsubishi" to refer to Defendants Mitsubishi Electric Corporation ("MELCO"), Mitsubishi Electric US, Inc. ("MEUS") and Mitsubishi Electric Visual Solutions America, Inc. ("MEVSA").

# ATTACHMENT A

*In re CRT Antitrust Litigation*, MDL No 1917: Status of Motions Referred to Special Master Walker, December 11, 2015

**Pending Motions**

| Date Filed | Motion | Moving Party | Opposing Party | Status |
|---|---|---|---|---|
| 12/4/2015 | DPPs' Motion to Compel Mitsubishi to Provide Full and Complete Responses to Discovery Re: Meetings With Competitors, Sales, and Destruction of Evidence, and for Evidentiary Sanctions | DPPs | Mitsubishi | DPPs submitted opening brief |