UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  December 15, 2015                                          Judge:  Jon S. Tigar

Time:  1 hour, 35 minutes

Case No.      **3:07-cv-05944-JST**
Case Name     **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:        Mario Alioto
                                 Debra D. Bernstein
                                 William J. Blechman
                                 Joseph Cooper
                                 Joseph Cotchett
                                 Kira A. Davis
                                 Eric B. Fastiff
                                 Philip J. Iovieno
                                 Kenneth A. Gallo
                                 Michael P. Kenny
                                 Tracy Kirkham
                                 Michael P. Lehmann
                                 David Martinez
                                 Cori G. Moore
                                 Teresa Moore
                                 Jerome A. Murphy
                                 Jason C. Murray
                                 Samuel Randall
                                 Geoffrey C. Rushing
                                 R. Alexander Saveri
                                 Francis Scarpulla
                                 Bruce Simon
                                 Kyle Smith
                                 Allan Steyer
                                 Robert W. Turken
                                 Scott N. Wagner
                                 Steve Williams

                                 Joseph St. John (for Objector Douglas W. St. John)

MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation
December 15, 2015

| | |
|---|---|
| Attorneys for Defendants: | Rachel S. Brass |
| | Brad D. Brian |
| | Michael T. Brody |
| | Christopher M. Curran |
| | E. Martin Estrada |
| | Dana E. Foster |
| | Gabriel A. Fuentes |
| | Kevin B. Goldstein |
| | Ryan M. Hurley |
| | Jeffrey L. Kessler |
| | Erik T. Koons |
| | James McGinnis |
| | James H. Mutchnik |
| | Susan E. Nash |
| | Kathy L. Osborn |
| | Joel S. Sanders |
| | John M. Taladay |
| | Kevin Y. Teruya |
| | Terrence J. Truax |
| | Donald A. Wall |
| | Jeffrey I. Zuckerman |

Deputy Clerk:  William Noble                                                                 Court Reporter: Pam Batalo

## PROCEEDINGS

- Case Management Conference Further
- Direct Purchaser Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (docket 4055)
- Direct Purchaser Plaintiffs' Motion for Class Representative Incentive Awards (docket 4056)
- Objector Douglas W. St. John's Motion to Amend the Order Appointing Special Master Quinn (docket 4203)

## RESULT OF HEARING

1. Court will take under submission the motions at docket 4055 and 4056.  Any party wishing to submit revised expense reimbursements may do so by December 22, 2015.  A written order will be issued.

2. Motion at docket 4203 is under submission.  A written order will be issued.

MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation
December 15, 2015

3. The Court proposed the following dates for hearings on motions:
    a. January 13, 2016; January 20, 2016; January 27, 2016; February 9, 2016; February 23, 2016; March 7, 2016
    b. Court will issue an order setting out the organization of the pending motions that will be set for oral argument.

4. Proposed trial schedules
    a. Sharp cases will be tried separate
        i. Pretrial conference: August 10, 2016 and August 11, 2016
        ii. Jury selection: September 6, 2016
    b. DAP jury selection: November 7, 2016
    c. DPP jury selection: January 9, 2017
    d. The DAP and DPP will have a consolidated pretrial conference. A proposed date was not offered by the Court.

5. The parties are to meet and confer and submit a proposed joint case management schedule. No due date was set by the Court.