1    LINGEL H. WINTERS, ESQ. (State Bar No. 37759)
     LAW OFFICES OF LINGEL H. WINTERS
2    A Professional Corporation
     275 Battery Street, Suite 2600
3    San Francisco, California 94111
     Tel: (415) 398-2941
4    Fax: (415) 393-9887
     Email: sawmill2@aol.com
5
6    Attorneys for Indirect Purchaser Plaintiffs
7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  **IN RE: CATHODE RAY TUBE (CRT)** | **Case No: 3:07-cv-05944-JST** |
|      **ANTITRUST LITIGATION** | |
| 12 | **MDL No. 1917** |
| 13  **This Document Relates to:** | |
|      **INDIRECT PURCHASER ACTION** | **Case No. C-12-1998-NC** |
| 14  **Gio's, Inc., et al.** | **Related and Consolidated** |
| 15          **Plaintiffs,** | **DECLARATION OF LINGEL H. WINTERS** |
|         **v.** | **P.C. IN SUPPORT OF CLASS COUNSEL'S** |
| 16 | **MOTION FOR AN AWARD OF** |
|      **LG Electronics, Inc., et al.,** | **ATTORNEYS' FEES AND** |
| 17 | **REIMBURSEMENT OF EXPENSES** |
|          **Defendants.** | |
| 18 | |

19      I, Lingel H. Winters, declare as follows:

20      1.     I am the owner of the law firm of Lingel H. Winters Professional Corporation. I

21  submit this Declaration in support of Class Counsel's application for an award of attorneys' fees in

22  connection with services rendered in the above action and reimbursement of expenses incurred by

23  this firm related to the investigation, prosecution, and settlement of claims in the course of this

24  litigation. I was admitted to practice before the courts of California in 1966 and the U.S. Supreme

25  Court in 1996.

26      2.     This firm has substantial experience in complex litigation and/or antitrust class action

27  cases. A firm biography and the biography of each attorney currently employed with the firm who

28  has worked more than twenty hours on this case are attached hereto.

---

DECLARATION OF LINGEL H. WINTERS P.C. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN
AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

3.    On April 23, 2012, this firm filed *Gio's, Inc. v. LG Electronics, Inc.* Case No. CV 12-1998-NC in the San Francisco Division of the above-entitled Court and subsequently, a motion to relate or consolidate that case with *In re Cathode Ray Tube (CRT) Antitrust Litigation* Case No. C-07-5944-SC. On May 14, 2012, the Court entered its Order Relating And Consolidating *Gio's, Inc. v. LG Electronics, Inc.* Case No. CV 12-1998-NC with *In re Cathode Ray Tube (CRT) Antitrust Litigation* Case No. C-07-5944-SC (Dkt. No. 1194.)

4.    The work performed by this firm was necessary to the prosecution of this class action and was assigned or authorized by Co-Lead Counsel. This firm's compensation for services rendered in this case was wholly contingent on the success of this litigation, and was totally at risk.

5.    This firm actively participated in this litigation, including by performing the following work:

      a.    Drafted pleadings and memoranda;

      b.    Attended court appearances;

      c.    Conducted case investigation

6.    The total number of hours spent on this litigation, from inception, by attorneys and paralegals at this firm has been 170.9 hours. Time spent preparing the fee petition and related documents is not included.

7.    the total lodestar for this time, calculated at the firm's historic hourly rates during the litigation, is $145,265.

8.    A schedule is attached hereto with the total time spent by each attorney and paralegal of this firm on this case, and the lodestar calculation for that attorney or paralegal based on this firm's historic billing rates, which is $850 per hour. The schedule was prepared from contemporaneous daily time records regularly maintained by this firm, which are available at the request of the Court.

9.    This firm has expended a total of $350 in non-reimbursed expenses in connection with the prosecution of this litigation. These expenses are summarized as follows:

///

///

DECLARATION OF LINGEL H. WINTERS P.C. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

| EXPENSE | AMOUNT |
|---|---|
| Copying Charges | $ |
| Court Fees (filing, etc.) | $350 |
| Computer Research (Lexis, Westlaw, etc.) | $ |
| Telephone and Facsimile | $ |
| Postage/Express Delivery | $ |
| Travel: Air Transportation, Ground Travel, Meals and Lodging | $ |
| Common Litigation Fund | $ |
| Outside IT Services/Database Work | $ |
| **TOTAL EXPENSES:** | **$350** |

10.     The expenses incurred pertaining to this case are reflected in the books and records of this firm maintained in the ordinary course of business.  These books and records are prepared from expense vouchers, invoices, check records and similar items, and are an accurate record of expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

**EXECUTED this 15th day of December, 2015.**


*/s/ Lingel H. Winters*
LINGEL H. WINTERS

3

DECLARATION OF LINGEL H. WINTERS P.C. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN
AWARD OF  ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

# EXHIBIT 1

# CURRICULUM VITAE OF
# LINGEL H. WINTERS

A Professional Corporation
275 Battery St., Suite 2600
San Francisco, CA 94111
415-398-2941

**EDUCATION:**

### UNIVERSITY OF CALIFORNIA AT BERKELEY
School of Law (Boalt Hall)
Juris Doctor Degree 1965

### YALE UNIVERSITY, New Haven, CT
Bachelor of Arts Degree 1960

**EXPERIENCE:**

Aug '82 – Present

### LAW OFFICES OF LINGEL H. WINTERS
**A Professional Corporation**
**President & Owner**

Mar '80 – Jul '82

### NATIONAL SEMICONDUCTOR   CORPORATION
**Associate General Counsel**
2900 Semiconductor Dr.
Santa Clara, CA

May '72 – Feb '80

### SYSTRON-DONNER CORPORATION
**General Counsel & Secretary**
One Systron Drive, Concord, CA

Dec 68 – Apr 72

### KAISER AFFILIATED COMPANIES
**Corporate Counsel**
300 Lakeside Dr.
Oakland, CA

Jan 66 – Dec 68

### WAGNER, LYNCH, CURRAN and MINNEY
**Trial Lawyer**
800 Tribune Tower, Oakland, CA

Lingel H. Winters received his B. A. from Yale University in 1960 and received his J. D. from the University of California at Berkeley (Boalt Hall) in 1965.  He is admitted to practice before the courts of California, the U. S. District

Courts for the Northern and Central Districts of California, the Ninth Circuit Court
of Appeals and the U. S. Supreme Court. Mr. Winters has over 45 years of
experience in litigating and managing high technology antitrust and business
litigation as trial counsel and CEO of Lingel H. Winters Professional Corporation
since 1982 and as General Counsel of Syston-Donner Corporation, a diverse
electronics company and as Associate General Counsel of National Semiconductor
Corporation, a semiconductor and computer manufacturer.

Mr. Winters has litigated various antitrust and unfair competition cases:
as a member of the plaintiffs' Executive Committee, managing the California State
Court _Microsoft Coordination Proceedings_ J.C.C.P. No. 4106, Antitrust Litigation,
which was certified as a class action and resulted in a settlement valued at $1.1
Billion; *In re TFT-LCD (Flat Panel) Antitrust Litigation; In re DRAM Antitrust
Litigation; In re Optical Disk Drive Products Antitrust Litigation; In re SRAM
Antitrust Litigation; In re Cathode Ray Tube Antitrust Litigation; In re Online
DVD Rental Antitrust Litigation; In re Flash Memory Antitrust Litigation; 3-M
Transparent Tape Antitrust Litigation,* J.C.C.P. 4338: *Attridge v.Visa U.S.A., Inc.;
MasterCard International, Inc. Visa International; Visa, Inc. ; Urethane Antitrust
Litigation,* J.C.C.P. 4367; Lead Counsel, *Plaza Pacific Equities Class Action,*
Alameda County Superior Court. Mr. Winters has litigated a variety of high-
technology business and real estate cases, including the following:

In conjunction with the Flehr, Hohbach patent firm, Mr. Winters conducted
a 3.5 month patent antitrust trial in the case of *Systron-Donner Corp. v.
Schlumberger Corp., et al.,* which resulted in the invalidation of two pioneer
patents in the field of dual slope analog to digital converters, utilized by
Schlumberger for anti-competitive purposes. He has also served as trial counsel in
a number of high tech cases including *Tipton v. Information Data Systems, et al.,*
involving computers and software, 99 C.A.3d 501; *Systron-Donner Corp. v.
Sundstrand Data Control, Inc.,* 182 U.S.P.Q.561, a patent license case involving
accelerometers utilized as sensors for controlling missiles and aircraft, as well as
substantial unreported cases: plaintiff's counsel in _Attridge v. Visa USA, Inc. et al.,_
an antitrust class action in San Francisco Superior Court. *National Semiconductor
Corp. v. Applied Materials, Inc. et al. and General Instrument Corp. v. Applied
Material, Inc.* involving machines for manufacturing semiconductor chips; *G. D.
Searle & Co. v. National Semiconductor Corp.,* involving the application of
semiconductor chips to medical equipment; and *Lindberg v. Systron-DonnerCorp.,*
involving the fire detectors installed on Boeing 727s; _Microsoft Coordination
Proceedings_ J.C.C.P. No. 4106, Antitrust Litigation, (member Executive
committee) which was certified as a class action and resulted in a settlement valued

2

at $1.1 Billion; *In re TFT-LCD (Flat Panel) Antitrust Litigation; In re DRAM Antitrust Litigation; In re SRAM Antitrust Litigation; In re Flash Memory Antitrust Litigation; 3-M Transparent Tape Antitrust Litigation*, J.C.C.P. 4338: *Attridge v.Visa U.S.A., Inc.; MasterCard International, Inc. Visa International* (UCL Litigation); *Visa, Inc. ; Urethane Antitrust Litigation*, J.C.C.P. 4367; Lead Counsel, *Plaza Pacific Equities Class Action*, Alameda County Superior Court; *Lindberg v. Systron-Donner Corp.*, (acquisition litigation); *Tipton v. Information Data Systems*, 99 CA.3d 50, (acquisition litigation); *Systron-Donner v. Schlumberger Ltd. et al.*, (patent antitrust); *Systron-Donner Corp. v. Sundstand Data Control Inc.*, 82 U.S.P.Q.561, (patent and licensing of accelerometers); *Beernink v. Plaza Pacific Equities, Inc., et al.*, (investment class action); *National Semiconductor Corp. v. Allendale Insurance Co.*, (business interruption); *General Instrument Corp. v. Computervision Corp.*, (chip machine product liability); *Delta V v. Tera Corp.*, (windmill product liability); *Iman v. Firestone Tire and Rubber Co.*, (toxic tort).  Mr. Winters was also lead counsel in the investor class action *Beermink, et al. v. Plaza Pacific Equities, Inc., et al.* in the San Francisco Superior Court and concluded a class settlement and distribution

## Reported Cases:

Member California Plaintiff's Executive Committee, *In re Microsoft I-V Cases* 2002-2 Trade Cases (CCH) Para. 73,013 at 88,555-65; *National Semiconductor Corp. v. Allendale Mut. Ins. Co.* 549 F.Supp. 1195 (D.Conn. 1982); *Tipton vs Information Data Systems* (1979) 99 C.A.3rd 501; *Systron-Donner Corp. vs. Sundstrand Data Control, Inc.*, (1974) 182 U.S.P.Q. 561(1974); 135 Cal. App.4th 706.

## MILITARY:

Served on active duty with the Navy as a Lieutenant (j.g.), 1960-1962; responsibilities included managing an accounting office and training personnel. Honorably released to inactive duty in the Naval Reserve, July 13, 1962.

## HONORS, ACTIVITIES, PROFESSIONAL ORGANIZATIONS And ASSOCIATIONS:

State Bar of California, American Society of Corporate  Secretaries.  Admitted to practice before the U. S. Supreme Court, United States Ninth Circuit Court of Appeals and United States District Court, Northern District of California and Central District of California. Honored Member National Directory of Who's Who,

1998-2002. General Counsel and Secretary, Systron-Donner Corporation, Concord, California, 1972-1980. Associate General Counsel, National Semiconductor Corporation, Santa Clara, California, 1980-1982.

Boalt Hall: Received Best Oral Advocate Award, James Patterson McBaine Moot Court; selected to participate in honorary brief writing competition.

Yale: Four-year scholarship in Directed Studies; Yale Key; Phi Gamma Delta; Dwight Hall Council; Debating Club; United Nations Day. Committee.

EXHIBIT 2

**Firm Name: Lingel H. Winters Prof. Corp.**

| Summary | Hours | Lodestar |
|---------|-------|----------|
| 2012 | 32.2 | $27,370 |
| 2013 | 45.4 | 38,590 |
| 2014 | 58.7 | 49,895 |
| 2015 | 34.6 | 29,410 |
| Total | 170.9 | $145,265 |

# TIME REPORT (CRT CLASS)

**Lingel H. Winters Professional Corporation**

**YEAR 2012**

**ABA TASK CODES**

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L220 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L230 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L240 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L250 Other Written Motions and Subs | L350 Discovery Motions |
| L190 Other Case Assessment, Devel. and Admin. | L260 Class Action Certification and Notice | L360 Travel |

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY: | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lingel H. Winters (P) | 18.16 | | | | | | 14.00 | | | | | | | | | | | $ 850.00 | 32.2 | $27,370 |
| ATTORNEY TOTALS: | 18.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 $ | | 32.2 | $27,370 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | | |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 $ | | 0.0 $ | - |
| OVERALL TOTALS: | 18.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 32.2 $ | 27,370.00 |

# TIME REPORT (CRT CLASS)

## LINGEL H. WINTERS PROF. CORP.

### Year: 2013

**ABA TASK CODES**

L110 Fact Investigation/Development
L120 Analysis/Strategy
L130 Experts/Consultants
L140 Document/File Management
L160 Settlement/Non-Binding ADR
L190 Other Case Assessment, Devel., and Admin.

L210 Pleadings
L230 Court Mandated Conferences
L240 Dispositive Motions
L250 Other Written Motions and Subs
L260 Class Action Certification and Notice

L310 Written Discovery
L320 Document Production
L330 Depositions
L340 Expert Discovery
L350 Discovery Motions
L360 Travel

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lingel H. Winters (P) | 45.36 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **ATTORNEY TOTALS:** | 45.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **PARALEGALS** | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **PARALEGAL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OVERALL TOTALS:** | 45.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|
| | $850 | 45.4 | $ 38,590 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| 0.00 | | 45.4 | $ 38,590.00 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| 0.00 | | 0.0 | $ - |
| 0.00 | | 45.4 | $ 38,590.00 |

# TIME REPORT (CRT CLASS)

FIRM NAME: LINGEL H. WINTERS PROF. CORP.

YEAR: 2014

## ABA TASK CODES

L110 Fact Investigation/Development
L120 Analysis/Strategy
L130 Experts/Consultants
L140 Document/File Management
L160 Settlement/Non-Binding ADR
L190 Other Case Assessment, Devel., and Admin.

L210 Pleadings
L230 Court Mandated Conferences
L240 Dispositive Motions
L250 Other Written Motions and Subs.
L260 Class Action Certification and Notice

L310 Written Discovery
L320 Document Production
L330 Depositions
L340 Expert Discovery
L350 Discovery Motions
L360 Travel

## POSITIONS

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L190 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lingel H. Winters (P) | $8.70 | | | | | | | | | | | | | | | | | $ 850.00 | $8.7 | $49,895 |
| ATTORNEY TOTALS: | $8.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 $ | | $8.7 | $ 49,895 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | | | | | | | |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 $ | $ - |
| OVERALL TOTALS: | $8.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $8.7 $ | 49,895.00 |

# TIME REPORT (CRT CLASS)

**FIRM NAME: LINGEL H. WINTERS PROF. CORP.**

**YEAR: 2015**

**ABA TASK CODES**

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Sales | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lingel H. Winters (P) | 34.60 | | | | | | | | | | | | | | | | | $850 | 34.6 | $29,410 |
| ATTORNEY TOTALS: | 34.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 34.6 | $29,410 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | | |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 | $ - |
| OVERALL TOTALS: | 34.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 34.6 | $ 29,410.00 |

# CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 275 Battery Street, Suite 2600, San Francisco, CA 94111.

On December 15, 2015, I served the following document(s): **DECLARATION OF LINGEL H. WINTERS P.C. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** on the interested parties in this action as follows:

## ALL INTERESTED PARTIES IN THIS ACTION

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, San Francisco, California.

☒ **By E-Service:** I electronically served the above document(s) via ECF/PACER on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

☐ By E-Service: I electronically served the above document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.


Executed:  December 15, 2015

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


/s/ Lingel H. Winters
Lingel H. Winters

PROOF OF SERVICE