UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL DIRECT ACTION PLAINTIFFS | MDL No. 1917<br><br>Case No. C-07-5944 JST<br><br>**ORDER REGARDING SCHEDULING OF ORAL ARGUMENTS ON MOTIONS FOR SUMMARY JUDGMENT** |

The Court currently has pending a large number of summary judgment motions. Consistent with the grouping of those motions specified in ECF No. 4078-1 and identified by the Court at yesterday's Case Management Conference, the Court now sets argument on the pending motions on the following dates:

1. January 13, 2016 – Control (ECF Nos. 2983, 3014, 3026, 3053, 3102);
2. January 20, 2016 – Standing (ECF Nos. 2994, 3050) <u>and</u> Statute of Limitations (ECF No. 3044);
3. January 27, 2016 – Foreign Trade Antitrust Improvement Act (ECF Nos. 3003, 3006, 3008, 3032, 3108);
4. February 9, 2016 – Withdrawal (ECF Nos. 2972, 2995, 3027, 3086);
5. February 23, 2016 – Absence of Liability (ECF Nos. 2976, 2981, 2984, 3001, 3037, 3040, 3048); and
6. March 7, 2016 – State Law Claims (ECF Nos. 2973, 2978, 2997, 3029, 3031).

All hearings will take place at 9:30 a.m.

/ / /

/ / /

1  The sequence in which these motions are heard does not necessarily reflect the order in
2  which the Court will decide them.
3  IT IS SO ORDERED.
4  Dated:  December 16, 2015



JON S. TIGAR
United States District Judge

2