Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

[Additional stipulating parties on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc. et al. v. Hitachi Ltd., et al.*, No. 3:11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396; | **THE TOSHIBA DEFENDANTS AND DAPS' STIPULATION AND [PROPOSED] ORDER REGARDING THE COURT'S DECEMBER 8, 2015 ORDER DIRECTING THE TOSHIBA DEFENDANTS TO AMEND THEIR RULE 26 DISCLOSURES** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1. *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397;

2. *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723;

3. *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656;

4. *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

5. *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275;

6. *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

7. *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.¸* No. 3:12-cv-02648;

8. *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

9. *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649;

10. *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

11. *Sharp Elec. Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173;

12. *Sharp Elec. Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776; and

13. *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157.

THE TOSHIBA DEFENDANTS AND DAPS' STIPULATION
AND [PROPOSED] ORDER REGARDING THE COURT'S DECEMBER 8, 2015 ORDER
DIRECTING THE TOSHIBA DEFENDANTS TO AMEND THEIR RULE 26 DISCLOSURES
Case No. 07-5944 JST
MDL No. 1917

1   Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants") and the undersigned Direct Action Plaintiffs (the "DAPs") have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on August 1, 2014, the Toshiba Defendants served the Plaintiffs with the Toshiba Entities' Amended Rule 26(a)(1) Initial Disclosures, thereby adding five people, including Tomohito Amano, to their Rule 26(a)(1) Initial Disclosures as individuals who may have information that the Toshiba Defendants may use to support their claims or defenses;

WHEREAS, on September 2, 2014, the Plaintiffs filed a motion with Special Master Walker seeking an order compelling the depositions of Mr. Amano and the four other individuals added to the Toshiba Defendants' Rule 26(a)(1) Initial Disclosures on August 1, 2014;

WHEREAS, on October 1, 2014, the Toshiba Defendants served the Plaintiffs with the Toshiba Entities' Second Amended Rule 26(a)(1) Initial Disclosures, thereby withdrawing Mr. Amano from their Rule 26(a)(1) Initial Disclosures as an individual who may have information that the Toshiba Defendants may use to support their claims or defenses;

WHEREAS, on November 20, 2014, Special Master Walker issued the Order re Plaintiffs' Motion to Compel Depositions of Toshiba Witnesses (Dkt. No. 3146), in which Special Master Walker granted the Plaintiffs' motion to compel, concluded that the Toshiba Defendants "failed to update [their] Rule 26 initial disclosures," and ordered the Toshiba Defendants to amend their Rule 26(a)(1) Initial Disclosures regarding Mr. Amano;

WHEREAS, on November 24, 2014, the Toshiba Defendants filed Objections to the Special Master's November 20, 2014 Recommended Order ("Objections") (Dkt. No. 3154), in which the Toshiba Defendants argued, in part, that they had no obligation to update their Rule 26(a)(1) Initial Disclosures;

THE TOSHIBA DEFENDANTS AND DAPS' STIPULATION
AND [PROPOSED] ORDER REGARDING THE COURT'S DECEMBER 8, 2015 ORDER
DIRECTING THE TOSHIBA DEFENDANTS TO AMEND THEIR RULE 26 DISCLOSURES
Case No. 07-5944 JST
MDL No. 1917

WHEREAS, on November 23, 2015, the Court held a hearing regarding the Toshiba Defendants' Objections and sustained the Objections in part;

WHEREAS, on November 23, 2015, the Court issued a Minute Entry (Dkt. No. 4208) directing the parties to confer regarding proposed language regarding Mr. Amano to include in the Toshiba Defendants' Rule 26(a)(1) Initial Disclosures, and directing that, by December 10, 2015, the Toshiba Defendants either file a proof of service of their amended Rule 26(a)(1) Initial Disclosures (if the parties agreed on proposed language regarding Mr. Amano), or for the parties to submit competing proposals to the Court (if the parties were unable to agree on proposed language);

WHEREAS, on December 8, 2015, the Court issued the Order Adopting in Part and Denying in Part Report and Recommendation (Dkt. No. 4228), in which the Court *inter alia*, held that the Toshiba Defendants did not breach any discovery obligation and had no obligation to update their Rule 26(a)(1) Initial Disclosures, and extended the deadline until December 17, 2015, for either the Toshiba Defendants to file a proof of service of their amended Rule 26(a)(1) Initial Disclosures or for the parties to submit competing proposals;

WHEREAS, the parties conferred pursuant to the Court's December 8, 2015 order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. The Toshiba Defendants need not further amend their Rule 26(a)(1) Initial Disclosures with respect to Tomohito Amano; and therefore
2. The Toshiba Defendants need not file a proof of service with the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____        _____
                                                                        Hon. Jon S. Tigar
                                                                        United States District Judge

THE TOSHIBA DEFENDANTS AND DAPS' STIPULATION
AND [PROPOSED] ORDER REGARDING THE COURT'S DECEMBER 8, 2015 ORDER
DIRECTING THE TOSHIBA DEFENDANTS TO AMEND THEIR RULE 26 DISCLOSURES
Case No. 07-5944 JST
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Respectfully submitted,

Dated: December 17, 2015

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
    Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
    Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
    Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
    701 Thirteenth Street, N.W.
    Washington, DC 20005
    tel.: (202) 626-3600
    fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

By: */s/ Roman Silberfeld*
    Roman Silberfeld
    David Martinez
    Jill S. Casselman
    ROBINS KAPLAN LLP
    2049 Century Park East, Suite 3400
    Los Angeles, CA 90067-3208
    Telephone: (310) 552-0130
    Facsimile: (310) 229-5800
    Email: rmsilberfeld@robinskaplan.com
           dmartinez@robinskaplan.com
           jscasselman@robinskaplan.com

    Elliot S. Kaplan
    K. Craig Wildfang
    Laura E. Nelson
    ROBINS KAPLAN LLP

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

|   |   |
|---|---|
| 1  | 800 LaSalle Avenue |
| 2  | 2800 LaSalle Plaza |
|    | Minneapolis, MN 55402 |
| 3  | Telephone: (612) 349-8500 |
| 4  | Facsimile: (612) 339-4181 |
|    | Email: eskaplan@robinskaplan.com |
| 5  |       kcwildfang@robinskaplan.com |
| 6  |       lenelson@robinskaplan.com |
| 7  | *Counsel for Plaintiffs Best Buy Co., Inc., Best* |
| 8  | *Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and* |
| 9  | *BestBuy.com, L.L.C.* |
| 10 | By: */s/ Kenneth A. Gallo* |
| 11 | Kenneth A. Gallo (pro hac vice) |
|    | Joseph J. Simon (pro hac vice) |
| 12 | Craig A. Benson (pro hac vice) |
| 13 | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 14 | 2001 K Street, NW |
| 15 | Washington, DC 20006 |
|    | Telephone: (202) 223-7300 |
| 16 | Facsimile: (202) 223-7420 |
| 17 | Email: kgallo@paulweiss.com |
| 18 |       jsimons@paulweiss.com |
|    |       cbenson@paulweiss.com |
| 19 |   |
| 20 | Stephen E. Taylor (SBN 058452) |
|    | Jonathan A. Patchen (SBN 237346) |
| 21 | TAYLOR & COMPANY LAW OFFICES, LLP |
| 22 | One Ferry Building, Suite 355 |
|    | San Francisco, California 94111 |
| 23 | Telephone: (415) 788-8200 |
| 24 | Facsimile: (415) 788-8208 |
|    | Email: staylor@tcolaw.com |
| 25 |       jpatchen@tcolaw.com |
| 26 |   |
| 27 |   |
| 28 |   |

THE TOSHIBA DEFENDANTS AND DAPS' STIPULATION
AND [PROPOSED] ORDER REGARDING THE COURT'S DECEMBER 8, 2015 ORDER
DIRECTING THE TOSHIBA DEFENDANTS TO AMEND THEIR RULE 26 DISCLOSURES
Case No. 07-5944 JST
MDL No. 1917
4

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Counsel for Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.*

By: */s/ Philip J. Iovieno*
    Philip J. Iovieno
    Anne M. Nardacci
    BOIES, SCHILLER & FLEXNER LLP
    30 South Pearl Street, 11th Floor
    Albany, NY 12207
    Telephone: (518) 434-0600
    Facsimile: (518) 434-0665
    Email: piovieno@bsfllp.com

    William A Isaacson
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave, NW, Suite 800
    Washington, DC 20015
    Telephone: (202) 237-2727
    Facsimile: (202) 237-6131
    Email: wisaacson@bsfllp.com

    Stuart Singer
    BOIES, SCHILLER & FLEXNER LLP
    401 East Las Olas Blvd., Suite 1200
    Fort Lauderdale, FL 33301
    Telephone: (954) 356-0011
    Facsimile: (954) 356-0022
    Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco LLC, and Tech Data*

THE TOSHIBA DEFENDANTS AND DAPS' STIPULATION
AND [PROPOSED] ORDER REGARDING THE COURT'S DECEMBER 8, 2015 ORDER
DIRECTING THE TOSHIBA DEFENDANTS TO AMEND THEIR RULE 26 DISCLOSURES
Case No. 07-5944 JST
MDL No. 1917
5

*Corporation and Tech Data Product Management, Inc.*

By: */s/ David G. Burman*
    David J. Burman (pro hac vice)
    Cori G. Moore (pro hac vice)
    Eric J. Weiss (pro hac vice)
    Nicholas H. Hesterberg (pro hac vice)
    Steven D. Merriman (pro hac vice)
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: (206) 359-8000
    Facsimile: (206) 359-9000
    Email: dburman@perkinscoie.com
           cgmoore@perkinscoie.com
           ehweiss@perkinscoie.com
           nhesterberg@perkinscoie.com
           smerriman@perkinscoie.com

    Joren Bass, Bar No. 208143
    PERKINS COIE LLP
    505 Howard Street, Suite 1000
    San Francisco, CA 94105
    Telephone: (415) 344-7120
    Facsimile: (415) 344-7320
    Email: jbass@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

THE TOSHIBA DEFENDANTS AND DAPS' STIPULATION
AND [PROPOSED] ORDER REGARDING THE COURT'S DECEMBER 8, 2015 ORDER
DIRECTING THE TOSHIBA DEFENDANTS TO AMEND THEIR RULE 26 DISCLOSURES
Case No. 07-5944 JST
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

On December 17, 2015, I caused a copy of the "THE TOSHIBA DEFENDANTS AND DAPS' STIPULATION AND [PROPOSED] ORDER REGARDING THE COURT'S DECEMBER 8, 2015 ORDER DIRECTING THE TOSHIBA DEFENDANTS TO AMEND THEIR RULE 26 DISCLOSURES" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: _/s/ Lucius B. Lau_
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS AND DAPS' STIPULATION
AND [PROPOSED] ORDER REGARDING THE COURT'S DECEMBER 8, 2015 ORDER
DIRECTING THE TOSHIBA DEFENDANTS TO AMEND THEIR RULE 26 DISCLOSURES
Case No. 07-5944 JST
MDL No. 1917