1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   IN RE: CATHODE RAY TUBE (CRT)          MDL No. 1917
    ANTITRUST LITIGATION
8                                          Case No. C-07-5944 JST

9

10  This Order Relates To:                 **ORDER REGARDING DEADLINE FOR
                                           REQUESTS TO FILE CERTAIN NEW
11                                          MOTIONS**
    ALL DIRECT ACTION PLAINTIFFS

12

13       At Tuesday's Case Management Conference, the Court set out a tentative schedule for trial

14  of the remaining cases.  The Court will finalize trial dates during a trial setting conference,

15  approximately two weeks following the hearing on final approval for the Indirect Purchaser

16  Plaintiff ("IPP") class settlement.  See ECF No. 4164 at 2.

17       The deadlines for summary judgment motions, motions in limine, and Daubert motions

18  have all passed.  See ECF No. 2459 at 3-4.  The Court does not anticipate that there will be a

19  significant need for additional motions beyond those already filed.  Nonetheless, the Court

20  recognizes that in rare instances, discovery conducted after the prior motions deadline, rulings on

21  existing motions, or other case events may provide good cause for the filing of an additional

22  motion.  The Court now sets a deadline of April 12, 2016 for the filing of requests for leave to file

23  an additional such motion.

24       Any request for leave to file an additional motion must be filed in accordance with the civil

25  local rules on administrative motions, should avoid arguing the merits of the underlying motion to

26  any significant degree, and must show good cause why new discovery or an intervening order of

27  / / /

28  / / /

United States District Court
Northern District of California

1    the Court made it impossible for the motion to be filed within the original deadlines set for such

2    motions.  Absent such a showing, the Court is likely to deny any request to file a new motion.

3         IT IS SO ORDERED.

4    Dated:  December 17, 2015

5                                                    _____
                                                         JON S. TIGAR
6                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California