UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944-JST <br> MDL No. 1917 <br> **CLASS ACTION** |
| This Document Relates To: <br><br> All Indirect Purchaser Actions | |

[~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING LEAVE TO FILE LATE REPLY

IT IS HEREBY ORDERED that Plaintiffs' Motion for Permission to File Reply in Support of Objections to Lead Counsel's Motions for Final Approval and Attorneys' Fees, is ~~granted.~~ DENIED.

12/18/15

Martin Quinn, Special Master