**Robert J. Bonsignore, Esq.**
**BONSIGNORE TRIAL LAWYERS, PLLC**
**3771 Meadowcrest Drive**
**Las Vegas, NV 89121**
**Phone: 781-856-7650**
**Email: rbonsignore@classactions.us**

*Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **OBJECTION TO SPECIAL MASTER ORDER DENYING LEAVE TO FILE LATE REPLY** |

Pursuant to Federal Rule of Civil Procedure 53, class members and indirect purchasers of Cathode Ray Tube, Anthony Gianasca, Gloria Comeaux, Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., Jeffrey Speaect, Rosemary Ciccone and Jeff Craig (the "Plaintiffs"), through their counsel Bonsignore Trial Lawyers, PLLC, Plaintiffs submit this Objection and Request for De Novo Review. Specifically, this paper is respectfully submitted in objection to Special Master Order Denying Leave to File Late Reply. See Exhibit 1- Order of Special Master JAMS Dkt #4263. Plaintiffs attach and incorporate by reference the arguments contained in their papers as submitted to the Special Master and request oral argument. See Exhibit 2- Plaintiffs moving papers in support of application to file late and its attachments. Ms. Ashkannejhad still has not received a copy of October 29, 2015 deposition or the its exhibits.  At the end of the deposition it was agreed the original was to be sent directly to Ms. Ashkannejhad.

Plaintiffs request the order to be reversed or modify and request for a hearing.

Plaintiffs also object to procedural and other defects related to the Special Masters scope of authority including those set forth in FRCP 53(a) A, B and C; (b) 1, 2, and 3; (f) 1, 2, and 5.  To the extent it will be reviewed, Plaintiffs, do not consent to the use of the Master and do not agree under the circumstances that an exceptional or other condition as contemplated by FRCP 53 B or C exits.

Dated:  December 24, 2015                    Robert J. Bonsignore


                                                                /s/ Robert J. Bonsignore
Robert J. Bonsignore (NH Bar #21241)
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Telephone:  (781) 856-7650
rbonsignore@class-actions.us

## CERTIFICATE OF SERVICE

I, Robert J. Bonsignore, hereby certify that on this 24th day of December 2015, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore