SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
E-mail:  ghalling@sheppardmullin.com
            jmcginnis@sheppardmullin.com
            mscarborough@sheppardmullin.com
            dballard@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC., SAMSUNG SDI (MALAYSIA) SDN. BHD., SAMSUNG SDI MEXICO S.A. DE C.V., SAMSUNG SDI BRASIL LTDA., SHENZEN SAMSUNG SDI CO., LTD. and TIANJIN SAMSUNG SDI CO., LTD.

*Additional Responding Parties and Counsel Listed On Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br><br>MDL No. 1917<br><br>**SETTLING DEFENDANTS' RESPONSE TO MOTION RE: APPOINTMENT OF CO-LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS WITH CLAIMS IN NON-REPEALER STATES** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |
| | Date:         January 21, 2016<br>Time:        2:00 p.m.<br>Judge:       Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

The undersigned Settling Defendants, each of which has reached a settlement with the Indirect Purchaser Plaintiffs that is pending final approval by the Court, write in response to the Motion Re: Appointment of Co-Lead Class Counsel for Indirect Purchaser Plaintiffs (ECF No. 4241), filed jointly by Cooper & Kirkham, P.C. and the Law Offices of Francis R. Scarpulla (collectively, "Objectors"), who have previously lodged objections to the pending IPP settlements.

In their motion, Objectors do not explain what significance their requested status as "Co-Lead Class Counsel" would hold, what rights and powers that status might confer, or the effective timing of any such new authority. It is possible that Objectors seek only to continue pursuing their existing objections to the settlements—which they are of course free to do—and Settling Defendants have no objection to the Court's implementation of whatever procedures it deems necessary to resolve those objections. However, Settling Defendants write to emphasize that whatever title Objectors may seek for themselves, Objectors should be granted no power to rescind, modify, or otherwise undermine the terms of the fully negotiated and executed settlement agreements between Settling Defendants and the IPPs—a power that Objectors might conceivably argue is included with the title of "Co-Lead Class Counsel."

Class action settlements would be significantly chilled if, months or years after an agreement was negotiated, it was possible for new "co-lead counsel" to suddenly substitute their judgment for that of existing lead counsel, and rescind or modify a fully executed agreement. *See, e.g., Maywalt v. Parker & Parsley Petroleum Co.*, 155 F.R.D. 494, 497 (S.D.N.Y. 1994) *affirmed by* 996 F.2d 1425 (2d Cir. 1993) (refusing "the drastic remedy of a Court ordered discharge of Class Counsel" where objectors were "free, and indeed encouraged, to vigorously lodge their objections to the Proposed Settlement."); *In re Ivan F. Boesky Sec. Litig.*, 948 F.2d 1358, 1365 (2d Cir. 1991) ("To empower each representative of a named plaintiff or subclass to veto" a settlement "would encourage strategic behavior . . . designed to maximize the value of the veto"). The settlement negotiation process fundamentally requires that each party have complete faith that the person on the other side of the table has authority to negotiate. *See In re Ivan F. Boesky Sec. Litig.*, 948 F.2d at 1366 ("Compelling defendants to negotiate with a single negotiator authorized to speak for all the classes eliminates opportunities for divisive settlement shopping and promotes

fair and comprehensive resolutions.").

Accordingly, Settling Defendants oppose Objectors' motion to the extent Objectors seek any power to rescind or modify the IPP settlement agreements already preliminarily approved and now before the Court for final approval.  Settling Defendants have no opposition to Objectors' continued zealous pursuit of their existing objections to the pending settlements within the appropriate framework of the final approval process.

Respectfully submitted:  December 28, 2015

By: ___/s/ Michael W. Scarborough___

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
 A Limited Liability partnership
 Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
E-mail: ghalling@sheppardmullin.com
           jmcginnis@sheppardmullin.com
           mscarborough@sheppardmullin.com
           dballard@sheppardmullin.com

*Attorneys for Defendants Samsung SDI Co., Ltd.,
Samsung SDI America, Inc.,
Samsung SDI (Malaysia) Sdn. Bhd.,
Samsung SDI Mexico S.A. de C.V.,
Samsung SDI Brasil Ltda.,
Shenzhen Samsung SDI Co. Ltd. and
Tianjin Samsung SDI  Co., Ltd.*

**WINSTON & STRAWN LLP**

By:   /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
ALDO A. BADINI (257086)
EVA COLE (pro hac vice)
MOLLY M. DONOVAN (pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (pro hac vice)
DAVID L. YOHAI (pro hac vice)
ADAM C. HEMLOCK (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**WHITE & CASE LLP**

By:   /s/ Christopher M. Curran
Christopher M. Curran (pro hac vice)
ccurran@whitecase.com
Lucius B. Lau (pro hac vice)
alau@whitecase.com
Dana E. Foster (pro hac vice)
defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

|   |   |
|---|---|
| 1 | **FAEGRE BAKER DANIELS LLP** |
| 2 | By:  */s/ Kathy L. Osborn* |
| 3 | KATHY L. OSBORN (pro hac vice)<br>Email: kathy.osborn@FaegreBD.com |
| 4 | RYAN M. HURLEY (pro hac vice)<br>Email: ryan.hurley@FaegreBD.com |
| 5 | FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700 |
| 6 | Indianapolis, IN 46204 |
| 7 | Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 |
| 8 |   |
| 9 | JEFFREY S. ROBERTS (pro hac vice)<br>Email: jeff.roberts@FaegreBD.com |
| 10 | FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo Center |
| 11 | 1700 Lincoln Street<br>Denver, CO 80203 |
| 12 | Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600 |
| 13 |   |
| 14 | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| 15 | **SQUIRE PATTON BOGGS (US) LLP** |
| 16 |   |
| 17 | By:  */s/ Nathan Lane, III*<br>MARK C. DOSKER |
| 18 | Email: mark.dosker@squirepb.com<br>NATHAN LANE, III |
| 19 | Email: nathan.lane@squirepb.com<br>275 Battery Street, Suite 2600 |
| 20 | San Francisco, CA 94111<br>Telephone: (415) 954-0200 |
| 21 | Facsimile: (415) 393-9887 |
| 22 |   |
| 23 | DONALD A. WALL (pro hac vice)<br>Email: donald.wall@squirepb.com |
| 24 | SQUIRE PATTON BOGGS (US) LLP<br>1 East Washington Street, Suite 2700 |
| 25 | Phoenix, Arizona 85004<br>Telephone: (602) 528-4000 |
| 26 | Facsimile: (602) 253-8129 |
| 27 | *Attorneys for Defendant Technologies Displays Americas LLC* |
| 28 |   |

**BAKER BOTTS L.L.P**

By:   */s/ John M. Taladay*
JOHN M. TALADAY (*pro hac vice*)
ERIK T. KOONS (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com

JON V. SWENSON (SBN 233054)
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

**KIRKLAND & ELLIS LLP**

By:   */s/ Eliot A. Adelson*

Eliot A. Adelson
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

James H.  Mutchnik, P.C. *(pro hac vice)*
Barack S. Echols *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago,  Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: bechols@kirklan.com

1
2
3   *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28