Michael L. Tuchin (State Bar No. 150375)
Robert J. Pfister (State Bar No. 241370)
Jonathan M. Weiss (State Bar No. 281217)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:    310-407-4000
Facsimile:    310-407-9090
Email:    mtuchin@ktbslaw.com
          rpfister@ktbslaw.com
          jweiss@ktbslaw.com

*Attorneys for Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-05944-JST |
| This document relates to all actions. | **REQUEST FOR REMOVAL FROM SERVICE LISTS** |

**TO THE UNITED STATES DISTRICT COURT, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, by and through this *Request for Removal from Service Lists*, Michael L. Tuchin of Klee, Tuchin, Bogdanoff & Stern LLP, requests that he be removed from the CM/ECF noticing list and any other service list in the above-captioned matter.

Dated:  December 30, 2015          */s/ Michael L. Tuchin*
                                   **KLEE, TUCHIN, BOGDANOFF & STERN LLP**
                                   Michael L. Tuchin
                                   1999 Avenue of the Stars, 39th Floor
                                   Los Angeles, CA 90067-6049
                                   Telephone: (310) 407-4000
                                   Facsimile: (310) 407-9090
                                   Email: mtuchin@ktbslaw.com

                                   *Attorneys for Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*