1  Michael P. Kenny, Esq. (admitted *pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted *pro hac vice*)
   debra.bernstein@alston.com
3  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
4  Atlanta, Georgia 30309-3424
   Tel: (404) 881-7000
5  Fax: (404) 881-7777

6  James M. Wagstaffe, Esq. (SBN 95535)
7  wagstaffe@kerrwagstaffe.com
   **KERR & WAGSTAFFE LLP**
8  101 Mission Street, 18th Floor
   San Francisco, California 94105-1576
9  Tel: (415) 371-8500
   Facsimile: (415) 371-0500
10

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*
11
   **[Additional Counsel Listed on Signature Page]**
12

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 JST<br><br>MDL No. 1917 |
| Individual Case No. 13-cv-2171 (JST)<br>*Dell Inc.; Dell Products L.P. v. Hitachi, Ltd. et al.*, | **STIPULATION REGARDING SCHEDULING OF ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS (MDL DKT NO. 3044)** |
| Individual Case No. 3:13-cv-01173-JST,<br>*Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, | |
| Individual Case no. 3:13-cv-2776-JST,<br>*Sharp Electronics Corp., et al. v. Koninklijke Philips Elecs., N.V. et al.*, | |

STIPULATION REGARDING SCHEDULING OF ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS (MDL DKT NO. 3044)

MDL NO. 1917 | 3:07-cv-05944 JST

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell"), Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively "Sharp"), and Defendants LG Electronics, Inc. ("LGE"), Defendant Technologies Displays Americas LLC ("TDA"), Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. ("Samsung SDI"), Defendants Thomson SA and Thomson Consumer Electronics, Inc. ("Thomson"), and Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. ("Toshiba") (collectively the "Moving Parties"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 16, 2015, the Court entered its Order Regarding Scheduling of Oral Arguments on Motions for Summary Judgment (MDL Dkt. No. 4253);

WHEREAS, that Order set argument on the Defendants' Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds (MDL. Dkt. No. 3044) ("Statute of Limitations Motion") on January 20, 2016;

WHEREAS, Dell's counsel has a conflict on January 20, 2016;

WHEREAS, Dell's counsel has conferred with the Sharp and the remaining Moving Parties and they are available for oral argument on the Statute of Limitations Motion on February 9, 2016—the current date for argument on the "Withdrawal" motions; and

WHEREAS, Dell obtained consent from Sharp and the remaining Moving Parties to seek leave of Court to reschedule the argument on the Statute of Limitations Motion for February 9, 2016.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Dell, Sharp, LGE, TDA, Samsung SDI, Thomson, and Toshiba, subject to the concurrence of the Court, that:

Argument on the pending Statute of Limitations Motion (MDL. Dkt. No. 3044) will be held on February 9, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 4, 2016

_____
Honorable Jon S. Tigar
United States District Judge

STIPULATION REGARDING SCHEDULING OF ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS (MDL DKT NO. 3044)

MDL NO. 1917 | 3:07-cv-05944 JST

| | | |
|---|---|---|
| 1 | Date:  December 22, 2015 | Respectfully submitted, |
| 2 | | /s/  Michael P. Kenny |
| 3 | | Michael P. Kenny |
| | | Debra D. Bernstein |
| 4 | | ALSTON & BIRD LLP |
| | | 1201 West Peachtree Street |
| 5 | | Atlanta, Georgia 30309-3424 |
| 6 | | Telephone:  (404)-881-7000 |
| | | Facsimile:  (404)-881-7777 |
| 7 | | Email:  mike.kenny@alston.com |
| | | debra.bernstein@alston.com |

James M. Wagstaffe, Esq. (SBN 95535)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, California  94105-1576
Telephone:  (415)-371-8500
Facsimile:  (415)371-0500
Email:  wagstaffe@kerrwagstaffe.com

*Counsel For Plaintiffs Dell Inc. and Dell Products L.P.*

/s/  Craig A. Benson
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email:   kgallo@paulweiss.com
            jsimons@paulweiss.com
            cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email:  staylor@tcolaw.com
            jpatchen@tcolaw.com

*Counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America, Inc.*

/s/ Brad D. Brian
BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
SUSAN E. NASH (SBN 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Counsel for Defendant LG Electronics, Inc.*

/s/  Donald Wall
Mark C. Dosker
Nathan Lane, III
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:   (415) 393-9887

Donald Wall (*pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 528-4000
Facsimile:   (602) 253-8129

*Counsel for Defendant Technologies Displays Americas LLC with respect to all cases except Sears, Roebuck and Co., et al. v. Technicolor SA, et al. and Office Depot v. Technicolor SA, et al.*

/s/  Ryan M. Hurley

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Tel:  (317) 237-0300
Fax: (317) 237-1000
Email:   kathy.osborn@faegrebd.com
             ryan.hurley@faegrebd.com

3

STIPULATION REGARDING SCHEDULING OF ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT
ON STATUTE OF LIMITATIONS GROUNDS (MDL DKT NO. 3044)

MDL NO. 1917 | 3:07-cv-05944 JST

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Tel: (303) 607-3500
Fax: (303) 607-3600
Email:  jeff.roberts@faegrebd.com

*Counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

/s/  Lucius B. Lau

Christopher M. Curran (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
Dana E. Foster (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel:  (202) 626-3600
Fax: (202) 639-9355
Email:  ccurran@whitecase.com
         alau@whitecase.com
         defoster@whitecase.com

*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

/s/  Michael W. Scarborough
Gary L. Halling (66087)
James L. McGinnis (95788)
Michael W. Scarborough (203524)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415)-434-9100
Facsimile:  (415)-434-3947
Email:  ghalling@sheppardmullin.com
         jmcginnis@sheppardmullin.com
         mscarborough@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd.*

4

STIPULATION REGARDING SCHEDULING OF ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS (MDL DKT NO. 3044)

MDL NO. 1917 │ 3:07-cv-05944 JST

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

5

STIPULATION REGARDING SCHEDULING OF ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS (MDL DKT NO. 3044)

MDL NO. 1917 | 3:07-cv-05944 JST