Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **DECLARATION OF JOSEF D. COOPER IN SUPPORT OF MOTION RE: APPOINTMENT OF CO-LEAD CLASS COUNSEL FOR INDIRECT-PURCHASER PLAINTIFFS WITH CLAIMS IN NON-REPEALER STATES**<br><br>Date:   January 21, 2016<br>Time:   2:00 p.m.<br>Judge:  The Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

---

DECLARATION OF JOSEF D. COOPER IN
SUPPORT OF MOTION RE: APPOINTMENT OF
CO-LEAD CLASS COUNSEL

Master File No. 3:07-cv5944 JST
MDL 1917

I, Josef D. Cooper, declare as follows:

1. I am a member in good standing of the State Bar of California, and licensed to practice in the states of California, Illinois and Hawaii. I am a Principal in Cooper & Kirkham, P.C. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them. I make this Declaration in Support of Motion Re: Appointment of Co-Lead Class Counsel for Indirect Purchaser Plaintiffs with Claims in Non-Repealer States ("Motion") (Dkt. 4241).

2. Pursuant to footnote 5 at page 3 of the Motion, Francis Scarpulla and I (and members of our offices) conferred with representatives of the Attorneys General of Illinois, Oregon and Washington on three occasions – December 17, 2015, December 21, 2015, and December 23, 2015 – regarding the representation of indirect purchasers of CRTs who are residents of those States.

3. During those conversations, we discussed the claims that would be prosecuted under federal law, the claims that would be advanced by the Attorneys General under state law, the relevant statutory and case law, the status of the Attorneys General's state court actions, and issues that might arise as a result of both advancing different claims for the same people in two separate courts.

4. Based on those conversations and legal research, I believe that the claims being advanced by the Attorneys General under state law are sufficiently similar to the federal claims to be prosecuted in the above-captioned action so that the interests of Illinois, Oregon and Washington residents will be adequately represented by the Attorneys General in their state court actions. The Attorneys General have represented that they will continue to vigorously prosecute these actions on behalf of their residents *parens patriae*.

| DECLARATION OF JOSEF D. COOPER IN SUPPORT OF MOTION RE: APPOINTMENT OF CO-LEAD CLASS COUNSEL | - 1 - | Master File No. 3:07-cv5944 JST MDL 1917 |

5. As a result of these discussions, I believe that there is no need to include persons with claims in Illinois, Oregon and Washington among the group of currently unrepresented class members whom the undersigned would represent pursuant to this Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of January, 2016, in San Francisco, California.

                                       /s/ Josef D. Cooper
                                          Josef D. Cooper

DECLARATION OF JOSEF D. COOPER IN    - 2 -    Master File No. 3:07-cv5944 JST
SUPPORT OF MOTION RE: APPOINTMENT OF               MDL 1917
CO-LEAD CLASS COUNSEL