# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This document relates to: | **[REVISED PROPOSED] ORDER APPOINTING CO-LEAD CLASS COUNSEL FOR INDIRECT-PURCHASER PLAINTIFFS WITH CLAIMS IN NON-REPEALER STATES** |
| All Indirect Purchaser Actions | |
| | Honorable Jon S. Tigar |

The Motion Re: Appointment of Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs with Claims in Non-Repealer States, filed by Josef D. Cooper of Cooper & Kirkham, P.C. and Francis O. Scarpulla of the Law Offices of Francis O. Scarpulla, came on regularly for hearing on January 21, 2016.  The Court, having carefully considered the papers and pleadings on file and oral arguments of counsel, hereby GRANTS the motion.  It is hereby ORDERED that:

1.      Pursuant to Federal Rule of Civil Procedure 23(g)(2)(A), Josef D. Cooper of Cooper & Kirkham, P.C. and Francis O. Scarpulla of the Law Offices of Francis O. Scarpulla are appointed as Co-Lead Class Counsel for the Indirect-Purchaser Plaintiffs with claims in Non-Repealer States[1];

2.      Co-Lead Class Counsel for the Indirect Purchaser Plaintiffs with claims in Non-Repealer States shall have the following responsibilities in this proceeding:

    a. To promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and unproductive efforts;

    b. To the extent necessary and allowed by the Court, to initiate and conduct all discovery proceedings and communicate with defense counsel with respect to same on all issues;

    c. To initiate all motions, requests for discovery, retention of experts, and other pretrial proceedings regarding the position of all Indirect-Purchaser Plaintiffs with claims in Non-Repealer States; and

    d. To advance and protect the interests of putative class members with claims in Non-Repealer States in all respects and to honor all of its responsibilities, including making sure that all representations and commitments made on their behalf are honored.

**IT IS SO ORDERED.**

Dated: _____, 2016

                                              _____
                                              Honorable Jon S. Tigar
                                              United States District Judge

---

[1] Alabama, Alaska, Arkansas, Colorado, Connecticut, Delaware, Georgia, Idaho, Indiana, Kentucky, Louisiana, Maryland, Massachusetts, Missouri, Montana, New Hampshire, New Jersey, Ohio, Oklahoma, Pennsylvania, Rhode Island, South Carolina, Texas, Utah, Virginia and Wyoming.