JASON DE BRETTEVILLE (SBN 195069)
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100
Email:  jdebretteville@sycr.com

Attorney for Defendant
Thomson S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>―――――――――――――<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 07-cv-05944-JST<br><br>MDL NO. 1917<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THOMSON S.A.** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

MDL NO. 1917

MOTION TO WITHDRAW AS COUNSEL

LITIOC/2129696v1/019999-0000

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jason de Bretteville of the law firm Stradling Yocca Carlson & Rauth, P.C., formerly of the law firm Sullivan & Cromwell LLP, will and hereby does respectfully seek leave of this Court, pursuant to Local Rule 11-5(a), to withdraw as counsel for Defendant Thomson S.A. (N/K/A Technicolor SA) in the above captioned matter.

# MOTION TO WITHDRAW

Pursuant to Local Rule 11-5, Jason de Bretteville ("Movant") hereby respectfully requests that the Court grant him leave to withdraw as counsel for Defendant Thomson S.A. ("Defendant"). Movant states the following grounds for this Motion:

1. On September 10, 2008, Movant filed a Notice of Appearance in the above captioned matter. Movant represented Defendant as part of his employment as special counsel at Sullivan & Cromwell LLP. ECF No. 376.

2. On October 28, 2008, Movant filed another Notice of Appearance in the above captioned matter as counsel for Defendant. ECF No. 405.

3. Subsequently, Movant terminated his employment at Sullivan & Cromwell LLP and began his employment at Stradling Yocca Carlson & Rauth, P.C. ("SYCR") as shareholder.

4. On July 23, 2013, the Court filed an order substituting Calvin L. Litsey of the law firm Faegre Baker Daniels LLP as counsel for Defendant in place of Sullivan & Cromwell LLP. ECF No. 1793.

5. Presently, neither SYCR nor Sullivan & Cromwell LLP represent any party in this matter. As such, Movant's withdrawal will not cause any prejudice or delay in this case.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-   MDL NO. 1917
MOTION TO WITHDRAW AS COUNSEL
LITIOC/2129696v1/019999-0000

6. Given the insubstantial nature of this Motion and the substantial burden to all parties in travelling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

Based on the foregoing reasons, Movant respectfully requests that this Court waive oral argument on this Motion, grant him leave to withdraw as counsel in the above captioned matter, and enter an order stating that Movant has so withdrawn.

DATED: January 6, 2016

STRADLING YOCCA CARLSON & RAUTH, P.C.

By: */s/ Jason de Bretteville*
Jason De Bretteville
Attorney for Defendant

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-   MDL NO. 1917
MOTION TO WITHDRAW AS COUNSEL
LITIOC/2129696v1/019999-0000

## CERTIFICATE OF SERVICE

I do hereby certify that on January 6, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by placing a copy of same in the United States mail, first class postage prepaid.

*/s/ Jason de Bretteville*_____
Jason De Bretteville

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-   MDL NO. 1917
MOTION TO WITHDRAW AS COUNSEL
LITIOC/2129696v1/019999-0000