Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 JST<br>MDL NO. 1917<br><br>**STIPULATION OF DISMISSAL OF LG ELECTRONICS, INC.** |
| This Document Relates to:<br><br>*Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 3:13-cv-01173-JST | |

1  Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company
2 of America, Inc. (collectively, "Sharp") and Defendant LG Electronics, Inc. ("LG Electronics"),
3 by and through undersigned counsel, stipulate to a dismissal with prejudice of all claims being
4 asserted by Sharp against LG Electronics in the above-captioned action pursuant to Rule 41(a)(2)
5 of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.
6 This stipulation does not affect the rights or claims Sharp may have against any other defendant
7 or alleged co-conspirator in the above-captioned action.
8  WHEREFORE, the parties respectfully request that this Court issue the Proposed Order
9 of Dismissal.
10  **IT IS SO STIPULATED.**

Dated:  January 6, 2016                                   Respectfully submitted,

By: */s/  Craig A. Benson*
Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

By: */s/ William D. Temko*
BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (SBN 98858)
william.temko@mto.com
SUSAN E. NASH (SBN 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

JEROME C. ROTH (SBN 159483)
jerome.roth@mto.com
MIRIAM KIM (SBN 238230)
miriam.kim@mto.com
CATHLEEN HAMEL HARTGE (SBN 296547)
cathleen.hartge@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant LG Electronics, Inc.*

## **E-FILING ATTESTATION**

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the Stipulation and Proposed Order of Dismissal of LG Electronics, Inc.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: January 6, 2016            */s/ Craig A. Benson*
                                         Craig A. Benson