Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (pro hac vice)
Ryan M. Hurley (pro hac vice)
Anna M. Konradi (pro hac vice)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com
anna.konradi@FaegreBD.com

Jeffrey S. Roberts (pro hac vice)
Faegre Baker Daniels LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Emily E. Chow (pro hac vice)
Faegre Baker Daniels LLP
2200 Wells Fargo
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: +1 612-766-7000
Facsimile: +1 612-766-1600
emily.chow@FaegreBD.com

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT ACTION PLAINTIFFS | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**CERTAIN DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT SUMMARY JUDGMENT MOTIONS HEARINGS**<br><br>Judge: Hon. Jon S. Tigar |

On December 16, 2015 the Court entered an Order Regarding Scheduling of Oral Arguments on Motions for Summary Judgment [Dkt. No. 4253], ("Order"), *modified by* [Dkt. No. 4276]. The Order provides that the Court shall hear oral argument on certain pending motions for summary judgment beginning at 9:30 a.m. on each of the following dates: January 13, 2016, January 20, 2016, January 27, 2016, February 9, 2016, February 23, 2016, and March 7, 2016 (collectively, "Hearings").

Counsel for Defendants Thomson SA, Thomson Consumer Electronics, Inc. (collectively "Thomson"), Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda. (collectively "Philips") respectfully request that they be permitted to appear at each of the Hearings by telephone.  Certain counsel for Thomson and Philips work and reside outside of California which, in light of commitments in other cases, may make it difficult for them to attend all of the Hearings in person.  Additional counsel for Thomson and/or Philips also may appear at the Hearings in person.

Dated:  January 6, 2016.

Respectfully submitted,

*/s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Anna M. Konradi (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com
anna.konradi@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone: +1-303-607-3500
Facsimile:  +1-303-607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA***

|   |   |
|---|---|
| 1 | By: */s/ Erik T. Koons* |
| | BAKER BOTTS LLP |
| 2 | John M. Taladay (*pro hac vice*) |
| | Erik T. Koons (*pro hac vice*) |
| 3 | 1299 Pennsylvania Ave., N.W. |
| | Washington, DC 20004-2400 |
| 4 | Telephone: (202) 639-7700 |
| | Facsimile: (202) 639-7890 |
| 5 | Email:  john.taladay@bakerbotts.com |
| |            erik.koons@bakerbotts.com |

***Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda.***

DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT SUMMARY JUDGMENT HEARINGS          3          No. 07-5944-SC; MDL No. 1917