(*Stipulating Parties on Signature Page*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | **MDL No. 1917**<br><br>**Case No. 07-cv-5944 JST**<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING ORDER ESTABLISHING SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br><br>Special Master: Martin Quinn, JAMS |

WHEREAS, on October 9, 2015, the Court-appointed Special Master Martin Quinn issued Special Master's Scheduling Order No. 1 (ECF No. 4121), which set a schedule for briefing the objections to the Indirect Purchaser Plaintiffs' ("IPPs") motion for attorneys' fees, reimbursement of litigation expenses and incentive awards for class representatives (ECF No. 4071), and final approval of the IPPs' settlements reached with the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants ("Settling Defendants")[1];

WHEREAS, eleven objections to the requested attorneys' fees and approval of the proposed settlements have been filed;

WHEREAS, following a request from the settling parties (ECF No. 4172), the Court

---

[1] Pursuant to this Court's Order (ECF No. 4195), IPPs' motion for final approval of the settlements with Settling Defendants was not filed with the Court. IPPs lodged the motion with the Special Master.

issued an Order Establishing Schedule (ECF No. 4185), which modified the Special Master's Scheduling Order No. 1;

WHEREAS, pursuant to the Order Establishing Schedule, the deadline for the Special Master's Report and Recommendation is January 15, 2016, the deadline for objections to the Report and Recommendation is February 5, 2016, and the deadline for oppositions to the objections is February 19, 2016;

WHEREAS, due to the nature of the issues before the Special Master, he has requested some additional time to prepare his Report and Recommendation;

WHEREAS, IPPs, Settling Defendants and Objectors[2] have agreed to extend the deadlines set forth in the Order Establishing Schedule in a manner that will allow the Special Master time to properly prepare his report, while preserving the March 15, 2016 hearing date and ensuring the Court has sufficient time to prepare for the hearing (as detailed below);

NOW THEREFORE, it is hereby stipulated and agreed by and between the undersigned that the schedule set forth in the Order Establishing Schedule be amended as follows:

1. Deadline for the Special Master to file Report & Recommendation – January 29, 2016
2. Deadline for objections to Report & Recommendation – February 12, 2016;
3. Deadline for oppositions to objections – February 23, 2016
4. Hearing on final approval of settlement, aggregate attorneys' fees/costs and incentive awards – March 15, 2016.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____  _____
  Hon. Jon S. Tigar
  United States District Judge

---

[2] IPPs sent this Stipulation and [Proposed] Order to counsel for all objectors.  IPPs did not receive sign-off by the deadline from the following counsel: Jan L. Westfall and Charles M. Thompson.

| | | |
|---|---|---|
| 1 | DATED:  January 7, 2016 | **TRUMP, ALIOTO, TRUMP & PRESCOTT LLP** |
| 2 | | By: */s/ Mario N. Alioto* |
| | | Mario N. Alioto (56433) |
| 3 | | Lauren C. Capurro (241151) |
| 4 | | 2280 Union Street |
| | | San Francisco, CA 94123 |
| 5 | | Telephone: (415) 563-7200 |
| | | Facsimile: (415) 346-0679 |
| 6 | | malioto@tatp.com |
| 7 | | laurenrussell@tatp.com |
| 8 | DATED: January 7, 2016 | *Lead Counsel for Indirect Purchaser Plaintiffs* |
| 9 | | **WHITE & CASE LLP** |
| 10 | | By:   */s/ Christopher M. Curran* |
| | | Christopher M. Curran (*pro hac vice*) |
| 11 | | ccurran@whitecase.com |
| | | Lucius B. Lau (*pro hac vice*) |
| 12 | | alau@whitecase.com |
| 13 | | Dana E. Foster (*pro hac vice*) |
| | | defoster@whitecase.com |
| 14 | | 701 Thirteenth Street, N.W. |
| | | Washington, DC  20005 |
| 15 | | tel.: (202) 626-3600 |
| | | fax: (202) 639-9355 |
| 16 | | |
| 17 | | *Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| 18 | | |
| 19 | | |
| 20 | DATED: January 7, 2016 | **SHEPPARD MULLIN RICHTER & HAMPTON** |
| 21 | | By:   */s/ Michael W. Scarborough* |
| 22 | | GARY L. HALLING (SBN 66087) |
| | | E-mail: ghalling@sheppardmullin.com |
| 23 | | JAMES L. MCGINNIS (SBN 95788) |
| 24 | | E-mail: jmcginnis@sheppardmullin.com |
| | | MICHAEL W. SCARBOROUGH (SBN 203524) |
| 25 | | E-mail: mscarborough@sheppardmullin.com |
| | | Four Embarcadero Center, 17th Floor |
| 26 | | San Francisco, CA 94111 |
| 27 | | Telephone: (415) 434-9100 |
| | | Facsimile: (415) 434-3947 |
| 28 | | |

|   |   |   |
|---|---|---|
| 1 |  | *Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.* |

Dated: January 7, 2016

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*

Eliot A. Adelson
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com

James H. Mutchnik, P.C. *(pro hac vice)*
Barack S. Echols *(pro hac vice)*
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Dated: January 7, 2016

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER *(pro hac vice)*
A. PAUL VICTOR *(pro hac vice)*
ALDO A. BADINI (257086)
EVA W. COLE *(pro hac vice)*
MOLLY M. DONOVAN *(pro hac vice)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
E-mail: jkessler@winston.com

DAVID L. YOHAI *(pro hac vice)*
ADAM C. HEMLOCK *(pro hac vice)*

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | 767 Fifth Avenue<br>New York, NY 10153-0119 |
| 3 | Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
| 4 | E-mail: david.yohai@weil.com |

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

BAKER BOTTS LLP

Dated: January 7, 2016                By: /s/ Erik T. Koons
                                      John M. Taladay
                                      Erik T. Koons
                                      BAKER BOTTS LLP
                                      1299 Pennsylvania Ave., N.W.
                                      Washington, D.C. 20004
                                      Telephone: (202) 639-7909
                                      Facsimile: (202) 585-1086

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

Dated: January 7, 2016                By: /s/ Kathy L. Osborn

                                      Kathy L. Osborn (pro hac vice)
                                      Ryan M. Hurley (pro hac vice)
                                      Faegre Baker Daniels LLP
                                      300 N. Meridian Street, Suite 2700
                                      Indianapolis, IN 46204
                                      Telephone: +1 317-237-0300
                                      Facsimile: +1 317-237-1000
                                      kathy.osborn@FaegreBD.com
                                      ryan.hurley@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

Dated: January 7, 2016                By: /s/ Donald Wall
                                      Donald Wall
                                      SQUIRE PATTON BOGGS (US) LLP

|   |   |
|---|---|
|   | 1 E. Washington Street, Suite 2700<br>Phoenix, AZ 85004<br>Telephone: (602) 528-4000<br>Facsimile: (602) 253-8129<br>Email: donald.wall@squirepb.com<br><br>*Attorneys for Defendant Technologies Displays Americas, LLC* |
| Dated: January 7, 2016 | By: /s/ Christopher A. Bandas<br>Christopher A. Bandas<br>BANDAS LAW FIRM, P.C.<br>500 North Shoreline Blvd.<br>Suite 1020<br>Corpus Christi, Texas 78401-0353<br>(361) 698-5200 Telephone<br>(361) 698-5222 Facsimile<br><br>*Attorneys for Appellant Sean Hull* |
| Dated January 7, 2016 | By: /s/ Joseph Scott St. John<br>Joseph Scott St. John<br>514 Mockingbird Drive<br>Long Beach, MS 39560<br>Tel: 410-212-3475<br>jscottstjohnpublic@gmail.com<br><br>*Attorney for Objector Douglas W. St. John* |
| Dated: January 7, 2016 | LAW OFFICE OF GEORGE W. COCHRAN<br><br>By: */s/ George W. Cochran*<br><br>George W. Cochran, Esq.<br>**LAW OFFICE OF GEORGE W. COCHRAN**<br>1385 Russell Drive<br>Streetsboro, OH 44241<br>Telephone: (330) 607-2187<br>Facsimile: (330) 230-6136<br>Email: lawchrist@gmail.com<br><br>*Attorney for Class Member/Objector Josie Saik* |

Dated:  January 7, 2016          LAW OFFICES OF PAUL B. JUSTI


                                 By_____/s/Paul B. Justi_____
                                           Paul B. Justi

                                 Attorneys for Class Member and Objector
                                 DAN L. WILLIAMS & CO.


Dated:  January 7, 2016          KAMALA D. HARRIS
                                 Attorney General of California



                                 _____/s/ Emilio E. Varanini_____
                                 EMILIO E. VARANINI
                                 Deputy Attorney General
                                 *Attorneys for the State of California*


Dated: January 7, 2016           By: /s/_____
                                 Theresa D. Moore
                                 Attorney At Law
                                 One Sansome Street, 35th Floor
                                 San Francisco, CA 94104
                                 Telephone: 415 434-8900
                                 Facsimile: 415 434-9200
                                 Email: tmoore@aliotolaw.com

                                 *Counsel for Objectors Rockhurst University, Harry Garavanian, and Gary Talewsky*



(As to form only)

Dated:  January 7, 2016          Robert J. Bonsignore



                                 /s/ Robert J. Bonsignore_____
                                 Robert J. Bonsignore (MA No. 547880)
                                 Bonsignore Trial Lawyers, PLLC
                                 3771 Meadowcrest Drive
                                 Las Vegas, NV 89121
                                 Telephone:  (781) 856-7650
                                 rbonsignore@class-actions.us


7
STIPULATION AND [PROPOSED] ORDER, CASE NO. 07-cv-5944 JST, MDL No. 1917

**STIPULATION AND [PROPOSED] ORDER AMENDING ORDER ESTABLISHING SCHEDULE FOR SPECIAL MASTER'S RECOMMENDATION & RESPONSES**

Respectfully submitted,

/S/ John C. Kress
Steve A. Miller (SBN 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com


Jonathan E. Fortman (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, MO 63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com


John C. Kress (#53396 MO)
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO  63111
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

Attorneys for Objectors John Finn and Laura Townsend Fortman

| | |
|---|---|
| Dated: January 7, 2016 | By: /s/_____<br>Francis O. Scarpulla<br>Patrick B. Clayton<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:    (415) 788-7210<br>Facsimile:     (415) 788-0706<br>Email:          fos@scarpullalaw.com<br>                    pbc@scarpullalaw.com |

(Paragraph 4 as to form only.)

| | |
|---|---|
| Dated: January 7, 2016 | By: /s/_____<br>Josef D. Cooper<br>Tracy R. Kirkham<br>John D. Bogdanov<br>Cooper & Kirkham, P.C.<br>357 Tehama Street, Second Floor<br>San Francisco, CA  94103<br>Telephone:  (415) 788-3030<br>Facsimile:  (415) 882-7040<br>jdc@coopkirk.com<br>trk@coopkirk.com<br>jdb@coopkirk.com |

(Paragraph 4 as to form only.)

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.