# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | MDL No. 1917<br><br>Case No. 07-cv-5944 JST<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING ORDER ESTABLISHING SCHEDULE<br><br>Judge: Hon. Jon S. Tigar<br><br>Special Master: Martin Quinn, JAMS |

WHEREAS, on October 9, 2015, the Court-appointed Special Master Martin Quinn issued Special Master's Scheduling Order No. 1 (ECF No. 4121), which set a schedule for briefing the objections to the Indirect Purchaser Plaintiffs' ("IPPs") motion for attorneys' fees, reimbursement of litigation expenses and incentive awards for class representatives (ECF No. 4071), and final approval of the IPPs' settlements reached with the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants ("Settling Defendants")[1];

WHEREAS, eleven objections to the requested attorneys' fees and approval of the proposed settlements have been filed;

WHEREAS, following a request from the settling parties (ECF No. 4172), the Court

---

[1] Pursuant to this Court's Order (ECF No. 4195), IPPs' motion for final approval of the settlements with Settling Defendants was not filed with the Court. IPPs lodged the motion with the Special Master.

issued an Order Establishing Schedule (ECF No. 4185), which modified the Special Master's Scheduling Order No. 1;

WHEREAS, pursuant to the Order Establishing Schedule, the deadline for the Special Master's Report and Recommendation is January 15, 2016, the deadline for objections to the Report and Recommendation is February 5, 2016, and the deadline for oppositions to the objections is February 19, 2016;

WHEREAS, due to the nature of the issues before the Special Master, he has requested some additional time to prepare his Report and Recommendation;

WHEREAS, IPPs, Settling Defendants and Objectors[2] have agreed to extend the deadlines set forth in the Order Establishing Schedule in a manner that will allow the Special Master time to properly prepare his report, while preserving the March 15, 2016 hearing date and ensuring the Court has sufficient time to prepare for the hearing (as detailed below);

NOW THEREFORE, it is hereby stipulated and agreed by and between the undersigned that the schedule set forth in the Order Establishing Schedule be amended as follows:

1. Deadline for the Special Master to file Report & Recommendation – January 29, 2016
2. Deadline for objections to Report & Recommendation – February 12, 2016;
3. Deadline for oppositions to objections – February 23, 2016
4. Hearing on final approval of settlement, aggregate attorneys' fees/costs and incentive awards – March 15, 2016.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 7, 2016

_____
Hon. Jon S. Tigar
United States District Judge

---

[2] IPPs sent this Stipulation and [Proposed] Order to counsel for all objectors. IPPs did not receive sign-off by the deadline from the following counsel: Jan L. Westfall and Charles M. Thompson.