GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

[*Additional counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 JST<br>MDL No. 1917 |
| This Document Relates To:<br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 11-cv-05513 | **STATEMENT OF RECENT DECISION**<br><br>Judge:       Hon. Jon S. Tigar<br>Trial Date:   None Set<br>Courtroom:  9, 19th Floor |

Pursuant to Local Rule 7-3(d)(2), the Defendants listed in the signature block hereby notify the Court of the unpublished memorandum disposition filed by the United States Court of Appeals for the Ninth Circuit on January 7, 2016, in the case *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. 13-17408, Dkt. 55-1 (9th Cir. Jan. 7, 2016) (Best Buy).  A true and correct copy of the disposition is attached as **Exhibit A**.  The disposition is relevant to Direct Action Plaintiffs' pending motion in limine No. 2 (ECF No. 3558 at 13-20).

DATED:  January 8, 2016           Respectfully submitted,

By:    /s/ *Rachel S. Brass*
          Rachel S. Brass

**GIBSON, DUNN & CRUTCHER LLP**

JOEL S. SANDERS (Cal. Bar. No. 107234)
Email: jsanders@gibsondunn.com
RACHEL S. BRASS (Cal. Bar. No. 219301)
Email: rbrass@gibsondunn.com
AUSTIN V. SCHWING (Cal. Bar. No. 211696)
Email: aschwing@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

WILLIAM S. FARMER, SBN 46694
Email: WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
Email: DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
Email: JAlpren@FBJ-law.com
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone (415) 962-2876
Facsimile: (415) 520-5678

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

**MUNGER, TOLLES & OLSON LLP**

By: */s/ Brad D. Brian*
BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
GREGORY J. WEINGART (SBN 157997)

gregory.weingart@mto.com
SUSAN E. NASH (SBN 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

**WINSTON & STRAWN LLP**

By: */s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER *(pro hac vice)*
ALDO A. BADINI (257086)
EVA COLE *(pro hac vice)*
MOLLY M. DONOVAN *(pro hac vice)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS *(pro hac vice)*
DAVID L. YOHAI *(pro hac vice)*
ADAM C. HEMLOCK *(pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

**JENNER & BLOCK LLP**

By: */s/ Terrence J. Truax*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:    +81 3 5510 1711
Facsimile:    +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
Christopher M. Curran (pro hac vice)
ccurran@whitecase.com
Lucius B. Lau (pro hac vice)
alau@whitecase.com
Dana E. Foster (pro hac vice)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

|   |   |
|---|---|
| 1 | **FAEGRE BAKER DANIELS LLP** |
| 2 | By: */s/ Kathy L. Osborn* |
| 3 | KATHY L. OSBORN (pro hac vice)<br>Email: kathy.osborn@FaegreBD.com |
| 4 | RYAN M. HURLEY (pro hac vice)<br>Email: ryan.hurley@FaegreBD.com |
| 5 | FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700 |
| 6 | Indianapolis, IN 46204<br>Telephone: (317) 237-0300 |
| 7 | Facsimile: (317) 237-1000 |
| 8 | JEFFREY S. ROBERTS (pro hac vice)<br>Email: jeff.roberts@FaegreBD.com |
| 9 | FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo Center |
| 10 | 1700 Lincoln Street<br>Denver, CO 80203 |
| 11 | Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600 |
| 12 | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| 13 | **SQUIRE PATTON BOGGS (US) LLP** |
| 14 | By: */s/ Nathan Lane, III* |
| 15 | MARK C. DOSKER<br>Email: mark.dosker@squirepb.com |
| 16 | NATHAN LANE, III<br>Email: nathan.lane@squirepb.com |
| 17 | 275 Battery Street, Suite 2600<br>San Francisco, CA 94111 |
| 18 | Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887 |
| 19 | |
| 20 | DONALD A. WALL (pro hac vice)<br>Email: donald.wall@squirepb.com |
| 21 | SQUIRE PATTON BOGGS (US) LLP<br>1 East Washington Street, Suite 2700 |
| 22 | Phoenix, Arizona 85004<br>Telephone: (602) 528-4000 |
| 23 | Facsimile: (602) 253-8129 |
| 24 | *Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Sears,* |
| 25 | *Roebuck and Co., et al. v. Technicolor SA, et al. and Office Depot, Inc. v. Technicolor SA, et al.* |
| 26 | **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP** |
| 27 | |
| 28 | By: */s/ Jeffrey I. Zuckerman*<br>Jeffrey I. Zuckerman (pro hac vice)<br>1717 Pennsylvania Avenue, N.W. |

Washington, D.C. 20006
Telephone: (202) 452-7350
Facsimile: (917) 368-7350
Email: jzuckerman@curtis.com

Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Sears, Roebuck and Co., et al. v. Technicolor SA, et al. and Office Depot, Inc. v. Technicolor SA, et al.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

**DECLARATION OF SERVICE**

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On the date below, I served the within:

**STATEMENT OF RECENT DECISION**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on January 8, 2016. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on January 8, 2016, at San Francisco, California.

/s/ *Joseph Hansen*
Joseph Hansen

102053242.2