UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 Case No. C-07-5944 JST |
|---|---|
| This Order Relates To: ALL DIRECT ACTION PLAINTIFFS | **ORDER REGARDING CERTAIN DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT SUMMARY JUDGMENT MOTION HEARINGS** |

Certain Defendants have requested permission to appear by telephone at upcoming hearings on motions for summary judgment.  See ECF No. 4283.

The motion is granted.  Only attorneys who are appearing personally, however, may argue any motion pending before the Court.  Also, any party who does appear by telephone must remain on the phone for the entirety of the hearing.

IT IS SO ORDERED.

Dated: January 11, 2016

JON S. TIGAR
United States District Judge