UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL DIRECT ACTION PLAINTIFFS | **ORDER RE: MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THOMSON S.A.** |

Mr. Jason De Bretteville ("Movant"), attorney for Defendant Thomson S.A. seeks to withdraw as counsel. See ECF No. 4280. At one time, Movant did appear in this case on behalf of Thomson S.A. However, since then, Movant has switched law firms, and his former firm (Sullivan & Cromwell LLP) also no longer represents Thomson S.A. Accordingly, the Court can see no prejudice in granting this request. There are no objections to this motion.

The Court waives any oral argument, GRANTS the motion, and deems Movant to have withdrawn from representation of Thomson S.A. If Movant desires to be removed from the service list, Movant must file a separate to that effect. See, e.g., ECF No. 4275.

IT IS SO ORDERED.

Dated: January 12, 2016

_____
JON S. TIGAR
United States District Judge