UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 13, 2016                                                      Judge: Jon S. Tigar

Time: 1 hour, 34 minutes

Case No.        **3:07-cv-05944-JST**
Case Name       **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:         Debra D. Bernstein
                                  William J. Blechman
                                  Cheryl A. Galvin
                                  Philip J. Iovieno
                                  Michael P. Kenny
                                  Matthew J. McBurney
                                  Jason C. Murray
                                  Sam Randall
                                  Roman M. Silberfeld
                                  Kyle Smith
                                  Scott N. Wagner
                                  James M. Wagstaff

Attorneys for Defendants:         Rachel S. Brass
                                  Brad D. Brian
                                  Michael T. Brody
                                  Christopher M. Curran
                                  Gabriel A. Fuentes
                                  Martin C. Geagan
                                  Kevin B. Goldstein
                                  James L. McGinnis
                                  Susan E. Nash
                                  Jeff Roberts
                                  Joel S. Sanders
                                  John M. Taladay
                                  Kevin Y. Teruy
                                  David L. Yohai

Deputy Clerk: William Noble                                     Court Reporter: Pam Batalo

3:07-cv-05944-JST
January 13, 2016

## PROCEEDINGS

- SDI Defendants' Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics (docket 2983)
- Certain Defendants' Motion for Partial Summary Judgment With Respect to DAPS' Alleged Direct Damage Claims Based on Purchases from Sanyo (docket 3014)
- Mitsubishi Electric Defendants' Motion for Partial Summary Judgment as to Direct Action Purchasers' Sherman Act Damages Claims Based on CRT Product Purchases from NEC Corporation and NEC-Mitsubishi Electric Visual Systems Corporation (docket 3026)
- LGE Defendants' Motion for Partial Summary Judgment on Standing Grounds (docket 3053)
- Defendants Chunghwa Picture Tubes, LTD. And Chunghwa Picture Tubes (Malaysia) SDN. BHD.'s Motion for Partial Summary Judgment for Lack of Standing as to Viewsonic Corporation (docket 3102)

## RESULT OF HEARING

1. Motions hearing held.  Motions are under submission.