CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JUDITH A. ZAHID (215418)
QIANWEI FU (242669)
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
ccorbitt@zelle.com
cmicheletti@zelle.com
jzahid@zelle.com
qfu@zelle.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF FIRM NAME CHANGE** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

    **PLEASE TAKE NOTICE** that effective January 1, 2016, the firm name of **Zelle Hofmann Voelbel & Mason LLP** was changed to **Zelle LLP**.  The firm's address, phone numbers, and email addresses will remain the same.

Dated:  January 13, 2016                        Respectfully submitted,

                                       */s/ Craig C. Corbitt*
                                       CRAIG C. CORBITT (83251)
                                       CHRISTOPHER T. MICHELETTI (136446)
                                       JUDITH A. ZAHID (215418)
                                       QIANWEI FU (242669)
                                       ZELLE LLP
                                       44 Montgomery Street, Suite 3400
                                       San Francisco, CA 94104
                                       Telephone:      (415) 693-0700
                                       Facsimile:       (415) 693-0770
                                       ccorbitt@zelle.com
                                       cmicheletti@zelle.com
                                       jzahid@zelle.com
                                       qfu@zelle.com

                                       *Counsel for Indirect Purchaser Plaintiffs*