KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE (State Bar No. 65819)
Senior Assistant Attorney General
ESTHER LA (State Bar No. 160706)
PAMELA PHAM (State Bar No. 235493)
EMILIO VARANINI
State Bar No. 163952
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5908
 Fax: (415) 703-5480
 E-mail: Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,** | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Jon S. Tigar<br><br>Special Master: Martin Quinn, JAMS |
| **This Document Relates To:**<br>**ALL ACTIONS** | |

# CERTIFICATE OF SERVICE

Case Name: **State of California, et al. v. Samsung SDI Co., Ltd., et al.**    No. **CGC-11-515784**

I hereby certify that on January 13, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ATTORNEY GENERAL'S RESPONSE TO INDIRECT PURCHASER PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION REGARDING EXTENSION OF CLAIMS SUBMISSION DEADLINE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 13, 2016, at San Francisco, California.

_____      _____
         Patrick Donnelly                             Signature
            Declarant

SF2011203501
41450172.doc