1  David J. Burman *(pro hac vice)*
   Cori G. Moore *(pro hac vice)*
2  Eric J. Weiss *(pro hac vice)*
   Nicholas H. Hesterberg *(pro hac vice)*
3  Steven D. Merriman *(pro hac vice)*
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
5  Telephone:  206.359.8000
   Facsimile:  206.359.9000
6  Email:    DBurman@perkinscoie.com
             CGMoore@perkinscoie.com
7            EWeiss@perkinscoie.com
             NHesterberg@perkinscoie.com
8            SMerriman@perkinscoie.com

9  Joren S. Ayala-Bass, State Bar No. 208143
   JBass@perkinscoie.com
10 **PERKINS COIE LLP**
   505 Howard Street, Suite 1000
11 San Francisco, CA  94105
   Telephone:  415.344.7120
12 Facsimile:  415.344.7320
   Email:    JBass@perkinscoie.com
13
   Attorneys for Plaintiff
14 *Costco Wholesale Corporation*

15

16                       UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

                             SAN FRANCISCO DIVISION
18

19

| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-JST |
|---|---|
| | MDL No. 1917 |
| | Individual Case No. 3:11-cv-06397-JST |
| This Document Relates to: | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| *All Actions* | The Honorable Jon S. Tigar |

26

27

28

---

NOTICE OF SUBSTITUTION OF ATTORNEY    Case No. 3:07-cv-05944-JST
                                      Individual Case No.: 3:11-cv-06397-JST

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Costco Wholesale Corporation substitutes David Chiappetta of Perkins Coie LLP, State Bar No.172099, as counsel in place of:

>Joren S. Ayala-Bass (Bar No. 208143)
>Email: JBass@perkinscoie.com
>PERKINS COIE LLP
>505 Howard Street, Suite 1000
>San Francisco, CA 94105
>Telephone: (415) 344-7000
>Facsimile: (415) 344-7050

Contact information for new counsel is as follows:

>David P. Chiappetta (Bar No. 172099)
>Email: DChiappetta@perkinscoie.com
>PERKINS COIE LLP
>505 Howard Street, Suite 1000
>San Francisco, CA 94105
>Telephone: (415) 344-7000
>Facsimile: (415) 344-7050

I consent to the above substitution.

DATED: January 15, 2016                **PERKINS COIE LLP**

By:  /s/ Joren S. Ayala-Bass
     Joren S. Ayala-Bass

DATED: January 15, 2016                **PERKINS COIE LLP**

By:  /s/ David P. Chiappetta
     David P. Chiappetta

## **ATTESTATION**

Pursuant to General Order 45, Part X-B, the undersigned filer attests that concurrence in the filing of this document was obtained from each signatory above.

DATED: January 15, 2016

 /s/ Joren S. Ayala-Bass
 Joren S. Ayala-Bass

LEGAL129477434

---

NOTICE OF SUBSTITUTION OF ATTORNEY

Case No. 3:07-cv-05944-JST
Individual Case No.: 3:11-cv-06397-JST