KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE (State Bar No. 65819)
Senior Assistant Attorney General
ESTHER LA (State Bar No. 160706)
EMILIO VARANINI (State Bar No. 163952)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5908
  Fax: (415) 703-5480
  E-mail: Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,** | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**ATTORNEY GENERAL'S RESPONSE TO DAN L. WILLIAMS & CO. OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING EXTENSION OF CLAIMS SUBMISSION DEADLINE** |
| **This Document Relates To: ALL ACTIONS** | Hearing Date:<br>Time:<br>Courtroom: Courtroom 9, 19th<br>Judge: Honorable Jon S. Tigar<br><br>Special Master: Martin Quinn, JAMS |

At the outset, the Attorney General does not oppose Objector Dan L. Williams & Co.'s ("Objector") request to extend the claims filing deadline for all claimants to June 30, 2016. Indeed, as the Objector correctly notes [Dkt No. 4312 at 3], the Attorney General initially requested that such deadline be extended for all claimants. Nevertheless, because the Attorney General disagrees with the Objector that there is "no justifiable basis" for the Special Master to limit the deadline for California natural persons only, the Attorney General files this short response.

Contrary to the Objector's assertion, the Special Master's recommendation to extend the claims submission deadline as to California natural persons only was amply justified. In addition to noting that California had filed a *parens* claim, he also noted the active coordination between the IPPs in the federal MDL and Attorney General in the state court case, including the settlement relief obtained in both cases. [Dkt No. 4281 at 3:20-5:2]. Under these circumstances, it was entirely appropriate for the Special Master to extend the claims deadline as to California natural persons only.

Finally, it should be noted that the Special Master issued an early Report and Recommendation on the claims submission deadline -- nine days before the January 15, 2016 deadline previously imposed by the Court's Scheduling Order [Dkt. 4286] – recognizing that prompt resolution of this issue is necessary as it will impact the Attorney General's own notice program in connection with the preliminary approval of her settlements. A draft of the Attorney General's preliminary approval papers, including the Attorney General's proposed notice, is due on February 8, 2016. See Declaration of Emilio Varanini, at ¶ 2, Exh. A [Case Management Conference Order]. Accordingly, in order for the Attorney General to receive the benefit of an extension of the claims submission deadline, and to provide her staff with sufficient time to prepare the proposed notice to include such information in advance of the February 8, 2016 deadline, the Attorney General respectfully requests that this Court issue an Order before February 4, 2016.

1

Dated:  January 16, 2016

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Emilio E. Varanini*
EMILIO VARANINI
Deputy Attorney General
*Attorneys for Plaintiffs*

SF2011203501

2

ATTORNEY GENERAL'S RESPONSE TO DAN L. WILLIAMS & CO. OBJECTIONS TO SPECIAL MASTER'S REPORT AND
RECOMMENDATION REGARDING EXTENSION OF CLAIMS SUBMISSION DEADLINE
(Master File No. CV-07-5944-JST)