| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MARK BRECKLER<br>Chief Assistant Attorney General |
| 3 | KATHLEEN FOOTE<br>Senior Assistant Attorney General |
| 4 | EMILIO VARANINI<br>Deputy Attorney General |
| 5 | State Bar No. 163952<br>  455 Golden Gate Avenue, Suite 11000 |
| 6 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5908 |
| 7 |   Fax:  (415) 703-5480<br>  E-mail:  Emilio.Varanini@doj.ca.gov |

*Attorneys for the State of California, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,**<br><br>**This Document Relates To:**<br>**ALL ACTIONS** | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF ATTORNEY GENERAL'S RESPONSE TO DAN L. WILLIAMS & CO. OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION RE EXTENSION OF CLAIMS SUBMISSION DEADLINE**<br><br>Hearing Date:<br>Time:<br>Courtroom:    Courtroom 9, 19th<br>Judge:             Honorable Jon S. Tigar<br><br>Special Master: Martin Quinn, JAMS |

I, EMILIO E. VARANINI, declare as follows:

1. I am a Deputy Attorney General with the California Attorney General's Office ("Office") and am lead counsel for the California Attorney General in the parallel state court case of *State of California et. al. v. Samsung SDI, Co., Ltd.,* Case No. 11-51584 (California Superior Court, San Francisco).  I am admitted to this Court and could, if called as a witness, testify competently to the matters set forth herein.

2. Attached as Exhibit A is a true and correct copy of the Case Management Conference Order for January 6, 2016, filed in *State of California et. al. v. Samsung SDI, Co., Ltd.,* Case No. 11-51584 (California Superior Court, San Francisco).  Pursuant to the Case Management Conference Order, the Attorney General's preliminary approval motion of her settlements will be heard on February 22, 2016, and draft preliminary approval papers are due on February 8, 2016. These dates were set with the expectation that the Attorney General's pending request in the federal MDL to extend the claims submission deadline to June 30, 2016 would be resolved by late January or early February with enough time remaining for the Attorney General to obtain preliminary approval and conduct a notice program that would allow also California natural persons to meet a June 30, 2016 claims deadline.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct and that this declaration was executed on January 4, 2016 in San Francisco, California.

Dated:  January 15, 2016                                  Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California


 */s/ Emilio E. Varanini*
EMILIO VARANINI
Deputy Attorney General
*Attorneys for Plaintiffs*

SF2011203501
41451661.doc

1

DECLARATION OF EMILIO VARANINI  ISO ATTORNEY GENERAL'S RESPONSE TO DAN L. WILLIAMS & CO. OBJECTIONS
TO SPECIAL MASTER'S REPORT AND RECOMMENDATION RE EXTENSION OF CLAIMS SUBMISSION  DEADLINE
(Master File No. CV-07-5944-JST)

# EXHIBIT A

**FILED**
San Francisco County Superior Court

JAN 6 - 2016

CLERK OF THE COURT
BY: _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ET AL., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG SDI CO., LTD., ET AL., <br><br> Defendants. | Case No. CGC – 11-515784 <br><br> CASE MANAGEMENT CONFERENCE ORDER for January 6, 2016 |

I held a case management conference (CMC) this date.

The following dates in 2016 were set: draft papers for informal conference lodged by February 8th; informal conference re preliminary approval: February 11, 10:00 a.m.; formal papers for preliminary approval filed by February 16; hearing re preliminary approval, February 22 at 9:00 a.m. I expect a stipulation from the parties concerning the five year statute by January 13 and I will then take the July 25, 2016 trial date off calendar.

Dated: January 6, 2016

_____
Curtis E.A. Karnow
Judge of The Superior Court

- 1 -

## CERTIFICATE OF ELECTRONIC SERVICE
(CCP 1010.6(6) & CRC 2.260(g))

I, DANIAL LEMIRE, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On  JAN 6 - 2016 , I electronically served THE ATTACHED DOCUMENT via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Dated: JAN 6 - 2016

T. Michael Yuen, Clerk

By: _____
DANIAL LEMIRE, Deputy Clerk