KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
KATHLEEN E. FOOTE (State Bar No. 65819)
Senior Assistant Attorney General
ESTHER LA (State Bar No. 160706)
PAMELA PHAM (State Bar No. 235493)
EMILIO VARANINI
State Bar No. 163952
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5908
  Fax:  (415) 703-5480
  E-mail:  Emilio.Varanini@doj.ca.gov

*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,** | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:         Honorable Jon S. Tigar<br><br>Special Master: Martin Quinn, JAMS |
| **This Document Relates To:**<br>**ALL ACTIONS** | |

# CERTIFICATE OF SERVICE

Case Name: **State of California, et al. v. Samsung SDI Co., Ltd., et al.**  No. **CGC-11-515784**

I hereby certify that on <u>January 15, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ATTORNEY GENERAL'S RESPONSE TO DAN L. WILLIAMS & CO. OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING EXTENSION OF CLAIMS SUBMISSION DEADLINE; AND**

**DECLARATION OF EMILIO E. VARANINI IN SUPPORT OF ATTORNEY GENERAL'S RESPONSE TO DAN L. WILLIAMS & CO. OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION RE EXTENSION OF CLAIMS SUBMISSION DEADLINE;**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 15, 2016</u>, at San Francisco, California.

Patrick Donnelly
Declarant

Signature

SF2011203501

1