# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: January 20, 2016      Judge: Jon S. Tigar

Time: 1 hour, 22 minutes

Case No.     **3:07-cv-05944-JST**
Case Name     **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:
- Cheryl A. Galvin
- Philip J. Iovieno
- Cori G. Moore
- Jason Murray
- Kevin Murray
- Samuel Randal
- Kyle Smith

Attorneys for Defendants:
- Dylan Ballard
- Brad D. Brian
- Christopher M. Curran
- Gabriel A. Fuentes
- Lucius B. (Albie) Lau
- Susan E. Nash
- Joel S. Sanders
- Jennifer M. Stewart
- David Yolkut

<u>Appearing by telephone:</u>
- Tiffany Gelott
- Jeffrey S. Roberts
- Kevin Y. Teruya

Deputy Clerk: William Noble      Court Reporter: Pam Batalo

## PROCEEDINGS

- Defendants' Motion for Summary Judgment with Respect to MARTA (docket 2994)
- Defendants' Joint Motion for Partial Summary Judgment Against Indirect Purchaser Plaintiffs and Certain Direct Action Plaintiffs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws (docket 3050)

3:07-cv-05944-JST
January 20, 2016

## RESULT OF HEARING

1. Motions hearing held. Motions are under submission.