Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com
jgarcia@knpa.com

*Attorneys for Plaintiff Sears Roebuck and Co. and Kmart Corp.*

[Additional Counsel Listed on Signature Page]

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No. 07-5944 JST
MDL No. 1917

This Document Relates to:

*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264;

*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262;

*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

**DIRECT ACTION PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510

The undersigned Direct Action Plaintiffs respectfully submit as supplemental authority the following decisions of the Southern District of New York, both of which were discussed during oral argument on January 20, 2016, related to Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment for Lack of Antitrust Injury and Antitrust Standing, Dkt. 3245: *In re Aluminum Warehousing Antitrust Litig.*, 95 F. Supp. 3d 419, 442 (S.D.N.Y. 2015) and *In re Zinc Antitrust Litig.*, No. 14-3728-KBF, 2016 WL 93864, at *14 (S.D.N.Y. Jan. 7, 2016). Copies of each decision are attached hereto as Exhibit A and Exhibit B, respectively.

| | | |
|---|---|---|
| 1 | Dated:  January 22, 2016 | Respectfully submitted, |

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail:   rarnold@knpa.com
              wblechman@knpa.com
              kmurray@knpa.com
              srandall@knpa.com

By: _____
          Samuel J. Randall

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

/s/  David Martinez
Roman M. Silberfeld, Esquire
Bernice Conn, Esquire
David Martinez, Esquire
Jill S. Casselman, Esquire
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East
Suite 3400
Los Angeles, CA  90067-3208
Tel:     (310) 552-0130
Fax:    (310) 229-5800
E-mail:   rmsilberfeld@rkmc.com
              dmartinez@rkmc.com
              jscasselman@rkmc.com

Elliot S. Kaplan, Esquire
K. Craig Wildfang, Esquire
Laura E. Nelson, Esquire
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
Tel:     612) 349-8500
Fax:    612) 339-4181
E-mail:  eskaplan@rkmc.com
             kcwildfang@rkmc.com
             lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com L.L.C., and Magnolia Hi-Fi, Inc.*


/s/  *Jason C. Murray*
Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower Street
40th Floor
Los Angeles, CA  90071
Tel:     (213) 443-5582
Fax:    (213) 622-2690
E-mail:   jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:     (202) 624-2500
Fax:    (202) 628-5116
E-mail:   jmurphy@crowell.com
              aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*


/s/  *Philip J. Iovieno*
Philip J. Iovieno, Esquire
Anne M. Nardacci, Esquire
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street
11th Floor
Albany, New York  12207
Tel:     (518) 434-0600
Fax:    (518) 434-0665
E-mail:  piovieno@bsfllp.com
             anardacci@bsfllp.com

William A. Isaacson, Esquire
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C.  20015
Tel:     (202) 237-2727
Fax:    (202) 237-6131
E-mail:   wisaacson@bsfllp.com

Stuart Singer, Esquire
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL  33301
Tel:     (954) 356-0011
Fax:    (954) 356-0022
E-mail:   ssinger@bsfllp.com

***Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.***

/s/  Robert W. Turken
Robert W. Turken, Esquire
Scott N. Wagner, Esquire
Mitchell E. Widom, Esquire
BILZIN SUMBERG MAENA PRICE &
  AXELROD LLP
1450 Brickell Avenue
Suite 2300
Miami, FL  33131-3456
Tel:     305-374-7580
Fax:    305-374-7593
E-mail:   rturken@bilzin.com
              swagner@bilzin.com
              mwidom@bilzin.com

***Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.***

/s/ *David J. Burman*
David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue
Suite 4900
Seattle, Washington  98101-3099
Tel:     (206)359-8000
Fax:    (206)359-9000
E-mail:   DBurman@perkinscoie.com
               CGMoore@perkinsncoie.com
               EWeiss@perkinscoie.com
               NHesterberg@perkinscoie.com
               SMerriman@perkinscoie.com

Joren Bass, Bar No. 208143
PERKINS COIE LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA  94111-4131
Tel:     (415)344-7120
Fax:    (415)344-7320
Email:    JBass@perkinscoie.com

***Counsel for Plaintiff Costco Wholesale Corporation***

**CERTIFICATE OF SERVICE**

I, Samuel J. Randall, declare that on January 22, 2016, I caused a true and correct copy of the above-styled document to be filed on CM/ECF, effecting service on all counsel of record in the above-captioned matter.

By: _____
Samuel J. Randall
E-mail: srandall@knpa.com
*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

537486.1

NOTICE OF SUPPLEMENTAL AUTHORITY                                                                 7