*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| *Interbond Corp. of Am. v. Hitachi, Ltd. et al.,* No. 3:11-cv-06275 | |
| *Interbond Corp. of America v. Technicolor SA, et al.,* No. 3:13-cv-05727 | |
| *Office Depot, Inc. v. Hitachi, Ltd. et al,* No. 3:11-cv-06276 | |
| *Office Depot, Inc. v. Technicolor SA, et al.,* No. 3:13-cv-05726 | |

Plaintiffs Interbond Corporation of America ("BrandsMart") and Office Depot, Inc. ("Office Depot") (collectively, "Stipulating Plaintiffs"), and the undersigned Defendants, by their respective attorneys and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, state as follows:

1.    On October 3, 2013, BrandsMart filed its First Amended Complaint in No. 3:11-cv-06275 (MDL Dkt. No. 1974), asserting claims for relief against the undersigned Defendants except Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. under the Sherman Act and the Florida Deceptive and Unfair Trade Practices Act.

2.    On December 20, 2013, BrandsMart filed its First Amended Complaint in No. 3:13-cv-05727, asserting claims for relief against Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi

1   Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (MDL Dkt. No. 2279-6)

2   under the Sherman Act and the Florida Deceptive and Unfair Trade Practices Act.

3          3.      On October 3, 2013, Office Depot filed its First Amended Complaint in No. 3:11-cv-

4   06276 (MDL Dkt. No. 1977), asserting claims for relief against the undersigned Defendants except

5   Technicolor SA, Technicolor USA, Inc., Videocon Industries, Ltd., Technologies Displays Americas

6   LLC, Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and

7   Mitsubishi Electric US, Inc. under the Sherman Act and the Florida Deceptive and Unfair Trade

8   Practices Act.  The claims asserted in this complaint by Office Depot under the California

9   Cartwright Act and California Unfair Competition Laws were voluntarily withdrawn on December

10  19, 2014 (MDL Dkt. No. 3226).

11         4.      On December 20, 2013, Office Depot filed its First Amended Complaint in No. 3:13-

12  cv-05726, asserting claims for relief against Technicolor SA, Technicolor USA, Inc., Videocon

13  Industries, Ltd., Technologies Displays Americas LLC, Mitsubishi Electric Corporation, Mitsubishi

14  Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc. (MDL Dkt. No. 2279-8)

15  asserting claims for relief under the Sherman Act and the Florida Deceptive and Unfair Trade

16  Practices Act.  The claims asserted in this complaint by Office Depot under the California

17  Cartwright Act and California Unfair Competition Laws were voluntarily withdrawn on December

18  19, 2014 (MDL Dkt. No. 3226).

19         5.      Stipulating Plaintiffs now desire to dismiss with prejudice their claims against

20  Defendants under the Florida Deceptive and Unfair Trade Practices Act.  Stipulating Plaintiffs have

21  already dismissed with prejudice their claims against Defendants under all other state laws outlined

22  in paragraphs 1-4 above.  Stipulating Plaintiffs are not dismissing, and will continue to prosecute, all

23  claims against Defendants brought pursuant to federal law, including the Sherman Act and the

24  Clayton Act.

25         6.      Stipulating Plaintiffs and Defendants agree that each party shall bear its own costs

26  and attorneys' fees in connection with the dismissed claims.

27

28

7.     As a result of the dismissals of the Florida Deceptive and Unfair Trade Practices Act claims with prejudice, and contingent upon the Court's approval of this Stipulation, Defendants will withdraw certain pending summary judgment motions, in whole or in part, as follows:

a.     Defendants' Notice of Motion and Motion for Partial Summary Judgment as to Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds (MDL Dkt. No. 2978) is withdrawn in its entirety, as BrandsMart and Office Depot's Florida state law claims were the last live claims subject to the motion.

b.     Defendants' Joint Notice of Motion and Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity (MDL Dkt. No. 3031) is withdrawn in its entirety, as BrandsMart and Office Depot's Florida state law claims were the last live claims subject to the motion.

c.     Defendant Technologies Displays Americas LLC's Motion for Summary Judgment (MDL Dkt. No. 2984) is withdrawn as to Stipulating Plaintiffs' claims under the Florida Deceptive and Unfair Trade Practices Act, but continues to apply to all other claims and Plaintiffs addressed in the motion not dismissed by previous stipulation.

d.     Defendants' Notice of Motion and Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales (MDL Dkt. No. 3006) is withdrawn as to Stipulating Plaintiffs' claims under the Florida Deceptive and Unfair Trade Practices Act, but continues to apply to all other claims and Plaintiffs addressed in the motion not dismissed by previous stipulation.

e.     Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA (MDL Dkt. No. 3008) is withdrawn as to Stipulating Plaintiffs' claims under the Florida Deceptive and Unfair Trade Practices

Act, but continues to apply to all other claims and Plaintiffs addressed in the motion not dismissed by previous stipulation.

        f.      Any other motion that seeks to dismiss any of the Stipulating Plaintiffs' Florida Deceptive and Unfair Trade Practices Act claims referenced in Paragraph 1-4 is withdrawn as to those claims, but continues to apply to all other claims and Plaintiffs addressed in the motion not dismissed by previous stipulation.

        8.      As set out in subparagraphs (a) and (b) of the preceding paragraph, this stipulation will moot two of the summary judgment motions (MDL Dkt. Nos. 2978 and 3031) currently scheduled for oral argument on March 7, 2016. *See* MDL Dkt. No. 4253. Accordingly, the parties respectfully request that the oral argument scheduled for those motions be cancelled. This stipulation will not moot the remaining oral arguments scheduled for that day (MDL Dkt. Nos. 2973, 2997, and 3029).

        9.      This stipulation and the Court's order thereon shall have no bearing on the applicability of the aforementioned motions in the cases of Plaintiffs other than the Stipulating Plaintiffs.

        WHEREFORE, the parties stipulate and agree that the Stipulating Plaintiffs' Florida Deceptive and Unfair Trade Practices Act claims are dismissed with prejudice. This dismissal does not apply to the claims of Stipulating Plaintiffs brought under federal law (including the Sherman Act and the Clayton Act).

        WHEREFORE, the parties stipulate and agree that the summary judgment motions brought by Defendants in MDL Dkt. Nos. 2978 and 3031 are withdrawn in their entirety.

        * * *

        The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____
                                               Hon. Jon S. Tigar

United States District Judge

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated:  January 25, 2016

/s/  Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:   piovieno@bsfllp.com
        anardacci@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
Email:  ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Interbond Corporation of America and Office Depot, Inc.*

DATED: January 25, 2016

MUNGER, TOLLES & OLSON LLP

By: */s/ Brad D. Brian*

5

BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
SUSAN E. NASH (SBN 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
PVictor@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

WEIL, GOTSHAL & MANGES LLP

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation
(f/k/a Matsushita Electric Industrial Co., Ltd.),
Panasonic Corporation of North America, MT
Picture Display Co., Ltd.*

1

2

**WHITE & CASE** LLP

3

By: */s/ Lucius B. Lau*

4

CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com

5

LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com

6

DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com

7

**WHITE & CASE LLP**
701 Thirteenth Street, N.W.

8

Washington, DC 20005
Telephone: (202) 626-3600

9

Facsimile: (202) 639-9355

10

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*

11

*Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba America*

12

*Electronic Components, Inc.*

13

14

SHEPPARD MULLIN RICHTER & HAMPTON
LLP

15

By: */s/ Gary L. Halling*

16

GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com

17

JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com

18

MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com

19

**SHEPPARD MULLIN RICHTER &**
**HAMPTON LLP**

20

Four Embarcadero Center, 17th Floor
San Francisco, California 94111

21

Telephone: (415) 434-9100
Facsimile: (415) 434-3947

22

23

*Attorneys for Defendants Samsung SDI America,*
*Inc.; Samsung SDI Co., Ltd.; Samsung SDI*

24

*(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.*
*DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*

25

*Samsung SDI Co., Ltd. and Tianjin Samsung SDI*
*Co., Ltd.*

26

27

BAKER BOTTS LLP

28

By: */s/ John M. Taladay*

29449458.1

7

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
erik.koons@bakerbotts.com
CHARLES M. MALAISE (*pro hac vice*)
charles.malaise@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V.,*
*Philips Electronics North America Corporation,*
*Philips Taiwan Ltd., and Philips do Brasil, Ltda.*

JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*
_____

JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com

Brent Caslin (SBN 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

Harold A. Barza (Cal. Bar 208444)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar No. 235916)

kevinteruya@auinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URGUHART & SULLIVAN, LLP
ryan.goldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:      +81 3 5510 1711
Facsimile:      +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

FAEGRE BAKER DANIELS LLP

By:  */s/ Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By:  */s/ Nathan Lane, III*

Nathan Lane, III (SBN 50961)
Mark C. Dosker (SBN 114789)
**SQUIRE PATTON BOGGS (US) LLP**

275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887
E-mail:  nathan.lane@squiresanders.com
E-mail:  mark.dosker@squiresanders.com


Donald A. Wall (Pro Hac Vice)
**SQUIRE PATTON BOGGS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 528-4005
Facsimile:  (602) 253-8129
Email: donald.wall@squirepb.com

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to all cases except Office*
*Depot, Inc. v. Technicolor SA, et al. and Sears,*
*Roebuck and Co., et al. v. Technicolor SA, et al.*


CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP

By: */s/ Jeffrey I. Zuckerman*

Jeffrey I. Zuckerman (Pro Hac Vice)

1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 452-7350
Facsimile:  (917) 368-7350
Email: jzuckerman@curtis.com


Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to Office Depot, Inc. v.*
*Technicolor SA, et al. and Sears, Roebuck and Co.,*
*et al. v. Technicolor SA, et al.*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL