UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944 JST<br><br>**ORDER REGARDING ENTRY OF FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS** |
| This Order Relates To:<br><br>*Crago, d/b/a/ Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058 JST | |

The Court intends to enter final judgments of dismissal with prejudice as to defendants Thomson SA (now known as Technicolor SA), Thomson Consumer Electronics, Inc. (now known as Technicolor USA, Inc.), and Thomson Displays Americas LLC (now known as Technologies Displays Americas LLC).

Any party objecting to entry of those defendants' proposed forms of judgment, see ECF Nos. 4091-4, 4091-5, must file an objection within ten days of the date of this order. No party is required to file anything in response to this order. If the Court receives no response, it will enter the two proposed judgments in their current form.

IT IS SO ORDERED.

Dated: January 26, 2016

_____
JON S. TIGAR
United States District Judge