1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  Lucius B. Lau (*pro hac vice*)
3  alau@whitecase.com
   Dana E. Foster (*pro hac vice*)
4  defoster@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
10 *Consumer Products, LLC, Toshiba America*
11 *Information Systems, Inc., and Toshiba*
   *America Electronic Components, Inc.*
12

13                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
14                        (SAN FRANCISCO DIVISION)
15

16 | IN RE: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC |
17 | ANTITRUST LITIGATION            | MDL No. 1917         |
18

19 This Document Relates to:
                                     **NOTICE OF APPEARANCE OF**
20 ALL ACTIONS                       **MICHAEL  E. HAMBURGER**
21

22                                    The Honorable Jon S. Tigar
23                                    Courtroom 9, 19th Floor

24
25
26
27
28

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Michael E. Hamburger of the law firm White & Case LLP, who is an active member in good standing of the bar of the State of New York, who is admitted to practice and in good standing in the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York, and is admitted *pro hac vice* in this litigation pursuant to the Court's Pretrial Order No. 1 (Dkt. 230, dated April 4, 2008), hereby enters an appearance in this action on behalf of Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.  Service may be made using the contact information set forth below.

Respectfully submitted,

Dated:  January 26, 2016    **WHITE & CASE LLP**

By: */s/ Michael E. Hamburger*
Michael E. Hamburger (*pro hac vice*)
*Email: mhamburger@whitecase.com*
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8355
Facsimile: (212) 354-8113

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*