# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  January 27, 2016                                                                 Judge:  Jon S. Tigar

Time:  2 hours, 24 minutes

Case No.        **3:07-cv-05944-JST**
Case Name       **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

| | |
|---|---|
| Attorneys for Plaintiffs: | Debra D. Bernstein |
| | Cheryl A. Galvin |
| | Philip J. Iovieno |
| | Michael P. Kenny |
| | David Martinez |
| | Cori G. Moore |
| | Jason C. Murray |
| | Anne Nardacci |
| | Samuel Randall |
| | Kyle Smith |
| | James M. Wagstaff |
| | |
| | Appearing telephonically: |
| | William Blechman |
| Attorneys for Defendants: | Brad D. Brian |
| | E. Martin Estrada |
| | Michael Hamburger |
| | Jeffrey L. Kessler |
| | Susan E. Nash |
| | Kathy L. Osborn |
| | Joel S. Sanders |
| | Jennifer M. Stewart |
| | |
| | Appearing telephonically: |
| | Tiffany B. Gelott |
| | Erik T. Koons |
| | Kevin Y. Teruya |

Deputy Clerk:  William Noble                                              Court Reporter: Kathy Sullivan

3:07-cv-05944-JST
January 27, 2016

## PROCEEDINGS

- Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA (docket 3003)
- Defendants' Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales (docket 3006)
- Defendants' Joint Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA (docket 3008)
- LGE Defendants' Motion for Partial Summary Judgment on FTAIA Grounds (docket 3032)
- Defendants' Joint Motion for Summary Judgment Against Viewsonic Corporation Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce (docket 3108)

## RESULT OF HEARING

1. Motion hearings held.  The motions are under submission.