Laura K Lin
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Laura.Lin@mto.com

Nathan P. Eimer (*Pro Hac Vice*)
Sarah E. Hargadon (*Pro Hac Vice*)
Benjamin E. Waldin (*Pro Hac Vice*)
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
neimer@eimerstahl.com
shargadon@eimerstahl.com
bwaldin@eimerstahl.com

*Counsel for Defendant LG Electronics, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 JST (MDL No. 1917) |
|---|---|
| This Document Relates to:  ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned Sarah Elizabeth Hargadon hereby withdraws as counsel of record for Defendants LG Electronics, Inc. in the above-captioned litigation, and respectfully requests that her name be removed from all applicable service lists, including Notices of Electronic Filing. Munger, Tolles & Olson LLP and Eimer Stahl LLP will continue to serve as counsel for LG Electronics, Inc.

Dated:  January 28, 2016

Respectfully Submitted,

By: /s/ Sarah Elizabeth Hargadon

Nathan P. Eimer (*Pro Hac Vice*)
Sarah E. Hargadon (*Pro Hac Vice*)
Benjamin E. Waldin (*Pro Hac Vice*)
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone:  (312) 660-7600
Fax:  (312) 692-1718
neimer@eimerstahl.com
shargadon@eimerstahl.com
bwaldin@eimerstahl.com

*Counsel for Defendant LG Electronics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2016, I caused the foregoing Motion for Withdrawal of Counsel to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all registered counsel of record.

/s/ Sarah E. Hargadon
SARAH E. HARGADON

EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone:  (312) 660-7600
shargadon@eimerstahl.com

*Counsel for Defendant LG Electronics, Inc.*