[*Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>*All Direct Action Plaintiffs* | MDL No. 1917<br><br>Case No. 3:07-cv-05944 JST (N.D. Cal.)<br><br>**DEFENDANTS' STATEMENT RE OBJECTIONS (ECF NO. 3449) TO PROPOSED EVIDENCE SUBMITTED IN PLAINTIFFS' OPPOSITION TO THE HITACHI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS (ECF NOS. 3268, 3270)**<br><br>Hearing Date: February 9, 2016<br>Hearing Time: 9:30 a.m.<br>Judge: Hon. Jon S. Tigar<br>Crtrm: 9, 19th Floor |

Defendants submit this Statement in connection with the Objections to Proposed Evidence submitted in Plaintiffs' Opposition to the Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statute of Limitations, ECF No. 3449 (the "Objections"). The Objections were prepared and submitted by the Hitachi Defendants, who have since settled with the Direct Action Plaintiffs. *See* ECF No. 4065. Although various Defendants have joined in and will present argument on the Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statute of Limitations, ECF No. 2972, Defendants join only in the specific objections listed below. The Court therefore need not rule on the remaining Objections. Defendants reserve the right to object to the remaining documents listed in ECF No. 3449 during later proceedings in this action and at trial.

| **Proposed Evidence** | **Basis for Objection** |
|---|---|
| Declaration of D. Burman, Ex. 3 | Hearsay, Fed. R. Evid. 802 |
| Declaration of D. Burman, Ex. 41 | Hearsay, Fed. R. Evid. 802; Relevance, Fed. R. Evid. 402; Unduly Prejudicial, Fed. R. Evid. 403; Improper Character Evidence, Fed. R. Evid. 404[1] |
| Declaration of D. Burman, Ex. 42 | Hearsay, Fed. R. Evid. 802[2] |

---

[1] Since the filing of the objections in ECF No. 3449, Defendants have moved in limine to exclude any evidence of or reference to Defendants' participation in other conspiracies, including a motion by certain Defendants to exclude evidence of conspiracies involving Liquid Crystal Display ("LCD") panels. *See* Defendants' Motion in Limine #4: To Exclude LCD And Other Non-CRT Product Conspiracies, ECF No. 3572.

[2] *See* note 1, *supra*.

1

2  DATED: February 2, 2016               **MUNGER, TOLLES & OLSON LLP**

3                                         By: */s/ Brad D. Brian*
                                          BRAD D. BRIAN (SBN 079001)
4                                         brad.brian@mto.com
                                          GREGORY J. WEINGART (SBN 157997)
5                                         gregory.weingart@mto.com
                                          SUSAN E. NASH (SBN 101837)
6                                         susan.nash@mto.com
                                          E. MARTIN ESTRADA (SBN 223802)
7                                         martin.estrada@mto.com
                                          MUNGER, TOLLES & OLSON LLP
8                                         355 South Grand Avenue, Thirty-Fifth Floor
                                          Los Angeles, CA 90071-1560
9                                         Telephone: (213) 683-9100
                                          Facsimile: (213) 687-3702
10
                                          *Attorneys for Defendant LG Electronics, Inc.*
11

12
                                          **WINSTON & STRAWN LLP**
13
                                          By: */s/ Jeffrey L. Kessler*
14                                        JEFFREY L. KESSLER *(pro hac vice)*
                                          ALDO A. BADINI (257086)
15                                        EVA COLE *(pro hac vice)*
                                          MOLLY M. DONOVAN *(pro hac vice)*
16                                        WINSTON & STRAWN LLP
                                          200 Park Avenue
17                                        New York, New York 10166-4193
                                          Telephone: (212) 294-6700
18                                        Facsimile: (212) 294-4700
                                          Email: jkessler@winston.com
19
                                          STEVEN A. REISS *(pro hac vice)*
20                                        DAVID L. YOHAI *(pro hac vice)*
                                          ADAM C. HEMLOCK *(pro hac vice)*
21                                        WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
22                                        New York, New York 10153-0119
                                          Telephone: (212) 310-8000
23                                        Facsimile: (212) 310-8007
                                          Email: steven.reiss@weil.com
24
                                          *Attorneys for Defendants Panasonic Corporation*
25                                        *(f/k/a Matsushita Electric Industrial*
                                          *Co., Ltd.), Panasonic Corporation of North*
26                                        *America, and MT Picture Display Co., Ltd.*

27

28

DEFENDANTS' STATEMENT RE OBJECTIONS (ECF NO. 3449) TO PROPOSED EVIDENCE
CASE No. 3:07-cv-05944 JST, MDL NO. 1917

-3-

**JENNER & BLOCK LLP**

By: /s/ *Terrence J. Truax*
JENNER & BLOCK LLP
Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
bcaslin@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:     +81 3 5510 1711
Facsimile:      +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

DEFENDANTS' STATEMENT RE OBJECTIONS (ECF NO. 3449) TO PROPOSED EVIDENCE
CASE No. 3:07-cv-05944 JST, MDL NO. 1917

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
Christopher M. Curran (pro hac vice)
ccurran@whitecase.com
Lucius B. Lau (pro hac vice)
alau@whitecase.com
Dana E. Foster (pro hac vice)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*


**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Rachel S. Brass*
JOEL S. SANDERS (Cal. Bar. No. 107234)
Email: jsanders@gibsondunn.com
RACHEL S. BRASS (Cal. Bar. No. 219301)
Email: rbrass@gibsondunn.com
AUSTIN V. SCHWING (Cal. Bar. No. 211696)
Email: aschwing@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

WILLIAM S. FARMER, SBN 46694
Email: WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
Email: DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
Email: JAlpren@FBJ-law.com
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone (415) 962-2876
Facsimile: (415) 520-5678

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

DEFENDANTS' STATEMENT RE OBJECTIONS (ECF NO. 3449) TO PROPOSED EVIDENCE
CASE No. 3:07-cv-05944 JST, MDL NO. 1917

**FAEGRE BAKER DANIELS LLP**

By: */s/ Kathy L. Osborn*
KATHY L. OSBORN (pro hac vice)
Email: kathy.osborn@FaegreBD.com
RYAN M. HURLEY (pro hac vice)
Email: ryan.hurley@FaegreBD.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS (pro hac vice)
Email: jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*


**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Nathan Lane, III*
MARK C. DOSKER
Email: mark.dosker@squirepb.com
NATHAN LANE, III
Email: nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (pro hac vice)
Email: donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

By: */s/ Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (pro hac vice)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 452-7350
Facsimile: (917) 368-7350
Email: jzuckerman@curtis.com


Arthur Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: 415.397.2700
Facsimile: 415.397-3300
Email: asg@dillinghammurphy.com

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Sears, Roebuck and Co., et al. v. Technicolor SA, et al., and Office Depot, Inc. v. Technicolor, SA, et al.*


**BAKER BOTTS L.L.P**

By: */s/ John T. Taladay*
JOHN M. TALADAY (*pro hac vice*)
ERIK T. KOONS (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com

JON V. SWENSON (SBN 233054)
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil, Ltda.*

|  |  |
|---|---|
| 1 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 2 | |
| 3 | By:  */s/ Michael W. Scarborough*<br>GARY L. HALLING (66087) |
| 4 | Email:  ghalling@sheppardmullin.com<br>JAMES L. McGINNIS (95788) |
| 5 | Email:  jmcginnis@sheppardmullin.com<br>MICHAEL W. SCARBOROUGH (203524) |
| 6 | Email:  mscarborough@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 7 | Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109 |
| 8 | Telephone:  (415) 434-9100<br>Facsimile:  (415) 434-3947 |
| 9 | |
| 10 | *Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd.* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

DEFENDANTS' STATEMENT RE OBJECTIONS (ECF NO. 3449) TO PROPOSED EVIDENCE
CASE No. 3:07-cv-05944 JST, MDL NO. 1917
-8-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing all parties on the Email Notification List.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 2, 2016.

/s/Susan E. Nash

Susan E. Nash
Munger, Tolles & Olson, LLP
355 S. Grand Avenue, 35th Fl.
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile (213) 687-3702