PAUL F. NOVAK, ESQ. (*pro hac vice*)
MILBERG LLP
Chrysler House
719 Griswold Street, Suite 620
Detroit, MI 48226
Telephone: (313) 360-1760
Facsimile: (313) 447-2038
E-mail: pnovak@milberg.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Actions | **NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT effective immediately, the Detroit, Michigan, office of Milberg LLP, formerly located at One Kennedy Square, 777 Woodward Avenue, Suite 890, Detroit, Michigan 48226, has relocated to the below address:

Milberg LLP
Chrysler House
719 Griswold Street, Suite 620
Detroit, Michigan 48226

Milberg's Detroit office telephone and facsimile numbers and e-mail addresses are unchanged.

**MILBERG LLP**

*/s/ Paul F. Novak*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Paul F. Novak (P39524)
Chrysler House
719 Griswold Street, Suite 620
Detroit, Michigan 48226
(313) 309-1760
*Counsel for Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2016, I caused a true and correct copy of NOTICE OF CHANGE OF ADDRESS to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/  Paul F. Novak*
    Paul F. Novak