(Stipulating Parties Listed on Signature Pages)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. 13-cv-05262<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNICOLOR SA, *et al.*,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO TECHNICOLOR AND TDA DEFENDANTS** |

Plaintiffs Sears, Roebuck and Co. and Kmart Corp. and Defendants Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc., (f/k/a Thomson Consumer Electronics, Inc.) (collectively, "Technicolor") and Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC) ("TDA"), by and through their respective attorneys, hereby stipulate to the dismissal, without prejudice, of this action as to the Technicolor and TDA Defendants pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees. This

stipulation is not a dismissal of any person or entity other than the Technicolor and TDA Defendants.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal Without Prejudice.

IT IS SO STIPULATED.

Dated: February 3, 2016                                  Respectfully submitted,

By: /s/ William J. Blechman
　　Richard Alan Arnold, Esquire
　　William J. Blechman, Esquire
　　Kevin J. Murray, Esquire
　　Samuel J. Randall, Esquire
　　KENNY NACHWALTER, P.A.
　　201 S. Biscayne Boulevard
　　Suite 1100
　　Miami, Florida  33131
　　Tel:   (305) 373-1000
　　Fax:   (305) 372-1861
　　E-mail:   rarnold@knpa.com
　　　　　　wblechman@knpa.com
　　　　　　kmurray@knpa.com
　　　　　　srandall@knpa.com
***Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.***

Dated: February 3, 2016                                  By: /s/ Kathy L. Osborn
　　Kathy L. Osborn, Esquire
　　FAEGRE BAKER DANIELS LLP
　　300 N. Meridian Street
　　Suite 2700
　　Indianapolis, IN  46204
　　Tel:   (317) 237-8261
　　Fax:   (317) 237-8562
　　E-mail:   kathy.osborn@Faegrebd.com
***Attorney for the Technicolor Defendants***

Dated: February 3, 2016                                  By: /s/ Jeffrey I. Zuckerman
　　Jeffrey I. Zuckerman, Esquire
　　Curtis, Mallet-Prevost, Colt & Mosle LLP
　　1717 Pennsylvania Avenue, N.W.
　　Washington, D.C.  20006
　　Tel:   (202) 452-7350
　　Fax:   (917) 368-7350
　　E-mail:   jzuckerman@curtis.com
***Attorney for the TDA Defendants***

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

## CERTIFICATE OF SERVICE

On February 3, 2016, I caused a copy of the foregoing Stipulation of Dismissal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: */s/ William J. Blechman*
William J. Blechman (*pro hac vice*)

538015.1