**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. 13-cv-05262<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>        Plaintiffs,<br><br>        v.<br><br>TECHNICOLOR SA, *et al.*,<br><br>        Defendants. | **[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO TECHNICOLOR AND TDA DEFENDANTS** |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

    1.    All claims asserted by Plaintiffs Sears, Roebuck and Co. and Kmart Corp. against Defendants Technicolor SA (f/k/a Thomson SA), Technicolor USA, Inc., (f/k/a Thomson Consumer Electronics, Inc.) (collectively "Technicolor") and Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC) ("TDA") are dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than the Technicolor and TDA Defendants.

**IT IS SO ORDERED.**

This ____ day of _____, 2016.

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

538021.1