ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice*)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| | **OBJECTOR DOUGLAS W. ST. JOHN'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L. R. 7-11 AND 79-5(d)** |
| This Document Relates To: All Indirect Purchaser Actions | Judge: Hon. Jon S. Tigar |
| | Special Master: Hon. Martin Quinn |

Pursuant to Civil Local Rules 7-11 and 79-5(d), Objector Douglas W. St. John ("Mr. St. John") hereby moves for administrative relief regarding his Objection to Report and Recommendation. Mr. St. John respectfully requests an order permitting him to file the following supporting documents, or portions thereof, under seal:

Exhibit 10 to the Declaration of Attorney Joseph Scott St. John, which includes the following documents:

1. DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' REPLY RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH THE PHILIPS, PANASONIC, HITACHI, TOSHIBA, SAMSUNG SDI, THOMSON AND TDA DEFENDANTS (dated December 23, 2015)
2. ALIOTO EX. 1, SDCRT-0071129 (HIGHLY CONFIDENTIAL)
3. ALIOTO EX. 2, SDCRT-0009234 (HIGHLY CONFIDENTIAL)
4. ALIOTO EX. 3 CHU00647932 (CONFIDENTIAL) AND CHU00647945 (CONFIDENTIAL)
5. ALIOTO EX. 4 SDCRT-0203701 (HIGHLY CONFIDENTIAL)
6. ALIOTO EX. 5 HDP-CRT00056081 (HIGHLY CONFIDENTIAL)
7. ALIOTO EX. 6 SDCRT-0062013 (HIGHLY CONFIDENTIAL)
8. ALIOTO EX. 7 PHLP-CRT-093612 (CONFIDENTIAL)
9. ALIOTO EX. 8 EXCERPTS (PAGES 1, 193-194) FROM DEPOSITION OF JIM SMITH (dated December 12, 2013) (HIGHLY CONFIDENTIAL). Upon information and belief, Mr. Smith's testimony was designated highly confidential by Philips or LPD.
10. ALIOTO EX. 9 EXCERPTS (PAGES 1, 31) FROM DEPOSITION OF JAEIN LEE (dated June 6, 2012) (HIGHLY CONFIDENTIAL). Upon information and belief, Mr. Lee's testimony was designated highly confidential by Samsung SDI Co., Ltd.
11. ALIOTO EX. 10 MTPD-0164693 (CONFIDENTIAL)
12. ALIOTO EX. 11 EXCERPTS (PAGES 223, 251) FROM DEPOSITION OF W.R. KIM (dated July 2, 2014) (HIGHLY CONFIDENTIAL). Upon information and belief, Mr. Kim's testimony was designated as highly confidential by Samsung SDI Co., Ltd.
13. ALIOTO EX. 12 SDCRT-0002526 (HIGHLY CONFIDENTIAL) (with translation)

14. ALIOTO EX. 13 SDCRT-0002506 (HIGHLY CONFIDENTIAL) (with translation)

This motion is supported by the Declaration of Attorney Joseph Scott St. John ISO Objector Douglas W. St. John's Administrative Motion to File Documents Under Seal, dated February 4, 2016. *See* N.D. Cal. Civ. L. R. 79- 5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the J. St. John Declaration, the documents that Mr. St. John seeks to file under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (D.E. 306, amended at D.E. 1142, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential." *See* J. St. John Dec. at ¶¶ 4-5.

Mr. St. John takes no position whether the designated documents satisfy the technical requirements for sealing. Although Mr. St. John's request is narrowly tailored to include only the information that may require confidentiality, it is IPP Counsel's and Defendants' burden to show good cause for sealing the designated documents by submitting declarations within four days of the lodging of the designated documents. *See* N.D. Cal. Civ. L. R. 79-5(e).

Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation. *See* N.D. Cal. Civ. L. R. 7-11(a) (requiring explanation of lack of stipulation).

| | | |
|---|---|---|
| Dated: February 4, 2016 | By: | /s/ Joseph Scott St. John |

ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice*)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

OBJECTOR DOUGLAS W. ST. JOHN'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Master File No. 3:07-cv-5944 JST (MDL No. 1917)
3