ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice*)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| | **[PROPOSED] ORDER ON OBJECTOR DOUGLAS W. ST. JOHN'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L.R. 7-11 AND 79-5.** |
| This Document Relates To: All Indirect Purchaser Actions | Judge: Hon. Jon S. Tigar |
| | Special Master: Hon. Martin Quinn |

On February 4, 2015, Objector Douglas W. St. John filed an Administrative Motion to File Documents Under Seal Pursuant to Civ. L. R. 7-11 and 79-5, to file the following documents under seal:

Exhibit 10 to the Declaration of Attorney Joseph Scott St. John, which includes the following documents:

1. DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' REPLY RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH THE PHILIPS, PANASONIC, HITACHI, TOSHIBA, SAMSUNG SDI, THOMSON AND TDA DEFENDANTS (dated December 23, 2015)
2. ALIOTO EX. 1, SDCRT-0071129 (HIGHLY CONFIDENTIAL)
3. ALIOTO EX. 2, SDCRT-0009234 (HIGHLY CONFIDENTIAL)
4. ALIOTO EX. 3 CHU00647932 (CONFIDENTIAL) AND CHU00647945 (CONFIDENTIAL)
5. ALIOTO EX. 4 SDCRT-0203701 (HIGHLY CONFIDENTIAL)
6. ALIOTO EX. 5 HDP-CRT00056081 (HIGHLY CONFIDENTIAL)
7. ALIOTO EX. 6 SDCRT-0062013 (HIGHLY CONFIDENTIAL)
8. ALIOTO EX. 7 PHLP-CRT-093612 (CONFIDENTIAL)
9. ALIOTO EX. 8 EXCERPTS (PAGES 1, 193-194) FROM DEPOSITION OF JIM SMITH (dated December 12, 2013) (HIGHLY CONFIDENTIAL)
10. ALIOTO EX. 9 EXCERPTS (PAGES 1, 31) FROM DEPOSITION OF JAEIN LEE (dated June 6, 2012) (HIGHLY CONFIDENTIAL)
11. ALIOTO EX. 10 MTPD-0164693 (CONFIDENTIAL)
12. ALIOTO EX. 11 EXCERPTS (PAGES 223, 251) FROM DEPOSITION OF W.R. KIM (dated July 2, 2014) (HIGHLY CONFIDENTIAL)
13. ALIOTO EX. 12 SDCRT-0002526 (HIGHLY CONFIDENTIAL) (with translation)
14. ALIOTO EX. 13 SDCRT-0002506 (HIGHLY CONFIDENTIAL) (with translation)

Having read and considered the papers and arguments made by counsel and good cause appearing, it is hereby ORDERED that Objector Douglas W. St. John's Administrative Motion to GRANTED.

1
2                                                                    JON S. TIGAR,
                                                    UNITED STATES DISTRICT JUDGE