# EXHIBIT

# 4

1    ANDREA VALDEZ (Cal. Bar No. 239082)
    530 S. Lake Avenue, No. 574
2    Pasadena, CA 91101
    Tel: (626) 817-6547
3    andrea.valdez.esq@gmail.com

4    JOSEPH SCOTT ST. JOHN (*pro hac vice*)
    514 Mockingbird Drive
5    Long Beach, MS 39560
    Tel: 410-212-3475
6    jscottstjohnpublic@gmail.com

7    *Attorneys for Objector Douglas W. St. John*

8

9            **UNITED STATES DISTRICT COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA**

11             **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| | **DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN ISO DOUGLAS W. ST. JOHN'S REPLY ISO HIS OBJECTION** |
| This Document Relates To: All Indirect Purchaser Actions | Judge: Hon. Jon S. Tigar |
| | Special Master: Hon. Martin Quinn |

I, Joseph Scott St. John, declare and state as follows:

1.     I am an attorney duly licensed in the State of Mississippi, the State of Louisiana, and the District of Columbia. I represent Douglas W. St. John, a resident of the State of Mississippi, in connection with the above-captioned matter.

2.     I make this declaration in support of Objector Douglas W. St. John's Reply in Support of His Objection.

3.     I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would testify truthfully as follows.

## PROFESSIONAL BACKGROUND

4.     I earned a B.S. in Systems Engineering, with Merit, from the United States Naval Academy in 2003.

5.     I earned a J.D., with Honors, from The George Washington University Law School in 2008.

6.     From January 2012 until June 2015, I practiced law as an associate at Covington & Burling LLP in Washington, DC.

7.     I have never previously served as counsel in connection with a class action objection.

8.     I have never filed a class action objection on my own behalf.

9.     IPP Counsel associate me with Anna St. John, an attorney who practices with the Center for Class Action Fairness ("CCAF"), a nationally well-regarded non-profit organization that protects consumers against abusive class action settlements. *See, e.g.*, Adam Liptak, N.Y. TIMES, *When Lawyers Cut Their Clients Out of the Deal* (Aug. 13, 2013) at A12 (referring to CCAF founder Ted Frank as "[t]he leading critic of abusive class-action settlements"). CCAF seems to have earned this reputation through its successful litigation record. *See, e.g.*, *Redman v. Radio Shack Corp.*, 768 F.3d 622 (7th Cir. 2014); *Pearson v. Nbty, Inc.*, 772 F.3d 778 (7th Cir. 2014); *In re HP Inkjet Printer Litig.*, 716 F.3d 1173 (9th Cir. 2013); *In re Dry Max Pampers Litig.*, 724 F.3d 713 (6th Cir. 2013); *In re Bluetooth Headset Prods Liability Litig.*, 654 F.3d 935 (9th Cir. 2011).

10.    I have never served as counsel on any legal matter with Ms. St. John, and I have never appeared in the same case as Ms. St. John.

**CONTRACT ATTORNEYS**

11.     On December 3, 2015, I spoke with attorney Brandon Isleib via telephone. Mr. Isleib confirmed that he worked as a contract attorney for Sherman Kassof. Mr. Isleib stated that Mr. Kassof initially paid him $25 per hour, but Mr. Kassof increased his pay to $30 per hour at some point.

12.     Exhibit 1 is a true and accurate copy of a LinkedIn profile for Brandon Isleib.

**ST. JOHN DEPOSITION**

13.     Exhibit 2 is a true and accurate copy of excerpts from the deposition of Douglas W. St. John.

14.     Mr. St. John's deposition testimony was referenced in a previous filing. *See* (D.E. 4174) at 2-4. The citations in that filing were to the deposition audio rather than the transcript, hence they differ from the citations in Exhibit 2.

15.     Exhibit 8A is a true and accurate copy of Exhibit 8 to the deposition of Douglas W. St. John

16.     Exhibit 8B is a true and accurate copy of document STJOHN030, which corresponds to Exhibit 8 to the deposition of Douglas W. St. John.

17.     Exhibit 9A is a true and accurate copy of Exhibit 9 to the deposition of Douglas W. St. John

18.     Exhibit 9B is a true and accurate copy of document STJOHN031, which corresponds to Exhibit 9 to the deposition of Douglas W. St. John.

19.     Exhibit 10 is a true and accurate copy of an excerpt from Exhibit 10 to the deposition of Douglas W. St. John

20.     Exhibit 11 is a true and accurate copy of Exhibit 11 to the deposition of Douglas W. St. John.

21.     Exhibit 12 is a true and accurate copy of Exhibit 12 to the deposition of Douglas W. St. John.

22.     Exhibit 13A is a true and accurate copy of Exhibit 13 to the deposition of Douglas W. St. John.

23.     Exhibit 13B is a true and accurate copy of document STJOHN038, which corresponds to Exhibit 13 to the deposition of Douglas W. St. John.

24.     Exhibit 14 is a true and correct copy of excerpts from Exhibit 14 to the deposition of Douglas W. St. John.

25.     Further declarant sayeth naught.


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


Executed in New Orleans, Louisiana, the 9th day of December, 2015

/s/ Joseph Scott St. John

_____

Joseph Scott St. John

# EXHIBIT
# 1

≡ ▾  Search for people, jobs, companies, and more…     🔍  Advanced

Home    Profile    Connections    Jobs    Interests                          Business Servic

Need Ethics CLE - Lunch and learn--the ethics of expert witnesses. Onsite or online Dec. 18. | **Read More »**



# Brandon Isleib                                                    3rd

### Legislation Editor at City of Seattle

Federal Way, Washington | Law Practice

| Previous | Weinstein Kitchenoff and Asher, Code Publishing, Wizards of the Coast |
| Education | The University of Alabama School of Law |

**Send Brandon InMail** ▾                        **205** connections

📇 Contact Info                    https://www.linkedin.com/in/brandon-isleib-03771118

## Background

  Summary

I work in legislation and ordinance review. Counting my contributions to the Hardball Times Annual series, I have written approximately 180 articles on either baseball or Magic: the Gathering. I have performed and produced a sketch comedy show for UK charity Comic Relief. Renton, WA studied my proposal to improve traffic flow. I am proficient in making my bio sound more impressive than it is.

  Experience

### Legislation Editor
City of Seattle
January 2015 – Present (1 year) | Greater Seattle Area

Liaise with various City departments to ensure technical and content accuracy of drafted legislation before it receives legal review.

### Tier 2 Supervisor/Lawyer
Weinstein Kitchenoff and Asher
February 2013 – January 2015 (2 years)

Online document review for antitrust class action suits.

### Legal Reviewer
Code Publishing
October 2012 – January 2015 (2 years 4 months) | Seattle

Read municipal codes start to finish for substantive issues (e.g. vagueness or statutory conflicts), recommending revisions as appropriate.

People Also Viewe

 **Harry Jo** Planeswal

 **William 2** Conductor

 **Marco M** Blogger pr

 **Jim Davi** Writer at S

 **Mike Car** Freelance

 **Karla Oli** Owner of I LEGO Sto

 **Jason Ki** Integrated Social Me Agency

 **Rollin Bi** Writer/Edi

 **Justin Su** Grounds S Opelika, A

**Dylan Rippe**
Level 1 Judge at Magic





Advanced

Home        Profile        Connections        Jobs        Interests

Business Servic

You

Morga

Morga
somed
Get in



B

Monitored Magic Online premier events; also helped build and migrate pages and content for the new Magic and Dungeons & Dragons websites.

### Columnist
Gathering Magic
January 2012 – March 2014 (2 years 3 months)

Essentially a continuation of my work at Muse Vessel but with a broader audience and more pizzazz.

### Tier 1 Reviewer/Lawyer
Law Office of Sherman Kassof
September 2010 – June 2012 (1 year 10 months)

Online document review for antitrust class action suits.

### Columnist/Co-Founder
Muse Vessel
January 2011 – December 2011 (1 year)

Weekly writer on casual Magic. Entire site merged into Gathering Magic at the end of 2011.

### Columnist
Hardball Times
March 2008 – February 2010 (2 years)

Biweekly writer on sabermetric and historical baseball topics; read by officials for every major league team; interviewed Cy Young Award winner David Price; published in five books.

### Substitute Teacher
Faulkner University
October 2009 – December 2009 (3 months)

Taught four upper-level class sessions: two in Courts and Courtroom Procedure; and two in Criminology.

### Consultant
W.S. Newell
November 2009 – November 2009 (1 month)

Analyzed a highway construction issue to advise on legal strategy and evidentiary strength.

### Law Clerk
Adcox Lewis Smyth Winter
June 2006 – September 2007 (1 year 4 months)

For six attorneys, researched in Westlaw, Lexis, PACER, and courthouses, drafted and refined motions and briefs, and conducted client interviews in areas including but not limited to: bankruptcy; capital defense; class action product liability; deeds; unlawful detainer; and workers' compensation.

### Intern
ACEC Alabama
December 2005 – April 2006 (5 months)

As one of a three-person office, assisted in tracking bills in the Alabama legislature and coordinating events, such as legislative receptions to serve as a liaison between member organizations and the state

Brandon Isleib | LinkedIn
https://www.linkedin.com/in/brandon-isleib-03771118



## Publications

**How to Stop Setting Fires: Understanding Negligent Speech**
May 26, 2014

## Skills

### Top Skills

| 20 | Legal Research |
| 14 | Document Review |
| 6 | Microsoft Excel |
| 5 | Magazine Articles |
| 3 | Editing |
| 2 | Songwriting |
| 2 | Sketch Comedy |
| 2 | Class Actions |
| 2 | Public Speaking |
| 1 | Leadership |

Brandon also knows about...

| 1 | Legal Writing | 1 | Microsoft Office |

## Education

**The University of Alabama School of Law**
J.D., Law
2006 – 2009

A, Free Speech Seminar, Fall 2008
A-, Sports Law, Fall 2008
A-, Political and Legislative Writing, Spring 2008
A/Best Paper, Commerce Clause Seminar, Fall 2007
A-, Legislation, Fall 2007



Valedictorian
Criminal Justice Award, 2006

Activities and Societies: Alpha Phi Sigma, Alpha Chi

## Additional Info

- **Interests**

  Songwriting, audio production, baseball history

- **Personal Details**

  Birthday     September 18

- **Advice for Contacting Brandon**

  E-mail is the most reliable method of contacting me.

### Organizations

**Additional Organizations**

Alabama State Bar

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Yo**

LinkedIn Corporation © 2015 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy

# EXHIBIT

# 2

Page 1

1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
2                      SAN FRANCISCO DIVISION
3
     IN RE CATHODE RAY TUBE (CRT)
4    ANTITRUST LITIGATION                            PLAINTIFF
5    VERSUS          CIVIL ACTION NO:  07-CV-05944-SC; MDL NO.1917
6    THIS DOCUMENT RELATES TO:
     ALL INDIRECT PURCHASER ACTIONS                  DEFENDANT
7
8    ----------------------------------------------------------
                  DEPOSITION OF DOUGLAS W. ST. JOHN
9    ----------------------------------------------------------
10            Taken at 4302 W. Beach Boulevard,
              Wingate Beach Hotel, Gulfport, Mississippi,
11            Monday, November 2, 2015, beginning at 10:02 a.m.
12
     APPEARANCES:
13
     REPRESENTING PLAINTIFF:
14            MARK J. SCHIRMER, ESQUIRE
              Straus & Boies, LLP
15            1355B Lynnfield Road, Suite 245
              Memphis, Tennessee  38119
16            mschirmer@straus-boies.com
17
     REPRESENTING DOUGLAS W. ST. JOHN:
18            JOSEPH SCOTT ST. JOHN, ESQUIRE
              514 Mockingbird Drive
19            Long Beach, Mississippi  39560
              jscottsjohnpublic@gmail.com
20
21   REPORTED BY:
              JENNIFER RAY, CCR, RPR
22            CCR # 1419
23
24
25

1                    DOUGLAS W. ST. JOHN

2           the witness, having been produced and

3    first duly sworn, testified as follows, to-wit:

4                       EXAMINATION

5    BY MR. SCHIRMER:

6           Q.  Would you, please, state your name for

7    the record, sir.

8           A.  Douglas Wayne St. John.

9           Q.  Do you have a lawyer with you

10   representing you here today?

11          A.  Yes.  Joseph St. John.

12          Q.  Okay.  Do you know of any other

13   counsel who is representing you in connection

14   with your -- with the reason you're here today?

15          A.  No.

16             MR. JOSEPH ST. JOHN:  Counsel, for the

17   record, can you state who you are representing?

18             MR. SCHIRMER:  Sure.  I represent -- I

19   am one of the attorneys who represents a class of

20   indirect-purchaser parties in the in re (CRT)

21   cathode ray tube antitrust litigation.  I'm from

22   the firm Straus and Boies.

23             MR. JOSEPH ST. JOHN:  Okay.  Counsel,

24   for the record, I'm objecting to your

25   qualifications to take the deposition.  Post

1    be all his life, which is probably true.

2              Other than in connection with what's

3    going on here today, has he ever served as your

4    lawyer?

5         A.   No.

6         Q.   Where do you live, sir?

7         A.   Long Beach, Mississippi.

8         Q.   And we are in Long Beach, Mississippi?

9         A.   No.

10        Q.   We're in Gulfport?

11        A.   We're in Gulfport.

12        Q.   Okay.

13        A.   Long Beach is on the west side of

14   Gulfport.

15        Q.   It's that way, behind you?

16        A.   Yes.

17        Q.   What do you do for a living now?

18        A.   I'm retired.

19        Q.   Good for you.

20              What did you do before you retired?

21        A.   I was an engineer with the Southern

22   Company.

23        Q.   What was your job as an engineer,

24   might I ask?

25        A.   I did system protection.

1        Q.   Could you explain that for somebody

2    who knows nothing about that?

3        A.   All power system equipment has devices

4    on it to detect and de-energize it in the event

5    something goes wrong, from the transformers at

6    your house all the way -- and its equipment that

7    when they detect fault, whatever the affected

8    part is, they shut it down, and that's what I

9    did.

10       Q.   Okay.  Did you ever work for a company

11   that sells cathode ray tubes, products that are

12   made of cathode ray tubes?

13       A.   No.

14       Q.   Have you ever given testimony under

15   oath before today?  Well, let me explain.  There

16   could be an affidavit, where you signed it, and I

17   know -- other than today -- and I know you signed

18   an objection and some papers in connection with

19   this.  Other than those papers and sitting here

20   today in front of Jenny and with Mr. St. John,

21   your attorney, have you ever given testimony

22   under oath before today?

23       MR. JOSEPH ST. JOHN:  Objection.

24   Vague.  I'm sure the witness has probably signed

25   an affidavit with a bank or something at some

1      Q.   And you said that your son told you
2   about the litigation?
3      A.   Yes.
4      Q.   And informed --
5           MR. SCHIRMER:   Object to form.
6   BY MR. JOSEPH ST. JOHN:
7      Q.   And informed you that you might be a
8   class member?
9      A.   Yes.
10          MR. SCHIRMER:   Object to form.
11  BY MR. JOSEPH ST. JOHN:
12     Q.   Whose idea was it to object to this
13  litigation?
14     A.   Mine.
15          MR. SCHIRMER:   Object to form.
16  BY MR. JOSEPH ST. JOHN:
17     Q.   Why did you feel the need to object?
18     A.   The original -- when they set up the
19  cartel -- you can say it was a very small amount
20  or whatever, but all the people who bought
21  cathode ray tubes, whether they be TV, computer
22  monitors or whatever, those people got cheated.
23  Looking at the amount of the settlement request
24  by the attorneys, they are about to get cheated
25  again, and I think that is unfair, so that is

1    what my objection is.

2        Q.   And do you recall specifically what

3    you've said that led down this path to filing the

4    objection?

5            MR. SCHIRMER:   Object to form.

6        A.   Is there some -- there should be some

7    way to object to the size of the settlement, and,

8    yes, you can object to it.

9    BY MR. JOSEPH ST. JOHN:

10       Q.   That was the answer?

11       A.   That was -- that was -- how -- how do

12   I object, yes, you can object to the size --

13   since you are in the -- since you're one of the

14   people that got cheated, you can object to the

15   settlement.

16       Q.   Mr. St. John, you were asked by

17   opposing counsel if I had ever served as your

18   lawyer before.  Do you recall that question?

19       A.   Yes.

20       Q.   And you said -- forgive me for

21   paraphrasing -- but you thought this was the

22   first time?

23       A.   Okay.  Yes.

24       Q.   Did you ever ask me for legal advice

25   in connection with the land for which you were a

1        Q.  Is that encapsulated to your

2   understanding within Footnote 1?

3        A.  Yes.

4            MR. JOSEPH ST. JOHN:  Madam court

5   reporter, I have three exhibits.  I don't know

6   which number we're on.

7            THE COURT REPORTER:  7.

8            MR. JOSEPH ST. JOHN:  So it will be 7,

9   8, and 9.

10               (Off the record.)

11      (Exhibits 7 - 9 marked for identification.)

12  BY MR. JOSEPH ST. JOHN:

13       Q.  Mr. St. John, do you recognize

14  Exhibits 7, 8, and 9?

15       A.  Yes.

16       Q.  What is Exhibit 7?

17       A.  Say it again, please.

18       Q.  What is Exhibit 7?

19       A.  Exhibit 7 is a television that is

20  located at my house.

21       Q.  Exhibit 8?

22       A.  That is the back of same.

23       Q.  Exhibit 9?

24       A.  Again, the back of same.

25       Q.  Are Exhibits 7, 8, and 9 accurate

1    representations of the JVC television that you

2    own?

3         A.  Yes.

4         Q.  Does Exhibit 9 accurately represent a

5    label on the back of the JVC television that you

6    own?

7         A.  Yes.

8         Q.  Is there a warning on that label about

9    taking off the back of the television?

10        A.  Yes.  It says, "Caution.  Risk of

11   electric shock.  Do not open."  And then that's

12   the actual label there, and then just to the

13   right it says, "Shock hazard.  Do not open."

14            MR.  JOSEPH ST.  JOHN:  Madam court

15   reporter, I have Exhibit 10.

16                      -  -  -

17        (Exhibit 10 marked for identification.)

18   BY MR.  JOSEPH ST.  JOHN:

19        Q.  Mr.  St.  John, do you recognize Exhibit

20   10?

21        A.  Yes.

22        Q.  What is Exhibit 10?

23        A.  That is the user's guide for the

24   television located at my house.

25        Q.  Looking at what would be Page 2, it's

Page 82

1    on the front page.

2         A.   Okay.

3         Q.   Is there a warning?

4         A.   Yes.   "Risk of electric shock.   Do not

5    open."

6              MR. JOSEPH ST. JOHN:   Madam court

7    reporter, I have Exhibit Number 11.

8                        - - -

9         (Exhibit 11 marked for identification.)

10   MR. JOSEPH ST. JOHN:

11        Q.   Mr. St. John, do you recognize Exhibit

12   Number 11?

13        A.   I recognize it, yes.

14        Q.   Can you identify Exhibit Number 11?

15        A.   It is the Service Manual for the TV

16   we've previously been looking at.

17        Q.   The JVC television that you own?

18        A.   Yes.

19        Q.   Turning to Page 3.   It's the page with

20   Number 3 at the bottom.

21        A.   3.   Okay.

22        Q.   Looking at Paragraph 4.

23        A.   Yes.

24        Q.   Is there a warning about hot chassis?

25        A.   Yes.

1        Q.   What can you explain what a hot

2   chassis means?

3        A.   It means the power cord is connected

4   directly to the chassis.   There is no transformer

5   involved in the connection of it.   There's no

6   transformer isolating the television from the

7   power system.

8        Q.   Is a hot chassis dangerous?

9        A.   It can be.   Yes.

10        Q.   Please turn to Page 30.

11        A.   (Witness complies.)

12        Q.   Does Page 30 of Exhibit 11 identify

13   CRT tube number for the component CRT?

14        A.   Yes.

15        Q.   Does Exhibit 11, to your knowledge,

16   identify the manufacturer for the component CRT?

17        A.   No.

18             MR. SCHIRMER:   Where is Page 30?   I

19   see 28, 29, and then N-O, and then the next one

20   says 39, but I don't know why.   Maybe I'm just

21   missing -- you're dealing with the second 29 and

22   30.

23             MR. JOSEPH ST. JOHN:   It's an --

24             MR. SCHIRMER:   That one?

25             MR. JOSEPH ST. JOHN:   Correct.

1    BY MR. JOSEPH ST. JOHN:

2         Q.  Mr. St. John, are you able to identify

3    the tube manufacturer for the component CRT of

4    this JVC television using publically available

5    information?

6         A.  No.

7         Q.  In your experience, are service

8    manuals for consumer electronics freely

9    available?

10        A.  No.

11        Q.  You generally have to pay for them?

12        A.  Right.

13             MR. JOSEPH ST. JOHN:  Madam court

14   reporter, I'm going to mark Exhibits 12 and 13,

15   12 being the screen and 13 being the label.

16                     -  -  -

17     (Exhibits 12 and 13 marked for identification.)

18   BY MR. JOSEPH ST. JOHN:

19        Q.  Mr. St. John, do you recognize

20   Exhibits 12 and 13?

21        A.  Yes.

22        Q.  What is Exhibit 12?

23        A.  Exhibit 12 is the TV that I own

24   currently at Gulf Shores.

25        Q.  What is Exhibit 13?

Page 85

1          A.   It is the back of same TV.

2          Q.   Does Exhibit 13 accurately represent

3    the back of the back of the Panasonic television

4    that you own?

5          A.   Yes.

6          Q.   And I know it may be difficult to see,

7    but is there a warning about taking off the back

8    of that Panasonic television?

9          A.   Yes.  There is imprinted in the

10   plastic just to the top right of the -- the top

11   right corner of the label there is a -- it says,

12   "Shock hazard.  Do not open."  It's very

13   difficult to read, but it says "shock hazard"

14   just to the right and above the label.

15          MR. JOSEPH ST. JOHN:  Thank you.

16          Madam court reporter, I'm gonna mark

17   Exhibit 14.

18                  - - -

19      (Exhibit 14 marked for identification.)

20   BY MR. JOSEPH ST. JOHN:

21          Q.   Mr. St. John, do you recognize Exhibit

22   14?

23          A.   Yes.

24          Q.   What is Exhibit 14?

25          A.   It's the operating manual for the TV,

1   this previous TV we just looked at, the

2   Panasonic.

3          Q.   Exhibit 14 is printed with two pages

4   per physical piece of paper.  On the right side

5   of the front page, is there a warning?

6          A.   Yes.

7          Q.   What does the warning say?

8          A.   "Risk of electric shock.  Do not open.

9   To reduce the risk of electric shock do not

10  remove cover or back.  No user-serviceable parts

11  inside.  Refer servicing to qualified service

12  personnel."

13         Q.   Mr. St. John, the warnings that we've

14  reviewed on the instruction manual or the user

15  manual and the backs of your televisions, as a

16  consumer, would these warnings detour you from

17  opening those televisions?

18              MR. SCHIRMER:  Object to form.  Calls

19  for speculation.

20  BY MR. JOSEPH ST. JOHN:

21         Q.   Mr. St. John, are you a consumer?

22         A.   Yes.

23              MR. SCHIRMER:  Asks for an expert

24  opinion.

25         A.   I am.

1          MR. JOSEPH ST. JOHN:  And, madam court

2     reporter, I want to mark Exhibit 15.  It is an

3     excerpt from Rely Brief in Support of

4     Indirect-Purchaser Plaintiffs' Motion For Class

5     Certification, docket entry 1654, dated April

6     25th, 2013.

7                          - - -

8          (Exhibit 15 marked for identification.)

9     BY MR. JOSEPH ST. JOHN:

10         Q.  Mr. St. John, I'd like to direct you

11    to Page 38, Line 20.

12         A.  Okay.

13         Q.  It states, "The tube manufacturer can

14    be identified by using the product model number

15    printed on the outside of the unit.  The model

16    number can be matched with the corresponding

17    service guides, service manuals or other

18    publically available information to reveal the

19    tube number, which is unique to a specific

20    manufacturer."

21         Mr. St. John, do you believe this

22    statement is misleading?

23         A.  It is.

24         Q.  Why?

25         MR. SCHIRMER:  Object.

1          A.   First off, the manuals do not specify

2     the tube manufacturer.   They specify a model

3     number.   I tried to identify some of the

4     manufacturers by using the model numbers

5     available, and I was unable to do so.

6     BY MR. JOSEPH ST. JOHN:

7          Q.   And was that with respect to the JVC

8     television?

9          A.   Yes.

10         Q.   Turning to Page 39, Lines 4 through 9,

11    it states that, "The tube maker can be identified

12    by removing the screws from the back of the

13    product and viewing the name of the tube maker or

14    the tube number, which is typically printed in

15    large, bold letters on the tube itself."

16    "Contrary to defendants' assertions, this is a

17    simple process that can be accomplished in a few

18    moments with the use of a screwdriver."

19              Do you see that statement, Mr. St.

20    John?

21         A.   Yes.

22         Q.   Do you believe that statement is

23    misleading?

24         A.   Yes.

25              MR. SCHIRMER:   Object to form.

1    BY MR. JOSEPH ST. JOHN:

2         Q.   Why?  You can answer, Mr. St. John.

3         A.   The -- all the documentations, the

4    labels, they say don't go in there, it's high

5    voltage.  And so while somebody, yes, they could

6    be -- they could remove the screws and go in

7    there, the voltage does not go to zero instantly

8    when the unit is turned off, and there is a shock

9    hazard inside.

10        Q.   Couldn't a consumer eliminate the risk

11   of that shock hazard by simply unplugging the

12   television?

13        A.   No.

14        Q.   Can you explain why not?

15        A.   The TV is using the -- CRTs use very

16   high voltage.  Rough estimate, measuring the

17   diagonal of the tube, it's about 1,000 volts in

18   each, and it takes several minutes -- when the TV

19   is turned off or unplugged, it takes some minutes

20   for that voltage to decay down to nonlethal

21   levels, and if there are some failures

22   internally, which would not be readily apparent,

23   it may be substantially longer for the voltage to

24   decay.

25        Q.   Let's talk about your educational and

1    professional background for a minute.  Did you

2    serve in the military, Mr. St. John?

3         A.  Yes.

4         Q.  Did you receive training in

5    electronics repair from the military?

6         A.  Yes.  I went to the Air Force basic

7    electronics and advanced electronics school.

8         Q.  What type of equipment did you work

9    on?

10             MR. SCHIRMER:  Object to form.

11        A.  I worked on the ground transmitters

12   for -- that the aircraft used for navigation

13   purposes.

14   BY MR. JOSEPH ST. JOHN:

15        Q.  Did that equipment include high

16   voltages?

17        A.  Yes.  The -- it was all tube-type

18   equipment, and all of it involved voltages

19   ranging from several hundred -- and there was one

20   unit that ranged -- we had 13 KV on them.

21             THE COURT REPORTER:  You had 13 what?

22        A.  Kilovolts, 13,000 volts.

23   BY MR. JOSEPH ST. JOHN:

24        Q.  Did the Air Force train you on how to

25   work safely on that equipment?

1         A.   Yes.

2         Q.   Were you skilled in the repair of that

3    equipment?

4         A.   Yes.

5         Q.   How skilled?

6         A.   I was sent to a duty station in

7    Northern Thailand, and I was the sole maintenance

8    man for the equipment located at that site.   From

9    November -- or excuse me -- from September until

10   May, I was the only technician working there.

11        Q.   September until May of what year, sir?

12        A.   1969.

13        Q.   That's an interesting year.   How

14   important was the navigational equipment that you

15   were working on in Thailand?

16             MR. SCHIRMER:   Object to form.

17   BY MR. JOSEPH ST. JOHN:

18        Q.   Do you know how important the

19   navigational equipment you were working on was?

20        A.   Yes.   It -- I was told -- I didn't

21   verify it, but I was told that my equipment was

22   the first one the aircraft picked up coming back

23   from the bombings over in North Vietnam (crying).

24        Q.   So your equipment was important?

25        A.   Yes.

1          Q.  Are you okay, Mr. St. John?  Do you

2    need a break?

3          A.  No.

4          Q.  And you were the only man qualified to

5    work on that equipment?

6          A.  Yes.

7               MR. SCHIRMER:  Object to form.  You

8    mean at that station?

9          A.  I was the only one at the station that

10   was qualified to work on the equipment.  Yes.

11   BY MR. JOSEPH ST. JOHN:

12         Q.  Mr. St. John, where was the nearest

13   major military base to your duty station?

14         A.  Say that again.

15         Q.  How far away were you from the nearest

16   major military base?

17               MR. SCHIRMER:  Object to form.

18         A.  My home base was 200 miles south.

19   BY MR. JOSEPH ST. JOHN:

20         Q.  Were you honorably discharged from the

21   Air Force, sir?

22         A.  Yes.

23         Q.  Have you been trained in the repair of

24   CRT televisions?

25         A.  Yes.

1        Q.   Have you, in fact, repaired CRT
2    televisions?
3        A.   Yes.
4        Q.   After you were discharged from the Air
5    Force, did you pursue advanced education?
6        A.   Yes.
7        Q.   What degrees, if any, did you receive?
8        A.   Received a bachelor of science in
9    electrical engineer and a master of science in
10   electrical engineering.
11       Q.   Who were your employers throughout
12   your career, sir?
13            MR. SCHIRMER:   Object to form.
14       A.   Southern Company, subsidiaries of the
15   Southern Company.
16   BY MR. JOSEPH ST. JOHN:
17       Q.   While working at these subsidiaries of
18   the Southern Company, did your responsibilities
19   include the maintenance of high voltage
20   equipment?
21       A.   Yes.
22       Q.   Did your responsibilities include the
23   maintenance of high voltage power supplies?
24       A.   Yes.
25       Q.   Did your employers provide safety

1    training related to that high voltage equipment?

2         A.   Yes.

3         Q.   Did you ultimately have supervisory

4    responsibility for other Southern Company

5    employees?

6         A.   Yes.

7         Q.   Were you responsible for providing

8    safety training to those under your supervision?

9         A.   Yes.

10         Q.   Was that safety training related to

11    safely working on high voltage equipment?

12         A.   Yes.

13              MR. SCHIRMER:   Object to form.

14    BY MR. JOSEPH ST. JOHN:

15         Q.   Mr. St. John, have you ever been an

16    instructor at the university level?

17         A.   Yes.

18         Q.   Can you tell us where and describe the

19    general nature of the courses you instructed?

20         A.   On the university level, I was an

21    instructor at the University of South Alabama in

22    electrical engineering laboratories and courses.

23    I was an instructor for the University of

24    Southern Mississippi in their electrical

25    engineering technology program.

1        Q.   Have you ever been an instructor at
2    the trade school level?
3        A.   Yes, I have instructed at the trade
4    school level.
5        Q.   Can you say where and describe the
6    general nature of the courses you instructed?
7             MR. SCHIRMER:   Object to form.
8        A.   The Birmingham -- Birmingham Joint
9    Industrial Board.   It was a training program set
10   up by the brotherhood of electrical workers and
11   the electrical contractors to train the
12   apprentice electricians in their job.
13   BY MR. JOSEPH ST. JOHN:
14       Q.   Were you responsible for providing
15   high voltage safety training to your students?
16            MR. SCHIRMER:   Object to form.
17       A.   Yes.
18   BY MR. JOSEPH ST. JOHN:
19       Q.   Did you provide safety training to
20   your students?
21       A.   Yes.
22       Q.   Did that training that you provided to
23   your students include high voltage safety
24   training?
25       A.   Yes.

1    Q.   Mr. St. John, do you believe that

2    you're qualified based on knowledge, skill,

3    experience, and training and education to opine

4    on the safety of consumers opening the back of

5    their CRT televisions?

6         MR. SCHIRMER:  Object to form.

7    A.   Yes, sir.

8    BY MR. JOSEPH ST. JOHN:

9    Q.   Mr. St. John, how many years did you

10   practice as an electrical engineer?

11   A.   31 years.

12   Q.   Mr. St. John, on the basis of your

13   knowledge, skill, experience, training, and

14   education, including your 31 years of experience

15   as an electrical engineer working with high

16   voltage equipment, do you believe that it would

17   be safe for consumers to open the back of their

18   CRT televisions?

19   A.   No.

20        MR. SCHIRMER:   Object to -- finish.

21   BY MR. JOSEPH ST. JOHN:

22   Q.   Allow me to reask the question, Mr.

23   St. John.

24   A.   Okay.

25   Q.   On the basis of your knowledge, skill,

1    experience, training, and education, including

2    your over 31 years of experience as an electrical

3    engineer working with high voltage equipment, do

4    you believe that it would be safe for consumers

5    to open the back of their CRT televisions without

6    professional assistance?

7              MR. SCHIRMER:  Object to form.

8         A.   No.

9              MR. JOSEPH ST. JOHN:  Counsel, do you

10   have a brief recross?

11                        - - -

12                      EXAMINATION

13   BY MR. SCHIRMER:

14        Q.   Sir, you said that you understood that

15   people -- classes were -- a class action was an

16   action where an individual person essentially

17   brings claims on behalf of a large group of

18   people.  Is that -- is that your understanding?

19             MR. JOSEPH ST. JOHN:  Objection.

20   Mischaracterizes the testimony beyond the scope

21   of direct.

22             MR. SCHIRMER:  No, it isn't.  Sir, it

23   was my direct, by the way.

24             MR. JOSEPH ST. JOHN:  Pardon me.

25   Beyond the scope of the cross, beyond the scope.

# EXHIBIT

# 8A



PENGAD 800-631-6989

DEPOSITION
EXHIBIT #8 11-2-15

# EXHIBIT

# 8B

# EXHIBIT 9A





# EXHIBIT 9B

**JVC** MODEL No. AV-20D202

LC31139-001A-A

AC 120V 60Hz        87 W

TV SCREEN SIZE : DIAGONAL        20   INCHES        M E

 CAUTION
RISK OF ELECTRIC SHOCK
DO NOT OPEN



WARNING:
SHOCK HAZARD-DO NOT OPEN.
AVIS : RISQUE DE CHOC
ELECTRIQUE-NE PAS OURVRIR.

CERTIFICATION -PRODUCT COMPLIES WITH DHHS RULE 21CFR SUBCHAPTER J APPLICABLE
AT THE DATE OF MANUFACTURE.
THIS DEVICE COMPLIES WITH PART 15 OF THE FCC RULES. OPERATION IS SUBJECT
TO THE FOLLOWING TWO CONDITIONS : (1) THIS DEVICE MAY NOT CAUSE
HARMFUL INTERFERENCE, AND (2) THIS DEVICE MUST ACCEPT ANY INTERFERENCE
RECEIVED, INCLUDING INTERFERENCE THAT MAY CAUSE UNDESIRED OPERATION.
CABLE COMPATIBLE TELEVISION APPARATUS, CANADA.
TÉLÉVISEUR CÂBLE COMPATIBLE, CANADA.
ASSEMBLED IN MEXICO BY JVC INDUSTRIAL DE MEXICO.
VICTOR COMPANY OF JAPAN, LIMITED. 12, 3-CHOME, MORIYA-CHO,
KANAGAWA-KU, YOKOHAMA, 221-8528, JAPAN.

CHASSIS NO.   A66
MANUFACTURED  JULY. 2001
SERIAL NO.    12613473   S

 US LISTED
VIDEO EQUIPMENT
4C43

# EXHIBIT 10

ED mini-TB  1/16/01  3:33 PM  Page 1



# JVC®

## COLOR TELEVISION
## USER'S GUIDE



Illustration of AV-27D302 and AV-27230

**For models:**
AV-27D302
AV-27D202
AV-20D202
AV-27230

### IMPORTANT NOTE TO THE CUSTOMER

In the spaces below, enter the model and serial number of your television located at the rear of the television cabinet). Staple your sales receipt or invoice to the inside cover of this guide. Keep this user's guide in a convenient place for future reference. Keep the carton and original packaging for future use.

Serial Number

Model Number

LCT0618-001-A
0101-Ra-JM-IM

---

ED mini-TB  1/16/01  3:33 PM  Page 2

# IMPORTANT SAFETY PRECAUTIONS

⚡

┌─────────────────────┐
│      CAUTION        │
└─────────────────────┘
RISK OF ELECTRIC SHOCK
DO NOT OPEN

CAUTION:To reduce the risk of electric shock.
Do not remove cover (or back).
No user serviceable parts inside.
Refer servicing to qualified service personnel.

⚡

The lightning flash with arrowhead symbol, within an equilateral triangle is intended to alert the user to the presence of uninsulated "dangerous voltage" within the product's enclosure that may be of sufficient magnitude to constitute a risk of electric shock to persons.

!

The exclamation point within an equilateral triangle is intended to alert the user to the presence of important operating and maintenance (servicing) instructions in the literature accompanying the appliance.

**WARNING:** TO PREVENT FIRE OR SHOCK HAZARDS, DO NOT EXPOSE THIS TV SET TO RAIN OR MOISTURE.

**CAUTION:** TO INSURE PERSONAL SAFETY, OBSERVE THE FOLLOWING RULES REGARDING THE USE OF THIS UNIT.

1. Operate only from the power source specified on the unit.
2. Avoid damaging the AC plug and power cord.
3. Avoid improper installation and never position the unit where good ventilation is unattainable.
4. Do not allow objects or liquid into the cabinet openings.
5. In the event of trouble, unplug the unit and call a service technician. Do not attempt to repair it yourself or remove the rear cover.

Changes or modifications not approved by JVC could void the warranty.

* When you don't use this TV set for a long period of time, be sure to disconnect both the power plug from the AC outlet and antenna for your safety.

* To prevent electric shock, do not use this polarized plug with an extension cord, receptacle or other outlet unless the blades can be fully inserted to prevent blade exposure.


PENGAD 800-631-6989

DEPOSITION
EXHIBIT 11,2,4
710
S+. John

# EXHIBIT 11

# JVC

# SERVICE MANUAL

## COLOR TELEVISION

**AV-20D202/S**
**AV-20D202/R**

BASIC CHASSIS
FD

AV-20D202

No.51789
Apr. 2001

## CONTENTS

- SPECIFICATIONS · · · · · · · · · · · · · · · · · 2
- SAFETY PRECAUTIONS · · · · · · · · · · · · · 3
- FEATURES · · · · · · · · · · · · · · · · · · · · · · · 4
- FUNCTIONS · · · · · · · · · · · · · · · · · · · · · · 5
- SPECIFIC SERVICE INSTRUCTIONS · · · · 6
- SERVICE ADJUSTMENTS · · · · · · · · · · · · 10
- PARTS LIST · · · · · · · · · · · · · · · · · · · · · · 28
- OPERATING INSTRUCTIONS · · · · · · · · · 1-1
- STANDARD CIRCUIT DIAGRAM · · · · · · · · 2-1

COPYRIGHT © 2001 VICTOR COMPANY OF JAPAN, LTD.

---

## SPECIFICATIONS

AV-20D202

| Items | | | Contents |
|---|---|---|---|
| Dimensions (W×H×D) | | | 23-3/8" × 18" × 19-1/4" / 592mm × 456mm × 487mm |
| Mass | | | 45.0 lbs / 20.4 kg |
| Reception Format | | | NTSC, BTSC-System (Multi-Channel Sound) |
| Reception Range | VHF, UHF | VL Band | (02~06) 54MHz~88MHz |
| | | VH Band | (07~13) 174MHz~216MHz |
| | | UHF Band | (14~69) 470MHz~806MHz |
| | CATV | Low Band | (02~06, A-8) by (07~06A01) |
| | | High Band | (07~13) by (07~13) |
| | | Mid Band | (A~1) by (14~22) |
| | | Super Band | (J~W) by (23~36) |
| | | Hyper Band | (W~FF) by (37~64) |
| | | Ultra Band | (W+25~W+84) by (65~125) |
| | | Sub Mid Band | (A8, A4~A1) by (01, 96~99) |
| | TV/CATV Total Channel | | 181 Channels |
| Intermediate Frequency | Video IF Carrier | | 45.75MHz |
| | Sound IF Carrier | | 41.25MHz (4.5MHz) |
| | Color Sub Carrier | | 3.58MHz |
| Power Input | | | 120V AC, 60Hz |
| Power Consumption | | | 87W |
| Picture Tube | | | 20" (51cm) Measured Diagonally |
| High Voltage | | | 26.5kV±1kV (at zero beam current) |
| Speaker | | | 2" × 3-1/2" / 5 × 9cm Oval type × 2 |
| Audio Power Output | | | 1.0W + 1.0W |
| Input terminal (Input 1) | S-Video | | Y: 1Vp-p Positive (negative sync provided, when terminated with 75Ω) C: 0.286Vp-p (burst signal, when terminated with 75Ω) |
| | Video(V) | | 1Vp-p, 75Ω (RCA pin jack) |
| | Audio(L, R) | | 500mVrms (-4dB-), high impedance (RCA pin jack) |
| Input 2 | Component Video Y, Pb, Pr | | 1Vp-p 75Ω (positive sync) |
| Input 3 (Front) | Video(V) | | 1Vp-p, 75Ω (RCA pin jack) |
| | Audio(L, R) | | 500mVrms (-4dB-), high impedance (RCA pin jack) |
| Output terminal | Variable Audio Output (PsL) | | More than 0~150ohms (-4dBs) Low impedance (400Hz when modulated 100%) (RCA pin jack) |
| Antenna terminal | | | 75Ω (VHF/UHF) Terminal, F-Type Connector |
| Remote Control Unit | | | RM-C364-1A (AA/R6/UM-3 battery×2) |

Design & specifications are subject to change without notice.

No.51789

2



PENGAD 800-631-6989

DEPOSITION
EXHIBIT

# SAFETY PRECAUTIONS

1. The design of this product contains special hardware, many circuits and components specially for safety purposes. For continued protection, no changes should be made to the original design unless authorized in writing by the manufacturer. Replacement parts must be identical to those used in the original circuits. Service should be performed by qualified personnel only.

2. Alterations of the design or circuitry of the products should not be made. Any design alterations or additions will void the manufacturer's warranty and will further relieve the manufacturer of responsibility for personal injury or property damage resulting therefrom.

3. Many electrical and mechanical parts in the products have special safety related characteristics. These characteristics are often not evident from visual inspection nor can the protection afforded by them necessarily be obtained by using replacement components rated for higher voltage, wattage, etc. Replacement parts which have these special safety characteristics are identified in the parts list of Service manual. Electrical components having such features are identified by shading on the schematics and by ( △ ) on the parts list in the Service manual. The use of a substitute replacement which does not have the same safety characteristics as the recommended replacement part shown in the parts list of Service manual may create shock, fire, or other hazards.

4. The Service manual for this product identifies the parts that will present hazards when improperly replaced.

5. The chassis and any sub-chassis contained in some products are connected to one side of the AC power line. An isolation transformer of adequate capacity should be inserted between the product and the AC power supply prior while performing any service on the products when the HOT chassis is exposed.

   GROUND THE ISOLATION TRANSFORMER SECONDARY.
   Do not defeat, alter, or remove ground. The "HOT" ISOLATED ground, ISOLATED GND and EARTH GND are different.

   **WARNING:** DANGEROUS VOLTAGE. The difference in potential between the LINE (signal ground) and ISOLATED (EARTH) ground points (i.e. LINE side GND or EARTH side GND and ISOLATED/EARTH(NEUTRAL) side GND) may cause a shock. Be careful when testing.

6. When servicing, observe the original lead dress. If a short circuit is found, replace all parts which have been overheated or damaged by the short circuit. Always use the manufacturer's replacement components.

7. Isolation resistance check the completed reassembled product (both DC and AC) as follows, before returning the product to the customer:
   a. Using a Leakage Current Tester, measure the leakage current from each exposed metallic part of the cabinet, particularly any exposed metallic part having a return path to the chassis, to a known good earth ground (water pipe, etc.), must not exceed 0.5mA. (AC or DC).

8. Do not check high voltage by drawing an arc. Use a high voltage meter or a high voltage probe with a VTVM. Discharge the picture tube before attempting meter connection, by connecting a clip-lead to the ground frame and connecting the other end of the lead through a 10kΩ 2W resistor to the anode button.

AV-2020202




9. When service is required, observe the original lead dress. Extra precaution should be taken to assure correct lead dress in the high voltage circuit area. Where a short circuit has occurred, replace those components which indicate evidence of overheating.

10. **Isolation Check**
    (Safety for Electrical Shock Hazard)
    After re-assembling the product, always perform an isolation resistance check on the exposed metallic parts of the cabinet (antenna terminals, video/audio input and output terminals, control knobs, metal cabinet, screwheads, earphone jack, control shafts, etc.) to be sure the product is safe to operate without danger of electrical shock.

    (1) Isolation Check Method
    The isolation check permits picture adjustment. The isolated product to the user, particularly any exposed metal parts that have a return path to the chassis, should be checked at the point of 1100V AC (r.m.s) for a period of one second, using a 500V megger, or other equivalent test equipment. An exposed metal part rated up to 120V and 2000V AC (r.m.s) is not an appliance rated low-leakage/standard. If the leakage current found in the service book.

    (2) Leakage Current Check Method
    Plug the AC line cord directly into the AC outlet (do not use a line isolation transformer during this check.). Using a "Leakage Current Tester," measure the leakage current from each exposed metallic part of the cabinet, particularly any exposed metal part having a return path to the chassis, to a known good earth ground (water pipe, etc.). Any leakage current must not exceed 0.5mA AC (r.m.s).
    Alternate Check Method
    Plug the AC line cord directly into the AC outlet (do not use a line isolation transformer during this check.). Use an AC voltmeter having 1000 ohms per volt or more sensitivity in the following manner: Connect a 1500Ω 10W resistor paralleled by a 0.15µF AC-type capacitor between a known good earth ground (water pipe, conduit, etc.) and the exposed metallic part, then measure the AC voltage across the resistor with the AC voltmeter. Now reverse the plug in the AC outlet and repeat measurement. Any voltage measured must not exceed 0.75V AC (r.m.s). This corresponds to 0.5mA AC (r.m.s). However, in typical area, the must not exceed 0.2mA AC (r.m.s).

    However, in typical area, the must not exceed 0.5mA AC (r.m.s). This corresponds to 0.5mA AC (r.m.s).

11. **High voltage hold down circuit check.**
    To check for the proper operation of the high voltage hold down circuit, perform the following check. See item "How" to check the high voltage hold down circuit.



```
        AC VOLTMETER
        (HAVING 1000Ω/V
      EARTH     OR MORE SENSITIVITY)
      GROUND

                0.15µF AC-TYPE

      GOOD
      EARTH          1500Ω 10W
      GROUND

                PLACE THIS PROBE
                ON EACH EXPOSED
                METAL PART
```

```
      GOOD
      GROUND
                 0.15µF AC-TYPE
                        1500Ω

                POWER CORD
                REPLACEMENT WARNING
                Connecting this unit to an AC
                power socket to "not" character end
                show for its rating.
```

# FEATURES

- Built-in V-CHIP system.
- With 750VU in common (F-Type) ANT Terminal.
- Uses coax mode-fun to connect the Digital Video Disk player with the component input terminal.
- SLEEP TIMER for setting in real time.
- Closed-caption broadcasts can be viewed.
- Built-in MTS system.
- Provided with miniature band (TW/CATV).
- Built in HYPER-SURROUND system.
- Adoption of the Auto-memory picture adjustment.
- Adoption of the CHANNEL GUARD function prevents the specific channels from being selected, unless the "ID number" is key in.
- 110VU AC line to input terminal for taking best advantage of Super VHS.
- I²C bus control utilizes single chip ICs.
- Adoption of the VIDEO STATUS function.
- Variable Audio output terminal.
- Adoption of the ON/OFF TIMER function.
- 2 LINE Digital Comb filter improved picture quality.

AV-2020202

AV-20D202

# CONTENTS

■ EXPLODED VIEW PARTS LIST .......................................... 30
■ EXPLODED VIEW .......................................................... 31
■ PRINTED WIRING BOARD PARTS LIST
● MAIN PW BOARD ASSY          [ SFD-1005A-M2 ] ................ 32
● POWER PW BOARD ASSY       [ SFD-6002A-M2 ] ................ 36
■ REMOTE CONTROL UNIT PART'S LIST ............................. 37
■ PACKING ................................................................. 38
■ PACKING PARTS LIST ................................................. 38

## EXPLODED VIEW PARTS LIST

| Ref. No. | Part No. | Part Name | Description |
|---|---|---|---|
| | (PICTURE TUBE) | PIC TUBE(C) | |
| | QSL0002-001 | DEG COIL | |
| 4 | QCJ0011-001 | D.Y. TRANSF | |
| | QCJ0011-001 | CONTROL PWB | |
| | CJ1B03-004A-A | REMOVE LENS | |
| | CJ1B03-004A-A | REMOVE LENS | |
| | CJ2B24-004A-A | FRONT KNOB | |
| | CN1004-005-M | JVC MARK | |
| 5 | | SPRING | |
| 6, 7 | | BINDER HEAD WIRE | |
| 8 | | S.PEAKER | (×2)SP01.00 |
| 9 | | F. C.MAGNET | |
| 10 | | REAR ASSY | (×4) |
| 11 | | REAR ASSY | |
| 12 | | POWER CORD | |
| 13 | | POWER CORD | |
| 13 | Q1SB5G01162 | TAPPING SCREW | (×9) |
| 14 | Q1SB5901M2 | TAPPING SCREW | (×4) |
| 100 | QGI0026-002A-A | FRING CABLE | |
| 101 | QGI0026-002A-A | DOOR CABI.ASSY | Ref.No.101 |

## EXPLODED VIEW



AV-20D202

# EXHIBIT 12



PENGAD 800-631-6989

DEPOSITION
EXHIBIT 11-2-15
#12
John

# EXHIBIT 13A





PENGAD 800-631-6989

DEPOSITION
EXHIBIT
13  11-2-15

# EXHIBIT 13B

**Panasonic®**
COLOR TV

⚠ WARNING

Model No.
No. de modèle    **CT-25G7F**

Chassis No.
No. de châssis    FP361

Serial No.
No. de série    LA22910569

Power Rating
Alimentation    120V~ 60 HZ    Max. Amps
Intensité
max. (A)    1.8

Manufactured
Fabrication    OCTOBER 2002
QAM

ASSEMBLED IN MEXICO
ASSEMBLE AU MEXICO

# EXHIBIT
# 14

# Panasonic®

## Color Television
## Operating Instructions

CT-2017
CT-25G7
CT-25G7U

CT-G2132
CT-G2132L
CT-G2172
CT-G2172L

CT-G2972
CT-G2972L
CT-G3352
CT-G3352X



For assistance, please call: 1-800-211-PANA (7262) or
send e-mail to: consumerproducts@panasonic.com (USA only)

TQB2AA0370
PRINTED IN USA    10412

**WARNING**

RISK OF ELECTRIC SHOCK
DO NOT OPEN

WARNING: To reduce the risk of electric shock, do not remove cover or back.
No user-serviceable parts inside. Refer servicing to qualified service personnel.

The lightning flash with arrow
head within a triangle is
intended to tell the user that
parts inside the product are a
risk of electric shock to
persons.

The exclamation point within a
triangle is intended to tell the
user that important operating
and servicing instructions are
in the papers with the
appliance.

WARNING: TO REDUCE THE RISK OF FIRE OR ELECTRIC SHOCK, DO
NOT EXPOSE THIS APPARATUS TO RAIN OR MOISTURE.

The double insulation symbol (a square within a square) is
intended to alert qualified service personnel to use only
identical replacement parts in this apparatus.

**FCC CAUTION:** ANY CHANGES OR MODIFICATIONS TO THIS TV
RECEIVER NOT EXPRESSLY APPROVED BY
MATSUSHITA ELECTRIC CORPORATION OF AMERICA
COULD CAUSE HARMFUL INTERFERENCE, WHICH
WOULD VOID THE USER'S AUTHORITY TO OPERATE
THIS EQUIPMENT.

**ENVIRONMENTAL NOTICE:** THIS PRODUCT UTILIZES BOTH A CATHODE RAY TUBE (CRT) AND
OTHER COMPONENTS THAT CONTAIN LEAD. DISPOSAL OF THESE
MATERIALS MAY BE REGULATED IN YOUR COMMUNITY DUE TO
ENVIRONMENTAL CONSIDERATIONS. FOR DISPOSAL OR RECYCLING
INFORMATION PLEASE CONTACT YOUR LOCAL AUTHORITIES, OR THE
ELECTRONICS INDUSTRIES ALLIANCE: <HTTP://WWW.EIAE.ORG>



PENGAD 800-631-6989

DEPOSITION
EXHIBIT 11-2-5
#14
St. John