# EXHIBIT 6

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

December 13, 2015

**VIA JAMS E-FILING**

Martin Quinn, Special Master
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
        **Case No. 07-cv-5944 JST, MDL 1917**

Dear Special Master Quinn:

We received on December 9, 2015 a series of briefs and declarations relating to approval of the settlements and the Indirect Purchaser Plaintiffs' ("IPPs") request for attorneys' fees.

We have now had a chance to review these submissions. The submissions go far beyond replying to the IPPs' initial submissions and raise a number of new matters.

The IPPs, as the moving parties on the underlying motions, request an opportunity to respond to these new matters. We request an opportunity to reply on the settlements (not to exceed 15 pages), and an opportunity to reply on attorneys' fees (not to exceed 10 pages).

This further briefing will complete the record and, we believe, facilitate your decision in this matter.

Respectfully submitted,

*/s/ Mario N. Alioto*
Mario N. Alioto

Lead Counsel for the Indirect Purchaser Plaintiffs