# EXHIBIT 7

| | |
|---|---|
| Law Offices of Francis O. Scarpulla<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 788-7210<br>Facsimile:  (415) 788-0706 | Cooper & Kirkham, PC<br>357 Tehama Street, Second Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 788-3030<br>Facsimile:  (415) 882-7040 |

December 14, 2015

*Via* JAMS ELECTRONIC Filing System

The Honorable Martin Quinn
Special Master
Judicial Arbitration & Mediation Services
Two Embarcadero Center, Suite 1500
San Francisco, CA  94111

  Re: In re:  Cathode Ray Tube (CRT) Antitrust Litigation
     Case No. 3:07-cv-5944 JST

Dear Special Master Quinn:

  We have been served with Mr. Alioto's request that Lead Counsel be permitted to file supplemental memoranda.  If Your Honor grants Mr. Alioto's application, we respectfully request that we be permitted the opportunity to file sur-reply briefs.

          Respectfully yours,

          /s/ Francis O. Scarpulla
          Francis O. Scarpulla

          /s/ Josef D. Cooper
          Josef D. Cooper

FOS/JDC/cpc