# EXHIBIT

# 8

Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944-SC |
| This Document Relates to:<br><br>ALL ACTIONS | **SPECIAL MASTER'S ORDER RE (1) LEAD COUNSEL'S REQUEST FOR FURTHER BRIEFING; (2) HEARING FOR ORAL ARGUMENT; (3) OBJECTORS FINN/FORTMAN MOTION FOR PRODUCTION OF FEE AGREEMENTS** |

1. <u>Request for Further Briefing</u>. By letter dated December 13, 2015, Lead Counsel asks to be permitted to file a responsive brief to Objectors' Reply Briefs on the ground that Objectors raised new issues for the first time. As sure as night follows day, Class Counsel Scarpulla by letter dated December 14, 2015 requested leave to file a sur-Reply. The Special Master has reviewed the Reply Briefs, and they indeed raise for the first time a few issues and discuss issues previously mentioned far more thoroughly than they did in their original Objections. The Special Master is reluctant to extend the briefing period because it reduces the time he has to

prepare his Report and Recommendation which is due January 15, 2016.  However, he concludes that his Report will benefit from obtaining Lead Counsel's further views on certain issues.

Therefore, Lead Counsel's request is GRANTED.  Lead Counsel shall file a further Response not exceeding 20 pages by **December 23, 2015** to the following issues:  the release without compensation of class members in certain states (section II of the Cooper/Scarpulla brief); issues relating to the Chungwa settlement (section III of the Cooper/Scarpulla brief, and section B.2 of the St. John brief); alleged defects in notice (section IV in the Cooper/Scarpulla brief); the disproportionate size of the Samsung and Phillips settlements (section C of the St. John brief); and the failure to pursue claims of class members in Massachusetts and Missouri (section II.C of the Moore brief).  The request to submit a sur-Reply is DENIED.

2. Oral Argument.  A hearing is set for **Tuesday, January 5, 2016** at 10:00 AM at JAMS San Francisco for oral argument on the issues of approval of the settlement and award of attorneys' fees.  Counsel may attend in person or by telephone.  Lead Counsel shall provide a court reporter for that hearing.

3. Motion re Fee Agreements.  Objectors Finn and Fortman move for an order requiring Lead Counsel to produce copies of all fee agreements of class counsel.  The motion contends that the Court must scrutinize any fee agreements among class counsel, notes that none have been filed with the Court, and assumes without evidence that some such agreements must exist.  The Special Master concludes that Objectors have not shown good cause for production to them of fee agreements, and accordingly DENIES the motion.  However, the Special Master ORDERS that all fee agreements among class counsel relating to a division or treatment of fees to be awarded IPP Counsel be filed with the Special Master forthwith.

Dated:  December 14, 2015

Martin Quinn
Special Master