# EXHIBIT 11



**Scott St John (public) <j.scott.stjohn.public@gmail.com>**

## Cathode Ray Tube (CRT) Antitrust Litigation (MDL 1917)

**Sissel Browder** <sisselbrowder@yahoo.com>     Thu, Dec 24, 2015 at 3:11 PM
Reply-To: Sissel Browder <sisselbrowder@yahoo.com>
To: "Scott St John (public)" <j.scott.stjohn.public@gmail.com>
Cc: "Lauren Capurro (Russell)" <laurenrussell@tatp.com>

Mr. St. John,

Please see attached the declaration of Mario Alioto along with Exhibits 1-13.

Thank you.

Regards,
Sissel Browder
Paralegal

---

**From:** Scott St John (public) <j.scott.stjohn.public@gmail.com>
**To:** Sissel Browder <sisselbrowder@yahoo.com>
**Cc:** Lauren Capurro (Russell) <laurenrussell@tatp.com>
**Sent:** Thursday, December 24, 2015 12:51 PM
**Subject:** Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL 1917)

Without prejudice to any objection to IPP Counsel's untimely and improper submission of new evidence, or any improper use of Protected Material, please see the attached Exhibit A. Please promptly produce Mr. Alioto's declaration.

Regards,
Joseph Scott St. John

On Wed, Dec 23, 2015 at 8:56 PM, Sissel Browder <sisselbrowder@yahoo.com> wrote:
> Sent on behalf of Lauren Capurro:
>
> Dear Counsel:
>
> IPPs have lodged the Declaration of Mario N. Alioto In Support of Reply Re: IPPs' Motion for Final Approval of Class Action Settlements with Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Toshiba and TDA Defendants with the Special Master.  The Declaration contains material designated as Confidential and Highly Confidential pursuant to the Protective Order entered in this Action, and must not be filed in the public record.  If you wish to receive a copy of the Declaration, please sign the attached Acknowledgement and Agreement to be Bound, and return to me.
>
> Regards,
>
> Lauren
>
> Lauren C. Capurro (Russell)

Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: laurenrussell@tatp.com

**2 attachments**


**Alioto Decl.pdf**
112K


**Alioto Decl - Exhs 1-13.zip**
9558K