# EXHIBIT 13



# NOTICE OF HEARING

January 4, 2016

Dear Counsel:

This will reconfirm oral argument on issues of approval of the settlement and award of attorneys fees has been scheduled as follows:

    DATE:        January 5, 2016 @ 10:00 AM PST

    LOCATION:   JAMS
                    Two Embarcadero Center
                    Suite 1500
                    San Francisco, CA  94111

    NEUTRAL:    Special Master Martin Quinn

The dial-in for telephonic participation is as follows:

    DIAL-IN NO.:  1-877-696-5267

    PARTICIPANT CODE:  1639718#

Please do not hesitate to contact me directly if you need further assistance.

Sincerely,

Sandra B. Chan
ADR Specialist
SChan@jamsadr.com
Fax# 415-982-5287