# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT D

| | |
|---|---|
| **Si usted compró televisores, monitores para computadoras u otros productos conteniendo Tubos de Rayos Catódicos obtenga dinero, de $576.75 millones en acuerdos Formulario de Reclamación simple online le toma 3-5 minutos** | Se ha llegado a **Acuerdos en una demanda colectiva** respecto a Tubos de Rayos Catódicos ("CRT" por sus siglas en inglés), un dispositivo de visualización que fue vendido solo o como componente principal de televisores y monitores para computadoras. La demanda alega que los demandados establecieron los precios de los CRT haciendo que los consumidores pagaran más por los CRT y los productos que los contienen, tales como televisores y monitores para computadoras (colectivamente "Productos CRT").  Los demandados niegan las alegaciones de los demandantes.<br>**¿Quiénes están incluidos en los Acuerdos?**<br>Los individuos y negocios que:<br>• Compraron un CRT o un producto que contiene un CRT, tal como un televisor o un monitor para computadora, en los Estados Unidos (excepto en Illinois, Washington y Oregón) entre el 1 de marzo de 1995 y el 25 de noviembre de 2007;<br>• Para su usufructo y no para revender.<br>Las compras realizadas directamente del demandado o supuesto coconspirador <u>no</u> están incluidas (ver la lista de demandantes y supuestos coconspiradores en **www.CRTclaims.com** o llamando al 1-800-649-0963).<br>**¿Qué ofrecen los Acuerdos?**<br>Existen siete nuevos Acuerdos que totalizan  $541.75 millones. Conjuntamente con dos acuerdos previamente aprobados, el Fondo de Liquidaciones alcanza  $576.75 millones.  Solo individuos y negocios que compraron Productos CRT en AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, o el Distrito de Columbia son elegibles para presentar una reclamación para recibir dinero.  HI, NE y NV tienen periodos más cortos para presentar sus reclamaciones. La compra debe haberse hecho en uno de los estados antedichos, pero usted no tiene que ser residente de uno de ellos. Los Acuerdos conceden las medidas cautelares por los reclamos de compensación a los compradores de Productos CRT en toda la nación.<br>La cantidad de dinero que usted recibirá dependerá del tipo y cantidad de los Productos CRT y la cantidad total de reclamaciones hechas. Se espera que las personas y negocios obtengan un pago mínimo de $25. Aquellos compradores cuyas compras hayan sido extensas podrían recuperar varios miles de dólares.<br>**¿Cómo puedo obtener un pago?**<br>Reclame online o por correo postal hasta la fecha límite  del **7 de diciembre de 2015**.  El Formulario de Reclamación simple online le tomará solo 3-5 minutos a la mayoría de las personas.<br>**¿Cuáles son mis derechos?**<br>Si usted no hace nada, usted estará vinculado(a) a las decisiones del Tribunal.  Si usted desea conservar su derecho a demandar a los acusados, usted tiene que excluirse de la Demanda Colectiva hasta la fecha límite del **8 de octubre de 2015**.  Si permanece dentro de la Acción Colectiva, usted puede objetar los Acuerdos hasta la fecha límite del  **8 de octubre de 2015**.<br>El Tribunal llevará a cabo una audiencia el **13 de noviembre de 2015 a las 10:00 a.m.** para considerar si aprobar los Acuerdos y una solicitud de honorarios para abogados más reembolso de gastos de litigio y recompensas a los Representantes del Colectivo. La solicitud total de honorarios para todos los abogados de los Demandantes no deberá exceder un tercio del Fondo de Acuerdos de $576.75 millones.  La fecha de la audiencia pudiera cambiar, así pues chequee por favor el sitio web. Usted o su propio abogado pueden presentarse y hablar en la audiencia a su propio costo. |
| **Para más información:** | 1-800-649-0963   www.CRTclaims.com<br>Textear: "CRTclaims" a 97000  (pudieran aplicarse cargos por mensaje de texto)<br>**POR FAVOR NO CONTACTE AL TRIBUNAL** |