# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT E

**In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)**
*(U.S. District Court for the Northern District of California)*

## CATHODE RAY TUBE (CRT) INDIRECT PURCHASER CONSUMER CLAIM FORM
### Deadline for Submission is December 7, 2015

### GENERAL INSTRUCTIONS

To get a payment from these settlements totaling $576.75 million, you must complete all four parts of the Claim Form. You may complete the Claim Form and submit it by mail to CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 **OR** you may submit your claim online, which is the easiest method, at **www.CRTclaims.com.**

It is expected that at least $25.00 will be paid to each eligible Class Member who submits a valid Claim Form. Your claim must be submitted online by, or mailed and postmarked by, **December 7, 2015**.

Consumers (individual or business) in 21 states and the District of Columbia who indirectly purchased Cathode Ray Tubes (CRT) Products are eligible to receive payment from the Settlements. CRT Products include CRTs and products containing CRTs, such as televisions and computer monitors. "Indirectly" means that you purchased the CRT Product from someone other than a Defendant or alleged co-conspirator; instead you purchased the CRT Product from a retail store, supplier, or some other seller.

**You must answer the Eligibility Questions below, by checking the appropriate boxes, to see if you are eligible. The Claim Form must be dated and signed by the Class Member (or, if deceased, by an estate representative).**

**Important Eligibility Note**: **Sony® branded televisions and monitors are NOT eligible to be included in this case. All other brands of CRT televisions and monitors are eligible.**

**THIRD-PARTY SUBMISSIONS: If you are submitting this Claim Form on behalf of someone else, you MUST complete the CLAIM SUPPLEMENT and send it along with the completed Claim Form.**

### PART 1: ELIGIBILITY QUESTIONS

1. **Did you purchase a CRT Product for your own use and not for resale in the following states:**
   a. Arizona, California, Florida, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia, Wisconsin or the District of Columbia, between **March 1, 1995,** and **November 25, 2007**?

   ☐ Yes ☐ No

   b. Hawaii between **June 25, 2002, and November 25, 2007?**

   ☐ Yes ☐ No

   c. Nebraska between **July 20, 2002, and November 25, 2007?**

   ☐ Yes ☐ No

   d. Nevada between **February 4, 1999, and November 25, 2007?**

   ☐ Yes ☐ No

2. **Did you purchase a CRT Product from a retail store or someone other than a Defendant or an alleged co-conspirator?**  For example, if you purchased a CRT television or computer monitor from a retailer like Best Buy or a computer manufacturer like Dell, then your answer should be "Yes."  If you made no purchases from a retailer or other supplier and you only purchased a CRT television or computer monitor directly from a Defendant or an alleged co-conspirator, then your answer should be "No."

☐ Yes  ☐ No

**You are eligible for payment only if you answered "Yes" for at least one state listed in Question 1 subparts (a), (b), (c)** *or* **(d),** *AND* **Question 2.**   To get a payment you must submit your Claim Form online at **www.CRTclaims.com** or complete Parts 1, 2, 3 and 4 of this Claim Form and mail it to: CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

If you have questions about your eligibility to participate or on how the Settlement Fund will be distributed, you should review the Class Notice and other documents at the website.  You may also call 1-800-649-0963 if you have any questions.

## PART 2:  PURCHASE INFORMATION

In order to make a valid claim, you must have purchased your CRT Product(s) in an eligible state during the specified time frames ("Claims Periods").   The Claims Period for the eligible states is between **March 1, 1995, and November 25, 2007**, except for purchases in Hawaii, Nebraska, and Nevada which have slightly shorter Claims Periods.

- Purchases in Hawaii must have been made between **June 25, 2002, and November 25, 2007.**
- Purchases in Nebraska must have been made between **July 20, 2002, and November 25, 2007.**
- Purchases in Nevada must have been made between **February 4, 1999, and November 25, 2007.**

Enter the total number of CRT Products you purchased between **March 1, 1995, and November 25, 2007** *(see modified class period dates above for purchases made in Hawaii, Nebraska, or Nevada)*.  **Only include qualifying products for which you answered "Yes" to the Eligibility Questions in Part 1**:

| Provide the total number of CRT Products purchased during the Claims Periods.  For example, if you bought 3 computer monitors, write "3" in the corresponding space. | |
| --- | --- |
| **Product Type** | **Number Purchased** |
| Standard CRT Television (screen size less than 30 inches): | _____ purchased |
| Large CRT Television (screen size 30 inches or larger): | _____ purchased |
| CRT Computer Monitor: | _____ purchased |
| Other  CRT Product(s) (please specify): _____ (Attach additional page(s) if necessary.) | _____ purchased |

**Important Notes**:
*All claims are subject to audit and large claims will require verification*
****Sony®** branded televisions and monitors are **NOT** eligible to be included in this case**
***All claimants should keep any proof of purchase***

## PART 3: CLASS MEMBER INFORMATION

*Type or print neatly in blue or black ink.*

Class Member's First Name

Class Member's Last Name

Suffix

Entity/Business Name of Class Member

Person to contact if there are questions regarding this claim:

Specify one of the following – Class Member is:

☐ Individual ☐ Business (1-10 Employees) ☐ Business (11-50 Employees) ☐ Business (Greater than 50 Employees)

Class Member's (or Estate Representative's) Mailing Address: Number and Street or P.O. Box

City

State

Zip Code

Telephone Number (Day)

Email Address

**Individuals:** Provide the last 4 digits of your Social Security Number:  X X X - X X - ☐☐☐☐
  OR Provide Date of Birth (Month and Year):  ☐☐ / X X / ☐☐☐☐

**Businesses:** Provide your Federal Taxpayer Identification Number:  ☐☐ - ☐☐☐☐☐☐☐
  OR Provide Date of Formation or Incorporation:  ☐☐ / ☐☐ / ☐☐☐☐

## PART 4: SIGN AND DATE CLAIM FORM

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Form is true and correct to the best of my knowledge and belief.

_____  ___ ___ / ___ ___ / ___ ___
Signature of Class Member (or Estate Representative)   Date (MM/DD/YY)

_____  _____
Print Name                                        Title *(if you are filling out this form for a business)*

**Claims may be audited and any false or fraudulent claim is subject to prosecution.**

### REMINDER

Please make sure that you:
1. Complete all four parts of this Claim Form;
2. Sign and date the Claim Form;
3. Submit your Claim Form on or before **December 7, 2015**, online or by mail to:

        www.CRTclaims.com   **OR**   CRT Claims
                                                                   c/o The Notice Company
                                                                    P.O. Box 778
                                                                     Hingham, MA 02043

4. Keep a copy of the completed Claim Form for your records;
5. Retain any proof of purchase documentation you may have for CRT Products until your claim is closed. You will be notified if you are required to provide this documentation during the claim verification process.