# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT F

**Referencia: Tubo de Rayos Catódicos (CRT) Litigación Antitrust (MDL No. 1917)**
*(Tribunal de Distrito de Estados Unidos para el Distrito Norte de California)*

## TUBO DE RAYOS CATÓDICOS (CRT) FORMULARIO DE RECLAMACIÓN
## La fecha límite para la presentación es el 7 de diciembre de 2015

### INSTRUCCIONES GENERALES

Para recibir un pago de estos acuerdos que ascienden a un total de $576 millones, complete las cuatro partes que integran este Formulario de Reclamación **O** usted puede presentar su reclamación online en **www.CRTclaims.com.** Se espera que se paguen al menos $25.00 a cada Miembro de Colectivo elegible que presente un Formulario de Reclamación válido. Usted tiene que presentar su reclamación online o por correo postal, con matasellos, con fecha no posterior al **7 de diciembre de 2015**.

Los consumidores (individuos o empresas) en los 21 estados y el Distrito de Columbia que compraron indirectamente productos de Rayos de Tubos Catódicos que reúnen los requisitos para recibir pago de las liquidaciones. Los productos Rayos de Tubos Catódicos incluyen los tubos de rayos catódicos y los productos que contienen rayos de tubos catódicos como ser las televisiones y los monitores de equipo PC. "Indirectamente" significa que usted compró el Producto CRT de alguien que no sea un acusado o presunto conspirador; vez que compró el Producto CRT de una tienda al por menor, proveedor, o algún otro vendedor.

**Usted tiene que responder las Preguntas sobre Elegibilidad que aparecen abajo, chequeando las casillas apropiadas, para ver si usted es elegible.**

**Aviso Importante sobre Elegibilidad:** los televisores y monitores con marca Sony® **NO** son elegibles para ser incluidos en este caso. Todas las demás marcas de televisores y monitores de computadoras CRT son elegibles.

**Para enviar este formulario de reclamación en nombre de otra persona, usted debe completar la denuncia suplementaria y enviarlo junto con el Formulario de Reclamo completado.**

### PARTE 1: PREGUNTAS SOBRE ELEGIBILIDAD

1. **¿Compró usted un Producto CRT para su propio uso y no para revender en los estados siguientes?**:
    a. Arizona, California, Florida, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nuevo México, Nueva York, Carolina del Norte, Carolina del Sur, Dakota del Norte, Dakota del Sur, Tennessee, Vermont, West Virginia, Wisconsin o el Distrito de Columbia, entre el **1 de marzo de 1995 y el 25 de noviembre de 2007**

    ☐ Sí   ☐ No

    b. Hawaii entre el **25 de junio de 2002 y el 25 de noviembre de 2007**

    ☐ Sí   ☐ No

    c. Nebraska entre **el 20 de julio de 2002 y el 25 de noviembre de 2007**

    ☐ Sí   ☐ No

    d. Nevada entre **el 4 de febrero de 1999 y el 25 de noviembre de 2007**

    ☐ Sí   ☐ No

2. **¿Compró usted un Producto CRT en una tienda detallista o una persona distinta del demandado o de un presunto conspirador?** Por ejemplo, si usted compró un televisor o un monitor de computadora CRT a un detallista como Best Buy o a un fabricante de computadoras como Dell, entonces su respuesta deberá ser "Sí", Si usted no compró a un detallista u otro suministrador y solo compró un televisor o un monitor para computadora directamente de un acusado o un presunto cómplice, entonces su respuesta deberá ser "No."

☐ Sí   ☐ No

**Usted es elegible para pago solo si usted respondió "Sí" por al menos un estado listado en los apartes de la Pregunta 1 (a), (b), (c) *o* (d), *Y* la Pregunta 2.** Para recibir un pago usted tiene que presentar su Formulario de Reclamación online en el sitio **www.CRTclaims.com** o completar las Partes 1, 2, 3 y 4 de este Formulario de Reclamación y enviarlo a: CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

Si usted tiene preguntas acerca de su elegibilidad para participar o sobre cómo será distribuido el Fondo de Liquidación, usted deberá revisar el Aviso al Colectivo y otros documentos en el sitio web. Usted también puede llamar al 1-800-649-0963 si tiene cualquier pregunta.

## PARTE 2: INFORMACIÓN DE COMPRA

Para poder hacer una reclamación válida, usted tiene que haber comprado su(s) Producto(s) CRT en un estado elegible durante los espacios de tiempo especificados ("Periodos para Reclamaciones"). El Periodo para Reclamaciones para los estados elegibles es entre el 1 de marzo de 1995 y el 25 de noviembre de 2007, excepto para compras realizadas en Hawaii, Nebraska y Nevada, que tienen Periodos de Reclamaciones algo más cortos.

- Compras en Hawaii tienen que haber sido realizadas entre el **25 de junio de 2002 y el 25 de noviembre de 2007.**
- Compras en Nebraska tienen que haber sido realizadas entre **el 20 de julio de 2002 y el 25 de noviembre de 2007.**
- Compras en Nevada tienen que haber sido realizadas entre **el 4 de febrero de 1999 y el 25 de noviembre de 2007.**

Ingrese la cantidad total de Productos CRT que usted compró entre el 1 de marzo de **1995 y el 25 de noviembre de 2007** *(ver fechas de periodo de colectivo modificadas arriba para compras hechas en Hawaii, Nebraska, o Nevada)*. **Incluya solo productos que califican para los que usted respondió "Sí " a las Preguntas sobre Elegibilidad en la Parte 1**:

Escriba el número total de Productos CRT comprados durante los Periodos de Reclamaciones. Por ejemplo, si usted compró 3 monitores para computadora, escriba "3" en el espacio correspondiente.

| Tipo de Producto | Cantidad Comprada |
|---|---|
| Televisor CRT Estándar (tamaño de pantalla menos de 30 pulgadas): | _____ comprados |
| Televisor CRT Grande (tamaño de pantalla 30 pulgadas o más): | _____ comprados |
| Monitor para Computadora CRT: | _____ comprados |
| Otro(s) Producto(s) CRT (por favor especifique): _____ (Adjunte hoja(s) adicional(es) si es necesario) | _____ comprados |

<u>**Observaciones Importantes**</u>:
*Todas las reclamaciones están sujetas a auditoria y las reclamaciones grandes requerirán verificación*
**Los televisores y monitores marca **Sony® <u>NO</u>**  son elegibles para ser incluidos en este caso**
***Todos los reclamantes deben conservar cualquier prueba de compra***

## PARTE 3: INFORMACIÓN DE MIEMBRO DE COLECTIVO

*Escriba a máquina o en letra de molde con tinta azul o negra cuidadosamente*

Nombre

Apellido

Sufijo

Nombre de Entidad/Negocio

Persona a contactar si hay preguntas respecto a esta reclamación:

Especifique uno de lo siguiente:

☐ Individuo  ☐ Negocio (1-10 Empleados)  ☐ Negocio (11-50 Empleados)  ☐ Negocio (Más de 50 Empleados)

Dirección postal: Calle y Número o P.O. Box

Ciudad

Estado

Código Postal

Número de Teléfono (Día)

Email

**Individuos:** Escriba los 4 últimos números de su Seguro Social: X X - X X - ____

Fecha de Nacimiento (Mes y Año): __ / X X / ____

**Negocios:** Escriba su Número de Identificación de Contribuyente Federal __ - ____

Fecha de Formación o Incorporación: __ / __ / ____

## PARTE 4: FIRMAR Y FECHAR FORMULARIO DE RECLAMACIÓN

Yo declaro so pena de perjurio, según las leyes de los Estados Unidos de América, que la información suministrada en este Formulario de Reclamación es verdadera y correcta.

Firma

Fecha (MM/DD/AA)

Escribir nombre en letra de molde

Cargo *(si usted está llenando este formulario para un negocio)*

**Las reclamaciones pudieran ser sometidas a auditoría y cualquier reclamación falsa o fraudulenta será llevada a juicio.**

### RECORDATORIO

Por favor asegúrese de:
1. Completar todas las cuatro partes de este Formulario de Reclamación;
2. Firmar y fechar el Formulario de Reclamación;
3. Presentar su Formulario de Reclamación antes del **7 de diciembre de 2015** o este mismo día, enviándolo online a través del sitio www.CRTclaims.com **O** por correo postal a:

        CRT Claims
        c/o The Notice Company
        P.O. Box 778
        Hingham, MA 02043

4. Conserve una copia del Formulario de Reclamaciones completado para sus archivos;
5. Retenga cualquier prueba de documentación de compra que pudiera tener de Productos CRT hasta que su reclamación concluya. Se le notificará si necesita suministrar esta documentación durante el proceso de verificación de la reclamación.