# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT G

**Subject:** Class Action Settlement: CRT TVs and Computer Monitors
**From:** "CRT Claims Administrator"

**Date:** 9/3/15, 9:04 AM
**To:** legal@notice.com

Email not displaying correctly?
View it in your browser.

A Federal Court authorized this notice. This is not a solicitation from a lawyer. United States District Court, Northern District of California Cathode Ray Tube Antitrust Litigation – Master File No. CV-07-5944 SC

If You Bought Televisions, Computer Monitors, or Other Products Containing Cathode Ray Tubes, You Could Get Money from Settlements Totaling **$576.75 Million.**









**Legal Notice of
Class Action Settlement**

Visit www.CRTclaims.com

A Simple Online Claim Form and more Detailed Notice of the Settlements are available online at www.CRTclaims.com or by calling toll-free at **1-800-649-0963.**

Individuals and Businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, are eligible to file a claim for money.

Be sure to check your eligibility by going to www.CRTclaims.com.

**Get YOUR share**

Visit www.CRTclaims.com

Please read the notice carefully. Your legal rights may be affected whether or not you act.

- The deadline to submit a Claim Form is **December 7, 2015.**
- The deadline to object to the Settlement is **October 8, 2015.**
- The deadline to exclude yourself from the Settlement is **October 8, 2015.**
- The Court has scheduled a Fairness Hearing for **November 13, 2015.**

If you have already submitted a claim, consider forwarding this email to someone else who may be eligible to submit a claim.

CRT Claims Administrator
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043
**1-800-649-0963**
www.CRTclaims.com

Follow on Twitter   Friend on Facebook   Forward to Friend

*Copyright © 2015 Legal Notice of Class Action Settlement, All rights reserved.*
The Notice Company CRT Claims Administrator

**Our mailing address is:**
P.O. Box 778 Hingham, MA 02043

unsubscribe from this list