# DECLARATION OF JOSEPH M. FISHER

## EXHIBIT H

