**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT I**

-------- Forwarded Message --------
**Subject:** Fwd: The Notice Company
**Date:** Fri, 7 Aug 2015 09:33:07 -0400
**From:**          <          @nytimes.com>
**To:** Joseph M. Fisher <legal@notice.com>

Good Morning Joseph,

Please find a screen grab of an email that went out with the CRT banner ad earlier this week.

