# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT J



AMERICAN PROFILE'S
COMMUNITY TABLE
ATHLON SPORTS
PARADE
RELISH
SPRY LIVING

State of Tennessee

County of Davidson

Sam Payne, being duly sworn, makes oath as follows:

Please let this letter serve as verification that The Notice Company a half page vertical ad in Parade Magazine national circulation of 23,587,758 in the August 9, 2015 issue.

_____
Affiant's Signature

Sworn to and subscribed before me this day 31st day of August, 2015.

_____
Notary's Signature

(Seal)

~~My commission expires: July 20, 2015~~

COMMISSION EXPIRES:
November 11, 2018

## If You Bought Televisions, Computer Monitors or Other Products Containing Cathode Ray Tubes

## Get Money from $576.75 Million in Settlements

## Simple Online Claim Form Takes 3-5 Minutes

Class action settlements have been reached involving Cathode Ray Tubes ("CRTs"), a display device that was sold by itself or as the main component in TVs and computer monitors. The lawsuit claims that the Defendants fixed the prices of CRTs causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"). The Defendants deny Plaintiffs' allegations.

**Who is included in the Settlements?**
Individuals and businesses that:
- Purchased a CRT or a product containing a CRT, such as a TV or computer monitor, in the United States (except Illinois, Washington and Oregon) between March 1, 1995, and November 25, 2007;
- For their own use and not for resale.

Purchases made directly from a defendant or alleged co-conspirator are <u>not</u> included (see the list of defendants and alleged co-conspirators at www.CRTclaims.com or by calling 1-800-649-0963).

**What do the Settlements provide?**
There are seven new Settlements totaling $541.75 million. Together with the two previously-approved settlements, the Settlement Fund is $576.75 million. Only individuals and businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, are eligible to file a claim for money. HI, NE and NV have shorter claims periods. The purchase must have been made in one of the foregoing states, but you do not have to be a resident of one of these states. The Settlements release the injunctive relief claims of purchasers of CRT Products nationwide.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible individuals and businesses are expected to get a minimum payment of $25. Large purchasers could recover many thousands of dollars.

**How can I get a payment?**
Claim online or by mail by **December 7, 2015**. The simple online Claim Form only takes 3-5 minutes for most individuals.

**What are my rights?**
If you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants, you must exclude yourself from the Settlement Class by **October 8, 2015**. If you stay in the Settlement Class, you may object to the Settlements by **October 8, 2015**.

The Court will hold a hearing on **November 13, 2015 at 10:00 a.m.** to consider whether to approve the Settlements and a request for attorneys' fees plus reimbursement of litigation expenses and awards to Class Representatives. The total attorney fee request for all Plaintiffs' counsel shall not exceed one-third of the $576.75 million Settlement Fund. The hearing date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

**For more Information:**
1-800-649-0963
www.CRTclaims.com
Text: "CRTclaims" to 97000 (text messaging rates may apply)
PLEASE DO NOT CONTACT THE COURT

---

## WHAT AMERICA EATS

*from page 10*

are a step in the right direction, but we still have a long way to go, says Cooper.

Schools and parents want better food for kids, she says, but the challenges are daunting. Schools are reimbursed an average of $3.04 per lunch, per day, for children who qualify for free meals, and that covers food costs and staff salaries.

For some schools, the solution is to outsource to companies like Revolution Foods, which provides healthy, prepared meals to more than 1,000 public and charter schools across the country. And contrary to what many parents may think, kids do eat their vegetables, says Kristen Groos Richmond, co-founder and CEO of Revolution Foods. "Our salads are huge hits with kids across the country, from chicken Caesar salad to sesame chicken salad to chef's salad." They also serve regional dishes, such as red beans and rice in New Orleans and tamales in Texas.

For other parents, the challenge is packing a healthy meal kids will eat. It's one Lisa Leake, author of the cookbook *100 Days of Real Food* (William Morrow) knows all too well. Her popular blog, 100daysofrealfood.com, chronicles her family's efforts to eat unprocessed foods, including her kids' lunches.

"It's definitely more work," says Leake of Matthews, N.C.

> **WIN LUNCH ON US!**
> Love posting pictures of your midday meal? You're not alone: There are 34+ million posts using hashtags with the word "lunch" in them. Here's another one: #lunchparade. Post a picture of your lunch on Twitter or Instagram with #lunchparade for a chance to win a $50 Chipotle gift card and other fun prizes.

"Parents need to understand that changing the way your kids eat is a very long process, but it's so worth it."

And the lunch box is a good place to start. Leake shares her kids' lunches on social media—simple yet creative meals that any grownup would appreciate too. A recent post: leftover pork carnitas, corn tortillas, coleslaw and a homemade carrot-applesauce muffin.

What does Leake's own lunch look like? "My lunches aren't nearly as pretty as theirs," she admits. "My favorite lunch is dinner leftovers, but when you cook from scratch as much as we do, leftovers are amazing."

JODI PUDGE/MEDIA BAKERY

Visit *Parade.com/smartlunch* for 4 Steps to a Smarter School Lunch.