# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT K



AMERICAN PROFILE'S
COMMUNITY TABLE
ATHLON SPORTS
PARADE
RELISH
SPRY LIVING

State of Tennessee

County of __Davidson__

_____Jim Call_____, being duly sworn, makes oath as follows:

Please let this letter serve as verification that The Notice Company ran a half page space in American Profile/Community Table with circulation of 6,009,396 in issue August 2, 2015.

_____
Affiant's Signature

Sworn to and subscribed before me this day __17th__ day of __August__, 20__15__.

_____
Notary's Signature

(Seal)

MY COMMISSION EXPIRES:
November 11, 2018

COMMUNITY ★ TABLE
# AmericanProfile

AMERICANPROFILE.COM

AUGUST 2-8, 2015

**HOW TO SAVE ON KIDS' SHOES**



**FAST & EASY ONE-PAN CHICKEN & RICE**



**MAKE YOUR FRONT PORCH MORE COZY**

## ABCs of BACK to SCHOOL

TIPS TO ACE FIRST-DAY PHOTOS! PAGE 10

1ST DAY OF **THIRD** 2015 ★ GRADE ★ 2016

THE COUNTRY MUSIC CRUISE℠
Holland America's m/s Westerdam

Visit CountryMusicCruise.com for more information.
MENTION CODE **AMERICAN PROFILE** FOR SPECIAL SAVINGS!

JANUARY 16-23, 2016

## If You Bought Televisions, Computer Monitors or Other Products Containing Cathode Ray Tubes

## Get Money from $576.75 *Million* in Settlements

## Simple Online Claim Form Takes 3-5 Minutes

**For More Information:** 1-800-649-0963   www.CRTclaims.com
Text: "CRTclaims" to 97000  (text messaging rates may apply)
**PLEASE DO NOT CONTACT THE COURT**

Class action settlements have been reached involving Cathode Ray Tubes ("CRTs"), a display device that was sold by itself or as the main component in TVs and computer monitors. The lawsuit claims that the Defendants fixed the prices of CRTs causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"). The Defendants deny Plaintiffs' allegations.

**Who is included in the Settlements?**
Individuals and businesses that:
- Purchased a CRT or a product containing a CRT, such as a TV or computer monitor, in the United States (except Illinois, Washington and Oregon) between March 1, 1995, and November 25, 2007;
- For their own use and not for resale.

Purchases made directly from a defendant or alleged co-conspirator are not included (see the list of defendants and alleged co-conspirators at www.CRTclaims.com or by calling 1-800-649-0963).

**What do the Settlements provide?**
There are seven new Settlements totaling $541.75 million. Together with the two previously-approved settlements, the Settlement Fund is $576.75 million. Only individuals and businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, are eligible to file a claim for money. HI, NE and NV have shorter claims periods. The purchase must have been made in one of the foregoing states, but you do not have to be a resident of one of these states. The Settlements release the injunctive relief claims of purchasers of CRT Products nationwide.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible individuals and businesses are expected to get a minimum payment of $25. Large purchasers could recover many thousands of dollars.

**How can I get a payment?**
Claim online or by mail by **December 7, 2015**. The simple online Claim Form only takes 3-5 minutes for most individuals.

**What are my rights?**
If you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants, you must exclude yourself from the Settlement Class by **October 8, 2015**. If you stay in the Settlement Class, you may object to the Settlements by **October 8, 2015**.

The Court will hold a hearing on **November 13, 2015 at 10:00 a.m.** to consider whether to approve the Settlements and a request for attorneys' fees plus reimbursement of litigation expenses and awards to Class Representatives. The total attorney fee request for all Plaintiffs' counsel shall not exceed one-third of the $576.75 million Settlement Fund. The hearing date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

---

CONTINUED FROM PAGE 8



**J JITTERS:** Even the most outgoing student can feel apprehensive about a new school year. Encourage questions and calm anxieties by reading the picture book *First Day Jitters* ($6.95, *amazon.com*) together.

**K KINDNESS:** Each morning, ask your child to think of one kind thing he can do that day, recommend organizers at the One Million Acts of Kindness initiative (*onemillionactsofkindness.com*). Later in the evening, ask him to report on what he did and how he felt about the outcome.

**L LABELING:** Stop the lunchbox-textbook-disappearing act with the **DYMO LetraTag LT100-T Personal Label Maker** ($22.78, Walmart), which prints plastic, magnetic and iron-on labels.

**M MORNING ROUTINE:** Use your computer or tablet to create and print an age-appropriate template for a simple daily checklist including reminders to make beds, pack backpacks and lunches, etc., suggests mom of five, Amy Suardi, who blogs at *frugal-mama.com*. This takes the drama out of getting off to school and helps shift responsibility to children—something they begin to crave as they grow.

**N NOTES:** Encourage your child with a brief note in her lunch. (Download note templates at *communitytable.com/lunchnote*.)

**O OBSTACLES:** Resist the urge to shield your kids from inevitable disappointments. "Experiencing frustration can be a great starting point for children to learn how to problem solve and how to overcome anger, sadness and many other feelings," says parenting expert and author Ariadne Brill, mom of three. "The key lies in supporting our children positively when they are faced with frustrations."

**P PHOTO:** Print out a sign with your child's grade, adding scrap fabric bunting, like our cover shot by Heather Moritz (*moritzfineblogdesigns.com*).

KATIE STARR PHOTOGRAPHY