# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT M



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, August 7, 2015** - the following legal advertisement – **CRT Indirect Purchaser Class Action Settlement Notice**– was published in the national edition of **USA TODAY.**

*[signature]*

Principal Clerk of USA TODAY
August 7, 2015

This _____ day of _____ month
_____ year.

_____ Notary Public as Yvonne Ann Ashby

USA TODAY · 7950 Jones Branch Drive, McLean, VA 22108 · www.usatoday.com

# Better cases mean better shots

iPhoneographers get chance to make movie magic with Hitcase, mCAMLITE, iOgrapher

**Jefferson Graham**
@jeffersongraham
USA TODAY

**LOS ANGELES** Lights. Camera. Action. Press record on your iPhone.

Today, we're looking at different kinds of iPhone cases, ones designed not for protection, but for the filmmaker in all of us.

We're reviewing the Hitcase, mCAMLITE and iOgrapher for iPhone 6 and 6 Plus.

You've probably seen the "Shot on an iPhone" ad campaign, touting the great shots that iPhoneographers are getting with their digital devices.

The campaign recently added a new phase to focus on video, which makes sense, since there's lots of activity there, too.

A new film, Tangerine, just out, was shot entirely on an iPhone, as was a recent ad campaign for Bentley cars.

But let me fill you in on a secret. The filmmakers didn't hand hold their iPhones for these projects.

They used cases to mount the iPhone to a tripod, attach accessory lenses and add on sound and lighting gear.

Let's dive in and take a look at cases to protect and improve your video and photo making.

We begin with Hitcase, which has an interesting sales pitch: What if you could nab an iPhone case that was waterproof and shockproof and could be used for great filmmaking, too?

That's the idea behind the Hitcase, which marries the "tough" case format with an accessory lens for different fields of view during video and photo making.

Think iPhone-meets-GoPro, with a string of different accessories for mounting the phone to different objects, such as bike helmets, surfboards and tripods.

The Hitcase is similar to many other waterproof cases out there by Otterbox, Vansky and Merit, but with a big difference. There's a lens that sticks out and either improves your pictures or makes a bulky case even wider.

Because I'm a photographer and like to have the luxury of the accessory lens on the case, I didn't mind. The Hitcase fit in my pocket without any problems and, yes, there are lens caps to protect your lens from rustling against keys and other things in your pocket.

Positioning the iPhone as a better actioncam than a GoPro may sound a little far-fetched — are you really willing to gamble with destroying your precious phone in an action setting? To take your iPhone 6, which starts at the subsidized price of $199 with a two-year contract, and dunk it in the water, hoping it doesn't truly get wet?

If you destroy your GoPro camera, no problem. Just replace it and pick up another one. Your calendar, contacts, photos and the rest of your life aren't in there.

But to use the iPhone for filmmaking instead of the GoPro does make sense. You're out on a shoot, and you want to upload your footage right away. With the GoPro, you pull out the memory card, insert into the computer and wait until you get WiFi to start pushing it out there.

But with the Hitcase, your footage and images are on the phone and you can start uploading to social sites from wherever you are.



That's the idea anyhow, and it's a good one.

The Hitcase says it's shockproof and waterproof. We threw it on the ground with no problems, but had to try several times for a true waterproof seal before we finally got it right. Be careful when you try this out.

I found the case to be finicky in how you seal it up — and hard to open and close. With the case closed, I found the touch-screen less responsive but had no trouble talking on the phone or charging it up.

The Hitcase is a great idea, especially for someone like me. Hopefully in the next version they'll get it right.

Next, let's look at two cases aimed at filmmakers, all the way. There's the sturdy, heavy duty mCAMLITE from Action Life Media and the lighter iOgrapher case. Both are identical in every which way, except for heft.

The mCAMLITE is made of aluminum steel, and it's heavy — the good news is the build will help steady your hand if you're hand holding, and if you drop it you'll never have to worry. It's safe. The iOgrapher is a soft case, made of high grade polycarbonate, and it sells for $59.99. The mCAMLITE is $129.99 but also comes with an accessory wide-angle lens and external microphone.

Both cases have a slot for a 37mm mount lens that screws in, and goes directly over the iPhone camera lens. And this is really cool. Instead of the cheap, plastic lens on the Hitcase, photographers can use that mount to put on great lenses from many companies. These lenses are of a much higher quality than the accessory clip-on iPhone lenses available now, like the Olloclip, and are rather affordable.

B&H Photo has a big selection, starting at $19.99 and going up to $72.89 for a 4x telephoto.

Of the two cases, unless I was making a serious film and was worried about dropping the device in the midst of a grueling shoot, I'd go for the iOgrapher.

Here's why.

The lighter case has every feature I'd want — lens mount, two slots for tripod and lighting, and to use it, you just slip the phone right in and you're ready to go.

The mCAMLITE is great — I feel like when I use it, with its heft, I'm making films, but there's one problem. To fit the iPhone into the mCAMLITE, you have to first put a silicon case around the device. It looks like the same black protective case for the iPhone I have now, and too many times I've been out in the field, and remembered to bring the mCAMLITE — but not the silicon case. That's a problem.



The mCAMLITE, left, and the Hitcase can protect and improve your videomaking.
JEFFERSON GRAHAM, USA TODAY

## TRAVEL TODAY
For advertising information: 1.800.872.3433  www.marketplace.usatoday.com

**HOTEL**

EDGE OF SUMMER MOTOCROSS
AUG. 28-30
WEEKEND PASS
$40 ADULT
$20 KIDS
KIDS 5 & UNDER FREE
MEET & GREET THE RCH RACING TEAM!
AUG. 29 | 5PM-6PM
Soaring Eagle CASINO & RESORT
GET TICKETS NOW! Soaring Eagle or Saganing Eagles box offices
ETIX.COM | 1.800.514.ETIX

Visit USA TODAY's web site at www.usatoday.com

**Legal Notice**

### If You Bought Televisions, Computer Monitors or Other Products Containing Cathode Ray Tubes Get Money from $576.75 *Million* in Settlements  Simple Online Claim Form Takes 3-5 Minutes

**Class action settlements** have been reached involving Cathode Ray Tubes ("CRTs"), a display device that was sold by itself or as the main component in TVs and computer monitors. The lawsuit claims that the Defendants fixed the prices of CRTs causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"). The Defendants deny Plaintiffs' allegations.

**Who is included in the Settlements?**
Individuals and businesses that:
• Purchased a CRT or a product containing a CRT, such as a TV or computer monitor, in the United States (except Illinois, Washington and Oregon) between March 1, 1995, and November 25, 2007;
• For their own use and not for resale.
Purchases made directly from a defendant or alleged co-conspirator are not included (see the list of defendants and alleged co-conspirators at **www.CRTclaims.com** or by calling 1-800- 649-0963).

**What do the Settlements provide?**
There are seven new Settlements totaling $541.75 million. Together with the two previously-approved settlements, the Settlement Fund is $576.75 million. Only individuals and businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, are eligible to file a claim for money. HI, NE and NV have shorter claims periods. The purchase must have been made in one of the foregoing states, but you do not have to be a resident of one of these states. The Settlements release the injunctive relief claims of purchasers of CRT Products nationwide.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible individuals and businesses are expected to get a minimum payment of $25. Large purchasers could recover many thousands of dollars.

**How can I get a payment?**
Claim online or by mail by **December 7, 2015**. The simple online Claim Form only takes 3-5 minutes for most individuals.

**What are my rights?**
If you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants, you must exclude yourself from the Settlement Class by **October 8, 2015**. If you stay in the Settlement Class, you may object to the Settlements by **October 8, 2015**.

The Court will hold a hearing on **November 13, 2015 at 10:00 a.m.** to consider whether to approve the Settlements and a request for attorneys' fees plus reimbursement of litigation expenses and awards to Class Representatives. The total attorney fee request for all Plaintiffs' counsel shall not exceed one-third of the $576.75 million Settlement Fund. The hearing date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

| For more Information: | www.CRTclaims.com | or | Call: 1-800-649-0963  Text: "CRTclaims" to 97000 (text messaging rates may apply)  **PLEASE DO NOT CONTACT THE COURT** |