# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT O

# DECLARATION OF PUBLICATION OF
## SAN FRANCISCO CHRONICLE

Lori Gomez

Declares that:
The annexed advertisement has been regularly published
In the

SAN FRANCISCO CHRONICLE

Which is an was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as the term is defined by Section 6000 of the Government Code

SAN FRANCISCO CHRONICLE

(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From ____8/16/15____

To ____8/16/15____

Namely on ____8/16/15____

(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____8/15/15____

At San Francisco, California

[signature]

---

(Newspaper clipping excerpts:)

...ay Tubes ("CRTs"), a display device that was sold by... lawsuit claims that the Defendants fixed the prices ...ntaining CRTs, such as TVs and computer monitors ...tions.

...ttlements?

...TV or computer monitor, in the United States ...and November 25, 2007;

...are not included (see the list of defendants and ...-649-0963).

...s provide?

...er with the two previously-approved settlements, ...esses who purchased CRT Products in AZ, CA, FL, HI, ... District of Columbia, are eligible to file a claim for ...ust have been made in one of the foregoing states, ...Settlements release the injunctive relief claims of

...antity of CRT Products you purchased and the total ...xpected to get a minimum payment of $25. Large

...ment?
...aim Form only takes 3-5 minutes for most

...nts?
...want to keep your right to sue the Defendants, you ...5. If you stay in the Settlement Class, you may object

...m. to consider whether to approve the Settlements ...expenses and awards to Class Representatives. The ...I one-third of the $576.75 million Settlement Fund. ...ur own lawyer may appear and speak at the hearing

Call: 1-800-649-0963
Text: "CRTclaims" to 97000 (text messaging rates may apply)
PLEASE DO NOT CONTACT THE COURT

# San Francisco Chronicle | SFGATE JOBS | MONSTER

 **sfgate.com/jobs**
Search more than 18,000 job listin[gs]

## MARKETING/PRODUCT

**DIRECTOR**
Company: Unity Technologies, SF
Location: San Francisco, CA
Position Type: Full Time
Experience: 2 years
Education: See below for details
Director, Unity Ads at Unity Technologies SF: plan, manage, & coordinate mrkting policies & programs. REQS: MBA Econ, Intl Bus, or FDE; 2 yrs mrkting, advert ops, or bus dvlpmnt mgmnt exp for large online game co. w/int'l ops. Domestic & int'l travel req'd~20-30%. See https://unity3d.com/jobs for complete duties & reqs. FT, San Francisco, CA. Apply at https://unity3d.com/jobs

**MANAGER, PRODUCT MARKETING**
Company: Broadcom Corporation
Location: San Jose, CA
Position Type: Full Time
Experience: Unspecified
Education: Unspecified
Manager, Product Marketing sought by Broadcom Corporation in San Jose, CA: Participate in development of new Ethernet switch products and embedded connectivity products, and/or enhancement of existing Ethernet switch products and embedded connectivity products, using expertise with definition, design, verification, and documentation of IC development, and architecture design, logic, and system simulation. Work with engineering, marketing, and sales on product definition. Conduct market research and monitor competitive activity; obtain customer feed back, and accordingly work on product strategy definition, requirements analysis, and pricing for Ethernet switch products and embedded connectivity products. Mail resumes to: HR Operations Specialist, 5300 California Ave. Bldg. 2, #22098B, Irvine, CA 92617. Please refer to Job Code: SJ0814TH.

**MKT COMM. ANALYST**
Company: AMAX Eng Corp.
Location: Fremont, CA
Position Type: Full Time
Experience: 1 year
Education: Master's Degree
MKT COMM. ANALYST. Supports analysis, planning for mktg & imaging initiatives for targeted campaigns. Surveys to measure campaigns, finds events/public exposure for employer sponsorship or participation, works w/team to create image & message content. Req. Masters in Comm., Mktng or closely related + 1 yr. prior exp. in job offered or P.R. Specialist. Submit resume at 1565 Reliance Way, Fremont, CA 94539 or 510-497-8889 (F). AMAX Eng Corp. Attn: Eva/HR.

**PRODUCT MANAGER**
Company: AliphCom dba Jawbone
Location: San Francisco, CA
Position Type: Full Time
Experience: See below
Education: See below
Product Manager (San Francisco, CA) Under close supervision, cndct natnl mrkt research to help define prdct roadmap including potential sales & mrkt competitors. Mastrs in Business or MBA & 1yr exp in job offered or as Prdct Mngr or Prgrm Mngr reqd. 1yr exp cndctng mrkt research to help define prdct roadmap including potential sales & mrkt competitors; helping w anlyss to determine existing/new prdct schedules, features, launch, mrkt delivery, user interaction; assisting to calculate prdct pricing/values; using Agile Dvlpmnt methodology & ROI trckng reqd. Resumes: AliphCom dba Jawbone, Job Ref PM4, 99 Rhode Island St., 3rd Flr, SF, CA 94103.

## MARKETING/PRODUCT

**PROJECT MANAGER**
Company: John McNeil Studio, Inc.
Location: Berkeley, CA
Position Type: Full Time
Experience: 2 years
Education: See below
PROJECT MANAGER. Manage advertising campaigns. BA in Marketing Comm, Marketing or Comm plus 2 yrs of exp. Job site: Berkeley, CA. Send resume & cover letter: John McNeil Studio, Inc. 720 Channing Way, Berkeley, CA 94710. Ref job JMS1. Need perm auth to work in U.S.

## MEDICAL/HEALTH

**CAREGIVER**
Company: Young At Heart, RCFE
Location: Novato, CA
Position Type: Full Time
Experience: 3 months
Education: High School or Equivalent
Caregiver, 40/hrs per wk, Req. H.S. grad, 3 mons job or related exp. Send Resumes to Young at Heart, RCFE at 37 Mendocino Ln., Novato, CA 94947.

**CAREGIVERS**
Company: Millbrae Board & Care
Location: Millbrae, CA
Position Type: Full Time
Experience: None
Education: High School or Equivalent
Asst w/prsnl care 40 hr/wk 7-3pm Resume: Millbrae Board & Care 815 Murchison Dr Millbrae CA 94030

**CHIROPRACTOR**
Company: Hehwa Clinic Inc.
Location: Sunnyvale, CA
Position Type: Full Time
Experience: See below
Education: See below
Chiropractor with CA chiropractor license & Dr. of Chiropractic. Resume to Hehwa Clinic Inc. 1208 E. Arques Ave. #109, Sunnyvale, CA 94085

**CLINICAL LABORATORY SCIENTIST**
Company: UCSF Medical Center
Location: San Francisco, CA
Position Type: Full Time
Experience: See below
Education: See below
Clinical Laboratory Scientist: Perform Blood Bank tests using manual methods and automated instruments according to established procedures within prescribed completion time for high volume laboratory in San Francisco, CA. Requirements: Bachelor's degree in Medical Technology or related field. Must have a valid Clinical Laboratory Scientist (Medical Technologist) license from the State of CA & at least 2 yrs of clinical lab exp in Blood Bank in high volume laboratory. Reference Job Code CLS2015 & submit resume to: UCSF Medical Center HR, Attn: Cheryl Hardin, 3360 Geary Blvd., Ste 301, San Francisco, CA 94118.

**EMERGENCY MEDICINE PHYSICIANS**
Company: EMP
Location: San Francisco, CA
Position Type: 12 hour shifts
Experience: Unspecified
Education: Unspecified
We have positions open for Emergency Medicine Physician's to work with our ED group at Chinese Hospital San Francisco, Brand New Hospital opening in 2016, low volume, 6,000 visits per year, 12 hour shifts. Work close with ED trained physician support. Contact Bernhard Beltran, EMP 800-359-9117, bbeltran@emp.com to apply

## MEDICAL/HEALTH

**NURSE - TELEPHONIC TRIAGE NURSE**
Company: Redwood Empire Schools' Ins. Group
Location: Windsor, CA
Position Type: Full Time
Experience: See below
Education: See below
If you're an RN looking for a change from direct-patient/clinical care to an office environment with weekends and holidays off, this job may be for you! RESIG located in Windsor CA is seeking a Telephonic Triage Nurse for injured workers of self-insured workers' comp. program. FT, min 3 years exp, $80,365-$102,568/yr DOE + xlnt benefits. For appl. materials, refer to www.resig.org. Submission deadline 8/24/15 @ 12:00 pm.

## PROJECT/PROGRAM MANAGEMENT

**SR CONSULTANT - STRATEGY & OPERATIONS**
Company: Verity Consulting, Inc.
Location: San Francisco, CA
Position Type: Full Time
Experience: 3 years
Education: MBA/foreign equiv.
Verity Consulting, Inc. seeks Sr Consultant – Strategy & Operations for SF,CA office and currently unknown worksites in SF region (1 worksite at any given time). Resp. for working with clients to perform gap analysis and identify improvement options. Multiple positions. 401 (k)+healthcare. MBA/foreign equiv. deg.+3 yrs exp in process anal., process improvement, business anal., proj. mgmt req'd. For more info, visit www.verityconsulting.com To apply, send resume to: recruiting@verityconsulting.com w/job #20150701.

## QUALITY ASSURANCE/SAFETY

**DIRECTOR OF QUALITY**
Company: Plum, PBC
Location: Emeryville, CA
Position Type: Full Time
Experience: See below
Education: See below
Director of Quality (Plum,PBC, Emeryville, CA) Lead strategic vision & tactical execution of quality team for company engaged in food products. Oversee food safety, reg. compliance & quality mgmt systems . Apply familiarity w/non-GMO, Gluten free, Organic, Kosher, GFSI, etc. Lead/manage team of quality mgrs. Support legal, public affairs, consumar affairs & customer service in investigations. Lead prevention & resolution of potential/emerging critical incidents involv'g food safety or regulatory compliance failures. Lead & direct staff. Req: Bach. degree or AD plus 5 years exp.; 5 yrs exp in quality/food safety.; deep understanding of GMA. 5 yrs exp. in decisionmaking role. SME in affiliated specialty to apply DDI principles. Quality systems/ISO standards bkgrd. Bkgrd in application of quality/audit standards. QMS fundamental course or equiv. Must know seven main domains in CMQ/QE body of knowledge & understand lean mfrg processes. Proficiency in QA body of knowledge. Established ability ot assess QM system for ISO standards. Ext. exp. in food/beverage QC/product sensory and analysis.
Resumes to: careers@plumorganics.com

 **On sale** at Bay Area **Starbucks** locations

## SALES/RETAIL/BUSINESS DEVELOPMENT

**SALES REPRESENTATIVE**
Company: Hana Micron America, Inc.
Location: Milpitas, CA
Position Type: Full Time
Experience: See below
Education: See below
Technical sales for semiconductor package outsourcing that chemical engineering knowledge is required; Assesses competitors by analyzing and summarizing competitor's technical information and trends; Develop sales opportunities by researching and identifying potential accounts. 40hr/wk, Bachelor in Electronics/Chemical Engineering or Related Reqd. Resume to Hana Micron America, Inc, Attn: Suna Choe, 1900 McCarthy Blvd. #210, Milpitas, CA 95035

## OTHER

**NANNY**
Company: Confidential
Location: San Carlos, CA
Position Type: Full Time
Experience: 2 years
Education: Associate Degree
Nanny. Care, transport, early childhood education for infant/toddler. Req. AA in ECE or equiv. (foreign OK); 1st aid/CPR; valid CA D/L; Japanese fluency; L/T availability. 45-50 hrs/wk, $ DOE. Resume to John Matsushima, 75 Coronado Ave. San Carlos CA 94070

**SHOW/JUMP HORSE TRAINER**
Company: Zeitgeist Equestrian, LLC
Location: Petaluma, CA
Position Type: Full Time
Experience: Unspecified
Education: Unspecified
Position 1 e-mail resumes to sanjay.bagai@gmail.com

**TB HORSE HOTWALKER**
Company: Steve Specht Racing Stables
Location: Golden Gate Fields, Berkeley, CA
Position Type: Full Time
Experience: Unspecified
Education: Unspecified
Avail. Pos. 4 fax resumes to Juan Pena @ 510-524-2031

## PERSONS SEEKING DOMESTIC JOBS

30 years+ experience, discreet, trustworthy, seeking position as estate manager, home manager, executive housekeeper. Expert home management skills, including event planning, English-style housekeeping, healthy menus, and more. Excellent listener. Personalized services for your home and your needs. MaryAnne 916-308-3240 or maryannesullivan3@gmail.com

Professional Caregiver: Mature female, long time experience. Exc. ref. Kind, honest, reliable. Live out. Rate $22 per hour. 209-298-9375 San Bruno

Reina House Cleaning
[Apartm]ents, Offices, Windows, Kitchen, Bathroom, Mopping, [Car]pet Cleaning and more. Reasonably priced. Free estim[ate]. Very good references. Satisfaction guarantee. Please Call 650-754-3102

 **On sale** at Bay Area **Lucky** locations

---

 **San Francisco Chronicle | SFGATE JobFacts** by **MONSTER**

 **37%** of people think finding a job will be harder this year.
Source: Monster.com site poll, wk of 10/11/10

**GOOD THING WE MAKE IT EASY AT SFGate.com/jobs**

---

# LEGAL NOTICES  legalnotice.org/pl/sfgate

### PUBLIC NOTICES

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**
**COURT CASE NUMBER: 4:14-CV-852-A**
**NOTICE OF FORFEITURE ACTION**
Pursuant to 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:
Real Property known as 4807 Bear Valley Road, Mariposa, CA (14-DEA-594570)

### PUBLIC NOTICES

Real Property known as 5458 and 5460 Tip Top Road, Mariposa, CA (14-DEA-594576)
Real Property known as 1442 North 8th Street, Fresno, CA (14-DEA-594577)
If Khamsouk Vongphachanh claims a legal interest in the Defendant Property, he must file a verified Claim with the court within 30 days from the last day of publication of this Notice in the San Francisco Chronicle (September 6, 2015) and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. §

### PUBLIC NOTICES

983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property that the court determines was frivolous.
The verified Claim and Answer must be filed with the Clerk of the Court, 501 West Tenth Street, Room #310, Fort Worth, TX 76102, and copies of each served upon Assistant United States Attorney Megan Fahey, Burnett Plaza, Suite 1700, 801 Cherry Street, Unit #4, Fort Worth, TX 76102-6897, or default and forfeiture will be ordered.
See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and As-

### PUBLIC NOTICES

set Forfeiture Actions.

**Go inside the local fashion scene at SFGate.com/style**
San Francisco Chronicle | SFGATE

### PUBLIC NOTICES

**Request for Proposals for State Legislative and Advocacy Services (RFP 15/16-01)**
Notice is hereby given that the San Francisco County Transportation Authority (SFCTA) invites proposals from interested firms for state legislative and advocacy services. The full RFP is posted at www.sfcta.org/contracting. Proposals are due by Monday, September 14, 2015, 2 p.m. at the SFCTA offices.
8/16/15

### FICTITIOUS BUSINESS NAMES

**FICTITIOUS BUSINESS NAME STATEMENT**
FILE NO. A-0366137-0
The following person is doing business as: Solar Kiosk, 154 Chambers St, NYC, NY 10007. Full name of registrant #1: Anita Margrill, 154 Chambers Street, New York City, NY 10007. This business is conducted by an individual.
The registrant commenced to transact business under the above-listed fictitious business name on: Not Applicable.
This statement was filed with the County Clerk of San Francisco on: August 4, 2015.
Aug. 9, 16, 23, 340, 2015

### PUBLIC NOTICES (NON-GOVERNMENT)

### PUBLIC NOTICES (NON-GOVERNMENT)

### PUBLIC NOTICES (NON-GOVERNMENT)

### PUBLIC NOTICES (NON-GOVERNMENT)

### PUBLIC NOTICES (NON-GOVERNMENT)

### PUBLIC NOTICES (NON-GOVERNMENT)

---

## If You Bought Televisions, Computer Monitors or Other Products Containing Cathode Ray Tubes

### Get Money from $576.75 *Million* in Settlements

### Simple Online Claim Form Takes 3-5 Minutes

**Class action settlements** have been reached involving Cathode Ray Tubes ("CRTs"), a display device that was sold by itself or as the main component in TVs and computer monitors. The lawsuit claims that the Defendants fixed the prices of CRTs causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"). The Defendants deny Plaintiffs' allegations.

**Who is included in the Settlements?**
Individuals and businesses that:
• Purchased a CRT or a product containing a CRT, such as a TV or computer monitor, in the United States (except Illinois, Washington and Oregon) between March 1, 1995, and November 25, 2007;
• For their own use and not for resale.
Purchases made directly from a defendant or alleged co-conspirator are not included (see the list of defendants and alleged co-conspirators at **www.CRTclaims.com** or by calling 1-800-649-0963).

**What do the Settlements provide?**
There are seven new Settlements totaling $541.75 million. Together with the two previously-approved settlements, the Settlement Fund is $576.75 million. Only individuals and businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, are eligible to file a claim for money. HI, NE and NV have shorter claims periods. The purchase must have been made in one of the foregoing states, but you do not have to be a resident of one of these states. The Settlements release the injunctive relief claims of purchasers of CRT Products nationwide.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible individuals and businesses are expected to get a minimum payment of $25. Large purchasers could recover many thousands of dollars.

**How can I get a payment?**
Claim online or by mail by **December 7, 2015**. The simple online Claim Form only takes 3-5 minutes for most individuals.

**What are my rights?**
If you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants, you must exclude yourself from the Settlement Class by **October 8, 2015**. If you stay in the Settlement Class, you may object to the Settlements by **October 8, 2015**.

The Court will hold a hearing on **November 13, 2015 at 10:00 a.m.** to consider whether to approve the Settlements and a request for attorneys' fees plus reimbursement of litigation expenses and awards to Class Representatives. The total attorney fee request for all Plaintiffs' counsel shall not exceed one-third of the $576.75 million Settlement Fund. The hearing date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

| For more Information: | **www.CRTclaims.com** | or | Call: **1-800-649-0963**<br>Text: **"CRTclaims"** to **97000** (text messaging rates may apply)<br>**PLEASE DO NOT CONTACT THE COURT** |
|---|---|---|---|