# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT P

# AFIDAVIT

Yo, Elia M. Valentín Guzmán, habiendo prestado el debido juramento declaro:

Que soy Secretaria del Depto. de Ventas del periódico "EL NUEVO DIA", el cual tiene una circulación general en Puerto Rico; que en las ediciones de este periódico correspondientes a los días:

### 7 DE AGOSTO DE 2015

se dio publicidad al anuncio expedido por:

### THE NOTICE COMPANY

SE HA LLEGADO A ACUERDOS EN UNA DEMANDA COLECTIVA RESPECTO A TUBOS DE RAYOS CATÓDICOS ("CRT" POR SUS SIGLAS EN INGLÉS), UN DISPOSITIVO DE VISUALIZACIÓN QUE FUE VENDIDO SOLO O COMO COMPONENTE PRINCIPAL DE TELEVISORES Y MONITORES PARA COMPUTADORAS. LA DEMANDA ALEGA QUE LOS DEMANDADOS ESTABLECIERON LOS PRECIOS DE LOS CRT HACIENDO QUE LOS CONSUMIDORES PAGARAN MÁS POR LOS CRT Y LOS PRODUCTOS QUE LOS CONTIENEN, ETC.

en el caso arriba mencionado, copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. 0 7 AGO. 2015

Afidávit No. 62,831 del Registro.

Jurado y reconocido ante mí por la Sra. Elia M. Valentín Guzmán, mayor de edad, casada, Secretaria de Ventas del periódico "EL NUEVO DIA" residente de San Juan, a quien doy fe de conocer personalmente,

Guaynabo, P.R. 0 7 AGO. 2015

NOTARIO PÚBLICO



# Si usted compró televisores, monitores para computadoras u otros productos conteniendo Tubos de Rayos Catódicos obtenga dinero, de $576.75 millones en acuerdos

**Formulario de Reclamación simple online le toma 3-5 minutos**

Se ha llegado a **Acuerdos en una demanda colectiva** respecto a Tubos de Rayos Catódicos ("CRT" por sus siglas en inglés), un dispositivo de visualización que fue vendido solo o como componente principal de televisores y monitores para computadoras. La demanda alega que los demandados establecieron los precios de los CRT haciendo que los consumidores pagaran más por los CRT y los productos que los contienen, tales como televisores y monitores para computadoras (colectivamente "Productos CRT"). Los demandados niegan las alegaciones de los demandantes.

**¿Quiénes están incluidos en los Acuerdos?**
Los individuos y negocios que:
• Compraron un CRT o un producto que contiene un CRT, tal como un televisor o un monitor para computadora, en los Estados Unidos (excepto en Illinois, Washington y Oregón) entre el 1 de marzo de 1995 y el 25 de noviembre de 2007;
• Para su usufructo y no para revender.

Las compras realizadas directamente del demandado o supuesto coconspirador no están incluidas (ver la lista de demandantes y supuestos coconspiradores en www.CRTclaims.com o llamando al 1-800-649-0963).

**¿Qué ofrecen los Acuerdos?**
Existen siete nuevos Acuerdos que totalizan $541.75 millones. Conjuntamente con dos acuerdos previamente aprobados, el Fondo de Liquidaciones alcanza $576.75 millones. Solo individuos y negocios que compraron Productos CRT en AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, o el Distrito de Columbia son elegibles para presentar una reclamación para recibir dinero. HI, NE y NV tienen periodos más cortos para presentar sus reclamaciones. La compra debe haberse hecho en uno de los estados antedichos, pero usted no tiene que ser residente de uno de ellos. Los Acuerdos conceden las medidas cautelares por los reclamos de compensación a los compradores de Productos CRT en toda la nación.

La cantidad de dinero que usted recibirá dependerá del tipo y cantidad de los Productos CRT y la cantidad total de reclamaciones hechas. Se espera que las personas y negocios obtengan un pago mínimo de $25. Aquellos compradores cuyas compras hayan sido extensas podrían recuperar varios miles de dólares.

**¿Cómo puedo obtener un pago?**
Reclame online o por correo postal hasta la fecha límite del **7 de diciembre de 2015**. El Formulario de Reclamación simple online le tomará solo 3-5 minutos a la mayoría de las personas.

**¿Cuáles son mis derechos?**
Si usted no hace nada, usted estará vinculado(a) a las decisiones del Tribunal. Si usted desea conservar su derecho a demandar a los acusados, usted tiene que excluirse de la Demanda Colectiva hasta la fecha límite del **8 de octubre de 2015**. Si permanece dentro de la Acción Colectiva, usted puede objetar los Acuerdos hasta la fecha límite del **8 de octubre de 2015**.

El Tribunal llevará a cabo una audiencia el **13 de noviembre de 2015 a las 10:00 a.m.** para considerar si aprobar los Acuerdos y una solicitud de honorarios para abogados más reembolso de gastos de litigio y recompensas a los Representantes del Colectivo. La solicitud total de honorarios para todos los abogados de los Demandantes no deberá exceder un tercio del Fondo de Acuerdos de $576.75 millones. La fecha de la audiencia pudiera cambiar, así pues chequee por favor el sitio web. Usted o su propio abogado pueden presentarse y hablar en la audiencia a su propio costo.

**Para más información:**
1-800-649-0963
**www.CRTclaims.com**
Textear: "CRTclaims" a 97000
(pudieran aplicarse cargos por mensaje de texto)
**POR FAVOR NO CONTACTE AL TRIBUNAL**

---

# Familia reubica niñas por alegado maltrato

### Adfam informó que con la decisión busca suplir las necesidades de salud, educación y seguridad

**Sandra Caquías Cruz**
scaquias@elnuevodia.com
Twitter: @scaquiascruz

**13 ADOLESCENTES FÉMINAS** cuya custodia la tiene el Departamento de la Familia y ayer fueron sacadas de una institución por supuesto maltrato.

▶ Las trece adolescentes que el Departamento de la Familia (DF) tenía en el hogar Providence Health Center, en Carolina, fueron reubicadas ayer en otra institución por alegado maltrato.

Una a una, las jóvenes salían de la institución cargando sus pertenencias, algunas en maletas, otras en bolsas plásticas. Las colocaron en los vehículos del DF que las llevarían al nuevo hogar.

Una de ellas salió cargando, con extremo cuidado, una pequeña pecera con tapa rosa. Mientras, un grupo de funcionarios del DF la seguía con el resto de las pertenencias. Otra de las adolescentes llevaba un cuadro de un jarrón con flores y una bolsa casi transparente que dejaba ver papeles, algunos con dibujos.

La Administración de Familias y Niños, conocida como Adfam, informó que la reubicaciones de las 13 niñas, cuya edad fluctúa entre los 13 y 17 años, es el resultado de una investigación por supuesto maltrato.

"Luego de culminar la investigación de varios referidos de maltrato de la institución Providence Health Center, que albergaba hasta ayer 13 menores bajo custodia del DF, se tomó la determinación de reubicarlas a otros hogares", informó **Vanessa Pintado**, administradora de Adfam.

No obstante, la directora de operaciones de la institución, **Leila Martínez**, rechazó la acusación de supuesto maltrato. "Se nos ha señalado por cosas que no han ocurrido", dijo.

"Las imputaciones las vamos a defender en su respectivos foros", advirtió Martínez, quien destacó que la Administración de Servicios de Salud Mental y Contra la Adicción recién le renovó la licencia.

Explicó que la institución, fundada en el 2012, "no es un hogar común, es especializado en salud mental". Mencionó que cuenta con psicólogos, psiquiatras y terapistas, entre otros.

"Se nos ha faltado el respeto", dijo.

> "Es nuestra responsabilidad tomar acción y asegurar su bienestar al amparo de los resultados de la investigación de la Unidad de Maltrato Institucional de la Adfan"
>
> **VANESSA PINTADO**
> Administradora de Adfam



Pertenencias de las jóvenes removidas del Hogar Providencia Health Center.

JUAN.ALICEA@GFRMEDIA.COM