# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT Q



**Susan Goldfarb**
Eastern Advertising Director

## PUBLICATION AFFIDAVIT

**AFFIDAVIT OF ALLISON WEISBROD**

Allison Weisbrod, being duly sworn, deposes and says:

1. I am the Advertising Sales Assistant of Time Inc., and its division, PEOPLE (the "Company") with offices at 225 Liberty Street, New York, NY 10281.

2. The two-thirds (2/3) page Vertical B&W – National advertisement for the Notice Company was published in the 8/17/15 issue of PEOPLE Magazine in all the markets that were ordered.

3. The two-thirds (2/3) page Vertical B&W – National advertisement for the Notice Company was published in the 8/24/15 issue of PEOPLE Magazine in all the markets that were ordered.

_Allison Weisbrod_
**Allison Weisbrod**





*A Master Class in*
# HOME COOKING

**36** lessons
**110** classic recipes
**500** full-color photographs

*The* **GREAT COOK**
ESSENTIAL TECHNIQUES AND INSPIRED FLAVORS TO MAKE EVERY DISH BETTER
JAMES BRISCIONE

*From* **JAMES BRISCIONE,**
Director of Culinary Development at the Institute of Culinary Education

**AVAILABLE NOW**
**WHEREVER BOOKS ARE SOLD**

Oxmoor House

## If You Bought Televisions, Computer Monitors or Other Products Containing Cathode Ray Tubes

### Get Money from $576.75 *Million* in Settlements

### Simple Online Claim Form Takes 3-5 Minutes

Class action settlements have been reached involving Cathode Ray Tubes ("CRTs"), a display device that was sold by itself or as the main component in TVs and computer monitors. The lawsuit claims that the Defendants fixed the prices of CRTs causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"). The Defendants deny Plaintiffs' allegations.

**Who is included in the Settlements?**
Individuals and businesses that:
- Purchased a CRT or a product containing a CRT, such as a TV or computer monitor, in the United States (except Illinois, Washington and Oregon) between March 1, 1995, and November 25, 2007;
- For their own use and not for resale.

Purchases made directly from a defendant or alleged co-conspirator are not included (see the list of defendants and alleged co-conspirators at www.CRTclaims.com or by calling 1-800-649-0963).

**What do the Settlements provide?**
There are seven new Settlements totaling $541.75 million. Together with the two previously-approved settlements, the Settlement Fund is $576.75 million. Only individuals and businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, are eligible to file a claim for money. HI, NE and NV have shorter claims periods. The purchase must have been made in one of the foregoing states, but you do not have to be a resident of one of these states. The Settlements release the injunctive relief claims of purchasers of CRT Products nationwide.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible individuals and businesses are expected to get a minimum payment of $25. Large purchasers could recover many thousands of dollars.

**How can I get a payment?**
Claim online or by mail by **December 7, 2015**. The simple online Claim Form only takes 3-5 minutes for most individuals.

**What are my rights?**
If you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants, you must exclude yourself from the Settlement Class by **October 8, 2015**. If you stay in the Settlement Class, you may object to the Settlements by **October 8, 2015**.

The Court will hold a hearing on **November 13, 2015 at 10:00 a.m.** to consider whether to approve the Settlements and a request for attorneys' fees plus reimbursement of litigation expenses and awards to Class Representatives. The total attorney fee request for all Plaintiffs' counsel shall not exceed one-third of the $576.75 million Settlement Fund. The hearing date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

**For more Information:**
1-800-649-0963
www.CRTclaims.com
Text: "CRTclaims" to 97000 (text messaging rates may apply)
**PLEASE DO NOT CONTACT THE COURT**



## If You Bought Televisions, Computer Monitors or Other Products Containing Cathode Ray Tubes

## Get Money from $576.75 Million in Settlements

## Simple Online Claim Form Takes 3-5 Minutes

Class action settlements have been reached involving Cathode Ray Tubes ("CRTs"), a display device that was sold by itself or as the main component in TVs and computer monitors. The lawsuit claims that the Defendants fixed the prices of CRTs causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"). The Defendants deny Plaintiffs' allegations.

**Who is included in the Settlements?**
Individuals and businesses that:
- Purchased a CRT or a product containing a CRT, such as a TV or computer monitor, in the United States (except Illinois, Washington and Oregon) between March 1, 1995, and November 25, 2007;
- For their own use and not for resale.

Purchases made directly from a defendant or alleged co-conspirator are not included (see the list of defendants and alleged co-conspirators at www.CRTclaims.com or by calling 1-800-649-0963).

**What do the Settlements provide?**
There are seven new Settlements totaling $541.75 million. Together with the two previously-approved settlements, the Settlement Fund is $576.75 million. Only individuals and businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, are eligible to file a claim for money. HI, NE and NV have shorter claims periods. The purchase must have been made in one of the foregoing states, but you do not have to be a resident of one of these states. The Settlements release the injunctive relief claims of purchasers of CRT Products nationwide.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible individuals and businesses are expected to get a minimum payment of $25. Large purchasers could recover many thousands of dollars.

**How can I get a payment?**
Claim online or by mail by **December 7, 2015**. The simple online Claim Form only takes 3-5 minutes for most individuals.

**What are my rights?**
If you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants, you must exclude yourself from the Settlement Class by **October 8, 2015**. If you stay in the Settlement Class, you may object to the Settlements by **October 8, 2015**.

The Court will hold a hearing on **November 13, 2015 at 10:00 a.m.** to consider whether to approve the Settlements and a request for attorneys' fees plus reimbursement of litigation expenses and awards to Class Representatives. The total attorney fee request for all Plaintiffs' counsel shall not exceed one-third of the $576.75 million Settlement Fund. The hearing date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

**For more Information:**
1-800-649-0963
www.CRTclaims.com
Text: "CRTclaims" to 97000 (text messaging rates may apply)
**PLEASE DO NOT CONTACT THE COURT**



"My mom tells it like it is," says Anansa. (left, in '11).

model, high cheekbones, bright eyes, that was all provided by the drugs. It was encouraged. It was one of the perks. It killed your appetite, gave you focus, and it was glamorous and expensive. But it was all a delusion." In 1981 she almost overdosed. "You think, 'just let me lie down,' and that's when you die," she recalls. Instead, a boyfriend threw her in a cold shower "shoes and all, made me drink a whole carton of milk, and I stabilized."

Johnson soon hit her lowest point: broke and battling her second husband, music producer Danny Sims, for custody of their toddler daughter Anansa. Wanting more for her child than a drugged out—or dead—mother, Johnson entered a 12-step program and got clean. "I didn't want to numb myself anymore," says Johnson. "Whatever I had to face, I had to be present."

She moved to Southern California, and devoted herself to healthy living: playing golf, building a lifestyle brand (including mineral makeup and hair extensions) and bonding with her daughter, who now has three kids of her own. "Sometimes she's an example of what not to do," admits Anansa, 36, a plus-size model. "But I admire her for what she's overcome. She's my hero."

It was Anansa who convinced her mom to "do the right thing" and speak up for Cosby's other alleged victims. And now that she has, Johnson values her voice more than her famous face. "I'm proud I came forward," she says. "Like the *Vogue* cover, that will forever be a part of who I am." ●

FADIL BERISHA