# DECLARATION OF JOSEPH M. FISHER

## EXHIBIT R



**BRIAN SHEPHERD**
Northeast Integrated Sales Director

## <u>PUBLICATION AFFIDAVIT</u>

**AFFIDAVIT OF CAILIN TRAVERS**

Cailin Travers, being duly sworn, deposes and says:

1.    I am the Advertising Sales Assistant of Time Inc., and its division, TIME (the "Company") with offices at 1271 Avenue of the Americas, New York, NY 10020.

2.    The 2/3 page B&W advertisement for the Notice Company was published in the 8/17/15 issue (on-sale date: 8/7/15) of TIME magazine in all the markets that were ordered.

Com. of MA
Suffolk S.S.

**Cailin Travers**

Sworn to before me this ___13th___
day of August, 2015

Notary Public

M. PARKER PESCATORE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Aug. 17, 2018

399 Boylston Street, 5th Floor, Boston, MA 02116
P: 617.954.9401 I C: 978.828.0243 I F: 617.954.9430 I brian.shepherd@timeinc.com

Case 4:07-cv-05944-JST   Document 4371-18   Filed 02/04/16   Page 3 of 4



# TIME

## The Surprising Joy of

# Virtual Reality

### And why it's about to change the world

**By Joel Stein**

$5.99US $6.99CAN

33>

7 25274 10090 3

*Palmer Luckey, 22, inventor of the Oculus Rift, is one of the visionaries making virtual reality mainstream*

time.com



**PEACE CORPS**

For dreamers who do.

Live, learn, and work with a community overseas. Be a Volunteer.

peacecorps.gov

# If You Bought Televisions, Computer Monitors

## or Other Products Containing

## Cathode Ray Tubes

## Get Money from $576.75 *Million* in Settlements

## Simple Online Claim Form Takes 3-5 Minutes

Class action settlements have been reached involving Cathode Ray Tubes ("CRTs"), a display device that was sold by itself or as the main component in TVs and computer monitors. The lawsuit claims that the Defendants fixed the prices of CRTs causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"). The Defendants deny Plaintiffs' allegations.

**Who is included in the Settlements?**
Individuals and businesses that:
• Purchased a CRT or a product containing a CRT, such as a TV or computer monitor, in the United States (except Illinois, Washington and Oregon) between March 1, 1995, and November 25, 2007;
• For their own use and not for resale.

Purchases made directly from a defendant or alleged co-conspirator are not included (see the list of defendants and alleged co-conspirators at **www.CRTclaims.com** or by calling 1-800-649-0963).

**What do the Settlements provide?**
There are seven new Settlements totaling $541.75 million. Together with the two previously-approved settlements, the Settlement Fund is $576.75 million. Only individuals and businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, are eligible to file a claim for money. HI, NE and NV have shorter claims periods. The purchase must have been made in one of the foregoing states, but you do not have to be a resident of one of these states. The Settlements release the injunctive relief claims of purchasers of CRT Products nationwide.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible individuals and businesses are expected to get a minimum payment of $25. Large purchasers could recover many thousands of dollars.

**How can I get a payment?**
Claim online or by mail by **December 7, 2015**. The simple online Claim Form only takes 3-5 minutes for most individuals.

**What are my rights?**
If you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants, you must exclude yourself from the Settlement Class by **October 8, 2015**. If you stay in the Settlement Class, you may object to the Settlements by **October 8, 2015**.

The Court will hold a hearing on **November 13, 2015 at 10:00 a.m.** to consider whether to approve the Settlements and a request for attorneys' fees plus reimbursement of litigation expenses and awards to Class Representatives. The total attorney fee request for all Plaintiffs' counsel shall not exceed one-third of the $576.75 million Settlement Fund. The hearing date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

| For more Information: | 1-800-649-0963 **www.CRTclaims.com** Text: "CRTclaims" to 97000 (text messaging rates may apply) **PLEASE DO NOT CONTACT THE COURT** |
|---|---|