# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT S

## PUBLICATION AFFIDAVIT

**AFFIDAVIT OF DANIEL ANDRUSKO**

Daniel Andrusko, being duly sworn, deposes and says:

1. I am Franchise Sales Assistant of Time Inc., and its division, SPORTS ILLUSTRATED (the "Company") with offices at 1271 Avenue of the Americas, New York, NY 10020.

2. The 2/3 Page Vertical Black and White advertisement for the Notice Company was published in the August 10, 2015 issue (On Sale date August 5, 2015) of Sports Illustrated magazine in all the markets that were ordered.

_____
Daniel Andrusko

Com of MA
Suffolk S.S.

Sworn to before me this 13th
day of August, 2015

_____
Notary Public



M. PARKER PESCATORE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Aug. 17, 2018



263813



iar spot, where the brackish mix offers potential and great variety, everything from catfish and perch to trout and drum. Prescott baits his hook with shrimp and whizzes a sidearm cast—"like Vince Young's delivery," he says, laughing—that plops softly in the water.

Dak's family roots are dug in Vinton, La., hard on the Texas border and far from the SEC's bright lights. Vinton calls itself the Gateway to Cajun Country, and it's where Prescott learned to suck the juices from the body of a crawfish after ripping off its tail. While in Vinton, Prescott enjoys a slower life and all the tastes of home. His grandmothers spoil him, as his Momo (Theodoria Taylor) made crab stew and his Mammie (Margaret Ebarb) sent him off with her famous chocolate cake.

Prescott's rise to stardom runs parallel to some difficult personal years for his family. His mother, Peggy, died of colon cancer in 2013, and her father, Glyndell (Paw Paw) Ebarb, died in April after a yearlong decline due to Alzheimer's. Dak's fishing trips with Uncle Phil have helped the healing, especially because Dak knows the lessons he's learning have been passed down from Paw Paw.

An hour into the trip, no fish are biting. Prescott, who is Caucasian, African-American and Native American, dabs some water on his neck and says he's going to tap into his Indian pheromone in honor of Paw Paw, who belonged to the Choctaw-Apache Tribe. On cue, a croaker jumps at the end of his line. He reels it in slowly before releasing it. "I told you," he says, "the pheromone."

They laugh in the quiet of the still morning, then go back to their fishing, with only the whizzing casts cutting the silence.

"Can't get any pictures and autographs out here," says Dak.

"That's what we like about it," Uncle Phil says. □

---

## If You Bought Televisions, Computer Monitors or Other Products Containing Cathode Ray Tubes

### Get Money from $576.75 Million in Settlements

### Simple Online Claim Form Takes 3-5 Minutes

**For more Information:**

Seven new Settlements have been reached involving Cathode Ray Tubes ("CRTs"), a display device that was sold by itself or as the main component in TVs and computer monitors. The lawsuit claims that the Defendants fixed the prices of CRTs causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"). The Defendants deny Plaintiffs' allegations.

**Who is included in the Settlements?**
Individuals and businesses that:
- Purchased a CRT or a product containing a CRT, such as a TV or computer monitor, in the United States (except Illinois, Washington and Oregon) between March 1, 1995, and November 25, 2007;
- For their own use and not for resale.

Purchases made directly from a defendant or alleged co-conspirator are <u>not</u> included (see the list of defendants and alleged co-conspirators at www.CRTclaims.com or by calling 1-800-649-0963).

**What do the Settlements provide?**
There are seven new Settlements totaling $541.75 million. Together with the two previously-approved settlements, the Settlement Fund is $576.75 million. Only individuals and businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, are eligible to file a claim for money. HI, NE and NV have shorter claims periods. The purchase must have been made in one of the foregoing states, but you do not have to be a resident of one of these states. The Settlements release the injunctive relief claims of purchasers of CRT Products nationwide.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made. Eligible individuals and businesses are expected to get a minimum payment of $25. Large purchasers could recover many thousands of dollars.

**How can I get a payment?**
Claim online or by mail by **December 7, 2015**. The simple online Claim Form only takes 3-5 minutes for most individuals.

**What are my rights?**
If you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants, you must exclude yourself from the Settlement Class by **October 8, 2015**. If you stay in the Settlement Class, you may object to the Settlements by **October 8, 2015**.

The Court will hold a hearing on **November 13, 2015 at 10:00 a.m.** to consider whether to approve the Settlements and a request for attorneys' fees plus reimbursement of litigation expenses and awards to Class Representatives. The total attorney fee request for all Plaintiffs' counsel shall not exceed one-third of the $576.75 million Settlement Fund. The hearing date may change so please check the website. You or your own lawyer may appear and speak at the hearing at your own expense.

**1-800-649-0963**
**www.CRTclaims.com**
Text: "CRTclaims" to 97000 (text messaging rates may apply)
**PLEASE DO NOT CONTACT THE COURT**