# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT U

November 16, 2015          NOTICE IMPLEMENTATION          The Notice Company
CRT Indirect Purchaser Settlement

| (A) PRINT MEDIA | | | |
|---|---|---|---|
| Name | On Sale Date | Issue Date | Tearsheet/Affidavit |
| **Newspapers** | | | |
| *Parade* (Sunday Magazine) | 8/8/15 | 8/9/15 | Yes |
| *American Profile* (Sunday Magazine) | 8/1/15 | 8/2/15 | Yes |
| *The Wall Street Journal* | 8/7/15 | 8/7/15 | Yes |
| *USA Today* | 8/7/15 | 8/7/15 | Yes |
| *The New York Times* (Sunday national edition) | 8/2/15 | 8/2/15 | Yes |
| *San Francisco Chronicle* (Sunday) | 8/16/15 | 8/16/15 | Yes |
| *El Nueva Dia* (Puerto Rico) | 8/7/15 | 8/7/15 | Yes |
| **Magazines** | | | |
| *People (1st)* | 8/7/15 | 8/17/15 | Yes |
| *People (2nd)* | 8/14/15 | 8/24/15 | Yes |
| *Time* | 8/7/15 | 8/17/15 | Yes |
| *Sports Illustrated* | 8/5/15 | 8/10/15 | Yes |
| *TV Guide* | 8/6/15 | 8/10/15 | Yes |

| (B) DIRECT NOTICE VIA EMAIL | | | |
|---|---|---|---|
| Name | Start Date | End Date | Quantity |
| Email List - Businesses | 8/3/15 | 8/10/15 | 1,470,776 |
| Email List - Consumers | 8/3/15 | 8/10/15 | 6,309,674 |
| Email: The New York Times Newsletter | 8/2/15 | 8/23/15 | 2,752,737 |

| (C) PRESS RELEASE & NEWSWIRE SOCIAL POSTS | | | |
|---|---|---|---|
| Name | Start Date | End Date | Audience |
| PR Newswire: US1 National Distribtuion | 8/3/15 | 8/3/15 | 72,095,000 |
| PR Newswire: Hispanic Distribution | 8/3/15 | 8/3/15 | 332,000 |
| PR Newswire: US1 National Distribtuion | 10/30/15 | 10/30/15 | 10,252,960 |
| PR Newswire: Hispanic Distribtuion | 10/30/15 | 10/30/15 | 2,609,949 |

| (D) Web Ads & Search | | | |
|---|---|---|---|
| Name | Start Date | End Date | Impressions |
| TV Insider | 8/1/15 | 8/31/15 | 12,542,147 |
| Parade.com Digital | 8/3/15 | 9/5/15 | 3,376,391 |
| Facebook Ads | 8/3/15 | Ongoing | 20,968,439 |
| Facebook Page and Outreach | 8/3/15 | Ongoing | 4,432,552 |
| Google Display Network (English & Spanish) | 8/3/15 | Ongoing | 224,218,135 |
| Google Search | 8/3/15 | Ongoing | 550,372 |
| Bing/Yahoo Search | 8/1/15 | Ongoing | 8,435 |