# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT V

See more news releases in
 Computer Electronics (http://www.prnewswire.com/news-releases/consumer-technology-latest-news/computer-electronics-list/)
 Consumer Electronics (http://www.prnewswire.com/news-releases/consumer-technology-latest-news/consumer-electronics-list/)
 Banking & Financial Services (http://www.prnewswire.com/news-releases/financial-services-latest-news/banking-financial-services-list/)
 Legal Issues (http://www.prnewswire.com/news-releases/policy-public-interest-latest-news/legal-issues-list/)

# Notice for Purchasers of CRT Products

  



$576.75 Million in Settlements for CRT Purchasers. Submit a claim online at www.CRTclaims.com.

SAN FRANCISCO, Aug. 6, 2015 /PRNewswire/ -- The following release was issued today by The Notice Company, Inc.:

**If You Bought Televisions, Computer Monitors or Other Products Containing Cathode Ray Tubes, You Can Get Money from $576.75 Million in Settlements.**

Visit **www.CRTclaims.com (http://www.crtclaims.com/)** and complete a Simple Online Claim Form (Takes 3-5 Minutes).

Class action settlements have been reached involving Cathode Ray Tubes ("CRTs"), a display device that was sold by itself or as the main component in TVs and computer monitors.  The lawsuit claims that the Defendants fixed the prices of CRTs causing consumers to pay more for CRTs and products containing CRTs, such as TVs and computer monitors (collectively "CRT Products").  The Defendants deny Plaintiffs' allegations.

**Who is included in the Settlements?**

Individuals and businesses that:

- Purchased a CRT or a product containing a CRT, such as a TV or computer monitor, in the United States (except Illinois, Washington and Oregon) between March 1, 1995 and November 25, 2007;
- For their own use and not for resale.

Purchases made directly from a defendant or alleged co-conspirator are not included (see the list of defendants and alleged co-conspirators at www.CRTclaims.com (http://www.crtclaims.com/) or by calling 1-800-649-0963).

**What do the Settlements provide?**

There are six new Settlements totaling $541.75 million.  Together with the two previously-approved settlements, the Settlement Fund is $576.75 million.  Only individuals and businesses who purchased CRT Products in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the

District of Columbia, are eligible to file a claim for money.  HI, NE and NV have shorter claims periods.  The purchase must have been made in one of the foregoing states, but you do not have to be a resident of one of these states.  The Settlements release the injunctive relief claims of purchasers of CRT Products nationwide.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of claims made.  Eligible individuals and businesses are expected to get a minimum payment of $25.  Large purchasers could recover many thousands of dollars.

**How can I get a payment?**

Claim online or by mail by **December 7, 2015**.  The simple online Claim Form only takes 3-5 minutes for most individuals.

**What are my rights?**

If you do nothing you will be bound by the Court's decisions.  If you want to keep your right to sue the Defendants, you must exclude yourself from the Settlement Class by **October 8, 2015**.  If you stay in the Settlement Class, you may object to the Settlements by **October 8, 2015**.

The Court will hold a hearing on **November 13, 2015 at 10:00 a.m.** to consider whether to approve the Settlements and a request for attorneys' fees up to one-third of the Settlement Fund, plus reimbursement of litigation expenses and awards to Class Representatives.  This date may change so please check the website.  You or your own lawyer may appear and speak at the hearing at your own expense.

**For More Information**: Call toll free 1-800-649-0963, visit www.CRTclaims.com (http://www.crtclaims.com/), text "CRTclaims" to 97000 (text messaging rates may apply), or write to CRT Indirect Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043. Para una notificacion en Espanol, visitar nuestro website.

PLEASE DO NOT CONTACT THE COURT

Photo - http://photos.prnewswire.com/prnh/20150806/256414 (http://photos.prnewswire.com/prnh/20150806/256414)

SOURCE The Notice Company

See more news releases in
 Computer Electronics (http://www.prnewswire.com/news-releases/consumer-technology-latest-news/computer-electronics-list/)
 Consumer Electronics (http://www.prnewswire.com/news-releases/consumer-technology-latest-news/consumer-electronics-list/)
 Banking & Financial Services (http://www.prnewswire.com/news-releases/financial-services-latest-news/banking-financial-services-list/)
 Legal Issues (http://www.prnewswire.com/news-releases/policy-public-interest-latest-news/legal-issues-list/)

## Aviso legal para compradores de productos CRT

   

Español▼



CRTclaims.com

SAN FRANCISCO, 6 de agosto de 2015 /PRNewswire-HISPANIC PR WIRE/ -- El siguiente comunicado fue emitido hoy por The Notice Company, Inc.:

**Si usted compró televisores, monitores para computadoras u otros productos conteniendo Tubos de Rayos Catódicos, obtenga dinero, de $576.75 millones en acuerdos.**

Foto - http://photos.prnewswire.com/prnh/20150806/256414 (http://photos.prnewswire.com/prnh/20150806/256414)

Visite **www.CRTclaims.com (http://www.crtclaims.com/)**: Formulario de Reclamación simple online le (toma 3-5 minutos).

Se ha llegado a Acuerdos en una demanda colectiva respecto a Tubos de Rayos Catódicos ("CRT" por sus siglas en inglés), un dispositivo de visualización que fue vendido solo o como componente principal de televisores y monitores para computadoras. La demanda alega que los demandados establecieron los precios de los CRT haciendo que los consumidores pagaran más por los CRT y los productos que los contienen, tales como televisores y monitores para computadoras (colectivamente "Productos CRT").  Los demandados niegan las alegaciones de los demandantes.

**¿Quiénes están incluidos en los Acuerdos?**

Los individuos y negocios que:

- Compraron un CRT o un producto que contiene un CRT, tal como un televisor o un monitor para computadora, en los Estados Unidos (excepto en Illinois, Washington y Oregón) entre el 1 de marzo de 1995 y el 25 de noviembre de 2007;
- Para su usufructo y no para revender.

Las compras realizadas directamente del demandado o supuesto coconspirador no están incluidas (ver la lista de demandantes y supuestos coconspiradores en www.CRTclaims.com (http://www.CRTclaims.com) o llamando al 1-800-649-0963).

**¿Qué ofrecen los Acuerdos?**

Existen siete nuevos Acuerdos que totalizan $541.75 millones. Conjuntamente con dos acuerdos previamente aprobados, el Fondo de Liquidaciones alcanza $576.75 millones.  Solo individuos y negocios que compraron Productos CRT en AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, o el Distrito de Columbia son elegibles para presentar una reclamación para recibir dinero.  HI, NE y NV tienen periodos más cortos para presentar sus reclamaciones.  La compra debe haberse hecho en uno de los estados antedichos, pero usted no tiene que ser residente de uno de ellos. Los Acuerdos conceden las medidas cautelares por los reclamos de compensación a los compradores de Productos CRT en toda la nación.

La cantidad de dinero que usted recibirá dependerá del tipo y cantidad de los Productos CRT y la cantidad total de reclamaciones hechas. Se espera que las personas y negocios obtengan un pago mínimo de $25. Aquellos compradores cuyas compras hayan sido extensas podrían recuperar varios miles de dólares.

**¿Cómo puedo obtener un pago?**

Reclame online o por correo postal hasta la fecha límite del **7 de diciembre de 2015**. El Formulario de Reclamación simple online le tomará solo 3-5 minutos a la mayoría de las personas.

**¿Cuáles son mis derechos?**

Si usted no hace nada, usted estará vinculado(a) a las decisiones del Tribunal. Si usted desea conservar su derecho a demandar a los acusados, usted tiene que excluirse de la Demanda Colectiva hasta la fecha límite del **8 de octubre de 2015**. Si permanece dentro de la Acción Colectiva, usted puede objetar los Acuerdos hasta la fecha límite del **8 de octubre de 2015**.

El Tribunal llevará a cabo una audiencia el **13 de noviembre de 2015 a las 10:00 a.m.** para considerar si aprobar los Acuerdos y una solicitud de honorarios para abogados más reembolso de gastos de litigio y recompensas a los Representantes del Colectivo. La solicitud total de honorarios para todos los abogados de los Demandantes no deberá exceder un tercio del Fondo de Acuerdos de $576.75 millones. La fecha de la audiencia pudiera cambiar, así pues chequee por favor el sitio web. Usted o su propio abogado pueden presentarse y hablar en la audiencia a su propio costo.

Para más información: llame al 1-800-649-0963, visite www.CRTclaims.com (http://www.CRTclaims.com), textear: "CRTclaims" a 97000 (pudieran aplicarse cargos por mensaje de texto), o escribir a CRT Indirect Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

POR FAVOR NO CONTACTE AL TRIBUNAL

NOTA A LOS REDACTORES: Bienes de multimedia disponibles en: http://hispanicprwire.com/multimedia/ (http://hispanicprwire.com/multimedia/)

FUENTE The Notice Company

SOURCE The Notice Company