**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT W**

# Notice for Purchasers of CRT Products

English    Story Number: NE74205

Clear Time Aug 06, 2015 2:22 PM ET    View Release ⌄

Report Data shows for    (NE74205) English : Notice for Purchasers of CRT Products ▼

| 203 Websites | 72,095,000 Total Potential Audience |

## Distribution Summary
See the types of websites your release posted to, and the industries they cover.

### Media Type



- Broadcast Media
- Newspaper
- News & Information Service
- Trade Pub
- Blog
- The rest

### Website Industry



- Media & Information
- Other
- Tech
- Financial
- Multicultural & Demographic

| Media Type | Websites |
|---|---|
| Broadcast Media | 96 |
| Newspaper | 47 |
| News & Information Service | 34 |
| Trade Pub | 18 |

| Website Industry | Websites |
|---|---|
| Media & Information | 155 |
| Other | 22 |
| Tech | 16 |
| Financial | 8 |

| Media Type | Websites |
|---|---|
| Blog | 4 |
| Portal | 2 |
| Magazine | 1 |
| PR Newswire | 1 |
| **Total Number of Websites** | **203** |

| Website Industry | Websites |
|---|---|
| Multicultural & Demographic | 2 |
| **Total Number of Websites** | **203** |

# Distribution Details
The details of each component of your online distribution.

## SocialPost
View activity relating to your SocialPost distribution.

Posted at 2 hour intervals.

http://t.co/tlglTRslp6: $576,750,000 Settlement to buyers of TVs or Computer Monitors with Cathode Ray Tubes http://t.co/3mg7H8H2Wk

 @PRNcnsmr 1,154 followers

 @PRNctech 932 followers

 @PRNAlert 5,459 followers

### Social Activity

| **7,545** Impressions | **0** Retweets | **7,545** SocialPost Audience | **1** Clicks from Twitter | **7,756** Total Potential Audience |

## Online Distribution
The details of each site that posted your releases.
203 postings to websites on our network have been found, with a total potential audience of 72,095,000 ⓘ unique visitors per day.

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|---|
| YAHOO! FINANCE | Yahoo! View Release | 1 | Global | Portal | Media & Information | 51,804,000 |
| MarketWatch | MarketWatch View Release | 1 | United States | News & Information Service | Financial | 758,000 |
| boston.com | Boston Globe View Release | 1 | United States | Newspaper | Media & Information | 561,000 |
| Wichita Business Journal | Wichita Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| BUSINESSJOURNAL | Washington Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS JOURNAL | Minneapolis / St. Paul Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| TRIANGLE BUSINESS JOURNAL | Triangle Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| The BUSINESS JOURNAL | Business Journal of the Greater Triad Area View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| Tampa Bay Business Journal | Tampa Bay Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| ST. LOUIS BUSINESS JOURNAL | St. Louis Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| South Florida BUSINESS JOURNAL | South Florida Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| Business Journal | Puget Sound Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| Business Journal | San Jose Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| San Francisco Business Times | San Francisco Business Times View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS JOURNAL | San Antonio Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS JOURNAL | Sacramento Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| bizjournals | Bizjournals.com, Inc. View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| BUSINESS JOURNAL | Portland Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| PITTSBURGH BUSINESS TIMES | Pittsburgh Business Times View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| Business Journal | Business Journal of Phoenix View Release | 1 | United States | Newspaper | Media & Information | 389,000 |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day ▼ |
|---|---|---|---|---|---|---|
| | Philadelphia Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Pacific Business News View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Orlando Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | New York Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Nashville Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Business Journal of Greater Milwaukee View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Memphis Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Business First of Louisville View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Los Angeles Business from bizjournals View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Kansas City Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Jacksonville Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Houston Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Denver Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Dayton Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Dallas Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Business First of Columbus View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Cincinnati Business Courier View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Chicago Business News View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Charlotte Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Business First of Buffalo View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Boston Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|---|
| | Birmingham Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Baltimore Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Austin Business Journal View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Atlanta Business Chronicle View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | New Mexico Business Weekly View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | Business Review (Albany) View Release | 1 | United States | Newspaper | Media & Information | 389,000 |
| | TheStreet.com View Release | 1 | United States | Trade Pub | Financial | 338,000 |
| | Yahoo! Singapore View Release | 1 | Singapore | Portal | Media & Information | 129,000 |
| | ADVFN View Release | 1 | United States | News & Information Service | Financial | 96,000 |
| | KWTV-TV CBS-9 (Oklahoma City, OK) View Release | 1 | United States | Broadcast Media | Media & Information | 68,000 |
| | PR Newswire View Release | 1 | United States | PR Newswire | Media & Information | 66,000 |
| | WISTV NBC-10 (Columbia, SC) View Release | 1 | United States | Broadcast Media | Media & Information | 53,000 |
| | WFMZ-TV IND-69 (Allentown, PA) View Release | 1 | United States | Broadcast Media | Media & Information | 53,000 |
| | Press-Enterprise View Release | 1 | United States | Newspaper | Media & Information | 50,000 |
| | WAFB CBS-9 (Baton Rouge, LA) View Release | 1 | United States | Broadcast Media | Media & Information | 48,000 |
| | KOTV-TV CBS-6 (Tulsa, OK) View Release | 1 | United States | Broadcast Media | Media & Information | 48,000 |
| | WXIX FOX-19 (Cincinnati, OH) View Release | 1 | United States | Broadcast Media | Media & Information | 39,000 |
| | WAVE NBC-3 (Louisville, KY) View Release | 1 | United States | Broadcast Media | Media & Information | 37,000 |
| | WAFF NBC-48 (Huntsville, AL) View Release | 1 | United States | Broadcast Media | Media & Information | 35,000 |
| | WFIE NBC-14 (Evansville, IN) View Release | 1 | United States | Broadcast Media | Media & Information | 35,000 |
| | WWBT NBC-12 (Richmond, VA) View Release | 1 | United States | Broadcast Media | Media & Information | 34,000 |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day ▼ |
|---|---|---|---|---|---|---|
| InformationWeek | Information Week  View Release | 1 | United States | Trade Pub | Tech | 34,000 |
| WSFA 12 News | WSFA NBC-12 (Montgomery, AL)  View Release | 1 | United States | Broadcast Media | Media & Information | 30,000 |
| Live 5 News | WCSC CBS-5 (Charleston, SC)  View Release | 1 | United States | Broadcast Media | Media & Information | 30,000 |
| Hawaii News Now | KHNL-TV NBC-8 (Honolulu, HI)  View Release | 1 | United States | Broadcast Media | Media & Information | 30,000 |
| 3 Eyewitness News | WRCB-TV NBC-3 (Chattanooga, TN)  View Release | 1 | United States | Broadcast Media | Media & Information | 29,000 |
| abc 13 | WSET-TV ABC-13 (Lynchburg, VA)  View Release | 1 | United States | Broadcast Media | Media & Information | 27,000 |
| KLTV 7 | KLTV ABC-7 (Tyler, TX)  View Release | 1 | United States | Broadcast Media | Media & Information | 27,000 |
| WLOX 13 | WLOX ABC-13 (Biloxi, MS)  View Release | 1 | United States | Broadcast Media | Media & Information | 26,000 |
| KHQ 06 HD Right Now | KHQ-TV NBC-6 (Spokane, WA)  View Release | 1 | United States | Broadcast Media | Media & Information | 26,000 |
| FOX 41 WDRB | WDRB FOX-41 (Louisville, KY)  View Release | 1 | United States | Broadcast Media | Media & Information | 24,000 |
| WALB News 10 | WALB NBC-10 (Albany, GA)  View Release | 1 | United States | Broadcast Media | Media & Information | 24,000 |
| WBOC 16 | WBOC CBS-16 (Salisbury, MD)  View Release | 1 | United States | Broadcast Media | Media & Information | 23,000 |
| KFMB-TV HD 8 | KFMB-TV CBS-8 (San Diego, CA)  View Release | 1 | United States | Broadcast Media | Media & Information | 23,000 |
| abc 33 40 | WBMA-TV ABC-33 / ABC-40 (Birmingham, AL)  View Release | 1 | United States | Broadcast Media | Media & Information | 23,000 |
| tickertech.com | Ticker Technologies  View Release | 1 | United States | News & Information Service | Financial | 22,000 |
| One News Page | One News Page Global Edition  View Release | 1 | Global | News & Information Service | Media & Information | 22,000 |
| KTUL.com | KTUL-TV ABC-8 (Tulsa, OK)  View Release | 1 | United States | Broadcast Media | Media & Information | 19,000 |
| WTOC | WTOC CBS-11 (Savannah, GA)  View Release | 1 | United States | Broadcast Media | Media & Information | 18,000 |
| Tucson News Now | KOLD CBS-13 (Tucson, AZ)  View Release | 1 | United States | Broadcast Media | Media & Information | 18,000 |
| Toledo News Now | WTOL CBS-11 (Toledo, OH)  View Release | 1 | United States | Broadcast Media | Media & Information | 18,000 |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day ▼ |
|---|---|---|---|---|---|---|
| | KFVS CBS-12 (Cape Girardeau, MO)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 18,000 |
| | KAIT ABC-8 (Jonesboro, AR)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 18,000 |
| | EE Times<br>View Release | 1 | United States | Trade Pub | Tech | 18,000 |
| | WECT NBC-6 (Wilmington, NC)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 16,000 |
| | KSLA CBS-12 (Shreveport, LA)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 14,000 |
| | KCBD NBC-11 (Lubbock, TX)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 14,000 |
| | WOIO CBS-19 (Cleveland, OH)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 14,000 |
| | WBOY-TV NBC-12 (Clarksburg, WV)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 13,000 |
| | KATV-TV ABC-7 (Little Rock, AR)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 13,000 |
| | WVUE-TV FOX-8 (New Orleans, LA)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 13,000 |
| | WTVM ABC-9 (Columbus, GA)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 11,000 |
| | KTRE ABC-9 (Lufkin, TX)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 11,000 |
| | WMBF NBC-32 (Myrtle Beach, SC)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 10,000 |
| | WTRF-TV CBS-7 (Wheeling, WV)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 8,000 |
| | WLNE-TV ABC-6 (Providence, RI)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 8,000 |
| | WFMJ-TV NBC-21 (Youngstown, OH)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 7,000 |
| | WDAM NBC-7 (Hattiesburg-Laurel, MS)<br>View Release | 1 | United States | Broadcast Media | Media & Information | 7,000 |
| | TMCnet<br>View Release | 1 | United States | Trade Pub | Other | 7,000 |
| | Technology News @ TMCnet<br>View Release | 1 | United States | Trade Pub | Tech | 7,000 |
| | Green Technology @ TMCnet<br>View Release | 1 | United States | Trade Pub | Tech | 7,000 |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|---|
| | Globe Advisor<br>View Release | 1 | Canada | News & Information Service | Financial | Not available |
| | WXTX-TV FOX-54 (Columbus, GA)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WVNS-TV CBS-59 (Ghent, WV)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WSFX-TV FOX-26 (Wilmington, NC)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WMC NBC-5 (Memphis, TN)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WLTZ-TV NBC-38 (Columbus, GA)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WFXG-TV FOX-54 (Augusta, GA)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WFLX FOX-29 (West Palm Beach, FL)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WAND-TV NBC-17 (Decatur, IL)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | Wall Street & Technology<br>View Release | 1 | United States | Trade Pub | Other | Not available |
| | Virtual-Strategy Magazine<br>View Release | 1 | United States | Trade Pub | Tech | Not available |
| | VA3XPR<br>View Release | 1 | Canada | Blog | Tech | Not available |
| | KQCW CW-12/19 (Tulsa, OK)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | Today's News<br>View Release | 1 | Global | News & Information Service | Media & Information | Not available |
| | Streetwise Report<br>View Release | 1 | United States | News & Information Service | Other | Not available |
| | Streaming News<br>View Release | 1 | United States | News & Information Service | Other | Not available |
| | The State Journal (Charleston, WV)<br>View Release | 1 | United States | Newspaper | Media & Information | Not available |
| | KMEG-TV CBS-14 (Sioux City, IA)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KFMB 100.7 Jack-FM (San Diego, CA)<br>View Release | 1 | United States | Broadcast Media | Media & Information | Not available |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|---|
| | Really Rocket Science View Release | 1 | United States | Blog | Other | Not available |
| | R & D Art View Release | 1 | United States | News & Information Service | Other | Not available |
| | One News Page Unites States Edition View Release | 1 | United States | News & Information Service | Media & Information | Not available |
| | Olejniczak Advisors View Release | 1 | United States | News & Information Service | Financial | Not available |
| | Older Not Dead.com View Release | 1 | Global | News & Information Service | Multicultural & Demographic | Not available |
| | KWES-TV NBC-9 (Midland, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KAUZ-TV CBS-6 (Wichita Falls, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KFDA CBS-10 (Amarillo, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | NebraskaTV (Kearney, NE) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KNDO-TV NBC / KNDU-TV NBC (Kennewick, WA) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WGFL-TV CBS-4 (Gainesville, FL) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WFXS-TV FOX-55 (Wausau , WI) View Release | 1 | United States | Broadcast Media | Other | Not available |
| | WTLH-TV FOX-49 (Tallahassee, FL) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WOLF-TV FOX-56 (Wilkes-Barre, PA) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WPFO-TV FOX-23 (Portland, ME) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WDSI-TV FOX-61 (Chattanooga, TN) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WLBT NBC-3 (Jackson, MS) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | Market Quote View Release | 1 | United States | News & Information Service | Other | Not available |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|---|
| | KXXV-TV ABC-25 (Waco, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KX News - KXMB / KXMC / KXMA / KXMD View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KUSI-TV IND-51 (San Diego, CA) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KUAM-TV NBC-8 / CBS-11 (Hagatna, Guam) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KTVN-TV CBS-2 (Reno, NV) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KTEN NBC-10 (Denison, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KSWO-TV ABC-7 (Lawton, OK) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KPLC NBC-7 (Lake Charles-Lafayette, LA) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KMPH-TV FOX-26 (Fresno, CA) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KFRE-TV CW-59 (Fresno, CA) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KLKN ABC-8 (Lincoln, NE) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KIII-TV ABC-3 (Corpus Christi, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KEYC-TV CBS-12 / FOX-12 (Mankato, MN) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KCEN-TV NBC-9 (Temple, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KFVE MyNetworkTV-5 (Honolulu, HI) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | Journal of Common Stock View Release | 1 | Global | Trade Pub | Financial | Not available |
| | ITBusinessNet.com View Release | 1 | United States | Trade Pub | Tech | Not available |
| | Internet Business Law Services View Release | 1 | United States | News & Information Service | Other | Not available |
| | KTVG-TV FOX-17 / KSNB-TV FOX-4 (Kearney, NE) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|---|
| | KPTM-TV FOX-42 (Omaha, NE) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WBOC-TV FOX-21 (Salisbury, MD) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KFJX-TV FOX-14 (Pittsburg, KS) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | Foreign Press Association View Release | 1 | United States | News & Information Service | Media & Information | Not available |
| | Following the Nerd View Release | 1 | Global | News & Information Service | Tech | Not available |
| | WICU-TV NBC-12 (Erie, PA) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WUPV-TV CW-65 (Ashland, VA) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KXVO-TV CW-15 (Omaha, NE) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | WLTZ-TV CW-38 (Columbus, GA) View Release | 1 | United States | Broadcast Media | Other | Not available |
| | Crowdfunding Probate View Release | 1 | United States | News & Information Service | Other | Not available |
| | Crowdfunding Lawsuits View Release | 1 | United States | News & Information Service | Other | Not available |
| | Consumer Electronics Net View Release | 1 | United States | Trade Pub | Tech | Not available |
| | Competitive Brand View Release | 1 | United States | News & Information Service | Other | Not available |
| | KYTX CBS-19 (Tyler, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KAZT IND-7 (Phoenix/Prescott, AZ) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | Avention View Release | 1 | United States | News & Information Service | Other | Not available |
| | All About Technology View Release | 1 | United States | News & Information Service | Other | Not available |
| | WCIV-TV ABC-4 (Charleston, SC) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KRHD-TV ABC-40 (Bryan-College Station, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|---|
| | KFMB 760-AM (San Diego, CA) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | KBMT-TV ABC-12 (Beaumont, TX) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | Aving Global News Network \| English View Release | 1 | Global | News & Information Service | Other | Not available |
| | Tech News Arm View Release | 1 | Global | Blog | Other | Not available |
| | Streaming Business News View Release | 1 | United States | News & Information Service | Media & Information | Not available |
| | Operation Deepdown View Release | 1 | United States | News & Information Service | Media & Information | Not available |
| | NYCLA - New York County Lawyers' Association View Release | 1 | United States | News & Information Service | Other | Not available |
| | NorthStar News View Release | 1 | United States | News & Information Service | Multicultural & Demographic | Not available |
| | News Throttle View Release | 1 | United States | News & Information Service | Media & Information | Not available |
| | KSTC-TV IND-45 (Saint Paul, MN) View Release | 1 | United States | Broadcast Media | Media & Information | Not available |
| | Leadership for LIFE View Release | 1 | United States | News & Information Service | Other | Not available |
| | Global Newsweek View Release | 1 | Global | News & Information Service | Media & Information | Not available |
| | Frontgate Capital Resources View Release | 1 | United States | News & Information Service | Other | Not available |
| | DMN Forums View Release | 1 | United States | Trade Pub | Tech | Not available |
| | Final Cut Pro View Release | 1 | United States | Trade Pub | Tech | Not available |
| | Film Imaging View Release | 1 | United States | Trade Pub | Tech | Not available |
| | DV Format View Release | 1 | United States | Trade Pub | Tech | Not available |
| | DVD Creation View Release | 1 | United States | Trade Pub | Tech | Not available |
| | Digital Media Online, Inc. View Release | 1 | United States | Trade Pub | Tech | Not available |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors Per Day |
|---|---|---|---|---|---|---|
| | San Francisco CityRoom [San Francisco, CA] View Release | 1 | United States | News & Information Service | Media & Information | Not available |
| | Caifornia Business Journal View Release | 1 | United States | Magazine | Other | Not available |
| | Axleration View Release | 1 | United States | Blog | Other | Not available |
| | AssignmentEditor.com View Release | 1 | Global | News & Information Service | Media & Information | Not available |
| | QuoteMedia View Release | 1 | Global | News & Information Service | Financial | Not available |
| | AP [American Press] Newswroom View Release | 1 | United States | News & Information Service | Media & Information | Not available |
| | AEC Newsroom View Release | 1 | United States | Trade Pub | Tech | Not available |

Visitors per Day data from comScore, Inc is used to provide an indication of the potential audience for your press release. comScore, Inc does not provide data for all websites in our network.

About PR Newswire   Contact PR Newswire   PR Newswire's Terms of Use Apply   Careers   Privacy   Site Map
RSS Feeds   Blog

Copyright PR Newswire Association LLC. All Rights Reserved. © 2015
A UBM plc company.

PR Newswire's Terms of Use Apply



Aviso legal para compradores de productos CRT

Spanish   Story Number: ES74205   Clear Time Aug 06, 2015 3:32 PM ET   View Release

Report Data shows for  (ES74205) Spanish : Aviso legal para compradores de productos CRT

**81** Websites         **332,000** Total Potential Audience

## Distribution Summary
See the types of websites your release posted to, and the industries they cover.



Media Type / Website Industry

Legend:
- News & Information Service
- Trade Pub
- Multicultural & Demographic
- Financial
- Blog
- Portal
- Newspaper
- The re...
- Other
- Media & Information
- Health

| Media Type | Websites |
|---|---|
| News & Information Service | 23 |
| Trade Pub | 18 |
| Blog | 13 |
| Portal | 12 |
| Newspaper | 10 |
| Magazine | 4 |
| PR Newswire | 1 |
| **Total Number of Websites** | **81** |

| Website Industry | Websites |
|---|---|
| Other | 72 |
| Media & Information | 4 |
| Multicultural & Demographic | 3 |
| Financial | 1 |
| Health | 1 |
| **Total Number of Websites** | **81** |

## Distribution Details
The details of each component of your online distribution.

## Online Distribution

The details of each site that posted your releases.

81 postings to websites on our network have been found, with a total potential audience of 332,000 ❓ unique visitors per day.

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors per day ▼ |
|---|---|---|---|---|---|---|
| | ADVFN Mexico<br>View Release | 1 | Mexico | News & Information Service | Other | 96,000 |
| | PR Newswire<br>View Release | 1 | United States | PR Newswire | Media & Information | 66,000 |
| | Observador de Medios<br>View Release | 1 | Mexico | Blog | Other | 51,000 |
| | Erick Becerra - El nuevo blog<br>View Release | 1 | Mexico | Blog | Other | 51,000 |
| | World at News<br>View Release | 1 | Chile | Blog | Other | 18,000 |
| | Analista Junior<br>View Release | 1 | Brazil | Blog | Other | 18,000 |
| | TV Notas<br>View Release | 1 | Mexico | Magazine | Other | 16,000 |
| | Blog de ReyMidas<br>View Release | 1 | Argentina | Blog | Other | 16,000 |
| | Diario de Yucat�n<br>View Release | 1 | Mexico | Portal | Other | Not available |
| | The Insighters<br>View Release | 1 | Mexico | Trade Pub | Other | Not available |
| | Technocracia<br>View Release | 1 | Dominican Republic | Trade Pub | Other | Not available |
| | Technochat<br>View Release | 1 | Costa Rica | News & Information Service | Other | Not available |
| | Tesys<br>View Release | 1 | Argentina | Portal | Other | Not available |
| | Tabasco Hoy<br>View Release | 1 | Mexico | Newspaper | Other | Not available |
| | Siempre!<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Servicio Web<br>View Release | 1 | Chile | Portal | Other | Not available |
| | Reseller Comunicaci�n Magazine<br>View Release | 1 | Mexico | Trade Pub | Other | Not available |
| | Radio ABC 99.7<br>View Release | 1 | Nicaragua | News & Information Service | Other | Not available |
| | Ultimas Noticias Quintana Roo<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Periodistas en Chile<br>View Release | 1 | Chile | Blog | Other | Not available |
| | Pandora<br>View Release | 1 | Dominican Republic | Trade Pub | Other | Not available |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors per day ▼ |
|---|---|---|---|---|---|---|
| | Opinion y Noticias<br>View Release | 1 | Venezuela | Portal | Other | Not available |
| | Omnia<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Obras<br>View Release | 1 | Mexico | Trade Pub | Other | Not available |
| | Nosis<br>View Release | 1 | Argentina | News & Information Service | Other | Not available |
| | Mercado de Dinero<br>View Release | 1 | columbia | Newspaper | Other | Not available |
| | DallasNews.com<br>View Release | 1 | United States | Newspaper | Media & Information | Not available |
| | Limite Informativo<br>View Release | 1 | Argentina | Portal | Other | Not available |
| | Informa-Tico: El Diario Digital de Costa Rica<br>View Release | 1 | Costa Rica | News & Information Service | Other | Not available |
| | Homo Digital<br>View Release | 1 | Mexico | Blog | Other | Not available |
| | GQ<br>View Release | 1 | Mexico | Magazine | Other | Not available |
| | Familia y Mujer<br>View Release | 1 | Spain | News & Information Service | Health | Not available |
| | Etcetera Blog Panama<br>View Release | 1 | Mexico | Blog | Other | Not available |
| | Entorno Empresarial<br>View Release | 1 | Venezuela | Trade Pub | Other | Not available |
| | Entera.me<br>View Release | 1 | Mexico | Trade Pub | Other | Not available |
| | En Finanzas RD<br>View Release | 1 | Dominican Republic | Blog | Other | Not available |
| | Empresarios Pyme<br>View Release | 1 | Mexico | Trade Pub | Other | Not available |
| | El Viajero Digital<br>View Release | 1 | Dominican Republic | News & Information Service | Other | Not available |
| | El Respetable<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | El Popular Ecuador<br>View Release | 1 | Ecuador | Newspaper | Other | Not available |
| | El Mundo<br>View Release | 1 | Venezuela | Newspaper | Other | Not available |
| | El Economista America Mexico<br>View Release | 1 | Mexico | Portal | Other | Not available |
| | De Mercado y Negocios<br>View Release | 1 | Venezuela | Trade Pub | Other | Not available |
| | MarketingData-Red<br>View Release | 1 | Spain | News & Information Service | Media & Information | Not available |
| | La Cr�nica de Hoy<br>View Release | 1 | Mexico | Newspaper | Other | Not available |
| | ContraPunto<br>View Release | 1 | El Salvador | Newspaper | Other | Not available |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors per day ▼ |
|---|---|---|---|---|---|---|
| | ClickMe Directory<br>View Release | 1 | Mexico | Blog | Other | Not available |
| | Clases de Periodismo<br>View Release | 1 | Peru | Blog | Other | Not available |
| | Bolsamania (Web Financial Group)<br>View Release | 1 | Spain | Trade Pub | Financial | Not available |
| | 3 Gordos Bastardos<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Tecnolog�a 100<br>View Release | 1 | Dominican Republic | News & Information Service | Other | Not available |
| | TECHcetera<br>View Release | 1 | Brazil | Trade Pub | Other | Not available |
| | Sopotocientos<br>View Release | 1 | Venezuela | Trade Pub | Other | Not available |
| | Sintesis<br>View Release | 1 | Mexico | Newspaper | Other | Not available |
| | Siempre Mujer<br>View Release | 1 | United States | Magazine | Multicultural & Demographic | Not available |
| | Revista Zona Centro<br>View Release | 1 | Nicaragua | Portal | Other | Not available |
| | Red Financiera<br>View Release | 1 | Mexico | Trade Pub | Other | Not available |
| | PLATO DE CARMEN PERE<br>View Release | 1 | Dominican Republic | Blog | Other | Not available |
| | Planea Tus Finanzas<br>View Release | 1 | Mexico | Trade Pub | Other | Not available |
| | P�gina 24<br>View Release | 1 | Mexico | Portal | Other | Not available |
| | Notas.com<br>View Release | 1 | Venezuela | Trade Pub | Other | Not available |
| | Mercadotecnia y Medios<br>View Release | 1 | United States | News & Information Service | Multicultural & Demographic | Not available |
| | Libreta de Apuntes<br>View Release | 1 | columbia | Portal | Other | Not available |
| | Periodismo y fotografia ambiental, turismo y otros<br>View Release | 1 | Mexico | Blog | Other | Not available |
| | Hispanic PR Wire<br>View Release | 1 | United States | News & Information Service | Multicultural & Demographic | Not available |
| | Hilo Directo<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Expansion Radial<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Este Pais<br>View Release | 1 | Mexico | Magazine | Other | Not available |
| | Entre Palabras<br>View Release | 1 | Mexico | Portal | Other | Not available |
| | El Sexenio<br>View Release | 1 | Mexico | Newspaper | Other | Not available |
| | El Mundo de los Negocios<br>View Release | 1 | Dominican Republic | Trade Pub | Other | Not available |

| Logo | Outlet or Website Name | # of Releases | Location | Media Type | Industry | Visitors per day ▼ |
|---|---|---|---|---|---|---|
| | El Buen Tono<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Diaspora Dominicana<br>View Release | 1 | Dominican Republic | News & Information Service | Media & Information | Not available |
| | Desde Puebla<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Cronica de Oaxaca<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Codice Informativo<br>View Release | 1 | Mexico | Portal | Other | Not available |
| | Click de Mi Pais<br>View Release | 1 | Dominican Republic | Portal | Other | Not available |
| | Diario de Leon<br>View Release | 1 | Spain | Newspaper | Other | Not available |
| | Amytronics<br>View Release | 1 | Unknown | Trade Pub | Other | Not available |
| | AM de Queretaro<br>View Release | 1 | Mexico | News & Information Service | Other | Not available |
| | Actualidad Hispana<br>View Release | 1 | Venezuela | Trade Pub | Other | Not available |

Visitors per Day data from comScore, Inc is used to provide an indication of the potential audience for your press release. comScore, Inc does not provide data for all websites in our network.

About PR Newswire   Contact PR Newswire   PR Newswire's Terms of Use Apply   Careers   Privacy   Site Map
RSS Feeds   Blog

Copyright PR Newswire Association LLC. All Rights Reserved. © 2015
A UBM plc company.

PR Newswire's Terms of Use Apply