# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT X

## Consumer-Oriented Websites
### Offering Information About the CRT Indirect Purchaser Settlement and Linking to CRTclaims.com

| Website: | Top Class Actions |
|---|---|
| Link to CRT Page: | http://topclassactions.com/lawsuit-settlements/lawsuit-news/100406-file-a-claim-for-the-crt-antitrust-class-action-settlement/ |
| Website Statistics (Monthly Estimates):* | Unique Visitors:     537,766<br>Visits:                  1,153,690<br>Pageviews:          3,366,500 |
| | |
| Website: | Slick Deals |
| Link to CRT Page: | http://slickdeals.net/f/8129352-crt-class-action-1995-2007-settlement-25-minimum-payout-online-claim-form?src=SiteSearchV2 |
| Website Statistics (Monthly Estimates): | Unique Visitors:     6,510,143<br>Visits:                  73,689,147<br>Pageviews:          262,778,923 |
| | |
| Website: | Spice Works |
| Link to CRT Page: | https://community.spiceworks.com/topic/1151908-class-action-lawsuit-on-crts |
| Website Statistics (Monthly Estimates): | Unique Visitors:     1,197,814<br>Visits:                  2,379,588<br>Pageviews:          5,304,171 |
| | |
| Website: | Class Action Rebates |
| Link to CRT Page: | http://www.classactionrebates.com/settlements/crt/ |
| Website Statistics (Monthly Estimates): | Unique Visitors:     120,489<br>Visits:                  240,393<br>Pageviews:          1,131,472 |
| | |
| Website: | ClassAction.org |
| Link to CRT Page: | http://www.classaction.org/settlements |
| Website Statistics (Monthly Estimates): | Unique Visitors:     61,699<br>Visits:                  113,368<br>Pageviews:          297,288 |

---

* Monthly Visitor Metrics for websites provided by *Alexa*, an Amazon company offering web analytics.

| Website: | Miles to Memories |
|---|---|
| Link to CRT Page: | http://milestomemories.boardingarea.com/crt-indirect-purchaser-class-action-lawsuit/ |
| Website Statistics (Monthly Estimates): | Unique Visitors: 1,336,468<br>Visits: 4,175,939<br>Pageviews: 8,009,473 |
| Website: | Lawyers and Settlements |
| Link to CRT Page: | https://www.lawyersandsettlements.com/blog/week-adjourned-10-16-15-gerber-crts-equal-pay.html |
| Website Statistics (Monthly Estimates): | Unique Visitors: 113,823<br>Visits: 180,126<br>Pageviews: 201,623 |
| Website: | Consumer Action |
| Link to CRT Page: | http://www.consumer-action.org/lawsuits/ |
| Website Statistics (Monthly Estimates): | Unique Visitors: 53,016<br>Visits: 89,481<br>Pageviews: 142,655 |
| Website: | Stop the Cap |
| Link to CRT Page: | http://stopthecap.com/2015/10/06/get-your-share-of-a-100-million-settlement-for-10-years-of-crt-monitor-price-fixing/ |
| Website Statistics (Monthly Estimates): | Unique Visitors: 149,153<br>Visits: 256,500<br>Pageviews: 301,915 |
| Website: | PlayStation Forums |
| Link to CRT Page: | http://community.us.playstation.com/t5/Off-Topic/CRT-Antitrust-Class-Action-Settlement-money-for-your-CRT/td-p/45324558 |
| Website Statistics (Monthly Estimates): | Unique Visitors: 3,396,987<br>Visits: 7,804,083<br>Pageviews: 39,911,393 |
| Website: | SlySoft Forum |
| Link to CRT Page: | https://forum.slysoft.com/threads/some-of-you-may-want-to-file-a-claim.67502/ |
| Website Statistics (Monthly Estimates): | Unique Visitors: 376,373<br>Visits: 600,283<br>Pageviews: 1,208,558 |

| | |
|---|---|
| Website: | EEVblog Electronics Community Forum |
| Link to CRT Page: | http://www.eevblog.com/forum/chat/crt-class-action-lawsuit-us-residents/ |
| Website Statistics (Monthly Estimates): | Unique Visitors:     99,293<br>Visits:                    215,772<br>Pageviews:           342,986 |
| | |
| Website: | The Penny Hoarder |
| Link to CRT Page: | http://www.thepennyhoarder.com/canon-sprint-holiday-inn-class-action-settlements/ |
| Website Statistics (Monthly Estimates): | Unique Visitors:     1,019,671<br>Visits:                    2,119,523<br>Pageviews:           3,587,462 |
| | |
| Website: | Credit Union Times |
| Link to CRT Page: | http://www.cutimes.com/2015/10/07/credit-unions-eligible-for-crt-monitor-class-actio |
| Website Statistics (Monthly Estimates): | Unique Visitors:     56,418<br>Visits:                    143,318<br>Pageviews:           216,101 |
| | |
| Website: | Fat Wallet |
| Link to CRT Page: | http://www.fatwallet.com/forums/deal-discussion/1170656/?start=1110 |
| Website Statistics (Monthly Estimates): | Unique Visitors:     1,755,019<br>Visits:                    7,371,505<br>Pageviews:           28,148,981 |
| | |

**Foreign Websites
Offering Information About the CRT Indirect Purchaser Settlement and
Linking to CRTclaims.com**

| | |
|---|---|
| Website: | Red Flag Deals (Canada) |
| Link to CRT Page: | http://forums.redflagdeals.com/crt-class-action-1835213/ |
| Website Statistics (Monthly Estimates): | Unique Visitors:     1,730,860<br>Visits:                    7,991,430<br>Pageviews:           22,933,105 |
| | |
| Website: | Blackbox Community (South Korea) |
| Link to CRT Page: | http://tpholic.com/xe/?mid=ibmboard2&page=4&document_srl=11166508 |

## Law Firm Websites
### Offering Information About the CRT Indirect Purchaser Settlement and Linking to CRTclaims.com

| Firm Name: | Bonsignore Trial Lawyers PLLC |
|---|---|
| Link to CRT Page: | http://class-actions.us/crt-settlements-update/ |
| | |
| Firm Name: | Andrus Anderson LLP |
| Link to CRT Page: | http://andrusanderson.com/indirect-purchasers-of-crt-products-may-participate-in-576-75-million-settlement-by-filing-a-claim-before-december-7/ |
| | |
| Firm Name: | Charles Wagner Law Firm |
| Link to CRT Page: | http://charlesjwagner.blogspot.com/2015/08/file-claim-for-crt-antitrust-class.html |
| | |
| Firm Name: | Law Office of Wolf & Pravato |
| Link to CRT Page: | https://wolfandpravato.wordpress.com/2015/08/17/file-a-claim-for-the-crt-antitrust-class-action-settlement/ |
| | |
| Firm Name: | Law Offices Of David L. Amkraut |
| Link to CRT Page: | http://www.crtmoney.com/ |
| | |
| Firm Name: | Hausfeld & Co LLP |
| Link to CRT Page: | http://www.hausfeld.com/what-we-do/us/case-studies/crts |

**Claims Recovery / Claims Submission Companies**
**Offering Information About the CRT Indirect Purchaser Settlement and**
**Linking to CRTclaims.com**

| | |
|---|---|
| Company Name: | Managed Care Advisory Group |
| Link to CRT Page: | https://settlements.mcaginc.com/settlements/crt-cathode-ray-tube |
| | |
| Company Name: | Class Action Claims Recovery |
| Link to CRT Page: | http://www.cacrecovery.com/case/cathode-ray-tube-crt-indirect-settlement/ |
| | |
| Company Name: | Managed Care Advisory Group |
| Link to CRT Page: | https://settlements.mcaginc.com/settlements/crt-cathode-ray-tube |
| | |
| Company Name: | Equity Recovery Solutions |
| Link to CRT Page: | http://www.equityrs.com/current-cases/79-cathode-ray-tube-indirect |
| | |
| Company Name: | Settlement Recovery Group |
| Link to CRT Page: | http://www.srgllc.com/cases/crt.htm |
| | |
| Company Name: | Financial Recovery Strategies |
| Link to CRT Page: | http://www.financialrecoverystrategies.com/Current-Settlements |
| | |
| Company Name: | Class Action Settlement House, LLC |
| Link to CRT Page: | http://classactionsettlementhouse.com/cases/crt/ |
| | |
| Company Name: | National Equity Recovery Group |
| Link to CRT Page: | http://www.nationalequity.com/antitrust-settlements/ |

## Other Websites
## Offering Information About the CRT Indirect Purchaser Settlement and Linking to CRTclaims.com

| | |
|---|---|
| Website: | The Accidental Saver |
| Link to CRT Page: | http://www.theaccidentalsaver.com/crt-indirect-purchaser-lawsuit-settlement/ |
| | |
| Website: | Bank Lady |
| Link to CRT Page: | http://www.banklady.com/financial-freedom-should-be-your-goal-this-season.asp/ |
| | |
| Website: | Class Action Settlement Guide |
| Link to CRT Page: | http://www.classactionsettlementguide.com/crt-class-action-lawsuit/ |
| | |
| Website: | Class Actions Reporter |
| Link to CRT Page: | http://www.classactionsreporter.com/settlements/crt-antitrust-class-action-settlement |
| | |
| Website: | Danny the Deal Guru |
| Link to CRT Page: | https://dannydealguru.wordpress.com/2015/09/02/get-a-25-settlement-rebate-for-your-old-tv/ |
| | |
| Website: | Display Daily |
| Link to CRT Page: | http://www.displaydaily.com/press-release/32320-notice-for-purchasers-of-crt-products |
| | |
| Website: | CACc4Charities |
| Link to CRT Page: | http://cac4charities.com/form3.php?page_id=608 |
| | |
| Website: | Donate Direct |
| Link to CRT Page: | http://www.donatedirect.net/musella-foundation-crt/claim-form/ |
| | |
| Website: | Class Action Hub |
| Link to CRT Page: | http://consumerdebtsystem.biz/ |
| | |
| Website: | Tube Radio Forum |
| Link to CRT Page: | http://www.tuberadioforum.com/t4648-cathode-ray-tube-crt-class-action-lawsuit |