Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

***Class Counsel for the
Indirect Purchaser Plaintiffs***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST |
| | MDL No. 1917 |
| | **DECLARATION OF JOSEPH M. FISHER RE:  OBJECTIONS TO NOTICE** |
| This Document Relates to: | |
| All Indirect Purchaser Actions | |

I, Joseph M. Fisher, declare:

## INTRODUCTION

1.  <u>Identification</u>.  I am the president of The Notice Company, Inc., a Massachusetts corporation with offices at 94 Station Street, Hingham, MA 02043 ("The Notice Company"). The Notice Company is principally engaged in the administration of class action settlements and lawsuits pending in courts around the United States, including the dissemination of notice to class members, administering the claims process, and distributing the proceeds of the litigation to the class.  I have over a decade of experience assisting attorneys with class action notices and claims administration.  I am also a member in good standing of the bars of the Commonwealth of Massachusetts, the District of Columbia, and the Commonwealth of Virginia.  I am over 21 years of age and not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify thereto under oath. The Notice Company developed the Notice Program for use in these proposed Settlements.

2.  <u>Objections Reviewed</u>.  I have reviewed objections to the proposed Settlements that were submitted by the following objectors and their counsel:

-   Sean Hull and Gordon Morgan, represented by Lang, Hanigan & Carvalho, LLP and The Bandas Law Firm (the "Hull/Morgan Objection");

-   Rockhurst University, Gary Talewsky and Harry Garavanian, represented by Theresa D. Moore (the "Moore Objection");

-   Anthony Gianasca, Gloria Comeaux, Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., Jeffrey Speaect, Rosemary Ciccone and Jeff Craig, represented by Bonsignore Trial Lawyers, PLLC (the "Bonsignore Objection");

-   John Finn and Laura Townsend Fortman, represented by Steve A. Miller, PC; Law Office of Jonathan E. Fortman, LLC; The Kress Law Firm, LLC (the "Finn/Fortman Objection");

- Cooper & Kirkham, P.C. and Law Offices of Francis O. Scarpulla (the "Cooper/Scarpulla Objection")[1]; and

- Dan L. Williams & Co., represented by the Law Offices of Paul B. Justi (the "Williams Objection")

I also reviewed the following objection where no counsel was identified:

- Elizabeth Kimberly Johnson (the "Johnson Objection").

Class Counsel has informed me that while other objections were filed in this matter, only the seven objections identified above relate to notice issues. I address here these seven objections.

3. Response to Hull/Morgan Objection. The Hull/Morgan Objection asserts that notice was not adequate "to the extent that it failed to provide the best notice practicable to non-US resident class members who are members of the Statewide Damage Classes." This Objection does not provide an adequate basis for rejecting the Notice Program in the present action for the following reasons:

a. The Notice Program was designed to provide appropriate notice to the class as a whole.

b. The Objection incorrectly presumes that no notice was given outside the United States. In fact, the complete Summary Notice was issued as a press release, in both English and Spanish, and was carried by 78 foreign-based media outlets located in 15 countries outside the United States, including Canada and Mexico. See Attachment A hereto.[2] Additionally, notice has been and continues to be provided on the world wide web at www.CRTclaims.com.

c. Claims have been submitted in this settlement by non-U.S. persons with addresses in numerous foreign countries including Canada, Costa Rica, Germany, Great Britain, Israel, Iceland and Spain.[3]

---

[1] No client is identified in this filing.

[2] See also the discussion at note 11, *infra*.

[3] See the discussion on claims submissions at note 6, *infra*.

d.      The Objection would seek to apply standards to the current Notice Program that were not applied to other notice programs that have been judicially approved.   For example:

(i)      In re TFT-LCD (Flat Panel) Antitrust Litig., 2013 U.S. Dist. LEXIS 49885, 2013-1 Trade Cas. (CCH) P78,318 (N.D. Cal. Apr. 1, 2013).

The TFT-LCD Flat Panel settlement involved Statewide Damages Classes defined as follows:

> "The Statewide Damages Classes were brought to recover money, and generally include any person or business that indirectly purchased a TFT-LCD Flat Panel, which had been incorporated in a TV, monitor or notebook computer, from any of the Defendants . . . from January 1, 1999 to December 31, 2006, for their own use and not for resale, while residing in the 24 states or the District of Columbia. The purchase must have been made in the same state where the person or business resided."

This class definition encompassed persons who resided and made a purchase in one of the approved jurisdictions (such as California) anytime during the class period, including persons who subsequently moved abroad and became non-U.S. residents.   According to the Declaration of Katherine Kinsella, President of Kinsella Media, LLC, who prepared the notice plan in that case, notice was published in paid media including, inter alia, U.S. national newspapers and magazines and local newspapers in U.S. territories.   No print publications in foreign countries, such as Canada or Mexico, are listed as part of the paid media placements.   The notice program and settlements in that case were approved by the Court in 2012.

(ii)      In re Dynamic Random Access Memory (DRAM) Antitrust Litig., 2014 U.S. Dist. LEXIS 89622 (N.D. Cal. June 27, 2014).

The class definition criteria were as follows:

> - You are a person or business that purchased DRAM or a device containing DRAM;
> - Your purchase was made anytime from January 1, 1998 through December 31, 2002;

3

- Your purchase was made in the United States including Puerto Rico, the Northern Mariana Islands, and the territories or from a seller located in the United States, including Puerto Rico, the Northern Mariana Islands, and the territories and;
- Your DRAM purchase was not made directly from any of the DRAM manufacturers.

This class definition encompassed persons who made a purchase in the United States anytime during the class period, including persons who subsequently moved abroad and became non-U.S. residents.  According to the Declaration of Shannon Wheatman, Senior Vice President of Kinsella Media, LLC, notice was published in paid media including, *inter alia*, U.S. national newspapers and magazines and local newspapers in U.S. territories.  No paid publications in foreign countries, such as Canada or Mexico, are listed as part of the paid media placements.  The notice program and settlements in that case were approved by the Court in 2014.

(iii)   In re Lupron Mktg. & Sales Practices Litig., 345 F. Supp. 2d 135 (D. Mass. 2004); 228 F.R.D. 75 (D. Mass. 2005)

This case concerned an alleged scheme to artificially inflate the price to consumers of a drug. The Court certified a nationwide Lupron Purchaser Class, defined as:

> "All individual persons or entities who, during the Class Period, made Lupron (R) Purchases."

Included in the class were persons who made Lupron (R) purchases in the United States any time during the period 1991 to 2001, whether or not they had moved abroad after making the purchase.   Todd Hilsee of Hilsoft Notifications designed the notice program, which included extensive publication in newspapers and supplements, such as *Parade Magazine*.   I found no discussion in the Court's opinion about any paid publication of notice in foreign newspapers or magazines.   The settlement and notice program were approved by the Court in 2005.

e.      Moreover, even though notice was in fact provided internationally through the means described above, the Objection offers no evidence that non-US residents who indirectly purchased CRT products in 21 states and the District of Columbia (the "Statewide Damages Classes") comprise a substantial number of class members.[4]

f.      The Hull/Morgan Objection accordingly does not provide a basis for rejecting the Notice Plan.

4.      <u>Response to Moore Objection</u>.   The Moore Objection includes the following three statements concerning notice:   (a) "The notice here fails to adequately inform class members of the terms of the settlement because it fails to state that members of the Nationwide Class release all their rights but receive nothing in return"; (b) "The Notice also fails to notify any non US state residents of their right to make a claim"; and (c) "Given the significant decline in Parade Magazine's circulation and the fact that Parade Magazine reaches less than 35% of adults age 55 and older, it is questionable whether the these [sic] present methods are adequately providing notice to the Nationwide Class." This Objection does not provide a basis for rejecting the Notice Program in the present action for the following reasons:

a.      The Notice properly informs class members of the terms of the Settlements. The Notice clearly delineates two groups within the Settlement Class: (1) the "Statewide Damages Classes" and (2) the "Nationwide Class".   Detailed Notice, pp. 1 & 6.   The Notice clearly states that the Settlements "release the injunctive relief claims of consumers . . . [in] the Nationwide Class. . ." Detailed Notice, pp. 1 & 6.   The Notice states that indirect purchasers "can make a claim for money if . . . [they are in] the Statewide Damages Classes. .

---

[4] The Objection does not assert that there is any reliable count of the number of U.S. persons living abroad.  *See* Dr. Claire M. Smith, *These are our Numbers: Civilian Americans Overseas and Voter Turnout*, **Overseas Vote Foundation Research Newsletter**, vol. 2, issue 4 (August 2010):

"The 2000 Census included approximately 580,000 federal employees and dependents (226,363 military personnel, 30,576 civilian employees, and 319,428 dependents of military and civilian employees) in their 2000 apportionments (U.S. Census Bureau 2001). The Bureau documented how difficult it is to measure this population in its 2001 report: 'The Census Bureau does not know the number of private Americans living abroad under the other categories. <u>No accurate estimate exists of the total number of Americans living abroad or of the other components of this population.</u>' Because of these difficulties, the Bureau will not include overseas Americans in the 2010 census." (emphasis added)

." Detailed Notice, p. 1.  Then, on the first line under the question "How much money can I get?", the Notice states: "Only members of the Statewide Damages Classes are eligible to receive a payment from the Settlement Fund."  Detailed Notice, p. 7.  Finally, in response to the question "What am I giving up if I stay in the Settlement Class?", the Notice includes the following statement:

> "The Settlement Agreements describe the released claims in detail, so read them carefully since those Agreements are binding on you. If you have any questions, you may call the toll-free number and speak to the Settlement Administrator for free. You may also consult your own lawyer at your own expense. The Settlement Agreements and the specific releases are available at www.CRTclaims.com."

The Notice adequately informs class members of the terms of the settlement.

b.       The Notice properly addresses the question of residency.  The first page of the Detailed Notice states: "You can make a claim for money if you are a person or business who indirectly purchased CRT Products for your own use and not for resale in [D.C. or the 21 listed states]."  On the question on residency, the Notice states: "But you do not have to be a resident of one of these states."  Detailed Notice, p. 1.  The only location-specific restriction identified in the Notice relates to the place of purchase:  "The purchase must have been made in one of the foregoing states."  Detailed Notice, p. 1.  There is no ambiguity in the Notice about the need for any claimant to assert or prove residency in any state or region.

c.       Publication of the Notice in *Parade Magazine* was appropriate.  The Objection refers to the Affidavit of Theresa D. Moore which in turn references an attached Exhibit A that appears to be a graphic entitled "Parade Magazine Reach by Age Group." The Affidavit simply states that the graphic "is a true and correct copy of a graphic from a presentation by Gilardi & Co."  The Affidavit does not state whether  Gilardi & Co. prepared the graphic, agrees or disagrees with the accuracy of the graphic, or whether the information portrayed in the graphic is reliable.  Nonetheless, the Objection relies on the graphic as establishing that *Parade Magazine* "reaches less than 35% of adults age 55 and older."  I examined the graphic and it appears to show that *Parade Magazine* reaches approximately 32% of U.S. adults aged 55+, 34% of adults aged 65+, and 37% of adults aged 70+. Regardless of whether the graphic is accurate, it does nothing to counter my conclusion

concerning the effective reach of the Notice Program which included not only *Parade Magazine* but also notices published in *American Profile*, *The Wall Street Journal*, *USA Today*, *The New York Times*, *People Magazine*, *Time Magazine*, *Sports Illustrated*, *TV Guide*, *El Nueva Dia*, as well as other media.

5. <u>Response to Bonsignore Objection</u>. The Bonsignore Objection identifies the following concerns with respect to notice: (a) whether the reach calculation was substantiated and argues that "[t]he proper method for determining if the Notice program was sufficient is for the Claims Administrator to state the current number of individual claims received to date", (b) whether "The Notice program was also flawed because the targeted demographic was not the primary purchasers of CRT TVs, which were at the low-end of the television market during the Class Period", (c) whether notice should have been published on TV, and (d) whether "Notice was given in any language but English." This Objection does not provide a basis for rejecting the Notice Program in the present action for the following reasons:

    a. As described in my prior Declaration, the reach and frequency of the Notice Program were calculated using data from *GfK MRI*, one of the leading producers of media and consumer research in the United States.[5] Although claim responses are important, and I intend to file a report on claims submittals in this matter after the claims period has expired,[6] it is essential to point out that claim responses are not necessarily a determinative indicator of the appropriateness of a notice program. Class members who receive notice are not obliged

---

[5] Online and digital notice was analyzed using *comScore*, a leading American Internet analytics company.

[6] It is premature to report now on claims submissions; the audit process is not complete and numerous expected claims have not yet been filed. I have been contacted by various potential claim submitters informing me of their intentions to submit substantial claims in this settlement at or close to the scheduled claims deadline of December 7, 2015. Nonetheless, claims filed as of November 16, 2015, which have been reviewed but not fully audited, show claimants seeking compensation for more than 13.5 million "CRT equivalent" units, which compares favorably to the 10.2 million "Panel equivalent" units that were reported by the claims administrator as having been timely filed in the LCD panel settlement. The "equivalent" count allows for the aggregation of different products utilizing appropriate weights, e.g., the aggregation of monitors, notebooks and televisions in the LCD settlement, and the aggregation of standard TVs, large TVs and monitors in the CRT settlement.

to file a claim; they may elect to prioritize their time and attention elsewhere.[7]  Even large and legally sophisticated financial institutions often fail to submit claims.[8]

   b. The Objection offers no evidence that CRT televisions "were at the low-end of the television market during the Class Period."  Persons of all income levels purchased CRT televisions, with the majority of purchases at the high end.  As established in my prior Declaration at ¶ 9, persons in the ***top*** three quintiles of income accounted for approximately 75% of expenditures on televisions during the Class Period.  The Notice Program focused on the appropriate income demographic for purposes of assessing reach.  However, the Notice Program did not ignore persons with lower income.  For example, the notice was published in *TV Guide*; its demographic data (sourced from GfK MRI Doublebase) show that more than 20% of *TV Guide*'s readers have incomes under $20,000 and a third of its readers have incomes less than $30,000.  Similarly, the notice was published in *Parade Magazine*; its demographic data (sourced from GfK MRI Doublebase) show that 12% of its readers have incomes under $20,000 and 21% of its readers have incomes less than $30,000.

   c. The Objection argues that TV ads should have been included in the Notice Program, but it fails to offer any evidence that such ads were necessary to reach an acceptable number of Class Members.  The Notice Program was designed to utilize direct mail, email, newspapers, magazines, press releases, social media and digital resources effectively to provide notice to Class Members without the necessity of purchasing TV ads.

   d. The Objection questions whether "Notice was given in any language but English."  The answer is yes.  Summary Notice, Detailed Notice and Claim Form documents are all distributed on the settlement website in Spanish as well as English.  A Spanish version of the Summary Notice was widely distributed as a press release and was picked up by 81

---

[7] Adam S. Zimmerman, "Funding Irrationality", 59 *Duke L.J.* 1105, 1107 (2010) ("People may be too indifferent to answer a class action notice. Participants may not want to spend time or money to ask for individual hearings or examinations.").

[8] James D. Cox & Randall S. Thomas, "Letting Billions Slip Through Your Fingers: Empirical Evidence and Legal Implications of the Failure of Financial Institutions to Participate in Securities Class Action Settlements", 58 *Stan. L. Rev.* 411, 412-13 (2005) ("less than thirty percent of institutional investors with provable losses perfect their claims in these settlements").

media outlets in the United States and abroad. In addition, claim submissions have been promoted through Google AdWords "Display_Español" which has generated over 33 million impressions across the Google ad-serving network. See <u>Attachment B</u> for sample Google display ads in Spanish.  The Objection offers no evidence that Spanish-language advertising is necessary in order to reach substantial numbers of Hispanic class members.[9]

6.   <u>Response to Finn/Fortman Objection</u>.   The Finn/Fortman Objection raises three concerns with respect to notice:  (a) "notice was only directly mailed and e-mailed to 10,082,690 'unique addresses.'"; (b) "class members in 22 states are not receiving any notice at all"; and (c) the Detailed Notice "gives the illusion that [the Nationwide Class] members actually receive some benefit from this settlement."  These concerns are either inaccurate or misplaced from the standpoint of providing effective notice in this case.

(a)   For indirect purchaser cases such as the present matter, where the names and addresses of the end-purchasers of the product are not readily available, it can be a challenge to provide direct notice in the form of mail or email distributions.  Nonetheless, I directed that the Notice Program take reasonable to steps to identify likely members of the Class, including large institutional purchasers of CRTs, in order to provide them ***individual*** notice consistent with Rule 23.  These steps included:

(i)   Mailing notice to every Fortune 500 Company in the United States from each year of the Class Period (to the extent that such companies could be identified as still in existence);

(ii)   Mailing notice to the largest private universities, schools and hospitals located in the 22 jurisdictions covered by the Statewide Damages Classes;

(iii)   Sending email notification of the class settlement to small businesses located in the 22 jurisdictions covered by the Statewide Damages

---

[9] "In 2012, 82% of Hispanic adults said they got at least some of their news in English, up from 78% who said the same in 2006." *A Growing Share of Latinos Get Their News in English*, Pew Research Center (July 23, 2013) (at http://www.pewhispanic.org/2013/07/23/a-growing-share-of-latinos-get-their-news-in-english/).

Classes, based on a list of an estimated 1.3 million CAN-SPAM compliant emails obtained for this purpose.

(iv)    Sending email notification of the class settlement to individual consumers of electronic products located in the 22 jurisdictions covered by the Statewide Damages Classes, based on a list of an estimated 7.2 million CAN-SPAM compliant emails obtained for this purpose.

(v)    Sending email notification of the class settlement nationwide to online subscribers to NYTimes.com (notification included in an estimated 2.6 million emails sent directly by The New York Times).

These mailed and emailed notifications were all ***in addition to*** the nationwide media campaign intended to notify class members of the settlement.  In my experience, this direct mailing notice program goes above and beyond the typical scope of mailed notices disseminated in indirect purchaser class actions.

(b)    Contrary to the Objection's assertion, Notice was provided in every state. The Objection's assertion that "class members in 22 states are not receiving any notice at all" is simply false.

(c)    Contrary to the Objection's assertion, the Detailed Notice accurately described the terms and benefits of the Settlements. See my discussion in paragraph 4(a) above in response to the Moore Objection.

7.    <u>Response to Cooper/Scarpulla Objection</u>.  The Cooper/Scarpulla Objection includes seven assertions about notice:  (a) "Notice was not published in Canada so that Canadian Class member received no Notice of the settlements or how to file a claim to receive a portion of the settlement fund."  (And similar statements with respect to Mexico and other foreign countries); (b) the data on the Notice Plan's reach are not supported and "One way to check if the Notice program was sufficient would be for the Claims Administrator to state the current number of individual claims received to date"; (c) notice was sent to the wrong age demographic since "some of the 30+ year individuals were ten yours old and probably did not buy a CRT TV"; (d) notice was sent to the

wrong income demographic since "most of the purchasers of such CRTs - lower-income families – were not targeted by the Notice plan"; (e) "It does not appear that any Notice was published on TV"; (f) "It does not appear as though the Notice was published in any Spanish print media"; and (g) "It does not appear as though the Notice was published in any Asian print media – e.g., Mandarin, Korean or Japanese print media." This Objection does not provide a basis for rejecting the Notice Program for the following reasons:

(a)     Concerning notification in Canada, Mexico and other foreign countries, see my response to the Hull/Morgan Objection in paragraph 3 above.

(b)     Concerning the reach and frequency of the Notice Program and the use of claims submissions, see my response to the Bonsignore Objection at paragraph 5.a. above.

(c)     The Notice Plan correctly identified the age range for this case.  Contrary to the Objection's assertion, a young person's age at the beginning of the Class Period is not the only factor to look at.  The entire Class Period should be considered.  Thus, while it is true that a person 30 years of age today would have been 10 years old in 1995, it is also true that the same person would have been 22 years of age in 2007 (30 years old today).  The Objection improperly ignores the 12-year span of the Class Period.

(d)     Concerning the income demographic used for the Notice Program, see my response to the Bonsignore Objection at paragraph 5.b above.

(e)     The Objection suggests that TV ads should have been included in the Notice Program, but it fails to offer any evidence of whether such ads would be necessary to reach members of the Class given the scope of notice through other means.  See my response to the Bonsignore Objection at paragraph 5.c above.

(f)     Concerning the dissemination of the notice in Spanish see my response to the Hull/Morgan Objection at paragraph 3.c. above and my response to the Bonsignore Objection at paragraph 5.d. above.

(g)     Concerning the dissemination of the notice in Mandarin, Korean or Japanese print media, the Objector offers no evidence to suggest that publication in such print media is necessary in order to effectuate proper notice in this case.  I have reviewed the recently

approved class settlements in DRAM and LCD[10] and found no indication that notices in those class actions were published in Mandarin, Korean or Japanese.  Moreover, information on the present CRT settlements was posted online in the Korean language by a South Korean website.[11]

8.   <u>Response to Williams Objection</u>.   The Williams Objection asserts that the Notice Program was inadequate because it will result in a "subpar response in claims."  The Objection offers no basis or factual support for this assertion.  On the issue of claims submissions in this case, see my response to the Bonsignore Objection at paragraph 5.a. above.

9.   <u>Response to Johnson Objection</u>.   The Johnson Objection asserts that "information about making a claim is inconsistent and extremely confusing" because the Notice "is not clear" about how much claimants "can reasonably expect and what is reasonably required to support a claim."  In fact, the Detailed Notice includes an appropriate description of the payment calculation process.  The Detailed Notice, section 9, states as follows:

> "Payments will be determined on a pro rata basis. This means that payment amounts will be based on the number of valid claims filed, as well as on the number and type of CRT Product(s) purchased: Standard CRT Television (screen size of less than 30 inches); Large CRT Television (screen size of 30 inches or larger); or CRT Computer Monitor."

Until the claims process is concluded and the *pro rata* calculations are performed, the payout amounts that claimants will receive will not be known.  Nonetheless, Class Counsel has informed me that they reasonably expect to be able to pay to each claimant a minimum of $25.  This information is properly and accurately disclosed to Class Members in section 9 of the Detailed Notice as follows:

> "At this time, it is unknown how much money each Class Member will recover. It is expected that a minimum payment of $25 will be made to all Statewide Damages Class Members who submit a valid claim. The maximum payment will be three times the estimated money damages for each claimant."

As for documentation required to support claims, the Claims Administrator will apply reasonable standards on a case-by-case basis.  The issue of claims documentation is appropriately addressed in

---

[10] See my discussion at paragraph 3.e, *supra*.

[11]  Information about these CRT settlements, including a link to the Settlement Website at www.CRTclaims.com, is currently posted at the South Korean website www.tpholic.com.  See http://tpholic.com/xe/?mid=ibmboard2&page=4&document_srl=11166508.

questions 12 and 13 of the "Frequently Asked Questions" section of the settlement website (www.CRTclaims.com) as follows:

FAQ 12. "Do I need to supply documentation or proof of what I purchased?"

Answer:   "Not with your original claim submission, but the Settlement Administrator may request it at a later time, so save any documentation/proof of purchase."

FAQ 13. "What if I don't have any documentation?"

Answer:   "You don't need any documentation to file your claim. So don't let that stop you. Only if the Settlement Administrator ever asks for documentation will you need to provide it. The Settlement Administrator understands the difficulty of maintaining records from more than a decade ago. If the Settlement Administrator does request documentation, you can send a letter explaining what proof if any you have of the purchases you've claimed and it will be reviewed on a case-by-case basis. There is a chance that you may still get paid even if you don't have any documentation."

The Notice Program adequately describes the claims process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed at Hingham, Massachusetts, this 17th day of November, 2015.

_____

JOSEPH M. FISHER

# DECLARATION OF JOSEPH M. FISHER

# ATTACHMENT A

CRTclaims.com                      PR Newswire                      August 6, 2015
                                  Distribution *

| | Country | Language | Website Name | Media Type | Visitors Per Day |
|---|---|---|---|---|---|
| 1 | Argentina | Spanish | Blog de ReyMidas | Blog | 16,000 |
| 2 | Argentina | Spanish | Limite Informativo | Portal | Not Available |
| 3 | Argentina | Spanish | Nosis | News & Information Service | Not Available |
| 4 | Argentina | Spanish | Tesys | Portal | Not Available |
| 5 | Brazil | Spanish | Analista Junior | Blog | 18,000 |
| 6 | Brazil | Spanish | TECHcetera | Trade Pub | Not Available |
| 7 | Canada | English | Globe Advisor | News & Information Service | Not Available |
| 8 | Canada | English | VA3XPR | Blog | Not Available |
| 9 | Chile | Spanish | Periodistas en Chile | Blog | Not Available |
| 10 | Chile | Spanish | Servicio Web | Portal | Not Available |
| 11 | Chile | Spanish | World at News | Blog | 18,000 |
| 12 | Columbia | Spanish | Libreta de Apuntes | Portal | Not Available |
| 13 | Columbia | Spanish | Mercado de Dinero | Newspaper | Not Available |
| 14 | Costa Rica | Spanish | Informa-Tico: El Diario Digital de Costa Rica | News & Information Service | Not Available |
| 15 | Costa Rica | Spanish | Technochat | News & Information Service | Not Available |
| 16 | Dominican Republic | Spanish | Click de Mi Pais | Portal | Not Available |
| 17 | Dominican Republic | Spanish | Diaspora Dominicana | News & Information Service | Not Available |
| 18 | Dominican Republic | Spanish | El Mundo de los Negocios | Trade Pub | Not Available |
| 19 | Dominican Republic | Spanish | El Viajero Digital | News & Information Service | Not Available |
| 20 | Dominican Republic | Spanish | En Finanzas RD | Blog | Not Available |
| 21 | Dominican Republic | Spanish | Pandora | Trade Pub | Not Available |
| 22 | Dominican Republic | Spanish | PLATO DE CARMEN PERE | Blog | Not Available |
| 23 | Dominican Republic | Spanish | Technocracia | Trade Pub | Not Available |
| 24 | Dominican Republic | Spanish | Tecnología 100 | News & Information Service | Not Available |
| 25 | Ecuador | Spanish | El Popular Ecuador | Newspaper | Not Available |
| 26 | El Salvador | Spanish | ContraPunto | Newspaper | Not Available |
| 27 | Global | English | AssignmentEditor.com | News & Information Service | Not Available |
| 28 | Global | English | Aving Global News Network \| English | News & Information Service | Not Available |
| 29 | Global | English | Following the Nerd | News & Information Service | Not Available |
| 30 | Global | English | Global Newsweek | News & Information Service | Not Available |
| 31 | Global | English | Journal of Common Stock | Trade Pub | Not Available |

**\* Sorted by Country**

CRTclaims.com

PR Newswire
Distribution

August 6, 2015

| | Country | Language | Website Name | Media Type | Visitors Per Day |
|---|---|---|---|---|---|
| 32 | Global | English | Older Not Dead.com | News & Information Service | Not Available |
| 33 | Global | English | One News Page Global Edition | News & Information Service | 22,000 |
| 34 | Global | English | QuoteMedia | News & Information Service | Not Available |
| 35 | Global | English | Tech News Arm | Blog | Not Available |
| 36 | Global | English | Today's News | News & Information Service | Not Available |
| 37 | Global | English | Yahoo! | Portal | 51,804,000 |
| 38 | Mexico | Spanish | 3 Gordos Bastardos | News & Information Service | Not Available |
| 39 | Mexico | Spanish | ADVFN Mexico | News & Information Service | 96,000 |
| 40 | Mexico | Spanish | AM de Queretaro | News & Information Service | Not Available |
| 41 | Mexico | Spanish | ClickMe Directory | Blog | Not Available |
| 42 | Mexico | Spanish | Codice Informativo | Portal | Not Available |
| 43 | Mexico | Spanish | Cronica de Oaxaca | News & Information Service | Not Available |
| 44 | Mexico | Spanish | Desde Puebla | News & Information Service | Not Available |
| 45 | Mexico | Spanish | Diario de Yucatán | Portal | Not Available |
| 46 | Mexico | Spanish | El Buen Tono | News & Information Service | Not Available |
| 47 | Mexico | Spanish | El Economista America Mexico | Portal | Not Available |
| 48 | Mexico | Spanish | El Respetable | News & Information Service | Not Available |
| 49 | Mexico | Spanish | El Sexenio | Newspaper | Not Available |
| 50 | Mexico | Spanish | Empresarios Pyme | Trade Pub | Not Available |
| 51 | Mexico | Spanish | Entera.me | Trade Pub | Not Available |
| 52 | Mexico | Spanish | Entre Palabras | Portal | Not Available |
| 53 | Mexico | Spanish | Erick Becerra - El nuevo blog | Blog | 51,000 |
| 54 | Mexico | Spanish | Este Pais | Magazine | Not Available |
| 55 | Mexico | Spanish | Etcetera Blog Panama | Blog | Not Available |
| 56 | Mexico | Spanish | Expansion Radial | News & Information Service | Not Available |
| 57 | Mexico | Spanish | GQ | Magazine | Not Available |
| 58 | Mexico | Spanish | Hilo Directo | News & Information Service | Not Available |
| 59 | Mexico | Spanish | Homo Digital | Blog | Not Available |
| 60 | Mexico | Spanish | La Crónica de Hoy | Newspaper | Not Available |
| 61 | Mexico | Spanish | Obras | Trade Pub | Not Available |
| 62 | Mexico | Spanish | Observador de Medios | Blog | 51,000 |
| 63 | Mexico | Spanish | Omnia | News & Information Service | Not Available |

CRTclaims.com

PR Newswire
Distribution

August 6, 2015

| | Country | Language | Website Name | Media Type | Visitors Per Day |
|---|---|---|---|---|---|
| 64 | Mexico | Spanish | Página 24 | Portal | Not Available |
| 65 | Mexico | Spanish | Periodismo y fotografía ambiental, turismo y otros | Blog | Not Available |
| 66 | Mexico | Spanish | Planea Tus Finanzas | Trade Pub | Not Available |
| 67 | Mexico | Spanish | Red Financiera | Trade Pub | Not Available |
| 68 | Mexico | Spanish | Reseller Comunicación Magazine | Trade Pub | Not Available |
| 69 | Mexico | Spanish | Siempre! | News & Information Service | Not Available |
| 70 | Mexico | Spanish | Sintesis | Newspaper | Not Available |
| 71 | Mexico | Spanish | Tabasco Hoy | Newspaper | Not Available |
| 72 | Mexico | Spanish | The Insighters | Trade Pub | Not Available |
| 73 | Mexico | Spanish | TV Notas | Magazine | 16,000 |
| 74 | Mexico | Spanish | Ultimas Noticias Quintana Roo | News & Information Service | Not Available |
| 75 | Nicaragua | Spanish | Radio ABC 99.7 | News & Information Service | Not Available |
| 76 | Nicaragua | Spanish | Revista Zona Centro | Portal | Not Available |
| 77 | Peru | Spanish | Clases de Periodismo | Blog | Not Available |
| 78 | Singapore | English | Yahoo! Singapore | Portal | 129,000 |
| 79 | Spain | Spanish | Bolsamania (Web Financial Group) | Trade Pub | Not Available |
| 80 | Spain | Spanish | Diario de Leon | Newspaper | Not Available |
| 81 | Spain | Spanish | Familia y Mujer | News & Information Service | Not Available |
| 82 | Spain | Spanish | MarketingData-Red | News & Information Service | Not Available |
| 83 | United States | English | ADVFN | News & Information Service | 96,000 |
| 84 | United States | English | AEC Newsroom | Trade Pub | Not Available |
| 85 | United States | English | All About Technology | News & Information Service | Not Available |
| 86 | United States | English | AP [American Press] Newswroom | News & Information Service | Not Available |
| 87 | United States | English | Atlanta Business Chronicle | Newspaper | 389,000 |
| 88 | United States | English | Austin Business Journal | Newspaper | 389,000 |
| 89 | United States | English | Avention | News & Information Service | Not Available |
| 90 | United States | English | Axleration | Blog | Not Available |
| 91 | United States | English | Baltimore Business Journal | Newspaper | 389,000 |
| 92 | United States | English | Birmingham Business Journal | Newspaper | 389,000 |
| 93 | United States | English | Bizjournals.com, Inc. | Newspaper | 389,000 |
| 94 | United States | English | Boston Business Journal | Newspaper | 389,000 |
| 95 | United States | English | Boston Globe | Newspaper | 561,000 |
| 96 | United States | English | Business First of Buffalo | Newspaper | 389,000 |
| 97 | United States | English | Business First of Columbus | Newspaper | 389,000 |

CRTclaims.com

PR Newswire
Distribution

August 6, 2015

|  | Country | Language | Website Name | Media Type | Visitors Per Day |
|---|---------|----------|--------------|------------|------------------|
| 98 | United States | English | Business First of Louisville | Newspaper | 389,000 |
| 99 | United States | English | Business Journal of Greater Milwaukee | Newspaper | 389,000 |
| 100 | United States | English | Business Journal of Phoenix | Newspaper | 389,000 |
| 101 | United States | English | Business Journal of the Greater Triad Area | Newspaper | 389,000 |
| 102 | United States | English | Business Review (Albany) | Newspaper | 389,000 |
| 103 | United States | English | Caifornia Business Journal | Magazine | Not Available |
| 104 | United States | English | Charlotte Business Journal | Newspaper | 389,000 |
| 105 | United States | English | Chicago Business News | Newspaper | 389,000 |
| 106 | United States | English | Cincinnati Business Courier | Newspaper | 389,000 |
| 107 | United States | English | Competitive Brand | News & Information Service | Not Available |
| 108 | United States | English | Consumer Electronics Net | Trade Pub | Not Available |
| 109 | United States | English | Crowdfunding Lawsuits | News & Information Service | Not Available |
| 110 | United States | English | Crowdfunding Probate | News & Information Service | Not Available |
| 111 | United States | English | Dallas Business Journal | Newspaper | 389,000 |
| 112 | United States | English | Dayton Business Journal | Newspaper | 389,000 |
| 113 | United States | English | Denver Business Journal | Newspaper | 389,000 |
| 114 | United States | English | Digital Media Online, Inc. | Trade Pub | Not Available |
| 115 | United States | English | DMN Forums | Trade Pub | Not Available |
| 116 | United States | English | DV Format | Trade Pub | Not Available |
| 117 | United States | English | DVD Creation | Trade Pub | Not Available |
| 118 | United States | English | EE Times | Trade Pub | 18,000 |
| 119 | United States | English | Film Imaging | Trade Pub | Not Available |
| 120 | United States | English | Final Cut Pro | Trade Pub | Not Available |
| 121 | United States | English | Foreign Press Association | News & Information Service | Not Available |
| 122 | United States | English | Frontgate Capital Resources | News & Information Service | Not Available |
| 123 | United States | English | Green Technology @ TMCnet | Trade Pub | 7,000 |
| 124 | United States | English | Houston Business Journal | Newspaper | 389,000 |
| 125 | United States | English | Information Week | Trade Pub | 34,000 |
| 126 | United States | English | Internet Business Law Services | News & Information Service | Not Available |
| 127 | United States | English | ITBusinessNet.com | Trade Pub | Not Available |
| 128 | United States | English | Jacksonville Business Journal | Newspaper | 389,000 |
| 129 | United States | English | KAIT ABC-8 (Jonesboro, AR) | Broadcast Media | 18,000 |
| 130 | United States | English | Kansas City Business Journal | Newspaper | 389,000 |
| 131 | United States | English | KATV-TV ABC-7 (Little Rock, AR) | Broadcast Media | 13,000 |
| 132 | United States | English | KAUZ-TV CBS-6 (Wichita Falls, TX) | Broadcast Media | Not Available |

CRTclaims.com                     PR Newswire                    August 6, 2015
                                  Distribution

|     | Country | Language | Website Name | Media Type | Visitors Per Day |
|-----|---------|----------|--------------|------------|------------------|
| 133 | United States | English | KAZT IND-7 (Phoenix/Prescott, AZ) | Broadcast Media | Not Available |
| 134 | United States | English | KBMT-TV ABC-12 (Beaumont, TX) | Broadcast Media | Not Available |
| 135 | United States | English | KCBD NBC-11 (Lubbock, TX) | Broadcast Media | 14,000 |
| 136 | United States | English | KCEN-TV NBC-9 (Temple, TX) | Broadcast Media | Not Available |
| 137 | United States | English | KEYC-TV CBS-12 / FOX-12 (Mankato, MN) | Broadcast Media | Not Available |
| 138 | United States | English | KFDA CBS-10 (Amarillo, TX) | Broadcast Media | Not Available |
| 139 | United States | English | KFJX-TV FOX-14 (Pittsburg, KS) | Broadcast Media | Not Available |
| 140 | United States | English | KFMB 100.7 Jack-FM (San Diego, CA) | Broadcast Media | Not Available |
| 141 | United States | English | KFMB 760-AM (San Diego, CA) | Broadcast Media | Not Available |
| 142 | United States | English | KFMB-TV CBS-8 (San Diego, CA) | Broadcast Media | 23,000 |
| 143 | United States | English | KFRE-TV CW-59 (Fresno, CA) | Broadcast Media | Not Available |
| 144 | United States | English | KFVE MyNetworkTV-5 (Honolulu, HI) | Broadcast Media | Not Available |
| 145 | United States | English | KFVS CBS-12 (Cape Girardeau, MO) | Broadcast Media | 18,000 |
| 146 | United States | English | KHNL-TV NBC-8 (Honolulu, HI) | Broadcast Media | 30,000 |
| 147 | United States | English | KHQ-TV NBC-6 (Spokane, WA) | Broadcast Media | 26,000 |
| 148 | United States | English | KIII-TV ABC-3 (Corpus Christi, TX) | Broadcast Media | Not Available |
| 149 | United States | English | KLKN ABC-8 (Lincoln, NE) | Broadcast Media | Not Available |
| 150 | United States | English | KLTV ABC-7 (Tyler, TX) | Broadcast Media | 27,000 |
| 151 | United States | English | KMEG-TV CBS-14 (Sioux City, IA) | Broadcast Media | Not Available |
| 152 | United States | English | KMPH-TV FOX-26 (Fresno, CA) | Broadcast Media | Not Available |
| 153 | United States | English | KNDO-TV NBC / KNDU-TV NBC (Kennewick, WA) | Broadcast Media | Not Available |
| 154 | United States | English | KOLD CBS-13 (Tucson, AZ) | Broadcast Media | 18,000 |
| 155 | United States | English | KOTV-TV CBS-6 (Tulsa, OK) | Broadcast Media | 48,000 |
| 156 | United States | English | KPLC NBC-7 (Lake Charles-Lafayette, LA) | Broadcast Media | Not Available |
| 157 | United States | English | KPTM-TV FOX-42 (Omaha, NE) | Broadcast Media | Not Available |
| 158 | United States | English | KQCW CW-12/19 (Tulsa, OK) | Broadcast Media | Not Available |
| 159 | United States | English | KRHD-TV ABC-40 (Bryan-College Station, TX) | Broadcast Media | Not Available |
| 160 | United States | English | KSLA CBS-12 (Shreveport, LA) | Broadcast Media | 14,000 |

CRTclaims.com | PR Newswire Distribution | August 6, 2015

| | Country | Language | Website Name | Media Type | Visitors Per Day |
|---|---|---|---|---|---|
| 161 | United States | English | KSTC-TV IND-45 (Saint Paul, MN) | Broadcast Media | Not Available |
| 162 | United States | English | KSWO-TV ABC-7 (Lawton, OK) | Broadcast Media | Not Available |
| 163 | United States | English | KTEN NBC-10 (Denison, TX) | Broadcast Media | Not Available |
| 164 | United States | English | KTRE ABC-9 (Lufkin, TX) | Broadcast Media | 11,000 |
| 165 | United States | English | KTUL-TV ABC-8 (Tulsa, OK) | Broadcast Media | 19,000 |
| 166 | United States | English | KTVG-TV FOX-17 / KSNB-TV FOX-4 (Kearney, NE) | Broadcast Media | Not Available |
| 167 | United States | English | KTVN-TV CBS-2 (Reno, NV) | Broadcast Media | Not Available |
| 168 | United States | English | KUAM-TV NBC-8 / CBS-11 (Hagatna, Guam) | Broadcast Media | Not Available |
| 169 | United States | English | KUSI-TV IND-51 (San Diego, CA) | Broadcast Media | Not Available |
| 170 | United States | English | KWES-TV NBC-9 (Midland, TX) | Broadcast Media | Not Available |
| 171 | United States | English | KWTV-TV CBS-9 (Oklahoma City, OK) | Broadcast Media | 68,000 |
| 172 | United States | English | KX News - KXMB / KXMC / KXMA / KXMD | Broadcast Media | Not Available |
| 173 | United States | English | KXVO-TV CW-15 (Omaha, NE) | Broadcast Media | Not Available |
| 174 | United States | English | KXXV-TV ABC-25 (Waco, TX) | Broadcast Media | Not Available |
| 175 | United States | English | KYTX CBS-19 (Tyler, TX) | Broadcast Media | Not Available |
| 176 | United States | English | Leadership for LIFE | News & Information Service | Not Available |
| 177 | United States | English | Los Angeles Business from bizjournals | Newspaper | 389,000 |
| 178 | United States | English | Market Quote | News & Information Service | Not Available |
| 179 | United States | English | MarketWatch | News & Information Service | 758,000 |
| 180 | United States | English | Memphis Business Journal | Newspaper | 389,000 |
| 181 | United States | English | Minneapolis / St. Paul Business Journal | Newspaper | 389,000 |
| 182 | United States | English | Nashville Business Journal | Newspaper | 389,000 |
| 183 | United States | English | NebraskaTV (Kearney, NE) | Broadcast Media | Not Available |
| 184 | United States | English | New Mexico Business Weekly | Newspaper | 389,000 |
| 185 | United States | English | New York Business Journal | Newspaper | 389,000 |
| 186 | United States | English | News Throttle | News & Information Service | Not Available |
| 187 | United States | English | NorthStar News | News & Information Service | Not Available |
| 188 | United States | English | NYCLA - New York County Lawyers' Association | News & Information Service | Not Available |
| 189 | United States | English | Olejniczak Advisors | News & Information Service | Not Available |
| 190 | United States | English | One News Page Unites States Edition | News & Information Service | Not Available |

CRTclaims.com                          PR Newswire                          August 6, 2015
                                       Distribution

|      | Country       | Language | Website Name                          | Media Type                    | Visitors Per Day |
|------|---------------|----------|---------------------------------------|-------------------------------|------------------|
| 191  | United States | English  | Operation Deepdown                    | News & Information Service     | Not Available    |
| 192  | United States | English  | Orlando Business Journal              | Newspaper                     | 389,000          |
| 193  | United States | English  | Pacific Business News                 | Newspaper                     | 389,000          |
| 194  | United States | English  | Philadelphia Business Journal         | Newspaper                     | 389,000          |
| 195  | United States | English  | Pittsburgh Business Times             | Newspaper                     | 389,000          |
| 196  | United States | English  | Portland Business Journal             | Newspaper                     | 389,000          |
| 197  | United States | English  | PR Newswire                           | PR Newswire                   | 66,000           |
| 198  | United States | English  | Press-Enterprise                      | Newspaper                     | 50,000           |
| 199  | United States | English  | Puget Sound Business Journal          | Newspaper                     | 389,000          |
| 200  | United States | English  | R & D Art                             | News & Information Service     | Not Available    |
| 201  | United States | English  | Really Rocket Science                 | Blog                          | Not Available    |
| 202  | United States | English  | Sacramento Business Journal           | Newspaper                     | 389,000          |
| 203  | United States | English  | San Antonio Business Journal          | Newspaper                     | 389,000          |
| 204  | United States | English  | San Francisco Business Times          | Newspaper                     | 389,000          |
| 205  | United States | English  | San Francisco CityRoom [San Francisco, CA] | News & Information Service | Not Available    |
| 206  | United States | English  | San Jose Business Journal             | Newspaper                     | 389,000          |
| 207  | United States | English  | South Florida Business Journal        | Newspaper                     | 389,000          |
| 208  | United States | English  | St. Louis Business Journal            | Newspaper                     | 389,000          |
| 209  | United States | English  | Streaming Business News               | News & Information Service     | Not Available    |
| 210  | United States | English  | Streaming News                        | News & Information Service     | Not Available    |
| 211  | United States | English  | Streetwise Report                     | News & Information Service     | Not Available    |
| 212  | United States | English  | Tampa Bay Business Journal            | Newspaper                     | 389,000          |
| 213  | United States | English  | Technology News @ TMCnet              | Trade Pub                     | 7,000            |
| 214  | United States | English  | The State Journal (Charleston, WV)    | Newspaper                     | Not Available    |
| 215  | United States | English  | TheStreet.com                         | Trade Pub                     | 338,000          |
| 216  | United States | English  | Ticker Technologies                   | News & Information Service     | 22,000           |
| 217  | United States | English  | TMCnet                                | Trade Pub                     | 7,000            |
| 218  | United States | English  | Triangle Business Journal             | Newspaper                     | 389,000          |
| 219  | United States | English  | Virtual-Strategy Magazine             | Trade Pub                     | Not Available    |
| 220  | United States | English  | WAFB CBS-9 (Baton Rouge, LA)          | Broadcast Media               | 48,000           |
| 221  | United States | English  | WAFF NBC-48 (Huntsville, AL)          | Broadcast Media               | 35,000           |
| 222  | United States | English  | WALB NBC-10 (Albany, GA)              | Broadcast Media               | 24,000           |

CRTclaims.com | PR Newswire Distribution | August 6, 2015

| | Country | Language | Website Name | Media Type | Visitors Per Day |
|---|---|---|---|---|---|
| 223 | United States | English | Wall Street & Technology | Trade Pub | Not Available |
| 224 | United States | English | WAND-TV NBC-17 (Decatur, IL) | Broadcast Media | Not Available |
| 225 | United States | English | Washington Business Journal | Newspaper | 389,000 |
| 226 | United States | English | WAVE NBC-3 (Louisville, KY) | Broadcast Media | 37,000 |
| 227 | United States | English | WBMA-TV ABC-33 / ABC-40 (Birmingham, AL) | Broadcast Media | 23,000 |
| 228 | United States | English | WBOC CBS-16 (Salisbury, MD) | Broadcast Media | 23,000 |
| 229 | United States | English | WBOC-TV FOX-21 (Salisbury, MD) | Broadcast Media | Not Available |
| 230 | United States | English | WBOY-TV NBC-12 (Clarksburg, WV) | Broadcast Media | 13,000 |
| 231 | United States | English | WCIV-TV ABC-4 (Charleston, SC) | Broadcast Media | Not Available |
| 232 | United States | English | WCSC CBS-5 (Charleston, SC) | Broadcast Media | 30,000 |
| 233 | United States | English | WDAM NBC-7 (Hattiesburg-Laurel, MS) | Broadcast Media | 7,000 |
| 234 | United States | English | WDRB FOX-41 (Louisville, KY) | Broadcast Media | 24,000 |
| 235 | United States | English | WDSI-TV FOX-61 (Chattanooga, TN) | Broadcast Media | Not Available |
| 236 | United States | English | WECT NBC-6 (Wilmington, NC) | Broadcast Media | 16,000 |
| 237 | United States | English | WFIE NBC-14 (Evansville, IN) | Broadcast Media | 35,000 |
| 238 | United States | English | WFLX FOX-29 (West Palm Beach, FL) | Broadcast Media | Not Available |
| 239 | United States | English | WFMJ-TV NBC-21 (Youngstown, OH) | Broadcast Media | 7,000 |
| 240 | United States | English | WFMZ-TV IND-69 (Allentown, PA) | Broadcast Media | 53,000 |
| 241 | United States | English | WFXG-TV FOX-54 (Augusta, GA) | Broadcast Media | Not Available |
| 242 | United States | English | WFXS-TV FOX-55 (Wausau , WI) | Broadcast Media | Not Available |
| 243 | United States | English | WGFL-TV CBS-4 (Gainesville, FL) | Broadcast Media | Not Available |
| 244 | United States | English | Wichita Business Journal | Newspaper | 389,000 |
| 245 | United States | English | WICU-TV NBC-12  (Erie, PA) | Broadcast Media | Not Available |
| 246 | United States | English | WISTV NBC-10 (Columbia, SC) | Broadcast Media | 53,000 |
| 247 | United States | English | WLBT NBC-3 (Jackson, MS) | Broadcast Media | Not Available |
| 248 | United States | English | WLNE-TV ABC-6 (Providence, RI) | Broadcast Media | 8,000 |
| 249 | United States | English | WLOX ABC-13 (Biloxi, MS) | Broadcast Media | 26,000 |
| 250 | United States | English | WLTZ-TV CW-38 (Columbus, GA) | Broadcast Media | Not Available |

CRTclaims.com

PR Newswire
Distribution

August 6, 2015

| | Country | Language | Website Name | Media Type | Visitors Per Day |
|---|---|---|---|---|---|
| 251 | United States | English | WLTZ-TV NBC-38 (Columbus, GA) | Broadcast Media | Not Available |
| 252 | United States | English | WMBF NBC-32 (Myrtle Beach, SC) | Broadcast Media | 10,000 |
| 253 | United States | English | WMC NBC-5 (Memphis, TN) | Broadcast Media | Not Available |
| 254 | United States | English | WOIO CBS-19 (Cleveland, OH) | Broadcast Media | 14,000 |
| 255 | United States | English | WOLF-TV FOX-56 (Wilkes-Barre, PA) | Broadcast Media | Not Available |
| 256 | United States | English | WPFO-TV FOX-23 (Portland, ME) | Broadcast Media | Not Available |
| 257 | United States | English | WRCB-TV NBC-3 (Chattanooga, TN) | Broadcast Media | 29,000 |
| 258 | United States | English | WSET-TV ABC-13 (Lynchburg, VA) | Broadcast Media | 27,000 |
| 259 | United States | English | WSFA NBC-12 (Montgomery, AL) | Broadcast Media | 30,000 |
| 260 | United States | English | WSFX-TV FOX-26 (Wilmington, NC) | Broadcast Media | Not Available |
| 261 | United States | English | WTLH-TV FOX-49 (Tallahassee, FL) | Broadcast Media | Not Available |
| 262 | United States | English | WTOC CBS-11 (Savannah, GA) | Broadcast Media | 18,000 |
| 263 | United States | English | WTOL CBS-11 (Toledo, OH) | Broadcast Media | 18,000 |
| 264 | United States | English | WTRF-TV CBS-7 (Wheeling, WV) | Broadcast Media | 8,000 |
| 265 | United States | English | WTVM ABC-9 (Columbus, GA) | Broadcast Media | 11,000 |
| 266 | United States | English | WUPV-TV CW-65 (Ashland, VA) | Broadcast Media | Not Available |
| 267 | United States | English | WVNS-TV CBS-59 (Ghent, WV) | Broadcast Media | Not Available |
| 268 | United States | English | WVUE-TV FOX-8 (New Orleans, LA) | Broadcast Media | 13,000 |
| 269 | United States | English | WWBT NBC-12 (Richmond, VA) | Broadcast Media | 34,000 |
| 270 | United States | English | WXIX FOX-19 (Cincinnati, OH) | Broadcast Media | 39,000 |
| 271 | United States | English | WXTX-TV FOX-54 (Columbus, GA) | Broadcast Media | Not Available |
| 272 | United States | Spanish | DallasNews.com | Newspaper | Not Available |
| 273 | United States | Spanish | Hispanic PR Wire | News & Information Service | Not Available |
| 274 | United States | Spanish | Mercadotecnia y Medios | News & Information Service | Not Available |
| 275 | United States | Spanish | Siempre Mujer | Magazine | Not Available |
| 276 | Unknown | Spanish | Amytronics | Trade Pub | Not Available |
| 277 | Venezuela | Spanish | Actualidad Hispana | Trade Pub | Not Available |
| 278 | Venezuela | Spanish | De Mercado y Negocios | Trade Pub | Not Available |
| 279 | Venezuela | Spanish | El Mundo | Newspaper | Not Available |

CRTclaims.com

PR Newswire
Distribution

August 6, 2015

|  | Country | Language | Website Name | Media Type | Visitors Per Day |
|---|---|---|---|---|---|
| 280 | Venezuela | Spanish | Entorno Empresarial | Trade Pub | Not Available |
| 281 | Venezuela | Spanish | Notas.com | Trade Pub | Not Available |
| 282 | Venezuela | Spanish | Opinion y Noticias | Portal | Not Available |
| 283 | Venezuela | Spanish | Sopotocientos | Trade Pub | Not Available |

# DECLARATION OF JOSEPH M. FISHER

## ATTACHMENT B

Google Ads: Display_Español





Linked to https://www.crtclaims.com/notices_esp.htm