|   |
|---|
| Martin Quinn |
| JAMS |
| Two Embarcadero Center, Suite 1500 |
| San Francisco, CA 94111 |
| Telephone: (415) 774-2669 |
| Fax: (415) 982-5287 |
| Special Master |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Document Relates to:<br><br>ALL ACTIONS | **SPECIAL MASTER'S ORDER RE BRIEFING OF CHUNGHWA PLAN OF DISTRIBUTION ISSUE** |

On February 5, 2016, Lead Counsel Alioto filed on Case Anywhere a letter to the Special Master setting forth a proposal for distributing settlement funds pursuant to the Chunghwa settlement. The Special Master invites comments and objections, if any, to this proposal to be submitted. Bearing in mind that the Court's schedule calls for objections to the Report & Recommendation re approval of the indirect purchase settlements to be filed February 12, 2016, and oppositions to the objections to be filed February 23, 2016, the Special Master sets the following briefing schedule for comments or objections to the Chunghwa proposal:

Comments and objections: February 12, 2016

1

Responses to comments/objections: February 23, 2016

Dated: February 8, 2016

_____
Martin Quinn
Special Master