UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER TO SHOW CAUSE RE: CERTAIN RECENT FILINGS** |

On February 4, 2016, the Indirect Purchaser Plaintiffs ("IPPs") filed two lengthy briefs on the docket, along with supporting materials. See ECF No. 4370, 4373. These documents urge the Court to approve the pending IPP settlement and the related motion for attorneys' fees.

The motion to which these filing relate were submitted to Special Master Martin Quinn for review. He has since produced a Report and Recommendation ("R&R"), ECF No. 4351, dated January 28, 2016. The next step is for the Court to resolve any timely objections that are filed in response to the R&R. Objections are due by February 12, 2016, and responses to those objections are due by February 23, 2016. See ECF No. 4286 at 2. The IPPs' recent briefs do not respond to any objection to the R&R, or even mention the R&R. They appear to be a rehash of the documents that were submitted to Special Master Quinn. It is not clear how these documents are intended to assist the Court in moving the case toward resolution.

Accordingly, the Court ORDERS the IPPs to SHOW CAUSE why the Court should not strike the briefs at ECF Nos. 4370 and 4373, and any supporting documents, from the docket. Any written response to this Order must be filed by February 16, 2016. No response is required, but if none is filed, the Court will strike the subject filings.

/ / /

The IPPs remain free, of course, to file a timely objection to the R&R if they wish, and to respond to any objections filed by other parties.

IT IS SO ORDERED.

Dated:  February 8, 2016

_____
JON S. TIGAR
United States District Judge