UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER RE: APPOINTMENT OF CO-LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS WITH CLAIMS IN NON-REPEALER STATES** |

Attorneys Josef D. Cooper and Francis O. Scarpulla have filed a motion requesting that the Court appoint them as co-lead counsel for the Indirect Purchaser Plaintiff ("IPP") class. See ECF No. 4241 ("Mot.").[1] The motion is fully briefed.[2]

Although styled as a motion for appointment of co-lead counsel, the document is really a lengthy objection to the IPP settlement negotiated by Lead Counsel for the IPPs. Indeed, movants attach in its entirety the 32-page objection to the settlement that they filed with Special Master Quinn. ECF No. 4241-1 at 64. Movants argue that, "Lead Counsel having abandoned consumers in more than half of the country, the undersigned believe that someone needs to be appointed to protect and advance their interests." They do not explain, however, why appointment as co-lead counsel would enable them to argue on behalf of certain class members more effectively or persuasively than simply objecting to the settlement would.

Special Master Quinn has now completed his Report and Recommendation, in which he

---

[1] The Court concludes this motion is suitable for decision without oral argument. See Civil L.R. 7-1(b). The hearing scheduled for February 18, 2016 is vacated.

[2] See ECF Nos. 4272 (Opposition); 4278 (Reply); see also ECF Nos. 4269 (several settling Defendants filing in opposition to the motion), 4271 (an objector filing in support).

endorses approval of the settlement.  ECF No. 4351.  Movants or any other party affected by the settlement can file a timely objection to that Report.  Any argument that could made in the capacity of co-lead counsel can be made equally well in the capacity of objector.  The appointment of co-lead counsel at this extremely late stage of the case[3] would add nothing to this process except to make an already cumbersome case even less efficient.

The motion is denied.

IT IS SO ORDERED.

Dated:  February 9, 2016



JON S. TIGAR
United States District Judge

---

[3] Interim Lead Counsel for the IPPs was appointed on May 9, 2008.  ECF No. 282.  At one point, Special Master Vaughn Walker issued an R&R recommending that Messrs. Scarpulla and Cooper be appointed co-lead counsel, ECF No. 3200, but Judge Conti rejected that recommendation.  ECF No. 4153.