UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  February 9, 2016                                             Judge:  Jon S. Tigar

Time:  2 hours, 20 minutes

Case No.      **3:07-cv-05944-JST**
Case Name     **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:      Craig Benson
                               Debra D. Bernstein
                               Kira A. Davis
                               Kenneth A. Gallo
                               Cheryl A. Galvin
                               Philip J. Iovieno
                               Michael P. Kenny
                               Matthew D. Kent
                               David Martinez
                               Kevin J. Murray
                               Samuel J. Randall
                               Kyle Smith
                               Stephen E. Taylor
                               James M. Wagstaff

                               Appearing telephonically:
                               William Blechman

Attorneys for Defendants:      Brad D. Brian
                               Christopher M. Curran
                               Gabriel A. Fuentes
                               Cathleen H. Hartge
                               Ryan M. Hurley
                               Miriam Kim
                               Erik T. Koons
                               Susan E. Nash
                               Joel S. Sanders

                               Appearing telephonically:
                               Kathy L. Osborn

Deputy Clerk:  William Noble                                Court Reporter:  Belle Ball

1

## PROCEEDINGS

- Hitachi Defendants' Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations (docket 2972)
- Toshiba Defendants' Motion for Summary Judgment Concerning Withdrawal (docket 2995)
- Defendants Philips Electronics North America Corporation's, Philips Taiwan Limited's, and Philips Do Brasil Ltda.'s Motion for Partial Summary Judgment (docket 3027)
- Defendants' Joint Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds (docket 3044)
- Defendant LG Electronics, Inc.'s Motion for Partial Summary Judgment on Withdrawal Grounds (docket 3086)

## RESULT OF HEARING

1. Motions hearing held.  Motions are under submission.