Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No. 3:07-cv-5944-JST<br>)<br>) MDL No. 1917<br>)<br>) |
| _____ | ) |
| This Document Relates to: | )<br>) |
| All Indirect Purchaser Actions | ) The Honorable Jon S. Tigar<br>) Special Master: Martin Quinn, JAMS<br>) |
| _____ | ) |

---

**OBJECTOR SEAN HULL'S JOINDER, NOTICE OF RE-URGING OBJECTION AND OBJECTIONS TO REPORT AND RECOMMENDATION OF SPECIAL MASTER RE MOTIONS TO APPROVE INDIRECT PURCHASER PLAINTIFFS' SETTLEMENTS WITH THE PHILLIPS, PANASONIC, HITACHI, TOSHIBA, SAMSUNG SDI, TECHNICOLOR, AND TECHNOLOGIES DISPLAYS AMERICAS DEFENDANTS AND FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES**

---

Objector Sean Hull re-urges and incorporates by reference his original objection (Docket No. 4101) as his objection to the to Report and Recommendation of Special Master re Motions to Approve Indirect Purchaser Plaintiffs' Settlements with the Phillips, Panasonic, Hitachi, Toshiba, Samsung SDI, Technicolor, and Technologies Displays Americas Defendants and for Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Incentive Awards to Class Representatives (the "Report and Recommendation") dated January 28, 2016 and, in addition, joins in and incorporates by reference all other objections filed or submitted by any other objectors in the above-referenced matter to the Report and Recommendation that are not inconsistent with Mr. Hull's original objection.

Dated: February 11, 2016                          Respectfully submitted,

                                                  */s/ Timothy R. Hanigan*
                                                  Timothy R. Hanigan (125791)
                                                  LANG, HANIGAN & CARVALHO, LLP
                                                  21550 Oxnard Street, Suite 760
                                                  Woodland Hills, California 91367
                                                  (818) 883-5644
                                                  trhanigan@gmail.com

                                                  *Counsel for Objector Sean Hull*

## **PROOF OF SERVICE**

I, Timothy R. Hanigan, hereby certify that on this 11th day of February 2016, I caused the foregoing to be electronically filed with the JAMS Electronic Filing ("JAMS") System, which will send a notice of electronic filing to all parties registered with the JAMS system in the above-captioned matter. I further certify that on this day, I caused the foregoing to be electronically filed using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan