Steve A. Miller (State Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

Jonathan E. Fortman (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, MO 63031
Ph# (314) 522-2312
Fax: (314) 524-1519
Email: jef@fortmanlaw.com

John C. Kress
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO 63111
Ph.#: (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com

Attorneys for Objectors John Finn and
Laura Townsend Fortman

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC;<br>No. CV-13-03234 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Class Actions<br>*Luscher et al v. Videocon Industries Limited, et al.* | Judge: Honorable Jon S. Tigar<br>Special Master Martin Quinn |

**OBJECTORS JOHN FINN AND LAURA FORTMAN'S OBJECTION TO REPORT AND RECOMMENDATION OF THE SPECIAL MASTER RECOMMENDING APPROVAL OF INDIRECT PURCHASER PLAINTIFFS' MOTIONS TO APPROVE SETTLEMENTS WITH THE PHILLIPS, PANASONIC, HITACHI, TOSHIBA, SAMSUNG SDI, TECHNICOLOR, AND TECHNOLOGIES DISPLAYS AMERICAS DEFENDANTS AND FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES**

Come now Objectors John Finn and Laura Fortman and hereby re-allege and incorporate by reference as if fully set forth herein their original objection to the proposed class action settlement (Dkt. No. 4111) as their objection to the Report and Recommendation of the Special Master Recommending Approval of Indirect Purchaser Plaintiffs' Motions to Approve Settlements with Phillips, Panasonic, Hitachi, Toshiba, Samsung SDI, Technicolor, and Technologies Displays Americas Defendants and for Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Incentive Awards to Class Representatives (Dkt. No. 4351). In addition, Objectors John Finn and Laura Fortman join in and incorporate by reference all other objections to the Special Master's Report and Recommendation.

Respectfully submitted,

 /s/ Steve A. Miller
Steve A. Miller (SBN 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

Jonathan E. Fortman (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, MO 63031
Ph# (314) 522-2312
Fax: (314) 524-1519
Email: jef@fortmanlaw.com

John C. Kress
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO 63111
Ph.#: (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com

Attorneys for Objectors John Finn and Laura Townsend Fortman

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served upon all parties via the Court's ECF system this 12th day of February, 2016.

          /s/ Steve A. Miller_____
Steve A. Miller

Motion for Production of IPP Counsels' Fee Agreements     Case No. CV-07-5944-SC; MDL No. 1917