**PROOF OF SERVICE**

I, Paul B. Justi, hereby certify that on February 12, 2016, I uploaded the document entitled "Objector Dan L. Williams & Co.'s Objections to Special Master's Report and Recommendations" to be electronically filed with the JAMS Electronic Filing System, which will send a notice of electronic filing to all parties registered with the JAMS system in this matter and further certify that I caused the foregoing document to be electronically filed using the CM/ECF filing system thus effectuating service on all ECF registered attorneys in this matter.



_____/s/ Paul B. Justi_____

Paul B. Justi