MARIO N. ALIOTO, ESQ. (56433)
JOSEPH M. PATANE, ESQ. (72202)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' LIMITED OBJECTIONS TO THE JANUARY 28, 2016 REPORT AND RECOMMENDATIONS; CLARIFICATIONS REGARDING RECORD**<br><br>Hearing Date:  March 15, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor |

I, Mario N. Alioto, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the transcript of the hearing held on January 5, 2016 before Special Master Quinn regarding the objections to the motions for settlement approval and attorneys' fees.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Opposition to Motion to Strike Relating to Cooper & Kirkham, P.C.'s December 9, 2015, January 5, 2016 and January 8, 2016 Filings, which was filed on JAMS Case Anywhere filing system on January 13, 2016.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Indirect Purchaser Plaintiffs' Reply Re: Motion to Strike Relating to Cooper & Kirkham, P.C.'s December 9, 2015, January 5, 2016 and January 8, 2016 Filings, which was filed on JAMS Case Anywhere filing system on January 19, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of February, 2016 at San Francisco, California.

/s/ Mario N. Alioto
Mario N. Alioto

***Lead Counsel for the Indirect Purchaser Plaintiffs***