Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com
           trk@coopkirk.com
           jdb@coopkirk.com

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
           pbc@scarpullalaw.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTIONS TO REPORT AND RECOMMENDATION OF SPECIAL MASTER RE MOTIONS (1) TO APPROVE INDIRECT PURCHASER PLAINTIFFS' SETTLEMENTS AND (2) FOR AWARD OF ATTORNEYS FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES**<br><br>Date:  March 15, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge:  Honorable Jon S. Tigar |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that the undersigned, who have filed "Objections to Report and

3 Recommendation of Special Master re Motions (1) To Approve Indirect Purchaser Plaintiffs'

4 Settlements and (2) For Award of Attorneys Fees, Reimbursement of Litigation Expenses, and

5 Incentive Awards to Class Representatives," hereby request, pursuant to Rule 201 of the Federal

6 Rules of Civil Procedure, that the Court take judicial notice of the following documents, true and

7 correct copies of which are attached to the Declaration of John D. Bogdanov in Support of Request

8 for Judicial Notice filed herewith:

9   - <u>Exhibit A:</u> Reply Declaration of Robin M. Niemiec of Rust Consulting, Inc., Notice

10    and Claims Administrator, in Support of Indirect Purchaser Plaintiffs' Motion to

11    Authorize Distribution of Settlement Fund, MDL No. 1827, No. 3:07-md-1827-SI,

12    (N.D. Cal.) (Dkt. 9250-1), dated October 7, 2014; and

13   - <u>Exhibit B:</u> Minute Order, *Kaufman v. Am. Express Travel Related Services, Inc.,* No.

14    07-C-1707 (N.D. Ill. Aug. 8, 2012) (Dkt. 398).

15   This Court may properly take judicial notice of these documents pursuant to Federal Rule

16 of Evidence 201.  "Courts may take judicial notice of facts whose existence is capable of accurate

17 and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

18 *Lyon v. Gila River Indian Community,* 626 F.3d 1059, 1075 (9th Cir. 2010) (internal citations

19 omitted); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) (courts

20 may take judicial notice of court filings and other matters of public record, including pleadings);

21 *Anderson v. American Airlines, Inc.,* No. 08-04195-WHA, 2011 U.S. Dist. LEXIS 24862, at *7-8

22 (N.D. Cal. Mar. 9, 2011) (court taking judicial notice of two orders, a complaint, and pretrial

23 memorandum filed in a separate federal district court proceeding, and a complaint filed with a state

24 administrative agency).

25 / / /

26 / / /

27 / / /

28 / / /

1    This request is based upon this submission, the Declaration of John D. Bogdanov filed

2 herewith, the pleadings and papers on file in this action, and such oral argument as this Court may

3 entertain.

4 Dated: February 12, 2016                    Respectfully submitted,

5                                              /s/ Josef D. Cooper
                                               Josef D. Cooper
6
7                                            Josef D. Cooper (53015)
                                             Tracy R. Kirkham (69912)
8                                            John D. Bogdanov (215830)
                                             Cooper & Kirkham, P.C.
9                                            357 Tehama Street, Second Floor
                                             San Francisco, CA 94103
10                                           Telephone: (415) 788-3030
                                             Facsimile: (415) 882-7040
11                                           Email:  jdc@coopkirk.com

12                                             /s/  Francis O. Scarpulla
                                               Francis O. Scarpulla
13
14                                           Francis O. Scarpulla (41059)
                                             Patrick B. Clayton (240191)
15                                           Law Offices of Francis O. Scarpulla
                                             456 Montgomery Street, 17th Floor
16                                           San Francisco, CA 94104
                                             Telephone: 415-788-7210
17                                           Facsimile:  415-788-0706
                                             fos@scarpullalaw.com

18    Pursuant to Civil L.R. 5-1(i), the filer attests that the concurrence in the filing of this

19 document has been obtained from each of the above signatories.

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE - Case No. 3:07-cv-5944, MDL No. 1917