# ATTACHMENT 1



Todd B. Hilsee
Barbara C. Hilsee

about us     recognition     publications     speaking     cases     contact us



**Todd B. Hilsee**
*Principal*
Office +1-215-486-2658
Cell +1-215-272-7006
thilsee@hilseegroup.com
Read Bio





**Barbara C. Hilsee**
*Principal*
Office +1-215-486-2658
Cell +1-215-272-7012
bhilsee@hilseegroup.com
Read Bio



"Hilsee was the only notice expert invited to testify before the Advisory Committee on Civil Rules on the amendment to Rule 23 requiring 'clear, concise, plain language notices.'"

Judge Richard G. Stearns
District of Massachusetts

Philadelphia-area office:

The Hilsee Group LLC
154 East Atlantic Boulevard
Ocean City, NJ 08226-4511
+1-215-486-2658
Contact Us

The Hilsee Group collaborated with the Federal Judicial Center to create a judges' checklist for class action notice campaigns. Key topics include:

- Will notice effectively reach a high percentage of the class?
- Will the notices come to the attention of the class?
- Are the notices informative and in plain, easy to understand language?
- Are all of the rights and options easy to act upon?

Coming on the heels of the **FJC's Model Plain Language Notices**, which Todd Hilsee collaborated to write and design, the FJC's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide is available by clicking the link below:

# FJC CHECKLIST

Copyright The Hilsee Group LLC 2008-2012, All Rights Reserved        Administrator    Website Design and Development by Idealize Designs