# ATTACHMENT 5

Robert J. Bonsignore, Esq.
**BONSIGNORE TRIAL LAWYERS, PLLC**
**3771 Meadowcrest Drive**
**Las Vegas, NV 89121**
**Phone: 781-856-7650**
**Email: rbonsignore@class-actions.us**

*Counsel for Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 <br> MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: <br><br> All Indirect Purchaser Actions | **DECLARATION OF JOSH MANSFIELD RE: ARCHIVE EMAILS** |

1          I, Josh Mansfield, declare as follows:

2          1.      I am the owner of Freedom IT and have personal knowledge of the facts stated in

3    this declaration and, if called as a witness, I could and would testify competently to them.  I make

4    this declaration in support of Bonsignore Trial Lawyers PLLC Objection to Special Master's

5    Report and Recommendation on Final Approval of Class Action Settlement and Award of

6    Attorneys' Fees and Other Expenses and Awards and Request for Denovo Order.

7          2.      Bonsignore Trial Lawyers, PLLC ("BTL") requested Freedom IT to pull emails

8    from their business record archives, including complete strings. I personally set up BTL's email

9    archive system. At the time I did so, their complete records were mechanically transferred to the

10   archives "as is" per their instruction.

11         3.      Since that time I have maintained those email records and they remain as they were

12   on the date of transfer.

13         4.      The date on each email I produced is the date of its the original creation and the

14   data representing who the email was sent from and who the recipient was is correct and intact and

15   appears as it did on the date is was generated by the email system.

16         5.      I pulled the following records pursuant to the request of Mr. Bonsignore:

17         a.      Exhibit 1 – Email from Ms. Carolyn Jorgenson dated March 2, 2012 relating to

18   CRT TV Model;

19         b.      Exhibit 2 – Email from Robert Bonsignore to MDL 1917 Lead Counsel Mario

20   Alioto dated March 1, 2012 advising him he was missing Class Representatives including New

21   Hampshire;

22         c.      Exhibit 3 – Email to Ms. Carolyn Jorgenson from Robert Bonsignore copying MDL

23   1917 Lead Counsel Mario Alioto dated March 5, 2012.

24         d.      Exhibit 4 – Email from Ms. Carolyn Jorgenson dated March 6, 2012 with attached

25   Fee Agreement; and

26         e.      Exhibit 5 – Email from Robert Bonsignore to MDL 1917 Lead Mario Alioto dated

27   March 6, 2012 with attached first Putative Missouri Class Representative David Perriman's name,

28   address and phone; David Perriman's CRT TV purchase history and photographs of multiple

1   Perriman TV's and TV identification numbers; a first draft Confirmation of Purchase Affidavit;

2   and finally – Parriman's local counsels contact information.

3          I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th

4   day of February 12, 2016, Wells, Maine.

5

6

7                                                        Josh Mansfield

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Robert Bonsignore Trial Lawyer Mail - Fwd: TV                                                                     2/12/16, 12:08 PM



Robert Bonsignore <rbonsignore@class-actions.us>

---

## Fwd: TV
1 message

---

**Archive User** <archive@class-actions.us>                                       Thu, Feb 11, 2016 at 12:55 PM
To: Lisa Sleboda <lsleboda@class-actions.us>, Robert Bonsignore <rbonsignore@class-actions.us>

---------- Forwarded message ----------
From: **Carolyn Jorgensen** <cjorgensen@class-actions.us>
Date: Fri, Mar 2, 2012 at 1:33 PM
Subject: TV
To: Robert Bonsignore <rbonsignore@class-actions.us>

TV is a Sanyo

July 1995
serial # V5290486805519

What a MONSTER!  I do not believe I have the manual...

~ Carolyn

# EXHIBIT 2



Robert Bonsignore <rbonsignore@class-actions.us>

## Fwd:
1 message

---

Archive User <archive@class-actions.us>                                  Thu, Feb 11, 2016 at 12:59 PM
To: Lisa Sleboda <lsleboda@class-actions.us>, Robert Bonsignore <rbonsignore@class-actions.us>

---------- Forwarded message ----------
From: **Robert Bonsignore** <rbonsignore@class-actions.us>
Date: Thu, Mar 1, 2012 at 9:39 PM
Subject: Re:
To: "Mario N. Alioto" <malioto@tatp.com>
Cc: "<rbonsignore@classactions.us>" <rbonsignore@classactions.us>

This is the first I've been advised of the need for anything. No requests were ever sent to me. I think you are missing
states such as New Hampshire.

Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, NH 03220
(781) 856 7650 (cell)
Sent from my iPhone

On Mar 1, 2012, at 9:03 PM, "Mario N. Alioto" <malioto@tatp.com> wrote:

Attached is the chart summarizing the responses to the questionnaire sent out to class reps in August
2008 which I referred to in our call today.


Mario N. Alioto, Esq.

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

2280 Union Street

San Francisco, CA 94123

Telephone:415 447-1650

Facsimile:415 346-0679


This message is sent by a law firm and may contain information that is privileged or
confidential. If you received this transmission in error, please notify the sender by e-mail and

delete the message and any attachments.

<CRT--Analysis of Indirect Purchaser States & Class Reps.doc>

# EXHIBIT 3



**From:** **Robert Bonsignore** rbonsignore@class-actions.us
**Subject:** CRT TV
**Date:** March 5, 2012 at 5:30 PM
**To:** Carolyn Jorgensen cjorgensen@class-actions.us
**Cc:** Alioto Mario malioto@tatp.com
**Bcc:** Robert Bonsignore rbonsignore@class-actions.us

Ok do you remember where you bought it and how much you paid?
Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, New Hampshire 03220
781 856 7650 CELL
rbonsignore@class-actions.us

On Mar 2, 2012, at 1:33 PM, Carolyn Jorgensen wrote:

TV is a Sanyo

July 1995
serial # V5290486805519

What a MONSTER!  I do not believe I have the manual...

~ Carolyn

# EXHIBIT 4



Robert Bonsignore <rbonsignore@class-actions.us>

## Fwd: CRT TV

**Archive User** <archive@class-actions.us>                     Thu, Feb 11, 2016 at 12:56 PM
To: Lisa Sleboda <lsleboda@class-actions.us>, Robert Bonsignore <rbonsignore@class-actions.us>, josh@freedom-it.biz

---------- Forwarded message ----------
From: **Carolyn Jorgensen** <cjorgensen@class-actions.us>
Date: Tue, Mar 6, 2012 at 11:12 AM
Subject: Re: CRT TV
To: Robert Bonsignore <rbonsignore@class-actions.us>
Cc: Gray Echavarria <gechavarria@class-actions.us>

Attached are the signed papers.  I could not tell if all three pages were being sent together, so I sent each page separately.

Hope you are having a great day!

~ Carolyn

---

> **From:** Robert Bonsignore [mailto:rbonsignore@class-actions.us]
> **To:** Carolyn Jorgensen [mailto:cjorgensen@class-actions.us]
> **Sent:** Mon, 05 Mar 2012 19:43:16 -0500
> **Subject:** Re: CRT TV
>
> Yes send it.
> Robert J. Bonsignore
> Trial Lawyer
> Bonsignore and Brewer
> 193 Plummer Hill Road
> Belmont, New Hampshire 03220
> 781 856 7650 CELL
> rbonsignore@class-actions.us
>
>
>
>
> On Mar 5, 2012, at 6:53 PM, Carolyn Jorgensen wrote:
>
>> **I believe I purchased it from Service Merchandise, and it cost about $**649 (I think).
>>
>> I will scan the paper work tomorrow if you still want it.

~ Carolyn

---

**From:** Robert Bonsignore [mailto:rbonsignore@class-actions.us]
**To:** Carolyn Jorgensen [mailto:cjorgensen@class-actions.us]
**Cc:** Alioto Mario [mailto:malioto@tatp.com]
**Sent:** Mon, 05 Mar 2012 17:30:46 -0500
**Subject:** CRT TV

Ok do you remember where you bought it and how much you paid?
Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, New Hampshire 03220
781 856 7650 CELL
rbonsignore@class-actions.us

On Mar 2, 2012, at 1:33 PM, Carolyn Jorgensen wrote:

> TV is a Sanyo
>
> July 1995
> serial # V5290486805519
>
> What a MONSTER!  I do not believe I have the manual...
>
>
> ~ Carolyn

---

**3 attachments**

Robert Bonsignore Trial Lawyers Mail: Evid: CRT    2/12/16, 12:11 PM



**Carolyn Jorgensen MDL No. 1917 pg 1.jpg**
409K

**Carolyn Jorgensen MDL No. 1917 pg 2.jpg**
352K

**Carolyn Jorgensen MDL No. 1917 pg 3.jpg**
397K

ATTORNEY REPRESENTATION AGREEMENT

RE:

**Case Name:**     MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust
                   Litigation
**Case Number:**   3:07-cv-05944-SC
**Filer:**         Indirect Purchaser Plaintiffs


   I, *CAROLYN JORGENSEN* ("CLIENT") retain the law firms of and
Robert Bonsignore of BONSIGNORE & BREWER (hereinafter "ATTORNEYS"), to be
my attorney in connection with the above-referenced action.

   1.

   2.

   3.

   4.

1
Attorney Representation Agreement

5.

6.

7.    ATTORNEYS shall have the right to associate other attorneys at no additional expense to CLIENT.

DATED: _3/10/2012_

_____
CLIENT SIGNATURE

_75 Franklin St_
MAILING ADDRESS

_Laconia N.H  03246_
CITY              STATE      ZIP

_(603) 527-0009_
HOME TELEPHONE (Include Area Code)

_(603) 630-0232_
WORK TELEPHONE (Include Area Code)

ACCEPTED BY ATTORNEYS:

BONSIGNORE & BREWER/

By: _____

2
Attorney Representation Agreement

<u>Duties of Class Representatives</u>

1.  A

2.          For example, as a class rep                                                                        non

3.

4.

5.

6.

7.

8.          because the class representative

I have reviewed and acknowledge my duties as a class representative in the _____ proceedings.

Dated: ___3/6/2012___            Signature

C:\Client files\Class Actions\CLASSACTIONFEEAGREEMENT.doc

3
Attorney Representation Agreement

# EXHIBIT 5



Robert Bonsignore <rbonsignore@class-actions.us>

---

## Fwd: David Perriman TV Purchase History

---

Archive User <archive@class-actions.us>                                    Thu, Feb 11, 2016 at 12:58 PM
To: Lisa Sleboda <lsleboda@class-actions.us>, Robert Bonsignore <rbonsignore@class-actions.us>

---------- Forwarded message ----------
From: **Robert Bonsignore boundary=Apple-Mail-062139C1-C3D5-4A73-84CD-D78B0D0764EC**
<rbonsignore@class-actions.us>
Date: Tue, Mar 6, 2012 at 9:49 PM
Subject: Fwd: David Perriman TV Purchase History
To: Mario Alioto <malioto@tatp.com>



Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, NH 03220
(781) 856 7650 (cell)
Sent from my iPhone

Begin forwarded message:

> **From:** Office <deryl@dedwardslaw.com>
> **Date:** March 6, 2012 9:44:26 PM EST
> **To:** Robert Bonsignore <rbonsignore@class-actions.us>
> **Subject: Fwd: David Perriman TV Purchase History**



Sent from my iPhone

Begin forwarded message:

> **From:** <office@dedwardslaw.com>
> **Date:** March 6, 2012 6:21:14 PM CST
> **To:** "Karl Dickhaus" <karl@faxlaw.com>, "Office" <deryl@dedwardslaw.com>
> **Subject: David Perriman TV Purchase History**

David Perriman
27300 Maple Road
Carl Junction, MO 64834
Telephone: 417-365-3652

Sarah Goolsby

Secretary for Deryl Edwards, Jr.

606 S. Pearl

Joplin, MO 64801

(417) 624-1962

Fax: (417) 624-1965

deryl@dedwardslaw.com

---

📄 **Perriman TV Purchase 3-6-2012.pdf**
1307K

# TV PURCHASE HISTORY

I David Perriman here by state that in the year 1999 around the first quarter, after I had received my income tax return, went with my wife to Wal-Mart in Joplin Missouri and purchased two Magnavox TV sets. Cost of said TV sets at the time of purchase was somewhere in the range of $700.00.

Name_____

Date_____

Witness_____









**CAUTION**

RISK OF ELECTRIC SHOCK
DO NOT OPEN

WARNING: TO REDUCE THE RISK OF FIRE OR ELECTRIC SHOCK,
DO NOT EXPOSE THIS EQUIPMENT TO RAIN, MOISTURE, MATER DRIPS,
APPLICATIONS.
WET RISQUE DE CHOC
WHI
IN CAUTION : RIESGO DE CHOQUE ELECTRICO-NO ABRIR

RISQUE DE CHOC ELECTRIQUE NE PAS OUVRIR.

MAGNAVOX

MODEL MWC13D6
AC 120V 60Hz 70W

Distributed by FUNAI CORPORATION 201 Route 17 North Suite No. 903 Rutherford NJ 07070
COMPLIES WITH DHHS RADIATION PERFORMANCE STANDARDS, 21CFR SUBPART J
T820210C

SERIAL No. Y4592B2B2   MODEL No.  MWC13D6   X7MC
MANUFACTURED : NOVEMBER 2006  V

Television
Equipment
3YA1

c (UL) us
LISTED

HELP FOR SETUP
OR OPERATION
1-800-605-8610

E175-16   MADE



