# ATTACHMENT 6

From: **Robert Bonsignore** rbonsignore@class-actions.us
Subject: Re:
Date: March 1, 2012 at 9:39 PM
To: Mario N. Alioto malioto@tatp.com
Cc: rbonsignore@classactions.us



This is the first I've been advised of the need for anything. No requests were ever sent to me. I think you are missing states such as New Hampshire.

Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, NH 03220
(781) 856 7650 (cell)
Sent from my iPhone

On Mar 1, 2012, at 9:03 PM, "Mario N. Alioto" <malioto@tatp.com> wrote:

> Attached is the chart summarizing the responses to the questionnaire sent out to class reps in August 2008 which I referred to in our call today.
>
> Mario N. Alioto, Esq.
> TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
> 2280 Union Street
> San Francisco, CA 94123
> Telephone: 415 447-1650
> Facsimile: 415 346-0679
>
> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.
>
> <CRT--Analysis of Indirect Purchaser States & Class Reps.doc>