# ATTACHMENT 7



Robert Bonsignore <rbonsignore@class-actions.us>

---

**CRT screen**
1 message

---

Deryl Edwards <deryled@swbell.net>                    Tue, Dec 15, 2015 at 4:45 PM
To: rbonsignore@class-actions.us

Robert,

Attached are the pictures of the CRT screens.  I took a picture of the front and back of
each monitor.   If you need any additional information, please advise.

Very truly yours,

R. Deryl Edwards
Attorney at Law
606 South Pearl Ave.
P.O. Box 760
Joplin, Missouri 64802
Tel: (417) 624-8099
Fax: (417) 624-1965

*CONFIDENTIALITY NOTICE:* This electronic communication originates from R. Deryl Edwards, Attorney
at Law, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. It
may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from
disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read,
print, retain, copy or disseminate this electronic communication; any part of it; or any attachments thereto.
Unauthorized retransmission, reproduction, distribution or other use of the confidential information
contained herein is strictly prohibited and may be unlawful. If you have received this electronic
communication in error, please *delete it* (and any attachments) from your computer systems without
reading the content, and *immediately notify the sender of the inadvertent transmission.* There is no intent
on the part of the sender to waive any evidentiary or other common law privilege (including the attorney-
client privilege) that may attach to this communication.

The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients
that e-mail is not a secure method of communication; that it may be copied and held by any computer
through which it passes; and that persons not participating in the communication may intercept the
communication.  Should you wish to discontinue this method of communication, please advise, and no
further e-mail communication will be sent. Thank you for your cooperation.

---

**8 attachments**



KDS Avitron screen 1 CRT (back).jpg
1207K



KDS Avitron screen 1 CRT (front).jpg
1037K



KDS Avitron screen 2 CRT (back).jpg
1233K



KDS Avitron screen 2 CRT (front).jpg
891K



KMD Plug and Play screen CRT (back) .jpg
1511K



techmedia screen CRT (front) .jpg
939K



techmedia screen CRT (back) .jpg
1212K



KMD Plug and Play screen CRT (front) .jpg
1198K













