Theresa D. Moore (99978)
Jill T. Lin (284962)
Attorneys At Law
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
tmoore@aliotolaw.com
jill.tan.lin@gmail.com

*Counsel for Objectors Rockhurst University,
Harry Garavanian, and Gary Talewsky*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944-JST<br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF THERESA D. MOORE IN SUPPORT OF OBJECTIONS TO D.E. 4351 REPORT AND RECOMMENDATION OF SPECIAL MASTER RE MOTIONS (1) TO APPROVE INDIRECT PURCHASER PLAINTIFFS' SETTLEMENTS WITH THE PHILLIPS, PANASONIC, HITACHI, TOSHIBA, SAMSUNG SDI, TECHNICOLOR AND TECHNOLOGIES DISPLAYS AMERICAS DEFENDANTS, AND (2) FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES BY OBJECTOR ROCKHURST UNIVERSITY, OBJECTOR GARY TALEWSKY, AND OBJECTOR HARRY GARAVANIAN**<br><br>Judge:  Honorable John S. Tigar<br>Courtroom 9-19th Floor<br>Special Master: Martin Quinn, JAMS |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | |

1                    Case No. 3:07-cv-5944-JST, MDL No. 1917

SUPPLEMENTAL DECLARATION OF THERESA D. MOORE ISO OBJECTIONS TO REPORT AND RECOMMENDATION OF SPECIAL MASTER RE MOTIONS (1) TO APPROVE IPPS' SETTLEMENTS WITH DEFENDANTS, AND (2) FOR AWARD OF FEES AND EXPENSES

I, Theresa D. Moore, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am Counsel for Objectors Rockhurst University, Gary Talewksy, and Harry Garavanian. I make this declaration based on my personal knowledge and my best recollection, and, if called to testify as a witness in this matter, I could and would competently testify to the facts contained herein

2. I make this Supplemental Declaration in support of Objections To D.E. 4351 Report And Recommendation Of Special Master Re Motions (1) To Approve Indirect Purchaser Plaintiffs' Settlements With The Phillips, Panasonic, Hitachi, Toshiba, Samsung Sdi, Technicolor And Technologies Displays Americas Defendants, And (2) For Award Of Attorneys' Fees, Reimbursement Of Litigation Expenses, And Incentive Awards To Class Representatives By Objector Rockhurst University, Objector Gary Talewsky, And Objector Harry Garavanian.

3. On February 12, 2015, Objectors filed Objections to the above Report and Recommendation of Special Master (Docket Entry 4407) and the Declaration of Theresa Moore (Docket Entry 4408).

4. The filing marking of Exhibits A through E to the above referenced Declaration of Theresa Moore of Docket Entry 4408, obscured prior filing markings of the exhibit documents. Those prior obscured markings are at issue herein.

5. Attached hereto are the identical documents exhibits to those filed in my prior declaration Docket Number 4408, but refiled herein to avoid the new filings markings obfuscating the old filing markings on the documents.

6. Attached hereto as **Exhibit A** is a true and correct copy of the Docket Number 768 of this case, In Re Cathode Ray Tube (CRT) Antitrust Litigation Case No. 3:07-cv-5944, MDL 1917 that I downloaded from the ECF court filing website prior to October 8, 2015.

7. Attached hereto as **Exhibit B** is a true and correct copy of the Docket Number 796 of this case, In Re Cathode Ray Tube (CRT) Antitrust Litigation Case No. 3:07-cv-5944, MDL 1917 that I downloaded from the ECF court filing website prior to October 8, 2015. It

contains only Judge Conti's filing initials, and was under the heading for DE 796, "Stipulation and Proposed Order". It contains both the signatures of Special Master Legge and Judge Conti.

8. Attached hereto as **Exhibit C** is a true and correct copy of the Docket Number 796 of this case, In Re Cathode Ray Tube (CRT) Antitrust Litigation Case No. 3:07-cv-5944, MDL 1917 that I downloaded from the ECF court filing website in February 2016. It contains only Judge Tiger's filing initials, has no Judge's signature, and differs from the document that was in its place and that I downloaded prior to October 8, 2015.

9. Attached hereto as **Exhibit D** is a true and correct copy of the Docket Number 797 of this case, In Re Cathode Ray Tube (CRT) Antitrust Litigation Case No. 3:07-cv-5944, MDL 1917 that I downloaded from the ECF court filing website in February 2016. It contains the filing initials of Judge Conti and Judge Tiger, and also the Docket Number 796 and differs from the document that was there prior to October 8, 2015.

10. Attached hereto as **Exhibit E** is a true and correct copy of the Docket Number 799 of this case, In Re Cathode Ray Tube (CRT) Antitrust Litigation Case No. 3:07-cv-5944, MDL 1917 that I downloaded from the ECF court filing website in February 2016. It contains Judge Conti's initials and Judge Tiger's initials. It contains both the signatures of Special Master Legge and Judge Conti and is different than the document that was in its place prior to October 8, 2015. It also contains a document number of 796.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of February, 2016.

/s/ Theresa D. Moore
Theresa D. Moore

# SIGNATURE ATTESTATION

I hereby attest that the below named documents are acceptable to and I have the approval to e-file on behalf of the persons whose signatures are indicated by a "conformed" signature (/s/) within the e-filed documents:

- **SUPPLEMENTAL DECLARATION OF THERESA D. MOORE IN SUPPORT OF OBJECTIONS TO D.E. 4351 REPORT AND RECOMMENDATION OF SPECIAL MASTER RE MOTIONS (1) TO APPROVE INDIRECT PURCHASER PLAINTIFFS' SETTLEMENTS WITH THE PHILLIPS, PANASONIC, HITACHI, TOSHIBA, SAMSUNG SDI, TECHNICOLOR AND TECHNOLOGIES DISPLAYS AMERICAS DEFENDANTS, AND (2) FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES BY OBJECTOR ROCKHURST UNIVERSITY, OBJECTOR GARY TALEWSKY, AND OBJECTOR HARRY GARAVANIAN**

Dated: February 15, 2016                By:     /s/ Jill T. Lin
                                                Jill T. Lin
                                                *Attorney for Objectors Rockhurst University, Harry Garavanian, and Gary Talewsky*