Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO OBJECTIONS TO JANUARY 28, 2016 REPORT AND RECOMMENDATIONS OF SPECIAL MASTER**<br><br>Hearing Date: March 15, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor<br>Special Master Martin Quinn, JAMS |

**ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR EXCESS PAGES**

Pursuant to N.D. Cal. L.R. 7-11, Indirect Purchaser Plaintiffs ("IPPs") move the Court for leave to file a Response to the Objections to the January 28, 2016 Report and Recommendations of Special Master ("R&R") of no more than seventy (70) pages.[1]

IPPs' administrative motion should be granted. IPPs intend to file one Response that will present arguments addressing objections to the Special Master's R&R regarding: (1) settlement approval; and (2) attorneys' fees, expenses, and incentive awards. The record is extensive (the R&R is a 77-page report) and there are nine sets of objections. Further, many of these objections consist of lengthy briefs[2] and some also include voluminous declarations and additional matters (e.g. Requests for Judicial Notice):

| Objector | Dkt. No. | No. of Pages |
|---|---|---|
| 1. Saik | 4384 | 11 |
| 2. Hull | 4394 | 1[3] |
| 3. Finn/Fortmann | 4396 | 1[4] |
| 4. Dan L. Williams & Co. | 4399 | 23 |
| 5. Clifton | 4401 | 9 |
| 6. Cooper/Scarpulla | 4402 | 32 |
| 7. Bonsignore | 4404 | 45 |
| 8. St. John | 4406 | 25 |
| 9. Rockhurst University, et al. | 4407 | 23 |

---

[1] The Court's Local Rules are silent on the page limits for objections and responses thereto, as opposed to briefs in support of, or in opposition to, a motion. *See* N.D. Cal. L.R. 7-2(b) (limiting briefs in support and in opposition to a motion to 25 pages).

[2] The briefs in excess of 25 pages were filed without obtaining leave of the Court.

[3] Hull purports to incorporate by reference the entirety of his briefs before the Special Master.

[4] Finn/Fortman also purport to incorporate by reference the entirety of their briefs before the Special Master.

1  IPPs normally would be entitled to file separate responses, either to each objection, or to
2  respond separately to objections to settlement approval and objections to fees and other awards.  In
3  the interests of efficiency and avoiding duplication, IPPs have determined that filing one brief in
4  response to all objections is the better option.  Given the complexity of these issues, the length of the
5  arguments made in the objections, and the $576.75 million Settlement Fund at stake here, IPPs need
6  the seventy pages in order to provide a full response.
7  Accordingly, IPPs request that the Court grant this Administrative Motion and allow IPPs to
8  file a Response of no more than seventy (70) pages in support of their Response to Objections to
9  January 28, 2016 Report and Recommendations of Special Master.

Dated:  February 22, 2016                    Respectfully submitted,

 */s/ Mario N. Alioto*
Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

***Lead Counsel for Indirect Purchaser Plaintiffs***