Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO OBJECTIONS TO JANUARY 28, 2016 REPORT AND RECOMMENDATION OF SPECIAL MASTER**<br><br>Hearing Date:  March 15, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor<br>Special Master Martin Quinn, JAMS |

I, Lauren C. Capurro, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in support of IPPs' Administrative Motion Pursuant to L.R. 7-11 for Leave to File Excess Pages In Response to Objections to January 28, 2016 Report and Recommendations of Special Master ("R&R") ("Administrative Motion"). I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. IPPs have moved for final approval of seven settlements and for attorneys' fees, reimbursement of expenses, and incentive awards for class representatives. Special Master Quinn has issued a 77-page R&R addressing these motions. Nine separate objections to the R&R have been filed.

3. IPPs intend to file one Response that will address all the objections to the R&R regarding (1) settlement approval; and (2) attorneys' fees, expenses, and incentive awards. Given the complexity of the issues and the length of the arguments presented in the objections, IPPs need seventy (70) pages in order to fully address the objections.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2016, in San Francisco, California.

                                                  s/ *Lauren C. Capurro*
                                                  Lauren C. Capurro

DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO OBJECTIONS TO JAN. 28, 2016 R&R
Master File No. CV-07-5944-JST