Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO OBJECTIONS TO JANUARY 28, 2016 REPORT AND RECOMMENDATIONS OF SPECIAL MASTER**<br><br>Hearing Date: March 15, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor<br>Special Master Martin Quinn, JAMS |

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO OBJECTIONS TO R&R

Master File No. CV-07-5944-JST

**[PROPOSED] ORDER**

Upon consideration of the IPPs' Administrative Motion Pursuant to L.R. 7-11 for Leave To File Excess Pages in Response to Objections to January 28, 2016 Report and Recommendations ("Administrative Motion"), it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further ORDERED that IPPs may file a Response to Objections to January 28, 2016 Report and Recommendations of Special Master not to exceed sixty-five (65) pages.

IT IS SO ORDERED

Dated: _____, 2016

_____
Hon. Jon S. Tigar
United States District Judge

1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO OBJECTIONS TO R&R

Master File No. CV-07-5944-JST