UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  February 23, 2016                                                      Judge:  Jon S. Tigar

Time:  2 hours, 26 minutes

Case No.        **3:07-cv-05944-JST**
Case Name       **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:   Jill S. Casselman
                            Cheryl A. Galvin
                            Philip J. Iovieno
                            David Martinez
                            Corie G. Moore
                            Kevin J. Murray
                            Kyle Smith
                            Scott N. Wagner
                            Eric J. Weiss

                            *Appearing telephonically*
                            Jason C. Murray

Attorneys for Defendants:   Brad D. Brian
                            Christopher Curran
                            Dana E. Foster
                            Gabriel Fuentes
                            Ryan M. Hurley
                            Jeffrey L. Kessler
                            Susan E. Nash
                            Jeff Roberts
                            John M. Taladay
                            Kevin Y. Teruya
                            Terrence J. Truax
                            Donald A. Wall
                            Jeffrey I. Zuckerman

                            *Appearing telephonically*
                            Kathy L. Osborn

Deputy Clerk:  William Noble                                   Court Reporter: Rhonda Aquilina

## PROCEEDINGS

- Hitachi Parties' Motion for Summary Judgment Based Upon the Lack of Evidence of Participation in the Alleged Conspiracy (docket 2976)
- Thomson Consumer's Motion for Summary Judgment and Partial Summary Judgment (docket 2981)
- Defendant Technologies Displays Americas LLC's Motion for Summary Judgment (docket 2984)
- Defendants Panasonic Corporation of North America's and Panasonic Corporation's (f/k/a Matsushita Electric Industrial Co., Ltd.) Motion for Summary Judgment (docket 3001)
- Mitsubishi Electric Corporation's Motion for Summary Judgment Based Upon Absence of Evidence of Liability (docket 3037)
- Koninklijke Philips N.V.'s Motion for Summary Judgment (docket 3040)
- LG and Mitsubishi Electric Subsidiaries' Motion for Summary Judgment (docket 3048)

## RESULT OF HEARING

1. No argument was conducted on LG and Mitsubishi Electric Subsidiaries' Motion for Summary Judgment (docket 3048). The parties agreed the Court may enter an order granting the motion.

2. Hearing held on remaining motions. The motions are under submission.