UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944 JST<br><br>**ORDER REGARDING LIMITATIONS ON FILINGS IN RESPONSE TO REPORTS AND RECOMMENDATIONS BY SPECIAL MASTER QUINN** |
|---|---|

This order addresses the Indirect Purchase Plaintiffs' ("IPPs") Administrative Motion For Leave to File Excess Pages In Response to Objections to Special Master Quinn's Report and Recommendation of January 28, 2016, ECF No. 4418.

As the IPPs point out, there are no page limits either on objections to the Special Master's R&R, or on responses to those objections. ECF No. 4418 at 2 n.1. The R&R itself is 77 pages long, and objectors have filed a total of 170 pages of text objecting to it – and the latter number grows to 197 pages if the Court allows certain objectors to incorporate their prior submissions by reference. ECF Nos. 4394, 4396. To this total will be added whatever pages the Court allows in response to the objections.

In addition, Special Master Quinn will shortly be issuing another, supplemental R&R on the question of how to deal with the Chunghwa portion of the settlement. See ECF No. 4351 at 12. The Court must review that R&R, any objections to it, and any responses to those objections.

All this work must be completed by the March 15, 2016 date set for the final approval hearing, because notice of that date has already been provided to the class, rendering that date immovable.

To ensure that the Court can adequately review and consider the parties' objections and

responses within the allotted time, the Court now makes the following orders:

1. The Court will not consider any objection to either of Special Master Quinn's R&R's of more than 15 pages in length absent prior court order. The objections at ECF Nos. 4399, 4402, 4404, 4406, and 4407 are accordingly stricken. The request to incorporate by reference contained in ECF No. 4394 is granted, but the request contained in ECF No. 4396, which seeks to incorporate a document that is longer than 15 pages, is denied.

2. The objections stricken in the preceding paragraph may be shortened and refiled by Friday, February 26, 2016. Parties who elect to refile should remember that (a) the Court requires strict compliance with Civil Local Rule 3-4(c)(2), and (b) the Court will conclude that material relegated to a footnote is unimportant.

3. The pending Administrative Motion at ECF No. 4418 is GRANTED IN PART. The IPPs may file a single, consolidated response by March 2, 2016 of no longer than 50 pages.

4. Once Special Master Quinn issues his Report and Recommendation regarding the Chunghwa plan of distribution, any objections are due within three days after issuance. Responses to objections are due within three days of the due date for objections. Objections and responses to the Chunghwa R&R are limited to five pages of text per filing entity. If there are three or more objections, the IPPs may file a consolidated response not to exceed ten pages without further leave of the Court.

IT IS SO ORDERED.

Dated: February 23, 2016

_____
JON S. TIGAR
United States District Judge