Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com
         trk@coopkirk.com
         jdb@coopkirk.com

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
         pbc@scarpullalaw.com

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTIONS TO REPORT AND RECOMMENDATION OF SPECIAL MASTER RE MOTIONS (1) TO APPROVE INDIRECT PURCHASER PLAINTIFFS' SETTLEMENTS AND (2) FOR AWARD OF ATTORNEYS FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES**<br><br>Date:  March 15, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge:  Honorable Jon S. Tigar |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that the undersigned, who have filed "Objections to Report and
3   Recommendation of Special Master re Motions (1) To Approve Indirect Purchaser Plaintiffs'
4   Settlements and (2) For Award of Attorneys Fees, Reimbursement of Litigation Expenses, and
5   Incentive Awards to Class Representatives," hereby request, pursuant to Rule 201 of the Federal
6   Rules of Civil Procedure, that the Court take judicial notice of the following document, a true and
7   correct copy of which is attached to the Declaration of John D. Bogdanov in Support of Request
8   for Judicial Notice filed herewith:

9   -   Exhibit A:   "Memorandum of Points [and] Authorities in Support of Motion for
10       Preliminary Approval of Settlements with LG, Panasonic, Hitachi, Toshiba and
11       Samsung, and Conditional Certification of Settlement Class of Government Entities,"
12       *California, et al. v. Samsung SDI, Co., Ltd., et al.,* Case No. CGC-11-515784 (San
13       Francisco Sup. Ct.), dated February 23, 2016.

14   This Court may properly take judicial notice of this document pursuant to Federal Rule of
15   Evidence 201.  "Courts may take judicial notice of facts whose existence is capable of accurate
16   and ready determination by resort to sources whose accuracy cannot reasonably be questioned."
17   *Lyon v. Gila River Indian Community,* 626 F.3d 1059, 1075 (9th Cir. 2010) (internal citations
18   omitted).  A court may take judicial notice of matters of record in other court proceedings "both
19   within and without the federal judicial system, if those proceedings have a direct relation to
20   matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo,* 971 F.2d
21   244, 248 (9th Cir. 1992).  *See also Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746
22   n.6 (9th Cir. 2006) (courts may take judicial notice of court filings and other matters of public
23   record, including pleadings); *Anderson v. American Airlines, Inc.,* No. 08-04195-WHA, 2011 U.S.
24   Dist. LEXIS 24862, at *7-8 (N.D. Cal. Mar. 9, 2011) (district court taking judicial notice of a
25   complaint filed with a state administrative agency).
26   / / /
27   / / /
28   / / /

1
REQUEST FOR JUDICIAL NOTICE - Case No. 3:07-cv-5944, MDL No. 1917

1     This request is based upon this submission, the Declaration of John D. Bogdanov filed herewith, the pleadings and papers on file in this action, and such oral argument as this Court may entertain.

Dated: February 26, 2016            Respectfully submitted,

                                 /s/ Josef D. Cooper
                                     Josef D. Cooper

Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com

                                 /s/ Francis O. Scarpulla
                                   Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile: 415-788-0706
fos@scarpullalaw.com

    Pursuant to Civil L.R. 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.