1  ANDREA VALDEZ (Cal. Bar No. 239082)
   530 S. Lake Avenue, No. 574
2  Pasadena, CA 91101
   Tel: (626) 817-6547
3  andrea.valdez.esq@gmail.com

4  JOSEPH SCOTT ST. JOHN (*pro hac vice*)
   514 Mockingbird Drive
5  Long Beach, MS 39560
   Tel: 410-212-3475
6  jscottstjohnpublic@gmail.com

7  *Attorneys for Objector Douglas W. St. John*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| | **DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN ISO DOUGLAS W. ST. JOHN'S REPLY ISO HIS OBJECTION** |
| This Document Relates To: All Indirect Purchaser Actions | Judge: Hon. Jon S. Tigar |
| | Special Master: Hon. Martin Quinn |

I, Joseph Scott St. John, declare and state as follows:

1. I am an attorney duly licensed in the State of Mississippi, the State of Louisiana, and the District of Columbia. I represent Douglas W. St. John, a resident of the State of Mississippi, in connection with the above-captioned matter.

2. I make this declaration in support of Objector Douglas W. St. John's Objection to Report & Recommendation re Settlement and Fees.

3. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would testify truthfully as follows.

**EXHIBITS**

4. Attached as Exhibit 1 is a true and accurate copy of Objector Douglas W. St. John's Reply In Support of Objection, as submitted to the Special Master.

5. Attached as Exhibit 2 is a true and accurate copy of the Declaration of Attorney Joseph Scott St. John ISO Douglas W. St. John's Reply ISO His Objection, together with exhibits, as submitted to the Special Master.

6. Attached as Exhibit 3 is a true and accurate copy of the Declaration of Attorney Andrea Valdez In Support of Douglas W. St. John's Reply In Support Of His Objection, as submitted to the Special Master.

7. Attached as Exhibit 4 is a true and accurate copy of a document that, upon information and belief, is a transcript of the January 5, 2016, Hearing with the Special Master.

8. Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in New Orleans, Louisiana, the 12th day of February, 2016

/s/ Joseph Scott St. John

_____

Joseph Scott St. John