# EXHIBIT
## 2

1    ANDREA VALDEZ (Cal. Bar No. 239082)
     530 S. Lake Avenue, No. 574
2    Pasadena, CA 91101
     Tel: (626) 817-6547
3    andrea.valdez.esq@gmail.com

4    JOSEPH SCOTT ST. JOHN (*pro hac vice*)
     514 Mockingbird Drive
5    Long Beach, MS 39560
     Tel: 410-212-3475
6    jscottstjohnpublic@gmail.com

7    *Attorneys for Objector Douglas W. St. John*

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12   **IN RE CATHODE RAY TUBE (CRT)**        Master File No. 3:07-cv-5944 JST
     **ANTITRUST LITIGATION**
13                                            MDL No. 1917

14                                            **DECLARATION OF ATTORNEY**
                                              **JOSEPH SCOTT ST. JOHN ISO**
15                                            **DOUGLAS W. ST. JOHN'S REPLY**
                                              **ISO HIS OBJECTION**
16
     This Document Relates To:
17   All Indirect Purchaser Actions           Judge: Hon. Jon S. Tigar
                                              .
18                                            Special Master: Hon. Martin Quinn

19

20

21

22

23

24

25

26

27

28

I, Joseph Scott St. John, declare and state as follows:

1.     I am an attorney duly licensed in the State of Mississippi, the State of Louisiana, and the District of Columbia. I represent Douglas W. St. John, a resident of the State of Mississippi, in connection with the above-captioned matter.

2.     I make this declaration in support of Objector Douglas W. St. John's Reply in Support of His Objection.

3.     I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would testify truthfully as follows.

## PROFESSIONAL BACKGROUND

4.     I earned a B.S. in Systems Engineering, with Merit, from the United States Naval Academy in 2003.

5.     I earned a J.D., with Honors, from The George Washington University Law School in 2008.

6.     From January 2012 until June 2015, I practiced law as an associate at Covington & Burling LLP in Washington, DC.

7.     I have never previously served as counsel in connection with a class action objection.

8.     I have never filed a class action objection on my own behalf.

9.     IPP Counsel associate me with Anna St. John, an attorney who practices with the Center for Class Action Fairness ("CCAF"), a nationally well-regarded non-profit organization that protects consumers against abusive class action settlements. *See, e.g.*, Adam Liptak, N.Y. TIMES, *When Lawyers Cut Their Clients Out of the Deal* (Aug. 13, 2013) at A12 (referring to CCAF founder Ted Frank as "[t]he leading critic of abusive class-action settlements"). CCAF seems to have earned this reputation through its successful litigation record. *See, e.g.*, *Redman v. Radio Shack Corp.*, 768 F.3d 622 (7th Cir. 2014); *Pearson v. Nbty, Inc.*, 772 F.3d 778 (7th Cir. 2014); *In re HP Inkjet Printer Litig.*, 716 F.3d 1173 (9th Cir. 2013); *In re Dry Max Pampers Litig.*, 724 F.3d 713 (6th Cir. 2013); *In re Bluetooth Headset Prods Liability Litig.*, 654 F.3d 935 (9th Cir. 2011).

10.     I have never served as counsel on any legal matter with Ms. St. John, and I have never appeared in the same case as Ms. St. John.

**CONTRACT ATTORNEYS**

11.     On December 3, 2015, I spoke with attorney Brandon Isleib via telephone. Mr. Isleib confirmed that he worked as a contract attorney for Sherman Kassof. Mr. Isleib stated that Mr. Kassof initially paid him $25 per hour, but Mr. Kassof increased his pay to $30 per hour at some point.

12.     Exhibit 1 is a true and accurate copy of a LinkedIn profile for Brandon Isleib.

**ST. JOHN DEPOSITION**

13.     Exhibit 2 is a true and accurate copy of excerpts from the deposition of Douglas W. St. John.

14.     Mr. St. John's deposition testimony was referenced in a previous filing. *See* (D.E. 4174) at 2-4. The citations in that filing were to the deposition audio rather than the transcript, hence they differ from the citations in Exhibit 2.

15.     Exhibit 8A is a true and accurate copy of Exhibit 8 to the deposition of Douglas W. St. John

16.     Exhibit 8B is a true and accurate copy of document STJOHN030, which corresponds to Exhibit 8 to the deposition of Douglas W. St. John.

17.     Exhibit 9A is a true and accurate copy of Exhibit 9 to the deposition of Douglas W. St. John

18.     Exhibit 9B is a true and accurate copy of document STJOHN031, which corresponds to Exhibit 9 to the deposition of Douglas W. St. John.

19.     Exhibit 10 is a true and accurate copy of an excerpt from Exhibit 10 to the deposition of Douglas W. St. John

20.     Exhibit 11 is a true and accurate copy of Exhibit 11 to the deposition of Douglas W. St. John.

21.     Exhibit 12 is a true and accurate copy of Exhibit 12 to the deposition of Douglas W. St. John.

22.     Exhibit 13A is a true and accurate copy of Exhibit 13 to the deposition of Douglas W. St. John.

23.     Exhibit 13B is a true and accurate copy of document STJOHN038, which corresponds to Exhibit 13 to the deposition of Douglas W. St. John.

24.     Exhibit 14 is a true and correct copy of excerpts from Exhibit 14 to the deposition of Douglas W. St. John.

25.     Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in New Orleans, Louisiana, the 9th day of December, 2015

/s/ Joseph Scott St. John

_____

Joseph Scott St. John

# EXHIBIT
# 1

≡ ▾    Search for people, jobs, companies, and more...    🔍    Advanced

Home    Profile    Connections    Jobs    Interests    Business Servic

Need Ethics CLE - Lunch and learn--the ethics of expert witnesses. Onsite or online Dec. 18. | **Read More »**



# Brandon Isleib    3rd

Legislation Editor at City of Seattle

Federal Way, Washington | Law Practice

| Previous | Weinstein Kitchenoff and Asher, Code Publishing, Wizards of the Coast |
|---|---|
| Education | The University of Alabama School of Law |

**Send Brandon InMail** ▾

**205** connections

📷 Contact Info    https://www.linkedin.com/in/brandon-isleib-03771118

## Background

    Summary

I work in legislation and ordinance review. Counting my contributions to the Hardball Times Annual series, I have written approximately 180 articles on either baseball or Magic: the Gathering. I have performed and produced a sketch comedy show for UK charity Comic Relief. Renton, WA studied my proposal to improve traffic flow. I am proficient in making my bio sound more impressive than it is.

    Experience

### Legislation Editor
City of Seattle
January 2015 – Present (1 year) | Greater Seattle Area

Liaise with various City departments to ensure technical and content accuracy of drafted legislation before it receives legal review.

### Tier 2 Supervisor/Lawyer
Weinstein Kitchenoff and Asher
February 2013 – January 2015 (2 years)

Online document review for antitrust class action suits.

### Legal Reviewer
Code Publishing
October 2012 – January 2015 (2 years 4 months) | Seattle

Read municipal codes start to finish for substantive issues (e.g. vagueness or statutory conflicts), recommending revisions as appropriate.

People Also Viewe

    **Harry Jo**
Planeswal

    **William Z**
Conductor

    **Marco M**
Blogger pr

    **Jim Davi**
Writer at S

    **Mike Car**
Freelance

    **Karla Oli**
Owner of I
LEGO Sto

    **Jason Ki**
Integrated
Social Me
Agency

    **Rollin Bi**
Writer/Edi

    **Justin Su**
Grounds S
Opelika, A

**Dylan Rippe**
Level 1 Judge at Magic



☰ ▾                                        🔍 | Advanced

Home        Profile        Connections        Jobs        Interests

Business Servic

You

Morga

Morga
some
Get in



B

Monitored Magic Online premier events; also helped build and migrate pages and content for the new Magic and Dungeons & Dragons websites.

### Columnist
Gathering Magic
January 2012 – March 2014 (2 years 3 months)

Essentially a continuation of my work at Muse Vessel but with a broader audience and more pizzazz.

### Tier 1 Reviewer/Lawyer
Law Office of Sherman Kassof
September 2010 – June 2012 (1 year 10 months)

Online document review for antitrust class action suits.

### Columnist/Co-Founder
Muse Vessel
January 2011 – December 2011 (1 year)

Weekly writer on casual Magic. Entire site merged into Gathering Magic at the end of 2011.

### Columnist
Hardball Times
March 2008 – February 2010 (2 years)

Biweekly writer on sabermetric and historical baseball topics; read by officials for every major league team; interviewed Cy Young Award winner David Price; published in five books.

### Substitute Teacher
Faulkner University
October 2009 – December 2009 (3 months)

Taught four upper-level class sessions: two in Courts and Courtroom Procedure; and two in Criminology.

### Consultant
W.S. Newell
November 2009 – November 2009 (1 month)

Analyzed a highway construction issue to advise on legal strategy and evidentiary strength.

### Law Clerk
Adcox Lewis Smyth Winter
June 2006 – September 2007 (1 year 4 months)

For six attorneys, researched in Westlaw, Lexis, PACER, and courthouses, drafted and refined motions and briefs, and conducted client interviews in areas including but not limited to: bankruptcy; capital defense; class action product liability; deeds; unlawful detainer; and workers' compensation.

### Intern
ACEC Alabama
December 2005 – April 2006 (5 months)

As one of a three-person office, assisted in tracking bills in the Alabama legislature and coordinating events, such as legislative receptions to serve as a liaison between member organizations and the state



## Publications

**How to Stop Setting Fires: Understanding Negligent Speech**
May 26, 2014

## Skills

Top Skills

| 20 | Legal Research |
| 14 | Document Review |
| 6 | Microsoft Excel |
| 5 | Magazine Articles |
| 3 | Editing |
| 2 | Songwriting |
| 2 | Sketch Comedy |
| 2 | Class Actions |
| 2 | Public Speaking |
| 1 | Leadership |

Brandon also knows about...

| 1 | Legal Writing |   | 1 | Microsoft Office |

## Education

**The University of Alabama School of Law**
J.D., Law
2006 – 2009

A, Free Speech Seminar, Fall 2008
A-, Sports Law, Fall 2008
A-, Political and Legislative Writing, Spring 2008
A/Best Paper, Commerce Clause Seminar, Fall 2007
A-, Legislation, Fall 2007



Home    Profile    Connections    Jobs    Interests                                Business Servic

Valedictorian
Criminal Justice Award, 2006

Activities and Societies: Alpha Phi Sigma, Alpha Chi

## Additional Info

- **Interests**

Songwriting, audio production, baseball history

- **Personal Details**

Birthday        September 18

- **Advice for Contacting Brandon**

E-mail is the most reliable method of contacting me.

## Organizations

### Additional Organizations

Alabama State Bar

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Yo**

LinkedIn Corporation © 2015 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy

# EXHIBIT

# 2

Page 1

1            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2                SAN FRANCISCO DIVISION
3

      IN RE CATHODE RAY TUBE (CRT)
4     ANTITRUST LITIGATION                      PLAINTIFF
5     VERSUS        CIVIL ACTION NO:  07-CV-05944-SC; MDL NO.1917
6     THIS DOCUMENT RELATES TO:
      ALL INDIRECT PURCHASER ACTIONS              DEFENDANT
7
8     ----------------------------------------------------------
            DEPOSITION OF DOUGLAS W. ST. JOHN
9     ----------------------------------------------------------
10          Taken at 4302 W. Beach Boulevard,
            Wingate Beach Hotel, Gulfport, Mississippi,
11          Monday, November 2, 2015, beginning at 10:02 a.m.
12

      APPEARANCES:
13

      REPRESENTING PLAINTIFF:
14          MARK J. SCHIRMER, ESQUIRE
            Straus & Boies, LLP
15          1355B Lynnfield Road, Suite 245
            Memphis, Tennessee  38119
16          mschirmer@straus-boies.com
17

      REPRESENTING DOUGLAS W. ST. JOHN:
18          JOSEPH SCOTT ST. JOHN, ESQUIRE
            514 Mockingbird Drive
19          Long Beach, Mississippi  39560
            jscottsjohnpublic@gmail.com
20
21    REPORTED BY:
            JENNIFER RAY, CCR, RPR
22          CCR # 1419
23
24
25

1               DOUGLAS W. ST. JOHN

2          the witness, having been produced and

3     first duly sworn, testified as follows, to-wit:

4                    EXAMINATION

5     BY MR. SCHIRMER:

6          Q.  Would you, please, state your name for

7     the record, sir.

8          A.  Douglas Wayne St. John.

9          Q.  Do you have a lawyer with you

10    representing you here today?

11         A.  Yes.  Joseph St. John.

12         Q.  Okay.  Do you know of any other

13    counsel who is representing you in connection

14    with your -- with the reason you're here today?

15         A.  No.

16              MR. JOSEPH ST. JOHN:  Counsel, for the

17    record, can you state who you are representing?

18              MR. SCHIRMER:  Sure.  I represent -- I

19    am one of the attorneys who represents a class of

20    indirect-purchaser parties in the in re (CRT)

21    cathode ray tube antitrust litigation.  I'm from

22    the firm Straus and Boies.

23              MR. JOSEPH ST. JOHN:  Okay.  Counsel,

24    for the record, I'm objecting to your

25    qualifications to take the deposition.  Post

1    be all his life, which is probably true.

2              Other than in connection with what's

3    going on here today, has he ever served as your

4    lawyer?

5         A.   No.

6         Q.   Where do you live, sir?

7         A.   Long Beach, Mississippi.

8         Q.   And we are in Long Beach, Mississippi?

9         A.   No.

10        Q.   We're in Gulfport?

11        A.   We're in Gulfport.

12        Q.   Okay.

13        A.   Long Beach is on the west side of

14   Gulfport.

15        Q.   It's that way, behind you?

16        A.   Yes.

17        Q.   What do you do for a living now?

18        A.   I'm retired.

19        Q.   Good for you.

20              What did you do before you retired?

21        A.   I was an engineer with the Southern

22   Company.

23        Q.   What was your job as an engineer,

24   might I ask?

25        A.   I did system protection.

1        Q.   Could you explain that for somebody

2   who knows nothing about that?

3        A.   All power system equipment has devices

4   on it to detect and de-energize it in the event

5   something goes wrong, from the transformers at

6   your house all the way -- and its equipment that

7   when they detect fault, whatever the affected

8   part is, they shut it down, and that's what I

9   did.

10       Q.   Okay.  Did you ever work for a company

11  that sells cathode ray tubes, products that are

12  made of cathode ray tubes?

13       A.   No.

14       Q.   Have you ever given testimony under

15  oath before today?  Well, let me explain.  There

16  could be an affidavit, where you signed it, and I

17  know -- other than today -- and I know you signed

18  an objection and some papers in connection with

19  this.  Other than those papers and sitting here

20  today in front of Jenny and with Mr. St. John,

21  your attorney, have you ever given testimony

22  under oath before today?

23       MR. JOSEPH ST. JOHN:  Objection.

24  Vague.  I'm sure the witness has probably signed

25  an affidavit with a bank or something at some

1          Q.   And you said that your son told you
2     about the litigation?
3          A.   Yes.
4          Q.   And informed --
5               MR. SCHIRMER:   Object to form.
6     BY MR. JOSEPH ST. JOHN:
7          Q.   And informed you that you might be a
8     class member?
9          A.   Yes.
10              MR. SCHIRMER:   Object to form.
11    BY MR. JOSEPH ST. JOHN:
12         Q.   Whose idea was it to object to this
13    litigation?
14         A.   Mine.
15              MR. SCHIRMER:   Object to form.
16    BY MR. JOSEPH ST. JOHN:
17         Q.   Why did you feel the need to object?
18         A.   The original -- when they set up the
19    cartel -- you can say it was a very small amount
20    or whatever, but all the people who bought
21    cathode ray tubes, whether they be TV, computer
22    monitors or whatever, those people got cheated.
23    Looking at the amount of the settlement request
24    by the attorneys, they are about to get cheated
25    again, and I think that is unfair, so that is

1    what my objection is.

2         Q.   And do you recall specifically what

3    you've said that led down this path to filing the

4    objection?

5              MR. SCHIRMER:   Object to form.

6         A.   Is there some -- there should be some

7    way to object to the size of the settlement, and,

8    yes, you can object to it.

9    BY MR. JOSEPH ST. JOHN:

10        Q.   That was the answer?

11        A.   That was -- that was -- how -- how do

12   I object, yes, you can object to the size --

13   since you are in the -- since you're one of the

14   people that got cheated, you can object to the

15   settlement.

16        Q.   Mr. St. John, you were asked by

17   opposing counsel if I had ever served as your

18   lawyer before.  Do you recall that question?

19        A.   Yes.

20        Q.   And you said -- forgive me for

21   paraphrasing -- but you thought this was the

22   first time?

23        A.   Okay.  Yes.

24        Q.   Did you ever ask me for legal advice

25   in connection with the land for which you were a

1       Q.  Is that encapsulated to your

2   understanding within Footnote 1?

3       A.  Yes.

4           MR. JOSEPH ST. JOHN:  Madam court

5   reporter, I have three exhibits.  I don't know

6   which number we're on.

7           THE COURT REPORTER:  7.

8           MR. JOSEPH ST. JOHN:  So it will be 7,

9   8, and 9.

10              (Off the record.)

11      (Exhibits 7 - 9 marked for identification.)

12  BY MR. JOSEPH ST. JOHN:

13      Q.  Mr. St. John, do you recognize

14  Exhibits 7, 8, and 9?

15      A.  Yes.

16      Q.  What is Exhibit 7?

17      A.  Say it again, please.

18      Q.  What is Exhibit 7?

19      A.  Exhibit 7 is a television that is

20  located at my house.

21      Q.  Exhibit 8?

22      A.  That is the back of same.

23      Q.  Exhibit 9?

24      A.  Again, the back of same.

25      Q.  Are Exhibits 7, 8, and 9 accurate

1   representations of the JVC television that you

2   own?

3        A.   Yes.

4        Q.   Does Exhibit 9 accurately represent a

5   label on the back of the JVC television that you

6   own?

7        A.   Yes.

8        Q.   Is there a warning on that label about

9   taking off the back of the television?

10       A.   Yes.  It says, "Caution.  Risk of

11   electric shock.  Do not open."  And then that's

12   the actual label there, and then just to the

13   right it says, "Shock hazard.  Do not open."

14         MR. JOSEPH ST. JOHN:  Madam court

15   reporter, I have Exhibit 10.

16                 - - -

17     (Exhibit 10 marked for identification.)

18  BY MR. JOSEPH ST. JOHN:

19       Q.   Mr. St. John, do you recognize Exhibit

20  10?

21       A.   Yes.

22       Q.   What is Exhibit 10?

23       A.   That is the user's guide for the

24  television located at my house.

25       Q.   Looking at what would be Page 2, it's

Page 82

1    on the front page.

2        A.   Okay.

3        Q.   Is there a warning?

4        A.   Yes.   "Risk of electric shock.  Do not

5    open."

6             MR. JOSEPH ST. JOHN:   Madam court

7    reporter, I have Exhibit Number 11.

8                       - - -

9        (Exhibit 11 marked for identification.)

10   MR. JOSEPH ST. JOHN:

11       Q.   Mr. St. John, do you recognize Exhibit

12   Number 11?

13       A.   I recognize it, yes.

14       Q.   Can you identify Exhibit Number 11?

15       A.   It is the Service Manual for the TV

16   we've previously been looking at.

17       Q.   The JVC television that you own?

18       A.   Yes.

19       Q.   Turning to Page 3.  It's the page with

20   Number 3 at the bottom.

21       A.   3.   Okay.

22       Q.   Looking at Paragraph 4.

23       A.   Yes.

24       Q.   Is there a warning about hot chassis?

25       A.   Yes.

1          Q.   What can you explain what a hot

2     chassis means?

3          A.   It means the power cord is connected

4     directly to the chassis.   There is no transformer

5     involved in the connection of it.   There's no

6     transformer isolating the television from the

7     power system.

8          Q.   Is a hot chassis dangerous?

9          A.   It can be.   Yes.

10          Q.   Please turn to Page 30.

11          A.   (Witness complies.)

12          Q.   Does Page 30 of Exhibit 11 identify

13     CRT tube number for the component CRT?

14          A.   Yes.

15          Q.   Does Exhibit 11, to your knowledge,

16     identify the manufacturer for the component CRT?

17          A.   No.

18          MR. SCHIRMER:   Where is Page 30?   I

19     see 28, 29, and then N-O, and then the next one

20     says 39, but I don't know why.   Maybe I'm just

21     missing -- you're dealing with the second 29 and

22     30.

23          MR. JOSEPH ST. JOHN:   It's an --

24          MR. SCHIRMER:   That one?

25          MR. JOSEPH ST. JOHN:   Correct.

1    BY MR. JOSEPH ST. JOHN:

2         Q.   Mr. St. John, are you able to identify

3    the tube manufacturer for the component CRT of

4    this JVC television using publically available

5    information?

6         A.   No.

7         Q.   In your experience, are service

8    manuals for consumer electronics freely

9    available?

10        A.   No.

11        Q.   You generally have to pay for them?

12        A.   Right.

13             MR. JOSEPH ST. JOHN:   Madam court

14   reporter, I'm going to mark Exhibits 12 and 13,

15   12 being the screen and 13 being the label.

16                       - - -

17    (Exhibits 12 and 13 marked for identification.)

18   BY MR. JOSEPH ST. JOHN:

19        Q.   Mr. St. John, do you recognize

20   Exhibits 12 and 13?

21        A.   Yes.

22        Q.   What is Exhibit 12?

23        A.   Exhibit 12 is the TV that I own

24   currently at Gulf Shores.

25        Q.   What is Exhibit 13?

1           A.   It is the back of same TV.

2           Q.   Does Exhibit 13 accurately represent

3      the back of the back of the Panasonic television

4      that you own?

5           A.   Yes.

6           Q.   And I know it may be difficult to see,

7      but is there a warning about taking off the back

8      of that Panasonic television?

9           A.   Yes.   There is imprinted in the

10     plastic just to the top right of the -- the top

11     right corner of the label there is a -- it says,

12     "Shock hazard.   Do not open."   It's very

13     difficult to read, but it says "shock hazard"

14     just to the right and above the label.

15               MR. JOSEPH ST. JOHN:   Thank you.

16               Madam court reporter, I'm gonna mark

17     Exhibit 14.

18                         - - -

19          (Exhibit 14 marked for identification.)

20     BY MR. JOSEPH ST. JOHN:

21          Q.   Mr. St. John, do you recognize Exhibit

22     14?

23          A.   Yes.

24          Q.   What is Exhibit 14?

25          A.   It's the operating manual for the TV,

1   this previous TV we just looked at, the

2   Panasonic.

3       Q.  Exhibit 14 is printed with two pages

4   per physical piece of paper.  On the right side

5   of the front page, is there a warning?

6       A.  Yes.

7       Q.  What does the warning say?

8       A.  "Risk of electric shock.  Do not open.

9   To reduce the risk of electric shock do not

10  remove cover or back.  No user-serviceable parts

11  inside.  Refer servicing to qualified service

12  personnel."

13      Q.  Mr. St. John, the warnings that we've

14  reviewed on the instruction manual or the user

15  manual and the backs of your televisions, as a

16  consumer, would these warnings detour you from

17  opening those televisions?

18          MR. SCHIRMER:  Object to form.  Calls

19  for speculation.

20  BY MR. JOSEPH ST. JOHN:

21      Q.  Mr. St. John, are you a consumer?

22      A.  Yes.

23          MR. SCHIRMER:  Asks for an expert

24  opinion.

25      A.  I am.

1          MR. JOSEPH ST. JOHN:  And, madam court

2     reporter, I want to mark Exhibit 15.  It is an

3     excerpt from Rely Brief in Support of

4     Indirect-Purchaser Plaintiffs' Motion For Class

5     Certification, docket entry 1654, dated April

6     25th, 2013.

7                         -  -  -

8          (Exhibit 15 marked for identification.)

9     BY MR. JOSEPH ST. JOHN:

10         Q.  Mr. St. John, I'd like to direct you

11    to Page 38, Line 20.

12         A.  Okay.

13         Q.  It states, "The tube manufacturer can

14    be identified by using the product model number

15    printed on the outside of the unit.  The model

16    number can be matched with the corresponding

17    service guides, service manuals or other

18    publically available information to reveal the

19    tube number, which is unique to a specific

20    manufacturer."

21              Mr. St. John, do you believe this

22    statement is misleading?

23         A.  It is.

24         Q.  Why?

25              MR. SCHIRMER:  Object.

1          A.   First off, the manuals do not specify

2     the tube manufacturer.   They specify a model

3     number.   I tried to identify some of the

4     manufacturers by using the model numbers

5     available, and I was unable to do so.

6     BY MR. JOSEPH ST. JOHN:

7          Q.   And was that with respect to the JVC

8     television?

9          A.   Yes.

10         Q.   Turning to Page 39, Lines 4 through 9,

11    it states that, "The tube maker can be identified

12    by removing the screws from the back of the

13    product and viewing the name of the tube maker or

14    the tube number, which is typically printed in

15    large, bold letters on the tube itself."

16    "Contrary to defendants' assertions, this is a

17    simple process that can be accomplished in a few

18    moments with the use of a screwdriver."

19              Do you see that statement, Mr. St.

20    John?

21         A.   Yes.

22         Q.   Do you believe that statement is

23    misleading?

24         A.   Yes.

25              MR. SCHIRMER:   Object to form.

1    BY MR. JOSEPH ST. JOHN:

2         Q.   Why?  You can answer, Mr. St. John.

3         A.   The -- all the documentations, the

4    labels, they say don't go in there, it's high

5    voltage.  And so while somebody, yes, they could

6    be -- they could remove the screws and go in

7    there, the voltage does not go to zero instantly

8    when the unit is turned off, and there is a shock

9    hazard inside.

10        Q.   Couldn't a consumer eliminate the risk

11   of that shock hazard by simply unplugging the

12   television?

13        A.   No.

14        Q.   Can you explain why not?

15        A.   The TV is using the -- CRTs use very

16   high voltage.  Rough estimate, measuring the

17   diagonal of the tube, it's about 1,000 volts in

18   each, and it takes several minutes -- when the TV

19   is turned off or unplugged, it takes some minutes

20   for that voltage to decay down to nonlethal

21   levels, and if there are some failures

22   internally, which would not be readily apparent,

23   it may be substantially longer for the voltage to

24   decay.

25        Q.   Let's talk about your educational and

1   professional background for a minute.  Did you

2   serve in the military, Mr. St. John?

3          A.  Yes.

4          Q.  Did you receive training in

5   electronics repair from the military?

6          A.  Yes.  I went to the Air Force basic

7   electronics and advanced electronics school.

8          Q.  What type of equipment did you work

9   on?

10          MR. SCHIRMER:  Object to form.

11          A.  I worked on the ground transmitters

12   for -- that the aircraft used for navigation

13   purposes.

14   BY MR. JOSEPH ST. JOHN:

15          Q.  Did that equipment include high

16   voltages?

17          A.  Yes.  The -- it was all tube-type

18   equipment, and all of it involved voltages

19   ranging from several hundred -- and there was one

20   unit that ranged -- we had 13 KV on them.

21          THE COURT REPORTER:  You had 13 what?

22          A.  Kilovolts, 13,000 volts.

23   BY MR. JOSEPH ST. JOHN:

24          Q.  Did the Air Force train you on how to

25   work safely on that equipment?

1          A.   Yes.

2          Q.   Were you skilled in the repair of that

3    equipment?

4          A.   Yes.

5          Q.   How skilled?

6          A.   I was sent to a duty station in

7    Northern Thailand, and I was the sole maintenance

8    man for the equipment located at that site.  From

9    November -- or excuse me -- from September until

10   May, I was the only technician working there.

11         Q.   September until May of what year, sir?

12         A.   1969.

13         Q.   That's an interesting year.  How

14   important was the navigational equipment that you

15   were working on in Thailand?

16              MR. SCHIRMER:  Object to form.

17   BY MR. JOSEPH ST. JOHN:

18         Q.   Do you know how important the

19   navigational equipment you were working on was?

20         A.   Yes.  It -- I was told -- I didn't

21   verify it, but I was told that my equipment was

22   the first one the aircraft picked up coming back

23   from the bombings over in North Vietnam (crying).

24         Q.   So your equipment was important?

25         A.   Yes.

1          Q.  Are you okay, Mr. St. John?  Do you

2     need a break?

3          A.  No.

4          Q.  And you were the only man qualified to

5     work on that equipment?

6          A.  Yes.

7               MR. SCHIRMER:  Object to form.  You

8     mean at that station?

9          A.  I was the only one at the station that

10    was qualified to work on the equipment.  Yes.

11    BY MR. JOSEPH ST. JOHN:

12         Q.  Mr. St. John, where was the nearest

13    major military base to your duty station?

14         A.  Say that again.

15         Q.  How far away were you from the nearest

16    major military base?

17              MR. SCHIRMER:  Object to form.

18         A.  My home base was 200 miles south.

19    BY MR. JOSEPH ST. JOHN:

20         Q.  Were you honorably discharged from the

21    Air Force, sir?

22         A.  Yes.

23         Q.  Have you been trained in the repair of

24    CRT televisions?

25         A.  Yes.

1        Q.   Have you, in fact, repaired CRT
2   televisions?
3        A.   Yes.
4        Q.   After you were discharged from the Air
5   Force, did you pursue advanced education?
6        A.   Yes.
7        Q.   What degrees, if any, did you receive?
8        A.   Received a bachelor of science in
9   electrical engineer and a master of science in
10  electrical engineering.
11       Q.   Who were your employers throughout
12  your career, sir?
13            MR. SCHIRMER:   Object to form.
14       A.   Southern Company, subsidiaries of the
15  Southern Company.
16  BY MR. JOSEPH ST. JOHN:
17       Q.   While working at these subsidiaries of
18  the Southern Company, did your responsibilities
19  include the maintenance of high voltage
20  equipment?
21       A.   Yes.
22       Q.   Did your responsibilities include the
23  maintenance of high voltage power supplies?
24       A.   Yes.
25       Q.   Did your employers provide safety

1    training related to that high voltage equipment?

2         A.   Yes.

3         Q.   Did you ultimately have supervisory

4    responsibility for other Southern Company

5    employees?

6         A.   Yes.

7         Q.   Were you responsible for providing

8    safety training to those under your supervision?

9         A.   Yes.

10        Q.   Was that safety training related to

11   safely working on high voltage equipment?

12        A.   Yes.

13             MR. SCHIRMER:   Object to form.

14   BY MR. JOSEPH ST. JOHN:

15        Q.   Mr. St. John, have you ever been an

16   instructor at the university level?

17        A.   Yes.

18        Q.   Can you tell us where and describe the

19   general nature of the courses you instructed?

20        A.   On the university level, I was an

21   instructor at the University of South Alabama in

22   electrical engineering laboratories and courses.

23   I was an instructor for the University of

24   Southern Mississippi in their electrical

25   engineering technology program.

1          Q.   Have you ever been an instructor at

2     the trade school level?

3          A.   Yes, I have instructed at the trade

4     school level.

5          Q.   Can you say where and describe the

6     general nature of the courses you instructed?

7               MR. SCHIRMER:   Object to form.

8          A.   The Birmingham -- Birmingham Joint

9     Industrial Board.   It was a training program set

10    up by the brotherhood of electrical workers and

11    the electrical contractors to train the

12    apprentice electricians in their job.

13    BY MR. JOSEPH ST. JOHN:

14         Q.   Were you responsible for providing

15    high voltage safety training to your students?

16              MR. SCHIRMER:   Object to form.

17         A.   Yes.

18    BY MR. JOSEPH ST. JOHN:

19         Q.   Did you provide safety training to

20    your students?

21         A.   Yes.

22         Q.   Did that training that you provided to

23    your students include high voltage safety

24    training?

25         A.   Yes.

1          Q.   Mr. St. John, do you believe that

2    you're qualified based on knowledge, skill,

3    experience, and training and education to opine

4    on the safety of consumers opening the back of

5    their CRT televisions?

6               MR. SCHIRMER:   Object to form.

7          A.   Yes, sir.

8    BY MR. JOSEPH ST. JOHN:

9          Q.   Mr. St. John, how many years did you

10   practice as an electrical engineer?

11         A.   31 years.

12         Q.   Mr. St. John, on the basis of your

13   knowledge, skill, experience, training, and

14   education, including your 31 years of experience

15   as an electrical engineer working with high

16   voltage equipment, do you believe that it would

17   be safe for consumers to open the back of their

18   CRT televisions?

19         A.   No.

20              MR. SCHIRMER:   Object to -- finish.

21   BY MR. JOSEPH ST. JOHN:

22         Q.   Allow me to reask the question, Mr.

23   St. John.

24         A.   Okay.

25         Q.   On the basis of your knowledge, skill,

1   experience, training, and education, including

2   your over 31 years of experience as an electrical

3   engineer working with high voltage equipment, do

4   you believe that it would be safe for consumers

5   to open the back of their CRT televisions without

6   professional assistance?

7           MR. SCHIRMER:  Object to form.

8       A.  No.

9           MR. JOSEPH ST. JOHN:  Counsel, do you

10  have a brief recross?

11                  - - -

12                EXAMINATION

13  BY MR. SCHIRMER:

14      Q.  Sir, you said that you understood that

15  people -- classes were -- a class action was an

16  action where an individual person essentially

17  brings claims on behalf of a large group of

18  people.  Is that -- is that your understanding?

19          MR. JOSEPH ST. JOHN:  Objection.

20  Mischaracterizes the testimony beyond the scope

21  of direct.

22          MR. SCHIRMER:  No, it isn't.  Sir, it

23  was my direct, by the way.

24          MR. JOSEPH ST. JOHN:  Pardon me.

25  Beyond the scope of the cross, beyond the scope.

# EXHIBIT

# 8A



PENGAD 800-631-6989

DEPOSITION
EXHIBIT,

# EXHIBIT

# 8B

# EXHIBIT
# 9A





PENGAD 800-631-6989

DEPOSITION
EXHIBIT

# EXHIBIT

# 9B

LC31139-001A-A

**JVC** MODEL No.  AV-20D202

AC 120V 60Hz          87 W

TV SCREEN SIZE : DIAGONAL          20  INCHES          M E

 CAUTION
RISK OF ELECTRIC SHOCK
DO NOT OPEN  

WARNING :
SHOCK HAZARD-DO NOT OPEN.
AVIS : RISQUE DE CHOC
ELECTRIQE-NE PAS OURVRIR.

CERTIFICATION -PRODUCT COMPLIES WITH DHHS RULE 21CFR SUBCHAPTER J APPLICABLE
AT THE DATE OF MANUFACTURE.
THIS DEVICE COMPLIES WITH PART 15 OF THE FCC RULES. OPERATION IS SUBJECT
TO THE FOLLOWING TWO CONDITIONS : (1) THIS DEVICE MAY NOT CAUSE
HARMFUL INTERFERENCE, AND (2) THIS DEVICE MUST ACCEPT ANY INTERFERENCE
RECEIVED, INCLUDING INTERFERENCE THAT MAY CAUSE UNDESIRED OPERATION.
CABLE COMPATIBLE TELEVISION APPARATUS, CANADA.
TÉLÉVISEUR CÂBLE COMPATIBLE, CANADA.
ASSEMBLED IN MEXICO BY JVC INDUSTRIAL DE MEXICO.
VICTOR COMPANY OF JAPAN, LIMITED. 12, 3-CHOME, MORIYA-CHO,
KANAGAWA-KU, YOKOHAMA, 221-8528, JAPAN.

CHASSIS NO.  A66
MANUFACTURED  JULY. 2001
SERIAL NO.  12613473  S

 c UL US LISTED
VIDEO EQUIPMENT
4C43



EXHIBIT
10

ED mini-TB  1/16/01  3:33 PM  Page 1

# JVC®

## COLOR TELEVISION
## USER'S GUIDE



Illustration of AV-27D302 and AV-27230.

**For models:**
AV-27D302
AV-27D202
AV-20D202
AV-27230

### IMPORTANT NOTE TO THE CUSTOMER

In the spaces below, enter the model and serial number of your television located at the rear of the television cabinet). Staple your sales receipt or invoice to the inside cover of this guide. Keep this user's guide in a convenient place for future reference. Keep the carton and original packaging for future use.

Serial Number

Model Number

LCT0916-001-A
0121-Yo-JA-JA

---

ED mini-TB  1/16/01  3:33 PM  Page 2

# IMPORTANT SAFETY PRECAUTIONS

⚡

---
## CAUTION
**RISK OF ELECTRIC SHOCK**
**DO NOT OPEN**
---

CAUTION: To reduce the risk of electric shock,
Do not remove cover (or back).
No user-serviceable parts inside.
Refer servicing to qualified service personnel.

⚡ The lightning flash with arrowhead symbol, within an equilateral triangle, is intended to alert the user to the presence of uninsulated "dangerous voltage" within the product's enclosure that may be of sufficient magnitude to constitute a risk of electric shock to persons.

❗ The exclamation point within an equilateral triangle is intended to alert the user to the presence of important operating and maintenance (servicing) instructions in the literature accompanying the appliance.

**WARNING:** TO PREVENT FIRE OR SHOCK HAZARDS, DO NOT EXPOSE THIS TV SET TO RAIN OR MOISTURE.

**CAUTION:** TO INSURE PERSONAL SAFETY, OBSERVE THE FOLLOWING RULES REGARDING THE USE OF THIS UNIT.

1. Operate only from the power source specified on the unit.
2. Avoid damaging the AC plug and power cord.
3. Avoid improper installation and never position the unit where good ventilation is unattainable.
4. Do not allow objects or liquid into the cabinet openings.
5. In the event of trouble, unplug the unit and call a service technician. Do not attempt to repair it yourself or remove the rear cover.

Changes or modifications not approved by JVC could void the warranty.

* When you don't use this TV set for a long period of time, be sure to disconnect both the power plug from the AC outlet and antenna for your safety.

* To prevent electric shock, do not use this polarized plug with an extension cord, receptacle or other outlet unless the blades can be fully inserted to prevent blade exposure.



PENGAD 800-631-6089

DEPOSITION
EXHIBIT 11.2.6
710
St. John

EXHIBIT

11

# JVC SERVICE MANUAL

COLOR TELEVISION

## AV-20D202/S
## AV-20D202/R

| BASIC CHASSIS |
|---|
| FD |

## CONTENTS

■ SPECIFICATIONS ........ 2
■ SAFETY PRECAUTIONS ........ 3
■ FEATURES ........ 4
■ FUNCTIONS ........ 5
■ SPECIFIC SERVICE INSTRUCTIONS ........ 6
■ SERVICE ADJUSTMENTS ........ 10
■ PARTS LIST ........ 29
★ OPERATING INSTRUCTIONS ........ 1-1
★ STANDARD CIRCUIT DIAGRAM ........ 2-1

COPYRIGHT © 2001 VICTOR COMPANY OF JAPAN, LTD.

No.51789
Apr. 2001

## SPECIFICATIONS

| Items | Contents |
|---|---|
| Dimensions (W×H×D) | 23-3/8"×18"×19-1/4" / 592mm×456mm×487mm |
| Mass | 45.0 lbs / 20.4 kg |
| Reception Format | NTSC, BTSC-System (Multi-Channel Sound) |
| Reception Range<br>VHF, UHF<br>VL Band<br>VH Band<br>UHF Band | <br><br>(02~06) 54MHz~88MHz<br>(07~13) 174MHz~216MHz<br>(14~69) 470MHz~806MHz |
| CATV<br>Low Band<br>High Band<br>Mid Band<br>Super Band<br>Hyper Band<br>Ultra Band<br>Sub Mid Band<br>TV/CATV Total Channel | <br>(02~06, A-8) by (02~06&01)<br>(07~13) by (07~13)<br>(A~1) by (14~22)<br>(J~W) by (23~36)<br>(W+1~W+28) by (37~64)<br>(W+29~W+84) by (65~125)<br>(A8, A4~A1) by (01, 96~99) (54MHz~804MHz)<br>181 Channels |
| Intermediate Frequency<br>Video IF Carrier<br>Sound IF Carrier<br>Color Sub Carrier | <br>45.75MHz<br>41.25MHz (4.5MHz)<br>3.58MHz |
| Power Input<br>Power Consumption | 120V AC, 60Hz<br>87W |
| Picture Tube<br>High Voltage | 20" (51cm) Measured Diagonally<br>26.5kV±1kV (at zero beam current) |
| Speaker<br>Audio Power Output | 2"×3-1/2" / 5×9cm Oval type×2<br>1.0W + 1.0W |
| Input terminal<br>Input 1<br>S-Video<br><br>Video(V)<br>Audio(L, R) | <br><br>Y: 1Vp-p Positive (negative sync provided, when terminated with 75Ω)<br>C: 0.286Vp-p (burst signal, when terminated with 75Ω)<br>1Vp-p, 75Ω (RCA pin jack)<br>500mVrms (-4dBs), High Impedance (RCA pin jack) |
| Input 2 Component Video<br>Y, Pb, Pr | <br>1Vp-p 75Ω (positive sync) |
| Input 3<br>(Front) Video(V)<br>Audio(L, R) | <br>1Vp-p, 75Ω (RCA pin jack)<br>500mVrms (-4dBs), High Impedance (RCA pin jack) |
| Output terminal<br>Variable Audio Output (R/L) | <br>More than 0~1550mVrms (+6dBs)<br>Low impedance (400Hz when modulated 100%) (RCA pin jack) |
| Antenna terminal | 75Ω (VHF/UHF) Terminal, F-Type Connector |
| Remote Control Unit | RM-C304-1A<br>(AA/R6/UM-3 battery×2) |

*Design & specifications are subject to change without notice.*

DEPOSITION EXHIBIT
#21
11.2.15
St. Jo'
PENGAD 800-631-6989

# SAFETY PRECAUTIONS

1. The design of this product contains special hardware, many circuits and components specially for safety purposes. For continued protection, no changes should be made to the original design unless authorized in writing by the manufacturer. Replacement parts must be identical to those used in the original circuits. Service should be performed by qualified personnel only.
2. Alterations of the design or circuitry of the products should not be made. Any design alterations or additions will void the manufacturer's warranty and will further relieve the manufacturer of responsibility for personal injury or property damage resulting therefrom.
3. Many electrical and mechanical parts in the products have special safety-related characteristics. These characteristics are often not evident from visual inspection nor can the protection afforded by them necessarily be obtained by using replacement components rated for higher voltage, wattage, etc. Replacement parts which have these special safety characteristics are identified in the parts list of Service manual. **Electrical components having such features are identified by shading on the schematics and by (⚠) on the parts list in Service manual.** The use of a substitute replacement which does not have the same safety characteristics as the recommended replacement part shown in the parts list of Service manual may cause shock, fire, or other hazards.
4. **Use isolation transformer when hot chassis.** The chassis and any sub-chassis contained in some products are connected to one side of the AC power line. An isolation transformer of adequate capacity should be inserted between the product and the AC power supply point while performing any service on some products when the HOT chassis is exposed.
5. **Don't short between the LIVE side ground and ISOLATED (NEUTRAL) side ground or EARTH side ground when repairing.** Some model's power circuit is partly different in the GND. The difference of the GND is shown by the LIVE : (⊥) side GND, the ISOLATED(NEUTRAL) : (⊥) side GND and EARTH : (⊕) side GND. Don't short between the LIVE side GND and ISOLATED(NEUTRAL) side GND or EARTH side GND and never measure with a measuring apparatus (oscilloscope etc.) the LIVE side GND and ISOLATED(NEUTRAL) side GND or EARTH side GND at the same time. If above note will not be kept, a fuse or any parts will be broken.
6. If any repair has been made to the chassis, it is recommended that the B1 setting should be checked or adjusted (See ADJUSTMENT OF B1 POWER SUPPLY).
7. The high voltage applied to the picture tube must conform with that specified in Service manual. Excessive high voltage can cause an increase in X-Ray emission, arcing and possible component damage, therefore operation under excessive high voltage conditions should be kept to a minimum, or should be prevented. If severe arcing occurs, remove the AC power immediately and determine the cause by visual inspection (incorrect installation, cracked or melted high voltage harness, poor soldering, etc.). To maintain the proper minimum level of soft X-Ray emission, components in the high voltage circuitry including the picture tube must be the exact replacements or alternatives approved by the manufacturer of the complete product.
8. Do not check high voltage by drawing an arc. Use a high voltage meter or a high voltage probe with a VTVM. Discharge the picture tube before attempting meter connection, by connecting a clip lead to the ground frame and connecting the other end of the lead through a 10kΩ 2W resistor to the anode button.
9. When service is required, observe the original lead dress. Extra precaution should be given to assure correct lead dress in the high voltage circuit area. Where a short circuit has occurred, those components that indicate evidence of overheating should be replaced. Always use the manufacturer's replacement components.
10. Isolation Check
    (Safety for Electrical Shock Hazard)
    After re-assembling the product, always perform an isolation check on the exposed metal parts of the cabinet (antenna terminals, video/audio input and output terminals, Control knobs, metal cabinet, screwheads, earphone jack, control shafts, etc.) to be sure the product is safe to operate without danger of electrical shock.

**(1) Dielectric Strength Test**
The isolation between the AC primary circuit and all metal parts exposed to the user, particularly any exposed metal part having a return path to the chassis should withstand a voltage of 1100V AC (r.m.s.) for a period of one second.
(. . . . Withstand a voltage of 1100V AC (r.m.s.) to an appliance rated up to 120V, and 3000V AC (r.m.s.) to an appliance rated 200V or more, for a period of one second.)
This method of test requires a test equipment not generally found in the service trade.

**(2) Leakage Current Check**
Plug the AC line cord directly into the AC outlet (do not use a line isolation transformer during this check.). Using a "Leakage Current Tester", measure the leakage current from each exposed metal part of the cabinet, particularly any exposed metal part having a return path to the chassis, to a known good earth ground (water pipe, etc.). Any leakage current must not exceed 0.5mA AC (r.m.s.).
However, in tropical area, this must not exceed 0.2mA AC (r.m.s.).

● **Alternate Check Method**
Plug the AC line cord directly into the AC outlet (do not use a line isolation transformer during this check.). Use an AC voltmeter having 1000 ohms per volt or more sensitivity in the following manner. Connect a 1500Ω 10W resistor paralleled by a 0.15μF AC-type capacitor between an exposed metal part and a known good earth ground (water pipe, etc.). Measure the AC voltage across the resistor with the AC voltmeter. Move the resistor connection to each exposed metal part, particularly any exposed metal part having a return path to the chassis, and measure the AC voltage across the resistor. Now, reverse the plug in the AC outlet and repeat each measurement. Any voltage measured must not exceed 0.75V AC (r.m.s.). This corresponds to 0.5mA AC (r.m.s.).
However, in tropical area, this must not exceed 0.3V AC (r.m.s.). This corresponds to 0.2mA AC (r.m.s.).

AC VOLTMETER
(HAVING 1000Ω/V,
OR MORE SENSITIVITY)
GOOD
EARTH
GROUND
0.15μF AC-TYPE
1500Ω 10W
PLACE THIS PROBE
ON EACH EXPOSED
METAL PART

11. High voltage hold down circuit check.
    After repair of the high voltage hold down circuit, this circuit shall be checked to operate correctly.
    See item "How to check the high voltage hold down circuit".

This mark shows a fast operating fuse, the letters indicated below show the rating

A V

POWER CORD REPLACEMENT WARNING.
Connecting the white line side of power cord to "WHT" character side.

WHT

# FEATURES

- New chassis design enables use of a single board with simplified circuitry.
- Users can make fun to connect the Digital Video Disk player with the component video signal input terminal.
- Provided with miniature tuner (TV/CATV).
- Multifunctional remote control permits picture adjustment.
- Adoption of the CHANNEL GUARD function prevents the specific channels from being selected, unless the "ID number" is key in.
- $I^2C$ bus control utilizes single chip ICs.
- Adoption of the VIDEO STATUS function.
- Adoption of the ON/OFF TIMER function.
- Built-in V-CHIP system.
- With 75Ω V/U in common (F-Type) ANT Terminal.
- SLEEP TIMER for setting in real time.
- Closed-caption broadcasts can be viewed.
- Built-in MTS system.
- Built-in HYPER-SURROUND system.
- S-VIDEO input terminal for taking best advantage of Super VHS.
- Variable Audio output terminal.
- 2 LINE Digital Comb filter Improved picture quality.

AV-20D202

# CONTENTS

■ EXPLODED VIEW PARTS LIST ···························································· 30

■ EXPLODED VIEW··············································································· 31

◆ PRINTED WIRING BOARD PARTS LIST

◆ MAIN PW BOARD ASSY        [ SFD-1005A-M2 ]···························· 32

◆ POWER PW BOARD ASSY      [ SFD-9002A-M2 ]···························· 36

◆ REMOTE CONTROL UNIT PARTS LIST ·········································· 37

■ PACKING ·························································································· 38

■ PACKING PARTS LIST ········································································ 38

AV-20D202

# EXPLODED VIEW PARTS LIST

| ⚠ Ref. No. | Part No. | Part Name | Description |
|---|---|---|---|
| ⚠ | QIA90052-002(T) | PICTURE TUBE(C) | |
| ⚠ 101 | CND0002-001 | DEG. COIL | |
| ⚠ 101 | QYP0002-001 | DEG. COIL | |
| 1 | QCH0010-001 | R/V TRANS | |
| ⚠ T1532 | QCH0011-001 | R/V TRANS | |
| 3 | CZT3027-001 | CONTROL BOARD | |
| 4 | CN1079A-004-H | REMOCON | |
| | CN1094-005-H | REMOCON LENS | |
| | CN1094-005-H | JVC MARK | |
| 5 | A4B8521-6-1w | SPRING | (+2)SP01.07 |
| 6 | DNS0920-003 | SPRING WIRE | |
| 7 | A4B8521-6-1w | SPEAKER | |
| 8 | E14C1313-002A | F. MAGNET | (+4) |
| 9 | E14C1313-064G | NECK ASSY | |
| 10 | QMS0088-003 | YOKE COVER | |
| | QMS0088-003-25 | PURLE CLAMP | |
| 13 | QYS8SFG40162 | TAPPING SCREW | (+3) |
| 14 | QYP8SFS10162 | TAPPING SCREW | (+4) |
| 100 | QCD1023-003A-A | FRAME CABLE | |
| 101 | QCD1024-002A-A | DOOR CABT.ASSY | Ref.No.101 |



# EXPLODED VIEW

(L01)

(CY01)

POWER PWB

MAIN PWB

(T1532)

CRT SOCKET PWB

(W01)

(W01)

No.51789

No.51789

AV-20D202

30

31

EXHIBIT
12



PENGAD 800-631-6989

DEPOSITION
EXHIBIT 11-2-15
#12
John

EXHIBIT
13A





PENGAD 800-631-6989

DEPOSITION
EXHIBIT
# 13  11-2-15

# EXHIBIT
# 13B

**Panasonic®**
COLOR TV

⚠ WARNING

Model No.
No. de modèle **CT-25G7F**

Chassis No.
No. de châssis **FP361**

Serial No.
No. de série **LA22910569**

Power Rating
Alimentation **120V~ 60 HZ**

Max. Amps
Intensité
max. (A) **1.8**

Manufactured
Fabrication
QAM **OCTOBER 2002**

ASSEMBLED IN MEXICO
ASSEMBLE AU MEXICO

# EXHIBIT
# 14

# Panasonic®

## Color Television
## Operating Instructions



CT-2017
CT-25G7
CT-25G7U

CT-G2132
CT-G2132L
CT-G2172
CT-G2172L

CT-G2972
CT-G2972L
CT-G3352
CT-G3352X

For assistance, please call: 1-800-211-PANA (7262) or
send e-mail to: consumerproducts@panasonic.com (USA only)

TQB2AA0370
PRINTED IN USA

10412

⚠ WARNING
RISK OF ELECTRIC SHOCK
DO NOT OPEN

WARNING: To reduce the risk of electric shock do not remove cover or back.
No user-serviceable parts inside. Refer servicing to qualified service personnel.

The lightning flash with arrow
head within a triangle is
intended to tell the user that
parts inside the product are a
risk of electric shock to
persons.

The exclamation point within a
triangle is intended to tell the
user that important operating
and servicing instructions are
in the papers with the
appliance.

WARNING: TO REDUCE THE RISK OF FIRE OR ELECTRIC SHOCK, DO
NOT EXPOSE THIS APPARATUS TO RAIN OR MOISTURE.

☐ The double insulation symbol (a square within a square) is
intended to alert qualified service personnel to use only
identical replacement parts in this apparatus.

FCC CAUTION: ANY CHANGES OR MODIFICATIONS TO THIS TV
RECEIVER NOT EXPRESSLY APPROVED BY
MATSUSHITA ELECTRIC CORPORATION OF AMERICA
COULD CAUSE HARMFUL INTERFERENCE, WHICH
WOULD VOID THE USER'S AUTHORITY TO OPERATE
THIS EQUIPMENT.

ENVIRONMENTAL NOTICE: THIS PRODUCT UTILIZES BOTH A CATHODE RAY TUBE (CRT) AND
OTHER COMPONENTS THAT CONTAIN LEAD. DISPOSAL OF THESE
MATERIALS MAY BE REGULATED IN YOUR COMMUNITY DUE TO
ENVIRONMENTAL CONSIDERATIONS. FOR DISPOSAL OR RECYCLING
INFORMATION PLEASE CONTACT YOUR LOCAL AUTHORITIES, OR THE
ELECTRONICS INDUSTRIES ALLIANCE: <HTTP://WWW.EIAE.ORG.>



DEPOSITION
EXHIBIT 11-2-5
#14
St. John

PENGAD 800-631-6989