# EXHIBIT 3

ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice*)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| | **DECLARATION OF ATTORNEY ANDREA VALDEZ IN SUPPORT OF DOUGLAS W. ST. JOHN'S REPLY IN SUPPORT OF HIS OBJECTION** |
| This Document Relates To: All Indirect Purchaser Actions | Judge: Hon. Jon S. Tigar |
| | Special Master: Hon. Martin Quinn |

I, Andrea Valdez, declare and state as follows:

1. I am an attorney duly licensed in the State of California. I represent Douglas W. St. John, a resident of the State of Mississippi, in connection with the above-captioned matter.

2. I make this declaration in support of Objector Douglas W. St. John's Reply in Support of His Objection.

3. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would testify truthfully as follows:

4. I earned a B.A. from California State Polytechnic University – Pomona in 2001.

5. I earned a J.D. from Columbia Law School in 2005.

6. I practiced law as an associate at Fulbright & Jaworski LLP from October 2005 until June 2012.

7. From June 2012 until July 2015, I lived abroad and was not active in the practice of law. I returned to private practice in September 2015.

8. I have never previously served as counsel in connection with a class action objection.

9. I have never filed a class action objection on my own behalf.

10. Further declarant sayeth not.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Pasadena, California this 9th day of December, 2015

/s/ Andrea Valdez

_____

ANDREA VALDEZ

DECLARATION OF ATTORNEY ANDREA VALDEZ
Master File No. 3:07-cv-5944 JST (MDL No. 1917)
1