**Robert J. Bonsignore, Esq.**
**BONSIGNORE TRIAL LAWYERS, PLLC**
**3771 Meadowcrest Drive**
**Las Vegas, NV 89121**
**Phone: 781-856-7650**
**Facsimile: 702-852-5726**
**Email: rbonsignore@classactions.us**

*Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br><br> This Document Relates to: <br><br> All Indirect Purchaser Actions | Case No. 3:07-cv-5944 <br> MDL No. 1917 <br><br> **CLASS ACTION** <br><br> **AFFIDAVIT OF ROBERT J. BONSIGNORE IN SUPPORT OF OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND OTHER EXPENSES AND AWARDS AND REQUEST FOR DE NOVO ORDER** <br><br> Judge: Honorable <br> Courtroom One, 17th Floor |

I, Robert J. Bonsignore, declare as follows:

1. I am an attorney licensed to practice before the courts of New Hampshire and Massachusetts, as well as federal courts throughout the country. I am a partner in the law firm BONSIGNORE TRIAL LAWYERS, PLLC and have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of my firm's Objection to Special Master's Report and Recommendation on Final Approval of Class Action Settlement and Award of Attorneys' Fees and Other Expenses and Awards and Request for De Novo Order.

2. Except as to those matters stated upon information and belief or that are otherwise obvious in context or by choice of words, I have personal knowledge of the facts contained herein. As to those matters stated on information and belief, I believe them to be true and accurate.

3. The opinions that I offer are made to a reasonable degree of professional certainty and based upon my training, education and experience, my review of all related records, including exchanges with Lead Counsel, the pleadings placed on file in MDL 1917, emails exchanged, my own personal experiences in MDL 1917, my historic personal experience as an active member of the national Plaintiff's Anti Trust and consumer protection bars, my involvement in other nationally coordinated litigation as Plaintiff's counsel, my discussions and experiences with dozens of Plaintiff's counsel nationwide and more generally, the firms and many absent class members involved here.

4. As clearly stated during hearing and supported by contemporaneously created emails that were kept in the ordinary course of business Lead Counsel Alioto made a number of false and misleading assertions concerning facts critical to this Court's De Novo review. I do not believe any of his related assertions, even if assumed to be true, would tend to make the existence of any fact of consequence to the determination of the matters of law brought before the Court by the excluded Plaintiffs more probable, however if not addressed they may be accepted as true.

5. I am, therefore, in an abundance of caution offering this declaration pursuant to

1

FRE 401 in further response.

6. There are changes in the emails and fee agreement we previously submitted and those attached here. Previously I instructed my staff to redact segments of the retention Agreement and related email chain that we believe are privileged by virtue of attorney and client communication. To eliminate a concern of the Special Master's, I have instructed my staff to instead "black out" the attorney/client privileged communication sections with a black marker and keep the documents length intact. The submissions are identical except for that distinction. We remain willing to submit the complete copy of the fee agreement *in camera* upon request.

7. My firm is counsel of record in this case, and represents named plaintiff(s) Gloria Comeaux, Jeff Speaect, Rosemary Ciccone, Anthony Gianasca, Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., and Jeff Craig. Each of the documents attached to this declaration are kept in the ordinary course of business:

8. Attachment 1 – Hilsee Group Website;

9. Attachment 2 – Federal Judicial Center Judge's Class Action Notice and Claims Process Checklist and Plain Language Guide;

10. Attachment 3 – Rust Report of Erroneous Notice and Claims Reporting;

11. Attachment 4 - Anthony Gianasca's Retention Agreement with Redactions;

1. Attachment 5 – Declaration of Josh Mansfield Re: Archive Emails pulled records pursuant to the request of Mr. Bonsignore:

  a. Exhibit 1 – Email from Ms. Carolyn Jorgenson dated March 2, 2012 relating to CRT TV Model;

  b. Exhibit 2 – Email from Robert Bonsignore to MDL 1917 Lead Counsel Mario Alioto dated March 1, 2012 advising him he was missing Class Representatives including New Hampshire;

  c. Exhibit 3 – Email to Ms. Carolyn Jorgenson from Robert Bonsignore copying MDL 1917 Lead Counsel Mario Alioto dated March 5, 2012.

  d. Exhibit 4 – Email from Ms. Carolyn Jorgenson dated March 6, 2012 with attached

Fee Agreement; and

  e. Exhibit 5 – Email from Robert Bonsignore to MDL 1917 Lead Mario Alioto dated March 6, 2012 with attached first Putative Missouri Class Representative David Perriman's name, address and phone; David Perriman's CRT TV purchase history and photographs of multiple Perriman TV's and TV identification numbers; a first draft Confirmation of Purchase Affidavit; and finally – Perriman's local counsels contact information.

  12. Attachment 6 – Emails between Lead Counsel Alioto and myself dated March 1, 2012 red – flagging Repealer states including New Hampshire appear to be missing;

  13. Attachment 7 – Email to Lead Counsel Alioto dated November 9, 2015 and photos of a Gianasca television

  14. Attachment 8- Transcript of January 5, 2016 Hearing; and

  15. Attachment 9 – Selections from Anthony Gianasca's Deposition Transcript.

  16. Attachment 10 - Bonsignore, PLLC Curriculum Vitae.

  I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of February 2016, in Las Vegas, Nevada.

            */s/ Robert J. Bonsignore*
            Robert J. Bonsignore, Esq.

# CERTIFICATE OF SERVICE

I, Robert J. Bonsignore, hereby certify that on this 26th day of February, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore