# ATTACHMENT 5

Robert J. Bonsignore, Esq.
**BONSIGNORE TRIAL LAWYERS, PLLC**
**3771 Meadowcrest Drive**
**Las Vegas, NV 89121**
**Phone: 781-856-7650**
**Email: rbonsignore@class-actions.us**

*Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: | **DECLARATION OF JOSH MANSFIELD RE: ARCHIVE EMAILS** |
| All Indirect Purchaser Actions | |

1    I, Josh Mansfield, declare as follows:

2        1.      I am the owner of Freedom IT and have personal knowledge of the facts stated in

3    this declaration and, if called as a witness, I could and would testify competently to them.  I make

4    this declaration in support of Bonsignore Trial Lawyers PLLC Objection to Special Master's

5    Report and Recommendation on Final Approval of Class Action Settlement and Award of

6    Attorneys' Fees and Other Expenses and Awards and Request for Denovo Order.

7        2.      Bonsignore Trial Lawyers, PLLC ("BTL") requested Freedom IT to pull emails

8    from their business record archives, including complete strings. I personally set up BTL's email

9    archive system. At the time I did so, their complete records were mechanically transferred to the

10   archives "as is" per their instruction.

11       3.      Since that time I have maintained those email records and they remain as they were

12   on the date of transfer.

13       4.      The date on each email I produced is the date of its the original creation and the

14   data representing who the email was sent from and who the recipient was is correct and intact and

15   appears as it did on the date is was generated by the email system.

16       5.      I pulled the following records pursuant to the request of Mr. Bonsignore:

17       a.      Exhibit 1 – Email from Ms. Carolyn Jorgenson dated March 2, 2012 relating to

18   CRT TV Model;

19       b.      Exhibit 2 – Email from Robert Bonsignore to MDL 1917 Lead Counsel Mario

20   Alioto dated March 1, 2012 advising him he was missing Class Representatives including New

21   Hampshire;

22       c.      Exhibit 3 – Email to Ms. Carolyn Jorgenson from Robert Bonsignore copying MDL

23   1917 Lead Counsel Mario Alioto dated March 5, 2012.

24       d.      Exhibit 4 – Email from Ms. Carolyn Jorgenson dated March 6, 2012 with attached

25   Fee Agreement; and

26       e.      Exhibit 5 – Email from Robert Bonsignore to MDL 1917 Lead Mario Alioto dated

27   March 6, 2012 with attached first Putative Missouri Class Representative David Perriman's name,

28   address and phone; David Perriman's CRT TV purchase history and photographs of multiple

1    Perriman TV's and TV identification numbers; a first draft Confirmation of Purchase Affidavit;

2    and finally – Parriman's local counsels contact information.

3          I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th

4    day of February 12, 2016, Wells, Maine.

5

6

7                                                          Josh Mansfield

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



Robert Bonsignore <rbonsignore@class-actions.us>

# Fwd: TV
1 message

---

**Archive User** <archive@class-actions.us>                     Thu, Feb 11, 2016 at 12:55 PM
To: Lisa Sleboda <lsleboda@class-actions.us>, Robert Bonsignore <rbonsignore@class-actions.us>

---------- Forwarded message ----------
From: **Carolyn Jorgensen** <cjorgensen@class-actions.us>
Date: Fri, Mar 2, 2012 at 1:33 PM
Subject: TV
To: Robert Bonsignore <rbonsignore@class-actions.us>

TV is a Sanyo

July 1995
serial # V5290486805519

What a MONSTER!  I do not believe I have the manual...


~ Carolyn

# EXHIBIT 2



Robert Bonsignore <rbonsignore@class-actions.us>

# Fwd:
1 message

---

**Archive User** <archive@class-actions.us>                                    Thu, Feb 11, 2016 at 12:59 PM
To: Lisa Sleboda <lsleboda@class-actions.us>, Robert Bonsignore <rbonsignore@class-actions.us>

---

---------- Forwarded message ----------
From: **Robert Bonsignore** <rbonsignore@class-actions.us>
Date: Thu, Mar 1, 2012 at 9:39 PM
Subject: Re:
To: "Mario N. Alioto" <malioto@tatp.com>
Cc: "<rbonsignore@classactions.us>" <rbonsignore@classactions.us>

This is the first I've been advised of the need for anything. No requests were ever sent to me. I think you are missing states such as New Hampshire.

Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, NH 03220
(781) 856 7650 (cell)
Sent from my iPhone

On Mar 1, 2012, at 9:03 PM, "Mario N. Alioto" <malioto@tatp.com> wrote:

> Attached is the chart summarizing the responses to the questionnaire sent out to class reps in August
> 2008 which I referred to in our call today.
>
>
> Mario N. Alioto, Esq.
>
> TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
>
> 2280 Union Street
>
> San Francisco, CA 94123
>
> Telephone:415 447-1650
>
> Facsimile:415 346-0679
>
>
> This message is sent by a law firm and may contain information that is privileged or
> confidential. If you received this transmission in error, please notify the sender by e-mail and

delete the message and any attachments.

<CRT--Analysis of Indirect Purchaser States & Class Reps.doc>

# EXHIBIT 3



**From:** **Robert Bonsignore** rbonsignore@class-actions.us
**Subject:** CRT TV
**Date:** March 5, 2012 at 5:30 PM
**To:** Carolyn Jorgensen cjorgensen@class-actions.us
**Cc:** Alioto Mario malioto@tatp.com
**Bcc:** Robert Bonsignore rbonsignore@class-actions.us

Ok do you remember where you bought it and how much you paid?
Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, New Hampshire 03220
781 856 7650 CELL

rbonsignore@class-actions.us

On Mar 2, 2012, at 1:33 PM, Carolyn Jorgensen wrote:

TV is a Sanyo

July 1995
serial # V5290486805519

What a MONSTER!  I do not believe I have the manual...

~ Carolyn

# EXHIBIT 4

Robert Bonsignore Trial Lawyer Gmail - Fwd: CRT TV                                                        2/12/16, 12:11 PM



Robert Bonsignore <rbonsignore@class-actions.us>

---

## Fwd: CRT TV

---

**Archive User** <archive@class-actions.us>                         Thu, Feb 11, 2016 at 12:56 PM
To: Lisa Sleboda <lsleboda@class-actions.us>, Robert Bonsignore <rbonsignore@class-actions.us>, josh@freedom-it.biz

---

---------- Forwarded message ----------
From: **Carolyn Jorgensen** <cjorgensen@class-actions.us>
Date: Tue, Mar 6, 2012 at 11:12 AM
Subject: Re: CRT TV
To: Robert Bonsignore <rbonsignore@class-actions.us>
Cc: Gray Echavarria <gechavarria@class-actions.us>


Attached are the signed papers.  I could not tell if all three pages were being sent together, so I sent each page separately.

Hope you are having a great day!

~ Carolyn

---

> **From:** Robert Bonsignore [mailto:rbonsignore@class-actions.us]
> **To:** Carolyn Jorgensen [mailto:cjorgensen@class-actions.us]
> **Sent:** Mon, 05 Mar 2012 19:43:16 -0500
> **Subject:** Re: CRT TV
>
> Yes send it.
> Robert J. Bonsignore
> Trial Lawyer
> Bonsignore and Brewer
> 193 Plummer Hill Road
> Belmont, New Hampshire 03220
> 781 856 7650 CELL
> rbonsignore@class-actions.us
>
>
>
>
> On Mar 5, 2012, at 6:53 PM, Carolyn Jorgensen wrote:
>
>> **I believe I purchased it from Service Merchandise, and it cost about $**649 (I think).
>>
>> I will scan the paper work tomorrow if you still want it.

---

~ Carolyn

---

**From:** Robert Bonsignore [mailto:rbonsignore@class-actions.us]
**To:** Carolyn Jorgensen [mailto:cjorgensen@class-actions.us]
**Cc:** Alioto Mario [mailto:malioto@tatp.com]
**Sent:** Mon, 05 Mar 2012 17:30:46 -0500
**Subject:** CRT TV

Ok do you remember where you bought it and how much you paid?
Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, New Hampshire 03220
781 856 7650 CELL
rbonsignore@class-actions.us

On Mar 2, 2012, at 1:33 PM, Carolyn Jorgensen wrote:

TV is a Sanyo

July 1995
serial # V5290486805519

What a MONSTER!  I do not believe I have the manual...

~ Carolyn

---

**3 attachments**



**Carolyn Jorgensen MDL No. 1917 pg 1.jpg**
409K

**Carolyn Jorgensen MDL No. 1917 pg 2.jpg**
352K

**Carolyn Jorgensen MDL No. 1917 pg 3.jpg**
397K

ATTORNEY REPRESENTATION AGREEMENT

RE:

**Case Name:**  MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

**Case Number:** 3:07-cv-05944-SC

**Filer:** Indirect Purchaser Plaintiffs

I, *CAROLYN JORGENSEN* ("CLIENT") retain the law firms of and Robert Bonsignore of BONSIGNORE & BREWER (hereinafter "ATTORNEYS"), to be my attorney in connection with the above-referenced action.

1.

2.

3.

4.

1

Attorney Representation Agreement

5.

6.

7.   ATTORNEYS shall have the right to associate other attorneys at no additional expense to CLIENT.

DATED: _3/6/2012_.

_____
CLIENT SIGNATURE

_75 Franklin St_
MAILING ADDRESS

_Laconia N.H 03246_
CITY          STATE      ZIP

_(603) 527-0009_
HOME TELEPHONE (Include Area Code)

_(603) 630-0232_
WORK TELEPHONE (Include Area Code)

ACCEPTED BY ATTORNEYS:

BONSIGNORE & BREWER/

By: _____

2
Attorney Representation Agreement

## Duties of Class Representatives

1.

2.

3.

4.

5.

6.

7.

8.

I have reviewed and acknowledge my duties as a class representative in the _____
proceedings.

Dated: _3/10/2012_         Signature

C:\Client files\Class Actions\CLASSACTIONFEEAGREEMENT.doc

3
Attorney Representation Agreement

# EXHIBIT 5



Robert Bonsignore <rbonsignore@class-actions.us>

# Fwd: David Perriman TV Purchase History

**Archive User** <archive@class-actions.us>                                                    Thu, Feb 11, 2016 at 12:58 PM
To: Lisa Sleboda <lsleboda@class-actions.us>, Robert Bonsignore <rbonsignore@class-actions.us>

---------- Forwarded message ----------
From: **Robert Bonsignore boundary=Apple-Mail-062139C1-C3D5-4A73-84CD-D78B0D0764EC**
<rbonsignore@class-actions.us>
Date: Tue, Mar 6, 2012 at 9:49 PM
Subject: Fwd: David Perriman TV Purchase History
To: Mario Alioto <malioto@tatp.com>

Robert J. Bonsignore
Trial Lawyer
Bonsignore and Brewer
193 Plummer Hill Road
Belmont, NH 03220
(781) 856 7650 (cell)
Sent from my iPhone

Begin forwarded message:

> **From:** Office <deryl@dedwardslaw.com>
> **Date:** March 6, 2012 9:44:26 PM EST
> **To:** Robert Bonsignore <rbonsignore@class-actions.us>
> **Subject: Fwd: David Perriman TV Purchase History**

Sent from my iPhone

Begin forwarded message:

> **From:** <office@dedwardslaw.com>
> **Date:** March 6, 2012 6:21:14 PM CST
> **To:** "Karl Dickhaus" <karl@faxlaw.com>, "Office" <deryl@dedwardslaw.com>
> **Subject: David Perriman TV Purchase History**

David Perriman
27300 Maple Road
Carl Junction, MO 64834
Telephone: 417-365-3652

Sarah Goolsby

Secretary for Deryl Edwards, Jr.

606 S. Pearl

Joplin, MO 64801

(417) 624-1962

Fax: (417) 624-1965

deryl@dedwardslaw.com

---

📄 **Perriman TV Purchase 3-6-2012.pdf**
1307K

# TV PURCHASE HISTORY

I David Perriman here by state that in the year 1999 around the first quarter, after I had received my income tax return, went with my wife to Wal-Mart in Joplin Missouri and purchased two Magnavox TV sets. Cost of said TV sets at the time of purchase was somewhere in the range of $700.00.

Name_____

Date_____

Witness_____









**CAUTION**
RISK OF ELECTRIC SHOCK
DO NOT OPEN

**WARNING:** TO REDUCE THE RISK OF FIRE OR ELECTRIC SHOCK, DO NOT EXPOSE THIS EQUIPMENT TO RAIN OR MOISTURE. NO APPLICATIONS.

AVERTISSEMENT: RISQUE DE CHOC ELECTRIQUE NE PAS OUVRIR.

**PRECAUCIÓN:** RIESGO DE CHOQUE ELECTRICO-NO ABRIR.

MAGNAVOX

MODEL MWC13D6
AC 120V 60Hz 70W

Distributed by FUNAI CORPORATION 201 Route 17 North Suite No. 903 Rutherford NJ 07070
COMPLIES WITH DHHS RADIATION PERFORMANCE STANDARDS 21 CFR SUBPART J

T8202LLC

HELP FOR SETUP
OR OPERATING
**1-800-605-8610**

SERIAL No. Y4362682B2  MODEL No. MWC13D6  X7MC
MANUFACTURED : NOVEMBER 2006

c UL us LISTED
Television
Equipment
9VA6

E175-16   MADE IN CHINA



WHEN ORDERING PARTS SHOW MODEL NO.
PHILIPS CONSUMER ELECTRONICS COMPANY
KNOXVILLE, TENNESSEE 37914

25TR15 C122
MODEL NUMBER

1672J332
SERIAL NUMBER

ASSEMBLED IN
MEXICO

1.50 AMPS
60HZ
120V
TX FCC ID:

This device complies with Part 15 of the FCC Rules.
Operation is subject to the following two conditions:
(1) This device may not cause harmful interference, and
(2) this device must accept any interference received,
including interference that may cause undesired operation.

DATE CODE

14.19.02521
MANUFACTURED JANUARY 1999

CHASSIS
MODEL NO.

25B800-7562

TV RECEIVER
LISTED 2H7H
E108839

