Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **INDIRECT PURCHASER PLAINTIFFS' OBJECTION AND MOTION TO STRIKE REPLY OF OBJECTOR ST. JOHN, ECF. NO. 4415**<br><br>Hearing Date: None<br>Time: None<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor<br>Special Master: Martin Quinn, JAMS |

1    Indirect Purchaser Plaintiffs ("IPPs") object to the Reply of Objector Douglas W. St. John in Support of Objection to Report and Recommendation Re: Outstanding Motions, ECF No. 4415 ("Reply"). The Order Appointing Special Master (ECF No. 4077) provides for Objections to the Special Master's Orders and Responses to those Objections.  It does not provide for Replies.  Mr. St. John has not sought permission to file a Reply.  His Reply should therefore be stricken.

All of the matters raised by Mr. St. John will be before the Court shortly (on a full record) when the Court reviews the Special Master's Report and Recommendation regarding IPPs' motion for attorneys' fees.  IPPs believe it will be more efficient to review Mr. St. John's objection once, on a full record, rather than review it twice (once on Mr. St. John's objection, and once on the full record).

However, if the Court is inclined to review Mr. St. John's Objection separately, it should strike his Reply.

Dated:  February 27, 2016                         Respectfully submitted,

                                        */s/ Mario N. Alioto*

                                        Mario N. Alioto (56433)
                                        malioto@tatp.com
                                        Joseph M. Patane (72202)
                                        jpatane@tatp.com
                                        Lauren C. Capurro (241151)
                                        laurenrussell@tatp.com
                                        TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                        2280 Union Street
                                        San Francisco, CA 94123
                                        Telephone: 415-563-7200
                                        Facsimile: 415-346-0679

                                        *Lead Counsel for Indirect Purchaser Plaintiffs*