Law Offices
# COOPER & KIRKHAM, P.C.
357 Tehama Street, second floor
San Francisco, California 94103
(415) 788-3030
Fax (415) 882-7040

WRITER'S DIRECT CONTACT
(415) 788-3030 ext. 305
jdb@coopkirk.com

February 29, 2016

**VIA ECF and HAND DELIVERY**

The Honorable Jon S. Tigar
United State District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA 94102-3489

    Re:   *In re: Cathode Ray Tube (CRT) Antitrust Litig.,* MDL No. 1917, Master File No. 3:07-cv-5944 JST

Dear Judge Tigar:

    Enclosed please find courtesy copies of: (A) "Objections to Report and Recommendation of Special Master re Motions (1) To Approve Indirect Purchaser Plaintiffs' Settlements and (2) For Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives" (ECF No. 4437); and (B) Request for Judicial Notice and accompanying Declaration of John D. Bogdanov (ECF Nos. 4438, 4438-1).  There are references in the text of the Objection (ECF No. 4437) to materials attached to a Declaration and Request for Judicial Notice originally filed in support of the longer version of the undersigneds' Objection (ECF No. 4402) that was stricken pursuant to Your Honor's Order (ECF No. 4430).  Since that Order did not strike the materials filed supporting the original Objection (ECF Nos. 4402-1, 4403 and 4403-1), we did not want to burden the Court by refiling them.  Please have your clerk let us know if you would like us to forward another copy of these previously submitted documents.

    Sincerely,

    /s/ Josef D. Cooper
    Josef D. Cooper

JDC/sel
Enclosures

Cc (w/o enclosures):  Francis O. Scarpulla (via email)
                      All Counsel (via ECF)