UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-JST |
| This Document Relates to:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.,* Case No. 14-cv-02058-JST | **CORRECTED CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 4416 |

Pursuant to the Final Judgment of Dismissal with Prejudice as to Defendants Thomson SA (now known as Technicolor SA) and Thomson Consumer Electronics, Inc. (now known as Technicolor USA, Inc.) (Dkt. No. 4416) signed February 22, 2016, Judgment is hereby entered in favor of DEFENDANTS and against PLAINTIFFS.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 1, 2016

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By: _____
                                                William Noble, Deputy Clerk to the
                                                Honorable JON S. TIGAR

United States District Court
Northern District of California