UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-JST |
| This Document Relates to:<br>*Crago, d/b/a Dash Computers, Inc., et al., v. Mitsubishi Electric Corporation, et al.,* Case No. 14-cv-02058-JST | **CORRECTED CLERK'S JUDGMENT**<br>Re: Dkt. No. 4417 |

Pursuant to the Final Judgment of Dismissal with Prejudice as to Defendant Technologies Displays Americas LLC (formerly known as Thomson Displays Americas LLC) ("TDA") (Dkt. No. 4417) signed February 22, 2016, Judgment is hereby entered in favor of DEFENDANT and against PLAINTIFFS.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 1, 2016

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR