1  Mario N. Alioto (56433)
   Joseph M. Patane (72202)
2  Lauren C. Capurro (241151)
   TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
3  2280 Union Street
   San Francisco, CA 94123
4  Telephone: 415-563-7200
   Facsimile: 415- 346-0679
5  Email: malioto@tatp.com
   jpatane@tatp.com
6  laurenrussell@tatp.com

7  *Lead Counsel for the*
   *Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: All Indirect Purchaser Actions | **INDIRECT PURCHASER PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO OBJECTIONS TO JANUARY 28, 2016 REPORT AND RECOMMENDATION OF SPECIAL MASTER** |
| | Hearing Date: March 15, 2016
Time: 2:00 p.m.
Judge: Honorable Jon S. Tigar
Court: Courtroom 9, 19th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 201 of the Federal Rules of Civil Procedure, Indirect Purchaser Plaintiffs ("IPPs") request that the Court take judicial notice of the following document, filed in *The State of California v. Philips Electronics North America Corp.,* Case No. A140908.  A true and correct copy of this document is attached as Exhibit A to the Declaration of Lauren C. Capurro in Support of Request for Judicial Notice filed herewith.

<u>Exhibit A</u>. July 9, 2014 Order of the California Court of Appeal, First Appellate District, Division Five, in *State of California v. Philips Electronics North America Corp.,* Case No. A140908.

This Court may properly take judicial notice of this document pursuant to Federal Rule of Evidence 201.  *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of briefs in a related action); *Saratoga Fund Holdings, LLC v. Walker,* No. 14-CV-04629-JST, 2014 WL 6969260, at *1 n.1 (N.D. Cal. Dec. 8, 2014) ("a court 'may take judicial notice of court filings and other matters of public record.'") (quoting *Pasta Bella*); *Anderson v. American Airlines, Inc.,* No. 08-04195-WHA, 2011 WL 855820, at *3 (N.D. Cal. Mar. 9, 2011) (taking judicial notice of two orders).

This request is based upon this submission, the accompanying Declaration of Lauren C. Capurro, the pleadings and papers on file in this action, and such argument as this Court may allow.

Dated:  March 2, 2016                                       Respectfully submitted,

                                                          /s/ Mario N. Alioto
                                                         Mario N. Alioto (56433)
                                                         malioto@tatp.com
                                                         Joseph M. Patane (72202)
                                                         jpatane@tatp.com
                                                         Lauren C. Capurro (241151)
                                                         laurenrussell@tatp.com
                                                         TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                                                         2280 Union Street
                                                         San Francisco, CA 94123
                                                         Telephone: 415-563-7200
                                                         Facsimile: 415-346-0679

                                                         ***Lead Counsel for Indirect Purchaser Plaintiffs***

1

INDIRECT PURCHASER PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO OBJECTIONS TO JANUARY 28, 2016 REPORT & RECOMMENDATION
Master File No. CV-07-5944-JST