Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST <br><br> MDL No. 1917 <br><br> **CLASS ACTION** |
| This Document Relates to: <br><br> All Indirect Purchaser Actions | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO OBJECTIONS TO JANUARY 28, 2016 REPORT AND RECOMMENDATION OF SPECIAL MASTER** <br><br> Hearing Date: March 15, 2016 <br> Time: 2:00 p.m. <br> Judge: Honorable Jon S. Tigar <br> Court: Courtroom 9, 19th Floor |

I, Lauren C. Capurro, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I submit this declaration in support of IPPs' Request for Judicial Notice in Support of Response to Objections to January 28, 2016 Report and Recommendation of Special Master. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. Attached as **Exhibit A** is a true and correct copy of a July 9, 2014 Order of the California Court of Appeal, First Appellate District, Division Five, in *The State of California v. Philips Electronics North America Corp.,* Case No. A140908.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2016, in San Francisco, California.

                                                              s/ *Lauren C. Capurro*
                                                              Lauren C. Capurro