1  KIRBY McINERNEY, LLP
   Robert J. Gralewski, Jr. (196410)
2  600 B Street, Suite 1900
   San Diego, CA  92101
3  Tel: (619) 398-4340
   bgralewski@kmllp.com
4
   *Counsel for Kerry Lee Hall, Daniel Riebow and the*
5  *Indirect Purchaser Plaintiffs*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11

| 12 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
|---|---|---|
| 13 | | MDL No. 1917 |
| 14 | | **CLASS ACTION** |
| 15 | This Document Relates to: | **DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF MOTION TO STRIKE PREVIOUSLY-EXCLUDED DOCUMENTS ATTACHED AGAIN TO THE BONSIGNORE AFFIDAVIT, DKT. NO. 4440-1** |
| 16 | All Indirect Purchaser Actions | |
| 17 | | |
| 18 | | |
| 19 | | Hearing Date:  March 15, 2016<br>Time: 2:00 p.m.<br>Courtroom: Nine, 19th Floor<br>Judge:  Honorable Jon S. Tigar |
| 20 | | |
| 21 | | |

22

23

24

25

26

27

28

1

1   I, Robert J. Gralewski, Jr., declare as follows:

2   1.   I am an attorney licensed to practice before all state and federal courts in the state of California, and I am a partner at Kirby McInerney LLP ("KM"). I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently to them. I make this declaration in support of the Indirect Purchaser Plaintiffs' Motion To Strike Previously-Excluded Documents Attached Again To The Bonsignore Affidavit, Dkt. No. 4440-1, filed concurrently herewith.

2.   Attached hereto are true and correct copies of the following documents:

- Exhibit A: Relevant portions of the Declaration of Robert J. Bonsignore In Support Of Joinder And Reply Of Objection [sic] To Proposed Class Action Settlement And Motion For Attorneys' Fees and attachments, e-filed on the JAMS Case Anywhere system on December 15, 2015;
- Exhibit B: Declaration of Robert J. Bonsignore In Support Of Request To Submit Supplemental Evidence Rebutting New Argument Raised By Lead Counsel Alioto During Hearing and attachments, e-filed on the JAMS Case Anywhere system on January 7, 2016; and
- Exhibit C: Relevant portions of the October 29, 2015 Mina Ashkannejhad deposition transcript.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of March 2016.

*/s/ Robert J. Gralewski, Jr.*   ___
ROBERT J. GRALEWSKI, JR.

DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE PREVIOUSLY-EXCLUDED DOCUMENTS ATTACHED AGAIN TO THE BONSIGNORE AFFIDAVIT, DKT. NO. 4440-1 - Master File No. CV-07-5944-SC