# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   IN RE: CATHODE RAY TUBE (CRT)  ) Case No. 3:07-cv-5944
     ANTITRUST LITIGATION,          ) MDL No. 1917
 6                                  )
                                    )
 7                                  )
                                    )
 8   _____ )
 9
10
11           DEPOSITION OF MINA ASHKANNEJHAD
12   TAKEN ON BEHALF OF THE INDIRECT-PURCHASER PLAINTIFFS
13                  AT MOSCOW, IDAHO
14            OCTOBER 29, 2015, AT 10:15 a.m.
15
16
17
18
19
     REPORTED BY:
20
     PATRICIA L. PULLO, CSR
21   Notary Public
22
23
24
25
```

1        A.    Yes.

2        Q.    In the year of 2010?

3        A.    Yes.

4        Q.    And how long did you live in Joplin?

5        A.    I moved to Joplin in 2010.  My husband died

6   at the end of 2012.  And I moved at the beginning of

7   2013.

8        Q.    2013.

9              So what you learned about the CRT litigation

10  came from what your husband told you at that time?

11       A.    Yes.

12       Q.    And did you work with your husband at all?

13       A.    No.

14       Q.    Okay.  But you do have some legal background;

15  is that correct?

16       A.    A little bit, yes.

17       Q.    And could you describe that for me.

18       A.    I worked at a law firm.  That was my first

19  job out of college.  I did paralegal sort of stuff.

20  Although it was not really a litigation firm; it was a

21  settlement thing.  Just turning things over to the

22  insurance company.

23       Q.    And how long did you have that job?

24       A.    About two years.

25       Q.    And did you have any other -- did you -- were