UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER SETTING CHUNGHWA SETTLEMENT FAIRNESS HEARING AND TRIAL SETTING HEARING** |
| ALL INDIRECT PURCHASER ACTIONS | |

In view of the additional objections and responses invited by Special Master Quinn's most recent Report and Recommendation ("R&R"), ECF No. 4445 at 7-8, the Court now orders as follows:

1. The R&R contemplates that Special Master Quinn will receive a proposed form of notice and proposed justification concerning the Chunghwa settlement by March 7, 2015 and objections to the same by March 10, 2016. Id. He may then issue a supplemental R&R regarding the Chunghwa plan of allocation. Id. Any party who objects to that supplemental R&R must file an objection within seven days of its issuance. Responses to such objections are due seven days after the objections are due.

2. The deadlines for objections to the R&R approving the Chunghwa plan of allocation (as opposed to the form of notice), ECF No. 4445, as well as the responses to those objections, remain unchanged.

3. A fairness hearing regarding the plan of allocation and form of notice for the Chunghwa settlement is hereby set for April 19, 2016 at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. Counsel for the Indirect Purchaser Plaintiffs are directed to publish notice of this hearing on their CRT claims website.

4. The Court has previously suggested that a trial setting hearing would be "set for the first available date on the Court's calendar for civil law motions not fewer than two weeks following the Fairness Hearing for IPP class cases." ECF No. 4164 at 2. Instead, the Court will hold a trial setting hearing on April 19, 2016, at 2:00 p.m., immediately following the above-described fairness hearing.

IT IS SO ORDERED.

Dated: March 3, 2016

JON S. TIGAR
United States District Judge