Paul B. Justi (SBN 124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
Telephone: 925.256.7900
Facsimile: 925.256.9204
Email: pbjusti@comcast.net

Attorney for Class Member and Objector
DAN L. WILLIAMS & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates To:

All Indirect Purchaser Plaintiffs

Case No.: 3:07-cv-05944-JST

MDL No.: 1917

**DECLARATION OF PAUL B. JUSTI IN SUPPORT OF MOTION FOR LEAVE TO FILE LATE AMENDED OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS**

I, Paul B. Justi, declare as follows:

1. I am counsel of record for class member and objector Dan L. Williams & Co. I make the following declaration based on personal knowledge and if called to testify as a witness, I could and would competently testify to the matters stated herein.

2. I only became aware today, March 4, 2016, that on February 23, 2016, the Court issued an Order directing that the objections to the Special Master's Report and Recommendations be re-filed with a page limit of only 15 pages within three days. I became

aware of it when I saw a reference by the Indirect Purchaser's Plaintiffs' counsel that they were not responding to the previously-filed objections to the Special Master's Report and Recommendations because I had not re-filed the objections in accordance with the Court's February 23, 2016 Order.

3.   Upon seeing this reference by the IPP, I went back and checked my email in-box to locate the Order.  Attached hereto as Exhibit 1 is a true and correct picture of my inbox for ECF emails.  The only two email notifications I received on February 23, 2016 were for notifications for transcript orders.  Attached hereto as Exhibits 2 and 3 are the first pages of the email notifications reflected in my in-box as having been received on February 23, 2016.  None of the subsequent ECF filings of which I received notice are the Court's February 23, 2016 order either.  I did receive shortened versions of other objector's objections, but I was not aware that these were being filed pursuant to the Court's February 23, 2016 Order.

4.   I have previously encountered a problem with ECF filing in this case.  Specifically, when I file pleadings electronically, I do not get email notification of my own filings.  My secretary contacted the Clerk's Office to try to address this problem, but to no avail.  At the time, the Clerk's Office said it was likely because of the number of recipients and it would just take longer than usual.  The problem did not resolve, but only seemed to be with respect to my own filings.  However, when I discovered that I had not received notice of the Court's February 23, 2016 Order, I checked other email notifications and compared it to PACER and I noticed that there are actually several recent filings regarding which I did not receive email notification.  Attached hereto as Exhibit 4 is a true and correct printout of the most recent filings as shown on PACER, noting several filings that do not appear in my in-box.  I have also checked my spam and junk files and they do not appear there either, and also checked my deleted items to

make sure that I had not inadvertently deleted anything.  I am attempting to address this problem going forward and my secretary contacted the ECF E-Filing Help Desk, who informed my secretary that the Court's records show the email notifications I did not receive as having gone out with no "bounce back" indicating that they did not go through.  I am following up with my internet service provider to see if they can shed any light of this situation.

        5.     I apologize to the Court for any inconvenience caused by my not having received notice of the Court's February 23, 2016 Order.  Even though the objections on behalf of Dan L. Williams & Co. to the proposed settlement have previously been filed, I request that the Court grant leave to re-file the amended objections specifically to the Special Master's Report and Recommendations consistent with the page limit set forth in the Court's February 23, 2016 Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 4, 2016 at Walnut Creek, CA.

                                                          _____/s/Paul B. Justi_____
                                                             Paul B. Justi