EXHIBIT 1

Actions  Time-slips  Help

Reply | Reply to All | Forward | Send/Receive | Search address books

Search Inbox

### Inbox

| From | Subject | Received | Size | Categories |
|---|---|---|---|---|
| ECF_Support@... | System Upgrade 11/30/2015 for Revised Mandatory Official Bankruptcy Forms | Mon 11/16/2015 3:... | 12 KB | |
| ECF_Support@... | 2015 Revised Official Bankruptcy Forms Effective And Mandatory December 1, 2015 | Thu 11/12/2015 6:2... | 111 KB | |
| ECF_Support@... | MCLE program 11/12/2015 - Understanding Chapter 13 | Mon 10/19/2015 5:... | 199 KB | |
| ECF_Support@... | CM and Pay.gov are now fully operational. | Tue 10/13/2015 10:... | 7 KB | |
| ECF_Support@... | Emergency System Maintenance Today 10-13-15 at 9:45 AM | Tue 10/13/2015 9:3... | 7 KB | |
| ECF_Support@... | Services Restored to CM/ECF, LOU, PACER and VCIS | Mon 10/12/2015 1:... | 7 KB | |
| ECF_Support@... | Subject: CM/ECF System Maintenance Begins Today - 10/9/15 at 5:00PM to 10/13/15 a... | Fri 10/9/2015 8:52 ... | 8 KB | |
| ECF_Support@... | Impact of Automated Systems Upgrade October 9, 2015 Through October 13, 2015 | Fri 10/2/2015 5:49 P... | 7 KB | |
| ECF_Support@... | System Maintenance Scheduled for Thursday, August 20, 2015 (8:00 PM to 10:00 PM) | Tue 8/18/2015 12:2... | 7 KB | |
| ECF_Support@... | Routine Maintenance of Your Computer Systems | Tue 6/16/2015 5:03 ... | 8 KB | |
| ECF_Support@... | CM/ECF TRAINING unavailable May 26 through May 31, 2015 | Fri 5/15/2015 4:00 P... | 8 KB | |
| ECF_Support@... | Public Notice: Reassignment of Judge Alan M. Ahart's Bankruptcy Cases to Judge Ma... | Fri 4/3/2015 4:26 PM | 266 KB | |
| ECF_Support@... | BK Basics MCLE Program 2015 Flyer | Wed 4/1/2015 11:1... | 227 KB | |
| ECF_Support@... | Pay.gov v6.4 Release Scheduled for Deployment on Saturday, 03/28/2015 3:00PM to 9... | Fri 3/27/2015 4:45 P... | 8 KB | |
| ECF_Support@... | Public Notice 14-21 re: New and Revised Local Bankruptcy Rules Forms | Tue 12/30/2014 3:2... | 109 KB | |

From: ECF-CAND@cand.uscourts.gov (236 items, 58 unread)

| From | Subject | Received | Size |
|---|---|---|---|
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Wed 3/2/2016 11:0... | 156 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Mon 2/29/2016 4:1... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Sat 2/27/2016 1:38 ... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Fri 2/26/2016 9:04 P... | 161 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Fri 2/26/2016 9:01 P... | 158 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Fri 2/26/2016 8:19 P... | 155 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Fri 2/26/2016 8:08 P... | 153 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Fri 2/26/2016 1:14 P... | 151 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Fri 2/26/2016 12:21 ... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Wed 2/24/2016 3:2... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Tue 2/23/2016 3:03 ... | 153 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Tue 2/23/2016 12:5... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Mon 2/22/2016 4:1... | 161 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Thu 2/18/2016 11:3... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Fri 2/12/2016 11:44 ... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Fri 2/12/2016 11:38 ... | 158 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Fri 2/12/2016 4:34 P... | 154 KB |
| ECF-CAND@ca... | Activity in Case 4:15-cv-00912-JSW Jack Dudum as Trustee of the Jack and Sylvia Dud... | Fri 2/12/2016 1:49 P... | 15 KB |
| ECF-CAND@ca... | Activity in Case 4:15-cv-00912-JSW Jack Dudum as Trustee of the Jack and Sylvia Dud... | Fri 2/12/2016 9:56 ... | 17 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Wed 2/10/2016 10:... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Tue 2/9/2016 4:03 PM | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Thu 2/4/2016 12:53 ... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Thu 2/4/2016 11:02 ... | 159 KB |
| ECF-CAND@ca... | Activity in Case 4:15-cv-00912-JSW Jack Dudum as Trustee of the Jack and Sylvia Dud... | Mon 2/1/2016 8:22... | 16 KB |
| ECF-CAND@ca... | Activity in Case 4:15-cv-00912-JSW Jack Dudum as Trustee of the Jack and Sylvia Dud... | Fri 1/29/2016 1:53 P... | 16 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Thu 1/28/2016 2:30 ... | 152 KB |
| ECF-CAND@ca... | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitr... | Thu 1/28/2016 5:53 ... | 153 KB |

