EXHIBIT 3

## Paul B. Justi

| | |
|---|---|
| From: | ECF-CAND@cand.uscourts.gov |
| Sent: | Tuesday, February 23, 2016 3:01 PM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 3:07-cv-05944-JST MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation Transcript Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### California Northern District

### Notice of Electronic Filing

The following transaction was entered by Casselman, Jill on 2/23/2016 at 3:00 PM PST and filed on 2/23/2016
**Case Name:** MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation
**Case Number:** 3:07-cv-05944-JST
**Filer:** Best Buy Co., Inc.
Best Buy Enterprise Services, Inc.
Best Buy Purchasing LLC
Best Buy Stores, L.P.
Best Buy.com LLC
**Document Number:** 4425

**Docket Text:**
**TRANSCRIPT ORDER by Best Buy Co., Inc., Best Buy Enterprise Services, Inc., Best Buy Purchasing LLC, Best Buy Stores, L.P., Best Buy.com LLC for Court Reporter Rhonda Aquilina. (Casselman, Jill) (Filed on 2/23/2016)**


**3:07-cv-05944-JST Notice has been electronically mailed to:**

A. Paul Victor    pvictor@winston.com, docketny@winston.com, docketsf@winston.com

Aaron M. Sheanin    asheanin@pswlaw.com, alunzer@pswlaw.com, vglaze@pswlaw.com, yberry@pswlaw.com

Adam C. Hemlock    adam.hemlock@weil.com, adam.hemlock@weil.com, Jay.Minga@weil.com, Marihug.Cedeno@weil.com, mco.ecf@weil.com, Nicholas.Klenow@weil.com