EXHIBIT 4

**3:07-cv-05944-JST** MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation
Jon S. Tigar, presiding
Date filed: 11/26/2007
Date of last filing: 03/03/2016

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 4452 | Filed & Entered: 03/03/2016 | Order |
| 4453 | Filed & Entered: 03/03/2016 | Objection |
| 4448 | Filed & Entered: 03/02/2016 | Response ( Non Motion ) |
| 4449 | Filed & Entered: 03/02/2016 | Response |
| 4450 | Filed & Entered: 03/02/2016 | Request for Judicial Notice |
| 4451 | Filed & Entered: 03/02/2016 | Response ( Non Motion ) |
| 4446 | Filed & Entered: 03/01/2016 | Clerk's Notice |
| 4447 | Filed & Entered: 03/01/2016 | Clerk's Notice |
| 4443 | Filed & Entered: 02/29/2016 | Special Masters Order |
| 4444 | Filed & Entered: 02/29/2016 | Letter |
| 4445 | Filed & Entered: 02/29/2016 | Special Masters Order |
| 4442 | Filed & Entered: 02/27/2016 | Objection |
| 4434 | Filed & Entered: 02/26/2016 | Transcript Order |
| 4435 | Filed & Entered: 02/26/2016 | Clerk's Notice Continuing Motion Hearing |
| 4436 | Filed & Entered: 02/26/2016 | Objection |
| 4437 | Filed & Entered: 02/26/2016 | Objection |
| 4438 | Filed & Entered: 02/26/2016 | Request for Judicial Notice |
| 4439 | Filed & Entered: 02/26/2016 | Objection |
| 4440 | Filed & Entered: 02/26/2016 | Objection |
| 4441 | Filed & Entered: 02/26/2016 | Exhibits |
| 4433 | Filed & Entered: 02/25/2016 | Transcript Order |
| 4432 | Filed & Entered: 02/24/2016 | Transcript Order |
| 4418 | Filed & Entered: 02/23/2016 Terminated: 02/23/2016 | Motion for Leave to File Excess Pages |
| 4419 | Filed & Entered: 02/23/2016 | Motion Hearing |
| 4420 | Filed & Entered: 02/23/2016 | Transcript Order |
| 4421 | Filed & Entered: 02/23/2016 | Transcript Order |
| 4422 | Filed & Entered: 02/23/2016 | Transcript Order |
| 4423 | Filed & Entered: 02/23/2016 | Transcript Order |
| 4424 | Filed & Entered: 02/23/2016 | Transcript Order |