UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER TO SHOW CAUSE WHY FILINGS OF ATTORNEY GEORGE COCHRAN SHOULD NOT BE STRICKEN** |
| ALL INDIRECT PURCHASER ACTIONS | |

The Court is now in the process of considering the Report and Recommendation ("R&R") of Special Master Martin Quinn regarding the class action settlements between certain defendants and the Indirect Purchaser Plaintiffs, ECF No. 4351, as well as the objections to that R&R and the responses to those objections.

Among the objections is one filed by attorney George Cochran on behalf of objector Josie Saik. ECF No. 4384. Mr. Cochran does not appear to be a member of the bar of the Northern District of California nor, for that matter, a member of the California State Bar.

Civil Local Rule 11-1 provides, "Except as provided in Civil L.R. 11-2, 11-3, 11-9 and Fed. R. Civ. P. 45(f), an attorney must be a member of the bar of this Court to practice in this Court and in the Bankruptcy Court of this District." None of the foregoing exceptions applies here.

Accordingly, attorney George Cochran and objector Josie Saik are ORDERED TO SHOW CAUSE why the objection at ECF No. 4384, as well as Mr. Cochran's Notice of Appearance, ECF No. 4139, should not be STRICKEN from the record of this action.[1] A written response to this

---

[1] Ms. Saik appears to have filed a previous document on her own behalf, even though she may have been represented by Mr. Cochran at the time. See ECF No. 4140. It is unclear to the Court

order must be filed by March 8, 2015.  The response must not exceed five pages.  If no response is filed, the Court will strike the filings in question.

IT IS SO ORDERED.

Dated: March 7, 2016



JON S. TIGAR
United States District Judge

---

without further research what effect, if any, Local Rule 11-1 might have on this filing, or whether a filing by someone other than counsel of record was even authorized in the first place.  See Jaspar v. Khoury, No. 2:06-CV-1177 GEB KJN, 2011 WL 5118535, at *2 (E.D. Cal. Oct. 27, 2011).  Because the filing at docket number 4140 is not before the Court, it is not necessary for the Court to resolve these complexities.