UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br>ALL INDIRECT PURCHASER ACTIONS | **ORDER GRANTING LEAVE TO FILE LATE OBJECTION TO REPORT AND RECOMMENDATION** |

Objector Dan L. Williams & Co. ("Williams") has filed a motion for leave to file a late objection to the Report and Recommendation ("R&R") of Special Master Martin Quinn. ECF Nos. 4455 (motion), 4351 (R&R). Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs"), Mr. Mario N. Alioto, opposes the request. ECF No. 4457.

The request is GRANTED. The Court is satisfied that Williams never received timely notice of the need to re-file his objection, such that it would be unfair to require him to adhere to the previously-set deadline. See ECF Nos. 4430 at 2, 4455 at 2-3. Furthermore, there will be no prejudice to Lead Counsel from the late filing, because all of Williams' objections have already been made by other objectors. If Lead Counsel wishes to respond to Williams' objections anyway, he may do so by March 11, 2016 at noon. Any such response is limited to five pages of text.

If Lead Counsel files a response, he need not respond to the motion, contained in Williams' objection, "to intervene and for leave to conduct limited discovery, including production of all time records in searchable, electronic format; sufficient time to review and analyze those records; and then sufficient time to depose appropriate counsel; and then to prepare

///

any papers regarding the true reasonableness of the lodestar claimed." ECF No. 4455-1 at 5.  This portion of the objection does not state good cause for the relief requested.

    IT IS SO ORDERED.

Dated:  March 7, 2016

                                    JON S. TIGAR
                                 United States District Judge