Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No. 3:07-cv-5944-JST )  ) MDL No. 1917 ) |
| This Document Relates to: | ) ) ) |
| All Indirect Purchaser Actions | ) The Honorable Jon S. Tigar ) Special Master: Martin Quinn, JAMS ) ) |

**OBJECTOR SEAN HULL'S JOINDER, NOTICE OF RE-URGING OBJECTION AND OBJECTIONS TO SUPPLEMENTATION OF ATTORNEYS' FEES BY PLAINTIFFS CONTAINED IN THE ATTACHMENTS TO INDIRECT PURCHASER PLAINTIFFS' REPLY RE: MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES**

Objector Sean Hull re-urges and incorporates by reference his original objection (Docket No. 4101) and his Joinder and Notice of Re-Urging Objections in (Docket Nos. 4229, 4258, and 4394) as his objection to the supplementation of attorneys' fees contained in the attachments to Indirect Purchaser Plaintiffs' Reply Re: Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives (Docket No. 4373); specifically, Attachments: #1 Declaration Supplemental Declaration of Mario N. Alioto in Support of Indirect Purchaser Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives; #2 Declaration Supplemental Declaration of Richard M. Pearl in Support of Indirect Purchaser Plaintiffs' Reply Re: Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives, #3 Declaration Compendium of Declarations in Support of Indirect Purchaser Plaintiffs' Reply Re: Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives)(Alioto, Mario).

Objector further objects to the supplementation of attorney's fees by Plaintiffs in the attachments to their Reply as in violation of the November 12, 2015 scheduling order (Docket No. 4185), which requires opposition to objections no later than February 19, 2016. To the extent the supplementation of attorney's fees information constitutes an opposition to objections, Objector objects that such supplementation is untimely.

In addition, Objector joins in and incorporates by reference all other objections filed or submitted by any other objectors in the above-referenced matter to the supplementation of attorney's fees contained in the attachments to Indirect Purchaser Plaintiffs' Reply Re: Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives (Docket No. 4373) that are not inconsistent with Mr. Hull's objections.

Dated: March 8, 2016

Respectfully submitted,

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

*Counsel for Objector Sean Hull*

## **PROOF OF SERVICE**

I, Timothy R. Hanigan, hereby certify that on this 8th day of March 2016, I caused the foregoing to be electronically filed with the JAMS Electronic Filing ("JAMS") System, which will send a notice of electronic filing to all parties registered with the JAMS system in the above-captioned matter. I further certify that on this day, I caused the foregoing to be electronically filed using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan
