1  David P. Chiappetta, State Bar No. 172099
   **PERKINS COIE LLP**
2  505 Howard Street, Suite 1000
   San Francisco, CA 94105
3  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
4  Email:   DChiappetta@perkinscoie.com

5  David J. Burman (pro hac vice)
   Cori G. Moore (pro hac vice)
6  **PERKINS COIE LLP**
   1201 Third Avenue, Suite 4900
7  Seattle, WA  98101-3099
   Telephone:  206.359.8000
8  Facsimile:  206.359.9000
   Email:   DBurman@perkinscoie.com
9           CGMoore@perkinscoie.com

10 *Counsel for Plaintiff Costco Wholesale Corporation*

11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                             SAN FRANCISCO DIVISION

15

| 16 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-JST |
|---|---|---|
| 17 | | MDL No. 1917 |
| 18 | This Document Relates to: | **DIRECT ACTION PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| 19 | *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | The Honorable Jon S. Tigar |
| 20 | | |
| 21 | *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| 22 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| 23 | | |
| 24 | *Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05264; | |
| 25 | *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| 26 | | |
| 27 | *Sears, Roebuck & Co., et al. v. Technicolor SA, et al.*, No. 13-cv-05262; | |
| 28 | | |

| | |
|---|---|
| 1 | |
| 2 | *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; |
| 3 | *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; |
| 4 | |
| 5 | *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; |
| 6 | *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; |
| 7 | |
| 8 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; |
| 9 | *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, 6No. 11-cv-06397; |
| 10 | |
| 11 | *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; |
| 12 | *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171; |
| 13 | |
| 14 | *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; |
| 15 | |
| 16 | *P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; |
| 17 | |
| 18 | *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, 12  No. 12-cv-02649; |
| 19 | *Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668; |
| 20 | |
| 21 | *Sharp Electronics Corp. v. Hitachi Ltd.*, No. 13-cv-1173 SC; |
| 22 | *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157; |
| 23 | |
| 24 | *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 14-cv-02510 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  The undersigned Direct Action Plaintiffs respectfully submit as supplemental authority the following Order of the Western District of Washington in *Costco Wholesale Corp. v. Au Optronics Corp. et al*, No. 13-cv-01207-RAJ. A copy of the Order is attached hereto as Exhibit A.

DATED: March 8, 2016        By:  /s/ David P. Chiappetta
                                 David P. Chiappetta (State Bar No. 172099)
                                 **PERKINS COIE LLP**
                                 505 Howard Street, Suite 1000
                                 San Francisco, CA 94105
                                 Telephone: (415) 344-7000
                                 Facsimile: (415) 344-7050
                                 Email: DChiappetta@perkinscoie.com

                                 David J. Burman (*pro hac vice*)
                                 Cori G. Moore (*pro hac vice*)
                                 **PERKINS COIE LLP**
                                 1201 Third Avenue, Suite 4900
                                 Seattle, WA 98101-3099
                                 Telephone: 206.359.8000
                                 Facsimile: 206.359.9000
                                 Email: DBurman@perkinscoie.com
                                        CGMoore@perkinscoie.com

                                 *Counsel for Plaintiff Costco Wholesale Corporation*

DATED: March 8, 2016        By:  */s/ William J. Blechman*
                                 Richard Alan Arnold, Esquire
                                 William J. Blechman, Esquire
                                 Kevin J. Murray, Esquire
                                 Samuel J. Randall, Esquire
                                 **KENNY NACHWALTER, P.A.**
                                 201 S. Biscayne Boulevard, Suite 1100
                                 Miami, Florida 33131
                                 Telephone: (305) 373-1000
                                 Facsimile: (305) 372-1861
                                 E-mail: rarnold@knpa.com
                                         wblechman@knpa.com
                                         kmurray@knpa.com
                                         srandall@knpa.com

                                 *Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

-1-
PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917

| | |
|---|---|
| DATED: March 8, 2016 | By: */s/ David Martinez* |

Roman M. Silberfeld, Esquire
Bernice Conn, Esquire
David Martinez, Esquire
Jill S. Casselman, Esquire
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
E-mail:  rmsilberfeld@rkmc.com
              dmartinez@rkmc.com
              jscasselman@rkmc.com

Elliot S. Kaplan, Esquire
K. Craig Wildfang, Esquire
Laura E. Nelson, Esquire
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P**.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
E-mail:  eskaplan@rkmc.com
              kcwildfang@rkmc.com
              lenelson@rkmc.com

*Counsel For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com L.L.C., and Magnolia Hi-Fi, Inc.*

| | |
|---|---|
| DATED: March 8, 2016 | By: */s/ Jason C. Murray* |

Jason C. Murray (CA Bar No. 169806)
**CROWELL & MORING LLP**
515 South Flower Street
40th Floor
Los Angeles, CA  90071
Telephone:  (213) 443-5582
Facsimile:   (213) 622-2690
E-mail:  jmurray@crowell.com

Jerome A. Murphy (pro hac vice)
Astor H.L. Heaven (pro hac vice)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
E-mail:  jmurphy@crowell.com
              aheaven@crowell.com

*Counsel for Target Corp. and ViewSonic Corp.*

| | | |
|---|---|---|
| 1 | DATED: March 8, 2016 | By: */s/ Phil J. Iovieno* |

Philip J. Iovieno, Esquire
Anne M. Nardacci, Esquire
**BOIES, SCHILLER & FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
E-mail: piovieno@bsfllp.com
anardacci@bsfllp.com

William A. Isaacson, Esquire
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
E-mail: wisaacson@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

DATED: March 8, 2016      By:   */s/ Robert W. Turken*
Robert W. Turken, Esquire
Scott N. Wagner, Esquire
Mitchell E. Widom, Esquire
**BILZIN SUMBERG MAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
E-mail: rturken@bilzin.com
swagner@bilzin.com
mwidom@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

-3-
PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917

| | | |
|---|---|---|
| 1 | DATED: March 8, 2016 | By: */s/ Michael P. Kenny* |
| 2 | | Michael P. Kenny, Esq. (GA Bar No. 415064)<br>Debra D. Bernstein, Esq. (GA Bar No. 054998) |
| 3 | | Matthew D. Kent, Esq. (GA Bar No. 526272)<br>**ALSTON & BIRD LLP** |
| 4 | | 1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424 |
| 5 | | Telephone:  (404) 881-7000<br>Facsimile:  (404) 881-7777 |
| 6 | | Email:    mike.kenny@alston.com<br>             debra.bernstein@alston.com |
| 7 | | matthew.kent@alston.com |
| 8 | | James M. Wagstaffe, Esq. (SBN 95535) |
| 9 | | **KERR & WAGSTAFFE LLP**<br>101 Mission Street, 18th Floor |
| 10 | | San Francisco, California 94105-1576<br>Telephone:  (415) 371-8500 |
| 11 | | Facsimile:  (415) 371-0500<br>Email:  wagstaffe@kerrwagstaffe.com |
| 12 | | *Attorneys for Plaintiffs Dell Inc. and Dell Products* |

130127189.1

-4-