# ATTACHMENT 8



Robert Bonsignore <rbonsignore@class-actions.us>

---

## CRT - GIANASCA TV
1 message

---

**Robert Bonsignore** <rbonsignore@class-actions.us>                                      Mon, Nov 9, 2015 at 12:26 AM
To: Mario Alioto <malioto@tatp.com>
Bcc: rbonsignore@class-actions.us, fos@scarpullalaw.com

Robert J. Bonsignore
Bonsignore Trial Lawyers, PLLC
(781) 856 7650 cell

visit our new website at
www.classactions.us

RECEIPT OF THIS EMAIL INCLUDING ATTACHMENTS DOES NOT CREATE OR INFER LEGAL REPRESENTATION. WE
ONLY REPRESENT CLIENTS WHO HAVE EXECUTED A WRITTEN RETENTION AGREEMENT.

GENERAL NOTICE: This e-mail, including any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§
2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention,
dissemination, distribution, or copying of this communication is strictly prohibited.
Please reply to the sender that you have received the message in error, then delete it. Thank you.

NOTICE TO CLIENTS: This e-mail has been sent as a confidential communication by the law office of Bonsignore and Brewer in furtherance
of and for the purpose of facilitating the rendition of professional legal services.  If you are a client, this e-mail may be protected by the attorney-
client privilege and the work product doctrine.  Do not share this e-mail with opposing parties, opposing counsel or any other third-person or
entity. Copies of this e-mail should not be kept in your regular files.  If you print a copy of this e-mail, place it in a separate file labeled "Attorney-
Client Privilege."
DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.

Please consider the environment before you print this email.


Begin forwarded message:

**From:** Anthony <agelectricalmechanical@gmail.com>
**Subject: Crv**
**Date:** November 3, 2015 at 5:43:22 PM EST
**To:** Robert Bonsignore <rbonsignore@classactions.us>

