Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: All Indirect Purchaser Actions | **INDIRECT PURCHASER PLAINTIFFS' OBJECTION AND MOTION TO STRIKE UNTIMELY OBJECTION TO SPECIAL MASTER'S CORRECTED SUPPLEMENTAL REPORT AND RECOMMENDATION RE CHUNGHWA ALLOCATION ISSUE IN CONNECTION WITH INDIRECT PURCHASER PLAINTIFFS' SETTLEMENT [DKT. NO. 4470]** |
| | Hearing Date: April 19, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor<br>Special Master: Martin Quinn, JAMS |

1  Indirect Purchaser Plaintiffs ("IPPs") object to, and move to strike, the Objection to Special Master's Corrected Supplemental Report and Recommendation Re Chunghwa Allocation Issue in Connection with Indirect Purchaser Plaintiffs' Settlement, Dkt. No. 4470 ("Bonsignore Objection").[1]

The Special Master filed his Corrected Supplemental Report and Recommendation re Chunghwa Allocation in Connection with Indirect Purchaser Plaintiffs' Settlement ("Chunghwa R&R") on February 29, 2016.  (*See* Dkt. No. 4445.)

Pursuant to this Court's Order Regarding Limitations on Filings in Response to Reports and Recommendations by Special Master Quinn (Dkt. No. 4430), objections to the Special Master's "Report and Recommendation regarding the Chunghwa plan of distribution . . . are due within three days after issuance." (*Id.* ¶ 4.)  In addition, "[o]bjections and responses to the Chunghwa R&R are limited to five pages of text per filing entity." (*Id.*)

The Bonsignore Objection fails to comply with both of the Court's requirements for objecting to the Chunghwa R&R.  The objection was due on March 3, 2016—3 days after the Special Master issued the Chunghwa R&R—but was filed on March 8, 2016.  Five days late.  In addition, the objection is 11 pages of text—more than double the five page limit ordered by the Court.  Bonsignore did not move for leave to file a late objection, or for leave to file a brief in excess of the Court-ordered page limits.  Moreover, this is part of a pattern of late and unauthorized filings by Bonsignore. (*See, e.g.*, Dkt. Nos. 4263, 4274 and 4329.)  Accordingly, IPPs respectfully request that the Court strike the Bonsignore Objection.

//
//
//

---

[1] The objection was filed by Bonsignore Trial Lawyers, PLLC on behalf of objectors Anthony Gianasca, Gloria Comeaux, Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., Jeffrey Speaect, Rosemary Ciccone and Jeff Craig.  For ease of reference, IPPs refer to these objectors collectively as "Bonsignore."

| | | |
|---|---|---|
| 1 | Dated: March 9, 2016 | Respectfully submitted, |
| 2 | |   /s/ Mario N. Alioto |
| 3 | | Mario N. Alioto (56433) |
| | | malioto@tatp.com |
| 4 | | Joseph M. Patane (72202) |
| | | jpatane@tatp.com |
| 5 | | Lauren C. Capurro (241151) |
| | | laurenrussell@tatp.com |
| 6 | | TRUMP, ALIOTO, TRUMP & PRESCOTT LLP |
| | | 2280 Union Street |
| 7 | | San Francisco, CA 94123 |
| | | Telephone: 415-563-7200 |
| 8 | | Facsimile: 415-346-0679 |
| 9 | | *Lead Counsel for Indirect Purchaser Plaintiffs* |