Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **INDIRECT PURCHASER PLAINTIFFS' OBJECTION AND MOTION TO STRIKE OBJECTOR SEAN HULL'S JOINDER, NOTICE OF RE-URGING OBJECTION AND OBJECTIONS TO SUPPLEMENTATION OF ATTORNEYS' FEES BY PLAINTIFFS CONTAINED IN THE ATTACHMENTS TO INDIRECT PURCHASER PLAINTIFFS' REPLY: MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES [DKT. NO. 4465]**<br><br>Hearing Date: March 15, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor<br>Special Master: Martin Quinn, JAMS |

Indirect Purchaser Plaintiffs ("IPPs") object to, and move to strike, Objector Sean Hull's Joinder, Notice of Re-urging Objection and Objections to Supplementation of Attorneys' Fees by Plaintiffs Contained in the Attachments to Indirect Purchaser Plaintiffs' Reply Re: Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives, Dkt. No. 4465 ("Hull Objection").

It is not completely clear what Hull is objecting to. Regardless, what *is* clear is that all deadlines for objections to the IPP Settlements and attorney fee motion have long since passed. Objections or responses to the IPPs' Reply Re: Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives ("Fee Reply") were due on December 9, 2015.[1] (*See* Dkt. No. 4185.) Mr. Hull filed a brief a week after the deadline on December 16, 2015, but it merely "re-urged" his previously-filed objection and did not object to any of the specifics of the Fee Reply.[2] (*See* Dkt. No. 4258.) Objections to the Special Master's January 28, 2016 Report & Recommendation ("R&R) were due on February 12, 2016, but again Mr. Hull merely re-urged his original objection.[3] (*See* Dkt. No. 4394.) No additional objections or other filings regarding the IPP Settlements or the motion for attorneys' fees are allowed without leave of the Court.

Hull did not move for leave to file a late objection. Accordingly, IPPs respectfully request that the Court strike the untimely Hull Objection.

//

//

---

[1] As this Court recognized in its February 9, 2016 Order Regarding Order to Show Cause Re: Certain Recent Filings (Dkt. No. 4386), counsel filed the Fee Reply on February 4, 2016 (Dkt. No. 4373) "solely for the purpose of completing the record with regard to the Special Master's consideration of the proposed IPP class settlement." The Fee Reply was timely filed with the Special Master on November 20, 2015.

[2] Hull's counsel apparently mailed this filing to the clerk on December 8, 2015 but it did not appear on ECF until December 16, 2015. Hull did not file this brief on the JAMS Case Anywhere system, as ordered by the Court (Dkt. No. 4195) and the Special Master (Dkt. No. 4201). Thus, this filing was also improper and untimely.

[3] The November 12, 2015 scheduling order (Dkt. No. 4185) to which Hull cites was amended by Order dated January 7, 2016 (Dkt. No. 4286).

1

IPPS' OBJECTION AND MOTION TO STRIKE OBJECTOR SEAN HULL'S JOINDER, NOTICE OF RE-URGING OBJECTION AND OBJECTIONS TO SUPPLEMENTATION OF ATTORNEYS' FEES BY PLAINTIFFS [DKT NO. 4465] - Master File No. CV-07-5944-JST

1 | Dated:  March 10, 2016           Respectfully submitted,

                                           /s/ Mario N. Alioto

Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*

---

2