UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER VACATING ORDER TO SHOW CAUSE WHY FILINGS OF ATTORNEY GEROGE COCHRAN SHOULD NOT BE STRICKEN** |

On March 7, 2016, the Court ordered that attorney George Cochran show cause why the Court should not strike his filings in accordance with certain Civil Local Rules. See ECF No. 4458. That same day, Mr. Cochran responded on behalf of himself and his client, objector Josie Saik. See ECF No. 4461.

Good cause appearing, the Court hereby VACATES its order of March 7, 2016. The objections filed by attorney George Cochran will be considered. Future filings by Mr. Cochran should reflect that he has been admitted to appear in this case pro hac vice and comply with all related Civil Local Rules.

IT IS SO ORDERED.

Dated: March 10, 2016

_____
JON S. TIGAR
United States District Judge