UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER GRANTING MOTION TO STRIKE FILING BY OBJECTOR SEAN HULL** |

On January 7, 2016, the Court issued one of several scheduling orders in this case, ECF No. 4286, resetting the deadline for objections to the then-upcoming Report and Recommendation ("R&R") (now available at ECF No. 4351) to February 12, 2016 and the deadline for oppositions to February 23, 2016. ECF No. 4286 at 2. The order expressly amended the prior scheduling order, dated November 12, 2015. ECF No. 4185. On February 23, 2016, the Court struck certain objections, but allowed the stricken objections to be refiled by February 26, 2016. See ECF No. 4430 at 2. The Court also extended the deadline for any response by Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") to March 2, 2016. Id.

IPPs filed a timely response. ECF No. 4449. Objector Sean Hull then filed a reply brief without leave of court. ECF No. 4465. IPPs now ask the Court to strike objector Hull's response as untimely. ECF No. 4475.

The IPPs are correct that Objector Hull's reply is untimely. The IPPs' motion to strike is therefore GRANTED.

/ / /

/ / /

/ / /

1  IT IS SO ORDERED.

2  Dated: March 11, 2016

3  _____
4  JON S. TIGAR
   United States District Judge