Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Document Relates to:<br><br>ALL ACTIONS | **STATEMENT OF SPECIAL MASTER RE CASEANYWHERE FILINGS RE CHUNGHWA FORM OF NOTICE** |

On March 7, 2016, Lead Counsel filed on CaseAnywhere a Letter re Chunghwa Notice Plan and a Declaration of Joseph Fisher. On March 10, 2016, Messrs. Cooper and Scarpulla filed on CaseAnywhere a Letter re Chunghwa Notice Issue. The Special Master seeks the Court's direction as to whether those documents should be filed on ECF for the Court's consideration in connection with other settlement-related issues, or whether the Special Master

should file a further Report and Recommendation concerning the Chunghwa proposed form of notice.

Dated:  March 14, 2016

Martin Quinn, Special Master