UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER REGARDING STATEMENT OF SPECIAL MASTER RE CASEAWNWHERE FILINGS** |

On March 14, 2016, Special Master Martin Quinn filed a document entitled "Statement of Special Master Re Case Anywhere Filings Re Chunghwa Form of Notice." ECF No. 4483. In it, the Special Master requests direction from the Court regarding two sets of documents: a Letter Re Chunghwa Notice Plan and Declaration of Joseph Fisher, filed by Lead Counsel on March 7, 2016; and a Letter Re Chunghwa Notice Issue filed on March 10, 2016 by Messrs. Cooper and Scarpulla. He asks whether these documents should be placed on the ECF docket for this Court's consideration, or whether he should first prepare his own Report and Recommendation. Id.

The Court concludes that judicial efficiency and the limited time before the hearing on April 19, 2016 favor the Court reviewing these filings in the first instance. Therefore, the Court declines a further Report and Recommendation, VACATES the related portion of its prior order, see ECF No. 4452 at 1:18-21, and ORDERS that Special Master Quinn place the two filings onto ECF.

/ / /

/ / /

/ / /

/ / /

As the deadline for filings regarding the Chunghwa Notice Plan has now passed, no party or objector may file any additional materials on that topic without prior leave of Court.

IT IS SO ORDERED.

Dated: March 14, 2016

_____
JON S. TIGAR
United States District Judge