*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

March 7, 2016

**VIA JAMS E-FILING**

Martin Quinn, Special Master
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

**Re:**   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
          Case No. 07-cv-5944 JST, MDL 1917

Dear Special Master Quinn:

In accordance with the Special Master's Corrected Supplemental Report and Recommendation Re Chunghwa Allocation Issues in Connection with Indirect Purchaser Plaintiffs' Settlement (Dkt. No. 4445), Lead Counsel provides the following:

1. The Declaration of Joseph M. Fisher Re: Notice of Chunghwa Plan of Distribution ("Fisher Decl."), which details the proposed notice to resellers and end-user claimants in connection with the Plan of Distribution of the Chunghwa Net Settlement Fund.
2. The Detailed Notice (to be posted on the website) (Fisher Decl., Ex. A);
3. The Summary Notice (to be published and posted on the website) (*id.*, Ex. B);
4. The Reseller Claim Form (*id.,* Ex. C);
5. The Postcard Notice (to be mailed to Resellers) (*id.,* Ex. D);
6. Lists of the distribution outlets to which the English and Spanish press releases will be issued (*id.*, Exs. E & F);
7. Lists of blogs to which the Summary Notice will be submitted for publication (*id.,* Exs. G & H);
8. Notice to current end-user claimants (to be emailed or mailed to current end-user claimants) (*id.,* Ex. I).

The Fisher Declaration also provides detailed information on the costs of providing this additional notice. As set out in Paragraph 14, the cost of providing notice to resellers is estimated at $100,000. Of this amount, $33,000 is calculated to be extra cost that would not have been incurred had the reseller notice been given as part of the original notice and would be charged to IPPs' Counsel.

In addition, as set out in Paragraphs 16 and 18, there is an estimated extra cost of $10,000 for providing communications to end-user Claimants, and $5,000 for required

Special Master Quinn
March 7, 2016
Page 2 of 2

program changes to the claims administration systems. These costs would also be charged to IPPs' Counsel.

In connection with claims administration, as set out in Paragraph 19, there may be added costs in connection with "Dual Claimants," which refers to existing end-user claimants who submit a claim for additional CRT Products that they indirectly purchased for resale. These costs are unknown at this time, but would be charged to IPPs' Counsel.

Lastly, the proposed expenses to be deducted from the Chunghwa Settlement Fund have been reduced from $2,500,000 to $632,369, calculated as follows:

1. Chunghwa-specific litigation expenses: $500,000 (cost of original Chunghwa notice).
2. Chunghwa Settlement's pro rata share of total $7,634,372.50 litigation expenses (1.73385%)[1]: $132,369.

Respectfully submitted,

*/s/ Mario N. Alioto*
Mario N. Alioto

Lead Counsel for the Indirect Purchaser Plaintiffs

---

[1] This was computed by taking the Chunghwa Settlement Amount ($10 million) as a percentage of the total Settlement Amount ($576.75 million), which equals 1.73385%.