1   MARIO N. ALIOTO, ESQ. (56433)
    JOSEPH M. PATANE (72202)
2   LAUREN C. CAPURRO, ESQ. (241151)
    TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3   2280 Union Street
    San Francisco, CA  94123
4   Telephone:  (415) 563-7200
    Facsimile: (415) 346-0679
5   E-mail: malioto@tatp.com
    jpatane@tatp.com
6   laurenrussell@tatp.com

7
    *Lead Counsel for the*
8   *Indirect Purchaser Plaintiffs*

9                   **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11                    **SAN FRANCISCO DIVISION**

12

13  **IN RE: CATHODE RAY TUBE (CRT)**          )   Master File No. CV-07-5944 JST
    **ANTITRUST LITIGATION**                   )
14                                             )   MDL No. 1917
                                               )
15                                             )   **DECLARATION OF JOSEPH M. FISHER**
                                               )   **RE: NOTICE OF CHUNGHWA PLAN OF**
16                                             )   **DISTRIBUTION**
                                               )
17                                             )
    _____   )
18  **This document relates to:**              )
                                               )
19  **ALL INDIRECT PURCHASER ACTIONS**         )
                                               )
20                                             )
                                               )
21  _____   )

22

23

24

25

26

27

28
    0

1    I, Joseph M. Fisher, declare:

2    1.    <u>Identification</u>. I am the president of The Notice Company, Inc., a Massachusetts

3    corporation with offices at 94 Station Street, Hingham, MA 02043 ("The Notice Company"). The

4    Notice Company is principally engaged in the administration of class action settlements and

5    lawsuits pending in courts around the United States, including the dissemination of notice to class

6    members, administering the claims process, and distributing the proceeds of the litigation to the

7    class. I have over a decade of experience assisting attorneys with class action notices and claims

8    administration.  I am also a member in good standing of the bars of the Commonwealth of

9    Massachusetts, the District of Columbia, and the Commonwealth of Virginia. I am over 21 years

10   of age and not a party to this action.   The Notice Company is the Claims Administrator,

11   responsible for receiving and processing claims in these Settlements. I have personal knowledge

12   of the facts set forth herein and, if called as a witness, could and would testify thereto under oath.

13   2.    <u>Purpose of Declaration</u>.   I have reviewed the "Special Master's Corrected

14   Supplemental Report and Recommendation Re Chunghwa Allocation Issue in Connection with

15   Indirect Purchaser Plaintiffs' Settlement" dated February 29, 2016 (the "R&R").  To assist Lead

16   Counsel in responding to this R&R, I have prepared this Declaration which (a) presents the

17   proposed program for notifying resellers of the distribution of Chunghwa funds, including the

18   reach and completeness of these notices, (b) presents the proposed program for notifying end

19   users of the plan for distribution of Chunghwa settlement funds, and (c) identifies the extra costs

20   associated with the proposed Chunghwa notices and with the associated claims administration.

21                                          RESELLER NOTICE

22   3.    <u>Notice Program for Resellers</u>. In order to reach entities that indirectly purchased

23   CRT Products for the purpose of resale ("Resellers"), I propose a Notice Program that utilizes a

24   combination of the following:

25         a.  Direct Notice by U.S. mail, which is the primary means of notice;

26         b.  Additional Notice by email;

27         c.  Online Media;

28

1

DECLARATION OF JOSEPH M. FISHER RE: NOTICE OF CHUNGHWA PLAN OF DISTRIBUTION
Master File No. CV-07-5944 JST, MDL No. 1917

1      d.  Paid Print Media

2      e.  Social Media; and

3      f.  Earned Media, including Press Releases.

4      g.  Updating the CRTclaims.com settlement website concerning the Chunghwa
5      settlement.

6    4.   <u>CRTclaims.com Website – Reseller Information</u>.  A central tenet of the reseller 7 notice program is to provide complete information on the settlement website, at 8 **www.CRTclaims.com**, concerning the Chunghwa distribution plan, including a Detailed Notice 9 substantially in the form attached hereto as **Exhibit A**, and a Summary Notice substantially in the 10 form attached hereto as **Exhibit B**.  Both notices will clearly inform resellers of their opportunity 11 to submit a claim and of their right to object to the proposed allocation of the Chunghwa 12 settlement funds between end user and reseller claimants.  Resellers will be able to submit a 13 claim online or by mail.  A specimen Reseller Claim Form is attached hereto as **Exhibit C**.  All 14 of these documents would be available at the settlement website in both English and Spanish.

15    5.   <u>Primary Notice: Mailed Notice to Resellers</u>. The main outreach of the reseller 16 Notice Program will be to send notices by U.S. mail directly to resellers. I employed the North 17 American Industry Classification System (NAICS)[1] to identify resellers, including entities in the 18 retail, wholesale and manufacturing sectors.  The relevant NAICS codes I identified are:

19     ➤  Code 443142 (Electronics Stores);

20     ➤  Code 452111 (Department stores, except discount department stores);

21     ➤  Code 452112 (Discount Department Stores);

22     ➤  Code 452910 (Warehouse Clubs and Supercenters);

[1] The U. S. Census Bureau explains: "The North American Industry Classification System (NAICS) is the standard used by Federal statistical agencies in classifying business establishments for the purpose of collecting, analyzing, and publishing statistical data related to the U. S. business economy. NAICS was developed under the auspices of the Office of Management and Budget (OMB), and adopted in 1997 to replace the Standard Industrial Classification (SIC) system." *See* http://www.census.gov/eos/www/naics/

2

1  ➢ Code 423620 (Household Appliances, Electric Housewares, and Consumer
2     Electronics Merchant Wholesalers);
3  ➢ Code 423430 (Computer and Computer Peripheral Equipment and Software
4     Merchant Wholesalers); and
5  ➢ Code 334118 (Computer Terminal and Other Computer Peripheral Equipment
6     Manufacturing).

7  The U.S. Census Bureau, in its most recently released data,[2] reports that in 2013 there were a
8  total of 27,872 firms nationwide that are in the seven (7) NAICS codes listed above.[3] In order to
9  obtain mailing addresses for these firms, I utilized data obtained from Hoover's Inc., a Dun &
10 Bradstreet Company ("D&B"), which reports that it maintains the largest commercial database of
11 85 million companies, 100 million professionals, and 900 industry segments.  The U.S.
12 Government's assessment is that D&B offers "the most extensive business database in the
13 world."[4] I obtained from D&B Hoover's database a mailing list for 95,086 firms classified in the
14 seven NAICS codes for resellers.[5]  Thus, in order to reach the 27,872 firms classified by the U.S.
15 Census Bureau in the reseller NAICS codes listed above, I obtained a mailing list consisting of
16 *more than three (3) times* the number of firms for those same reseller NAICS codes.  In my
17 opinion, D&B Hoover's database provides an extensive and comprehensive business list for the
18 seven NAICS codes listed above.  The Notice Company will send a postcard notice by U.S. mail
19 to all 95,086 firms identified above.   The postcard notice will be substantially in the form

---

[2] U.S. Census Bureau's latest annual data are available at http://www.census.gov/econ/susb/.

[3] This is the reported number of "firms". "A firm is a business organization consisting of one or more domestic establishments in the same state and industry that were specified under common ownership or control."  A firm may have one or more physical locations.  *See* U.S. Census Bureau definitions at https://www.census.gov/econ/susb/definitions.html.

[4] U.S. Department of Transportation, *Report on The American Recovery & Reinvestment Act*, at http://www.fta.dot.gov/about/12835_9327.html.  D&B's Hoover service is often used as the basis for government studies of business.   *See, e.g.*, New York State Energy Research and Development Authority, Benchmarking Electricity Consumption and Carbon Dioxide Emissions (2013) at http://aceee.org/files/proceedings/2013/data/papers/2_104.pdf.

[5] Hoover's list of 95,086 firms contains 808 public companies and 94,278 nonpublic businesses; it consists of small, medium and large establishments, including 21,289 home-based businesses.

3

1   attached hereto as **Exhibit D**, informing resellers of their opportunity to submit a claim, their

2   right to object to the proposed allocation of funds from the Chunghwa Settlement and providing

3   instructions if they want additional information.

4         6.    <u>Notice by Email to Resellers</u>. Consumer Technology Publishing Group (CTPG), a

5   division of NAPCO Media, publishes ***Dealerscope*** magazine and offers services to consumer

6   electronics retailers and e-tailers of all sizes.  CTPG has agreed to make available its email list of

7   approximately 30,000 of the leading consumer electronics retailers, distributors, buyers and

8   manufacturers in the United States.  The email list will be used by The Notice Company to

9   distribute the information contained in the postcard notice, informing resellers of their

10   opportunity to submit a claim, their right to object to the proposed allocation of funds from the

11   Chunghwa Settlement and providing instructions if they want additional information.

12         7.    <u>Website Banner Ads Directed to Resellers</u>.  NewBay Media, publisher of ***TWICE***

13   magazine, provides multichannel-marketing solutions directed specifically to retailers and

14   distributors of consumer electronics and computers.  NewBay Media reports that the TWICE.com

15   website receives over 250,000 impressions each month from over 128,000 unique visitors. The

16   Notice Company will prepare an informative electronic banner ad to be displayed for one month

17   on the ***TWICE*** website, with the banner ad linking directly to the CRTclaims.com website.

18         8.    <u>Print Ad of General Circulation</u>. ***The New York Times***, Sunday edition, is one of

19   the top nationwide newspapers, with an audited print circulation of approximately 1.2 million.

20   As part of our program to achieve a comprehensive reach, encompassing entities who were

21   resellers during the Class Period, The Notice Company would publish in ***The New York Times***,

22   Sunday edition, a Summary Notice substantially in the form attached hereto as **Exhibit B**,

23   informing these entities of their opportunity to submit a claim, their right to object to the

24   proposed allocation of funds from the Chunghwa Settlement and providing instructions if they

25   want additional information.

26         9.    <u>Press Release - English</u>.  The Summary Notice will be issued as a nationwide

27   press release utilizing the U.S. domestic news line of PR Newswire.  Attached hereto as **Exhibit**

28

4

**DECLARATION OF JOSEPH M. FISHER RE: NOTICE OF CHUNGHWA PLAN OF DISTRIBUTION**
Master File No. CV-07-5944 JST, MDL No. 1917

1    **E** is a current listing of the distribution outlets to which the press release will be issued, which

2    includes local and regional magazines, news services, newspapers, online media, blogs, radio and

3    television across the country.

4        10.    <u>Press Release - Spanish</u>.   The Notice Company will also issue the Summary

5    Notice in Spanish as a nationwide press release utilizing PR Newswire's National Hispanic

6    Newsline. Attached hereto as **Exhibit F** is a current listing of the distribution outlets to which the

7    Spanish press release will be issued, which includes blogs, cable TV, broadcast TV, radio,

8    magazines, newspapers and news services across the country.

9        11.    <u>Twitter</u>.   The Notice Company will utilize PR Newswire's Twitter feeds to

10    increase the exposure of the notice.   Press releases are shared in social networks many thousands

11    of times each day.   PR Newswire will post our Twitter message (100 characters or less) at

12    staggered intervals to three of PR Newswire's industry-specific Twitter accounts, including a

13    shortened link back to our press release.

14        12.    <u>Blogs</u>.   A blog is a discussion-style website that is regularly updated and that

15    typically focus on a particular topic of interest to its author(s).   Nielsen observes: "Blogs are

16    sometimes overlooked as a significant source of online buzz in comparison to social networking

17    sites, yet consumer interest in blogs keeps growing."[6]   Hubspot reports that 46% of people read

18    blogs more than once a day.[7]   The Notice Company, in conjunction with PR Newswire, will

19    submit the Summary Notice to 212 blogs focused on Consumer Electronics, as listed in **Exhibit**

20    **G** attached hereto, and to 265 blogs focused on Computer Hardware as listed in **Exhibit H**

21    attached hereto.

22        13.    <u>Reach of Notice – Resellers</u>.   The mailed notice directed to resellers is designed to

23    reach close to 100% of the entities that meet the reseller classification codes identified using the

24

25

---

26 [6] The Nielsen Company, *Buzz in the Blogosphere: Millions More Bloggers and Blog Readers* (2012);    http://www.nielsen.com/us/en/insights/news/2012/buzz-in-the-blogosphere-millions-more-bloggers-and-blog-readers.html.

27 [7] Hubspot, *The Ultimate List of Marketing Statistics*. http://www.hubspot.com/marketing-statistics

28

**DECLARATION OF JOSEPH M. FISHER RE: NOTICE OF CHUNGHWA PLAN OF DISTRIBUTION**
Master File No. CV-07-5944 JST, MDL No. 1917

1   North American Industry Classification System (NAICS).   This, plus the additional notice
2   provided via online methods, print, press releases and social media should assure near complete
3   coverage of resellers.

4        14.   <u>Costs of Notice - Resellers</u>.  I estimate that the reseller notice program will cost
5   approximately $100,000.  Much of these costs would have been incurred regardless of whether
6   notice to resellers had been part of the original notice program.  However, portions of the reseller
7   notice program that are targeted to a more general audience, such as the publication in *The New*
8   *York Times* and the national press release in PR Newswire, could have been combined with the
9   original notice to end users.  Such combined notices would have been lengthier, and thus more
10  expensive, than the original notices, but there would have only been a need for one issuance of
11  such notices.  I estimate that a third of the cost of the reseller notice program, approximately
12  $33,000, reflects an extra cost that would not have been incurred had the reseller notice been
13  given as part of the original notice program.

14  END-USER NOTICE

15       15.   <u>Notice to End Users</u>.  End users who submitted claims will be notified of the
16  Chunghwa distribution plan by email or regular mail substantially in the form attached hereto as
17  **Exhibit I**.[8]  As with resellers, end users will be informed of their right to object to the proposed
18  allocation between end user and reseller claimants and they will be directed to the settlement
19  website at **www.CRTclaims.com** for complete information.

20       16.   <u>Costs of Notice – End Users</u>.  I estimate that the End-User notice program will
21  cost approximately $10,000.  This represents the extra cost of providing communications of the
22  Chunghwa allocation to all end users that submitted claims.

23       17.   <u>Reach of Notice – End Uses</u>.  Notice will be provided to all end users who
24  submitted claims.

25

26  _____
    [8] Claimants who did not provide the Claims Administrator with an email address will be notified
27  by regular mail.  Notices will be sent to class members who submitted timely or late claims as of
    the date that the Court approves these Chunghwa notices.  Information on the Chunghwa
28  distribution plan will be posted to the settlement website.

6

1

### ADMINISTRATION COSTS

2    18.   Costs of Administration. The costs to process reseller claims would need to be

3  incurred regardless of whether notice to resellers was provided early or late in the process.

4  However, implementation of the Chunghwa pro rata allocation plan will require program changes

5  to the claims administration systems. I estimate that the costs to implement such system changes

6  will be approximately $5,000, which is a cost that would not have been necessary had the

7  systems been initially setup to handle the Chunghwa allocation plan.

8    19.   Costs of Dual Claimants. If an existing end-user claimant subsequently submits a

9  Reseller Claim Form for additional CRT Products that had been indirectly purchased for resale,

10  we will be faced with the task of processing two claims submissions from the same entity (a

11  "Dual Claimant"). The costs of processing two claim forms from a single entity could have been

12  avoided if the original end-user claim form had been designed as a dual-purpose form, to accept

13  both end-user and reseller claims from a Dual Claimant. I estimate that the extra cost of

14  processing two claim submissions from the same entity using single-purpose claim forms,

15  compared to processing a single, more extensive dual-purpose claim form from a Dual Claimant,

16  would be approximately $5 for an entity who submits claims online and $13 for an entity who

17  mails in paper claims. At this point, however, no reseller claims have been submitted so I have

18  no reliable estimate of the number of existing end-user claimants who will become Dual

19  Claimants. As the claims process proceeds, The Notice Company can track the number of end-

20  user claimants who become Dual Claimants and thereby determine the magnitude of the

21  associated costs.

22    I declare under penalty of perjury under the laws of the United States that the foregoing is

23  true and correct.

24    Executed at Hingham, Massachusetts, this 7th day of March, 2016.

25

26

27  JOSEPH M. FISHER

28

7

**DECLARATION OF JOSEPH M. FISHER RE: NOTICE OF CHUNGHWA PLAN OF DISTRIBUTION**
Master File No. CV-07-5944 JST, MDL No. 1917

# DECLARATION OF JOSEPH M. FISHER

## LIST OF EXHIBITS

Exhibit A . . . . . . . . . . . . . . . . . . . .     Detailed Notice

Exhibit B . . . . . . . . . . . . . . . . . . . .     Summary Notice

Exhibit C . . . . . . . . . . . . . . . . . . . .     Reseller Claim Form

Exhibit D . . . . . . . . . . . . . . . . . . . .     Postcard Notice to Resellers

Exhibit E . . . . . . . . . . . . . . . . . . . .     PR Newswire National Distribution
Outlets

Exhibit F . . . . . . . . . . . . . . . . . . . .     PR Newswire National Hispanic
Newsline

Exhibit G . . . . . . . . . . . . . . . . . . . .     PR Newswire Blog Distribution:
Consumer Electronics

Exhibit H . . . . . . . . . . . . . . . . . . . .     PR Newswire Blog Distribution:
Computer Hardware

Exhibit I . . . . . . . . . . . . . . . . . . . .     Notice to End Users

# DECLARATION OF JOSEPH M. FISHER


# EXHIBIT A

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If You Bought a Cathode Ray Tube (CRT) or a TV or Computer Monitor That Contained a CRT for Resale

## *You Could Get Money from a $6,867,631 Net Settlement Fund.*

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- <u>Please read this notice carefully. Your legal rights may be affected whether or not you act.</u>
- This litigation involves alleged overcharges on the price of Cathode Ray Tube ("CRT") Products purchased indirectly from the Defendants. "CRT Products" include CRTs and products containing CRTs, such as televisions and computer monitors. "Indirectly" means that you did not purchase the CRT Product directly from any Defendant.
- On March 22, 2012, the Court finally approved a $10 million cash settlement with Defendant Chunghwa Picture Tubes, Ltd., and entered a Final Judgment against Chunghwa. The Net Settlement Fund after payment of court-approved expenses and attorneys' fees is $6,867,631 plus interest.
- The Settlement Class approved by the Court included all indirect purchasers of CRTs and CRT Products nationwide, and released all claims by these indirect purchasers against Chunghwa relating to the allegations in the Complaint.
- There are two types of indirect purchasers: "resellers" and "end users." Resellers indirectly purchased CRT Products for the purpose of reselling them to someone else. End users indirectly purchased CRT Products for their own use and not for resale.
- Consumer members of the Chunghwa Settlement Class have already filed claims against the Chunghwa Settlement Fund. Now resellers may also file claims.
- You can make a claim for money if you are an electron[...] [...]ther reseller that indirectly purchased CRT Products in Arizona, C[...] [...]bia, Florida, Hawaii, Iowa, Kansas, Maine, Michigan, Minnesota, M[...] [...]ew Mexico, New York, North Carolina, North Dakota, South Dak[...] [...] Virginia or Wisconsin (collectively, the "states") for resale (the "State[...] [...]rchase must have been made in one of these 22 states. But you do not h[...] [...]se states.
- Sony Corporation is **not** a defendant and is **not** allege[...] [...]leged CRT conspiracy. Purchases of Sony® branded CRT Products a[...] [...]laims filed under these Settlements.

| YOUR LEGAL RIGHTS AND OPTIONS IN T[...] | |
|---|---|
| **SUBMIT A CLAIM BY** _____, 2016 | This is the only way for Resellers to receive a payment. *See* Question 13. |
| **OBJECT BY** _____, 2016 | The Chunghwa Settlement received final approval from the Court in 2012. At this time, Class members may only object to the proposed allocation of the Settlement Fund between reseller and consumer class members. Any objections must be filed with the Court (and a copy mailed to the Settlement Administrator). |
| **DO NOTHING** | Resellers who do nothing will not receive a payment from the Settlement and will give up their rights to object to the Plan of Distribution. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

1

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION.................................................................................................Page 3
    1.  What is this Notice about?
    2.  What is a Cathode Ray Tube ("CRT")?
    3.  What is a CRT Product?
    4.  What is the lawsuit about?
    5.  What is a class action?

WHO IS INCLUDED.................................................................................................Page 5
    6.  Who are the Defendant companies?
    7.  How do I know if I am in the Settlement Class?
    8.  Why does the Settlement exclude claims under the Washington Unfair Business Practices and Consumer Protection Act?

THE SETTLEMENT'S BENEFITS .................................................................................Page 8
    9.  What does the Settlement provide?
    10.  What is the Net Settlement Fund?
    11.  How much money can I get?
    12.  When will I get a payment?

HOW TO GET A PAYMENT.......................................................................................Page 8
    13.  How can I get a payment?

THE LAWYERS REPRESENTING YOU ........................................................................Page 8
    14.  Do I have a lawyer representing me?

RIGHT TO EXCLUDE YOURSELF OR OBJECT TO THE
SETTLEMENT.......................................................................................................Page 8
    15.  Who has the right to exclude themselves or object to the Settlement?

OBJECTING OR COMMENTING ON THE PLAN OF DISTRIBUTION......................................Page 9
    16.  How do I object or comment on the Plan of Distribution?

GET MORE INFORMATION......................................................................................Page 9
    17.  Where can I get more information?

## BASIC INFORMATION

### 1. What is this Notice about?

This Notice is to inform resellers about their right to claim a share of the Chunghwa Settlement Fund and to explain the Plan of Distribution for the net Settlement Fund. The Settlement was finally approved by the United States District Court for the Northern District of California on March 22, 2012. Unless you excluded yourself before February 1, 2012 you are a member of the Settlement Class. At this time, resellers have a limited right to object to the Plan of Distribution of this Settlement Fund.

The case is called *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The people and businesses that sued are called the Plaintiffs, and the companies they sued are called the Defendants.

### 2. What is a Cathode Ray Tube ("CRT")?

Cathode Ray Tubes ("CRTs") are a display technology that was widely used in televisions and computer monitors. Before LCD, Plasma and LED display technologies became popular, CRTs were the main technology used in displays. There are two main types of CRTs: Color Display Tubes ("CDTs" or "Monitor Tubes"), which were used to manufacture computer monitors, and Color Picture Tubes ("CPTs" or "TV Tubes"), which were used to manufacture televisions. This is what a CRT looks like:



### 3. What is a CRT Product?

For the purposes of the lawsuit and the Settlement, CRT Products means Cathode Ray Tubes (color display tubes, color picture tubes and monochrome display tubes) and products containing Cathode Ray Tubes, such as televisions and computer monitors. This is what a CRT Product looks like:

**CRT Monitor:**



**CRT Television:**



---

**4. What is the lawsuit about?**

The lawsuit claims that the Defendants fixed the prices of CRTs from March 1, 1995 to November 25, 2007, which resulted in overcharges to people and businesses that bought CRTs and products containing CRTs, such as televisions and computer monitors. The Defendants deny these claims. The Court has not decided who is right.

On March 22, 2012, the Court approved a Settlement totaling $10,000,000 with Defendant Chunghwa. Plaintiffs have since entered into other settlements with other Defendants but resellers are not included in those settlements.

4

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

---

### 5. What is a class action?

In a class action, one or more persons or businesses called class representatives sue on behalf of a group or a "class" of o t h e r s w i t h similar claims. If the Court determines that a case should proceed as a class action, everyone's claims can be combined into a single proceeding, creating efficiencies for the parties and the courts. In a class action, the court resolves the issues for all class members except those who exclude themselves from the Class.

## WHO IS INCLUDED IN THE LAWSUIT?

### 6. Who are the Defendant companies?

The Defendants are manufacturers and/or sellers of CRTs.

**The Defendant companies are:**

- Chunghwa Picture Tubes Ltd.; C h u n g h w a P i c t u r e T u b e s ( M a l a y s i a ) S D N . B H D ("Chunghwa");

- LG Electronics Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd. ("LG");

- Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) ("Philips");

- Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; and an affiliate of Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (collectively "Panasonic");

- Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; Hitachi America, Ltd. ("Hitachi");

- Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. ("Toshiba");

- Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malaysia Sdn. Bhd; Samsung SDI Mexico S.A. de C.V. ("Samsung SDI");

- Thomson SA n/k/a Technicolor SA and Thomson Consumer Electronics, Inc.; and

- Technologies Displays Americas, LLC.

There are several other manufacturers and sellers of CRTs that Plaintiffs allege were a part of the alleged conspiracy but who are not currently defendants or have not appeared in the litigation. The names of these companies are:

- LG.Philips Displays, a/k/a LP Displays International, Ltd.;

- IRICO Group Corporation; IRICO Display Devices Co., Ltd.; and IRICO Group Electronics Co., Ltd.;

- Thai CRT Company, Ltd.;

- Samtel Color, Ltd.;

- Orion Electric Company, Ltd.;
- Videocon Industries, Ltd.; and
- Mitsubishi Electric Corporation; Mitsubishi Electric & Electronics USA, Inc.; and Mitsubishi Digital Electronics Americas, Inc.

## 7. How do I know if I am in the Settlement Class?

The Settlement Class includes any person or business that indirectly purchased in the U.S., from March 1, 1995 through November 25, 2007, any CRT Product made by the Defendants. Both consumers and resellers are included in the Settlement Class. However, only resellers who indirectly purchased CRT Products in one of the 22 states listed on page 1 of this Notice are eligible to file a claim now. Consumer class members are participating in a separate claims process. Thus, this notice is directed only to resellers. You are a "reseller" if you indirectly purchased CRT products for the purpose of reselling them to others. Examples of resellers include, but are not limited to, electronics stores and wholesalers.

**Exclusions:**

- Specifically excluded from the Settlement Class are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and, any affiliate, legal representative, heir or assign of any Defendant.
- Also excluded are named co-conspirators, any federal, state or local government entities, any judicial officer presiding over this action and members of his/her immediate family and judicial staff, and any juror assigned to this action.
- Claims under the Washington Unfair Business Practices and Consumer Protection Act are also excluded.
- Sony Corporation is not a defendant and purchases of Sony® branded CRT Products are excluded from the Settlements.

The specific class definition is available at **www.CRTclaims.com/reseller**.

## 8. Why does the Settlement exclude claims under the Washington Unfair Business Practices and Consumer Protection Act?

Based on a motion by the Washington Attorney General, the Court in this case determined that the Settlement may not release claims under the Washington Unfair Business Practices and Consumer Protection Act because only the Washington Attorney General may release those claims.

## THE SETTLEMENT'S BENEFITS

## 9. What does the Settlement provide?

Pursuant to the Settlement Agreement, Defendant Chunghwa paid $10,000,000 in cash into an escrow account, where it has been gathering interest for the benefit of the Class. Chunghwa also provided information about the case, including other Defendants' involvement in the conspiracy, to Class Counsel. The Settlement Agreement also provided that part of the Settlement Fund may be used to pay expenses incurred in the litigation and attorneys' fees.

The Settlement Agreement and the papers filed in support of the Settlement are available for review and download at **www.CRTclaims.com/reseller**, or you can request copies by calling 1-800-649-8153.

## 10. What is the Net Settlement Fund?

6

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

The Court has approved the payment of $632,369 in expenses from the Chunghwa Settlement Fund, and $2.5 million in attorneys' fees to Class Counsel. Thus, the Net Settlement Fund available for distribution is $6,867,631 plus interest.

---

### 11. How much money can I get?

As part of the settlement approval in March 2012, the Court approved a partial plan of distribution of the Settlement Funds. Pursuant to this plan, the Net Settlement Fund will first be allocated amongst the 22 states listed on page 1 of this Notice plus Illinois and Oregon, so that each state receives its pro rata share. Each state's pro rata share shall be determined by computing its population as a percentage of the total population of all 24 states using census figures from the year 2000. The Attorneys General of Illinois and Oregon will be allocated 8.59% and 2.37% of the Net Settlement Fund ($589,947 and $162,768, respectively). These Attorneys General will distribute these monies to residents of Illinois and Oregon. This leaves $6,115,116 for distribution to claimants in the other 22 states.

Each of the 22 states' pro rata share of the $6,115,116 will be divided 50-50 between resellers and consumers, and then distributed to reseller and consumer claimants on a pro rata basis. This means that payment amounts will be based on the number of valid claims filed, as well as on the number and type of CRT Product(s) purchased: Standard CRT Television (screen size of less than 30 inches); Large CRT Television (screen size of 30 inches or larger); or CRT Computer Monitor. Based on data obtained during the course of the litigation, claims for different types of CRT Products will be weighted as follows:

- Claims for purchases of Standard CRT Televisions will be weighted as 1;
- Claims for purchases of Large CRT Televisions will be weighted as 4.3; and
- Claims for purchases of CRT Computer Monitors will be weighted as 3.

At this time, it is unknown how much money each claimant will recover. The maximum payment will be three times the estimated overcharge for each claimant. In the event that reseller claimants do not exhaust a particular state's reseller fund, the residue will be distributed pro rata to existing end-user claimants from that state.

**Note: If you previously filed a claim for CRT Products that you purchased as an end user and not for resale, you are still eligible to file as a reseller if you purchased additional CRT Products for resale purposes.**

More details about the anticipated distribution of the Settlement Fund, including each state's percentage allocation, are available in the papers filed with the Court regarding the plan of distribution, which are available on the settlement website, **www.CRTclaims.com/reseller**. In order to receive a payment for CRT Products that you purchased for resale to others, you need to file a valid claim (see Question 13). The Claim Form provides additional details on how to submit a claim. Further information is available at **www.CRTclaims.com/reseller** or by calling 1-800-649-8153.

7

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

| **12. When will I get a payment?** |
| --- |

Payments will be distributed after the Court grants final approval to the proposed Plan of Distribution and after any appeals are resolved. If the Court approves the Plan of Distribution, there may be appeals. We don't know how much time it could take to resolve any appeals that may be filed.

## HOW TO GET A PAYMENT

| **13. How can I get a payment?** |
| --- |

If you are a reseller that indirectly purchased CRT Products in one of the 22 states listed on page 1 of this Notice and you want to make a claim from the Net Settlement Fund for CRT Products that you purchased for purposes of resale, you must complete and submit a Claim Form. We urge you to submit a claim online at **www.CRTclaims.com/reseller.** If you choose not file online, you can submit a claim by mail.

The Claim Form can be found and completed or downloaded at **www.CRTclaims.com/reseller**, or you can obtain a copy by calling, toll free, 1-800-649-8153. If you choose to submit your claim online, you must do so on or before **xxxxx, 2016**. If you choose to submit a Claim Form by mail, it must be postmarked by **xxxxx, 2016**, and mailed to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

## THE LAWYERS REPRESENTING YOU

| **14. Do I have a lawyer representing me?** |
| --- |

The Court has appointed Trump, Alioto, Trump & Prescott LLP, 2280 Union Street, San Francisco, CA 94123, to represent you as "Class Counsel" for the Settlement Class. You do not have to pay Class Counsel separately. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

## RIGHT TO EXCLUDE YOURSELF OR OBJECT TO THE SETTLEMENT

| **15. Who has a right to exclude themselves or object to the Settlement?** |
| --- |

A Notice regarding the Chunghwa Settlement was previously published and distributed in connection with the 2012 approval hearing. Members of the Chunghwa Settlement Class were notified of the Chunghwa Settlement and their right to exclude themselves or object to the Settlement before it was finally approved by the Court in 2012. Those who did not exclude themselves from the Chunghwa Settlement at that time are now bound by its terms. The time has passed to exclude yourself or to object to the Chunghwa Settlement. However, you may object to the proposed plan of distribution. See Question 16 below.

8

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

## OBJECTING TO OR COMMENTING ON THE PLAN OF DISTRIBUTION

| **16. How do I object to or comment on the Plan of Distribution?** |
| --- |

You may object to or comment in writing on the proposed 50-50 allocation between resellers and consumers. The written objection needs to include the following information:

- Your name, address, telephone number, and if you are being assisted by a lawyer, their name, address and telephone number;
- The case name and number (In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917);
- Proof of membership in the class;
- A brief explanation of your reasons for objecting; and
- Your signature.

The objection must be submitted to the Court either by mailing it to the Class Action Clerk at the address below, or by filing it in person at any location of the United States District Court for the Northern District of California. **The objection must be filed with the Court or postmarked on or before xxxxx, 2016:**

| **COURT** |
| --- |
| Class Action Clerk<br>United States District Court for the<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

## GET MORE INFORMATION

| **17. Where can I get more information?** |
| --- |

This Notice summarizes the Chunghwa Settlement and the Plan of Distribution of the Chunghwa Net Settlement Fund. For the precise terms and conditions of the Chunghwa Settlement, please see the Settlement Agreement available at **www.CRTclaims.com/reseller**. Additional information regarding the proposed Plan of Distribution is also available on the website. You can also get more information about the Chunghwa Settlement by:
- Calling 1-800-649-8153;
- Writing to CRT Settlements, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043;
- Accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov; or
- Visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**ALL INQUIRIES CONCERNING THIS NOTICE SHOULD BE MADE TO THE SETTLEMENT ADMINISTRATOR BY CALLING 1-800-649-8153, OR BY WRITING TO: CRT QUESTIONS c/o THE NOTICE COMPANY, P. O. BOX 778, HINGHAM, MA 020431.**

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT B

# If You Bought Televisions, Computer Monitors

## or Other Products Containing

# Cathode Ray Tubes

# For Resale

# You may be Eligible to Claim from $6,867,631 Net Settlement Fund

## Simple Online Claim Form Takes 3-5 Minutes

In March 2012, a class action settlement was approved involving Cathode Ray Tubes ("CRTs"), an older display device that was sold by itself or as the main component in TVs and computer monitors before the use of LCD, Plasma and LED Display Technologies. The lawsuit claims that the Defendants fixed the prices of CRTs causing indirect purchasers of products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"), to pay more than they otherwise would have. The Defendants deny Plaintiffs' allegations.

### Who is Eligible to Claim Money?

You are eligible to claim money if, for purposes of resale, you purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia.

Purchases made directly from a defendant or an alleged co-conspirator are *not* included in this settlement (see the list of defendants and alleged co-conspirators at **www.CRTclaims.com/reseller** or by calling 1-800-649-8153).

Sony is not a defendant and Sony® branded products are not eligible to be included in these claims.

### What does the settlement provide?

Qualifying resellers who submit timely claims are eligible to receive money from a $6,867,631 net settlement fund. Of this amount, $589,930 and $162,763 will be allocated to the Attorneys General of Illinois and Oregon, respectfully, to be distributed to the residents of those states. The balance of the fund, $6,114,938, will be allocated *pro rata* to the District of Columbia and the 21 states listed above according to a population-based formula approved by the Court. Resellers will be eligible to claim against 50% of each state's fund ($3,057,469). Consumers have already filed claims.

The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of eligible reseller claims made in your respective state. The allocation plan is described more fully in the Detailed Notice available at **www.CRTclaims.com/reseller.**

### How can I get a payment?

Claim online or by mail by **XXXX xx, 2016.[120 day claim period]** The simple online Claim Form only takes 3-5 minutes for most.

### What are my rights?

The settlement was finally approved on March 22, 2012. You have the right to object to the allocation of the net settlement fund between resellers and consumers. All objections must be submitted to the Court by you or your own lawyer by **XXXX xx, 2016.[ 60 days to object]** The decisions of the Court will be binding on all class members.

---

| **For More Information:** | **1-800-649-8153  www.CRTclaims.com/reseller**<br>Text: "CRTclaims" to 97000 (text messaging rates may apply)<br>**PLEASE DO NOT CONTACT THE COURT**<br>Para una notificacion en Espanol, llamar o visitar nuestro website. |

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT C

## In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL No. 1917)

*(U.S. District Court for the Northern District of California)*

### RESELLER CLAIM FORM: CATHODE RAY TUBE (CRT) INDIRECT PURCHASER
Deadline for Submission is MONTH XX, 2016

### GENERAL INSTRUCTIONS

To get a payment from the Chunghwa Net Settlement Fund, you must complete all four parts of the Claim Form. You may complete the Claim Form and submit it by mail to CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043 **OR** you may submit your claim online, which is the easiest method, at **www.CRTclaims.com/reseller.** Your claim must be submitted online by, or mailed and postmarked by, **MONTH XX, 2016.**

Entities that indirectly purchased Cathode Ray Tubes (CRT) Products in 21 states and the District of Columbia, **for the purpose of reselling the CRT Products**, are eligible to receive payment from the Settlement. CRT Products include CRTs and products containing CRTs, such as televisions and computer monitors. "Indirectly" means that you purchased the CRT Product from someone other than a Defendant or alleged co-conspirator; instead, you purchased the CRT Product from a wholesaler, distributor, or some other seller.

**You must answer the Eligibility Questions below, by checking the appropriate boxes, to see if you are eligible. The Claim Form must be dated and signed by the Class Member.**

**Important Eligibility Note: Sony® branded televisions and monitors are NOT eligible to be included in this case. All other brands of CRT televisions and monitors are eligible.**

### PART 1:  ELIGIBILITY QUESTIONS

1. **Did you purchase a CRT Product in the following states for the purpose of _RESALE_ and not for your own use?** Note that the actual purchase (*not the resale*) must have been made in one the following states.

   a. Arizona, California, Florida, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia, Wisconsin or the District of Columbia, between **March 1, 1995,** and **November 25, 2007?**

   ☐ Yes ☐ No

   b. Hawaii between **June 25, 2002,** and **November 25, 2007?**

   ☐ Yes ☐ No

   c. Nebraska between **July 20, 2002,** and **November 25, 2007?**

   ☐ Yes ☐ No

   d. Nevada between **February 4, 1999,** and **November 25, 2007?**

   ☐ Yes ☐ No

**Note: If you previously filed a claim for CRT Products that you purchased as an end user and not for resale, you are still eligible to file as a Reseller if you made other CRT purchases for resale purposes.**

2. **Did you purchase a CRT Product from someone other than a Defendant or an alleged co-conspirator?**  For example, if you purchased a CRT television or computer monitor from a wholesaler, then your answer should be "Yes." If you made no purchases from a wholesaler or other supplier and you only purchased a CRT television or computer monitor directly from a Defendant or an alleged co-conspirator, then your answer should be "No."

☐ Yes ☐ No

**You are eligible for payment only if you answered "Yes" for at least one state listed in Question 1 subparts (a), (b), (c) *or* (d), *AND* Question 2.**    To get a payment, you must submit your Claim Form online at **www.CRTclaims.com/reseller** or complete Parts 1, 2, 3 and 4 of this Claim Form and mail it to: CRT Claims, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

If you have questions about your eligibility to participate or on how the Settlement Fund will be distributed, you should review the Class Notice and other documents at the website.  You may also call 1-800-649-0963 if you have any questions.

## PART 2:  PURCHASE INFORMATION

In order to make a valid claim, you must have purchased the CRT Product(s) in an eligible state during the specified time frames ("Claims Periods").   The Claims Period for the eligible states is between **March 1, 1995, and November 25, 2007**, except for purchases in Hawaii, Nebraska, and Nevada which have slightly shorter Claims Periods.

- Purchases in Hawaii must have been made between **June 25, 2002, and November 25, 2007.**
- Purchases in Nebraska must have been made between **July 20, 2002, and November 25, 2007.**
- Purchases in Nevada must have been made between **February 4, 1999, and November 25, 2007.**

Enter the total number of CRT Products you purchased between **March 1, 1995, and November 25, 2007** *(see modified class period dates above for purchases made in Hawaii, Nebraska, or Nevada).*  **Only include qualifying products for which you answered "Yes" to the Eligibility Questions in Part 1 and which you purchased for the purpose of resale to others.**

| Provide the total number of CRT Products purchased during the Claims Periods for each State where you made an indirect purchase.  For example, if you bought 3 computer monitors in California, write "3" in the corresponding space  for Number Purchased and write "CA" in the State column . Please be sure to specify the State where you purchased and NOT the State where you resold the CRT Product. | | |
|---|---|---|
| **Product Type** | **Number Purchased in an Eligible State** | **State Where Purchased** |
| Standard CRT Television (screen size less than 30 inches): | | |
| Large CRT Television (screen size 30 inches or larger): | | |
| CRT Computer Monitor: | | |
| Other  CRT Product(s) (please specify): | | |
| Attach additional pages if necessary to identify multiple purchases and states of purchase. | | |

### Important Notes:
*All claims are subject to audit and large claims will require verification*
**Sony® branded televisions and monitors are **NOT** eligible to be included in this case**
***All claimants should keep any proof of purchase***

v828

## PART 3: CLASS MEMBER INFORMATION

**If Claimant is a NATURAL PERSON:**

Class Member's First Name

Class Member's Last Name

Suffix

**If Claimant is a BUSINESS:**

Entity/Business Name of Class Member

Person to contact if there are questions regarding this claim:

Specify one of the following – Class Member is:

☐ Individual     ☐ Business (1-10 Employees)     ☐ Business (11-50 Employees)     ☐ Business (Greater than 50 Employees)

Class Member's Mailing Address: Number and Street or P.O. Box

City

State

Zip Code

Telephone Number (Day)

Email Address

**Individuals:**   Provide the last 4 digits of your Social Security Number: `X X X - X X - [ ][ ][ ][ ]`

OR Provide Date of Birth (Month and Year): `[ ][ ] / X X / [ ][ ][ ]`

**Businesses:**   Provide your Federal Taxpayer Identification Number: `[ ][ ] - [ ][ ][ ][ ][ ][ ][ ]`

OR Provide Date of Formation or Incorporation: `[ ][ ] / [ ][ ] / [ ][ ][ ]`

## PART 4: SIGN AND DATE CLAIM FORM

I declare under penalty of perjury under the laws of the United States of America, that the information provided in this Claim Form is true and correct to the best of my knowledge and belief.

_____        _____ / _____ / _____

Signature of Class Member (or Estate Representative)        Date (MM/DD/YY)

_____        _____

Print Name        Title *(if you are filling out this form for a business)*

**Claims may be audited and any false or fraudulent claim is subject to prosecution.**

| REMINDER |
|---|
| Please make sure that you:<br>1. Complete all four parts of this Claim Form;<br>2. Sign and date the Claim Form;<br>3. Submit your Claim Form on or before **MONTH XX, 2016**, online or by mail to:<br><br>www.CRTclaims.com/reseller     **OR**     CRT Claims<br>c/o The Notice Company<br>P.O. Box 778<br>Hingham, MA 02043<br><br>4. Keep a copy of the completed Claim Form for your records;<br>5. Retain any proof of purchase documentation you may have for CRT Products until your claim is closed. You will be notified if you are required to provide documentation during the claim verification process. |

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT D

CRT Claims
c/o The Notice Company
P. O. Box 778
Hingham, MA 02043

Important Legal Notice for
Resellers of CRT Products



You May be Eligible to
Submit a Claim in a Class
Action Settlement.

Electronics stores, retailers, wholesalers and other resellers are eligible to a submit a claim in connection with their purchases, for resale, of Televisions, Computer Monitors or other products containing Cathode Ray Tubes ("CRTs").

If, for purposes of resale, you indirectly purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, you are eligible to receive money from a $6,867,631 net settlement fund. The payment you receive will depend on the type and quantity of CRT Products you purchased, the total number of eligible reseller claims made in your respective state, and the allocation between reseller and end-user class members.

➢ A Class Action Settlement was approved in 2012 involving CRTs, a display device that was a main component in TVs, computer monitors and other devices.

➢ You may submit a claim online or by mail no later than **Month xx, 2016.**

➢ You or your attorney may object to the proposed payment allocation between resellers and end-users by **Month yy, 2016.** The decisions of the Court will be binding on all class members.

For complete information, to obtain the Detailed Notice, or to file a Claim, go to

**www.CRTclaims.com/reseller**

You may contact the Claims Administrator at 1-800-649-8153 or by writing to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

Para una notificacion en Espanol, llamar o visitar nuestro website.

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT E

# US1 Distribution

PR Newswire's U.S. Distribution delivers your messages across the most trusted and comprehensive content distribution network in the industry, providing the broadest reach and sharpest targeting available.

## ALABAMA

### Magazine

Coastal Living Magazine (Birmingham)

Southern Living (Birmingham)

Southern Breeze (Gulf Shores)

Civil Air Patrol News (Maxwell AFB)

Business Alabama Monthly (Mobile)

Prime Montgomery (Montgomery)

Fabricating & Metalworking Magazine (Pinson)

### News Service

Associated Press - Birmingham Bureau (Birmingham)

Associated Press - Mobile Bureau (Mobile)

Associated Press - Montgomery Bureau (Montgomery)

### Newspaper

The Sand Mountain Reporter (Albertville)

The Outlook (Alexander)

Anniston Star (Anniston)

Athens News Courier (Athens)

Atmore Advance (Atmore)

Lee County Eagle, The (Auburn)

Auburn Plainsman (Auburn University)

Baldwin Times (Bay Minette)

Birmingham Business Journal (Birmingham)

Birmingham News, The (Birmingham)

Birmingham Post-Herald (Birmingham)

Business Alabama Monthly - Birmingham Bureau (Birmingham)

Cherokee County Herald (Centre)

Cullman Times (Cullman)

Decatur Daily (Decatur)

Dothan Eagle (Dothan)

Enterprise Ledger (Enterprise)

Fairhope Courier (Fairhope)

Courier Journal (Florence)

Florence Times Daily (Florence)

Times Daily (Florence)

Fort Payne Times-Journal (Fort Payne)

Gadsden Times, The (Gadsden)

Latino News (Gadsen)

News-Herald (Geneva)

Huntsville Times, The (Huntsville)

Daily Mountain Eagle, The (Jasper)

Fairhope Courier, The (Mobile)

Mobile Press-Register (Mobile)

Montgomery Advertiser (Montgomery)

Opelika-Auburn News (Opelika)

Pelican, The (Orange Beach)

The Citizen of East Alabama (Phenix City)

Scottsboro Daily Sentinel (Scottsboro)

Selma Times Journal (Selma)

Talladega Daily Home (Talladega)

The Messenger (Troy)

Tuscaloosa News (Tuscaloosa)



PR Newswire
A UBM plc company

## Online

AL.com (Birmingham)

Heraldnewsmedia.com (Birmingham)

CullmanSense (Cullman)

The Adventures of Boogerhead and Me (Elmore)

Best Mom Reviews (Gadsden)

Latino-News.com (Gadsden)

Momgadget.com (Greensboro)

landofcotton.com (Munford)

## Radio

WAVU-AM (Albertville)

WQSB-FM (Albertville)

WAAO-FM (Andalusia)

WHOG-AM (Anniston)

WRAB-AM (Arab)

WKAC-AM (Athens)

WVNN-FM (Athens)

WANI-AM (Auburn)

PRX (Bessemer)

Metro Networks - Birmingham Bureau (Birmingham)

WAPI-AM (Birmingham)

WAPI-AM (Birmingham)

WBHM-FM (Birmingham)

WDXB-FM (Birmingham)

WENN-AM (Birmingham)

WERC-AM (Birmingham)

WMJJ-FM (Birmingham)

WQEN-FM (Birmingham)

WSGN-FM  Gadsden State Community College
  (Birmingham)

WYDE-FM (Birmingham)

WZNN-FM (Birmingham)

WZZK-FM (Birmingham)

WDRM-FM (Decatur)

WOOF-AM (Dothan)

WOOF-FM (Dothan)

WQLT-FM (Florence)

WAAX-AM (Gadsden)

WQZX-FM (Greenville)

WTWX-FM (Guntersville)

WYDE-AM (Homewood)

WYDE-FM (Homewood)

WBHP-AM (Huntsville)

WDYF-AM (Huntsville)

WJOU-FM (Huntsville)

WLBF-AM (Huntsville)

WLRH-FM (Huntsville)

WRSA-FM (Huntsville)

WSTF-AM (Huntsville)

WTAK-FM (Huntsville)

WLJS-FM (Jacksonville)

WWXQ-FM (Madison)

WKSJ-FM (Mobile)

WMXC-FM (Mobile)

WNTM-AM (Mobile)

WRKH-FM (Mobile)

WMFC-AM (Monroeville)

WMFC-FM (Monroeville)

WHLW-FM (Montgomery)

WLWI-AM (Montgomery)

WVAS-FM (Montgomery)

WWMG-FM (Montgomery)

WZHT-FM (Montgomery)

WJAB-FM (Normal)

WMBU-FM (Northport)

WMBV-FM (Northport)

WMFT-FM (Northport)

WRNF-FM (Northport)

WKKR-AM (Opelika)

WMXA-AM (Opelika)

WTLM-AM (Opelika)

WZMG-AM (Opelika)

WAMI-AM (Opp)

(888) 776-0942  |  www.prnewswire.com



WTDR-FM (Oxford)
WKXX-FM (Rainbow City)
WDXX-FM (Selma)
WACQ-AM (Tallassee)
WTSU-FM (Troy)
WQPR-FM (Tuscaloosa)
WUAL-FM (Tuscaloosa)

## Television

Metro Networks - Birmingham Bureau (Birmingham)
WBMA-TV (Birmingham)
WBRC-TV (Birmingham)
WIAT-TV (Birmingham)
WVTM-TV (Birmingham)
WDHN-TV (Dothan)
WTVY-TV (Dothan)
WAAY-TV (Huntsville)
WAFF-TV (Huntsville)
WHDF-TV (Huntsville)
WHNT-TV (Huntsville)
WALA-TV (Mobile)
WKRG-TV (Mobile)
WPMI-TV (Mobile)
Alabama Public Television (Montgomery)
Raycom Corporate (Montgomery)
WAKA-TV (Montgomery)
WNCF-TV (Montgomery)
WSFA-TV (Montgomery)
WCFT-TV (Tuscaloosa)
WVUA-TV (LPTV) (Tuscaloosa)

## ALASKA

## Magazine

Alaska Oil & Gas Reporter (Anchorage)

## News Service

Associated Press - Anchorage Bureau (Anchorage)
Disaster Center, The (Anchorage)
Reuters - Anchorage Bureau (Anchorage)
Associated Press - Juneau Bureau (Juneau)

## Newspaper

Alaska Business Monthly (Anchorage)
Alaska Journal Of Commerce (Anchorage)
Anchorage Daily News (Anchorage)
The Northern Light (Anchorage)
Fairbanks Daily News-Miner (Fairbanks)
University of Alaska Fairbanks (Fairbanks)
Juneau Empire (Juneau)
Los Angeles Times - Juneau Bureau (Juneau)
The Peninsula Clarion Kenai
Ketchikan Daily News (Ketchikan)
Ketchikan News (Ketchikan)
Kodiak Daily Mirror Kodiak
Sitka Daily Sitka Sentinel (Sitka)
Mat-Su Valley Frontiersman (Wasilla)

## Online

Subversify (Adak)

## Radio

Alaska Public Radio Network (Anchorage)
KASH-FM (Anchorage)
KBBO-FM (Anchorage)
KBFX-FM (Anchorage)
KBYR-AM (Anchorage)
KENI-AM (Anchorage)
KFAT-FM (Anchorage)
KFQD-AM (Anchorage)
KGOT-FM (Anchorage)
KMBQ-FM (Anchorage)
KNBA-FM (Anchorage)


PR Newswire
A UBM plc company

KRUA-FM (Anchorage)

KSKA-FM (Anchorage)

KXLW-FM (Anchorage)

KYMG-FM (Anchorage)

KBRW-AM (Barrow)

KBRW-AM/FM (Barrow)

KYUK-AM (Bethel)

KYUK-FM (Bethel)

KCUK-FM (Chevak)

KDLG-AM (Dillingham)

KFAR-AM (Fairbanks)

KFBX-AM (Fairbanks)

KIAK-FM (Fairbanks)

KUAC-FM (Fairbanks)

KZPA-AM (Fort Yukon)

KCAM-AM (Glennallen)

KHNS-FM (Haines)

KBBI-AM (Homer)

KGTL-AM (Homer)

KPEN-FM (Homer)

KWVV-FM (Homer)

KINY-AM (Juneau)

KSUP-FM (Juneau)

KTOO-FM (Juneau)

KDLL-FM (Kenai)

KKIS-FM (Kenai)

KSRM-AM (Kenai)

KWHQ-FM (Kenai)

KFMJ-FM (Ketchikan)

KRBD-FM (Ketchikan)

KMXT- FM (Kodiak)

KMXT-FM (Kodiak)

KOTZ-AM (Kotzebue)

KSKO-AM (McGrath)

KAKN-FM (Naknek)

KICY-AM/FM (Nome)

KNOM-AM (Nome)

KNOM-FM (Nome)

KJNP-FM (North Pole)

KFSK-FM (Petersburg)

KSDP-AM (Sand Point)

KCAW-FM (Sitka)

KUHB-FM (St. Paul)

KNSA-AM (Unalakleet)

KIAL-AM (Unalaska)

KCHU-AM (Valdez)

KSTK-FM (Wrangell)

## Television

Coastal Television Broadcasting Company (Anchorage)

KIMO-TV (Anchorage)

KTUU-TV (Anchorage)

KTVA-TV (Anchorage)

KYUR-TV (Anchorage)

K13XD-LP (Fairbanks)

KATN-TV (Fairbanks)

KFXF-TV (Fairbanks)

KTVF-TV (Fairbanks)

KJUD-TV (Juneau)

KJNP-TV (North Pole)

## ARIZONA

## Magazine

ADA Times (Chandler)

BUSRide (Mesa)

Modern Times Magazine (Mesa)

Arizona Business Gazette (Phoenix)

Astaire Magazine (Phoenix)

DRAFT Magazine (Phoenix)

Java Magazine (Phoenix)

Kontakt Magazine (Phoenix)

Latino Perspectives Magazine (Phoenix)

McMurry Publishing (Phoenix)

PR Newswire
A UBM plc company

Outlook Arizona (Phoenix)
Phoenix Magazine (Phoenix)
Sports Arizona Magazine (Phoenix)
Vim & Vigor (Phoenix)
Virgo Publishing (Phoenix)
Arizona Foothills Magazine (Scottsdale)
Desert Living (Scottsdale)
Inform Publishing Group (Scottsdale)
Medical News and Issues (Scottsdale)
Planning Magazine (Scottsdale)
Raising Arizona Kids Magazine (Scottsdale)
So Scottsdale! Magazine (Scottsdale)
Texas Homebuilder (Scottsdale)
West Valley Magazine (Sun City)
MyTekLife Magazine (Tempe)
Inside Tucson Business Magazine (Tucson)
Oser Communications Group (Tucson)
Tucson Lifestyles Magazine (Tucson)

## News Service

Arizona State University (Phoenix)
Associated Press - Phoenix Bureau (Phoenix)
Arizona State University - State-Press (Tempe)
Associated Press - Tucson Bureau (Tucson)

## Newspaper

Apache Junction News (Apache Junction)
Mohave Daily News (Bullhead City)
Casa Grande Dispatch (Casa Grande)
Arizona Daily Sun (Flagstaff)
Flagstaff Daily Sun (Flagstaff)
Gilbert Independent (Gilbert)
TheNeews (Goodyear)
Green Valley News and Sun (Green Valley)
Kingman Daily Miner (Kingman)
Kingman Mohave Daily Miner (Kingman)
Lake Havasu City Today's News-Herald (Lake Havasu City)

West Valley View (Litchfield Park)
East Valley Tribune (Mesa)
Mesa Tribune (Mesa)
Tribune Newspapers (Mesa)
The Nogales International (Nogales)
@West news (Peoria)
Arab America Today (Phoenix)
Arizona Guardian (Phoenix)
Arizona Republic, The (Phoenix)
East Valley Tribune (Phoenix)
Jewish News of Greater Phoenix (Phoenix)
La Voz (Phoenix)
Phoenix Business Journal, The (Phoenix)
School Reform News (Phoenix)
The Sahuarita Sun (Phoenix)
Prescott Courior (Prescott)
Prescott Daily Courier (Prescott)
Copper Basin News (San Manuel)
Au-Authm Action News (Scottsdale)
Tribune (Scottsdale)
Sierra Vista Herald (Sierra Vista/Bisbee)
Sun City Daily News-Sun (Sun City)
College Times (Tempe)
Arizona Daily Star (Tucson)
Daily Territorial (Tucson)
Inside Tucson Business (Tucson)
The Sun (Whikenburg)
La Voz de Yuma (Yuma)
Yuma Daily News-Sun (Yuma)

## Online

Roaming Times (Cave Creek)
Le Belle Amour (Chandler)
FleshEatingZipper (El Mirage)
Embedded.com (Flagstaff)
www.Amigos805.com (Flagstaff)
criminaljusticeprograms.com (Fountain Hills)

PR Newswire
A UBM plc company

NewsHX (Gilbert)

SparkleCore.com (Las Vegas)

www.codeboxmedia.com (Lonoke)

InsiderRacingNews.com (Peoria)

Wake Up America (Peoria)

Wake Up America Blog (Peoria)

Energy Delivery News & Solutions (Peyton)

85239.com (Phoenix)

aviloop.com (Phoenix)

Azinformation.com (Phoenix)

Banner Health (Phoenix)

BusinessJournalism.org (Phoenix)

Cities Planet (Phoenix)

Dagda Mor Media (Phoenix)

el break (Phoenix)

Lovin' Life After 50 (Phoenix)

Loving Life and Living on Less (Phoenix)

Quepasa.com (Phoenix)

Sports Arizona Monthly (Phoenix)

TheNewsist.com (Phoenix)

TrendLuxury (Phoenix)

Unnoticed Observer (Phoenix)

Writer's Helm (Phoenix)

Jenn, Mom of Two Munchkins (San Tan Valley)

Earth911.com (Scottsdale)

EmpowHER, The State Press (Scottsdale)

Metro Source (Scottsdale)

Random Musings (Scottsdale)

bookparkspr.com (Tempe)

PlayWhat.com (Tempe)

Censored News (Tucson)

## Radio

KVRD-FM (Cottonwood)

KYBC-AM (Cottonwood)

KAFF-AM (Flagstaff)

KAFF-FM (Flagstaff)

KNAU-FM (Flagstaff)

KPUB-FM (Flagstaff)

KVNA-AM (Flagstaff)

KGMN-FM (Kingman)

Tri-State News Network (Lake Havasu City)

KJZZ-FM (Mesa)

KXAZ-FM (Page)

KLPZ-AM (Parker)

Arizona Right Report (Phoenix)

KFNN-AM (Phoenix)

KFYI-AM (Phoenix)

KGME-AM (Phoenix)

KHOT-FM (Phoenix)

KKNT-AM Phoenix AZ (Phoenix)

KNIX-FM (Phoenix)

KTAR-AM (Phoenix)

KTAR-FM (Phoenix)

KAHM-FM (Prescott)

KYCA-AM (Prescott)

Metro Networks - Scottsdale Bureau (Scottsdale)

Money Radio 1510 (Scottsdale)

Arizona Public Media (Tucson)

Family Life Communications (Tucson)

KMXZ-FM (Tucson)

KNST-AM (Tucson)

KNST-FM (Tucson)

KUAT-FM (Tucson)

KTNN-AM (Window Rock)

## Television

AZTrib.com (East Valley)

KNAZ-TV (Flagstaff)

Kingman News Channel (Kingman)

AZCentral.com (Phoenix)

KNXV-TV (Phoenix)

KPHO-TV (Phoenix)

KPNX-TV (Phoenix)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

KSAZ-TV (Phoenix)
KTAZ-TV (Phoenix)
KTVK-TV (Phoenix)
KTVW-TV (Phoenix)
AZStarNet.com (Tucson)
KGUN-TV (Tucson)
KHRR-TV (Tucson)
KMSB-TV (Tucson)
KOLD-TV (Tucson)
KVOA-TV (Tucson)
KSWT-TV (Yuma)
KYMA-TV (Yuma)

## ARKANSAS

## Magazine

GreenZineAR (Bentonville)
Power Women Magazine (Fountain Lake)
The Trucker (Little Rock)
Mushing Magazine (Willow)

## News Service

Arkansas News Bureau (Little Rock)
Associated Press - Little Rock Bureau (Little Rock)
Tribune Media Services - Little Rock Bureau (Little Rock)

## Newspaper

Arkadelphia Siftings-Herald (Arkadelphia)
Henderson State University - Henderson Or (Arkadelphia)
The Signal (Arkadelphia)
Batesville Guard (Batesville)
Beebe News (Beebe)
Benton Courier (Benton)
Benton County Daily Record (Bentonville)
Blytheville Courier News (Blytheville)
Camden News (Camden)

Log Cabin Democrat (Conway)
El Dorado News-Times (El Dorado)
Northwest AR Times (Fayetteville)
Times-Herald (Forrest City)
Stephens Media Group (Fort Smith)
Times Record (Fort Smith)
Boone County Headlight (Harrison)
Harrison Daily Times (Harrison)
The Daily World (Helena)
Hope Star (Hope)
Hot Springs Sentinel Record (Hot Springs)
Jonesboro Sun (Jonesboro)
Arkansas Banker (Little Rock)
Arkansas Business (Little Rock)
Arkansas Business Publishing Group (Little Rock)
Arkansas Democrat-Gazette (Little Rock)
Arkansas Times (Little Rock)
Baptist Trumpet, The (Little Rock)
Benton Daily Record - Little Rock Bureau (Little Rock)
Little Rock Arkansas Democrat (Little Rock)
Sherwood Voice (Little Rock)
Banner-News (Magnolia)
Malvern Daily Record (Malvern)
Malvern Daily Times (Malvern)
Mountain Home Baxter Bulletin (Mountain Home)
The Nashville News (Nashville)
Newport Independent (Newport)
The Paragould Daily Press (Paragould)
Times Of N.E. Benton County (Pea Ridge)
Pine Bluff Commercial (Pine Bluff)
Arkansas Chronicle (Rogers)
Russellville The Courier (Russellville)
Searcy Citizen (Searcy)
Morning News of Northwest Arkansas (Springdale)
Northwest Arkansas Newspapers (Springdale)
Rogers Hometown News (Springdale)
The Stuttgart Daily Leader (Stuttgart)

PR Newswire
A UBM plc company

## Online

BethArnold.com (Little Rock)

## Radio

KAAB-AM (Batesville)
KBTA-AM (Batesville)
KWOZ-FM (Batesville)
KZLE-FM (Batesville)
University of the Ozarks (KUOZ-LP) (Clarksville)
KFAY-AM (Fayettville)
KQEW-FM (Fordyce)
KBFC-FM (Forrest City)
KXJK-AM (Forrest City)
KTCS-AM (Fort Smith)
KWXI-AM (Glenwood)
Arkansas Radio Network (Little Rock)
KABZ-FM (Little Rock)
KARN-AM (Little Rock)
KARN-FM (Little Rock)
KDJE-FM (Little Rock)
KHKN-FM (Little Rock)
KHLR-FM (Little Rock)
KKPT-FM (Little Rock)
KLAL-FM (Little Rock)
KMJX-FM (Little Rock)
KSSN-FM (Little Rock)
KUAR-FM (Little Rock)
KVSA-AM (McGehee)
KVOM-FM (Morrilton)
KTLO-AM (Mountain Home)
KTLO-FM (Mountain home)
KNBY-AM (Newport)
KJBN-AM (North Little Rock)
KCLA-AM (Pine Bluff)
KURM-AM (Rogers)
KWKK-FM (Russellville)
KWCK-AM (Searcy)

KASU-FM (State University)
KKYR-FM (Texarkana)
KWYN-AM (Wynne)

## Television

KNWA-TV (Fayettville)
KFAA-TV (Fort Smith)
KFSM-TV (Fort Smith)
KHBS-TV (Fort Smith)
KHOG-TV (Fort Smith)
KPOM-TV (Fort Smith)
KSBN-TV (Fort Smith)
KAIT-TV (Jonesboro)
KASN-TV (Little Rock)
KATV-TV (Little Rock)
KLRT-TV (Little Rock)
KTHV-TV (Little Rock)
KTSS-TV (Little Rock)
Talk Business (Little Rock)

## CALIFORNIA

## Magazine

Vanguard News (Acton)
Clean Eating Magazine (Aliso Viejo)
McMullen Argus Publishing (Anaheim)
Pin Up Media (Anaheim)
Bakersfield Life Magazine (Bakersfield)
Dairy Today/Farm Journal (Bakersfield)
KABOOM!! Magazine (Bakersfield)
Bay Area Kids magazine (Bay Point)
Los Angeles Times Magazine (Berkeley)
Mutineer (Berkeley)
Pregnancy Magazine (Berkeley)
celebrity society magazine (Beverly Hills)
B.Couleur Magazine (Burbank)
Contacto Magazine (Burbank)

(888) 776 0942 | www.prnewswire.com

PR Newswire
A UBM plc company

805 living magazine (Camarillo)

White Digital Media (Carlsbad)

Adams Business Media (Cathedral City)

Mickey News (Clovis)

Ocean Magazine (Corona Del Mar)

OC Weekly (Costa Mesa)

Westways (Costa Mesa)

Real Estate Southern California (Culver City)

Source Interlink (El Segundo)

Brush Buddies (Fontana)

Latino California (Fountain Valley)

What's Happening (Fremont)

Pollstar (Fresno)

Beverly Hills Courier (Glendale)

California Beverage News (Glendale)

Indoor Comfort News (Glendale)

LAFM - Los Angeles Film & Music Magazine (Glendale)

Patterson's California Beverage Journal (Glendale)

Tiger Beat/BOP magazines (Glendale)

Diversity News Magazine (Hollywood)

VNU Publications (Hollywood)

Laguna Beach Magazine (Huntington Beach)

Bow Tie Inc. (Irvine)

Fancy Publications (Irvine)

Luxveria (La Jolla)

Almost Famous (Laguna Beach)

Firebrand Media (Laguna Beach)

Anthem Magazine (Long Beach)

Long Beach Magazine (Long Beach)

944 Magazine Los Angeles (Los Angeles)

Acquire (Los Angeles)

Advertising Age - Los Angeles Bureau (Los Angeles)

Advocate, The (Los Angeles)

Adweek - Los Angeles Bureau (Los Angeles)

AIDS Healthcare Foundation (Los Angeles)

BeE Magazine (Los Angeles)

Brandweek - Los Angeles Bureau (Los Angeles)

BusinessWeek - Los Angeles Bureau (Los Angeles)

California Apparel News (Los Angeles)

California Real Estate (Los Angeles)

Clinical Lab Products (Los Angeles)

Crain Communications (Los Angeles)

Eastern Group Publications, Inc. (Los Angeles)

Echelon Magazine (Los Angeles)

Economist (Los Angeles)

Film Music Magazine (Los Angeles)

German World Magazine (Los Angeles)

Glamoholic magazine (Los Angeles)

Good (Los Angeles)

Hitched Media, Inc. (Los Angeles)

HIV Plus Magazine (Los Angeles)

Hollywood Beat (Los Angeles)

Impact the magazine (Los Angeles)

IN Magazine (Los Angeles)

LA Splash Magazine (Los Angeles)

LA Teen Festival: The Magazine (Los Angeles)

Los Angeles Lawyer (Los Angeles)

Los Angeles Magazine (Los Angeles)

Real Talk LA (Los Angeles)

Runway magazine (Los Angeles)

Screen Actor Magazine (Los Angeles)

Southern California Physician Magazine (Los Angeles)

Thrive (Los Angeles)

Tight Rope Magazine (Los Angeles)

Time - Los Angeles Bureau (Los Angeles)

Treats! Magazine (Los Angeles)

TribuAmericas, Inc. (Los Angeles)

Tu Ciudad (Hispanic) (Los Angeles)

Urban Network (Los Angeles)

Werner Publishing Corporation (Los Angeles)

Where Los Angeles (Los Angeles)

Woodworker West (Los Angeles)

Worth Magazine (Malibu)

Facebook (Menlo Park)

(888) 776-0942  |  www.prnewswire.com



PR Newswire
A UBM plc company

Crittenden's Golf Business and Real Estate (Mission Viejo)

Orange County Bride (Mission Viejo)

Pet Product News (Mission Viejo)

Pet Product News International (Mission Viejo)

Veterinary Practice News (Mission Viejo)

Red Herring (Mountain View)

Asian Journal | San Diego (National City)

Coast Magazine (Newport Beach)

Cuisine Noir Magazine (Oakland)

San Diego Business Magazine (Oceanside)

Official Magazine (Ontario)

Jezebel Magazine (Pacific Palisades)

Tuxedo Road (Pacific Palisades)

Dune Magazine (Palm Springs)

Palm Springs Life (Palm Springs)

Courthouse News (Pasadena)

Institutional Investor Alpha Magazine (Pasadena)

Juriscape (Pasadena)

Mr. Latino Magazine (Patterson)

STN Media (Redondo Beach)

Senior Spectrum (Sacramento)

Kandy magazine (San Diego)

Luxemont (San Diego)

San Diego Home/Garden Lifestyles (San Diego)

San Diego Jewish World (San Diego)

San Diego Magazine (San Diego)

San Diego Technology News (San Diego)

7x7 (San Francisco)

Active Interest Media (San Francisco)

Adweek - San Francisco Bureau (San Francisco)

Afar (San Francisco)

Business 2.0 (San Francisco)

Cyclicals (San Francisco)

InformationWeek (San Francisco)

MacLife (San Francisco)

Newsweek - San Francisco Bureau (San Francisco)

Posh Report (San Francisco)

Wired (San Francisco)

Recharge Asia Magazine (San Gabriel)

BusinessWeek - Silicon Valley Bureau (San Mateo)

Advanstar Communications (Santa Ana)

Hispanic Business (Santa Barbara)

Hispanic Business Inc. (Santa Barbara)

All In magazine (Santa Clarita)

Canon Communications (Santa Monica)

Flaunt Magazine (Santa Monica)

Forbes - Los Angeles Bureau (Santa Monica)

Fortune - Los Angeles Bureau (Santa Monica)

Kimathena Fashion Mag (Santa Monica)

Malibu Magazine (Santa Monica)

Newsweek - Los Angeles Bureau (Santa Monica)

North Bay Biz (Santa Rosa)

Hollywood News Calendar (Sherman Oaks)

Wine Industry Insight (Sonoma)

Maximum PC (South San Francisco)

Gloss Publishing (Studio City)

E.M. Publishing Enterprises, Inc., (Tarzana)

Flossin' Magazine (Temecula)

Wine Country This Month (Templeton)

Bobit Business Media - Auto Trim & Restyling News (Torrance)

Bobit Publishing (Torrance)

Untitled Magazine (Venice)

Affinity Group Publishing/RV Net (Ventura)

ROI Sequoia Valley (Visalia)

Diablo Magazine (Walnut Creek)

Luxlife Magazine (West Hollywood)

West Coast PR Newsletter (Westlake Village)

American Road Magazine (Woodland Hills)

Latin Business (Woodland Hills)

Moxy Magazine (Woodland Hills)

Santa Monica Life Magazine (Woodland Hills)

Weider Publications/American Media (Woodland Hills)



PR Newswire
A UBM plc company

## News Service

Azusa Pacific University (Azusa)

Associated Press - Berkeley Bureau (Berkeley)

Associated Press Television News (Burbank)

Associated Press - Fresno Bureau (Fresno)

Afx News/Agence France-Presse (Hollywood)

Knight-Ridder/Tribune Info. Services - Long Beach Bureau (Long Beach)

Asahi Shimbun (Los Angeles)

Associated Press - Los Angeles Bureau (Los Angeles)

Associated Press All News Network - Los Angeles Bureau (Los Angeles)

Bloomberg News - Los Angeles Bureau (Los Angeles)

City News Service (Los Angeles)

Copley News Service - Los Angeles Bureau (Los Angeles)

Reuters - Los Angeles Bureau (Los Angeles)

Reuters - Variety Entertainment Report (Los Angeles)

Reuters Newspictures (Los Angeles)

Tailor News Service (Los Angeles)

Tribune Media Services (Los Angeles)

United Press International (Los Angeles)

Usc-Annenberg School For Communications (Los Angeles)

Bloomberg News - Marina Del Ray Bureau (Marina Del Rey)

London Features International (Redondo Beach)

Associated Press - Sacramento Bureau (Sacramento)

Bloomberg News - Sacramento Bureau (Sacramento)

Associated Press - San Diego Bureau (San Diego)

Copley News Service (San Diego)

Associated Press - San Francisco Bureau (San Francisco)

Bay City News Service (San Francisco)

Bloomberg News - San Francisco Bureau (San Francisco)

Dow Jones Newswires - San Francisco Bureau (San Francisco)

New America Media (San Francisco)

Reuters - San Francisco Bureau (San Francisco)

Asahi Shimbun Publishing (San Jose)

Associated Press - San Jose Bureau (San Jose)

Nikkei Electronics - Santa Clara Bureau (Santa Clara)

Associated Press - Sherman Oaks Bureau (Sherman Oaks)

Scripps-Howard (Sierra Madre)

Copley Press Newspapers (Torrance)

Associated Press - Orange County Bureau (Tustin)

## Newspaper

Vision Hispana Newspaper (Alameda)

Anaheim Bulletin (Anaheim)

Anaheim Hills News (Anaheim Hills)

City Guide Community Newspaper, Inc. (Antioch)

Auburn Journal (Auburn)

Bakersfield Californian, The (Bakersfield)

Desert Dispatch (Barstow)

Herald-American (Bellflower)

Scot Scoop News (Belmont)

BeniciaNews.com (Benicia)

East Bay Daily News (Berkeley)

Oakland North (Berkeley)

Canyon News (Beverly Hills)

Brea Progress (Brea)

ImpreMedia Digital (Brooklyn)

River Cities Business Journal (Bullhead City)

Burbank Leader (Burbank)

Calaveras Enterprise (Calaveras)

Mojave Desert News (California City)

The Weekly Calistogan (Calistoga)

Ventura County Newspapers Inc. (Camarillo)

Campbell Reporter (Campbell)

Campbell Times (Campbell)


PR Newswire
A UBM plc company

Carlsbad Business Journal (Carlsbad)

San Leandro Times (Castro Valley)

Los Angeles Times - Chatsworth Bureau (Chatsworth)

Chico Enterprise Record (Chico)

ChicoSol (Chico)

American River Messenger (Citrus Heights)

Chinese Biz News (City of Industry)

Daily Pilot (Costa Mesa)

Los Angeles Times - Orange County Edition (Costa Mesa)

OC Metro (Costa Mesa)

OC Weekly (Costa Mesa)

The Coast Report (Costa Mesa)

San Gabriel Valley Business Journal (Covina)

Crescent City Del Norte Triplicate (Crescent City)

Cupertino Courier (Cupertino)

Cypress News (Cypress)

Dana Point News (Dana Point)

Peru News Review (Dana Pt.)

San Ramon Valley Times (Danville)

Davis Enterprise (Davis)

Coastal Community Newspapers (Del Mar)

Desert Local News (Desert Hot Springs)

East County Business News (El Cajon)

Adelante Valle (El Centro)

Imperial Valley Press (El Centro)

El Cerrito Wire (El Cerrito)

Chinese Free Daily News (El Monte)

South Bay Daily Breeze (El Segundo)

Informant Communications Group (Elk Grove)

El Gigante Hispano (Escondido)

Escondido North County Times (Escondido)

Hispanos Unidos (Escondido)

North County Times (Escondido)

Eureka Reporter (Eureka)

Eureka Times-Standard (Eureka)

Daily Republic (Fairfield)

Fairfield Daily Republic (Fairfield)

Mendocino Beacon (Fort Bragg)

The Lagonian (Foster City)

Fountain Valley View (Fountain Valley)

Argus, The (Fremont)

Fremont Argus (Fremont)

Tri-City Voice (Fremont)

Business Journal, The (Fresno)

Fresno Bee (Fresno)

The Sanger Herald (Fresno)

Gilroy Dispatch (Gilroy)

Glendale News-Press (Glendale)

Granite Bay Gazette (Granite Bay)

Grass Valley Union (Grass Valley)

Sonoma West Times & News (Graton)

Half Moon Bay Review (Half Moon Bay)

Hanford Sentinel (Hanford)

Hayward Daily Review (Hayward)

Healdsburg Tribune (Healdsburg)

Hemet News (Hemet)

Hesperia Star (Hesperia)

Hollister Freelance (Hollister)

The Pinnacle (Hollister)

Hollywood Independent (Hollywood)

Huntington Beach Independent (Huntington Beach)

Idyllwild Town Crier (Idyllwild)

Freedom Communications (Irvine)

Irvine Citizen (Irvine)

Irvine World News (Irvine)

Orange County Business Journal (Irvine)

Amador Ledger-Dispatch (Jackson)

La Canada Valley Sun (La Canada Flintridge)

Coastline News (La Quinta)

Laguna Journal (Laguna)

Laguna Beach Coastline Pilot (Laguna Beach)

Laguna Beach News Post (Laguna Beach)

Laguna Niguel News (Laguna Niguel)

PR Newswire
A UBM plc company

Canyon Life (Lake Forest)

Capistrano Valley News (Lake Forest)

Saddleback Valley News (Lake Forest)

Lake County Record Bee (Lakeport)

Lodi News-Sentinel (Lodi)

Lompoc Record (Lompoc)

Daily Forty-Niner (Long Beach)

El Econimico (Long Beach)

Impacto USA (Long Beach)

Long Beach Business Journal (Long Beach)

Long Beach Post (Long Beach)

Long Beach Press-Telegram (Long Beach)

Campus Circle Newspaper (Los Angeles)

Chicago Tribune - Los Angeles Bureau (Los Angeles)

Daily Commerce (Los Angeles)

Daily Sports Seoul USA (Los Angeles)

Downtown News (Los Angeles)

E Scene (Los Angeles)

East Wave (Los Angeles)

El Colombiano (Los Angeles)

H.G. Star (Los Angeles)

Hollywood Reporter, The (Los Angeles)

Investor'S Business Daily (Los Angeles)

Jewish Journal (Los Angeles)

Korea Daily (Los Angeles)

Korea Times (Los Angeles)

Korean Central Daily (Los Angeles)

La Ola (Los Angeles)

La Opinion (Los Angeles)

La Watts Times (Los Angeles)

La Weekly (Los Angeles)

Los Angeles Bulletin (Los Angeles)

Los Angeles Business Journal (Los Angeles)

Los Angeles Citybeat (Los Angeles)

Los Angeles Daily Journal (Los Angeles)

Los Angeles Independent Newspaper Group (Los Angeles)

Los Angeles Loyolan (Los Angeles)

Los Angeles Sentinel (Los Angeles)

Los Angeles Times (Los Angeles)

Los Angeles Times Magazine (Los Angeles)

Los Angeles Times/Washington Post News Service - Los Angeles Bureau (Los Angeles)

Metropolitan News-Enterprise (Los Angeles)

New York Times - Los Angeles Bureau, The (Los Angeles)

Northeast Wave (Los Angeles)

Our Weekly Newspaper (Los Angeles)

Pasadena Star-News (Los Angeles)

Rafu Shimpo (Los Angeles)

Santa Monica Mirror (Los Angeles)

The Korea Times (Los Angeles)

University Of California Los Angeles (Los Angeles)

Urban Light (Los Angeles)

Us Weekly - West Coast Bureau (Los Angeles)

USA Today - Los Angeles Bureau (Los Angeles)

Wall Street Journal - Los Angeles Bureau, The (Los Angeles)

Washington Post - Los Angeles Bureau, The (Los Angeles)

Wave Community Newspapers (Los Angeles)

West Wave (Los Angeles)

Whittier Daily News - Los Angeles Bureau (Los Angeles)

Yomiuri News (Los Angeles)

Jewish Community News (Los Gatos)

Los Gatos Daily News (Los Gatos)

Los Gatos Weekly Times (Los Gatos)

Lynwood Press (Lynwood)

Madera Tribune (Madera)

Malibu Surfside News (Malibu)

Malibu Times (Malibu)

Manteca Bulletin (Manteca)

Marysville Appeal Democrat (Marysville)

Los Angeles Times - Menifee Bureau (Menifee)

Palo Alto Daily News (Menlo Park)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

The Almanac (Menlo Park)

Merced Sun-Star (Merced)

Leisure World News (Mission Viejo)

Modesto Bee (Modesto)

Los Angeles Times - Monrovia Bureau (Monrovia)

Monterey County Herald (Monterey)

Chinese Daily News (Monterey Park)

International Daily News (Monterey Park)

Moorpark Star (Moorpark)

Morgan Hill Times (Morgan Hill)

Napa Register (Napa)

Napa Valley Business Times (Napa)

Napa Valley Register (Napa)

Marin Independent Journal (Novato)

Hispanic Today Magazine (Oak Park)

Oakdale Leader (Oakdale)

Alameda Times-Star (Oakland)

Berkeley Tri-City Post (Oakland)

East Bay Express (Oakland)

Oakland Tribune (Oakland)

Ojai Valley News (Ojai)

Business Press, The (Ontario)

Inland Valley Daily Bulletin (Ontario)

Ontario Inland Valley Daily Bulletin (Ontario)

Orange City News (Orange)

Orange County Catholic (Orange)

Oroville Mercury-Register (Oroville)

Oxnard Star (Oxnard)

Newsinc. (Pacifica)

The Chaparral (Palm Desert)

Palm Springs Desert Sun (Palm Springs)

Antelope Valley Press (Palmdale)

La Gaceta (Palmdale)

Palmdale Antelope Valley Press (Palmdale)

Palo Alto Weekly (Palo Alto)

The Daily Post (Palo Alto)

Palos Verdes Peninsula News (Palos Verdes)

Pasadena Star News (Pasadena)

Paso Robles Gazette (Paso Robles)

Petaluma Argus-Courier (Petaluma)

Placentia News-Times (Placentia)

Mountain Democrat (Placerville)

East Bay Business Times (Pleasanton)

Pleasanton Weekly, The (Pleasanton)

Tri-Valley Herald (Pleasanton)

Valley Times (Pleasanton)

Porterville Recorder (Porterville)

Inland Empire Business Journal (Rancho Cucamonga)

Daily News (Red Bluff)

Red Bluff Daily News (Red Bluff)

Record Searchlight, The (Redding)

Redding Record Searchlight (Redding)

Redlands Daily Facts (Redlands)

The Daily Independent (Ridgecrest)

Ripon Record (Ripon)

Business Press, The (Riverside)

La Prensa (Riverside)

Riverside Press-Enterprise (Riverside)

The Banner California Baptist University (Riverside)

Roseville Press-Tribune (Roseville)

Arden Carmichael News (Sacramento)

East Sacramento News (Sacramento)

Land Park News (Sacramento)

Los Angeles Times - Sacramento Bureau (Sacramento)

Natomas Journal (Sacramento)

Oakland Tribune - Sacramento Bureau (Sacramento)

Pocket News (Sacramento)

Sacramento Bee (Sacramento)

Sacramento Business Journal (Sacramento)

Sacramento Observer (Sacramento)

Salinas Californian (Salinas)

Calaveras Enterprise (San Andreas)


PR Newswire
A UBM plc company

San Bernardino County Sun (San Bernardino)

San Bernardino Sun (San Bernardino)

Peninsula Progress (San Bruno)

San Clemente Sun-Post News (San Clemente)

The Bellingham Herald (San Clemente)

Advisor Media Inc. (San Diego)

Dream Villager (San Diego)

La Prensa San Diego (San Diego)

Los Angeles Times - San Diego Bureau (San Diego)

San Diego Business Journal (San Diego)

San Diego Community Newspaper Group (San Diego)

San Diego Daily Transcript (San Diego)

San Diego Lgbt Weekly (San Diego)

San Diego Metropolitan (San Diego)

San Diego Reader (San Diego)

San Diego Union-Tribune (San Diego)

San Diego Voice & Viewpoint News (San Diego)

Voice And Viewpoint (San Diego)

Bay Area Reporter (San Francisco)

El Tecolote (San Francisco)

Independent, The (San Francisco)

Los Angeles Times - San Francisco Bureau (San Francisco)

New York Times - San Francisco Bureau, The (San Francisco)

Nichi Bei Weekly (San Francisco)

Nob Hill Gazette (San Francisco)

San Francisco Bay Guardian (San Francisco)

San Francisco Bay Times (San Francisco)

San Francisco Bay View (San Francisco)

San Francisco Business Times (San Francisco)

San Francisco Chronicle (San Francisco)

San Francisco Daily (San Francisco)

San Francisco Examiner (San Francisco)

SF Weekly (San Francisco)

The City Star (San Francisco)

USA Today - San Francisco Bureau (San Francisco)

Wall Street Journal - San Francisco Bureau, The (San Francisco)

Alianza Metropolitan News (San Jose)

Almaden Resident (San Jose)

Almaden Times (San Jose)

Blossom Valley Times (San Jose)

Cambrian Times (San Jose)

City College Times (San Jose)

El Observador (San Jose)

Evergreen Times (San Jose)

La Oferta Review (San Jose)

Nuevo Mundo (San Jose)

Rose Garden Resident (San Jose)

San Jose City College Times (San Jose)

San Jose Mercury News (San Jose)

Santa Teresa Times (San Jose)

Silicon Valley Business Journal (San Jose)

Silicon Valley/San Jose Business Journal (San Jose)

Spartan Daily, The (San Jose)

Willow Glen Resident (San Jose)

Willow Glen Times (San Jose)

San Luis Obispo County Telegram-Tribune (San Luis Obispo)

San Luis Obispo The Tribune (San Luis Obispo)

Intelligent Enterprise (San Mateo)

San Mateo Daily Journal (San Mateo)

San Mateo Times (San Mateo)

Alex Diaz Productions (Santa Ana)

Orange County Register (Santa Ana)

Santa Ana Orange County Register (Santa Ana)

South Coast Metro News (Santa Ana)

The Notice (Santa Ana)

Pacific Coast Business Times (Santa Barbara)

Santa Barbara Daily Sound (Santa Barbara)

Santa Barbara News-Press (Santa Barbara)

Santa Clara Weekly (Santa Clara)

The Signal (Santa Clarita)



Santa Cruz Sentinel (Santa Cruz)

Santa Maria Times (Santa Maria)

Ask The Advice Goddess (Santa Monica)

The Mainichi Newspapers (Santa Monica)

La Voz (Santa Rosa)

North Bay Business Journal (Santa Rosa)

Press Democrat (Santa Rosa)

Santa Rosa Press Democrat (Santa Rosa)

Saratoga News (Saratoga)

Marin Scope Community Newspapers (Sausalito)

Santa Cruz County Sentinel (Scotts Valley)

Santa Cruz Sentinel (Scotts Valley)

San Fernando Valley Business Journal (Sherman Oaks)

Simi Valley Star (Simi Valley)

El Sol De Sonoma (Sonoma)

Sonoma Index-Tribune (Sonoma)

Sonoma Sun (Sonoma)

The Union Democrat (Sonora)

Union-Democrat (Sonora)

The Lead Type (South Gate)

South Lake Tahoe Tribune (South Lake Tahoe)

Sing Tao Daily News (South San Fransisco)

St. Helena Star (St. Helena)

Central Valley Business Journal (Stockton)

Stockton Record (Stockton)

Sunnyvale Sun (Sunnyvale)

Thousand Oaks Star (Thousand Oaks)

The Tipton Trumpet (Tipton)

Daily Breeze (Torrance)

Ryukyu Shimpo (Torrance)

U.S. Frontline News (Torrance)

San Joaquin Herald (Tracy)

Tracy Press (Tracy)

Valley Voice Newspaper (Tulare)

Tustin News (Tustin)

Ukiah Daily Journal (Ukiah)

Vacaville Reporter (Vacaville)

Signal & Saugus Enterprise, The (Valencia)

Vallejo Times-Herald (Vallejo)

Van Nuys News Press (Van Nuys)

Argonaut, The (Venice)

Los Angeles Times - Ventura Bureau (Ventura)

Ventura County Reporter (Ventura)

Ventura County Star (Ventura)

Mi Estrella (Ventura County)

Daily Press (Victorville)

El Mojave (Victorville)

Victorville Daily Press (Victorville)

Tulare Advance-Register (Visalia)

Visalia Times-Delta (Visalia)

Contra Costa Times (Walnut Creek)

Walnut Creek Contra Costa Times (Walnut creek)

Register-Pajaronian (Watsonville)

San Gabriel Valley Tribune (West Covina)

West Covina San Gabriel Valley Tribune (West Covina)

Pacific Review (West Hollywood)

West Hollywood Independent (West Hollywood)

Westsider (West Los Angeles)

Nguoi Viet 2 (Westminster)

Nguoi Viet Daily News (Westminster)

The Whittier Daily News (Whittier)

Woodland Daily Democrat (Woodland)

Los Angeles Newspaper Group (Woodland Hills)

Siskiyou Daily News (Yreka)

## Online

VatorNews (Alameda)

EDACafe.com (Albany)

Better Parenting (Aliso Viejo)

cd journal (Anaheim Hills)

The City Edition (Antelope)

Electrical News (Arcadia)

www.labeez.org (Arleta)

AmericaJR.com (Banning)

(888) 776 0942 | www.prnewswire.com

PR Newswire
A UBM plc company

MAPLight.org (Berkeley)

Kounter Kulture (Beverly Hills)

malaikapaul.com (Beverly Hills)

Slebisodes Web Series Guide (Beverly Hills)

SportieLAB (Beverly Hills)

TakePart.com (Beverly Hills)

TheRealChick.com (Beverly Hills)

TheGopNet.com (Brea)

Mom Logic (Burbank)

abilitypath.org (Burlingame)

AgencyEquity.com (Burlingame)

Macaroni Kid Camarillo (Camarillo)

WorkCompCentral.com (Camarillo)

Brewsavvy.com (Carlsbad)

Lightside Reader (Castro Valley)

A Toast To Me (Chino)

Codeforeblog.com (Chula Vista)

The Chocolate Voice (Chula Vista)

TheFrisky.com (Coachella)

JapaneseSportCars.com (Corona)

MyEveryzine (Corona)

Supercomputing Online (Coronado)

Blind Squirrel Games (Costa Mesa)

Orange County Local News Network (Costa Mesa)

FilmRadar.com (Culver City)

The Daily Beast (Culver City)

Healthimize (Cupertino)

SurfShop.com (Dana Point)

The Catholic Business Journal (Danville)

Hometown News Services (Davis)

WalletPop (Davis)

LifePalz.com (El Dorado Hill)

PV-Tech.org (El Dorado Hills)

Corvette Forum (El Segundo)

Mother Nature Network (Encinitas)

Cairns Bulletin (Encino)

BusinessStreetOnline.com (Fresno)

LateUpdate.com (Fresno)

WaterWebster.org (Fullerton)

Hermosa Beach Patch (Hermosa Beach)

Moon Tide Media (Hermosa Beach)

The Chic Moms Guide To Feeling Fabulous (Hermosa Beach)

High Desert Daily (Hesperia)

ehow.com (Hollywood)

HollywoodReporter.com (Hollywood)

The Art of Charm (Hollywood)

Alienbabeltech (Indio)

sahafa.com (Irvine)

The Stiel Report (Irvine)

CompuServe (Laguna Beach)

InnTouch (Laguna Beach)

TeleMapics (Laguna Hills)

ThereArePlaces (Laguna Hills)

TheBestPrice.com (Laguna Niguel)

AftermarketPress.com (Lake Arrowhead)

vidthru.com (Lake Elsinore)

Lake County News (Lakeport)

LoveToKnow.com (Livermore)

The Daily Sports Herald (Long Beach)

OC180NEWS.com (Los Alamitos)

AMFPT (Los Angeles)

Beats4LA.com (Los Angeles)

BlackNewsMagazine.Com (Los Angeles)

CG Channel (Los Angeles)

CommonCentsEconomics.wordpress.com (Los Angeles)

Cookbookpedia (Los Angeles)

Courthouse News Service (Los Angeles)

Daily Candy (Los Angeles)

Digital Media Wire (Los Angeles)

E! Online (Los Angeles)

Edmunds.com (Los Angeles)

Fitnesswhore.com (Los Angeles)

Fox Interactive Media (Los Angeles)

PR Newswire
A UBM plc company

GlobeSt.com (Los Angeles)

Gloss Network for Women (Los Angeles)

HalEsiner.com (Los Angeles)

Hollywoodentertainmentbuff.com (Los Angeles)

Internet Broadcasting Systems, Inc. (Los Angeles)

JohnnyJet.com (Los Angeles)

Just Jared, Inc. (Los Angeles)

Lalawag (Los Angeles)

LAPressClub.org (Los Angeles)

LATimes.com (Los Angeles)

Lighting.com (Los Angeles)

Los Angeles 3D Club Website (Los Angeles)

Madrigal Online (Los Angeles)

MishMash Magazine (Los Angeles)

mommylovestech.com (Los Angeles)

MyLocalHVAC.com (Los Angeles)

Pameno.com (Los Angeles)

Patti's Prattles (Los Angeles)

PHM Publications (Los Angeles)

Popdecay.com (Los Angeles)

QueOndas.com (Los Angeles)

Real Talk LA (Los Angeles)

Social Media World (Los Angeles)

Stuffedtech.com (Los Angeles)

SuiteEvents (Los Angeles)

The Brad Blog (Los Angeles)

The City Maven (Los Angeles)

The Next Family (Los Angeles)

TheBusinessofFilm.com (Los Angeles)

This Yuppie Life (Los Angeles)

toofab.com (Los Angeles)

Topicous (Los Angeles)

Ventureiab.com (Los Angeles)

Vidgees.com (Los Angeles)

VOA - Voice of America (Los Angeles)

world baby report (Los Angeles)

www.entertainmentaffair.com (Los Angeles)

All Access Music Group (Malibu)

The Malibu Times (Malibu)

Automotivedigest.com (Manhattan Beach)

Grades of Green (Manhattan Beach)

Manhattan Beach Momma (Manhattan Beach)

Before It's News (Mill Valley)

Parabolic Arc (Mohave)

L.A. Newser (Monrovia)

SpeedontheWater.com (Moorpark)

News24-680.com (Moraga)

Quote.com (Mountain View)

Yubanet.com (Nevada City)

El Clasificado (Norwalk)

Channel Champion (Novato)

North Bay Bohemian (Novato)

Oakland North (Oakland)

Oakland Science News (Oakland)

WhatTheyThink.com (Oakland)

DivaVillage.com (Orange)

Orange County Online News (Orange)

Themis Media (Orinda)

Alltop (Palo Alto)

Alta Vista (Palo Alto)

Cloud-Implementation.com (Palo Alto)

Connected Social Media (Palo Alto)

Inside Facebook (Palo Alto)

Biotech Crossing (Pasadena)

EmploymentCrossing (Pasadena)

discussUC.com (Paso Robles)

ERE Media (Placentia)

workcompwire.com (Poway)

Cabinet Report (Rancho Cordova)

Loans.org (Rancho Cucamonga)

Excite (Redwood City)

Connect2Download (Riverside)

GGS Gamer (Riverside)

Grab Geek Points (Riverside)

PR Newswire
A UBM plc company

InstantRiverside.com (Riverside)

PE.net (Riverside)

Placer County Online (Rocklin)

Blackagriculture (Sacramento)

Moonandback.com (Sacramento)

Pet Law News (Sacramento)

SexyFeminist.com (Sacramento)

United Reporting (Sacramento)

Zimbio.com (San Carlos)

www.grindtv.com (San Clemente)

ZumaPress (San Clemente)

Active.com (San Diego)

bizSanDiego (San Diego)

Blue Mau Mau (San Diego)

Daily Speculations (San Diego)

Digital Daily News (San Diego)

Health Wellness Gems (San Diego)

JustLuxe.com (San Diego)

Monkey C Media (San Diego)

MySDScience (San Diego)

Outside Comic-Con (San Diego)

Pam's House Blend (blog) (San Diego)

San Diego Earth Times (San Diego)

San Diego Loves Green (San Diego)

Sandiego.com (San Diego)

ScoopSanDiego.com (San Diego)

SheKnows.com (San Diego)

SignOnSanDiego.com (San Diego)

SimplyDumb.com (San Diego)

Such a Smart Mom (San Diego)

The Third Boob (San Diego)

The Versed (San Diego)

Voice of San Diego (San Diego)

AuntMinnie.com (San Francisco)

Babycenter.com (San Francisco)

BeyondChron.org (San Francisco)

BNET (San Francisco)

Circle of Moms (San Francisco)

CleanTechies Blog (San Francisco)

CNAClasses.org (San Francisco)

CNET (San Francisco)

CorrectionsOne.com (San Francisco)

Credit Karma (San Francisco)

Dow Jones MarketWatch.com - San Francisco Bureau (San Francisco)

DrBicuspid (San Francisco)

Drinkhacker.com (San Francisco)

FogCityJournal.com (San Francisco)

GreenCarAdvisor.com (San Francisco)

HIVandHepatitis.com (San Francisco)

Honor Portland (San Francisco)

IESherpa.com (San Francisco)

Indexfunds.com (San Francisco)

Laughing Squid (San Francisco)

Mission Loc@l (San Francisco)

New Colonist, The (San Francisco)

paperloop (San Francisco)

PlanetOut.com (San Francisco)

Pology (San Francisco)

SanFranciscoSentinel.com (San Francisco)

SFist.com (San Francisco)

Thrillist.com (San Francisco)

TriplePundit.com (San Francisco)

ZDNet News (San Francisco)

EXODUS Newsmagazine (San Jose)

GreenMomentum.com (San Jose)

Intersect Insight (San Jose)

Paperclipsociety.com (San Jose)

SanFranciscoBayAreaToday.org (San Jose)

Raspwire (San Marcos)

XBLA Ratings (San Marcos)

Caring.com (San Mateo)

quinstreet media, inc. (San Mateo)

Tonic.com (San Mateo)

Green Diva Mom (San Rafael)

PR Newswire
A UBM plc company

Wonderdads (San Rafael)
SoCalThrills.com (Santa Ana)
Voice of OC (Santa Ana)
HispanicBusiness.com (Santa Barbara)
Urban Darling Magazine (Santa Clara)
Yahoo! (Santa Clara)
Just Kids Family Guide (Santa Clarita)
Business.com (Santa Monica)
Glo.com (Santa Monica)
Mahalo.com (Santa Monica)
mocoNews.net (Santa Monica)
NewBeauty.com (Santa Monica)
Outcast Network (Santa Monica)
Wonderwall Latino (Santa Monica)
8 Women Dream (Santa Rosa)
Pin-n-tell (Santee)
Newsfactor.com (Sherman Oaks)
CommPRO.biz (Silver Strand)
On The Surface - Surtex Blog (Simi Valley)
WineBusiness.com (Sonoma)
ImOnlyRicky (Stockton)
myGloss.com (Studio City)
The Clickcast (Studio City)
Africaupdates.com (Sunnyvale)
California Travel News (Sunset Beach)
Planet Style (Sylmar)
Dessert Obsessed (Thousand Oaks)
BurbankNBeyond (Toluca Lake)
Dani's Vanity Blog (Torrance)
Inlandnews (Upland)
Think Youth (blog) (Upland)
NewYorkPudding.com (Valencia)
VallejoNews.com (Vallejo)
TreeLiving.com (Valley Village)
Bitch PhD (Ventura)
StarOnline.com (Ventura)
Things To Do In LA (West Hills)

LA RAG MAG (West Hollywood)
RealGayLA.com (West Hollywood)
US-China Today (West Hollywood)
Vital Juice (West Hollywood)
WEHOville (West Hollywood)

## Radio

KAHI-AM (Auburn)
KAXL-FM (Bakersfield)
KERN-AM (Bakersfield)
KNZR-AM (Bakersfield)
KSMJ-FM (Bakersfield)
KUZZ-FM (Bakersfield)
KRXV-FM (Barstow)
KNHM-FM (Bayside)
KPFA-FM (Berkeley)
Global Radio News (Beverly Hills)
KFWB (Beverly Hills)
KBIG-FM (Burbank)
KFI-AM (Burbank)
KHHT-FM (Burbank)
KIIS-FM (Burbank)
KOST-FM (Burbank)
KYSR-FM (Burbank)
KADV-FM (Ceres)
KCHO-FM (Chico)
KMXI-FM (Chico)
KPAY-AM (Chico)
Westwood One Radio Network (Culver City)
KDRT-FM (Davis)
KRDU-AM (Dinuba)
KUBO-FM (El Centro)
Blourt (El Segundo)
KGOE-AM (Eureka)
KMUE-FM (Eureka)
KDOW-AM (Freemont)
KHGE-FM (Fresno)

PR Newswire
A UBM plc company

KJWL-FM (Fresno)

KMJ-AM (Fresno)

KMJ-FM (Fresno)

KMPO-FM (Fresno)

KSJV-FM (Fresno)

KSOF-FM (Fresno)

KTQX-FM (Fresno)

KYNO-AM (Fresno)

energia productions group (Fullerton)

KBPK-FM (Fullerton)

KIEV-AM (Glendale)

KRLA-AM (Glendale)

KTNQ-AM (Glendale)

KNCO-AM (Grass Valley)

KTYM-AM (Inglewood)

KCDZ-FM (Joshua tree)

KRKC-AM/FM (King City)

KULV-AM University Of La Verne (La Verne)

The Complete Sheet (La Verne)

KPWR-FM (Lakewood)

AER TALK (Los Angeles)

City of Angels Network (Los Angeles)

Dezonmedia (Los Angeles)

healthylife.net (Los Angeles)

KFI-AM kfi640 com (Los Angeles)

KNX-AM (Los Angeles)

KRLA-AM/KLSX-FM (Los Angeles)

Marketplace Productions (Los Angeles)

Metro Networks - Los Angeles Bureau (Los Angeles)

National Public Radio - Los Angeles Bureau (Los Angeles)

Playboy Radio (Los Angeles)

Weekend America (Los Angeles)

KMPO-AM (Mendocino)

KYOS-AM (Merced)

KSBR-FM (Mission Viejo)

KFIV-AM (Modesto)

KRXA-AM (Monterey)

KWAV-FM (Monterey)

Quality News Network (Monterey)

KCAA-AM (Monterey Park)

KMJC-AM (Mt. Shasta)

KVON-AM (Napa)

KPFK-FM (North Hollywood)

themansmanshow (Oakland)

Wisdom Radio (Oakland)

KNWZ-AM (Palm Desert)

KPSI-AM (Palm Springs)

KPCC (Pasadena)

KPCC-FM (Pasadena)

Southern California Public Radio (Pasadena)

KPRL-FM (Paso Robles)

KZYX-FM (Philo)

KKDV-FM (Pleasanton)

KJPR-AM (Redding)

KQMS-AM (Redding)

KRDG-FM (Redding)

KRRX-FM (Redding)

KSHA-FM (Redding)

Green Seed Radio (Redwood City)

KRCB-FM (Rohnert Park)

KFBK-AM (Sacramento)

KFBK-FM (Sacramento)

KHTK-AM (Sacramento)

K-LOVE (Sacramento)

KNTY-FM (Sacramento)

KSAC-AM (Sacramento)

KTKZ-AM (Sacramento)

KUOP-FM (Sacramento)

KXJZ-FM (Sacramento)

KXPR-FM (Sacramento)

KXSR-FM (Sacramento)

KHDC-FM (Salinas)

KION-AM (Salinas)

KOCN-FM (Salinas)

PR Newswire
A UBM plc company

KTOM-FM (Salinas)
KVCR-FM (San Bernardino)
KCBQ-AM (San Diego)
KCBQ-FM (San Diego)
KFMB-AM (San Diego)
KFMB-FM (San Diego)
KGB-FM (San Diego)
KIOZ-FM (San Diego)
KLSD-AM (San Diego)
KMYI-FM (San Diego)
KOGO-AM (San Diego)
KOGO-FM (San Diego)
KPBS-FM (San Diego)
KPRI-FM (San Diego)
KSDS-FM (San Diego)
Metro Networks - San Diego Bureau (San Diego)
The Pet Engineer Radio Show (San Diego)
XTRA-AM (San Diego)
CNET Radio (San Francisco)
KALW-FM (San Francisco)
KCBS-AM (San Francisco)
KFOG-FM (San Francisco)
KFRC-FM (San Francisco)
KGO-AM (San Francisco)
KKGN/KNEW (San Francisco)
KKSF-AM (San Francisco)
KMVQ-FM (San Francisco)
KNBR-AM (San Francisco)
KNEW-AM (San Francisco)
KPOO-FM (San Francisco)
KQED-FM (San Francisco)
KSFO-AM (San Francisco)
Metro Networks - San Francisco Bureau (San Francisco)
KBAY-FM (San Jose)
KEZR-FM (San Jose)
KLIV-AM (San Jose)
KLOK-AM (San Jose)

KRTY-FM (San Jose)
Eat Drink Explore Media (San Luis Obispo)
KVEC-AM (San Luis Obispo)
KCSM-FM (San Mateo)
KPBS-FM (San Mateo)
America's Network (Santa Ana)
KSDW-FM (Santa Ana)
KWVE-AM (Santa Ana)
KWVE-FM (Santa Ana)
KSBL-FM (Santa Barbara)
KTMS-AM (Santa Barbara)
KTYD-FM (Santa Barbara)
KZSB-AM (Santa Barbara)
KHTS AM 1220 (Santa Clarita)
KSCO-AM (Santa Cruz)
KUSP-FM (Santa Cruz)
KCRW-FM (Santa Monica)
KJZY-FM (Santa Rosa)
KSRO-AM (Santa Rosa)
KZST-FM (Santa Rosa)
The Costa Report (Sausalito)
Premiere Radio Networks (Sherman Oaks)
Covert Media Group (Simi Valley)
KSVY-FM (Sonoma)
KVML-AM (Sonora)
KZSQ-FM (Sonora)
KATM-FM (Stockton)
KJOY-FM (Stockton)
KWSX-AM (Stockton)
Slice of SciFi (Studio City)
CRN/Cable Radio Network (Sunland)
KKTO-FM (Tahoe City)
KCLU-FM (Thousand Oaks)
Pawsitively Pets Radio (Tustin)
Sky Radio Network (Valley Village)
KSAK-FM (Walnut)
KFWB-AM (Woodland Hills)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

KSYC-AM (Yreka)

## Television

KBAK-TV (Bakersfield)

KERO-TV (Bakersfield)

KGET-TV (Bakersfield)

Gosh!TV (Beverly Hills)

KHIZ-TV (Beverly Hills)

Playboy TV (Beverly Hills)

The Broke Wives Club/ The Attitude Shift (Beverly Hills)

KTSF-TV (Brisbane)

ACCESS HOLLYWOOD (Burbank)

CNBC - Burbank Bureau (Burbank)

Dateline NBC - Burbank Bureau (Burbank)

KNBC-TV (Burbank)

KVEA-TV (Burbank)

Reuters Television - Burbank Bureau (Burbank)

KHSL-TV (Chico)

KNVN-TV (Chico)

Deportes Time Warner Cable (El Segundo)

SportsNet Time Warner Cable (El Segundo)

MomsTown (Escondido)

KIEM-TV (Eureka)

KFSN-TV (Fresno)

KFTV-TV (Fresno)

KGPE-TV (Fresno)

KMPH-TV (Fresno)

KNXT-TV (Fresno)

KSEE-TV (Fresno)

EXTRA (Glendale)

Extra TV- The Entertainment Magazine Show (Glendale)

KABC-TV (Glendale)

KVEA Noticias at 11 (Glendale)

Australian TV, Channel 10 (Los Angeles)

AXSLive (Los Angeles)

Beyond Twisted (Los Angeles)

Brazilian Digital Channel - Bdci Tv (Los Angeles)

CNN - Los Angeles Bureau (Los Angeles)

Docucinema (Los Angeles)

E! Entertainment Television (Los Angeles)

E! Networks/Comcast Entertainment (Los Angeles)

Entertainment Tonight (Los Angeles)

Fox News Channel - Los Angeles Bureau (Los Angeles)

Fox Sports Net (Los Angeles)

Fox Sports West (Los Angeles)

Fox Sports World (Los Angeles)

G4 TV (Los Angeles)

KABC-AM (Los Angeles)

KCAL-TV (Los Angeles)

KCBS-TV (Los Angeles)

KCET-TV (Los Angeles)

KCOP-TV (Los Angeles)

KMEX-TV (Los Angeles)

KTLA-TV (Los Angeles)

KTTV-TV (Los Angeles)

KWHY-TV (Los Angeles)

LA 18 (Los Angeles)

Morningstar Entertainment (Los Angeles)

MundoFox (Los Angeles)

Real Zeal Productions (Los Angeles)

Reindog Productions, Inc. (Los Angeles)

Si TV (Los Angeles)

TMZ (Los Angeles)

UCLA -TV (Los Angeles)

KSMS-TV (Monterey)

KTVU-TV (Oakland)

KESQ-TV (Palm Desert)

KMIR-TV (Palm Desert)

KRCR-TV (Redding)

KRCB-TV (Rohnert Park)

The Trailer Talks (Rolling Hills)

KCRA-TV (Sacramento)

KMAX-TV (Sacramento)

PR Newswire
A UBM plc company

KQCA-TV (Sacramento)

KTXL-TV (Sacramento)

KUVS-TV (Sacramento)

KVIE-TV (Sacramento)

KXTV-TV (Sacramento)

Central Coast News (Salinas)

KCBA-TV (Salinas)

KION-TV (Salinas)

KSBW- TV (Salinas)

KSBW-TV (Salinas)

KBNT- TV (San Diego)

KBNT-LP (San Diego)

KFMB-TV (San Diego)

KGTV-TV (San Diego)

KGTV-TV, Channel 10 (San Diego)

KNSD-TV (San Diego)

KPBS-TV (San Diego)

KUSI-TV (San Diego)

XETV-TV (San Diego)

XHAS-TV (San Diego)

Current TV LLC (San Francisco)

KDTV-TV (San Francisco)

KGO-TV (San Francisco)

KPIX-TV (San Francisco)

KQED-TV (San Francisco)

KRON-TV (San Francisco)

Link TV (San Francisco)

National Academy of Television Arts & Sciences (San Francisco)

Reuters Television - San Francisco Bureau (San Francisco)

KNTV-TV (San Jose)

KSTS-TV (San Jose)

KTEH-TV (San Jose)

KSBY-TV (San Luis Obispo)

KEYT-TV (Santa Barbara)

KCOY-TV (Santa Maria)

KKFX-TV (Santa Maria)

ShoesTV (Santa Monica)

KFTY-TV (Santa Rosa)

KUSI-TV (Solana Beach)

Entertainment Tonight / The Insider (Studio City)

Fight Back! Productions (Van Nuys)

KOVR-TV (West Sacramento)

Universal Sports (Westlake Village)

The "IN" show and KCLA (Whittier)

## COLORADO

### Magazine

Alternative Medicine Magazine (Boulder)

Natural Foods Merchandiser (Boulder)

Nutrition Business (Boulder)

Southwest Art Magazine (Boulder)

DGuides.com (Breckenridge)

Benefits Selling Magazine (Centennial)

Colorado BIZ Magazine (Centennial)

Western Livestock Journal (Colorado Springs)

303 Magazine (Denver)

ColoradoBiz Magazine (Denver)

ColoradoView Magazine (Denver)

Frontier Airlines Magazine & TV News (Denver)

Museum Store Magazine (Denver)

Shine Magazine (Denver)

Media Business Corp (Golden)

AgJournal (Grand Junction)

Mile High Dog (Greenwood Village)

5280 Magazine (Lakewood)

Onyx Magazine (Littleton)

Pieces of Denver (Littleton)

Gelbvieh World (Westminster)

### News Service

Associated Press - Denver Bureau (Denver)

Bloomberg News - Denver Bureau (Denver)

PR Newswire
A UBM plc company

Copley News Service (Denver)

## Newspaper

Alamosa Valley Courier (Alamosa)

Arvada Press (Arvada)

Aspen Daily News (Aspen)

Aspen Times (Aspen)

The Aspen Times (Aspen)

Aurora Daily Sun (Aurora)

Aurora Sentinel (Aurora)

Boulder County Business Report, The (Boulder)

Boulder Daily Camera (Boulder)

Colorado Daily (Boulder)

Broomfield Enterprise (Broomfield)

Canon City Daily Record (Canon City)

Colorado Springs Business Journal, The (Colorado Springs)

Colorado Springs Gazette (Colorado Springs)

Cortez Journal (Cortez)

Craig Daily Press (Craig)

Cherry Creek News/North Denver News (Denver)

Chicago Tribune - Denver Bureau (Denver)

City Substance (Denver)

Denver Business Journal, The (Denver)

Denver Daily News, The (Denver)

Denver Post (Denver)

El Semanario, The Weekly Issue (Denver)

Empleo Ahora (Denver)

Los Angeles Times - Denver Bureau (Denver)

New York Times - Denver Bureau, The (Denver)

USA Today - Denver Bureau (Denver)

Westword (Denver)

Durango Herald (Durango)

Elbert County News (Englewood)

Canyon Courier (Evergreen)

Evergeeen Hustler (Evergreen)

Evergreen Newspapers (Evergreen)

High Timber Times (Evergreen)

Fort Collins Coloradoan (Fort Collins)

Fort Collins Now (Fort Collins)

Fort Collins Weekly (Fort Collins)

North Colorado Business Report, The (Fort Collins)

Fort Morgan Times (Fort Morgan)

Frisco Summit Daily News (Frisco)

Summit Daily News (Frisco)

Glenwood Springs Post Independent (Glenwood Springs)

Glenwood Springs Post-Independent (Glenwood Springs)

Golden Transcript (Golden)

Grand Junction Daily Sentinel, The (Grand Junction)

Grand Junction Free Press (Grand Junction)

Grand Junction Sentinel (Grand Junction)

Greeley Tribune (Greeley)

Clear Creek Courant (Idaho Springs)

Lakewood Sentinel (Lakewood)

Columbine Courier (Littleton)

Longmont Daily Times-Call (Longmont)

Loveland Daily Reporter-Herald, The (Loveland)

Loveland Reporter-Herald (Loveland)

Montrose Daily Press (Montrose)

Pueblo Business Journal, The (Pueblo)

Pueblo Chieftain (Pueblo)

San Miguel Basin Forum (San Miguel)

Amarillo Daily News (Silt)

Steamboat Today (Steamboat Springs)

Sterling Journal-Advocate (Sterling)

Telluride Daily Planet (Telluride)

The Chronicle-News (Trinidad)

Vail Daily (Vail)

Wheat Ridge Transcript (Wheat Ridge)

## Online

Braided Bandit (Boulder)

Spot Influence (Boulder)

Tek4.me (Clifton)

PR Newswire
A UBM plc company

Citizenlink.com (Colorado Springs)
CSBJ.COM (Colorado Springs)
Gazette.com (Colorado Springs)
Newspeak (Colorado Springs)
5280mtb.com (Denver)
ePregnancy (Denver)
Green Building Elements (Denver)
JasonSteele.com (Denver)
Pintwell (Denver)
Reign Denver (Denver)
Rocky Mountain TechLine (Denver)
RockyMountainNews.com (Denver)
Thought Theater (Denver)
The Due Diligence Blog (Evergreen)
LiveOAK Media (Fort Collins)
KpopLIVE (Garden City)

## Radio

KGIW-AM (Alamosa)
Aspen Public Radio (Aspen)
KNFO-FM (Aspen)
KSNO-FM (Aspen)
KNUS-AM (Aurora)
KBCO-FM (Boulder)
KNAB-AM (Burlington)
KRLN-AM (Canon City)
KCFR-FM (Centennial)
Family News in Focus Radio (Colorado Springs)
KILO-FM (Colorado Springs)
KRCC-FM (Colorado Springs)
KVOR-AM (Colorado Springs)
KYZX-FM (Colorado Springs)
Colorado Public Radio (Denver)
KBCO-FM (Denver)
KCFR-AM (Denver)
KHOW-AM (Denver)
KKPC-AM (Denver)

KKZN-AM (Denver)
KOA-AM (Denver)
KPRH-FM (Denver)
KPTT-FM (Denver)
KRFX-FM (Denver)
KTLK-AM (Denver)
KUVO-FM (Denver)
Metro Networks - Denver Bureau (Denver)
KYSL-FM (Dillon)
KIQX-FM (Durango)
KIUP-AM (Durango)
KRSJ-FM (Durango)
KZYR-FM (Edwards)
JONES RADIO NETWORK INC  (Englewood)
KCOL-AM (Fort Collins)
KFTM-AM (Fort Morgan)
KMTS-FM (Glenwood Springs)
KFKA-AM (Greeley)
KUNC (Greeley)
KUNC-FM (Greeley)
KVAY-FM (Lamar)
KSLV-AM (Monte Vista)
KCCY-FM (Pueblo)
KCSJ-AM (Pueblo)
KKLI-FM (Pueblo)
KPHT-FM (Pueblo)
KVUU-FM (Pueblo)
KPMX-FM (Sterling)
KPOF-AM (Westminster)
KKPL-FM (Windsor)
KUAD-FM (Windsor)
KATR-FM (Wray)

## Television

KACT-TV (Aurora)
KKTV-TV (Colorado Springs)
KRDO-TV (Colorado Springs)

(888) 776 0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

KXRM-TV (Colorado Springs)
KCEC-TV (Denver)
KCNC-TV (Denver)
KDVR-TV (Denver)
KMAS-TV (Denver)
KMGH-TV (Denver)
KUSA-TV (Denver)
KWGN-TV (Englewood)
KJCT-TV (Grand Junction)
KKCO-TV (Grand Junction)
KREX-TV (Grand Junction)
Rocky Mountain Television (Gunnison)
KOAA-TV (Pueblo)

## CONNECTICUT

## Magazine

Soundings (Essex)
Westport Magazine (Greenwich)
CT Business Magazine (Hartford)
Flat Hammock Press (Mystic)
Connecticut Magazine (New Haven)
Taunton Press (Newtown)
Faith & Family Magazine (North Haven)
1to1 Media (Norwalk)
LEA! Magazine (Norwalk)
Little India (Norwalk)
WWE Magazine (Stamford)
Connecticut Home & Garden (Trumbull)

## News Service

Associated Press - Hartford Bureau (Hartford)
Reuters - Hartford Bureau (Hartford)
Associated Press - New Haven Bureau (New Haven)
Health Day (Norwalk)
Associated Press - Stamford Bureau (Stamford)
SIMBA Information (Stamford)

## Newspaper

Connecticut Post (Bridgeport)
Bristol Press (Bristol)
News-Times, The (Danbury)
East Haven Courier (East Haven)
Soundings (Essex)
Sacred Heart University (Fairfield)
Gorham Times (Gorham)
Greenwich Times (Greenwich)
Groton Times (Groton)
Guilford Courier (Guilford)
Hartford Business Journal (Hartford)
Hartford Courant (Hartford)
New York Times - Hartford Bureau, The (Hartford)
Lyme Times, The (Lyme)
Harbor News (Madison)
Sound, The (Madison)
Valley Courier (Madison)
Journal Inquirer (Manchester)
Manchester Journal Inquirer (Manchester)
Meriden Record-Journal (Meriden)
Middletown Press (Middletown)
Montville Times (Montville)
Mystic Times (Mystic)
New Britain Herald (New Britain)
New Canaan Advertiser (New Canaan)
Citizen News (New Fairfield)
Business New Haven (New Haven)
New Haven Register (New Haven)
The Yale Daily News (New Haven)
Yale Daily News (New Haven)
New London Day (New London)
New London Times (New London)
North Haven Courier (North Haven)
Norwalk Hour (Norwalk)
Norwich Bulletin (Norwich)

PR Newswire
A UBM plc company

Greenwich Time / Stamford Advocate (Old Greenwich)
Ridgefield Press (Ridgefield)
Advocate, The (Stamford)
Weekly Reader (Stamford)
Stonington Times (Stonington)
University Of Connecticut (Storrs)
Thames River Times (Thames River)
Register Citizen (Torrington)
Torrington Register Citizen (Torrington)
Waterbury Republican-American (Waterbury)
Waterford Times (Waterford)
De Witt Era-Enterprise (West Redding)
Westerly Times (Westerly)
The Wilton Bulletin (Wilton)

## Online

starpulse.com (Branford)
PeachyGreen.com (Brookfield)
Coup d'étage (Darien)
internet.com (Darien)
Postlatino.com (East Hartford)
Hedge Fund Law Report (Enfield)
AmericanTowns.com (Fairfield)
My Left Nutmeg (Fairfield)
Renewable Energy World (Greenwich)
orbitcast.com (North Branford)
TMCnet.com (Norwalk)
Classic Rock Forever (Ridgefield)
Tornado-Insider.Com Magazine (Stamford)
HealthScout.com (Stratford)
MobilityMinded.com (Wallingford)
Make Every Day A Holiday (Westport)
Shoot (shootonline.com) (Westport)
Safety Mom Enterprises (Wilton)

## Radio

WICC-AM (Bridgeport)

WPKN-FM (Bridgeport)
ESPN Radio Network (Bristol)
WLAD-AM (Danbury)
WXCI-FM (Danbury)
WNLK-AM (Fairfield)
WSHU Public Radio Group (Fairfield)
WSHU-AM (Fairfield)
WSHU-FM (Fairfield)
WSTC-AM (Fairfield)
WSUF-FM (Fairfield)
WYBC-AM (Fairfield)
WRCH-FM (Farmington)
WTIC-AM (Farmington)
WTIC-FM (Farmington)
WZMX-FM (Farmington)
Business Talk Radio (Greenwich)
WEDW-FM (Hartford)
WHCN-FM (Hartford)
WKSS-FM (Hartford)
WNPR-FM (Hartford)
WPKT-FM (Hartford)
WWYZ 92.5 FM (Hartford)
WWYZ-FM (Hartford)
WZBG-FM (Litchfield)
WIHS-FM (Middletown)
WEZN-FM (Milford)
WFOX-FM (Milford)
WPLR-FM (Milford)
WYBC-FM (New Haven)
WMOS-FM (New London)
WXLM-AM (New London)
WCTY-FM (Norwich)
WICH-AM (Norwich)
WKNL-FM (Norwich)
WNLC-FM (Norwich)
WJMJ-TV (Prospect)
WINY-AM (Putnam)

PR Newswire
A UBM plc company

WILI-AM (Willimantic)

WILI-FM (Willimantic)

## Television

ESPN TV (Bristol)

Journal of Biomolecular Screening (Danbury)

Nursery & Landscape Magazine (Ellington)

WELI-AM (Hamden)

WFSB-TV (Hartford)

WTIC-TV (Hartford)

WVIT-TV (Hartford/New Haven)

WTNH-TV (New Haven)

NEWS 12 CONNECTICUT (Norwalk)

WSHM-LP (Rocky Hill)

## DELAWARE

## Magazine

i4u News (Lewes)

Delaware Today Magazine (Wilmington)

Ideas And Perspectives (Wilmington)

## News Service

Associated Press - Dover Bureau (Dover)

Bloomberg News - Wilmington Bureau (Wilmington)

Reuters - Wilmington Bureau (Wilmington)

## Newspaper

Delaware State News (Dover)

Dover Delaware State News (Dover)

Dover Post (Dover)

Greenville Community News (Hockessin)

News Journal, The (New Castle)

The Review (Newark)

Coastal Point (Ocean View)

Wilmington News Journal (Wilmington)

## Online

firststateupdate.com (Newark)

## Radio

WAFL-FM (Milford)

WXDE-FM (Milford)

WDOV-AM (New Castle)

WVUD-FM (Newark)

WDEL-AM (Wilmington)

WILM-AM (Wilmington)

WSTW-FM (Wilmington)

## DISTRICT OF COLUMBIA

## Magazine

1021 Magazine

Advertising Age - Washington Bureau

Air Cargo World

Air Force Times

Air Transport World Magazine

Airport Magazine

American Recreation Coalition

American Scholar

Asia Today – India Globe

Aspen Publishers

Bond Buyer - Washington Bureau

Business Insurance - Washington Bureau

BusinessWeek - Washington Bureau

Congressional Quarterly

Corporate Crime Reporter

Corrections Digest

Crain's Chicago Business

Crain's Cleveland Business

Crain's Detroit Business

Crain's New York Business

Crain's Tire Business

Crime Control Digest

PR Newswire
A UBM plc company

Der Spiegel (Germany)

DESA News (United Nations)

Electronic Media

Energy Washington Week

Environment & Energy

Foreign Service Journal

Forward - Washington Bureau

Governing

Government Executive

Hanley Wood

Innovations

Investment News - Washington Bureau

Japan Economic Review

Joong-Ang Ilbo

Kikaku Healthcare News

Kiplinger Business Forecast

Kiplinger's Personal Finance

Legal Times

Market News International - Washington Bureau

MEDIAWEEK - Washington Bureau

Medill National Security Journalism Initiative

Mediterranean Quarterly

Modern Luxury DC

National Geographic

National Journal

National Newspaper Publishers Association

Newsweek - Washington Bureau

Paradigm 2000

PDR Associates and Windows media

Precious Times Magazine

Senate Computer Center

Smithsonian Magazine

Sojourners

State Department Magazine

The American

The Atlantic

Time - Washington Bureau

Tri-State Real Estate Journal

U.S. News & World Report

Washington Flyer Magazine

Washington Monthly, The

Washington Remote Sensing Letter

Washington Technology

WAZ-Mediagroup/Germany/Washington Bureau

Weekly Standard, The

World & I

## News Service

American University Investigative Reporting
  Workshop

INTL TV Services Inc.

School of Communications at American University

Agence France Presse - Washington Bureau

Akahata

Al Hayat Publishing (UK)

Al Majalla

American Forces Press Service

Armenian Independent Press

Asahi Shimbun

Asharq Al-awsat

Associated Press - Washington Bureau

Associated Press All News Radio

Associated Press Broadcast Services

Associated Press Television News - Washington
  Bureau

Atlantic Information Services Incorporated

Block News Alliance

Bloomberg News - Washington Bureau

Bureau of National Affairs

Canadian Press/Broadcast News - Washington
  Bureau

Catholic News Service

Center For Public Integrity

Corriere Della Sera

Deutsche Presse Agentur - Washington Bureau


PR Newswire
A UBM plc company

Dow Jones Newswires - Washington Bureau

DPA (German Press Agency)

Fairchild Publications - Washington Bureau

Federal Filings Newswires

Gannett News Service - Washington Bureau

JIJI Press - Washington Bureau

Knight Ridder News Service - Washington Bureau

Kuwait News Agency - Washington Bureau

Kyodo News Service - Washington Bureau

Los Angeles Newspaper Group

Los Angeles Times/Washington Post News Service

McClatchy Newspapers

Medill News Service - Washington Bureau

MLex US

NASDAQ

National Hispanic Press Foundation

National Media Limited

Newhouse News Service

Nikkei

Notimex - Washington Bureau

Religion News Service

Reuters - Washington Bureau

Reuters Daybook

Scripps Howard News Service

Scripps-McClatchy Western News Service -
    Washington Bureau

Segye Ilbo

Singapore Press/Holdings

Small Newspapers

SNG Inc.

States News Service

Thompson Publishing Group, Inc.

Trading Edge, Inc.

Tribune Media Services - Washington Bureau

Turkish Radio & TV

U.S. House of Representatives Info Systems

United Press International

White House Office of Media Affairs

## Newspaper

Washington Hispanic (Silver Spring)

The Chronical of Higher Education

Al Watan (Oman)

Alameda Times-Star - Washington Bureau

American Medical News

Anchorage Daily News - Washington Bureau

ANG Newspapers

Atlanta Journal-Constitution - Washington Bureau

Australian, The

Baltimore Sun - DC bureau

Baltimore Sun - Washington Bureau

Batavia News - Washington Bureau

Billings Gazette - Washington Bureau

Biloxi Sun Herald - Washington Bureau

Birmingham News - Washington Bureau

Boston Globe - Washington Bureau

Business Research Publications

Butte Montana Standard - Washington Bureau

Calgary Herald (Canada)

Canton Repository - Washington Bureau

Catskill Daily-Mail - Washington Bureau

Charleston Daily Mail - Washington Bureau

Charlotte Observer - Washington Bureau

Chattanooga Times Free Press - Washington
    Bureau

Chicago Sun Times - Washington Bureau

Chicago Tribune - Washington Bureau

China Times

Chosun Iibo  Korean Daily

Chronicle Newspapers

Chunichi-Tokyo Shimbun

Concord Monitor - Washington Bureau

County News

Cox Newspapers - Washington Bureau

Crain's Communications

Cumberland Times-News - Washington Bureau

PR Newswire
A UBM plc company

Current Newspapers, The
Daily Akahata (Japan)
Daily Deal - Washington Bureau
Daily Labor Report
Dallas Morning News - Washington Bureau
Denver Post - Washington Bureau
Dertagesspiegel
Detroit News - Washington Bureau
Durham Herald-Sun
Edmonton Journal (Canada)
El Dia (Argentina)
El Mercurio (Chile)
Evening Standard - Washington Bureau
Express - Washington Bureau
Frederick News-Post - Washington Bureau
Fresno Bee - Washington Bureau
Ft. Wayne Journal Gazette - Washington Bureau
Galesburg Register-Mail - Washington Bureau
Galveston Daily News - Washington Bureau
Greeley Tribune - Washington Bureau
GW Hatchet, The
Hankook Ilbo (Korea Times)
Han-Kyoreh Shinmun
Hartford Courant - Washington Bureau
Hearst Newspapers
Hilton Head Island Packet - Washington Bureau
Hispanic Radio Network
Hokkaido Shimbun
Hour, The - Washington Bureau
Houston Chronicle - Washington Bureau
Huntington Beach Independent
Il Giorno (Italy)
Il Resto Del Carlino (Italy)
Investor's Business Daily - Washington Bureau
Irish Independent (Ireland)
Jijitsushin
Journal of Commerce - Washington Bureau

Kankakee Daily Journal - Washington Bureau
Kansas City Star - Washington Bureau
Korea Economic Daily
LA Times - DC bureau
LaPorte Herald-Argus - Washington Bureau
Le Monde - Washington Bureau
Lincoln Courier - Washington Bureau
London Times (UK)
Long Beach Press-Telegram
Los Angeles Daily News
Los Angeles Times - Washington Bureau
Lowell Sun - Washington Bureau
Maeil Business Newspaper - Washington Bureau
Mainichi Shimbun
Massena Observer - Washington Bureau
Massillion Independent - Washington Bureau
McGraw-Hill Publications
Mexico City News
Milwaukee Journal Sentinel - Washington Bureau
Missoula Missoulian - Washington Bureau
Missouri Journalism
Modesto Bee - Washington Bureau
Moline Dispatch - Washington Bureau
Montreal Gazette (Canada)
Morning Call - Washington Bureau
Munhwa Daily (S. Korea)
Munster Times - Washington Bureau
New London Daily, The
New Republic
New York Daily News - Washington Bureau
New York Post - Washington Bureau
New York Times - Washington Bureau
Newsday - Washington Bureau
Nikkei Weekly - Washington Bureau
Nishi-Nippon Shimbun - Washington Bureau
Ogdensburg Journal - Washington Bureau
Omaha World-Herald - Washington Bureau


PR Newswire
A UBM plc company

Ontario Inland Valley Daily Bulletin (Canada)
Orange County Register - Washington Bureau
Ottawa Citizen - Washington Bureau
Ottoway Newspapers
Pacific Palisades Post - Washington Bureau
Palm Beach Post - Washington Bureau
Pasadena Star-News - Washington Bureau
Patriot-News - Washington Bureau
Peoria Journal Star - Washington Bureau
Quincy Patriot Ledger - Washington Bureau
Raleigh News & Observer - Washington Bureau
Redlands Daily Facts - Washington Bureau
Regina Leader Post (Canada)
Richmond Times-Dispatch - Washington Bureau
Rochester Post-Bulletin - Washington Bureau
Rock Island Argus - Washington Bureau
Roll Call
San Bernardino County Sun - Washington Bureau
San Diego Community Herald - Washington Bureau
San Diego Union-Tribune - Washington Bureau
San Francisco Chronicle - Washington Bureau
San Gabriel Valley Tribune - Washington Bureau
San Jose Mercury News - Washington Bureau
San Mateo County Times - Washington Bureau
Seattle Post-Intelligencer - Washington Bureau
Seoul Shinmun
Southam News (Canada)
Spokane Spokesman Review - Washington Bureau
St. Catherines Standard (Canada)
St. John's Telegraph Journal (Canada)
St. Joseph News-Press - Washington Bureau
St. Petersburg Times - Washington Bureau
Star Tribune - Washington Bureau
Straits Times - Washington Bureau, The
Streator Times Press - Washington Bureau
Tacoma News Tribune - Washington Bureau
Technology Daily

The Daily Colonial
The Nation's Health
The Straits Times Singapore Newspaper
The Sunday Telegraph -- Washington Bureau
The Washington Afro American Newspaper
Times-Picayune - Washington Bureau
Torrance Daily Breeze - Washington Bureau
Traffic World
Tri-City Herald - Washington Bureau
USA Today - Washington Bureau
Vail Daily - Washington Bureau
Vancouver Province (Canada)
Vancouver Sun (Canada)
Victoria Times Colonist (Canada)
Wall Street Journal - Washington Bureau, The
Washington Blade
Washington Business Journal
Washington Health Update
Washington Post Express
Washington Post Magazine, The
Washington Post National Weekly, The
Washington Post Writers Group, The
Washington Post, The
Washington Times, The
Waterloo Courier - Washington Bureau
Watertown Daily Times - Washington Bureau
Weekly of Business Aviation, The
West Group
Whittier Daily News - Washington Bureau
Winston-Salem Journal - Washington Bureau
Witchita Eagle - Washington Bureau
Yomiuri Shimbun - Washington Bureau
Yonhap News Agency - Washington Bureau
York Daily Record - Washington Bureau

## Online

Cultus



FedScoop
About.com
Access News Net
African American Pundit
BenefitNews.com
Bet.com
Blogcritics.com
Boston Music Spotlight
Caixin media
CapitalBeat
Center for Public Integrity
CityRoom Inc.
CQ MoneyLine
CQ Politics
DCist
Deal, The
Democracy Arsenal
Dow Jones MarketWatch.com - Washington Bureau
EnergyEmpowers gov
FreedomWorks Blog
Homeland Security Today
Hot Wax Newsletter
InTheCapital
M80 Marketing.com
Mayors & Cities
Media Images International
Media Matters
New Public Health
One.org
Potomac Tech Wire
Red Alert Politics
Statline
The American Spectator
The Daily Caller
The Football Girl
The New Atlantis blog
The Seminal

The Truman Doctrine
Think Progress blog
Vote iQ
WCAI Blog
WebMD

## Radio

WASH-FM (Rockville)
WBIG-FM (Rockville)
WIHT-FM (Rockville)
WMZQ-FM (Rockville)
WWDC-FM (Rockville)
National Public Radio (NPR)
WAMU-FM
Westwood One Inc.
WFED-AM
WHUR-FM
WMAL-AM
WTOP-FM
ABC Radio Network - Washington Bureau
All Things Considered - National Public Radio
Associated Press Radio
BBC Radio World Services
Blades Wallis Media LLC
Danmarks Radio - Washington Bureau
Dial Global
France 24 / Radio France International
G. Gordon Liddy Show - WJFK-FM
National Public Radio
Radio America Network
Radio Free Europe
RMF FM (Poland)
Swiss National Public Radio DRS
Swiss Public Radio
Talk Radio News Service
The Diane Rehm Show
Voice of America

(888) 776-0942 | www.prnewswire.com


PR Newswire
A UBM plc company

WAMU-AM

WMAL 630 AM

WRGW

WRQX Mix 107.3

WTOP-AM

WVRX-FM

XM Satellite Radio

## Television

TBD.com (Arlington)

Ard German Television - Washington DC

Australian Broadcasting Corp.

BBC News

CBC Washington Bureau

CBS News - Washington DC

Religion and Ethics News Weekly

RTTV America Inc.

Univision

WFDC-TV

ZDF German Television

ABC News Nightline

ABC Television Network - Washington Bureau

Al-Arabiya News

Askimo TV

Australian Broadcasting Corporation - Washington Bureau

C_SPAN

CBC-Canadian Broadcasting Corp

CBN News - Washington Bureau

CBS News - Washington Bureau

CCTV America

CNBC - Washington Bureau

CNC World

CNN

CNN - Washington Bureau

CNN Business News

CWBN-TV

DFA (Germany)

Emisoras Unidas (Hrn) Telesistema Hondureno - Washington Bureau

Fox News Channel - Washington Bureau

Fuji Television Network, Inc.

Idea Television

Ihlas News Agency

Knowlera Media

Korean Broadcasting System - Washington Bureau

Lilly Broadcasting

Middle East Broadcasting Company

MSNBC - Washington Bureau

NAB TV Today

NBC News - Washington Bureau

NHK Japan Broadcasting Corporation

Nippon Television Network

On The Record with Greta Van Susteren

Reuters Television

Seoul Broadcasting System - Washington Bureau

Swiss Broadcasting Corporation

Swiss National Television

Swiss TV

Tokyo Broadcasting System - Washington Bureau

Tribune Broadcasting - Washington Bureau

TV Asahi America

TV Tokyo Channel 12

Voice of America

WJLA-TV

Worldnet Television and Film Services

WRC-TV

WTTG-TV

WUSA-TV

## FLORIDA

## Magazine

Worldwide Videotex Update  (Boynton Beach)

El Hospital (Coral Gables)



PR Newswire
A UBM plc company

Latin Trade Magazine (Coral Gables)

Ecoflorida Magazine (Coral Springs)

She Magazine (Davie)

South Florida Parenting (Deerfield Beach)

Boat International USA (Fort Lauderdale)

Miami Metro (Fort Lauderdale)

First Coast News (Jacksonville)

Christian Retailing (Lake Mary)

Exotic Dvm Veterinary Magazine (Lake Worth)

Florida Today (Melbourne)

Bloomberg Latin America (Miami)

Florida International Magazine (Miami)

Florida Shipper (Miami)

Onboard Media (Miami Beach)

Orlando Golfweek (Orlando)

Florida Trend (Saint Petersburg)

Tampa Bay Illustrated (Saint Petersburg)

Florida Sportsman (Stuart)

Treasure Coast Business Journal (Stuart)

UT Journal (Tampa)

Florida Golf Magazine (Winter Haven)

Florida Real Estate Journal (Winter Haven)

Motor Boating (Winter Park)

Ornamental Outlook (Winter Park)

Working Mother (Winter Park)

## News Service

Associated Press - Cape Canaveral Bureau (Cape Canaveral)

The Art Institute Of Ft. Lauderdale (Fort Lauderdale)

Tribune Media Services - Fort Lauderdale Bureau (Fort Lauderdale)

Associated Press - Jacksonville Bureau (Jacksonville)

Agence France-Presse - Miami Bureau (Miami)

Associated Press - Miami Bureau (Miami)

Reuters - Miami Bureau (Miami)

University Of Miami (Miami)

Tribune Media Services (North Palm Beach)

Associated Press - Orlando Bureau (Orlando)

Central Florida Future (Orlando)

Associated Press - Pensacola Bureau (Pensacola)

Associated Press - Tallahassee Bureau (Tallahassee)

Gannett News Service - Tallahassee Bureau (Tallahassee)

Associated Press - Tampa Bureau (Tampa)

WBUL-AM~ University of South Florida (Tampa)

Associated Press - West Palm Beach Bureau (West Palm Beach)

## Newspaper

Alachua Today (Alachua)

Grant Douglas Publishing (Apopka)

Boca Raton Business Journal (Boca Raton)

Boca Raton News (Boca Raton)

Lynn University (Boca Raton)

National Examiner (Boca Raton)

The Beachcomber (Boca Raton)

Real Estate Media Inc. (Boynton Beach)

Bradenton Herald (Bradenton)

South Tampa News (Brandon)

Cape Coral Daily Breeze (Cape Coral)

Charlotte Sun Herald (Charlotte Harbor)

Chipley Bugle, The (Chipley)

Brantwood Publications, Inc. (Clearwater)

Hispanic Magazine (Coral Gables)

Hispanic Trends (Coral Gables)

Wall Street Journal - Miami Bureau, The (Coral Gables)

Citrus County Chronicle (Crystal River)

Inverness Citrus County Chronicle (Crystal River)

Daytona Beach News-Journal (Daytona Beach)

Boca Raton Times (Deerfield Beach)

Pompano Times (Deerfield Beach)

South Florida Business Journal (Deerfield Beach)

PR Newswire
A UBM plc company

South Florida Sun-Sentinel - Deerfield Beach
  Bureau (Deerfield Beach)

El Venezolano (Doral)

Englewood Sun (Englewood)

Storch Report, The (Englewood)

Daily Business Review - Broward Edition (Fort
  Lauderdale)

El Sentinel Del Sur De La Florida (Fort Lauderdale)

New Times Broward-Palm Beach (Fort Lauderdale)

South Florida Sun-Sentinel (Fort Lauderdale)

Eagle News (Fort Myers)

Fort Myers News Press (Fort Myers)

Fort Pierce Tribune (Fort Pierce)

Ft. Walton Beach Nw Florida Daily News (Fort
  Walton Beach)

Northwest Florida Daily News (Fort Walton Beach)

Gainesville Sun (Gainesville)

Independent Alligator, The (Gainesville)

Naylor Publications (Gainesville)

University Of Florida - Independent Flori
  (Gainesville)

University Of Florida - Journalism & Comms
  (Gainesville)

University Of Florida Today (Gainesville)

Pelican, The (Gulf Breeze)

Chicago Tribune - Miami Bureau (Hollywood)

Business Journal, The (Jacksonville)

Florida Times-Union (Jacksonville)

Key West Citizen (Key West)

Lake City Reporter (Lake city)

Lakeland Ledger (Lakeland)

Scrambling News (Lakeland)

Daily Commercial, The (Leesburg)

Leesburg Daily Commercial Tofix (Leesburg)

Alerta De Lavado De Dinero (Maimi)

Jackson County Floridan (Marianna)

Florida Today (Melbourne)

Melbourne Florida Today (Melbourne)

Christian Science Monitor (Miami)

Daily Business Review (Miami)

Diario Las Americas (Miami)

El Nuevo Herald (Miami)

El Tiempo (Miami)

Hispanic Trends (Miami)

Los Angeles Times - Miami Bureau (Miami)

Mercado De Dinero / Gentv (Miami)

Miami Daily Business Review (Miami)

Miami Herald (Miami)

Miami Today (Miami)

New York Times - Miami Bureau, The (Miami)

Onboard Media (Miami)

The Beacon/Florida International University (Miami)

Washington Post - Miami Bureau, The (Miami)

Naples Daily News (Naples)

Navarre Press (Navarre)

Nelson Publishing (Nokomis)

Ocala Star-Banner (Ocala)

Daytona Beach News-Journal - Southwest Volusia
  Bureau (Orange City)

East-West Times (Orlando)

El Sentinel (Orlando)

Orlando Business Journal (Orlando)

Orlando Sentinel (Orlando)

Orlando Weekly (Orlando)

Palatka Daily News (Palatka)

LRP Publications (Palm Beach Gardens)

Palm Beach Jewish News (Palm Beach Gardens)

Mediapost Communications (Palm Coast)

News Herald, The (Panama City)

La Costa Latina (Pensacola)

Pensacola News Journal (Pensacola)

Charlotte Sun (Port Charlotte)

Port St.Lucie News (Port St. Lucie)

St. Petersburg Times (Saint Petersburg)

Walton Sun, The (Santa Rosa Beach)

Sarasota Herald-Tribune (Sarasota)

West Coast Woman (Sarasota)

PR Newswire
A UBM plc company

Sebring Highlands Today (Sebring)

Sebring News-Sun (Sebring)

Pinecrest Tribune (South Miami)

St Augustine Record (St. Augustine)

St Petersburg Times (St. Petersburg)

Stuart News (Stuart)

Treasure Coast News (Stuart)

Tallahassee Democrat (Tallahassee)

The Famuan (Tallahassee)

Centro Tampa (Tampa)

Media General (Tampa)

Oracle (Tampa)

Tampa Tribune (Tampa)

Business Journal, The (Tampa Bay)

Daily Sun (The Villages)

Vero Beach Press Journal (Vero Beach)

Credit Union Times (West Palm Beach)

Daily Business Review-Palm Beach (West Palm Beach)

La Palma (West Palm Beach)

Northbridge Productions (West Palm Beach)

Palm Beach Daily Business Review (West Palm Beach)

Palm Beach Post (West Palm Beach)

West Palm Beach Palm Beach Post (West Palm Beach)

Winter Haven News Chief (Winter Haven)

The Sandspur (Winter Park)

## Online

To Suit Your Fancy, Chic & Chivalrous (Boynton Beach)

The American Reporter (Bradenton)

Downtown City Style (Cape Coral)

www.cdpe.com/TheGibesTeam (Cooper City)

CBS SportsLine.com (Fort Lauderdale)

CBSsports.com (Fort Lauderdale)

The DailySkew (Fort Lauderdale)

ElPulsoDiario.com (Fort Myers)

Beautiful Incentives (Jacksonville)

Big Government In Your Wallet (Jacksonville)

The Blogger Addict (Kissimmee)

COED Media Group (Lighthouse Point)

aroundcentralflorida.com (Maitland)

123jump.com (Miami)

avstop.com (Miami)

produ.com (Miami)

The Argo Journal (Miami)

Todobebe.com (Miami)

Univision Online (Miami)

WebBolt.com (Miami)

Bikini.com (Miami Beach)

Carmen's Coupon Blog (Naples)

Andrea's World (New Smyrna Beach)

Kiksmedia.com (Orlando)

Little Makeup Face (Orlando)

The Disney Blog (Orlando)

LovingYou.com (Palm Beach Gardens)

PetMeds blog (Pompano Beach)

Poynter.org (Saint Petersburg)

Tempo News Florida (Sarasota)

Mr. Media Interviews (St. Petersburg)

SecureIDNews.com (Tallahassee)

DisneyCruiseLineBlog.com (Tampa)

Rediff.com (Tampa)

Tampa Bay Online (Tampa)

HedgeCo.net (West Palm Beach)

NewsMax.com (West Palm Beach)

## Radio

WRMB-FM (Boynton Beach)

Radio Disney AM 990 WDYZ (Celebration)

WURN-AM (Coral Gables)

WARO-FM (Fort Myers)

WFSX-AM (Fort Myers)

WGCU-FM (Fort Myers)

PR Newswire
A UBM plc company

WINK-AM (Fort Myers)

WINK-FM (Fort Myers)

WMKO-FM (Fort Myers)

WTLT-FM (Fort Myers)

WQCS-FM (Fort pierce)

WFTW-AM (Fort Walton Beach)

WBTT-FM (Ft. Myers)

WCKT-FM (Ft. Myers)

WOLZ-FM (Ft. Myers)

WTLQ-FM (Ft. Myers)

WZJZ-FM (Ft. Myers)

WKTK-FM (Gainesville)

WRUF-AM (Gainesville)

WRUF-FM (Gainesville)

WSKY-FM (Gainesville)

WUFT-FM (Gainesville)

WYKS-FM (Gainesville)

WAYR-AM (Green Cove Springs)

WJCT-FM (Jacksonville)

WJXL-AM (Jacksonville)

WOKV-AM (Jacksonville)

WOKV-FM (Jacksonville)

WZAZ-AM (Jacksonville)

WBZT-AM (Jupiter)

WWUS radio (Key West)

WLKF-AM (Lakeland)

WONN-AM (Lakeland)

WPCV-FM (Lakeland)

WWRZ-FM (Lakeland)

WHBO-AM (Largo)

WWBA-AM (Largo)

Clear Channel State Networks (Maitland)

Florida's Radio Network (Maitland)

WFLF-AM (Maitland)

WJRR-FM (Maitland)

WMGF-FM (Maitland)

WRUM-FM (Maitland)

WTKS-FM (Maitland)

WXXL-FM (Maitland)

WYGM-AM (Maitland)

WLRQ-FM (Melbourne)

WMMV-AM (Melbourne)

Advanced Radio Network (Miami)

Metro Networks - Miami Bureau (Miami)

WAXY-AM (Miami)

WKAT-AM (Miami)

WLRN-FM (Miami)

WLYF-FM (Miami)

WMXJ-FM (Miami)

WSUA-AM (Miami)

WWFE-AM (Miami)

WBGG-FM (Miramar)

WHYI-FM (Miramar)

WINZ-AM (Miramar)

WIOD-AM (Miramar)

WMGE-FM (Miramar)

WMIA-FM (Miramar)

WMIB-FM (Miramar)

WOGK-FM (Ocala)

Cox Radio Inc. (Orlando)

Stardome Media Group LLC (Orlando)

WCFB-FM (Orlando)

WDBO-AM (Orlando)

WHOO-AM (Orlando)

WHTQ-FM (Orlando)

WMFE-FM (Orlando)

WMMO-FM (Orlando)

WFLF-FM (Panama city)

WFSY-FM (Panama city)

WPAP-FM (Panama city)

WCOA-AM (Pensacola)

WJLQ-FM (Pensacola)

WNRP-AM (Pensacola)

WRGV-FM (Pensacola)


PR Newswire
A UBM plc company

WTKX-FM (Pensacola)
WUWF-FM (Pensacola)
WKES-FM (Saint Petersburg)
Watchdog Wire and Dr. Rich Show (Sarasota)
WCTQ-FM (Sarasota)
WDDV-AM (Sarasota)
WLTQ-FM (Sarasota)
WSDV-AM (Sarasota)
WSRZ-FM (Sarasota)
WTZB-FM (Sarasota)
WWOJ-FM (Sebring)
WKPX-FM (Sunrise)
The Florida Channel (Tallahassee)
WANM-FM (Tallahassee)
WBZE-FM (Tallahassee)
WFLA-FM (Tallahassee)
WFSU-FM (Tallahassee)
WGMY-FM (Tallahassee)
WNLS-AM (Tallahassee)
WTNT-FM (Tallahassee)
WXSR-FM (Tallahassee)
Health Journal - WQYK-FM (Tampa)
WBTP-FM (Tampa)
WBVM-FM (Tampa)
WFLA-AM (Tampa)
WFLZ-FM (Tampa)
WHNZ-AM (Tampa)
WMNF-FM (Tampa)
WMTX-FM (Tampa)
WUSF-FM (Tampa)
WXTB-FM (Tampa)
WFKZ-FM (Tavernier)
WJNO-AM (West Palm Beach)
WLDI-FM (West Palm Beach)
WOLL-FM (West Palm Beach)
WRLX-FM (West Palm Beach)
WSIR-AM (Winter Haven)

WPRK-FM (Winter park)

## Television

Information Television Network Inc. (Boca Raton)
WFTX-TV (Cape Coral)
WDSC-TV (Daytona Beach)
New Home Journal- Platinum Television Group (Deerfield Beach)
WBBH-TV (Fort Myers)
WINK-TV (Fort Myers)
WZVN-TV (Fort Myers-Naples)
WCJB-TV (Gainesville)
WUFT-TV (Gainesville)
WJAN-LP (Hialeah Gardens)
WAWS-TV (Jacksonville)
WJCT-TV (Jacksonville)
WJXT-TV (Jacksonville)
WJXX-TV (Jacksonville)
WTEV-TV (Jacksonville)
WTLV-TV (Jacksonville)
WOFL-TV (Lake Mary)
GenTV (Caracol) (Miami)
Nightly Business Report (Miami)
Nightly Business Report-WPBT-TV (Miami)
Reuters Television - Miami Bureau (Miami)
Univision / Telefutura Network (Miami)
Univision Network (Miami)
WFOR-TV (Miami)
WGEN-TV (Miami)
WLTV-TV (Miami)
WPLG-TV (Miami)
WSBS-TV (Miami)
WSVN-TV (Miami)
WSCV-TV (Miramar)
WTVJ-TV (Miramar)
WPBT-TV (North Miami)
WESH-TV - Ocala Bureau (Ocala)
Central Florida News 13 (Orlando)


PR Newswire
A UBM plc company

Golf Channel (Orlando)

WESH-TV (Orlando)

WFTV-TV (Orlando)

WTMO-LP (Orlando)

WKMG-TV (Orlando-Daytona Beach-Melbourne)

WVEN-TV (Orlando-Daytona Beach-Melbourne)

WJHG-TV (Panama city)

WMBB-TV (Panama City)

WEAR-TV (Pensacola)

Bay News 9 (Pinellas Park)

Visual Data (Pompano Beach)

WTSP-TV (Saint Petersburg)

WWSB-TV (Sarasota)

WCTV-TV (Tallahassee)

WFSU-TV (Tallahassee)

WTXL-TV (Tallahassee-Thomasville)

WFLA-TV (Tampa)

WFTS-TV (Tampa)

WMOR-TV (Tampa)

WTVT-TV (Tampa)

WVEA-TV (Tampa)

WFLX-TV (West Palm Beach)

WPEC-TV (West Palm Beach)

WPTV-TV (West Palm Beach)

WPBF-TV (West Palm Beach-Fort Pierce)

Ivanhoe Broadcast News (Winter Park)

## GEORGIA

## Magazine

Timber Mart-South (Athens)

Atlanta Woman (Atlanta)

Brides & Grooms magazine (Atlanta)

BusinessWeek - Southeastern Bureau (Atlanta)

Fenuxe Magazine (Atlanta)

J'ADORE Magazine (Atlanta)

Labrys Magazine (Atlanta)

California Game & Fish (Marietta)

Inside Gwinnett (Marietta)

Season Magazine (Marietta)

Atlanta Tribune (Roswell)

Coastal Family (Savannah)

Currents Coastal Georgia (St. Simons Island)

Georgia Magazine (Tucker)

Independent Processor (Woodstock)

## News Service

Associated Press - Albany, Ga Bureau (Albany)

Associated Press - Atlanta Bureau (Atlanta)

Bloomberg News - Atlanta Bureau (Atlanta)

Bureau Of National Affairs (Atlanta)

Reuters - Atlanta Bureau (Atlanta)

Knight-Ridder/Tribune Info. Services - Roswell Bureau (Roswell)

Tribune Media Services - Stone Mountain Bureau (Stone Mountain)

## Newspaper

Albany Herald (Albany)

Americus Times Recorder (Americus)

Athens Banner-Herald (Athens)

Red & Black (Athens)

Atlanta Business Chronicle (Atlanta)

Atlanta Journal-Constitution (Atlanta)

Chamblee-Dekalb Neighbor (Atlanta)

Cox Interactive Media (Atlanta)

Decatur-Dekalb Neighbor (Atlanta)

Dekalb Neighbor (Atlanta)

Dunwoody Crier (Atlanta)

Dunwoody-Dekalb Neighbor (Atlanta)

Fulton County Daily Report (Atlanta)

Georgia Bulletin, The (Atlanta)

Los Angeles Times - Atlanta Bureau (Atlanta)

Mundo Hispanico (Atlanta)

New York Times - Atlanta Bureau, The (Atlanta)

PR Newswire
A UBM plc company

North Dekalb Neighbor (Atlanta)
Northside Neighbor (Atlanta)
South Dekalb Neighbor (Atlanta)
Stone Mountain-Dekalb Neighbor (Atlanta)
Story, The (Atlanta)
Wall Street Journal - Atlanta Bureau, The (Atlanta)
Augusta Chronicle (Augusta)
Morris Communications Corp (Augusta)
Bartow Times (Bartow)
Brunswick News (Brunswick)
Calhoun Times (Calhoun)
Cherokee Tribune (Canton)
Cherokee Tribune Plus (Canton)
Carrollton Times Georgian (Carrollton)
Bartow Neighbor, The (Cartersville)
Cartersville Tribune News (Cartersville)
Cedartown Standard (Cedartown)
Clayton Tribune, The (Clayton)
Columbus Ledger-Enquirer (Columbus)
Rockdale Neighbor (Conyers)
The Rockdale Citizen (Conyers)
Cordele Dispatch (Cordele)
Covington News (Covington)
Forsyth County News (Cumming)
Paulding Neighbor (Dallas)
Daily Citizen (Dalton)
Dalton Citizen-News (Dalton)
Douglas County Sentinel (Douglasville)
Douglas Neighbor (Douglasville)
The Courier Herald (Dublin)
Clayton Neighbor (Forest Park)
Henry Neighbor (Forest Park)
South Fulton Neighbor (Forest Park)
The News And Banner (Franklin)
Gainesville Times (Gainesville)
Griffin Daily News (Griffin)
The Coastal Courier (Hinesville)

Jonesboro Clayton News Daily (Jonesboro)
La Grange News (La grange)
Walker County Messenger (Lafayette)
Gwinnett Daily Post (Lawrenceville)
Lawrenceville Gwinnett Daily Post (Lawrenceville)
Macon Telegraph (Macon)
Macon Telegraph & News (Macon)
Acworth Neighbor (Marietta)
Austell Neighbor (Marietta)
East Cobb Neighbor (Marietta)
Fayette Neighbor (Marietta)
Kennesaw Neighbor (Marietta)
Mableton Neighbor (Marietta)
Marietta Daily Journal (Marietta)
Pinnacle Publishing (Marietta)
Powder Springs Neighbor (Marietta)
Smyrna Neighbor (Marietta)
Vinings Neighbor (Marietta)
Milledgeville Union Recorder (Milledgeville)
Moultrie Observer (Moultrie)
Newnan Times-Herald (Newnan)
Atlanta Latino (Norcross)
Tattnall Journal (Reidsville)
Catoosa County News (Ringgold)
Rockmart Journal (Rockmart)
Rome News-Tribune (Rome)
Alpharetta Neighbor (Roswell)
Atlanta Tribune (Roswell)
Bill Communications Inc (Roswell)
Roswell Neighbor (Roswell)
Savannah Morning News (Savannah)
Savannah News (Savannah)
USA Today - Atlanta Bureau (Smyrna)
Statesboro Herald (Statesboro)
Thomasville Times-Enterprise (Thomasville)
Tifton Gazette (Tifton)
Valdosta Daily Times (Valdosta)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company