Valdosta Times (Valdosta)
Waycross Journal-Herald (Waycross)
Townelake Ledger (Woodstock)

## Online

CNN Interactive (Atlanta)
Lefont Take One (Atlanta)
Loop21.com (Atlanta)
NewsRX.com (Atlanta)
Georgia Politics Unfiltered  (College Park)
Beautyconsumed.com (Fairburn)
Cell Phone Digest (Jonesboro)
Sony Insider (Roswell)
Southeast Food Service News (Tucker)
Georgia Connector (Watkinsville)

## Radio

WALG-AM (Albany)
WUOG-FM (Athens)
CNN Radio (Atlanta)
Cox Radio Interactive (Atlanta)
Cox Radio, Inc. (Atlanta)
Exceptional Radio Network (Atlanta)
Georgia Public Radio Network (Atlanta)
Peach State Public Radio Network (Atlanta)
WABE-FM (Atlanta)
WALR-FM (Atlanta)
WAOK-AM (Atlanta)
WCNN-AM (Atlanta)
WFSH-FM (Atlanta)
WGKA-AM (Atlanta)
WGST-AM (Atlanta)
WKLS-FM (Atlanta)
WQXI-AM (Atlanta)
WRAS-FM (Atlanta)
WSB-AM (Atlanta)
WSB-FM (Atlanta)
WSRV-FM (Atlanta)

WSTR-FM (Atlanta)
WUBL-FM (Atlanta)
WWLG-FM (Atlanta)
WWVA-FM (Atlanta)
WYAY-FM (Atlanta)
WBBQ-FM (Augusta)
WEKL-FM (Augusta)
WGAC-AM (Augusta)
WGAC-FM (Augusta)
WKSP-FM (Augusta)
WKZK-AM (Augusta)
WRDW-AM (Augusta)
WZNY-FM (Augusta)
WDAK-AM (Columbus)
WGSY-FM (Columbus)
WDUN-AM (Gainesville)
WDUN-FM (Gainesville)
WGGA-AM (Gainesville)
WJGA-FM (Jackson)
WQCH-AM (Lafayette)
WMAC-AM (Cumulus Radio Group) (Macon)
WGUR Radio (Milledgeville)
WMOQ-FM (Monroe)
WHLJ-FM (Naylor)
WTSH-FM (Rome)
WBMQ-AM (Cumulus Radio Group) (Savannah)
WHCJ-FM (Savannah)
WVGA-FM (Valdosta)

## Television

WALB-TV (Albany)
WFXL-TV (Albany)
WSST-TV (Albany)
CNN (Cable News Network) (Atlanta)
CNNI - CNN International (Atlanta)
Cox Broadcasting Washington Bureau (Atlanta)
Georgia Public Broadcasting (Atlanta)

PR Newswire
A UBM plc company

The Weather Channel (Atlanta)
Turner Entertainment (Atlanta)
WAGA-TV (Atlanta)
WGCL-TV (Atlanta)
WGNX-TV (Atlanta)
WSB-TV (Atlanta)
WXIA-TV (Atlanta)
WAGT-TV (Augusta)
WJBF-TV (Augusta)
WRDW-TV (Augusta)
WCGT-TV (Columbus)
WRBL-TV (Columbus)
WSWS-TV (Columbus)
WTVM-TV (Columbus)
GNET - Gwinnett News & Entertainment TV
   (Lawrenceville)
WGXA-TV (Macon)
WMAZ-TV (Macon)
WMGT-TV (Macon)
WATC-TV (Norcross)
WPXA-TV (Rome)
WJCL-TV (Savannah)
WSAV-TV (Savannah)
WTOC-TV (Savannah)
WNEG-TV (Toccoa)

## HAWAII

## Magazine

Hawaii Home and Remodeling (Honolulu)
Pacific News Bytes (Honolulu)

## News Service

Associated Press - Honolulu Bureau (Honolulu)

## Newspaper

Hawaii Tribune-Herald (Hilo)
Hawaii Hispanic News (Honolulu)

Honolulu Advertiser, The (Honolulu)
Honolulu Hawaii Hochi (Honolulu)
Honolulu Star-Bulletin (Honolulu)
Islands Business (Honolulu)
Pacific Business News (Honolulu)
The Hawaii Herald (Honolulu)
Kailua-Kona West Hawaii Today (Kailua-Kona)
Ke Alaka'i (Laie-Oahu)
Island School Switch Newsmagazine for Kauai's
   Teens (Lihue)
Lihue Garden Island (Lihue)
Maui News (Maui)

## Online

Cheng Health (Honolulu)
Honolulu Civil Beat (Honolulu)
www.HawaiiFreePress.com (Honolulu)
To Find Health (Kamuela)

## Radio

KKBG-FM (Hilo)
KPUA-AM (Hilo)
KCCN-FM (Honolulu)
KHPR-FM (Honolulu)
KINE-FM (Honolulu)
KRTR-FM (Honolulu)
KSSK-AM (Honolulu)
KSSK-FM (Honolulu)
KFMN-FM (Lihue)

## Television

Hawaii News Now (Honolulu)
KGMB-TV (Honolulu)
KHNL-TV (Honolulu)
KHON-TV (Honolulu)
KITV-TV (Honolulu)
Metro Networks - Honolulu Bureau (Honolulu)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

## IDAHO

### Magazine

Front Step News (Boise)

The Idaho Senior News (Boise)

Potato Grower Magazine (Idaho Falls)

### News Service

Associated Press - Boise Bureau (Boise)

Public News Service (Boise)

### Newspaper

Blackfoot Morning News (Blackfoot)

Boise Statesman (Boise)

Idaho Business Review (Boise)

Idaho Statesman, The (Boise)

Coeur D'Alene Press (Coeur d'Alene)

North Idaho Business Journal (Coeur d'Alene)

Idaho Falls Post Register (Idaho Falls)

Shoshone News-Press (Kellogg)

Idaho Mountain Express (Ketchum)

Lewiston Morning Tribune (Lewiston)

The Star-News (McCall)

Moscow Pullman Daily News (Moscow)

The Argonaut (Moscow)

Idaho Press-Tribune (Nampa)

Idaho State Journal (Pocatello)

Pocatello State Journal (Pocatello)

Rexburg Standard-Journal (Rexburg)

Bonner County Daily Bee (Sandpoint)

Twin Falls Times News (Twin Falls)

### Online

DIRTnewz.com (Boise)

PrideDEPOT.com (Boise)

The River Journal (Clark Fork)

Environmental News Network (Ketchum)

Lewiston Tribune (Lewiston)

Networking Star (Nampa)

The Moral Liberal (Preston)

### Radio

KLCE-FM (Blackfoot)

KBOI-AM (Boise)

KBSU-AM (Boise)

KBSX-FM (Boise)

KIDO-AM (Boise)

KJOT-FM (Boise)

KRVB-FM (Boise)

KTHI-FM (Boise)

KWEI-AM (Boise)

KVNI-AM (Coeur D'Alene)

KVTY-FM (Lewiston)

KMCL-FM (McCall)

KRPL-AM (Moscow)

KUOI-FM (Moscow)

KZFN-FM (Moscow)

KISU-FM (Pocatello)

KACH-AM (Preston)

KBYI-FM (Rexburg)

KLIX-AM (Twin Falls)

### Television

KBCI-TV (Boise)

KBOI-TV (Boise)

KTVB-TV (Boise)

KIDK-TV (Idaho Falls)

KIFI-TV (Idaho Falls)

KLEW-TV (Lewiston)

KIVI-TV (Nampa)

KTRV-TV (Nampa)

KPVI-TV (Pocatello)

KMVT-TV (Twin Falls)

# ILLINOIS

## Magazine

German Pulse (Bartlett)

Appliance Design magazine (Bensenville)

Farmweek (Bloomington)

ABA Journal (Chicago)

Advertising Age - Chicago Bureau (Chicago)

Appraisal Institute (Chicago)

BusinessWeek - Chicago Bureau (Chicago)

Cafe (Chicago)

Chicago Collection Magazine (Chicago)

Chicago Computer Guide (Chicago)

Chicago Health Magazine (Chicago)

Chicago Innerview (Chicago)

Chicago Lawyer (Chicago)

Chicago Lifestyle Magazine (Chicago)

Chicago Tribune Magazine (Chicago)

Community Health magazine (Chicago)

Corporate Legal Times (Chicago)

DeadSpin (Chicago)

Forefront Magazine (Chicago)

HOY (Chicago)

Illinois Police & Sheriff's News (Chicago)

Insurance Networking (Chicago)

Jellyvision (Chicago)

Jet & Ebony (Chicago)

Lumino Magazine (Chicago)

MARCH magazine (Chicago)

Rock Products Magazine (Chicago)

The Chicago Downtowner Newsmagazine (Chicago)

UnRated Urban Magazine (Chicago)

UR Chicago (Chicago)

Viewpoints.com (Chicago)

Candy Industry (Deerfield)

Stagnito Communications (Deerfield)

Chicagoland Gardening (Downers Grove)

Hinsdale Magazine, Inc. (Hinsdale)

Sears Manage My Home (Hoffman Estates)

Putnam Media, Inc. (Itasca)

Say What! Magazine (La Grange)

Watt Publishing Company (Mount Morris)

Machinery Outlook (Mundelein)

Boat & Motor Dealer (Niles)

Dana Chase Publications (Oak Brook)

Illinois Manufacturer, The (Oak Brook)

Central Illinois Business Publishers (Peoria)

Poultry International (Rockford)

Reactive Target & Aviation International News (Shorewood)

Hoyt Publishing (Skokie)

## News Service

Associated Press - Champaign Bureau (Champaign)

Associated Press - Chicago Bureau (Chicago)

Bloomberg News - Chicago Bureau (Chicago)

Copley News Service - Chicago Bureau (Chicago)

Dow Jones Newswires - Chicago Bureau (Chicago)

Knight-Ridder/Tribune Info. Services - Chicago Bureau (Chicago)

Medill News Service - Chicago Bureau (Chicago)

Morningstar Investor (Chicago)

Morningstar Mutual Funds (Chicago)

Morningstar Stock Investor (Chicago)

Nihon Keizai Shimbun - Chicago Bureau (Chicago)

Reuters - Chicago Bureau (Chicago)

Tribune Media Services (Chicago)

Zacks (Chicago)

Northern Illinois University (De Kalb)

Dekalb News Service (DeKalb)

Associated Press - Elgin Bureau (Elgin)

Thomson Target Media (Evanston)

Tribune Media Services - Evanston Bureau (Evanston)

Illinois State Univ - The Daily Vidette (Normal)



(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Associated Press - Peoria Bureau (Peoria)

Associated Press - Springfield Bureau (Springfield)

Copley News Service Springfield Bureau (Springfield)

Gannett News Service - Springfield Bureau (Springfield)

Tribune Media Services - Vernon Hills Bureau (Vernon Hills)

## Newspaper

Countryside (Algonquin)

Alton Telegraph (Alton)

Antioch Review (Antioch)

Arlington Heights Herald (Arlington Heights)

Daily Herald (Arlington Heights)

Pioneer Press Newspapers (Arlington Heights)

Post (Arlington Heights)

Aurora Beacon News (Aurora)

Courier-Review (Barrington)

Belleville News-Democrat (Belleville)

St. Clair County News Bulletin (Belleville)

Belvidere Daily Republican (Belvidere)

Benton Evening News (Benton)

Bloomington Pantagraph (Bloomington)

Mclean County News Bulletin (Bloomington)

Pantagraph (Bloomington)

Countryside (Buffalo Grove)

Weekly Doings (Burr Ridge)

Canton Ledger (Canton)

Carbondale Southern Illinoisan (Carbondale)

Daily Egyptian (Carbondale)

Southern Illinois Univ - Daily Egyptian (Carbondale)

Southern Illinoisan (Carbondale)

Carmi Times (Carmi)

Centralia Sentinel (Centralia)

Morning Sentinel/Register-News (Centralia/Mt. Vernon)

Champaign County News Bulletin (Champaign)

Champaign News-Gazette (Champaign)

Daily Illini - University Of Illinois (Champaign)

News-Gazette (Champaign)

Times-Courier (Charleston)

Chicago Business - University Of Chicago'S Mba Paper (Chicago)

Chicago Citizen Newspaper Group (Chicago)

Chicago Crusader (Chicago)

Chicago Defender (Chicago)

Chicago Free Press (Chicago)

Chicago Law Bulletin (Chicago)

Chicago Reader (Chicago)

Chicago Sun-Times (Chicago)

Chicago Tribune (Chicago)

Columbia Chronicle (Chicago)

Crain's Chicago Business (Chicago)

Crain'S Modern Physician (Chicago)

Epoch Times (Chicago)

Gleaner (Chicago)

Harpo Productions (Chicago)

Hyde Park Herald (Chicago)

Inside Line, The (Chicago)

La Raza (Chicago)

Los Angeles Times - Chicago Bureau (Chicago)

New City (Chicago)

New York Times - Chicago Bureau, The (Chicago)

News Star (Chicago)

Northeastern Illinois University (Chicago)

Skyline (Chicago)

Stark's News Service Interactive (Chicago)

Streetwise (Chicago)

The Chicago Downtowner (Chicago)

The Depaulia (Depaulia University) (Chicago)

The Onion A.V Club (Chicago)

Tribune Company (Chicago)

UIC Today (Chicago)

US Business Review (Chicago)

USA Today - Chicago Bureau (Chicago)

Wall Street Journal - Chicago Bureau, The (Chicago)

PR Newswire
A UBM plc company

Washington Post - Chicago Bureau, The (Chicago)

Windy City Times (Chicago)

Chillicothe Independent (Chillicothe)

Doings (Clarendon Hills)

Suburban Journals Of Greater St. Louis (Collinsville)

Crystal Lake The Northwest Herald (Crystal Lake)

Northwest Herald (Crystal Lake)

Danville Commercial-News (Danville)

Decatur Herald & Review (Decatur)

Deerfield Review (Deerfield)

Kenya Empowerment Newpaper (Deerfield)

Dekalb Daily Chronicle (Dekalb)

Northern Star (Dekalb)

Mediatracks Communications (Des Plaines)

Times (Des Plaines)

Du Quoin Evening Call (Du Quoin)

Tazewell County News Bulletin (East Peoria)

Times-Review (Edgebrook)

Times-Review (Edison-Norwood)

Edwardsville Intelligencer (Edwardsville)

Madison County News Bulletin (Edwardsville)

Effingham Daily News (Effingham)

Eldorado Daily Journal (Eldorado)

Elgin Courier News (Elgin)

The Courier News (Elgin)

The Korea Daily News (Elk Grove)

Times (Elk Grove)

Doings (Elmhurst)

Leaves (Elmhurst)

Woodford County News Bulletin (Eureka)

Evanston Review (Evanston)

Metro Times (Evanston)

Forest Park Leaves (Forest Park)

Herald-Journal (Franklin Park)

Freeport Journal Standard (Freeport)

Journal Standard, The (Freeport)

Galena Gazette (Galena)

Galesburg Register-Mail (Galesburg)

Zephyr, The (Galesburg)

Kane County Chronicle (Geneva)

News (Glencoe)

Glenview Announcements (Glenview)

Grayslake Review (Grayslake)

Gurnee Review (Gurnee)

Times, The (Harlem/Irving Park (Chicago))

Daily Register, The (Harrisburg)

The Daily Register (Harrisburg)

News (Highland Park)

Doings (Hinsdale)

Hoffman Park Review (Hoffman Estates)

Chicago Tribune - Homewood Bureau (Homewood)

Jacksonville Journal-Courier (Jacksonville)

Times, The (Jefferson Park (Chicago))

The Herald-News (Joliet)

Kankakee County News Bulletin (Kankakee)

Kankakee Daily Journal (Kankakee)

Star-Courier (Kewanee)

La Salle News-Tribune (La Salle)

Doings (LaGrange)

Forester (Lake Forest)

Countryside (Lake in the Hills)

Lake Villa Review (Lake Villa)

Courier (Lake Zurich)

La Salle Newstribune (LaSalle)

Daily Record (Lawrenceville)

Libertyville Review (Libertyville)

Lincoln Courier (Lincoln)

The Courier (Lincoln)

Lincolnshire Review (Lincolnshire)

Lincolnwood Review (Lincolnwood)

Macomb Journal (Macomb)

Marion Daily Republican (Marion)

Mattoon Journal-Gazette (Mattoon)

Herald (Maywood)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

Moline Dispatch (Moline)

The Dispatch (Moline)

Monmouth Daily Review Atlas (Monmouth)

Champion (Morton Grove)

Daily Republican Register (Mount Carmel)

Times (Mount Prospect)

Mt Vernon Register-News (Mount Vernon)

Mundelein Review (Mundelein)

Naperville Sun (Naperville)

North Central College (Naperville)

Sun Publications (Naperville)

The Naperville Sun (Naperville)

Herald Spectator (Niles)

News (Norridge)

Entre Hispanos (Northbrook)

Star (Northbrook)

Herald-Journal (Northlake)

Chicago Tribune - Oak Brook Bureau (Oak Brook)

Doings (Oak Brook)

Leaves (Oak Park)

Wednesday Journal (Oak Park)

Olney Daily Mail (Olney)

Chicago Tribune - Orland Park Bureau (Orland Park)

Lasalle County News Bulletin (Ottawa)

Ottawa Daily Times (Ottawa)

Countryside (Palatine)

Paris Daily Beacon-News (Paris)

Herald-Advocate (Park Ridge)

Pekin Daily Times (Pekin)

Journal Star (Peoria)

News Bulletin (Peoria)

Peoria Journal Star (Peoria)

Peoria Times-Observer (Peoria)

Washington Times Reporter (Peoria)

Pontiac Daily Leader (Pontiac)

Quincy Herald-Whig (Quincy)

Messenger (River Grove)

Daily News (Robinson)

Rock Island Argus (Rock Island)

Rockford Register Star (Rockford)

Winnehago County News Bulletin (Rockford)

Booster (Rogers Park)

Chicago Tribune - Schaumburg Bureau (Schaumburg)

Schaumburg Review (Schaumburg)

Daily Union (Shelbyville)

Hola America (Silvis)

Skokie Review (Skokie)

El Conquistador (South Elgin)

Chicago Sun-Times Springfield Bureau (Springfield)

Chicago Tribune - Springfield Bureau (Springfield)

Sangamon County News Bulletin (Springfield)

Springfield State Journal Register (Springfield)

Daily Gazette (Sterling)

Dixon Telegraph (Sterling)

The Daily Gazette (Sterling)

Taylorville Breeze Courier (Taylorville)

Chicago Daily Southtown (Tinley Park)

Chicago Tribune - Tinley Park Bureau (Tinley Park)

Daily Southtown (Tinley Park)

University Of Illinois (Urbana)

Chicago Tribune - Vernon Hills Bureau (Vernon Hills)

Vernon Hills Review (Vernon Hills)

Times-Republic (Watseka)

Courier (Wauconda)

The News Sun (Waukegan)

The Daily American (West Frankfort)

Herald (West Proviso)

Herald (Westchester)

Doings (Western Springs)

Chicago Tribune - Wheaton Bureau (Wheaton)

Countryside (Wheeling)

Booster (Wicker Park)

Life (Wilmette)

(888) 776-0942 | www.prnewswire.com



PR Newswire
A UBM plc company

Talk (Winnetka)

## Online

Change the Rules of Politics (Algonquin)

MO.com (Algonquin)

Rosie Discovers (Arlington Heights)

ConnectReviews (Batavia)

Four Player Co Op (Belvidere)

TheGreenHead.com (Channahon)

CelebTV.com (Chicago)

CitizenKate tv (Chicago)

C-Style Magazine (Chicago)

Dow Jones MarketWatch.com - Chicago Bureau (Chicago)

Emmis Interactive (Chicago)

ePrairie.com (Chicago)

First Business News (Chicago)

Flood Magazine (Chicago)

Green Info Daily (Chicago)

Guyism (Chicago)

i-street.com (Chicago)

ItsTheItGirl.com (Chicago)

Livability.com (Chicago)

LIVESTRONG.COM (Chicago)

Marina City Online (Chicago)

midwestbusiness.com (Chicago)

Morningstar Advisor.com (Chicago)

Orbitz (Chicago)

PR Junkie (Chicago)

PrettyCity (Chicago)

Tails Inc. (Chicago)

Technomic (Chicago)

The Beauty Branch (Chicago)

The Red Line Project (Chicago)

ThinkGlink.com (Chicago)

Time Out Chicago (Chicago)

Tribune Interactive (Chicago)

White House Strategies (Chicago)

wiretapmag.org (Chicago)

The Sensory Spectrum (Lake Forest)

The Rock Father (Lake Villa)

Running With Cake (Lake Zurich)

Housingzone.com (Oak Brook)

Higheredjobs.com (Oak Park)

antiMUSIC Network (Park Ridge)

MadeMan.com (Riverton)

MMA Recap (South Elgin)

Global Food Forums (St. Charles)

AsiaToday.com (Westmont)

## Radio

Foodservice Radio (Antioch)

WJBC-AM (Bloomington)

WIVR-FM (Bourbonnais)

WVLI-FM (Bourbonnais)

WSIU-FM (Carbondale)

WVSI-FM (Carbondale)

WROY-AM (Carmi)

WRUL-FM (Country Music Widget) (Carmi)

WJPF-AM (Carterville)

WOOZ-FM (Carterville)

WILY-AM (Centralia)

WRXX-FM (Centralia)

WHMS-FM (Champaign)

DePaul University-Radio DePaul (Chicago)

Illinois Radio Network (Chicago)

Merlin Media LLC (Chicago)

Metro Networks - Chicago Bureau (Chicago)

WBBM-AM (Chicago)

WBBM-FM (Chicago)

WBEW-FM (Chicago)

WBEZ-FM (Chicago)

WCEV-AM (Chicago)

WCFS-FM (Chicago)

WCKG-FM (Chicago)

PR Newswire
A UBM plc company

WCPQ-FM (Chicago)

WCPT-AM (Chicago)

WCPT-FM (Chicago)

WCPY-FM (Chicago)

WCRX-FM (Chicago)

WDRV-FM (Chicago)

WFMT-FM (Chicago)

WGCI-FM (Chicago)

WGN-AM (Chicago)

WGRB-AM (Chicago)

WILV-FM (Chicago)

WJMK-FM (Chicago)

WKKC-FM (Chicago)

WKSC-FM (Chicago)

WLIT-FM (Chicago)

WLS-AM (Chicago)

WLS-FM (Chicago)

WLUP-FM (Chicago)

WMBI-AM (Chicago)

WMBI-FM (Chicago)

WMVP-AM (Chicago)

WNUA-FM (Chicago)

WNVR-AM (Chicago)

WRTE-FM 90.5 (Hispanic) (Chicago)

WTMX-FM (Chicago)

WVAZ-FM (Chicago)

WVON-AM (Chicago)

WWWN-FM - Top News (Chicago)

WDKB-FM (De Kalb)

WNIJ-FM (Dekalb)

Radio Health Journal (Des Plaines)

WIXN-AM (Dixon)

WDQN-AM (Du Quoin)

WSIE-FM (Edwardsville)

WIND-AM (Elk Grove Village)

WNUR-FM (Evanston)

WHFH-FM (Flossmoor)

WAAG-FM (Galesburg)

WGIL-AM (Galesburg)

WKAY-FM (Galesburg)

WLSR-FM (Galesburg)

WDCB-FM (Glen Ellyn)

WSMI-AM (Hillsboro)

WSMI-FM (Hillsboro)

WLDS-AM (Jacksonville)

WCCQ-FM (Joliet)

WKAN-AM (Kankakee)

WAKO-FM (Lawrenceville)

WLRA-FM (Lockport)

WIUM-FM (Macomb)

WJEQ-FM (Macomb)

WFRX-AM (Marion)

WMOK-AM (Metropolis)

WVIK-AM (Moline)

WMIX-AM/FM (Mount Vernon)

WMIX-FM (Mount Vernon)

WONC-FM (Naperville)

WGLT-FM (Normal)

WPNA-AM (Oak Park)

WAJK-FM (Oglesby)

WLPO-AM (Oglesby)

WLWF-FM (Oglesby)

WCMY-AM (Ottawa)

WPXN-FM (Paxton)

WCBU-FM (Peoria)

WIRL-AM (Peoria)

WMBD-AM (Peoria)

WPBG-FM (Peoria)

WSWT-FM (Peoria)

WBZG-FM (Peru)

WGLC-FM (Peru)

WSPL-AM (Peru)

WYYS-FM (Peru)

KGRC-FM (Quincy)


PR Newswire
A UBM plc company

WGEM-AM (Quincy)

WTAD-AM (Quincy)

WNNS-FM (Riverton)

WVIK Radio (Rock Island)

WVIK-FM (Rock Island)

WNTA-AM (Rockford)

WROK-AM (Cumulus Radio Group) (Rockford)

WPGU (Roselle)

WJBD-AM (Salem)

WJBD-FM (Salem)

WMAY-AM (Springfield)

WTAX-AM (Springfield)

WUIS-FM (Springfield)

KFNS-AM (St Louis)

WSDR-AM (Sterling)

WDWS-AM (Urbana)

WILL-AM (Urbana)

WILL-FM (Urbana)

## Television

WSIU-TV (Carbondale)

WCIA-TV (Champaign)

WICD-TV (Champaign)

WEIU-TV (Charleston)

CNBC - Chicago Bureau (Chicago)

CNN - Chicago Bureau (Chicago)

First Business TV News (Chicago)

Fox News Channel - Chicago Bureau (Chicago)

WBBM-TV (Chicago)

WCHI-TV (Chicago)

WFLD-TV (Chicago)

WGBO-TV (Chicago)

WGN-TV (Chicago)

WLS-TV (Chicago)

WMAQ-TV (Chicago)

WSNS-TV (Chicago)

WTTW-TV (Chicago)

WHOI-TV (Creve Coeur)

WAND-TV (Decatur)

WEEK-TV (East Peoria)

Around Chicagoland-Chicagoland Television News (Hinsdale)

WMBD-TV (Peoria)

KHQA-TV (Quincy)

WGEM-TV (Quincy)

WHBF-TV (Rock Island)

WIFR-TV (Rockford)

WREX-TV (Rockford)

WTVO-TV (Rockford)

WTVO-TV/WQRF-TV (Rockford)

WCIA-TV (Savoy)

WICS-TV (Springfield)

## INDIANA

## Magazine

FFA New Horizons (Indianapolis)

Network Indiana (Indianapolis)

Howey Politics Indiana (Kokomo)

## News Service

Associated Press - Evansville Bureau (Evansville)

Associated Press - Indianapolis Bureau (Indianapolis)

Gannett News Service - Indianapolis Bureau (Indianapolis)

Associated Press - South Bend Bureau (South Bend)

## Newspaper

Anderson Herald Bulletin (Anderson)

Herald Bulletin (Anderson)

Herald-Republican (Angola)

The Evening Star (Auburn)

Herald-Tribune (Batesville)

Bedford Times-Mail (Bedford)

PR Newswire
A UBM plc company

Berne Tri-Weekly News (Berne)

Bloomington Herald-Times (Bloomington)

Indiana Daily Student (Bloomington)

Mitchell News (Bloomington)

Bluffton News-Banner (Bluffton)

Brazil Times (Brazil)

Chesterton Tribune (Chesterton)

Clinton Daily Clintonian (Clinton)

Columbia City Post & Mail (Columbia City)

Columbus Republic (Columbus)

Connersville News Examiner (Connersville)

Crawfordsville Journal Review (Crawfordsville)

Decatur Daily Democrat (Decatur)

Truth, The (Elkhart)

The Call-Leader (Elwood)

Evansville Courier (Evansville)

Ft Wayne News-Sentinel (Fort Wayne)

Greater Fort Wayne Business Weekly (Fort Wayne)

Journal Gazette (Fort Wayne)

News-Sentinel (Fort Wayne)

Times, The (Frankfort)

Franklin College - The Franklin (Franklin)

Franklin Daily Journal (Franklin)

Goshen News (Goshen)

Greencastle Banner Graphic (Greencastle)

Greenfield Daily Reporter (Greenfield)

Greensburg Daily News (Greensburg)

Cal-Press (Hammond)

Hartford City News-Times (Hartford City)

Huntington Herald-Press (Huntington)

Indiana Business Magazine (Indianapolis)

Indianapolis Business Journal (Indianapolis)

Indianapolis Star (Indianapolis)

Omega Communications Inc. (Indianapolis)

Herald (Jasper)

Jasper The Herald (Jasper)

Jeffersonville Evening News (Jeffersonville)

Jeffersonville Evening News/New Albany Tribune (Jeffersonville)

Kendallville News-Sun (Kendallville)

Kokomo Tribune (Kokomo)

La Porte Herald Argus (La Porte)

Journal & Courier (Lafayette)

Lafayette Journal & Courier (Lafayette)

Herald-Argus (LaPorte)

Lebanon Reporter (Lebanon)

Linton Daily World (Linton)

Logansport Pharos-Tribune (Logansport)

Madison Courier (Madison)

Marion Chronicle Tribune (Marion)

Reporter-Times (Martinsville)

Post-Tribune (Merrillville)

Michigan City News-Dispatch (Michigan City)

Monticello Herald Journal (Monticello)

Ball State Daily News (Muncie)

Muncie Star Press (Muncie)

Star-Press (Muncie)

Hammond Times (Munster)

Times Of NW Indiana, The (Munster)

Courier Times (New Castle)

New Castle Courier Times (New Castle)

Notre Dame Observer (Notre Dame)

Peru Daily Tribune (Peru)

Plymouth Pilot News (Plymouth)

Portland Commercial Review (Portland)

Princeton Daily Clarion (Princeton)

Rensselaer Republican (Rensselaer)

Palladium-Item (Richmond)

Richmond Palladium (Richmond)

Rochester Sentinel (Rochester)

Rushville Republican (Rushville)

The News And Tribune (Sellersburg)

Seymour Daily Tribune (Seymour)

Shelbyville News (Shelbyville)

South Bend Tribune (South Bend)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Sullivan Times (Sullivan)
Terre Haute Journal Of Business (Terre Haute)
Terre Haute Tribune-Star (Terre Haute)
Tipton County Tribune (Tipton)
Vincennes Sun-Commercial (Vincennes)
Wabash Plain Dealer (Wabash)
Warsaw Times-Union (Warsaw)
Washington The Times-Herald (Washington)
Purdue University~ The Purdue Exponent (West Lafayette)
The Purdue Exponent (West Lafayette)
Winchester News-Gazette (Winchester)

## Online

Weddings! Save Money (Anderson)
Crown Point Chronicle (Crown Point)
WCGuru.com (Crown Point)
Biomarker Commons (Indianapolis)
Savvy Traveling (Indianapolis)
GeekTyrant (Newburgh)

## Radio

WQME-FM (Anderson)
WKZS-FM (Covington)
WVPE-FM (Elkhart)
WNIN-FM (Evansville)
WSWI-AM (Evansville)
WAJI-FM (Fort Wayne)
WBCL-FM (Fort Wayne)
WBOI-FM (Fort Wayne)
WLDE-FM (Fort Wayne)
WOWO-AM (Fort Wayne)
WOWO-FM (Fort Wayne)
WLTH (Gary)
WGRE-FM (Greencastle)
WIMS-AM (Hammond)
WJOB-AM (Hammond)
WBDC-FM (Huntingburg)

Bob And Tom Show (Indianapolis)
Sound Medicine - WFYI-FM (Indianapolis)
WFYI-FM (Indianapolis)
WIBC-AM (Indianapolis)
WTLC (Indianapolis)
WORX-FM (Madison)
WLPR-FM (Merrillville)
WTRC-AM (Mishawaka)
WTRC-FM (Mishawaka)
WERK-FM (Muncie)
WLTH (Munster)
WRAY-AM (Princeton)
WZZY-FM (Richmond)
WJAA-FM (Seymour)
WSBT-AM (South Bend)
WTHI-FM (Terre Haute)
WWVR-FM (Terre Haute)
WAKE-AM (Valparaiso)
WLJE-FM (Valparaiso)
WVUR-FM (Valparaiso)
WXRD-FM (Valparaiso)
WZVM-FM (Valparaiso)
WKID-FM (Vevay)
WAOV-AM (Vincennes)
WUZR-FM (Vincennes)
WZDM-FM (Vincennes)
WRSW-FM (Warsaw)
WAMW - FM (Washington)
WAMW-AM (Washington)
WFML-FM (Washington)
WBAA (West Lafayette)

## Television

WEVV-TV (Evansville)
WFIE-TV (Evansville)
WTVW-TV (Evansville)
WANE-TV (Fort Wayne)

WPTA-TV (Fort Wayne)

WEHT-TV (Henderson)

Pet Pals TV (Indianapolis)

WISH-TV (Indianapolis)

WRTV-TV (Indianapolis)

WTHR-TV (Indianapolis)

WSBT-TV (Mishawaka)

Ball State University (WIPB-TV) (Muncie)

WBST-FM (Muncie)

Farm Journal Television (South Bend)

WNDU-TV (South Bend)

WSJV-TV (South Bend)

WTHI-TV (Terre Haute)

WTWO-TV (Terre Haute)

WLFI-TV (West Lafayette)

## IOWA

### Magazine

Material Handling Wholesaler (Dubuque)

Verum Magazine (Iowa City)

### News Service

Associated Press - Des Moines Bureau (Des Moines)

Meredith Broadcasting (Des Moines)

Associated Press - Iowa City Bureau (Iowa City)

University Of Iowa News Services (Iowa City)

### Newspaper

Ames Daily Tribune (Ames)

Atlantic News Telegraph (Atlantic)

Burlington Hawk Eye (Burlington)

Carroll Daily Times Herald (Carroll)

Cedar Rapids Gazette (Cedar Rapids)

Centerville Daily Iowegian (Centerville)

Charles City Press (Charles City)

Cherokee Times (Cherokee)

Clinton Herald (Clinton)

Council Bluffs Nonpareil (Council bluffs)

Davenport Quad City Times (Davenport)

Quad City Business Journal (Davenport)

Quad-City Times (Davenport)

Cedar Rapids Gazette - Des Moines Bureau (Des Moines)

Des Moines Business Record (Des Moines)

Des Moines Register (Des Moines)

Iowa State Daily (Des Moines)

Dubuque Telegraph Herald (Dubuque)

Dunlap Reporter (Dunlap)

Estherville Daily News (Estherville)

Fairfield Ledger (Fairfield)

Fort Dodge The Messenger (Fort Dodge)

Fort Madison Daily Democrat (Fort Madison)

Corridor Business Journal (Iowa City)

Daily Iowan (Iowa City)

Iowa City Press-Citizen (Iowa City)

Keokuk Daily Gate City (Keokuk)

Le Mars Daily Sentinel (Le Mars)

Marshalltown Times-Republican (Marshalltown)

Mason City Globe Gazette (Mason City)

Mount Mercy Times (Mount Mercy)

Mount Pleasant News (Mount Pleasant)

Muscatine Journal (Muscatine)

Newton Daily News (Newton)

Oelwein Daily Register (Oelwein)

Oskaloosa Herald (Oskaloosa)

Ottumwa Courier (Ottumwa)

Sioux City Journal (Sioux City)

Spencer Daily Reporter (Spencer)

Storm Lake Pilot-Tribune (Storm Lake)

Washington Journal (Washington)

Waterloo Courier (Waterloo)

The Daily Freeman-Journal (Webster City)



PR Newswire

A UBM plc company

## Online

southerniowa.com (Bloomfield)

Tech Gone Crazy (Boone)

squibe.net (Mason City)

Beth Ann & Jessica's Helpful Savings (Sioux City)

Dice.com (Urbandale)

HealthCallings.com (Urbandale)

## Radio

KLGA-FM (Algona)

KASI-AM (Ames)

KJAN-AM (Atlantic)

KWBG-AM (Boone)

KBUR-AM (Burlington)

KCIM-AM (Carroll)

KKRL-FM (Carroll)

KCCK-FM (Cedar Rapids)

KGYM-AM (Cedar Rapids)

KMRY-AM (Cedar Rapids)

KZIA-FM (Cedar Rapids)

WMT-AM (Cedar Rapids)

WMT-FM (Cedar Rapids)

KMGO-FM (Centerville)

KCHA-FM (Charles City)

KCZQ-FM (Cresco)

WOC-AM (Davenport)

KNEI-FM (Decorah)

Clear Channel NewsRadio 1040 WHO (Des Moines)

Iowa Public Radio (Des Moines)

KJJY-FM (Des Moines)

KPTL-FM (Des Moines)

KXNO-AM (Des Moines)

Radio Iowa (Des Moines)

WHO-AM (Des Moines)

KATF-FM (Dubuque)

KDTH-AM (Dubuque)

KGRR-FM (Dubuque)

WDBQ-AM (Dubuque)

KDST-FM (Dyersville)

KJYL-FM (Eagle Grove)

KADR-AM (Elkader)

KCTN-FM (Elkader)

KIOW-FM (Forest city)

KIAQ-FM (Fort Dodge)

KKEZ-FM (Fort Dodge)

KTLB-FM (Fort Dodge)

KVFD-AM (Fort Dodge)

KWMT-AM (Fort Dodge)

KZLB-FM (Fort Dodge)

KLMJ-FM (Hampton)

KHBT-FM (Humboldt)

KCJJ-AM (Iowa City)

KXIC-AM (Iowa City)

KOKX-AM (Keokuk)

KOKX-FM (Keokuk)

KRLS-FM (Knoxville)

KKMA-FM (Le Mars)

KLEM-AM (Le Mars)

KSCJ-AM (Le Mars)

KSUX-FM (Le Mars)

KMCH-FM (Manchester)

KFJB-AM (Marshalltown)

KXIA-FM (Marshalltown)

KCMR-FM (Mason City)

KGLO-AM (Mason City)

KIAI-FM (Mason City)

KJCY-FM (Mason City)

KLSS-FM (Mason City)

KRIB-AM (Mason City)

KOEL-AM (Oelwein)

KBOE-FM (Oskaloosa)

KCSI-FM (Red Oak)

KOAK-AM (Red Oak)

KDCR-FM (Sioux Center)

PR Newswire
A UBM plc company

KSOU-FM (Sioux Center)
KUOO-FM (Spirit Lake)
KWQW-FM (Urbandale)
KCII-AM (Washington)
KCII-FM (Washington)
KNWS-AM (Waterloo)
KOKZ-FM (Waterloo)
KXEL-AM (Waterloo)

## Television

KCRG-TV (Cedar Rapids)
KGAN-TV (Cedar Rapids)
Sinclair Acquisition IV Inc. (Cedar Rapids)
KLJB-TV (Davenport)
KWQC-TV (Davenport)
KCCI-TV (Des Moines)
WHO-TV (Des Moines)
WOI-TV (Des Moines)
KDIN-TV (Johnston)
KIMT-TV (Mason City)
KCAU-TV (Sioux City)
KTIV-TV (Sioux city)
KWWL-TV (Waterloo)
ABC5 WOI-DT (West Des Moines)

## KANSAS

## Magazine

Review Magazine, Kansas City (Lawrence)
Christmas Trees Magazine (Lecompton)
Rural Lifestyle Dealer (Milton)
Anthem Publishing Inc. (Overland Park)
Super Floral Retailing (Topeka)

## News Service

Associated Press - Topeka Bureau (Topeka)
Associated Press - Wichita Bureau (Wichita)

Associated Press (Wichita/Topeka)

## Newspaper

Abilene Reflector-Chronicle (Abilene)
Arkansas City Traveler (Arkansas City)
The Augusta Daily Gazette (Augusta)
Chanute Tribune (Chanute)
Clay Center Dispatch (Clay Center)
Coffeyville Journal (Coffeyville)
Colby Free Press (Colby)
Columbus Daily Advocate (Columbus)
Concordia Blade-Empire (Concordia)
Council Grove Republican (Council Grove)
Dodge City Globe (Dodge City)
El Dorado Times (El Dorado)
Emporia Gazette (Emporia)
The Bulletin (Emporia)
Fort Scott Tribune (Fort Scott)
Garden City Telegram (Garden city)
Great Bend Tribune (Great Bend)
Hays Daily News (Hays)
The Hays Daily News (Hays)
Hutchinson News (Hutchinson)
The Hutchinson News (Hutchinson)
Independence Reporter (Independence)
Iola Register (Iola)
Junction City Daily Union (Junction City)
Kansas City Business Journal (Kansas City)
Kansas City Star (Kansas City)
Minority Press Association/Missouri State Post
  (Kansas City)
Daily Kansan (Lawrence)
Journal World (Lawrence)
Lawrence Journal World (Lawrence)
The Daily Kansan (Lawrence)
Leavenworth Times (Leavenworth)
High Plains Daily Leader (Liberal)
Manhattan Mercury (Manhattan)

PR Newswire
A UBM plc company

McPherson Sentinel (McPherson)

Linn County News (Mound City)

Newton Kansan (Newton)

Ottawa Herald (Ottawa)

Parsons Sun (Parsons)

Morning Sun (Pittsburg)

Pittsburg Sun (Pittsburg)

The Collegio (Pittsburg)

The Pratt Tribune (Pratt)

Salina Journal (Salina)

Tonganoxie Mirror (Tonganoxie)

Topeka Capital-Journal, The (Topeka)

Wellington News (Wellington)

Wichita Business Journal (Wichita)

Wichita Eagle (Wichita)

Winfield Daily Courier (Winfield)

## Online

Musicians Gazette (Fort Scott)

Kansan.com (Lawrence)

TechRepublic (Lenexa)

Do No Harm (Olathe)

AndoverVoice.com (Wichita)

Everyday Citizen (Wichita)

OnlineStoresResearch (Wichita)

## Radio

KJRL-FM (Abilene)

KAIR-FM (Atchison)

KVSV-AM (Beloit)

KVSV-FM (Beloit)

KGCR-FM (Brewster)

KKOY-AM (Chanute)

KCLY-FM (Clay Center)

KFRM-AM (Clay Center)

KFFX-FM (Emporia)

KVOE-AM (Emporia)

KBUF-AM (Garden City)

KKJQ-FM (Garden City)

KVGB-AM (Great Bend)

KAYS-AM (Hays)

KHAZ-FM (Hays)

KJLS-FM (Hays)

KPRD-FM (Hays)

KLZA-FM (Hiawatha)

KMZA-FM (Hiawatha)

KNZA-FM (Hiawatha)

KHUT-FM (Hutchinson)

KWBW-AM (Hutchinson)

KJCK- FM (Junction city)

KJCK-AM (Junction city)

KANU-FM (Lawrence)

KLDG-FM (Liberal)

KMAN-AM (Manhattan)

KMKF-FM (Manhattan)

KSDB-FM (Manhattan)

KXBZ-FM (Manhattan)

KJIL-FM (Meade)

KCMO-AM (Mission)

KMBZ-AM (Mission)

KKAN-AM (Phillipsburg)

KQMA-FM (Phillipsburg)

KINA-AM (Salina)

KSAL-AM (Salina)

KSAL-FM (Salina)

KSKG-FM (Salina)

KYEZ-FM (Salina)

Kansas Information Network (Topeka)

KMAJ-AM (Topeka)

Member Feed - WIBW (Topeka)

WIBW-AM (Topeka)

WIBW-FM (Topeka)

KULY-AM (Ulysses)

KMBZ-FM (Westwood)

KFDI-FM (Wichita)


PR Newswire
A UBM plc company

KGSO-AM (Wichita)
KLIO-AM (Wichita)
KMUW-FM (Wichita)
KNSS-AM (Wichita)
KRBB-FM (Wichita)
KTHR-FM (Wichita)
KZCH-FM (Wichita)
KZSN-FM (Wichita)

## Television

KCTV-TV (Fairway)
KUJH-TV (Lawrence)
Sunflower Broadband (Lawrence)
KOAM-TV (Pittsburg)
KSNT-TV (Topeka)
KTKA-TV (Topeka)
WIBW-TV (Topeka)
KAKE-TV (Wichita)
KSNW-TV (Wichita)
KWCH-TV (Wichita)
Motor'n TV (Wichita)
Premium Member Feed - KAKE (Wichita)

# KENTUCKY

## Magazine

Autos - Courier-Journal (Louisville)
Today's Woman Magazine (Louisville)
Sophisticated Living Magazine (Prospect)

## News Service

Associated Press - Frankfort Bureau (Frankfort)
Associated Press - Lexington Bureau (Lexington)
Associated Press - Louisville Bureau (Louisville)
Associated Press - Pikeville Bureau (Pikeville)

## Newspaper

Ashland Daily Independent (Ashland)
Bowling Green News (Bowling Green)
Daily News (Bowling Green)
Gamut News (Bowling Green)
Corbin Times Tribune (Corbin)
Danville Advocate-Messenger (Danville)
Elizabethtown News-Enterprise (Elizabethtown)
Boone Community Recorder (Florence)
Boone County Recorder (Florence)
Campbell Community Recorder (Florence)
Campbell County Recorder (Florence)
Crescent Springs/Villa Hills Community Recorder (Florence)
Edgewood/Crestview Hills Community Recorder (Florence)
Erlanger Recorder (Florence)
Florence Recorder (Florence)
Ft. Mitchell/Lakeside Park Community Recorder (Florence)
Kenton County Recorder (Florence)
Park Hills/Ft. Wright Community Recorder (Florence)
Frankfort Journal (Frankfort)
Georgetown News-Graphic (Georgetown)
Glasgow Daily Times (Glasgow)
Harlan Enterprise (Harlan)
The Harrodsburg Herald (Harrodsburg)
Henderson Gleaner (Henderson)
The Northerner (Highland Heights)
Hopkinsville Kentucky New Era (Hopkinsville)
Kentucky New Era (Hopkinsville)
Garrard Central Record (Lancaster)
Lane Communications Group (Lexington)
Lexington Herald-Leader (Lexington)
University Of Kentucky School Of Journalism (Lexington)
Business First (Louisville)
Courier-Journal, The (Louisville)

PR Newswire
A UBM plc company

Louisville Kentucky Combined Feed (Louisville)
Umi/Data Courier (Louisville)
Messenger, The (Madisonville)
Mayfield Messenger (Mayfield)
Maysville Ledger Independent (Maysville)
Middlesboro Daily News (Middlesboro)
Murray Ledger & Times (Murray)
Murray State News (Murray)
Owensboro Messenger-Inquirer (Owensboro)
Paducah Sun (Paducah)
Pikeville Appalachian News-Express (Pikeville)
Richmond Register (Richmond)
Somerset Commonwealth Journal (Somerset)
Whitesburg Mountain Eagle (Whitesburg)
Winchester Sun (Winchester)

## Online

Budget Earth (Florence)
gotthefunny.com (Independence)
HelloLouisville.com/HelloMetro Inc. (Louisville)
Louisville History & Issues (Louisville)
QSRWeb.com (Louisville)
usACTIONnews.com (Louisville)
GlobalShift (Nicholasville)
ProudGreenHome.com (Russell)

## Radio

WLGC-FM (Ashland)
WDCL-FM (Bowling Green)
WGGC-FM (Bowling Green)
WKCT-AM (Bowling Green)
WKPB-FM (Bowling Green)
WKUE-FM (Bowling Green)
WKYU-FM (Bowling Green)
WWHR-FM (Bowling Green)
WVLC-FM (Campbellsville)
WNOP-AM (Cincinnati)
Clear Channel Radio (Covington)

WQXE-FM (Elizabethtown)
WCLU-AM (Glasgow)
WGOH-AM (Grayson)
WUGO-FM (Grayson)
WHLN-AM (Harlan)
WSON-AM (Henderson)
WNKU-FM (Highland Heights)
WHSX-FM (Horse Save)
WLOC-AM (Horse Save)
WKJK (Lagrange)
WKHG-FM (Leitchfield)
WBUL-FM (Lexington)
WLAP-AM (Lexington)
WRFL-FM (Lexington)
WUKY-FM (Lexington)
WVLK-FM (Lexington)
Kentucky Radio Network (Louisville)
WAMZ-FM (Louisville)
WFPL-FM (Louisville)
WGTK-AM (Louisville)
WHAS-AM (Louisville)
WPTI-FM (Louisville)
WFMW-AM (Madisonville)
WTBK-FM (Manchester)
WKYM-FM (Monticello)
WMKY-FM (Morehead)
WMSK-FM (Country Music Widget) (Morganfield)
WKMS-FM (Murray)
WKYQ-FM (Paducah)
WKYX-AM (Paducah)
WKLW-FM (Paintsville)
WPTJ-FM (Paris)
WCYO-FM (Richmond)
WRUS-AM (Russellville)
WKEQ-FM (Somerset)
WSFC-AM (Somerset)
WJCR-FM (Upton)

PR Newswire
A UBM plc company

## Television

WBKO-TV (Bowling Green)
WYMT-TV (Hazard)
WDKY-TV (Lexington)
WKYT-TV (Lexington)
WLEX-TV (Lexington)
WTVQ-TV (Lexington)
WUPX-TV (Lexington)
WYMT-TV (Lexington)
WAVE-TV (Louisville)
WBKI-TV (Louisville)
WDRB-TV (Louisville)
WHAS-TV (Louisville)
WLKY-TV (Louisville)
WYCS-TV (Louisville)
WPSD-TV (Paducah)
WSIL-TV (Paducah)

## LOUISIANA

## Magazine

225 Magazine (Baton Rouge)
Baton Rouge Parenting Magazine (Baton Rouge)
Louisiana Life (Metairie)
New Orleans Magazine (Metairie)
Ballyhoo Vue Magazine (New Orleans)
Sugar Journal (New Orleans)

## News Service

Associated Press - Baton Rouge Bureau (Baton Rouge)
Gannett News Service - Baton Rouge Bureau (Baton Rouge)
Grambling State University (Grambling)
Associated Press - New Orleans Bureau (New Orleans)

## Newspaper

Alexandria Daily Town Talk (Alexandria)
The Light (Alexandria)
Bastrop Daily Enterprise (Bastrop)
Advocate, The (Baton Rouge)
Baton Rouge Business Report (Baton Rouge)
Greater Baton Rouge Business Report (Baton Rouge)
Louisiana State University (Baton Rouge)
Southern Digest (Baton Rouge)
Southern University/A&M College (Baton Rouge)
Bogalusa Daily News (Bogalusa)
Bossier Press-Tribune (Bossier City)
Beauregard Daily News (Deridder)
The Franklin Banner-Tribune (Franklin)
Gramblinite (Grambling)
Daily Star (Hammond)
Southeastern Louisiana University (Hammond)
The Daily Star (Hammond)
Bayou Business Review (Houma)
Houma Courier (Houma)
Jennings Daily News (Jennings)
Acadiana Gazette (Lafayette)
Daily Advertiser (Lafayette)
Independent Weekly Llc (Lafayette)
The Advertiser (Lafayette)
The Independent Weekly (Lafayette)
American Press (Lake Charles)
Lake Charles American Press (Lake Charles)
The Lafourche Gazette (Larose)
The Leesville Daily Leader (Leesville)
Avoyelles Journal (Marksville)
Herencia Hispana (Metairie)
New Orleans City Business (Metairie)
Minden Press-Herald (Minden)
News-Star, The (Monroe)
The Daily Review (Morgan City)

PR Newswire
A UBM plc company

Natchitoches Times (Natchitoches)

New Iberia Daily Iberian (New Iberia)

Delgado Community College (New Orleans)

Loyola University - The Maroon (New Orleans)

New Orleans Citybusiness (New Orleans)

New Orleans Times-Picayune (New Orleans)

The Courtbouillon (New Orleans)

The Louisiana Weekly (New Orleans)

Tulane Hullabaloo, The (New Orleans)

Opelousas Daily World (Opelousas)

Louisiana Tech University (Ruston)

Ruston Daily Leader (Ruston)

Shreveport Times (Shreveport)

Sulphur Southwest Daily News (Sulphur)

The Nicholls Worth (Thibodaux)

Thibodaux Daily Comet (Thibodaux)

## Online

Couyon.com (Baton Rouge)

theshiznit.com (Baton Rouge)

HoumaRadio.com (Houma)

Bargains4wahms (Kenner)

Times of Southwest Louisiana (Lake Charles)

DailyYonder.com (Laramie)

The Sabine-Talks Reporter (Many)

Planetguide.com (Metairie)

The Lens (New Orleans)

TheBreastCareSite.com (New Orleans)

TypeF.com (Shreveport)

## Radio

KRVE-FM (Baton Rouge)

WDGL-FM (Baton Rouge)

WFMF-FM (Baton Rouge)

WJBO-AM (Baton Rouge)

WLRO-AM (Baton Rouge)

WRKF-FM (Baton Rouge)

WYNK-FM (Baton Rouge)

KRMD-AM (Bossier City)

KAYT-FM (Cheneyville)

KAJN-FM (Crowley)

KBON-FM (Eunice)

KSLU-FM (Hammond)

KHXT-FM (Lafayette)

KMDL-FM (Lafayette)

KPEL-FM (Lafayette)

KRVS-FM (Lafayette)

KTDY-FM (Lafayette)

KAOK-AM (Cumulus Radio Group) (Lake Charles)

KLRZ-FM (Larose)

WIST-AM (Metairie/New Orleans)

KEDM-FM (Monroe)

KANE-AM (New Iberia)

WNOE-FM (New Orleans)

WQUE-FM (New Orleans)

WRNO Radio (New Orleans)

WRNO-FM (New Orleans)

WWL-AM (New Orleans)

WWL-AM/FM (New Orleans)

WWNO-FM (New Orleans)

WYLD-AM (New Orleans)

WYLD-FM (New Orleans)

KLAA-FM (Pineville)

KDAQ-FM (Shreveport)

KEEL-AM (Shreveport)

KLSA-FM (Shreveport)

KRUF-FM (Shreveport)

KTAL-FM (Shreveport)

KVKI-FM (Shreveport)

KXKS-FM (Shreveport)

KVPI-FM (Ville Platte)

KNCB-AM (Vivian)

## Television

KALB-TV (Alexandria)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

WAFB-TV (Baton Rouge)
WBRZ-TV (Baton Rouge)
WVLA-TV (Baton Rouge)
KFOL-TV (Houma)
KATC-TV (Lafayette)
KLFY-TV (Lafayette)
KPLC-TV (Lake Charles)
KVHP-TV (Lake Charles)
KGLA-TV (Metairie)
KNOE-TV (Monroe)
KTVE-TV (Monroe)
WDSU-TV (New Orleans)
WGNO-TV (New Orleans)
WVUE-TV (New Orleans)
WWL-TV (New Orleans)
KSLA-TV (Shreveport)
KTAL-TV (Shreveport)
KTBS-TV (Shreveport)

## MAINE

## Magazine

Mainebiz (Portland)

## News Service

Associated Press - Augusta Bureau (Augusta)
Associated Press - Portland, Me Bureau (Portland)

## Newspaper

Kennebec Journal (Augusta)
Bangor Daily News (Bangor)
Bangor News (Bangor)
Journal Tribune, The (Biddeford)
Times Record, The (Brunswick)
Camden Herald, The (Camden)
Ellsworth American (Ellsworth)
Forecaster, The (Falmouth)

Fort Fairfield Journal (Fort Fairfield)
Sun Journal (Lewiston)
Katahdin Press (Millinocket)
Portland Phoenix, The (Portland)
Portland Press Herald (Portland)
Penobscot Bay Press (Stonington)
Morning Sentinel (Waterville)

## Online

MaineToday.com (Augusta)
Missy's Product Reviews 1 (Bridgton)
Mainebiz (Portland)
Media and New Media Law Blog (Rockport)

## Radio

Maine Public Broadcasting Network (Bangor)
WABI-AM (Bangor)

## Television

WMTW-TV (Auburn)
Maine Public Broadcasting Network (Bangor)
WABI-TV (Bangor)
WVII-TV (Bangor)
WCSH-TV (Portland)
WGME-TV (Portland)

## MARYLAND

## Magazine

Dirty Linen (Baltimore)
Grandparenting (Baltimore)
Maryland Bar Journal (Baltimore)
Southern Maryland-This is Living magazine (Bel Alton)
FERC Power Report (Bethesda)
PDA Letter (Bethesda)
StormCenter Communications (Ellicott City)
Harbor View (Fort Washington)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Flight Training (Frederick)

Nightingale's Healthcare News (Frederick)

Insurance Advisor Monthly - Maryland/D.C. (Hunt Valley)

Curator: The Museum Journal (Lanham)

Airline Procurement (Silver Spring)

## News Service

Associated Press - Annapolis Bureau (Annapolis)

Capital News Service - Annapolis Bureau (Annapolis)

Associated Press - Baltimore Bureau (Baltimore)

Tribune Media Services - Baltimore Bureau (Baltimore)

Phillip Merril College of Journalism (University of Maryland) (College Park)

Associated Press - Hagerstown Bureau (Hagerstown)

Associated Press - Lanham Bureau (Lanham)

Patuxent Publishing (Potomac)

Rheinische Post - Washington Bureau (Potomac)

Tribune Media Services - St Michaels Bureau (St Michaels)

## Newspaper

Capital, The (Annapolis)

Washington Post - Annapolis Bureau, The (Annapolis)

Baltimore Business Journal (Baltimore)

Baltimore City Paper (Baltimore)

Baltimore Daily Record (Baltimore)

Baltimore Sun, The (Baltimore)

The Washington Afro-American News (Baltimore)

Bethesda Gazette (Bethesda)

Education Week (Bethesda)

Bowie Blade-News, The (Bowie)

Middletown/Brunswick Gazette (Brunswick)

Rose Sheet, The (Chevy Chase)

Columbia Flier (Columbia)

Washington Post - Howard County Bureau, The (Columbia)

Cumberland Times-News (Cumberland)

Easton Star-Democrat (Easton)

Frederick Gazette (Frederick)

Frederick News-Post, The (Frederick)

Washington Post - Frederick Bureau, The (Frederick)

Chevy Chase Gazette (Gaithersburg)

Maryland Gazette (Gaithersburg)

Hagerstown Herald-Mail (Hagerstown)

Kensington Gazette (Kensington)

Washington Post - Southern Maryland Bureau, The (La Plata)

Landover Gazette (Landover)

Lanham Gazette (Lanham)

Largo Gazette (Largo)

New Carrollton Gazette (New Carrollton)

Hart/Information Resources Inc. Publishing (Potomac)

PBI Media (Potomac)

Phillips Publishing (Potomac)

Potomac Gazette (Potomac)

International Medical News Group (Rockville)

Washington Post - Montgomery County Bureau, The (Rockville)

Daily Times (Salisbury)

Aspen Publishers (Silver Spring)

Business Publishers, Inc. (Silver Spring)

CD Publications (Silver Spring)

Pike & Fischer, Inc. (Silver Spring)

Silver Spring Gazette (Silver Spring)

Southern Maryland Newspapers (Southern MD)

Bay Times (Stevensville)

New York Times - Takoma Park Bureau, The (Takoma Park)

Walkersville/Thurmont Gazette (Thurmont)

Washington Post - Prince George's County Bureau, The (Upper Marlboro)

(888) 776-0942 | www.prnewswire.com


PR Newswire
A UBM plc company

New Market/Urbana Gazette (Urbana)

Carroll County Times (Westminster)

Westminster Carroll County Times (Westminster)

## Online

Boundless Vegan (Baltimore)

Center for Emerging Media  (Baltimore)

Digital Harbor Online (Baltimore)

SunSpot.net (Baltimore)

Foreign Policy Digest (Chevy Chase)

Robbins Brothers Blog (Fort Washington)

ACSM Bulletin (Gaithersburg)

Financially Fierce, LLC (Largo)

It's Good Stuff (Odenton)

Unitedfanboyz.com (Owings Mills)

TelecomWeb (Potomac)

ThomsonInvest.net (Rockville)

Washington Running Report (Rockville)

Legendary Lifestyle by Saphan Pickett (Waldorf)

## Radio

WNAV-AM (Annapolis)

National Federation of the Blind (Baltimore)

WBAL-AM (Baltimore)

WBJC-FM (Baltimore)

WCAO-AM (Baltimore)

WCBM-AM (Baltimore)

WEAA-FM (Baltimore)

WIYY-FM (Baltimore)

WPOC-FM (Baltimore)

WZFT-FM (Baltimore)

Interfaith Voices (Brentwood)

WMUC-AM (College Park)

WFMD-AM (Frederick)

WFRE-FM (Frederick)

WFWM-FM (Frostburg)

WHAG-AM (Hagerstown)

WJEJ-AM (Hagerstown)

Syndication One (Lanham)

WJFK-FM (Lanham)

WLZL-FM (Lanham)

WNEW-AM (Lanham)

WNEW-FM (Lanham)

FMLink (Potomac)

BCC, Inc  (Preston)

WESM-FM (Princess anne)

Jerusalem Report, BNR Radio Netherlands (Rockville)

WTEM-AM (Rockville)

WAVD-FM (Salisbury)

WICO-AM (Salisbury)

WICO-FM (Salisbury)

WKTT-FM (Salisbury)

WSCL-FM (Salisbury)

Metro Networks - Silver Spring Bureau (Silver Spring)

WTGB-FM (Silver Spring)

WWRC-AM (Silver Spring)

WTTR-AM (Westminster)

WACA-AM (Wheaton)

WCRH-FM (Williamsport)

WKHS-FM (Worton)

## Television

WBAL-TV (Baltimore)

WBFF-TV (Baltimore)

WJZ-TV (Baltimore)

WMAR-TV (Baltimore)

WHAG-TV (Hagerstown)

Sinclair News Central Bureau (Hunt valley)

Maryland Public Television (Owings Mills)

WBOC (Salisbury)

WBOC-TV (Salisbury)

WMDT (Salisbury)

WMDT-TV (Salisbury)

Broadband Daily (Silver Spring)

PR Newswire
A UBM plc company

## MASSACHUSETTS

## Magazine

Robb Report (Acton)

CCI/Crosby Publishing (Allston)

Northshore Magazine (Andover)

Aspatore Books (Boston)

Atlantic Monthly, The (Boston)

Boston Magazine (Boston)

BusinessWeek - Boston Bureau (Boston)

Continental Magazine (Boston)

Directorship Magazine (Boston)

Edge Publications (Boston)

Federal Reserve Bank of Boston Regional Review (Boston)

Harvard Business Review (Boston)

Harvard Health Letter (Boston)

Harvard Management Update (Boston)

Harvard Public Health Review (Boston)

Improper Bostonian Magazine, The (Boston)

Lawyers Weekly USA (Boston)

Mass High Tech (Boston)

New England Economic Review (Boston)

The Weekly Dig (Boston)

Harvard Law Record (Cambridge)

Harvard Law Review (Cambridge)

Harvard Political Review (Cambridge)

The Homesteader (Concord)

Vrij Nederland (Great Barrington)

Sportsbuff Features (Hamilton)

Business Bulletin (Haverhill)

Monash Software Letter (Lexington)

Boston Homes (Needham)

Berkshire Jewish Voice (Pittsfield)

Provincetown Magazine (Provincetown)

Volleyball (Quincy)

NewSongTV Canção Nova TV (Somerville)

BusinessWest (Springfield)

IndUS Business Journal (Waltham)

Bosy+Soul Magazine (Watertown)

Alloy Media (Westford)

Private Colleges and Universities (Westford)

## News Service

Associated Press - Boston Bureau (Boston)

Bloomberg News - Boston Bureau (Boston)

Dow Jones Newswires - Boston Bureau (Boston)

Reuters - Boston Bureau (Boston)

State House News Service (Boston)

Tribune Media Services - Boston Bureau (Boston)

NewsEdge Corporation (Burlington)

Associated Press - Springfield, Massachusetts Bureau (Springfield)

## Newspaper

Abington Mariner (Abington)

WheelsTV (Acton)

Allston-Brighton TAB (Allston-Brighton)

Amesbury News (Amesbury)

Massachusetts Daily Collegian (Amherst)

Arlington Advocate (Arlington)

Ashland TAB (Ashland)

Athol News (Athol)

Attleboro Sun Chronicle (Attleboro)

Bedford Minuteman (Bedford)

Belmont Citizen-Herald (Belmont)

Beverly Citizen (Beverly)

Tri-Town Transcript (Beverly)

Billerica Minuteman (Billerica)

Bolton Common (Bolton)

Bay Windows (Boston)

Boston Busines Journal (Boston)

Boston Globe Magazine, The (Boston)

Boston Globe, The (Boston)

Boston Herald, The (Boston)

(888) 776 0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Boston Homes (Boston)

Boston Metro (Boston)

Boston Phoenix, The (Boston)

Boston TAB (Boston)

Christian Science Monitor, The (Boston)

New York Times - Boston Bureau, The (Boston)

Northeastern News (Boston)

The Boston Globe (Boston)

The Daily Free Press (Boston)

The Hub (Boston)

The Provider (Boston)

The Simmons Voice / Boston MA 02115 (Boston)

Wall Street Journal - Boston Bureau, The (Boston)

Braintree Forum (Braintree)

Enterprise, The (Brockton)

Brookline TAB (Brookline)

Burlington Union (Burlington)

Cambridge Chronicle (Cambridge)

Cambridge TAB (Cambridge)

The Harvard Crimson (Cambridge)

Canton Journal (Canton)

Cape Business (Cape Cod)

Main Sheet - Cap Cod Community College newspaper (Cape Cod)

Upper Cape Codder (Cape Cod)

Chelmsford Independent (Chelmsford)

Boston College - The Heights (Chestnut Hill)

Cohasset Mariner (Cohasset)

Beacon (Concord)

Beacon Villager (Concord)

Concord Journal (Concord)

Danvers Herald (Danvers)

Dover-Sherborn Press (Dover)

Valley Advocate (Easthampton)

Easton Journal (Easton)

Herald News, The (Fall River)

Sentinel & Enterprise (Fitchburg)

Framingham TAB (Framingham)

MetroWest Daily News, The (Framingham)

Gardner News (Gardner)

Georgetown Record (Georgetown)

Gloucester Daily Times, The (Gloucester)

Recorder (Greenfield)

Hamilton/Wenham (Hamilton/Wenham)

Hanover Mariner (Hanover)

Barnstable Patriot (Harvard)

Harvard Post (Harvard)

Harwich Oracle (Harwich)

Haverhill Gazette, The (Haverhill)

Hingham Journal (Hingham)

Hingham Oracle (Hingham)

Holbrook Sun (Holbrook)

Holliston TAB (Holliston)

Hopkinton Crier (Hopkinton)

Hudson Sun (Hudson)

Cape Cod Times (Hyannis)

Ipswich Chronicle (Ipswich)

Kingston Reporter (Kingston)

Lancaster Times (Lancaster)

Eagle-Tribune, The (Lawrence)

Lexington Minuteman (Lexington)

Lincoln Journal (Lincoln)

Littleton Independent (Littleton)

Lowell Sun (Lowell)

Daily Item, The (Lynn)

Lynn Item (Lynn)

Malden Evening News (Malden)

Malden Observer (Malden)

Medford Daily Mercury (Malden)

Mansfield News (Mansfield)

Marblehead Reporter (Marblehead)

Villager, The (Marlboro)

Marlborough Enterprise (Marlborough)

Marshfield Mariner (Marshfield)

Medfield Press (Medfield)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Medford Transcript (Medford)

Melrose Free Press (Melrose)

Merrimack River Current (Merrimack River)

Country Gazette (Milford)

Homes for Sale (Milford)

Milford Daily News (Milford)

Inquirer & Mirror (Nantucket)

Natick Bulletin & TAB (Natick)

Daily News Transcript (Needham)

Needham Times (Needham)

Standard-Times, The (New Bedford)

Daily News of Newburyport, The (Newburyport)

Newton TAB (Newton)

Washington Post - Boston Bureau, The (Newton)

North Adams Transcript (North Adams)

North Andover Citizen (North Andover)

Salem News (North Andover)

The Sun Chronicle (North Attleboro)

North Shore Sunday (North Shore)

Daily Hampshire Gazette (Northampton)

Norton Mirror (Norton)

Norwell Mariner (Norwell)

Cape Codder (Orleans)

Pembroke Mariner (Pembroke)

Berkshire Eagle (Pittsfield)

Old Colony Memorial (Plymouth)

Eastern Nazarene College (The Veritas News) (Quincy)

Patriot Ledger, The (Quincy)

Reading Advocate (Reading)

Rockland Mariner (Rockland)

West Roxbury/Roslindale Transcript (Roslindale)

Salem News, The (Salem)

Saugus Advertiser (Saugus)

Scituate Mariner (Scituate)

Sharon Advocate (Sharon)

Shrewsbury Chronicle (Shrewsbury)

Somerville Journal (Somerville)

The Southbridge Evening News (Southbridge)

Republican, The (Springfield)

Stoneham Sun (Stoneham)

Stoughton Journal (Stoughton)

Sudbury Town Crier (Sudbury)

Swampscott Reporter (Swampscott)

Taunton Daily Gazette (Taunton)

Tewksbury Advocate (Tewksbury)

Wakefield Daily Item (Wakefield)

Wakefield Observer (Wakefield)

Daily News Tribune, The (Waltham)

Watertown TAB & Press (Watertown)

Wayland Town Crier (Wayland)

Wellesley Townsman (Wellesley)

Westborough News (Westborough)

Westford Eagle (Westford)

The Weston Town Crier (Weston)

Westwood Press (Westwood)

Weymouth News (Weymouth)

Wilmington Advocate (Wilmington)

Winchester Star (Winchester)

Daily Times Chronicle (Woburn)

Woburn Advocate (Woburn)

Telegram & Gazette (Worcester)

Worcester Business Journal (Worcester)

Worcester Telegram & Gazette (Worcester)

Pennysaver (Yarmouthport)

Register, The (Yarmouthport)

## Online

Wheelstv.net (Acton)

Scoop08 (Andover)

EdgeBoston (Arlinton)

Trendy Mommies (Bedford)

Boston Music Spotlight (Boston)

Campus Compare (Boston)

Cheapflights.com (Boston)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

CityBizList (Boston) (Boston)

Dow Jones MarketWatch.com - Boston Bureau (Boston)

FuelNet.com (Boston)

GlobalPost (Boston)

Health Business Blog (Boston)

mvn.com (Boston)

PR Communications Blog (Boston)

Tributes.com (Boston)

RedPlum.com (Burlington)

Digital City Boston (Cambridge)

SmarterLiving.Com (Cambridge)

www.ivygateblog.com (Cambridge)

ZDNet News - Boston Bureau (Cambridge)

Digicraft (Charlestown)

Savvy Saving Couple (Fall River)

CIO.com (Framingham)

Propeller.com (Hudson)

carweb.com (Littleton)

Splendicity.com (Longmeadow)

Casino City Times (Newton)

GameSkinny (Newton)

MomCentral.com (Newton)

NEC Digest (Quincy)

siriusbuzz.com (Quincy)

Geek.com (Somerville)

Her Campus & What Gents Don't Get (Somerville)

Lycos (Waltham)

Filmfodder (West Roxbury)

paralegalblog.com (West Springfield)

GPSLodge.com (Wrentham)

## Radio

WBZ-AM (Allston)

WFCR-FM (Amherst)

WHSN-FM (Bangor)

WKIT-FM (Bangor)

WZON-AM (Bangor)

WBOQ-FM (Beverly)

WNSH-AM (Beverly)

CyberSpace Radio (Boston)

WBIX-AM (Boston)

WBUR-AM (Boston)

WBUR-FM (Boston)

WCRN-AM (Boston)

WERS-FM (Boston)

WGBH-FM (Boston)

WKLB-FM (Boston)

WMJX-FM (Boston)

WROR-FM (Boston)

WTKK-FM (Boston)

WUMB-FM (Boston)

WUNR-AM (Boston)

Greater Media, Inc. (Braintree)

WRKO-AM (Brighton)

WQDY-FM (Calais)

WCXU-FM (Caribou)

WDME-FM (Dover-Foxcroft)

WNSX-FM (Ellsworth)

WBSM-AM (Fairhaven)

WFHN-FM (Fairhaven)

WGAO-FM (Franklin)

WMSJ-FM (Freeport)

WCIB-FM (Hyannis)

WQRC-FM (Hyannis)

WXTK-FM (Hyannis)

WCAP-AM (Lowell)

WFNX-FM (Lynn)

WATD-FM (Marshfield)

WJMN-FM (Medford)

WXKS-AM (Medford)

WXKS-FM (Medford)

WVBF-AM (Middleborough)

WMLN-FM (Milton)

WBNW-AM (Needham)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

WSRS-FM (Paxton)
WTAG-AM (Paxton)
WBEC-FM (Pittsfield)
WPLM-FM (Plymouth)
Maine Public Radio (Portland)
WIZZ-AM (Shelburne)
WHYN-AM (Springfield)
WHYN-FM (Springfield)
WRNX-FM (Springfield)
WUCS-FM (Springfield)
WMVY-FM (Vineyard Haven)

## Television

Wheelstv.net (Acton)
Paybefore (Billerica)
WBZ-TV (Boston)
WGBH-TV (Boston)
WHDH-TV (Boston)
WLVI-TV (Boston)
WSBK-TV (Brighton)
Sportschannel NE d/b/a Comcast Sportsnet
   (Burlington)
Captivate Network (Chelmsford)
WWLP-TV (Chicopee)
WFXT-TV (Dedham)
WCVB-TV (Needham)
WUNI-TV (Needham)
NECN (Newton)
New England Cable News (Newton)
New England Cable News Channel (NECN)
   (Newton)
DC Velocity (North Attleboro)
WAGM-TV (Presque Isle)
WGBY-TV (Springfield)
WGGB-TV (Springfield)
WWLP-TV (Springfield)
NewsProNet TV (Swampscott)

# MICHIGAN

## Magazine

Michigan Review (Ann Arbor)
MyMac Magazine (Battle Creek)
BusinessWeek - Detroit Bureau (Detroit)
D Business Magazine (Detroit)
MediaPost (Detroit)
Lyons Circle Publishing (Grand Rapids)
Western Michigan Business Review (Kalamazoo)
Michigan Manufacturers Association (Lansing)
Midland Daily News (Midland)
Hour Detroit (Royal Oak)
Michigan Real Estate Journal (Southfield)
Fruit Growers News (Sparta)
Quarterly Review of Wines (Troy)
Snips (Troy)
Supply House Times (Troy)
Corp! Magazine (Warren)

## News Service

University of Michigan News Service (Ann Arbor)
Reuters Pictures (Dearborn)
Associated Press - Detroit Bureau (Detroit)
Reuters - Detroit Bureau (Detroit)
Capital News Service (East Lansing)
Associated Press - Grand Rapids Bureau (Grand
   Rapids)
Saga Communications Inc. (Grosse Pointe Farms)
Associated Press - Lansing Bureau (Lansing)
Bloomberg News - Michigan Bureau (Southfield)
Associated Press - Traverse City Bureau (Traverse
   City)

## Newspaper

Daily Telegram, The (Adrian)
Alpena News (Alpena)
Ann Arbor News (Ann Arbor)

PR Newswire
A UBM plc company

Arbor Media Inc. (Ann Arbor)

Michigan Daily, The (Ann Arbor)

New York Times - Detroit Bureau, The (Ann Arbor)

The Washtenaw Voice (Ann Arbor)

University Of Michigan, Michigan Daily (Ann Arbor)

Huron Daily Tribune (Bad Axe)

Battle Creek Enquirer, The (Battle Creek)

Bay City Times (Bay City)

Birmingham & Bloomfield Eccentric (Birmingham)

Booth Newspapers (Bloomfield Hills)

Cadillac Evening News (Cadillac)

Cedar Springs Post (Cedar Springs)

Cheboygan Tribune (Cheboygan)

Cheyboygan Daily Tribune (Cheboygan)

Clarkston Eccentric (Clarkston)

The Daily Reporter (Coldwater)

Dearborn Press & Guide (Dearborn)

Dearborn Times-Herald (Dearborn)

Warrendale-West Detroit Press & Guide (Dearborn)

Crain's Detroit Business (Detroit)

Detroit Free Press (Detroit)

Detroit Metro Times (Detroit)

Detroit Monitor (Detroit)

Detroit News, The (Detroit)

Detroiter (Detroit)

El Central (Detroit)

Los Angeles Times - Detroit Bureau (Detroit)

Michigan Chronicle (Detroit)

Michigan Front Page (Detroit)

New York Times, DetroitBureau (Detroit)

USA Today - Detroit Bureau (Detroit)

Wall Street Journal - Detroit Bureau, The (Detroit)

Wayne State University (Detroit)

State News (East Lansing)

The Daily Press (Escanaba)

Farmington Observer (Farmington)

Cultural Village Voice (Flint)

East Side Press (Flint)

Flint Journal (Flint)

Flushing Press (Flint)

Genesee Township Voice (Flint)

Genesee Valley Press (Flint)

Grand Blanc Press (Flint)

South Flint Gazette (Flint)

The Burton Banner (Flint)

The Sunday Crusader (Flint)

Tri-County News (Flint)

Weekender Advantage (Flint)

Garden City Observer (Garden City)

Grand Haven Tribune (Grand Haven)

El Vocero Hispano (Grand Rapids)

Grand Rapids Business Journal (Grand Rapids)

Grand Rapids Press (Grand Rapids)

Greenville Daily News (Greenville)

Ile Camera (Grosse Ile)

Grosse Pointe News (Grosse Pointe)

Hillsdale Daily News (Hillsdale)

Holland Sentinel (Holland)

The Anchor (Holland)

The Daily Mining Gazette (Houghton)

Livingston County Press Argus (Howell)

The Livingston County Daily Press & Argus (Howell)

Daily Tribune (Huron)

Ionia Sentinel-Standard (Ionia)

Iron Mountain Daily News (Iron Mountain)

Daily Globe (Ironwood)

Jackson Citizen Patriot, The (Jackson)

Kalamazoo Gazette (Kalamazoo)

Mibiz Southwest (Kalamazoo)

Western Herald (Kalamazoo)

Lake Orion Eccentric (Lake Orion)

Booth Newspapers (Lansing)

Business Direct Weekly Central (Lansing)

Business Direct Weekly West (Lansing)

(888) 776-0942  |  www.prnewswire.com



PR Newswire
A UBM plc company

Lansing State Journal, The (Lansing)

Canton Observer (Livonia)

Livonia Observer (Livonia)

Observer & Eccentric Newspapers (Livonia)

Ludington Daily Mail (Ludington)

Ludington News (Ludington)

Makinac Island Town Crier (Makinac Island)

The Mining Journal (Marquette)

Midland Daily News (Midland)

Hometown News (Milford)

Milford Times (Milford)

Monroe Evening News (Monroe)

Macomb Daily (Mount Clemens)

Mt. Clemens/Macomb Daily Tribune (Mount Clemens)

Royal Oak Daily Tribune (Mount Clemens)

Mount Pleasant Morning Sun (Mount Pleasant)

Mibiz West (Muskegon)

Muskegon Chronicle (Muskegon)

The Muskegon Tribune (Muskegon Heights)

Hometown Newspapers (Northville)

Northville Record (Northville)

Norway Current (Norway)

Novi News (Novi)

Owosso Argus Press (Owosso)

Oxford Eccentric (Oxford)

Petoskey News-Review (Petoskey)

Plymouth Observer (Plymouth)

Oakland Press, The (Pontiac)

Port Huron Times Herald (Port Huron)

Redford Observer (Redford)

Rochester Clarion-Eccentric (Rochester)

Daily Tribune (Royal Oak)

Saginaw News (Saginaw)

Bay Mills News (Sault St. Marie)

Sault Ste Marie Evening News (Sault St. Marie)

Chicago Tribune - Southfield Bureau (Southfield)

Southfield Eccentric (Southfield)

Allen Park News-Herald (Southgate)

Ecorse/Riverrouge News-Herald (Southgate)

Flat Rock News-Herald (Southgate)

Gibraltar/Rockwood News-Herald (Southgate)

Heritage Newspapers (Southgate)

Lincoln Park News-Herald (Southgate)

Melvindale News-Herald (Southgate)

News-Herald, The (Southgate)

Taylor/Romulus News-Herald (Southgate)

Trenton News-Herald (Southgate)

Woodhaven/Brownstone News-Herald (Southgate)

Wyandotte/Riverview News-Herald (Southgate)

Benton Harbor Herald Palladium (St. Joseph)

St.Joseph Herald-Palladium (St. Joseph)

Sturgis Journal (Sturgis)

Three Rivers Commercial-News (Three Rivers)

Ottaway Newspapers (Traverse City)

Traverse City Record Eagle (Traverse City)

Business News Publishing Co. (Troy)

Detroit Legal News (Troy)

Michigan Libertarian (Troy)

Oakland County Legal News (Troy)

Troy Eccentric (Troy)

Troy-Somerset Gazette (Troy)

Our Hometown Newspaper (Vanderbilt)

C&G Newspapers (Warren)

Monday Morning Newspapers (Warren)

Penasee Globe (Wayland)

Michigan Community Newspapers (Wayne)

West Bloomfield Eccentric (West Bloomfield)

Westland Observer (Westland)

White Lake Beacon (Whitehall)

## Online

AllMusic.com (Ann Arbor)

AnnArbor.com (Ann Arbor)

Sarah's Deals (Cedar Springs)

(888) 776 0942  |  www.prnewswire.com


PR Newswire
A UBM plc company

The Crazy Nuts Mom (Charlotte)

The Hollywood Revue (Clawson)

Blogging for Michigan (Corunna)

Parsimonious Pash (Davisburg)

Eshac (Ferndale)

Go Momma Coupons (Fllint)

Issue Media Group - Rapid Growth Media (Grand Rapids)

Emmy's Deals (Northview)

The Mom with Moxie, LLC (Novi)

## Radio

WLEN-FM (Adrian)

WHSB-FM (Alpena)

Michigan Public Radio (Ann Arbor)

WAAM-AM (Ann Arbor)

WLBY-AM (Ann Arbor)

WRAM-AM (Ann Arbor)

WUOM-FM (Ann Arbor)

WVOM-FM (Ann Arbor)

WLEW-AM (Bad Axe)

WLEW-FM (Bad Axe)

WBCK-FM (Battle Creek)

WCXT-FM (Benton Harbor)

WIRX-FM (Benton Harbor)

WSJM-AM (Benton Harbor)

WYTZ-FM (Benton Harbor)

WYBR-FM (Big Rapids)

WBUV-FM (Biloxi)

WKNN-FM (Biloxi)

WMJY-FM (Biloxi)

WQYZ-FM (Biloxi)

WCKC-FM (Cadillac)

WCBY-FM (Cheboygan)

WGFM-FM (Cheboygan)

WCSX (Detroit)

WDET-FM (Detroit)

WDRQ-FM (Detroit)

WDVD-FM (Detroit)

WEXL (Detroit)

WJR-AM (Detroit)

WRIF-FM (Detroit)

WWJ-AM (Detroit)

Michigan Public Radio (East Lansing)

WKAR-AM (East Lansing)

WKAR-FM (East Lansing)

WDBC-AM (Escanaba)

WYKX-FM (Escanaba)

WDFN-AM (Farmington Hills)

WDTW-FM (Farmington Hills)

WKQI-FM (Farmington Hills)

WNIC-FM (Farmington Hills)

WOMC-FM (Ferndale)

WWCK-AM (Flint)

WKLQ-AM (Fremont)

WFCA-FM (French Camp)

WCSG-FM (Grand Rapids)

WGVU-FM (Grand Rapids)

WJRW-AM (Grand Rapids)

WOOD-AM (Grand Rapids)

WOOD-FM (Grand Rapids)

WJZD-FM (Gulfport)

WCSR-AM (Hillsdale)

WCSR-FM (Hillsdale)

WHMI-FM (Howell)

WUPM-FM (Ironwood)

WJDX-AM (Jackson)

WJDX-FM (Jackson)

WJSU-FM (Jackson)

WMPN-FM (Jackson)

WMSI-FM (Jackson)

WSTZ-FM (Jackson)

WKMI-AM (Cumulus Radio Group) (Kalamazoo)

WKZO (Kalamazoo)

WKZO-AM (Kalamazoo)

(866) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

WMUK-FM (Kalamazoo)
WLIN-FM (Kosciusko)
Michigan Radio Network (Lansing)
WJIM-AM (Lansing)
WLNZ-FM (Lansing)
WBBN-FM (Laurel)
WRBE-AM (Lucedale)
WRBE-FM (Lucedale)
WNMU-FM (Marquette)
WAGN-AM (Menominee)
WMSV-FM (Mississippi State)
WQNZ-FM (Natchez)
WOVI-FM (Novi)
WOSM-FM (Ocean Springs)
WMBN/MTRN (Petoskey)
WBTI-FM (Port Huron)
WHYT-FM (Port Huron)
WPHM-AM (Port Huron)
WSAQ-FM (Country Music Widget) (Port Huron)
WNEM-AM (Saginaw)
WSGW-AM (Saginaw)
WMIC-AM (Sandusky)
WTGV-FM (Sandusky)
WSOS-AM (Sault St. Marie)
WCSY-FM (South Haven)
Metro Networks - Troy Bureau (Southfield)
Shadow Broadcasting Services (Southfield)
WWJ-AM (Southfield)
WXYT-AM (Southfield)
WLKM-FM (Three Rivers)
WTCM-AM/FM (Traverse City)
American Family Radio (Tupelo)
WBLV-FM (Twin Lake)
WEMU-FM (Ypsilanti)

## Television

WBKB-TV (Alpena)

WFQX-TV (Alpena)
WNEM-TV (Bay City)
WWTZ-TV (Cadillac)
WEYI-TV (Clio)
The Tony Trupiano Show (Dearborn Heights)
Univision WUDT (Detroit)
WDIV-TV (Detroit)
WJRT-TV (Flint)
WNEW-TV (Flint)
WOOD-TV (Grand Rapids)
WOOD-TV 8 (Grand Rapids)
WXMI-TV (Grand Rapids)
WZZM- TV (Grand Rapids)
WZZM-TV (Grand Rapids)
WWMT-TV (Kalamazoo)
WILX-TV (Lansing)
WLAJ-TV (Lansing)
WLNS-TV (Lansing)
WSYM-TV (Lansing)
WNMU-TV (Marquette)
WCMU-TV (Mount Pleasant)
WLUC-TV (Negaunee)
WEYI-TV (Saginaw)
CBS News - Detroit Bureau (Southfield)
Metro Networks - Troy Bureau (Southfield)
WJBK-TV (Southfield)
WKBD-TV (Southfield)
WWJ-TV (Southfield)
WXYZ-TV (Southfield)
WPBN-TV (Traverse City)
WWTV-TV (Tustin)

## MINNESOTA

## Magazine

Bloomington Magazine (Bloomington)
Litt Magazine (Columbia Heights)



Powersports Business (Maple Grove)

Beef Magazine (Minneapolis)

Great Lakes Boating Magazine (Minneapolis)

Minnesota Business Magazine (Minneapolis)

Minnesota Monthly (Minneapolis)

Minnesota Real Estate Journal (Minneapolis)

Twin Cities Business Magazine (Minneapolis)

Feedstuffs (Minnetonka)

Prairie Grains Magazine (Red Lake Falls)

Specialty Fabrics Review (Roseville)

Hooters Magazine (St. Paul)

## News Service

Associated Press - Minneapolis Bureau (Minneapolis)

Dow Jones Newswires - Minneapolis Bureau (Minneapolis)

Associated Press - St. Paul Bureau (Saint Paul)

Bloomberg News - Saint Paul Bureau (Saint Paul)

St. Cloud State University (St. cloud)

## Newspaper

Albert Lea Tribune (Albert Lea)

Austin Daily Herald (Austin)

Bemidji Pioneer (Bemidji)

Brainerd Daily Dispatch (Brainerd)

The Dakota County Tribune Business Weekly (Burnsville)

Blaine-Spring Lake Park Sun-Focus (Columbia Heights)

South Washington County Bulletin (Cottage Grove)

Crookston Times (Crookston)

Detroit Lakes Tribune (Detroit Lakes)

Budgeteer News (Duluth)

Duluth News Tribune, The (Duluth)

Edina Sun-Current (Eden Prairie)

Sun Current (Elko)

Sentinel (Fairmont)

Faribault Daily News (Faribault)

Faribault News (Faribault)

Daily Journal, The (Fergus Falls)

Hibbing Daily Tribune (Hibbing)

International Falls Daily Journal (International Falls)

Jackson County Pilot - Lakefield Standard (Jackson)

Mankato Free Press (Mankato)

Minnesota State University - The MSU Reporter (Mankato)

Marshall Independent (Marshall)

American Jewish World (Minneapolis)

City Pages (Minneapolis)

Finance And Commerce (Minneapolis)

Minneapolis And Saint Paul Business Journal (Minneapolis)

Minnesota Spokesman Recorder (Minneapolis)

Northeaster And Northnews Newspapers (Minneapolis)

Southwest Journal (Minneapolis)

Star Tribune (Minneapolis)

Twin Cities Business (Minneapolis)

University Of Minnesota - The Daily (Minneapolis)

New Ulm Journal (New Ulm)

Owatonna People'S Press (Owatonna)

Rochester Post-Bulletin (Rochester)

Rosemount Town Pages (Rosemount)

St. Cloud Times (Saint Cloud)

St. Paul Pioneer Press (Saint Paul)

Savage Pacer (Savage)

Tommiemedia.Com (St. Paul)

Virginia Mesabi Daily News (Virginia)

West Central Tribune (Willmar)

Willmar West Central Tribune (Willmar)

Citizen Publishing Company (Windom)

Winona Daily News (Winona)

Winona News (Winona)

The Daily Globe (Worthington)



PR Newswire
A UBM plc company

## Online

http://toughmuddette.com/ (Arlington)

Inergize Digital Media (Bloomington)

Bob Larson's Daily Tennis (Edina)

Internet Broadcasting System (Edina)

allyourtv.com (Farmington)

Directory Of Minneapolis Local Blog (Inver Grove Heights)

MN Public Relations (Maple Grove)

Sportmentary (Maple Grove)

Strategicdreaming.com (Minneapolis)

Budget Lighting, Inc. industry blog (Minnetonka)

DebsHere (St. Paul)

The Uptake (St. Paul)

WEB Broadcasting Systems Inc (St. Paul)

ProEx Portal (St. Peter)

## Radio

KATE-AM (Albert Lea)

KCPI-FM (Albert Lea)

KIKV-FM (Alexandria)

KAUS-AM (Austin)

KAUS-FM (Austin)

KBSB-FM (Bemidji)

KBEW-AM (Blue Earth)

KBEW-FM (Blue Earth)

KJLY-FM (Blue Earth)

WWWI-AM (Brainerd)

KOJB-FM (Cass Lake)

KROX-AM (Crookston)

KDNI-FM (Duluth)

KDNW-FM (Duluth)

KTNF-AM (Eden Prairie)

WEVE-FM (Eveleth)

KFMC-FM (Fairmont)

KSUM-AM (Fairmont)

KVOX-FM (Fargo)

KBRF-AM (Fergus Falls)

KJJK-AM (Fergus Falls)

KJJK-FM (Fergus Falls)

KZCR-FM (Fergus Falls)

WTIP-FM (Grand Marais)

KBHW-FM (International Falls)

KKOJ-AM (Jackson)

KLFD-AM (Litchfield)

KLQL-FM (Luverne)

KQAD-AM (Luverne)

KRBI-FM (Mankato)

KTOE-AM (Mankato)

KYSM-AM (Mankato)

KYSM-FM (Mankato)

KARZ-FM (Marshall)

KKCK-FM (Marshall)

KMHL-AM (Marshall)

KBEM-FM (Minneapolis)

KFAI-FM (Minneapolis)

KFAN- TV (Minneapolis)

KFAN-AM (Minneapolis)

KFXN-FM (Minneapolis)

KQRS-FM (Minneapolis)

KXXR-FM (Minneapolis)

Minnesota News Networks (Minneapolis)

WCCO-AM (Minneapolis)

WMNN-AM (Minneapolis)

KKOK-FM (Morris)

KMRS-AM (Morris)

KCHK-AM (New Prague)

KDIO-AM (Ortonville)

KPRM-AM (Park Rapids)

KSKK-FM (Park Rapids)

KTIG-FM (Pequot Lakes)

KPRW-FM (Perham)

WCMP/WXCX (Pine City)

KJOE-FM (Pipestone)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

KLOH-AM (Pipestone)

WCTS-AM (Plymouth)

KLGR-AM (Redwood falls)

KMFX-FM (Rochester)

KNXR-FM (Rochester)

KRCH-FM (Rochester)

KROC-AM (Rochester)

KCAJ-FM (Roseau)

KNSI-AM (Saint Cloud)

WJON-AM (Saint Cloud)

Minnesota Public Radio (Saint Paul)

KKJM-FM (Sauk Rapids)

KCLD-FM (St. Cloud)

KCML-FM (St. Cloud)

KZPK-FM (St. Cloud)

WWJO-FM (St. Cloud)

KSTP-AM (St. Paul)

KSTP-FM (St. Paul)

KTIS-AM (St. Paul)

KTIS-FM (St. Paul)

MPR (Minnesota Public Radio) News (St. Paul)

SKYLIGHT RADIO NETWORK (St. Paul)

KSRQ-FM (Thief River Falls)

KBMW-AM (Wahpeton)

KKWQ-FM (Warroad)

KDJS-FM (Willmar)

KAGE-AM (Winona)

KAGE-FM (Winona)

KHME-FM (Winona)

KQAL-FM (Winona)

KWNO-AM (Winona)

KWNO-FM (Winona)

## Television

KCCO-TV (Alexandria)

KAAL-TV (Austin)

KAWE-TV (Bemidji)

KBJR-TV (Duluth)

KDLH-TV (Duluth)

KQDS-TV (Duluth)

WDIO-TV (Duluth)

KEYC-TV (Mankato)

KARE-TV (Minneapolis)

KMSP-TV (Minneapolis)

WCCO-TV (Minneapolis)

WFTC-TV (Minneapolis)

KTTC-TV (Rochester)

KXLT-TV (Rochester)

KSTP-TV (Saint Paul)

## MISSISSIPPI

## Magazine

Mississippi Farm Country (Jackson)

## News Service

Associated Press - Jackson Bureau (Jackson)

## Newspaper

Sun Herald, The (Biloxi)

Brookhaven Daily Leader (Brookhaven)

Clarksdale Press-Register (Clarksdale)

Cleveland Bolivar Commercial (Cleveland)

Delta Business Journal (Cleveland)

Commercial Dispatch (Columbus)

Daily Corinthian (Corinth)

Greenville Delta Democrat-Times (Greenville)

Greenwood Commonwealth (Greenwood)

Hattiesburg American (Hattiesburg)

Desoto Times-Tribune (Hernando)

Clarion-Ledger, The (Jackson)

Jackson Advocate (Jackson)

Jackson Free Press (Jackson)

Mississippi Business Journal (Jackson)

PR Newswire
A UBM plc company

Northside Sun (Jackson)

The Blue & White Flash (Jackson)

The Chronicle (Laurel)

Holmes County Herald (Lexington)

Mccomb Enterprise Journal (McComb)

Meridian Star, The (Meridian)

The Natchez Democrat (Natchez)

Oxford Eagle (Oxford)

Mississippi Press, The (Pascagoula)

Picayune Item (Picayune)

Clarke County Tribune (Quitman)

Smith County Reformer (Raleigh)

Madison County Journal (Ridgeland)

Starkville Daily News (Starkville)

Northeast Mississippi Daily Journal (Tupelo)

University Of MS - Daily Mississippian (University)

Vicksburg Post (Vicksburg)

Daily Times Leader (West Point)

## Online

GulfCoastNews.com (Biloxi)

The Natchez Blog (Natchez)

Cotton Mouth  (Ocean Springs)

Knobias (Ridgeland)

The Cable Pipeline (Tupelo)

## Radio

WQRZ-FM (Biloxi)

WUSJ-FM (Ridgeland)

KWAM-AM (Southaven)

## Television

WLOX-TV (Biloxi)

WCBI-TV (Columbus)

WABG-TV (Greenwood-Greenville)

WXVT-TV (Greenwood-Greenville)

WDAM-TV (Hattiesburg)

WAPT-TV (Jackson)

WDBD-TV (Jackson)

WJTV-TV (Jackson)

WLBT-TV (Jackson)

WMAV-TV (Jackson)

WTOK-TV (Meridian)

WCBI-TV (Tupelo)

WLOV-TV (Tupelo)

WTVA-TV (Tupelo)

## MISSOURI

## Magazine

Germinder & Associates (Blue Springs)

ManEater (Columbia)

Kansas City InfoZine (Kansas City)

Sosland Publishing (Kansas City)

Missouri Lawyers Weekly (St. Louis)

Missouri Sports Magazine (St. Louis)

St. Louis Magazine (St. Louis)

RiseUP magazine (University City)

## News Service

Associated Press - Jefferson City Bureau (Jefferson City)

Missouri Southern State Univ - The Chart (Joplin)

Associated Press - Kansas City Bureau (Kansas City)

Associated Press - St. Louis Bureau (Saint Louis)

Associated Press - Springfield. Missouri Bureau (Springfield)

Webster University (St. Louis)

## Newspaper

Boonville Daily News (Boonville)

Branson Daily Independent (Branson)

Linn County Leader (Brookfield)

Lake Sun Leader (Camdenton)

Southeast Missourian (Cape Girardeau)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Carthage Press (Carthage)

West Newsmagazine (Chesterfield)

Chillicothe Constitution-Tribune (Chillicothe)

Columbia Daily Tribune (Columbia)

Columbia Missourian (Columbia)

Mu Student News (Columbia)

Dexter Daily Statesman (Dexter)

Sedalia Democrat (Edwards)

Fulton Sun (Fulton)

Fulton Sun Gazette (Fulton)

Ozark County Times (Gainesville)

Pointe, The (Grain Valley)

Hannibal Courier-Post (Hannibal)

Jefferson County Reporter (Hillsboro)

The Examiner (Independence)

Jefferson City Post-Tribune (Jefferson City)

Joplin Globe (Joplin)

Joplin Tri-State Business (Joplin)

Business Journal, The (Kansas City)

Dos Mundos (Kansas City)

Kansas City Star (Kansas City)

The Pulse (Kansas City)

Wall Street Journal - Kansas City Bureau, The (Kansas City)

Daily Dunklin Democrat (Kennett)

Kirksville Daily Express (Kirksville)

Greene County Herald (Leakesville)

Lebanon Daily Record (Lebanon)

Lee's Summit Journal (Lee's Summit)

The Licking News (Licking)

Louisiana Press-Journal (Louisiana)

Macon Chronicle Herald (Macon)

Marshall Democrat-News (Marshall)

Maryville Daily Forum (Maryville)

Northwest Missouri State University (Maryville)

The Mexico Ledger (Mexico)

Moberly Monitor-Index (Moberly)

The Monett Times (Monett)

Neosho Daily News (Neosho)

Nevada Daily Mail (Nevada)

Gasconade County Republican (Owensville)

Daily Journal (Park Hills)

Park Hills Daily Journal (Park Hills)

Poplar Bluff American Republic (Poplar Bluff)

Rolla Daily News (Rolla)

St. Joseph News Press (Saint Joseph)

Chesterfield Journal (Saint Louis)

Saint Louis Front Page (Saint Louis)

South City Journal (Saint Louis)

St. Louis Argus (Saint Louis)

St. Louis Business Journal (Saint Louis)

St. Louis Post-Dispatch (Saint Louis)

Standard Democrat (Sikeston)

Smithville Lake Democrat-Herald (Smithville)

Drury College - The Mirror (Springfield)

Southwest Standard (Springfield)

Springfield Business Journal (Springfield)

Springfield News-Leader (Springfield)

The Rock Road Reporter (St. Ann)

St. Joseph News-Press/Gazette (St. Joseph)

Riverfront Times (St. Louis)

St. Louis American (St. Louis)

St. Louis Evening Whirl (St. Louis)

The Forum Newspaper (St. Louis)

The Pulse (St. Louis)

Sullivan Journal (Sullivan)

Trenton Republican-Times (Trenton)

Lincoln County Journal (Troy)

University Of Central Missouri (Warrensburg)

Warrensburg Daily Star-Journal (Warrensburg)

Washington Missourian (Washington)

Waynesville Daily Guide (Waynesville)

West Plains Daily Quill (West Plains)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

## Online

Top 10 Diets (Battlefield)

TodaysSeniorsNetwork.com (Ellisville)

Becentsable (Grain Valley)

Techpedition (Hattiesburg)

That Bald Chick (Hazelwood)

Daily Kos  (Imperial)

Medical Construction Trendletter (Innsbrook)

Blue Girl, Red State Blog (Kansas City)

dvm360 com (Kansas City)

Schizocarp Studios (Maryville)

AlyGators (Neoho)

Plate & Barrel (Nixa)

Style on Main (Nixa)

www.foodista.com (Rock Hill)

Springfield Mo News (Springfield)

Beautytimes.com (St. Louis)

IntermissionMagazine (St. Louis)

ItsYourBiz.com (St. Louis)

St. Louis Beacon (St. Louis)

The Moderate Voice Blog (St. Louis)

TheVillageCelebration.com (St. Louis)

floppydiskpodcast.com (Washington)

Lipstick to Crayons (Wildwood)

wearemoviegeeks (Wildwood)

## Radio

KYOO-AM (Bolivar)

KADI AM/FM (Brookline Station)

KAPE-AM (Cape Girardeau)

KGMO-FM (Cape Girardeau)

KSIM-AM (Cape Girardeau)

KZIM-AM (Cape Girardeau)

KMZU-FM (Carrollton)

KDKD-AM (Clinton)

KBIA-FM (Columbia)

KFRU-AM (Columbia)

KSSZ-FM (Columbia)

KZWV-FM (Columbia)

KDEX-FM (Dexter)

KHMO-AM (Hannibal)

KLIK 1240 talk radio (Jefferson City)

KLIK-AM (Jefferson City)

KWOS-AM (Jefferson city)

KZRG-AM (Joplin)

KCUR-FM (Kansas City)

KIRX-AM (Kirksville)

KRXL-FM (Kirksville)

KTUF-FM (Kirksville)

KNIM-AM (Maryville)

KXCV-FM (Maryville)

KXEO Radio Inc (Mexico)

KJEL-FM (Moberly)

KWIX-AM (Moberly)

KWOC-AM (Poplar Bluff)

KMST-FM (Rolla)

KFTK-FM (Saint Louis)

KMOX-AM (Saint Louis)

KSMO-AM (Salem)

KDRO-AM (Sedalia)

KPOW-FM (Sedalia)

KSGF-AM (Springfield)

KSMU-FM (Springfield)

KCLC-FM (St. Charles)

KFEQ-AM (St. Joseph)

KSJQ-FM (St. Joseph)

KFUO-AM (St. Louis)

KLOU-FM (St. Louis)

KTRS-AM (St. Louis)

KWMU-FM (St. Louis)

KFLW-FM (St. Robert)

KKDY-FM (West Plains)

PR Newswire
A UBM plc company

## Television

KFVS-TV (Cape Girardeau)

KMIZ-TV (Columbia)

KOMU-TV (Columbia)

KODE-TV (Joplin)

KCPT-TV (Kansas City)

KCTV-TV (Kansas City)

KMBC-TV (Kansas City)

KSHB-TV (Kansas City)

Metro Sports (Time Warner Cable) (Kansas City)

WDAF-TV (Kansas City)

KTVO-TV (Kirksville)

KRCG-TV (New Bloomfield)

KQTV-TV (Saint Joseph)

KMOV-TV (Saint Louis)

KPLR-TV (Saint Louis)

KSDK-TV (Saint Louis)

KTVI-TV (Saint Louis)

KOLR-TV (Springfield)

KSPR-TV (Springfield)

KYTV-TV (Springfield)

# MONTANA

## News Service

Associated Press - Helena Bureau (Helena)

University of Montana - Kaiman (Missoula)

The Concordian (Moorhead)

## Newspaper

Belgrade News (Belgrade)

Billings Gazette, The (Billings)

Western Business News (Billings)

Bozeman Daily Chronicle, The (Bozeman)

Glacier-Reporter (Browning)

Butte Standard (Butte)

Montana Standard, The (Butte)

Blaine County Journal (Chinook)

The Circle Banner (Circle)

Cut Bank Pioneer Press (Cut Bank)

Dillon Tribune Examiner (Dillon)

The Madisonian (Ennis)

Great Falls Tribune (Great Falls)

Ravalli Republic (Hamilton)

Havre Daily News (Havre)

Helena Independent Record (Helena)

Daily Inter Lake (Kalispell)

Flathead Beacon (Kalispell)

Kalispell Inter Lake (Kalispell)

Laurel Outlook Newspaper (Laurel)

Western News, The (Libby)

The Livingston Enterprise (Livingston)

Miles City Star (Miles City)

Missoula Independent (Missoula)

Missoulian, The (Missoula)

Char-Koosta News (Pablo)

Herald-News, The (Wolf Point)

## Online

Belgrade Beacon (Belgrade)

Daily Climate (Bozeman)

Treasure State Politics (Butte)

mtbusiness.com (Great Falls)

AdSaint (St. Louis)

## Radio

KFLN-AM (Baker)

KBLG-AM (Billings)

KBMC-FM (Billings)

KBUL-AM (Billings)

KCHH-FM (Billings)

KCTR-FM (Billings)

KEMC-FM (Billings)

KGHL-AM (Billings)

KKBR-FM (Billings)

PR Newswire
A UBM plc company

KMHK-FM (Billings)

NORTHERN NEWS NETWORK (Billings)

KBOZ-AM (Bozeman)

KMMS-AM (Bozeman)

KMMS-FM (Bozeman)

KPRK-AM (Bozeman)

KAAR-FM (Butte)

KMBR-FM (Butte)

KXTL-AM (Butte)

KLAN-FM (Glasgow)

KLTZ-AM (Glasgow)

KGLE-AM (Glendive)

KMON-AM (Great Falls)

KGVA-FM (Harlem)

KOJM-AM (Havre)

KPQX-FM (Havre)

KRYK-FM (Havre)

KBLL-AM (Helena)

KBLL-FM (Helena)

KIMO-FM (Helena)

KMTX-AM (Helena)

KGEZ-AM (Kalispell)

KOFI-AM (Kalispell)

KXLO-AM (Lewistown)

KMMR-FM (Malta)

KATL-AM (Miles City)

KBGA-FM (Missoula)

KGGL-FM (Missoula)

KGVO-AM (Missoula)

KUFM-FM (Missoula)

KERR-AM (Polson)

KQRK-FM (Polson)

KCGM-FM (Scobey)

KSEN-AM (Shelby)

KZIN-FM (Shelby)

KVCK-AM (Wolf Point)

KVCK-FM (Wolf Point)

## Television

KTVQ-TV (Billings)

KULR-TV (Billings)

KCTZ-TV (Bozeman)

KFBB-TV (Great Falls)

KRTV-TV (Great Falls)

KTVH-TV (Helena)

KCFW-TV (Kalispell)

K42BZ-LP (Missoula)

KECI-TV (Missoula)

KPAX-TV (Missoula)

KTMF-TV (Missoula)

KTVM-TV (Missoula)

KWYB-TV (Missoula)

## NEBRASKA

## Magazine

Lincoln/Midlands Business Journal (Lincoln)

Home & Away Magazine (Omaha)

## News Service

Associated Press - Lincoln Bureau (Lincoln)

Associated Press - Omaha Bureau (Omaha)

Data Transmission Network - DTN (Omaha)

## Newspaper

Alliance Daily Times Herald (Alliance)

Ashland Gazette (Ashland)

News-Register (Aurora)

Beatrice Sun (Beatrice)

Bellevue Leader (Bellevue)

Custer County Chief (Broken Arrow)

Columbus Telegram (Columbus)

Crete News, The (Crete)

The Doane Owl (Crete)

Falls City Journal (Falls City)

PR Newswire
A UBM plc company

Fremont Tribune (Fremont)

Grand Island Independent (Grand Island)

Hastings Daily Tribune (Hastings)

Holdrege Daily Citizen (Holdrege)

Kearney Hub (Kearney)

The Reveille (Kearney)

Daily Nebraskan (Lincoln)

Lincoln Journal-Star (Lincoln)

Mccook Daily Gazette (McCook)

Norfolk Daily News (Norfolk)

North Platte Telegraph (North Platte)

Keith County News (Ogallala)

Gateway (Omaha)

Omaha World-Herald (Omaha)

The Daily Record (Omaha)

Scottsbluff Star-Herald (Scottsbluff)

Sidney Sun-Telegraph (Sidney)

Register (Stanton)

West Point News (West Point)

York News-Times (York)

## Online

Nebraska News Net (Lincoln)

Gluten Free Savvy (Page)

## Radio

KAAQ-FM (Alliance)

KCOW-AM (Alliance)

KQSK-FM (Alliance)

KWBE-AM (Beatrice)

KCNI-AM (Broken Bow)

KCSR-AM (Chadron)

KJSK-AM (Columbus)

KKOT-FM (Columbus)

KTTT-AM (Columbus)

KZEN-FM (Columbus)

KDNE-FM (Crete)

KUTT-FM (Fairbury)

KTNC-AM (Falls City)

KFMT-FM (Fremont)

KHUB-AM (Fremont)

KSDZ-FM (Gordon)

KRGI-AM (Grand Island)

KCNT-FM (Hastings)

KFKX-FM (Hastings)

KHAS-AM (Hastings)

KUVR-AM (Holdrege)

KGFW-AM (Kearney)

KKPR (Kearney)

KQKY-FM (Kearney)

KROR-FM (Kearney)

KSYZ-FM (Kearney)

KXPN (Kearney)

KRVN-AM (Lexington)

KRVN-FM (Lexington)

KFOR-AM (Lincoln)

KLIN-AM (Lincoln)

KLMS-AM (Lincoln)

KRNU-FM (Lincoln)

KUCV-FM (Lincoln)

KZKX-FM (Lincoln)

Nebraska Radio Network (Lincoln)

KADL-FM (McCook)

KIOD-FM (McCook)

KELN-FM (N. Platte)

KNPQ-FM (N. Platte)

KOOQ-AM (N. Platte)

KEXL-FM (Norfolk)

KNEN-FM (Norfolk)

KUSO-FM (Norfolk)

WJAG-AM (Norfolk)

KODY-AM (North Platte)

KGRD-FM (O'Neill)

KPNO-FM (O'Neill)

KOGA-AM (Ogallala)

PR Newswire
A UBM plc company

KOGA-FM (Ogallala)

KFAB-AM (Omaha)

KFFF-FM (Omaha)

KGOR-FM (Omaha)

KIOS-FM (Omaha)

KKAR-AM (Omaha)

KVNO-FM (Omaha)

KXKT-FM (Omaha)

KBRX-AM (O'Neill)

KBRX-FM (O'Neill)

KNLV (Ord)

KNLV-FM (Ord)

KMOR-FM (Scottsbluff)

KNEB-AM (Scottsbluff)

KNEB-FM (Scottsbluff)

KOLT-AM (Scottsbluff)

KSID-AM (Sidney)

KSID-FM (Sidney)

KVSH-AM (Valentine)

KTCH-AM (Wayne)

KWSC-FM (Wayne)

KTIC-AM (West Point)

KTIC-FM (West Point)

## Television

KHAS-TV (Hastings)

KHGI-TV (Kearney)

KLKN-TV (Lincoln)

KOLN-TV (Lincoln)

KNOP-TV (North Platte)

KETV-TV (Omaha)

KMTV-TV (Omaha)

KPTM-TV (Omaha)

Member Feed - WOWT-TV (Omaha)

Premium Member Feed - WOWT-TV (Omaha)

WOWT-TV (Omaha)

KDUH-TV (Scottsbluff)

## NEVADA

### Magazine

Nevada Appeal (Carson City)

Nevada Magazine (Carson City)

Partners for Life Publications (Henderson)

Crypt Magazine (Las Vegas)

GEM Communications/Ascend Media Group (Las Vegas)

IGWB Publications (Las Vegas)

QVegas Magazine (Las Vegas)

Racket Magazine (Las Vegas)

Vegas Seven Magazine (Las Vegas)

VividNUrban Magazine (Las Vegas)

What's On, Las Vegas (Las Vegas)

World Tea News (Las Vegas)

Fairways + Greens (Reno)

Bonjour Paris magazine (Sparks)

### News Service

Associated Press - Carson City Bureau (Carson City)

Associated Press - Las Vegas Bureau (Las Vegas)

Environmental News Service (Las Vegas)

GamingWire (Las Vegas)

Associated Press - Reno Bureau (Reno)

University of Nevada (Reno)

### Newspaper

Elko Daily Free Press (Elko)

Fernley News (Fernley)

In Business Las Vegas (Henderson)

El Mundo (Las Vegas)

Las Vegas Business Press (Las Vegas)

Las Vegas CityLife (Las Vegas)

Las Vegas Review-Journal (Las Vegas)

Las Vegas Sun (Las Vegas)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Las Vegas Tribune (Las Vegas)

Las Vegas Weekly (Las Vegas)

Los Angeles Times - Las Vegas Bureau (Las Vegas)

Nevada Business Journal (Las Vegas)

Rebel Yell (Las Vegas)

The Las Vegas Informer (Las Vegas)

Today in Las Vegas (Las Vegas)

El Sol de Nevada (Reno)

Northern Nevada Business Weekly (Reno)

Reno Gazette-Journal (Reno)

Comstock Chronicle (Virginia City)

Humboldt Sun (Winnemucca)

## Online

Makeup Moxie (Henderson)

944.com (Las Vegas)

BigJournalism.com (Las Vegas)

Celebrityscene.com (Las Vegas)

DreadMusicReview (Las Vegas)

Eat Something Sexy (Las Vegas)

In Business TV (Las Vegas)

InBusinessLasVegas.com (Las Vegas)

Las Vegas Internet Television (Las Vegas)

Lasvegas.com (Las Vegas)

LasVegasBusinessPress.com (Las Vegas)

LVopenings.com (Las Vegas)

LVRJ (Las Vegas)

Real Invest 2.0 (Las Vegas)

Signature9 (Las Vegas)

Taylor Marsh  (Las Vegas)

Travelated (Las Vegas)

Urbanstilo.com (Las Vegas)

www.sciencefiction.com (Las Vegas)

RGJ.com (Reno)

All Things Aero (Zephyr Cove)

## Radio

KZBI-FM (Elko)

KDWN-AM (Las Vegas)

KLNR-FM (Las Vegas)

KNPR-FM (Las Vegas)

KTPH-FM (Las Vegas)

KUNV-FM (Las Vegas)

KWPR-FM (Las Vegas)

KXNT-AM (Las Vegas)

Metro Networks - Las Vegas Bureau (Las Vegas)

Sparks to Flame Show (Las Vegas)

KJFK-AM (Reno)

KKOH-AM (Reno)

KUNR-FM (Reno)

KRLT-FM (Zephyr Cove)

## Television

KVVU-TV (Henderson)

KBLR-TV (Las Vegas)

KINC-TV (Las Vegas)

KLAS-TV (Las Vegas)

KSNV-TV (Las Vegas)

KTNV-TV (Las Vegas)

KTUD, Vegas TV (Las Vegas)

Mas.Que.TV (Las Vegas)

KPVM-TV (Pahrump)

KNVV-LP (Reno)

KOLO-TV (Reno)

KRNV-TV (Reno)

KRXI-TV (Reno)

KTVN-TV (Reno)

RodeoBull.TV (Reno)

## NEW HAMPSHIRE

## Magazine

Hearth & Home (Laconia)

Parenting New Hampshire (Nashua)

PennWell (Nashua)



New Moon Magazine (Warner)

## News Service

Associated Press - Concord Bureau (Concord)

## Newspaper

Eagle Times (Claremont)

Concord Monitor (Concord)

Foster's Daily Democrat (Dover)

The New Hampshire (Durham)

The Dartmouth (Hanover)

Nashua Telegraph (Hudson)

Keene Sentinel, The (Keene)

The Equinox (Keene)

Laconia Citizen (Laconia)

The Laconia Daily Sun (Laconia)

Nutfield News (Londonderry)

New Hampshire Business Review (Manchester)

Union Leader & New Hampshire Sunday News (Manchester)

Telegraph, The (Nashua)

Portsmouth Herald, The (Portsmouth)

Seacoast Media Group (Portsmouth)

The Valley News (White River Junction)

## Online

Cork & Knife (Bow)

AutoInsane.com (Henniker)

GreenMountainPolitics1 (Manchester)

RenewableEnergyWorld.com (Peterborough)

midnighttrader.com (Portsmouth)

Blue Hampshire  (Richmond)

TMR Entertainment (Salem)

lizwellness.com (Tilton)

## Radio

WEVO-FM (Concord)

WKXL-AM (Concord)

WBYY-FM (Dover)

WOKQ-FM (Dover)

WPKQ-FM (Dover)

WSAK-FM (Dover)

WSHK-FM (Dover)

WTSN-AM (Dover)

WFTN-FM (Franklin)

WSCY-FM (Franklin)

WEZS-AM (Laconia)

WGIR-AM (Manchester)

WGIR-FM (Manchester)

WMWV-FM (North Conway)

WVMJ-FM (North Conway)

WERZ-FM (Portsmouth)

WHEB-FM (Portsmouth)

WQSO-FM (Portsmouth)

WSKX-FM (Portsmouth)

WFPC-LP (Rindge)

WMTK-FM (St. Johnsbury)

WXLF (West Lebanon)

WASR-AM (Wolfeboro)

## Television

WZMY-TV (Derry)

SCAN-TV (Durham)

WMUR-TV (Manchester)

Industrial Laser Solution (Nashua)

## NEW JERSEY

## Magazine

Coaster Magazine (Asbury Park)

Children & Science (Blairstown)

In the Basement (Burlington)

Dance magazine (Clifton)

The Food Institute (Elmwood)

Medical Travel Today (Elmwood Park)

(888) 776 0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Woman's World (Englewood Cliffs)

New Jersey Jewish (Essex County)

New Jersey Business Magazine (Fairfield)

The Gazette Newspapers (Hasbrouch)

Electronic Media (Hillsdale)

Palisade Magazine (Hoboken)

BioPharm International (Iselin)

Ascend Media (Jamesburg)

Oil Price Information Service (Lakewood)

Jobsite (Lambertville)

New Jersey Lifestyle (Lambertville)

New Jersey Medicine (Lawrenceville)

Suburban Home & Garden Resource Guide (Marlton)

Aviation Intl (Midland Park)

ITEM magazine (Millburn)

Chief Executive Magazine (Montvale)

CRMXchange (Montvale)

Medical Decision Poiint (Montvale)

New Jersey Monthly (Morristown)

US Industry Today (Morristown)

New Jersey TechNews (Mount Laurel)

New Jersey Lawyer Magazine (New Brunswick)

The Advertising Red Books (New Providence)

New Jersey Law Journal (Newark)

Seaports Publications (Newark)

The Real Deal (Newark)

NJ Webguide Magazine (Nutley)

A M Best (Oldwick)

Best's Review Magazine (Oldwick)

Corporate Public Affairs (Parsippany)

Faulkner Information (Pennsauken)

CareerJournal.com (Princeton)

Fleet Executive (Princeton)

Inside Central New Jersey (Princeton)

Reporte Hispano (Princeton)

Happi Magazine (Ramsey)

Consumer Goods (Randolph)

The Robb Report (Ridgewood)

Bioscience Technology (Rockaway)

Creative Homeowner (Saddle River)

MedCall.com (Spring Lake)

Journal of Psychosocial & Mental Health Nursing (Thorofare)

Slack (Thorofare)

Business Facilities (Tinton Falls)

MegaYacht News (Totowa)

Pharmaceutical Technology (Trenton)

## News Service

German Press Agency (Closter)

Associated Press-Dow Jones/DJ Newswires (Jersey City)

PC Financial Network (Jersey City)

Associated Press - Mount Laurel Bureau (Mount Laurel)

Shark Information/ADP (Mount Laurel)

Associated Press - Newark Bureau (Newark)

Associated Press - Pleasantville Bureau (Pleasantville)

Dow Jones Money Report (Preston)

Dow Jones Business News (Princeton)

Dow Jones/Wall Street Journal (Princeton)

Dow Jones Asset Management (Shrewsbury)

Feature Photo Service (Somerset)

Associated Press - Trenton Bureau (Trenton)

Gannett News Service - Trenton Bureau (Trenton)

## Newspaper

Millville News (Bridgeton)

Courier-News (Bridgewater)

El Latino Expreso - OH (Bristol)

Business First (Buffalo)

Courier-Post (Cherry Hill)

Greater Media Newspapers (East Brunswick)

Home News Tribune (East Brunswick)

PR Newswire
A UBM plc company

COLLEGE OF NEW JERSEY - THE SIGNAL (Ewing)

Prime Times in NJ (Fairlawn)

Press Enterprise (Flemington)

Wall Street Journal Report - CNBC Syndication, The (Fort Lee)

New York Times - Hackensack Bureau, The (Hackensack)

Record, The (Hackensack)

McGraw Hill (Hightstown)

The Stute (Hoboken)

El Nuevo Hudson (Jersey City)

Jersey Journal, The (Jersey City)

Wall Street Journal Radio Network (Jersey City)

Wall Street Journal Report, The (Jersey City)

Leader Free Press (Lyndhurst)

News Record of Maplewood (Maplewood)

Bergen County Newspapers (Midland Park)

Asbury Park Press (Neptune)

Business News New Jersey - NJBiz (New Brunswick)

Daily Targum, The (New Brunswick)

Italian Tribune News (Newark)

New York Times - Newark Bureau, The (Newark)

Star-Ledger, The (Newark)

New Jersey Herald (Newton)

America Oggi (Norwood)

Zero Hora Newspaper (Nutley)

Daily Record, The (Parsippany)

Morristown Daily Record (Parsippany)

Atlantic City Press (Pleasantville)

The Princeton Packet (Princeton)

Wall Street Journal Classroom Edition, The (Princeton)

Perth Amboy Gazette (Rahway)

Rahway News Record (Rahway)

Manitoba Society of Senior Journal (Somerset)

Bridgewater Courier News (Somerville)

Wall Street Journal, The (South Brunswick)

PharmaVOICE (Titusville)

Ocean County Observer (Toms River)

Engel Publishing Partners (Trenton)

New York Times - Trenton Bureau, The (Trenton)

Times, The (Trenton)

Trentonian, The (Trenton)

Daily Journal, The (Vineland)

Herald News (West Paterson)

Wildwood Leader (Wildwood)

Burlington County Times (Willingboro)

Gloucester County Times (Woodbury)

The Record Hackensack (Woodland Park)

## Online

TechnicallyPhilly.com (Carney's Point)

Nerve.com (Clifton)

Petside.com (Englewood Cliffs)

Global Green News Service (Hamilton)

Simply Thrifty/b5 Media (Hillsborough)

Blue Jersey (Hoboken)

PharmaWire (Hoboken)

RealtyTimes.com (Howell)

Connors Group (Jersey City)

RunwayNews.cm (Jersey City)

Thebudgetfashionista.com (Jersey City)

TheFinalSprint.com (Jersey City)

girlstalk.com (Kinnelon)

MDadvice.com (Long Branch)

Resolution 365 (Manasquan)

The Stratecon Group (Metuchen)

NewJerseyNewsroom.com (Middletown)

AirportJournal.com (mt. Freedom)

CitizenMom.net (Mullica Hill)

Fausta's Blog (Princeton)

Startupjournal.com (Princeton)

Teleplexus (Princeton)

WSJ.com (Princeton)



Opalesque (Springfield)

Univision Online (Teaneck)

My Life on and off the Guest List (Weehawken)

A Delicious Obsession (West Deptford)

## Radio

WOBM-FM (Bayville)

WDHA-FM (Cedar Knolls)

WTSR-FM (Ewing)

WSUS-FM (Franklin)

WNTI-FM (Hackettstown)

WRNJ-AM (Hackettstown)

WBJB-FM (Lincroft)

WJRZ-AM (Manahawkin)

Breeze Radio (Neptune)

WBBO-FM (Neptune)

WBHX-FM (Neptune)

WHTG-AM (Neptune)

WKMK-FM (Neptune)

WTHJ-FM (Neptune)

WWZY-FM (Neptune)

WBGO-FM (Newark)

WADB-AM (Ocean)

WENJ-AM (Ocean)

WFPG-FM (Ocean)

WJLK-AM (Ocean)

WJLK-FM (Ocean)

WPUR-FM (Ocean)

WGHT-AM (Pompton Lakes)

WCTC-AM (Somerset)

WMGQ-FM (Somerset)

New Jersey Network (Trenton)

WENJ-FM (Trenton)

WKXW-FM (Trenton)

WNJO-FM (Trenton)

WNJP-FM (Trenton)

WNJT-FM (Trenton)

WNJY-FM (Trenton)

WMBJ (West Caldwell)

WAWZ-FM (Zarephath)

## Television

NBC-40 (Atlantic City)

12 News New Jersey (Edison)

CNBC (Englewood Cliffs)

Consumer News and Business Channel / CNBC (Englewood Cliffs)

WNJU-TV Telemundo (Fort Lee)

WMGM-TV (Linwood)

I-TV Studio (New Brunswick)

MSNBC (Secaucus)

WWOR-TV (Secaucus)

Ebru TV (Somerset)

WXTV-TV Univision (Teaneck)

NJN-New Jersey Public Television (Trenton)

CN8 - Union Bureau (Union)

WMBC-TV (West Caldwell)

## NEW MEXICO

## Magazine

AdMap (Albuquerque)

Albuquerque the Magazine (Albuquerque)

New Mexico Business Magazine (Albuquerque)

Nursery News (Rio Rancho)

Sun Country Golf (Rio Rancho)

ConnectPress (Santa Fe)

Edible Santa Fe (Santa Fe)

NM Mags (Santa Fe)

Su Casa magazine (Santa Fe)

Western Shooting Horse Magazine (Tijeras)

## News Service

Associated Press - Albuquerque Bureau (Albuquerque)

(866) 776-0942  |  www.prnewswire.com



PR Newswire

A UBM plc company

The Daily Lobo (Albuquerque)
Associated Press - Santa Fe Bureau (Santa Fe)

## Newspaper

Alamogordo Daily News (Alamogordo)
Albuquerque Journal (Albuquerque)
New Mexico Business Weekly (Albuquerque)
New Mexico Stockman (Albuquerque)
thebuzzunm.com (Albuquerque)
Artesia Daily Press (Artesia)
Carlsbad Current-Argus (Carlsbad)
Clovis News Journal (Clovis)
Deming Headlight (Deming)
The Farmington Daily Times (Farmington)
Gallup Independent (Gallup)
Hobbs News-Sun (Hobbs)
Las Cruces Bulletin (Las Cruces)
Las Cruces Sun-News (Las Cruces)
Las Vegas Optic (Las Vegas)
Los Alamos Monitor (Los Alamos)
The Lovington Leader (Lovington)
Portales News-Tribune (Portales)
Roswell Record (Roswell)
La Voz de Nuevo Mexico (Santa Fe)
Santa Fe New Mexican (Santa Fe)
Silver City Daily Press-Independent (Silver City)

## Online

ChemotherapyAdvisor.com (Albuquerque)
Daily Kos (Albuquerque)
Fraggs.net (Albuquerque)
OffBeatTravel.com (Albuquerque)
Rock N Roll Universe (Albuquerque)
TravelLady Magazine (Albuquerque)
Cyberhomes (Santa Fe)

## Radio

KANW-FM (Albuquerque)

KBQI-FM (Albuquerque)
KKOB-AM (Albuquerque)
KKOB-FM (Albuquerque)
KNML-AM (Albuquerque)
KUNM-FM (Albuquerque)
KZRR-FM (Albuquerque)
Metro Networks - Albuquerque Bureau (Albuquerque)
National Native News (Albuquerque)
KDEM-FM (Deming)
KOTS-AM (Deming)
KDCE-AM (Espanola)
KAZX-FM (Farmington)
KCQL-AM (Farmington)
KDAG-FM (Farmington)
KKFG-FM (Farmington)
KTRA-FM (Farmington)
KYVA-AM (Gallup)
KRWG-FM (Las Cruces)
KVLC-FM (Las Cruces)
KFUN-AM (Las Vegas)
KNMX-AM (Las Vegas)
KRSN-AM (Los Alamos)
KLEA-FM (Lovington)
KENW-FM (Portales)
KTDB-FM (Ramah)
KRTN-FM (Raton)
KCHS-AM (Truth Or Consequences)

## Television

KLUZ-TV (Albuquerque)
KNME-TV (Albuquerque)
KOAT-TV (Albuquerque)
KOB-TV (Albuquerque)
KRQE-TV (Albuquerque)
KRWG-TV (Las Cruces)
KENW-TV (Portales)
KOBR-TV (Roswell)

## NEW YORK

## Magazine

Music Confidential (Brooklyn)

New York Christian Times, The (Brooklyn)

Modified Magazine (Cohoes)

Capita Region Living Magazine (Delmar)

ICD Publications (East Setauket)

Westchester Magazine (Elmsford)

Celebrate with Style (Garden City)

PIA Magazine (Glenmont)

Uptown Magazine (Harlem)

Westchester Family Magazine (reaches NY and CT) (Harrison)

Women's News (Harrison)

CQ VHF Magazine (Hicksville)

Canvas (Huntingotn)

The Long Island Connection (Huntington)

DTM Magazine (Long Island City)

Advanstar Communications Inc (New York)

Advertising Age (New York)

Adweek (New York)

Agora Publishing (New York)

Alexander Communications Group (New York)

All You (New York)

American Baby (New York)

American Banker (New York)

American Lawyer Media (New York)

Animal Fair (New York)

Argus Research Corp. (New York)

AVON Representative Times Magazine (New York)

Babytalk Magazine (New York)

Bartender Magazine (New York)

Bedford Communications, Inc. (New York)

Black Enterprise MAGAZINE (New York)

Bloomberg Markets Magazine (New York)

Bloomberg Wealth Manager (New York)

Brandweek (New York)

Bridal Guide (New York)

Business 2.0 (New York)

Business Traveler (New York)

BusinessWeek (New York)

Citizen Culture Magazine (New York)

City Guide New York (New York)

CMJ New Music Report (New York)

Columbia Journalism Review (New York)

Computer Games Magazine (New York)

Conde Nast (New York)

Conde Nast Traveler (New York)

Consulting Magazine (New York)

Creativity (New York)

Dwell Magazine (New York)

Economist (New York)

Energy Risk & Environmental Risk (New York)

EPM Communications, Inc. (New York)

Esquire Magazine (New York)

Essence Magazine (New York)

Euro American Group (New York)

Every Day with Rachel Ray (New York)

Executive Media Corporation (New York)

Explorer's Journal (New York)

F.W. Dodge (New York)

Fairchild Publications (New York)

Family Circle (New York)

Fashion Wire Daily (New York)

Fast Company (New York)

First for Women magazine (New York)

Fisher Publications (New York)

Forbes (New York)

Forbes Global Business & Finance (New York)

Forbes Traveler (New York)

Fortune (New York)

Fortune Small Business (New York)

FOX Sports en Espanol (New York)

PR Newswire
A UBM plc company

Gear Patrol (New York)

Global Vision Magazine (New York)

Good Magazine (New York)

Hallmark Magazine (New York)

Harper's Bazaar Dubai (New York)

Higher Education Risk (New York)

Inc. Magazine (New York)

Jobson Publishing (New York)

Journal of Advertising Research (New York)

Kiwi Magazine (New York)

Lafferty Publications (New York)

Latino University Magazine (New York)

Liquid Magazine (New York)

Maritime Activity Reports (New York)

Marketing y Medios Magazine (New York)

MBA Jungle (New York)

Metropolitan Home (New York)

Mi Zona Hispana (New York)

Mira (New York)

Money (New York)

More (New York)

More Magazine (New York)

MOVES Magazine (New York)

Movmnt Magazine (New York)

National Geographic Adventure (New York)

National Law Journal (New York)

New York Blade, The (New York)

New York Law Journal (New York)

New York Law School Journal of Human Rights (New York)

New York Magazine (New York)

New York Resident (New York)

New Yorker (New York)

Newsweek (New York)

NY Black Book (New York)

NY Enterprise Report (New York)

O, The Oprah Magazine (New York)

Oncology Business Review (New York)

Parade Magazine (New York)

Parents (New York)

Paris Match (New York)

Passport Magazine (New York)

Paste Magazine (New York)

People Magazine (New York)

Physician and Sports Medicine (New York)

Pilates Style Magazine (New York)

PK Watch - Center for Democracy Studies (New York)

Plenty Magazine (New York)

Plum Magazine (New York)

Political Affairs Magazine (New York)

Positive Thinking (New York)

Positive Thinking Magazine (New York)

PRIMEDIA Inc., (New York)

Progressive Grocer (New York)

Quick and Simple (New York)

Radar Magazine (New York)

Radiant Life Magazine (New York)

Random Magazine (New York)

Real Simple (New York)

Redbook (New York)

Reed Business Information (New York)

Retail Traffic (New York)

Robb Report Worth (New York)

Rolling Stone (New York)

Rollover Media (New York)

Royal Media Group (New York)

Scholastic Inc (New York)

SCRI International (New York)

Seventeen (New York)

Shattered Magazine (New York)

Slique Magazine (New York)

Smart Money (New York)

Spring O'Brien & Co (New York)

Step-In-Style Magazine (New York)

Tango Magazine (New York)

PR Newswire
A UBM plc company

Tennis Week (New York)

The Improper Magazine (New York)

The Scenographer (New York)

The Week (New York)

TIME INC. MAGAZINE (Time Inc) (New York)

Time Magazine (New York)

Time New Media (New York)

Time Out New York (New York)

Time Out New York Kids (New York)

TVSM, Inc., (New York)

United Entertainment Media (New York)

Urban Box Office (New York)

Vanity Fair (New York)

W Magazine (New York)

Wedding Dresses Magazine (New York)

Woman's Day (New York)

Working Mother Magazine (New York)

Worth Magazine (New York)

Youth Communication (New York)

Page Six Magazine (New York City)

The Nation (New York City)

Pure Contemporary (Niagara Falls)

Westchester County Times Monthly (Nyack)

Audubon Magazine (Ossining)

Reader's Digest (Pleasantville)

College And Junior Tennis (Port Washington)

Business Strategies (Rochester)

Classes USA-Online Degrees Magazine (Staten Island)

Nacomex Insider (newly active) (Tivoli)

Hot and Trendy Magazine (West Hempstead)

In Town Westchester Magazine (White Plains)

Westchester County Business Journal (White Plains)

Consumer Reports (Yonkers)

## News Service

Associated Press - State Capitol Bureau (Albany)

Bloomberg News - State Capitol Bureau (Albany)

Gannett News Service - Albany Bureau (Albany)

The Pipe Dream (Binghamton)

State University of New York - The Stylus (Brockport)

Associated Press - Buffalo Bureau (Buffalo)

United Press International (Buffalo)

Tribune Media Services (Glens Falls)

Reuters - Hauppauge Bureau (Hauppauge)

Hofstra University - Journalism and Mass Media Studies (Hempstead)

Cornell University - Cornell Daily Sun (Ithaca)

Associated Press - Mineola Bureau (Minneola)

Agence France-Presse- New York Bureau (New York)

Agencia EFE - New York Bureau (New York)

Asahi Shimbun (New York)

Associated Press (AP) (New York)

Bloomberg Natural Gas Report (New York)

Bloomberg News (New York)

Bloomberg News - Princeton Bureau (New York)

Bond Buyer Wire (New York)

City University of New York (CUNY) (New York)

Columbia News Service (New York)

Copley News Service - New York Bureau (New York)

Dow Jones & Company Inc. (New York)

Dow Jones Newswires - New York Bureau (New York)

Fairchild News Service (New York)

Getty Images News Services-New York Bureau (New York)

Independent News Service (New York)

JiJi Press - New York Bureau (New York)

Kyodo News Service - New York Bureau (New York)

Law 360 Newswires (New York)

Moody's Investors Service (New York)

New York Stock Exchange - NYSE (New York)

New York Times News Service, The (New York)

New York Times Syndicate, The (New York)

PR Newswire
A UBM plc company

New York University (New York)

Nihon Keizai Shimbun-Nikkei (New York)

NYCity News Service (New York)

Press Trust Of India (New York)

Reuters (New York)

Reuters Health (New York)

Standard & Poor's (New York)

Thomson Financial (New York)

Tribune Media Services - New York Bureau (New York)

United Feature Syndicate (New York)

United Media (New York)

Children's Press Line (New York City)

Media Global News Service (New York City)

Associated Press - Rochester Bureau (Rochester)

Gannett News Service - Rochester Bureau (Rochester)

WCGH Coler-Goldwater Hospital (Roosevelt Island)

WEMOCO CTE (Spencerport)

Stony Brook University (Stony Brook)

Associated Press - Syracuse Bureau (Syracuse)

Associated Press - White Plains Bureau (White Plains)

Xinhua News Agency (Woodside)

## Newspaper

Albany Legislat. Gazette (Albany)

Albany Times Union (Albany)

Capital District Business Review (Albany)

Metroland (Albany)

New York Times - State Capitol Bureau, The (Albany)

Times Union (Albany)

Amsterdam The Recorder (Amsterdam)

La Voz (Annandale-on-Hudson)

Auburn Citizen (Auburn)

Beacon (Babylon)

Batavia Daily News (Batavia)

Press & Sun Bulletin (Binghamton)

Independent/Riverdale Press (Bronx)

Manhattan Times (Bronx)

New York Times - Bronx Bureau, The (Bronx)

Bay News (Brooklyn)

Brooklyn Daily Eagle (Brooklyn)

Haitian Times, The (Brooklyn)

Hamodia (Brooklyn)

Long Island University Brooklyn Campus (Brooklyn)

New York El Diario/La Prensa (Brooklyn)

New York Times - Brooklyn Bureau, The (Brooklyn)

Night Call (Brooklyn)

Buffalo Law Journal (Buffalo)

Buffalo News (Buffalo)

Business First (Buffalo)

Ottaway Newspapers (Campbell Hall)

Canandaigua Daily Messenger (Canandaigua)

Messenger Post (Canandaigua)

Indian Country Today (Canastota)

Catskill Daily Mail (Catskill)

Chautauquan Daily (Chautauqua)

Corning Leader (Corning)

Cortland Standard (Cortland)

Towne Crier (Deposit)

Observer (Dunkirk)

Star Gazette, The (Elmira)

Dot Publishing Inc (Fulton)

New York Times - Long Island Bureau, The (Garden City Park)

The Lamron - Suny College Geneseo (Geneseo)

Finger Lake Times (Geneva)

Glen Falls Post Star (Glens Falls)

Post-Star (Glens Falls)

Gloversville Leader-Herald (Gloversville)

Great Neck News (Great Neck)

New York Times - Great Neck Bureau, The (Great Neck)

The Evening Telegram (Herkimer)

Mid-Hudson Post (Highland)

PR Newswire
A UBM plc company

Hornell Evening Tribune (Hornell)

Register-Star (Hudson)

Long Islander, The (Huntington)

Ithaca College - The Ithacan (Ithaca)

Ithaca Journal (Ithaca)

Jamestown Post-Journal (Jamestown)

Kingston Daily Freeman (Kingston)

Business Review, The (Latham)

Little Falls Evening Times (Little Falls)

Lockport Union-Sun & Journal (Lockport)

Ming Pao Inc. (Long Island City)

The National Herald (Long Island City)

The Malone Telegram (Malone)

Courier-Observer (Massena)

Suffolk Times (Mattituck)

Journal-Register, The (Medina)

Cygnus Business Media (Melville)

Newsday (Melville)

Times Herald-Record, The (Middletown)

CNY Business Journal (New Hartford)

amNewYork (New York)

Amsterdam News (New York)

Chicago Tribune - New York Bureau (New York)

China Press (New York)

City & State (New York)

Columbia University Press (New York)

Crain's New York Business (New York)

Daily Deal, The (New York)

Daily Telegraph (New York)

El Diario La Prensa (New York)

Financial Times - New York (New York)

Forward, The (New York)

Hoy Newspaper (New York)

Huffington Post, The (New York)

Imacto Latin News (New York)

India Abroad (New York)

Investor's Business Daily - New York Bureau (New York)

Jerusalem Post (New York)

Kitchen & Bath Business (New York)

La Republica (New York)

Los Angeles Times - New York Bureau (New York)

Manhattan Media (New York)

Ming Pao Daily News (New York)

Minority Report (New York)

Mishpacha-Jewish Family Weekly (New York)

New World Media (New York)

New York Daily News (New York)

New York Observer , The (New York)

New York Post (New York)

New York Sun, The (New York)

New York Times - City Hall Bureau, The (New York)

New York Times - Police Bureau, The (New York)

New York Times - United Nations Bureau, The (New York)

New York Times Company, The (New York)

New York Times Digital (New York)

New York Times Digital, The (New York)

New York Times Magazine, The (New York)

New York Times Sunday Magazine, The (New York)

New York Times Upfront, The (New York)

New York Times, The (New York)

Nikkei America Inc (New York)

Nikkei Weekly (New York)

Nippon Hoso Kyokai - NHK - New York Bureau (New York)

OGlobo (New York)

Polish American Daily (Super Express) (New York)

Real Estate Weekly (New York)

Sekai Nippo, The (New York)

Sing Tao Daily (New York)

Sing Tao Newspapers (New York)

The New York Sun (New York)

Tribeca Trib, The (New York)

US Frontline News (New York)

USA Today - New York Bureau (New York)

PR Newswire
A UBM plc company

Village Voice (New York)

Wall Street Journal, The (New York)

Wall Street Reporter (New York)

Washington Post - New York Bureau, The (New York)

Washington Post Writers Group, The (New York)

Washington Square News (New York)

West Side Spirit (New York)

Yomiuri Shimbun - New York Bureau (New York)

Niagara Falls Gazette (Niagara Falls)

TONAWANDA NEWS (North Tonawanda)

The Evening Sun (Norwich)

The Journal (Ogdensburg)

The Times Herald (Olean)

Oneida Daily Dispatch (Oneida)

Oneonta Star (Oneonta)

The Palladium-Times (Oswego)

Lee Publications, Inc., (Palatine Bridge)

Cardinal Points (Plattsburgh)

Press Republican News (Plattsburgh)

Poughkeepsie Journal (Poughkeepsie)

Prattsburgh News (Prattsburgh)

Democrat and Chronicle (Rochester)

Gleaner (Rochester)

Rochester Business Journal (Rochester)

Rochester Daily Record (Rochester)

Rochester Democrat & Chronicle (Rochester)

Rome Daily Sentinel (Rome)

Long Island Business News (Ronkonkoma)

A/C Flyer (Rye Brook)

Adirondack Daily Enterprise (Saranac lake)

Saratogian (Saratoga Springs)

Saratoga Publishing (Saratogoa Springs)

Daily Gazette (Schenectady)

Online Reporter, The (Seacliss)

Village Times (Setauket)

Staten Island Advance (Staten Island)

Long Island Press (Syosset)

Central New York Business Journal (Syracuse)

Daily Orange, The (Syracuse)

Eagle Newspapers (Syracuse)

Newhouse School of Journalism (Syracuse)

Syracuse New Times (Syracuse)

Syracuse Newspapers (Syracuse)

Syracuse Post Standard (Syracuse)

The Polytechnic (Troy)

Troy Record, The (Troy)

Utica Observer-Dispatch (Utica)

Weekly Observer (Utica)

USA Today Magazine (Valley Stream)

Hudson Valley Business Journal (Wappingers Falls)

Watertown Daily Times (Watertown)

Wellsville Daily Reporter (Wellsville)

Fairfield County Business Journal (White Plains)

Journal News, The (White Plains)

New York Times - White Plains Bureau, The (White Plains)

Westchester County Business Journal (White Plains)

White Plains Journal News (White Plains)

## Online

Idolator.com (Music blog) (Astoria)

Trashbagaesthetics.com (Astoria)

mmhighlights.com (Bronx)

ChipChick.com (Brooklyn)

creditland.com (Brooklyn)

etronics.com (Brooklyn)

Future Majority (Brooklyn)

Geeks of Doom (geeksofdoom.com) (Brooklyn)

hiphopweekly.com (Brooklyn)

lucire.com (Brooklyn)

NBCNewYork.com (Brooklyn)

nycitywatch.org (Brooklyn)

SeriousEats.com (Brooklyn)

thefashionreporter.com (Brooklyn)

TheSpotter.net (Brooklyn)

PR Newswire
A UBM plc company

What's Next (Brooklyn)

Yeshiva World News (Brooklyn)

CaribbeanNewsNow (Cortlandt Manor)

Yid With Lid (Dix Hills)

GoCast Live (East Hampton)

Reviewers Corner (East Islip)

HispanicAd.com (Fishkill)

Celebrate with Style (Garden City)

Aeropause.com (Gaming blog) (Glenmont)

socialmediaclub org (Hastings-on-Hudson)

LIParentSource.com (Hicksville)

The Long Island Connection (Huntington)

iMPrint Magazine (Ithaca)

Hearing Exchange (Jericho)

ECA News (Long Beach)

WorldNow / Gannaway Web Holdings LLC (Long Island City)

tothecenter.com (Malverne)

trekkertime.com (Malverne)

InformationWeek.com (Manhasset)

ciozone.com (Melville)

etanwish.blogspot (Merrick)

Mommy and Baby Reviews (Middletown)

Sparkles, Glitter and Glamour (Middletown)

A Star Was Born (New York)

ABC News' The Note (New York)

About.com (New York)

Adotas.com (New York)

Alerot News Service (New York)

All Things Digital/Digital Daily (Wall Street Journal) (New York)

Alloy.com (New York)

AOL GameDaily (New York)

Apartment Therapy/apartmenttherapy.com (New York)

AT&T Tech Channel (New York)

atnewyork.com (New York)

Aviation com (New York)

Batanga (New York)

BeautyNewsNYC.com (New York)

BIZ BASH Masterplanner (www.masterplanneronline.com) (New York)

Bloomberg.com (New York)

Bon Vivant Wine Guide (New York)

Briefme.com (New York)

BusinessWeek Online (New York)

BuzzFeed (New York)

CBS Local Media  (CBS Radio Digital Group) (New York)

CBSnews.com (New York)

CFO.com (New York)

CFR.org (New York)

CNET - New York Bureau (New York)

Cocktail Times (New York)

construction.com (New York)

ConsumerSearch.com (New York)

cyclistic.com (New York)

DamselsInSuccess.com (New York)

Doctor's Guide (www.docguide.com) (New York)

Dow Jones MarketWatch.com (New York)

DownWithTyranny! (New York)

EDGE Publications (New York)

emarketer.com (New York)

Fameology (New York)

Family Travel Forum (New York)

Fidelity Interactive Content Services (New York)

First30Days.com (New York)

Forbes.com (New York)

FOXnews.com (New York)

FOXsports.com (New York)

Frommers.com (New York)

Gawker.com (New York)

geek.com (New York)

Girls Inc. Online (New York)

Goddess Works Media Group (New York)

GospelHighlights.com (New York)

PR Newswire
A UBM plc company

Gothamist (New York)

gothamist.com (New York)

Grandparents.com (New York)

Healthology.com (New York)

HIV Plus Magazine (New York)

HonestEngineTV.com (New York)

Ignites.com (New York)

Inc.com (New York)

Instyle.com (New York)

Internet Evolution (New York)

investmentwires.com (New York)

ivillage.com (New York)

Jack and Jill Politics (jackandjillpolitics.com)  (New York)

Jack and Jill Politics Blog (New York)

JagNotes.com (New York)

Jossip (New York)

Joystiq (Gaming blog) (New York)

Karinaloffee.com (New York)

LaAlcancia.com (New York)

LadiesWhoLaunch.com (New York)

leanitup.com (New York)

LiveScience.com (New York)

mediabistro.com (New York)

MenuPages.com (New York)

Merrill Lynch Online (New York)

Miss Meghan Media (New York)

MLB.com (New York)

more.com (New York)

Muckety.com (New York)

MyLifetime.com (New York)

New York Reporters (New York)

Newsweek.com (New York)

NY City News Service (New York)

NYBarFly.com (New York)

nymag.com (New York)

Paltalk.com (New York)

Pam's House Blend  (New York)

Parents.com (New York)

Pblcty (New York)

People.com (New York)

Political Hotsheet Blog (New York)

Post Advertising (New York)

Premiere Magazine (New York)

PrivateEquityCentral.net (New York)

Raw Story (New York)

reallyreviews.com (New York)

Relocation.com (New York)

Rollover Media (New York)

Shape.com (New York)

Silicon Alley Insider (New York)

SmartMoney.com (New York)

Space.com (New York)

StageTimeMag.com (New York)

Supraspinatu (Unofficial official blog of the NYS) (New York)

Tango Diva (New York)

Tectonik Media (New York)

Teenwire.com (New York)

The Albany Project  (New York)

The Alternative Consumer (New York)

The Grio (New York)

The Living Room (New York)

The Rundown (New York)

The Scenographer (New York)

theBlaze.com (New York)

TheNest.com (New York)

TheStreet.com (New York)

Thrillist.com (New York)

Time Digital (New York)

UGO Entertainment (New York)

UGO Networks, Inc. (New York)

University of Southern California (New York)

Vital Juice Daily (New York)

Watchmojo.com (New York)

WebMD (New York)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

WeightWatchers.com (New York)

Women's eNews (New York)

WORKS by Nicole Williams (New York)

World Journal 360 (New York)

wrestlingfigs.com (New York)

wrestling-news.com (New York)

WSJ.com (New York)

www.hautegoodgirl.com (New York)

www.karicruz.com (New York)

Yahoo! Finance (New York)

meaningfuldistraction.com (New York City)

Socially Superlative (New York City)

CoStar Group, costar.com (Queensbury)

Boy Genius Report (Rye Brook)

Loot Ninja (Saratoga Springs)

America's Best Dance Crew (Scarsdale)

Digital Journal (Trumansburg)

Immpreneur (Valley Stream)

Car Buyer's Notebook (Web Islip)

EBizQ.net (White Plains)

Feeling the Vibe (White Plains)

ConsumerMortageReports.com (Williamsville)

I Am THE Makeup Junkie (Williamsville)

Big Picture Sound (Woodside)

## Radio

WAMC-FM (Albany)

WGBK (Albany)

Family Life Network (Bath)

WSKG-FM (Binghamton)

WBSU-FM (Brockport)

WFUV-FM (Bronx)

WKRB-FM (Brooklyn)

WBEN-AM (Buffalo)

WBFO-FM (Buffalo)

WKSE-FM (Buffalo)

WLKK-FM (Buffalo)

WNED-AM (Buffalo)

WNED-FM (Buffalo)

WOLN-FM (Buffalo)

WTSS-FM (Buffalo)

WUBJ-FM (Buffalo)

WSLU-FM (Canton)

WFTU-AM (Dixhills)

WBZO-FM (Farmingdale)

WHLI-AM (Farmingdale)

WKJY-FM (Farmingdale)

WTBQ (Florida)

WHPC-FM (Garden City)

WEOS-FM (Geneva)

WENT-AM (Gloversville)

WFAS-AM (Hartsdale)

WRHU-FM (Hempstead)

WVHC-FM (Herkimer)

WICB-FM (Ithaca)

WJTN-AM (Jamestown)

WWSE-FM (Jamestown)

WKNY-AM (Kingston)

WGY-AM (Latham)

WGY-FM (Latham)

WSUL radio (Monticello)

WFNP-FM (New paltz)

ABC Radio Network (New York)

Air America (New York)

Batanga (New York)

Black Radio Network (New York)

Bloomberg Radio (New York)

BusinessWeek Business Report - ABC Radio
   Network (New York)

CBC-Canadian Broadcasting Corp. (New York)

CBS News (New York)

CBS Newspath (New York)

CBS Television Network (New York)

Cruise Control Radio (New York)

DIAL GLOBAL (New York)

PR Newswire
A UBM plc company

ESPN Radio (New York)

FOX NEWS RADIO NETWORK (New York)

Hot 97 FM (New York)

Launch Radio Networks (New York)

Martha Stewart Radio (New York)

Metro Networks - New York Bureau (New York)

Negocios Bloomberg (New York)

Sirius Satellite Radio Incorporated (New York)

The Takeaway (New York)

Vatican Radio (New York)

WABC-AM (New York)

Wall Street Journal Radio Network (New York)

WAXQ 104 3 FM (New York)

WAXQ-FM (New York)

WBAI-FM (New York)

WBBR-AM (New York)

WBMB (New York)

WCAA-FM (Univision) (New York)

WCBS-AM (New York)

WFAN-AM (New York)

WINS-AM (New York)

WLIB-AM (New York)

WLTW-FM (New York)

WNYC-AM (New York)

WNYC-FM (New York)

WOR-AM (New York)

WPLJ (New York)

WQXR-FM (New York)

XM / SIRIUS SATELLITE RADIO INC (New York)

WNYO-FM (Oswego)

WRVN-FM (Oswego)

WRVO-FM (Oswego)

WALK-AM (Patchogue)

WALK-FM (Patchogue)

WIRY-AM (Plattsburgh)

WRKL-AM (Pomona)

WCTW-FM (Poughkeepsie)

WHUC-AM (Poughkeepsie)

WKIP-AM (Poughkeepsie)

WKIP-FM (Poughkeepsie)

WPKF-FM (Poughkeepsie)

WRNQ-FM (Poughkeepsie)

WRWD-AM (Poughkeepsie)

WZCR-FM (Poughkeepsie)

WBEE-FM (Rochester)

WDVI-FM (Rochester)

WHAM-AM (Rochester)

WXXI-AM (Rochester)

WNBZ-AM (Saranac lake)

WQBK/WQBJ FM (Schenectady)

WUSB-FM (Stony Brook)

WBBS-FM (Syracuse)

WHEN-AM (Syracuse)

WJPZ-FM (Syracuse)

WMHR-FM (Syracuse)

WMHU-FM (Syracuse)

WSYR-AM (Syracuse)

WSYR-FM (Syracuse)

WWHT-FM (Syracuse)

WYYY-FM (Syracuse)

WFLY (Utica)

WBAB-FM (West Babylon)

## Television

Capital News 9 (Albany)

WNYT-TV (Albany)

WRGB (CBS 6) (Albany)

WTEN-TV (Albany)

WXXA-TV (Albany)

News 12 - Bronx (Bronx)

HITN-TV (Brooklyn)

News 12 Brooklyn (Brooklyn)

Time Warner Cable Buffalo (Buffalo)

WGRZ-TV (Buffalo)

(888) 776 0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

WIVB-TV (Buffalo)

WKBW-TV (Buffalo)

WIXT-TV (East Syracuse)

WSYR-TV (East Syracuse)

WETM-TV (Elmira)

SINOVISION-TV (Flushing)

WENY-TV (Horseheads)

Newswatch 16 (Ithaca)

WBNG-TV (Johnson City)

LMC-TV (Mamaroneck)

WLNY-TV (Melville)

@radical.media (New York)

A&E - Arts & Entertainment Network (New York)

ABC News (New York)

abcnews.com (New York)

Al Jazeera (New York)

APTN (New York)

Ard German Television (New York) (New York)

ARD German Television-New York Bureau (New York)

BestWeekEver.TV (New York)

BET - Black Entertainment Television (New York)

BET - Don't Sleep (New York)

BET INTERACTIVE LLC (New York)

Better TV (New York)

Bloomberg Television (New York)

BLOOMBERG TV (New York)

Bridges TV (New York)

British Broadcasting Corporation (New York) (New York)

BusinessWeek TV (New York)

CBS LOCAL TELEVISION STATION GROUP (New York)

CBS News / CBS Network Sports (New York)

CBS News Broadcast (New York)

CBS Radio Network (New York)

CBS Sports (New York)

CNBC - New York Bureau (New York)

CNN - New York Bureau (New York)

Deca TV (New York)

Food Arts (New York)

FOX Business Network (New York)

Fox News Channel (New York)

FOX NEWS LIVE (New York)

FOX Newschannel / Fox Broadcast Network - New York (New York)

Foxnewslatino.com (New York)

Fuji Television (New York)

GMTV (New York)

Good Morning America - ABC Television Network (New York)

History Channel, The (New York)

ICIS Chemical Business Americas (New York)

Infinity Broadcasting (New York)

Inside Edition (New York)

King Features Syndicate (New York)

Left/Right TV (New York)

Lifetime Television (New York)

M6 Metropole TV (New York)

Maritime Activity Reports (New York)

MSNBC (New York)

MTV News - Music Television (New York)

NBC News (New York)

NBC News - 30 Rockefeller Plaza (New York)

NBC Nightly News with Brian Williams (New York)

New Tang Dynasty-TV (New York)

New York 1 News (NY1 News) (New York)

NFL Enterprises LLC (New York)

Nightly Business Report - New York Bureau (New York)

NY1 News (New York)

NY1 Noticias (New York)

Optomen Productions (New York)

ORF - Austrian Broadcasting Corp. (New York)

Oxygen Media (New York)

Public Broadcasting Service - New York Bureau (New York)

PR Newswire
A UBM plc company

(888) 776-0942 | www.prnewswire.com

Public Media NJ Inc. (New York)

RAI Corporation (Italian National TV) (New York)

Reuters Television (New York)

Russia Today (New York)

SportsNet New York (New York)

Television Eighteen (New York)

The Daily Show - Comedy Central (New York)

The Early Show - CBS Television Network (New York)

The Montel Williams Show (New York)

The Tyra Banks Show (New York)

Time Warner Cable Of New York (New York)

TitanTV Media (New York)

Tokyo Broadcasting System (TBS) New York (New York)

TV Tokyo - New York Bureau (New York)

VH1 Productions (New York)

Viacom (New York)

WABC-TV (New York)

WCBS-TV (New York)

Westwood One Companies Inc. (New York)

WNBC-TV (New York)

WNET-TV (New York)

WNYW-TV (New York)

WPIX-TV (New York)

WPXN (New York)

WRGB-TV (Niskayuna)

WPTZ-TV (Plattsburgh)

R News (Rochester)

WHAM-TV (Rochester)

WHEC-TV (Rochester)

WROC-TV (Rochester)

WXXI-TV (Rochester)

WWBI-TV (Rouses Point)

WRNN-TV (Rye Brook)

A Taste of New York Network (Syosset)

Making Music Magazine (Syracuse)

TW Cable News 10 (Syracuse)

WSTM-TV (Syracuse)

WTVH-TV (Syracuse)

WKTV-TV (Utica)

WICZ-TV (Vestal)

WWNY-TV (Watertown)

News 12 Long Island (Woodbury)

Rainbow News 12 Company (Interactive) (Woodbury)

News 12 Westchester-Cablevision Of Westchester (Yonkers)

## NORTH CAROLINA

## Magazine

God's World Publications (Asheville)

Charlotte Parent Magazine (Charlotte)

Creative Loafing-Charlotte Edition (Charlotte)

Material Handling Industry of America (Charlotte)

Sportsbusiness Daily (Charlotte)

The Mecklenburg Times (Charlotte)

Today's Charlotte Woman (Charlotte)

North Carolina Biotechnology Center (Durham)

Southern Exposure (Durham)

SoHo Today (Greensboro)

HFN - Home Furnishings News - High Point Bureau (High Point)

High Point Enterprise (High Point)

National Home Furnishings Retailer (Holly Springs)

Piedmont Parent (Jamestown)

Carolina Woman (Raleigh)

Metro Magazine - Raleigh Bureau (Raleigh)

Reel Carolina (Wilmington)

Triad GolfToday (Winston-Salem)

## News Service

University Of North Carolina (Chapel Hill)

Associated Press - Charlotte Bureau (Charlotte)

Bloomberg News - Charlotte Bureau (Charlotte)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Associated Press - Raleigh Bureau (Raleigh)

North Carolina News Network (Raleigh)

Tribune Media Services - Raleigh Bureau (Raleigh)

## Newspaper

Front Porch, The (Albemarle)

Stanly News & Press (Albemarle)

Courier-Tribune, The (Asheboro)

Asheville Citizen-Times (Asheville)

Urban News (Asheville)

The Mountain Times (Boone)

Sanford Herald, The (Buie Creek)

Burlington Times-News (Burlington)

American City Business Journals (Charlotte)

Charlotte Business Journal (Charlotte)

Charlotte Observer, The (Charlotte)

Charlotte Weekly (Charlotte)

Descubre Charlotte (Charlotte)

Hola Noticias (Charlotte)

Sports Business Daily, The (Charlotte)

The Charlotte Post (Charlotte)

Clinton Sampson Independent (Clinton)

Independent Tribune (Concord)

The Daily Record (Dunn)

Herald-Sun (Durham)

Independent Weekly (Durham)

Triangle Technology Journal (Durham)

Triangle Tribune (Durham)

Elizabeth City Daily Advance (Elizabeth City)

Fayetteville Observer (Fayetteville)

Forest City Courier (Forest City)

Franklin Press, The (Franklin)

Community News, The (Fuquay-Varina)

Fuquay-Varina Independent (Fuquay-Varina)

Gastonia Gazette (Gastonia)

Goldsboro News Argus (Goldsboro)

Carolina Peacemaker (Greensboro)

Daily News & Record (Greensboro)

Greensboro News & Record (Greensboro)

NC A & T Register (Greensboro)

Rhinoceros Times (Greensboro)

Business Journal, The (Greensboro/Winston-Salem)

Daily Reflector, The (Greenville)

Business East (Havelock)

Daily Dispatch (Henderson)

Times-News (Hendersonville)

Hickory Daily Record (Hickory)

High Point Enterprise (High Point)

Jacksonville Daily News (Jacksonville)

Concord Independent Tribune (Kannapolis)

Kinston Free Press (Kinston)

Laurinburg The Exchange (Laurinburg)

Lenoir News-Topic (Lenoir)

News-Topic (Lenoir)

Lexington Dispatch, The (Lexington)

Lincoln Times-News (Lincolnton)

Lincoln Tribune, The (Lincolnton)

Lumberton Robesonian (Lumberton)

Marion Mcdowell News (Marion)

Monroe Enquirer-Journal (Monroe)

Morehead City Carteret County News Times (Morehead City)

The News Herald (Morganton)

Mount Airy News, The (Mount Airy)

Sun Journal (New Bern)

The Observer-News-Enterprise (Newton)

Business Leader (Raleigh)

Carolina Journal (Raleigh)

Nando Media (Raleigh)

Que Pasa (Raleigh)

Raleigh News & Observer (Raleigh)

Triangle Business Journal (Raleigh)

Reidsville Review (Reidsville)

Roanoke Rapids Daily Herald (Roanoke Rapids)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Rockingham Richmond County Daily Journal (Rockingham)

Rocky Mount Telegram, The (Rocky Mount)

Courier-Times, The (Roxboro)

Salisbury Post (Salisbury)

Sanford Herald (Sanford)

Shelby Star, The (Shelby)

Statesville Record & Landmark (Statesville)

Daily Southerner (Tarboro)

Washington Daily News (Washington)

Asheville Citizen-Times - Waynesville Bureau (Waynesville)

Seahawk, The (Wilmington)

Wilmington Star-News (Wilmington)

Wilson Daily Times, The (Wilson)

Winston-Salem Journal (Winston-Salem)

Eastern Wake News (Zebulon)

## Online

The Right Slant (Alexis)

BizTechToday.com (Charlotte)

Solitical.com (Charlotte)

May Pang-Asian Media Internet News (Fayetteville)

Confederate Yankee Blog (Fuquay-Varina)

BChillin.net (Greensboro)

Rude Mom Blog (Mount Airy)

ACCSPORTS.COM (Raleigh)

Golf.com (Raleigh)

Storyteller To The Media (Saluda)

The Deal Scoop (Shelby)

EmbracingBeauty.com (Winston-Salem)

## Radio

WCQS-FM (Asheville)

WKSF-FM (Asheville)

WWNC-AM (Asheville)

WGWG-FM (Boiling Springs)

WZTK-FM (Burlington)

WCHL-AM (Chapel hill)

WRQM-FM (Chapel Hill)

WUNC-FM (Chapel Hill)

WUND-FM (Chapel Hill)

WBT-AM (Charlotte)

WBT-FM (Charlotte)

WEND-FM (Charlotte)

WFAE-FM (Charlotte)

WHQC-FM (Charlotte)

WKKT-FM (Charlotte)

WLNK-FM (Charlotte)

WLYT-FM (Charlotte)

WRFX-FM (Charlotte)

WWCU-FM (Cullowhee)

WSGE-FM (Dallas)

WNCU-FM (Durham)

WGAI-AM (Elizabeth City)

WFSS-FM (Fayetteville)

WFNC-AM (Fayetteville)

WGBR-AM (Goldsboro)

WYCV-AM (Granite Falls)

WEAL-AM (Greensboro)

WMAG-FM (Greensboro)

WPAW-FM (Greensboro)

WPTI-FM (Greensboro)

WQMG-FM (Greensboro)

WTQR-FM (Greensboro)

WLXN-AM (Lexington)

WJNC-AM (Morehead City)

WCMS-FM (Nags Head)

WCXL-FM (Nags Head)

WBJD-FM (New Bern)

WKNS-FM (New Bern)

WTEB-FM (New Bern)

WZNB-FM (New Bern)

WKBC-AM (North Wilkesboro)

WKBC-FM (North Wilkesboro)

PR Newswire
A UBM plc company

WGIV-FM (Pineville)

Que Pasa (Raleigh)

WCMC-FM (Raleigh)

WDCG-FM (Raleigh)

WDNC-AM (Raleigh)

WKSL-FM (Raleigh)

WPTF-AM (Raleigh)

WQDR-FM (Raleigh)

WRAL-FM (Raleigh)

WRDU-FM (Raleigh)

WRVA-FM (Raleigh)

WYMY La Ley 96.9 FM (Raleigh)

WCAB-AM (Rutherfordton)

WWGP-AM (Sanford)

WIOZ-FM (Southern pines)

WIOZ-FM Lexi Test (Southern pines)

WNCW-FM (Spindale)

WRGC-AM (Sylva)

WVOD-FM (Wanchese)

Sixty Seconds Radio Network (Weaverville)

WKSK-AM (West Jefferson)

WAAV-AM (Cumulus Radio Group) (Wilmington)

WHQR-FM (Wilmington)

WEGO-AM (Winston-Salem)

WFDD-FM (Winston-Salem)

WSJS-AM (Winston-Salem)

## Television

WBSC-TV (Asheville)

WLOS-TV (Asheville)

News 14 Charlotte (Charlotte)

WAXN-TV (Charlotte)

WBTV-TV (Charlotte)

WCCB-TV (Charlotte)

WCNC-TV (Charlotte)

WSOC-TV (Charlotte)

WTVI-TV (Charlotte)

WTVD-TV (Durham)

WUNJ-TV (Durham)

WFMY-TV (Greensboro)

WITN-TV (Greenville-New Bern-Washington)

WNCT-TV (Greenville-New Bern-Washington)

WGHP-TV (High Point)

WCTI-TV (New Bern)

TIME WARNER RALEIGH (Raleigh)

WLFL-TV (Raleigh)

WNCN-TV (Raleigh)

WRAL-TV (Raleigh)

UNC Center for Public Television (Research Triangle Park)

WECT-TV (Wilmington)

WWAY-TV (Wilmington)

WXII-TV (Winston-Salem)

## NORTH DAKOTA

### News Service

Associated Press - Bismarck Bureau (Bismarck)

Associated Press - Fargo Bureau (Fargo)

### Newspaper

Bismark Tribune (Bismarck)

Devils Lake Daily Journal (Devils Lake)

The Dickinson Press (Dickinson)

Fargo Forum (Fargo)

The Spectrum - North Dakota State University (Fargo)

Agweek (Grand Forks)

Grand Forks Herald (Grand Forks)

Jamestown Sun (Jamestown)

Minot Daily News (Minot)

Valley City Times-Record (Valley City)

Wahpeton Daily News (Wahpeton)

Williston Daily Herald (Williston)

PR Newswire
A UBM plc company

## Online

MamaBreak (Valley City)

## Radio

KEYA-FM (Belcourt)

KBMR-AM (Bismarck)

KFYR-AM (Bismarck)

KQDY-FM (Bismarck)

KSSS-FM (Bismarck)

KXMR-AM (Bismarck)

KYYY-FM (Bismarck)

KDLR-AM (Devils Lake)

KDVL-FM (Devils Lake)

KZZY-FM (Devils Lake)

KCAD-FM (Dickinson)

KDIX-AM (Dickinson)

KDXN-FM (Dickinson)

KLTC-AM (Dickinson)

KZRX-FM (Dickinson)

KEGK-FM (Fargo)

KFGO-AM (Fargo)

KFNW-AM (Fargo)

KFNW-FM (Fargo)

KRWK-FM (Fargo)

WDAY-AM (Fargo)

WDAY-FM (Fargo)

WZFG-AM (Fargo)

KXPO-AM (Grafton)

KCNN-AM (Grand Forks)

KNOX-AM (Grand Forks)

KSJB-AM (Jamestown)

KSJZ-FM (Jamestown)

KYNU-FM (Jamestown)

KNDR-FM (Mandan)

KCJB-AM (Minot)

KHRT-AM (Minot)

KWGO-FM (Minot)

KYYX-FM (Minot)

KOVC-AM (Valley City)

KEYZ-AM (Williston)

## Television

KVLY-TV (Fargo)

KVRR-TV (Fargo)

KXJB-TV (Fargo)

WDAY-TV (Fargo)

WDAZ- TV (Fargo)

CABLE CHANNEL 10 TV (Jamestown)

KMOT-TV (Minot)

KXMB-TV (Minot)

KXMC-TV (Minot)

## OHIO

## Magazine

Akron Legal News (Akron)

The Big Picture Magazine (Cincinnati)

Candy & Snack Business (Cleveland)

Cleveland Magazine (Cleveland)

Industry Week (Cleveland)

Inside Business (Cleveland)

Northern Ohio Live Magazine (Cleveland)

ASM International (Materials Park)

Bee Culture Magazine (Medina)

Farm and Dairy newspaper (Salem)

Insurance Newscast (Twinsburg)

Vermilion Photo Journal (Vermilion)

American Vegetable Grower (Willoughby)

Greenhouse Grower (Willoughby)

Youngstown State University Magazine
(Youngstown)

## News Service

Associated Press - Cincinnati Bureau (Cincinnati)

Scripps (Cincinnati)

(888) 776 0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

Associated Press - Cleveland Bureau (Cleveland)

City News (Cleveland)

Associated Press - State Capitol Bureau (Columbus)

Gannett News Service - Columbus Bureau (Columbus)

Hannah News Service (Columbus)

Associated Press - Dayton Bureau (Dayton)

Kent State University (Kent)

Lexis-Nexis (Miamisburg)

Muskingum College – Black and Magenta (New Concord)

Associated Press - Toledo Bureau (Toledo)

## Newspaper

Northern Review (Ada)

Akron Beacon Journal (Akron)

Babcox Publications Inc. (Akron)

Leader Publications (Akron)

The Jackson Suburbanite (Akron)

Alliance Review (Alliance)

Ashland Times-Gazette (Ashland)

Ashtabula Star Beacon (Ashtabula)

Athens Post (Athens)

The Athens Messenger (Athens)

Barberton Herald (Barberton)

Cleveland Jewish News (Beachwood)

Sun Scoop Journal (Beachwood)

Beavercreek News Current (Beavercreek)

Sun Banner (Bedford)

Bellefontaine Examiner (Bellefontaine)

Bellevue Gazette (Bellevue)

News Sun (Berea)

Sun Star (Berea)

Bowling Green Sentinel-Tribune (Bowling Green)

Sun Journal (Brooklyn)

Bryan Times (Bryan)

Telegraph-Forum (Bucyrus)

Daily Jeffersonian, The (Cambridge)

Repository, The (Canton)

Celina Standard (Celina)

Herald Sun (Chagrin)

Chillicothe Gazette (Chillicothe)

Cincinnati Business Courier (Cincinnati)

Cincinnati Enquirer (Cincinnati)

La Jornada Latina (Cincinnati)

The Herald (Circleville)

Al-Sahafa Newspaper Corporation (Cleveland)

Cleveland Jewish News (Cleveland)

Cleveland Scene (Cleveland)

Crain's Cleveland Business (Cleveland)

GIE Media, Inc. (Cleveland)

Plain Dealer, The (Cleveland)

Sun Newspapers (Cleveland)

The Daily Legal News (Cleveland)

Blade - State Capitol Bureau, The (Columbus)

Business First (Columbus)

Columbus Call and Post (Columbus)

Columbus Dispatch (Columbus)

Daily Reporter, The (Columbus)

The Lantern (Columbus)

Coshocton Tribune (Coshocton)

Dayton Business Journal (Dayton)

Dayton Daily News (Dayton)

Defiance The Crescent News (Defiance)

Delaware Gazette (Delaware)

Delphos Daily Herald (Delphos)

Review, The (East Liverpool)

Chronicle-Telegram (Elyria)

The Collegian (Elyria)

Sun Journal (Euclid)

Courier (Findlay)

Review Times (Fostoria)

News Messenger (Fremont)

Gallipolis Daily Tribune (Gallipolis)

Sun (Garfield-Maple)

PR Newswire
A UBM plc company

Greenville Daily Advocate (Greenville)

Journal News (Hamilton)

Times-Gazette (Hillsboro)

Herald Newspaper (Holland)

Holland Herald (Holland)

Ironton Tribune (Ironton)

Daily Kent Stater (Kent)

Kent State University - Daily Kent Stater (Kent)

Record-Courier (Kent/Ravenna)

Kenton Times (Kenton)

Lakewood Buzz (Lakewood)

Smart Business - Cleveland (Lakewood)

Sun Post (Lakewood)

Lancaster Eagle-Gazette (Lancaster)

Lima News (Lima)

Lisbon Morning Journal (Lisbon)

Logan Daily News (Logan)

London Madison-Press (London)

Morning Journal (Lorain)

The Morning Journal (Lorain)

Mansfield News-Journal (Mansfield)

Marietta Times (Marietta)

Marion Star (Marion)

Martins Ferry The Times Leader (Martins Ferry)

Marysville Journal Tribune (Marysville)

Massillon Independent (Massillon)

Medina County Gazette (Medina)

Sun Banner Pride (Medina)

Cox Ohio Publishing Southwest Group (Middletown)

Middletown Journal (Middletown)

Sun, The (Montrose)

Mount Vernon News (Mount Vernon)

Northwest Signal (Napoleon)

Times-Reporter, The (New Philadelphia)

Newark Advocate (Newark)

Hills Sun (Nordonia)

Sun Herald, The (North Olmsted)

West Side Sun News (North Olmsted)

Putnam County Sentinel (Ottawa)

Sun Post (Parma)

Piqua Daily Call (Piqua)

The Daily Sentinel (Pomeroy)

Port Clinton News Herald (Port Clinton)

Portsmouth Daily Times (Portsmouth)

Lakewood News Times (Rocky River)

The Salem News (Salem)

Sandusky Register (Sandusky)

Shelby Daily Globe (Shelby)

Sidney Daily News (Sidney)

Herald Sun (Solon)

Sun Messenger, The (South Euclid)

Springfield News-Sun (Springfield)

St. Marys Evening Leader (St. Mary's)

Herald-Star, The (Steubenville)

Tiffin Advertiser-Tribune (Tiffin)

Blade, The (Toledo)

El Tiempo (Toledo)

Troy Daily News (Troy)

Sun, The (Twinsburg)

John Carroll University - The Caroll News (University Heights)

Upper Sandusky Daily Chief Union (Upper Sandusky)

Urbana Daily Citizen (Urbana)

Sun Courier, The (Valley View)

Times-Bulletin (Van Wert)

Daily News (Wapakoneta)

Tribune Chronicle (Warren)

Trumbull County Legal News (Warren)

Warren Tribune Chronicle (Warren)

Washington Court House Record Herald (Washington)

Sun (West Akron)

Sun (West Geauga)

News Herald (Willoughby)

PR Newswire
A UBM plc company

Willoughby News Herald (Lake Co.) (Willoughby)

Wilmington News-Journal (Wilmington)

Wooster Daily Record (Wooster)

Fairborn Daily Herald (Xenia)

The Xenia Daily Gazette (Xenia)

Youngstown Vindicator (Youngstown)

Youngstown-Warren Business Journal (Youngstown)

Times Recorder (Zanesville)

## Online

www.fashionelite.com (Akron)

Entertainment Ohio (Barberton)

Confessions of a Messy Mama (Cincinnati)

Cleveland.com (Cleveland)

Ohio Daily Blog (Cleveland)

Compuserve (Columbus)

Life According To GreenVics (Columbus)

Front Page Freebies (Marion)

Life Full of Laughter (Newark)

PointBuzz.com (North Ridgeville)

Buckeye State Blog (Sardis)

FranciscanEdge.com (Steubenville)

Liberal Common Sense blog (Toledo)

## Radio

WAKR-AM (Akron)

WONE-FM (Akron)

WQMX-FM (Akron)

WDJQ-FM (Alliance)

WDPN-AM (Alliance)

WRMU-FM (Alliance)

WMTR-FM (Archbold)

WNCO-AM (Ashland)

WATH-AM (Athens)

WOUB-AM (Athens)

WOUB-FM (Athens)

WXTQ-FM (Athens)

WBWC-FM (Berea)

WBNO-FM (Bryan)

WCMJ-FM (Cambridge)

WWKC-FM (Cambridge)

WHBC-AM (Canton)

WBEX-AM (Chillicothe)

WCHI-AM (Chillicothe)

WKKJ-FM (Chillicothe)

WLZT-FM (Chillicothe)

WEBN-FM (Cincinnati)

WKRC-AM (Cincinnati)

WLW-AM (Cincinnati)

WVXU-FM (Cincinnati)

WXUT (Cincinnati)

WCPN-FM (Cleveland)

WCRF-FM (Cleveland)

WDOK-FM (Cleveland)

WJMO-AM (Cleveland)

WVME-FM (Cleveland)

WVML-FM (Cleveland)

WVMS-FM (Cleveland)

Ohio News Network (Columbus)

OHIO NEWS NETWORK - RADIOOHIO (Columbus)

WBNS-AM (Columbus)

WBNS-FM (Columbus)

WBWR-FM (Columbus)

WCBE-FM (Columbus)

WCOL-FM (Columbus)

WJKR-FM (Columbus)

WMNI-AM (Columbus)

WMNI-FM (Columbus)

WNCI-FM (Columbus)

WOSU-AM (Columbus)

WOSU-FM (Columbus)

WRKZ-FM (Columbus)

WSNY-FM (Columbus)

WTVN-AM (Columbus)

PR Newswire
A UBM plc company

WVKO-AM (Columbus)
WYTS-AM (Columbus)
WTNS-AM (Coshocton)
WTNS-FM (Coshocton)
WDAO-AM (Dayton)
WDKF-FM (Dayton)
WFCJ-FM (Dayton)
WHIO-AM (Dayton)
WHIO-FM (Dayton)
WHKO-FM (Dayton)
WLQT-FM (Dayton)
WMMX-FM (Dayton)
WTUE-FM (Dayton)
WONW-AM (Defiance)
WJER-AM (Dover)
WEOL-AM (Elyria)
WLFC-FM (Findlay)
WMOH-AM (Hamilton)
WSRW-AM (Hillsboro)
WFHM-FM (Independence)
WGAR-FM (Independence)
WHK-AM (Independence)
WHLK-FM (Independence)
WMJI-FM (Independence)
WMMS-FM (Independence)
WTAM-AM (Independence)
WKSU-AM (Kent)
WKSU-FM (Kent)
WNIR-FM (Kent)
WKTN-FM (Kenton)
WIMA-AM (Lima)
WIMT-FM (Lima)
WTGN-FM (Lima)
WZRX-FM (Lima)
WKNA-FM (Logan)
WMAN-AM (Mansfield)
WYHT-FM (Mansfield)

WMRT-FM (Marietta)
WMRN-FM (Marion)
WRXS-FM (Marion)
WKLM-FM (Millersburg)
WNZR-FM (Mount Vernon)
WNDH-FM (Napoleon)
WMCO-FM (New Concord)
WTUZ-FM (New Philadelphia)
WHTH-AM (Newark)
WARF-AM (North Canton)
WHLO-AM (North Canton)
WHOF-FM (North Canton)
WKDD-FM (North Canton)
WRQK-FM (North Canton)
WMUB-FM (Oxford)
WOMP-AM (Steubenville)
WCWA/AM (Toledo)
WLQR-AM (Toledo)
WRVF-FM (Toledo)
WSPD/AM (Toledo)
WSPD-AM (Toledo)
WVKS-FM (Toledo)
WKSD-FM (Van Wert)
WCHO-AM (Washington Court House)
WCHO-FM (Washington Court House)
WRAC-FM (West Union)
WCSU-FM (Wilberforce)
WKVX-AM (Wooster)
WBZI-AM (Xenia)
WYSO-FM (Yellow Springs)
WKBN-AM (Youngstown)
WPIC-AM (Youngstown)
WHIZ-FM (Zanesville)

## Television

WOUB-TV (Athens)
WCPO-TV (Cincinnati)



WKRC-TV (Cincinnati)
WLWT-TV (Cincinnati)
WXIX-TV (Cincinnati)
WEWS-TV (Cleveland)
WJW-TV (Cleveland)
WKYC-TV (Cleveland)
WOIO-TV (Cleveland)
WUAB-TV (Cleveland)
WBNS-TV (Columbus)
WCMH-TV (Columbus)
WSYX-TV (Columbus)
WDTN-TV (Dayton)
WHIO-TV (Dayton)
WKEF-TV (Dayton)
WNEO-TV (Kent)
WLIO-TV (Lima)
WTOV-TV (Steubenville)
WNWO-TV (Toledo)
WTOL-TV (Toledo)
WTVG-TV (Toledo)
WUPW-TV (Toledo)
WFMJ-TV (Youngstown)
WKBN-TV (Youngstown)
WYTV-TV (Youngstown)
WHIZ-TV (Zanesville)

## OKLAHOMA

### Magazine

View Magazine (Edmond)
Internet Celebrity Magazine (Muskogee)
MetroFamily Magazine (Norman)
Music X-Press Magazine (Oklahoma City)
Oklahoma Banker (Oklahoma City)
Oklahoma Today (Oklahoma City)
Slice Magazine (Oklahoma City)

### News Service

Associated Press - Oklahoma City Bureau (Oklahoma City)
OETA - The Oklahoma Network (Oklahoma City)
Oklahoma News Network (Oklahoma City)
Associated Press - Tulsa Bureau (Tulsa)

### Newspaper

ADA News (Ada)
Altus Times (Altus)
Alva Review Courier/Newsgram-Advocate (Alva)
The Anadarko Daily News (Anadarko)
Ardmore Daily Ardmoreite (Ardmore)
Bartlesville Examiner-Enterprise (Bartlesville)
Broken Arrow Ledger (Broken Arrow)
Catoosa Times (Broken Arrow)
Chickasha Daily Express (Chickasha)
Claremore The Daily Progress (Claremore)
Daily Progress (Claremore)
Duncan Banner (Duncan)
Durant Daily Democrat (Durant)
Edmond Sun (Edmond)
The Vista (Edmond)
The Daily Elk Citian (Elk City)
Enid News & Eagle (Enid)
Grove Sun (Grove)
Guymon Daily Herald (Guymon)
Holdenville News (Holdenville)
Hugo Daily News (Hugo)
Idabel Mccurtain Gazette (Idabel)
Inola Independent (Inola)
Lawton Constitution, The (Lawton)
Mannford Eagle (Mannford)
Sand Springs Leader (Mannford)
McAlester News-Capital (McAlester)
Miami News-Record (Miami)
Muskogee Phoenix & Times-Democrat (Muskogee)

Norman Transcript (Norman)

Oklahoma Daily (Norman)

Daily Oklahoman, The (Oklahoma City)

Durocher's Oklahoma City Business (Oklahoma City)

El Nacional de Oklahoma (Oklahoma City)

Journal Record, The (Oklahoma City)

Oklahoma Gazette (Oklahoma City)

The Gayly (Oklahoma City)

Owasso Reporter (Owasso)

Pauls Valley Daily Democrat (Pauls valley)

Ponca City News (Ponca City)

Poteau Daily News (Poteau)

Pryor Daily Times (Pryor)

Southwest Tulsa News (Sand Springs)

Sapulpa Daily Herald (Sapulpa)

Shawnee News Star (Shawnee)

Stillwater News Press (Stillwater)

The Gayly Oklahoman (Stillwater)

Cherokee Phoenix (Tahlequah)

Tahlequah Daily Press (Tahlequah)

Bixby Bulletin (Tulsa)

Collinsville News (Tulsa)

Glenpool Post (Tulsa)

Greater Tulsa Reporter (Tulsa)

Jenks Journal (Tulsa)

Source Publications, Inc. (Tulsa)

Tulsa Beacon (Tulsa)

Tulsa Business Journal (Tulsa)

Tulsa Daily Commerce and Legal News (Tulsa)

Tulsa World (Tulsa)

Wagoner Tribune (Wagoner)

Woodward News (Woodward)

## Online

DemoOkie.com (Edmond)

Technojunkyard (Edmond)

TheStreetSweeper.org (Edmond)

Routes (Norman)

oruoracle.com (Tulsa)

Route 66 News (Tulsa)

## Radio

KQTZ-FM (Altus)

KRIG-FM (Bartlesville)

KWON-AM (Bartlesville)

KYFM-FM (Bartlesville)

KUSH Radio (Cushing)

KECO-FM (Elk City)

KOFM-FM (Enid)

KTJS-AM (Hobart)

KIHN-AM (Hugo)

KITX-FM (Hugo)

KCCU-FM (Lawton)

KLAW-FM (Lawton)

KNED-AM (Mc alester)

KGOU-FM (Norman)

KROU-FM (Norman)

KKNG-FM (Oklahoma city)

KMGL-FM (Oklahoma City)

KOMA FM News (Oklahoma City)

KOMA-FM (Oklahoma City)

KRXO-FM (Oklahoma City)

KTOK-AM (Oklahoma City)

KPGM-AM (Pawhuska)

KPNC-FM (Ponca City)

WBBZ-AM (Ponca City)

KGFF AM Radio (Shawnee)

KOSU Radio (Stillwater)

KOSU-FM (Stillwater)

KFAQ-AM (Tulsa)

KHTT-FM (Tulsa)

KRAV-FM (Tulsa)

KRMG-AM (Tulsa)

KRMG-FM (Tulsa)

PR Newswire
A UBM plc company