KVOO-FM (Tulsa)
KWEN-FM (Tulsa)
KXBL-FM (Tulsa)
KWEY-AM (Weatherford)
KWEY-FM (Weatherford)
KWOX-FM (Woodward)

## Television

WLIO-TV (Alva)
KSWO-TV (Lawton)
KETA-TV (Oklahoma city)
KFOR-TV (Oklahoma City)
KOCO-TV (Oklahoma City)
KOKH-TV (Oklahoma City)
KWTV-TV (Oklahoma City)
KWEM-TV31 (Stillwater)
KJMM (Tulsa)
KJRH-TV (Tulsa)
KOKI-TV (Tulsa)
KOTV-TV (Tulsa)
KTUL-TV (Tulsa)

## OREGON

## Magazine

Joy Magazine (Ashland)
Wooden Horse Magazines (Astoria)
Inside GNSS magazine (Eugene)
Sexis Magazine (Milwaukie)
Christian News Northwest (Newburg)
Commerce Magazine (Portland)

## News Service

Associated Press - Grants Pass Bureau (Grants Pass)
Associated Press - Portland, OR Bureau (Portland)
Bloomberg News - Portland Bureau (Portland)
Associated Press - Salem Bureau (Salem)

## Newspaper

Albany Democrat-Herald (Albany)
Daily Tidings (Ashland)
Oregon Legal Journal (Ashland)
Daily Astorian (Astoria)
Baker Democrat-Herald (Baker City)
Record Courier (Baker City)
Bend Bulletin (Bend)
Cascade Business News (Bend)
Western Communications Inc (Bend)
World, The (Coos Bay)
Corvallis Gazette-Times (Corvallis)
Polk County Itemizer-Observer (Dallas)
The Dalles Chronicle (Dalles)
Upper Rogue Independent (Eagle Point)
Eugene Weekly (Eugene)
Oregon Daily Emerald (Eugene)
Register-Guard (Eugene)
University of Oregon - School of Journalism (Eugene)
Grants Pass Daily Courier (Grants Pass)
The Outlook (Gresham)
Hermiston Herald (Hermiston)
Hillsboro Argus (Hillsboro)
Keiser Times (Keiser)
Herald and News (Klamath Falls)
La Grande Observer (La Grande)
The Voice (La Grande)
The News-Register (McMinnville)
Ashland Daily Tidings (Medford)
Medford Mail Tribune (Medford)
Newberg Graphic, The (Newberg)
Argus Observer (Ontario)
Confederated Umatilla Journal (Pendleton)
East Oregonian (Pendleton)
Pendleton East Oregonian (Pendleton)
Business Journal, The (Portland)

PR Newswire
A UBM plc company

Daily Journal of Commerce (Portland)

Daily Vanguard (Portland)

El Hispanic News (Portland)

Green Heritage News (Portland)

Oregon Business Magazine (Portland)

Oregonian, The (Portland)

Portland Daily Journal of Commerce (Portland)

Portland Observer (Portland)

Portland Tribune (Portland)

Skanner, The (Portland)

Sustainable Business Oregon (Portland)

Willamette Week (Portland)

News-Review, The (Roseburg)

Christian Business Chronicle (Salem)

Statesman Journal (Salem)

Seaside Signal (Seaside)

Sheridan Sun (Sheridan)

Woodburn Independent (Woodburn)

## Online

Beaverton Business (Beaverton)

Gypsy Mama Logs (Central Point)

Mama Notes (Corvallis)

Frugal Spots (Damascus)

Enobytes (Hillsboro)

Cleantech Concepts (Portland)

NozzlNewsPDX (Portland)

Spirit Feast (Portland)

StayPlayDine.com (Portland)

PureBulk.com (Roseburg)

Salem-News.com (Salem)

Sandy Post (Sandy)

Sunriver Scene (Sunriver)

Pretty Pink Momma (Sweet Home)

## Radio

KSOR-FM (Ashland)

KSRG-FM (Ashland)

KMUN-FM (Astoria)

KBND-AM (Bend)

KBNW-AM (Bend)

KOAB-FM (Bend)

KSBA-FM (Coos Bay)

KYTT-FM (Coos Bay)

KOAC-AM (Corvallis)

KKNU-FM (Eugene)

KLCC-FM (Eugene)

KMGE-FM (Eugene)

KRVM-AM (Eugene)

KUGN-AM (Eugene)

KCST-FM (Florence)

KAGI-AM (Grants Pass)

Talk Radio Network (Grants Pass)

KFLS-AM (Klamath Falls)

KFLS-FM (Klamath Falls)

KTVR-FM (La Grande)

KOAP-FM (Lakeview)

KQIK-FM (Lakeview)

KGAL-AM (Lebanon)

KSHO-AM (Lebanon)

KLYC-AM (McMinnville)

KDOV-FM (Medford)

KSRV-AM (Ontario)

KRBM-FM (Pendleton)

KTIX-AM (Pendleton)

KUMA-FM (Pendleton)

KWHT-FM (Pendleton)

KBPS-AM (Portland)

KEX-AM (Portland)

KFBW-FM (Portland)

KINK-FM (Portland)

KKCW-FM (Portland)

KKOV-AM (Portland)

KKRZ-FM (Portland)

KKSN-AM (Portland)

PR Newswire
A UBM plc company

KMHD-FM (Portland)
KOPB-FM (Portland)
KPAM-AM (Portland)
KPDQ-FM (Portland)
KPOJ-AM (Portland)
KXL-AM (Portland)
Metro Networks (Portland)
The Thom Hartmann Program (Portland)
KQEN-AM (Roseburg)
KTBR-AM (Roseburg)
KSJK-AM (Talent)
KODL-AM (The Dalles)
KTMK-FM (Tillamook)
KWSO-FM (Warm springs)
KAST-AM (Warrenton)
KGRV-AM (Winston)

## Television

KPTV-TV (Beaverton)
KTVZ-TV (Bend)
KEZI-TV (Eugene)
KVAL-TV (Eugene)
KDKF-TV (Klamath Falls)
KOTI-TV (Klamath Falls)
KDRV-TV (Medford)
KOBI-TV (Medford)
KTVL-TV (Medford)
KATU-TV (Portland)
KGW-TV (Portland)
KOIN-TV (Portland)
KPDX-TV (Portland)
KMTR-TV (Springfield)

## PENNSYLVANIA

## Magazine

Chester County Reporter (Chester County)

Healthcom Media (Doylestown)
High Roller magazine (Doylestown)
Lancaster Farming (Ephrata)
Tangent magazine (lifestyle pub) (Erie)
Wireless Workforce (Erie)
Hagerstown Magazine (Hagerstown)
Central Penn Business (Harrisburg)
Calkins Media (Horsham)
Today's Diet & Nutrition (Milford)
Therapy Times (Norristown)
3D Scanning Technologies (North Wales)
PMT Magazine (Paoli)
Broad Street (lifestyle) (Philadelphia)
Horizon Press (Philadelphia)
MainLine magazine (lifestlye pub) (Philadelphia)
Obaasema Magazine (Philadelphia)
Philadelphia Style (Philadelphia)
Prism Media (Philadelphia)
ALM Media (Philly)
Steel Business Briefing (Pittsburgh)
MarketingSherpa (Scranton)
Great Vally Publishing (Spring City)
Advertising Specialty Institute (Trevose)
Successful Promotions (Trevose)
PWC Magazine (Wallingford)
Association for Iron & Steel Technology (Warrendale)
The Minerals, Metals and Materials Society (Warredale)
Andrews Publishing (Wayne)
Weekly Reader (York)

## News Service

Associated Press - Harrisburg Bureau (Harrisburg)
Gannett News Service - Harrisburg Bureau (Harrisburg)
Radiate Media Solutions (Malvern)
Associated Press - Philadelphia Bureau (Philadelphia)



City Hall Newsroom (Philadelphia)

Knight-Ridder/Tribune Info. Services - Philadelphia Bureau (Philadelphia)

Presslink (Philadelphia)

Reuters - Philadelphia Bureau (Philadelphia)

Associated Press - Pittsburgh Bureau (Pittsburgh)

Wall Street Journal (Pittsburgh)

Associated Press - State College Bureau (State College)

Pennsylvania State University (State College)

## Newspaper

Morning Call, The (Allentown)

Altoona Mirror (Altoona)

Beaver County Times (Beaver)

Ellwood City Ledger (Beaver)

Bedford Gazette Llc. (Bedford)

Eastern Pennsylvania Business Journal (Bethlehem)

Bloomsburg Press Enterprise (Bloomsburg)

Bradford Era (Bradford)

Butler Eagle (Butler)

California Univ Of Penn - Cal Times (California)

Pennsylvania Township News (Camp Hill)

Carlisle Sentinel (Carlisle)

PublicOpinion (Chambersburg)

Clarion University Of PA - Clarion Call (Clarion)

Progress, The (Clearfield)

The Daily Courier (Connellsville)

Corry Evening Journal (Corry)

Intelligencer, The (Doylestown)

Express-Times, The (Easton)

Erie Times-News (Erie)

The News-Herald (Franklin)

Gettysburg Times (Gettysburg)

Gettysburgian (Gettysburg)

Tribune-Review (Greensburg)

Greenville Record-Argus (Greenville)

The Collegian - Grove City College (Grove City)

Evening Sun (Hanover)

Hanover Evening Sun (Hanover)

PA VFW News (Harrisburg)

Patriot-News, The (Harrisburg)

News of Delaware County (Havertown)

Standard-Speaker (Hazleton)

Honesdale Wayne Independent (Honesdale)

The Daily News (Huntingdon)

Indiana Evening Gazette (Indiana)

Indiana Gazette (Indiana)

The Centre County Gazette (Indiana)

Our Town (Johnstown)

Tribune Democrat, The (Johnstown)

Kane The Republican (Kane)

Leader Times (Kittanning)

Intelligencer Journal (Lancaster)

Lancaster New Era (Lancaster)

Lancaster Newspapers (Lancaster)

Lancaster Sunday News (Lancaster)

Reporter, The (Lansdale)

Latrobe Bulletin (Latrobe)

Lebanon Daily News (Lebanon)

Lehighton Times-News (Lehighton)

Bucks County Courier Times (Levittown)

Lewistown Sentinel (Lewistown)

The Sentinel (Lewistown)

LockHavenExpress (Lock Haven)

Daily News, The (McKeesport)

Meadville Tribune (Meadville)

Harrisburg Patriot & Evening News (Mechanicsburg)

Tri-State News (Milford)

Milton Daily Standard (Milton)

Monessen Valley Independent (Monessen)

Tri-County Record (Morgantown)

New Castle News (New Castle)

Westminster College - The Westminster Hol (New Wilmington)

Centurion (Newtown)



PRNewswire
A UBM plc company

Times Herald (Norristown)

Derrick and News Herald, The (Oil City)

Al Dia (Philadelphia)

Green City Journal (Philadelphia)

Metro (Philadelphia)

Philadelphia Business Journal (Philadelphia)

Philadelphia City Paper (Philadelphia)

Philadelphia Daily News (Philadelphia)

Philadelphia Inquirer, The (Philadelphia)

Philadelphia Tribune, The (Philadelphia)

The Examiner (Philly Edition) (Philadelphia)

The Legal Intelligencer (Philadelphia)

The Triangle (Philadelphia)

Gateway newspapers (Pittsburgh)

Greensburg Tribune Review (Pittsburgh)

Griffin Publishing (Pittsburgh)

Pittsburgh Business Times (Pittsburgh)

Pittsburgh Post-Gazette (Pittsburgh)

Pittsburgh Tribune-Review (Pittsburgh)

Wall Street Journal - Pittsburgh Bureau, The (Pittsburgh)

Mercury, The (Pottstown)

Pottsville Republican & Evening Herald (Pottsville)

Delaware County Daily Times (Primos)

The Punxutawney Spirit (Punxsutawney)

The Loquitor (Cabrini College weekly (Radnor)

Reading Eagle (Reading)

Ridgway Record (Ridgway)

Sayre Evening Times (Sayre)

Northeast Pennsylvania Business Journal (Scranton)

Scranton Times-Tribune (Scranton)

The University of Scranton (The Aquinas) (Scranton)

Times Shamrock (Scranton)

News Item (Shamokin)

Sharon Herald (Sharon)

Herald, The (Sharpsburg)

Somerset Daily American (Somerset)

St. Marys Daily Press (St. marys)

Centre Daily Times (State College)

PA Business Central (State College)

State College Centre Daily Times (State College)

Pocono Record (Stroudsburg)

Daily Item (Sunbury)

Sunbury Daily Item (Sunbury)

Valley News Dispatch (Tarentum)

Titusville Herald (Titusville)

Towanda Daily Review (Towanda)

Philadelphia Northeast Times (Trevose)

The Daily Herald (Tyrone)

Herald-Standard (Uniontown)

Pennsylvania State University - The Daily (University Park)

Warren Times Observer (Warren)

Observer-Reporter (Washington)

The Record Herald (Waynesboro)

Daily Local News (West Chester)

West Chester Daily Local News (West Chester)

Citizens' Voice (Wilkes-Barre)

Times Leader (Wilkes-Barre)

Wilkes-Barre Citizens Voice (Wilkes-Barre)

Wilkes-Barre Times Leader (Wilkes-Barre)

Williamsport Sun-Gazette (Williamsport)

York Daily Record (York)

YorkDispatch (York)

Business Journal (Youngstown)

## Online

Chronicles (Beach Lake)

Bioresearch.com (Erie)

www.bestlechie.com (Merion Station)

DoubleSpeak  (Philadelphia)

Greenskills (Philadelphia)

Health Camp (Philadelphia)

Keystone Edge (Philadelphia)

Phillywired.com (Philadelphia)



PR Newswire
A UBM plc company

TechFun (Philadelphia)
ParentingTeensOnline.com (Philly)
Writer's Digest (Phoenixville)
Steel Business Briefing (Pittsburg)
SecurityFocus (Richboro)
MMAWeekly.com (Seven Fields)
Healthypet.com (Yardley)

## Radio

Heart to Heart-WDAS-FM (Bala Cynwyd)
WDAS-AM (Bala Cynwyd)
WDAS-FM (Bala Cynwyd)
WISX-FM (Bala Cynwyd)
WMGK-FM (Bala Cynwyd)
WWDB-AM (Bala Cynwyd)
WBVP-AM (Beaver Falls)
WMKX-FM (Brookville)
WBGM-FM (Danville)
WPGM-AM (Danville)
WPGM-FM (Danville)
WDSN-FM (Du Bois)
WJET-FM (Erie)
WGET-AM (Gettysburg)
WGTY-FM (Gettysburg)
WAYZ-FM (Greencastle)
Pennsylvania Radio Network (Harrisburg)
Radio Pennsylvania (Harrisburg)
WHKF-FM (Harrisburg)
WHP-AM (Harrisburg)
WITF-FM (Harrisburg)
WQLV-FM (Harrisburg)
WRBT-FM (Harrisburg)
WRVV-FM (Harrisburg)
WNTP-AM (Lafayette Hill)
WDAC (Lancaster)
WDAC-FM (Lancaster)
WLAN-FM (Lancaster)

Metro Networks (Manayunk)
WKZF-FM (Manheim)
WROZ-FM (Manheim)
WPEL-AM (Montrose)
WPEL-FM (Montrose)
WWNW-FM (New Wilmington)
KYWAM (Philadelphia)
KYW-AM (Philadelphia)
WHYY-AM (Philadelphia)
WHYY-FM (Philadelphia)
WIQI-FM (Philadelphia)
WRTI-FM (Philadelphia)
WXPH-FM (Philadelphia)
WXPN-FM (Philadelphia)
The Handguys Podcast (Phoenixville)
American Urban Radio Network (Pittsburgh)
KDKA-AM (Pittsburgh)
KQV-AM (Pittsburgh)
WAMO-FM (Pittsburgh)
WDVE-FM (Pittsburgh)
WESA-FM (Pittsburgh)
WLTJ-FM (Pittsburgh)
WLTJ-FM\ (Pittsburgh)
WRRK-FM (Pittsburgh)
WWSW-FM (Pittsburgh)
WBZU-AM (Pittston)
WILK-AM (Pittston)
WILK-FM (Pittston)
WKZN-AM (Pittston)
WVIA-FM (Pittston)
WAVT-FM (Pottsville)
WPPA-AM (Pottsville)
WQKX-FM (Selinsgrove)
WQSU-FM (Selinsgrove)
WKOK-AM (Sunbury)
WMBS-AM (Uniontown)
Penn State Public Broadcasting (University Park)

(888) 776-0942  |  www.prnewswire.com

PR Newswire
A UBM plc company

WPSU-FM (University Park)
WNAE-AM (Warren)
WJPA-AM (Washington)
WJPA-FM (Washington)
WAEB-AM (Whitehall)
WAEB-FM (Whitehall)
WZZO-FM (Whitehall)
WBLJ-FM (Williamsport)
WBYL-FM (Williamsport)
WKSB-FM (Williamsport)
WPTC-FM (Williamsport)
WRAK-AM (Williamsport)
WRKK-AM (Williamsport)
WSBA News Radio (York)
WSBA-AM (York)
WVYC-FM (York)

## Television

Medstar Television, Inc. (Allentown)
WFMZ-TV (Allentown)
WTAJ-TV (Altoona)
Express Broadcasting Services/Shadow Broadcasting (Bala Cynwyd)
WCAU-TV (Bala Cynwyd)
WCAU-TV (Wireless Headlines Demo) (Bala Cynwyd)
Service Electric Cable News (Bethlehem)
Cable 11 News (Ephrata)
WFXP-TV (Erie)
WICU-TV (Erie)
WJET-TV (Erie)
WSEE-TV (Erie)
WHP-TV (Harrisburg)
WHTM-TV (Harrisburg)
WITF-TV (Harrisburg)
WJAC-TV (Johnstown)
WGAL-TV (Lancaster)
KOAT-TV (Lehigh Valley)

WNEP-TV (Moosic)
Cable 11 News (Pencor) (Palmerton)
CN8 (Philadelphia)
KYW-TV (Philadelphia)
WPHL-TV (Philadelphia)
WPVI- TV (Philadelphia)
WPVI-TV (Philadelphia)
WTXF-TV (Philadelphia)
KDKA-TV (Pittsburgh)
Pittsburgh Cable News Channel (Pittsburgh)
WPGH-TV (Pittsburgh)
WPXI-TV (Pittsburgh)
WTAE-TV (Pittsburgh)
WBRE-TV (Wilkes-Barre)
WPMT-TV (York)

## PUERTO RICO

### News Service

Associated Press - Puerto Rico Bureau (Guaynabo)

### Online

universia.pr (San Juan)

## RHODE ISLAND

### Magazine

Trimed Media Group (Providence)

### News Service

Associated Press - Providence Bureau (Providence)

### Newspaper

Newport Daily News (Newport)
The Times (Pawtucket)
Providence Business News (Providence)
Providence Journal-Bulletin (Providence)

(888) 776 0942 | www.prnewswire.com

PR Newswire
A UBM p/c company

The Kent County Daily Times (West Warwick)

Westerly Sun (Westerly)

The Call (Woonsocket)

## Online

Mashable.com (Portsmouth)

Rhode Island's Future (Providence)

## Radio

BSR Radio 88.1 FM (Providence)

WBRU-FM (Providence)

WHJJ-AM (Providence)

WHJY-FM (Providence)

WRNI (Providence)

WWBB-FM (Providence)

WPRO-AM (Riverside)

## Television

WPRI-TV (East Providence)

Lin Television Corporation (Providence)

WJAR-TV (Providence)

WLNE-TV (Providence)

## SOUTH CAROLINA

## Magazine

Alternatives News Magazine (Myrtle Beach)

## News Service

Associated Press - Charleston, South Carolina Bureau (Charleston)

Associated Press - Columbia Bureau (Columbia)

## Newspaper

Aiken Standard (Aiken)

Anderson Independent-Mail (Anderson)

Beaufort Gazette (Beaufort)

Charleston Regional Business Journal (Charleston)

Post and Courier, The (Charleston)

State, The (Columbia)

The Columbia Star (Columbia)

Gacsis News (Conway)

News & Press (Darlington)

Citizen News (Edgefield)

The Citizen News (Edgefield)

Morning News (Florence)

Gaffney The Ledger (Gaffney)

Berkeley Independent (Goose Creek)

Goose Creek Gazette (Goose Creek)

Greenville News (Greenville)

The Index-Journal (Greenwood)

Island Packet, The (Hilton Head Island)

Lexington County Chronicle & The Dispatch-News Lexington (Lexington)

Latino Newspaper (Mauldin)

Moultrie News (Mt. Pleasant)

Myrtle Beach Sun News (Myrtle Beach)

North Augusta Star (North Augusta)

Orangeburg Times & Democrat (Orangeburg)

Herald, The (Rock Hill)

Seneca Daily Journal And Messenger (Seneca)

Spartanburg Business Report (Spartanburg)

Spartanburg Herald-Journal (Spartanburg)

Journal Scene (Summerville)

Item, The (Sumter)

Union Daily Times (Union)

## Online

MidLandsBiz.com (Columbia)

Florence Morning News (Florence)

AlisonStorm.com (Greenville)

The Greer Citizen (Greer)

Kelly's Thoughts On Things (Lexington)

WBTW-TV (Myrtle Beach)

WorldGolf.com (Myrtle Beach)

PR Newswire
A UBM plc company

## Radio

WISW-AM (Cayce)

WLXC-FM (Cayce)

WNKT-FM (Cayce)

WOMG-FM (Cayce)

WAVF-FM (Charleston)

WCKN-FM (Charleston)

WIOP-FM (Charleston)

WTMA-AM (Charleston)

WXST-FM (Charleston)

WCCP-FM (Clemson)

WCOS-FM (Columbia)

WLTR-FM (Columbia)

WLTY-FM (Columbia)

WNOK-FM (Columbia)

WTCB-FM (Columbia)

WVOC-AM (Columbia)

WVOC-FM (Columbia)

WXBT-AM (Columbia)

WZZQ-AM (Gaffney)

WBJU-FM (Greenville)

WESC-FM (Greenville)

WFBC-FM (Greenville)

WMUU-FM (Greenville)

WMYI-FM (Greenville)

WORD-AM (Greenville)

WROQ-FM (Greenville)

WSPA-FM (Greenville)

WSSL-FM (Greenville)

WTPT-FM (Greenville)

WYRD-AM (Greenville)

WYRD-FM (Greenville)

WEZL-FM (Mount Pleasant)

WRFQ-FM (Mount Pleasant)

WSCC-FM (Mount Pleasant)

WXLY-FM (Mount Pleasant)

WEZV-FM (Myrtle Beach)

WRNN-FM (Myrtle Beach)

WYEZ-FM (Myrtle Beach)

WJZY-AM (Ravenel)

WOLT-FM (Spartanburg)

WDXY-AM (Sumter)

## Television

WCBD-TV (Charleston)

WCIV-TV (Charleston)

WCSC-TV (Charleston)

WTAT-TV (Charleston)

WACH-TV (Columbia)

WIS-TV (Columbia)

WLTX-TV (Columbia)

WOLO-TV (Columbia)

WBTW-TV (Florence)

WPDE-TV (Florence-Myrtle Beach)

WHNS-TV (Greenville)

WYFF-TV (Greenville-Spartanburg-Ashville-Anderson)

WMBF-TV (Myrtle Beach)

WRDW-TV (North Augusta)

WSPA-TV (Spartanburg)

WYCW-TV (Spartanburg)

## SOUTH DAKOTA

### News Service

Associated Press - Pierre Bureau (Pierre)

Associated Press - Sioux Falls Bureau (Sioux Falls)

### Newspaper

American News (Aberdeen)

Brookings Daily Register (Brookings)

South Dakota State University (Brookings)

Groton Independent (Groton)

Huron Daily Plainsman (Huron)

Madison Daily Leader (Madison)


PR Newswire
A UBM plc company

Daily Republic (Mitchell)
Mitchell Daily Republic (Mitchell)
Argus Leader (Pierre)
Capital Journal (Pierre)
Black Hills Weekend - The Rapid City Journal (Rapid City)
Rapid City Journal (Rapid City)
Sioux Falls Argus Leader (Sioux Falls)
Black Hills Pioneer (Spearfish)
Black Hills Press (Sturgis)
University Of Dakota (Vermillion)
Watertown Public Opinion (Watertown)
Yankton Daily Press & Dakotan (Yankton)
Yankton Press & Dakotan (Yankton)

## Online

About2Buy (Dakota Dunes)

## Radio

KGIM-FM (Aberdeen)
KBFS-AM (Belle Fourche)
South Dakota Public Broadcasting (Bismarck)
KBRK-AM (Brookings)
KBRK-FM (Brookings)
KJJQ-AM (Brookings)
KIJV-AM (Huron)
KOKK-AM (Huron)
KXLG-FM (Huron)
KZNC-FM (Huron)
KBJM-AM (Lemmon)
KJAM-AM (Madison)
KJAM-FM (Madison)
KBWS-FM (Milbank)
KMSD-AM (Milbank)
KORN Radio (Mitchell)
KORN-AM (Mitchell)
KOLY-AM (Mobridge)
Dakota News Network (Pierre)

KCCR-AM (Pierre)
KGFX-AM (Pierre)
KOTA-AM (Rapid City)
KQRQ-FM (Rapid City)
KZLK-FM (Rapid City)
KELO-AM (Sioux Falls)
KELO-FM (Sioux Falls)
KNWC-AM (Sioux Falls)
KNWC-FM (Sioux Falls)
KRRO-FM (Sioux Falls)
KSOO-AM (Sioux Falls)
KSQB-FM (Sioux Falls)
KTWB-FM (Sioux Falls)
KWSN-AM (Sioux Falls)
KXQL-FM (Sioux Falls)
KXRB-AM (Sioux Falls)
KBHB-AM (Sturgis)
KIXX-FM (Watertown)
KSDR-AM (Watertown)
KWAT-AM (Watertown)
KWYR-AM (Winner)
KWYR-FM (Winner)
KVHT-FM (Yankton)
KYNT-AM (Yankton)

## Television

KEVN-TV (Rapid City)
KNBN-TV (Rapid City)
KOTA-TV (Rapid City)
KDLT-TV (Sioux Falls)
KELO-TV (Sioux Falls)
KSFY-TV (Sioux Falls)

## TENNESSEE

## Magazine

Urban Voice Magazine (Chattanooga)



Spry magazine (Franklin)

Contemporary Media Inc. (Memphis)

Country Weekly (Nashville)

## News Service

Associated Press - Nashville Bureau (Brentwood)

Associated Press - Chattanooga Bureau (Chattanooga)

Associated Press - Knoxville Bureau (Knoxville)

Associated Press - Memphis Bureau (Memphis)

Bloomberg News - Nashville Bureau (Nashville)

The First Amendment Center at Vanderbilt (Nashville)

## Newspaper

Knoxville News-Sentinel - Blount County Bureau (Alcoa)

Daily Post-Athenian (Athens)

Chattanooga Times Free Press (Chattanooga)

Austin Peay State University (Clarksville)

Leaf-Chronicle, The (Clarksville)

Cleveland Daily Banner (Cleveland)

The Southern Accent (Collegedale)

The Daily Herald Columbia (Columbia)

Cookeville Herald-Citizen (Cookeville)

The Daily Helmsman (Cordova)

Crossville Chronicle (Crossville)

Dyersburg State Gazette (Dyersburg)

Elizabethton Star (Elizabethton)

Germantown Appeal (Germantown)

Greeneville Sun (Greeneville)

Jackson Sun (Jackson)

The Northwest Tennessee Times (Jackson)

Johnson City Press (Johnson City)

Kingsport Times-News (Kingsport)

Knoxville Daily Sun (Knoxville)

Knoxville Journal-Express, The (Knoxville)

Knoxville News-Sentinel, The (Knoxville)

Mundo Hispano (Knoxville)

University Of Tennessee - Daily Beacon (Knoxville)

Lebanon Democrat (Lebanon)

The Pacer University of Tennessee (Martin)

Weakly County Press (Martin)

Daily Times, The (Maryville)

Mcminnville Southern Standard (Mcminnville)

Commercial Appeal, The (Memphis)

La Raza Memphis (Memphis)

Memphis Business Journal (Memphis)

Memphis Daily News (Memphis)

Memphis Flyer (Memphis)

New York Times Broadcast Group, The (Memphis)

The Daily News (Memphis)

The Mid-South Tribune (Memphis)

University of Memphis - The Daily Helmsman (Memphis)

Citizen Tribune (Morristown)

Morristown Citizen Tribune (Morristown)

Daily News Journal, The (Murfreesboro)

Middle Tennessee State University (Murfreesboro)

The Murfreesboro Post (Murfreesboro)

Baptist Press (Nashville)

City Paper, The (Nashville)

Nashville Business Journal (Nashville)

Tennessean, The (Nashville)

The Nashville Ledger (Nashville)

Urban Journal (Nashville)

Vanderbilt University (Nashville)

The Nolensville Dispatch (Nolensville)

Oak Ridger, The (Oak Ridge)

The Paris Post-Intelligencer (Paris)

Sevierville Mountain Press (Sevierville)

Shelbyville Times-Gazette (Shelbyville)

Tullahoma News (Tullahoma)

The Messenger (Union City)

## Online

Knox Views  (Alcoa)

(888) 776-0942 · www.prnewswire.com


PR Newswire
A UBM plc company

Gothic Blend (Antioch)

MDNews.com (Chattanooga)

Skinny Ms. (Crossville)

First Officer's Blog (Franklin)

TheRoadPro.com (Knoxville)

usathisweek.com (Knoxville)

www.savingsforsanity.com (Knoxville)

Down Home Politics (Lebanon)

Neowin (Memphis)

filmcourage.com (Nashville)

Her Nashville magazine (Nashville)

NashvillePost.com (Nashville)

restless tech (Nashville)

midsouthnewz, inc. (Savannah)

## Radio

WJSQ-FM (Athens)

WLAR-AM (Athens)

WTBG-FM (Brownsville)

WNPC/WGGQ, Morristown Citizen Tribune (Bybee)

WGOW-AM (Chattanooga)

WGOW-FM (Chattanooga)

WLND-FM (Chattanooga)

WMBW-FM (Chattanooga)

WMKW-FM (Chattanooga)

WRXR-FM (Chattanooga)

WUSY-FM (Chattanooga)

WAPX-FM (Clarksville)

WJZM-AM (Clarksville)

WKOM-FM (Columbia)

WATX (Cookeville)

WBXE (Cookeville)

WKXD (Cookeville)

WLQK (Cookeville)

WVCP-FM (Gallatin)

WGOC-AM (Gray)

WJCW-AM (Gray)

WKOS-FM (Gray)

WQUT-FM (Gray)

WXSM-AM (Gray)

WNSW-FM (Jackson)

WNWS-FM (Jackson)

WYNU-FM (Jackson)

WETS-FM (Johnson City)

WKPT-AM (Kingsport)

WMEV-FM (Kingsport)

WRZK-FM (Kingsport)

WTFM-FM (Kingsport)

WIMZ-FM (Knoxville)

WIVK-FM (Knoxville)

WJXB-FM (Knoxville)

WNML-AM (Knoxville)

WNML-FM (Knoxville)

WNRX-FM (Knoxville)

WUOT-FM (Knoxville)

WDXE-FM (Lawrenceburg)

WWLX-FM (Lawrenceburg)

WFTZ-FM (Manchester)

WCDZ-FM (Martin)

WCMT-AM (Martin)

WCMT-FM (Martin)

WUTM-FM (Martin)

WKIM-FM (Memphis)

WQOX-FM (Memphis)

WREC-AM (Memphis)

WMOT-FM (Murfreesboro)

Chris White Ministries (Nashville)

The Tennessee Radio Network (Nashville)

WAMB-AM (Nashville)

WFSK-FM (Nashville)

WGFX-FM (Nashville)

WHRS-FM (Nashville)

WKDF-FM (Nashville)

WLAC-AM (Nashville)

(808) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

WNRQ-FM (Nashville)

WPLN-FM (Nashville)

WRVW-FM (Nashville)

WSDJ-FM (Nashville)

WSIX-FM (Nashville)

WUBT-FM (Nashville)

WWTN-FM (Nashville)

WLIK-AM (Newport)

WTNE-FM (Trenton)

WYVY-FM (Union City)

## Television

WDEF-TV (Chattanooga)

WDSI-TV (Chattanooga)

WRCB-TV (Chattanooga)

WTVC-TV (Chattanooga)

WBBJ-TV (Jackson)

WJKT-TV (Jackson)

WJHL-TV (Johnson City)

WKPT-TV (Kingsport)

WATE-TV (Knoxville)

WBIR-TV (Knoxville)

WPXK-TV (Knoxville)

WVLT-TV (Knoxville)

WBII-TV (Memphis)

WHBQ-TV (Memphis)

WLMT-TV (Memphis)

WMC-TV (Memphis)

WPTY-TV (Memphis)

WPXX-TV (Memphis)

WREG-TV (Memphis)

WRUG Media (Memphis)

NewsChannel 5 (Nashville)

RFD-TV (Nashville)

WKRN-TV (Nashville)

WNPX-TV (Nashville)

WSMV-TV (Nashville)

WTVF-TV (Nashville)

WZTV-TV (Nashville)

## TEXAS

## Magazine

Austin Family Magazine (Austin)

Austin Monthly (Austin)

Dezignare (Austin)

Forbes - Austin Bureau (Austin)

Fortune - Austin Bureau (Austin)

Texas Business Review (Austin)

Texas Monthly (Austin)

Tribeza (Austin)

Country Lifestyle (Boerne)

Hereford World (Dalhart)

Advocate Home + Heritage Magazine (Dallas)

Basic Magazine (Dallas)

Business Development Outlook (Dallas)

BusinessWeek - Dallas Bureau (Dallas)

D Magazine (Dallas)

Dallas Home Improvement Magazine (Dallas)

DallasChild (Dallas)

Downtown Business News (Dallas)

F!D Luxe (Dallas)

Footwork Media (Dallas)

Philanthropy World Magazine (Dallas)

Real Estate and Friends Magazine (Dallas)

Realty Times (Dallas)

ScoreBoard Monthly (Dallas)

Southwest Airlines Spirit Magazine (Dallas)

Spirit Magazine (Dallas)

Stevens Publishing (Dallas)

Texas Business (Dallas)

Texas Family Magazine (Dallas)

WHERE Magazine (Dallas)

Women's Enterprise Magazine (Dallas)

PR Newswire
A UBM plc company

Fort Worth, Texas: The City's Magazine (Fort Worth/Hurst)

Blue Thumb, Inc. (Houston)

Caribbean News Now (Houston)

Cowboys & Indians Magazine (Houston)

HOLA Magazine (Houston)

Houston House & Home Magazine (Houston)

Inside Houston (Houston)

Obvious Magazine (Houston)

Total Body Magazine (Houston)

Weddings In Houston (Houston)

Well Servicing (Houston)

Where To Retire (Houston)

Unsigned, The Magazine (Irving)

Success For Women (Lake Dallas)

Laredo Family Time Magazine (Laredo)

MetroCatholic (Little Elm)

Sunday Magazine (Longview)

Metro Latino Magazine (Midlothian)

UT Dallas Management Magazine (Richardson)

Austin Daze Magazine and AMFM Magazine (Round Rock)

Jewish Journal of San Antonio (San Antonio)

Juice Weekly, The (San Antonio)

U.25 Magazine (San Antonio)

U-TURN Magazine (San Antonio)

Country World (Sulphur Springs)

DermaScope Magazine (Sunnyvale)

reviewit Magazine (The Woodlands)

## News Service

Reuters - Dallas Bureau (Addison)

Associated Press - Austin Bureau (Austin)

Morris News Service (Austin)

University of Texas - The Daily Texan (Austin)

Associated Press - Dallas Bureau (Dallas)

Bloomberg News - Dallas Bureau (Dallas)

Associated Press - El Paso Bureau (El Paso)

Associated Press - Fort Worth Bureau (Fort Worth)

Associated Press - Harlingen Bureau (Harlingen)

Associated Press - Houston Bureau (Houston)

Bloomberg News - Houston Bureau (Houston)

Dow Jones Bandwidth Intelligence Alert (Houston)

Reuters - Houston Bureau (Houston)

Scripps Howard News Service (Houston)

Associated Press - Lubbock Bureau (Lubbock)

Associated Press - San Antonio Bureau (San Antonio)

## Newspaper

Abilene Reporter-News (Abilene)

Allen American (Allen)

Alvarado Post (Alvarado)

Shoppers Gazette (Alvin)

Amarillo Globe-News (Amarillo)

The Amarillo College Ranger (Amarillo)

Andrews Count News Inc (Andrews)

Arlington Morning News - The Dallas Morning News (Arlington)

Athens Review (Athens)

Austin American-Statesman (Austin)

Austin Business Journal (Austin)

Austin Chronicle, The (Austin)

Corpus Christi Caller-Times - Austin Bureau (Austin)

Daily Texan, The (Austin)

The Catholic Spirit (Austin)

High Plains Reader (Bacliff)

Matagorda County Advocate (Bay City)

The Baytown Sun (Baytown)

Beaumont Business Journal (Beaumont)

Beaumont Enterprise (Beaumont)

The Examiner (Beaumont)

Big Spring Herald (Big Spring)

Borger News-Herald (Borger)

Brenham Banner Press (Brenham)

The Brownfield News (Brownfield)

(888) 776-0942 | www.prnewswire.com



PR Newswire
A UBM plc company

Brownsville Herald (Brownsville)

Texas Southmost College (Brownsville)

Brownwood Bulletin (Brownwood)

Bryan Eagle/Bryan College (Bryan)

Kilgore News Herald (Bullard)

Clear Lake Citizen (Clear Lake)

Cleburne Times-Review (Cleburne)

Clute Brazosport Facts (Clute)

Facts, The (Clute)

Battalion (College Station)

Courier, The (Conroe)

The Copperas Cove Leader Press (Copperas Cove)

Business Journal of Corpus Christi (Corpus Christi)

Corpus Christi Caller-Times (Corpus Christi)

Corsicana Daily Sun (Corsicana)

Navarro County Times (Corsicana)

Houston County Courier (Crockett)

The Zavala County Sentinel (Crystal City)

Al Dia (Dallas)

Chicago Tribune - Dallas Bureau (Dallas)

Dallas Business Journal (Dallas)

Dallas Examiner, The (Dallas)

Dallas Morning News, The (Dallas)

El Lider USA (Dallas)

Oak Cliff Tribune (Dallas)

Quick (Dallas)

Richland College (Dallas)

Southern Methodist Univ. (Dallas)

Texas Triangle (Dallas)

The Dallas Observer (Dallas)

The Texas Herald (Dallas)

The United Methodist Reporter (Dallas)

Turtle Creek News (Dallas)

United Methodist Reporter (Dallas)

Wall Street Journal - Dallas Bureau, The (Dallas)

Del Rio News-Herald (Del Rio)

Denton Record-Chronicle (Denton)

North Texas State Univ - Daily Campus (Denton)

Cedar Hill Today (DeSoto)

DeSoto Today (DeSoto)

Duncanville Today (Duncanville)

El Diario De El Paso (El Paso)

El Paso Inc. (El Paso)

El Paso Times (El Paso)

Elgin Courier (Elgin)

Ennis Daily News (Ennis)

Farmersville Times (Farmersville)

Diario La Estrella (Fort Worth)

Fort Worth Business Press (Fort Worth)

Fort Worth Star-Telegram (Fort Worth)

Fort Worth Weekly (Fort Worth)

TCU Daily Skiff (Fort Worth)

Texas Christian University (Fort Worth)

The North Texas Catholic (Fort Worth)

African American Focus Newspapers (Fresno)

Gainesville Daily Register (Gainesville)

Galveston County Daily News (Galveston)

Garland Area Democratic Voice (Garland)

The Garland News (Garland)

Grand Prairie Times (Grand Prairie)

Greenville Herald-Banner (Greenville)

Groveton News (Groveton)

Harlingen Valley Morning Star (Harlingen)

Valley Morning Star (Harlingen)

Henderson Daily News (Henderson)

Hereford Brand (Hereford)

1960 Sun (Houston)

African News-Digest (Houston)

Business Pros Newspaper (Houston)

Copperfield Sun (Houston)

Daily Court Review (Houston)

El Gato Media Network (Houston)

Houston Business Journal (Houston)

Houston Chronicle (Houston)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Houston Latino Magazine (Houston)

Houston Press (Houston)

Little Saigon News (Houston)

Los Angeles Times - Houston Bureau (Houston)

New York Times - Houston Bureau, The (Houston)

Reuters - Houston Bureau (Houston)

The Egalitarian (Houston)

Wall Street Journal - Houston Bureau, The (Houston)

Huntsville Item (Huntsville)

The Collegian (Hurst)

The Irving Rambler (Irving)

Jack County Herald (Jacksboro)

Jacksonville Daily Progress (Jacksonville)

Jefferson Jimplecute (Jefferson)

The Jewett Messenger Inc. (Jewett)

Kerrville Daily Times (Kerrville)

Kilgore News Herald (Kilgore)

Killeen Daily Herald (Killeen)

South Texan (Kingsville)

The Lake Cities Sun (Lake Dallas)

Laredo Morning Times (Laredo)

Laredo Times (Laredo)

Resolute Media Group (Lewisville)

Longview News-Journal (Longview)

Lubbock Avalanche-Journal (Lubbock)

Texas Tech University-The Daily Toreador (Lubbock)

The Latino Weekly (Lubbock)

Lufkin News (Lufkin)

News Messenger (Marshall)

Monitor, The (McAllen)

The Business Times of the RGV (McAllen)

The Monitor (McAllen)

McKinney Courier-Gazette (McKinney)

McKinney Messenger (McKinney)

McKinney Today (McKinney)

Eastfield College (Et Cetera) (Mesquite)

The Et Cetera (Mesquite)

The Mesquite News (Mesquite)

Midland Reporter-Telegram (Midland)

The Midlothian Mirror (Midlothian)

Mineral Wells Index (Mineral Wells)

Mount Pleasant Daily Trib (Mount Pleasant)

Murphy Monitor (Murphy)

The Daily Sentinel (Nacogdoches)

Needville News (Needville)

New Braunfels Herald Zeitung (New Braunfels)

Odessa American (Odessa)

Orange Leader (Orange)

Palestine Herald-Press (Palestine)

Pampa News (Pampa)

Paris News (Paris)

Friendswood Journal (Pearland)

Pflugerville Pflag (Pflugerville)

Plainview Daily Herald (Plainview)

Inside Collin County Business (Plano)

Plano Star Courier (Plano)

Port Arthur News (Port Arthur)

The Lake Front (Portland)

Princeton Herald (Princeton)

Ellis County Chronicle (Red Oak)

Richardson Morning News (Richardson)

The Fort Bend Herald & Texas Coaster (Rosenberg)

Sachse News (Sachse)

San Angelo Standard Times (San Angelo)

La Prensa de San Antonio (San Antonio)

North San Antonio Times (San Antonio)

San Antonio Business Journal (San Antonio)

San Antonio Current (San Antonio)

San Antonio Express-News (San Antonio)

San Marcos Daily Record (San Marcos)

The Seguin Gazette-Enterprise (Seguin)

Seminole Sentinel (Seminole)

Herald Democrat, The (Sherman)


PR Newswire
A UBM plc company

Snyder Daily News (Snyder)

Area Wide Business & Commerce Journal (Stephenville)

Langdon Review of the Arts in Texas (Stephenville)

Stephenville Empire-Tribune (Stephenville)

Tarleton State University (Stephenville)

Sulphur Springs News-Telegram (Sulphur Springs)

Sweetwater Reporter (Sweetwater)

Temple Daily Telegram (Temple)

Texarkana Gazette (Texarkana)

The Tribune (Tomball)

Trinity Standard (Trinity)

Tyler Morning Telegraph (Tyler)

The Van Alstyne Leader (Van Alstyne)

Vernon Record (Vernon)

Victoria Advocate (Victoria)

Baylor Lariat (Waco)

Waco Tribune-Herald (Waco)

Waxahachie Daily Light (Waxahachie)

Weatherford Democrat (Weatherford)

Wichita Falls Times-Record-News (Wichita Falls)

Wilmer Public Citizen (Wilmer)

Wylie News (Wylie)

## Online

Abilene Reporter-News (Abilene)

Allen American (Allen)

Alvarado Post (Alvarado)

Shoppers Gazette (Alvin)

Amarillo Globe-News (Amarillo)

The Amarillo College Ranger (Amarillo)

Andrews Count News Inc (Andrews)

Arlington Morning News - The Dallas Morning News (Arlington)

Athens Review (Athens)

Austin American-Statesman (Austin)

Austin Business Journal (Austin)

Austin Chronicle, The (Austin)

Corpus Christi Caller-Times - Austin Bureau (Austin)

Daily Texan, The (Austin)

The Catholic Spirit (Austin)

High Plains Reader (Bacliff)

Matagorda County Advocate (Bay City)

The Baytown Sun (Baytown)

Beaumont Business Journal (Beaumont)

Beaumont Enterprise (Beaumont)

The Examiner (Beaumont)

Big Spring Herald (Big Spring)

Borger News-Herald (Borger)

Brenham Banner Press (Brenham)

The Brownfield News (Brownfield)

Brownsville Herald (Brownsville)

Texas Southmost College (Brownsville)

Brownwood Bulletin (Brownwood)

Bryan Eagle/Bryan College (Bryan)

Kilgore News Herald (Bullard)

Clear Lake Citizen (Clear Lake)

Cleburne Times-Review (Cleburne)

Clute Brazosport Facts (Clute)

Facts, The (Clute)

Battalion (College Station)

Courier, The (Conroe)

The Copperas Cove Leader Press (Copperas Cove)

Business Journal of Corpus Christi (Corpus Christi)

Corpus Christi Caller-Times (Corpus Christi)

Corsicana Daily Sun (Corsicana)

Navarro County Times (Corsicana)

Houston County Courier (Crockett)

The Zavala County Sentinel (Crystal City)

Al Dia (Dallas)

Chicago Tribune - Dallas Bureau (Dallas)

Dallas Business Journal (Dallas)

Dallas Examiner, The (Dallas)

Dallas Morning News, The (Dallas)

El Lider USA (Dallas)

(888) 776-0942  |  www.prnewswire.com


PR Newswire
A UBM plc company

Oak Cliff Tribune (Dallas)

Quick (Dallas)

Richland College (Dallas)

Southern Methodist Univ. (Dallas)

Texas Triangle (Dallas)

The Dallas Observer (Dallas)

The Texas Herald (Dallas)

The United Methodist Reporter (Dallas)

Turtle Creek News (Dallas)

United Methodist Reporter (Dallas)

Wall Street Journal - Dallas Bureau, The (Dallas)

Del Rio News-Herald (Del Rio)

Denton Record-Chronicle (Denton)

North Texas State Univ - Daily Campus (Denton)

Cedar Hill Today (DeSoto)

DeSoto Today (DeSoto)

Duncanville Today (Duncanville)

El Diario De El Paso (El Paso)

El Paso Inc. (El Paso)

El Paso Times (El Paso)

Elgin Courier (Elgin)

Ennis Daily News (Ennis)

Farmersville Times (Farmersville)

Diario La Estrella (Fort Worth)

Fort Worth Business Press (Fort Worth)

Fort Worth Star-Telegram (Fort Worth)

Fort Worth Weekly (Fort Worth)

TCU Daily Skiff (Fort Worth)

Texas Christian University (Fort Worth)

The North Texas Catholic (Fort Worth)

African American Focus Newspapers (Fresno)

Gainesville Daily Register (Gainesville)

Galveston County Daily News (Galveston)

Garland Area Democratic Voice (Garland)

The Garland News (Garland)

Grand Prairie Times (Grand Prairie)

Greenville Herald-Banner (Greenville)

Groveton News (Groveton)

Harlingen Valley Morning Star (Harlingen)

Valley Morning Star (Harlingen)

Henderson Daily News (Henderson)

Hereford Brand (Hereford)

1960 Sun (Houston)

African News-Digest (Houston)

Business Pros Newspaper (Houston)

Copperfield Sun (Houston)

Daily Court Review (Houston)

El Gato Media Network (Houston)

Houston Business Journal (Houston)

Houston Chronicle (Houston)

Houston Latino Magazine (Houston)

Houston Press (Houston)

Little Saigon News (Houston)

Los Angeles Times - Houston Bureau (Houston)

New York Times - Houston Bureau, The (Houston)

Reuters - Houston Bureau (Houston)

The Egalitarian (Houston)

Wall Street Journal - Houston Bureau, The (Houston)

Huntsville Item (Huntsville)

The Collegian (Hurst)

The Irving Rambler (Irving)

Jack County Herald (Jacksboro)

Jacksonville Daily Progress (Jacksonville)

Jefferson Jimplecute (Jefferson)

The Jewett Messenger Inc. (Jewett)

Kerrville Daily Times (Kerrville)

Kilgore News Herald (Kilgore)

Killeen Daily Herald (Killeen)

South Texan (Kingsville)

The Lake Cities Sun (Lake Dallas)

Laredo Morning Times (Laredo)

Laredo Times (Laredo)

Resolute Media Group (Lewisville)

Longview News-Journal (Longview)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Lubbock Avalanche-Journal (Lubbock)

Texas Tech University-The Daily Toreador (Lubbock)

The Latino Weekly (Lubbock)

Lufkin News (Lufkin)

News Messenger (Marshall)

Monitor, The (McAllen)

The Business Times of the RGV (McAllen)

The Monitor (McAllen)

McKinney Courier-Gazette (McKinney)

McKinney Messenger (McKinney)

McKinney Today (McKinney)

Eastfield College (Et Cetera) (Mesquite)

The Et Cetera (Mesquite)

The Mesquite News (Mesquite)

Midland Reporter-Telegram (Midland)

The Midlothian Mirror (Midlothian)

Mineral Wells Index (Mineral Wells)

Mount Pleasant Daily Trib (Mount Pleasant)

Murphy Monitor (Murphy)

The Daily Sentinel (Nacogdoches)

Needville News (Needville)

New Braunfels Herald Zeitung (New Braunfels)

Odessa American (Odessa)

Orange Leader (Orange)

Palestine Herald-Press (Palestine)

Pampa News (Pampa)

Paris News (Paris)

Friendswood Journal (Pearland)

Pflugerville Pflag (Pflugerville)

Plainview Daily Herald (Plainview)

Inside Collin County Business (Plano)

Plano Star Courier (Plano)

Port Arthur News (Port Arthur)

The Lake Front (Portland)

Princeton Herald (Princeton)

Ellis County Chronicle (Red Oak)

Richardson Morning News (Richardson)

The Fort Bend Herald & Texas Coaster (Rosenberg)

Sachse News (Sachse)

San Angelo Standard Times (San Angelo)

La Prensa de San Antonio (San Antonio)

North San Antonio Times (San Antonio)

San Antonio Business Journal (San Antonio)

San Antonio Current (San Antonio)

San Antonio Express-News (San Antonio)

San Marcos Daily Record (San Marcos)

The Seguin Gazette-Enterprise (Seguin)

Seminole Sentinel (Seminole)

Herald Democrat, The (Sherman)

Snyder Daily News (Snyder)

Area Wide Business & Commerce Journal (Stephenville)

Langdon Review of the Arts in Texas (Stephenville)

Stephenville Empire-Tribune (Stephenville)

Tarleton State University (Stephenville)

Sulphur Springs News-Telegram (Sulphur Springs)

Sweetwater Reporter (Sweetwater)

Temple Daily Telegram (Temple)

Texarkana Gazette (Texarkana)

The Tribune (Tomball)

Trinity Standard (Trinity)

Tyler Morning Telegraph (Tyler)

The Van Alstyne Leader (Van Alstyne)

Vernon Record (Vernon)

Victoria Advocate (Victoria)

Baylor Lariat (Waco)

Waco Tribune-Herald (Waco)

Waxahachie Daily Light (Waxahachie)

Weatherford Democrat (Weatherford)

Wichita Falls Times-Record-News (Wichita Falls)

Wilmer Public Citizen (Wilmer)

Wylie News (Wylie)

## Radio

KACU-FM (Abilene)


PR Newswire
A UBM plc company

KACC-FM (Alvin)

KIXZ-AM (Amarillo)

KXGL-FM (Amarillo)

ABC Radio (Arlington)

KCBI-FM (Arlington)

KPYN-AM (Atlanta)

Earth & Sky (Austin)

KASE-FM (Austin)

KAZI-FM (Austin)

KLBJ-AM (Austin)

KMFA Radio, Texas State Radio Network (Austin)

KTXX-FM (Austin)

KUT Radio (Austin)

KUT-FM (Austin)

KVET-AM (Austin)

KVET-FM (Austin)

KWNX-AM (Austin)

Latino USA (Austin)

The Patrick Phillips Show (Austin)

KLVI-AM (Beaumont)

KBYG-AM (Big Spring)

WTAW-AM (College Station)

KETR-FM (Commerce)

KEDT-FM (Corpus Christi)

KKTX-AM (Corpus Christi)

KERA-FM (Dallas)

KLIF-AM (Dallas)

KPMZ-FM (Dallas)

KRLD-AM (Dallas)

Metro Networks - Dallas Bureau (Dallas)

Texas State Networks (Dallas)

USA Radio Network (Dallas)

WBAP-AM (Dallas)

KNTU-FM (Denton)

KELP-AM (El paso)

KHEY-FM (El Paso)

KPRR-FM (El Paso)

KTEP-FM (El Paso)

KTSM-AM (El Paso)

KTSM-FM (El Paso)

The Earth Train (Flower Mound)

KPFC-FM (Gainesville)

Ask Andrea (Garland)

Mother Earth News Radio (Garland)

KBHT-FM (Grapeland)

KPAN-AM (Hereford)

Clear Channel Radio (Houston)

KCOH-AM (Houston)

KGLK-FM (Houston)

KHPT-FM (Houston)

KHTC-FM (Houston)

KIKK-AM (Houston)

KKBQ-FM (Houston)

KNTH-AM (Houston)

KPFT-FM (Houston)

KROI-FM (Houston)

KTHT-FM (Houston)

KTRH-AM (Houston)

KTSU-FM (Houston)

KUHF-FM (Houston)

Metro Networks - Houston Bureau (Houston)

NPR's LATINO USA (Houston)

Nuevo Milenio Radio (Houston)

Yahoo! Sports Radio (Houston)

KSKY-AM (Irving)

KFMX-FM (Lubbock)

KFYO-AM (Lubbock)

KKAM-AM (Lubbock)

KKCL-FM (Lubbock)

KQBR-FM (Lubbock)

KTTZ-FM (Lubbock)

KZII-FM (Lubbock)

KJTV-AM (Lubbox)

KTTU-FM (Lubbox)

(888) 776 0942 | www.prnewswire.com

PR Newswire
A UBM plc company

KURV-AM (McAllen)

KCRS-AM (Odessa)

KNET-AM (Palestine)

KYYK-FM (Palestine)

East Texas Radio (Paris)

KXDJ-FM (Perryton)

Sporting News Radio (Roanoke)

KBBT-FM (San Antonio)

KCOR-AM (San Antonio)

KCYY-FM (San Antonio)

KGSX-FM (San Antonio)

KKYX-AM (San Antonio)

KPWT-FM (San Antonio)

KROM-FM (San Antonio)

KSMG-FM (San Antonio)

KTFM-FM (San Antonio)

KTKR-AM (San Antonio)

KTSA-AM (San Antonio)

KXTN-FM (San Antonio)

WOAI-AM (San Antonio)

KWED-AM (Seguin)

UTN Channel 38.5 (Sugar Land)

KXOX-AM (Sweetwater)

KXOX-FM (Sweetwater)

KKTK-AM (Texarkana)

KTXK-FM (Texarkana)

KNUE-FM (Tyler)

KTBB-AM (Tyler)

## Television

KRBC-TV (Abilene)

KTAB-TV (Abilene)

KTXS-TV (Abilene)

KAMR-TV (Amarillo)

KFDA-TV (Amarillo)

KVII-TV (Amarillo)

KAKW-TV (Austin)

KEYE-TV (Austin)

KLRU-TV (Austin)

KTBC-TV (Austin)

KVUE-TV (Austin)

KXAN-TV (Austin)

Más TV Publicaciones LLC (Austin)

News 8 Austin (Austin)

KFDM-TV (Beaumont)

KBTX-TV (Bryan)

KORO-TV (Corpus Christi)

KRIS-TV (Corpus Christi)

KDAF-TV (Dallas)

KDFW-TV (Dallas)

KUVN-TV (Dallas)

KXTX-TV (Dallas)

SMU-TV (Dallas)

Texas Cable News - TXCN (Dallas)

TPC Studios (Dallas)

WFAA-TV (Dallas)

KKCO-TV (Denison)

KTEN-TV (Denison)

KDBC-TV (El Paso)

KFOX-TV (El paso)

KINT-TV (El paso)

KTSM-TV (El Paso)

KVIA-TV (El Paso)

KTVT-TV (Fort Worth)

KXAS-TV (Fort Worth)

Barrington Broadcasting Group (Images pool)
(Harlingen)

KGBT-TV (Harlingen)

Belo, Inc. (Houston)

KHOU-TV (Houston)

KIAH-TV (Houston)

KPRC-TV (Houston)

KRIV-TV (Houston)

KTMD-TV (Houston)

KTRK-TV (Houston)

(888) 776 0942 | www.prnewswire.com

PR Newswire
A UBM plc company

KXLN-TV (Houston)
KGNS-TV (Laredo)
KLDO-TV (Laredo)
KCBD-TV (Lubbock)
KJTV-TV (Lubbock)
KLBK-TV (Lubbock)
KTRE-TV (Lufkin)
Entravision (McAllen)
KNVO-TV (McAllen)
McAllen Cable Network (McAllen)
KMID-TV (Midland)
KWES-TV (Midland)
KOSA-TV (Odessa)
Plano Television Network (Plano)
KACB-TV (San Angelo)
KSAN-TV (San Angelo)
KABB-TV (San Antonio)
KENS-TV (San Antonio)
KSAT-TV (San Antonio)
KVDA-TV (San Antonio)
KWEX-TV (San Antonio)
WOAI-TV (San Antonio)
KXII-TV (Sherman)
KRIV-TV (Spring)
KCEN-TV (Temple)
KTAL-TV (Texarkana)
KLTV-TV (Tyler)
KYTX-TV (Tyler)
KAVU-TV (Victoria)
KWKT-TV (Waco)
KWTX-TV (Waco)
KXXV-TV (Waco)
KRGV-TV (Weslaco)
KAUZ-TV (Wichita Falls)
KFDX-TV (Wichita Falls)

## UTAH

### Magazine

Utah Buildings (Orem)
Luxury Living Magazine (Park City)
Slug magazine (Salt Lake City)

### News Service

Associated Press - Salt Lake City Bureau (Salt Lake City)

### Newspaper

Cedar City Daily News (Cedar City)
The Herald Journal (Logan)
Standard-Examiner (Ogden)
The Signpost Weber State University (Ogden)
Daily Herald, The (Provo)
Daily Universe (Provo)
Deseret News (Salt Lake City)
Salt Lake City Weekly (Salt Lake City)
Salt Lake Tribune, The (Salt Lake City)
Utah Business Magazine (Salt Lake City)
Spectrum Daily News (St. George)
The Leader (Tromonton)

### Online

Jetson Green (Salt Lake City)
ksl.com (Salt Lake City)
The Daily Cartoonist (Sandy)
Etcetera (St. George)
St. George News (Washington)
UtahLug.org (West Jordan)

### Radio

Animal Radio Network (Kanab)
KBLQ-FM (Logan)
KUSU-FM (Logan)
KVNU-AM (Logan)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

KMTI-AM (Manti)
KCYN-FM (Moab)
KCPW-FM (Park City)
BYU Radio (Provo)
KBYU-FM (Provo)
KCPW-FM (Salt Lake City)
KEGA-AM (Salt Lake City)
KJMY-FM (Salt Lake City)
KKAT-AM (Salt Lake City)
KMJI-FM (Salt Lake City)
KNRS-AM (Salt Lake City)
KNRS-FM (Salt Lake City)
KODJ-FM (Salt Lake City)
KOSY-FM (Salt Lake City)
KRSP-FM (Salt Lake City)
KSL-AM (Salt Lake City)
KSOP-AM (Salt Lake City)
KSOP-FM (Salt Lake City)
KUER-FM (Salt Lake City)
KXRV-FM (Salt Lake City)
KZHT-FM (Salt Lake City)
KDXU-AM (St. George)

## Television

KUTV-TV (Layton)
KJZZ-TV (Salt Lake City)
KSL-TV (Salt Lake City)
KSTU-TV (Salt Lake City)
KTVX-TV (Salt Lake City)
KUTV-TV (Salt Lake City)
Salt TV Network (Salt Lake City)
Starfish Television Network (Salt Lake City)
KCSG Television (St. George)

## VERMONT

## Magazine

Eating Well Magazine (Charlotte)

## News Service

Associated Press - Montpelier Bureau (Montpelier)

## Newspaper

Barre Times Argus (Barre)
Times Argus (Barre/Montpelier)
Bennington Banner (Bennington)
Rutland Herald - Bennington Bureau (Bennington)
Brattleboro Reformer (Brattleboro)
Burlington Free Press (Burlington)
The Defender (Colchester)
The Critic (Lyndonville)
Manchester Journal (Manchester Center)
Newport Daily Express (Newport)
Champlain Business Journal (Rutland)
Rutland Business Journal (Rutland)
Rutland Herald (Rutland)
St. Albans Messenger (St. Albans)
St. Johnsbury Caledonian-Record (St. Johnsbury)
Stowe Reporter (Stowe)
Deerfield Valley News (West Dover)
Vermont Guardian (Winooski)

## Online

The Carpetbagger Report (Essex Junction)

## Radio

WBTN-AM (Bennington)
WTSA-FM (Brattleboro)
WBTN-FM (Colchester)
WRVT-FM (Colchester)
WVPA-FM (Colchester)
WVPR-FM (Colchester)

PR Newswire
A UBM plc company

WVPS-FM (Colchester)
WGMT-FM (Lyndonville)
WRMC-FM (Middlebury)
WNCS-FM (Montpelier)
WLVB-FM (Morrisville)
WJJR-FM (Rutland)
WSYB-AM (Rutland)
WZRT-FM (Rutland)
WKXH-FM (St. Johnsbury)
WSTJ-AM (St. Johnsbury)
WCVT-FM (Waterbury)
WDEV-FM (Waterbury)

## Television

Sante Magazine (Bennington)
WCAX-TV (Burlington)
WFFF-TV (Colchester)
Greater Northshore Access TV (Manchester Center)

## VIRGINIA

## Magazine

AH! Cultural Recovery Magazine (Alexandria)
American School Board Journal (Alexandria)
Common Ground Magazine (Alexandria)
Drug & Biologic Guidance Watch (Alexandria)
Journal of Government Financial Management (Alexandria)
Professional Pilot (Alexandria)
Inside CMS (Arlington)
Mobility (Arlington)
On Tap Magazine (Arlington)
Albemarle Magazine (Charlottesville)
Community College Week (Fairfax)
Boomer Life Magazine (Midlothian)
Seniors Guide (Midlothian)
Inside Business (Norfolk)
Norfolk Visitors Guide (Norfolk)

PETA's Animal Times (Norfolk)
Towing & Recovery Footnotes (Norfolk)
Virginia Maritimer (Norfolk)
AFE Facilities Engineering Journal (Reston)
Virginia Nurses Today (Richmond)
Specialized Information Publishers Association (Vienna)

## News Service

Comtex (Alexandria)
Qatar News Agency (Alexandria)
Knowledge Systems (Chantilly)
Washington and Lee University (Lexington)
Gannett News Service (McLean)
Associated Press - Norfolk Bureau (Norfolk)
Associated Press - Richmond Bureau (Richmond)
Associated Press - Roanoke Bureau (Roanoke)
Associated Press - Springfield, Virginia Bureau (Springfield)

## Newspaper

Alexandria Journal (VA) (Alexandria)
Capitol Publications (Alexandria)
Journal Newspapers (Alexandria)
Northern Virginia Journal, The (Alexandria)
Washington Post - Alexandria Bureau, The (Alexandria)
Capitol Leader (Politico) (Arlington)
USA Today (Arlington)
Washington Business Journal (Arlington)
Washington Post Express (Arlington)
Bristol Herald Courier (Bristol)
Albermarle Tribune (Charlottesville)
Cavalier Daily (Charlottesville)
Daily Progress,The (Charlottesville)
Chesterfield Observer (Chesterfield)
Virginian Review (Covington)
Culpeper Star Exponent (Culpeper)
Danville Register & Bee (Danville)

Washington Post - Fairfax Bureau, The (Fairfax)

Falls Church News-Press (Falls Church)

Veterans Vision (Falls Church)

The Iron Blade (Ferrum)

Free Lance-Star, The (Fredericksburg)

Warren County Report Newspaper (Front Royal)

Daily News-Record (Harrisonburg)

Times Community Newspapers (Herndon)

DataTrends Publications (Leesburg)

Washington Post - Loudoun County Bureau, The (Leesburg)

Loudoun Times-Mirror (Loudon County)

News & Advance (Lynchburg)

Washington Post - Manassas Bureau, The (Manassas)

Woodbridge News & Messenger (Manassas)

Martinsville Bulletin (Martinsville)

DC Examiner (McLean)

Herndon Connection (McLean)

USA Today Sports Weekly (McLean)

USA Weekend (McLean)

White House Bulletin (McLean)

Daily Press (Newport News)

Norfolk Virginian Pilot (Norfolk)

Spartan Echo (Norfolk)

The Spartan Echo (Norfolk)

Virginia Business Observer (Norfolk)

Petersburg Progress-Index (Petersburg)

Southwest Times, The (Pulaski)

The Pulaski County Patriot (Pulaski)

Springfield Times-Courier (Reston)

Media General Inc (Richmond)

Richmond Free Press (Richmond)

Richmond Times-Dispatch (Richmond)

The Heart and Soul of the City Newspaper (Richmond)

Virginia Commonwealth Univ-Cmnwlth Times (Richmond)

Washington Post - Richmond Bureau, The (Richmond)

Blue Ridge Business Journal (Roanoke)

Roanoke Times, The (Roanoke)

Smithfield Times, The (Smithfield)

Springfield Army Times (Springfield)

Washington Examiner (Springfield)

Staunton News Leader (Staunton)

Northern Virginia Daily (Strasburg)

Strasburg Northern Virginia Daily (Strasburg)

Tidewater Hispanic News (Virginia Beach)

The Piedmont Virginian (Warrenton)

Washington Post - Fauquier Bureau, The (Warrenton)

Waynesboro News-Virginian (Waynesboro)

Winchester Star (Winchester)

Potomac News (Woodbridge)

## Online

Cybercast News Service (Alexandria)

Pam's House Blend (Alexandria)

ExecutiveMosaic (Annandale)

Project Breakout (Annandale)

Inside The Navy (Arlington)

Oneplace LLC (Arlington)

WashingtonPost.com (Arlington)

Scraps of My Geek Life (Chantilly)

Center for Politics (Charlottesville)

Newsvine (Christiansburg)

Digitizd (Daleville)

AOL GameDaily.com (Dulles)

American String Teacher (Fairfax)

Fred2Blue Blog (Fredericksburg)

Everyday Citizen (Herndon)

IPWatchdog.com (Leesburg)

Laughing Lindsay Blog (Rural Retreat)

America Online (Vienna)

Comments From Left Field Blog (Virginia Beach)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

## Radio

WESR-FM (Accomac)

NRANews (Alexandria)

Salem Radio Network (Arlington)

WETA-FM (Arlington)

WFHG-FM (Bristol)

WXBQ-FM (Bristol)

WFOS-FM (Chesapeake)

WAKG-FM (Danville)

WBTM-AM (Danville)

WFLO-AM (Farmville)

WFLO-FM (Farmville)

WFLS-FM (Fredericksburg)

WGRQ-FM (Fredericksburg)

WWUZ-FM (Fredericksburg)

WYSK-AM (Fredericksburg)

WFVA-AM (Fredricksburg)

WZRV-FM (Front Royal)

WTJZ-AM (Hampton)

WACL-FM (Harrisonburg)

WAZR-FM (Harrisonburg)

WKCI-AM (Harrisonburg)

WKCY-AM (Harrisonburg)

WKCY-FM (Harrisonburg)

WKDW-AM (Harrisonburg)

WSVA-AM (Harrisonburg)

WSVO-FM (Harrisonburg)

WKWI-FM (Kilmarnock)

WLNI-FM (Lynchburg)

WWMC-FM (Lynchburg)

WHRO-FM (Norfolk)

WNIS-AM (Norfolk)

WOWI-FM (Norfolk)

WFNR-AM (Radford)

Virginia News Network - WRVA-AM (Richmond)

WCVE-FM (Richmond)

WHTI-FM (Richmond)

WKHK-FM (Richmond)

WKLR-FM (Richmond)

WMXB-FM (Richmond)

WRVA-AM (Richmond)

WRVQ-FM (Richmond)

WURV-FM (Richmond)

WXGI-AM (Richmond)

WFIR-AM (Roanoke)

WSLC-FM (Roanoke)

WSLQ-FM (Roanoke)

WVBE-AM (Roanoke)

WVBE-FM (Roanoke)

WVTF (Roanoke)

WXLK-FM (Roanoke)

WYTI-AM (Rocky Mount)

WHEO-AM (Stuart)

WRAR-FM (Tappahannock)

Christian Broadcasting Network (Virginia Beach)

WGH-FM (Virginia Beach)

WVBW-FM (Virginia Beach)

WXTG-FM (Virginia Beach)

WNNT-FM (Warsaw)

WINC-AM (Winchester)

WINC-FM (Winchester)

WWRE-FM (Winchester)

WWRT-FM (Winchester)

WYVE-AM/WXBX-FM (Wytheville)

## Television

News Hour With Jim Lehrer (Arlington)

NewsChannel 8 (Arlington)

Reuters Television - Arlington Bureau (Arlington)

WJLA-TV (Arlington)

WCYB-TV (Bristol)

WVIR-TV (Charlottesville)

WTKR-TV (Hampton Roads)

WHSV-TV (Harrisonburg)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Windmill Broadcasting (Irvington)
WSET-TV (Lynchburg)
WTKR-TV (Norfolk)
WVEC-TV (Norfolk)
WAVY-TV (Portsmouth)
WGNT-TV (Portsmouth)
WVBT-TV (Portsmouth)
WRIC-TV (Richmond)
WTVR-TV (Richmond)
WWBT-TV (Richmond)
WDBJ-TV (Roanoke)
WSLS-TV (Roanoke)
WAVY-TV (Virginia Beach)

## WASHINGTON

## Magazine

Executive Media Corp. (Ellensburg)
Military & Aerospace Electronics (Liberty Lake)
425 Magazine (Seattle)
BusinessWeek - Seattle Bureau (Seattle)
City Arts (Seattle)
DList Magazine (Seattle)
Lifelong AIDS Alliance (Seattle)
Seattle Magazine (Seattle)
BUILDERnews magazine (Vancouver)
CoffeeTalk and the Daily Dose (Vashon)

## News Service

Associated Press - Olympia Bureau (Olympia)
Gannett News Service - Olympia Bureau (Olympia)
Washington State University (Pullman)
Associated Press - Seattle Bureau (Seattle)
Bloomberg News - Seattle Bureau (Seattle)
Reuters - Seattle Bureau (Seattle)
Associated Press - Spokane Bureau (Spokane)
Associated Press - Yakima Bureau (Yakima)

## Newspaper

Daily World, The (Aberdeen)
Eastside Journal (Bellevue)
Bellingham Business Journal (Bellingham)
Bellingham Herald (Bellingham)
Kitsap Sun (Bremerton)
Sun, The (Bremerton)
Federal Way News (Burien)
Camas-Washougal Post-Record (Camas)
The Centralia Chronicle (Centralia)
The Chronicle (Centralia)
Cody Enterprise (Cody)
Empire Press (East Wenatchee)
Daily Record (Ellensburg)
Everett Herald (Everett)
Federal Way Mirror (Federal Way)
Forks Forum (Forks)
The Peninsula Gateway (Gig Harbor)
Issaquah Press (Issaquah)
Newcastle News (Issaquah)
Sammamish Review (Issaquah)
Tu Decides/You Decide (Kennewick)
Sea Latino (Kent)
GalTime (Kirkland)
La Conner Weekly News (La Conner)
Chinook Observer (Long Beach)
The Daily News (Longview)
North Seattle Journal (Lynnwood)
The Enterprise (Lynwood)
Mercer Island Reporter (Mercer Island)
Monroe Monitor/Valley News (Monroe)
East County Journal (Morton)
Columbia Basin Herald (Moses Lake)
Mount Vernon Skagit Valley Herald (Mount Vernon)
Olympian, The (Olympia)
Omak Chronicle (Omak)
Tri-City Herald (Pasco)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Port Angeles Peninsula Daily News (Port Angeles)
Kitsap Peninsula Business Journal (Port Orchard)
Puyallup Herald (Puyallup)
Willapa Harbor Herald (Raymond)
The Business Report (Renton)
Ritzville Adams County Journal (Ritzville)
South County Sun (Royal City)
Los Angeles Times - Seattle Bureau (Seattle)
New York Times - Seattle Bureau, The (Seattle)
Puget Sound Business Journal (Seattle)
Seattle Business Monthly (Seattle)
Seattle Daily Journal of Commerce (Seattle)
Seattle Post-Intelligencer (Seattle)
Seattle Times (Seattle)
The Spectator (Seattle)
Washington CEO (Seattle)
Sequim Gazette (Sequim)
The Kitsap Navy News (Silverdale)
Skagit Valley Herald (Skagit)
Northwest Pacific Inlander (Spokane)
Spokane Journal of Business (Spokane)
Spokesman-Review, The (Spokane)
Business Examiner, The (Tacoma)
News Tribune (Tacoma)
Columbian, The (Vancouver)
Vancouver Business Journal (Vancouver)
Walla Walla Union-Bulletin (Walla Walla)
Wenatchee Business Journal (Wenatchee)
Wenatchee World (Wenatchee)
Yakima Herald-Republic (Yakima)

## Online

Group News Blog (Bellevue)
MaeGal (Carlsborg)
Eat All About It (Edmonds)
http://jsbowling.blogspot.com/ (Issaquah)
WatchMoviesOn (Maple Valley)

Central87 com (Olympia)
GoodTherapy.org (Olympia)
Katie Reviews (Otis Orchards)
CityRoom.com (Port Townsend)
MSNBC Interactive (Redmond)
ManTestedRecipes.com (Seatte)
Crosscut.com (Seattle)
EarthTechling (Seattle)
Greater Seattle On The Cheap (Seattle)
LostRemote.com (Seattle)
My Crew Magazine (Seattle)
Seattle Spin (Seattle)
StockWiz.com (Seattle)
TechFlash (Seattle)
Wetpaint (Seattle)
FreshAirTimes.com (Spanaway)
Fit News (Spokane)
Our Funny Little Family (Spokane)
NetNewsPublisher com (Vancouver)
The News Portal (Vancouver)
The PageMeld Blog (Vashon)

## Radio

KBKW-AM (Aberdeen)
KXRO-AM (Aberdeen)
Fuzion Mobile (Arlington)
KRWM-FM (Bellevue)
KISM-FM (Bellingham)
KUGS-FM (Bellingham)
KITI-AM (Centralia)
KITI-FM (Centralia)
KMNT-FM (Centralia)
KRXY-FM (Centralia)
KOZI-AM (Chelan)
KOZI-FM (Chelan)
KCGL-FM (Cody)
KODI-AM (Cody)

(888) 776 0942 | www.prnewswire.com

PR Newswire
A UBM plc company

KTAG-FM (Cody)

KZMQ-AM (Cody)

KEEH-FM (College Place)

KGTS-FM (College Place)

KPLL-LP (College Place)

KPLW-FM (College Place)

KYPL-FM (College Place)

KCRK-FM (Colville)

KCVL-AM (Colville)

KXLE-AM (Ellensburg)

KXLE-FM (Ellensburg)

KULE-FM (Ephrata)

KRKO Radio (Everett)

KVAS-FM (Ilwata)

KLOG-AM (Kelso)

KUKN-FM (Kelso)

KKSR-FM (Kennewick)

KONA-AM/FM (Kennewick)

KOHO-FM (Leavenworth)

KFMY-FM (Olympia)

KONA-AM (Pasco)

KONP-AM (Port Angeles)

KRFA-FM (Pullman)

KBCS-FM (Seattle)

KBKS-FM (Seattle)

KCIS-AM (Seattle)

KEXP-FM (Seattle)

KGNW-AM (Seattle)

KIRO-AM (Seattle)

KIRO-FM (Seattle)

KKOL (Seattle)

KKOL-AM (Seattle)

KLFE-AM (Seattle)

KMPS-FM (Seattle)

KNHC-FM (Seattle)

KOMO-AM (Seattle)

KPLU-FM (Seattle)

KPLZ-FM (Seattle)

KPTK-AM (Seattle)

KQBZ-FM (Seattle)

KUOW-FM (Seattle)

KVI-AM (Seattle)

KWJZ-FM (Seattle)

KZOK-FM (Seattle)

Metro Networks - Seattle Bureau (Seattle)

KMAS-AM (Shelton)

KCDA-FM (Spokane)

KGA-AM (Spokane)

KIXZ-FM (Spokane)

KKZX-FM (Spokane)

KPBX-FM (Spokane)

KQNT-AM (Spokane)

KXLY-AM (Spokane)

i91now (Tacoma)

KYYT-FM (The Dalles)

KYNR-AM (Toppenish)

KCSY-FM (Twisp)

Business Talk Radio (Wenatchee)

KKRT-AM (Wenatchee)

KKRV-FM (Wenatchee)

KPQ-AM (Wenatchee)

KBBO-AM (Yakima)

KIT-AM (Yakima)

## Television

KIDQ-TV (Clarkston)

Blue Mountain Television (College Place)

Blue Mountain TV (College Place)

iFIBER One News (Ephrata)

KNDU-TV (Kennewick)

KVEW-TV (Kennewick)

KEPR-TV (Pasco)

MSNBC (Redmond)

KCPQ-TV (Seattle)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

KING 5 NEWS-Belo Corp (Seattle)

KING-TV (Seattle)

KIRO-TV (Seattle)

KOMO-TV (Seattle)

KONG-TV (Seattle)

KREM-TV (Seattle)

Northwest Cable News (Seattle)

Seattle Channel (Seattle)

KAYU-TV (Spokane)

KHQ-TV (Spokane)

KREM-TV (Spokane)

KXLY-TV (Spokane)

Digital News Resources (Vancouver)

KAPP-TV (Yakima)

KEPR - TV (Yakima)

KIMA-TV (Yakima)

KLEW-TV (Yakima)

KNDO-TV (Yakima)

## WEST VIRGINIA

## Magazine

West Virginia School Journal (Charleston)

West Virginia Executive (Cross Lanes)

Quick Printing (South Charleston)

## News Service

Associated Press - Charleston, West Virginia Bureau
(Charleston)

Associated Press - Huntington Bureau (Huntington)

Associated Press - Morgantown Bureau
(Morgantown)

## Newspaper

Beckley Register-Herald (Beckley)

Bluefield Daily Telegraph (Bluefield)

Record Delta (Buckhannon)

Standard (Cabell)

Charleston Daily Mail (Charleston)

Charleston Gazette, The (Charleston)

The State Journal (Charleston)

Clarksburg-Exponent Telegram (Clarksburg)

West Virginia Standard (Culloden)

Elkins The Inter-Mountain (Elkins)

Fairmont Times West Virginian (Fairmont)

Mountain Statesman (Grafton)

Herald-Dispatch, The (Huntington)

Huntington Quarterly (Huntington)

Keyser Mineral Daily News Tribune (Keyser)

Logan Banner (Logan)

Martinsburg Journal (Martinsburg)

The Journal (Martinsburg)

Daily Athenaeum (Morgantown)

Dominion Post, The (Morgantown)

The Daily Athenaeum (Morgantown)

Moundsville Echo (Moundsville)

News Sentinel (Parkersburg)

Point Pleasant Register (Point Pleasant)

The Wayne County News (Wayne)

The Weirton Daily Times (Weirton)

Weston Democrat (Weston)

Wheeling News-Register (Wheeling)

Williamson Daily News (Williamson)

## Online

American Public Media / Patchworknation.org
(Charleston)

## Radio

WWNR-AM (Beckley)

West Virginia Public Radio (Charleston)

WQBE-FM (Charleston)

WVPN-FM (Charleston)

WVSR-FM (Charleston)

WVTS-AM (Charleston)

WFGH-FM (Fort gay)

PR Newswire
A UBM plc company

WAMX-FM (Huntington)
WIRO-AM (Huntington)
WKEE-FM (Huntington)
WMUL-FM (Huntington)
WTCR-FM (Huntington)
WVHU-AM (Huntington)
WVOW-AM (Logan)
WRNR-AM (Martinsburg)
WCLG-AM (Morgantown)
WWVU-FM (Morgantown)
WRON-AM (Ronceverte)
WRON-FM (Ronceverte)
WLTP-AM (Vienna)
WNUS-FM (Vienna)
WRVB-FM (Vienna)
WRZZ-FM (Vienna)
WEIR-AM (Weirton)
WWVA-AM (Wheeling)

## Television

WVVA-TV (Bluefield)
WDTV-TV (Bridgeport)
WCHS-TV (Charleston)
WSAZ-TV (Charleston)
WBOY-TV (Clarksburg)
WVNS-TV (Ghent)
WOWK-TV (Huntington)
WOAY-TV (Oak Hill)
WTAP-TV (Parkersburg)
WTRF-TV (Wheeling)

## WISCONSIN

## Magazine

Cross Country Skier (Cable)
Senior Wire news service (Hartland)
Goldmine magazine (Iola)

Random Publishing, Inc. (Kenosha)
Reviewboard Magazine (Kenosha)
Daily Cardinal, The (Madison)
In Business Magazine (Madison)
TravelLady Magazine (Madison)
MKE (Milwaukee)
Birder's World (Waukesha)

## News Service

Tribune Media Services - Glendale Bureau (Glendale)
Associated Press - Madison Bureau (Madison)
iNews LLC (Madison)
Associated Press - Milwaukee Bureau (Milwaukee)
Marquette University (Milwaukee)
Associated Press - Wausau Bureau (Wausau)

## Newspaper

Antigo Daily Journal (Antigo)
Appleton Post Crescent (Appleton)
The Daily Press (Ashland)
Baraboo News-Republic (Baraboo)
Beloit Daily News (Beloit)
Blair Press (Blair)
Chippewa Herald (Chippewa Falls)
National Catholic Register (Cudahy)
The Dodgeville Chronicle (Dodgeville)
Eau Claire Press Co. (Eau Claire)
Leader-Telegram (Eau Claire)
Reporter, The (Fond du Lac)
Fort Atkinson Jefferson County Union (Fort Atkinson)
Inter County Leader (Frederic)
Green Bay Press-Gazette (Green Bay)
News-Chronicle (Green Bay)
Janesville Gazette (Janesville)
Kenosha News (Kenosha)
La Crosse Tribune (La Crosse)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

Capital Times , The (Madison)

La Comunidad News (Madison)

University of Wisconsin (Madison)

Wisconsin State Journal (Madison)

Herald Times Reporter (Manitowoc)

Marinette Eagle Herald (Marinette)

Marshfield News-Herald, The (Marshfield)

BizTimes Media (Milwaukee)

Business Journal, The (Milwaukee)

Marquette Tribune (Milwaukee)

Milwaukee Community Journal (Milwaukee)

Milwaukee Daily Reporter (Milwaukee)

Milwaukee Journal Sentinel (Milwaukee)

Small Business Times (Milwaukee)

The Business Journal Serving Greater Milwaukee (Milwaukee)

University of Wisconsin (Milwaukee)

Monroe Times (Monroe)

Oshkosh Northwestern (Oshkosh)

Ozaukee Press (Port Washington)

Portage Daily Register (Portage)

Racine Journal Times (Racine)

Rhinelander Daily News (Rhinelander)

The Northwoods River News (Rhinelander)

Shawno Leader (Shawano)

Sheboygan Press, The (Sheboygan)

Portage County Gazette (Stevens Point)

Stevens Point Journal (Stevens Point)

Door County Advocate (Sturgeon Bay)

Superior Daily Telegram (Superior)

Bayfield County Journal (Washburn)

The Ashland Current (Washburn)

Waukesha Freeman (Waukesha)

Wausau Daily Herald (Wausau)

Wausau Daily News (Wausau)

West Bend Daily News (West Bend)

Daily Tribune (Wisconsin Rapids)

Gannett Central Wisconsin (Wisconsin Rapids)

Wisconsin Rapids Daily Tribune (Wisconsin Rapids)

## Online

Inside Eau Claire (Eau Claire)

wisbusiness.com (Madison)

Savin' Green Mom Blog - (Oneida)

Pursuitist (Stoughton)

www.beachmaniac.com (Sun Prairie)

GlobalGeneratorSets.com (Waukesha)

The Bloor Group (Waukesha)

## Radio

WACD/FM (Antigo)

WAPL-FM (Appleton)

WECB-FM (Appleton)

WHBY-FM (Appleton)

WSCO-AM (Appleton)

WCFW-FM (Chippewa Falls)

WFDL-AM (Fond Du Lac)

WFDL-FM (Fond Du Lac)

WFAW-AM (Fort Atkinson)

WSJY-FM (Fort Atkinson)

WTKM-FM (Hartford)

WRLS-FM (Hayward)

WGTD-FM (Kenosha)

WIZM-AM (La Crosse)

WIZM-FM (La Crosse)

WKTY-AM (La Crosse)

WRQT-FM (La Crosse)

Board of Regents Unv. Of Wisconsin (Madison)

WIBA-AM (Madison)

WIBA-FM (Madison)

Wisconsin Public Radio (Madison)

WJJO-FM (Madison)

WMAD-FM (Madison)

WMGN-FM (Madison)

WNWC-AM (Madison)

WNWC-FM (Madison)

(888) 776-0942 | www.prnewswire.com

PR Newswire
A UBM plc company

WTDY-AM (Madison)
WTSO-AM (Madison)
WXXM-FM (Madison)
WZEE-FM (Madison)
WOMT-AM (Manitowoc)
WLST-FM (Marinette)
WRJC-AM (Mauston)
WMDC-FM (Mayville)
WKEB-FM (Medford)
WTMJ-AM (Menomonee Falls)
WISN-AM (Milwaukee)
WKKV-FM (Milwaukee)
WMIL-FM (Milwaukee)
WOKY-AM (Milwaukee)
WQBW-FM (Milwaukee)
WRIT-FM (Milwaukee)
WTMJ-AM (Milwaukee)
WUWM-FM (Milwaukee)
WOSH-AM (Oshkosh)
WSUP-FM (Platteville)
WQPC-FM (Prairiedu chien)
WJMC-AM (Rice Lake)
WJMC-FM (Rice Lake)
WRCO-FM (Richland Ctr)
WRPN-FM (Ripon)
WWSP-FM (Stevens Point)
WRVM-FM (Suring)
WJJQ-FM (Tomahawk)
WVRQ-AM (Viroqua)
WDUX-FM (Waupaca)
Midwest Radio Group (Wausau)

## Television

WEAU-TV (Eau Claire)
WQOW-TV (Eau Claire)
WBAY-TV (Green Bay)
WFRV-TV (Green Bay)

WGBA-TV (Green Bay)
WLUK-TV (Green Bay)
WKBT-TV (La Crosse)
WXOW-TV (La Crosse)
WISC-TV (Madison)
WKOW-TV (Madison)
WMTV-TV (Madison)
Milwaukee Public Television (Milwaukee)
WDJT-TV (Milwaukee)
WISN-TV (Milwaukee)
WITI-TV (Milwaukee)
WTMJ-TV (Milwaukee)
WJFW-TV (Rhinelander)
WAOW-TV (Wausau)
WSAW-TV (Wausau)

## WYOMING

### News Service

Associated Press - Cheyenne Bureau (Cheyenne)
Branding Iron (Laramie)

### Newspaper

Star Valley Independent (Afton)
Casper Star Tribune (Casper)
Cheyenne Eagle (Cheyenne)
Wyoming Business Report, The (Cheyenne)
Wyoming Eagle-Tribune (Cheyenne)
Cody Enterprise (Cody)
The Glenrock Bird (Douglas)
Gillette News Record (Gillette)
Jackson Hole News & Guide (Jackson)
Lander Journal (Lander)
Laramie Daily Boomerang (Laramie)
News Letter Journal (Newcastle)
Powell Tribune (Powell)
Rawlins Daily Times (Rawlins)

PR Newswire
A UBM plc company

Riverton Ranger (Riverton)

Rock Springs Rocket Miner (Rock Springs)

The Veterans' Voice (Rock Springs)

Sheridan Press (Sheridan)

Worland N. Wyoming News (Worland)

## Online

Cowboy State Free Press (Cheyenne)

Love, Juliebug (Cheyenne)

## Radio

KUWA-FM (Afton)

KBUW-FM (Buffalo)

KKTL-AM (Casper)

KMGW-FM (Casper)

KRNK-FM (Casper)

KRVK-FM (Casper)

KTRS-FM (Casper)

KTWO-AM (Casper)

KUWC-FM (Casper)

KUYO-AM (Casper)

KWYY-FM (Casper)

KFBC-AM (Cheyenne)

KGAB-AM (Cheyenne)

KIGN-FM (Cheyenne)

KIMB-AM (Cheyenne)

KLEN-FM (Cheyenne)

KCGL-FM (Cody)

KODI-AM (Cody)

KTAG-FM (Cody)

KUWP-FM (Cody)

KZMQ-AM (Cody)

KZMQ-FM (Cody)

KDUW-FM (Douglas)

KKTY-AM (Douglas)

KKTY-AM (Douglas)

KAML-FM (Gillette)

KCOV-LP (FM) (Gillette)

KGWY-FM (Gillette)

KIML-AM (Gillette)

KUWG-FM (Gillette)

KYPR-FM (Gillette)

KUGR-AM (Green River)

KUWZ-FM (Green River)

KUWJ-FM (Jackson)

KDLY-FM (Lander)

KOVE-AM (Lander)

KCGY-FM (Laramie)

KOWB-AM (Laramie)

KUWR-FM (Laramie)

KUWN-FM (Newcastle)

KUXW-FM (Pinedale)

KNWT-FM (Powell)

KCWC-FM (Riverton)

KTAK-FM (Riverton)

KVOW-AM (Riverton)

KQSW-FM (Rock Springs)

KRKK-AM (Rock Springs)

KROE-AM (Sheridan)

KSUW-FM (Sheridan)

KWYO-AM (Sheridan)

KYTI-FM (Sheridan)

KZWY-FM (Sheridan)

KBFS-AM/KYDT-FM (Sundance)

KUWD-FM (Sundance)

KUWT-FM (Thermopolis)

## Television

KGWC-TV (Casper)

KTWO-TV (Casper)

KGWN-TV (Cheyenne)

KCWY-TV (Mills)

PR Newswire
A UBM plc company

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT F

ENGAGE OPPORTUNITY *EVERYWHERE*



## National Hispanic Newsline – General

Distribution to Hispanic media including national and regional newspapers, magazines, blogs, radio and TV stations in the U.S.

In addition, the circuit features the following complimentary added-value services:

- Posting to Hispanic media websites and portals, with complimentary ReleaseWatch Report
- Posted and archived on the PR Newswire for Journalists website and HispanicPRWire.com
- One free Hispanic trade list is included with this distribution. Ask your PR Newswire representative for a list of available categories.

919 points

| Media Type | Media Name |
|---|---|
| Blog | 809RD La Revista! |
| Blog | Acontecer Latino |
| Blog | Actualidad Hispana |
| Blog | Alabama en Español |
| Blog | Alaska en Español |
| Blog | Arizona en Español News |
| Blog | Arkansas en Español News |
| Blog | Avance Hispano |
| Blog | Ayuda Total |
| Blog | Bronx Latino |
| Blog | Buzzfeed |
| Blog | Café Fuerte |
| Blog | California en Español News |
| Blog | Carnetec |
| Blog | Colorado en Español |
| Blog | Comenzando el Día |
| Blog | Con Alma y Corazón |
| Blog | Conneticut en Español |
| Blog | Cynthia Turner's Cynopsis |
| Blog | De Mercadeo y Negocios |
| Blog | Delaware en Español |
| Blog | Diocesan NewsLetter |
| Blog | Dos Lives |
| Blog | Eco Informativo |
| Blog | El Arsenal |
| Blog | Emerging Infectious Diseases Journal |
| Blog | Empowering Latinas |
| Blog | Emprendedores News |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| Blog | ERC Productions |
| Blog | Excelsio |
| Blog | Fama & Fortuna |
| Blog | Fama y Fortuna |
| Blog | Florida en Español News |
| Blog | Foro Noticioso |
| Blog | GalaTView |
| Blog | GenteVision |
| Blog | Georgia en Español News |
| Blog | Global Media Federation |
| Blog | h I s PANIC |
| Blog | Hawaii en Español News |
| Blog | Hispanic Albilene |
| Blog | Hispanic Engineer & Information Technology |
| Blog | Hispanic MPR |
| Blog | Hispanic News Agency |
| Blog | HispanicAd |
| Blog | Hispanically Speaking News |
| Blog | Hispanos En Miami |
| Blog | Hola Woodlands |
| Blog | HoyDallas |
| Blog | Huffington Post Latino Voices |
| Blog | Idaho en Español |
| Blog | Illinois en Español News |
| Blog | Indiana en Español |
| Blog | Iowa en Español |
| Blog | Kansas en Español |
| Blog | KC Gente |
| Blog | Kentucky en Español |
| Blog | La Nota Latina |
| Blog | Latina Lista |
| Blog | Libertad Digital |
| Blog | Louisiana en Español |
| Blog | LuisJimenez.com |
| Blog | Maine en Español |
| Blog | Maryland en Español |
| Blog | Massachusetts en Español |
| Blog | Michigan en Español |
| Blog | Minnesota en Español |
| Blog | Mississippi en Español |
| Blog | Missouri en Español |
| Blog | MisterDJ1 |
| Blog | Montana en Español |

© PR Newswire Association LLC. All rights reserved.



| | |
|---|---|
| Blog | Multicultural Marketing News |
| Blog | My Axel Perez |
| Blog | Nebraska en Español |
| Blog | Nelson Horta Reporta |
| Blog | Nevada en Español |
| Blog | New Hampshire en Español |
| Blog | New Jersey en Español |
| Blog | New Mexico en Español |
| Blog | New York en Español News |
| Blog | NewsandServices.com |
| Blog | North Carolina en Español |
| Blog | North Dakota en Español News |
| Blog | Noticel |
| Blog | Noticias De Todo Un Poco |
| Blog | Ohio en Español News |
| Blog | Oklahoma en Español |
| Blog | One Latina Mom |
| Blog | Oregon en Español |
| Blog | Orlando Cultural |
| Blog | Pennsylvania en Español |
| Blog | Popular Hispanics |
| Blog | Portal Uno |
| Blog | Que Noche |
| Blog | Radio en Onda |
| Blog | Radio Mundial |
| Blog | Recomenzar |
| Blog | Red Inmigrante |
| Blog | Revue Magazine |
| Blog | Rhode Island en Español |
| Blog | Sanahoria |
| Blog | SanDiegoRed |
| Blog | Sensacional |
| Blog | Somos Uno |
| Blog | South Carolina en Español |
| Blog | South Dakota en Español |
| Blog | Tennessee en Español |
| Blog | Texas en Español News |
| Blog | The Cuban Art Project |
| Blog | The Hispanic Press |
| Blog | The Miami Herald - Recomenzar |
| Blog | Tidewater Hispanic |
| Blog | US Hispanics |
| Blog | US Latino |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

| | |
|---|---|
| Blog | Utah en Español News |
| Blog | Vermont en Español |
| Blog | Vidtocracy |
| Blog | Virginia en Español |
| Blog | Voxxi |
| Blog | Washington en Español News |
| Blog | West Virginia en Español |
| Blog | Wisconsin en Español News |
| Blog | Wyoming en Español |
| Cable | Al Jazeera America |
| Cable | CNN en Español |
| Cable | Cubavisión Internacional |
| Cable | DominicanYork TV |
| Cable | Fusion |
| Cable | Galavisión |
| Cable | HBO Latin America |
| Cable | HITN TV |
| Cable | HTV "Latina Voices" |
| Cable | Imagenes del Perú y el Mundo |
| Cable | InfoMás |
| Cable | MTV |
| Cable | New York 1 Noticias |
| Cable | News 12 En Español  - Bronx |
| Cable | News 12 En Español - New Jersey |
| Cable | NTN24 |
| Cable | NY 1 Noticias |
| Cable | Olympusat |
| Cable | RT TV en Español |
| Cable | Salsa Profiles |
| Cable | SuperCanal Caribe |
| Cable | Teleuniverso Canal 29 |
| Cable | Televisa |
| Cable | TGM Productions Inc. |
| Cable | TV2 Dos - Voices of Color - Words of Truth |
| Cable | Tvizion Incorporated |
| Cable | Venevisión |
| Cable | VisionLATINA TV |
| Magazine | ¡Que Onda! Magazine |
| Magazine | ¡Qué Pasa! Magazine |
| Magazine | ¡Viva Arkansas! |
| Magazine | AARP Segunda Juventud |
| Magazine | Actual Magazine |
| Magazine | Americas Quarterly |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| Magazine | Automóvil Panamericano |
| Magazine | Catalina Magazine |
| Magazine | Catholic Herald Magazine |
| Magazine | Conexiones International |
| Magazine | Constru-Guía al Día |
| Magazine | CONTACTO Magazine |
| Magazine | Cosmopolitan for Latinas |
| Magazine | CRONICAS |
| Magazine | De Mujer a Mujer |
| Magazine | Decisive Magazine |
| Magazine | DiversityInc |
| Magazine | D'Latinos Magazine |
| Magazine | Eco Latino Magazine |
| Magazine | El Aviso Magazine |
| Magazine | El Clasificado |
| Magazine | El Milagro |
| Magazine | El Mundo |
| Magazine | El Punto |
| Magazine | El Suplemento de California |
| Magazine | El Tecolote |
| Magazine | Empresarios Business News |
| Magazine | Entérate Magazine |
| Magazine | ESPN Deportes La Revista |
| Magazine | Estudio Espectáculos |
| Magazine | Eva Magazine |
| Magazine | Eventos y Mas Magazine |
| Magazine | Extension Magazine |
| Magazine | Fama Latina |
| Magazine | Gente de Exito Magazín |
| Magazine | Gente de Miami |
| Magazine | Guía práctica para Mamá, Belleza y Salud |
| Magazine | Guía Práctica para tu Boda |
| Magazine | Hispanic Business |
| Magazine | Hispanic Engineer |
| Magazine | Hispanic Enterprise |
| Magazine | Hispanic Journal |
| Magazine | Hispanic Meetings & Travel Magazine |
| Magazine | Hispanic Network Magazine |
| Magazine | Hispanic Target Magazine |
| Magazine | Hombre Magazine |
| Magazine | Iguana Magazine |
| Magazine | Indianapolis Business Journal |
| Magazine | Industria Alimenticia Magazine |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| | |
|---|---|
| Magazine | Inspire Your World Magazine |
| Magazine | Integral USA Magazine |
| Magazine | Inversion y Negocios |
| Magazine | Journal of Agriculture of The University of Puerto Rico |
| Magazine | La Bamba Magazine |
| Magazine | La Familia de Broward |
| Magazine | La Ganga Especial |
| Magazine | La Guia de Tampa |
| Magazine | La Guia del Golfo |
| Magazine | La Jornada Latina |
| Magazine | La Mensajera Magazine |
| Magazine | La Mexicana |
| Magazine | La Regata |
| Magazine | La Revista |
| Magazine | Latin American Perspectives |
| Magazine | Latin Times Magazine |
| Magazine | Latin Trade |
| Magazine | LATINA Style |
| Magazine | LatinFinance |
| Magazine | LatinSpots |
| Magazine | Lion en Español |
| Magazine | Los Angeles Business Journal |
| Magazine | Los Kitos |
| Magazine | MBE - Minority Business Entrepreneur Magazine |
| Magazine | Mercado de Dinero |
| Magazine | Minority Engineer |
| Magazine | Motivos Magazine |
| Magazine | Mujeres de Impacto |
| Magazine | Mundo Hispano - CA |
| Magazine | Mundo Popular |
| Magazine | Nosotros NJ |
| Magazine | Nueva Ola Magazine |
| Magazine | OOORaleUSA |
| Magazine | Opciones Magazín |
| Magazine | Panorama Latin News |
| Magazine | Petroleo International |
| Magazine | Phoenix ahora la revista |
| Magazine | Pinal Hispanic Magazine |
| Magazine | Portada Florida |
| Magazine | POZ Focus |
| Magazine | Produ Hispanic |
| Magazine | Que Onda Magazine! |
| Magazine | Qué Rica Vida |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

| | |
|---|---|
| Magazine | Quinceañera Magazine |
| Magazine | Raices De Todos Magazine |
| Magazine | Realidad Hispana |
| Magazine | Revista Esmeralda |
| Magazine | Revista Expresión |
| Magazine | Revista Hispana |
| Magazine | Revista Houston |
| Magazine | Revista Mi Pediatra y Familia |
| Magazine | Revista Mía |
| Magazine | Revista Momentos USA |
| Magazine | Revista Panamericana de Salud Publica |
| Magazine | Revista Weekend |
| Magazine | Saludos Hispanos |
| Magazine | Ser Empresario |
| Magazine | Ser Padres |
| Magazine | She Magazine |
| Magazine | SHPE Magazine |
| Magazine | Silueta Magazine |
| Magazine | Skipping Stones |
| Magazine | Socialite Magazine |
| Magazine | SPANGLISH Magazine |
| Magazine | Su Socio de Negocios |
| Magazine | Teleritmo de Arizona |
| Magazine | Televisa Publishing |
| Magazine | Transporte Latino Magazine |
| Magazine | TVNotasUSA |
| Magazine | Vista America |
| Magazine | Vistazo |
| Magazine | Viva Now |
| Magazine | Voltaje Magazine |
| Magazine | Ya magazine |
| Magazine | Zeta |
| Newsletter | AHAA Newsletter |
| Newspaper | 7 Días |
| Newspaper | Adelante Valle |
| Newspaper | Ahora News |
| Newspaper | AL DIA |
| Newspaper | Al Día |
| Newspaper | Al día en América |
| Newspaper | Alianza Metropolitan News |
| Newspaper | Bajo el Sol |
| Newspaper | Bell Gardens Sun |
| Newspaper | Birmingham Latino |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

| | |
|---|---|
| Newspaper | Buenos Días Nebraska |
| Newspaper | Cambalache Newspaper |
| Newspaper | Cambio Newspaper |
| Newspaper | Campana News |
| Newspaper | Caribbean Business |
| Newspaper | CENTRO Mi Diario |
| Newspaper | City Terrace Comet |
| Newspaper | Claridad |
| Newspaper | CNY Latino |
| Newspaper | Commerce Comet |
| Newspaper | Conexión News |
| Newspaper | Dallas Observer |
| Newspaper | Daytona Beach News-Journal |
| Newspaper | De Norte a Sur |
| Newspaper | Día a Día News |
| Newspaper | Diario El Popular |
| Newspaper | Diario Horizonte |
| Newspaper | Diario Las Américas |
| Newspaper | Diario Libre |
| Newspaper | Dominicanos Hoy |
| Newspaper | Doral Tribune |
| Newspaper | Dos Mundos |
| Newspaper | Eastside Sun |
| Newspaper | Ecuador News |
| Newspaper | El Aguila |
| Newspaper | El Amanecer |
| Newspaper | El Anunciante |
| Newspaper | El Argentino |
| Newspaper | El Bohemio |
| Newspaper | El Centinela |
| Newspaper | El Central Hispanic News |
| Newspaper | El Centroamericano Prensa Libre |
| Newspaper | El Chicago Hispano |
| Newspaper | El Comercio Colorado |
| Newspaper | El Comercio Newspaper |
| Newspaper | El Conquistador |
| Newspaper | El Coyote Hispanic Newspaper |
| Newspaper | El Defensor Chieftain |
| Newspaper | El Diario (Ciudad Juarez) |
| Newspaper | El Diario de El Paso |
| Newspaper | El Diario La Prensa |
| Newspaper | El Eco de Virginia |
| Newspaper | El Editor |

© PR Newswire Association LLC. All rights reserved.

ENGAGE OPPORTUNITY *EVERYWHERE*



| | |
|---|---|
| Newspaper | El Enfoque |
| Newspaper | El Especial |
| Newspaper | El Especial y El Especilito |
| Newspaper | El Especilito |
| Newspaper | El Expresso de Puerto Rico |
| Newspaper | EL EXTRA |
| Newspaper | El Faro del Suroeste |
| Newspaper | El Faro News |
| Newspaper | El Gigante Hispano |
| Newspaper | El Heraldo De Chicago |
| Newspaper | El Heraldo de Colorado |
| Newspaper | El Heraldo News |
| Newspaper | El Hispanic News |
| Newspaper | El Hispano News |
| Newspaper | El Hispano Universal |
| Newspaper | El Hispano Wisconsin |
| Newspaper | El Imparcial |
| Newspaper | El Informador del Valle |
| Newspaper | El Informador Hispano |
| Newspaper | El Inmigrante Newspaper |
| Newspaper | El Latino American Newspaper |
| Newspaper | El Latino CC Newspaper |
| Newspaper | El Latino San Diego |
| Newspaper | El Latino Semanal |
| Newspaper | El Líder |
| Newspaper | El Lider USA |
| Newspaper | El Mañana |
| Newspaper | El Mensajero |
| Newspaper | El Mexicalo |
| Newspaper | El Mexicano Newspaper |
| Newspaper | El Migrante |
| Newspaper | El Mundo Boston |
| Newspaper | El Mundo Newspaper |
| Newspaper | El Mundo y Latinoamérica |
| Newspaper | El Norte |
| Newspaper | El Norte - Puerto Rico |
| Newspaper | El Nuevo Americano |
| Newspaper | El Nuevo Coqui Newspaper |
| Newspaper | El Nuevo Día |
| Newspaper | El Nuevo Georgia |
| Newspaper | El Nuevo Herald |
| Newspaper | El Nuevo Heraldo |
| Newspaper | El Observador |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| | |
|---|---|
| Newspaper | El Occidental |
| Newspaper | El Osceola Star Newspaper |
| Newspaper | El Pais - Washington Bureau |
| Newspaper | El Paisano |
| Newspaper | El Paso Times |
| Newspaper | El Periódico El Salvador USA |
| Newspaper | El Periódico Nuevo |
| Newspaper | El Periodico USA |
| Newspaper | El Periódico USA |
| Newspaper | EL POPULAR |
| Newspaper | El Progreso Hispano |
| Newspaper | El Progreso Hispano Newspaper |
| Newspaper | El Pueblo Catolico |
| Newspaper | El Pueblo Latino |
| Newspaper | El Puente Newspaper |
| Newspaper | El Punto News |
| Newspaper | El Punto Semanal |
| Newspaper | El Salvador Día a Día |
| Newspaper | El Semanario |
| Newspaper | El Semanario Arizona |
| Newspaper | El Semanario California |
| Newspaper | El Semanario Florida |
| Newspaper | El Semanario Nevada |
| Newspaper | El Semanario New Mexico |
| Newspaper | El Sentinel |
| Newspaper | El Sentinel - Orlando |
| Newspaper | El Siete Dias |
| Newspaper | El Sol |
| Newspaper | El Sol de Cleveland |
| Newspaper | El Sol de New York |
| Newspaper | El Sol de Sonoma |
| Newspaper | El Sol del Valle de San Fernando |
| Newspaper | El Sol del Valle Imperial |
| Newspaper | El Sol Latino |
| Newspaper | El Superior Newspaper |
| Newspaper | El Tiempo de Nueva York y Nueva Jersey |
| Newspaper | El Tiempo Hispano - The Hispanic Times |
| Newspaper | El Tiempo Latino |
| Newspaper | El Tiempo New Orleans |
| Newspaper | El Trueque Iowa |
| Newspaper | El Venezolano de Broward |
| Newspaper | El Venezolano de Houston |
| Newspaper | El Venezolano de Miami |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| | |
|---|---|
| Newspaper | El Venezolano de Orlando |
| Newspaper | El Visitante |
| Newspaper | El Vistazo |
| Newspaper | El Vocero de Puerto Rico |
| Newspaper | El Vocero Hispano |
| Newspaper | El Vocero Hispano Inc. |
| Newspaper | ELA-Brooklyn Belvedere Comet |
| Newspaper | Emporia Gazette – La Voz |
| Newspaper | Enlace |
| Newspaper | Enlace Latino |
| Newspaper | Enlace Total |
| Newspaper | Extra Bilingual Community Newspaper |
| Newspaper | Extra Hispano |
| Newspaper | Fairfield County Woman |
| Newspaper | Farandula USA |
| Newspaper | Gente de Minnesota |
| Newspaper | Guerrillero |
| Newspaper | Habla News |
| Newspaper | Hawaii Hispanic News |
| Newspaper | Hispanic Tiempo |
| Newspaper | Hola Amigos |
| Newspaper | Hola Arkansas |
| Newspaper | Hola Colorado |
| Newspaper | Hola Miami News |
| Newspaper | HOLA noticias |
| Newspaper | Hola! America |
| Newspaper | Horizonte |
| Newspaper | Hoy - Chicago |
| Newspaper | Hoy - Los Angeles |
| Newspaper | Hoy en Delaware |
| Newspaper | Idaho Hispano |
| Newspaper | Identidad Latina |
| Newspaper | IMC |
| Newspaper | Impacto Latin News |
| Newspaper | Impacto USA |
| Newspaper | Informe Weekly |
| Newspaper | KPZA 103.7 FM Aquí Suena |
| Newspaper | La Alianza Latina |
| Newspaper | La Comunidad |
| Newspaper | La Cronica |
| Newspaper | La Crónica |
| Newspaper | La Crónica de Baja California |
| Newspaper | La Esquina News |

© PR Newswire Association LLC. All rights reserved.



| | |
|---|---|
| Newspaper | La Estrella (Star Telegram) |
| Newspaper | La Estrella de Nicaragua |
| Newspaper | La Estrella de Puerto Rico |
| Newspaper | La Estrella de Tucson |
| Newspaper | La Estrella del Occidente |
| Newspaper | La Gaceta |
| Newspaper | La Gaceta Newspaper |
| Newspaper | La Información |
| Newspaper | La Mejor GR |
| Newspaper | La Noticia |
| Newspaper | La Nueva Prensa de California |
| Newspaper | La Nueva Semana Newspaper |
| Newspaper | La Oferta |
| Newspaper | La Opinión |
| Newspaper | La Opinión del Sur |
| Newspaper | La Prensa |
| Newspaper | La Prensa de Los Angeles |
| Newspaper | La Prensa de Minnesota |
| Newspaper | La Prensa de San Antonio |
| Newspaper | La Prensa Hispana Newspaper |
| Newspaper | La Prensa Hispanic Newspaper |
| Newspaper | La Prensa Libre |
| Newspaper | La Prensa San Diego |
| Newspaper | La Raza |
| Newspaper | La Raza Hispana / Arriba Perú |
| Newspaper | La Semana |
| Newspaper | La Semana del Sur |
| Newspaper | LA Times |
| Newspaper | La Tribuna |
| Newspaper | La Tribuna de New Jersey |
| Newspaper | La Tribuna Hispana USA |
| Newspaper | La Vanguardia Hoy |
| Newspaper | La Visión Newspaper |
| Newspaper | La Voz |
| Newspaper | La Voz Colorado |
| Newspaper | La Voz de Arkansas |
| Newspaper | La Voz de Houston |
| Newspaper | La Voz de Kentucky |
| Newspaper | La Voz de la Calle |
| Newspaper | La Voz de Salina |
| Newspaper | La Voz de Yuma |
| Newspaper | La Voz Hispana |
| Newspaper | La Voz Hispana - Springfield |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

| | |
|---|---|
| Newspaper | La Voz Hispana de Connecticut |
| Newspaper | La Voz Hispanic News |
| Newspaper | La Voz Libre |
| Newspaper | La Voz New Jersey |
| Newspaper | La Voz Nueva |
| Newspaper | Latino 4U |
| Newspaper | Latino California |
| Newspaper | Latino Midwest News |
| Newspaper | Latino News |
| Newspaper | Latino Post |
| Newspaper | Latino Times |
| Newspaper | Lazo Cultural |
| Newspaper | Libertad News |
| Newspaper | Libre |
| Newspaper | Long Island al Día |
| Newspaper | Los Verdes Special Edition |
| Newspaper | Luso Americano |
| Newspaper | Más Informativo |
| Newspaper | Mexican American Sun |
| Newspaper | Mi Tierra |
| Newspaper | Mi Zona Hispana |
| Newspaper | Miami Diario |
| Newspaper | Miniondas |
| Newspaper | Molinegocios USA |
| Newspaper | Monitor Hispano |
| Newspaper | Montebello Comet |
| Newspaper | Monterey Park Comet |
| Newspaper | Montgomery Advertiser |
| Newspaper | MShale |
| Newspaper | Mujeres Internacional |
| Newspaper | Mundo Hispánico |
| Newspaper | Mundo Hispano - Utah |
| Newspaper | Mundo Latino News |
| Newspaper | Mundo Latino Newspaper |
| Newspaper | Negocios Now |
| Newspaper | New / Nueva Opinion |
| Newspaper | Nogales International |
| Newspaper | Northeast Sun |
| Newspaper | Noticias Birmingham |
| Newspaper | Noticias Hispanoamericana |
| Newspaper | Noticias Latinas |
| Newspaper | Noticiero Colombiano |
| Newspaper | Noticiero Pacifica |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| | |
|---|---|
| Newspaper | Novedades News |
| Newspaper | Nuestro Detroit |
| Newspaper | Nueva America |
| Newspaper | Nuevas Raíces |
| Newspaper | Nuevo Amanecer |
| Newspaper | Nuevo Siglo |
| Newspaper | Nuevo Siglo Newspaper |
| Newspaper | Nuevos Ecos |
| Newspaper | Okespañol |
| Newspaper | Opinión Kansas |
| Newspaper | Panorama de Nuevos Horizontes |
| Newspaper | Periódico Ahora |
| Newspaper | Periódico El Hispano de Florida |
| Newspaper | Periódico Frontera |
| Newspaper | Periódico HOY |
| Newspaper | Periódico La Cordillera de Cidra |
| Newspaper | Periódico La Semana de Caguas |
| Newspaper | Periódico Surcos Lareños |
| Newspaper | Periódico Visión |
| Newspaper | Planeta Deportivo |
| Newspaper | Post Latino |
| Newspaper | Prensa Hispana |
| Newspaper | Prensa Mexicana |
| Newspaper | Primera Hora |
| Newspaper | Providence en Español |
| Newspaper | Punto Hispano |
| Newspaper | Qué Pasa Media Network |
| Newspaper | Qué Pasa Mi Gente |
| Newspaper | Qusiqueya Internacional |
| Newspaper | Radio Música Magazine |
| Newspaper | RD Noticias |
| Newspaper | Red Latina |
| Newspaper | Reflejos Bilingual Journal |
| Newspaper | Reforma |
| Newspaper | Reporte Hispano |
| Newspaper | Rufino Te Aconseja |
| Newspaper | Rumbo |
| Newspaper | Rumores |
| Newspaper | San Antonio Express-News |
| Newspaper | San Fernando Valley Sun |
| Newspaper | Semana News |
| Newspaper | Semanario Acción |
| Newspaper | South Florida Sun Times |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| | |
|---|---|
| Newspaper | Spanglish Times |
| Newspaper | Spotlight Internacional |
| Newspaper | The Arizona Republic |
| Newspaper | The Bilingual News |
| Newspaper | The Brownsville Herald |
| Newspaper | The Charlotte Observer - Entérese Charlotte |
| Newspaper | The Desert Sun |
| Newspaper | The Garden City Telegram |
| Newspaper | The Hispanic Voice |
| Newspaper | The Impacto Newspaper |
| Newspaper | The Latin Post |
| Newspaper | The Miami Herald |
| Newspaper | The Orange County Register |
| Newspaper | The Reader |
| Newspaper | The Spanish Journal |
| Newspaper | The Standard |
| Newspaper | The Wall Street Journal |
| Newspaper | Tiempo de Laredo |
| Newspaper | Tiempo Hispano |
| Newspaper | Tiempo Social |
| Newspaper | Tiempos Newspaper |
| Newspaper | TriCities Republic |
| Newspaper | Tropimex- Lo Nuestro News |
| Newspaper | Tú Decides |
| Newspaper | Ultima Nota |
| Newspaper | Unidos en el Sur de California |
| Newspaper | Union Hispana |
| Newspaper | USA Hispanic Newspaper |
| Newspaper | Vernon Sun |
| Newspaper | Vida Actual |
| Newspaper | Vida Nueva |
| Newspaper | Vida y Sabor |
| Newspaper | Viento del Trópico |
| Newspaper | Vista Semanal |
| Newspaper | Vistazo Hispano |
| Newspaper | Vocero Hispano |
| Newspaper | Washington Hispanic |
| Newspaper | Wyvernwood Chronicle |
| Other | Bilingual Broadcasting Network |
| Other | Clear Channel |
| Other | Dominican News Group |
| Other | Freelancer |
| Other | Hola Hora Latina |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| | |
|---|---|
| Other | HOLA Latino Radio |
| Other | HOLA Latino TV |
| Other | ICRT Cuba |
| Other | JOHNNY ARRAIZ PHOTOGRAPHY & MEDIA |
| Other | MapiTV |
| Other | Medios Hispanos |
| Other | MiaHD Media |
| Other | Moon Productions |
| Other | MTV Tr3s |
| Other | NBC News-Latino |
| Other | Noticias New York |
| Other | Paniagua Productions |
| Other | Paparazzi, Inc |
| Other | Presley Media |
| Other | Spanish Broadcasting System |
| Other | UBC International Media Consulting |
| Other | Univisión Communications |
| Radio | GLR Networks |
| Radio | KAZA 1290 AM |
| Radio | KBBF 89.1 FM |
| Radio | KBNA 97.5 FM |
| Radio | KBRO 1490 AM |
| Radio | KBTW 104.5 FM |
| Radio | KDTD 1340 AM |
| Radio | KEST 1450 AM |
| Radio | KGDD 1520 AM |
| Radio | KGEN 94.5 FM |
| Radio | KHDC 90.9 FM |
| Radio | KHIT 107.1 FM |
| Radio | KHOT 105.9 FM |
| Radio | KIDR 740 AM |
| Radio | KIIS 102.7 FM |
| Radio | KIRT 1580 AM |
| Radio | KJZZ 91.5 FM |
| Radio | KKPS 99.5 FM |
| Radio | KLAX 97.9 FM |
| Radio | KLBN 101.9 FM |
| Radio | KLDY 1280 AM |
| Radio | KLOC 1390 AM |
| Radio | KMBH 88.1 FM |
| Radio | KMNV 1400 AM |
| Radio | KMPO 88.7 FM |
| Radio | KNSN 1240 AM |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| | |
|---|---|
| Radio | KNTO 93.3 FM |
| Radio | KNUV 1190 AM |
| Radio | KPFT 90.1 FM |
| Radio | KRCD 103.9 FM |
| Radio | KRCV 98.3 FM |
| Radio | KRMX 690 AM |
| Radio | KRQK 100.3 FM |
| Radio | KRTX 980 AM |
| Radio | KRZY 105.9 FM |
| Radio | KRZZ 93.3 FM |
| Radio | KSFV-LP 87.7 FM |
| Radio | KSJV 91.5 FM |
| Radio | KTQX 90.1 FM |
| Radio | KUBO 88.7 FM |
| Radio | KVUH 88.5 FM |
| Radio | KWIT 90.3 FM |
| Radio | KWIZ 96.7 FM |
| Radio | KXET 1150 AM |
| Radio | KXET 93.5 FM |
| Radio | KXPA 1540 AM |
| Radio | KYW 1060 AM |
| Radio | La Favorita Radio Network |
| Radio | La Red Hispana |
| Radio | Radio Martí |
| Radio | Radio Nueva Vida |
| Radio | Univision Radio |
| Radio | Univisión Radio |
| Radio | Voice of America |
| Radio | WABA 850 AM |
| Radio | WADO 1280 AM |
| Radio | WALO 1240 AM |
| Radio | WAPA 680 AM |
| Radio | WBMJ 1190 AM |
| Radio | WBZY 105.3 FM |
| Radio | WCMN 1280 AM |
| Radio | WCMQ 92.3 FM |
| Radio | WCSZ 1070 AM |
| Radio | WDAB 1580 AM |
| Radio | WELX 101.5 FM |
| Radio | WENA 1330 AM |
| Radio | WEYS 87.7 FM |
| Radio | WFAB 890 AM |
| Radio | WFDT 105.5 FM |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| Radio | WFID 95.7 FM |
| Radio | WGNK 88.3 FM |
| Radio | WGVE 88.7 FM |
| Radio | WHOL 1600 AM |
| Radio | WHWN 88.3 FM |
| Radio | WIAC 740 AM |
| Radio | WILC 900 AM |
| Radio | WIRP 88.3 FM |
| Radio | WISA 1390 AM |
| Radio | WISO 1260 AM |
| Radio | WJDZ 90.1 FM |
| Radio | WJIT 1250 AM |
| Radio | WKAQ 580 AM |
| Radio | WKFE 1550 AM |
| Radio | WKJB 710 AM |
| Radio | WLEY 107.9 FM |
| Radio | WLZL 99.1 FM |
| Radio | WMIO 102.3 FM |
| Radio | WMNT 1500 AM |
| Radio | WMSW 1120 AM |
| Radio | WNIK 1230 AM |
| Radio | WNNV 91.7 FM |
| Radio | WOQI 1020 AM |
| Radio | WORA 760 AM |
| Radio | WOSO 1030 AM |
| Radio | WOXY 97.7 FM |
| Radio | WOYE 97.3 FM |
| Radio | WPAB 550 AM |
| Radio | WPIK 102.5 FM |
| Radio | WPJX 1500 AM |
| Radio | WPLI 88.5 FM |
| Radio | WPRA 990 AM |
| Radio | WPRP 910 AM |
| Radio | WPUC 88.9 FM |
| Radio | WQII 1140 AM |
| Radio | WRTO 1200 AM |
| Radio | WRTU 89.7 FM |
| Radio | WRUM 100.3 FM |
| Radio | WRUO 88.3 FM |
| Radio | WSUA 1260 AM |
| Radio | WTOX 1480 AM |
| Radio | WUNO 630 AM |
| Radio | WUPR 1530 AM |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| Radio | WVNZ 1320 AM |
|---|---|
| Radio | WWFE 670 AM |
| Radio | WWRF 1380 AM |
| Radio | WXLX 103.7 FM |
| Radio | WXNY 96.3 FM |
| Radio | WXYX 100.7 FM |
| Radio | WZAR 101.9 FM |
| Radio | WZGX 1450 AM |
| Radio | XEWW 690 AM |
| Radio | XEXX 1420 AM |
| Radio | XLTN 104.5 FM |
| Radio | ZGS Communications |
| TV | Azteca América |
| TV | Cadena Mexicana de Noticias |
| TV | Cine Latino |
| TV | Hispanic Lifestyle |
| TV | KAJA Ch. 68 Telemundo |
| TV | KAKW-DT Ch. 62 Univisión |
| TV | KAZA-TV Ch. 54 Azteca América |
| TV | KCBS-TV Ch. 2 CBS |
| TV | KDCU-DT Ch. 31 Univisión |
| TV | KDTV-DT Ch. 14 Univisión |
| TV | KEJT-LP Ch. 50 Telemundo |
| TV | KEMO-TV Ch. 50 Azteca América |
| TV | KEYU Ch. 36 Telemundo |
| TV | KFOX-TV Ch. 14 Fox |
| TV | KFTV-DT Ch. 21 Univisión |
| TV | KHRR Ch. 40 Telemundo |
| TV | KIAH-TV Ch. 39 CW |
| TV | KIII-TV Ch. 3 ABC |
| TV | KINC-DT Ch. 15 Univisión |
| TV | KKYK-CD Ch. 58 Univision |
| TV | KLUZ-TV Ch. 41 Univisión |
| TV | KMBH Ch. 38 PBS |
| TV | KMEX-DT Ch. 34 Univisión |
| TV | KMPX Ch. 29 Estrella TV |
| TV | KNVO Ch. 48 Univisión |
| TV | KPDF-CA Ch. 41 Azteca América |
| TV | KRCA Ch. 62 Estrella TV |
| TV | KREN-TV Ch. 27 Univisión |
| TV | KRIS-TV Ch. 6 NBC |
| TV | KSFV-CA Ch. 6 |
| TV | KSMS-TV Ch. 67 Univisión |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY EVERYWHERE

| | |
|---|---|
| TV | KTAS Ch. 34 Telemundo |
| TV | KTAZ Ch. 39 Telemundo |
| TV | KTDO Ch. 48 Telemundo |
| TV | KTMD Ch. 47 Telemundo |
| TV | KTNC-TV Ch. 42 Estrella TV |
| TV | KTVW-DT Ch. 33 Univisión |
| TV | KUDF-LP Ch. 14 Azteca América |
| TV | KUHT Ch. 8 PBS |
| TV | KUKC-LP Ch. 48 Univisión |
| TV | KUNA-LP Ch. 15 Telemundo |
| TV | KUNS-TV Ch. 51 Univisión |
| TV | KUOK Ch. 36 Univisión |
| TV | KUTU-LD Ch. 25 Univisión |
| TV | KUVE-DT Ch. 46 Univisión |
| TV | KUVN-DT Ch. 23 Univisión |
| TV | KUVS-DT Ch. 19 Univisión |
| TV | KVDF-CA Ch. 31 Azteca América |
| TV | KVEA Ch. 52 Telemundo |
| TV | KVYE Ch. 7 Univisión |
| TV | KWES-TV Ch. 20 Telemundo |
| TV | KWEX-DT Ch. 41 Univisión |
| TV | KWHY-TV Ch. 22 MundoFox |
| TV | KXAP-LD Ch. 51 Estrella TV |
| TV | KXLN-DT Ch. 45 Univisión |
| TV | KXTQ-CA Ch. 46 Telemundo |
| TV | KXTX TV Ch. 39 Telemundo |
| TV | KXTX-TV Ch. 39 Telemundo |
| TV | KYAZ Ch. 51 Azteca América |
| TV | KZSD-LP Ch. 15 Azteca América |
| TV | KZSD-LP Ch. 41 Azteca América |
| TV | MasTV |
| TV | Noticias MundoFOX |
| TV | SuperLatina TV Show |
| TV | TeleLatino Network |
| TV | Telemundo Network |
| TV | TeleNiños |
| TV | TV Azteca |
| TV | TV Martí |
| TV | UniMás Network |
| TV | Univision |
| TV | Univision Canada |
| TV | Univisión México |
| TV | Univision Network |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| TV | Univisión Network |
| TV | Univision Puerto Rico |
| TV | Univision Seattle |
| TV | Univision Television Group |
| TV | W23BZ-D Ch. 23.2 Azteca América |
| TV | WAPA-TV Ch. 4 WAPA |
| TV | WBQM-LD Ch. 3 BuenaVision |
| TV | WBZ-TV Ch. 4 |
| TV | WCEA-LP Ch. 58 Cuenca Vision |
| TV | WDFL TV Ch. 18 Mira TV |
| TV | WESV-LD Ch. 40 Estrella TV |
| TV | WGBO-DT Ch. 66 Univisión |
| TV | WGEN-TV Ch. 8 MundoFox |
| TV | WHYY-TV Ch. 12 PBS |
| TV | WIDP Ch. 46 E.B.N. Televisión |
| TV | WIPR-TV Ch. 6 Puerto Rico TV |
| TV | WJAN LD Ch. 41 América TeVe |
| TV | WKAQ-TV Ch. 2 Telemundo |
| TV | WKTB-CA Ch. 38 Telemundo |
| TV | WKTB-CA Ch. 47 Telemundo |
| TV | WLII-DT Ch. 11 Univisión |
| TV | WLTV-DT Ch. 23 Univisión |
| TV | WMBC-TV Ch. 63.6 Azteca América |
| TV | WMTJ Ch. 40 Sistema TV |
| TV | WNJU Ch. 47 Telemundo |
| TV | WNJU-TV Ch. 47 Telemundo |
| TV | WNJX-TV Ch. 22 WAPA |
| TV | WORA-TV Ch. 5 Univisión |
| TV | WORO-DT Ch. 13 TeleOro |
| TV | WRDM-CD Ch 19 Telemundo |
| TV | WRMD-CD Ch. 49 Telemundo |
| TV | WRNN-TV Ch. 48 RNN |
| TV | WSBS-TV Ch. 22 Mega TV |
| TV | WSCV-TV Ch. 51 Telemundo |
| TV | WSJP-LD Ch. 30 PRmixCW |
| TV | WSJU-TV Ch. 30 Mega TV |
| TV | WSNS-TV Ch. 44 Telemundo |
| TV | WSTE-DT Ch. 7 Teleisla |
| TV | WTMO-CD Ch. 31 Telemundo |
| TV | WTPH-LP Ch. 14 Azteca América |
| TV | WUMN-LP Ch. 13 Univisión |
| TV | WUNI Ch. 27 Univisión |
| TV | WUVG-DT Ch. 34 Univisión |

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

| TV | WUVN-TV Ch. 18 Univisión |
|---|---|
| TV | WUVP-DT Ch. 65 Univisión |
| TV | WWDT-CD Ch. 43 Telemundo |
| TV | WWSI Ch. 62 Telemundo |
| TV | WXTV-DT Ch. 41 Univisión |
| TV | WYTU-LD Ch. 63.1 Telemundo |
| TV | XHAB-TV Ch. 7 Vallevisión |
| Web | Fox News Latino |
| Web | HolaCiudad! |
| Web | Hoy NY |
| Web | HuffPost Voces |
| Web | MSN Latino |
| Web | StarMedia.com |
| Web | Telemundo Denver |
| Web | Terra.com |
| Web | Univisión News |
| Web | Univision.com |
| Web | Yahoo! en Español |
| Wire | Agence France-Presse |
| Wire | Agencia de Coberturas Comunitarias |
| Wire | Agencia EFE |
| Wire | BBC Mundo |
| Wire | BBC World Service |
| Wire | Deutsche Presse-Agentur |
| Wire | Inter News Service |
| Wire | Inter Press Service América Latina |
| Wire | Notimex |
| Wire | Reuters América Latina |
| Wire | Servimedia |
| Wire | The Associated Press |
| Wire | United Press International Español |

© PR Newswire Association LLC. All rights reserved.

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT G



ENGAGE OPPORTUNITY *EVERYWHERE*

## Media Microlist:
## Technology – Electronics, Performance & Measurement:
## Consumer Electronics

*Note: duplicate listings denote multiple individual recipients.*

| | |
|---|---|
| 1UP.com | CNET |
| 1UP.com | CNET |
| About.com | CNET |
| About.com | CNET |
| About.com | CNET |
| Absolute Sound Magazine | CNET |
| Acacia Research Group | CNET |
| Advertising Age | CNET - New York Bureau |
| AHAM - American Home Appliance Manufactu | CNET - New York Bureau |
| Appliance Magazine | CNET - New York Bureau |
| Associated Press - Atlanta Bureau | Consumer Electronics Association |
| Associated Press - Boston Bureau | Consumer Electronics Daily |
| Audio Week | Consumer Electronics Daily |
| AudioXpress | Consumer Electronics Daily |
| AV Technology | Consumer Electronics Daily |
| AV Technology | Consumer Electronics Daily |
| BestStuff.com | Consumer Electronics Online News |
| Bloomberg Businessweek - Silicon Valley | Consumer Electronics Vision |
| BoardWatch Magazine | Consumer Electronics Vision |
| Boston Globe, The | Consumer Reports |
| Bucks County Courier Times | Consumer Reports |
| C.E. Pro | Consumer Reports |
| CANADA HiFi Magazine | Consumer Reports |
| Canadian Electronics | Consumer Reports |
| Car Audio and Electronics | Consumer Reports |
| CarSound | Consumer Reports |
| CBS Television Network - Los Angeles Bur | Continental |
| CDRLabs.com | Continental |
| CDRLabs.com | Creative Strategies |
| CE PRO | Custer Consulting Group CA |
| CE PRO | CustomRetailer |
| CE PRO | CustomRetailer |
| Chattanooga Times Free Press | CustomRetailer |
| Chicago Sun-Times | Daily Deal |
| Cincinnati Enquirer | Dealerscope Consumer Electronics Marketp |
| Circuits - The New York Times | Dealerscope Consumer Electronics Marketp |
| Circuits Assembly | Dealerscope Consumer Electronics Marketp |
| Circuits Assembly | Dealerscope Consumer Electronics Marketp |
| Circuits Assembly | Digital Trends |

© PR Newswire Association LLC. All rights reserved.

ENGAGE OPPORTUNITY *EVERYWHERE*

PR Newswire
A UBM plc company

Digital Trends
DJ Times Magazine
DJ Times Magazine
DJ Times Magazine
DL.TV
DL.TV
E-Gear
E-Gear
E-Gear
E-Gear
E-Gear
E-Gear
Electronic Gaming Monthly
Electronic Gaming Monthly
Electronic House
Electronic House
Electronic Products & Technology (EP&T)
Electronic Quality
Electronics Manufacturing China
Element Express   China
Engadget
Engadget
Engadget
Engadget
Engadget
Engadget
Engadget
Engadget
Engadget
Envisioneering
eWeek
First
First Glimpse Magazine
Floor Care and Sewing Professional
Floor Care and Sewing Professional
Florida Times-Union
Forbes
Front of House
Front of House
Gadget Grrl
Gadget Grrl
Gadget Guru, The
Gadgeteer, The
Gearlive.com
Gearlive.com
Good Housekeeping
Hartford Courant, The
HDTV Magazine

HDTV Magazine
Heavy Reading
Herald, The
Here's How!
HFN - Home Furnishings News
HiTech Review
Home Technology Products
Hometoys.com
Howard, Millman
Huntingdon Daily News
iApplianceWeb.com, TX
IC Insights
IC Insights
IC Insights
IDC -  International Data Corporation -
IEEE Electrical Insulation Magazine
IEEE Spectrum
IEEE Spectrum Magazine - West Coast Bure
IGN Insider
IGN.com - Los Angeles Bureau
Inner Ear Magazine
Instructor
International Electronic Elements
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Into Tomorrow - Advanced Radio Network
Jon Peddie Research
Jon Peddie Research
Jon Peddie Research
Journal of Electronic Circuits & Systems
Journal of Failure Analysis and Preventi
Journal of Microelectronics and Electron
Knoxville News-Sentinel, The
Knoxville News-Sentinel, The
KRIV-TV
KUSP-FM
Laptop
Live Design
Marketwatch.com
Maximum Tech
McClatchy - Washington Bureau
MediaPost's Search Insider
Men's Health
Micromachine Devices

© PR Newswire Association LLC. All rights reserved.



ENGAGE OPPORTUNITY *EVERYWHERE*

Microwave Journal
Mindjack Magazine
Mobile Entertainment
Mobile Entertainment
Needham & Company
New TechReporters
New York Times - San Francisco Bureau, T
New York Times, The
New York Times, The
Noticias Univision Chicago - WGBO-TV
Off the Record Research - New York Burea
Official Xbox Magazine
Official Xbox Magazine
Official Xbox Magazine
Official Xbox Magazine
Parade Magazine
Parents
PC Magazine
PC Magazine
PC Magazine
PC Magazine
PC Magazine
PC World
PC World
PDA Magazine
Philadelphia Daily News
Photo Marketing
Plain Dealer, The
Pocketnow.com
Pocketnow.com
Portelligent
Public Broadcasting Service
QST
Québec Audio-Vidéo
Record, The
Residential Systems
Retailing News
Reuters
Richmond Times-Dispatch
Roeder, Amy
Ronn Owens Show - KGO-AM
Seattle Times
Seattle Times, The
Secrets of Home Theater and High Fidelit
Slashgear.com
Slashgear.com
Slashgear.com
Smart Computing

Smart Computing
Smart Computing
Smart TV & Sound
SmartMoney.com
Solid-State Electronics
Sound & Vibration
Sound & Vision
Sound & Vision
Sound & Vision
Sound & Vision
Space Electronic Technology
Stereophile Guide to Home Theater
Systems Contractor News
Systems Contractor News
Systems Contractor News
Tech Talk With Craig Peterson
Tech Talk With Craig Peterson
TechnologyTNT
Techtalk Radio
Techtalk Radio
Techtalk Radio
Television Digest with Consumer Electron
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
TWICE Magazine - This Week In Consumer E
U.S. Tech
USA Today
USA Today - Los Angeles Bureau
USA Today - Los Angeles Bureau
USA Today - New York Bureau
VIA Magazine
Vogue
Waring, Becky
Washington Post, The
Widescreen Review
Widescreen Review
Wired
Wired
Wisconsin Technology Network
Worldradio

© PR Newswire Association LLC. All rights reserved.

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT H



Media Microlist:
Technology – Computers & Hardware:
Computer Hardware

| | |
|---|---|
| 451 Group, The | Computerworld |
| AMDMB.COM | Computerworld |
| Anand Tech | Computerworld |
| APC Currents | Computerworld |
| Ars Technica | Computing in Science & Engineering |
| Ars Technica | Core Competence, Inc. |
| Ars Technica | COTS Journal |
| Ars Technica | COTS Journal |
| Associated Press (AP) | COTS Journal |
| Austin American-Statesman | Creative Strategies |
| Bits - Technology - New York Times Blog | CRN |
| BusinessWeek - Silicon Valley Bureau | Current Analysis |
| Byte.com | Current Analysis |
| Canadian Rental Service | Current Analysis |
| Cariboo Computer Magazine | Current Analysis |
| Circuit Cellar | CyberGuy TV News - CyberGuy TV Media |
| CircuiTree Magazine | Daily Deal - San Francisco Bureau, The |
| CNET | DaniWeb |
| CNET | Delphi Informant |
| CNET - New York Bureau | Developer Shed Weekly Newsletter |
| CNET - New York Bureau | DeviceForge.com |
| CNET - New York Bureau | DevX |
| CNET - New York Bureau | DevX |
| CNET - New York Bureau | Digital CAD |
| CNET - New York Bureau | Directory of Top Computer Executives |
| CNNMoney.com - CNN | Disk/Trend, Inc. |
| Communications of the ACM | Dr. Bill Wattenburg - KGO-AM |
| Compliance Week | DSP-FPGA.com |
| Computer Dealer News (CDN) | eChannelLine Daily News |
| Computer Power User | E-ChannelNews |
| Computer Power User | Edison Group, The |
| Computer Power User | E-insider Newsletter |
| Computer Radio Show | Embedded Systems Design |
| Computerworld | Embedded Systems Design |
| Computerworld | Embedded Systems Design |

© PR Newswire Association LLC. All rights reserved.

ENGAGE OPPORTUNITY EVERYWHERE

PR Newswire
A UBM plc company

Embedded Systems Design
Embedded Systems Design
Embedded Systems Design
Embedded Systems Design
Enterprise Strategy Group
Enterprise Strategy Group
Enterprise Strategy Group
Enterprise Strategy Group
eWeek
eWeek
eWeek
eWeek
Financial Times - New York Bureau
FiringSquad.com
Forbes Best of the Web
Fortune
Future of Storage, The
Gartner Dataquest
Gartner Dataquest
Gartner Dataquest
Gartner Dataquest
Gartner Dataquest
Gartner Dataquest
Gartner, Inc.
Gedgaud, Jeff
Glass Canada
globetechnology.com
HAL-PC Magazine
Hardware Merchandising
HDTV Insider Newsletter
High Tech Aid
HotHardware.Com
HPAC
HPC Wire
HPC Wire
IBM Systems Journal
IDC - International Data Corporation
IDC - International Data Corporation
IDC - International Data Corporation
IDC - International Data Corporation
IDC - International Data Corporation
IDC - International Data Corporation
IDC - International Data Corporation

IDC - International Data Corporation
IDC - International Data Corporation
IDC - International Data Corporation
IDC - International Data Corporation
IDC - International Data Corporation
IDC - International Data Corporation - N
IDG News Service - San Francisco Bureau
IEEE/ACM Transactions on Networking
In Newsweekly
Inc. Magazine
Information Display
Information Industry Insights
InfoWorld
InfoWorld
InfoWorld
InternetNews.com
IT for Industry
IT for Industry
ITworldcanada.com
Java Developers Journal
Java Developers Journal
Java Developers Journal
Jon Peddie Research
Jon Peddie Research
Journal of End User Computing, The
Journal of Intelligent Material Systems
Journal of Organizational and End User C
Journal of Systems & Software
Journal of the ACM
Journal of the ACM
Journal Of The Association For Computing
Let's Talk Computers - WSJD-FM
Lightwave
MacAuthority, The
Machinery Engineering and Maintenance
Macintosh News Network
Macintosh News Network
MacLife
MacNews
Macworld
Macworld
Macworld

© PR Newswire Association LLC. All rights reserved.

ENGAGE OPPORTUNITY EVERYWHERE

PR Newswire
A UBM plc company

| | |
|---|---|
| Macworld | PC Magazine - San Francisco Bureau |
| Macworld | PC Magazine Online |
| Macworld | PC Magazine Online |
| Marketnews | PC Magazine Online |
| Marketwatch.com | PC Magazine Online |
| Marketwatch.com | PC Magazine Online |
| Mass High Tech | PC Magazine Online |
| Mass High Tech | PC Magazine Online |
| Mass High Tech | PC Magazine Online |
| Mass High Tech | PC Magazine Online |
| Mass High Tech | PC Magazine Online |
| Mass High Tech | PC Quarterly Review |
| Maximum PC | PC Quarterly Review |
| Maximum PC | PC Quarterly Review |
| Maximum PC | PC Quarterly Review |
| Maximum PC | PC World |
| Military Embedded Systems | PC World |
| MobileInfo.com | PC World |
| Monthly Computer Chronicles | PC World |
| Network World | PC World |
| Network World | PC World |
| Network World | PC World |
| Network World | PC World |
| Network World | PC World |
| Network World | PC World |
| Network World | PC World |
| Nikkei Personal Computing - Santa Clara | PC World |
| Nikkei Personal Computing - Santa Clara | PC World |
| NPD Group | PC World - Boston Bureau |
| Nuts & Volts Magazine | PC/104 & Small Form Factors |
| Operations Forum | PC/104 & Small Form Factors |
| Operations Forum | PC/104 & Small Form Factors |
| OutputLinks | Pease, Robert |
| OutputLinks | PenStar Systems |
| OutputLinks | Personal Computer Show - WBAI-FM |
| P C Connection | Personal Computer Show - WBAI-FM |
| Pazzanese, Christina | Personal Computer Show - WBAI-FM |
| PC 104 & Small Form Factors | Plumbing & HVAC Magazine |
| PC 104 & Small Form Factors | Plumbing & HVAC Magazine |
| PC 104 & Small Form Factors | Pocket PC Magazine |
| PC Gamer | Police And Security News |
| PC Magazine | Prime Data |
| PC Magazine | |

© PR Newswire Association LLC. All rights reserved.

ENGAGE OPPORTUNITY EVERYWHERE

PR Newswire
A UBM plc company

Processor
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Reference Guide
Reseller Advocate Magazine (RAM)
Reuters
Reuters - San Francisco Bureau
Reviewers Corner
Roane, Christine
Rochester Business Journal
RTC Magazine
SBusiness
Schindler, Esther
SIAM Journal on Scientific Computing
Smart Computing
Smart Computing
SQL Server Magazine
Storage
Storage
Studio B
Studio B
Studio B
Studio B
Tech & Learning
Tech & Learning
Techno 2100
Techno 2100
Techno 2100
TechnoFILE
Technology & Learning
Technology & Learning
Technology & Learning
TechnologyGuide.com
TechTarget.com

Techvibes
TechVibes.com
ThinkComputers
ThinkComputers
ThinkComputers
ThinkComputers
TM & E - Transportation Management &
    Eng
TM & E - Transportation Management &
    Eng
Tom's Hardware Guide
Tom's Hardware Guide
TOOLreviews.ca
TopHosts.com
Vertical Systems Reseller
Watson & Walker, Inc.
Web Host Industry Review
Webmania
Westside Gazette, The
WFAA-TV
WSRQ-AM
Yourwriters.com

© PR Newswire Association LLC. All rights reserved.

ENGAGE OPPORTUNITY *EVERYWHERE*   PR Newswire
A UBM plc company

Processor
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Redmond Magazine
Reference Guide
Reseller Advocate Magazine (RAM)
Reuters
Reuters - San Francisco Bureau
Reviewers Corner
Roane, Christine
Rochester Business Journal
RTC Magazine
SBusiness
Schindler, Esther
SIAM Journal on Scientific Computing
Smart Computing
Smart Computing
SQL Server Magazine
Storage
Storage
Studio B
Studio B
Studio B
Studio B
Tech & Learning
Tech & Learning
Techno 2100
Techno 2100
Techno 2100
TechnoFILE
Technology & Learning
Technology & Learning
Technology & Learning
TechnologyGuide.com
TechTarget.com

Techvibes
TechVibes.com
ThinkComputers
ThinkComputers
ThinkComputers
ThinkComputers
TM & E - Transportation Management &
    Eng
TM & E - Transportation Management &
    Eng
Tom's Hardware Guide
Tom's Hardware Guide
TOOLreviews.ca
TopHosts.com
Vertical Systems Reseller
Watson & Walker, Inc.
Web Host Industry Review
Webmania
Westside Gazette, The
WFAA-TV
WSRQ-AM
Yourwriters.com

© PR Newswire Association LLC. All rights reserved.

# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT I

To:    CRT Claimants – End Users
From: admin@CRTclaims.com
Re:    Update on CRT Claims

We are pleased to inform you that the claims process is moving forward in the CRT indirect purchaser settlement.  Please be sure to check the settlement website for updates: **www.CRTclaims.com.**

We are also advising you of a proposed reallocation of a small portion of the $576.75 million Settlement Fund.  This reallocation will only affect $6,867,631 of the $576.75 million Settlement Fund and will be distributed in satisfaction of the terms of a prior Settlement with one of the CRT defendants, Chunghwa Picture Tubes, which was given final approval in 2012.  The Attorneys General of Illinois and Oregon will be allocated $589,930 and $162,763, respectively, from the Chunghwa settlement fund.  The balance of the fund, $6,114,938, will be allocated pro rata to the District of Columbia and the following 21 states (AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NM, NY, NV, NC, ND, SD, TN, VT, WV, WI ) according to a population-based formula approved by the Court.  Resellers will be eligible to claim against up to 50% of a state's fund. The remaining balance of the states' funds will be allocated to end users.

As an end-user claimant, you have already filed a claim for your share of the CRT Settlement Fund. **End users should not re-file their claims to participate in the Chunghwa settlement.** For all qualifying claimants, the Claims Administrator will automatically include the end-user portion of the Chunghwa settlement amount in the distribution of payments to end-users.  Please note that the Court has not yet decided whether claims filed after the December 7, 2015 deadline will be paid.

**However, if you also purchased CRTs for resale to others, then you may qualify to submit an additional claim as a Reseller.**  The Reseller Claim Form is available at **www.CRTclaims.com/reseller** and may be submitted no later than **Month xx, 2016**.

If you have an objection to the proposed payment allocation involving the $6,867,831 Chunghwa net settlement fund, you or your attorney may file a written objection with the Court and with the lawyers in this case by no later than **Month xx, 2016**. Instructions for filing an objection are available at **www.CRTclaims.com/objections**.

For further information, including a detailed explanation of the proposed allocation of funds for the Chunghwa settlement, and specific instructions for filing objections or submitting reseller claims, go to **www.CRTclaims.com**. You may also call 1-800-649-8153 or write to CRT Claims c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

Please do not telephone the Court or the Court Clerk's office to inquire about this settlement or the claim process.