UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: March 15, 2016                 Judge: Jon S. Tigar

Time: 1 hour, 45 minutes

Case No.     **3:07-cv-05944-JST**
Case Name    **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

| | |
|---|---|
| Attorneys for Plaintiffs: | Mario N. Alioto |
| | William J. Blechman |
| | Robert Bonsignore |
| | Lauren C. Capurro |
| | Matthew Duncan |
| | Cheryl A. Galvin |
| | Robert J. Gralewski, Jr. |
| | Sherman Kassof |
| | Sylvie K. Kern |
| | Christopher T. Micheletti |
| | Joseph M. Patane |
| | Adrian Sawyer |
| Attorneys for Defendants: | Eliot A. Adelson |
| | Michael T. Brody |
| | Martin C. Geagan |
| | Miriam Kim |
| | Erik T. Koons |
| | Susan E. Nash |
| | Kathy L. Osborn |
| | Michael W. Scarborough |
| | Donald A. Wall |
| Attorneys for Objectors: | John D. Bogdanov |
| | Josef D. Cooper |
| | Paul B. Justi |
| | Tracy Kirkham |
| | Theresa D. Moore |
| | Joseph St. John |
| | Jan Westfall |

Deputy Clerk: William Noble                 Court Reporter: Debra Pas

March 15, 2016
Case No.      3:07-cv-05944-JST
Case Name     MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation

PROCEEDINGS

Indirect Purchaser Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards to Class Representatives (docket 4071)

RESULT OF HEARING

1. No member of the public appeared at the hearing to object to the settlement.

2. Motion hearing held.  The motion is under submission.

3. The Court set a deadline of April 8, 2016 for filing a joint list of the pending motions <u>in limine</u> and <u>Daubert</u> motions.

4. No party objected to the Court's proposed method for issuing summary judgment orders. (ECF No. 4477)

5. The Court heard argument but did not issue a ruling regarding *ex parte* communications between Special Master Quinn and counsel.  (ECF No. 4456)