UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER REGARDING OBJECTION AND MOTION TO STRIKE UNTIMELY OBJECTION** |

On March 8, 2016, Mr. Robert J. Bonsignore filed on objection entitled "Objection to Special Master's Corrected Supplemental Report and Recommendation Re Chunghwa Allocation Issue In Connection with Indirect Purchaser Plaintifs' [sic] Settlement." ECF No. 4470. The document consumes contains eleven pages of text. The referenced Report and Recommendation was signed and filed by Special Master Quinn on February 29, 2016. See ECF No. 4445.

Pursuant to the Court's order dated February 23, 2016, "[o]nce Special Master Quinn issues his Report and Recommendation regarding the Chunghwa plan of distribution, any objections are due within three days after issuance." ECF 4430 at 2. That same order requires that "Objections and responses to the Chunghwa R&R are limited to five pages of text per filing entity." Id. Lead Counsel for Indirect Purchaser Plaintiffs ("IPPs"), Mario N. Alioto, now objects to Bonsignore's objection as untimely and too long, and moves the Court to strike it. ECF No. 4474 at 1.

/ / /

/ / /

/ / /

/ / /

1   The Court agrees that Bonsignore's objection is untimely and exceeds the page limit.
2   Accordingly, the Court grants Alioto's motion and strikes the document at ECF No. 4470.
3   IT IS SO ORDERED.
4   Dated: March 15, 2016

_____
JON S. TIGAR
United States District Judge