UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br><br> Case No. C-07-5944 JST |
| This Order Relates To: <br><br> ALL DIRECT ACTION PLAINTIFFS | **ORDER TO SHOW CAUSE RE: HEARING ON CHUNGHWA'S MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS** |

On March 11, 2016, Best Buy Plaintiffs[1] and Chunghwa Defendants[2] submitted a stipulation and proposed order requesting that the hearing on Chunghwa's Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds (ECF No. 2973), currently scheduled for March 28, 2016, be taken off calendar in light of a comprehensive confidential written settlement agreement entered into by those parties. ECF No. 4478. Defendants Thompson and Toshiba joined Chunghwa's motion. ECF Nos. 3888, 3013. Before the Court removes Chunghwa's motion from the calendar pursuant to the stipulation, it would like clarification from Thompson and Toshiba as to whether the Court needs to decide the issues presented in the motion as to them, and if so, whether Thompson or Toshiba intend to present oral argument at the March 28th hearing.

Accordingly, Defendants Thompson and Toshiba are ORDERED TO SHOW CAUSE whether the Court should (1) decide the motion as to Thomson and Toshiba, and (2) take the

///

---

[1] Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C. and Magnolia Hi-Fi, LLC.
[2] Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.

1  motion off calendar.  Responses of no more than two pages are due no later than March 18, 2016.
2  There will be no Show Cause Hearing.
3      IT IS SO ORDERED.
4  Dated:  March 15, 2016

                    JON S. TIGAR
             United States District Judge