# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 02/2015)

COURT USE ONLY
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER:** Sarah Farley
**2a. CONTACT PHONE NUMBER:** (415) 439-1684
**3. CONTACT EMAIL ADDRESS:** sfarley@kirkland.com

**1b. ATTORNEY NAME (if different):** Eliot A. Adelson
**2b. ATTORNEY PHONE NUMBER:** (415) 439-1413
**3. ATTORNEY EMAIL ADDRESS:** eadelson@kirkland.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Kirkland & Ellis LLP
555 California St, Ste 2700, San Francisco CA 94104

**5. CASE NAME:** In re Cathode Ray Tube Antitrust
**6. CASE NUMBER:** 07-cv-5944

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR:** Debra Pas

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☒ CIVIL  CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time)) |
|---|---|---|---|
| 03/15/2016 | JST | Motion | |

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|
| ● | ● | | | |

c. DELIVERY TYPE (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| | | ● | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Sarah Farley
**12. DATE:** 03/16/2016

**DISTRIBUTION:** ☐ COURT COPY ☐ TRANSCRIPTION COPY ☐ ORDER RECEIPT ☐ ORDER COPY