1  Kenneth A. Gallo (*pro hac vice*)
   Craig A. Benson (*pro hac vice*)
2  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
   2001 K Street, NW
3  Washington, DC  20006-1047
   Telephone:  (202) 223-7300
4  Facsimile:  (202) 223-7420
   Email: kgallo@paulweiss.com
5  Email: cbenson@paulweiss.com

6

7  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
8  **TAYLOR & COMPANY LAW OFFICES, LLP**
   One Ferry Building, Suite 355
9  San Francisco, California 94111
   Telephone:  (415) 788-8200
10 Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
11 Email: jpatchen@tcolaw.com

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                      **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 15 | Case No. 07-CV-5944 (JST) |
| 16  IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| 17  This Document Relates To: | **[PROPOSED] ORDER TO ESTABLISH A TRANSLATION-OBJECTION RESOLUTION PROTOCOL** |
| 18  *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396; | |
| 20  *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397; | |
| 21  *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| 23  *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171; | |
| 24  *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656; | |
| 26  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| 27  *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06275; | |

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*, No. 3:12-cv-02648;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sears, Roebuck and Co., et al. v. Technicolor SA*, No. 13-cv-05262;

*Sharp Elec. Corp. v. Hitachi, Ltd., et al.* No. 3:13-cv-01173;

*Sharp Elec. Corp., et al. v. Koninklijke Philips Electronics N.V., et al.*, No. 13-cv-2776;

*Target Corp. v. Technicolor SA, et al.*, No. 13-cv-05686;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157; and

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd., et al.,* No.13-cv-02510.

The Court, having considered the motion by certain Direct Action Purchaser Plaintiffs, and good cause appearing therefore, orders as follows:

1. The Court refers to Special Master Walker resolution of translation disputes with respect to documents that the parties reasonably anticipate may be used at trial; and

2. Special Master Walker shall establish a protocol for the resolution of such disputes.

**IT IS SO ORDERED.**

DATED:_____, 2016        _____
                                                                    HON. JON S. TIGAR
                                                                    UNITED STATES DISTRICT JUDGE