Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

Additional Counsel on Signature Pages

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT ACTION PLAINTIFF ACTIONS | Case No. 07-5944 JST<br>MDL No. 1917<br><br>**THE TOSHIBA DEFENDANTS' AND THOMSON DEFENDANTS' JOINT RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: HEARING ON CHUNGHWA'S MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  On March 15, 2016, this Court, by Order to Show Cause (ECF No. 4495), directed
2  Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C.,
3  Toshiba America Information Systems, Inc., and Toshiba America Electronic Components,
4  Inc. (collectively, the "Toshiba Defendants") and Thomson Consumer Electronics, Inc. and
5  Thomson SA. (collectively, the "Thomson Defendants"), to show cause whether the Court
6  should (1) decide Chunghwa's Motion for Summary Judgment on Direct Action Plaintiffs'
7  State Law Claims on Due Process Grounds (ECF No. 2973) ("Chunghwa Motion") as to the
8  Thomson Defendants and the Toshiba Defendants, and (2) take the Chunghwa Motion off
9  calendar.  The Thomson Defendants and the Toshiba Defendants jointly submit that the Court
10 does need not to decide the Chunghwa Motion as to them, and the Court should take it off
11 calendar.

Respectfully submitted,

Dated:  March 18, 2016                    **WHITE & CASE** LLP

By: */s/ Dana E. Foster*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba
Corporation, Toshiba America, Inc.,
Toshiba America Consumer Products,
L.L.C., Toshiba America Information
Systems, Inc., and Toshiba America
Electronic Components, Inc.*

THE TOSHIBA DEFENDANTS' AND THOMSON DEFENDANTS' JOINT
RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: HEARING ON CHUNGHWA'S
MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS
Case No. 07-5944 JST; MDL No. 1917

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Jeffrey S. Roberts*
Jeffrey S. Roberts (pro hac vice)
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: +1-303-607-3500
Facsimile: +1-303-607-3600
jeff.roberts@FaegreBD.com

Kathy L. Osborn (pro hac vice)
Ryan M. Hurley (pro hac vice)
Anna M. Konradi (pro hac vice)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1-317-237-0300
Facsimile: +1-317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com
anna.konradi@FaegreBD.com

*Attorneys for Defendants Thomson Consumer Electronics, Inc. and Thomson SA*

THE TOSHIBA DEFENDANTS' AND THOMSON DEFENDANTS' JOINT
RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: HEARING ON CHUNGHWA'S
MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS
Case No. 07-5944 JST, MDL No. 1917

2

**CERTIFICATE OF SERVICE**

On March 18, 2016, I caused a copy of "THE TOSHIBA DEFENDANTS' AND THOMSON DEFENDANTS' JOINT RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: HEARING ON CHUNGHWA'S MOTION FOR SUMMARY JUDGMENT ON DIRECT ACTION PLAINTIFFS' STATE LAW CLAIMS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

                                                 */s/ Dana E. Foster*
                                                   Dana E. Foster

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005