GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

[*Additional counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | Master File No. 3:07-CV-5944 JST<br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING NOTICE OF SETTLEMENT AND EFFECT ON PENDING MOTION FOR SUMMARY JUDGMENT (DKT. 2973)**<br><br>Judge:      Hon. Jon S. Tigar<br>Trial Date: None Set<br>Courtroom: 9, 19th Floor |

Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C. and Magnolia Hi-Fi, LLC (collectively, "Best Buy") and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa"), by their respective attorneys, state as follows:

1. Best Buy commenced an action in the United States District Court for the Northern District of California entitled *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513, alleging violations of federal and state antitrust law in connection with trade and commerce in cathode ray tube products against Chunghwa and other defendants;

2. Best Buy and Chunghwa have entered into a comprehensive confidential written settlement agreement and the parties expect to file stipulations of dismissal with prejudice within 30 days;

3. Chunghwa's pending Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds (MDL Dkt. No. 2973), currently scheduled for hearing on March 28, 2016, remains pending as to only Best Buy and Chunghwa, and will be moot if, as expected, Best Buy files a dismissal with prejudice as to Chunghwa;

4. Chunghwa and Best Buy therefore request that the hearing on that motion be taken off calendar; and

5. This stipulation does not affect the rights or claims of Best Buy against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, Best Buy and Chunghwa stipulate and agree that the hearing on the summary judgment motion brought by Chunghwa at MDL Dkt. No. 2973 should be taken off calendar and need not be resolved by the Court at this time.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 21, 2016

_____
Hon. Jon S. Tigar
United States District Judge

| | | |
|---|---|---|
| 1 | DATED:  March 11, 2016 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | By:   /s/   *Joel S. Sanders* |
| | | Joel S. Sanders |
| 3 | | |
| 4 | | *Attorneys for Defendants* |
| | | CHUNGHWA PICTURE TUBES, LTD and |
| 5 | | CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD. |
| 6 | | |
| 7 | DATED:  March 11, 2016 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 8 | | By:   /s/   *Roman M. Silberfeld* |
| | | Roman M. Silberfeld |

Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Bernice Conn, Bar No. 161594
BConn@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

*Attorneys for Plaintiffs BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, LLC*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.