UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER STRIKING LATE FILING** |

Today Objector Donnie G. Clifton filed a document entitled "Notice Regarding Information Referred To At Final Approval Hearing and Declarations of Settlement Administrators." ECF No. 4513. The document was filed without leave of court. As the Court recently explained, ECF No. 4481, the deadlines for filings in support of or opposition to an objection have all passed.

Briefing must end at some point. See United States v. Tittjung, 235 F.3d 330, 342 (7th Cir. 2000) ("it is time for the principle that 'litigation must have an end' to prevail").

Objector Clifton's late filing is hereby stricken.

IT IS SO ORDERED.

Dated: March 22, 2016

JON S. TIGAR
United States District Judge