UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944 JST<br><br>**ORDER SHORTENING TIME TO FILE RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' REQUEST FOR CLARIFICATION AND MODIFICATION** |
|---|---|

Indirect Purchaser Plaintiffs ("IPPs") filed a request for clarification and modification of the Court's order regarding Objectors Cooper and Scarpulla's objection regarding ex parte communications and in camera review of billing records. ECF No. 4514. Because of the short timeline set out in the Court's order, see ECF No. 4508, the deadline for filing responses to IPPs' request for clarification and modification needs to be shortened. Accordingly, the Court ORDERS any responses to IPP's request for clarification and modification to be filed no later than March 24, 2016.

IT IS SO ORDERED.

Dated: March 23, 2016

JON S. TIGAR
United States District Judge