1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL ACTIONS | **ORDER GRANTING PLAINTIFFS' MOTION TO ESTABLISH A TRANSLATION-OBJECTION RESOLUTION PROTOCOL** |

On March 17, 2016, Direct Action Plaintiffs (DAPs) filed an administrative motion entitled "Plaintiffs' Motion To Establish A Translation-Objection Resolution Protocol."  ECF No. 4506.  No timely objection having been filed, and good cause appearing, the Court GRANTS the motion and refers the issue to Special Master Walker.  Cf. ECF No. 1128 at 18.

IT IS SO ORDERED.

Dated:  March 23, 2016



_____
JON S. TIGAR
United States District Judge