David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
       CGMoore@perkinscoie.com
       EWeiss@perkinscoie.com
       NHesterberg@perkinscoie.com
       SMerriman@perkinscoie.com

David P. Chiappetta (Bar No. 172099)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DChiappetta@perkinscoie.com

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-JST |
| | MDL NO. 1917 |
| This Document Relates to: | Individual Case No. 3:13-cv-05723-JST |
| Case No. 3:13-cv-05723-JST | |
| COSTCO WHOLESALE CORPORATION, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| TECHNICOLOR SA, et al., | |
| Defendants. | |

Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc. (n/k/a Mitsubishi Electric US, Inc.) (collectively, "Mitsubishi Electric") by their respective attorneys hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Costco hereby dismisses with prejudice this action as to Mitsubishi Electric.

2. This stipulation does not affect the rights or claims of Costco against any other defendant in this litigation.

3. Each party shall bear its own fees and costs.

4. WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

DATED: March 23, 2016

PERKINS COIE LLP

By: /s/ David P. Chiappetta
David P. Chiappetta (Bar No. 172099)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DChiappetta@perkinscoie.com

David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359-8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
    CGMoore@perkinscoie.com
    EWeiss@perkinscoie.com
    NHesterberg@perkinscoie.com
    SMerriman@perkinscoie.com

Attorneys for Plaintiff
Costco Wholesale Corporation

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917

| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | By: */s/ Michael T. Brody* |
|   | Terrence J. Truax (*pro hac vice*) |
| 3 | Michael T. Brody (*pro hac vice*) |
|   | **JENNER & BLOCK LLP** |
| 4 | 353 North Clark Street |
|   | Chicago, Illinois 60654-3456 |
| 5 | Email:  ttruax@jenner.com |
|   |               mbrody@jenner.com |

Brent Caslin (Bar No. 198682)
**JENNER & BLOCK LLP**
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
Email:   bcaslin@jenner.com

Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

130344856.1

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917