FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

JOSEF D. COOPER (CASB No. 53015)
TRACY R. KIRKHAM (CASB No. 69912)
JOHN D. BOGDANOV (CASB No. 215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA  94103
Telephone:  (415) 788-3030
Facsimile:  (415) 882-7040
jdc@coopkirk.com
trk@coopkirk.com
jdb@coopkirk.com

*Counsel for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION. | **Master File No. 3:07-cv-5944 JST**<br><br>**MDL No. 1917** |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **RESPONSE TO REQUEST FOR CLARIFICATION AND MODIFICATION OF ORDER RE: OBJECTION TO *EX PARTE* COMMUNICATIONS AND *IN CAMERA* REVIEW OF BILLING RECORDS**<br><br>Hearing Date: April 19, 2016<br>Time:            2:00 p.m.<br>Judge:           The Hon. Jon S. Tigar<br>Court:           Courtroom 9, 19th Floor |

RESPONSE TO REQUEST FOR CLARIFICATION                                   Master File No. 3:07-cv5944 JST
AND MODIFICATION OF ORDER                                                              MDL 1917

1  Lead Counsel has requested clarification and modification of the Court's "Order Re:
2 Objection to Ex Parte Communications and In Camera Review of Billing Records."
3 The undersigned believe the Court's Order is clear and does not create the issues raised by Lead
4 Counsel.

5 **A.  The Court Ordered the ECF Filing of Eight Documents, Under Seal If Necessary**

6  The Court's Order identifies eight documents that Lead Counsel shall file, "under seal if
7 necessary." Dkt. 4508 at p. 1. These eight documents, summarized in a chart appearing in an
8 earlier Lead Counsel filing at Dkt. 4469, pp. 5-6, consist of emails and letters regarding time and
9 expenses, including emails containing links to password-protected online files of counsel's
10 timesheets. Recognizing that the ECF filings will include electronic links (and not the online files
11 themselves), the Court directed that "Lead Counsel should ensure that the link and passwords are
12 still operational." Dkt. 4508 at n.2. Thus, the Order contemplates that Lead Counsel will not put
13 the information that resides online into the Court Docket, but will instead file emails and letters,
14 some of which contain links and passwords to online files. Therefore, access to that information
15 will only be online through the specific links. Moreover, the Order explains that Lead Counsel
16 may file these eight documents "under seal." *Id*. at p. 1. Civil Local Rule 79-5 provides the
17 procedure for filing an entire document under seal, and notes that, "[a] redacted version need not
18 be filed if the submitting party is seeking to file the entire document under seal." Civil L.R. 79-
19 5(d)(1)(C). Therefore, if Lead Counsel elects to file all eight documents under seal in accordance
20 with Civil L.R. 79-5(d)(1)(C), no redacted versions of the documents will be required.

21 **B.  The Court Limited Access**

22  Civil Local Rule 79-5(g) provides that "[u]nless otherwise ordered by the Court, any
23 document filed under seal shall be kept from public inspection, including inspection by attorneys
24 and parties to the action, during the pendency of the case." Here, the Court's Order specifies that
25 "Objectors," which it defined as "Cooper and Scarpulla," (Dkt. 4508 at p. 1) "may review these
26 materials." *Id*. Accordingly, Lead Counsel's concerns about producing the documents to the
27
28

RESPONSE TO REQUEST FOR CLARIFICATION   - 1 -   Master File No. 3:07-cv5944 JST
AND MODIFICATION OF ORDER                          MDL 1917

1  defendants are unfounded.  The Order specifies that only the undersigned will receive copies of
2  documents that are filed under seal, and thus, are the only persons (other than the Court) who will
3  have the links and passwords required for online access to the timesheets.  The undersigned
4  confirm that they are agreeable to receiving access to the documents under the terms of the
5  protective order entered in this case.

6  **C. The Court Ordered Production of All Materials Provided to the Special Master**

7  Finally, Lead Counsel seeks clarification as to whether to limit the timesheets included in
8  the password-protected online files to those that were actually reviewed by the Special Master,
9  rather than all to which he had access.  The Order, however, is clear: "Lead Counsel is ORDERED
10 to file on ECF the eight documents listed in that chart by March 25, 2016, under seal if necessary,
11 including those providing the link and passwords to access IPP Counsel's billing records."  Dkt.
12 4508 at p. 1.  The Court itself clarified this in footnote 2: "By granting Objectors access to the link
13 and password, the Court is also granting them access to the billing records themselves."  *Id*. at n.
14 2.  Thus, the link access provided to the undersigned will be to everything given to the Special
15 Master regardless of whether he chose to review it.

16 Dated: March 24, 2016                              Respectfully submitted,

18  __/s/ Josef D. Cooper_____       __/s/ Francis O. Scarpulla_____

19 JOSEF D. COOPER (CASB 53015)            FRANCIS O. SCARPULLA (CASB 41059)
   TRACY R. KIRKHAM (CASB 69912)           PATRICK B. CLAYTON (CASB 240191)
20 JOHN D. BOGDANOV (CASB 215830)          LAW OFFICES OF FRANCIS O. SCARPULLA
   COOPER & KIRKHAM, P.C.                  456 Montgomery Street, 17th Floor
21 357 Tehama Street, Second Floor         San Francisco, CA  94104
   San Francisco, CA  94103                Telephone:  (415) 788-7210
22 Telephone:  (415) 788-3030              Facsimile:  (415) 788-0706
   Facsimile:  (415) 882-7040              fos@scarpullalaw.com
23 jdc@coopkirk.com                        pbc@scarpullalaw.com
   trk@coopkirk.com
24 jdb@coopkirk.com

25 ///

26 ///

SIGNATURE ATTESTATION

Under Section 5-1(i) of the Court's Local Rules, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

          /s/ Francis O. Scarpulla
          FRANCIS O. SCARPULLA (41059)