*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

March 24, 2016

**VIA ECF**

Honorable Jon S. Tigar
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
        **Case No. 07-cv-5944 JST, MDL No. 1917**

Dear Judge Tigar:

I write regarding the Response to Request for Clarification and Modification of Order Re: Objections to Ex Parte Communications and In Camera Review of Billing Records filed by objectors Cooper and Scarpulla (ECF No. 4519) ("Response").

I have no objection to the procedure set forth in the Response for filing the *ex parte* communications and providing IPP Counsel's billing and expense records to Messrs. Cooper and Scarpulla.  The proposed procedure resolves IPP Counsel's concerns regarding filing the actual records on ECF[1] and obviates the need for redactions by all IPP Counsel, while at the same time addressing any due process concerns.

I do request, however, that Your Honor clarify the scope of the production, as previously requested.

Respectfully submitted,

/s/ Mario N. Alioto
Mario N. Alioto
Lead Counsel for the Indirect Purchaser Class

---

[1] IPP Counsel read the Order Re: Objection to Ex Parte Communications and In Camera Review of Billing Records (ECF No. 4508) to require the filing of the actual billing records on ECF.  *See* Order at 5 ("Accordingly, the Court ORDERS Lead Counsel to file on ECF all billing records and non-administrative *ex parte* communications no later than March 25, 2016, under seal if necessary.")