UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: ALL INDIRECT PURCHASER ACTIONS | **CLARIFICATION RE ORDER RE OBJECTIONS TO EX PARTE COMMUNICATIONS AND IN CAMERA REVIEW OF BILLING RECORDS** |

The Court issued an order regarding an objection filed by Objectors Cooper and Scarpulla's regarding <u>ex parte</u> communications and <u>in camera</u> review of billing records related to the Special Master's Report and Recommendation. ECF No. 4508. Lead Counsel has asked for clarification as to whether they should provide access to all of the billing records provided to the Special Master or whether they need only provide access to those records that the Special Master actually reviewed. ECF No. 4520. Lead Counsel is ORDERED to provide access to all the records.

IT IS SO ORDERED.

Dated: March 25, 2016

JON S. TIGAR
United States District Judge