Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master File No. CV-07-5944-JST;<br>No. CV-13-03234-JST<br><br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO ORDER RE: OBJECTION TO EX PARTE COMMUNICATIONS AND IN CAMERA REVIEW OF BILLING RECORDS**<br><br>Date: April 19, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor<br>Special Master: Martin Quinn (JAMS) |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

In accordance with the Order Re: Objection to Ex Parte Communications and In Camera Review of Billing Records (ECF No. 4508) ("Order"), and the Clarification Order Re Order Re Objection to Ex Parte Communications and In Camera Review of Billing Records (ECF No. 4522), Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") attaches hereto as Exhibits 1-6, the following communications relating to the submission of IPP Counsel's confidential time and expense records for *in camera* review by the Special Master:

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | December 2, 2015 Letter from Mario N. Alioto to Special Master Quinn |
| 2 | December 2, 2015 Email from Lauren C. Capurro to Special Master Quinn[1] [filed partially under seal] |
| 3 | January 7, 2016 Email from Lauren C. Capurro to Special Master Quinn[2] |
| 4 | January 7, 2016 Email from Lauren C. Capurro to Special Master Quinn [filed partially under seal] |
| 5 | January 8, 2016 Email from Special Master Quinn to Lauren C. Capurro and Mario N. Alioto |
| 6 | January 9, 2016 Email from Lauren C. Capurro on behalf of Mario N. Alioto to Special Master Quinn |

---

[1] In Lead Counsel's Response to the Order to Show Cause Re: Objections to Ex Parte Communications (ECF No. 4469), Lead Counsel listed a second December 2, 2015 email from Lauren Capurro to Special Master Quinn containing the password necessary for downloading IPP Counsel's time records. However, we have discovered that there was not in fact a second email to the Special Master because a password was not necessary for the Dropbox containing IPP Counsel's time records.

[2] In Lead Counsel's Response to the Order to Show Cause Re: Objections to Ex Parte Communications (ECF No. 4469), it stated that this email contained "the link . . . for downloading Exhibits 1 and 2 to the [January 7, 2016 letter], and the expense receipts and other backup materials received from IPP Counsel." The January 7, 2016 email does not, in fact, contain a link. The Dropbox folder containing Exhibits 1 and 2 and the expense backup was sent to the Special Master directly from Dropbox. The link to access this Dropbox folder is: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Exhibits 1 and 2 to the January 7, 2016 letter and IPP Counsel's expense backup can be accessed from this Dropbox.

1

INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO ORDER RE: OBJECTION TO EX PARTE COMMUNICATIONS AND IN CAMERA REVIEW OF BILLING RECORDS - Master File No. CV-07-5944-JST

IPPs designate their billing and expense records as Highly Confidential pursuant to the terms of the Stipulated Protective Order (ECF No. 306).  By providing access to their billing and expense records, IPPs and their counsel do not intend to waive any applicable privilege or objection.

Dated: March 25, 2016

Respectfully submitted,

 /s/ Mario N. Alioto

Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*