# Exhibit 1

*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

December 2, 2015

Martin Quinn, Special Master
JAMS
Two Embarcadero Center, #1500
San Francisco, CA  94111

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* **MDL 1917**
      **Response To Special Master's Order Dated November 28, 2015 Re: Claimed Expenses**

Dear Special Master Quinn:

  This is in response to your Order dated November 28, 2015 requesting a recommendation for a process for spot checking a representative sampling of IPP Counsels' expense receipts and other backup for claimed expenses.

  We have contacted IPP Counsel and requested that they send us back up for their claimed expenses.  We have received some information already and are awaiting further information.

  Some firms have detailed expense records such as check registers with comments on the nature of the expenses paid.  Other firms' records are not as detailed.  We will be requesting expense receipts in some cases where we believe that would be helpful to the Special Master.

  Once we have all of the information we have requested, we are going to work with our accountant to spot check a representative sampling of the expenses.  Our accountant has suggested that we concentrate on the larger expense claims, and a random sampling of other expense claims.

  We will then provide our findings to you, subject to whatever further action you wish to take on the matter.

  Please let me know if you need any further information or if we can be of any other assistance.

          Respectfully submitted,

          /s/ Mario N. Alioto
          Lead Counsel for the Indirect Purchaser Class