# Exhibit 2

# Conditionally Filed Under Seal

# Lauren Capurro (Russell)

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Wednesday, December 02, 2015 8:30 PM |
| **To:** | MARTIN QUINN <mq1942@me.com> (mq1942@me.com) |
| **Cc:** | Sandra Chan (SChan@JAMSADR.com); malioto@tatp.com; Marlo Cohen |
| **Subject:** | In Re: Cathode Ray Tube (CRT) Antitrust Litig., MDL No. 1917, No. 07-cv-5944 JST/Time Records |
| **Attachments:** | Letter Martin Quinn 12.2 2015.pdf |

Dear Special Master Quinn:

Attached please find a letter from Mario Alioto regarding your request for a proposal for spot checking IPP Counsels' claimed expenses.

The time records for all IPP firms can be accessed and downloaded via the link below:

███████████████████████████████████████

Please let us know if you need anything further.

Kind regards,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by email and delete the message and any attachments.