# Exhibit 4

# Conditionally Filed Under Seal

# Lauren Capurro (Russell)

| | |
|---|---|
| **From:** | Lauren Capurro (Russell) <LaurenRussell@tatp.com> |
| **Sent:** | Thursday, January 07, 2016 6:15 PM |
| **To:** | MARTIN QUINN <mq1942@me.com> (mq1942@me.com); Marlo Cohen; Sandra Chan (SChan@JAMSADR.com) |
| **Cc:** | malioto@tatp.com |
| **Subject:** | CRT/Password for Dropbox |

The password for the Dropbox folder I just shared with you is ▮▮▮▮▮▮▮▮.

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

1