# Exhibit 5

# Lauren Capurro (Russell)

| | |
|---|---|
| **From:** | MARTIN QUINN <mq1942@me.com> |
| **Sent:** | Friday, January 08, 2016 11:04 AM |
| **To:** | Lauren Capurro (Russell) |
| **Cc:** | Marlo Cohen; Sandra Chan; Mario Alioto |
| **Subject:** | Re: CRT/Expense Audit Report |

Dear Counsel:  Is there any reason why these audit results and copies of the backup materials should not be filed on Case Anywhere?  I want to keep this as transparent as possible, and I do not see anything confidential in my quick review of the material.

Martin Quinn
Special Master


MARTIN QUINN
JAMS
Two Embarcadero Center, #1500
San Francisco, CA  94111
415-774-2669
mq1942@me.com




On Jan 7, 2016, at 6:10 PM, Lauren Capurro (Russell) <LaurenRussell@tatp.com> wrote:

Dear Special Master Martin Quinn:

Attached please find a letter from Mario N. Alioto regarding the expense audit.

As I informed Ms. Chan in my voicemail this afternoon, we are sending you the Dropbox link separately to ensure security.  The Dropbox will also be password protected.  I will send the password separately also.  The Dropbox contains the following:

1. Exhibit 1 – Summary of the Audit Results;
2. Exhibit 2 – Detail of Disallowed Expenses; and
3. Copies of receipts and other backup materials received from the IPP firms.

Please do not hesitate to contact us if you have any questions.

Best regards,

Lauren

Lauren C. Capurro (Russell)
Attorney at Law
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street

1

San Francisco, CA 94123
Tel: (415) 563-7200
Direct line: (415) 447-1496
Cell: (415) 860-5051
Fax: (415) 346-0679
E-mail: laurenrussell@tatp.com

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by email and delete the message and any attachments.

<Letter Special Master Quinn 1.7.16.pdf>