1  Mario N. Alioto (56433)
   Joseph M. Patane (72202)
2  Lauren C. Capurro (241151)
   **TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
3  2280 Union Street
   San Francisco, CA 94123
4  Telephone: (415) 563-7200
   Facsimile: (415) 346-0679
5  malioto@tatp.com
   jpatane@tatp.com
6  laurenrussell@tatp.com

7  *Lead Counsel for Indirect Purchaser Plaintiffs*

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No. 3:07-cv-05944-JST
   |                                                     | MDL No. 1917
13 |                                                     |
14 | This Document Relates to:                           | **INDIRECT PURCHASER PLAINTIFFS'**
15 | All Indirect Purchaser Actions                      | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS**
16 |                                                     | **UNDER SEAL PURSUANT TO CIVIL LOCAL RULES**
17 |                                                     | **7-11 AND 79-5**

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5(d), the Indirect Purchaser Plaintiffs ("IPPs") hereby move for administrative relief regarding certain documents to be filed bu the IPPs in response to the Order Re: Objection to Ex Parte Communications and In Camera Review of Billing Records (ECF No. 4508) ("Order").  IPPs respectfully request an order permitting IPPs to file portions of the following documents under seal:

1. Indirect Purchaser Plaintiffs' Response to Order Re: Objection to Ex Parte Communications and In Camera Review of Billing Records, which contains a link for downloading IPP Counsel's expense audit materials and other backup materials received from IPP Counsel.
2. December 2, 2015 Email from Lauren Capurro to Special Master providing the link and instructions to the Special Master and his Case Assistant for downloading IPP Counsel's billing records.
3. January 7, 2016 Email from Lauren Capurro to Special Master providing the password necessary for downloading the expense audit materials and other backup materials.

This motion is supported by the Declaration of Lauren C. Capurro in Support of the IPPs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Capurro Declaration"), dated March 25, 2015.  *See* Civ. L. R. 79-5(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Capurro Declaration, the documents that IPPs seek to file under seal contain links and/or passwords for accessing and downloading IPP Counsel's unredacted billing records, expense receipts and other backup, as they were provided to the Special Master for *in camera* review.  Some of IPP Counsel's billing records contain attorney-client privileged information, attorney work product information, and/or information relating to IPP Counsel's preparations for trial.  IPPs may be prejudiced if this information is revealed to adverse parties.  Likewise, some of IPP Counsel's expense receipts contain credit card numbers, account numbers and other sensitive information that

1 would have to be redacted before being made available to the public.  Accordingly, IPPs
2 designate their counsel's billing and expense records as "Highly Confidential" pursuant to
3 the terms of the Stipulated Protective Order (ECF No. 306).

4     IPPs could not make specific redactions to these documents because they do not
5 have the ability to do so in the usual sense.  The Court has ordered these documents
6 produced "as is," just as they were provided to the Special Master for *in camera* review via
7 online repositories.  *See* Order at 1, n. 2.  Nevertheless, as noted above, these documents
8 are entitled to protection from public view.

9     Finally, the Court's Order limited the recipients of IPP Counsel's billing and
10 expense records to objectors Cooper and Scarpulla.  The only way to limit access to these
11 objectors is to redact the links and passwords that provide access to IPP Counsel's records.

12     Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement
13 of the parties, the parties are unable to enter into such a stipulation.  *See* Civil Local Rules
14 7-11(a) (requiring explanation of lack of stipulation).

16 Dated: March 25, 2016                  Respectfully submitted,

17                                          */s/ Lauren C. Capurro*

18                                          Mario N. Alioto
                                              Lauren C. Capurro
19                                          TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
20                                          2280 Union Street
                                            San Francisco, CA 94123
21                                          Telephone: (415) 563-7200
                                           Facsimile: (415) 346-0679
22                                          Email: malioto@tatp.com
                                           laurenrussell@tatp.com

24                                          *Lead Counsel for the Indirect Purchaser Plaintiffs*