Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master No.: 3:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Lauren C. Capurro, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I make this declaration in support of the IPPs' Administrative Motion to File Under Seal Pursuant to Civ. L. R. 7-11 and 79-5(d). Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Protective Order").

3. Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), IPPs seek to file portions of the following documents under seal:

   a. Indirect Purchaser Plaintiffs' Response to Order Re: Objection to Ex Parte Communications and In Camera Review of Billing Records ("Response"), which contains a link for downloading IPP Counsel's expense audit materials and other backup materials received from IPP Counsel.

   b. Response, Exhibit 2: December 2, 2015 Email from Lauren Capurro to Special Master providing the link and instructions to the Special Master and his Case Assistant for downloading IPP Counsel's billing records.

   c. Response, Exhibit 4: January 7, 2016 Email from Lauren Capurro to Special Master providing the password necessary for downloading the expense audit materials and other backup materials.

4. These documents contain links and/or passwords for accessing and downloading IPP Counsel's unredacted billing records, expense receipts and other backup, as they were provided to the Special Master for *in camera* review.

5. Some of IPP Counsel's billing records contain attorney-client privileged

information, attorney work product information, and/or information relating to IPP Counsel's preparations for trial.

6. Some of IPP Counsel's expense receipts and other backup contain credit card numbers, account numbers and other sensitive information that would have to be redacted before being made available to the public.

7. IPPs have designated their billing and expense records as "Highly Confidential" pursuant to the terms of the Stipulated Protective Order.

8. IPPs could not make specific redactions to these documents because they do not have the ability to do so in the usual sense. The Court has ordered these documents produced "as is," just as they were provided to the Special Master for *in camera* review via online repositories. *See* Order Re Objections to Ex Parte Communications and In Camera Review of Billing Records (ECF No. 4508) ("Order") at 1, n. 2. Nevertheless, as noted above, these documents are entitled to protection from public view.

9. The Court's Order limited the recipients of IPP Counsel's billing and expense records to objectors Cooper and Scarpulla. The only way to limit access to these objectors is to redact the links and passwords that provide access to IPP Counsel's records.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of March, 2016 at San Francisco, California.

/s/ Lauren C. Capurro

Lauren C. Capurro

2

DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF PLAINTIFFS' ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917