1  Mario N. Alioto (56433)
   Joseph M. Patane (72202)
2  Lauren C. Capurro (241151)
   **TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
3  2280 Union Street
   San Francisco, CA 94123
4  Telephone: (415) 563-7200
   Facsimile: (415) 346-0679
5  malioto@tatp.com
   jpatane@tatp.com
6  laurenrussell@tatp.com

7  *Lead Counsel for Indirect Purchaser Plaintiffs*

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **SAN FRANCISCO DIVISION**
11

12 | IN RE: CATHODE RAY TUBE (CRT)      | Master No. 3:07-cv-05944-JST
   | ANTITRUST LITIGATION               | MDL No. 1917
13 |                                    |
   | This Document Relates to:          | **[PROPOSED] ORDER
14 |                                    | GRANTING INDIRECT
   | All Indirect Purchaser Actions     | PURCHASER PLAINTIFFS'
15 |                                    | ADMINISTRATIVE MOTION
   |                                    | TO FILE DOCUMENTS
16 |                                    | UNDER SEAL PURSUANT TO
   |                                    | CIVIL LOCAL RULES
17 |                                    | 7-11 AND 79-5**

GOOD CAUSE APPEARING THEREFORE, Indirect Purchaser Plaintiffs' Administrative Motion To Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: _____     _____
                                                                    HON. JON S. TIGAR
                                                                    UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917