# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  March 28, 2016                                                                                   Judge:  Jon S. Tigar

Time:  23 minutes

Case No.       **3:07-cv-05944-JST**
Case Name     **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

| | |
|---|---|
| Attorneys for Plaintiffs: | Cori G. Moore<br>Cheryl A. Galvin<br>Kevin J. Murray |
| Attorneys for Defendants: | Brad Brian<br>Laura K. Lin<br>Martin C. Geagan |
| | <u>Appearing by telephone:</u><br>Gabriel A. Fuentes |

Deputy Clerk:  William Noble                                                       Court Reporter: Kathy Sullivan

### PROCEEDINGS

- Defendants' Joint Motion for Partial Summary Judgment Against Costco on Choice of Law Grounds (ECF No. 2997)
- Defendants' Motion for Partial Summary Judgment Against Certain Direct Action Plaintiffs on Due Process Grounds (ECF No. 3029)

### RESULT OF HEARING

1. Motion hearings held.  The motions are under submission.