Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master No. 3:07-cv-05944-JST<br>MDL No. 1917<br><br>[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 |

1  GOOD CAUSE APPEARING THEREFORE, Indirect Purchaser Plaintiffs'
2  Administrative Motion To Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d)
3  is hereby GRANTED.

5  **IT IS SO ORDERED.**

7  DATED:  March 28, 2016



_____
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMIN. MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
MASTER FILE NO. CV-07-5944-JST, MDL NO. 1917