Clear Form

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 02/2015) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Catherine A. Dunbar | 2a. CONTACT PHONE NUMBER<br>(415) 788-8200 | 3. CONTACT EMAIL ADDRESS<br>cdunbar@tcolaw.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Cheryl A. Galvin | 2b. ATTORNEY PHONE NUMBER<br>(415) 788-8200 | 3. ATTORNEY EMAIL ADDRESS<br>cgalvin@tcolaw.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Taylor & Company Law Offices, LLP, One Ferry Building, Suite 355, San Francisco, CA 94111 | 5. CASE NAME<br>In Re: CRT Antitrust Litigation | 6. CASE NUMBER<br>MDL No. 1917 |
|---|---|---|

| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Katherine Sullivan | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24. |
|---|---|

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)    b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)    c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/2016 | JST | Motion | | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: *Catherine A. Dunbar* (signature)

12. DATE: 03/28/2016

DISTRIBUTION:   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY