# Exhibit 1

**This record is produced in native. Please see native folder within this production.**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0071129



# '05 Business Meeting





*2. Feb. 2005*



# Market Overview

# '05 Market Outlook

## Flat/Wide 전환 가속

≫ **Flat** 전환 가속 : **37%/'04**년 → **45%/'05**년

◆ 북미 **Flat** 급격전환 : **52%/'04 → 68%/'05**

◆ 유럽 **Flat** 증대 지속 : **41%/'04 → 48%/'05**

≫ **Wide** 기종 본격 시장 확대 :

◆ 유럽 / 일본 → 미국

## BRICs 확대

≫ **BRICs** 비중 증대 :
  ◆ 41%/'04년 → 46%/'05년

|  | '03 | '04 | '05 |
|---|---|---|---|
| **CPT** | **67M** | **77M** | **79M** |
| **CDT** | **16M** | **21M** | **2OM** |
| **CRT** (비중) | **83M** (37%) | **98M** (41%) | **99M** (46%) |

## Digital化 가속

≫ 미국 : 정부 주도의 강력한 **Digital** 전환
      **25"**이상 **'05.7**月 **D-Tuner** 의무화

≫ 한국 : **'04**년 규격확정 → 전국 방송 확대

≫ 중국 : **'08**년 올림픽 중계 **Digital** 방송 예정

≫ 유럽 : 국가별 본 방송 추진

## CRT 수요 일부 감소

≫ **'04**년 호조에 따른 상대적 수요 감소 예상
  ◆ **CPT : 172M/'04 →162M/'05**

≫ **TFT-LCD** 업계 지속적인 **Capa.** 확대
  ◆ **'05**년 한국/대만계 업체 대형 라인 가동

≫ **Vixlim** 출시로  **CRT** 수요 감소 저지

# Demand Outlook

▪ 중/대형 **CPT**가 **CTV**의 **Mainstream** 점유
▪ **LCD**와 **PDP FPD** 시장의 대형/초대형 영역 쟁탈

## Device Type

## CPT Size

(M units)



# Demand Outlook

▪ **CRT TV** 선진시장 점진적 감소, **Emerging** 시장 수요 증가

▪ **Flat** 기종 지속 증가, **Wide**기종 완만한 성장

## CPT by Region

| | '04 | '05 | '06 | '07 |
|---|---|---|---|---|
| Total | 172.2 | 162.1 | 160.9 | 152.6 |
| Others | 18 | 19 | 20 | 22 |
| Europe | 39 | 35 | 33 | 29 |
| China | 54 | 55 | 57 | 57 |
| N.America | 18 | 15 | 12 | 10 |
| SA | 35 | 33 | 33 | 32 |
| Kor/Japan | 8 | 6 | 5 | 4 |

## Flat/Wide

(Mill Units)



| | '04 | '05 | '06 | '07 |
|---|---|---|---|---|
| Total | 172.2 | 162.1 | 160.9 | 152.6 |
| Flat | 64 (37%) | 72 (45%) | 83 (51%) | 89 (58%) |
| Wide | 9 (5%) | 9 (6%) | 11 (7%) | 12 (8%) |

# Demand for 30"+ Size

▪ **LCD, PDP, PJTV** 등 상이한 **Device** 간의 각축장

▪ **6G & 7G** 생산과 더불어 **LCD가 TV** 시장에 본격 진입

▪ **CRT** 수요는 **32"WF/34F**으로 이동 **(32WF/34F mix : 60%/'04 → 77%/'05)**

## Device Type



## CRT Size Type





# SDI Overview

# CRT Global Operation Status



Berlin
2.0 Lines

Germany

Suwon
1.0 Line

Pusan
3.0 Lines

Korea

Hungary

Tijuana
2.0 Lines

China

Goed
2.0 Lines

Shenzhen
2.5 Lines

Tianjin
2.0 Lines

Mexico

Malaysia

Brazil

Seremban
4.0 Lines

Manaus
1.0 Lines

*Worldwide TOTAL : 7 Countries 9 Plants, CPT 19.5 Lines*

# Global Operation in Details

[Unit : M/pcs]

| Location | Line | Curved | Flat | '04 | '05(P) |
|---|---|---|---|---|---|
| Suwon | 1.0 | 10" | 7"PRT 10" | 1.5 | 1.1 |
| Busan | 3.0 | 21" 25" 29" | 17" 21" 25" 29" 28"W 32"W | 5.9 | 6.3 |
| Malaysia | 4.0 | 14" 16" 20" 21" | 15" 21" | 10.9 | 10.8 |
| Shenzhen | 2.5 | 20" 21" 25" 29" | 21" 25" 29" | 7.3 | 7.3 |
| Tianjin | 2.0 | 25" 29" | 25" 29" 34"AF 34"DF ※ | 3.1 | 3.2 |
| Germany | 2.0 | 25" 28"4:3 | 25" 29" 28W | 2.9 | 2.8 |
| Hungary | 2.0 | 20" 21" | 21" 29" 28"W 32"W | 3.8 | 4.4 |
| Mexico | 2.0 | 19V 20V 25V 27V | 20V 23V 27V 32"W | 3.9 | 3.7 |
| Brazil | 1.0 | 14" 20" | 21" | 3.5 | 3.4 |
| Total | 19.5 | | | 42.8 | 43.0 |

※ 34"AF: Tension Mask/DF: Formed Mask,  Red color is for Vixlim Series.

# CRT Business Position

▪ **SDI CRT** 시장 內 독보적 위치 재 확립

  - **CRT Total & CPT : M/S No. 1 in Y2004**

  - **Over Large CPT 35%, Flat CPT 51%**



# Vixlim Development Roadmap

## Vixlim Full  Line-up in 2005

| | 2004 | 2005 |
|---|---|---|

**32 Vixlim**   Busan '05.1   Hungary '05.6   Mexico '05.9

**29 Vixlim**   Busan '05.6   Mexico '05.11   China '06   Hungary '05.10

**28 Vixlim**   Busan '05.09



□ Vixlim Series

| 구 분 | 32VX | | 29VX | | 28VX | |
|---|---|---|---|---|---|---|
| | Normal | Vixlim | Normal | Vixlim | Normal | Vixlim |
| 전장 (mm) | 500 | 365 | 443 | 358 | 448 | 338 |



# **Business Review**

# 4개년 Business History

✓ '04년 전년 대비 367K (53%) 증가, 역대 최고 기록 달성



# 법인별 '03 /'04 Business 비교







# 법인별 Business 현황 (1)

**1** DAEWOO KUMI

### '05년 제안

| Type | Plant | '04실적 | '05제안 |
|------|-------|---------|---------|
| 10" | 수원 | 18 | *20* |
| 14" | 마련 | 204 | *300* |
| 15"F | 마련 | 82 | *80* |
| 21"F | 심천 | 48 | *150* |
| 25"MS | 부산 | 6 | – |
| 29"F | 부산 | 7 | *120* |
| 32"W | 부산 | – | *15* |
| TTL | | 365 | *685* |

### Issue 사항

- **'05년 국내거래 여신조건 개선**
  - ☞ LOCAL L/C → 구매승인서

- **VE 기종 Business 확대**
  - ☞ 21"AK조기채용(부산/심천産) – 旣 양산중
  - ☞ 29"AK 채용검토(부산産) – 2월 양산예정
  - ☞ 15"AK 개발검토(마련産) – 2Q 양산예정

- **신기종 추가 도입 검토**
  - ☞ Vixlim채용 32"W/29"/28"W
  - ☞ 17"F (미주/중동向)

# 법인별 Business 현황 (2)

**2**  DEMPOL

| **'05년 제안** | | | |
|:---:|:---:|:---:|:---:|
| Type | Plant | '04실적 | '05제안 |
| 20" | 헝가리 | 182 | *100* |
| 21" | | 78 | *70* |
| 21"F | | 83 | *140* |
| 28" | 독일 | 118 | *150* |
| 28"W | | 14 | *30* |
| 29"F | | 98 | *150* |
| 32"W | 헝가리 | 13 | *45* |
| TTL | | 586 | *685* |

**Issue 사항**

- **여신 확대 지속 추진**

  ☞ 독   일 : 부보한도 € 500만

   헝가리 : 부보한도 $500만

- **VE 기종 확대 추진**

  ☞ 21"AK, 28"4:3 PCL,

   28"W S/S DY (Noise Free Type)

- **32"W & Vixlim 확판 방안 협의**

  ☞ 헝가리 32"Vixlim 3Q 양산 예정

# 법인별 Business 현황 (3)

*3* **DEMDA (Mexico)**

**'05년 제안**

| Type | Plant | '04실적 | '05제안 |
|------|-------|--------|--------|
| 14" | 브라질 | 48 | *60* |
| 15"F | 마련 | 27 | *38* |
| 20" | 브라질 | 35 | – |
| 25V | 멕시코 | 12 | *12* |
| 29"F | | – | *20* |
| TTL | | 122 | *130* |

**Issue 사항**

- **SDIM 29"F** 신규 채용 검토

- **SDIM 25V → 24V** 전환 채용 검토

- **20"** 공급 재개 검토 (브라질/말련)





# '05 Win-Win 협력과제

*첫째, Global 전거점 협력관계 강화 !*

*둘째, Vixlim & AK 신기종 개발 협력 !!*

*셋째, '05년 150만대 공급 목표 달성 !!!*

# 별첨 1. ’05년 1Q 판매점검

✓ ’05년 1Q 前年 同期 대비 **75K** 감소 전망 : **DEMPOL △77K**

■ ’04/ ’05 1Q 판매 비교

단위 : K/pcs



| 구분 | 기종 | '04 실적 | '05경영 | '05 전망 |
|---|---|---|---|---|
| DAEWOO KUMI | 초소형 | 8 | 11 | – |
| | 소형 | 89 | 55 | 84 |
| | 중형 | 9 | 18 | 18 |
| | 대형 | 5 | 3 | 4 |
| | 초대형 | – | 2 | 2 |
| | **TTL** | 111 | 89 | 107 |
| DEMPOL (Poland) | 중형 | 128 | 81 | 50 |
| | 대형 | 64 | 63 | 64 |
| | 초대형 | – | 5 | 2 |
| | TTL | 193 | 149 | 116 |
| DEMDA (MEXICO) | 소형 | 13 | 28 | 37 |
| | 중형 | 16 | – | – |
| | 대형 | 3 | – | 2 |
| | **TTL** | 33 | 28 | 39 |
| TTL | | 337 | 266 | 262 |

# 별첨 2. '04 Vender別 M/S 분석

✓ '04년 M/S 18%, '05년 목표 M/S 23%(1,500K)

[ DAEWOO GLOBAL ]



SDI Global M/S 13% →18%(4th Vendor)

LPD First Vendor (33% →29%)

CPT 3rd → 2nd  Vendor

[ 법인별 ]  '03          '04

| | 구미 | 폴란드 | 멕시코 | TTL |
|---|---|---|---|---|
| LPD | 24% | 42% | 16% | 29% |
| CPT | 38% | – | – | 21% |
| Orion | 24% | – | 64% | 21% |
| SDI | 11% | 32% | 15% | 18% |
| T/P | 3% | 20% | 5% | 9% |
| Ekranas | – | 6% | – | 2% |
| TTL | 100% | 100% | 100% | 100% |

# 별첨 3. 년간 가격 Trend

단위 : US$(유럽 EUR)

| Customer | Plant | 인치 | 구분 | 조건 | 04.1Q | 04.2Q | 04.3Q | 04.4Q | 05.1Q | 비 고 |
|---|---|---|---|---|---|---|---|---|---|---|
| DAEWOO KUMI | 마련 | 14" | Bare | CIF | 18.5 | 19.5 | 19.7 | 19.7 | 19 | |
| | | 15"F | Bare | CIF | 30 | 30 | 30 | 30 | 29 | |
| | 심천 | 21"F | Bare | CIF | 47 | 46 | 45 | 44 | 43(AK 41) | |
| | 부산 | 29"F | ITC | 도착가 | 110 | 110 | 108 | 99 | | |
| | | 32"W | ITC | 도착가 | – | – | – | – | | |
| DEMPOL (Poland) | 헝가리 | 20" | ITC | 도착가 | 39 | 39 | 37 | 36 | 34 | |
| | | 21" | ITC | 도착가 | 43 | 42 | 40 | 39 | 37 | |
| | | 21"F | ITC | 도착가 | 52 | 50 | 48 | 47 | 43 | |
| | 독일 | 28" | ITC | 도착가 | 73 | 70 | 67 | 66 | 60 | |
| | | 28"W | ITC | 도착가 | 123 | 119 | 113.5 | 108 | 100 | |
| | | 29"F | ITC | 도착가 | 122 | 119 | 113.5 | 105 | 94(1H) | |
| | 헝가리 | 32"W | ITC | 도착가 | 245 | 220 | 205 | 185 | 170 | |
| DEMDA (MEXICO) | 멕시코 | 25"V | ITC | 도착가 | 76 | 76 | 76 | 76 | 76 | |
| | 브라질 | 14" | | CIF | – | – | 24.5 | 24.5 | 23.5 | |
| | | 20" | ITC | CIF | 36.5 | 39 | 39 | 39 | – | |
| | 마련 | 15"F | Bare | CIF | 33.4 | 33.4 | 33.4 | 33.4 | 31.4 | |