# Exhibit 2

**This record is produced in native. Please see native folder within this production.**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0009234

# 브라운관 본부 전략회의



'06. 1. 17

CDT 영업팀



*Confidential*



*Winning Spurt*

# *2005年 Review*

*Confidential*



# '05年 판매량 및 M/S

*Winning Spurt*

□ 당사 수요 **FCST** 예측력 부족

[단위:백만본 ]

|  | '00년 | '01년 | '02년 | '03년 | '04년 | '05년 |
|---|---|---|---|---|---|---|
| 수요 | 114.3 | 88.1 | 83.7 | 69.4 | 67.9 | 45.1 |
| 판매 | 27.4 | 24.3 | 28.0 | 27.1 | 28.5 | 20.0 |
| M/S | 24.1% | 27.6% | 33.5% | 39.0% | 42.0% | 44.3% |







# '05年 DESK 및 Captive 고객 판매

*Winning Spurt*

## ❑ 중국계 판매 지속 증가

[단위:백만본]

|  | '00년 | '01년 | '02년 | '03년 | '04년 | '05년 |
|---|---|---|---|---|---|---|
| SEC | 14.1 | 14.0 | 14.3 | 13.8 | 14.3 | 9.1 |
| 대만계 | 8.9 | 6.5 | 9.5 | 8.6 | 9.4 | 6.7 |
| 중국계 | 2.1 | 1.4 | 2.5 | 3.0 | 3.2 | 3.4 |
| 한국계 | 2.3 | 1.9 | 1.5 | 1.2 | 1.0 | 0.3 |

## ❑ 7大 고객 비중 증가 – 중국 4大 고객 進入, **Delta, HIQ**等 退步

|  | '00년 | '01년 | '02년 | '03년 | '04년 | '05년 |
|---|---|---|---|---|---|---|
| 1 | SEC | SEC | SEC | SEC | SEC | SEC |
| 2 | Proview | Proview | Proview | Proview | Proview | Proview |
| 3 | Compal | Delta | Philips | HPC | HPC | G/Wall |
| 4 | Delta | HIQ | Delta | AOC | AOC | AOC |
| 5 | HIQ | Acer | HIQ | Delta | G/Wall | HKC |
| 6 | Sampo | Hansol | AOC | G/Wall | HIQ | HPC |
| 7 | Acer | Philip | G/Wall | HIQ | Delta | Deweco |
| 비중 | 86% | 86% | 83% | 89% | 86% | 93% |

*Confidential*



# '05年 기종별 판매

*Winning Spurt*

❑ **17"Flat** 판매 증가 **(8%/'00 → 56%/'05)**, **15"/19"** 비중 감소

[단위:백만본,% ]

| 고 객 | '00年 | | '01年 | | '02年 | | '03年 | | '04年 | | '05年 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 수량 | 비중 | 수량 | 비중 | 수량 | 비중 | 수량 | 비중 | 수량 | 비중 | 수량 | 비중 |
| 15"≥ | 12.4 | 45 | 8.2 | 34 | 7.0 | 25 | 6.3 | 23 | 5.5 | 19 | 4.0 | 20 |
| 17"계 | 13.1 | 48 | 13.6 | 56 | 17.3 | 62 | 17.6 | 65 | 20.2 | 71 | 14.7 | 73 |
| (Flat) | (2.3) | (8) | (5.8) | (24) | (11.3) | (40) | (13.4) | (50) | (15.4) | (54) | (11.2) | (56) |
| 19"≤ | 1.9 | 7 | 2.5 | 10 | 3.7 | 13 | 3.2 | 1.2 | 2.8 | 10 | 1.4 | 7 |







# '05年 이익 (이익률)

*Winning Spurt*

❑ **17"Flat 판매 증가 (8%/'00 → 56%/'05), 15"/19" 비중 감소**

| | '00년 | '01년 | '02년 | '03년 | '04년 | '05년 |
|---|---|---|---|---|---|---|
| 매출 | 2조 4천억 | 2조 1천억 | 1조 9천억 | 1조 5천억 | 1조 5천억 | 8,100억 |
| 이익 | 4,080억 | 2,400억 | 2,250억 | 1,410억 | 2,576억 | 690억 |
| 이익률 | 16.7% | 11.6% | 11.4% | 8.9% | 17.2% | 8.7% |
| 평균판가 | $77.2 | $64.0 | $51.2 | $47.0 | $45.8 | $39.6 |
| 인하율 | + 1% | △17% | △20% | △8% | △3% | △13% |







*Winning Spurt*

# '06年 시장 전망 및 판매 목표

Confidential



# '06年 시장 전망

*Winning Spurt*

- LCD 공급 과잉에 따른 판가 하락



Emerging 및 Bundle用 시장 중심
**'06년 CDT 수요 30~35M 전망**

[전제 조건]
- 정상치 : LCD 수요 업체별 평균 전망치
   적용 時
- 비관치 : LCD 공급 과잉으로 Monitor用
   가격 추가 하락 → 수요 확대 時



(백만대)

| | '04 | '05 당초 | '05 결과 | '06 정상치 | '06 비관치 |
|---|---|---|---|---|---|
| Total | 137.9 | 140.0 | 149.3 | 159.9 | 159.9 |
| LCD | 70.0 | 92.0 | 103.7 | 124.7 | 129.8 |
| | | 31.4% | 48.2% | 20.2% | 25.2% |
| CDT | 67.9 | 50.0 | 45.7 | 35.2 | 30.1 |
| | | △26.3% | △32.7% | △23.0% | △34.1% |



# '06年 판매 목표

*Winning Spurt*

|  |  | '05년<br>실적 | '06년<br>목표 | 차이 |
|---|---|---|---|---|
| 수량 | 수요 | 45M | 35M | △10M (△22%) |
|  | M/S | 44% | 48% | + 4% |
|  | 판매량 | 20.0M | 16.7M | △3.3M (△16%) |
| 금액 | 매출액 | 8,100억 | 5,740억 | △2,360억(△29%) |
|  | 환율 | 1,146won/$ | 980won/$ | 166won/$(△14%) |
|  | 평균판가 | $39.6 | $35.1 | $4.5(△11%) |
| 이익 | 본당이익 | $3.5 | $3.4 | △$0.1(△3%) |
|  | 세전이익 | 700억원 | ? | △133억원(△19%) |

*Confidential*



*Winning Spurt*

# '06年 CDT 10大 추진 전략

Confidential



# 전략 체계도

*Winning Spurt*



*Confidential*



# 1. 이익률 10% 달성

*Winning Spurt*

## 철저한 손익 Oriented Sales 실현

☐ 이익률 **10%** 달성을 통한 **570**억 손익 확보

☐ 판가 인하 억제 최우선 과제로 추진

☐ 원가 경쟁력 분석을 통한 라인간 물량 **Alloc** 우선권 부여

☐ 월별 이익 목표 수립 및 관리 실시 : TP 전개를 통한 이익 Simulation 실시

### [ '06年 DESK별 판매/이익 기여도 분석 ]



|  | 고부가 기종 비중 | ITC 비중 |
|---|---|---|
| SEC | 47% | 100% |
| 대만계 | 26% | 33% |
| 중국계 | 24% | 21% |
| 기타 | 3% | 55% |

*Confidential*



# 2. SEC M/S 확대

*Winning Spurt*

## SEC 3大 법인 중심으로 M/S 80% 이상 회복

[ '05년 월별 경쟁사 판가-M/S 추이 ]



[3大 법인 M/S 목표]

(천본)

| 3대 법인 | '05 | | '06 | |
|---|---|---|---|---|
| | SEC | SDI판매(M/S) | SEC | SDI 판매(M/S) |
| TSED | 2,830 | 1,605 (57%) | 1,712 | 1.130(66%) |
| KAWA | 2,114 | 1,166 (55%) | 2,765 | 1.770(64%) |
| SDMA | 1,975 | 1,450 (74%) | 1,400 | 1.050(75%) |

❑ 가격 **vs. M/S**간 밀접한 상관관계 有

❑ '05年 "뒤따라가기" → '06年 "선행 가격 전략" 수립

❑ **1Q Simulation** 결과 판가 인하에 따른 물량 증가時

   **11.5억** 추가 손익 발생

❑ 17" VX 1.0M 판매 확대

❑ W/B을 통한 동남아 시장 확판 전개



# 3. 대만 M/S 40% 달성

*Winning Spurt*

## AOC, Lite-on 공략을 통한 M/S 확대

[ '02~'05 실적 및 '06 목표 ]



[고객別 판매 목표]

(백만본)

|  | '05年 실적 | '06年 경영 | '06年 목표 |
|---|---|---|---|
| Proview | 5,0 | 4,0 | 5,3 |
| AOC | 1,3 | 1,0 | 1,0 |
| L/On | 0.1 | 0.3 | 0.3 |
| 기타 | 0.4 | – | 0.1 |
| 계 | 6.7 | 5.3 | 6.7 |

❑ **AOC** 단계별 전략 및 **Road Map** 작성 관리

❑ **19" W/Being** 및 **17"VX AOC** 도입 전략적 활용

❑ **OEM**向(**HPQ,Lenovo,E-machine**等) 및 **Emerging** 시장 공략 지원

❑ 관계 마케팅 강화를 통한 경쟁사 아킬레스건 활용



# 4. 중국계 5년 연속 판매 성장 달성

*Winning Spurt*

## 고객 相生 및 Incentive 전략 지속 추진

[ '01~'05 실적 및 '06 판매 목표 ]



[고객別 판매 목표]

(백만본)

|  | '05年 실적 | '06年 경영 | '06年 목표 |
|---|---|---|---|
| G/Wall | 1.5 | 1.3 | 1.5 |
| HPC | 0.7 | 0.6 | 0.5 |
| HKC | 0.7 | 0.7 | 1.0 |
| Deweco | 0.5 | 0.5 | 0.5 |
| 계 | 3.4 | 3.1 | 3.5 |

❑ **Vixlim** 조기 **Launchin**을 통한 시장 선점

  → 경쟁사 **Captive(AOC)** 고객 제압

❑ 공동 목표 달성에 대한 **Incentive** 지원**(VX, DFE, 왕빠)**

❑ 대형 **OEM** 수주 지원: Lenovo, 北大方正, Viewsonic, e-machines

*Confidential*



# 5. Vixlim 2.5M 판매

*Winning Spurt*

## 2月 SEC向 본격 양산 Start를 통한 2.5M 달성

### ➔ 現 양산 일정 차질에 따른 판매 목표 차질 전망

[ '06 Vixlim 판매 목표 ]



목표치
전망치

2,500
1,887
1,979
1620
465
144
52
307

'06.1Q    2Q    하반기    년계

[ 17"Vixlim 전환 ]

| | 現 진행 | 양산 일정 | 전망치 | 목표치 |
|---|---|---|---|---|
| SEC | 2차 PP | '06.2月 | 1.0M | 1.2M |
| Provie w | SPL | '06.3~4月 | 0.6M | 0.7M |
| G/Wall | PP | '06.3月 | 0.1M | 0.2M |
| HPC | SPL | '06.3~4月 | 0.1M | 0.2M |
| HKC | SPL | '06.3~4月 | 0.1M | 0.2M |
| Dewco | PP | '06.3~4月 | 1.9M | 0.1M |

❑ **2月 SEC向 양산 Start로 '06年 2.5M 확판 체제 마련**

❑ 당사 Captive 고객 시장 선점 및 경쟁사 진입 억제

 : Chassis, DY 및 Cabinet Design 개발 지원

❑ 복합화 실현 (DFE+ W/Being+ Vixlim)

*Confidential*



# 6. DFE 조기전환 가속화

*Winning Spurt*

## <u>4月內 DFE 90% 이상 전환 및 2Q內 100% 추진</u>

[ '06 DFE 판매 목표 ]



- ❑ **1Q內 100%** 전환 목표

  단, **SEC DELL OEM)** 제외

- ❑ **DFE** 전환 가속화를 위한 주별 회의 운영

  : 영업/**GSG**/제조기술/구매

  진행 사항 **F/UP** 및 **Action Item** 도출

- ❑ 고객별 추진 사항

  **SEC :** 現 중국 내수向 판매

  → **1月內** 全법인 승인 완료 추진을 통한

  W/W 판매 확대

  중국 : 全 고객 승인 및 **OEM** 승인 완료

  → **3月內 100%** 전환 목표

  **Proview :** 70khz 물량 확대 및

  **OEM 3月內** 승인 후, 판매 확대



# 7. 브라질 판매 확대

*Winning Spurt*

## #2라인 전환을 통한 2.4M 판매 달성

[ '06 브라질 판매 목표 ]



### SEDA

❑ 탄력적 Order 대응 통한 외자 사용 봉쇄
❑ 품질, Communication 개선을 통한 고객 불만 해소
  : 품질 향상 Program 운영 및 Service 개선

### Proview

❑ Win-Win Project 지원을 통한 15"시장 개척
  : 전폭적인 15" 지원을 통한 경쟁력 제고
❑ Biz 범위 확대에 따른 안전성 확보
  : 정기적 재무상태 점검으로 문제발생 사전 관리

### AOC

❑ 조기 LOI 계약으로 물량 확보 (800K 추진)
❑ 신제품 Launching, 품질 관리로 물량 이탈 방지



# 8. 19" 왕빠向 1.0M 판매

*Winning Spurt*

## "One Stop Solution Provider 실시

[ '05 실적 및 '06 목표 ]

| 고객 | '05 실적 | '06 목표 |
|------|---------|---------|
| SEC | 207 | 300 |
| Proview | 45 | 100 |
| G/Wall | 69 | 120 |
| HPC | 73 | 100 |
| HKC | 47 | 70 |
| V/Sonic | 37 | 120 |
| Philips | 29 | 60 |
| AOC | 52 | 110 |
| Others | 12 | 20 |
| TTL | 571 | 1,000 |

❏ 1月 "왕빠 大長征" 실시

　➔ SEC, G/Wall, HPC 등 전략 고객과 함께

　　핵심 지역 대리상 및 왕빠 체인 방문

❏ '06年 1.0M 판매 달성을 위한

　"One Stop Solution Provider

　➔ 모니터 + PC + Decoration 포함

　　Total Financial Support 추진

❏ 19"CDT vs. 17"TFT 가격 Gap 축소에 따른
전환 가속화에 대한 대응 마련

　➔ 19"CDT : RMB 1,150~1,200
　　17"TFT ：RMB 1,900~2,000

　★ 1.6~1.7陪로 가격 Gap 지속 축소中

*Confidential*



# 9. 4大 Emerging Market

*Winning Spurt*

## 모니터 수요 전망          ‘06年 추진 사항

**China**

CDT  **11.8**         **11.8**
                     **9.7**
**6.7**
LCD

‘05      ‘06
[단위:백만대]

– CDT 수요 9.7M 전망 (CDT : LCD = 4.5 : 5.5)
– 19” DFE + W/B: 왕빠 전용 모니터 Launching 진입지원
– 대형 PC 업체 OEM 물량 확보
  : Captive 고객과 공동 확판 Project 추진

**India**

**3.4**          **4**

**0.4**          **0.8**

‘05      ‘06

– SEC : 영업 조직 확대를 통한 정부 ORDER 수주 활동 확대
– HCL : LOI 달성 수준에 따른 단계적 지원
– LG : 17”FST 조기 승인 및 판매
– AOC를 통한 HP/Lenovo OEM Order 수주

**Brazil**

**4.6**          **4.9**

**0.8**          **1.7**

‘05      ‘06

– ’06年 CDT 수요 증가 전망 (CDT: LCD = 7.5 : 2.5)
– SDIB 2라인 개조 → Local 공급 Merit 확대
– SDIB 영향력을 바탕으로 SDI M/S 확대 추진
– LG Order 추진

**동남
아**

**3.3**          **3.2**

**1.3**          **1.6**

‘05      ‘06

– 15”/17”FST Well–Being 도입
– 생존을 위한 고객과의 공생발전(SDMA/SEIN 경쟁력 부여)
– 역내 고객의 이익 및 경쟁력 부여 위한 SDI(M) 자체 역량강화
– 시장정보 제공, 공동 마케팅을 위한 주기적인 접촉강화

*Confidential*



# 10. 경쟁사 전략

*Winning Spurt*

## AOC M/S 공략을 통한 2社 체제 기틀 구축



CPT
Lite-On

AOC

SDI
SEC, Proview

LPD
LGE

❑ **AOC 3社 M/S** 전망 및 목표

（백만본）

|  | '04年 | '05年 | '06年 |
|---|---|---|---|
| SDI | 1.7 (12%) | 1.3 (13%) | 1.6 (20%) |
| LPD | 3.4 (24%) | 2.6 (25%) | 1.9 (25%) |
| CPT | 8.2 (59%) | 6.3 (61%) | 4.7 (55%) |
| Others | 0.7 (5%) | 0.2 (2%) | – |
| 계 | 14.0 | 10.4 | 8.2 |

❑ **'06年 1.6M** 판매 를 통한 **M/S 20%** 이상 달성

❑ 차별화 : **17"VX, 19"W/B, DFE**

❑ **TSDI & AOC** 北京 특별가를 통한 물량 확보

❑ **AOC** 브라질 **800K LOI** 체결 실시

*Confidential*



**'06年 각오**

*Winning Spurt*

# CPT : *Six Challenge*

# CDT : *Winning Spurt '1050'*

브라운관영업 전체가 비장한 각오를 가지고

'병술년'에 '犬公'같은 노력으로,

목표 必達을 위해 최선을 다해 노력 하겠습니다.