# Exhibit 3

CONFIDENTIAL – GRAND JURY MATERIAL

# Itinerary

**Feb. 24th**    **- 08:00~12:00 : Green meeting**
(Palm Garden Golf Club)
**- 12:00~13:00 : Lunch(Club House)**
**- 13:00~14:00 : Break**
**- 14:00~17:00 : Top management meeting**
(Marriott Hotel, Terengganu room, Level 1)
**- 18:00~18:30 : Move to dinner place**
**- 18:30~21:00 : Dinner**(Goongjun, Korean style)
**- 21:00~        : Move to Airport**

CHU00647932

CONFIDENTIAL – GRAND JURY MATERIAL

# Agenda

I.      CDT sales update

II.     '04~'05 Feb M/S review

III.    Market Update

IV.     Capacity control

V.      Price Management

VI.     '05 3 makers M/S Allocation

VII.    A.O.B

CHU00647933

CONFIDENTIAL – GRAND JURY MATERIAL

# I. CDT Sales Update

(Unit : K)

| Maker | Size | '03 TTL | '04.Q1 | '04.Q2 | '04.Q3 | '04.Q4 | '04.Oct | '04.Nov | '04.Dec | '04 TTL | '04 vs '03 | '05.Jan | '05 Feb | '05.Feb vs '05.Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPT | 15" | 4,089 | 804 | 559 | 565 | 568 | 237 | 231 | 100 | 2,496 | -39.0% | 93 | 74 | -20.4% |
| | 17"FS | 6,057 | 1,762 | 1,308 | 1,231 | 1,277 | 459 | 397 | 421 | 5,578 | -7.9% | 396 | 362 | -8.6% |
| | 17"RF | 5,872 | 1,467 | 1,482 | 1,566 | 1,400 | 464 | 471 | 465 | 5,915 | 0.7% | 412 | 325 | -21.1% |
| | 19"FS | 170 | 51 | 29 | 27 | 25 | 14 | 6 | 5 | 132 | -22.4% | 8 | 7 | -12.5% |
| | 19"RF | 172 | 56 | 86 | 53 | 63 | 23 | 30 | 10 | 258 | 50.0% | 15 | 18 | 20.0% |
| | Sub-ttl | 16,413 | 4,140 | 3,464 | 3,442 | 3,333 | 1,197 | 1,135 | 1,001 | 14,379 | -12.4% | 924 | 786 | -14.9% |
| LPD | 15" | 4,947 | 799 | 789 | 906 | 915 | 341 | 329 | 245 | 3,409 | -31.1% | 232 | 208 | -10.3% |
| | 17"FS | 7,806 | 1,746 | 1,684 | 1,601 | 1,551 | 558 | 531 | 462 | 6,582 | -15.7% | 453 | 358 | -21.0% |
| | 17"RF | 6,535 | 2,227 | 2,155 | 2,563 | 2,216 | 789 | 746 | 681 | 9,161 | 40.2% | 657 | 555 | -15.5% |
| | 19"FS | 737 | 220 | 142 | 40 | 68 | 25 | 20 | 23 | 470 | -36.2% | 21 | 21 | 0.0% |
| | 19"RF | 444 | 144 | 170 | 147 | 97 | 43 | 42 | 12 | 558 | 25.7% | 11 | 16 | 45.5% |
| | Sub-ttl | 20,506 | 5,136 | 4,940 | 5,257 | 4,847 | 1,756 | 1,668 | 1,423 | 20,180 | -1.6% | 1,374 | 1,158 | -15.7% |
| SDI | 15" | 6,219 | 1,165 | 1,034 | 1,223 | 1,122 | 429 | 392 | 301 | 8,549 | 37.5% | 256 | 191 | -25.4% |
| | 17"FS | 4,066 | 1,043 | 1,012 | 968 | 1,016 | 341 | 338 | 337 | 4,039 | -0.7% | 336 | 272 | -19.0% |
| | 17"RF | 11,014 | 2,891 | 3,222 | 3,656 | 3,291 | 1,170 | 1,141 | 980 | 13,060 | 18.6% | 942 | 769 | -18.4% |
| | 19"FS | 689 | 114 | 54 | 36 | 20 | 8 | 8 | 4 | 224 | -67.5% | 4 | 4 | 0.0% |
| | 19"RF | 1,823 | 453 | 430 | 382 | 336 | 124 | 114 | 98 | 1,601 | -12.2% | 89 | 66 | -25.8% |
| | Sub-ttl | 23,823 | 5,666 | 5,752 | 6,265 | 5,785 | 2,072 | 1,993 | 1,720 | 23,468 | -1.5% | 1,627 | 1,302 | -20.0% |
| Total | 15" | 15,255 | 2,768 | 2,382 | 2,694 | 2,605 | 1,007 | 952 | 646 | 14,454 | -5.3% | 581 | 473 | -18.6% |
| | 17"FS | 17,929 | 4,551 | 4,004 | 3,800 | 3,844 | 1,358 | 1,266 | 1,220 | 16,199 | -9.6% | 1,185 | 992 | -16.3% |
| | 17"RF | 23,421 | 6,585 | 6,859 | 7,785 | 6,907 | 2,423 | 2,358 | 2,126 | 28,136 | 20.1% | 2,011 | 1,649 | -18.0% |
| | 19"FS | 1,596 | 385 | 225 | 103 | 113 | 47 | 34 | 32 | 826 | -48.2% | 33 | 32 | -3.0% |
| | 19"RF | 2,439 | 653 | 686 | 582 | 496 | 190 | 186 | 120 | 2,417 | -0.9% | 115 | 100 | -13.0% |
| 3 Makers Total | | 60,742 | 14,942 | 14,156 | 14,964 | 13,965 | 5,025 | 4,796 | 4,144 | 58,027 | -4.5% | 3,925 | 3,246 | -17.3% |

CHU00647934

CONFIDENTIAL – GRAND JURY MATERIAL

CHU0064793S

# II. '04~'05.Feb M/S Review

(Unit : M)

| (Mpcs ; %) | Y2004 Agreed | | '04 Result | | |
|---|---|---|---|---|---|
| | Plan | M/S | Sales | M/S | M/S Gap |
| CPT | 15.0 | 28.3% | 14.4 | 24.8% | -3.5% |
| LPD | 18.0 | 34.0% | 20.2 | 34.8% | 0.8% |
| SDI | 20.0 | 37.7% | 23.5 | 40.4% | 2.7% |
| 3 sub-ttl | 53.0 | 100% | 58.0 | 100% | 0.0% |
| Others | 3.0 | | 2.6 | | |
| Grand-TTL | 56.0 | | 60.6 | | |

| (Mpcs ; %) | 2005 Agreed M/S | 05.Jan | | | 05.Feb | | |
|---|---|---|---|---|---|---|---|
| | | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 28.5% | 0.9 | 24.0% | -4.5% | 0.8 | 24.1% | -4.4% |
| LPD | 33.9% | 1.4 | 35.1% | 1.2% | 1.2 | 35.7% | 1.8% |
| SDI | 37.6% | 1.6 | 41.0% | 3.4% | 1.3 | 40.1% | 2.5% |
| 3 sub-ttl | 100.0% | 3.9 | 100% | 0.0% | 3.2 | 100% | 0.0% |
| Others | | 0.1 | | | 0.1 | | |
| Grand-TTL | | 4.0 | | | 3.3 | | |

CONFIDENTIAL – GRAND JURY MATERIAL

# III. Market Update

PC

- **Y2005 Global PC market is expected to grow**
  : 10%/Total PC,  6~7%/Desktop

(Unit : M)

| Research company | Item | '02 | '03 | '04 | '05 | '06 | '07 |
|---|---|---|---|---|---|---|---|
| **IDC ('05.Feb)** | TTL PC | 138.3 | 154.5 | 178.0 | 195.1 | 211.6 | 229.0 |
| | GR | -1.0% | 11.8% | 15.2% | 9.6% | 8.5% | 8.2% |
| | Desk Top | 107.3 | 115.0 | 129.0 | 136.9 | 143.7 | 150.5 |
| | GR | -0.25% | 7.2% | 12.2% | 6.1% | 5.0% | 4.7% |
| | Notebook | 31.0 | 39.5 | 49.0 | 58.2 | 67.9 | 78.5 |
| | GR | 10.1% | 27.6% | 24.1% | 18.7% | 16.7% | 15.6% |
| **Gartner ('04.Dec)** | TTL PC | 148.1 | 164.0 | 183.2 | 200.9 | 214.1 | 226.3 |
| | GR | 4.7% | 10.7% | 11.7% | 9.7% | 6.6% | 5.7% |
| | Desk Top | 118.0 | 125.7 | 136.3 | 146.4 | 151.6 | 154.9 |
| | GR | 3.2% | 6.5% | 8.5% | 7.4% | 3.6% | 2.2% |
| | Notebook | 30.2 | 38.4 | 46.9 | 54.5 | 62.5 | 71.5 |
| | GR | 11.5% | 27.2% | 22.2% | 16.2% | 14.7% | 14.4% |

CHU00647936

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647937

# *III. Market Update*                                                    TFT-LCD

- **TFT-LCD supply : 135M/'04 → 196M/'05 (G/R : 45%)**
- **LCD monitor demand : 69.4M/'04 → 99.1M/'05 (G/R : 43%)**
- **LCD TV demand : 8.8M/'04 → 17.6M/'05 (G/R : 100%)**

| (Unit : M) | | '04 | | | | | '05 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | '04 TTL | Q1 | Q2 | Q3 | Q4 | '05 TTL |
| **Demand** | **Total** | 28.6 | 28.6 | 30.5 | 36.7 | 124.4 | 37.3 | 40.0 | 45.1 | 49.9 | 172.3 |
| | G/R | | 0.0% | 6.6% | 20.3% | | 1.6% | 7.2% | 12.8% | 10.6% | 38.5% |
| | **Monitor** | 16.1 | 15.8 | 16.7 | 20.8 | 69.4 | 21.9 | 23.1 | 25.9 | 28.2 | 99.1 |
| | **Notebook** | 11 | 10.7 | 11.6 | 12.9 | 46.2 | 12.5 | 13.2 | 14.4 | 15.5 | 55.6 |
| | **TV** | 1.5 | 2.1 | 2.2 | 3.0 | 8.8 | 2.9 | 3.7 | 4.8 | 6.2 | 17.6 |
| **Supply** | **Total** | 31.1 | 32.1 | 33.8 | 38.1 | 135.1 | 41.3 | 45.9 | 50.8 | 58.3 | 196.3 |
| | G/R | | 3.2% | 5.3% | 12.7% | | 8.4% | 11.1% | 10.7% | 14.8% | 45.3% |
| | **Monitor** | 17.5 | 18.5 | 19.2 | 20.8 | 76.0 | 23.2 | 26 | 28.1 | 31.9 | 109.2 |
| | **Notebook** | 11.3 | 10.7 | 11.6 | 13.9 | 47.5 | 14.0 | 15.0 | 15.5 | 16.5 | 61.0 |
| | **TV** | 2.3 | 2.9 | 3.0 | 3.4 | 11.6 | 4.1 | 4.9 | 7.2 | 9.9 | 26.1 |
| **Supply ~ Demand** | **Total** | 2.5 | 3.5 | 3.3 | 1.4 | 10.7 | 4.0 | 5.9 | 5.7 | 8.4 | 24.0 |
| | **Monitor** | 1.4 | 2.7 | 2.5 | 0.0 | 6.6 | 1.3 | 2.9 | 2.2 | 3.7 | 10.1 |
| | **Notebook** | 0.3 | 0.0 | 0.0 | 1.0 | 1.3 | 1.5 | 1.8 | 1.1 | 1.0 | 5.4 |
| | **TV** | 0.8 | 0.8 | 0.8 | 0.4 | 2.8 | 1.2 | 1.2 | 2.4 | 3.7 | 8.5 |

**(Source : CPT)**

CONFIDENTIAL – GRAND JURY MATERIAL

# III. Market Update

## CDT vs LCD

- 3 makers' CDT sales is dramatically decreasing from '04 Nov.
- But, on the contrary major customers' LCD monitor production
  is sharply increasing from the early of '05.

| (Unit : M) | '04 | | | '05 | | |
|---|---|---|---|---|---|---|
| | Oct | Nov | Dec | Jan | Feb | Mar |
| **CDT Sales** (3 makers) | 5.03 | 4.80 | 4.14 | 3.93 | 3.25 | ? |
| | 100% | 95% | 82% | 78% | 65% | |
| **LCD MNT Prod.** (Major 5 customers) | 3.37 | 3.47 | 3.47 | 3.91 | 3.93 | 4.86 |
| | 100% | 103% | 103% | 116% | 117% | 144% |

CHU00647938

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647939

# *IV. Capacity control*

## • '05 Capacity control guideline review

### ※ Need to speed up of Capacity control !

(Unit : M)

| Maker | '05 Allocation | | | '05 Surplus | | | Monthly Capa | | Loading rate | | |
|-------|------|-----------|-----------|------|------|------|------|------|------|------|------|
| | MKT Size | Allocated M/S | Allocated Capa | Q'ty | Av. Capa per Line | # of Line (To be reduced) | '04.Dec (A) | '05.Jan~ Feb (B) | '04.Dec | '05 Jan | '05 Feb |
| CPT | 13.6 | 28.5% | 15.7 | 3.0 | 2.3 | 1.30 | 1.560 | 1.365 | 64% | 68% | 58% |
| LPD | 16.1 | 33.9% | 18.6 | 4.8 | 2.5 | 1.93 | 1.950 | 1.745 | 73% | 78% | 66% |
| SDI | 17.9 | 37.6% | 20.7 | 5.8 | 2.8 | 2.08 | 2.205 | 1.973 | 78% | 80% | 66% |
| TTL | 47.6 | 100.0% | 55.0 | 13.6 | 2.5 | 5.35 | 5.715 | 5.083 | 73% | 76% | 64% |

※ Assumption : 48.6M x1.15% = 55.9M
   Orion 1M deduct = 54.9M ≒ 55M

(A)　: Before 1st step implemented
(B)　: After 1st step implemented

### (Agreed as of '04 Nov 30th)

| Maker | By '04 Dec | | | By '05 Jun | | |
|-------|------|--------------|--------|------|--------------|--------|
| | # of line | Line reduction | Factory | # of line | Line reduction | Factory |
| CPT | 7.0 | -1 | - Fuzhou #1 or #2(?) | 6.5 | -0.5 | - Fuzhou #? |
| LPD | 8.5 | -1 | - C/W #2  0.7L  #5  0.2L | 7.5 | -1 | |
| SDI | 8.5 | -1 | - Busan #1 (0.5L)  - S/Z #3 (0.5L) | 7.5 | -1 | - Suwon #1-2  #1-3 |
| TTL | 24.0 | -3.0 | | 21.5 | -2.5 | |

- 1st step is already agreed

- 2nd step seems to to be implemented in advance than previous agreement

8/12

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647940

# *V. Price Management*

- **New Price Guideline**

| Size | Spec | STD Price ('05 Jan) | Except 6 Customers (Market Price) | Gap | minor -> major 6 | major -> major 6 |
|------|------|---------------------|-----------------------------------|-----|------------------|------------------|
| 15"CV | 48KHz, N-ITC, MPR | U$40 | U$39 | ▲ U$1 | U$38.5 | U$38 |
| 17"CV | N-ITC, MPR | U$47 | U$45 | ▲ U$2 | U$44.5 | U$44 |
| 17"F | N-ITC, MPR | U$52 | U$50 | ▲ U$2 | U$49.5 | U$49 |
| 19"F | 95KHz, N-ITC, TCO | U$73 | U$71 | ▲ U$2 | U$70.5 | U$70 |

※ **Major 6 : SEC, AOC, LGE, Proview, Philips, Lite-on**

※ **Effective from '05.Feb.**

- **Is it needed to adjust Price guideline additionally?**

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647941

# VI. '05 3 makers' M/S Allocation — 2004 Review

## ('04 3 makers' M/S Review)

| Customers | | 2004 Total M/S | | | | |
|---|---|---|---|---|---|---|
| | | CPT | LPD | SDI | Others | Total |
| SEC | Agreed | 7.0% | 4.0% | 82.0% | 7.0% | 100.0% |
| | Actual | 9.0% | 2.4% | 84.8% | 3.9% | 100.0% |
| | Gap | 2.0% | -1.6% | 2.8% | -3.1% | |
| AOC | Agreed | 63.5% | 28.5% | 7.0% | 1.0% | 100.0% |
| | Actual | 62.0% | 28.0% | 10.0% | 0.0% | 100.0% |
| | Gap | -1.5% | -0.5% | 3.0% | -1.0% | |
| LGE | Agreed | 0.0% | 98.0% | 1.0% | 1.0% | 100.0% |
| | Actual | 0.0% | 94.1% | 0.1% | 5.8% | 100.0% |
| | Gap | 0.0% | -3.9% | -0.9% | 4.8% | |
| Proview | Agreed | 20.0% | 0.0% | 77.0% | 3.0% | 100.0% |
| | Actual | 8.8% | 0.7% | 90.5% | 0.0% | 100.0% |
| | Gap | -11.2% | 0.7% | 13.5% | -3.0% | |
| Philips | Agreed | 15.0% | 70.0% | 5.0% | 10.0% | 100.0% |
| | Actual | 10.4% | 88.3% | 1.4% | 0.0% | 100.0% |
| | Gap | -4.6% | 18.3% | -3.6% | -10.0% | |
| Lite-on | Agreed | 95.0% | 0.0% | 5.0% | 0.0% | 100.0% |
| | Actual | 98.7% | 0.0% | 1.3% | 0.0% | 100.0% |
| | Gap | 3.7% | 0.0% | -3.7% | 0.0% | |
| Others | Agreed | 20.1% | 28.9% | 36.4% | 14.6% | 100.0% |
| | Actual | 16.3% | 26.4% | 40.4% | 16.9% | 100.0% |
| | Gap | -3.8% | -2.5% | 4.0% | 2.3% | |

| Customers | | 2004 Total M/S | | | | |
|---|---|---|---|---|---|---|
| | | CPT | LPD | SDI | Others | Total |
| '04 Global TTL | Agreed | 26.8% | 32.1% | 35.7% | 5.4% | 100.0% |
| | Actual | 23.7% | 33.3% | 38.7% | 4.3% | 100.0% |
| | Gap | -3.0% | 1.1% | 3.0% | -1.1% | |
| '04 3社 TTL | Agreed | 28.3% | 34.0% | 37.7% | | 100.0% |
| | Actual | 24.8% | 34.8% | 40.4% | | 100.0% |
| | Gap | -3.5% | 0.8% | 2.7% | | |

Gap is bigger than 3~5% compared to mutual agreement
Gap is bigger than 10% compared to mutual agreement

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647942

# VI. '05 3 makers' M/S Allocation

## 2005 Agreement

## Need to make a consensus 3 makers' M/S for SEC, AOC & Proview

(Unit : K)

| Customer | CPT | | | | SDI | | | | LPD | | | | Agreed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CPT | LPD | SDI | TOTAL | CPT | LPD | SDI | TOTAL | CPT | LPD | SDI | TOTAL | CPT | LPD | SDI | TOTAL | TOTAL |
| SEC | 12.0% | 5.0% | 83.0% | 100.0% | 15.0% | 3.0% | 82.0% | 100.0% | 14.0% | 3.0% | 83.0% | 100.0% | | | | 0.0% | 13,102 |
| AOC | 75.0% | 23.0% | 2.0% | 100.0% | 70.5% | 22.5% | 7.0% | 100.0% | 69.0% | 25.5% | 5.5% | 100.0% | | | | 0.0% | 11,301 |
| Proview | 8.0% | 5.0% | 87.0% | 100.0% | 13.0% | 7.0% | 80.0% | 100.0% | 14.0% | 4.5% | 81.5% | 100.0% | | 5.0% | | 5.0% | 5,605 |
| LGE | 2.0% | 96.0% | 2.0% | 100.0% | 1.0% | 97.0% | 2.0% | 100.0% | 2.0% | 96.0% | 2.0% | 100.0% | 2.0% | 96.0% | 2.0% | 100.0% | 8,448 |
| Philips | 13.0% | 83.0% | 4.0% | 100.0% | 12.0% | 86.0% | 2.0% | 100.0% | 15.0% | 83.0% | 2.0% | 100.0% | 15.0% | 83.0% | 2.0% | 100.0% | 4,098 |
| Lite-on | 99.0% | 0.0% | 1.0% | 100.0% | 98.0% | 0.0% | 2.0% | 100.0% | 99.0% | 0.0% | 1.0% | 100.0% | 99.0% | 0.0% | 1.0% | 100.0% | 1,700 |
| Others | 20.0% | 32.3% | 47.7% | 100.0% | 20.0% | 32.3% | 47.7% | 100.0% | 20.0% | 32.3% | 47.7% | 100.0% | 20.0% | 32.3% | 47.7% | 100.0% | 3,388 |
| TTL | 28.5% | 33.9% | 37.7% | 100.0% | 28.5% | 33.9% | 37.6% | 100.0% | 28.5% | 33.9% | 37.7% | 100.0% | 6.6% | 27.0% | 4.0% | 37.6% | 47,641 |

◎ **Basic Guideline**
 - '05 3 makers sales volume : 47.6M ('04 : 58M)
 - Reduce Major 12 → 6 customers

◎ **Need to discuss again after merging of AOC & Philips**

CONFIDENTIAL – GRAND JURY MATERIAL

# *VII. A.O.B*

## 1. Should pay attention to keep the secret of Glass meeting

→ AOC already knows the details which we talked about through this meeting

## 2. Transfer the chairmanship

CHU0064 7943

2005 FEB CPTF C-CRT DELIVERY SKDL



CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647945



CHU00647946





CHU00647948



2005 FEB CPTF C-CRT DELIVERY SKDL

Auto Date Auto Time

Auto Page

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647949

Auto Page

2005 FEB. CPTF C-CRT DELIVERY SKDL

| Auto Date | Auto Time | 客户 | 销售预测 | VERSION2 | VERSION3 | 差异 | 已达成量 | 未达成原因图 | 改善对策 |
|---|---|---|---|---|---|---|---|---|---|
| | | ALPHATRON | 0 | 0 | 0 | 0 | 0 | | |
| | | CERONIX | 0 | 0 | 0 | 0 | 0 | | |
| | | KORTEK | 0 | 0 | 0 | 0 | 0 | | |
| | | VDC | 0 | 0 | 0 | 0 | 0 | | |
| | | **14"TTL** | 0 | 0 | 0 | 0 | 0 | | |
| | | ACULA | 800 | 768 | 768 | 0 | 0 | | |
| | | COMPAL | 1008 | 1008 | 1008 | 0 | 1008 | | |
| | | AOC* | 51400 | 54056 | 60088 | 6032 | 30856 | | |
| | | OTPV | 100000 | 14112 | 14112 | 0 | 14112 | | |
| | | FOUNDER | 0 | 0 | 0 | 0 | 0 | | |
| | | GBM | 5000 | 5040 | 5040 | 0 | 4032 | | |
| | | HUI YING | 1700 | 0 | 0 | 0 | 0 | | |
| | | JVC-TH | 800 | 1008 | 1008 | 0 | 1008 | | |
| | | TOPWIN | 0 | 1728 | 1728 | 0 | 0 | | |
| | | TVS | 0 | 0 | 0 | 0 | 0 | | |
| | | TUS* | 0 | 768 | 768 | 0 | 0 | | |
| | | TOEI | 300 | 336 | 336 | -768 | 336 | | |
| | | **15"AES TTL:** | 70000 | 79592 | 84856 | 5264 | 51352 | | |
| | | AOC | 10000 | 8838 | 132 | -8706 | 132 | | |
| | | OTPV | 10000 | 3136 | 7840 | 4704 | 7840 | | |
| | | DAEWOO | 0 | 0 | 0 | 0 | 0 | | |
| | | HUI YING | 0 | 0 | 0 | 0 | 0 | | |
| | | KORTEK | 0 | 0 | 0 | 0 | 0 | | |
| | | LITE-ON* | 0 | 672 | 672 | 0 | 672 | | |
| | | SEC(KAWA) | 0 | 0 | 0 | 0 | 0 | | |
| | | SDMA | 10000 | 0 | 0 | 0 | 0 | | |
| | | TOPWIN | 0 | 0 | 0 | 0 | 0 | | |
| | | TSED | 0 | 0 | 0 | 0 | 0 | | |
| | | TVM* | 0 | 1728 | 1728 | 0 | 0 | | |
| | | VDC | 0 | 0 | 0 | 0 | 0 | | |
| | | **15"AJA TTL.** | 30000 | 14374 | 10372 | -4002 | 8644 | | |
| | | ACULA | 0 | 672 | 672 | 0 | 672 | | |
| | | AOC* | 243000 | 237384 | 85008 | -152376 | 5376 | | |
| | | OTPV | 100000 | 10080 | 12096 | 2016 | 12096 | | |
| | | COMPAL | 0 | 1008 | 1008 | 0 | 1008 | | |
| | | COMPUREP | 0 | 30 | 30 | 0 | 30 | | |
| | | GBM | 3000 | 0 | 0 | 0 | 0 | | |
| | | HUI YING | 0 | 0 | 0 | 0 | 0 | | |
| | | JVC-TH | 1300 | 672 | 672 | 0 | 672 | | |
| | | JIANHONG | 0 | 0 | 0 | 0 | 0 | | |
| | | LILIN(GZ) | 0 | 0 | 0 | 0 | 0 | | |
| | | LITE-ON* | 30000 | 35028 | 35058 | 30 | 29652 | | |
| | | PHILIPS | 200000 | 28224 | 28224 | 0 | 24192 | | |
| | | PHILIPSDG | 1300 | 5376 | 5376 | 0 | 4032 | | |
| | | SAMPO | 0 | 2058 | 2058 | 0 | 2058 | | |

CHU00647950

Auto Page

2005 FEB. CPTF C-CRT DELIVERY SKDL

Auto Date Auto Time

| | | | | | |
|---|---|---|---|---|---|
| SAMEX | 10000 | 17472 | 0 | 17472 | 0 |
| SDMA | 30000 | 30912 | 30912 | 0 | 24192 |
| SEC(KAWA) | 20000 | 38304 | 36288 | -2016 | 19152 |
| TOPWIN | 0 | 0 | 0 | 0 | 0 |
| TUS* | 1300 | 2016 | 672 | -1344 | 672 |
| TSED | 0 | 0 | 0 | 0 | 0 |
| TVM* | 2600 | 2688 | 2688 | 0 | 1344 |
| TATUNG(TH) | 0 | 0 | 0 | 0 | 0 |
| 17" FS TTL | 372500 | 411924 | 258234 | 153690 | 1244176 |
| | | | | | |
| ACULA | 0 | 0 | 0 | 0 | 0 |
| AOC* | 144000 | 177924 | 72651 | -105270 | 33774 |
| OTPV | 40000 | 21168 | 221176 | 1008 | 21168 |
| TPVDW | 0 | 468 | 468 | 0 | 468 |
| TPVW | 35000 | 30240 | 22176 | -8064 | 16128 |
| CERONIX | 0 | 0 | 0 | 0 | 0 |
| GBM | 0 | 0 | 0 | 0 | 0 |
| FOUNDER | 0 | 0 | 0 | 0 | 0 |
| LITE-ON* | 67000 | 61260 | 61260 | 0 | 28200 |
| PHILPSDG | 7000 | 2592 | 3888 | 1296 | 2592 |
| PHILIPS | 7000 | 8064 | 15120 | 7056 | 9072 |
| PROVIEW | 15000 | 0 | 0 | 0 | 0 |
| Q-RUN | 10000 | 10368 | 10368 | 0 | 9072 |
| PENGS | 0 | 0 | 0 | 0 | 0 |
| SDMA | 10000 | 10368 | 10368 | 0 | 5184 |
| SEC(KAWA) | 10000 | 0 | 0 | 0 | 0 |
| TSED | 60000 | 53424 | 56148 | 3024 | 49392 |
| TOSHIBA | 0 | 0 | 0 | 0 | 0 |
| TVS(SZ) | 0 | 0 | 0 | 0 | 0 |
| TOPWIN | 0 | 0 | 0 | 0 | 0 |
| 17" RF TTL | 405000 | 375876 | 274926 | -100950 | 175050 |
| | | | | | |
| ALPHATRON | 0 | 0 | 0 | 0 | 0 |
| ACULA | 400 | 400 | 400 | 0 | 0 |
| BENQ | 0 | 0 | 0 | 0 | 0 |
| COMPUREP | 0 | 90 | 90 | 0 | 90 |
| GBM | 0 | 0 | 0 | 0 | 0 |
| HUI YING | 0 | 0 | 0 | 0 | 0 |
| IVC-TH | 400 | 0 | 0 | 0 | 0 |
| LITE-ON* | 4500 | 4500 | 4500 | 0 | 0 |
| TOEI | 0 | 0 | 0 | 0 | 0 |
| TOPWIN | 0 | 0 | 0 | 0 | 0 |
| TUS* | 400 | 0 | 0 | 0 | 0 |
| TVM* | 900 | 0 | 0 | 0 | 0 |
| TVS | 300 | 0 | 0 | 0 | 0 |
| VITA | 0 | 0 | 0 | 0 | 0 |
| WELLS(M) | 3600 | 3600 | 3600 | 0 | 1800 |
| 19" FS TTL | 10500 | 8590 | 8590 | 0 | 1890 |
| | | | | | |
| AOC | 12000 | 9900 | 4200 | -5700 | 4200 |
| OTPV | 3000 | 4500 | 4500 | 0 | 4500 |

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647951

Auto Page

## 2005 FEB. CPTF C-CRT DELIVERY SKDL

| Auto Date Auto Time | | | | | |
|---|---|---|---|---|---|
| CERONIX | 0 | 0 | 0 | 0 | 0 |
| HUI YING | 0 | 500 | 600 | 100 | 500 |
| PHILIPSDG | 3600 | 3600 | 3600 | 0 | 3600 |
| PHILIPS | 3600 | 900 | 900 | 900 | 0 |
| SAMPO | 0 | 0 | 0 | 0 | 0 |
| TVM-XM | 0 | 900 | 850 | -50 | 0 |
| TOPWIN | 0 | 0 | 0 | 0 | 0 |
| TOEI | 0 | 0 | 0 | 0 | 0 |
| TOSHIBA | 0 | 0 | 0 | 0 | 0 |
| 19"RT TTL. | 22200 | 20300 | 13750 | -6550 | 12800 |
| **SALES  TTL:** | 910200 | 910656 | 650728 | -259928 | 374212 |

敬呈

施经理：
梅处长：
吕协理：
职：

敬呈

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647952

Auto Page

寄仓出货　补货　BY SEA

2005 FEB. CPTF C-CRT DELIVERY SKDL

Auto Date Auto Time
2/25/2005

| 客户 | 地点 | 内外销 | WIP | 补货 | 管型 | 数量 | 备注 |
|---|---|---|---|---|---|---|---|
| AOC | CN | L | | | M36AES83X01 K (LB) | 3024 | |
| TPVW | CN | D | | | M41AJR53X46 K (HSMV) | 4032 | |
| LITE-ON-2 | CN | D | | | M41AJR53X46 K (HSMVP) | 876 | |
| LITE-ON-1 | CN | D | | | M41AJR93X46 K (HLL) | 5832 | |
| PHILIPS | CNS | L | | | M41AJR53X76 K (SMV)　(LF) | 5040 | |
| TSED | CN | L | | | M41AJR53X46　(DLL) | 7066 | |
| Q-RUN | CN | D | | | M41AJR53X76　(QLH) | 1296 | |
| AOC | CN | D | | | M41AGE93X76 C　(LL)(46)(BT)'C | 5376 | |
| LITE-ON-2 | CN | D | | | M41AGE83X46 C　(PLL) | 30 | |
| LITE-ON-2 | CN | D | | | M41AGE83X46 CN (PLL) | 1344 | |
| PHILIPS | CNS | D | | | M41AGE83X46 CK　(PLD) | 4032 | |
| SEC(KAWA) | CN | D | | | M41AGE93X46CLL | 3024 | |
| AOC | CN | D | | | M41AGE93X76 CK (GLL)(46)(BT) | 3024 | |

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647953

Auto Page

## 2005 FEB. CPTF C-CRT DELIVERY SKDL

改善対策

Auto Date Auto Time

| 客户 | 销售预测 | 3800 | 2/24/2005 | 2/25/2005 | 差異 已过成量 | % |
|------|------|------|------|------|------|------|
| ALPHATRON | 0 | 0 | 0 | 0 | 0 | ### |
| CERONIX | 0 | 0 | 0 | 0 | 0 | ### |
| KORTEK | 0 | 0 | 0 | 0 | 0 | ### |
| VDC | 0 | 0 | 0 | 0 | 0 | ### |
| **14"TTL** | 0 | 0 | 0 | 0 | 0 | ### |
| ACULA | 800 | 0 | 0 | 0 | 0 | 0% |
| COMPAL | | 768 | 768 | 768 | 1008 | 100% |
| AOC* | 51400 | 54056 | 60088 | 60088 | 30856 | 51% |
| OTPV | 10000 | 14112 | 14112 | 14112 | 14112 | 100% |
| FOUNDER | | 0 | 0 | 0 | 0 | ### |
| GBM | 5000 | 5040 | 5040 | 5040 | 4032 | 80% |
| HUI YING | 1700 | 0 | 0 | 0 | 0 | ### |
| JVC-TH | 800 | 1008 | 1008 | 1008 | 1008 | 100% |
| TOPWIN | | 1728 | 1728 | 1728 | 0 | 0% |
| TVS | | 768 | 768 | 768 | 0 | 0% |
| TUS* | | 0 | 0 | 0 | 0 | ### |
| TOEI | 300 | 336 | 336 | 336 | 336 | 100% |
| **15"AES TTL:** | 70000 | 79592 | 84856 | 84856 | 51352 | 61% |
| AOC | 10000 | 8838 | 132 | 132 | 132 | 100% |
| OTPV | 10000 | 3136 | 7840 | 7840 | 7840 | 100% |
| DAEWOO | | 0 | 0 | 0 | 0 | ### |
| HUI YING | | 0 | 0 | 0 | 0 | ### |
| KORTEK | | 0 | 0 | 0 | 0 | ### |
| LITE-ON* | | 672 | 672 | 672 | 672 | 100% |
| SEC(KAWA) | | 0 | 0 | 0 | 0 | ### |
| SDMA | 10000 | 0 | 0 | 0 | 0 | ### |
| TOPWIN | | 0 | 0 | 0 | 0 | ### |
| TSED | | 0 | 0 | 0 | 0 | ### |
| TVM* | | 1728 | 1728 | 1728 | 0 | 0% |
| VDC | | 0 | 0 | 0 | 0 | ### |
| **15"AJA TTL:** | 30000 | 14374 | 10372 | 10372 | 8644 | 83% |
| ACULA | | 672 | 672 | 672 | 672 | 0% |
| AOC* | 243000 | 237384 | 85008 | 85008 | 5376 | 6% |
| OTPV | 10000 | 10080 | 12096 | 12096 | 12096 | 100% |
| COMPAL | | 1008 | 1008 | 1008 | 1008 | 100% |
| COMPUREP | | 30 | 30 | 30 | 30 | 100% |
| GBM | 3000 | 0 | 0 | 0 | 0 | ### |
| HUI YING | | 0 | 0 | 0 | 0 | ### |
| JVC-TH | 1300 | 672 | 672 | 672 | 672 | 100% |
| JIANHONG | | 0 | 0 | 0 | 0 | ### |
| LI.LIN(GZ) | | 0 | 0 | 0 | 0 | ### |
| LITE-ON* | 30000 | 35028 | 35058 | 35058 | 29652 | 85% |
| PHILLIPS | 20000 | 28224 | 28224 | 28224 | 24192 | 86% |
| PHILLIPSDG | 1300 | 5376 | 5376 | 5376 | 4032 | 75% |
| SAMPO | | 2058 | 2058 | 2058 | 2058 | 100% |

CONFIDENTIAL – GRAND JURY MATERIAL

Auto Page

Auto Date Auto Time

## 2005 FEB. CPTF C-CRT DELIVERY SKDL

| | | | | | | % |
|---|---|---|---|---|---|---|
| SAMEX | 10000 | 17472 | 17472 | 17472 | 0 | 0% |
| SDMA | 30000 | 30912 | 30912 | 30912 | 24192 | 78% |
| SEC(KAWA) | 20000 | 38304 | 36288 | 36288 | 19152 | 53% |
| TOPWIN | 0 | 0 | 0 | 0 | 0 | ### |
| TUS* | 1300 | 2016 | 672 | 672 | 672 | 100% |
| TSED | 0 | 0 | 0 | 0 | 0 | ### |
| TVM* | 2600 | 2688 | 2688 | 2688 | 1344 | 50% |
| TATUNG(TH) | 0 | 0 | 0 | 0 | 0 | ### |
| **17"FS TTL** | 372500 | 411924 | 258234 | 258234 | 124476 | 48% |
| ACULA | 144000 | 0 | 0 | 0 | 0 | ### |
| AOC* | 40000 | 177924 | 72654 | 72654 | 33774 | 46% |
| OTPV | 35000 | 22176 | 22176 | 22176 | 21168 | 95% |
| TPVDW | 0 | 468 | 468 | 468 | 468 | 100% |
| TPVW | 35000 | 30240 | 22176 | 22176 | 16128 | 73% |
| CERONIX | 0 | 0 | 0 | 0 | 0 | ### |
| GBM | 0 | 0 | 0 | 0 | 0 | ### |
| FOUNDER | 0 | 0 | 0 | 0 | 0 | ### |
| LITE-ON* | 67000 | 61260 | 61260 | 61260 | 28200 | 46% |
| PHILIPSDG | 7000 | 2592 | 3888 | 3888 | 2592 | 67% |
| PHILIPS | 7000 | 8064 | 15120 | 15120 | 9072 | 60% |
| PROVIEW | 13000 | 0 | 0 | 0 | 0 | ### |
| Q-RUN | 10000 | 10368 | 10368 | 10368 | 9072 | 88% |
| PENGS | 0 | 0 | 0 | 0 | 0 | ### |
| SDMA | 10000 | 10368 | 10368 | 10368 | 5184 | 50% |
| SEC(KAWA) | 10000 | 0 | 0 | 0 | 0 | ### |
| TSED | 60000 | 53424 | 56448 | 56448 | 49392 | 88% |
| TOSHIBA | 0 | 0 | 0 | 0 | 0 | ### |
| TVS(SZ) | 0 | 0 | 0 | 0 | 0 | ### |
| TOPWIN | 0 | 0 | 0 | 0 | 0 | ### |
| **17"RF TTL** | 405000 | 375876 | 274926 | 274926 | 175050 | 64% |
| ALPHATRON | 400 | 400 | 400 | 400 | 0 | 0% |
| ACULA | 400 | 400 | 400 | 400 | 0 | 0% |
| BENQ | 0 | 0 | 0 | 0 | 0 | ### |
| COMPUREP | 90 | 90 | 90 | 90 | 90 | 100% |
| GBM | 0 | 0 | 0 | 0 | 0 | ### |
| HUI YING | 0 | 0 | 0 | 0 | 0 | ### |
| IVC-TH | 400 | 0 | 0 | 0 | 0 | ### |
| LITE-ON* | 4500 | 4500 | 4500 | 4500 | 0 | 0% |
| TOEI | 0 | 0 | 0 | 0 | 0 | ### |
| TOPWIN | 400 | 0 | 0 | 0 | 0 | ### |
| TUS* | 0 | 0 | 0 | 0 | 0 | ### |
| TVM* | 900 | 0 | 0 | 0 | 0 | ### |
| TVS | 300 | 0 | 0 | 0 | 0 | ### |
| VITA | 0 | 0 | 0 | 0 | 0 | ### |
| WELLS(M) | 3600 | 3600 | 3600 | 3600 | 1800 | 50% |
| **19"FS TTL** | 10500 | 8590 | 8590 | 8590 | 1890 | 22% |
| AOC | 12000 | 9900 | 4200 | 4200 | 4200 | 100% |
| OTPV | 30000 | 4500 | 4500 | 4500 | 4500 | 100% |

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647955

Auto Page

2005 FEB. CPTF C-CRT DELIVERY SKDL

Auto Date Auto Time

| | | | | | | |
|---|---|---|---|---|---|---|
| CERONIX | | 0 | 0 | 0 | 0 | #### |
| HUI YING | 500 | 600 | 600 | 0 | 500 | 83% |
| PHILIPSDG | 3600 | 3600 | 3600 | 0 | 3600 | 100% |
| PHILIPS | 3600 | 900 | 0 | 0 | 0 | #### |
| SAMPO | 0 | 0 | 0 | 0 | 0 | #### |
| TVM-XM | 0 | 900 | 850 | 0 | 0 | 0% |
| TOPWIN | 0 | 0 | 0 | 0 | 0 | #### |
| TOEI | 0 | 0 | 0 | 0 | 0 | #### |
| TOSHIBA | 0 | 0 | 0 | 0 | 0 | #### |
| 19"RE TTL | 22200 | 20300 | 13750 | 13750 | 12800 | 93% |
| SALES TTL | 910200 | 910656 | 650728 | 650728 | 374212 | 58% |

敬 呈

施经理:
梅处长:
吕协理:

职:                               敬 呈

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647956

2006 FEB. CPFF C-CRT DELIVERY SKD L

Auto Page

Auto Date Auto Auto Time

| | | | JAN | | | | | | | FEB | | | | | | | DIFFERENCE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer | 14" | 15"Mun | 15"17"SRF | 17" | 19" R F | g+ji | | Customer | 14" | 15"Mun | 15"17"SRF | 17" | 19" R F | NEW | | Customer | 14" | 15"Mun | 15"17"SRF | 17" | 19" R F | g+ji |
| AVDATA | | | | | | | | AVDATA | | | | | | 1,840 | | AVDATA | | | | | 400 | 1,840 |
| TPV* | | | 26,280 | | | 26,280 | | TPV* | | | 22,644 | | | 22,644 | | TPV* | | | | 672 | | -3,636 |
| AOC* | 2,925 | 71,555 | 154,490 | 362,746 | 10,309 | 602,025 | | AOC* | | | 72,654 | | | 22,082 | | AOC* | -768 | -2,793 | -81,836 | -277,738 | -6,109 | -379,943 |
| OTPV | 4,032 | 1,568 | 26,231 | 4,970 | 3,600 | 40,402 | | OTPV | | | 12,096 | | | 60,124 | | OTPV | | 3,808 | 12,544 | 7,126 | -900 | 20,322 |
| TPV-Diff | 6,957 | 73,123 | 207,002 | 365,716 | 13,909 | 668,707 | | TPV-Diff | | | 115,474 | | | 105,450 | | TPV-Diff | -5,709 | 1,015 | 1,677 | -89,528 | 5,209 | -363,257 |
| ALPHATRON | 1,792 | | | | | 1,792 | | ALPHATRON | | | | | | | | ALPHATRON | -1,792 | | | | | -1,792 |
| CQC | | | | | | | | CQC | | | | | | | | CQC | | | | | | |
| CERONIX | | | | 1,344 | | 1,344 | | CERONIX | | | | | | 2,016 | | CERONIX | | | -1,344 | | | -1,344 |
| COMPAL | | | | | | | | COMPAL | | | | 1,008 | | 2,016 | | COMPAL | | | 1,008 | 1,008 | | 2,016 |
| COMPREH | | | | | | | | COMPREH | | | | | | 120 | | COMPREH | | | 30 | | | 120 |
| FOUNDER | | 2,016 | 36 | | | 2,052 | | FOUNDER | | | | 90 | | | | FOUNDER | | -2,016 | -36 | | | -2,052 |
| GBM | | 10,080 | | | | 10,080 | | GBM | | | 5,040 | | | 5,040 | | GBM | | -5,040 | | | | -5,040 |
| HUI YING | 400 | 400 | | 2,016 | 200 | 3,016 | | HUI YING | | | | 600 | | 600 | | HUI YING | 400 | -400 | | -2,016 | | -2,416 |
| HI-SHARP | | 480 | | | | 480 | | HI-SHARP | | | | | | | | HI-SHARP | | -480 | | | | -480 |
| K-TRONICS | | | | | | | | K-TRONICS | | | | | | | | K-TRONICS | | | | | | |
| CORE LINK | | | | | 5 | 5 | | CORE LINK | | | | | | | | CORE LINK | | | | | -5 | -10 |
| JVC-FJ | | | | | 5 | 5 | | JVC-FJ | | | | | | | | JVC-FJ | | | | | -5 | -10 |
| KORTEK | | | | | | | | KORTEK | | | | | | | | KORTEK | | | | | | |
| JVC-TH | 100 | | | | 400 | 500 | | JVC-TH | | | | 672 | | 1,680 | | JVC-TH | 908 | | 672 | | -400 | 1,180 |
| LILIN(GZ) | | | | | | | | LILIN(GZ) | | | | | | 1,680 | | LILIN(GZ) | | | | | | |
| LITE-ON* | 1,776 | | 86,016 | 25,056 | 3,600 | 116,448 | | LITE-ON* | | | 61,260 | 35,058 | 4,500 | 101,490 | | LITE-ON* | | -1,104 | | -24,756 | 900 | -14,958 |
| LGEIH | | | | | | | | LGEIH | | | | | | | | LGEIH | | | 900 | | | |
| PENGIS | | | | 576 | | 576 | | PENGIS | | | | | | | | PENGIS | | | | -576 | | -576 |
| PHILIPS(SJ) | | | | | | | | PHILIPS(SJ) | | | | | | | | PHILIPS(SJ) | | | | | | |
| PHILIPS | | 10,958 | 23,111 | 4,431 | | 38,543 | | PHILIPS | | | 15,120 | 28,224 | | 43,344 | | PHILIPS | | 4,122 | 5,110 | | -4,431 | 4,801 |
| PHILIPS(SD) | | 6,480 | 2,688 | 9,000 | | 18,168 | | PHILIPS(SD) | | | 3,888 | 5,376 | 3,600 | 12,864 | | PHILIPS(SD) | | -2,992 | 2,688 | | -5,400 | -5,304 |
| PHILIPS(SA) | | 17,478 | 25,802 | 13,451 | | 56,731 | | PHILIPS(SA) | | | 19,608 | 33,660 | 3,600 | 56,208 | | PHILIPS(SA) | | 1,630 | 7,798 | | -9,831 | -593 |
| QRUN | | | | | | | | QRUN | | | | | | | | QRUN | | | | | | |
| SILKROAD | | | 10,308 | | | 10,308 | | SILKROAD | | | 10,368 | | | 10,368 | | SILKROAD | | | 60 | | | 60 |
| SAMPO* | | 5 | | | | 5 | | SAMPO* | | | | | | 2,058 | | SAMPO* | | -5 | | | | -5 |
| SISMA | | | 2,310 | | | 2,310 | | SISMA | | | | | | 41,280 | | SISMA | | | -252 | | | -252 |
| TSED | 10,080 | | 30,062 | | | 51,171 | | TSED | | | 10,368 | 30,912 | | 56,448 | | TSED | | -10,080 | | -64 | | -10,194 |
| SEC | 65,000 | | | | | 65,000 | | SEC | | | 56,448 | | | 56,448 | | SEC | -8,552 | | | -8,552 | | -8,552 |
| SEC(KAGWA) | 42 | | | | | | | SEC(KAGWA) | | | | 36,288 | | 36,288 | | SEC(KAGWA) | -42 | | | -8,375 | | -8,417 |
| SAMEX | | | 44,663 | | | 44,705 | | SAMEX | | | 66,816 | 17,472 | | 17,472 | | SAMEX | | | 17,472 | | | 17,472 |
| PTEH | 74,474 | | 74,625 | | | 161,179 | | PTEH | | 336 | | 84,672 | | 154,488 | | PTEH | -10,080 | -10,080 | | -8,658 | -900 | -9,091 |
| TATUNG | | | | | 900 | 1,380 | | TATUNG | | | | | | 0 | | TATUNG | | 336 | | | -900 | -964 |
| TATUNGTH | | | | | | 900 | | TATUNGTH | | | | | | | | TATUNGTH | | | | | -900 | -228 |
| TVS* | | | | | | | | TVS* | | | | | | | | TVS* | | | 900 | | | -228 |
| tatung-Diff | | | | 990 | 990 | | | tatung-Diff | | 1,728 | | 672 | | 672 | | tatung-Diff | | 672 | 672 | | 990 | -228 |
| TOPWIN | 1,728 | | | 1,728 | | 1,728 | | TOPWIN | | | 1,728 | | | 1,728 | | TOPWIN | | | | -72 | | -222 |
| TOSHIBA | 72 | | 3,360 | 400 | 200 | 2,272 | | TOSHIBA | | | | 2,688 | 850 | 5,286 | | TOSHIBA | | | -72 | | -200 | -1,062 |
| TVM* | 2,088 | | | 500 | 300 | 6,328 | | TVM* | | | | 2,688 | | 768 | | TVM* | | -340 | | -672 | 350 | -1,684 |
| TYS* | | | 1,000 | | | 2,452 | | TYS* | | | 768 | | | 768 | | TYS* | | | -384 | -1,000 | | |
| VITA | | 1,152 | | | | | | VITA | | | | | | | | VITA | | | | -384 | | |
| WELL(SJM) | | | | 3,600 | 3,600 | | | WELL(SJM) | | | | | 3,600 | 3,600 | | WELL(SJM) | | | | | | |
| WYSE | | | | | | | | WYSE | | | | | | | | WYSE | | | | | | |
| VDC | | | | | | | | VDC | | | | | | | | VDC | | | | | | |
| VDTA | | | | | | | | VDTA | | | | | | | | VDTA | | | | | | |
| Total | 1,792 | 21,281 | 89,084 | 397,062 | 9,605 | 29,145 1,052,098 | | Total | 10,372 | 84,856 | 274,926 | 258,334 | 8,590 | 650,728 | | Total | -1,792 | -4,228 | -123,036 | -244,995 | -15,595 | -401,370 |

差分
DEC   JAN
                1,792
110801  -35337
90110   -308101
38750   -16,410
        -401,370

651,400
1,040,600
396,000

14"
15"Man+15"
17"SRF+17"
19" R.F+19"

差分
1,792
35228
308101
16,410
-401,370

13,750
8,590
20,250

CONFIDENTIAL – GRAND JURY MATERIAL

CHU00647957