# Exhibit 4

**This record is produced in native. Please see native folder within this production.**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0203701

'98 14" 확판전략–LG合

1997-12-11

CPT판매사업부1 확판전

## - 목   차 -

Ⅰ. '98 14" 판매목표 및 기본방향

Ⅱ. 달성방안14" 판    1. 14"수급 및 당사 M/S본방향

2. 고객별 판매계획 - 최대 M/S Scenario

3. 판매전략 판매계    ■ 고객전략매전략 판
                      ■ 가격전략매전략 판
                      ■ 판촉전략매전략 판

Ⅲ. 향후 진행일정마    1. 주요고객 Event SKDLS Sc

2. 對공장 요청사항nt SKDL

# Ⅰ. '98 14" 판매목표 및 기본방향**対する情報提供**



HOW ?

가격 경쟁력 확보

▶ Scale Merit 달성
▶ 관계사 Synergy창출
역 (2)xtux

최고 경쟁력BOM

▶ 품질, 품위 확보
▶ 최고 영업/제조 경
쟁력TERAL2_97회비
_larou

## Ⅱ.확판 달성 방안

### 1. 14" 수급 및 당사 M/S

동남아는 對 중화 및 LG 본격적인 M/S 공세가 필수적이며,l盜 ∟∟
유럽/Turkey 및 CIS는 신규 고객 개척을 통하여 M/S 제고 ∟∟

단위:KPCS유럽

| 지 역KP | '97 | | | | '98 | | | | 비  고CS |
|---|---|---|---|---|---|---|---|---|---|
| | 수 요 고 | 공 급 고 | SDD | M/S | 수 요 고 | 공 급 고 | SDD | M/S | |
| 한 국 고 | 2370 | 3400 | 832 | **35.1%** | 2100 | 3800 | 800 | **38.1%** | |
| 일 본 고 | 190 | 120 | 5 | **2.6%** | 170 | 50 | 0 | **0.0%** | |
| 동남아 고C | 12700 | 18830 | 2060 | **16.2%** | 13680 | 19260 | 3080 | **22.5%** | |
| 중국/H.KS유 | 2370 | 3150 | 120 | **5.1%** | 1820 | 3000 | 150 | **8.2%** | |
| 유 럽H. | 8350 | 5970 | 160 | **1.9%** | 8700 | 6800 | 370 | **4.3%** | Turkey 포함Tu |
| NAFTA | 3100 | | 1110 | **35.8%** | 3080 | 0 | 1557 | **50.6%** | |
| 중남미TAe | 4010 | 2800 | 350 | **8.7%** | 4560 | 3430 | 890 | **19.5%** | 브라질 공장 가동('98.7) 및 CIS는 |
| 기 타 공 | 660 | 550 | 21 | **3.2%** | 850 | 750 | 150 | **17.6%** | |
| 합 계 공 | 33750 | 34820 | 4658 | **13.8%** | 34960 | 37090 | 6997 | **20.0%** | 6% 초과공급 여력'98.7) |

KPCS

| 고 객TY | 97 실적TY | 98上I 경영TY | S/G | 98下I 경영TY | S/G | 98 TTL 경영GY | S/G | 차이GY |
|---|---|---|---|---|---|---|---|---|
| SEC計N | 1362 | 747.2 | 734 | 712.8 | 770 | 1460 | 1504 | 44 |
| 기타사計QV42 | 219 | 72 | 166 | 84 | 230 | 156 | 396 | 240 |
| 영업1팀 소계2Xea | 1581 | 819.2 | 900 | 796.8 | 1000 | 1616 | 1900 | 284 |
| PT-HIE | 60.7 | 22 | 60.6 | 26 | 60.6 | 48 | 121.2 | 73.2 |
| SANYO계2 | 535.8 | 316.2 | 289.8 | 295 | 314.4 | 611.2 | 604.2 | -7 |
| AIWA(PH) | 58.8 | 36 | 48.6 | 48.6 | 72.6 | 84.6 | 121.2 | 36.6 |
| 松下계DC8 | 660.9 | 373.1 | 381.6 | 372.6 | 388.8 | 745.7 | 770.4 | 24.7 |
| FUNAI | 478.3 | 225.7 | 321 | 281.4 | 363 | 507.1 | 684 | 176.9 |
| JVC | 6 | 20.4 | 72.6 | 20.4 | 90 | 40.8 | 162.6 | 121.8 |
| SHARP계6 | 367.6 | 180 | 241.8 | 198 | 302.4 | 378 | 544.2 | 166.2 |
| SILVER(MA) | 132.9 | 66.3 | 90 | 68.2 | 145.2 | 134.5 | 235.2 | 100.7 |
| 기 타DA | 27.1 | 0 | 17.4 | 0 | 102 | 0 | 119.4 | 119.4 |
| 영업2팀 소계XA)41 | 2328.1 | 1239.7 | 1523.4 | 1310.2 | 1839 | 2549.9 | 3362.4 | 812.5 |
| 영업3팀 소계NX01A | 711.9 | 637.6 | 614 | 508.6 | 616 | 1146.2 | 1230 | 83.8 |
| SEDM 14"합계M | 4621 | 2696.5 | 3037.4 | 2615.6 | 3455 | 5312.1 | 6492.4 | 1180.3 |

II -3. 판매전략

■ 고객별 차별화 전략

| 차별화 요소 별화 전략 | 해당고객요소 별 | 진행경과 및 향후계획략 | 비고 과 |
|---|---|---|---|
| 가격ST | VESTEL | *현황: L<br><br>VESTEL의 구매정책 매월 각 CPT 공급업체의<br><br>가격파악후 최저가 산정00(FOB)/IT<br><br>*당사계획:Q)후<br><br>SEB 20"CPT와 연계, ORDER수주 체의 | 당사現價 : U$40.00(FOB)/ITC<br><br>VESTEL요구 : U$36.00(FOB)/ITC급업<br><br>('97.4Q)<br><br>*물량 : '98上 100K, 下 100KITC급 |
| | SREC | *98. 1/4분기 U$35.15요구 ----> 174K 약속 | * BARE |
| | SILVER | *U$35.00요구 ----> 240K/年 약속 174K | * BARE |
| 가격+SVCQ | THOMSON | *중화대비 가격MERIT 부여 및 ENGINEER 月1회 정기 A/S<br><br>*북미 20" 500K 안정적 공급 연계INEER 月1회 | *'97.4Q U$35.02/FOB<br><br>*'98. 上 U$34.00, 下 U$32.00R |
| | PHILIPS | *SDM ENGINEER 상주( 밀착 A/S ) 月1회<br><br>*심천공장 ENGINEER 月1회 A/S를 통한 소주공장 정기 A/S<br><br>14" CPT품질의 조기안정회 A/S를 | * 150K 확정( U$39.50/FOB심천) ) 月<br><br> - '98.2月 E |

| 차별화 요소 PT품질의 | 해당고객요소 P | 진행경과 및 향후계획의 조기안정회 A | 비 고 과 |
|---|---|---|---|
| 신규개척FINL<br><br>- 승인/SVC/인맥OSCO | CIS | *제품승인: 당사 표준SPEC으로 추진(Turchey항과 同一)A/S ㄱ<br><br>*SVC: CIS업체 거래 특성 대비 PAYMENT에 MERIT 부여 ㄱ<br><br>   (10%先受 + 90%後受)GNT에<br><br>*인맥 : KEYMAN 집중관리+ 90%後<br><br>   - Standart, Rubin ('98.3 月)부 | * 악성재고 방지 표준SPE<br><br>* 지중해 - FINLANDC으로<br><br>   -TO MOSCOW TRUCKING |

■ 가격전략溫

| 지역(국가)가격전략 | 고객(국 | 97. 4Q | | | | | | 98. 上Q | 98. 下Q |
|---|---|---|---|---|---|---|---|---|---|
| | | 중화. | LG | ORION | PHILIPS | THOMSON | SDD | | |
| 동남아MSO | SREC | U$35.50 | U$35.50 | | | | U$35.35 | U$34.00 | U$32.00 |
| | MTV | U$35.50 | | | | | U$36.50 | U$34.00 | U$32.00 |
| SEC해외공장격전략 | | | | | | | U$35.00 | U$33.00 | U$32.00 |
| 북미32 | SMC/MX | | U$36.50 | | | | U$36.50 | U$34.00 | U$32.00 |
| 유럽32 | MIVAR | | | U$46.50 | | | U$46.50 | U$40.00 (CNF) | U$38.00 (CNF) |
| | TECHNIMAGEN | | | | | | | U$39.00 (FOB) | U$37.00 (FOB) |
| 터키OB | VESTEL | | U$38.00 | U$36.00 | | | U$40.00 | U$36.00 | U$34.00 |
| | BEKO | | U$38.00 | U$36.00 | | | U$40.00 | U$36.00 | U$34.00 |
| 중남미4.0 | GRADIENTE | | U$42.00 | | | | U$43.43 | U$38.00 | SDDB産0 |
| | PHILCO | U$38.00 | U$42.00 | | | | U$40.50 | U$38.00 | SDDB産0 |

註) 터키/중남미 : ITC

■ 판촉전략

| 항목 ■ | 해당시장(고객)전략 | 내용시장 | 시기시장 | 주관부서(고객) |
|---|---|---|---|---|
| 거래조건(고객) | RUSSIA | 10%~20%: 先受┼<br><br>90%~80%: 後受┼ | 97.11월부터 적용 | H.Q/SEDM |
| 물류비 절감%: 後受 | SEI | 현재 CY창고 운영受<br><br>- 고객 SVC 만족 제고(납기) | 98.1Q | H.Q/SEDM |
| **PACKAGE DEAL** | VESTEL/BEKO | SEB중형 판매 연계하여 14"CPT    우<br><br>PACKAGE판매ED | "98.1월부터 추진하여 14 | H.Q/SEB/SEDM |
| **CKD전환GE** | SREC | 전기/TH DY --> SEDM --> SREC<br><br>: 물류비용 절감 및 고객요구 수용-> SREC | 98.4월 | H.Q/SEDM |

## Ⅲ. 향후 진행일정

### 1. 주요고객 Event Schedule

**(기존고객)요고객**

| 거래선고객) | 생산/월객)요 | 공급선월객) | 현   황고객 |
|---|---|---|---|
| SEHG | | | *PHILIPS/POLKOLOR사 공급중le<br>*수입관세(EU포함) :19%R사 공급중<br>*물류비용 및 부대비 : 3%R사 공급중le<br>(수입CPT사용의 경우) 3%R사 공<br>*견적完 :11月 경우) |
| 대영2월 | | | *삼성물산을 통한 러시아향(100K) 협의중(CKD가격 및 납기)<br>*현대종합상사의 자동차 연계한 ORDER진행중(터키, 이란등)기) |
| SHARP | 260K | 중화0K<br>LG<br>TDDT | *SREC향 - 98.1Q 174K 확보 행중(<br>: 가격NEGO( U$35.15 요구) : 12/16이전란등)기)<br>*SHARP/PH - 4K/月 증량 :품질확보 선행노력전란등)기) |
| SANYO | 141.4K | LG<br>ORION<br>PHILIPS | *SMC : '97. 30K/月 ---> '98. 40K/月 목표<br>*HPC향 - 6K/월 확보 목표( 현재 2K/월)40K/月 목표<br>*SEI - 신규 추진 : 1Q부터 2-4K/月)40K/月 |

SEHG 항목 내 표:

| 기종 | 정상가 | 헝가리 | |
|---|---|---|---|
| | | 부담율 | 적용가 |
| 14" | U$38.20 | EU관세:14.5%<br>부대비:5% | U$32.00 |

**(신규고객)황고객**

| 거래선ILI | CTV | | SPL | | P.P | | M.P | 비고PI |
|---|---|---|---|---|---|---|---|---|
| | 생산/월세(E | CPT공급선EU포 | 송부 공급 | 승인 공 | 송부 공 | 승인 공 | | |
| PHILIPS | 50K | PHILIPS<br>SDD | 7/25 | 9/9 | 12/末P | 98.1/末S | 98.2/末S | *USA:250 K<br>*중국:150K의 |
| STANDART | 6K | SDD | 9/5 | 10/15 | SKIP | SKIP | 97.11월R | *6K/월 '98 |
| SHARP(SP) | 34K | PHILIPS,SDD | 8/23 | 9/5 | SKIP | SKIP | 11월P | *11월:10KS |
| BEKO | 40K | PHILIPS<br>LG, 채홍KK | 6/2 | 10/10 | SKIP | SKIP | 12월P | *12월:2KK |
| TECHNIMAGEN | 20K | PHILIPS,SDD | 10/5 | | SKIP | | 12월P | *12월:12KS |
| TOP JAYA | 7K | TOSUNIT | 98.1/初T | 1/末1 | 2/末1 | 98.3中初 | 98.3末初 | |

## 2. 對SEDM 요청사항Ùǘ ď

| 항목. | 현    황DM | 요청사항 황D | 비   고황D |
|---|---|---|---|
| 품질 | *3/4분기 - 0.6%, 4/4분기 - 0.2%ϒU<br><br>- SDM품질과 비교되어 COMLAIN 0.2%<br><br>*Standart M.P(12月末)AI | *품질향상 필요 - 0.1%목표4분기 - 0.<br><br>* M.P 라인 투입시 엔지니어 입회IN 0.2%ϒU | SMC |
| 품위M. | *SONY대비 휘도 낮음 15% 입회IN<br><br>*SONY대비 콘트라스트 저조.2.15) (<br><br>*FOCUS저조EL<br><br>* THOMSON VISUAL SIZE(13V) | *고휘도 대응일정 준수 (98.2.15) 0.2%ϒU<br><br>*D/T PANEL 조기적용 (98.2.10)2%<br><br>*SMART GUN조기도입(98.5.1)10)2<br><br>*승인 조속 추진(12/18) SIZE( | 松下휘도<br><br><br><br>D.Y결정(12/12)/1 |
| 원가Y결 | *적정margin 확보를 위한 SIZE(13<br><br>원가 경쟁력 확보'97실적 | *  구  분  '97실적  '98.上  '98.下 OǏ'<br><br> 판 가   $40.1   $32.0   $30.0<br><br> 원 가   $35.6  ($28.0)  ($26.5)<br><br> 이익율   11.2%   12.5%   11.7%.5) | 판가/원가 추이분석'97실적<br><br>첨부 참조 가 |

## ■ 주요경쟁사별 동향 卣ᵽ 卣灣

| 업체명요고객 | CAPA/年별 | 97. 판매전망VEND | | LINE | 향후전망판매전망 |
|---|---|---|---|---|---|
| | | | 가동율 T | | |
| SEDM | 5,500 | 4,598 | 84% | 2.5 | |
| 중화EC | 5,700 | 4,600 | 81% | 3.0 | ▷ '97년 12月 영국 공장 가동(1라인) 140K/月灣卣ᴍ 卣ᴍ 卣 |
| LG | 3,400 | 2,900 | 85% | 2 | ▷ IN'SIA 정상화 주력 (140K→170K)0K/月灣卣ᴍ |
| ORION | 5,500 | 4,200 | 76% | 3 | ▷ '98(한국1.5, 베트남0.7, 프랑스0.5)K/月灣卣ᴍ 卣 |
| 東芝V9 | 3,000 | 2,100 | 70% | 1.7 | ▷ 東芝(TH) 생산감소(150K→100K/월)5)K/月灣卣ᴍ   東芝(IN)생산성 低(80K/월)K/월)5)K |
| PHILIPS | 6,500 | 5,500 | 85% | 4.8 | ▷ SPAIN 생산성 향상(1.0M/YR)/월)5)K |
| RAINBOW | 3,420 | 2,600 | 76% | 1.8 | ▷ 97.6월→1라인 14"/15"CDT로 전환5)K/月灣卣ᴍ |

註)경쟁사별 주요고객 내역참조15"CDT로 전환5)K

■ 주요고객별 VENDOR 현황澤卣ｐ卣

| 고객명망판매 | 생산량/월매전망V | C P T 공 급 선DOR | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | SEDM | 중화DM | LG | ORION | 東芝IO | BMCC | 기타CC |
| SREC | 145 | 40 | 85 | 10 | | 10 | | |
| FUNAI(M) | 110 | 40 | 40 | | 20 | 10 | | |
| ORION(TH) | 130 | | 80 | | | 20 | | 30 |
| TTT | 115 | 10 | 60 | | | 20 | | 25 |
| MTV | 70 | 40 | 5 | | | | 25 | |
| 三洋(MX)H) | 40 | 33 | | 7 | | | | |
| PHILIPS | 80 | | 20 | 30 | 20 | | | |
| TOTAL | 670 | 168 | 295 | | | 40 | 57 | 25 | 55 |

# ■ '98 판가 및 물량계획

( unit : kpcs / U$ )

| 구 분 : | | 97.1Q | 2Q | 3Q | 4Q | 98.上Q | 98.下Q |
|---|---|---|---|---|---|---|---|
| 물량"下 | 14" | 356 | 363 | 417 | 396 | 506 | 576 |
| | 16" | 20 | 30 | 34 | 26 | 30 | 30 |
| | 20" | 134 | 121 | 138 | 143 | 142 | 158 |
| 소계"下 | | 510 | 514 | 589 | 565 | 678 | 764 |
| 판가"下 | 14" | 42.3 | 39.3 | 38.8 | 37.9 | 34.5 | 33.2 |
| | 16" | 59.7 | 57.2 | 55.7 | 55.4 | 53.0 | 52.5 |
| | 20" | 58.8 | 58.5 | 56.6 | 55.5 | 53.0 | 51.0 |
| 원가"下 | 14" | 39.3 | 35.6 | 31.8 | | | |
| | 16" | 64.3 | 46.4 | 42.2 | | | |
| | 20" | 55.9 | 54.6 | 49.7 | | | |







■ '97 실적 분석ｻŒ

14" 판매부진의 영향으로 '97년은 경영계획 대비 약 90%(수량기준) 달성 전망 er

   ☞ SEC의 부진으로 Turkey等 신시장 개척에도 불구 달성율 저조) 달성 전망 er

   (SEC 경영 145K/월 → 예상110K/월)구 달성율 저

■ '98 계획: 경영 7409K, S/G 8652K10K/월

일본계 및 유럽/CIS/Turkey 시장 집중 공략을 통해 약 17% 초과 달성 계획r

KPCS

| 기 종S | 97경영 | 97.1~11월계 | 12월1 | 97 | 98.상~ | | 98.하~ | | 98.계~ | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 계획.계 | 실적.계 | 예상.계 | 합계.계 | 경영.계 | S/G | 경영G계 | S/G | 경영G계 | S/G |
| 14" | 5100 | 4198 | 400 | 4598 | 2697 | **3037** | 2615 | 3455 | 5312 | **6492** |
| 16" | 357 | 307 | 23 | 330 | 180 | **180** | 174 | 180 | 354 | **360** |
| 20" | 1783 | 1457 | 151 | 1608 | 815 | **850** | 928 | 950 | 1743 | **1800** |
| 합 계계~ | 7240 | 5962 | 574 | 6536 | 3692 | **4067** | 3717 | 4585 | 7409 | **8652** |

KPCS

| 고 객T8 | Country | 97 | 98上I | | 98下I | | 98 TTL | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 실적TY | 경영TY | S/G | 경영TY | S/G | 경영GY | S/G | 차이GY |
| SAMEX | MX | 593 | 282.7 | 283 | 289.3 | 300 | 572 | 583 | 11 |
| SEC | KR | 479 | 282 | 258 | 249 | 281 | 531 | 539 | 8 |
| SME | IN | 120 | 72 | 72 | 72 | 72 | 144 | 144 | 0 |
| SMC | PH | 44 | 33 | 25 | 39 | 34 | 72 | 59 | -13 |
| TASAM | TH | 88 | 70 | 70 | 56 | 60 | 126 | 130 | 4 |
| TTSEC | CN | 19 | 7.5 | 8 | 7.5 | 7 | 15 | 15 | 0 |
| SEDA | BR | 14 | 0 | 4 | 0 | 0 | 0 | 4 | 4 |
| SAVINA | VIET | 5 | 0 | 14 | 0 | 16 | 0 | 30 | 30 |
| SEC計N | | 1362 | 747.2 | 734 | 712.8 | 770 | 1460 | 1504 | 44 |
| 대영전자통신OUP" 판 | KR | 3 | 6 | 10 | 6 | 12 | 12 | 22 | 10 |
| KEC(PH) | PH | 95 | 24 | 34 | 24 | 44 | 48 | 78 | 30 |
| KEC | KR | 88 | 42 | 42 | 54 | 54 | 96 | 96 | 0 |
| 기 타KQ | | 33 | 0 | 80 | 0 | 120 | 0 | 200 | 200 |
| 기타사計QV42 | | 219 | 72 | 166 | 84 | 230 | 156 | 396 | 240 |
| 영업1팀 소계2Xea | | 1581 | 819.2 | 900 | 796.8 | 1000 | 1616 | 1900 | 284 |
| PH-HIE | IN | 60.7 | 22 | 60.6 | 26 | 60.6 | 48 | 121.2 | 73.2 |
| SANYO(IN) | IN | 0 | 22 | 0 | 24 | 0 | 46 | 0 | -46 |
| SANYO(SI) | SI | 71.8 | 21 | 6 | 0 | 12 | 21 | 18 | -3 |
| SANYO(HK) | HK | 60.1 | 34 | 36 | 32 | 48.6 | 66 | 84.6 | 18.6 |
| SANYO(MX) | MX | 393.9 | 231.2 | 235.8 | 231 | 253.8 | 462.2 | 489.6 | 27.4 |
| SANYO(PH) | PH | 10 | 8 | 12 | 8 | 0 | 16 | 12 | -4 |
| SANYO계2 | | 535.8 | 316.2 | 289.8 | 295 | 314.4 | 611.2 | 604.2 | -7 |

KPCS

| 고 객T계 | Country | 97 | 98上I | | 98下I | | 98 TTL | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 실적TY | 경영TY | S/G | 경영TY | S/G | 경영GY | S/G | 차이GY |
| AIWA(PH) | PH | 58.8 | 36 | 48.6 | 48.6 | 72.6 | 84.6 | 121.2 | 36.6 |
| MTV | MA | 337.1 | 202.1 | 211.2 | 233.6 | 241.8 | 435.7 | 453 | 17.3 |
| AKEI | US | 63.3 | 38.1 | 36 | 42.3 | 48.6 | 80.4 | 84.6 | 4.2 |
| MIBA | MX | 175.4 | 66.6 | 84.6 | 82.9 | 84.6 | 149.5 | 169.2 | 19.7 |
| NELCI | IV | 4.5 | 1.8 | 1.8 | 1.8 | 1.8 | 3.6 | 3.6 | 0 |
| PAM | BR | 62.6 | 54.5 | 36 | 0 | 0 | 54.5 | 36 | -18.5 |
| PANAMEX | MX | 18 | 10 | 12 | 12 | 12 | 22 | 24 | 2 |
| 松下계DC8 | | 660.9 | 373.1 | 381.6 | 372.6 | 388.8 | 745.7 | 770.4 | 24.7 |
| FUNAI | MA | 478.3 | 225.7 | 321 | 281.4 | 363 | 507.1 | 684 | 176.9 |
| JVC | MX | 6 | 20.4 | 72.6 | 20.4 | 90 | 40.8 | 162.6 | 121.8 |
| SHARP(PH) | US | 16 | 20 | 12 | 16 | 24 | 36 | 36 | 0 |
| SRAC(MA) | MA | 14 | 7 | 6 | 10 | 12 | 17 | 18 | 1 |
| SREC(MA) | MA | 337.6 | 153 | 223.8 | 172 | 266.4 | 325 | 490.2 | 165.2 |
| SHARP계6 | | 367.6 | 180 | 241.8 | 198 | 302.4 | 378 | 544.2 | 166.2 |
| SILVER(MA) | MA | 132.9 | 66.3 | 90 | 68.2 | 145.2 | 134.5 | 235.2 | 100.7 |
| 기 타DA | | 27.1 | 0 | 17.4 | 0 | 102 | 0 | 119.4 | 119.4 |
| 영업2팀 소계XA)41 | | 2328.1 | 1239.7 | 1523.4 | 1310.2 | 1839 | 2549.9 | 3362.4 | 812.5 |
| ACTION(MA) | MA | 42.8 | 15 | 20 | 16 | 25 | 31 | 45 | 14 |
| D.LUKS | IN | 2 | 12 | 3 | 12 | 3 | 24 | 6 | -18 |
| KORRIGAN | HK | 0 | 6 | 6 | 12 | 12 | 18 | 18 | 0 |
| MAKONKA | MA | 32.1 | 24 | 30 | 24 | 30 | 48 | 60 | 12 |
| XOCECO | CN | 3.4 | 1.6 | 2 | 9.6 | 10 | 11.2 | 12 | 0.8 |
| CCE(BR) | BR | 32.2 | 36 | 25 | 0 | 0 | 36 | 25 | -11 |

KPCS

| 고 객TV | Country | 97 실적TY | 98上I 경영TY | S/G | 98下I 경영TY | S/G | 98 TTL 경영GY | S/G | 차이GY |
|---|---|---|---|---|---|---|---|---|---|
| EVADIN(BR) | BR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MIVAR | IT | 38 | 38 | 45 | 42 | 45 | 80 | 90 | 10 |
| PHILCO(BR) | BR | 22 | 24 | 20 | 0 | 0 | 24 | 20 | -4 |
| PHILIPS(USA) | US | 0 | 105 | 80 | 195 | 170 | 300 | 250 | -50 |
| SANYO(BR) | BR | 0 | 24 | 20 | 0 | 0 | 24 | 20 | -4 |
| SEMP TOSHIBA | BR | 58.1 | 36 | 25 | 0 | 0 | 36 | 25 | -11 |
| SONY(BR) | BR | 20.1 | 12 | 0 | 0 | 0 | 12 | 0 | -12 |
| BEKO | RU | 0 | 20 | 40 | 30 | 60 | 50 | 100 | 50 |
| VESTEL | TR | 80.6 | 40 | 40 | 40 | 60 | 80 | 100 | 20 |
| GRADIENTE | BR | 82.2 | 60 | 40 | 0 | 0 | 60 | 40 | -20 |
| MATSU(SA) | SA | 0.6 | 2 | 3 | 2 | 3 | 4 | 6 | 2 |
| TELRA | TR | 10 | 30 | 30 | 30 | 30 | 60 | 60 | 0 |
| TTT | TH | 138.6 | 104 | 115 | 96 | 125 | 200 | 240 | 40 |
| SHARP(BR) | BR | 51.1 | 48 | 35 | 0 | 0 | 48 | 35 | -13 |
| VIDEOCON | IN | 16.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 기 타EO | | 82 | 0 | 35 | 0 | 43 | 0 | 78 | 78 |
| 영업3팀 소계NX01A | | 711.9 | 637.6 | 614 | 508.6 | 616 | 1146.2 | 1230 | 83.8 |
| SEDM 14"합계M | | 4621 | 2696.5 | 3037.4 | 2615.6 | 3455 | 5312.1 | 6492.4 | 1180.3 |
| 영업 1팀-AR | | 1581 | 819.2 | 900 | 796.8 | 1000 | 1616 | 1900 | 284 |
| 영업 2팀TIC | | 2328.1 | 1239.7 | 1523.4 | 1310.2 | 1839 | 2549.9 | 3362.4 | 812.5 |
| 영업 3팀T T | | 711.9 | 637.6 | 614 | 508.6 | 616 | 1146.2 | 1230 | 83.8 |