# Exhibit 5

# Placeholder

# Document produced in native format

**HIGHLY CONFIDENTIAL**                                                                                                                                  HDP-CRT00056081

2000年推定 球生産金額シェア

|  |  | Philips | | | LG | | | Hitachi | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | '98 | '99 | '00 | '98 | '99 | '00 | '98 | '99 | '00 |
| CPT生産 | WWシェア | 18% | 16% | 15% | 8% | 7% | 8% | 1% | 2% | 1% |
| CPT生産 | Asia地域内でのシェア | 5% | 6% | 6% | 13% | 12% | 13% | 0% | 0% | 0% |
| CPT生産 | NAFTA地域内でのシェア | 20% | 23% | 21% | 9% | 0% | 0% | 5% | 9% | 8% |
| CPT生産 | 欧州地域内でのシェア | 37% | 34% | 30% | 0% | 1% | 1% | 0% | 0% | 0% |
| CDT生産 | WWシェア | 8% | 9% | 7% | 9% | 14% | 15% | 15% | 7% | 6% |
| CDT生産 | Asia地域内でのシェア | 7% | 8% | 5% | 9% | 12% | 14% | 16% | 8% | 7% |
| CDT生産 | NAFTA地域内でのシェア | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| CDT生産 | 欧州地域内でのシェア | 66% | 40% | 42% | 34% | 60% | 58% | 0% | 0% | 0% |

98年LG-NAFTAはゼニス分

主要顧客内の日立数量シェア：2000

| 米州内 CPT30V以上 | HHEA | 69% |
|---|---|---|
|  | TCE | 51% |
|  | JIM | 57% |
|  | PCEC | 56% |
| CDT17"以上 | Phi | 36% |
|  | ADI | 24% |
|  | Proview | 13% |