# Exhibit 6

**This record is produced in native. Please see native folder within this production.**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0062013

# 북미시장 M/S 변동

Top Secret

2002.3.26.

| | 2001 | | 2002 | | 차이 | |
|---|---|---|---|---|---|---|
| | SDIM | 역외산 | SDIM | 역외산 | SDIM | 역외산 |
| 19V/20V | 2,650 | 750 | 2,650 | 800 | 0 | 50 |
| 20VF | 0 | 90 | 200 | 230 | 200 | 140 |
| 중형계 | 2,650 | 840 | 2,850 | 1,030 | 200 | 190 |
| 당사판매계 | 3,490 | | 3,880 | | 390 | |
| 시장수요 | 8,600 | | 7,600 | | −1,000 | |
| M/S | 40.6% | | 51.1% | | 10.5% | |
| 25V/27V | 1,450 | 150 | 1,400 | 0 | −50 | −150 |
| 25F | 0 | 60 | 0 | 80 | 0 | 20 |
| 29F | 0 | 310 | 350 | 280 | 350 | −30 |
| 대형계 | 1,450 | 520 | 1,750 | 360 | 300 | −160 |
| 당사판매계 | 1,970 | | 2,110 | | 140 | |
| 시장수요 | 10,500 | | 11,200 | | 700 | |
| M/S | 18.8% | | 18.8% | | 0.1% | |
| 중/대형계 | 5,460 | | 5,990 | | 530 | |
| 시장수요 | 19,100 | | 18,800 | | −300 | |
| M/S | 28.6% | | 31.9% | | 3.3% | |

W.R.Kim
SDIM Sales & Mktg