# Exhibit 7

Document Produced in Native Format

File Name: Region Americas Overview.ppt

File Path:
\\root\dfs\CLS\04008_Philips\0248_Project_X\LAW\DATA\M002\Vestigant_JJohson_Laptop\0
123.0008_CRT_IT001_UserCreated\C\Notes\Mail\Archive\fd_a_jeffjohnson.nsf

File Size: 132608



# *Region Americas Overview*

 LG.PHILIPS Displays 

# *Organization*



Americas Regional Headquarters - Ann Arbor, Michigan USA

  

**Page 2**

# *Factories*

**Tubes**

      Ottawa, Ohio USA         25V, 27V         capacity ~ 4 million

                                   32V FS, 32V RF    capacity ~400K

      San Jose dos Campos, Brazil 14"         capacity ~3.3 million

                                   20"         capactiy ~2.2 million

      (Gomez Palacio, Mexico - start Q3 2001)

      (Manaus, Brazil     -  start 2001)

**Deflection Units**

      Juarez, Mexico

      San Jose dos Campos, Brazil

**Guns**

      Montpelier, Ohio USA (consolidating into Recife)

      Recife, Brazil

**Glass**

      Capuava, Brazil

 LG.PHILIPS Displays 

**Page 3**

# *Products Sold*

- CPT manufactured locally

- CPT purchased and resold (from Hitachi US and Philips other Regions)

- CDT purchased and resold from Philips Taiwan and Austria (business managed from Taiwan, serviced locally).  (Most of the monitors manufactured in Americas use captive tube supply.)

- Deflection units (some customers still match tubes themselves)

 **LG.PHILIPS Displays** 

# *Market - CPT Units*



**South America TVT Demand by Size - Units**

**NAFTA TVT Demand by Size - Units**



# LG.PHILIPS Displays



**Page 5**

# *Customer Units - NA*

| Total units 000's | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| PCEC | 1910 | 2191 | 2559 | 2898 | 2834 | 3009 |
| Sharp | 401 | 255 | 565 | 610 | 726 | 746 |
| Sanyo | 1115 | 688 | 810 | 887 | 940 | 964 |
| Zenith/LG | 748 | 776 | 721 | 794 | 827 | 867 |
| JVC | 184 | 165 | 325 | 390 | 440 | 451 |
| Toshiba | 0 | 151 | 210 | 220 | 240 | 250 |
| Orion | 121 | 377 | 150 | 150 | 150 | 150 |
| Daewoo | 301 | 200 | 0 | 0 | 0 | 0 |
| Others | 87 | 59 | 7 | 20 | 98 | 163 |
| Total | 4867 | 4862 | 5347 | 5969 | 6255 | 6600 |
| Check vs. plan | 4849 | 4631 | 5337 | 5948 | 6232 | 6571 |

 LG.PHILIPS Displays 

Page 6

# *Customer Share of NA Production*

| Share | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| PCEC | 39% | 45% | 48% | 49% | 45% | 46% |
| Sharp | 8% | 5% | 11% | 10% | 12% | 11% |
| Sanyo | 23% | 14% | 15% | 15% | 15% | 15% |
| Zenith/LG | 15% | 16% | 13% | 13% | 13% | 13% |
| JVC | 4% | 3% | 6% | 7% | 7% | 7% |
| Toshiba | 0% | 3% | 4% | 4% | 4% | 4% |
| Orion | 2% | 8% | 3% | 3% | 2% | 2% |
| Daewoo | 6% | 4% | 0% | 0% | 0% | 0% |
| Others | 2% | 1% | 0% | 0% | 2% | 2% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% |

 LG.PHILIPS Displays 

**Page 7**

# *Americas Market and Market Share - CPT Units*

Units

| | | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | CAGR |
|---|---|---|---|---|---|---|---|---|
| LG.Ph | Small | 2768 | 3471 | 3387 | 3334 | 3291 | 3542 | 5.1% |
| | Medium | 2480 | 2968 | 3324 | 3308 | 3430 | 3534 | 7.3% |
| | Large | 3222 | 3481 | 3745 | 4034 | 4142 | 4322 | 6.1% |
| | Jumbo | 579 | 557 | 1335 | 1559 | 1659 | 1720 | 24.3% |
| | Total | 9049 | 10477 | 11791 | 12235 | 12522 | 13118 | 7.7% |
| Market | Small | 5307 | 5389 | 5579 | 5513 | 5634 | 5707 | 1.5% |
| | Medium | 12740 | 12913 | 13293 | 12976 | 13203 | 13335 | 0.9% |
| | Large | 12470 | 12018 | 12150 | 11970 | 12240 | 12535 | 0.1% |
| | Jumbo | 4225 | 4654 | 5092 | 5535 | 6114 | 6430 | 8.8% |
| | Total | 34742 | 34974 | 36114 | 35994 | 37191 | 38007 | 1.8% |
| Share | Small | 52% | 64% | 61% | 60% | 58% | 62% | |
| | Medium | 19% | 23% | 25% | 25% | 26% | 27% | |
| | Large | 26% | 29% | 31% | 34% | 34% | 34% | |
| | Jumbo | 14% | 12% | 26% | 28% | 27% | 27% | |
| | Total | 26% | 30% | 33% | 34% | 34% | 35% | |

  

# *Americas Market and Market Share - CPT Value*

Value

$ millions

| | | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | CAGR |
|---|---|---|---|---|---|---|---|---|
| LG.Ph | Small | 101 | 123 | 115 | 114 | 112 | 117 | 3.0% |
| | Medium | 143 | 165 | 193 | 186 | 181 | 184 | 5.1% |
| | Large | 332 | 395 | 435 | 478 | 497 | 507 | 8.8% |
| | Jumbo | 137 | 143 | 362 | 448 | 477 | 505 | 29.8% |
| | Total | 714 | 826 | 1105 | 1226 | 1267 | 1312 | 13.0% |
| Market | Small | 178 | 179 | 187 | 185 | 186 | 170 | -0.9% |
| | Medium | 674 | 660 | 656 | 641 | 636 | 639 | -1.1% |
| | Large | 1423 | 1328 | 1294 | 1231 | 1216 | 1221 | -3.0% |
| | Jumbo | 1319 | 1525 | 1567 | 1701 | 1834 | 1858 | 7.1% |
| | Total | 3594 | 3692 | 3704 | 3757 | 3873 | 3888 | 1.6% |
| Share | Small | 57% | 68% | 62% | 62% | 60% | 69% | |
| | Medium | 21% | 25% | 29% | 29% | 28% | 29% | |
| | Large | 23% | 30% | 34% | 39% | 41% | 41% | |
| | Jumbo | 10% | 9% | 23% | 26% | 26% | 27% | |
| | Total | 20% | 22% | 30% | 33% | 33% | 34% | |

  

# *Americas Competitors*

| | CPT | | | | | | | | | | | CDT | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13V | 19V | 20V | 25V | 27V | 31V | 32V | 36V | 40V | 34W | 38W | 15" | 17" | 19" | |
| LG.Philips | 1R* | 1R* | FS* | 1R | FS | FS | FS | | | (RF) | | | | | Adding 32V RF in 2001, 27V RF & 34W RF in 2002 |
| *Thomson* | | *1R* | *1R* | *1R* | *1R* <br> *FS* | | *FS* <br> *(RF)* | *FS* <br> *(RF)* | | *FS* | *FS* | | | | *Broadest TVT line.* <br> *Added WS in 2000* |
| *Samsung* | *1R** | *1R* | *FS* | *1R* | *1R* | | | | | | | *X* | *X* | | *CDT in Brazil* |
| Hitachi | | | | | | | FS | FS <br> (RF) | | | | | | | Adding 36V RF in 2002 |
| Matsushita | | 1R | FS | | FS | FS | FS <br> RF | FS <br> RF | | | | | | | Added 32V RF and 36V RF in 2000 |
| Toshiba | | | | | | | FS | FS <br> (RF) | | | | | X | | Adding 36V RF in 2001 Dropped CMT in 2000 |
| Sony | | | SF <br> RF | | SF <br> RF | | SF <br> RF | SF <br> RF | (RF) | | | | X | X | Adding 40V RF in 2001 Dropping CMT in 2001 |
| Daewoo | | 1R | | | | | | | | | | X | | | |
| Mitsubishi | | | | | | | | | | | | | X | | |

\*   Brazil production - all others NAFTA            (  )  Indicates plans for introduction

## *Thomson and Samsung are the major competitors in the Americas.*


LG.PHILIPS Displays


# Competitive Market Shares (NA)

## Unit Shares

|  | Small | Medium | Large | Jumbo | Total |
|---|---|---|---|---|---|
| Thomson | 0.0% | 17.1% | 50.0% | 9.9% | 27.7% |
| Samsung | 43.8% | 33.9% | 6.8% | 0.0% | 18.6% |
| Philips | 31.9% | 4.9% | 27.2% | 8.2% | 17.6% |
| Sony | 0.0% | 9.7% | 7.6% | 28.3% | 10.6% |
| Matsushita | 0.0% | 6.6% | 8.1% | 17.9% | 8.2% |
| Daewoo | 0.0% | 22.5% | 0.0% | 0.0% | 7.3% |
| Toshiba | 0.0% | 4.0% | 0.0% | 16.0% | 3.7% |
| Hitachi | 0.0% | 0.0% | 0.3% | 19.5% | 3.1% |
| Chunghwa | 16.2% | 1.1% | 0.0% | 0.0% | 2.2% |
| LG | 8.1% | 0.1% | 0.1% | 0.0% | 1.0% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

## Value Shares

|  | Small | Medium | Large | Jumbo | Total |
|---|---|---|---|---|---|
| Thomson | 0.0% | 16.8% | 50.3% | 14.0% | 28.9% |
| Sony | 0.0% | 10.5% | 8.5% | 30.5% | 17.4% |
| Philips | 31.9% | 4.8% | 25.2% | 6.5% | 14.8% |
| Matsushita | 0.0% | 7.2% | 9.1% | 15.9% | 11.3% |
| Samsung | 43.8% | 33.7% | 6.5% | 0.0% | 9.2% |
| Toshiba | 0.0% | 3.9% | 0.0% | 16.6% | 7.3% |
| Hitachi | 0.0% | 0.0% | 0.3% | 16.5% | 6.8% |
| Daewoo | 0.0% | 21.8% | 0.0% | 0.0% | 3.3% |
| Chunghwa | 16.2% | 1.1% | 0.0% | 0.0% | 0.7% |
| LG | 8.1% | 0.1% | 0.1% | 0.0% | 0.3% |
| Total | 100.0% | 72.6% | 41.2% | 55.5% | 53.7% |

 LG.PHILIPS Displays 

**Region:**          **North America**          _**2000 Financial Results NA**_

| Currency ....(millions) | Year-to-Date | | |
|---|---|---|---|
| USD | **Actual** | **Budget** | **Prev. Yr.** |
| **Total Sales (excl. Supplies)** | $433.1 | $696.8 | $582.8 |
| **Supplies other regions** | $10.0 | $15.4 | $32.8 |
| **Supplies to own regions** | $0.0 | $0.0 | $0.0 |
| **Total Sales and Supplies** | $443.1 | $712.2 | $615.6 |
| **Activities** | $468.9 | $705.7 | $611.7 |
| **Contr. Margin (amount)** | $164.6 | $264.0 | $243.9 |
| **Contr. Margin (% of Activities)** | 35.1% | 37.4% | 39.9% |
| **Costs of Organisation** | $168.1 | $183.7 | $182.9 |
| **IFO** | ($12.9) | $52.6 | $43.0 |
| **  as % of sales/supplies** | -2.9% | 7.4% | 7.0% |
| **Fixed Assets** | $247.7 | $229.6 | $179.3 |
| **Net Inventories** | $58.6 | $30.7 | $34.7 |
| **Total Receivables** | $14.7 | $56.0 | $30.4 |
| **Total Accounts Payable** | ($25.4) | ($49.9) | ($38.5) |
| **Total ICA** | ($9.7) | $13.7 | $18.9 |
| **Working Capital** | $38.2 | $50.5 | $45.4 |
| **Provisions/Equalizations** | ($58.4) | ($49.5) | ($34.4) |
| **Net Operating Capital** | $227.5 | $230.6 | $190.3 |
| **EPR - Annualized** | -16.7% | 9.7% | 5.5% |
| **Capital Expenditures** | $30.0 | $55.0 | $16.7 |
| **Operational Cashflow** | ($29.5) | $24.4 | $66.6 |
| **Total Employees** | 1,801 | 2,286 | 2,289 |
| | | | |
| **Quantities (Tubes 000's) TVT MANUFACTURED ONLY** | | | |
| **Total Sales (excl. Supplies)** | 3,010.1 | 4,780.0 | 4,476.1 |
| **Supplies to other regions** | 56.4 | 81.0 | 174.4 |
| **Supplies to own regions** | 0.0 | 0.0 | 0.0 |
| **Total Activities** | 3,335.2 | 4,848.7 | 4,508.2 |
| **Production** | 3,354.0 | 4,847.7 | 4,519.2 |
| **Stocks (Finished Goods)** | 293.8 | 56.8 | 103.4 |
| | | | |
| **Value Drivers** | | | |
| **Selling Price Index '99=100** | 95.4% | 98.9% | 100.0% |
| **Purchase Price Index '99=100** | 96.8% | 96.7% | 100.0% |

LG.PHILIPS Displays 

Page 12

# *2000 Financial Results SA*

**Region : South  America**

| Currency USD (millions) | Year-to-date | | |
|---|---|---|---|
| | Actual | Budget | Prev.Year |
| Total Sales | 225.0 | 153.8 | 143.3 |
| Supplies own region | 0.0 | 0.0 | 0.0 |
| Supplies  other regions | 73.9 | 63.1 | 48.5 |
| Total sales / supplies | 298.9 | 216.9 | 191.8 |
| Activities | 298.7 | 217.8 | 192.7 |
| Contr.Margin (amount) | 166.2 | 122.1 | 106.2 |
| Contr.Margin (% of Activ) | 55.6 | 56.1 | 55.1 |
| Costs of the Organisation | -120.8 | -106.4 | -149.2 |
| GSA | 0.0 | -5.6 | -4.8 |
| Other Results | 0.0 | 0.0 | 1.0 |
| IFO | 45.4 | 10.1 | -46.8 |
|    as % of sales/supplies | 15.2 | 4.7 | -24.4 |
| Fixed Assets | 174.4 | 177.0 | 194.4 |
| Net Inventories | 28.3 | 26.9 | 28.6 |
| Total Receivables | 28.7 | 32.0 | 26.6 |
| Total Payables | -31.7 | -21.5 | -33.0 |
| Total ICA | 13.5 | 10.1 | 10.7 |
| Working Capital | 38.8 | 47.5 | 32.9 |
| Provision/Equalisations | -0.4 | -0.9 | 0.0 |
| Net Operating Capital | 212.8 | 223.6 | 227.3 |
| EPR | 23.4 | -13.3 | -71.1 |
| Capital Expenditure | -12.6 | -15.3 | 1.3 |
| Operational Cashflow | 59.9 | 24.9 | -24.0 |
| Total Employees | 3039 | 2188 | 2570 |

·media etc.

| Value Drivers | | | |
|---|---|---|---|
| Selling price index'99 = 100 | 105.3 | 101.9 | |
| Purchase Price Index'99 = 100 | 107.9 | 109.3 | |





**Page 13**