# Exhibit 8

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Page 1

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2               SAN FRANCISCO DIVISION
    ─────────────────────────────────────────
 3

    In Re:  CATHODE RAY TUBE (CRT)    No. 3:07-cv-05944-SC
 4  ANTITRUST LITIGATION
                                      MDL No.1917
 5

    ─────────────────────────────────────────
 6

 7      SUPERIOR COURT OF THE STATE OF CALIFORNIA
 8          CITY AND COUNTY OF SAN FRANCISCO
 9  ─────────────────────────────────────────
10  STATE OF CALIFORNIA, et al,
11          Plaintiffs,
12  v
13  SAMSUNG SDI, INC, CO., LTD., et al.
14          Defendants
15  ─────────────────────────────────────────
16
17        Thursday, December 12, 2013, 9:35 a.m.
18
19  Videotaped deposition of JIM SMITH, Volume 1,
20  held at Hilton Hotel, Newcastle Gateshead,
21  England, UK.
22
23
24
25
```

VERITEXT REPORTING COMPANY
212-267-6868    www.veritext.com    516-608-2400

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Page 193

| | | |
|---|---|---|
| 1 | Q. There's a reference at the bottom. The | 16:41:01 |
| 2 | last line that says,"A new chairman was selected. | 16:41:05 |
| 3 | Mr. Jim Smith was selected by Phillips."  Do you see | 16:41:07 |
| 4 | that? | 16:41:13 |
| 5 | A. Yes, I do. | 16:41:13 |
| 6 | Q. Do you have any understanding what that | 16:41:14 |
| 7 | means? | 16:41:15 |
| 8 | MR. FOSTER: Lacks foundation. | 16:41:18 |
| 9 | A. I was asked by the Korean members | 16:41:21 |
| 10 | particularly to take over the chairmanship of the | 16:41:26 |
| 11 | meeting from David Chang. | 16:41:29 |
| 12 | MR WILLIAMS: And this was at the first | 16:41:35 |
| 13 | meeting you attended, correct? | 16:41:39 |
| 14 | A. Correct. | 16:41:41 |
| 15 | Q. Who asked you? | 16:41:41 |
| 16 | A. Mr. Inn Kim. | 16:41:43 |
| 17 | Q. Did you accept? | 16:41:45 |
| 18 | A. I did. | 16:41:46 |
| 19 | Q. What did he tell you your | 16:41:47 |
| 20 | responsibilities would be as chairman? | 16:41:48 |
| 21 | MR. FOSTER: Assumes facts. | 16:41:50 |
| 22 | A. Mr. Chang told me the responsibilities | 16:41:51 |
| 23 | were simply to chair the meeting. | 16:41:53 |
| 24 | MR WILLIAMS: What does that mean? Did you | 16:41:56 |
| 25 | have -- sorry, let me try to say it differently. | 16:42:00 |

```
                                                          Page 194
 1   Could you elaborate on what it means to chair one of    16:42:03
 2   these meetings?                                         16:42:06
 3          A.  To introduce the agenda items and to         16:42:06
 4   manage the efficiency of the meeting.                   16:42:15
 5          Q.  Was that a role Mr. Chang had played         16:42:18
 6   before you?                                             16:42:20
 7          A.  It was.                                      16:42:21
 8          Q.  Did you in this role as chairman review      16:42:21
 9   the agenda items before they were distributed or did    16:42:24
10   someone else do that for you?                           16:42:27
11          A.  No, the --                                   16:42:30
12          MR. FOSTER:  Assumes facts.                      16:42:30
13          A.  -- the agenda was the same for every         16:42:31
14   meeting.                                                16:42:33
15          MR WILLIAMS:  And it's, as we see in these       16:42:34
16   documents, for example the one we're looking now in    16:42:37
17   five, the agenda --                                     16:42:41
18          MR TALADAY:  Objection, vague, calls for         16:42:42
19   speculation.                                            16:42:44
20          MR WILLIAMS:  -- the agenda that we see          16:42:48
21   here.                                                   16:42:49
22          A.  In?                                          16:42:50
23          Q.  The same page I was on where it says at     16:42:51
24   the end a new chairman was selected, "Mr. Jim Smith     16:42:54
25   was selected by Phillips."  That's under the heading    16:42:57
```