# Exhibit 9

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4     _____
                                     )
 5      IN RE: CATHODE RAY TUBE (CRT) )
        ANTITRUST LITIGATION          )
 6     _____ ) Master File
                                      ) No. 3:07-cv-05944 SC
 7      This Document Relates to:     ) MDL No. 1817
                                      )
 8      ALL ACTIONS                   )
                                      )
 9                                    )
       _____ )
10
11
12
13
14               HIGHLY CONFIDENTIAL
15       DEPOSITION OF SAMSUNG SDI 30(b)(6) WITNESS
16                    JAEIN LEE
17            San Francisco, California
18           Wednesday, June 6, 2012
19                   Volume I
20
21   Reported by:
     SUZANNE F. BOSCHETTI
22   CSR No. 5111
23
24
25
```

|     |                                                              | Page 31   |
| --- | ------------------------------------------------------------ | --------- |
| 1   | levels of glass meetings that you were aware of?             | 10:01:51  |
| 2   | MR. SCARBOROUGH:  Outside the scope.  Lacks                  | 10:02:10  |
| 3   | foundation.  Vague and ambiguous.  Overbroad.  He's          | 10:02:11  |
| 4   | testifying in his personal capacity.                         | 10:02:15  |
| 5   | THE WITNESS:  Yes, basically all the                         | 10:02:42  |
| 6   | meetings that are related to glass meetings, I               | 10:02:46  |
| 7   | attended all of them.                                        | 10:02:51  |
| 8   | BY MR. SHAPIRO:                                              | 10:02:55  |
| 9   | Q    Were -- was there a -- were -- were there               | 10:02:56  |
| 10  | different levels of executive that attended                  | 10:03:03  |
| 11  | different meetings on behalf of Samsung SDI that             | 10:03:06  |
| 12  | were related to the glass meetings?                          | 10:03:09  |
| 13  | MR. SCARBOROUGH:  Same objections.                           | 10:03:25  |
| 14  | THE WITNESS:  Yes.                                           | 10:03:33  |
| 15  | BY MR. SHAPIRO:                                              | 10:03:34  |
| 16  | Q    Okay.  And did they have -- did those                   | 10:03:34  |
| 17  | different levels of meeting have names?  In other            | 10:03:37  |
| 18  | words, was one called a top meeting?                         | 10:03:39  |
| 19  | MR. SCARBOROUGH:  Same objections.                           | 10:03:53  |
| 20  | THE WITNESS:  Yes.                                           | 10:03:57  |
| 21  | BY MR. SHAPIRO:                                              | 10:03:57  |
| 22  | Q    Okay.  And -- and so what were the names of             | 10:03:58  |
| 23  | the various levels of meetings?                              | 10:04:01  |
| 24  | MR. SCARBOROUGH:  Same objections.                           | 10:04:09  |
| 25  | THE WITNESS:  To my recollection there were                  | 10:04:25  |