# Exhibit 10

<u>**Placeholder**</u>

**Document Produced in Native**

CONFIDENTIAL

MTPD-0164693

# MTPDA(OH)

## Key Operational Issues

MT Picture Display Corporation of America (Ohio)

# Company Profile

1988   AMEC Established
1989   31" Production Started (Line 1)
1990   27" Production Started (Line 1)
         - 1M CRT Produced and Sold
1994   5M CRT Produced and Sold
1995   ISO 9002 Registration Granted
1996   32" and Larger Production Started (Line 3)
1997   10M CRT Produced and Sold
         -PRT1 Line Start-Up
         -ISO 14001 Certification Granted
2000   20M CRT Produced and Sold
         -Line 4 PureFlat Start-Up
2001   Name Changed to "MDDA"
2002   30M CRT Produced and Sold
         -PRT2 Line Start-Up
2003   SST Iron Mask Start-Up
2003   MT Picture Display Corporation of America Established

# CRT Production Location

## In 1994



USA   7 companies   11 sites

| | |
|---|---|
| Thomson(RCA) | Marion (IND)   Scranton (PA) |
| Philips | Seneka Falls (NY)  Ottawa(OH) |
| Matsushita | Troy (OH) |
| Toshiba | Horseheads (NY) |
| Sony | Pittsburgh(PA)   San Diego (CA) |
| Hitachi | Greenville (S CAR) |
| Zenith | Chicago (IL) |

Canada   1 Company   1 site

Mitsubishi       Midland (ONT)

## In August 2003



USA   3 companies   5 sites

| | |
|---|---|
| Thomson | Marion (IND) |
| MTPDA | Troy (OH)   Horseheads (NY) |
| Sony | Pittsburgh(PA)   San Diego(CA) |

Mexico  4 companies   4 sites

| | |
|---|---|
| Thomson | Mexicali (MX) |
| LGPhilipls | Toreon (MX) |
| Samsung | Tijuna (MX) |
| Dawoo | Mexicali (MX) |

# MTPDA (OH) Sales



# MTPDA (OH) Headcount



**\*** Began Utilization of Temporary Workforce

# MTPDA (OH) Investment

| | | |
|---|---|---|
| 2000 | A-4(PF) Line | $100M |
| 2002 | PRT-2 Line | $19M |
| 2003 | Wide Tubes in A-4 | $4.7M |
| 2003 | SST | $4.5M |
| 2004 | 32V PF in A-3 | |

# TV Industry Update

- ❑ TV sets from China and SE Asia rushing into USA and anti-dumping investigation started
- ❑ Flat Panel TV (PDP, LCD) launched and gained market share
- ❑ FCC regulation for Digital TV
    - ■ July 2004, 50% of 36V+ should have Digital Tuner

# Key issues:

- Anti-dumping:
  - Dumping penalties imposed on Chinese manufacturers, case on Malaysian manufacturers still pending. Final report in April.
- Mexico Collection of Proper Duties:
  - We've received information Mexico is now starting to collect the proper duties on CRTs and CRT glass

# Key issues:

- ITC Proposal to reduce or eliminate tariffs on Television
    - Would be detrimental to NAFTA TV industry and would eventually cause elimination of NAFTA TV assembly
- Proposal by Sony to reduce tariffs on projection tube electron guns, LCD and Plasma panels (S1724, S1794, HR3399)
    - Will expedite the replacement of CRT displays with new technologies, and prevent establishing NAFTA production of LCD, Plasma or other competing technologies

# Key issues:

- ☐ Chinese currency manipulation
    - ■ Proposal to take action (HR 3364, S1758) will have a very positive effect for NAFTA TV industry producers
- ☐ Export of US Technology
    - ■ Plasma Displays (Plasmaco)
    - ■ Carbon Nano-technology (Motorola, Candescent Technology and others)
- ☐ In 2003:
    - ■ 33 million TV sets sold to dealers in NAFTA (vs. 35M last year)
    - ■ 20 million TV sets produced in NAFTA (vs. 22M last year)
    - ■ 16 million CRTs produced in NAFTA (vs. 20M last year)




# TV Imports 19V & 20V Diagonal Size



Source: ITC DataWeb

Singapore 1,979K

Overall up 16%
Overall Down 8%

China up 20 X
Mexico down 34%
China up 68%
Mexico down 40%

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| ☐ All Other | 1,988,000 | 9,000 | 8,000 | 13,000 | 4,000 | 5,000 | 65,000 |
| ■ Korea | 0 | 15,000 | 94,000 | 14,000 | 81,000 | 284,000 | 233,000 |
| ☐ Thailand | 112,000 | 549,000 | 682,000 | 1,158,000 | 651,000 | 1,822,000 | 1,524,000 |
| ☐ Malaysia | 425,000 | 679,000 | 1,756,000 | 2,164,000 | 1,984,000 | 1,543,000 | 1,003,000 |
| ■ China/HK | 2,000 | 10,000 | 110,000 | 90,000 | 94,000 | 2,016,000 | 3,381,000 |
| ☐ Mexico | 5,364,000 | 5,883,000 | 6,220,000 | 5,468,000 | 4,797,000 | 3,164,000 | 1,909,000 |

# TV Imports 25V & 27V Diagonal Size

Source: ITC DataWeb

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| All Other | 105,098 | 105,845 | 15,457 | 10,055 | 7,565 | 10,395 | 6,274 |
| Korea | 379 | 33 | 6,867 | 8,639 | 78,608 | 59,154 | 139,786 |
| Thailand | 190 | 850 | 2,820 | 6,145 | 20,589 | 230,724 | 679,526 |
| Malaysia | 6,145 | 4,107 | 41,084 | 166,335 | 278,624 | 1,118,886 | 1,100,596 |
| China/HK | 1,735 | 600 | 3,812 | 9,549 | 33,043 | 1,130,523 | 1,498,532 |
| Mexico | 4,756,927 | 5,918,523 | 6,789,914 | 7,120,253 | 7,273,293 | 6,399,814 | 4,830,919 |







# Commitment to MTPDA Associates

- Flexible Manufacturing
    - Associates are cross trained to perform across multiple lines based on production demands
    - Minimizes involuntary layoffs
- Pre-employment Training Program
    - Partnered with Upper Valley JVS
- On Site College Courses
    - 50 Students
    - Customized College Courses geared towards manufacturing
- Preparation for Leadership
    - 39 hourly employees participate in supervisor development
    - 20 currently substituting in supervisory roles
- G4/G5
    - Eligible associates participate in curriculum to enhance skills and earn additional wages
- Great Ideas Program
    - Encourages associates to contribute ideas to help the business
    - Associates are recognized through reward program