# Exhibit 11

HIGHLY CONFIDENTIAL

Page 223

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4

  IN RE CATHODE RAY TUBE (CRT)

5 ANTITRUST LITIGATION

                              No. 3:07-CV-05944-SC

6                              MDL NO. 1917

7  _____

8 This Document Relates to:

9 ALL ACTIONS

10 _____

11

12

13              HIGHLY CONFIDENTIAL

14        VIDEOTAPED DEPOSITION of W. R. KIM

15              San Diego, California

16             Wednesday, July 2, 2014

17                    Volume II

18

19

20

21

22 Reported by:

   Kae F. Gernandt

23 RPR, CSR No. 5342

24

25

HIGHLY CONFIDENTIAL

Page 251

```
 1   BY MR. GRALEWSKI:                              08:53:16

 2        Q.   Okay.  So, during your tenure at Samsung  08:53:17

 3   SDI America, you were aware that CRT makers were   08:53:19

 4   meeting and agreeing on price, correct?           08:53:25

 5        MR. SCARBOROUGH:  Object to form.           08:53:27

 6        MR. FOSTER:  Calls for a legal conclusion,   08:53:29

 7   foundation, speculation.                          08:53:29

 8        THE WITNESS:  One more time, please.        08:53:31

 9   BY MR. GRALEWSKI:                                 08:53:32

10        Q.   Sure.  During your tenure at Samsung SDI  08:53:32

11   America, you were aware that CRT makers were meeting  08:53:37

12   with each other and agreeing on the price at which  08:53:40

13   to charge for their CRTs, correct?               08:53:45

14        MR. SCARBOROUGH:  Object to form.           08:53:49

15        MR. FOSTER:  Same objections.               08:53:50

16        THE WITNESS:  Yes.                          08:53:53

17   BY MR. GRALEWSKI:                                 08:53:53

18        Q.   Okay.  Do you recall who provided the   08:53:53

19   glass meeting reports to you?                     08:54:18

20        A.   I don't remember.                       08:54:22

21        Q.   It would have been headquarters,        08:54:23

22   correct?                                          08:54:25

23        A.   Yes.                                    08:54:25

24        Q.   Okay.  Do you have an understanding as  08:54:26

25   to why headquarters would have been providing glass  08:54:28
```