Exhibit 13



Tribeca Translations, Inc.

CERTIFICATION OF ACCURACY OF TRANSLATION

Tribeca Translations, Inc. hereby certifies that the attached translation has been translated by a certified language expert specializing in the translation of Korean language documents into English, and is to the best of its knowledge and belief, a true, accurate, and unbiased translation into English of the document range "**SDCRT-0002506 – SDCRT-0002510**," originally written in Korean.

Tribeca Translations, Inc.
Translation Agency

Agency Representative (Y. Lee)

October 1, 2013
Date

75 Wall Street, Suite 25D, New York, NY 10005   tel: 800.482.8218   www.tribecatrans.com



Report on PHILIPS CPT Business Trip

Written by:  Cheolhong Im/ Samsung SDI (Mexico)/ America_HQ Section Manager/ Samsung SDI (Mexico)/ America_HQ (2000-07-31 12:13)
Printed by:  Cheolhong Im/ Samsung SDI (Mexico)/ America_HQ (2000-07-31 12:28)

Greetings.

The following is a report on the PHILIPS (US) CPT business trip.

1.  Date/Time: 7/28/2000, 2:30 PM – 5:20 PM

2.  Place: PHILIPS CPT conference room

3.  Attendees:   PHILIPS – Mr. Cor Saris/President. Mr. Jeffery Johnson/V.P. Strategic & Production Planning
    SDI        – Department Manager, Yoon Yang/ Section Manager, Cheolhong Im

4.  Contents of conference

    1)  Current status of PHILIPS' Mexico PROJECT

        First round –   Takeover of the auto parts plants' buildings in TORREON and new construction of two (COMPACT
                        LINE) dual lines for large/extra-large models; however, the utilization of facilities taken from ZENITH
                        for the KR process of the second line is under consideration.
                        Completion of first line in June 2001 / completion of first line [sic] in September 2001 is expected
                        (CAPA[CITY] - 2.0 MIL for large size/ 1.5 MIL for extra-large size)

        Second round – Transfer of large model lines from Ottawa to a new site every year (4 lines) and plan to produce only
                        32V and 32V FLAT at Ottawa

        *  MASTER PLAN (2005) of PHILIPS CPT plant – total of 7 lines (7.0 – 7.5 MIL)

        Mexico    – 2 new lines (large size/ extra-large size dual use)   – Capacity 1.5 – 2.0 MIL
                    Relocating 4 lines (large size)                       – Capacity 5.0 MIL
        U.S.      – 1 existing line (extra-large size)                    – Capacity 0.5 MIL

        * Reasons for selection of TORREON as a new site and for the construction of the new GLASS plant are being examined.

        Materials / MAN-POWER / TURN OVER were considered for TORREON, and for geographical disadvantages, there
        are plans to attract the relocation of parts suppliers, targeting electron guns/ D. Y. / MASK, etc., and a plan to build a
        new glass plant in the future is being seriously discussed with the main office, with its CAPA[CITY] being at least
        enough to cover the CAPA[CITY] of the PHILIPS Mexico plant.

    2)  The DEAL regarding a large size line between PHILIPS and HITACHI has been suspended after PHILIPS' decision to
        relocate to Mexico was announced.

    3)  It would be good if cooperation on price among companies in the CPT industry would be considered after checking
        Thomson's policy on price in the second half.  It was agreed that a cooperation meeting between SDI and PHILIPS
        would be held in our company's plant in Mexico since the locations of Mexico and Brazil regions are safe, and the first
        meeting would be held around September 29
    --------------------------------------------------------------------------------------------------------------------------------------------------

Attachment – PHILIPS North America TV and CPT outlook data

**PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

                                                                                        **SDCRT-0002506_CT**

Report on Business Trip to the U.S. (7.18 – 7.30.2000)

Written by: Yoon Yang/ D/D Young) CPT Sales Team/ Samsung SDI Department Manager/ D/D Young) CPT Sales Team / Samsung SDI (2000-08-01  02:05)
Printed by:  Cheolhong Im Section Manager/ Samsung SDI (Mexico)/ America_HQ (2000-08-01  12:01)

1. North American market situation

1) TV sales in the first half of 2000 increased 10.8% compared to the first half of 1999 – Philips data.

| Model | 2000 Growth Rate Compared to 1999 | |
|---|---|---|
| Compact size | 0.4 % | |
| 13V | 22.9 % | |
| 19V | 12.8 % | |
| 20V | 5.7 % | |
| 25V | - 2.2 % | * Only 25V had negative growth |
| 27V | 5.7 % | |
| 32V | 12.0 % | |
| 36V | 29.0 % | |
| Total | 10.8 % | |

* In the first half, consumer industries like the TV industry experienced an overall boom thanks to the economic boom in the US.  Some are forecasting instability of the US stock market in the second half, yet overall opinion on the US market is optimistic.

2) Supply and demand of CPT in NAFTA market –Thomson data

| (Million units) | CPT Production | TV Demand | CPT Exports | +/- |
|---|---|---|---|---|
| | 2000 / 2001 | 2000 / 2001 | 2000 / 2001 | 2000 / 2001 |
| 19V-20V | 8.6 / 8.4 | 9.0 / 9.0 | - / - | -0.4 / -0.6 |
| 25V-27V | 12.6 / 12.7 | 11.7 / 12.0 | 0.9 / 0.7 | - / - |
| 32V-36V | 4.8 / 6.0 | 4.3 / 5.0 | 0.5 / 0.7 | - / +0.3 |
| Total | 26.0 / 27.1 | 25.0 / 26.0 | 1.4 / 1.4 | |

* It seems that Thomson intentionally adjusted the demand outlook for extra-large sized CPT by considering a rumor that SDI might invest in extra-large sizes. (Production forecast per company is reported separately)

3. [sic] Mexico Corporation

1) Outlook on production and sales

| | 2000 | | 2001 | |
|---|---|---|---|---|
| | Plan | / Outlook | 320 Days Operation | / 340 Days Operation |
| 19V | 1,766 | / 1,697 | 1,837 | / 2,000 |
| 20V | 585 | / 821 | 763 | / 760 |
| 25V | 506 | / 687 | 713 | / 800 |
| 27V | 194 | / 163 | 687 | / 690 |
| Total | 3,051 | / 3,368 | 4,000 | / 4,250 + Reimport 500K |

* Non-adjusted ratio

| | 2000 | 2001 |
|---|---|---|
| Medium size | 88% | 93% |

**PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0002507_CT**

Report on Business Trip to the U.S. (7.18 – 7.30.2000)

Written by: Yoon Yang/ D/D Young) CPT Sales Team/ Samsung SDI Department Manager/ D/D Young) CPT Sales Team / Samsung SDI (2000-08-01  02:05)
Printed by:  Cheolhong Im Section Manager/ Samsung SDI (Mexico)/ America_HQ (2000-08-01  12:01)

| | | |
|---|---|---|
| 25V | 81% | 85% |
| 27V | 73% | 85% |

\* As the MAX volume of possible SDIM sales in 2001 is 5,000K, even considering reimportation sales, production is more stable, and even if production volume is increased, its sale is possible.
→ A plan to increase SDIM production volume needs to be established.

2) 2000 profit and loss forecast

Plan: US$ 7.5 million / Forecast: US$ 20 million

\* 2001 profits were initially forecast as US$ 30 million, however, a plan to increase profit is being established through increasing the number of operation days and improving productivity.

3) Investment [in] extra-large models

Thomson built a new 32V production plant in Mexicali to begin operations from July 2001, but one of the two plants [in] Marion or Scranton is expected to be closed (more likely Marion).  Philips announced that it would close its Ottawa plant and relocate it to Torreon, Mexico, but there are various obstacles such as labor union issues, geographical disadvantages of the new plant site, and the fact that relocation itself will take 3 years, etc.

There is an urgent need to build an extra-large size line at SDIM.

a) A competitor's relocation of plants provides a golden opportunity to secure customers for SDIM

b) If SDIM fails to establish a Full Package including an extra-large size, it is expected to face difficulties in sales due to pressure from competitors' Package Deals.

c) Based upon the commercial trade agreement among countries in South America and Mexico as well as the EU-Mexico tariff agreements, Mexico is forecast to become a production base for TVs made for the South American market within three years, and exports to the EU are expected to increase.
→ Mexico has imported duty-free

d) Gaining a competitive advantage over the newly built competitor's plant by utilizing existing indirect manpower.

e) Preparing for the future production of CPT for use by Digital TV through production of extra-large sizes.
\* The market share of TVs priced US$ 2,000 and above is 3% of the U.S. market, and therefore, the price of PDP TVs should be lower than US $ 2,500 to be able to succeed in the US.  However, this is still a far-off goal. (Philips' opinion)
\* If SDIM can recoup its investment costs within three years, it has a good chance of success.

4. Brazil Corporation

1) 2000 Plan / Forecast

| | Sales Amount (1000 pieces) | | Profit Forecast | |
|---|---|---|---|---|
| | Plan | Forecast | Plan | Forecast |
| 14" CPT | 550 | 675 | US $ 17 Million Before Par Value of Exchange | US$ 26 Million |
| 20" CPT | 1,330 | 1,562 | US $ 12 Million After Par Value of Exchange | US$ 12 Million |
| Subtotal | 1,880 | 2,237 | | |
| 14" CDT | 250 | 234 | Days of Operation | |
| 15" CDT | 660 | 673 | ------------------------------------------------------- | |
| 17" CDT | 390 | 402 | Plan | Forecast |

**PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

**SDCRT-0002508_CT**

Report on Business Trip to the U.S. (7.18 – 7.30.2000)

Written by: Yoon Yang/ D/D Young) CPT Sales Team/ Samsung SDI Department Manager/ D/D Young) CPT Sales Team / Samsung SDI (2000-08-01  02:05)
Printed by:  Cheolhong Im Section Manager/ Samsung SDI (Mexico)/ America_HQ (2000-08-01  12:01)

| | | | | |
|---|---|---|---|---|
| Subtotal | 1,300 | 1,309 | 295 Days | 320 Days |
| Total | 3,180 | 3,546 | | |

2) Plans for 2001

| Sales Volume | Profit | Days of Operation |
|---|---|---|
| CPT 1,800 | US$ 50 Million Before Par Value of Exchange | Possible Days of Operation: 340 Days |
| CDT 3,200 | US$ 43 Million After Par Value of Exchange | After Considering Equipment Maintenance: |
| Total – 5,000 | | 320 Days |

3) SDIB's Key Points

a)  Increase in sales of profitable models
Rate of return, from highest to lowest, is in the order of 20" CPT > 17" CDT > 15" CDT > 14" CPT.
Maximizing domestic sales of 20" CPT and minimizing export volume.
Promoting additional price increase of 14" CPT by linking its sales with those of the 20" CPT.

b)  Since stability of sales and sudden growth of profit are expected due to the booming domestic market in Brazil and the stability of the Brazilian real → resident employees of the corporation are filled with confidence, and morale is high.

c)  Even with the privileges on material import tariffs pursuant to the privileges of the Manaus area, there are difficulties in JIT delivery as well as a burden on supply due to the difficulties in importing and procurement of primary materials.
→ Urgent need to secure local supply of DY (it takes one month [for the supply] to reach the line via Air Shipping).

d)  Significantly reducing defective rate to customers → Key issues lie in cost reduction through VOC improvement by SEMP, Philco, PMC, etc., continuous improvement of quality in the future, and stability in production, etc.

5. Philips Tube

1) Mexico Torreon plant
A takeover of Hitachi's US plant was considered but the negotiation with Hitachi was halted when the construction of a new plant in Mexico was approved last February.  The Torreon plant was originally a car engine manufacturing plant, so only the buildings were taken over, and two lines can be installed.
Equipment taken from Zenith is being used in combination with equipment from Ottawa.

| | Production Type | Capacity (Million)/Year | Time of Operation | Notes |
|---|---|---|---|---|
| Line 1 : | Large + Extra-large | 0.8 – 1.0 | June 2001 | Construction of New Facilities |
| Line 2 : | Large + Extra-large | 0.8 – 1.0 | September 2001 | Construction of New Facilities |
| Line 3 : | Large | 1.2 | March 2002 | Zenith + Ottawa |
| Line 4 : | Large | 1.2 | September 2002 | Zenith + Ottawa |
| Line 5 : | Large | 1.2 | March 2003 | Zenith + Ottawa |
| Line 6 : | Large | 1.2 | September 2003 | Zenith + Ottawa |
| | Mexico Total | 6.5 – 7.0 | | |

*  It is planned to retain one line for 32V at the Ottawa plant (0.5 Million/Year).  However, this seems to be a temporary strategy to settle labor issues related with the relocation to Mexico, and it is expected to be closed down eventually.

2) Separate report on the content of the discussion regarding market supply and demand

**PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

Report on Business Trip to the U.S. (7.18 – 7.30.2000)

> Written by: Yoon Yang/ D/D Young) CPT Sales Team/ Samsung SDI Department Manager/ D/D Young) CPT Sales Team / Samsung SDI (2000-08-01  02:05)
> Printed by:  Cheolhong Im Section Manager/ Samsung SDI (Mexico)/ America_HQ (2000-08-01  12:01)

6. Thomson Tube

Goal is to start operation of Mexicali plant on July 15, 2001.

[There are] two lines of medium + extra-large sizes, but one line of medium and one line of extra-large are expected.

For now, there are plans to maintain seven lines in Scranton and Marion in the US.  However, the closure of the Marion plant is expected (Marion plant has been operating since 1946).

Expansion of the Mexicali plant is expected with the closure of the Marion plant.

*  Separate report on the content of the discussion regarding market supply and demand.

- End -

**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                **SDCRT-0002510_CT**

PHILIPS CPT 출장 보고

작 성 자 : 임형홍/삼성SDI(멕시코)/America_HQ 과장/삼성SDI(멕시코)/America_HQ(2000-07-31 12:13 )
인 쇄 자 : 임형홍 과장/삼성SDI(멕시코)/America_HQ(2000-07-31 12:28)

안녕하십니까?

아래와 같이 PHILIPS(US) CPT 출장 보고합니다.

1. 일시 : 2000.7.28 14:30 ~ 17:20

2. 장소 : PHILIPS CPT 상담실

3. 참석자 : PHILIPS - MR.Cor Saris/사장, MR.Jeffery Johnson/v.p stratigic & production planning
        SDI     - 양윤부장 / 임형홍과장

4. 상담 내용

1) PHILIPS의 멕시코 PROJECT 현황

   1차 - TORREON소재 자동차 부품공장 건물인수와 대형/초대형 겸용라인 2개(COMPACT LINE) 신설
       단, 2차라인의 KR공정은 ZENITH 인수 설비 활용 검토중.
       1라인 '01 6월 완공 / 1라인 '01 9월 완공 예정
       (CAPA - 대형시 2.0MIL / 초대형시 1.5MIL)

   2차 - 신규 부지에 오타와에 있는 대형라인을 매년 이전(4개) 하고 오타와는 32V및 32V FLAT만 생산 예정.

   *PHILIPS의 CPT공장 MASTER PLAN(2005년) - 총 7개라인(7.0 - 7.5MIL)

   멕시코 - 신규 2개 라인(대형/초대형 겸용) - CAPA 1.5 - 2.0MIL
           이전 4개 라인(대형)            - CAPA 5.0MIL
   미국   - 기존 1개 라인(초대형)         - CAPA 0.5MIL

   * TORREON으로 입지 선정 사유및 GLASS 공장 신설 검토중

     TORREON은 물/MAN - POWER/TURN OVER 고려하였으며, 지리적인 불리함은 일단,
     부품업체 이전 유치계획으로 대상 부품은 전자총/D.Y/MASK등이나,
     향후 GLASS공장 신설도 본사와 심각하게 검토중으로 CAPA는 최소한 PHILIPS
     멕시코공장 CAPA를 COVER하는 선에서 추진중이라 함.

2) PHILIPS와 HITACHI간의 대형 라인 DEAL은 PHILIPS의 멕시코 이전 결정 발표후 중단했다고 함.

3) CPT업계간의 가격 협력관계는 THOMSON의 하반기 가격 정책을 보고 결정하는것이 좋겠다고 하며,
   장소는 멕시코및 브라질 지역이 안전하므로
   1차 회의는 9월 29일경에 SDI와 PHILIPS간의 협력 회의를 당사 멕시코공장 에서 진행하기로 함.

별첨 - PHILIPS 북미 T.V및 CPT 전망 자료.

SAMSUNG SDI

2875 CUSTOM HOUSE CT.
SUITE C
SAN DIEGO, CA 92173
TEL: (619) 671-0472
FAX: (619) 671-0693

PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0002506

## 미주출장보고서(2000.7.18~7.30)

작 성 자: 양응/D/D영)CPT판매팀/삼성SDI 부장/D/D영)CPT판매팀/삼성SDI(2000-08-01 02:05 )
인 쇄 지: 임정홍 과장/삼성SDI(멕시코)/America_HQ(2000-08-01 12:01)

### 1. 북미시장 상황

1) 2000년 상반기 TV 판매는 1999년 상반기 대비 10.8% 성장 - Philips 자료.

| 기종 | '99 대비 '00 성장률 |
|---|---|
| 초소형 | 0.4 % |
| 13V | 22.9 % |
| 19V | 12.8 % |
| 20V | 5.7 % |
| 25V | - 2.2 % |
| 27V | 5.7 % |
| 32V | 12.0 % |
| 36V | 29.0 % |
| 계 | 10.8 % |

* 25V 만 역성장

* 미국경기의 호황에 힘입어 상반기중 TV 등의 소비자 산업의 전반적인 호황.
  하반기 미국증시의 불안을 예측하는 의견 있으나 전반적으로 미국시장 낙관.

2) NAFTA 시장 CPT 수급 - Thomson 자료

| (백만개) | CPT 생산 | | TV 수요 | | CPT 수출 | | +/- | |
|---|---|---|---|---|---|---|---|---|
| | '00 | '01 | '00 | '01 | '00 | '01 | '00 | '01 |
| 19V~20V | 8.6 | 8.4 | 9.0 | 9.0 | – | – | ~0.4 | -0.6 |
| 25V~27V | 12.6 | 12.7 | 11.7 | 12.0 | 0.9 | 0.7 | – | – |
| 32V~36V | 4.8 | 6.0 | 4.3 | 5.0 | 0.5 | 0.7 | – | +0.3 |
| 계 | 26.0 | 27.1 | 25.0 | 26.0 | 1.4 | 1.4 | | |

* Thomson이 SDI의 초대형 투자않음을 고려하여 초대형 CPT 수급의 전망을
  의도적으로 조정한 것으로 생각됨 (업체별 생산전망 별도 보고)

### 3. 멕시코법인

1) 생산.판매전망

| | 2000 | | 2001 | |
|---|---|---|---|---|
| | 계획 / 전망 | | 320일 가동 / 340일 가동 | |
| 19V | 1,766 | 1,697 | 1,837 | 2,000 |
| 20V | 585 | 821 | 763 | 760 |
| 25V | 506 | 687 | 713 | 800 |
| 27V | 194 | 163 | 687 | 690 |
| 계 | 3,051 | 3,368 | 4,000 | 4.250 + 역수입 500K |

| 종합 | 2000 88% | 2001 93% |
|---|---|---|

* 직행율

**PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0002507

## 미주출장보고서 (2000.7.18-7.30)

작 성 자 : 양윤/D/D영)CPT판매팀/삼성SDI 부장/D/D영)CPT판매팀/삼성SDI (2000-08-01 02:05 )
인 쇄 자 : 임철흥 과장/삼성SDI(멕시코)/America HQ(2000-08-01 12:01)

| | | |
|---|---|---|
| 25V | 81% | 85% |
| 27V | 73% | 85% |

* 2001년 SDIM의 MAX 판매가능량 5,000K 로서 멕수입판매를 고려하더라도
  생산이 더욱 안정되어 생산량을 늘릴 경우 판매가능.
  -> SDIM의 생산량 증대계획 수립필요.

2) 2000년 손익전망

계획 : U$ 750만  /  전망 : U$ 2,000만

* 2001년 손익은 당초 U$ 3,000만으로 전망하였으나 가동일 증대 및 생산성 향상을
  통한 매출,이익 확대방안 수립중.

3) 초대형 투자

Thomson이 Mexicali에 32V 생산공장을 신설하여 2001년 7월부터 가동하지만
Marion, Scranton 두 공장중 하나를 폐쇄할 것으로 전망되며(Marion이 유력),
Philips가 Ottawa 공장을 폐쇄하고 Mexico Torreon으로의 이전을 발표하였지만
노조문제, 신설공장의 지리적인 추세, 이전에만 3년 소요 등 난관이 산재.

SDIM에 초대형라인의 신설이 시급히 이루어질 필요 있음.

가) 경쟁사의 공장이전 기간중 SDIM의 거래선확보 절호의 기회.

나) SDIM이 초대형 까지의 Full Package를 갖추지 못할 경우 향후 경쟁사의
   Package Deal 압력으로 인한 판매 어려움 봉착 예상.

다) EU-멕시코 관세협정 外에도 남미국가들과 멕시코의 통상협약에 의거 3년 이내에
   멕시코가 남미향 TV의 생산기지화 되며, EU향 수출도 확대될 전망임.
   -> 멕시코産 TV 무관세 수입.

라) 기존의 간접인력들 활용할 수 있어 신설되는 경쟁사 공장 보다 경쟁력 우위.

마) 초대형 생산을 통해 향후 Digital TV용 CPT 생산에 대비.
   * 미국시장에서 U$ 2,000 이상의 TV 점유율 3% 이므로 PDP TV가 미국에서
     성공하려면 U$ 2,500 이하가 되어야 하는데 아직 요원하다 (Philips 의견)
   * SDIM에서 3년 이내에 투자비를 회수할 수 있다면 승산있음.

4. 브라질법인

1) 2000년 계획/전망

| | 판매수량(천개) | | 이익전망 | | |
|---|---|---|---|---|---|
| | 계획 | 전망 | | 계획 | 전망 |
| 14" CPT | 550 | 675 | 환평가前 | US 17백만 | US 26백만 |
| 20" CPT | 1,330 | 1,562 | 환평가後 | US 12백만 | US 12백만 |
| 소계 | 1,880 | 2,237 | | | |
| 14" CDT | 250 | 234 | 가동일 | | |
| 15" CDT | 660 | 673 | | | |
| 17" CDT | 390 | 402 | 계획 | 전망 | |

**PRIVILEGED AND CONFIDENTIAL
UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0002508

미주출장보고서(2000.7.18-7.30)

작 성 자 : 양윤/D/D영)CPT판매팀/삼성SDI 부장/D/D영)CPT판매팀/삼성SDI(2000-08-01 02:05 )
인 쇄 자 : 임황용 과장/삼성SDI(멕시코)/America_HQ(2000-08-01 12:01)

| | 소계 | 1,300 | 1,309 | 295일 | 320일 |
| | 총계 | 3,180 | 3,546 | | |

2) 2001년 계획

| | 판매량 | 이익 | 가동일 |
| --- | --- | --- | --- |
| CPT | 1,800 | 환평가전 U$ 50백만 | 가동 가능일   340일 |
| CDT | 3,200 | 환평가후 U$ 43백만 | 설비보전 고려 320일 |
| 계 | 5,000 | | |

3) SDIB의 Key Points

가) 이익기종 판매확대
   20" CPT > 17" CDT > 15" CDT > 14" CPT 순으로 이익율이 좋음.
   20" CPT 내수판매를 극대화 하고 수출물량을 최소화.
   14" CPT는 20" CPT에 연계하여 판매하면서 추가 가격인상 추진.

나) 브라질 내수시장의 활황 및 해앙娘의 안정 능에 힘입어 판매안정 및
   이익의 급신장 기대 -> 법인 주재원들의 자신감 충만, 분위기 고조.

다) 마나우스지역 특혜에 따른 자재수입관세 특혜가 있으나 주요자재를
   수입하여 조달하는데에 따른 물류부담 및 JIT Delivery 어려움.
   -> DY의 자체조달 시급 (Air Shipping時 Line 투입까지 1개월 소요)

라) 거래선 불량률 획기적으로 개선중 -> SEMP, Philco, PMC 등의 VOC 개선
   향후 계속적인 품질개선, 생산안정 등을 통한 원가절감이 관건.

5. Philips Tube

1) Mexico Torreon 공장
   Hitachi 미국공장의 인수를 검토했었으나 지난 2월 Mexico 공장 신설이 승인됨에
   따라 Hitachi와의 협상 중단.  Torreon 공장은 원래 자동차 엔진을 생산했던
   공장으로서 건물만 인수하였고 2개 라인 설치가능.
   Zenith 인수설비는 Ottawa 설비와 조합하여 활용.

| | 생산기종 | Capa(백만)/년 | 가동시점 | 비 고 |
| --- | --- | --- | --- | --- |
| Line 1 : | 대형+초대형 | 0.8-1.0 | 01년 6월 | 신규제작설비 |
| Line 2 : | 대형+초대형 | 0.8-1.0 | 01년 9월 | 신규제작설비 |
| Line 3 : | 대형 | 1.2 | 02년 3월 | Zenith + Ottawa |
| Line 4 : | 대형 | 1.2 | 02년 9월 | Zenith + Ottawa |
| Line 5 : | 대형 | 1.2 | 03년 3월 | Zenith + Ottawa |
| Line 6 : | 대형 | 1.2 | 03년 9월 | Zenith + Ottawa |
| | Mexico 계 | 6.5-7.0 | | |

* Ottawa 공장 32V 1개라인(0.5백만/년) 잔류예정이라 하나 현재 멕시코 이전에
  따른 노조문제를 고려한 우마책으로 보이며 결국 폐쇄할 것으로 예상됨.

2) 시장수급관련 협의내용 별도보고

**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0002509

<u>미주출장보고서(2000.7.18-7.30)</u>

작 성 자 : 양윤/D/D영)CPT판매팀/삼성SDI 부장/D/D영)CPT판매팀/삼성SDI(2000-08-01 02:05 )
인 쇄 자 : 임청훈 과장/삼성SDI(멕시코)/America_HQ(2000-08-01 12:01)

6. Thomson Tube

   Mexicali 공장 2001년 7월15일 가동목표.
   중형+초대형라인 2개라 하나 중형 1개, 초대형 1개로 예상.
   미국 Scranton과 Marion의 7개 라인을 일단 유지하는 것으로 되어있으나
   Marion 공장의 폐쇄가 예상됨(Marion 공장 1946년부터 가동).
   marion 공장을 폐쇄하면서 Mexicali 공장의 추가 증설 예상.

   * 시장수급관련 협의내용 별도보고.

- 이상 -

**PRIVILEGED AND CONFIDENTIAL**
**UNDER APPLICABLE LAW**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0002510