UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-05513;<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05264;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06397;<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al.*, Case No. 13-cv-05723;<br><br>*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, Case No. 13-cv-02171;<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-01656; | **[PROPOSED] ORDER GRANTING TOSHIBA'S MOTION TO STRIKE DIRECT ACTION PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05724;

*Interbond Corp. of America v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06275;

*Interbond Corp. of America v. Technicolor SA, et al.*, Case No. 3:13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 3:13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, Case No. 3:13-cv-05725;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-2649;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, Case No. 13-cv-05668;

*Sears, Roebuck & Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:11-cv-05514;

*Sears, Roebuck & Co. and Kmart Corp. v. Technicolor SA, et al.*, Case No. 13-cv-05262;

*Sharp Elec. Corp. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-01173;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-00157; and

*ViewSonic Corporation v. Chunghwa Picture Tubes Ltd., et al.*, Case No.13-cv-02510.

[PROPOSED] ORDER GRANTING TOSHIBA'S
MOTION TO STRIKE DIRECT ACTION PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 07-5944-JST, MDL No. 1917

1  Upon consideration of Toshiba's Motion to Strike Direct Action Plaintiffs' Notice of
2  Supplemental Authority (the "Motion to Strike"), it is hereby:
3  ORDERED that the Motion to Strike is GRANTED.

5  **IT IS SO ORDERED.**
6  Dated: _____        _____
7                                                  HONORABLE JON S. TIGAR
8                                                  UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING TOSHIBA'S
MOTION TO STRIKE DIRECT ACTION PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 07-5944-JST, MDL No. 1917