1  Jonathan R. Ross (*pro hac vice*)
   SUSMAN GODFREY LLP
2  1000 Louisiana Street, Suite 5100
   Houston, Texas 77002-5096
3  Telephone:  (713) 651-9366
   Facsimile:   (713) 654-6666
4  Email: jross@susmangodfrey.com

5  *Attorneys for Alfred H. Siegel, solely in his
   capacity as Trustee of the Circuit City Stores,
6  Inc. Liquidating Trust*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:11-cv-05502 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **STIPULATION OF DISMISSAL** |
| Plaintiff, | |
| v. | |
| HITACHI, LTD., ET AL., | |
| Defendants. | |

1   Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc.
2   Liquidating Trust ("CC Trust"), and defendants LG Electronics, Inc., LG Electronics USA, Inc.,
3   and LG Electronics Taiwan Taipei Co., Ltd. (collectively "LG"), by and through their respective
4   attorneys, hereby stipulate to a dismissal of this action as to LG with prejudice, pursuant to Rule
5   41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and
    attorneys' fees.  This stipulation is not a dismissal of any person or entity other than LG.
6
7   WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
    Dismissal.
8   IT IS SO STIPULATED.
9
10  Dated:  April 5, 2016                        SUSMAN GODFREY L.L.P.
11
                                                 By:  /s/ Jonathan J. Ross
12                                                    Jonathan J. Ross
                                                      SUSMAN GODFREY L.L.P.
13                                                    1000 Louisiana Street, Suite 5100
                                                      Houston, Texas 77002
14                                                    Telephone:  (713) 651-9366
                                                      Facsimile:  (713) 654-6666
15                                                    Email:   jross@susmangodfrey.com

16                                               *Attorneys for Plaintiff Alfred H. Siegel,
17                                               solely in his capacity as Trustee of the
                                                 Circuit City Stores, Inc. Liquidating Trust*
18

19
    Dated:  April 5, 2016
20                                               By:  /s/ William D. Temko
                                                      Laura K. Lin
21                                                    MUNGER, TOLLES & OLSON LLP
                                                      560 Mission Street, 27th Floor
22                                                    San Francisco, CA  94105
                                                      Telephone:  (415) 512-4000
23                                                    Email:   laura.lin@mto.com

24                                                    William D. Temko
                                                      MUNGER TOLLES & OLSON LLP
25                                                    355 South Grand Avenue, 35th Floor
                                                      Los Angeles, CA  90071-1560
26                                                    Telephone:  (213) 683-9100
                                                      Email:   william.temko@mto.com
27

28

STIPULATION OF DISMISSAL - 2                                MASTER FILE NO.:  3:07-cv-5944 JST
                                                            CASE No. 3:11-cv-05502 SC

4248039v1/012325

*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of April, 2016 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/ *Jonathan J. Ross*
Jonathan J. Ross

STIPULATION OF DISMISSAL - 4

MASTER FILE NO.:  3:07-cv-5944 JST
CASE NO. 3:11-CV-05502 SC

4248039v1/012325