Jonathan R. Ross (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: jross@susmangodfrey.com

*Attorneys for Alfred H. Siegel, solely in his*
*capacity as Trustee of the Circuit City Stores,*
*Inc. Liquidating Trust*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. C 13-05261 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **STIPULATION OF DISMISSAL** |
| Plaintiff, | |
| v. | |
| TECHNICOLOR SA.; et al., | |
| Defendants. | |

1       Plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc.

2   Liquidating Trust ("CC Trust"), and defendants Thomson SA (now known as Technicolor SA)

3   and Thomson Consumer Electronics, Inc. (now known as Technicolor USA, Inc.) (collectively,

4   "Thomson"); and Technologies Displays Americas LLC (formerly known as Thomson Displays

5   Americas LLC) ("TDA"), by and through their respective attorneys, hereby stipulate to a

6   dismissal of this action as to Thomson and TDA with prejudice, pursuant to Rule 41(a)(2) of the

7   Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This

    stipulation is not a dismissal of any person or entity other than Thomson and TDA.

8       WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of

9   Dismissal.

10       IT IS SO STIPULATED.

11

12   Dated:  April 5, 2016                SUSMAN GODFREY L.L.P.

13                                             By:   /s/ Jonathan J. Ross

14                                                 Jonathan J. Ross

        SUSMAN GODFREY L.L.P.

15       1000 Louisiana Street, Suite 5100

16       Houston, Texas 77002

        Telephone:  (713) 651-9366

17       Facsimile:  (713) 654-6666

        Email:    jross@susmangodfrey.com

18       *Attorneys for Plaintiff Alfred H. Siegel,*

19       *solely in his capacity as Trustee of the*

        *Circuit City Stores, Inc. Liquidating Trust*

20

21   Dated:  April 5, 2016                By:   /s/ Kathy L. Osborn

22       Kathy Osborn

        Ryan M. Hurley

23       FAEGRE BAKER DANIELS LLP

        300 N. Meridian Street, Suite 2700

24       Indianapolis, IN 46204

        Telephone:  (317) 237-0300

25       Email:    kathy.osborn@faegrebd.com

               ryan.hurley@faegrebd.com

26

27       Jeffrey S. Roberts

        FAEGRE BAKER DANIELS LLP

28       3200 Wells Fargo

        1700 Lincoln Street

---

STIPULATION OF DISMISSAL - 2

MASTER FILE NO.:  3:07-cv-5944 JST
CASE NO. C 13-05261 SC

Denver, CO 80203
Telephone: (303) 607-3500
Email:   Jeff.roberts@faegrebd.com

*Counsel for Defendants Thomson S.A.
(N/K/A   Technicolor   SA);   Thomson
Consumer   Electronics,   Inc.   (N/K/A
Technicolor USA, Inc.)*

Dated:  April 5, 2016

By:  /s/ Donald A. Wall
Mark C. Dosker
Nathan Lane, III
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Email:   mark.dosker@ squirepb.com
             nathan.lane@ squirepb.com

Donald A. Wall (pro hac vice)
Donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4005
Facsimile: (602) 253-8129

*Counsel   for   Technologies   Displays
Americas   LLC   (in   all   actions   except
Office Depot Action)*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

---

STIPULATION OF DISMISSAL - 3

MASTER FILE NO.:  3:07-cv-5944 JST
CASE NO. C 13-05261 SC

4248135v1/012325

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

4

   I HEREBY CERTIFY that on this 5th day of April, 2016 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

5

6

7

                                        /s/ *Jonathan J. Ross*
                                        Jonathan J. Ross

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL - 4

MASTER FILE NO.:  3:07-cv-5944 JST
CASE NO. C 13-05261 SC

4248135v1/012325