**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. C 13-05261 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **[PROPOSED] ORDER** |
| Plaintiff, | |
| v. | |
| TECHNICOLOR SA.; et al., | |
| Defendants. | |

[Proposed] Order - 1

MASTER FILE NO.: 3:07-cv-5944 JST
CASE NO. C 13-05261 SC

4251883v1/012325

1  The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

2  1. All claims asserted by plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust, against defendants Thomson SA (now known as Technicolor SA) and Thomson Consumer Electronics, Inc. (now known as Technicolor USA, Inc.) (collectively, "Thomson"); and Technologies Displays Americas LLC (formerly known as Thomson Displays Americas LLC) ("TDA") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Thomson and TDA.

IT IS SO ORDERED.

This _____ day of _____, 2016.

_____
Hon. Jon S. Tigar
United States District Court Judge