UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: ALL DIRECT ACTION PLAINTIFFS | **ORDER SCHEDULING ORAL ARGUMENT REGARDING JOINDERS TO MOTIONS FOR SUMMARY JUDGMENT** |

The Court is already scheduled to hold oral argument on April 19, 2016 at 2:00 p.m. regarding a number of issues. ECF No. 4452. The Court now adds to that list Defendants' motions to join various motions for summary judgment. DAPs oppose some of Defendants' joinders, in part, because they were filed after the deadline for dispositive motions. See, e.g., ECF No. 3883. The parties should be prepared to address the practical effect, if any, of the Court's decisions on the motions for joinder. If different joinders or oppositions have different effects, the parties should so advise the Court. Counsel are requested to designate one or two individuals to speak for each side.

IT IS SO ORDERED.

Dated: April 4, 2016

_____
JON S. TIGAR
United States District Judge