1  David J. Burman (*pro hac vice*)
   Cori G. Moore (*pro hac vice*)
2  Eric J. Weiss (*pro hac vice*)
   Nicholas H. Hesterberg (*pro hac vice*)
3  Steven D. Merriman (*pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:   206.359.8000
   Facsimile:    206.359.9000
6  Email:  DBurman@perkinscoie.com
              CGMoore@perkinscoie.com
7             EWeiss@perkinscoie.com
              NHesterberg@perkinscoie.com
8             SMerriman@perkinscoie.com

9  David P. Chiappetta (Bar No. 172099)
   **PERKINS COIE LLP**
10 505 Howard Street, Suite 1000
   San Francisco, CA 94105
11 Telephone:   415.344.7000
   Facsimile:    415.344.7050
12 Email:  DChiappetta@perkinscoie.com

13 *Attorneys for Plaintiff*
   *Costco Wholesale Corporation*
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

| 19 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-JST |
|---|---|---|
| 20 |  | MDL NO. 1917 |
| 21 | This Document Relates to: | Individual Case No. 3:13-cv-05723-JST |
| 22 | Case No. 3:13-cv-05723-JST |  |
| 23 | COSTCO WHOLESALE CORPORATION, | [PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE** |
| 24 | Plaintiff, |  |
| 25 | v. |  |
| 26 | TECHNICOLOR SA, et al., |  |
| 27 | Defendants. |  |
| 28 |  |  |

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as against Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc.
2. This dismissal does not affect the rights or claims of Costco against any other defendant in this litigation.
3. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 4, 2016



130346711.1

- 1 -

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917