1
2
3
4
5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. 3:11-cv-05502 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | [~~PROPOSED~~] ORDER |
| Plaintiff, | |
| v. | |
| HITACHI, LTD., | |
| Defendants. | |

[~~Proposed~~] Order - 1

MASTER FILE NO.:  3:07-cv-5944 JST
CASE NO. 3:11-CV-05502 SC

4251875v1/012325

1    The Court, having considered the stipulation of the parties, and good cause appearing
2    therefore, orders as follows:
3        1.   All claims asserted by plaintiff Alfred H. Siegel, solely in his capacity as Trustee
4    of the Circuit City Stores, Inc. Liquidating Trust, against defendants LG Electronics, Inc., LG
5    Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively "LG") are
     dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
6        2.   Each party shall bear its own costs and attorneys' fees.
7        3.   This Order is not a dismissal of any person or entity other than LG.

IT IS SO ORDERED.

This __5th__ day of __April_____, 2016.

