UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | Individual Case No. C 13-05261 SC |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | [PROPOSED] ORDER |
| Plaintiff, | |
| v. | |
| TECHNICOLOR SA.; et al., | |
| Defendants. | |

1  The Court, having considered the stipulation of the parties, and good cause appearing
2  therefore, orders as follows:
3  1.  All claims asserted by plaintiff Alfred H. Siegel, solely in his capacity as Trustee
4  of the Circuit City Stores, Inc. Liquidating Trust, against defendants Thomson SA (now known as
5  Technicolor SA) and Thomson Consumer Electronics, Inc. (now known as Technicolor USA,
6  Inc.) (collectively, "Thomson"); and Technologies Displays Americas LLC (formerly known as
7  Thomson Displays Americas LLC) ("TDA") are dismissed with prejudice pursuant to Rule
8  41(a)(2) of the Federal Rules of Civil Procedure.
9  2.  Each party shall bear its own costs and attorneys' fees.
10 3.  This Order is not a dismissal of any person or entity other than Thomson and TDA.

IT IS SO ORDERED.

This __5th__ day of ___April_____, 2016



IT IS SO ORDERED
Judge Jon S. Tigar