Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com
       trk@coopkirk.com
       jdb@coopkirk.com

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

*Counsel for Indirect-Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br><br> This Document Relates to: <br><br> All Indirect-Purchaser Actions | Master File No. 3:07-cv-5944-JST <br><br> MDL No. 1917 <br><br> **INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** <br><br> Date: April 19, 2016 <br> Time: 2:00 p.m. <br> Courtroom: 9, 19th Floor <br> Judge: Honorable Jon S. Tigar |

1  Pursuant to Civil Local Rules 7-11 and 79-5(d), the Indirect-Purchaser Plaintiffs' counsel,
2  Cooper & Kirkham, P.C. and the Law Offices of Francis O. Scarpulla (hereinafter "the
3  undersigned"), hereby move for administrative relief regarding the undersigned's Statement
4  Pursuant to Order Re:  Objection to *Ex Parte* Communications and *In Camera* Review of Billing
5  Records, and appendices thereto.  The undersigned respectfully request an order permitting
6  undersigned to file the Statement and appendices under seal, in their entirety.

7  This motion is supported by the Declaration of Francis O. Scarpulla in Support of the
8  Indirect Purchaser Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to
9  Civil Local Rules 7-11 and 79-5 ("Scarpulla Declaration"), dated April 7, 2015.

10  As set forth in the Scarpulla Declaration, the documents that the undersigned seek to file
11  under seal contain both (a) material designated by Lead Counsel for the Indirect-Purchaser
12  Plaintiffs ("IPP Lead Counsel") pursuant to the Stipulated Protective Order (Dkt. 306, amended at
13  Dkt 1142, June 18, 2008) as "Confidential" or "Highly Confidential," and (b) analysis of,
14  references to, or information taken directly from material designated by IPP Lead Counsel
15  pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."  *See*
16  Scarpulla Declaration, ¶ 3.

17  The undersigned take no position whether the designated documents satisfy the
18  requirements for sealing.  Although undersigned's request is narrowly tailored to include only the
19  information that may require confidentiality, it is IPP Lead Counsel's burden to show good cause
20  for sealing the designated documents by submitting a declaration within four (4) days of the
21  lodging of the designated documents.  *See* Civil Local Rule 79-5(e).

22  ///
23  ///
24  ///

1

INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 - Case No. 3:07-cv-5944, MDL No. 1917

1    Because Civil Local Rule 79-5(b) prohibits the sealing of documents by agreement of the
2 parties, the parties are unable to enter into such a stipulation.  *See* Civil Local Rules 7-11(a)
3 (requiring explanation of lack of stipulation).

4 Dated: April 7, 2016                          Respectfully submitted,

                                                  /s/ Josef D. Cooper
                                                  Josef D. Cooper

Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email:  jdc@coopkirk.com


          /s/  Francis O. Scarpulla
              Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com


Pursuant to Civil L.R. 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.