1  Josef D. Cooper (53015)
   Tracy R. Kirkham (69912)
2  John D. Bogdanov (215830)
   COOPER & KIRKHAM, P.C.
3  357 Tehama Street, Second Floor
   San Francisco, CA 94103
4  Telephone: (415) 788-3030
   Facsimile: (415) 882-7040
5  Email: jdc@coopkirk.com
          trk@coopkirk.com
6         jdb@coopkirk.com

7
   Francis O. Scarpulla (41059)
8  Patrick B. Clayton (240191)
   LAW OFFICES OF FRANCIS O. SCARPULLA
9  456 Montgomery Street, 17th Floor
   San Francisco, CA  94104
10 Telephone:  (415) 788-7210
   Facsimile:   (415) 788-0706
11 Email: fos@scarpullalaw.com
          pbc@scarpullalaw.com
12
   *Counsel for Indirect-Purchaser Plaintiffs*
13

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16                        **SAN FRANCISCO DIVISION**

17

18 | **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
   |---|---|
   | | MDL No. 1917 |
   | This Document Relates to: | **DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
   | All Indirect-Purchaser Actions | Date:  April 19, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge:  Honorable Jon S. Tigar |

SCARPULLA DECLARATION iso INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 - Case No. 3:07-cv-5944, MDL No. 1917

I, Francis O. Scarpulla, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am the sole owner of the Law Offices of Francis O. Scarpulla and my firm, along with others, serves as attorneys of record for the Indirect-Purchaser Plaintiffs in this MDL proceeding. I make this declaration in support of the Indirect-Purchaser Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5. Except where otherwise state, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in the matter (Dkt. No. 306) (the "Protective Order").

3. Pursuant to the Protective Order and Local Civil Rules 7-11 and 79-5(d), Indirect-Purchaser Plaintiffs' counsel Cooper & Kirkham, P.C. and the Law Offices of Francis O. Scarpulla seek to file under seal their Statement Pursuant to Order Re: Objection to *Ex Parte* Communications and *In Camera* Review of Billing Records, and appendices thereto. The Statement contains analyses of, references to, and/or information taken directly from material designated by Lead Counsel for the Indirect-Purchaser Plaintiffs ("IPP Lead Counsel") as "Confidential" or "Highly Confidential." The appendices consist of material designated by IPP Lead Counsel as "Confidential" or "Highly Confidential."

4. Pursuant to Civil Local Rule 79-5(e), this Declaration is being served on IPP Lead Counsel as the "Designating Party."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April 2016 at San Francisco, California.

       /s/ Francis O. Scarpulla  
          Francis O. Scarpulla

1

SCARPULLA DECLARATION iso INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 - Case No. 3:07-cv-5944, MDL No. 1917