1
2
3
4
5
6
7
8
9
10
11
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

| 17 | **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
|---|---|---|
| 18 | | MDL No. 1917 |
| 19 | | **[PROPOSED] ORDER GRANTING INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| 20 | This Document Relates to: | |
| 21 | All Indirect-Purchaser Actions | |
| 22 | | |

23
24
25
26
27
28

[PROPOSED] ORDER GRANTING INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 - Case No. 3:07-cv-5944, MDL No. 1917

1  GOOD CAUSE APPEARING THEREFORE, Indirect-Purchaser Plaintiffs' Administrative
2  Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby
3  GRANTED.
4  IT IS SO ORDERED.
5
6  DATED: _____

1

[PROPOSED] ORDER GRANTING INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 - Case No. 3:07-cv-5944, MDL No. 1917