Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com
    trk@coopkirk.com
    jdb@coopkirk.com

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
    pbc@scarpullalaw.com

*Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE** |
| All Indirect-Purchaser Actions | |

## PROOF OF SERVICE

I hereby certify that on April 7, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

**DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

**[PROPOSED] ORDER GRANTING INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

**and PROOF OF SERVICE**

I certify that all participants in the caser are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I also certify that I caused these same above-referenced documents, along with the subject document to be sealed, to be hand-delivered to:

> Mario N. Alioto, Esq.
> Trump, Alioto, Trump & Prescott, LLP
> 2280 Union Street
> San Francisco, CA  94123.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 7th day of April 2016 at San Francisco, California.

> /s/  Francis O. Scarpulla
> Francis O. Scarpulla