Roman M. Silberfeld
David Martinez
ROBINS KAPLAN LLP
2049 Century Park East
Suite 3400
Los Angeles, CA  90067
RSilberfeld@RobinsKaplan.com
DMartinez@RobinsKaplan.com

*Attorneys for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
ttraux@jenner.com
mbrody@jenner.com

Brent Caslin (Bar No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
bcaslin@jenner.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case No. 3:11-cv-05513-SC |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC | The Honorable Samuel Conti<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:     Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, LLC (collectively referred to herein as "Best Buy"), and Defendants Mitsubishi Electric Corporation; Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc.; and Mitsubishi Electric Visual Solutions America, Inc., as successor to Mitsubishi Digital Electronics America, Inc., (collectively, "Mitsubishi Electric") by their respective attorneys hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Best Buy hereby dismisses with prejudice this action as to Mitsubishi Electric.

2. This stipulation does not affect the rights or claims of Best Buy against any other defendant in this litigation.

3. Each party shall bear its own fees and costs.

4. WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

DATED: April 8, 2016        ROBINS KAPLAN LLP

By:  */s/ Roman M. Silberfeld*
Roman M. Silberfeld
David Martinez
ROBINS KAPLAN LLP
2049 Century Park East
Suite 3400
Los Angeles, CA  90067
RSilberfeld@RobinsKaplan.com
DMartinez@RobinsKaplan.com

*Attorneys for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

| | |
|---|---|
| Dated: April 8, 2016 | JENNER & BLOCK LLP<br><br>By: _/s/ Terrance J. Truax_<br>Terrence J. Truax (*pro hac vice*)<br>Michael T. Brody (*pro hac vice*)<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, Illinois 60654-3456<br>ttraux@jenner.com<br>mbrody@jenner.com<br><br>Brent Caslin (Bar No. 198682)<br>JENNER & BLOCK LLP<br>633 West Fifth Street, Suite 3600<br>Los Angeles, California 90071<br>bcaslin@jenner.com<br><br>*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.* |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.