# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC | The Honorable Samuel Conti<br>**[PROPOSED] ORDER OF DISMISSAL**<br>Judge:     Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action filed by Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C., and Magnolia Hi-Fi, LLC is dismissed with prejudice as against Defendants Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric US, Inc.

2. This dismissal does not affect the rights or claims of Best Buy against any other defendant in this litigation.

3. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____    _____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE

Master Case No. 3:07-cv-05944-SC
61185474.1
- 2 -
[PROPOSED] ORDER OF DISMISSAL