# EXHIBIT A

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

# I.   MOTIONS RELEVANT ONLY TO SHARP TRIAL

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Defs' MIL No. 9** | 3591 | • Thomson<br>• Toshiba<br>• TDA | • Sharp | Motion to Exclude Certain Expert Testimony of Jerry A. Hausman[1] | 3701-3 | 3755 | |
| **Defs' MIL No. 15** | 3593 | • Thomson<br>• Toshiba<br>• TDA | • Sharp | Motion to Exclude Evidence Related to a Violation of the Antitrust Laws Under a Rule of Reason Analysis[2] | 3701-3 | 3750 | |
| **N/A** | 3599 | • Sharp | • Thomson<br>• Toshiba | Plaintiffs' Sharp Electronics Corp. & Sharp Electronics Manufacturing Co. of America, Inc. Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in TFT-LCD Antitrust Litigations | 3705-4 | 3778-3 | |
| **N/A** | 3577 | • Toshiba<br>• Thomson | • Sharp | The Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation | 3695-3 | 3752-3 | Thomson Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897 |
| **Defs' MIL No. 10** | 3574 | • Thomson<br>• Toshiba<br>• TDA<br>• ~~MTPD~~<br>• ~~Panasonic~~ | • Sharp | Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy | 3690-3 | 3771-4 | |

---

[1] Oral argument requested by Defendants.

[2] Oral argument requested by Defendants.

MDL No. 1917<br>Master No. 3:07-cv-05944-JST

## II.     MOTIONS TO EXCLUDE EXPERT TESTIMONY

| Motion No. | Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| N/A | 3174 | • All Defendants | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• ViewSonic | Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga[3] | 3404 | 3522 | |
| N/A | 3170 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ViewSonic | • All Defendants | Motion *in Limine* to Partially Exclude Expert Report and Opinions of Dr. Ordover[4] | 3397-3 | 3518 | |

[3] **Oral argument requested by Defendants.**

[4] **Oral argument requested by Defendants.**

MDL No. 1917
Master No. 3:07-cv-05944-JST
JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

| Motion No. | Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| N/A | 3172 | • LG<br>• Samsung SDI<br>• Thomson | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Target<br>• Tech Data<br>• Tweeter<br>• ViewSonic | SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard | 3410 | 3520 | Thomson Joinder , ECF No. 3888; LG Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883. |
| N/A | 3176 | • All DAPs | • Samsung SDI | Motion *in Limine* to Exclude Expert Testimony by Rubinfeld | 3176 | 3514 | |
| N/A | 3526 | • Chunghwa | • ~~Best Buy~~<br>• ViewSonic | Defendants Chunghwa Picture Tubes, Ltd and Chunghwa Picture Tubes (Malaysia) SDN. Bhd.'s Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable to the Chunghwa Defendants[5] | 3698-4 | 3744-4 | |

---

[5] **Oral argument requested by Defendants.**

MDL No. 1917<br>Master No. 3:07-cv-05944-JST

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

### III.    MOTIONS RE FOREIGN INVESTIGATIONS

| Motion No. | Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 11** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission[6] | 3676-4, 3788, 3789 | 3757-4; 3813 | |
| **Defs' MIL No. 2** | 3583 | • CPT<br>• LG<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations[7] | 3787 | 3814 | |

---

[6] **Oral argument requested by Defendants.**

[7] **Oral argument requested by Defendants.**

MDL No. 1917<br>Master No. 3:07-cv-05944-JST

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

## IV.     MOTIONS RE DOJ INVESTIGATIONS AND OTHER CONSPIRACIES

| Motion No. | Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Defs' MIL No. 3** | 3556 | • CPT<br>• LG<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigation of the Cathode Ray Tube Industry[8] | 3665, 3687 | 3764 | |
| **Defs' MIL No. 4** | 3572 | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude LCD and Other Non-CRT Product Conspiracies[9] | 3640 | 3760 | Toshiba by unopposed joinder (ECF No. 3692)<br><br>Thomson and Mitsubishi only joined in Section II of this motion. |

---

[8] Oral argument requested by Defendants.

[9] Oral argument requested by Defendants.

MDL No. 1917
Master No. 3:07-cv-05944-JST

| Motion No. | Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 14** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude References to and Evidence of Defendants' Non-Indictment | 3676-4 | 3757-4 | |
| **Defs' MIL No. 5** | 3589 | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude Plea by Samsung SDI Company, Ltd as to Non-Pleading Defendants or, Alternatively, to Provide A Limiting Instruction | 3643-4 | 3763 | |

MDL No. 1917<br>Master No. 3:07-cv-05944-JST

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

## V.    MOTIONS RE PLAINTIFFS' OTHER ACTIONS AND DAMAGES

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 1** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• Philips | Motion to Exclude Evidence or Argument regarding Plaintiffs' Competitive Intelligence Practices[10] | 3676-4 | 3757-4 | |
| **Pltfs' MIL No. 5** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• Philips | Motion to Exclude Evidence or Argument regarding Plaintiffs' Ability to Seek Treble Damages and Attorneys' Fees and Costs | 3676-4 | 3757-4 | |

---

[10] **Oral argument requested by Defendants.**

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 6** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Other Actions and Settlements in this MDL[11] | 3676-4 | 3757-4 | |
| **Pltfs' MIL No. 8** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Plaintiffs' Alleged Failure to Mitigate Their Damages | 3676-4 | 3757-4 | |

---

[11] **Oral argument requested by Defendants.**

MDL No. 1917
Master No. 3:07-cv-05944-JST
JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Defs' MIL No. 7** | 3578 | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~<br>• ~~TDA~~<br>• ~~SDI~~<br>• ~~Philips~~ | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• ViewSonic | Motion to Exclude Dr. Frankel's Inflation Adjusted Damages[12] | 3641 | 3751 | |

---

[12] **Oral argument requested by Defendants**

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

## VI.    MOTIONS RE ALLEGED CONSPIRACY'S OPERATION

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Defs' MIL No. 1** | 3559 | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba<br>• TDA<br>• SDI<br>• Philips | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion for Pretrial Proffer and Ruling on Admissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)( E) | 3652 | 3767 | |
| **Defs' MIL No. 12** | 3568 | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude Plaintiffs' Price Ladder Theory of Recovery[13] | 3648-4 | 3761 | |

---

[13] **Oral argument requested by Defendants.**

MDL No. 1917<br>Master No. 3:07-cv-05944-JST

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 13** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Argument or Evidence Regarding Purportedly Pro-Competitive Justifications For Defendants' Agreements Regarding CRT Price, Supply, Production, or Customers | 3676-4 | 3757-4 | |
| **Defs' MIL No. 11** | 3557 | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude References to Documents Or Behavior Not In Evidence | 3686 | 3765 | |
| **Pltfs' MIL No. 17** | 3558 | • ViewSonic | • CPT<br>• ~~SDI~~<br>• ~~MTPD~~<br>• ~~Panasonic~~ | Motion to Exclude Evidence of or References to ViewSonic's Purchasing Team Moving Abroad After The Purchases at Issue in This Case Were Made | 3676-4 | 3757-4 | |
| **Mitsu-bishi MIL No. 3** | 3601 | • LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Mitsubishi Electric's Motion In Limine No. 3 to Exclude Any Reference At Trial to Any Party's Participation in the EIAJ and EIAJ Activities | 3644-4 | 3772-4 | LG Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883 |

MDL No. 1917<br>Master No. 3:07-cv-05944-JST

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Mitsu-bishi MIL No. 1** | 3601 | • LG<br>• ~~Mitsubishi Electric~~ | • Best Buy<br>• Circuit City<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Mitsubishi Electric's Motion In Limine No. 1 to Exclude the SDI Interrogatory Response | 3644-4 | 3772-4 | LG Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883 |

## VII.   MOTIONS RE PASS-ON ISSUES AND BARGAINING POWER

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 2** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Downstream Pass-Through[14] | 3676-4 | 3757-4 | |
| **Pltfs' MIL No. 4** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Plaintiffs' Purported "Market Power"[15] | 3676-4 | 3757-4 | |

[14] **Oral argument requested by Defendants.**

[15] **Oral argument requested by Defendants.**

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 10** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Incomplete Pass-Through of Overcharges through Affiliate Entities[16] | 3676-4 | 3757-4 | |
| **Defs' MIL No. 16** | 3597 | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Permit Evidence and Argument Regarding Upstream Pass-on and Plaintiffs' Bargaining Power[17] | 3654; 3666 | 3770 | |

---

[16] **Oral argument requested by Defendants.**

[17] **Oral argument requested by Defendants.**

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 16** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence of or References to the Retailer Plaintiffs Purchasing Finished Products Containing CRTs from Plaintiff ViewSonic or Plaintiff Sharp | 3676-4 | 3757-4 | *Given the Court's order that the Sharp and DAP cases be tried separately, this motion is now relevant only to Plaintiffs Sears and ViewSonic.* |

MDL No. 1917<br>Master No. 3:07-cv-05944-JST

## VIII. MOTIONS RE FTAIA ISSUES

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Defs' MIL No. 8** | 3563-3 | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude Evidence and Argument Relating to Damages From Spillover or Ripple Effects of Foreign Price-Fixing Activities on U.S. Prices[18] | 3658; 3678-3 | 3754-4 | |
| **Pltfs' MIL No. 7** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp | • LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Argument That Plaintiffs' Claims are Barred Because They Arise from Foreign Commerce | 3676-4 | 3757-4, 3768 | |

---

[18] **Oral argument requested by Defendants**.

MDL No. 1917
Master No. 3:07-cv-05944-JST
JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

## IX.    MOTIONS RE WITNESSES, EXHIBITS AND TRIAL MANAGEMENT

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 9** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Live Witnesses from Testifying in Defendants' Case-In-Chief Who Were Not Made Available for Live Testimony in Plaintiffs' Case-In-Chief[19] | 3676-4 | 3757-4 | |
| **Defs' MIL No. 13** | 3579 | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ViewSonic | Motion to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-In-Chief and Limit Use of Deposition Testimony[20] | 3662 | 3758 | |

---

[19] **Oral argument requested by Defendants.**

[20] **Oral argument requested by Defendants.**

MDL No. 1917<br>Master No. 3:07-cv-05944-JST

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 15** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Admit Testimony of Summary Witness[21] | 3676-4, 3671, 3677 | 3757-4 | |
| **Pltfs' MIL No. 12** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ViewSonic | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Percipient Witnesses, Except for One Party Representative, From the Courtroom Unless They Are Testifying | 3676-4 | 3757-4 | **Pltfs' MIL No. 12** |
| **Samsung MIL No. 2** | 3565 | • LG<br>• ~~SDI~~ | • Sears/ Kmart | Samsung SDI Defendants' Motion In Limine No. 2 to Exclude Irrelevant and Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 | 3651-4 | 3773-3 | LG Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883 |

---

[21] **Oral argument requested by Defendants.**

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Defs' MIL No. 6** | 3571 | • CPT<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude Improper Characterization of or References to Defendants and Alleged Co-Conspirators | 3702 | 3777 | |
| **Samsung MIL No. 1** | 3561 | • LG<br>• ~~SDI~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• ~~Sharp~~<br>• ViewSonic | SDI Defendants' Motion In Limine No. 1 to Prohibit Plaintiffs From Conflating SDI with Non-Parties, Including But Not Limited to, Samsung Electronics, Co., Ltd. | 3657 | 3769 | LG Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883 |

MDL No. 1917
Master No. 3:07-cv-05944-JST
JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*

## X.    MOOT MOTIONS[22]

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 3** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~ | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~<br>• ~~TDA~~<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Plaintiffs' Private Label CRT Products | 3676-4 | 3757-4 | *This motion is now moot due to settlement.* |
| **Mitsubishi MIL No. 2** | 3601 | • ~~Mitsubishi Electric~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~Sears/ Kmart~~<br>• ~~Sharp~~<br>• ~~ViewSonic~~ | Mitsubishi Electric's Motion *In Limine* No. 2 to Exclude Unavailable Witnesses' Deposition Testimony | 3644-4 | 3772-4 | *This motion is now moot due to settlement* |
| **Hitachi MIL No. 1** | 3535 | • ~~Thomson~~ | • ~~Best Buy~~ | Hitachi Defendants' Motion *In Limine* to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its Specific, Individual Corporate Entity Name or as "SEG" | 3689 | 3759 | Thomson Joinder, EDF No. 3888; DAPs' Opposition, ECF No. 3897<br><br>*This motion is now moot due to settlement.* |

---

[22] In addition, the parties to this Joint Submission previously withdrew via stipulation, (*see* Dkt. No 3781), the following motions *in limine*: (1) Certain Direct Action Plaintiffs' Notice of Motion and Motion *In Limine* No. 18: Motion to Exclude References to the Current Financial Condition of Any of the Named Plaintiffs (Dkt. No. 3558, Section 18); and (2) Defendants' Joint Motion *In Limine* to Exclude Evidence or Argument of Positive Net Worth of Defendants or Their Purportedly Affiliated Companies [Defendants' MIL No. 14] (Dkt. No. 3581).