1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | [PROPOSED] ORDER<br><br>Judge:      Hon. Jon S. Tigar<br>Courtroom:  9, 19th Floor |

1    The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

2    1.    All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C. and Magnolia Hi-Fi, LLC (collectively, "Best Buy") against Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.    Each party shall bear its own costs and attorneys' fees.

3.    This Order is not a dismissal of any person or entity other than Chunghwa.

**IT IS SO ORDERED.**

Dated: April 8, 2016



_____
Hon. 
United