UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER REGARDING PENDING MOTIONS AND SETTLEMENTS** |
| ALL DIRECT ACTION PLAINTIFFS | |

The parties have provided certain lists of pending motions for summary judgment, motions in limine, and Daubert motions. See, e.g., ECF Nos. 4078-1; 4079; 4192-2, Ex. B. Parties have also filed several editions of a settlement matrix. See, e.g., 3920-2. Since those filings, the Court has received several requests by various parties for a voluntary dismissal of claims with prejudice. While certain motions might appear moot based on recent settlements and motions for dismissal, joinders or other interests by non-movant parties may require still issuing an order. An updated motions list and settlement matrix is therefore required.

On April 8, 2016, the parties issued a joint submission regarding Daubert motions and motions in limine. ECF No. 4547. Presumably, this list takes into consideration all settlements and motions for dismissal prior to April 8, 2016. The parties are ORDERED, however, to provide the Court with timely updates to this list whenever a motion becomes moot or the list is otherwise

///
///
///
///
///

1  affected.  The parties are also ORDERED to provide the Court with an updated list of motions for
2  summary judgment and an updated settlement matrix by April 15, 2016.
3      IT IS SO ORDERED.
4  Dated:   April 8, 2016

                                             _____
                                             JON S. TIGAR
                                             United States District Judge