Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944 JST |
| | MDL No. 1917 |
| This Document Relates to: *Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 3:13-cv-01173-JST. | **PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

Having read and complied with the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rules 7-11 and 79-5, and pursuant to those rules, Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA"), by and through their counsel, respectfully submit this Administrative Motion for a Sealing Order regarding SEC and SEMA's concurrently filed Unredacted Motion for Leave to File a Motion for Reconsideration and the proposed Unredacted Motion for Reconsideration attached thereto as Exhibit A (together, "the Motions"). SEC and SEMA submit the highlighted portions of the Motions under seal. Those highlighted portions have been designated as "Highly Confidential" by SEC and SEMA pursuant to the Stipulated Protective Order governing this action. (*See* Dkt. No. 306, June 18, 2008 ("Stipulated Protective Order").)

This motion is supported by the Declaration of Craig A. Benson in Support of SEC and SEMA's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5, dated April 11, 2016 ("Benson Declaration"). *See* Civ. L. R. 79(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

SEC and SEMA seek to file the highlighted portions of the Motions under seal because there is a "compelling reason" for doing so for those documents. *See, e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). A party meets the "compelling reasons" standard by presenting "articulable facts" identifying the interests favoring filing a document under seal. *Id.* at 1181. SEC and SEMA meet this standard because the highlighted portions of the Motions contain excerpts of and/or statements derived from expert reports that SEC and SEMA have designated as "Highly Confidential" pursuant to the Stipulated Protective Order. As set forth in the Benson Declaration, the expert reports contain confidential, nonpublic, proprietary and highly sensitive business information. For these reasons, the standard for filing under seal is met and SEC and SEMA respectfully submits this motion pursuant to Civil Local Rules 7-11 and 79-5.

DATED:  April 11, 2016           By:  /s/ *Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

## **CERTIFICATE OF SERVICE**

On April 11, 2016, I caused a copy of SEC and SEMA's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

DATED:  April 11, 2016          By: */s/ Craig A. Benson*
                                     Craig A. Benson