1  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
2  Craig A. Benson (*pro hac vice*)
3  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
   2001 K Street, NW
4  Washington, DC 20006-1047
   Telephone: (202) 223-7300
5  Facsimile: (202) 204-7420
   Email: kgallo@paulweiss.com
6  Email: jsimons@paulweiss.com
7  Email: cbenson@paulweiss.com

8  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
9  **TAYLOR & COMPANY LAW OFFICES, LLP**
   One Ferry Building, Suite 355
10 San Francisco, California 94111
11 Telephone: (415) 788-8200
   Facsimile: (415) 788-8208
12 Email: staylor@tcolaw.com
   Email: jpatchen@tcolaw.com
13

14 *Attorneys for Plaintiffs Sharp Electronics Corporation and*
   *Sharp Electronics Manufacturing Company of America, Inc.*
15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-05944 (JST)<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 3:13-cv-01173-JST | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA"). I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and I am admitted to practice before this Court *pro hac vice*.

2. I submit this Declaration in support of SEC and SEMA's Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Stipulated Protective Order").

4. Pursuant to Civil Local Rules 7-11 and 79-5, SEC and SEMA, by and through counsel, respectfully request an Order permitting them to file under seal the highlighted portions of SEC and SEMA's Motion for Leave to File Motion for Reconsideration, and the proposed Motion for Reconsideration attached thereto as Exhibit A (together, "the Motions"), filed contemporaneously herewith, which refer to and contain excerpts of and/or statements derived from the following expert reports: (a) the Expert Report of Jerry A. Hausman, dated April 15, 2014, which has been designated as "Highly Confidential" pursuant to the Protective Order, and previously been filed under seal (ECF No. 3590-6, Ex. A); and (b) the Supplemental Expert Report of Jerry A. Hausman, dated July 3, 2014, which has been designated as "Highly Confidential" pursuant to the Protective Order, and previously been filed under seal (ECF. No. 3590-6, Ex. B).

5. The expert reports identified in Paragraph 4 have been designated as "Highly Confidential" pursuant to the Stipulated Protective Order. The highlighted portions of the motions contain excerpts of and/or statements derived from those expert reports which reflect confidential, nonpublic, proprietary and highly sensitive business information, and thus "compelling reasons" exist for filing the highlighted portions under seal. *See, e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

-3-

6.  Accordingly, SEC and SEMA request that the highlighted portions of the Motions, which refer to and/or contain excerpts of the above-identified expert reports, be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of April, 2016, in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson

---

-3-
DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SEC AND SEMA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
CASE NO. 13-1173-JST; MASTER FILE NO. 07-CV-5944, MDL NO. 1917