Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | **[PROPOSED] ORDER GRANTING SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

1  Upon consideration of Sharp Electronics Corporation and Sharp Electronics
2  Manufacturing Company of America, Inc.'s ("SEC and SEMA's") Administrative Motion to File Under
3  Seal pursuant to Civil Local Rules 7-11 and 79-5(b), submitted in connection with SEC and SEMA's
4  Motion for Leave to File A Motion for Reconsideration and the proposed Motion for Reconsideration
5  attached thereto as Exhibit A (together, "the Motions"), and upon finding COMPELLING REASONS
6  for sealing the highlighted portions of the Motions because they contain or reflect confidential,
7  nonpublic, proprietary and highly sensitive business information, *see, e.g., Kamakana v. City & Cnty. of*
8  *Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) it is hereby:

9  ORDERED that the Administrative Motion is hereby GRANTED; and it is further

10  ORDERED that the Clerk shall file and maintain under seal SEC and SEMA's
11  Unredacted Motion for Leave to File A Motion for Reconsideration, and the proposed Unredacted
12  Motion for Reconsideration attached thereto as Exhibit A.

14  **IT IS SO ORDERED.**

17  DATED:_____          _____
18                                                                HON. JON S. TIGAR
                                                                  United States District Judge