Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master No.: 3:07-cv-05944-JST<br>MDL No. 1917<br><br>**DECLARATION OF LAUREN C. CAPURRO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

I, Lauren C. Capurro, declare:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate with the law firm Trump, Alioto, Trump & Prescott, LLP and my firm serves as Lead Counsel for the Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned action. I make this declaration in support of the Administrative Motion to File Under Seal Pursuant to Civ. L. R. 7-11 and 79-5(d) filed by Objectors Cooper and Scarpulla (ECF No. 4545). Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306) (the "Protective Order").

3. Pursuant to the Protective Order, IPPs have designated their counsel's time records as Highly Confidential because some of IPP Counsel's billing records contain attorney-client privileged information, attorney work product information, and/or information relating to IPP Counsel's preparations for trial.

4. On April 7, 2016, Objectors Cooper and Scarpulla filed the Motion to Seal and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), their Statement Pursuant to Order Re: Ex Parte Communications and In Camera Review of Billing Records, (ECF No. 4545-4) and Appendices A – C thereto (ECF No. 4545-5 - 4545-8).

5. On April 7, 2016, Objectors filed the Declaration of Francis O. Scarpulla in Support of the Motion to Seal (ECF No. 4545-1), which states that the Statement and attached Appendices filed under seal contain analyses of, references to, and/or information taken directly from material designated by IPPs as Highly Confidential under the Protective Order.

6. Pursuant to Civil Local Rule 7-11 and 79-5, and the Protective Order, the following materials should be maintained under seal:

   a. Portions of Appendix C (ECF No. 4545-8) to the Statement Pursuant to

Order Re: Ex Parte Communications and In Camera Review of Billing Records (ECF No. 4545-4), which are excerpts of my daily billing records.  A redacted version of Appendix C showing the portions of the billing entries that should be maintained under seal is attached hereto.

7. The redacted portions of Appendix C should remain under seal because they contain confidential attorney work product information, including attorney mental impressions, strategy and thought processes.

8. We have attempted to identify all instances of confidential attorney-client privileged and attorney work product information contained in the excerpts of our billing and expense records in Appendices A – C.  To the extent we have not identified and redacted any such additional information, its production should not be construed as a waiver of any applicable privilege or protection.

9. All other filings by Objectors Cooper and Scarpulla, including the Statement Pursuant to Order Re: Ex Parte Communications and In Camera Review of Billing Records, (ECF No. 4545-4) and Appendices A (ECF No. 4545-5 and 4545-6) and B (ECF No. 4545-7) may be filed in the public record.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of April 2016 at San Francisco, California.

/s/ Lauren C. Capurro

Lauren C. Capurro

APPENDIX C

CRT Cases

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | Judith re same. Various emails w/ Bob re outstanding class rep discovery + further action re same. | | |
| 10/3/2011 | Email to Nate re various questions on foreign lang review, probs w/ reviewers etc., conf w/ JMP re Youngmin. T/c's + emails w/ Bob, Rick + Cadio re LCD docs project + QC'ing same. Review Brandon's memos re Philips doc production to date, f/n re 30b6 depos. Various emails to firms re start of doc review + docs they need to review to prepare for same, review files re same, assign people to various issue teams etc., f/n re same. Emails w/ Marie Babione re add'l names for cast of characters + search terms, starting list of OEMs, and glossary of terms. | 6.00<br>500.00/hr | 3,000.00 |
| 10/4/2011 | Emails + t/c w/ Nate re foreign lang review + issues re same, workflow, coding pane etc., f/n re same. T/c w/ Rich Snyder re BMCC doc production, f/n re same. Emails re LCD docs project, conf w/ MNA re QC'ing docs. Various emails re doc review + assignments to teams etc. Work on doc review team assignments, QC docs coded in Relativity, f/n re probs. Emails + confs w/ JMP + Nate re Youngmin. Emails + t/c w/ Bob re class rep outstanding discovery responses. Emails w/ Marie Babione re updating cast of characters + search terms lists etc., conf w/ MNA re same. T/c w/ Eric Shapland re status of LGE doc production, f/n re same. Read various doc production ltrs from defs. Prepare for conf call w/ Judge Legge tomorrow -- review files re no. of custodians for each def + timing of discovery requests, LCD docs project etc., conf w/ MNA re same, f/n re same. Emails w/ Susan Kupfer + Sylvie re LPD hard copy review at Saveri. ██████████ Emails re Philips docs on LPD supervisory board + 30b6 depos. Read ltr from Toshiba re TACP docs available for inspection in NJ, emails w/ MNA re same. | 8.50<br>500.00/hr | 4,250.00 |
| 10/5/2011 | Conference call re LCD docs project, f/n re same, emails re same + further action on Chunghwa docs. Conf call w/ Hitachi + direct plfs re outstanding discovery, f/n re same, prepare for same. Emails re LPD hard copy review next week, t/c w/ Melissa Shapiro re same. Conf call w/ Judge Legge re status of doc production, f/n re same. Emails re doc review assignments, conf w/ JMP re same, update chart re assignments. Conf call w/ direct plfs re Philips 30b6 depos + further action re same. Emails w/ Demetrius re 3rd p subpoenas. Read order denying FTAIA motion, conf w/ JMP re same, emails re same. Review revised memo to file/doc review teams re Toshiba defs + status of Toshiba discovery. Conf w/ MNA re Tatung discovery, email re same. Emails w/ Bob re class rep discovery responses. | 5.25<br>500.00/hr | 2,625.00 |
| 10/6/2011 | Emails + t/c w/ Eric Mandel re Tatung discovery issues + tolling agreement, f/n re same, conf w/ MNA re same + emails re same. Conf w/ MNA re LCD docs project, emails + t/c's w/ Cadio + Bob re same, emails w/ Autonomy re same. Serve list of Samsung LCD docs on defs, t/c + emails w/ Ian Simmons + Autonomy re exporting list of docs. Rev + edit new class reps' written responses to Toshiba rogs + doc requests, emails w/ Bob re same, t/c w/ Bob re same. Emails w/ Nate re doc review + foreign lang docs w/ garbled text etc., f/n re further action. Review + edit cover email to defs re lists of LCD docs we seek to have produced in CRT, emails w/ Bob + Cadio re same. Emails w/ | 9.50<br>500.00/hr | 4,750.00 |

CRT Cases

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | Susan Kupfer, Sylvie + Brian Umpierre re LPD hard copy review @ Saveri office. Emails w/ Bob + outside vendor re producing add'l class rep docs. Emails + t/c w/ direct plfs re status of BMCC doc production. Review files re memos for circulation to doc review teams, email follow up w/ Jennie re same. Draft + send memo to Joe Muzingo + Liz McKenna re doc review starting + team leader position, case materials etc. | | |
| 10/7/2011 | Emails w/ Jennie re Hitachi's doc production to date. Review ltr from Toshiba re TACP hard copy docs, emails w/ Jim Smith re same, email Albie re same, t/c w/ Chris Lebsock re same, f/n re further action. Review + edit Philips 30b6 depo notices, emails w/ direct plfs re same. Conf call w/ direct plfs re LCD docs project + further action re same, confs w/ MNA re same, f/n re same. Emails w/ defense counsel re their opposition to withdrawing Bedrock, emails + t/c's w/ Bob + Qianwei re same, review files re similar mtns in other cases. ▬▬▬▬▬▬▬▬▬▬ Emails w/ Liz McKenna + Joe Muzingo re doc review. Review doc review statistics for last week, f/n re same. Review + edit status update email to class reps, emails w/ Bob re same. | 6.00 500.00/hr | 3,000.00 |
| 10/10/2011 | Emails re start of doc review + new T1 doc reviewers, f/n re same. Serve list of Toshiba LCD docs that we want deemed produced in CRT. Emails w/ Albie re review of TACP hard copy docs in NJ. Emails re suppl production of class reps docs. T/c + emails w/ Jennie re Hitachi meet + confer tomorrow, review recent correspondence re same. ▬▬▬▬▬▬ Emails w/ Sarah Nevins re transcript of March 17 hearing, f/n re same. Emails w/ Bob re various outstanding issues: new class reps, MA claim, withdrawal of Bedrock, class rep discovery responses, report to Legge re IPP production status etc., call w/ MNA re same. Emails w/ Demetrius re 3rd p discovery. | 4.50 500.00/hr | 2,250.00 |
| 10/11/2011 | Emails w/ Bob re withdrawing Bedrock, new class rep for DC, class rep discovery etc., call w/ Bob re same. ▬▬▬▬▬▬ Emails w/ Jennie re Hitachi m+c today, t/c w/ MNA re same. Conf call w/ Hitachi + direct plfs re outstanding discovery issues, f/n re same, review recent corr to prepare for same. Review Bob's summary of IPP discovery status, emails re same. T/c w/ Melissa Shapiro re LPD hard copy docs, f/n re further action. Emails w/ Cadio re LCD LG docs + further action re same. T/c + emails w/ Demetrius re 3rd p discovery + status of same, further action re same. T/c w/ MNA re Hitachi, Tatung, LPD hard copy doc review etc. Review, finalize + serve Philips 30b6 depo notices. Review + edit ltr to Albie re IPP suppl response to fraudulent concealment rog, emails w/ Bob re same. Review + edit new class reps' written responses to Toshiba's discovery reqs, review IPP responses to contention rogs on finished products re same, emails w/ Bob re same. Email from Geoff re reviewing Chunghwa's LCD docs + identifying overlapping docs, f/n re same. | 9.75 500.00/hr | 4,875.00 |
| 10/12/2011 | Review cover email to defs re IPP suppl production, emails w/ Bob re same. Review, edit + finalize ltr to Toshiba re IPP suppl response to fraudulent concealment contention rog, send to Albie. Emails w/ Bob re IPP verifications | 9.50 500.00/hr | 4,750.00 |

Lauren C. Capurro/Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94117


Invoice submitted to:
CRT Cases


December 02, 2015


Invoice #1


Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 1/2/2012 | Emails re doc review. | 0.25<br>550.00/hr | 137.50 |
| 1/3/2012 | T/c w/ Paul McVoy re FL contract attorneys + Bonsignore, conf w/ MNA + JMP re same. T/c w/ Matt McCahill re discrepancies in Panasonic doc production + further action re same, f/n re same, emails to Milberg re same. Email to doc reviewers re picking up pace of review + gathering info for cast of characters & acronyms lists etc. Various emails w/ Sylvie, Nate + Marcellus re probs w/ foreign lang doc workflow, review docs on relativity re same, f/n re further action. Emails + t/c w/ Jennie Anderson re Hitachi response to rogs 4 + 5. T/c w/ Rick Saveri re all defs' responses to rogs 4 + 5 + further action re same, Philips stlmt discussions, LPD servers, SJM etc., f/n re further action. Emails w/ Paul McVoy re TACP hard copy docs + cost to copy same. Review + edit Toshiba mtn to compel, conf w/ Rick Saveri re same. Further review Panasonic suppl response to rog 5. Emails w/ Bob re new class reps, review emails + notes re same. | 8.50<br>550.00/hr | 4,675.00 |
| 1/4/2012 | Emails + t/c w/ Liz McKenna + Marcellus re paring down Secaucus docs, review corr w/ Matt McCahill re same, prepare for same. T/c's w/ Rick Saveri + certain defense counsel re rogs 4 + 5, f/n re same, review corr re same, research re duty to respond for former employees etc. Emails w/ Bob re new class reps, review notes re same, t/c + emails w/ Robert Greene re same, confs w MNA + JMP re same. T/c w/ Joe Fisher re potential PR rep. Read ltr from defs re purported deficiencies in IPP discovery responses. Review doc review statistics from Milberg, emails w/ Marcellus re same. Read memo from Matt McCahill re discrepancies in Panasonic defs' doc production, emails to Brian Cullen + Milberg re same, f/n re reviewing other defs' productions. Various emails re doc review. | 7.25<br>550.00/hr | 3,987.50 |

CRT Cases

Page    4

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 1/15/2012 | Emails w/ Marvin Miller re discovery status report on Tatung. Emails w/ Bob re outstanding action items for doc review. | 0.50 550.00/hr | 275.00 |
| 1/16/2012 | Review, edit + finalize mtn to compel production of translations, conf w/ MNA + JMP re same, emails w/ DPPs re same. Review, edit + finalize ltr to defs re IPP discovery responses, review IPP written responses + email files re same. Conf call w/ Liz McKenna + Matt McCahill re paring down Secaucus docs, f/n re further action. Review + edit discovery status reports for certain defs, emails w/ Marvin Miller re same, review meet and confer ltrs etc. re same. | 8.25 550.00/hr | 4,537.50 |
| 1/17/2012 | Conference call w/ Rick Saveri re 30b6 depos, upcoming CMC + agenda, preparing discovery status reports + pretrial schedule for same, emails w/ Rick re same, f/n re same. Conf w/ MNA re Agenda, discovery status reports etc., draft Agenda + send to Mike Scarborough. Review list of non-class cases from defs. T/c w/ Rich Snyder re BMCC suppl response to rogs 4 + 5, emails w/ Geoff re same, f/n re same. Review, draft + edit defendant discovery status report, various emails + t/c's w/ co-counsel re same, review files + Relativity re same. Draft letter to Judge Legge re status of discovery. T/c w/ Rick re Toshiba mtn to compel, emails w/ Dan & Jennifer re same + status of rogs 4 +5. Emails w/ Nate re foreign lang reviewers, f/n re same. Review memo from expert on status of trans data productions, emails re same. Emails re doc review. Emails w/ Demetrius re status of negotiations w/ LGE re Zenith data. Emails w/ Liz McKenna + Matt McCahill re paring down Secaucus production. Review + edit MA demand letters, emails w/ Bruce Issadore's assistant re same. Review email from Philips re substantial completion of doc production + rogs 4 + 5, f/n re same + further action. | 10.50 550.00/hr | 5,775.00 |
| 1/18/2012 | Draft + finalize discovery status reports for Toshiba, Panasonic, SDI + SEC/SEAI, various emails + t/c's w/ co-counsel + DPPs re same. Review, edit + finalize discovery status reports for other defs. Review, edit + finalize ltr to Judge Legge re discovery status, emails + t/c w/ MNA + DPPs re same. T/c's w/ MNA + DPPs re discovery status reports, emails re same. Read + edit defs' proposed agenda, emails w/ DPPs + defs re same, conf w/ MNA re same. Emails re LCD docs. T/c w/ Judith re CMC + meeting w/ indiv plfs today. Emails w/ Demetrius + Jim Smith re Zenith data. Emails re Secaucus docs. Emails w/ Jennie + Sylvie re questions about Impact coding. | 7.75 550.00/hr | 4,262.50 |
| 1/19/2012 | Court Appearance for Hearing for Case Management Conference. | 4.50 550.00/hr | 2,475.00 |
|  | Meeting w/ Judith + Craig re same + proposed class cert schedule etc. Lunch meeting w/ Judith + Phil Iovieno. Review list of attendees at meeting w/ indiv plfs yesterday. Emails re Secaucus docs. T/c w/ Sylvie re CMC today + new class reps + further action re same. ████████████████. Emails w/ doc review team leaders re CMC + call next week. Emails w/ Bob + MNA re new class reps + depos of existing class reps, dates for same etc. Emails w/ Joel Sanders re discovery status report to Judge Legge, conf w/ MNA re same. Emails w/ Dan Birkhaeuser re Toshiba mtn to compel. | 3.50 550.00/hr | 1,925.00 |

CRT Cases

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 5/22/2012 | Prepare for LGE + SDI 30b6 depositions + t/c's + emails re same - draft + send email/memo to IPP 30b6 group re status of negotiations + next steps to issue formal dep notice + searching for docs for deps. Finalize LGE dep topics + email to defense counsel. Emails w/ Lawrence Papale re SEC 30b6 dep, conf w/ JMP re same. Organize interpreter for SDI 30b6 deps, emails + t/c w/ Judith re same, t/c w/ Rick re same. Emails re time change for Hull OSC. Send introductory email to Kelly Patane re doc review + memos/docs to be reviewed before starting doc review. Emails w/ Mike Christian re MTC re cost data, rev ltrs to defs re same, emails w/ Nate re same, conf w/ MNA re same. Emails w/ Bob re NH statute, review file + MTD papers re same. Call w/ Rick re translations, LPD docs ▬▬▬ interpreter, court reporter etc. Read Park's proposal for certified translations, emails w/ Park re conf call tomorrow. Emails w/ Ronnie re certified translations for SDI dep, submit docs to Park. ▬▬▬ ▬▬▬▬▬▬▬▬▬▬ Emails w/ Consortra translations re setting up call. Emails w/ Milberg + Jim Smith re LPD docs/ data + bates numbering same, conf w/ MNA re same. | 9.00 550.00/hr | 4,950.00 |
| 5/23/2012 | T/c w/ John Bogdanov re assignments, Philips 30b6 dep + assessment, f/n re same, conf w/ JMP re same. Emails w/ Judith re interpreters. Emails w/ Nate re SDI dep, translation companies, doc review. Conf call w/ Park translations, DPPs, JMP + Nate, prepare for same. Emails w/ Ronnie + Nate re SDI docs for certified translation for 30b6 dep, submit to Park, emails re same. Emails w/ Dan B re Toshiba 30b6. Call Sarah Nevins re OSC, send Hull's contact info. T/c w/ Consortra translations, Nate + JMP re certified translations for 30b6 deps. Emails w/ ApplEcon re finalized SDI 30b6 depo notice. ▬▬▬ ▬▬▬▬▬▬▬▬▬▬ conf w/ MNA re same, f/n re further action. Emails w/ counsel for Chunghwa re follow up questions re cost data, emails w/ Judith + Mike Christian re same. Emails w/ Ronnie re SDI 30b6 dep notice. Various emails re new class reps + possible NH claim. Rev + edit ltr to Panasonic re 30b6 topics, t/c + emails w/ Mike Christian re same. ▬▬▬▬▬▬▬▬▬ Review DPP list of SDI deponents, conf w/ MNA re same, emails w/ Nate re same. Emails w/ Jessica + Akiko re Preparation and assembly of docs for Hitachi 30b6 dep. | 9.75 550.00/hr | 5,362.50 |
| 5/24/2012 | Email to 30b6 teams re doc review memos + SDI depo preparation + search for docs. Emails + t/c's w/ Nate, Ronnie + experts re SDI depo preparation, docs for same, certified translations etc. Rev + edit MA complaint, emails re same, conf w/ JMP re same. Emails re certified translations, formatting issues etc. Conf call w/ Gibson Dunn + Mike/Jim re CHU/TUS data questions. Emails w/ Nate re SDI list of deponents. Rev memo from Brian Umpierre re 30b6 witness preparation, email to IPP 30b6 group re same. Emails w/ Gary Specks/Shinae re certified translations for LGE dep. T/c w/ Jennie + MNA re Hitachi mtn for reconsideration of order on MTC. Conf call w/ LGE re 30b6 topics, prepare for same incl pre-call w/ Gary + Shinae, rev docs from Shinae re same, f/n re same. Emails w/ John Bogdanov re docs listed in Philips rog responses that are not in database, emails w/ directs re same. | 7.75 550.00/hr | 4,262.50 |

CRT Cases

Page   44

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | Demetrius + Mike re Sony, email w/ Brian Cullen re same. Emails w/ John Bogdanov re Canavan + Johnson docs, email to conspiracy team re same. T/c w/ Rick Saveri re mtn to amend + proffer w/ Philips, f/n re same, t/c w/ MNA re same. Online research re Philips execs, emails w/ MNA/JMP re same. Read defs' ltr brief re departing custodians. F/n re statement of facts for class cert motion, review stmt of facts from LCD opening brief, email to John Metzler re same. Emails re paying for Toshiba dep transcript. Emails w/ Jennifer Rosenberg re meeting grid + how to format for inclusion w/ class cert motion. | | |
| 8/18/2012 | Emails w/ Judith re mtn to amend. | 0.25 550.00/hr | 137.50 |
| 8/19/2012 | Review redline of fourth CAC, emails w/ Dan Karon re same. | 0.50 550.00/hr | 275.00 |
| 8/20/2012 | Draft new sections for Fourth CAC re new defs, online research re which entities to name, etc., emails re same. Review + edit mtn to amend, various emails re same █████████████, t/c w/ MNA re same. Draft MNA decl ISO mtn to amend. Emails w/ experts re certified translations for expert report, t/c w/ MNA re same. Emails w/ Jennie + John Metzler re data from Hitachi subs that are not named as defs, review Jennie's ltr re same. Emails w/ Jessica Moy re Hitachi missing productions, review files + emails re same. Emails w/ Jennifer Rosenberg re meeting grid. Emails w/ Dan B. re ltr to Toshiba re trans data, review same, finalize + send. Review summary translations of SDI Hot docs from Nate. | 8.50 550.00/hr | 4,675.00 |
| 8/21/2012 | Draft, review + edit mtn to amend, edit Fourth CAC + decl ISO mtn to amend, draft Proposed Order, t/c's w/ JMP + MNA re same. T/c w/ Sarah Nevins re hearing on mtn to amend. T/c w/ MNA re departing custodians + initiating merits deps soon, email to dep teams re percipient witness lists. T/c w/ Jennie re Hitachi data. Review narrative from conspiracy team re meetings. Emails re good docs found during 30b6 deps + dep summaries, circulate to doc review teams. Emails w/ Jennie re EIA subpoena, email to Zelle re same██████████████ | 8.75 550.00/hr | 4,812.50 |
| 8/22/2012 | Draft, finalize + file mtn to amend + supporting papers, emails + t/c's w/ MNA + JMP re same. T/c w/ Joel Willard re CHU data, f/n re same. Read SEC opp to MTC, t/c w/ Sylvie re same + reply. Emails re dep summaries + good docs from 30b6 deps. Emails re percipient witness lists. Emails w/ Nate re background memos for deponents. Emails w/ Bob re class rep TV containing a tube manufactured by Funai, emails w/ experts re same. Emails w/ Jennie + Jessica re Hitachi 30b6 dep tomorrow. ████████████████████████ | 8.25 550.00/hr | 4,537.50 |
| 8/23/2012 | Draft stmt of facts, ████████████████████████████ Review docs cited in doc review memos. Email to doc review team leaders re deadline for memos + various issues they need to address in memos. Emails re Funai, review memos from Demetrius re same. Confs w/ JMP + MNA re | 7.00 550.00/hr | 3,850.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | Bonsignore. Emails re good docs from 30b6 deps. Email to experts re conspiracy team memo. | | |
| 8/24/2012 | Draft stmt of facts for class cert, ███████. Emails w/ AGs re percipient W lists. Emails re Funai tubes, review dep excerpts re same. Emails w/ MNA/JMP ███████ Review ltr to Toshiba re outstanding discovery, emails re same. | 7.50 550.00/hr | 4,125.00 |
| 8/27/2012 | Draft stmt of facts for class cert brief ███████ t/c w/ Bob re same. ███████ Emails w/ AGs re percipient W lists. Emails w/ Brian U. + Shinae re LGE percipient W lists. Review draft reply ISO SEC mtn to compel, emails w/ Sylvie re same, emails w/ MNA re changing hearing date. Read ltr from Philips re add'l data, emails w/ Mike Christian and experts re same. Emails w/ John Metzler re coordinating w/ direct purchaser expert + status of direct case. | 8.50 550.00/hr | 4,675.00 |
| 8/28/2012 | Draft statement of facts for class cert brief, ███████, t/c w/ MNA re same, f/n re same. Review + edit draft reply ISO SEC mtc, emails + t/c w/ Sylvie re same. Emails re conf calls w/ AGs re percipient W lists, t/c's w/ MNA + Sylvie re same. T/c w/ Sylvie re SEC cost data, t/c w/ MNA re same, emails w/ Mike Christian + Sylvie re same ███████ Emails w/ Bob re EIA subpoena, t/c w/ MNA re same, online research re same. T/c w/ MNA re status of LPD docs, f/n re further action. T/c w/ MNA re mtn to amend + hearing for same. | 8.75 550.00/hr | 4,812.50 |
| 8/29/2012 | Conf call w/ Bob + Ike re FTAIA memo, prepare for same, review memo + notes re same. Conf call w/ John Metzler, Mike Christian + JDB re LGE, Philips + LPD data issues, expert report + further action re same, prepare for same (review recent corr etc.), f/n re same. Emails w/ Bob/Kirby associate re ███████ + EIA subpoena. T/c w/ Nate re AGs, doc review, case status etc. Review + edit ltr to Judge Legge re SEC cost decl, emails w/ Sylvie + Mike Christian re same, t/c w/ MNA re same, finalize/format ltr, review files re CMO on resolving discovery disputes informally. Draft stmt of facts. Review + edit SEC mtn to compel, emails w/ Sylvie re same. | 9.50 550.00/hr | 5,225.00 |
| 8/30/2012 | Draft statement of facts for class cert motion, various emails w/ Nate + Kirby re research for same, review docs + memos. Review, finalize + file SEC mtn to compel, various emails + t/c's re same, review + edit same. Conf call w/ CHU counsel + expert re data questions. Review + finalize ltr to Judge Legge re SEC cost data, various emails + t/c's re same. Various emails re doc review memos. Various emails re lists of percipient witnesses. Emails w/ expert re data from Costco. Emails re call w/ AGs re SEC percipient W list. Emails w/ Jennie re HAL 30b6 dep. | 8.75 550.00/hr | 4,812.50 |
| 8/31/2012 | Draft statement of facts for class cert brief, emails w/ doc review team leaders re same, review memos re same, ███████ review same. Emails re SEC + Philips data issues. Emails w/ Judith/Mike | 8.25 550.00/hr | 4,537.50 |

CRT Cases

Page 46

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | Christian re taking over data issues. T/c w/ MNA + Janet Netz re ▓▓▓ ▓▓▓▓ + expert report ISO class cert, f/n re same, emails re same. | | |
| 9/1/2012 | Emails w/ Sylvie re ltr to Legge re cost data. Emails w/ Brian Umpierre re pricing memo. | 0.25 550.00/hr | 137.50 |
| 9/3/2012 | Emails w/ Janet Netz + Judith re class cert report + operative CAC. Draft statement of facts. | 4.50 550.00/hr | 2,475.00 |
| 9/4/2012 | Draft statement of facts for class cert, t/c w/ MNA re same. Review updated memos from doc review teams, emails re same. T/c's w/ MNA re SEC hearing, emails + t/c w/ Sarah Nevins re same. ▓▓▓▓▓▓ Emails w/ Brian Umpierre + Shinae re LGE deponent list. | 7.50 550.00/hr | 4,125.00 |
| 9/5/2012 | Draft statement of facts for class cert brief, review doc review memos re same, emails w/ team leaders re same, t/c w/ MNA re same. Review ltr to Judge Legge re SEC mtn to compel, emails + t/c's w/ MNA + Sylvie re same, finalize + send to Judge Legge. | 9.50 550.00/hr | 5,225.00 |
| 9/6/2012 | Draft statement of facts for class cert brief, emails w/ doc review team leaders re same + their memos, read doc review memos, read Janet's draft report, conf w/ MNA + JMP re same. ▓▓▓▓▓ f/n re same + further action. T/c w/ Rick Saveri re status of case, using LCD data in our case + further action re same, emails re same. T/c w/ Guido Saveri re mtn to amend, conf w/ MNA re same + stip to amend briefing schedule, emails w/ defense counsel re same. | 7.75 550.00/hr | 4,262.50 |
| 9/7/2012 | Draft statement of facts for class cert motion, review memos, docs + dep summaries re same, various emails w/ doc review teams re same. ▓▓▓▓▓ f/n re further action. Emails w/ counsel for Thomson re call on Monday. | 9.75 550.00/hr | 5,362.50 |
| 9/9/2012 | Draft statement of facts for class cert motion, review memos, docs + dep summaries re same. | 4.50 550.00/hr | 2,475.00 |
| 9/10/2012 | Draft statement of facts for class cert motion. | 6.00 550.00/hr | 3,300.00 |
| 9/11/2012 | Draft statement of facts for class cert motion, conf call w/ Judith, Craig + Mario re same, f/n re same + further action, various emails re same + certified translations, exhibits to brief etc. Conf call re LGE percipient Ws, prepare for same + review memos re same, emails re same. Emails re various defs' percipient Ws + need for further action. Emails w/ Paul McVoy re docs withheld from reviewers. Emails w/ Janet + Judith re moving deadline for class cert brief to Monday, emails w/ defs re same. | 11.25 550.00/hr | 6,187.50 |
| 9/12/2012 | Draft stmt of facts, review edits from Qianwei, Sylvie + Nate, various emails re same, review docs + memos for same, conf call w/ Judith + Qianwei re same + ▓▓▓▓▓ f/n re same + further action. T/c w/ Judith re class cert brief + who is doing what, hand over when I go on | 9.50 550.00/hr | 5,225.00 |

CRT Cases                                                                                                      Page    47

|            |                                                                                                                                                                                                                                                                                                                                                          | Hrs/Rate          | Amount   |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
|            | leave, f/n re same. Various emails re certified translations for class cert brief. Emails w/ MNA + defense counsel re stip on page limits for class cert brief. Emails w/ Bob re class plf discovery/deps.                                                                                                                                                |                   |          |
| 9/13/2012  | Draft stmt of facts, various emails + t/c's re same, review memos + docs re same. Emails + t/c w/ Liz McKenna re preparation of exhibit list for MNA decl ISO of class cert, emails w/ Judith + Q re same. Review ApplEcon's comments to stmt of facts, emails re same.                                                                                   | 9.75<br>550.00/hr | 5,362.50 |
|            | Draft + edit statement of facts for class cert brief, emails + t/c's re same, conf call w/ MNA re same, review memos + docs re same, review + incorporate proposed edits from Sylvie, ApplEcon, Qianwei + Nate. Emails w/ Sylvie + MNA re Request for Judicial Notice. Emails re certified translations for class cert brief. Emails + t/c's w/ Milberg re preparation of exhibit list. | 9.75<br>550.00/hr | 5,362.50 |
| 9/14/2012  | Draft, review + edit statement of facts, t/c's + emails w/ MNA + others re same, review memos + docs re same, review + incorporate edits. Various emails re certified translations + exhibit list. Emails w/ Nate re taking over doc review + dep scheduling responsibilities. Emails w/ Qianwei + Judith re substituting class reps + mtn to amend to add new defs etc. | 12.25<br>550.00/hr | 6,737.50 |
| 9/15/2012  | Draft, review + edit statement of facts for class cert brief. Prepare list of docs with descriptions for MNA decl.                                                                                                                                                                                                                                       | 8.25<br>550.00/hr | 4,537.50 |
| 9/16/2012  | Draft statement of facts for class cert brief + prepare list of document descriptions for MNA decl., emails w/ MNA re same.                                                                                                                                                                                                                              | 5.25<br>550.00/hr | 2,887.50 |
| 9/17/2012  | Emails + t/c's w/ MNA re stmt of facts, further review, edit + finalize same, emails w/ co-counsel re same. Emails w/ Sylvie etc. re mtn to amend + line status reports, emails w/ JDB re research into jurisdictional issues ████████████. T/c w/ Nate re leading doc review etc. while I'm on leave. T/c w/ Liz McKenna re exhibit list for MNA decl ISO class cert. T/c w/ MNA re mtn to amend, review defs' opp to same. Emails re class cert page limits. | 11.75<br>550.00/hr | 6,462.50 |
| 9/18/2012  | Various emails re class cert brief + supporting papers + further action re same. Emails re mtn to amend.                                                                                                                                                                                                                                                 | 2.00<br>550.00/hr | 1,100.00 |
| 9/19/2012  | Emails w/ Mike Christian re third party data. Various emails re class cert brief. F/n re add'l projects to assign + further action re same.                                                                                                                                                                                                              | 1.25<br>550.00/hr | 687.50   |
| 9/20/2012  | Emails w/ Qianwei re copies of defs' rog responses for class cert exhibits, review files re same. Various emails re class cert brief, ascertainability + TV manuals.                                                                                                                                                                                     | 0.75<br>550.00/hr | 412.50   |
| 9/21/2012  | Review + edit/comment on reply iso mtn to amend, t/c w/ MNA re same. Emails re class cert brief. Emails re LGE percipient witness list.                                                                                                                                                                                                                  | 1.00<br>550.00/hr | 550.00   |