GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 14-cv-02510 | Master File No. 3:07-CV-5944 JST<br>MDL No. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S REQUEST FOR LEAVE TO FILE MOTION FOR BENCH TRIAL AND BIFURCATION**<br><br>Judge:      Hon. Jon S. Tigar<br>Trial Date: November 7, 2016 (tentative)<br>Courtroom: 9, 19th Floor |

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF CHUNGHWA'S REQUEST FOR LEAVE TO FILE MOTION FOR BENCH TRIAL AND BIFURCATION – MASTER CASE NO. 07-CV-5944 JST

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa") in the above-referenced action.

2. I submit this declaration in support of Chunghwa's Request for Leave to File Motion for Bench Trial and Bifurcation. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. On April 5, 2016, I sent a draft copy of Chunghwa's Request for Leave to File Motion for Bench Trial to counsel for ViewSonic Corporation ("ViewSonic"), inquiring whether ViewSonic would stipulate to the request.

4. On or about April 6, 2016, Joel S. Sanders, counsel for Chunghwa, spoke with counsel for ViewSonic regarding Chunghwa's Request. ViewSonic's counsel explained that ViewSonic did not believe the Court had contemplated such a request in its prior order. ViewSonic proposed a stipulation confirming that the remaining defendants in the ViewSonic and Sears/Kmart cases had not waived their right to seek a bench trial with regard to the standing issue.

5. On April 11, 2016, counsel for ViewSonic said that ViewSonic was unable to stipulate to the filing of the administrative motion because ViewSonic did not believe the motion was covered by this Court's Order (Dkt. 4261) and did not agree with the wording in the request. No alternative wording was proposed. ViewSonic noted that it did not view Chunghwa's "ability to raise this issue in the context of the case management conference or at a later time" as impacted by this Court's order or April 12 deadline.

6. Because there is some ambiguity in this Court's prior order, I confirmed to counsel for ViewSonic that, in the interest of caution, Chunghwa could not "agree to agree" that the request was not precluded, and would therefore file its request.

///

///

///

///

1

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF CHUNGHWA'S REQUEST FOR LEAVE TO FILE MOTION FOR BENCH TRIAL AND BIFURCATION – MASTER CASE NO. 07-CV-5944 JST

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of April 2016, at San Francisco, California.

By:   /s/ *Rachel S. Brass*
        Rachel S. Brass

101824322.3
Gibson, Dunn & Crutcher LLP

2

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF CHUNGHWA'S REQUEST FOR LEAVE TO FILE MOTION FOR BENCH TRIAL AND BIFURCATION – MASTER CASE NO. 07-CV-5944 JST