William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION SUGGESTING REMAND**<br><br>The Honorable Jon S. Tigar |

*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, 6No. 11-cv-06397;

*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;

*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.,* No. 13-cv-02171;

*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, 12 No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

Pursuant to the Court's Order Regarding Deadline for Requests to File Certain New Motions (Dkt. 4261, Dec. 17, 2015), which requires any party seeking to file a new motion to request leave to do so prior to April 12, 2015, the undersigned plaintiffs (the "Remand Plaintiffs")[1] hereby request leave to file an administrative motion suggesting that their cases be remanded to

---

[1] Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; CompuCom Systems, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corporation and Tech Data Product Management, Inc.; Dell Inc. and Dell Products L.P.; and Costco Wholesale Corporation.

the transferor courts upon resolution of the summary judgment and *Daubert* motions pending in their actions.[2]

It is the Remand Plaintiffs' position that once the summary judgment motions and these four *Daubert* motions are resolved by the Court, all MDL pretrial proceedings in the Remand Plaintiffs' cases will be complete. Accordingly, the Remand Plaintiffs respectfully request leave to file a motion shortly after the summary judgment and *Daubert* motions are ruled on by the Court asking that at that time, and pursuant to 28 U.S.C. § 1407, JPML Rule 10.1(b)(i), and Local Civil Rule 7-11, the Court initiate the process for the remand of their cases from the Northern District of California back to the respective transferor courts. Upon remand, the transferor courts will obtain jurisdiction over these actions, which will enable the transferor courts to establish trial dates and a schedule for trial proceedings. Defendants do not object to Remand Plaintiffs' request for leave to file their motion for a suggestion of remand at that time.

---

[2] All of the summary judgment motions in these actions have been heard and are under submission. The following four *Daubert* motions were made in the Remand Plaintiffs' actions and have not yet been heard: (1) Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga (Dkt. 3174); (2) Plaintiffs' Motion to Partially Exclude Expert Report and Opinions of Dr. Ordover (Dkt. 3170); (3) SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard (Dkt. 3172); and (4) Plaintiffs' Motion to Exclude Expert Testimony by Daniel Rubinfeld (Dkt. 3176).

DATED: April 12, 2016

Respectfully submitted,

/s/ *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com

William A. Isaacson
Kyle N. Smith
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email: wisaacson@bsfllp.com
Email: ksmith@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*

/s/ *Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG MAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456

PLAINTIFFS' ADMINISTRATIVE MOTION FOR
LEAVE TO FILE A MOTION SUGGESTING REMAND            3            Case No. 07-cv-5944 JST (N.D. Cal.)

Tel: 305-374-7580
Fax: 305-374-7593
Email: rturken@bilzin.com
swagner@bilzin.com
mwidom@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

 */s/ Michael P. Kenny*

Michael P. Kenny (GA Bar No. 415064)
Debra D. Bernstein (GA Bar No. 054998)
Matthew D. Kent (GA Bar No. 526272)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404)-881-7000
Facsimile: (404)-881-7777
Email: mike.kenny@alston.com
debra.bernstein@alston.com
matthew.kent@alston.com

James M. Wagstaffe (SBN 95535)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Telephone: (415)-371-8500
Facsimile: (415)371-0500
Email: wagstaffe@kerrwagstaffe.com

*Counsel For Plaintiffs Dell Inc. and Dell Products L.P.*

*/s/ David P. Chiappetta*

David P. Chiappetta (State Bar No. 172099)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DChiappetta@perkinscoie.com

David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile: (206)359-9000
Email: DBurman@perkinscoie.com
CGMoore@perkinsncoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*