*[Stipulating parties listed on signature page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, 6No. 11-cv-06397;<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.,* No. 13-cv-02171;<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725; | **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION SUGGESTING REMAND** |

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION SUGGESTING REMAND

Case No. 07-cv-5944 JST (N.D. Cal.)

1  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, 12 No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION SUGGESTING REMAND

Case No. 07-cv-5944 JST (N.D. Cal.)

The undersigned parties, by their respective attorneys, hereby stipulate and jointly and respectfully request that Plaintiffs' accompanying Administrative Motion for Leave to File a Motion Suggesting Remand be granted and that the accompanying proposed order be entered as an order of the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
Hon. Jon S. Tigar
United States District Judge

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated:  April 12, 2016                              Respectfully submitted,

*/s/  Philip J. Iovieno*
Philip J. Iovieno
piovieno@bsfllp.com
Anne M. Nardacci
anardacci@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665

William A. Isaacson
wisaacson@bsfllp.com
Kyle N. Smith
ksmith@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile:  (202) 237-6131

Stuart Singer
ssinger@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

STIPULATION AND [PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO
FILE A MOTION SUGGESTING REMAND

Case No. 07-cv-5944 JST (N.D. Cal.)

Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data Product Management, Inc.*


*/s/ Scott N. Wagner*
Robert W. Turken
rturken@bilzin.com
Scott N. Wagner
swagner@bilzin.com
Mitchell E. Widom
mwidom@bilzin.com
BILZIN SUMBERG MAENA PRICE & AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*


*/s/ Michael P. Kenny*
Michael P. Kenny (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein (GA Bar No. 054998)
debra.bernstein@alston.com
Matthew D. Kent (GA Bar No. 526272)
matthew.kent@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404)-881-7000
Facsimile: (404)-881-7777

James M. Wagstaffe (SBN 95535)
wagstaffe@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Telephone: (415)-371-8500
Facsimile: (415)371-0500

*Counsel For Plaintiffs Dell Inc. and*

STIPULATION AND [PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO
FILE A MOTION SUGGESTING REMAND

Case No. 07-cv-5944 JST (N.D. Cal.)

|   |   |
|---|---|
| 1 | Dell Products L.P. |
| 2 | */s/ David P. Chiappetta* |
| 3 | David P. Chiappetta (SBN 172099) |
|   | DChiappetta@perkinscoie.com |
| 4 | PERKINS COIE LLP |
|   | 505 Howard Street, Suite 1000 |
| 5 | San Francisco, CA 94105 |
|   | Telephone: (415) 344-7000 |
| 6 | Facsimile:  (415) 344-7050 |

David J. Burman (*pro hac vice*)
DBurman@perkinscoie.com
Cori G. Moore (*pro hac vice*)
CGMoore@perkinsncoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206)359-8000
Facsimile:  (206)359-9000

*Counsel for Plaintiff Costco Wholesale Corporation*

MUNGER, TOLLES & OLSON LLP

*/s/ Brad D. Brian*
Brad Brian (State Bar No. 079001)
brad.brian@mto.com
Gregory J. Weingart (State Bar No. 157997)
gregory.weingart@mto.com
Susan E. Nash (State Bar No. 101837)
susan.nash@mto.com
E. Martin Estrada (State Bar No. 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

WINSTON & STRAWN LLP

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler (*pro hac vice*)
JKessler@winston.com
A. Paul Victor (*pro hac vice*)
PVictor@winston.com
Aldo A. Badini (SBN 257086)
ABadini@winston.com
Eva W. Cole (*pro hac vice*)

EWCole@winston.com
Molly M. Donovan (*pro hac vice*)
MMDonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile:  (212) 294-4700

David L. Yohai (*pro hac vice*)
david.yohai@weil.com
Adam C. Hemlock (*pro hac vice*)
adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

*GIBSON, DUNN & CRUTCHER LLP*

*/s/ Joel S. Sanders*
Joel S. Sanders (SBN 107234)
jsanders@gibsondunn.com
Rachel S. Brass (SBN 219301)
rbrass@gibsondunn.com
Austin V. Schwing (SBN 211696)
aschwing@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile:  (415) 393-8306

William S. Farmer (SBN 46694)
WFarmer@FBJ-law.com
David Brownstein (SBN 141929)
DBrownstein@FBJ-law.com
Jacob Alpren ( SBN 235713)
JAlpren@FBJ-law.com
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone (415) 962.2876
Facsimile: (415) 520.5678

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

STIPULATION AND [PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO
FILE A MOTION SUGGESTING REMAND

Case No. 07-cv-5944 JST (N.D. Cal.)

|   |   |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | /s/ Terrence J. Truax |
| 3 | Terrence J. Truax (*pro hac vice*)<br>ttruax@jenner.com |
| 4 | Charles B. Sklarsky (*pro hac vice*)<br>csklarsky@jenner.com |
| 5 | Michael T. Brody (*pro hac vice*)<br>mbrody@jenner.com |
| 6 | Gabriel A. Fuentes (*pro hac vice*)<br>gfuentes@jenner.com |
| 7 | 353 N. Clark Street<br>Chicago, Illinois 60654-3456 |
| 8 | Telephone:   (312) 222-9350<br>Facsimile:    (312) 527-0484 |
| 9 |  |
| 10 | Brent Caslin (Cal. Bar. No. 198682)<br>bcaslin@jenner.com |
| 11 | 633 West Fifth Street, Suite 3600<br>Los Angeles, California 90071 |
| 12 | Telephone:   (213) 239-5100<br>Facsimile:    (213) 239-5199 |
| 13 | Harold A. Barza (Cal. Bar. No. 80888) |
| 14 | halbarza@quinnemanuel.com<br>Kevin Y. Teruya (Cal. Bar. No. 235916) |
| 15 | kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART & |
| 16 | SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor |
| 17 | Los Angeles, California 90017-2543<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100 |
| 18 |  |
| 19 | Ryan S. Goldstein (Cal. Bar No. 208444)<br>ryangoldstein@quinnemanuel.com |
| 20 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 21 | NBF Hibiya Building, 25F<br>1-1-7, Uchisaiwai-cho, Chiyoda-ku |
| 22 | Tokyo 100-0011, Japan<br>Telephone:   +81 3 5510 1711<br>Facsimile:    +81 3 5510 1712 |
| 23 |  |
| 24 | *Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.* |
| 25 |  |
| 26 | WHITE & CASE LLP |
| 27 | /s/ Christopher M. Curran<br>Christopher M. Curran (*pro hac vice*)<br>ccurran@whitecase.com |
| 28 | Lucius B. Lau (*pro hac vice*)<br>alau@whitecase.com |

| STIPULATION AND [PROPOSED] ORDER GRANTING<br>PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO<br>FILE A MOTION SUGGESTING REMAND | Case No. 07-cv-5944 JST (N.D. Cal.) |
|---|---|

|     |     |
| --- | --- |
| 1   | Dana E. Foster (*pro hac vice*) |
|     | defoster@whitecase.com |
| 2   | WHITE & CASE LLP |
|     | 701 Thirteenth Street, N.W. |
| 3   | Washington, DC 20005 |
|     | Telephone: (202) 626-3600 |
| 4   | Facsimile:  (202) 639-9355 |

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

*BAKER BOTTS LLP*

*/s/ John M. Taladay*
John M. Taladay (*pro hac vice*)
john.taladay@bakerbotts.com
Erik T. Koons (*pro hac vice*)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890

Jon V. Swenson (SBN 233054)
jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile:  (650) 739-7699

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited and Philips do Brasil Ltda.*

*SHEPPARD MULLIN RICHTER & HAMPTON LLP*

*/s/ James L. McGinnis*
Gary L. Halling (SBN 66087)
ghalling@sheppardmullin.com
James L. Mcginnis (SBN 95788)
jmcginnis@sheppardmullin.com
Michael W. Scarborough (SBN 203524)
mscarborough@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100

STIPULATION AND [PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO
FILE A MOTION SUGGESTING REMAND

Case No. 07-cv-5944 JST (N.D. Cal.)

Facsimile: (415) 434-3947
Leo D. Caseria (SBN 240323)
lcaseria@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

*FAEGRE BAKER DANIELS LLP*

*/s/ Kathy L. Osborn*
Kathy L. Osborn (*pro hac vice*)
kathy.osborn@FaegreBD.com
Ryan M. Hurley (*pro hac vice*)
ryan.hurley@FaegreBD.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

Jeffrey S. Roberts (*pro hac vice*)
jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

*SQUIRE PATTON BOGGS (US) LLP*

*/s/ Mark C. Dosker*
Mark C. Dosker (SBN 114789)
mark.dosker@squirepb.com
NATHAN LANE, III (SDN 50961)
nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION SUGGESTING REMAND

Case No. 07-cv-5944 JST (N.D. Cal.)

Donald A. Wall (*pro hac vice*)
donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile:  (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

*CURTIS, MALLET-PREVOST, COLT & MOSLE LLP*

*/s/ Jeffrey I. Zuckerman*
JEFFREY I. ZUCKERMAN (*pro hac vice*)
jzuckerman@curtis.com
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 452-7350
Facsimile:  (917) 368-7350

Arthur Gaus (SBN 289560)
asg@dillinghammurphy.com
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile:  (415) 397-3300

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION SUGGESTING REMAND

Case No. 07-cv-5944 JST (N.D. Cal.)