**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-05944-JST<br><br>MDL No. 1917 |
| This Order Relates To:<br><br>*Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724;<br><br>*Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275;<br><br>*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;<br><br>*Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276;<br><br>*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, 6No. 11-cv-06397;<br><br>*Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723;<br><br>*Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171;<br><br>*P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION SUGGESTING REMAND** |

1
2
3
*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

4
5
*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, 12 No. 12-cv-02649;

6
*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

7
8
*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION FOR
LEAVE TO FILE A MOTION SUGGESTING REMAND

Master File No. 3:07-md-05944-JST

On April 12, Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; CompuCom Systems, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corporation and Tech Data Product Management, Inc.; Dell Inc. and Dell Products L.P.; and Costco Wholesale Corporation (collectively "Remand Plaintiffs") filed an administrative motion for leave to file a motion suggesting remand. Defendants do not object to Remand Plaintiffs' request for leave to file a motion suggesting remand.

The Court, having reviewed the motion and good cause appearing, hereby finds that the request for leave to file a motion suggesting remand should be GRANTED.

**IT IS SO ORDERED**

Dated: _____

                                                                                    _____
                                                                                    JON S. TIGAR
                                                                                    UNITED STATES DISTRICT JUDGE