BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN CONNECTION WITH LG ELECTRONICS, INC.'S REQUEST FOR LEAVE TO FILE ADDITIONAL MOTIONS**<br><br>[Declaration of Cathleen Hartge and [Proposed] Order filed concurrently herewith] |

3:07-cv-05944-JST; MDL 1917

ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN CONNECTION WITH LG ELECTRONICS, INC.'S REQUEST FOR LEAVE TO FILE ADDITIONAL MOTIONS

1    Having reviewed and complied with the Honorable Jon S. Tigar's Standing Order
2 Governing Administrative Motions to File Materials Under Seal and Civil Local Rules 7-11 and
3 79-5(d), Defendant LG Electronics, Inc. ("LGE"), by and through its counsel, respectfully requests
4 an Order permitting it to file under seal its Request for Leave to File Additional Motions.
5    This motion is supported by the Declaration of Cathleen Hartge in Support of Defendant
6 LGE's Administrative Motion to File Under Seal, filed concurrently herewith.
7    Specifically, LGE requests that the highlighted portions of the sealed version of its Request
8 for Leave to File Additional Motions be sealed.
9    LGE requests that these portions of its Request for Leave to File Additional Motions be
10 sealed because those portions contain discussion, analysis, or references to documents or
11 information that Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (the "Designating
12 Parties") have designated "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order
13 (Dkt. No. 306), as set forth in the Declaration of Cathleen Hartge in support of LGE's
14 Administrative Motion to File Under Seal. N.D. Cal. Civil Local Rule 79-5 provides that if a
15 party wishes to file a document that has been designated confidential by another party, or if a party
16 wishes to refer in a memorandum to information so designated by another party, the submitting
17 party must file an administrative motion to seal and the designating party must file a declaration
18 within four days of filing the administrative motion to seal establishing that the designated
19 material is sealable. N.D. Cal. Civ. L.R. 79-5(e). It is the designating party's burden to establish
20 that the designated information is sealable. Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*,
21 447 F.3d 1172, 1178-1180 (9th Cir. 2006).
22    Thus, LGE respectfully submits this administrative motion pursuant to the Protective
23 Order, the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File
24 Materials Under Seal, and Civil Local Rules 7-11 and 79-5(d), and hereby notifies the Designating
25 Parties of their burden to establish that the designated material is sealable.
26
27    A proposed order granting this application is enclosed.
28

1 | DATED:  April 12, 2016                    Respectfully submitted,

2 |                                                            MUNGER, TOLLES & OLSON LLP
3 |                                                            CATHLEEN HARTGE

4 |

5 |                                                            By:      /s/ *Cathleen Hartge*
                                                                           CATHLEEN HARTGE
6 |
                                                            *Attorney for Defendant LG Electronics, Inc.*
7 |