1  BRAD BRIAN (State Bar No. 079001)
   brad.brian@mto.com
2  GREGORY J. WEINGART (State Bar No. 157997)
   gregory.weingart@mto.com
3  SUSAN E. NASH (State Bar No. 101837)
   susan.nash@mto.com
4  E. MARTIN ESTRADA (State Bar No. 223802)
   martin.estrada@mto.com
5  355 South Grand Avenue
   Thirty-Fifth Floor
6  Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
7  Facsimile:    (213) 687-3702

8  *Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | **DECLARATION OF CATHLEEN HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN CONNECTION WITH LG ELECTRONICS, INC.'S REQUEST FOR LEAVE TO FILE ADDITIONAL MOTIONS**<br><br>[Administrative Motion to Seal and [Proposed] Order filed concurrently herewith] |

I, Cathleen H. Hartge, hereby declare:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE"), in the above entitled action. I am licensed to practice law in the State of California. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Pursuant to Civil Local Rules 7-11 and 79-5, I submit this declaration in support of the LGE's Administrative Motion to File Under Seal.

3. LGE seeks permission to file under seal the highlighted portions of the sealed version of its Request for Leave to File Additional Motions.

4. The highlighted portions of the document referenced in Paragraph 3 contain discussion, analysis, references to, or information taken directly from, material designated by Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (the "Designating Parties") as "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306).

5. LGE seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Standing Order and Local Rules. Because the information LGE seeks to submit under seal has been designated as Highly Confidential by other parties, LGE is filing the accompanying Administrative Motion, and will be prepared to file unredacted versions of the above-referenced documents in the public record if required by Civil Local Rule 79-5(e).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on the 12th day of April 2016 in San Francisco, California.

/s/ *Cathleen Hartge*
CATHLEEN HARTGE

-2-

MDL No. 1917
Master No. 3:07-cv-05944-JST

**DECLARATION OF CATHLEEN HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN CONNECTION WITH LG ELECTRONICS, INC.'S REQUEST FOR LEAVE TO FILE ADDITIONAL MOTIONS**