1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-md-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | **[PROPOSED] ORDER GRANTING LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MDL No. 1917
Master No. 3:07-cv-05944-JST

[PROPOSED] ORDER GRANTING LGE'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  Upon consideration of Defendant LG Electronics, Inc.'s Administrative Motion to File
2  Under Seal, submitted in connection with LG Electronics, Inc.'s Request for Leave to File
3  Additional Motions, and the supporting Declaration of Cathleen Hartge pursuant to Local Rule 79-
4  5 in support of that motion, and good cause appearing for the entry thereof,

5  IT IS HEREBY ORDERED that the highlighted portions of the sealed version of LG
6  Electronics, Inc.'s Request for Leave to File Additional Motions be filed under seal.

**IT IS SO ORDERED**

Dated: _____          _____

JON S. TIGAR
UNITED STATES DISTRICT JUDGE