UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | Master File No. 3:07-md-05944-JST (N.D. Cal)<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING LG ELECTRONICS, INC.'S REQUEST FOR LEAVE TO FILE ADDITIONAL MOTIONS**<br><br>Judge:   Hon. Jon S. Tigar<br>Court:   Courtroom 9, 19th Floor |

Pursuant to the Court's Order Regarding Deadline for Requests to File Certain New Motions (Dkt. No. 4261, Dec. 17, 2015) and Civil Local Rule 7-11, on April 12, 2016, Defendant LG Electronics, Inc. filed a request for leave to file the following additional motions:

1. Motion to Admit Summary Witness Testimony;
2. Motion for Bench Trial and Bifurcation Regarding Sears/Kmart's Standing to Recover Based on Purchases from Zenith and Certain Other Vendors;
3. Motion to Require Sears/Kmart to Specify Damages Attributable to Purchases from Specific Vendors and to Clarify Damages Theories;
4. Motion to Admit Evidence of Other Lawsuits and Settlements.

The Court, having reviewed the motion and good cause appearing, hereby finds that the motion should be GRANTED.

**IT IS SO ORDERED**

Dated: _____

                    JON S. TIGAR
                    UNITED STATES DISTRICT JUDGE