Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc.,  Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to Case No. 13-cv-1173-JST (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTORNICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>    *Defendants.* | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF TOSHIBA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO DISMISS SHARP'S SECOND AMENDED COMPLAINT BASED ON A FORUM-SELECTION CLAUSE** |

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of Toshiba's Administrative Motion for Leave to File Motion to Dismiss Sharp's Second Amended Complaint Based on Based on a Forum-Selection Clause. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. On April 8, 2016, pursuant to Civil L.R. 7-11(a), I had a telephonic meet and confer with Craig Benson, counsel for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). During that call, I explained to Mr. Benson that, on April 12, 2016, the Toshiba Defendants intended to file a motion with the Court seeking leave to file a motion that would seek the dismissal of Sharp's remaining claim against the Toshiba Defendants (*i.e.*, the joint-and-several claim). I further explained that, in ruling on such a motion, the Court might have to reconsider some of the conclusions made by Judge Conti, but that the governing caselaw permitted such a result.

4. On April 12, 2016, I received an email from Mr. Benson. In that email, Mr. Benson stated that the Sharp Plaintiffs would not agree to any reconsideration of Judge Conti's ruling with respect to joint-and-several liability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of April, 2016, in Washington, D.C.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF
TOSHIBA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO
DISMISS SHARP'S SECOND AMENDED COMPLAINT BASED ON A FORUM-SELECTION CLAUSE
Case No. 07-5944-JST, MDL No. 1917