UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to Case No. 13-cv-1173-JST (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTORNICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>*Defendants.* | **[PROPOSED] ORDER GRANTING TOSHIBA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO DISMISS SHARP'S SECOND AMENDED COMPLAINT BASED ON A FORUM-SELECTION CLAUSE** |

1  Upon consideration of Toshiba's Administrative Motion for Leave to File Motion to
2  Dismiss Sharp's Second Amended Complaint Based on a Forum-Selection Clause (the
3  "Motion for Leave"), it is hereby:
4  ORDERED that the Motion for Leave is GRANTED; and it is further
5  ORDERED that Toshiba has leave to file its Motion to Dismiss Sharp's Second
6  Amended Complaint Based on a Forum-Selection Clause on the MDL Docket (No. 07-5944-
7  JST), a proposed copy of which was attached to the Motion for Leave.
8  **IT IS SO ORDERED.**
9  Dated: _____            _____
10                                              HONORABLE JON S. TIGAR
11                                              UNITED STATES DISTRICT JUDGE