1  BRAD BRIAN (State Bar No. 079001)
   brad.brian@mto.com
2  GREGORY J. WEINGART (State Bar No. 157997)
   gregory.weingart@mto.com
3  SUSAN E. NASH (State Bar No. 101837)
   susan.nash@mto.com
4  E. MARTIN ESTRADA (State Bar No. 223802)
   martin.estrada@mto.com
5  355 South Grand Avenue
   Thirty-Fifth Floor
6  Los Angeles, California 90071-1560
   Telephone:   (213) 683-9100
7  Facsimile:    (213) 687-3702

8  *Attorneys for Defendant LG Electronics, Inc.*

9              UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Master File No. 3:07-cv-05944-JST |
| 13 | MDL No. 1917 |
| 14  This Document Relates to: | |
| 15  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | **DEFENDANT LG ELECTRONICS, INC.'S NOTICE OF CHANGE OF ECF FILING CATEGORY FOR REQUEST FOR LEAVE TO FILE ADDITIONAL MOTIONS** |

16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, concurrently with this Notice, Defendant LG Electronics, Inc. ("LGE") has filed another copy of its Request for Leave to File Additional Motions, Declaration of Cathleen Hartge In Support Thereof, and Proposed Order (collectively, the "Request for Leave").  The Request for Leave was previously and timely filed as part of LGE's Administrative Motion to File Under Seal (ECF No. 4556), on April 12, 2016, and an unredacted version of the Request for Leave was served on all parties on that date.  LGE is filing herewith another copy of the Request for Leave as a separate docketing entry in order to alert the Court, via the CM-ECF system, that the Request is an administrative motion pursuant to Local Rule 7-11.

DATED:  April 15, 2016                    Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
BRAD BRIAN
GREGORY J. WEINGART
SUSAN E. NASH
E. MARTIN ESTRADA


By:        /s/ *Susan E. Nash*
          SUSAN E. NASH

*Attorneys for Defendant LG Electronics, Inc.*