BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-JST (N.D. Cal) |
| This Document Relates to: | MDL No. 1917 |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | **DECLARATION OF CATHLEEN H. HARTGE IN SUPPORT OF LG ELECTRONICS, INC.'S REQUEST FOR LEAVE TO FILE ADDITIONAL MOTIONS** |
| | Judge:   Hon. Jon S. Tigar
Court:   Courtroom 9, 19th Floor |

I, Cathleen H. Hartge, hereby declare:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE"), in the above entitled action. I am licensed to practice law in the State of California. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below. I submit this declaration in support of LGE's Request for Leave to File Additional Motions.

2. LGE has met and conferred with Plaintiffs Sears, Roebuck and Co. and Kmart Corporation ("Sears/Kmart") regarding its intent to file an administrative motion for leave to file additional motions pertinent to Case No. 11-cv-05514 ("LGE's Request for Leave"), in which Sears/Kmart are the only remaining plaintiffs, and LGE is the only remaining defendant. Sears/Kmart declined to stipulate to LGE's Request for Leave.

3. LGE has had numerous discussions with Sears/Kmart as to the substantive relief that LGE would request in Motion Nos. 3 and 4 in LGE's Request for Leave (Motion to Require Sears/Kmart to Specify Damages Attributable to Purchases from Specific Vendors and to Clarify Damages Theories; Motion to Admit Evidence of Other Lawsuits and Settlements) in an effort to avoid requesting leave to file these two motions. LGE and Sears/Kmart are working towards stipulations that would render the relief that would be requested in those motions unnecessary. Sears/Kmart's counsel have indicated that after they have had an opportunity to confer with their clients regarding the negotiated language of those stipulations, they will inform the Court of Sears/Kmart's position on these issues by their deadline to respond to LGE's Request for Leave.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on the 12th day of April, 2016 in San Francisco, California.

By: ___/s/ *Cathleen H. Hartge*___
        Cathleen H. Hartge

-1-

MDL No. 1917
Master No. 3:07-cv-05944-JST
DECLARATION OF CATHLEEN H. HARTGE ISO LG ELECTRONICS, INC.'S
REQUEST FOR LEAVE TO FILE ADDITIONAL MOTIONS