UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br> Case No. C-07-5944 JST |
| This Order Relates To: <br><br> ALL ACTIONS | **ORDER REGARDING IMPROPER FILINGS BY SHARP AND LG ELECTRONICS** |

The deadline to file motions for leave to file certain new motions was April 12, 2016. ECF No. 4261. Several parties filed motions on or around that date. Sharp and LG Electronics ("LGE"), however, only filed motions to seal, ECF Nos. 4551, 4556, without separately filing the underlying motions in redacted form separately as required.[1] Accordingly, the only new motions from Sharp and LGE currently before the Court are motions to seal. Sharp and LGE are hereby ORDERED to file the underlying motions, ECF Nos. 4551-3, 4556-3, separately, in redacted form, and without revisions or modifications, no later than April 18, 2016. Responses to the underlying administrative motions are now due by April 22, 2016.

IT IS SO ORDERED.

Dated: April 15, 2016

_____
JON S. TIGAR
United States District Judge

---

[1] Although the underlying motions, ECF Nos. 4551-3, 4556-3, were filed as attachments to the motions to seal, the underling motions were not filed separately for the Court's consideration.