1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9

10

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

13

14  In re: CATHODE RAY TUBE (CRT)        Master File No. 3:07-md-05944-JST (N.D. Cal)
    ANTITRUST LITIGATION

15                                       MDL No. 1917

16  This Document Relates to:
                                         **JOINT UPDATED LIST OF SUMMARY**
    *Best Buy Co. v. Hitachi, Ltd.,* 11-cv-05513;  **JUDGMENT MOTIONS AFFECTED BY**
17                                       **SETTLEMENT AND UPDATED**
                                         **SETTLEMENT MATRIX**
    *Best Buy Co. v. Technicolor SA,* No. 13-cv-
18  05264;
                                         **Judge:   Hon. Jon S. Tigar**
19  *CompuCom Systems, Inc. v. Hitachi, Ltd., et*  **Court:  Courtroom 9, 19th Floor**
    *al.* No. 2:11-cv-06396;
20
    *Costco Wholesale Corp. v. Hitachi, Ltd, et al.,*
21  Case No. 11-cv-06397;

22  *Costco Wholesale Corporation v. Technicolor*
    *SA, et al.,* No. 13-cv-05723;
23
    *Dell Inc., et al. v. Phillips Electronics North*
24  *America Corporation, et al.,* No. 13-cv-02171;

25  *Electrograph Systems, Inc., et al. v. Hitachi,*
    *Ltd., et al.,* No. 3:11-cv-01656;
26
    *Electrograph Systems, Inc., et al. v.*
27  *Technicolor SA, et al.,* No. 13-cv-05724;

28  *Interbond Corp. of Am. v. Hitachi, Ltd. et al.,*

30300302.10

No. 3:11-cv-06275;

*Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*¸ No. 3:12-cv-02648;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;

*Siegel v. Technicolor SA,* No. 13-cv-05261;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, No. 13-cv-02776;

*Sharp Elecs. Corp. v. Hitachi Ltd.*, No. 13-cv-1173

*Sears, Roebuck and co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

*Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

*Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 14-cv-02510

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

**JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT**

Pursuant to the Court's Order dated April 8, 2016 (ECF No. 4550), the parties jointly submit an updated list of summary judgment motions affected by settlement in this case and an updated settlement matrix.

This list uses the following terms to refer to the parties to this litigation:

| Defendant Group | Members |
|---|---|
| Beijing Matsushita | Beijing Matsushita Color CRT Co., Ltd. |
| Chunghwa ("CPT") | Chunghwa Picture Tubes, Ltd. |
| | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| Hitachi | Hitachi, Ltd. |
| | Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) |
| | Hitachi America, Ltd. |
| | Hitachi Electronic Devices (USA), Inc. |
| | Hitachi Asia, Ltd. |
| LG | LG Electronics, Inc. |
| Mitsubishi Electric | Mitsubishi Electric Corporation |
| | Mitsubishi Electric US, Inc. |
| | Mitsubishi Electric Visual Solutions America, Inc. |
| MTPD | MT Picture Display Co., Ltd. |
| Panasonic | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) |
| | Panasonic Corporation of North America |
| Philips | Koninklijke Philips N.V. |
| | Philips Electronics North America Corporation |
| | Philips Taiwan Limited |
| | Philips do Brasil Ltda. |
| Samsung SDI | Samsung SDI Co., Ltd. |
| | Samsung SDI America, Inc. |
| | Samsung SDI (Malaysia) Sdn. Bhd. |
| | Samsung SDI Mexico S.A. De C.V. |
| | Samsung SDI Brasil Ltda. |
| | Shenzhen Samsung SDI Co., Ltd. |
| | Tianjin Samsung SDI Co., Ltd. |

| | |
|---|---|
| Tech Displays Americas ("TDA") | Technologies Displays Americas LLC |
| Thomson | Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) |
| | Thomson SA (n/k/a Technicolor SA) |
| Toshiba | Toshiba Corporation |
| | Toshiba America, Inc. |
| | Toshiba America Consumer Products, LLC |
| | Toshiba America Information Systems, Inc. |
| | Toshiba America Electronic Components, Inc. |

| Plaintiff Group | Members |
|---|---|

| Plaintiff Group | Members |
|---|---|
| IPPs | A class of Indirect Purchaser Plaintiffs |
| DPPs | A class of Direct Purchaser Plaintiffs |
| Best Buy | Best Buy Co., Inc.; Best Buy Purchasing, LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; and Bestbuy.com, L.L.C. |
| Circuit City | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust |
| Compucom | CompuCom Systems, Inc. |
| Costco | Costco Wholesale Corporation |
| Dell | Dell Inc. and Dell Products L.P. |
| Electrograph | Electrograph Systems, Inc. and Electrograph Technologies Corp. |
| Interbond | Interbond Corporation of America., d/b/a BrandsMart USA |
| Office Depot | Office Depot, Inc. |
| P.C. Richard, et. al. | P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; and ABC Appliance, Inc. |
| Sears/Kmart | Sears Roebuck and Co. and Kmart Corp. |
| Sharp | Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc. |
| Target | Target Corp. |
| Tech Data | Tech Data Corporation and Tech Data Product Management, Inc. |
| Tweeter | Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| ViewSonic | ViewSonic Corporation |

(a)      **Summary of Summary Judgment Motions**

There are twenty-six outstanding summary judgment motions, all of which were filed on November 7, 2014.  On December 16, 2015, the Court issued an order (ECF No. 4253) grouping the summary judgment motions for argument within the following categories: (1) Ownership/Control, (2) Standing, (3) Foreign Trade Antitrust Improvement Act (FTAIA), (4) Statute of Limitations, (5) Withdrawal, (6) Absence of Liability, and (7) State Law Claims. The summary judgment motions are listed in the attached exhibit (Exhibit 1) in accord with the Court's previous grouping of the motions.

(b)      **Effect of Settlements**

For each motion, the attached exhibit lists the parties who were movants or adversaries, as of November 7, 2014.  For those parties that have reached settlements since the filing of the

1 | motions, the attached exhibit indicates movants who have settled with all adverse parties or

2 | adverse parties who have settled with all movants using the ~~strikethrough~~ format. [1]

3

4 | Dated: April 15, 2016                     MUNGER, TOLLES & OLSON LLP

By: */s/ Brad D. Brian*

5

6 | BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com

7 | GREGORY J. WEINGART (State Bar No. 157997)

8 | gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)

9 | susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No.

10 | 223802)
martin.estrada@mto.com

11 | MUNGER, TOLLES & OLSON LLP

12 | 355 South Grand Avenue
Thirty-Fifth Floor

13 | Los Angeles, California 90071-1560
Telephone:     (213) 683-9100

14 | Facsimile:      (213) 687-3702

15 | *Attorneys for Defendant LG Electronics, Inc.*

16 | WINSTON & STRAWN LLP

17 | By: */s/ Jeffrey L. Kessler*

18 | JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com

19 | A. PAUL VICTOR (*pro hac vice*)
Email: PVictor@winston.com

20 | ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com

21 | EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com

22

23 | [1] As indicated in the settlement matrix, Mitsubishi Electric and P.C. Richard, et al., Electrograph,

24 | Interbond, Office Depot, Tech Data, and Tweeter have agreed in principle on the financial terms of a settlement to resolve these claims, and are in the process of negotiating a written settlement

25 | agreement, which they anticipate will be executed shortly.  Pursuant to the settlement, which will resolve all outstanding claims against Mitsubishi Electric in the DAP cases, Mitsubishi Electric

26 | will withdraw its summary judgment motions (Dkt. Nos. 3026 & 3037) and its joinders to summary judgment motions filed by other defendants (Dkt. No. 3898).  As a result of this pending

27 | settlement, the summary judgment chart has been modified to strike out Mitsubishi Electric as a moving party, wherever that designation now appears.

28

1
2
3
4
5

MOLLY M. DONOVAN (*pro hac vice*)
Email: MMDonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

6

WEIL, GOTSHAL & MANGES LLP

7
8
9

DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com

10
11
12
13

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

14
15

*Attorneys for Defendants Panasonic
Corporation (f/k/a Matsushita Electric
Industrial Co., Ltd.), Panasonic Corporation of
North America, MT Picture Display Co., Ltd.*

16
17
18

GIBSON, DUNN & CRUTCHER LLP
By: /s/ *Joel S. Sanders*

19
20
21
22
23
24

JOEL S. SANDERS (SBN 107234)
jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
aschwing@gig@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

25
26
27
28

1

2    FARMER BROWNSTEIN JAEGER LLP
     WILLIAM S. FARMER, SBN 46694
3    WFarmer@FBJ-law.com
     DAVID BROWNSTEIN, SBN 141929
4    DBrownstein@FBJ-law.com
     JACOB ALPREN, SBN 235713
5    JAlpren@FBJ-law.com
     235 Montgomery Street, Suite 835
6    San Francisco California 94104
     Telephone 415.962.2876
7    Facsimile: 415.520.5678

8
     *Attorneys for Defendant Chunghwa Picture Tubes,*
9    *Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn.*
     *Bhd.*
10   JENNER & BLOCK LLP

11   By: /s/ *Terrence J. Truax*

12   Terrence J. Truax (*pro hac vice*)
     Email: ttruax@jenner.com
13   Charles B. Sklarsky (*pro hac vice*)
     Email: csklarsky@jenner.com
14   Michael T. Brody (*pro hac vice*)
     Email: mbrody@jenner.com
15   Gabriel A. Fuentes (*pro hac vice*)
     Email: gfuentes@jenner.com
16   353 N. Clark Street
     Chicago, Illinois 60654-3456
17   Telephone:     (312) 222-9350
     Facsimile:     (312) 527-0484

18
     Brent Caslin (Cal. Bar. No. 198682)
19   633 West Fifth Street
     Suite 3600
20   Los Angeles, California 90071
     Telephone:   (213) 239-5100
21   Facsimile:   (213) 239-5199
     bcaslin@jenner.com
22

23   Harold A. Barza (Cal. Bar. No. 80888)
24   halbarza@quinnemanuel.com
     Kevin Y. Teruya (Cal. Bar. No. 235916)
25   kevinteruya@quinnemanuel.com
     QUINN EMANUEL URQUHART &
26   SULLIVAN, LLP
     865 South Figueroa Street, 10th Floor
27   Los Angeles, California 90017-2543
     Telephone:     (213) 443-3000
28   Facsimile:     (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:      +81 3 5510 1711
Facsimile:      +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US, Inc. and,
Mitsubishi Electric Visual Solutions America, Inc.*

WHITE & CASE LLP

By: /s/ *Christopher M. Curran*

CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and Toshiba America
Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ *John M. Taladay*

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

1   JON V. SWENSON (SBN 233054)
    Email: jon.swenson@bakerbotts.com
2   BAKER BOTTS LLP
    1001 Page Mill Road
3   Building One, Suite 200
    Palo Alto, CA 94304
4   Telephone: (650) 739-7500
    Facsimile: (650) 739-7699
5

6   *Attorneys for Defendants Koninklijke Philips N.V.,*
    *Philips Electronics North America Corporation,*
7   *Philips Taiwan Limited and Philips do Brasil Ltda.*

8   SHEPPARD MULLIN RICHTER &
    HAMPTON LLP
9

10  By: */s/ James L. McGinnis*

11  GARY L. HALLING (SBN 66087)
    Email: ghalling@sheppardmullin.com
    JAMES L. MCGINNIS (SBN 95788)
12  Email: jmcginnis@sheppardmullin.com
    MICHAEL W. SCARBOROUGH (SBN
13  203524)
    Email: mscarborough@sheppardmullin.com
14  SHEPPARD MULLIN RICHTER &
    HAMPTON LLP
15  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111
16  Telephone: (415) 434-9100
    Facsimile: (415) 434-3947
17

18  LEO D. CASERIA (SBN 240323)
    Email: lcaseria@sheppardmullin.com
19  SHEPPARD MULLIN RICHTER &
    HAMPTON LLP
20  333 South Hope Street, 43rd Floor
    Los Angeles, California 90071-1448
21  Telephone: (213) 620-1780
    Facsimile: (213) 620-1398
22

23  *Attorneys for Defendants Samsung SDI America,*
    *Inc.; Samsung SDI Co., Ltd.; Samsung SDI*
24  *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.*
    *DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*
25  *Samsung SDI Co., Ltd. and Tianjin Samsung SDI*
    *Co., Ltd.*
26

27  FAEGRE BAKER DANIELS LLP

28  By: */s/ Kathy L. Osborn*

1  KATHY L. OSBORN (*pro hac vice*)
    Email: kathy.osborn@FaegreBD.com
2  RYAN M. HURLEY (*pro hac vice*)
    Email: ryan.hurley@FaegreBD.com
3  FAEGRE BAKER DANIELS LLP
    300 N. Meridian Street, Suite 2700
4  Indianapolis, IN 46204
    Telephone: (317) 237-0300
5  Facsimile: (317) 237-1000

6  JEFFREY S. ROBERTS (*pro hac vice*)
    Email: jeff.roberts@FaegreBD.com
7  FAEGRE BAKER DANIELS LLP
8  3200 Wells Fargo Center
    1700 Lincoln Street
9  Denver, CO 80203
    Telephone: (303) 607-3500
10  Facsimile: (303) 607-3600

11  *Attorneys for Defendants Thomson SA and*
12  *Thomson Consumer Electronics, Inc.*

13  SQUIRE PATTON BOGGS (US) LLP

14  By: /s/ *Mark C. Dosker*

15  MARK C. DOSKER (SBN 114789)
    Email: mark.dosker@squirepb.com
16  NATHAN LANE, III (SDN 50961)
    Email: nathan.lane@squirepb.com
17  275 Battery Street, Suite 2600
    San Francisco, CA 94111
18  Telephone: (415) 954-0200
19  Facsimile: (415) 393-9887

20  DONALD A. WALL (*pro hac vice*)
    Email: donald.wall@squirepb.com
21  SQUIRE PATTON BOGGS (US) LLP
    1 East Washington Street, Suite 2700
22  Phoenix, Arizona 85004
    Telephone: (602) 528-4000
23  Facsimile: (602) 253-8129

24  *Attorneys for Defendant Technologies Displays*
    *Americas LLC with respect to all cases except*
25  *Office Depot, Inc. v. Technicolor SA, et al. and*
    *Sears, Roebuck and Co., et al. v. Technicolor SA, et*
26  *al.*

27  CURTIS, MALLET-PREVOST, COLT &
      MOSLE LLP
28  By: /s/ *Jeffrey I. Zuckerman*

JEFFREY I. ZUCKERMAN (*pro hac vice*)
Email: jzuckerman@curtis.com
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202.452.7350
Facsimile: 917.368.7350

ARTHUR GAUS (SBN 289560)
Email: asg@dillinghammurphy.com
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

*Attorneys for Defendant Technologies Displays*
*Americas LLC with respect to Office Depot, Inc. v.*
*Technicolor SA, et al. and Sears, Roebuck and Co.,*
*et al. v. Technicolor SA, et al.*

BOIES, SCHILLER & FLEXNER LLP
By: */s/ Philip J. Iovieno*

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and*
*Attorneys for Plaintiffs Electrograph Systems,*
*Inc., Electrograph Technologies Corp., Office*
*Depot, Inc., CompuCom Systems, Inc., Interbond*
*Corporation of America, P.C. Richard & Son*

1    *Long Island Corp., MARTA Cooperative of
     America, Inc., ABC Appliance, Inc., Schultze*
2    *Agency Services LLC on behalf of Tweeter Opco,*
     *LLC and Tweeter Newco, LLC, Tech Data Corp.,*
3    *and Tech Data Product Management, Inc.*

4
     BILZIN SUMBERG BAENA PRICE &
5    AXELROD LLP
     By: */s/ Scott N. Wagner*_____
6
     Robert W. Turken
7    Scott N. Wagner
     BILZIN SUMBERG BAENA PRICE &
8    AXELROD LLP
     1450 Brickell Ave, Suite 2300
9    Miami, FL 33131-3456
     Tel:   305-374-7580
10   Fax:   305-374-7593
     Email: rturken@bilzin.com
11   Email: swagner@bilzin.com
12
     *Attorneys for Plaintiffs Tech Data Corp. and*
13   *Tech Data Product Management, Inc.*

14
     ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
15   By: */s/ Roman M. Silberfeld*_____
16
     Roman M. Silberfeld (SBN 62783)
17   David Martinez (SBN 193183)
     ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
18   2049 Century Park East, Suite 3400
     Los Angeles, CA 90067-3208
19   Telephone: (310) 552-0130
     Facsimile: (310) 229-5800
20   Email: RMSilberfeld@rkmc.com
     Email: DMartinez@rkmc.com
21
     *Attorneys For Plaintiffs Best Buy Co., Inc., Best*
22   *Buy Purchasing LLC, Best Buy Enterprise*
     *Services, Inc., Best Buy Stores, L.P.,*
23   *Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

24
     PERKINS COIE LLP
25   By: */s/ David. J. Burman*_____
26
     David J. Burman
27   Cori G. Moore
     Nicholas H. Hesterberg
28   PERKINS COIE LLP
     1201 Third Avenue, Suite 4900

Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
Email:  CGMoore@perkinscoie.com
Email:  NHesterberg@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corp.*

CROWELL & MORING LLP
By: */s/ Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

*Attorneys for Plaintiff ViewSonic Corp.*

KENNY NACHWALTER, P.A.
By: */s/ William J. Blechman*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
Email: kmurray@knpa.com
Email: wblechman@knpa.com
Email: rarnold@knpa.com

*Attorneys for Plaintiff Sears, Roebuck and Co.
and Kmart Corp.*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
By: */s/ Kenneth A. Gallo*

Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047

1  Telephone: (202) 223-7300
Facsimile: (202) 223-7420
2  Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
3  Email: cbenson@paulweiss.com
4  Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
5
6  TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
7  San Francisco, California 94111
Telephone: (415) 788-8200
8  Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
9  Email: jpatchen@tcolaw.com
10
*Attorneys for Sharp Electronics Corporation and*
11 *Sharp Electronics Manufacturing Company of*
*America, Inc.*
12
13 ALSTON & BIRD LLP
By: */s/ Debra D. Bernstein*
14
Michael P. Kenny
15 Debra D. Bernstein
Rodney J. Ganske
16 Matthew D. Kent
Elizabeth Jordan
17 ALSTON & BIRD LLP
1201 West Peachtree Street
18 Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
19 Facsimile: (404) 881-7777
mike.kenny@alston.com
20 debra.bernstein@alston.com
rod.ganske@alston.com
21 matthew.kent@alston.com
elizabeth.jordan@alston.com
22
James M. Wagstaffe, Esq. (SBN 95535)
23 Kerr & Wagstaffe LLP
101 Mission Street, 18th Floor
24 San Francisco, California 94105-1576
Tel: (415) 371-8500
25 Facsimile: (415) 371-0500
wagstaffe@kerrwagstaffe.com
26
*Attorneys for Plaintiffs Dell Inc. and Dell Products*
27 *L.P.*
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

document has been obtained from each of the above signatories.