# EXHIBIT 1

MDL No. 1917
Master No. 3:07-cv-05944-SC
JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

I.     **Outstanding Summary Judgment Motions**

    A.     **Summary Judgment Motions Related to Unresolved Ownership/Control Issues (argued on January 13, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2983 | • ~~CPT~~<br>• LG<br>• MTPD<br>• Panasonic<br>• ~~Mitsubishi Electric~~<br>• Samsung SDI<br>• Thomson<br>• Toshiba | • ~~Circuit City~~<br>• CompuCom<br>• Costco[2]<br>• Dell[3]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[4]<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics | Yes | 3244 | 3454 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Panasonic and MTPD by unopposed joinder (Joinder, ECF No. 4220)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3015)<br><br>CPT by unopposed joinder (Joinder, ECF No. 4225)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |

---

[2] LG, Toshiba, and Thomson remain in the Costco case.  Mitsubishi and SDI have settled with Costco.

[3] SDI remains in the Dell case.  All other defendants have settled with Dell.

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---------|---------------|-----------------|-----------------|------------------------------|---------------|---------------|---------------------------|
| 3014 | • LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• Thomson<br>• Toshiba | • ~~Best Buy~~[5]<br>• ~~Circuit City~~<br>• Costco[6]<br>• Interbond<br>• Sears/Kmart[7] | Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo | Yes | 3275 | 3425 | DAPs' Notice of Supplemental Authority (ECF No. 4467) |
| 3026 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Thomson | • ~~Best Buy~~[8]<br>• ~~Circuit City~~<br>• Costco[9]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[10]<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC-Mitsubishi Electric Visual Systems Corporation | Yes | 3251 | 3445 | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Panasonic and MTPD by unopposed joinder (Joinder, ECF No. 4220)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>CPT by unopposed joinder (Joinder, ECF No. 4225)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |

---

[4] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[5] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[6] LG, Toshiba, Thomson and TDA remain in the Costco case. All other defendants have settled with Costco.

[7] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3053 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba | • ~~Best Buy[11]~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[12]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[13]<br>• Tech Data<br>• Tweeter | Corrected Motion for Partial Summary Judgment on Standing Grounds | Yes | 3279 | 3455 | ~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Panasonic and MTPD by unopposed joinder (Joinder, ECF No. 4220)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3047)<br><br>CPT by unopposed joinder (Joinder, ECF No. 4225)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |

[8] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[9] LG and Thomson remain in the Costco case.  Mitsubishi has settled with all DAPs.

[10] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[11] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[12] LG, Thomson and Toshiba remain in the Costco case.  Mitsubishi has settled with all DAPs.

[13] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **3102** | • CPT | • ViewSonic | Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation | Yes | 3263 | 3476 | |

B.      Summary Judgment Motions Related to Plaintiffs' Standing (argued on January 20, 2016)

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **2994** | • LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | • MARTA | Motion for Summary Judgment with Respect to MARTA | No | 3267 | 3431 | |
| **3050** | • CPT[14]<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD | • Sherman Act claims of: ~~Best Buy[15]~~, ~~Circuit City~~, CompuCom, Costco,[16] | Joint Motion for Partial Summary Judgment Against IPPs and Certain DAPs for Lack of | Yes | 3245 | 3428 | All other state law claims initially at issue in the motion have been resolved by stipulation or settlement. |

[14] CPT has settled with all plaintiffs except for Viewsonic.

[15] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[16] LG, Toshiba, Thomson and TDA remain in the Costco case.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | • Panasonic<br>• Philips<br>• Samsung SDI<br>• Toshiba<br>• Thomson<br>• TDA | Electrograph, Interbond, P.C. Richard, et. al., Office Depot, Sears/Kmart[17], Tech Data, Tweeter, ViewSonic<br>• California state law claim of Costco[18] | Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws | | | | DAPs' Notice of Supplemental Authority (ECF No. 4333)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |

**C.      Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA) (argued on January 27, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

[17] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[18] LG, Toshiba, Thomson and TDA remain in the Costco case, but Costco's state law claims against Thomson have been dismissed with prejudice. *See* ECF No. 2440.

MDL No. 1917
Master No. 3:07-cv-05944-SC
JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **3003** | • ~~LG~~ • ~~Mitsubishi Electric~~ • Samsung SDI | • Dell | Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred  by the FTAIA | No | 3235 | 3447 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)\n\nDAPs' Supplemental Brief (ECF No. 4288)\n\nDefendants' Supplemental Brief (ECF No. 4289) |

MDL No. 1917
Master No. 3:07-cv-05944-SC
JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3006 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | • ~~Best Buy[19]~~<br>• Costco[20]<br>• ~~Interbond~~<br>• ~~Office Depot~~ | Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales | No | 3287 | 3452 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)<br><br>The Court previously dismissed certain claims previously at issue in this motion, including the state law indirect claims of Tech Data ECF No. 2433); Costco (ECF No. 3181, 2262); Sears (ECF No. 3394); Electrograph, CompuCom, P.C. Richard, et. al. and Tweeter (ECF No. 3226). The parties stipulated to dismissal of the state law claims of Interbond and Office Depot prior to the hearing on this motion (ECF No. 4335).<br><br>DAPs' Supplemental Brief (ECF No. 4288)<br><br>Defendants' Supplemental Brief (ECF No. 4289) |

---

[19] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy

[20] LG, Toshiba, Thomson and TDA remain in the Costco case.

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3008 | • CPT (as to ~~Best Buy and~~ ViewSonic only) • LG • ~~Mitsubishi Electric~~ • MTPD • Panasonic • Philips • Samsung SDI • TDA • Thomson • Toshiba | • ~~Best Buy[21]~~ • ~~Circuit City~~ • CompuCom • Costco[22] • Dell[23] • Electrograph • Interbond • Office Depot • P.C. Richard, et. al. • Sears/Kmart[24] • Tech Data • Tweeter • ViewSonic[25] | Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | Yes | 3272 | 3442 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)

DAPs' Supplemental Brief (ECF No. 4288)

Defendants' Supplemental Brief (ECF No. 4289)

DAPs' Notice of Supplemental Authority (ECF No. 4467) |
| 3032 | • LG • ~~Mitsubishi Electric~~ | • Sears/Kmart[26] • Tech Data • Tweeter • ~~ViewSonic~~ • ~~Best Buy[27]~~ • ~~Circuit City~~ | Motion for Partial Summary Judgment on FTAIA Grounds | Yes | 3272-3 | 3443 | ~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~

DAPs' Supplemental Brief |

[21] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy

[22] LG, Toshiba, Thomson and TDA remain in the Costco case. All other defendants have settled with Costco.

[23] SDI remains in the Dell case. All other defendants have settled with Dell.

[24] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[25] CPT remains in the ViewSonic case. All other defendants have settled with ViewSonic.

[26] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[27] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
|  |  | • CompuCom<br>• Costco[28]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al. |  |  |  |  | (ECF No. 4288)<br><br>Defendants' Supplemental Brief (ECF No. 4289)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |
| **3108** | • CPT<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~Panasonic~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~Thomson~~ | • ~~Sears/Kmart~~<br>• ~~Tech Data~~<br>• ~~Tweeter~~<br>• ViewSonic | Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce | Yes | 3249 | 3477 | The Court dismissed ViewSonic's complaint without prejudice as to Panasonic, PNA, and MTPD (ECF No. 3215).<br><br>DAPs' Supplemental Brief (ECF No. 4288)<br><br>Defendants' Supplemental Brief (ECF No. 4289) |

---

[28] LG remains in the Costco case.  Mitsubishi has settled with all DAPs.

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

**D.**     **Summary Judgment Motion Related to the Statute of Limitations (argued on February 9, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---------|----------------|-----------------|-----------------|------------------------------|---------------|---------------|---------------------------|
| **3044** | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• Samsung SDI<br>• Thomson<br>• Toshiba | • Dell[29]<br>• Sharp[30] | Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds | As to Sharp only | 3231 | 3472 | Sharp's Objection to Reply Evidence (ECF No. 3503) |

---

[29] The portion of this motion pertaining to Dell is still relevant to SDI, who is the only defendant remaining in the Dell case.

[30] The portion of this motion pertaining to Sharp is still relevant to Toshiba and Thomson.

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

**E. Summary Judgment Motions Related to Withdrawal from the Alleged Conspiracy[31] (argued on February 9, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2972 | • LG<br>• ~~Mitsubishi Electric~~<br>• Toshiba | • ~~Best Buy[32]~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[33]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart[34]~~<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations | Yes | 3268 | 3433 | This motion concerns withdrawal by Hitachi<br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4509); Toshiba's Motion to Strike (ECF No. 4536); DAPs' Opposition to Toshiba's Motion to Strike (to be filed on April 15, 2016 (ECF No. 4561) |

---

[31] These motions are relevant to all of the parties, even if the specific Defendant entities at issue in these motions settle the claims against them. If the Court determines that specific Defendant entities withdrew from the alleged conspiracy, then volume of commerce for which all remaining Defendants may be jointly and severally liable will be reduced to exclude the sales of the withdrawing Defendants following their withdrawal.

[32] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[33] LG and Toshiba remain in the Costco case. Mitsubishi has settled with all DAPs.

[34] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

MDL No. 1917
Master No. 3:07-cv-05944-SC

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2995 | • LG<br>• ~~Mitsubishi Electric~~<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[35]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart[36]~~<br>• Sharp[37]<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment Concerning Withdrawal | Yes | 3280 | 3437 | This motion concerns withdrawal by Toshiba<br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4509); Toshiba's Motion to Strike (ECF No. 4536); DAPs' Opposition to Toshiba's Motion to Strike (to be filed on April 15, 2016 (ECF No. 4561) |
| 3027 | • LG<br>• ~~Mitsubishi Electric~~<br>• Philips<br>• Toshiba | • ~~Best Buy[38]~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[39]<br>• Electrograph | Motion for Partial Summary Judgment (based on withdrawal) | Yes | 3241 | 3461 | This motion concerns withdrawal by Philips Electronics North America Corporation, Philips Taiwan Limited, Philips do Brasil Ltda |

[35] LG and Toshiba remain in the Costco case.  Mitsubishi has settled with all DAPs.

[36] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[37] Toshiba remains in the Sharp case.

[38] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[39] LG and Toshiba remain in the Costco case.  Philips and Mitsubishi have settled with Costco.

MDL No. 1917<br>Master No. 3:07-cv-05944-SC
JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | • Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[40]<br>• Sharp[41]<br>• Tech Data<br>• Tweeter | | | | | LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3028)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4509); Toshiba's Motion to Strike (ECF No. 4536); DAPs' Opposition to Toshiba's Motion to Strike (to be filed on April 15, 2016 (ECF No. 4561) |

[40] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[41] Toshiba remains in the Sharp case.

MDL No. 1917<br>Master No. 3:07-cv-05944-SC

JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3086 | • LG<br>• ~~Mitsubishi Electric~~<br>• Toshiba | • ~~Best Buy~~[42]<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[43]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[44]<br>• Sharp[45]<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment on Withdrawal Grounds (Correction of ECF No. 3043). | Yes | 3262-3 | 3444 | This motion concerns withdrawal by LG<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3055)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4509); Toshiba's Motion to Strike (ECF No. 4536); DAPs' Opposition to Toshiba's Motion to Strike (to be filed on April 15, 2016 (ECF No. 4561) |

**F.  Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities (argued on February 23, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

---

[42] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[43] LG and Toshiba remain in the Costco case.  Mitsubishi has settled with all DAPs.

[44] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[45] Toshiba remains in the Sharp case.

MDL No. 1917
Master No. 3:07-cv-05944-SC
JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2976 | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson<br>• Toshiba | • ~~Best Buy~~[46]<br>• ~~Circuit City~~<br>• CompuCom<br>• ~~Costco~~[47]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart~~[48]<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy | Yes | 3274 | 3439 | This motion concerns the absence of evidence of liability as to specific Hitachi entities<br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011) |
| 2981 | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson<br>• Toshiba | • ~~Best Buy~~[49]<br>• ~~Circuit City~~<br>• ~~Costco~~[50]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al. | Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment (on liability) | Yes | 3236 | 3603 | This motion concerns the absence of evidence of liability as to a specific Thomson entity<br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) |

[46] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[47] LG, Toshiba, and Thomson remain in the Costco case.  Mitsubishi has settled with all DAPs.

[48] LG remains in the Sears/Kmart case.  All other defendants have settled with Sears/Kmart.

[49] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[50] LG, Toshiba, and Thomson remain in the Costco case.  Mitsubishi has settled with all DAPs.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | • Sears/Kmart[51] <br> • Sharp[52] <br> • Tech Data <br> • Tweeter | | | | | ~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~ <br><br> Toshiba by unopposed joinder (Joinder, ECF No. 3011) |
| 2984 | • LG <br> • ~~Mitsubishi Electric~~ <br> • TDA <br> • Thomson | • ~~Best Buy~~[53] <br> • ~~Circuit City~~ <br> • Costco[54] <br> • Electrograph <br> • Interbond <br> • Office Depot <br> • P.C. Richard, et. al. <br> • Sears/Kmart[55] <br> • Sharp[56] <br> • Tweeter | Notice of Motion and Motion for Summary Judgment (on liability, *Illinois Brick*, due process, and statute of limitations) | Yes | 3253 | 3430 | This motion concerns the absence of evidence of liability as to TDA <br><br> The opposition is limited to TDA's Sherman Act claims; Plaintiffs do not oppose TDA's motion as it relates to their state-law claims. <br><br> LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883) <br><br> ~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~ <br><br> Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) |

---

[51] LG remains in the Sears/Kmart. All other defendants have settled with Sears/Kmart.

[52] Toshiba and Thomson remain in the Sharp case.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3001 | • LG<br>• ~~Mitsubishi Electric~~<br>• Panasonic<br>• Thomson<br>• Toshiba | • ~~Best Buy~~[57]<br>• ~~Circuit City~~<br>• CompuCom<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• <u>Sears/Kmart</u>[58]<br>• Sharp[59]<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3248 | 3459 | <u>This motion concerns the absence of evidence of liability as to Panasonic Corp and Panasonic Corporation of North America</u><br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011) |

[53] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[54] LG, Thomson, and TDA remain in the Costco case.  Mitsubishi has settled with all DAPs.

[55] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[56] TDA and Thomson remain in the Sharp case.

[57] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[58] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[59] Thomson and Toshiba remain in the Sharp case.

MDL No. 1917<br>Master No. 3:07-cv-05944-SC
JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3037 | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson | • ~~Best Buy~~[60]<br>• ~~Circuit City~~<br>• Costco[61]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment Based Upon Absence of Evidence of Liability | Yes | 3271 | 3462 | <u>This motion concerns the absence of evidence of liability as to Mitsubishi Electric Corporation</u><br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Thomson by joinder (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897) |
| 3040 | • Koninklijke Philips N.V.<br>• LG<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Costco[62]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[63]<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3240 | 3460 | <u>This motion concerns the absence of evidence of liability as to Koninklijke Philips N.V.</u><br><br>LG by joinder (Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011) |

G.    **Summary Judgment Motions Related to Certain Plaintiffs' State Law Claims[64]  (argued on March 28, 2016)**

---

[60] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[61] LG and Thomson remain in the Costco case.  Mitsubishi settled with all DAPs.

[62] LG and Toshiba remain in the Costco case.  Philips has settled with Costco.

[63] LG remains in the Sears/Kmart case.  All other defendants have settled with Sears/Kmart.

MDL No. 1917
Master No. 3:07-cv-05944-SC
JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2973[65] | • CPT<br>• Thomson<br>• Toshiba | • Best Buy[66] | Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process Grounds | Yes | 3258-3 | 3422 | Thomson by joinder as to Part C of the argument only (Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3013) |
| 2997 | • LG<br>• TDA<br>• Toshiba | • Costco | Motion for Partial Summary Judgment against Costco on Choice of Law Grounds | No | 3264 | 3469 | |
| 3029 | • LG<br>• Toshiba | • Costco | Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on Due Process Grounds | No | 3264 | 3469 | Toshiba by unopposed joinder (Joinder, ECF No. 3038) |

**II.     Resolved Motions Since November 17, 2015 Joint Filing (ECF No. 4192)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3048 | • LG<br>• Mitsubishi | • Best Buy<br>• Costco | Motion for Summary | Yes | 3257 | 3434 | This motion was resolved by the Court's April 14, 2016 |

---

[64] Defendants' Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales, Dkt. No. 3006, also relates to certain plaintiffs' state law claims.  This motion is included in the FTAIA section of the chart.

[65] This motion is affected by the settlements in principle between Best Buy and the Toshiba, Panasonic, LG, and Thomson Defendants.

[66] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ~~Electric US, Inc.~~ • ~~Mitsubishi Electric Visual Solutions America, Inc.~~ | • ~~Dell~~ • ~~Electrograph~~ • ~~Interbond~~ • ~~Office Depot~~ • ~~P.C. Richard, et. al.~~ • ~~Tech Data~~ • ~~Tweeter~~ | ~~Judgment (on liability)~~ | | | | order (ECF No. 4559). |
| **~~2978~~** | • ~~LG~~ • ~~Mitsubishi Electric~~ • ~~MTPD~~ • ~~Panasonic~~ • ~~Philips~~ • ~~Samsung SDI~~ • ~~Toshiba~~ • ~~Thomson~~ • ~~TDA~~ | • ~~Interbond~~ • ~~Office Depot~~ | ~~Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds~~ | ~~No~~ | ~~3250~~ | ~~3448~~ | The parties stipulated to dismissal of the state law claims of Interbond and Office Depot prior to the hearing on this motion (ECF No. 4335). |
| **~~3031~~** | • ~~LG~~ • ~~MTPD~~ • ~~Panasonic~~ • ~~Philips~~ • ~~Samsung SDI~~ • ~~TDA~~ | • ~~Interbond~~ • ~~Office Depot~~ | ~~Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity~~ | ~~No~~ | ~~3252~~ | ~~3423~~ | The parties stipulated to dismissal of the state law claims of Interbond and Office Depot prior to the hearing on this motion (ECF No. 4335). |

MDL No. 1917
Master No. 3:07-cv-05944-SC

JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT