# EXHIBIT 2

# Updated Settlement Matrix

(as of 04/15/2016)

| | Northern District of California Actions | | | | | | | | Other Venues | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DPPS | IPPs | Best Buy | Circuit City | Sears/Kmart | Sharp | Target | Viewsonic | ABC Warehouse, MARTA, P.C. Richard | CompuCom | Costco | Dell | Electrograph | Interbond | Office Depot | Tech Data | Tweeter |
| Philips | S | S | S | S | S | S | S | S | P | P | S | S | P | P | P | P | P |
| Panasonic | S | S | S** | S | S | S | S | N | P | P | N | N | P | P | P | P | P |
| Hitachi | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S |
| LG | S | S | S** | P | P | P | S | P | P | P | P | S | P | P | P | P | P |
| Chunghwa | S | S | S | S | S | N | S | P | S | S | S | N | S | S | S | S | S |
| Toshiba | S | S | S** | P | S | S | S | S | S | S | S | S | S | P | P | P | P |
| SDI | S | S | N | S | S | S | S | S | P | P | S | P | P | P | P | P | P |
| Thomson | S | S | S** | S | S | S | S | S | P | N | P | N | P | P | P | P | P |
| Mitsubishi | P | N | N | P | P | N | P | P | * | N | S | P | * | * | * | * | * |
| TDA | S | S | S** | S | S | S | S | N | P | N | P | N | P | P | P | N | P |
| BMCC | S | S | N | S | S | S | S | S | N | N | S | N | N | N | N | N | N |

Legend for cells: P = Actively Pending (white), S = Settlement Reached (gray), N = Not Active (black).

\* Mitsubishi Electric and these plaintiff parties have agreed in principle on the financial terms of a settlement to resolve these claims, and are in the process of negotiating a written settlement agreement which they anticipate will be executed shortly.

\*\* Best Buy and the Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle.



**Key**
- Actively Pending
- Settlement Reached
- Not Active

30300302.10

MDL No. 1917
Master No. 3:07-cv-05944-SC