Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173-JST | **[PROPOSED] ORDER GRANTING SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

[PROPOSED] ORDER GRANTING SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION
CASE NO. 13-1173-JST; MASTER FILE NO. 07-CV-5944, MDL NO. 1917

Having considered the papers filed by Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA") in support of their Motion for Leave to File a Motion for Reconsideration of the Court's Order Granting Toshiba's Motion to Dismiss Sharp's First Amended Complaint (ECF Nos. 2435, 2442), and on finding good cause therefor, the Court hereby ORDERS as follows:

        IT IS HEREBY ORDERED that SEC and SEMA's Motion is GRANTED.

        IT IS FURTHER ORDERED that Sharp's proposed Motion for Reconsideration, attached as Exhibit A to SEC and SEMA's Motion for Leave to File a Motion for Reconsideration, is hereby deemed filed in the above-captioned case and submitted for the Court's review.

**SO ORDERED:**

Dated: _____    _____
                                                     HON. JON S. TIGAR
                                                United States District Judge

[PROPOSED] ORDER GRANTING SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION
CASE NO. 13-1173-JST; MASTER FILE NO. 07-CV-5944, MDL NO. 1917

1