

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

Jerome A. Murphy
(202) 624-2985
JMurphy@crowell.com

April 18, 2016

**VIA OVERNIGHT DELIVERY AND ECF**

Hon. Jon S. Tigar, United States District Judge
United States District Court, N.D. California
250 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA 94102

      Re:    In re CRT Antitrust Litigation, Case No. 07-cv-5944-JT, MDL No. 1917; *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Individual Case No. 14-cv-025104-JT

Dear Judge Tigar:

      I write to advise the Court that Plaintiff ViewSonic Corporation has reached an agreement in principle to settle with Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., the final remaining defendants in the above-captioned case. A stipulation of dismissal will be filed with the Court once the terms of the settlement agreement are fulfilled.

      In the meantime, the parties respectfully request that the Court not rule on any pending motions in this case or take any further action in this case pending the finalization of a definitive settlement agreement, which we expect within the next week or two. That includes the following summary judgment motions, *Daubert* motions, and motions in limine:

- Dkt. No. 3102: Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation
- Dkt. No. 3050: Joint Motion for Partial Summary Judgment Against IPPs and Certain DAPs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws
- Dkt. No. 3008: Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA

Hon. Susan Illston
April 18, 2016
Page 2

- Dkt. No. 3108: Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce
- Dkt. No. 3526: Defendants Chunghwa Picture Tubes, Ltd and Chunghwa Picture Tubes (Malaysia) SDN. Bhd.'s Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable to the Chunghwa Defendants

Sincerely,

Jerome A. Murphy

cc: All counsel of record (service via ECF)