1  Kenneth A. Gallo (*pro hac vice*)
2  Joseph J. Simons (*pro hac vice*)
   Craig A. Benson (*pro hac vice*)
3  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   2001 K Street, NW
4  Washington, DC  20006-1047
   Telephone:  (202) 223-7300
5  Facsimile:  (202) 223-7420
   Email: kgallo@paulweiss.com
6  Email: jsimons@paulweiss.com
7  Email: cbenson@paulweiss.com

8  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
9  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
10 San Francisco, California  94111
   Telephone:  (415) 788-8200
11 Facsimile:  (415) 788-8208
12 Email: staylor@tcolaw.com
   Email: jpatchen@tcolaw.com
13

14 *Attorneys for Plaintiffs Sharp Electronics Corporation and
   Sharp Electronics Manufacturing Company of America, Inc.*
15

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18                      **SAN FRANCISCO DIVISION**

19

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 (JST) |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER DENYING TOSHIBA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION TO DISMISS SHARP'S SECOND AMENDED COMPLAINT BASED ON A FORUM-SELECTION CLAUSE** |
| *Sharp Electronics Corp.*, et al. v. *Hitachi Ltd.*, et al., Case No. 13-cv-1173 (JST) | |

Having considered Toshiba's Administrative Motion for Leave to File a Motion to Dismiss Sharp's Second Amended Complaint Based on a Forum-Selection Clause (ECF No. 4557) (the "Motion for Leave"), and Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Opposition thereto, the Court hereby ORDERS as follows:

IT IS HEREBY ORDERED that Toshiba's Motion for Leave is DENIED.

**SO ORDERED:**

Dated: _____          _____
                                    HON. JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING TOSHIBA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION TO DISMISS SHARP'S SECOND AMENDED COMPLAINT BASED ON A FORUM-SELECTION CLAUSE
CASE NO. 07-CV-5944 (JST), MDL NO. 1917

1