UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To:<br>ALL DIRECT ACTION PLAINTIFFS | **ORDER GRANTING MOTION TO STRIKE NOTICE OF SUPPLEMENTAL AUTHORITY** |

Direct Actions Plaintiffs ("DAPs") submitted a notice of supplemental authority on March 21, 2016. ECF No. 4509. In that notice, DAPs brought to the Court's attention a recent decision of the Northern District of California. Toshiba Defendants then filed a Motion to Strike DAPs' submission as violating Local Civil Rule 7-3(d), which requires leave of court before such a notice can be filed. ECF No. 4536. DAPs filed their Response to Toshiba's Motion on April 15, 2016. ECF No. 4561. Pursuant to Local Rule 7-1(b), the motion is appropriate for determination without oral argument and the hearing noticed for May 26, 2016 is hereby VACATED.

In their Response, DAPS state that they "acknowledge that the text of Local Civil Rule 7-3(d) requires leave of court in order to submit a supplemental authority after the hearing date of a particular motion." ECF No. 4561 at 1. Because the DAPs did not obtain leave of court, the Court GRANTS Toshiba's Motion and STRIKES DAPs' notice of supplemental authority.

**IT IS SO ORDERED.**

Dated: April 18, 2016

JON S. TIGAR
United States District Judge