1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13
14
15
16

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** <br><br> This Document Relates to: <br><br> All Indirect-Purchaser Actions | Master File No. 3:07-cv-5944-JST <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

17
18
19
20
21
22
23
24
25
26
27
28

1    GOOD CAUSE APPEARING THEREFORE, Indirect-Purchaser Plaintiffs' Administrative
2  Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby
3  GRANTED.
4    IT IS SO ORDERED.

6  DATED:  __April 18, 2016_____

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

[PROPOSED] ORDER GRANTING INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 - Case No. 3:07-cv-5944, MDL No. 1917