UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: April 19, 2016            Judge: Jon S. Tigar

Time: 1 hour, 25 minutes

Case No.     **3:07-cv-05944-JST**
Case Name     **MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust Litigation**

Attorneys for Plaintiffs:     Mario N. Alioto
                                      Craig Benson
                                        Debra D. Bernstein
                                        William J. Blechman
                                        Robert J. Bonsignore
                                        Lauren C. Capurro
                                        Patrick Clayton
                                        Ken Gallo
                                        Sherman Kassof
                                        Christopher T. Micheletti
                                        Cori G. Moore
                                        Jason C. Murray
                                        Joseph M. Patane
                                        Samuel Randall
                                        Guido Saveri
                                        R. Alexander Saveri
                                        Francis Scarpulla
                                        Kyle Smith
                                        James M. Wagstaffe
                                        Steven N. Williams

Attorneys for Defendants:    Eliot A. Adelson
                                        Rachel S. Brass
                                        Brad D. Brian
                                        Michael T. Brody
                                        Christopher M. Curran
                                        Cathleen H. Hartge
                                        Ryan M. Hurley
                                        Susan E. Nash
                                        Kathy J. Osborn
                                        Michael W. Scarborough
                                        Jennifer M. Stewart
                                        Terrence J. Truax

3:07-cv-05944-JST
April 19, 2016


| | |
|---|---|
| Attorneys for Objectors: | John D. Bogdanov |
| | Josef Cooper |
| | Tracy Kirkham |
| | Theresa Moore |

Deputy Clerk: William Noble                                   Court Reporter: Rhonda Aquilina

### PROCEEDINGS

- Joinders to Motions for Summary Judgment (ECF No. 4540)
- Fairness Hearing (ECF No. 4452)
- Scheduling Conference (ECF No. 4452)
- Further status conference


### RESULT OF HEARING

1. Case was called at 2:06 p.m.  No objectors not represented by counsel requested to be heard.

2. The Court heard argument on issues related to the Chunghwa settlement.  Upon inquiry to objectors and IPP Lead Counsel, and hearing no objection, the Court ordered that the documentation related to the cost of Chunghwa's notice in the amount of $500,000 be reviewed <u>in camera</u>.  The Court ordered it be submitted by April 22, 2016.

3. The Court offered an opportunity to objectors and IPP Lead Counsel to address matters raised regarding fees and expenses based upon production of additional materials.  Both sides submitted on the papers, and the matter is taken under submission.

4. The Court initially proposed the following sets of trial dates:
    Pretrial conferences: August 10, 2016 and August 11, 2016
    Sharp trial:  September 6, 2016
    Sears / Kmart / DAP trial:  November 7, 2016
    Pretrial conferences: October 24, 2016 and October 25, 2016
    DPP trial:  January 9, 2017

5. The Court heard from parties in the DPP case and from assorted parties to the DAP case on the viability or accuracy of those dates.  Based on the DPP schedule and needs of a particular party to the Sharp trial, the Court is now considering the possibility of altered trial dates.  Potential dates discussed might be:
    Consolidated pretrial conferences:  October 17, 2016 and October 18, 2016
    Sharp trial:  November 7, 2016
    Pretrial conference:  December 12, 2016 and December 12, 2016
    Sears / Kmart / DAP trial:  January 9, 2017
    DPP trial:  March 6, 2017

2

6. The Court will accept supplemental filings related to setting trial schedule from Defendants in DAP cases by April 25, 2016, and responses from plaintiffs by April 29, 2016.

7. Parties to the DPP trial shall meet and confer regarding the trial date. They shall comply with the April 25, 2016 and April 29, 2016 deadlines set out above.

8. By April 22, 2016, the parties shall inform the Court whether the following motions moot (identified by docket number): 2973, 3050, 3102, 3018.

9. By April 22, 2016, the parties will confirm that the following motions are already resolved and require no further action by the Court: 3048, 2978, 3031.

10. By April 22, 2016, the parties will confirm whether or not the following motions are moot: 3008 and 3526.

11. Except for a single motion related to state law claims identified during the hearing, the Court will withhold issuing any orders on pending motions for summary judgment until after May 2, 2016.

12. The Court heard argument on joinder, and takes the matter under submission.