UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>    Defendants. | Case No.  3:07-cv-05944-JST<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 4/20/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Copies of the Order also served via email to the address listed on the Court's docket.

Brad D. Brian
Munger Tolles & Olson LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071

Cheryl Ann Galvin
Quinn Emmanuel Urquhart & Sullivan LLP
555 Twin Dolphin Dr
5th Floor
Redwood Shores, CA 94065

Cori Gordon Moore
Perkins Coie LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

Gabriel A. Fuentes
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611-7603

Kevin J. Murray
Kenny Nachwalter PA
Four Seasons Tower
1441 Brickell Avenue
Suite 1100
Miami, FL 33131

Laura K Lin
Munger, Tolles and Olson LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907

Martin C. Geagan
Winston and Strawn LLP
200 Park Avenue
New York, NY 10166

Dated: 4/20/2016

                                    Susan Y. Soong
                                    Clerk, United States District Court

By:_____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR