1  SYLVIE K. KERN (111751)
   Law Offices of Sylvie Kulkin Kern
2  2532 Lake Street
   San Francisco, CA 94121
3  Tel: (415) 221-5763
4  E-mail: sylviekern@yahoo.com

5  *Counsel for Indirect Purchaser Plaintiffs
   Jeffrey Figone and Louise Wood*

6
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12
13  IN RE: CATHODE RAY TUBE (CRT)        )  Master File No. 3:07-cv-05944 JST
14  ANTITRUST LITIGATION                 )
                                         )  MDL No. 1917
15                                       )
                                         )  **CLASS ACTION**
16                                       )
                                         )  **NOTICE OF CHANGE OF CONTACT**
17                                       )  **INFORMATION**
18  _____  )
    This document relates to:            )
19                                       )
    ALL INDIRECT PURCHASER ACTIONS       )
20                                       )
                                         )
21  _____  )

22          TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

23          PLEASE TAKE NOTICE that effective immediately, the contact information for Sylvie
24  K. Kern, formerly of the KAG Law Group, has changed to:

25          Law Offices of Sylvie Kulkin Kern
            2532 Lake Street
26          San Francisco, CA 94121
            Tel: (415) 221-5763
27          sylviekern@yahoo.com
28

- 1 -

Dated: April 21, 2016

By: /s/ *Sylvie K. Kern*
Sylvie K. Kern

Law Offices of Sylvie Kulkin Kern
2532 Lake Street
San Francisco, CA 94121
Tel: (415) 221-5763
sylviekern@yahoo.com

*Counsel for Indirect Purchaser Plaintiffs Jeffrey Figone and Louise Wood*

- 2 -
NOTICE OF CHANGE OF CONTACT INFORMATION
MDL NO. 1917, MASTER FILE NO. 3:07-CV-05944-JST