UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER REGARDING OBJECTIONS TO EVIDENCE IN PENDING MOTIONS** |
| ALL DIRECT ACTION PLAINTIFFS | |

The parties jointly filed updated lists of pending motions.  ECF Nos. 4547, 4564.  Within those lists the parties noted related filings, such as supplemental briefs, supplemental authority, joinders, and oppositions to joinders.  The parties did not note, however, any objections to evidence submitted in support of the parties' briefs.  See, e.g., ECF No. 3449 (objecting to proposed evidence submitted in support of an opposition to a motion for summary judgment). Compare ECF Nos. 4547 and 4564 (omitting objections to evidence in the most recent list of pending motions) with 3920-1 (including objections to evidence in a July 1, 2015 list of pending motions).  With so many pending motions (among the more than 4500 filings on the docket), the Court can effectively rule on the pending motions and related filings only if the parties provide up-to-date lists with comprehensive information.

Accordingly, the parties are ORDERED to provide the Court with a jointly-filed list of previously filed objections to evidence, whether filed separately or within certain briefs, regarding the pending (but not moot) motions listed in the most recent lists found at ECF Nos. 4547 and 4564.  Objections not contained in this list will be deemed waived.  If the lists provided at ECF

///

///

United States District Court
Northern District of California

Nos. 4547 and 4564 are missing any other information regarding related filings important to the Court's ruling on the pending motions, the parties should provide that information as well.  The parties should jointly file the list no later than April 26, 2016.

      **IT IS SO ORDERED.**

Dated:  April 21, 2016



                          JON S. TIGAR
                  United States District Judge