Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to Case No. 3:13-cv-1173-JST (N.D. Cal.)<br><br>SHARP ELECTRONICS CORP., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>*Defendants.* | **TOSHIBA'S RESPONSE TO SHARP'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date:          June 16, 2016<br>Time:         2:00 p.m.<br>Courtroom:  9, 19th Floor<br><br>The Honorable Jon S. Tigar |

Sharp has filed an administrative motion seeking leave to file a motion for reconsideration relating to Judge Conti's ruling on the forum-selection clause in Sharp's Basic Transaction Agreement. ECF No. 4565. Notably, Sharp is simultaneously *opposing* Toshiba's administrative motion seeking leave to file its own motion relating to Judge Conti's treatment of the very same forum-selection clause. ECF No. 4567. Toshiba could take the same reflexive and cynical approach that Sharp has taken — urging the Court to grant our administrative motion, but not theirs. Toshiba declines to take this approach.

Toshiba certainly would have ample justification for arguing that its administrative motion (ECF No. 4557) should be granted and Sharp's should be denied. After all, Sharp filed its administrative motion in a procedurally improper manner (ECF No. 4563), and corrected its error only after the April 12, 2016 deadline; Toshiba, in contrast, filed its motion in a timely manner and in compliance with the procedure set forth by the Court in its December 17, 2015 Order (ECF No. 4261) and by governing local rules.

Furthermore, Sharp's administrative motion is the one seeking to file a motion for reconsideration, but Sharp does not make the showing required under the local rule for such motions. Though Sharp asserts it is justified in seeking reconsideration pursuant to Civil Local Rules 7-9(b)(2) and (3) (ECF No. 4565, at 4), in truth Sharp fails to meet the standard prescribed in those rules by not only failing to prove "reasonable due diligence" in bringing the motion now, but also errantly seeking to justify reconsideration by relying on information and argument it could have, and should have, presented to the Court in the first instance. *See In re CRT Antitrust Litig.*, Case No. C-07-5944-SC, 2014 WL 4446294, at *4 (N.D. Cal. Sept. 8, 2014) (Conti, J.) (denying Sharp's motion for reconsideration because Sharp based that motion for reconsideration on facts and arguments it could have presented to the Court in the first instance and noting that "the Court is only able to weigh the facts which the parties put before it"). Interestingly, before the ink was even dry on Sharp's administrative motion for leave to file its motion for reconsideration, Sharp's counsel appeared in open court on Tuesday broadly decrying any suggestion that Toshiba would file a motion for reconsideration (on trial structure). Transcript of April 19, 2016 Hearing, 41:9-21 ("This will be the third time

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

this issue – if a motion is filed, it will be the third time the issue will have been litigated on the question of whether the trials should be separate or not. . . . And so while I guess people can file motions if they wish to file motions, it will be the third time that you've been – that the Court has been asked to rule on that issue.").

In contrast, Toshiba's administrative motion seeks leave not to file a motion for reconsideration, but a motion to dismiss. ECF No. 4557. That Judge Conti permitted Sharp to amend its complaint to assert joint-and-several claims does not make Toshiba's proposed motion to dismiss a motion for reconsideration. As this Court and other courts have recognized, filing a motion to dismiss is governed by a different — and more defendant-friendly — standard than a motion to amend a complaint, which enjoys an exceedingly lenient standard for plaintiffs. *See* ECF No. 2612, at 3-5 (granting Sharp's motion for leave to amend based on a review of Sharp's proposed amendments under the "liberal standard of Rule 15" and noting that such leave is "freely given" "with extreme liberality"); *dpiX LLC, v. Yieldboost Tech., Inc.*, No. 14-cv-05382, 2015 U.S. Dist. LEXIS 117267, at *11-12 (N.D. Cal. Sept. 2, 2015) (Tigar, J.) (stating that "[t]he merits or facts of a controversy are not properly decided in a motion for leave to amend and should instead be attacked by a motion to dismiss for failure to state a claim for summary judgment").

Nonetheless, while Toshiba would have ample justification for advocating the grant of its administrative motion and the denial of Sharp's, Toshiba instead urges the Court to grant both motions. Toshiba is confident that full consideration of the issues surrounding the forum-selection clause will demonstrate that all of Sharp's claims belong in Japan and not in this Court.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    For these reasons, Toshiba respectfully requests that the Court grant both Toshiba's
2    and Sharp's motions for leave so that the critical issues contested in both of the underlying
3    motions can be fully briefed and fully resolved.

                                                      Respectfully submitted,

Dated:  April 21, 2016            **WHITE & CASE** LLP

                                        By*:   /s/ Christopher M. Curran*
                                            Christopher M. Curran (*pro hac vice*)
                                            ccurran@whitecase.com
                                            Lucius B. Lau (*pro hac vice*)
                                            alau@whitecase.com
                                            Dana E. Foster (*pro hac vice*)
                                            defoster@whitecase.com
                                            701 Thirteenth Street, N.W.
                                            Washington, DC  20005
                                            tel.: (202) 626-3600
                                            fax: (202) 639-9355

                                            *Counsel to Defendants Toshiba Corporation,*
                                            *Toshiba America, Inc., Toshiba America*
                                            *Information Systems, Inc., and Toshiba*
                                            *America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

TOSHIBA'S RESPONSE TO SHARP'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION
Case No. 07-5944 JST
MDL No. 1917
3

## CERTIFICATE OF SERVICE

On April 21, 2016, I caused a copy of "TOSHIBA'S RESPONSE TO SHARP'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: _/s/ Lucius B. Lau_
      Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TOSHIBA'S RESPONSE TO SHARP'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION
Case No. 07-5944 JST
MDL No. 1917