David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
CGMoore@perkinscoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

David P. Chiappetta (Bar No. 172099)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DChiappetta@perkinscoie.com

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

Case No. 3:11-cv-06397-JST

COSTCO WHOLESALE CORPORATION,

Plaintiff,

v.

HITACHI LTD., et al.,

Defendants.

Master File Case No. 3:07-cv-05944-JST

MDL No. 1917

Individual Case No. 3:11-cv-06397-JST

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively, "Samsung SDI") by their respective attorneys hereby stipulate and agree as follows:

1. Pursuant to the parties' confidential written settlement agreement, Costco and Samsung SDI now seek dismissal of this action as to Samsung SDI with prejudice.

2. This stipulation does not affect the rights or claims of Costco against any other defendant in this litigation.

3. Each party shall bear its own fees and costs.

4. WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

DATED: April 22, 2016

**PERKINS COIE LLP**

By: /s/ David P. Chiappetta
David P. Chiappetta (Bar No. 172099)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email: DChiappetta@perkinscoie.com

David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
CGMoore@perkinscoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

Attorneys for Plaintiff
Costco Wholesale Corporation

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ James L. McGinnis

Gary L. Halling (Bar No. 66087)
James L. McGinnis (Bar No. 95788)
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com

Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

130711557.2