Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; No. CV-13-03234-JST |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO ORDER REGARDING SUPPORT FOR CHUNGHWA NOTICE COSTS** |
| | Date: None<br>Time: None<br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor<br>Special Master: Martin Quinn (JAMS) |

Indirect Purchaser Plaintiffs ("IPPs") hereby respond to the Order Regarding Support for Chunghwa Notice Costs, ECF No. 4584 ("Order").

In accordance with the Order, which requires that IPPs file the materials supporting the claimed Chunghwa notice expenses, IPPs attach hereto the following documents:

1. **Exhibit 1**: The final invoice from The Notice Company dated January 13, 2012 showing that the final installment payment of $61,365.75 was due on February 1, 2012. The second page of the invoice summarizes the Chunghwa notice costs and shows the total cost ($502,282.50), the credit for the amount over budget ($2,282.50), the payments already made by IPPs and the dates on which those payments were made. The final installment payment due ($61,365.75) plus the payments already made ($377,268.50 plus $61,365.75) equal $500,000.

2. **Exhibit 2**: An Invoice Summary prepared by The Notice Company showing that IPPs made the final installment payment of $61,365.75 on February 1, 2012. The Invoice Summary also shows the total cost incurred ($502,282.50), the budget ($500,000), the credit for the amount over budget ($2,282.50), the installment payments by IPPs and the dates those amounts were paid, and the total amount paid by IPPs ($500,000).

All of the foregoing was done in accordance with the Order Granting Preliminary Approval of the Chunghwa Settlement, which provided that up to $500,000 could be used for the cost of notice and that this amount was chargeable against the Chunghwa Settlement Fund. (Dkt. No. 993, ¶ 23.)

Dated: April 22, 2016

Respectfully submitted,

 */s/ Mario N. Alioto*
Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*

# EXHIBIT 1

# Invoice

THE NOTICE COMPANY, INC
94 STATION ST
HINGHAM, MA 02043

www.Notice.com
(781) 740-1900

| Date | Invoice No. |
|---|---|
| 01/13/12 | 12001 |

**Bill To:**

CRT Settlement-Indirects: Chunghwa
c/o Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123

| Project | Due Date |
|---|---|
| Chunghwa Notice | 02/01/12 |

| Item | Description | Amount |
|---|---|---|
| Notice Program | Notice Program Implementation | 122,731.50 |
| Credit | Credit: 50% Paid in Nov 2011 | -61,365.75 |
| | Note: See attached Summary of Program Costs Paid | |

Please remit to above address.

**Total** $61,365.75

**The Notice Company, Inc.**  
*www.notice.com*  

1/13/12

| CRT INDIRECT-PURCHASER CLASS SETTLEMENT CHUNGHWA PICTURE TUBES, LTD NOTICE PROGRAM | | | |
|---|---|---|---|
| **TOTAL COST** | | | $ 502,282.50 |
| **Budget:** | | | $ 500,000.00 |
| | Credit for Amount Overbudget | | $ (2,282.50) |
| | Prior Amount Paid: Oct 2011 | | $ (377,268.50) |
| **Final Amount Due as of November 2011** | | | $ 122,731.50 |
| | 50% Paid November 2011 | | $ 61,365.75 |
| | 50% Due February 2012 | | $ 61,365.75 |

# EXHIBIT 2

*The Notice Company, Inc.*

*94 Station Street, Hingham, MA 02043*

---

| www.notice.com | classact@notice.com | (888) 870-9530 | (781) 740-1900 | fax(781) 740-0888 |

April 20, 2016

## INVOICE SUMMARY

| \ | CRT INDIRECT-PURCHASER CLASS SETTLEMENT CHUNGHWA PICTURE TUBES, LTD  NOTICE PROGRAM | |
|---|---|---|
| **TOTAL COST** | | $ 502,282.50 |
| **BUDGET** | | $ 500,000.00 |
| | Credit for Amount Over Budget | $ ( 2,282.50) |
| | Amount Paid 10/04/2011 | $ (377,268.50) |
| | Amount Paid 11/15/2011 | $ (61,365.75) |
| | Amount Paid 02/01/2012 | $ (61,365.75) |
| **TOTAL PAID** | | **$ 500,000.00** |