1  [COUNSEL LISTED ON SIGNATURE PAGE]

2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-JST (N.D. Cal) |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Best Buy Co. v. Hitachi, Ltd.,* 11-cv-05513; | **JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT** |
| *Best Buy Co. v. Technicolor SA*, No. 13-cv-05264; | **Judge:  Hon. Jon S. Tigar** |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.* No. 2:11-cv-06396; | **Court:  Courtroom 9, 19th Floor** |
| *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397; | |
| *Costco Wholesale Corporation v. Technicolor SA, et al.*, No. 13-cv-05723; | |
| *Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171; | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 3:11-cv-01656; | |
| *Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; | |
| *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, | |

1  No. 3:11-cv-06275;

2  *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727;

3

4  *Office Depot, Inc. v. Hitachi, Ltd. et al.*, No. 3:11-cv-06276;

5  *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726;

6

7  *P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.,* No. 3:12-cv-02648;

8  *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

9

10  *Siegel v. Hitachi, Ltd.,* No. 11-cv-05502;

11  *Siegel v. Technicolor SA,* No. 13-cv-05261;

12  *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 3:12-cv-2649;

13

14  *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668;

15

16  *Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* No. 13-cv-02776;

17  *Sharp Elecs. Corp. v. Hitachi Ltd.*, No. 13-cv-1173

18

19  *Sears, Roebuck and co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514;

20

21  *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA,* No. 13-cv-05262;

22

23  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

24  *Viewsonic Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 14-cv-02510

25

26

27

28

Pursuant to the Court's request at the April 19, 2016 hearing (*see* ECF No. 4572 at 3), the parties hereby jointly submit a status update as to the nine motions identified by the Court at that hearing.

The parties confirm the Court's understanding that the following motions, identified by ECF docket number, are moot: 2973, 3102, 3108,[1] 3526.

The following motions, identified by ECF docket number, are not moot, and remain to be resolved by the Court: 3050 (which remains live as to federal claims only, as the state law claims initially at issue in this motion have otherwise been resolved), 3008.

Lastly, the parties confirm the Court's understanding that the following motions, identified by ECF docket number, are resolved and require no further action by the Court: 3048, 2978, 3031.

Dated: April 22, 2016

MUNGER, TOLLES & OLSON LLP

By: */s/ Brad D. Brian*

BRAD BRIAN (SBN 079001)
brad.brian@mto.com
GREGORY J. WEINGART (SBN 157997)
gregory.weingart@mto.com
SUSAN E. NASH (SBN 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

---

[1] Although the minute entry from the April 19, 2016 hearing (*see* ECF No. 4572 at 3) refers to docket number 3018, the parties assume that the Court is seeking a status update as to docket number 3108 (docket number 3018 is Toshiba's joinder to ECF No. 3000, which was dismissed as moot on July 21, 2015, *see* ECF No. 3928).

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: /s/ *Jeffrey L. Kessler* |
| 3 | JEFFREY L. KESSLER (*pro hac vice*) |
|   | Email: JKessler@winston.com |
| 4 | A. PAUL VICTOR (*pro hac vice*) |
|   | Email: PVictor@winston.com |
| 5 | ALDO A. BADINI (SBN 257086) |
|   | Email: ABadini@winston.com |
| 6 | EVA W. COLE (*pro hac vice*) |
|   | Email: EWCole@winston.com |
| 7 | MOLLY M. DONOVAN (*pro hac vice*) |
|   | Email: MMDonovan@winston.com |
| 8 | WINSTON & STRAWN LLP |
| 9 | 200 Park Avenue |
|   | New York, NY 10166 |
| 10 | Telephone: (212) 294-6700 |
|   | Facsimile: (212) 294-4700 |
| 11 | |
| 12 | |
|   | WEIL, GOTSHAL & MANGES LLP |
| 13 | |
|   | DAVID L. YOHAI (*pro hac vice*) |
| 14 | Email: david.yohai@weil.com |
|   | ADAM C. HEMLOCK (*pro hac vice*) |
| 15 | Email: adam.hemlock@weil.com |
| 16 | |
|   | WEIL, GOTSHAL & MANGES LLP |
| 17 | 767 Fifth Avenue |
| 18 | New York, New York 10153-0119 |
|   | Telephone: (212) 310-8000 |
| 19 | Facsimile: (212) 310-8007 |
| 20 | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.),* |
| 21 | *Panasonic Corporation of North America, MT Picture Display Co., Ltd.* |
| 22 | |
| 23 | GIBSON, DUNN & CRUTCHER LLP |
|   | By: /s/ *Joel S. Sanders* |
| 24 | |
| 25 | JOEL S. SANDERS (SBN 107234) |
|   | jsanders@gibsondunn.com |
| 26 | RACHEL S. BRASS (SBN 219301) |
|   | rbrass@gibsondunn.com |
| 27 | AUSTIN V. SCHWING (SBN 211696) |
| 28 | aschwing@gig@gibsondunn.com |

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT

GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306


FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*

Terrence J. Truax (*pro hac vice*)
Email: ttruax@jenner.com
Charles B. Sklarsky (*pro hac vice*)
Email: csklarsky@jenner.com
Michael T. Brody (*pro hac vice*)
Email: mbrody@jenner.com
Gabriel A. Fuentes (*pro hac vice*)
Email: gfuentes@jenner.com
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     (312) 222-9350
Facsimile:     (312) 527-0484

Brent Caslin (Cal. Bar. No. 198682)
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:   (213) 239-5199
bcaslin@jenner.com


Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT

| | |
|---|---|
| 1 | Kevin Y. Teruya (Cal. Bar. No. 235916) |
| 2 | kevinteruya@quinnemanuel.com |
|   | QUINN EMANUEL URQUHART & |
| 3 | SULLIVAN, LLP |
|   | 865 South Figueroa Street, 10th Floor |
| 4 | Los Angeles, California 90017-2543 |
|   | Telephone:     (213) 443-3000 |
| 5 | Facsimile:      (213) 443-3100 |

Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:     +81 3 5510 1711
Facsimile:      +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

WHITE & CASE LLP

By: /s/ *Christopher M. Curran*

CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ *John M. Taladay*

JOHN M. TALADAY (*pro hac vice*)

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT

Email: john.taladay@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited and Philips do Brasil Ltda.*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ James L. McGinnis*

GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
Email: mscarborough@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

LEO D. CASERIA (SBN 240323)
Email: lcaseria@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT

| | |
|---|---|
| 1 | |
| 2 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 3 | |
| 4 | |
| 5 | FAEGRE BAKER DANIELS LLP |
| 6 | By: /s/ *Kathy L. Osborn* |
| 7 | KATHY L. OSBORN (*pro hac vice*)<br>Email: kathy.osborn@FaegreBD.com |
| 8 | RYAN M. HURLEY (*pro hac vice*)<br>Email: ryan.hurley@FaegreBD.com |
| 9 | FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700 |
| 10 | Indianapolis, IN 46204 |
| 11 | Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000 |
| 12 | JEFFREY S. ROBERTS (*pro hac vice*) |
| 13 | Email: jeff.roberts@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP |
| 14 | 3200 Wells Fargo Center<br>1700 Lincoln Street |
| 15 | Denver, CO 80203 |
| 16 | Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600 |
| 17 | *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| 18 | |
| 19 | SQUIRE PATTON BOGGS (US) LLP |
| 20 | By: /s/ *Mark C. Dosker* |
| 21 | MARK C. DOSKER (SBN 114789)<br>Email: mark.dosker@squirepb.com |
| 22 | NATHAN LANE, III (SDN 50961)<br>Email: nathan.lane@squirepb.com |
| 23 | 275 Battery Street, Suite 2600<br>San Francisco, CA 94111 |
| 24 | Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887 |
| 25 | DONALD A. WALL (*pro hac vice*) |
| 26 | Email: donald.wall@squirepb.com<br>SQUIRE PATTON BOGGS (US) LLP |
| 27 | 1 East Washington Street, Suite 2700<br>Phoenix, Arizona 85004 |
| 28 | |

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT

Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

CURTIS, MALLET-PREVOST, COLT &
  MOSLE LLP
By: /s/ *Jeffrey I. Zuckerman*

JEFFREY I. ZUCKERMAN (*pro hac vice*)
Email: jzuckerman@curtis.com
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202.452.7350
Facsimile: 917.368.7350

ARTHUR GAUS (SBN 289560)
Email: asg@dillinghammurphy.com
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

BOIES, SCHILLER & FLEXNER LLP
By: */s/ Philip J. Iovieno*

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT

| | |
|---|---|
| 1 | Philip J. Iovieno |
| 2 | Anne M. Nardacci<br>BOIES, SCHILLER & FLEXNER LLP |
| 3 | 30 South Pearl Street, 11th Floor<br>Albany, NY 12207 |
| 4 | Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665 |
| 5 | Email: piovieno@bsfllp.com<br>Email: anardacci@bsfllp.com |

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corp., MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corp., and Tech Data Product Management, Inc.*

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
By: */s/ Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Tel:    305-374-7580
Fax:   305-374-7593
Email: rturken@bilzin.com
Email: swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
By: */s/ Roman M. Silberfeld*

Roman M. Silberfeld (SBN 62783)
David Martinez (SBN 193183)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT

*Attorneys For Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

PERKINS COIE LLP
By: */s/ David. J. Burman*

David J. Burman
Cori G. Moore
Nicholas H. Hesterberg
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
Email:  CGMoore@perkinscoie.com
Email:  NHesterberg@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corp.*

CROWELL & MORING LLP
By: */s/ Jason C. Murray*

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

*Attorneys for Plaintiff ViewSonic Corp.*

KENNY NACHWALTER, P.A.
By: */s/ William J. Blechman*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
Email: kmurray@knpa.com
Email: wblechman@knpa.com
Email: rarnold@knpa.com

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
By: */s/ Kenneth A. Gallo*

Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)

TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

ALSTON & BIRD LLP
By: */s/ Debra D. Bernstein*

Michael P. Kenny
Debra D. Bernstein
Rodney J. Ganske
Matthew D. Kent
Elizabeth Jordan
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT

1
2
3

mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com
matthew.kent@alston.com
elizabeth.jordan@alston.com

4
5
6
7

James M. Wagstaffe, Esq. (SBN 95535)
Kerr & Wagstaffe LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500
wagstaffe@kerrwagstaffe.com

8
9

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

10
11
12

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MDL No. 1917
Master No. 3:07-cv-05944-JST

JOINT STATUS UPDATE AS TO CERTAIN PENDING MOTIONS IDENTIFIED BY THE COURT