Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) <br><br> MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) <br><br> DELL INC. AND DELL PRODUCTS L.P., <br><br> PLAINTIFFS, <br><br> V. <br><br> HITACHI, LTD., *ET AL*., <br><br> DEFENDANTS. | **STIPULATION OF DISMISSAL OF DEFENDANT LG ELECTRONICS, INC.** |

1 | Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendant LG Electronics, Inc. ("LGE"), by and through undersigned counsel, stipulate and agree that Dell hereby dismisses with prejudice all claims being asserted against LGE in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. In support of this stipulation of dismissal, the parties state as follows:

    1.    Dell and LGE seek the dismissal of this action with prejudice.

    2.    This stipulation does not affect the rights or claims Dell may have against any other defendant or co-conspirator in this litigation.

    3.    Each side shall bear its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

DATED:  April 25, 2016        Respectfully submitted,

By:   *Michael P. Kenny*
    Michael P. Kenny, Esq. (GA Bar No. 415064)
    mike.kenny@alston.com
    Debra D. Bernstein, Esq. (GA Bar No. 054998)
    debra.bernstein@alston.com
    Matthew D. Kent, Esq. (GA Bar No. 526272)
    matthew.kent@alston.com
    **ALSTON & BIRD LLP**
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
    Tel: (404) 881-7000
    Fax: (404) 881-7777

    James M. Wagstaffe, Esq. (SBN 95535)
    wagstaffe@kerrwagstaffe.com
    **KERR & WAGSTAFFE LLP**
    101 Mission Street, 18th Floor
    San Francisco, California 94105-1576
    Tel: (415) 371-8500
    Fax: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

| | |
|---|---|
| DATED:  April 25, 2016 | By: _William D. Temko_<br>BRAD BRIAN (State Bar No. 079001)<br>brad.brian@mto.com<br>WILLIAM D. TEMKO (State Bar No. 98858)<br>william.temko@mto.com<br>GREGORY J. WEINGART (State Bar No. 157997)<br>gregory.weingart@mto.com<br>SUSAN E. NASH (State Bar No. 101837)<br>susan.nash@mto.com<br>E. MARTIN ESTRADA (State Bar No. 223802)<br>martin.estrada@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, California 90071-1560<br>Telephone:    (213) 683-9100<br>Facsimile:    (213) 687-3702<br><br>*Attorneys for Defendant LG Electronics, Inc.* |

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.