UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL DIRECT ACTION PLAINTIFFS | **ORDER DENYING CERTAIN MOTIONS AS MOOT** |

The parties having recently confirmed that the four motions at ECF Nos. 2973, 3102, 3108, and 3526 are moot, see ECF No. 4593, the Court hereby DENIES all four motions as MOOT.

IT IS SO ORDERED.

Dated: April 25, 2016

_____
JON S. TIGAR
United States District Judge