1 | David J. Burman (*pro hac vice*)
Cori G. Moore (*pro hac vice*)
2 | Eric J. Weiss (*pro hac vice*)
Nicholas H. Hesterberg (*pro hac vice*)
3 | Steven D. Merriman (*pro hac vice*)
**PERKINS COIE LLP**
4 | 1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
5 | Telephone:  206.359.8000
Facsimile:   206.359.9000
6 | Email:   DBurman@perkinscoie.com
             CGMoore@perkinscoie.com
7 |          EWeiss@perkinscoie.com
             NHesterberg@perkinscoie.com
8 |          SMerriman@perkinscoie.com

9 | David P. Chiappetta (Bar No. 172099)
**PERKINS COIE LLP**
10 | 505 Howard Street, Suite 1000
San Francisco, CA 94105
11 | Telephone:  415.344.7000
Facsimile:   415.344.7050
12 | Email:   DChiappetta@perkinscoie.com

13 | *Attorneys for Plaintiff*
*Costco Wholesale Corporation*
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-05944-JST |
| | MDL No. 1917 |
| This Document Relates to: | Individual Case No 3:11-cv-06397-JST |
| Case No. 3:11-cv-06397-JST | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| COSTCO WHOLESALE CORPORATION, | |
| Plaintiff, | |
| v. | |
| HITACHI LTD., et al., | |
| Defendants. | |

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action filed by Costco Wholesale Corporation is dismissed with prejudice as against Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.

2. This dismissal does not affect the rights or claims of Costco against any other defendant in this litigation.

3. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 25, 2016

The Hon
United St

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

130747083.1

- 1 -

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Master File Case No. 3:07-cv-05944-JST; MDL No. 1917