BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-JST (N.D. Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **LG ELECTRONICS, INC.'S JOINDER IN THOMSON DEFENDANTS' MOTION TO CONTINUE AND SET TRIAL DATES** |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | Judge:   Hon. Jon S. Tigar<br>Court:   Courtroom 9, 19th Floor |

1  LGE joins in the motion by the Thomson Defendants for an Order setting the first day of trial (1) in *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514 ("Sears/Kmart"), for November 7, 2016; and (2) in *Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173, for January 9, 2017.

Counsel for LGE has reserved time to try the Sears/Kmart case beginning on November 7, 2016. Confirming that date will allow the LGE team to continue preparing for trial, including working with witnesses and experts, while accommodating the needs of the Thomson Defendants' in-house counsel.

Dated: April 25, 2016                    Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:      */s/ Brad D. Brian*
BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*