Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
ttruax@jenner.com
mbrody@jenner.com
csklarsky@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone: +81 3 5510 1711
Facsimile: +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

1

[PROPOSED] ORDER ON MITSUBISHI ELECTRIC DEFENDANTS' MOTION TO SET TRIAL DATE
CASE NO. 3:14-CV-02058-JST, MDL NO. 1917

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Crago d/b/a Dash Computers, Inc., et al., on its own behalf and on behalf of similarly situated parties,*<br><br>                    *Plaintiffs,*<br>v.<br><br>*Mitsubishi Electric Corporation, et al.,*<br><br>                    *Defendants.* | MDL No. 1917<br><br>Master File No. 3:07-cv-05944-JST<br>Case No. 3:14-cv-02058-JST<br><br>**[PROPOSED] ORDER ON MITSUBISHI ELECTRIC DEFENDANTS' MOTION TO SET TRIAL DATE**<br><br>Judge:   Hon. Jon S. Tigar<br>Court:   Courtroom 9, 19th Floor<br>Date:    10 a.m., June 9, 2016 |

This matter coming to be heard on the motion of the Mitsubishi Electric Defendants to set a trial date, the Court having considered the motion, the arguments of counsel, and all papers submitted regarding the motion, it is hereby ordered:

  1.   The motion is granted, and the Court adopts the pre-trial schedule set forth in the motion;

  2.   This case is set for trial on _____, 2017.

  **IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Jon S. Tigar
United States District Judge