1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9

10

11                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
12                         **SAN FRANCISCO DIVISION**

13

14   | IN RE: CATHODE RAY TUBE (CRT) | Case No. 07-cv-05944 (JST) |
     | ANTITRUST LITIGATION | MDL No. 1917 |
15

16   This Document Relates to:              **JOINT SUBMISSION REGARDING**
                                            ***DAUBERT* MOTIONS AND MOTIONS**
17   *CompuCom Systems, Inc. v. Hitachi, Ltd., et*   **IN LIMINE**
     *al.*, Case No. 11-cv-06396;
18
     *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*,
19   Case No. 11-cv-06397;                  **Judge:  Hon. Jon S. Tigar**

20   *Costco Wholesale Corporation v. Technicolor*   **Court:  Courtroom 9, 19th Floor**
     *SA, et al.*, Case No. 13-cv-05723;
21
     *Dell Inc., et al. v. Phillips Electronics North*
22   *America Corporation, et al.*, No. 13-cv-02171;

23   *Electrograph Systems, Inc., et al. v. Hitachi,*
     *Ltd., et al.*, Case No. 11-cv-01656;
24
     *Electrograph Systems, Inc., et al. v.*
25   *Technicolor SA, et al.*, Case No. 13-cv-05724;

26   *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*,
     Case No. 11-cv-06275;
27

28

---

1

2
*Interbond Corp. of Am. v. Technicolor SA, et al.*, Case No. 13-cv-05727;

3
*Office Depot, Inc. v. Hitachi, Ltd. et al.*, Case No. 11-cv-06276;

4

5
*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 13-cv-05726;

6
*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*, Case No. 12-cv-02648;

7

8
*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, Case No. 13-cv-05725;

9

10
*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-2649;

11
*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, Case No. 13-cv-05668;

12
*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, Case No. 13-cv-02776;

13

14
*Sharp Elecs. Corp. v. Hitachi Ltd.*, Case No. 13-cv-1173;

15

16
*Sears, Roebuck and co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, Case No. 11-cv-05514;

17

18
*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157

19

20

21

22

23

24

25

26

27

28

**JOINT SUBMISSION REGARDING**
***DAUBERT* MOTIONS AND MOTIONS *IN LIMINE***

Pursuant to the Court's Order dated April 8, 2016 (ECF No. 4550), the parties jointly submit the attached updated chart of pending *Daubert* motions and motions *in limine*, which reflects settlements that have occurred since an earlier version of this list was prepared for the Court (ECF No. 4547). This chart also reflects previously filed objections to evidence that are pertinent to certain motions, as requested by the Court's Order of April 21, 2016 (ECF No. 4589).

The parties note the following previously filed evidentiary objections, which have also been added to the enclosed chart:

- Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s objections within their reply brief on their Motion *in Limine* to Exclude Evidence Related to the Role of Sharp Companies in the TFT-LCD Antitrust Litigations (ECF No. 3778-3 at 4, 8), objecting on relevance and Rule 403 grounds to Exhibits E, F & G to certain Defendants' opposition brief (Defs.' Ex. E, Expert Report of Dr. Kenneth G. Elzinga, April 15, 2014, ECF No. 3705-7; Defs.' Ex. F, Reply Expert Report of Dr. Kenneth G Elzinga, Aug. 5, 2014, ECF No. 3705-8; Defs.' Ex. G, Expert Report of Janet S. Netz, April 15, 2014, ECF No. 3705-9).

Defendants do not agree that Sharp raised any evidentiary objections at ECF No. 3778-3. Sharp never included these purported objections in the parties' previous joint filings, and a fair reading of the paragraphs at issue make clear that Sharp was objecting to evidence that the Defendants might offer at trial, not evidence that Defendants submitted in support of their opposition to Sharp's motion in limine. Nothing in the Court's April 21, 2016 Order permits Sharp to fashion new evidentiary objections.

This Joint Submission uses the following terms to refer to the parties to this litigation:

| Defendant Group | Members |
|---|---|
| **Beijing Matsushita** | Beijing Matsushita Color CRT Co., Ltd. |
| **Chunghwa ("CPT")** | Chunghwa Picture Tubes, Ltd. |
| | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| **Hitachi** | Hitachi, Ltd. |
| | Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) |
| | Hitachi America, Ltd. |
| | Hitachi Electronic Devices (USA), Inc. |

| Defendant Group | Members |
|---|---|
| | Hitachi Asia, Ltd. |
| LG | LG Electronics, Inc. |
| Mitsubishi Electric | Mitsubishi Electric Corporation |
| | Mitsubishi Electric US, Inc. |
| | Mitsubishi Electric Visual Solutions America, Inc. |
| MTPD | MT Picture Display Co., Ltd. |
| Panasonic | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) |
| | Panasonic Corporation of North America |
| Philips | Koninklijke Philips N.V. |
| | Philips Electronics North America Corporation |
| | Philips Taiwan Limited |
| | Philips do Brasil Ltda. |
| Samsung SDI | Samsung SDI Co., Ltd. |
| | Samsung SDI America, Inc. |
| | Samsung SDI (Malaysia) Sdn. Bhd. |
| | Samsung SDI Mexico S.A. De C.V. |
| | Samsung SDI Brasil Ltda. |
| | Shenzhen Samsung SDI Co., Ltd. |
| | Tianjin Samsung SDI Co., Ltd. |
| Tech Displays Americas ("TDA") | Technologies Displays Americas LLC |
| Thomson | Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) |
| | Thomson SA (n/k/a Technicolor SA) |
| Toshiba | Toshiba Corporation |
| | Toshiba America, Inc. |
| | Toshiba America Consumer Products, LLC |
| | Toshiba America Information Systems, Inc. |
| | Toshiba America Electronic Components, Inc. |

| Plaintiff Group | Members |
|---|---|
| IPPs | A class of Indirect Purchaser Plaintiffs |
| DPPs | A class of Direct Purchaser Plaintiffs |
| Best Buy | Best Buy Co., Inc.; Best Buy Purchasing, LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; and Bestbuy.com, L.L.C. |
| Circuit City | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust |
| Compucom | CompuCom Systems, Inc. |
| Costco | Costco Wholesale Corporation |
| Dell | Dell Inc. and Dell Products L.P. |
| Electrograph | Electrograph Systems, Inc. and Electrograph Technologies Corp. |
| Interbond | Interbond Corporation of America., d/b/a BrandsMart USA |
| Office Depot | Office Depot, Inc. |
| P.C. Richard, et. al. | P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; and ABC Appliance, Inc. |
| Sears/Kmart | Sears Roebuck and Co. and Kmart Corp. |
| Sharp | Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc. |
| Target | Target Corp. |

| Plaintiff Group | Members |
|---|---|
| **Tech Data** | Tech Data Corporation and Tech Data Product Management, Inc. |
| **Tweeter** | Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| **ViewSonic** | ViewSonic Corporation |

1    Dated: April 26, 2016                      Respectfully submitted,

2                                               KENNY NACHWALTER, P.A.

3

4                                               By: /s/ William J. Blechman
                                                    Richard Alan Arnold, Esquire
5                                                   William J. Blechman, Esquire
                                                    Kevin J. Murray, Esquire
6                                                   Samuel J. Randall, Esquire
                                                    1441 Brickell Avenue
7                                                   Suite 1100
                                                    Miami, Florida  33131
8                                                   Tel:   (305) 373-1000
                                                    Fax:   (305) 372-1861
9                                                   E-mail:  rarnold@knpa.com
                                                             wblechman@knpa.com
10                                                           kmurray@knpa.com
                                                             srandall@knpa.com
11
                                                *Counsel for Plaintiffs Sears, Roebuck and*
12                                              *Co. and Kmart Corporation*

13

14                                              PAUL, WEISS, RIFKIND, WHARTON &
                                                GARRISON LLP
15

16                                              By: /s/ Kenneth A. Gallo
                                                    Kenneth A. Gallo (pro hac vice)
17                                                  Joseph J. Simons (pro hac vice)
                                                    Craig A. Benson (pro hac vice)
18                                                  2001 K Street, N.W.
                                                    Washington, D.C.  20006-1047
19                                                  Tel:   (202) 223-7300
                                                    Fax:   (202) 223-7420
20                                                  E-mail:  kgallo@paulweiss.com
                                                             jsimons@paulweiss.com
21                                                           cbenson@paulweiss.com

22                                                  Stephen E. Taylor (SBN 058452)
                                                    Jonathan A. Patchen (SBN 237346)
23                                                  TAYLOR & COMPANY LAW OFFICES, LLP
                                                    One Ferry Building, Suite 355
24                                                  San Francisco, CA  94111
                                                    Tel:   (415) 788-8200
25                                                  Fax:   (415) 788-8208
                                                    E-mail:  staylor@tcolaw.com
26                                                           patchen@tcolaw.com

27                                              *Counsel for Plaintiffs Sharp Electronics*
                                                *Corporation and Sharp Electronics*
28                                              *Manufacturing Company of America, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALSTON & BIRD LLP

By: /s/ Debra D. Bernstein
Michael P. Kenny, Esquire
Debra D. Bernstein, Esquire
Rodney J. Ganske, Esquire
Matthew D. Kent, Esquire
Elizabeth Jordan, Esquire
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel:   (404) 881-7000
Fax:   (404) 881-7777
E-mail:   mike.kenny@alston.com
          debra.bernstein@alston.com
          rod.ganske@alston.com
          matthew.kent@alston.com
          elizabeth.jordan@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
KERR & WAGSTAFFE LLP
101 Mission Street
18th Floor
San Francisco, CA  94105-1576
Tel:   (415) 371-8500
Fax:   (415) 371-0500
E-mail:   wagstaffe@kerrwagstaffe.com

*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*

PERKINS COIE LLP

By: /s/ David. J. Burman
David J. Burman, Esquire
Cori G. Moore, Esquire
Nicholas H. Hesterberg, Esquire
1201 Third Avenue
Suite 4900
Seattle, Washington  98101-3099
Tel:   (206) 359-8000
Fax:   (206) 359-9000
E-mail:   DBurman@perkinscoie.com
          CGMoore@perkinscoie.com
          NHesterberg@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corp.*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno
William A. Isaacson, Esquire
5301 Wisconsin Ave, N.W.
Suite 800
Washington, D.C.  20015
Tel:   (202) 237-2727
Fax:   (202) 237-6131
E-mail:   wisaacson@bsfllp.com

Stuart Singer, Esquire
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL  33301
Tel:   (954) 356-0011
Fax:   (954) 356-0022
E-mail:   ssinger@bsfllp.com

Philip J. Iovieno, Esquire
Anne M. Nardacci, Esquire
30 South Pearl Street
11th Floor
Albany, New York  12207
Tel:   (518) 434-0600
Fax:   (518) 434-0665
E-mail:   piovieno@bsfllp.com
               anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corp., MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corp., and Tech Data Product Management, Inc.*

BILZIN SUMBERG BAENA PRICE & AXELROD
LLP

By: /s/ Scott N. Wagner
      Robert W. Turken, Esquire
      Scott N. Wagner, Esquire
      1450 Brickell Avenue
      Suite 2300
      Miami, Florida  33131-3456
      Tel:    (305) 374-7580
      Fax:   (305) 374-7593
      E-mail:   rturken@bilzin.com
                    swagner@bilzin.com

***Counsel for Plaintiffs Tech Data Corp. and
Tech Data Product Management, Inc.***

MUNGER, TOLLES & OLSON LLP

By: /s/ Brad D. Brian
      Brad Brian (State Bar No. 079001)
      Gregory J. Weingart (State Bar No. 157997)
      Susan E. Nash (State Bar No. 101837)
      E. Martin Estrada (State Bar No. 223802)
      355 South Grand Avenue
      35 Fifth Floor
      Los Angeles, CA  90071-1560
      Tel:    (213) 683-9100
      Fax:   (213) 687-3702
      E-mail:   brad.brian@mto.com
                    gregory.weingart@mto.com
                    susan.nash@mto.com
                    martin.estrada@mto.com

***Counsel for Defendant LG Electronics, Inc.***

1

WINSTON & STRAWN LLP

2

By: /s/ *Jeffrey L. Kessler*

3
    Jeffrey L. Kessler (*pro hac vice*)
    A. Paul Victor (*pro hac vice*)

4
    Aldo A. Badini (SBN 257086)
    Eva W. Cole (*pro hac vice*)

5
    Molly M. Donovan (*pro hac vice*)
    200 Park Avenue

6
    New York, N.Y.  10166
    Tel:   (212) 294-6700

7
    Fax:   (212) 294-4700
    E-mail:   JKessler@winston.com

8
          PVictor@winston.com
          ABadini@winston.com

9
          EWCole@winston.com
          MMDonovan@winston.com

10

WHITE & CASE LLP

11

By: /s/ *Christopher M. Curran*

12
    Christopher M. Curran (*pro hac vice*)
    Lucius B. Lau (*pro hac vice*)

13
    Dana E. Foster (*pro hac vice*)
    701 Thirteenth Street, N.W.

14
    Washington, D.C.  20005
    Tel:   (202) 626-3600

15
    Fax:   (202) 639-9355
    E-mail:   ccurran@whitecase.com

16
          alau@whitecase.com
          defoster@whitecase.com

17

***Counsel for Defendants Toshiba***

18
***Corporation, Toshiba America, Inc.,***
***Toshiba America Information Systems,***

19
***Inc., Toshiba America Consumer Products,***
***L.L.C., and Toshiba America Electronic***

20
***Components, Inc.***

21

22

BAKER BOTTS LLP

23

By: /s/ *John M. Taladay*

24
    John M. Taladay (*pro hac vice*)
    Erik T. Koons (*pro hac vice*)

25
    1299 Pennsylvania Avenue, N.W.
    Washington, D.C.  20004-2400

26
    Tel:   (202) 639-7700
    Fax:   (202) 639-7890

27
    E-mail:   john.taladay@bakerbotts.com
          erik.koons@bakerbotts.com

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One
Suite 200
Palo Alto, CA  94304
Tel:    (650) 739-7500
Fax:   (650) 739-7699
E-mail:  jon.swenson@bakerbotts.com

*Counsel for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited and Philips do Brasil Ltda.*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ James L. McGinnis*
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
Four Embarcadero Center
17th Floor
San Francisco, CA  94111
Tel:    (415) 434-9100
Fax:   (415) 434-3947
E-mail:  ghalling@sheppardmullin.com
         jmcginnis@sheppardmullin.com
         mscarborough@sheppardmullin.com

Leo D. Caseria (SBN 240323)
333 South Hope Street
43rd Floor
Los Angeles, CA  90071-1448
Tel:    (213) 620-1780
Fax:   (213) 620-1398
E-mail:  lcaseria@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE BAKER DANIELS LLP

By: /s/ *Kathy L. Osborn*
    Kathy L. Osborn (*pro hac vice*)
    Ryan M. Hurley (*pro hac vice*)
    300 N. Meridian Street, Suite 2700
    Indianapolis, IN  46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-mail: kathy.osborn@FaegreBD.com
           ryan.hurley@FaegreBD.com

    Jeffrey S. Roberts (*pro hac vice*)
    3200 Wells Fargo Center
    1700 Lincoln Street
    Denver, Colorado  80203
    Tel:   (303) 607-3500
    Fax:   (303) 607-3600
    E-mail: jeff.roberts@FaegreBD.com

***Counsel for Defendants Thomson SA and
Thomson Consumer Electronics, Inc.***

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Mark C. Dosker*
    Mark C. Dosker (SBN 114789)
    Nathan Lane, III (SDN 50961)
    275 Battery Street, Suite 2600
    San Francisco, CA  94111
    Tel:   (415) 954-0200
    Fax:   (415) 393-9887
    E-mail: mark.dosker@squirepb.com
           nathan.lane@squirepb.com

    Donald A. Wall (*pro hac vice*)
    1 East Washington Street, Suite 2700
    Phoenix, Arizona  85004
    Tel:   (602) 528-4000
    Fax:   (602) 253-8129
    E-mail: donald.wall@squirepb.com

***Counsel for Defendant Technologies
Displays Americas LLC with respect to all
cases except Office Depot, Inc. v.
Technicolor SA, et al.***

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CURTIS, MALLET, PREVOST, COLT & MOSLE LLP

By: /s/ Jeffrey I. Zuckerman
    Jeffrey I. Zuckerman (*pro hac vice*)
    1717 Pennsylvania Avenue, N.W.
    Washington, D.C.  20006
    Tel:   (202) 452-7350
    Fax:   (917) 368-7350
    Email: jzuckerman@curtis.com

    Arthur S. Gaus (SBN 289560)
    DILLINGHAM & MURPHY, LLP
    601 California Street
    Suite 1900
    San Francisco, CA  94108
    Tel:   (415) 397-2700
    Fax:   (415) 397-3300
    E-mail: asg@dillinghammurphy.com

***Counsel for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al.***

By: /s/ Terrence J. Truax
    Terrence J. Truax, Esquire
    Charles B. Sklarsky, Esquire
    Michael T. Brody, Esquire
    Gabriel A. Fuentes, Esquire
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, Illinois  60654
    Tel:   (312) 222-9350
    Fax:   (312) 527-0484

    Harold A. Barza, Esquire
    Kevin Y. Teruya, Esquire
    QUINN EMANUEL URQUHART & SULLIVAN LLP
    865 S. Figueroa Street
    Los Angeles, CA 90017
    Tel:   (213) 443-3000
    Fax:   (213) 443-3100

Ryan S. Goldstein, Esquire
QUINN EMANUEL URQUHART &
SULLIVAN LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Tel:   (011) 81 3 5510 1711
Fax:   (011) 81 3 5510 1712
E-mail: ryangoldstein@quinnemanuel.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

On April 26, 2016, I caused a copy of the foregoing Joint Submission Regarding *Daubert* Motions and Motions in Limine to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: */s/ William J. Blechman*
William J. Blechman

# EXHIBIT A

## I.     MOTIONS RELEVANT ONLY TO SHARP TRIAL

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Defs' MIL No. 9 | 3591 | • Thomson • Toshiba • TDA | • Sharp | Motion to Exclude Certain Expert Testimony of Jerry A. Hausman[1] | 3701-3 | 3755 | |
| Defs' MIL No. 15 | 3593 | • Thomson • Toshiba • TDA | • Sharp | Motion to Exclude Evidence Related to a Violation of the Antitrust Laws Under a Rule of Reason Analysis[2] | 3701-3 | 3750 | |
| N/A | 3599 | • Sharp | • Thomson • Toshiba | Plaintiffs Sharp Electronics Corp. & Sharp Electronics Manufacturing Co. of America, Inc. Motion in Limine to Exclude Evidence Related to the Role of Sharp Companies in TFT-LCD Antitrust Litigations | 3705-4 | 3778-3 | Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. object within their reply brief (ECF No. 3778-3, at 4, 8) on relevance and Rule 403 grounds to Exhibits E, F & G to certain Defendants' opposition brief (Defs.' Ex. E, Expert Report of Dr. Kenneth G. Elzinga, April 15, 2014, ECF No. 3705-7; Defs.' Ex. F, Reply Expert Report of Dr. Kenneth G Elzinga, Aug. 5, 2014, ECF No. 3705-8; Defs.' Ex. G, Expert Report of Janet S. Netz, April 15, 2014, ECF No. 3705-9). |

---

[1]     Oral argument requested by Defendants.

[2]     Oral argument requested by Defendants.

Joint Submission Regarding *Daubert* Motions, etc.                                                    Case No. 07-cv-5944 (JST)

A-1

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| N/A | 3577 | • Toshiba<br>• Thomson | • Sharp | The Toshiba Defendants' Motion in Limine to Exclude Evidence of Toshiba's Sales to Sharp Corporation | 3695-3 | 3752-3 | LG Joinder, ECF No. 3864; Thomson Joinder, ECF No. 3888; Joinderse granted, ECF No. 4586 |
| Defs' MIL No. 10 | 3574 | • Thomson<br>• Toshiba<br>• TDA<br>• ~~MTPD~~<br>• ~~Panasonic~~ | • Sharp | Motion to Exclude Evidence of Any Alleged CDT Price-Fixing Conspiracy | 3690-3 | 3771-4 | |

## II.    MOTIONS TO EXCLUDE EXPERT TESTIMONY

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| N/A | 3174 | • All Defendants | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• ~~ViewSonic~~ | Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga[3] | 3404 | 3522 | |

---

[3]    Oral argument requested by Defendants.

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| N/A | 3170 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter<br>• ViewSonic | • All Defendants | Motion *in Limine* to Partially Exclude Expert Report and Opinions of Dr. Ordover[4] | 3397-3 | 3518 | |
| N/A | 3172 | • LG<br>• Samsung SDI<br>• Thomson | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco<br>• Dell<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Target<br>• Tech Data<br>• Tweeter<br>• ~~ViewSonic~~ | SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard | 3410 | 3520 | Thomson Joinder , ECF No. 3888; LG Joinder, ECF No. 3864; Joinders granted, ECF No. 4586 |
| N/A | 3176 | • All DAPs | • Samsung SDI | Motion *in Limine* to Exclude Expert Testimony by Rubinfeld | 3176 | 3514 | |

---

[4]     Oral argument requested by Defendants.

## III. MOTIONS RE FOREIGN INVESTIGATIONS

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Pltfs' MIL No. 11 | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Establish the Preclusive Effect of, or in the Alternative Admit, the Decision of the European Commission[5] | 3676-4; 3788; 3789 | 3757-4; 3813 | |
| Defs' MIL No. 2 | 3583 | • CPT<br>• LG<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion to Exclude Evidence or Testimony Pertaining to Foreign Antitrust Investigations[6] | 3787 | 3814 | |

---

[5]    Oral argument requested by Defendants.

[6]    Oral argument requested by Defendants.

## IV.    MOTIONS RE DOJ INVESTIGATIONS AND OTHER CONSPIRACIES

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Defs' MIL No. 3 | 3556 | • ~~CPT~~<br>• LG<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude All Evidence and Reference at Trial to the U.S. Department of Justice's Criminal Investigation of the Cathode Ray Tube Industry[7] | 3665; 3687 | 3764 | |
| Defs' MIL No. 4 | 3572 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude LCD and Other Non-CRT Product Conspiracies[8] | 3640 | 3760 | Toshiba by unopposed joinder (ECF No. 3692)<br><br>Thomson and Mitsubishi only joined in Section II of this motion. |
| Pltfs' MIL No. 14 | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude References to and Evidence of Defendants' Non-Indictment | 3676-4 | 3757-4 | |

[7]    Oral argument requested by Defendants.

[8]    Oral argument requested by Defendants.

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Defs' MIL No. 5 | 3589 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Plea by Samsung SDI Company, Ltd as to Non-Pleading Defendants or, Alternatively, to Provide A Limiting Instruction | 3643-4 | 3763 | |

## V.   MOTIONS RE PLAINTIFFS' OTHER ACTIONS AND DAMAGES

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Pltfs' MIL No. 1 | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Plaintiffs' Competitive Intelligence Practices[9] | 3676-4 | 3757-4 | |

---

[9] Oral argument requested by Defendants.

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 5** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Plaintiffs' Ability to Seek Treble Damages and Attorneys' Fees and Costs | 3676-4 | 3757-4 | |
| **Pltfs' MIL No. 6** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Other Actions and Settlements in this MDL[10] | 3676-4 | 3757-4 | |
| **Pltfs' MIL No. 8** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Plaintiffs' Alleged Failure to Mitigate Their Damages | 3676-4 | 3757-4 | |

---

[10]       Oral argument requested by Defendants.

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Defs' MIL No. 7** | 3578 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~<br>• ~~TDA~~<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• ~~ViewSonic~~ | Motion to Exclude Dr. Frankel's Inflation Adjusted Damages[11] | 3641 | 3751 | |

## VI.    MOTIONS RE ALLEGED CONSPIRACY'S OPERATION

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Defs' MIL No. 1** | 3559 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ViewSonic | Motion for Pretrial Proffer and Ruling on Admissibility of Alleged Co-Conspirator Statements Under Fed. R. Evid. 801(d)(2)( E) | 3652 | 3767 | |

---

[11]        Oral argument requested by Defendants

Joint Submission Regarding *Daubert* Motions, etc.                                                                    Case No. 07-cv-5944 (JST)

A-8

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Defs' MIL No. 12 | 3568 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Plaintiffs' Price Ladder Theory of Recovery[12] | 3648-4 | 3761 | |
| Pltfs' MIL No. 13 | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~<br>• ~~TDA~~<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Argument or Evidence Regarding Purportedly Pro-Competitive Justifications For Defendants' Agreements Regarding CRT Price, Supply, Production, or Customers | 3676-4 | 3757-4 | |
| Defs' MIL No. 11 | 3557 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude References to Documents Or Behavior Not In Evidence | 3686 | 3765 | |
| | | • | • | | | | |

---

[12]    Oral argument requested by Defendants.

Joint Submission Regarding *Daubert* Motions, etc.                              Case No. 07-cv-5944 (JST)

A-9

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Mitsu-bishi MIL No. 3** | 3601 | • LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Mitsubishi Electric's Motion In Limine No. 3 to Exclude Any Reference At Trial to Any Party's Participation in the EIAJ and EIAJ Activities | 3644-4 | 3772-4 | LG Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883 |
| **Mitsu-bishi MIL No. 1** | 3601 | • LG<br>• ~~Mitsubishi Electric~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Mitsubishi Electric's Motion In Limine No. 1 to Exclude the SDI Interrogatory Response | 3644-4 | 3772-4 | LG Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883 |

## VII.   MOTIONS RE PASS-ON ISSUES AND BARGAINING POWER

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 2** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Downstream Pass-Through[13] | 3676-4 | 3757-4 | |

---

[13]     Oral argument requested by Defendants.

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 4** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Plaintiffs' Purported "Market Power"[14] | 3676-4 | 3757-4 | |
| **Pltfs' MIL No. 10** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Incomplete Pass-Through of Overcharges through Affiliate Entities[15] | 3676-4 | 3757-4 | |

---

[14]  Oral argument requested by Defendants.

[15]  Oral argument requested by Defendants.

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Defs' MIL No. 16 | 3597 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Permit Evidence and Argument Regarding Upstream Pass-on and Plaintiffs' Bargaining Power[16] | 3654; 3666 | 3770 | |
| Pltfs' MIL No. 16 | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence of or References to the Retailer Plaintiffs Purchasing Finished Products Containing CRTs from Plaintiff ViewSonic or Plaintiff Sharp | 3676-4 | 3757-4 | *Given the Court's order that the Sharp and DAP cases be tried separately, this motion is now relevant only to Plaintiffs Sears and Kmart.* |

---

[16]    Oral argument requested by Defendants.

## VIII.   MOTIONS RE FTAIA ISSUES

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Defs' MIL No. 8 | 3563-3 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Evidence and Argument Relating to Damages From Spillover or Ripple Effects of Foreign Price-Fixing Activities on U.S. Prices[17] | 3658; 3678-3 | 3754-4 | |
| Pltfs' MIL No. 7 | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/Kmart<br>• Sharp | • LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Argument That Plaintiffs' Claims are Barred Because They Arise from Foreign Commerce | 3676-4 | 3757-4; 3768 | |

---

[17]      Oral argument requested by Defendants.

## IX.   MOTIONS RE WITNESSES, EXHIBITS AND TRIAL MANAGEMENT

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 9** | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ~~ViewSonic~~ | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Live Witnesses from Testifying in Defendants' Case-In-Chief Who Were Not Made Available for Live Testimony in Plaintiffs' Case-In-Chief[18] | 3676-4 | 3757-4 | |
| **Defs' MIL No. 13** | 3579 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Allow Full Defense Examination of Common Witnesses During Plaintiffs' Case-In-Chief and Limit Use of Deposition Testimony[19] | 3662 | 3758 | |

---

[18]     Oral argument requested by Defendants.

[19]     Oral argument requested by Defendants.

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Pltfs' MIL No. 15 | 3558 | • ~~Best Buy~~ <br> • ~~Circuit City~~ <br> • Sears/ Kmart <br> • Sharp <br> • ~~ViewSonic~~ | • ~~CPT~~ <br> • LG <br> • ~~Mitsubishi Electric~~ <br> • ~~MTPD~~ <br> • ~~Panasonic~~ <br> • Thomson <br> • Toshiba <br> • TDA <br> • ~~SDI~~ <br> • ~~Philips~~ | Motion to Admit Testimony of Summary Witness[20] | 3676-4, 3671, 3677 | 3757-4 | *Moot as to summary witness Sean Chen due to settlement* |
| Pltfs' MIL No. 12 | 3558 | • ~~Best Buy~~ <br> • ~~Circuit City~~ <br> • Sears/ Kmart <br> • Sharp <br> • ~~ViewSonic~~ | • ~~CPT~~ <br> • LG <br> • ~~Mitsubishi Electric~~ <br> • ~~MTPD~~ <br> • ~~Panasonic~~ <br> • Thomson <br> • Toshiba <br> • TDA <br> • ~~SDI~~ <br> • ~~Philips~~ | Motion to Exclude Percipient Witnesses, Except for One Party Representative, From the Courtroom Unless They Are Testifying | 3676-4 | 3757-4 | |
| Samsung MIL No. 2 | 3565 | • LG <br> • ~~SDI~~ | • Sears/ Kmart | Samsung SDI Defendants' Motion In Limine No. 2 to Exclude Irrelevant and Highly Prejudicial Portions of Plaintiffs' Trial Exhibit, Bates Stamped TSA-CRT00077732 | 3651-4 | 3773-3 | LG Joinder, ECF No. 3864; DAPs' Opposition, ECF No. 3883 |

---

[20]     Oral argument requested by Defendants.

   

| Motion No. | Dkt. No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Defs' MIL No. 6** | 3571 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• Thomson<br>• Toshiba<br>• TDA<br>• ~~SDI~~<br>• ~~Philips~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ~~ViewSonic~~ | Motion to Exclude Improper Characterization of or References to Defendants and Alleged Co-Conspirators | 3702 | 3777 | |
| **Samsung MIL No. 1** | 3561 | • LG<br>• ~~SDI~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Sears/ Kmart<br>• Sharp<br>• ~~ViewSonic~~ | SDI Defendants' Motion In Limine No. 1 to Prohibit Plaintiffs From Conflating SDI with Non-Parties, Including But Not Limited to, Samsung Electronics, Co., Ltd. | 3657 | 3769 | LG Joinder, ECF No. 3864; Thomson Joinder, ECF No. 3888; Joinders granted, ECF No. 4586 |

## X.    MOOT MOTIONS[21]

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| Pltfs' MIL No. 3 | 3558 | • ~~Best Buy~~<br>• ~~Circuit City~~ | • ~~CPT~~<br>• ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Thomson~~<br>• ~~Toshiba~~<br>• ~~TDA~~<br>• ~~SDI~~<br>• ~~Philips~~ | Motion to Exclude Evidence or Argument regarding Plaintiffs' Private Label CRT Products | 3676-4 | 3757-4 | *This motion is now moot due to settlement.* |
| Mitsubishi MIL No. 2 | 3601 | • ~~Mitsubishi Electric~~ | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• ~~Sears/ Kmart~~<br>• ~~Sharp~~<br>• ViewSonic | Mitsubishi Electric's Motion *In Limine* No. 2 to Exclude Unavailable Witnesses' Deposition Testimony | 3644-4 | 3772-4 | *This motion is now moot due to settlement* |
| Hitachi MIL No. 1 | 3535 | • ~~Thomson~~ | • ~~Best Buy~~ | Hitachi Defendants' Motion *In Limine* to Compel Plaintiffs to Refer to Defendant Shenzhen SEG Hitachi Color Display Devices, Ltd. by its Specific, Individual Corporate Entity Name or as "SEG" | 3689 | 3759 | Thomson Joinder, ECF No. 3888; DAPs' Opposition, ECF No. 3897<br><br>*This motion is now moot due to settlement.* |

---

[21]    In addition, the parties to this Joint Submission previously withdrew via stipulation, (*see* Dkt. No 3781), the following motions *in limine*: (1) Certain Direct Action Plaintiffs' Notice of Motion and Motion *In Limine* No. 18: Motion to Exclude References to the Current Financial Condition of Any of the Named Plaintiffs (Dkt. No. 3558, Section 18); and (2) Defendants' Joint Motion *In Limine* to Exclude Evidence or Argument of Positive Net Worth of Defendants or Their Purportedly Affiliated Companies [Defendants' MIL No. 14] (Dkt. No. 3581).

| Motion No. | ECF No. | Moving Parties | Adverse Parties | Title of Motion | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **Pltfs' MIL No. 17** | 3558 | • ViewSonic | • CPT<br>• ~~SDI~~<br>• ~~MTPD~~<br>• ~~Panasonic~~ | Motion to Exclude Evidence of or References to ViewSonic's Purchasing Team Moving Abroad After The Purchases at Issue in This Case Were Made | 3676-4 | 3757-4 | *This motion is now moot due to settlement* |
| **N/A** | 3526 | • ~~Chunghwa~~ | • ~~Best Buy~~<br>• ~~ViewSonic~~<br>• ~~ | Defendants Chunghwa Picture Tubes, Ltd and Chunghwa Picture Tubes (Malaysia) SDN. Bhd.'s  Motion in Limine to Exclude Opinions or Calculations Regarding Actual Damages Attributable to the Chunghwa Defendants[22] | 3698-4 | 3744-4 | Denied as moot (ECF No. 4596) |

542089.1

---

[22]    Oral argument requested by Defendants.