1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9

10

11                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
12                  **SAN FRANCISCO DIVISION**

13   IN RE: CATHODE RAY TUBE (CRT)              Case No. 07-cv-05944 (JST)
14   ANTITRUST LITIGATION                       MDL No. 1917

15   This Document Relates to:                  **JOINT SUBMISSION PROVIDING**
                                                **PREVIOUSLY FILED OBJECTIONS**
16                                              **TO EVIDENCE AND UPDATING LIST**
     *CompuCom Systems, Inc. v. Hitachi, Ltd., et*   **OF PENDING MOTIONS**
17   *al.*, Case No. 11-cv-06396;

18   *Costco Wholesale Corp. v. Hitachi, Ltd, et al.*,   **Judge:  Hon. Jon S. Tigar**
     Case No. 11-cv-06397;
19                                              **Court:  Courtroom 9, 19th Floor**
     *Costco Wholesale Corporation v. Technicolor*
20   *SA, et al.*, Case No. 13-cv-05723;

21   *Dell Inc., et al. v. Phillips Electronics North*
     *America Corporation, et al.*, No. 13-cv-02171;
22
     *Electrograph Systems, Inc., et al. v. Hitachi,*
23   *Ltd., et al.*, Case No. 11-cv-01656;

24   *Electrograph Systems, Inc., et al. v.*
     *Technicolor SA, et al.*, Case No. 13-cv-05724;
25
     *Interbond Corp. of Am. v. Hitachi, Ltd. et al.*,
26   Case No. 11-cv-06275;

27   *Interbond Corp. of Am. v. Technicolor SA, et*
     *al.*, Case No. 13-cv-05727;
28

*Office Depot, Inc. v. Hitachi, Ltd. et al.*, Case No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*, Case No. 12-cv-02648;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, Case No. 13-cv-05725;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-2649;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, Case No. 13-cv-05668;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.*, Case No. 13-cv-02776;

*Sharp Elecs. Corp. v. Hitachi Ltd.*, Case No. 13-cv-1173

*Sears, Roebuck and co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, Case No. 11-cv-05514;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157;

1

**JOINT UPDATED LIST OF SUMMARY
JUDGMENT MOTIONS AFFECTED BY SETTLEMENT**

2

3      Pursuant to the Court's Order dated April 21, 2016 (ECF No. 4589), the parties jointly

4   submit a list of previously filed objections to evidence and update the list of pending summary

5   judgment motions.

6      This list uses the following terms to refer to the parties to this litigation:

7

| Defendant Group | Members |
|---|---|
| **Beijing Matsushita** | Beijing Matsushita Color CRT Co., Ltd. |
| **Chunghwa ("CPT")** | Chunghwa Picture Tubes, Ltd. |
| | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. |
| **Hitachi** | Hitachi, Ltd. |
| | Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) |
| | Hitachi America, Ltd. |
| | Hitachi Electronic Devices (USA), Inc. |
| | Hitachi Asia, Ltd. |
| **LG** | LG Electronics, Inc. |
| **Mitsubishi Electric**[1] | Mitsubishi Electric Corporation |
| | Mitsubishi Electric US, Inc. |
| | Mitsubishi Electric Visual Solutions America, Inc. |
| **MTPD** | MT Picture Display Co., Ltd. |
| **Panasonic** | Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) |
| | Panasonic Corporation of North America |
| **Philips** | Koninklijke Philips N.V. |
| | Philips Electronics North America Corporation |
| | Philips Taiwan Limited |
| | Philips do Brasil Ltda. |
| **Samsung SDI** | Samsung SDI Co., Ltd. |
| | Samsung SDI America, Inc. |
| | Samsung SDI (Malaysia) Sdn. Bhd. |
| | Samsung SDI Mexico S.A. De C.V. |
| | Samsung SDI Brasil Ltda. |
| | Shenzhen Samsung SDI Co., Ltd. |
| | Tianjin Samsung SDI Co., Ltd. |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

23      [1]   Mitsubishi Electric and P.C. Richard, et al., Electrograph, Interbond, Office Depot, Tech

24   Data, and Tweeter have agreed in principle on the financial terms of a settlement to resolve these
claims, and are in the process of negotiating a written settlement agreement, which they anticipate

25   will be executed shortly.  Pursuant to the settlement, which will resolve all outstanding claims
against Mitsubishi Electric in the DAP cases, Mitsubishi Electric will withdraw its summary

26   judgment motions (Dkt. Nos. 3026 & 3037) and its joinders to summary judgment motions filed
by other defendants (Dkt. No. 3898).  As a result of this pending settlement, the summary

27   judgment chart has been modified to strike out Mitsubishi Electric as a moving party, wherever
that designation now appears.

28

| Tech Displays Americas ("TDA") | Technologies Displays Americas LLC |
|---|---|
| Thomson | Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) |
| | Thomson SA (n/k/a Technicolor SA) |
| Toshiba | Toshiba Corporation |
| | Toshiba America, Inc. |
| | Toshiba America Consumer Products, LLC |
| | Toshiba America Information Systems, Inc. |
| | Toshiba America Electronic Components, Inc. |

| Plaintiff Group | Members |
|---|---|
| IPPs | A class of Indirect Purchaser Plaintiffs |
| DPPs | A class of Direct Purchaser Plaintiffs |
| Best Buy | Best Buy Co., Inc.; Best Buy Purchasing, LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; and Bestbuy.com, L.L.C. |
| Circuit City | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust |
| Compucom | CompuCom Systems, Inc. |
| Costco | Costco Wholesale Corporation |
| Dell | Dell Inc. and Dell Products L.P. |
| Electrograph | Electrograph Systems, Inc. and Electrograph Technologies Corp. |
| Interbond | Interbond Corporation of America., d/b/a BrandsMart USA |
| Office Depot | Office Depot, Inc. |
| P.C. Richard, et. al. | P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; and ABC Appliance, Inc. |
| Sears/Kmart | Sears Roebuck and Co. and Kmart Corp. |
| Sharp | Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc. |
| Target | Target Corp. |
| Tech Data | Tech Data Corporation and Tech Data Product Management, Inc. |
| Tweeter | Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC |
| ViewSonic | ViewSonic Corporation |

This chart updates the version submitted to the Court on April 15, 2016, in ECF No. 4564, and includes the following previously filed evidentiary objections or other additions to the chart:

- ECF No. 4359 (identifying objections laid out in ECF No. 3449, which objects to evidence cited in ECF No. 3268, which is an opposition brief to the Hitachi withdrawal summary judgment motion at ECF No. 2972).

  - Plaintiffs note that ECF Nos. 3449 and 4359 violated Local Rule 7-3(a), which requires that any evidentiary objections "must be contained within the [reply] brief or memorandum," and ask that the Court disregard the improperly filed objections.

- ECF No. 3451 (objecting to evidence cited in ECF No. 3274, which is an opposition brief to the Hitachi absence of liability summary judgment motion at ECF No. 2976).

  - Plaintiffs note that ECF No. 3451 violated Local Rule 7-3(a), which requires that any evidentiary objections "must be contained within the [reply] brief or memorandum," and ask that the Court disregard the improperly filed objections.

- ECF No. 3455 at 4 n.4 (LGE's reply brief in support of its motion for partial summary judgment on standing grounds, objecting to evidence cited in ECF No. 3279, which is an opposition brief to the summary judgment motion at ECF No. 3053).

- ECF No. 3444 at 9 n.7 (LGE's reply brief in support of its motion for partial summary judgment on withdrawal grounds, objecting to evidence cited in ECF No. 3262-3, which is an opposition brief to the summary judgment motion at ECF No. 3086).

- ECF No. 3467, at 12 (Koninklijke Philips N.V.'s reply brief in support of its motion for summary judgment on absence of liability grounds, objecting to evidence cited in ECF No. 3240, which is an opposition brief to the summary judgment motion at ECF No. 3040).

- ECF No. 3503, Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Objection to Reply Evidence, objecting to evidence cited in ECF No. 3472, which is a reply brief to the motion for partial summary judgment at ECF No. 3044.

- Plaintiffs Rule 56(d) Supplement, ECF No. 3506, which supplements Plaintiffs' Opposition to Thomson's Motion for Summary Judgment, ECF No. 3236 (opposing ECF No. 2981).

Defendants note that with respect to Defendant LG Electronics, Inc.'s objections to the European Commission decision and related evidence, set forth in ECF Nos. 3444 and 3455, and Koninklijke Philips N.V.'s objections to similar evidence, set forth in ECF No. 3467, the Court may wish to address the issue instead when resolving Plaintiffs' Motion in Limine No. 11 (ECF No. 3558), if a ruling on the objection is not necessary to the Court's resolution of the motion. Similarly, the Court may wish to address Defendants' second and third objections set forth in ECF No. 4359, objecting to evidence of other conspiracies, when resolving Defendants' Motion in Limine No. 4 (ECF No. 3572), if resolution of these objections is not necessary to the resolution of the motion.

If the Court so requests, Plaintiffs can provide a response to any objections that the Court does not strike as having been improperly filed. Plaintiffs also note that with respect to any

hearsay objections considered by the Court, the Court may wish to address the objections after resolving Defendants' Motion in Limine No. 1, (ECF No. 3559), which seeks a pretrial ruling on the admissibility of all alleged co-conspirator statements under Rule 801(d)(2)(E).   Plaintiffs maintain that no such pretrial ruling is necessary (ECF No. 3652) and that the Court should overrule Defendants' objections to such evidence for the purpose of summary judgment.

Dated: April 26, 2016

Respectfully submitted,

KENNY NACHWALTER, P.A.


By: /s/ William J. Blechman
    Richard Alan Arnold, Esquire
    William J. Blechman, Esquire
    Kevin J. Murray, Esquire
    Samuel J. Randall, Esquire
    1441 Brickell Avenue
    Suite 1100
    Miami, Florida  33131
    Tel:    (305) 373-1000
    Fax:   (305) 372-1861
    E-mail:  rarnold@knpa.com
           wblechman@knpa.com
           kmurray@knpa.com
           srandall@knpa.com

***Counsel for Plaintiffs Sears, Roebuck and
Co. and Kmart Corporation***


PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP


By: /s/ Kenneth A. Gallo
    Kenneth A. Gallo (pro hac vice)
    Joseph J. Simons (pro hac vice)
    Craig A. Benson (pro hac vice)
    2001 K Street, N.W.
    Washington, D.C.  20006-1047
    Tel:    (202) 223-7300
    Fax:   (202) 223-7420
    E-mail:  kgallo@paulweiss.com
           jsimons@paulweiss.com
           cbenson@paulweiss.com

    Stephen E. Taylor (SBN 058452)
    Jonathan A. Patchen (SBN 237346)
    TAYLOR & COMPANY LAW OFFICES, LLP
    One Ferry Building
    Suite 355
    San Francisco, California  94111
    Tel:    (415) 788-8200
    Fax:   (415) 788-8208
    E-mail:  staylor@tcolaw.com
           patchen@tcolaw.com

***Counsel for Plaintiffs Sharp Electronics
Corporation and Sharp Electronics
Manufacturing Company of America, Inc.***

ALSTON & BIRD LLP

By: */s/ Debra D. Bernstein*
    Michael P. Kenny, Esquire
    Debra D. Bernstein, Esquire
    Rodney J. Ganske, Esquire
    Matthew D. Kent, Esquire
    Elizabeth Jordan, Esquire
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
    Tel:  (404) 881-7000
    Fax:  (404) 881-7777
    E-mail:  mike.kenny@alston.com
          debra.bernstein@alston.com
          rod.ganske@alston.com
          matthew.kent@alston.com
          elizabeth.jordan@alston.com

    James M. Wagstaffe, Esq. (SBN 95535)
    KERR & WAGSTAFFE LLP
    101 Mission Street
    18th Floor
    San Francisco, CA  94105-1576
    Tel:  (415) 371-8500
    Fax:  (415) 371-0500
    E-mail:  wagstaffe@kerrwagstaffe.com

*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*

PERKINS COIE LLP

By: */s/ David. J. Burman*
    David J. Burman, Esquire
    Cori G. Moore, Esquire
    Nicholas H. Hesterberg, Esquire
    1201 Third Avenue
    Suite 4900
    Seattle, Washington  98101-3099
    Tel:  (206) 359-8000
    Fax:  (206) 359-9000
    E-mail:  DBurman@perkinscoie.com
          CGMoore@perkinscoie.com
          NHesterberg@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corp.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Philip J. Iovieno*
    William A. Isaacson, Esquire
    5301 Wisconsin Ave, N.W.
    Suite 800
    Washington, D.C.  20015
    Tel:    (202) 237-2727
    Fax:    (202) 237-6131
    E-mail:   wisaacson@bsfllp.com

    Stuart Singer, Esquire
    401 East Las Olas Boulevard
    Suite 1200
    Fort Lauderdale, FL  33301
    Tel:    (954) 356-0011
    Fax:    (954) 356-0022
    E-mail:   ssinger@bsfllp.com

    Philip J. Iovieno, Esquire
    Anne M. Nardacci, Esquire
    30 South Pearl Street
    11th Floor
    Albany, New York  12207
    Tel:    (518) 434-0600
    Fax:    (518) 434-0665
    E-mail:   piovieno@bsfllp.com
          anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corp., MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corp., and Tech Data Product Management, Inc.*

1

2

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

3

By: /s/ Scott N. Wagner
    Robert W. Turken, Esquire
4
    Scott N. Wagner, Esquire
    1450 Brickell Avenue
5
    Suite 2300
    Miami, Florida  33131-3456
6
    Tel:   (305) 374-7580
    Fax:   (305) 374-7593
7
    E-mail:  rturken@bilzin.com
              swagner@bilzin.com
8

*Counsel for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc.*

9

10

MUNGER, TOLLES & OLSON LLP

11

12

By: /s/ Brad D. Brian
    Brad Brian (State Bar No. 079001)
13
    Gregory J. Weingart (State Bar No. 157997)
    Susan E. Nash (State Bar No. 101837)
14
    E. Martin Estrada (State Bar No. 223802)
    355 South Grand Avenue
15
    35 Fifth Floor
    Los Angeles, CA  90071-1560
16
    Tel:   (213) 683-9100
    Fax:   (213) 687-3702
17
    E-mail:  brad.brian@mto.com
              gregory.weingart@mto.com
18
              susan.nash@mto.com
              martin.estrada@mto.com
19

*Counsel for Defendant LG Electronics, Inc.*

20

21

22

23

24

25

26

27

28

1

WINSTON & STRAWN LLP

2

By: /s/ Jeffrey L. Kessler

3      Jeffrey L. Kessler (*pro hac vice*)
       A. Paul Victor (*pro hac vice*)

4      Aldo A. Badini (SBN 257086)
       Eva W. Cole (*pro hac vice*)

5      Molly M. Donovan (*pro hac vice*)
       200 Park Avenue

6      New York, N.Y.  10166
       Tel:    (212) 294-6700

7      Fax:    (212) 294-4700
       E-mail:   JKessler@winston.com

8                PVictor@winston.com
                 ABadini@winston.com

9                EWCole@winston.com
                 MMDonovan@winston.com

10

11     WHITE & CASE LLP

12     By: /s/ Christopher M. Curran

13     Christopher M. Curran (*pro hac vice*)
       Lucias B. Lau (*pro hac vice*)

14     Dana E. Foster (*pro hac vice*)
       701 Thirteenth Street, N.W.

15     Washington, D.C.  20005
       Tel:    (202) 626-3600

16     Fax:    (202) 639-9355
       E-mail:   ccurran@whitecase.com

17                alau@whitecase.com
                  defoster@whitecase.com

18     ***Counsel for Defendants Toshiba
       Corporation, Toshiba America, Inc.,***

19     ***Toshiba America Information Systems,
       Inc., Toshiba America Consumer Products,***

20     ***L.L.C., and Toshiba America Electronic
       Components, Inc.***

21

22     BAKER BOTTS LLP

23

24     By: /s/ John M. Taladay

25     John M. Taladay (*pro hac vice*)
       Erik T. Koons (*pro hac vice*)

26     1299 Pennsylvania Avenue, N.W.
       Washington, D.C.  20004-2400

27     Tel:    (202) 639-7700
       Fax:    (202) 639-7890

28     E-mail:   john.taladay@bakerbotts.com
                 erik.koons@bakerbotts.com

1    Jon V. Swenson (SBN 233054)
     1001 Page Mill Road
2    Building One
     Suite 200
3    Palo Alto, CA 94304
     Tel:   (650) 739-7500
4    Fax:   (650) 739-7699
     E-mail: jon.swenson@bakerbotts.com
5
     ***Counsel for Defendants Koninklijke Philips***
6    ***N.V., Philips Electronics North America***
     ***Corporation, Philips Taiwan Limited and***
7    ***Philips do Brasil Ltda.***

8

9    SHEPPARD MULLIN RICHTER & HAMPTON LLP

10   By: */s/ James L. McGinnis*
11       Gary L. Halling (SBN 66087)
         James L. McGinnis (SBN 95788)
12       Michael W. Scarborough (SBN 203524)
         Four Embarcadero Center
13       17th Floor
         San Francisco, CA 94111
14       Tel:   (415) 434-9100
         Fax:   (415) 434-3947
15       E-mail: ghalling@sheppardmullin.com
                 jmcginnis@sheppardmullin.com
16               mscarborough@sheppardmullin.com

17       Leo D. Caseria (SBN 240323)
         333 South Hope Street
18       43rd Floor
         Los Angeles, CA 90071-1448
19       Tel:   (213) 620-1780
         Fax:   (213) 620-1398
20       E-mail: lcaseria@sheppardmullin.com

21   ***Counsel for Defendants Samsung SDI***
     ***America, Inc.; Samsung SDI Co., Ltd.;***
22   ***Samsung SDI (Malaysia) SDN. BHD.;***
     ***Samsung SDI Mexico S.A. DE C.V.;***
23   ***Samsung SDI Brasil Ltda.; Shenzen Samsung***
     ***SDI Co., Ltd. and Tianjin Samsung SDI Co.,***
24   ***Ltd.***

25

26

27

28

---

JOINT SUBMISSION PROVIDING PREVIOUSLY FILED OBJECTIONS, ETC.    CASE NO. 07-cv-5944 (JST)

1

FAEGRE BAKER DANIELS LLP

2

By: /s/ Kathy L. Osborn

3
    Kathy L. Osborn (pro hac vice)
    Ryan M. Hurley (pro hac vice)

4
    300 N. Meridian Street, Suite 2700
    Indianapolis, IN  46204

5
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000

6
    E-mail: kathy.osborn@FaegreBD.com
          ryan.hurley@FaegreBD.com

7
    Jeffrey S. Roberts (pro hac vice)

8
    3200 Wells Fargo Center
    1700 Lincoln Street

9
    Denver, Colorado  80203
    Tel:   (303) 607-3500

10
    Fax:   (303) 607-3600
    E-mail: jeff.roberts@FaegreBD.com

11

***Counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

12

13

14

SQUIRE PATTON BOGGS (US) LLP

15

By: /s/ Mark C. Dosker
    Mark C. Dosker (SBN 114789)

16
    Nathan Lane, III (SDN 50961)
    275 Battery Street, Suite 2600

17
    San Francisco, CA  94111
    Tel:   (415) 954-0200

18
    Fax:   (415) 393-9887
    E-mail: mark.dosker@squirepb.com

19
          nathan.lane@squirepb.com

20
    Donald A. Wall (pro hac vice)

21
    1 East Washington Street, Suite 2700
    Phoenix, Arizona  85004

22
    Tel:   (602) 528-4000
    Fax:   (602) 253-8129

23
    E-mail: donald.wall@squirepb.com

24

***Counsel for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al.***

25

26

27

28

1

2

CURTIS, MALLET, PREVOST, COLT & MOSLE LLP

3

By: /s/ Jeffrey I. Zuckerman

Jeffrey I. Zuckerman (*pro hac vice*)

4

1717 Pennsylvania Avenue, N.W.

Washington, D.C.  20006

5

Tel:   (202) 452-7350

Fax:   (917) 368-7350

6

Email: jzuckerman@curtis.com

7

Arthur Gaus (SBN 289560)

Arthur Gaus (SBN 289560)

8

DILLINGHAM & MURPHY, LLP

601 California Street

9

Suite 1900

San Francisco, CA  94108

10

Tel:   (415) 397-2700

Fax:   (415) 397-3300

11

E-mail: asg@dillinghammurphy.com

12

***Counsel for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al.***

13

14

15

By: /s/ Terrence J. Truax

Terrence J. Truax, Esquire

16

Charles B. Sklarsky, Esquire

Michael T. Brody, Esquire

17

Gabriel A. Fuentes, Esquire

JENNER & BLOCK LLP

18

353 North Clark Street

Chicago, Illinois  60654

19

Tel:   (312) 222-9350

Fax:   (312) 527-0484

20

21

Harold A. Barza, Esquire

Kevin Y. Teruya, Esquire

QUINN EMANUEL URQUHART & SULLIVAN LLP

22

865 S. Figueroa Street

23

Los Angeles, CA 90017

Tel:   (213) 443-3000

24

Fax:   (213) 443-3100

25

26

27

28

1

2

3

4

5

Ryan S. Goldstein, Esquire
QUINN EMANUEL URQUHART &
SULLIVAN LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Tel:   (011) 81 3 5510 1711
Fax:   (011) 81 3 5510 1712
E-mail: ryangoldstein@quinnemanuel.com

6

7

8

*Attorneys for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US, Inc.,
and Mitsubishi Electric Visual Solutions
America, Inc.*

9

10

11

12

13

14

15        Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

16    document has been obtained from each of the above signatories.

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

On April 26, 2016, I caused a copy of the foregoing Joint Submission Providing Previously Filed Objections to Evidence and Updating List of Pending Motions to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.


By: */s/ William J. Blechman*
　　William J. Blechman

# EXHIBIT 1

## I.    Outstanding Summary Judgment Motions

### A.    Summary Judgment Motions Related to Unresolved Ownership/Control Issues (argued on January 13, 2016)

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2983 | • ~~CPT~~<br>• LG<br>• MTPD<br>• Panasonic<br>• ~~Mitsubishi Electric~~<br>• Samsung SDI<br>• Thomson<br>• Toshiba | • ~~Circuit City~~<br>• CompuCom<br>• Costco[2]<br>• Dell[3]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[4]<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics | Yes | 3244 | 3454 | LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Panasonic and MTPD by unopposed joinder (Joinder, ECF No. 4220)<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3015)<br><br>~~CPT by unopposed joinder (Joinder, ECF No. 4225)~~<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |

---

[2] LG, Toshiba, and Thomson remain in the Costco case.  Mitsubishi and SDI have settled with Costco.

[3] SDI remains in the Dell case.  All other defendants have settled with Dell.

[4] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3014 | • LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• Thomson<br>• Toshiba | • ~~Best Buy~~[5]<br>• ~~Circuit City~~<br>• Costco[6]<br>• Interbond<br>• Sears/Kmart[7] | Motion for Partial Summary Judgment with Respect to DAPs' Alleged Direct Damage Claims Based on Purchases from Sanyo | Yes | 3275 | 3425 | DAPs' Notice of Supplemental Authority (ECF No. 4467) |
| 3026 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Thomson | • ~~Best Buy~~[8]<br>• ~~Circuit City~~<br>• Costco[9]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[10]<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC-Mitsubishi Electric Visual Systems Corporation | Yes | 3251 | 3445 | LG by joinder (Joinder, ECF No. 3864)<br><br>Panasonic and MTPD by unopposed joinder (Joinder, ECF No. 4220)<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>~~CPT by unopposed joinder (Joinder, ECF No. 4225)~~<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |

[5] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[6] LG, Toshiba, Thomson and TDA remain in the Costco case. All other defendants have settled with Costco.

[7] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[8] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[9] LG and Thomson remain in the Costco case.  Mitsubishi has settled with all DAPs.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---------|----------------|-----------------|-----------------|-----------------------------|---------------|---------------|---------------------------|
| 3053 | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Thomson<br>• Toshiba | • ~~Best Buy~~[11]<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[12]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[13]<br>• Tech Data<br>• Tweeter | Corrected Motion for Partial Summary Judgment on Standing Grounds | Yes | 3279 | 3455 | ~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Panasonic and MTPD by unopposed joinder (Joinder, ECF No. 4220)<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3047)<br><br>~~CPT by unopposed joinder (Joinder, ECF No. 4225)~~<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467)<br><br>LG's Reply brief, ECF No. 3455 at 4 n.4, objects to evidence cited in Plaintiffs' Opp'n, ECF No. 3279 |

[10] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[11] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[12] LG, Thomson and Toshiba remain in the Costco case.  Mitsubishi has settled with all DAPs.

[13] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

**B.      Summary Judgment Motions Related to Plaintiffs' Standing (argued on January 20, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2994 | • LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | • MARTA | Motion for Summary Judgment with Respect to MARTA | No | 3267 | 3431 | |
| 3050 | • ~~CPT~~[14]<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• Toshiba<br>• Thomson<br>• TDA | • Sherman Act claims of: ~~Best Buy~~[15], ~~Circuit City~~, CompuCom, Costco,[16] Electrograph, Interbond, P.C. Richard, et. al., Office Depot, Sears/Kmart[17], Tech Data, Tweeter, | Joint Motion for Partial Summary Judgment Against IPPs and Certain DAPs for Lack of Antitrust Injury and Antitrust Standing Under Federal and Certain State Laws | Yes | 3245 | 3428 | All other state law claims initially at issue in the motion have been resolved by stipulation or settlement.<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4333)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |

---

[14] CPT has settled with all plaintiffs except for Viewsonic, with which it has reached a settlement in principle (Dkt. 4566).

[15] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[16] LG, Toshiba, Thomson and TDA remain in the Costco case.

[17] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---------|----------------|-----------------|-----------------|------------------------------|---------------|---------------|---------------------------|
| | | ~~ViewSonic~~<br>• California state law claim of Costco[18] | | | | | |

C. **Summary Judgment Motions Related to the Foreign Trade Antitrust Improvement Act (FTAIA) (argued on January 27, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---------|----------------|-----------------|-----------------|------------------------------|---------------|---------------|---------------------------|
| **3003** | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• Samsung SDI | • Dell | Defendants' Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA | No | 3235 | 3447 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)<br><br>DAPs' Supplemental Brief (ECF No. 4288)<br><br>Defendants' Supplemental Brief (ECF No. 4289) |

---

[18] LG, Toshiba, Thomson and TDA remain in the Costco case, but Costco's state law claims against Thomson have been dismissed with prejudice. *See* ECF No. 2440.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---------|----------------|-----------------|-----------------|------------------------------|---------------|---------------|----------------------------|
| **3006** | • ~~CPT~~<br>• LG<br>• ~~Mitsubishi Electric~~<br>• MTPD<br>• Panasonic<br>• Philips<br>• Samsung SDI<br>• TDA<br>• Thomson<br>• Toshiba | • ~~Best Buy~~[19]<br>• Costco[20]<br>• ~~Interbond~~<br>• ~~Office Depot~~ | Motion for Partial Summary Judgment on Plaintiffs' Indirect Purchaser Claims Based on Foreign Sales | No | 3287 | 3452 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032)<br><br>The Court previously dismissed certain claims previously at issue in this motion, including the state law indirect claims of Tech Data ECF No. 2433); Costco (ECF No. 3181, 2262); Sears (ECF No. 3394); Electrograph, CompuCom, P.C. Richard, et. al. and Tweeter (ECF No. 3226).  The parties stipulated to dismissal of the state law claims of Interbond and Office Depot prior to the hearing on this motion (ECF No. 4335).<br><br>DAPs' Supplemental Brief (ECF No. 4288)<br><br>Defendants' Supplemental Brief (ECF No. 4289) |

[19] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy

[20] LG, Toshiba, Thomson and TDA remain in the Costco case.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3008 | • CPT (as to Best Buy and ViewSonic only) • LG • Mitsubishi Electric • MTPD • Panasonic • Philips • Samsung SDI • TDA • Thomson • Toshiba | • Best Buy[21] • Circuit City • CompuCom • Costco[22] • Dell[23] • Electrograph • Interbond • Office Depot • P.C. Richard, et. al. • Sears/Kmart[24] • Tech Data • Tweeter • ViewSonic[25] | Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA | Yes | 3272 | 3442 | LG by unopposed joinder (as noted in LG's Motion for Partial Summary Judgment on FTAIA Grounds, ECF No. 3032) DAPs' Supplemental Brief (ECF No. 4288) Defendants' Supplemental Brief (ECF No. 4289) DAPs' Notice of Supplemental Authority (ECF No. 4467) Panasonic and MTPD's Notice of Clarification (ECF No. 3815) |
| 3032 | • LG • Mitsubishi Electric | • Sears/Kmart[26] • Tech Data • Tweeter • ViewSonic • Best Buy[27] | Motion for Partial Summary Judgment on FTAIA Grounds | Yes | 3272-3 | 3443 | Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916) |

---

[21] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy

[22] LG, Toshiba, Thomson and TDA remain in the Costco case.  All other defendants have settled with Costco.

[23] SDI remains in the Dell case. All other defendants have settled with Dell.

[24] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[25] CPT remains in the ViewSonic case.  All other defendants have settled with ViewSonic.

[26] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | • ~~Circuit City~~<br>• CompuCom<br>• Costco[28]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al. | | | | | DAPs' Supplemental Brief (ECF No. 4288)<br><br>Defendants' Supplemental Brief (ECF No. 4289)<br><br>DAPs' Notice of Supplemental Authority (ECF No. 4467) |

### D.  Summary Judgment Motion Related to the Statute of Limitations (argued on February 9, 2016)

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3044 | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• Samsung SDI<br>• Thomson<br>• Toshiba | • Dell[29]<br>• Sharp[30] | Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds | As to Sharp only | 3231 (Dell)<br><br>3283 (Sharp) | 3472 | Sharp's Objection to Reply Evidence (ECF No. 3503) |

---

[27] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy

[28] LG remains in the Costco case.  Mitsubishi has settled with all DAPs.

[29] The portion of this motion pertaining to Dell is still relevant to SDI, who is the only defendant remaining in the Dell case.

[30] The portion of this motion pertaining to Sharp is still relevant to Toshiba and Thomson.

E.      **Summary Judgment Motions Related to Withdrawal from the Alleged Conspiracy[31] (argued on February 9, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2972 | • LG<br>• ~~Mitsubishi Electric~~<br>• Toshiba | • ~~Best Buy[32]~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[33]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• ~~Sears/Kmart[34]~~<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment Based Upon Withdrawal and the Statutes of Limitations | Yes | 3268 | 3433 | <u>This motion concerns withdrawal by Hitachi</u><br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3011)<br><br>ECF No. 4359 (identifying objections laid out in ECF No. 3449, which objects to evidence cited in ECF No. 3268)<br><br>Plaintiffs note that ECF Nos. 3449 and 4359 violated Local Rule 7-3(a), which requires |

---

[31] These motions are relevant to all of the parties, even if the specific Defendant entities at issue in these motions settle the claims against them.  If the Court determines that specific Defendant entities withdrew from the alleged conspiracy, then volume of commerce for which all remaining Defendants may be jointly and severally liable will be reduced to exclude the sales of the withdrawing Defendants following their withdrawal.

[32] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[33] LG and Toshiba remain in the Costco case.  Mitsubishi has settled with all DAPs.

[34] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | that any evidentiary objections "must be contained within the [reply] brief or memorandum," and ask that the Court disregard the improperly filed objections |
| **2995** | • LG<br>• ~~Mitsubishi Electric~~<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[35]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[36]<br>• ~~Sharp~~[37]<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment Concerning Withdrawal | Yes | 3280 | 3437 | This motion concerns withdrawal by Toshiba<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~ |
| **3027** | • LG<br>• ~~Mitsubishi Electric~~<br>• Philips | • ~~Best Buy~~[38]<br>• ~~Circuit City~~<br>• CompuCom<br>• ~~Costco~~[39] | Motion for Partial Summary Judgment (based on withdrawal) | Yes | 3241 | 3461 | This motion concerns withdrawal by Philips Electronics North America Corporation, Philips Taiwan |

---

[35] LG and Toshiba remain in the Costco case.  Mitsubishi has settled with all DAPs.

[36] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[37] Toshiba remains in the Sharp case.

[38] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[39] LG and Toshiba remain in the Costco case.  Philips and Mitsubishi have settled with Costco.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | • Toshiba | • Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[40]<br>• Sharp[41]<br>• Tech Data<br>• Tweeter | | | | | <u>Limited, Philips do Brasil Ltda</u><br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3028) |

---

[40] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[41] Toshiba remains in the Sharp case.

JOINT UPDATED LIST OF SUMMARY JUDGMENT MOTIONS AFFECTED BY SETTLEMENT

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 3086 | • LG<br>• ~~Mitsubishi Electric~~<br>• Toshiba | • ~~Best Buy~~[42]<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[43]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[44]<br>• Sharp[45]<br>• Tech Data<br>• Tweeter | Motion for Partial Summary Judgment on Withdrawal Grounds (Correction of ECF No. 3043). | Yes | 3262-3 | 3444 | <u>This motion concerns withdrawal by LG</u><br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3055)<br><br>LG's Reply brief, ECF No. 3444 at 9 n.7, objects to evidence cited in Plaintiffs' Opp'n, ECF No. 3262 |

**F.**    **Summary Judgment Motions Related to Absence of Evidence of Liability as to Specific Defendant Entities  (argued on February 23, 2016)**

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

[42] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[43] LG and Toshiba remain in the Costco case.  Mitsubishi has settled with all DAPs.

[44] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[45] Toshiba remains in the Sharp case.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| 2976 | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson<br>• Toshiba | • ~~Best Buy~~[46]<br>• ~~Circuit City~~<br>• CompuCom<br>• Costco[47]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[48]<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment Based Upon Lack of Evidence of Participation in the Alleged Conspiracy | Yes | 3274 | 3439 | This motion concerns the absence of evidence of liability as to specific Hitachi entities<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3010)<br><br>ECF No. 3451 (objecting to evidence cited in ECF No. 3274)<br><br>Plaintiffs note that ECF No.3451 violated Local Rule 7-3(a), which requires that any evidentiary objections "must be contained within the [reply] brief or memorandum," and ask that the Court disregard the |

[46] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[47] LG, Toshiba, and Thomson remain in the Costco case.  Mitsubishi has settled with all DAPs.

[48] LG remains in the Sears/Kmart case.  All other defendants have settled with Sears/Kmart.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | improperly filed objections |
| **2981** | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson<br>• Toshiba | • ~~Best Buy[49]~~<br>• ~~Circuit City~~<br>• Costco[50]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[51]<br>• Sharp[52]<br>• Tech Data<br>• Tweeter | Notice of Motion and Motion for Summary Judgment and Partial Summary Judgment (on liability) | Yes | 3236 | 3603 | <u>This motion concerns the absence of evidence of liability as to a specific Thomson entity</u><br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3012)<br><br>DAPs' Rule 56(d) Supplement to Opposition (ECF No. 3506) |

---

[49] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[50] LG, Toshiba, and Thomson remain in the Costco case.  Mitsubishi has settled with all DAPs.

[51] LG remains in the Sears/Kmart. All other defendants have settled with Sears/Kmart.

[52] Toshiba and Thomson remain in the Sharp case.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **2984** | • LG<br>• ~~Mitsubishi Electric~~<br>• TDA<br>• Thomson | • ~~Best Buy~~[53]<br>• ~~Circuit City~~<br>• Costco[54]<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[55]<br>• Sharp[56]<br>• Tweeter | Notice of Motion and Motion for Summary Judgment (on liability, *Illinois Brick*, due process, and statute of limitations) | Yes | 3253 | 3430 | <u>This motion concerns the absence of evidence of liability as to TDA</u><br><br>The opposition is limited to TDA's Sherman Act claims; Plaintiffs do not oppose TDA's motion as it relates to their state-law claims.<br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888) |

[53] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[54] LG, Thomson, and TDA remain in the Costco case.  Mitsubishi has settled with all DAPs.

[55] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[56] TDA and Thomson remain in the Sharp case.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **3001** | • LG<br>• ~~Mitsubishi Electric~~<br>• Panasonic<br>• Thomson<br>• Toshiba | • ~~Best Buy~~[57]<br>• ~~Circuit City~~<br>• CompuCom<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• <u>Sears/Kmart</u>[58]<br>• <u>Sharp</u>[59]<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3248 | 3459 | <u>This motion concerns the absence of evidence of liability as to Panasonic Corp and Panasonic Corporation of North America</u><br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>~~Mitsubishi Electric by joinder (Joinder, ECF No. 3898; DAPs' Opposition, ECF No. 3916)~~<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3025) |

---

[57] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[58] LG remains in the Sears/Kmart case. All other defendants have settled with Sears/Kmart.

[59] Thomson and Toshiba remain in the Sharp case.

| Dkt No. | Moving Parties | Adverse Parties | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **3037** | • LG<br>• ~~Mitsubishi Electric~~<br>• Thomson | • ~~Best Buy~~[60]<br>• ~~Circuit City~~<br>• Costco[61]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment Based Upon Absence of Evidence of Liability | Yes | 3271 | 3462 | <u>This motion concerns the absence of evidence of liability as to Mitsubishi Electric Corporation</u><br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>Thomson by joinder (Joinder, ECF No. 3888)<br><br>Motion Granted as to MEUS and MEVSA (ECF No. 4559) |
| **3040** | • Koninklijke Philips N.V.<br>• LG<br>• Toshiba | • ~~Best Buy~~<br>• ~~Circuit City~~<br>• Costco[62]<br>• ~~Dell~~<br>• Electrograph<br>• Interbond<br>• Office Depot<br>• P.C. Richard, et. al.<br>• Sears/Kmart[63]<br>• Tech Data<br>• Tweeter | Motion for Summary Judgment (on liability) | Yes | 3240 | 3460 | <u>This motion concerns the absence of evidence of liability as to Koninklijke Philips N.V.</u><br><br>LG by joinder (Joinder, ECF No. 3864)<br><br>Toshiba by unopposed joinder (Joinder, ECF No. 3045)<br><br>Koninklijke Philips N.V.'s Reply brief, ECF No. 3467 at 12, objects to evidence cited in Plaintiff's Opp'n, ECF No. 3240 |

---

[60] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

[61] LG and Thomson remain in the Costco case.  Mitsubishi settled with all DAPs.

**II.   Resolved Motions Since November 17, 2015 Joint Filing (ECF No. 4192)**

| Dkt No. | Moving Parties | ~~Adverse Parties~~ | Title of Motion | Relevant to N.D. Cal. Trial | Opp'n ECF No. | Reply ECF No. | Related Filings and Notes |
|---|---|---|---|---|---|---|---|
| **~~3048~~** | • ~~LG~~<br>• ~~Mitsubishi Electric US, Inc.~~<br>• ~~Mitsubishi Electric Visual Solutions America, Inc.~~ | • ~~Best Buy~~<br>• ~~Costco~~<br>• ~~Dell~~<br>• ~~Electrograph~~<br>• ~~Interbond~~<br>• ~~Office Depot~~<br>• ~~P.C. Richard, et. al.~~<br>• ~~Tech Data~~<br>• ~~Tweeter~~ | ~~Motion for Summary Judgment (on liability)~~ | ~~Yes~~ | ~~3257~~ | ~~3434~~ | This motion was resolved by the Court's April 14, 2016 order (ECF No. 4559). |
| **~~2978~~** | • ~~LG~~<br>• ~~Mitsubishi Electric~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~Toshiba~~<br>• ~~Thomson~~<br>• ~~TDA~~ | • ~~Interbond~~<br>• ~~Office Depot~~ | ~~Motion for Partial Summary Judgment As To Indirect Purchaser Plaintiffs' and Certain Direct Action Plaintiffs' State Law Claims on Statute of Limitations Grounds~~ | ~~No~~ | ~~3250~~ | ~~3448~~ | The parties stipulated to dismissal of the state law claims of Interbond and Office Depot prior to the hearing on this motion (ECF No. 4335). |
| **~~3031~~** | • ~~LG~~<br>• ~~MTPD~~<br>• ~~Panasonic~~<br>• ~~Philips~~<br>• ~~Samsung SDI~~<br>• ~~TDA~~ | • ~~Interbond~~<br>• ~~Office Depot~~ | ~~Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on State Law Claims Limited to Intrastate Activity~~ | ~~No~~ | ~~3252~~ | ~~3423~~ | The parties stipulated to dismissal of the state law claims of Interbond and Office Depot prior to the hearing on this motion (ECF No. 4335). |

---

[62] LG and Toshiba remain in the Costco case.  Philips has settled with Costco.

[63] LG remains in the Sears/Kmart case.  All other defendants have settled with Sears/Kmart.

| ~~3102~~ | ●~~CPT~~ | ●~~ViewSonic~~ | Motion for Partial Summary Judgment for Lack of Standing as to ViewSonic Corporation | Yes | 3263 | 3476 | Denied as moot (ECF No. 4596)<br><br>ECF No. 3473, Chunghwa's motion to exclude evidence re: ECF No. 3102, is accordingly moot. |
|---|---|---|---|---|---|---|---|
| ~~2997~~ | ●~~LG~~<br>●~~TDA~~<br>●~~Toshiba~~ | ●~~Costco~~ | ~~Motion for Partial Summary Judgment against Costco on Choice of Law Grounds~~ | ~~No~~ | ~~3264~~ | ~~3469~~ | Resolved via court order (ECF No. 4582) |
| ~~3029~~ | ●~~LG~~<br>●~~Toshiba~~ | ●~~Costco~~ | ~~Motion for Partial Summary Judgment against Certain Direct Action Plaintiffs on Due Process Grounds~~ | ~~No~~ | ~~3264~~ | ~~3469~~ | Resolved via court order (ECF No. 4582)<br><br>~~Toshiba by unopposed joinder (Joinder, ECF No. 3038)~~ |
| ~~3108~~ | ●~~CPT~~<br>●~~LG~~<br>●~~Mitsubishi Electric~~<br>●~~Panasonic~~<br>●~~Philips~~<br>●~~Samsung SDI~~<br>●~~Thomson~~ | ●~~Sears/Kmart~~<br>●~~Tech Data~~<br>●~~Tweeter~~<br>●~~ViewSonic~~ | Motion for Summary Judgment Based Upon Failure to Provide Evidence to Avoid FTAIA Bar on Foreign Commerce | Yes | 3249 | 3477 | Denied as moot (ECF No. 4596) |
| ~~2973~~[64] | ●~~CPT~~<br>●~~Thomson~~<br>●~~Toshiba~~ | ●~~Best Buy~~[65] | ~~Motion for Summary Judgment on Direct Action Plaintiffs' State Law Claims on Due Process~~ | ~~Yes~~ | ~~3258-3~~ | ~~3422~~ | Denied as moot (ECF No. 4596) |

---

[64] This motion is affected by the settlements in principle between Best Buy and the Toshiba, Panasonic, LG, and Thomson Defendants.

[65] The Toshiba, Panasonic, LG, and Thomson Defendants have settlements in principle with Best Buy.

| | | | Grounds | | | | | |
|---|---|---|---|---|---|---|---|---|