UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br><br> Case No. C-07-5944 JST |
| This Order Relates To: <br><br> ALL DIRECT ACTION PLAINTIFFS | **ORDER TO SHOW CAUSE RE: ADDITIONAL POTENTIALLY MOOT MOTIONS** |

Review of the docket suggests that the following motions have become moot: ECF Nos. 2964, 2965, 3127. Any party who believes otherwise is ordered to file a statement to that effect, with an explanation why judicial relief is appropriate, by April 29, 2016. If no such statement is received, the motions will be denied as moot.

IT IS SO ORDERED.

Dated: April 26, 2016

_____
JON S. TIGAR
United States District Judge