Michael P. Kenny, Esq. (admitted pro hac vice)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted pro hac vice)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (admitted pro hac vice)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 JST<br><br>MDL No. 1917<br><br>**DELL PLAINTIFFS' AND DEFENDANT LG ELECTRONICS, INC.'S STIPULATION OF WITHDRAWAL OF PENDING MOTIONS** |
| THIS DOCUMENT RELATES TO:<br><br>Individual Case No. 13-cv-2171 (JST)<br><br>DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., ET AL.,<br><br>    Defendants. | |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendant LG Electronics, Inc. ("LGE"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 25, 2016, Dell and LGE filed a stipulation with the Court seeking dismissal of Dell's claims against LGE in this action (MDL Dkt. No. 4595);

WHEREAS, on April 25, 2016, the Court granted the stipulation dismissing Dell's claims against LGE in this action (MDL Dkt. No. 4600);

WHEREAS, at the time of this stipulation, LGE has filed, or has joined, certain summary judgment and *Daubert* motions pending against Dell;

WHEREAS, in light of the stipulated dismissal of Dell's causes of action against LGE, LGE seeks to withdraw certain motions, or seeks to withdraw its joinder to these motions, as they pertain to Dell, but not as they pertain to any other parties, or motions brought by or joined by any other Defendant;

WHEREAS, Dell seeks to withdraw certain motions, as they pertain to LGE, but not as they pertain to any other parties, or motions brought by or joined by any other Plaintiff.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Dell and LGE, subject to the concurrence of the Court, that:

1. LGE withdraws the following motions, or its joinder in the following motions, as to—and only as to—Dell:

    a) Motion for Partial Summary Judgment for Lack of Standing as to Direct Action Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics (MDL Dkt. No. 2983, 3864);

    b) Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under FTAIA (MDL Dkt. No. 3008);

    c) Motion for Partial Summary Judgment on FTAIA Grounds (MDL Dkt. No. 3032);

    d) Motion for Summary Judgment Based Upon Absence of Evidence of Liability (MDL Dkt. No. 3037, 3864);

    e) Motion for Partial Summary Judgment against Dell and Sharp Plaintiffs on Statute of Limitations Grounds (MDL Dkt. No. 3044);

    f) Motion for Partial Summary Judgment on Withdrawal Grounds (MDL Dkt. No. 3086);

g) Joint Notice of Motion and Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA (MDL Dkt. No. 3003);

h) Motion for Summary Judgment (on liability) (MDL Dkt. No. 3040, 3864);

i) Motion for Partial Summary Judgment as to Direct Action Purchaser's Sherman Act Damages Claims Based on CRT Product Purchases from NEC-Corporation and NEC-Mitsubishi Electric Visual Systems Corporation (MDL Dkt. No. 3026, 3864);

j) Motion to Exclude Expert Testimony of Professor Stephan Haggard (MDL Dkt. No. 3172, 3864); and

k) Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga (MDL Dkt. No. 3174).

2. Dell withdraws the following motion as to—and only as to—LGE:

a) Motion to Partially Exclude the Expert Report and Opinions of Janusz A. Ordover, Ph.D. (MDL Dkt. No. 3170).

3. Each of the above-referenced motions in Paragraph 1 will remain pending as to other Plaintiffs' claims to which they are directed and shall remain pending as to Dell insofar as the motions have been made by or joined by other Defendants.

4. Each of the above-referenced motions in Paragraph 2 will remain pending as to other Defendants to which they are directed and shall remain pending as to LGE insofar as the motions have been made by or joined by other Plaintiffs.

5. The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                      _____

                                                                                   Hon. Jon S. Tigar
                                                                                   United States District Judge

| | | |
|---|---|---|
| Dated: April 28, 2016 | Respectfully Submitted, | |
| | By:    /s/ *Michael P. Kenny, Esq.* | |

                        Michael P. Kenny, Esq. (GA Bar No. 415064)
                        mike.kenny@alston.com
                        Debra D. Bernstein, Esq. (GA Bar No. 054998)
                        debra.bernstein@alston.com
                        Matthew D. Kent, Esq. (GA Bar No. 526272)
                        matthew.kent@alston.com
                        ALSTON & BIRD LLP
                        1201 West Peachtree Street
                        Atlanta, Georgia 30309-3424
                        Tel: (404) 881-7000
                        Facsimile: (404) 881-7777

                        James M. Wagstaffe, Esq. (SBN 95535)
                        wagstaffe@kerrwagstaffe.com
                        KERR & WAGSTAFFE LLP
                        101 Mission Street, 18th Floor
                        San Francisco, California 94105-1576
                        Tel: (415) 371-8500
                        Facsimile: (415) 371-0500

                        *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

By:    /s/ Brad Brian
                        Brad Brian, Esq. (State Bar No. 079001)
                        brad.brian@mto.com
                        E. Martin Estrada, Esq. (State Bar No. 223802)
                        martin.estrada@mto.com
                        MUNGER, TOLLES & OLSON LLP
                        355 South Grand Avenue
                        Thirty-Fifth Floor
                        Los Angeles, California 90071-1560
                        Telephone:    (213) 683-9100
                        Facsimile:    (213) 687-3702

                        *Attorneys for Defendant LG Electronics, Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION OF WITHDRAWAL OF PENDING MOTIONS - 4

3:13-cv-02171
MDL No. 1917