Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173 (JST)<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-05514 (JST) | **PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Date:  June 9, 2016<br>Time:  2:00 p.m.<br>Courtroom: 9, 19th Floor<br><br>The Honorable Jon S. Tigar |

Having read and complied with the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rules 7-11 and 79-5, and pursuant to those rules, Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA"), by and through their counsel, respectfully submit this Administrative Motion for an order to file under seal the following three documents attached as exhibits to the Declaration of Kenneth A. Gallo in support of SEC and SEMA's concurrently filed response to the Thomson and TDA Defendants' Motion to Continue and Set Trial Dates (ECF No. 4598).

| Gallo Ex. No. | Document Description | Designating Party |
|---|---|---|
| B | Excerpts from Rule 30(b)(6) deposition transcript of Thomson SA and Thomson Consumer Electronics, Inc. through Meggan Ehret, January 8, 2015, pp. 57–59, 184–87. | Defendants Thomson Consumer Electronics, Inc. & Thomson SA (collectively, "Thomson") |
| C | Deposition Exhibit 8104, *Meggan Ehret, Thomson Consumer Electronics, Inc.'s Corporate Designee, Notes Regarding Certain Thomson Consumer 30(b)(6) Deposition Topics*, January 8-9, 2015. | Thomson |
| D | Deposition Exhibit 8105, *Meggan Ehret, Thomson Consumer Electronics, Inc.'s Corporate Designee, Notes Regarding Certain Thomson Consumer 30(b)(6) Deposition Topics*, January 8-9, 2015. | Thomson |

This motion is supported by the Declaration of Craig A. Benson in Support of SEC and SEMA's Administrative Motion to File Documents Under Seal, dated April 29, 2016 ("Benson Declaration"). *See* Civ. L. R. 79(d)(1)(A) (stating that an administrative motion to seal must be accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

As set forth in the Benson Declaration, the documents that SEC and SEMA seek to file under seal have been designated as "Confidential" or "Highly Confidential" by Thomson (i.e., the "Designating Party") pursuant to the Stipulated Protective Order governing this action. (*See* ECF No. 306, June 18, 2008 ("Stipulated Protective Order").)

1

SEC AND SEMA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
CASE NO. 07-CV-05944 (JST), MDL NO. 1917

1    Civil Local Rule 79-5(e) provides that if a party wishes to file a document that has been
2 designated confidential by another party pursuant to a protective order, the submitting party must file an
3 administrative motion to seal and submit the applicable documents under seal.  Civ. L. R. 79-5(e). It
4 then falls to the designating party to file a declaration within four (4) days of filing the administrative
5 motion to seal establishing that the designated material is sealable, in order for the documents to be
6 maintained under seal beyond that date.  It is the designating party's burden to establish that the
7 designated information is sealable.  *See* Civil L. R. 79-5(d); *Kamakana v. City & Cnty. of Honolulu*, 447
8 F.3d 1172, 1178-80 (9th Cir. 2006).  In this case, the designating party for all information sought to be
9 sealed is Thomson.
10   For these reasons, SEC and SEMA respectfully submit this administrative motion
11 pursuant to the Stipulated Protective Order, the Honorable Jon S. Tigar's Standing Order Governing
12 Administrative Motions to File Materials Under Seal, and Civil Local Rules 7-11 and 79-5, and hereby
13 notifies Thomson—the Designating Party—of its burden to establish that the designated material is
14 sealable.

DATED:  April 29, 2016    By:  /s/ *Craig A. Benson*

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208

Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*