Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173 (JST)<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-05514 (JST) | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: June 9, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br><br>The Honorable Jon S. Tigar |

I, Craig A. Benson, hereby declare as follows:

1. I am a Partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA"). I am a member of the bars of the State of Maryland, the State of New York, and the District of Columbia, and on March 20, 2013 was granted leave to appear *pro hac vice* in this litigation.

2. I submit this Declaration in support of SEC and SEMA's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently to them.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (ECF No. 306) (the "Stipulated Protective Order").

4. Pursuant to Civil Local Rules 7-11 and 79-5, SEC and SEMA, by and through counsel, respectfully request to file under seal the following three documents attached as exhibits to the Declaration of Kenneth A. Gallo in support of SEC and SEMA's concurrently filed response to the Thomson and TDA Defendants' Motion to Continue and Set Trial Dates (ECF No. 4598).

| Gallo Ex. No. | Document Description | Designating Party |
|---|---|---|
| B | Excerpts from Rule 30(b)(6) deposition transcript of Thomson SA and Thomson Consumer Electronics, Inc. through Meggan Ehret, January 8, 2015, pp. 57–59, 184–87. | Defendants Thomson Consumer Electronics, Inc. & Thomson SA (collectively, "Thomson") |
| C | Deposition Exhibit 8104, *Meggan Ehret, Thomson Consumer Electronics, Inc.'s Corporate Designee, Notes Regarding Certain Thomson Consumer 30(b)(6) Deposition Topics*, January 8-9, 2015. | Thomson |
| D | Deposition Exhibit 8105, *Meggan Ehret, Thomson Consumer Electronics, Inc.'s Corporate Designee, Notes Regarding Certain Thomson Consumer 30(b)(6) Deposition Topics*, January 8-9, 2015. | Thomson |

1

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SEC AND SEMA'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 07-CV-05944 (JST), MDL NO. 1917

5. The aforementioned three documents that SEC and SEMA seek to file under seal have been designated as "Confidential" or "Highly Confidential" by Thomson (the "Designating Party") pursuant to the Stipulated Protective Order governing this action. (*See* ECF No. 306.) As a result, they must be submitted under seal pursuant to Civil Local Rule 79-5(e), and the designating party must file a declaration within four (4) days of filing the administrative motion to seal establishing that the designated material is sealable in order for the documents to be maintained under seal beyond that date.

6. Accordingly, SEC and SEMA seek to submit the aforementioned documents under seal in good faith in order to comply with the Stipulated Protective Order, the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal, and Civil Local Rules 7-11 and 79-5. Because the documents that SEC and SEMA seek to submit under seal have been designated as "Confidential" or "Highly Confidential" by the Designating Party, SEC and SEMA file the accompanying Administrative Motion to File Documents Under Seal, and will be prepared to file unredacted versions of the aforementioned documents in the public record if required by Civil Local Rule 79-5(e).

7. Pursuant to Civil Local Rule 79-5(e), this Declaration is being served on Thomson as the Designating Party.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 29th day of April, 2016, in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson