Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation*,
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173 (JST)<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-05514 (JST) | **[PROPOSED] ORDER GRANTING PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Date:  June 9, 2016<br>Time:  2:00 p.m.<br>Courtroom:  9, 19th Floor<br><br>The Honorable Jon S. Tigar |

1  Upon consideration of Sharp Electronics Corporation and Sharp Electronics
2 Manufacturing Company of America, Inc.'s ("SEC and SEMA's") Administrative Motion to File
3 Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5, and with good cause
4 appearing therefor:

5  IT IS HEREBY ORDERED that SEC and SEMA's Administrative Motion is
6 hereby GRANTED;

7  IT IS FURTHER ORDERED that the Clerk shall file and maintain under seal the
8 below-listed Exhibits B, C, and D to the Declaration of Kenneth A. Gallo submitted on April 29,
9 2016 in connection with SEC and SEMA's response to the Thomson and TDA Defendants'
10 Motion to Continue and Set Trial Dates (ECF No. 4598).

| Gallo Ex. No. | Document Description | Designating Party |
|---|---|---|
| B | Excerpts from Rule 30(b)(6) deposition transcript of Thomson SA and Thomson Consumer Electronics, Inc. through Meggan Ehret, January 8, 2015, pp. 57–59, 184–87. | Defendants Thomson Consumer Electronics, Inc. & Thomson SA (collectively, "Thomson") |
| C | Deposition Exhibit 8104, *Meggan Ehret, Thomson Consumer Electronics, Inc.'s Corporate Designee, Notes Regarding Certain Thomson Consumer 30(b)(6) Deposition Topics*, January 8-9, 2015. | Thomson |
| D | Deposition Exhibit 8105, *Meggan Ehret, Thomson Consumer Electronics, Inc.'s Corporate Designee, Notes Regarding Certain Thomson Consumer 30(b)(6) Deposition Topics*, January 8-9, 2015. | Thomson |

**IT IS SO ORDERED.**

DATED:_____        _____
 HONORABLE JON S. TIGAR
 UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING SEC AND SEMA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
CASE NO. 07-CV-05944 (JST), MDL NO. 1917