Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173 (JST)<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-05514 (JST) | **PROOF OF SERVICE** |

I hereby certify that on April 29, 2016, I caused a copy of the following documents to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008:

1. **PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5;**

2. **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; and**

3. **[PROPOSED] ORDER GRANTING PLAINTIFFS SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5.**

I also certify that I caused these same above-referenced documents, along with the below-described subject documents to be sealed, to be delivered by electronic mail to Thomson Consumer and Thomson SA (collectively, "Thomson")—the Designating Party—pursuant to Civil Local Rule 79-5(e), at the following electronic mail addresses:

**FAEGRE BAKER DANIELS LLP**

KATHY L. OSBORN
*kathy.osborn@FaegreBD.com*
RYAN M. HURLEY
*ryan.hurley@FaegreBD.com*
CALVIN L. LITSEY
*calvin.litsey@FaegreBD.com*
JEFFREY S. ROBERTS
*jeff.roberts@FaegreBD.com*

*Counsel for Thomson*

The subject documents to be sealed that were served on Thomson in the above-described manner are the following:

| Gallo Ex. No. | Document Description | Designating Party |
|---|---|---|
| B | Excerpts from Rule 30(b)(6) deposition transcript of Thomson SA and Thomson Consumer Electronics, Inc. through Meggan Ehret, January 8, 2015, pp. 57–59, 184–87. | Thomson |
| C | Deposition Exhibit 8104, *Meggan Ehret, Thomson Consumer Electronics, Inc.'s Corporate Designee, Notes Regarding Certain Thomson Consumer 30(b)(6) Deposition Topics*, January 8-9, 2015. | Thomson |
| D | Deposition Exhibit 8105, *Meggan Ehret, Thomson Consumer Electronics, Inc.'s Corporate Designee, Notes Regarding Certain Thomson Consumer 30(b)(6) Deposition Topics*, January 8-9, 2015. | Thomson |

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 29th day of April, 2016, in Washington, DC.

*/s/ Craig A. Benson*
Craig A. Benson