# E<span/>XHIBIT D

**(L<span/>ODGED U<span/>NDER S<span/>EAL P<span/>URSUANT TO C<span/>IVIL L<span/>OCAL R<span/>ULE 79-5 AND S<span/>TIPULATED P<span/>ROTECTIVE O<span/>RDER )**