Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173 (JST)<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-05514 (JST) | **[PROPOSED] ORDER DENYING THOMSON AND TDA DEFENDANTS' MOTION TO CONTINUE AND SET TRIAL DATES AND SETTING A TRIAL SCHEDULE**<br><br>Date:        June 9, 2016<br>Time:       2:00 p.m.<br>Courtroom:  9, 19th Floor<br><br>The Honorable Jon S. Tigar |

Having considered Defendants Thomson and TDA's Motion to Continue and Set Trial Dates, dated April 25, 2016 (ECF No. 4598) ("Thomson's Motion"), and Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Response thereto, dated April 29, 2016, and good cause appearing therefor,

IT IS HEREBY ORDERED that Thomson's Motion is DENIED;

IT IS FURTHER ORDERED that the final pretrial conferences and trials in *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 3:13-cv-01173 (the "Sharp action") and *Sears, Roebuck & Co. & Kmart Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514 (the "Sears/Kmart action") will proceed according to the following schedule:

| Date | Event |
| --- | --- |
| October 17–18, 2016 | Final Pretrial Conference in the Sharp action |
| November 7, 2016 | Trial Begins in the Sharp action |
| December 12–13, 2016 | Final Pretrial Conference in the Sears/Kmart action, and *Crago d/b/a Dash Computers, Inc., et al. v. Mitsubishi Elec. Corp., et al.*, No. 14-cv-02058 (the "DPP action") |
| January 9, 2017 | Trial Begins in the Sears/Kmart action |

**SO ORDERED:**

Dated: _____    _____
　　　　　　　　　　　　　　　　　　HONORABLE JON S. TIGAR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE