Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail:  rarnold@knpa.com
              wblechman@knpa.com
              kmurray@knpa.com
              srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST) <br> MDL No. 1917 |
| This Document Relates to: <br><br> *Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | **PLAINTIFFS SEARS AND KMART'S SUPPLEMENTAL FILING AND JOINDER** |

  Plaintiffs Sears, Roebuck and Co., and Kmart Corporation ("Sears"), pursuant to paragraph 6 of the Court's April 19, 2016 Civil Minutes (ECF No. 4572), submits this supplemental filing related to the setting of the trial schedule.

  Sears respects Sharp's first position for trial.  As such, Sears joins in Sharp's Response in Opposition to the Thomson and TDA Defendants' Motion to Continue and Set Trial Dates, ECF No. 4613, and requests that the Court set a firm date of January 9, 2017 for the Sears/LG trial. Subject to the Court's approval, we confirm the availability of Sears' witnesses for a January 9, 2017 trial, and our availability for that trial date and the pretrial conference on December 12-13.

Accordingly, Sears requests that the Court set a firm date of January 9, 2017 for the Sears/LG trial.

April 29, 2016

Respectfully submitted,

KENNY NACHWALTER, P.A.

By: _____
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:   rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com
            srandall@knpa.com

***Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation***

### CORRECTED CERTIFICATE OF SERVICE

On April 29, 2016, I caused a copy of the foregoing Supplemental Filing and Joinder to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: _____
William J. Blechman

542299.1