353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456                    JENNER&BLOCK LLP

May 2, 2016

Terrence J. Truax
Managing Partner
Tel  312 923-2738
Fax 312 840-7738
ttruax@jenner.com

**VIA ECF**

Hon. Jon S. Tigar
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:   In re Cathode Ray Tube ("CRT") Antitrust Litigation
      No. MDL 1917, 3:07-cv-5944-JST

Dear Judge Tigar:

This letter is a joint communication from my client, Mitsubishi Electric Corporation ("Mitsubishi Electric"), and Direct Action Plaintiff ("DAP") Tech Data Corporation ("Tech Data"), represented by attorney Scott N. Wagner, who has reviewed and approved this communication.  We write as a follow-up to a discussion on Thursday afternoon, April 29 with the Court's clerk, Mr. Noble, whom we informed that, while Mitsubishi Electric and Tech Data had earlier advised the Court of the parties' impending settlement, the parties are still working to finalize their agreement and have been delayed in accomplishing same due to the Golden Week holiday now occurring in Japan.

As a result, the parties are asking the Court not to issue a ruling on Mitsubishi Electric's pending summary judgment motions in the DAP actions until the parties can report back to the Court in mid-May.  We understand that the Court will be not be in chambers between May 5 and May 20, 2016, and if convenient for the Court, we would like to report to the Court with a written status by May 23.

The parties appreciate the Court's accommodation in this matter.

Very truly yours,

Terrence J. Truax

TJT:ks

cc:   Scott N. Wager, DAP Counsel for Tech Data Corporation