# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-CV-05944-JST <br><br> MDL No. 1917 |
| This Order Relates To: <br><br> *Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; <br><br> *Electrograph Sys., Inc., et al. v. Technicolor SA, et al.*, No. 13-cv-05724; <br><br> *Interbond Corp. of Am. v. Hitachi, Ltd., et al.*, No. 11-cv-06275; <br><br> *Interbond Corp. of Am. v. Technicolor SA, et al.*, No. 13-cv-05727; <br><br> *Office Depot, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06276; <br><br> *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726; <br><br> *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; <br><br> *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, 6No. 11-cv-06397; <br><br> *Costco Wholesale Corp. v. Technicolor SA, et al.*, No. 13-cv-05723; <br><br> *Dell Inc. and Dell Products L.P., v. Hitachi, Ltd.*, No. 13-cv-02171; <br><br> *P.C. Richard & Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | **[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION SUGGESTING REMAND** |

*P.C. Richard & Son Long Island Corp., et al. v. Technicolor SA, et al.*, No. 13-cv-05725;

*Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, 12 No. 12-cv-02649;

*Schultze Agency Servs., LLC v. Technicolor SA, et al.*, No. 13-cv-05668;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157

[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION FOR
LEAVE TO FILE A MOTION SUGGESTING REMAND

Master File No. 3:07-md-05944-JST

1        On April 12, Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.; Office Depot, Inc.; CompuCom Systems, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC; Tech Data Corporation and Tech Data Product Management, Inc.; Dell Inc. and Dell Products L.P.; and Costco Wholesale Corporation (collectively "Remand Plaintiffs") filed an administrative motion for leave to file a motion suggesting remand. Defendants do not object to Remand Plaintiffs' request for leave to file a motion suggesting remand.

        The Court, having reviewed the motion and good cause appearing, hereby finds that the request for leave to file a motion suggesting remand should be GRANTED.

**IT IS SO ORDERED**

Dated: May 2, 2016

JON S. TIGAR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION FOR - 1 - Master File No. 3:07-md-05944-JST
LEAVE TO FILE A MOTION SUGGESTING REMAND