GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd. et al.*, No. 14-cv-02510 | **[~~PROPOSED~~] ORDER GRANTING DEFENDANTS CHUNGHWA PICTURE TUBES, LTD. AND CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.'S REQUEST FOR LEAVE TO FILE MOTION FOR BENCH TRIAL AND BIFURCATION**<br><br>Judge:      Hon. Jon S. Tigar |

1    Having considered Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes

2    (Malaysia) Sdn. Bhd.'s (collectively, "Chunghwa") Request for Leave to File Motion for Bench

3    Trial and Bifurcation ("Request for Leave"), and the file in this case, it is hereby

4    ORDERED that Chunghwa's Request for Leave is GRANTED.

5    It is FURTHER ORDERED that Chunghwa shall file any Motion for Bench Trial and

     August 12, 2016.

6    Bifurcation no later than _____ ~~days before the pretrial conference~~.  Any opposition brief shall be

     August 26, 2016.

7    due no later than _____ ~~days before the pretrial conference~~.  Any reply brief shall be due no later

     September 2, 2016.

8    than _____ ~~days before the pretrial conference~~.

9

10   **IT IS SO ORDERED.**

11

12   DATED: May 2, _____, 2016

13   _____

14   Honorable Jon S. Tigar
     U.S. District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28