# EXHIBIT A

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303-607-3500
Facsimile: +1 303-607-3600
jeff.roberts@FaegreBD.com

Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

*Attorneys for Defendants Thomson SA and Thomson Consumer*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514 | **DECLARATION OF MEGGAN EHRET**<br><br>Judge: Hon. Jon S. Tigar |

I, Meggan Ehret, hereby declare as follows:

1. I am currently General Counsel, Litigation and Compliance for Thomson Consumer Electronics, Inc., a wholly-owned subsidiary of Thomson SA (collectively "Thomson"). The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2. I submit this declaration in support of the Thomson and TDA Defendants' Reply In Support of Motion to Continue and Set Trial Dates.

3. Since April 25, 2016, I have received additional information from my physicians about the nature and timing of my upcoming medical treatments.

4. In the next week, I will begin receiving chemotherapy treatments that are expected to last until September 2016.

5. Those treatments will be followed by multiple invasive surgeries.

6. After I recover from my surgeries, I will receive radiation and hormone therapy treatments.

7. I have been informed by my physicians that it will likely take at least six months to recover from these procedures, during which time my ability to participate in the defense of the Sharp action will be severely limited.

8. My physicians now project that I will be able to return to a regular work schedule by December, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of May, 2016 at Indianapolis, Indiana.

*/s/ Meggan Ehret*
Meggan Ehret