BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-JST (N.D. Cal) |
| This Document Relates to: | MDL No. 1917 |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | **LG ELECTRONICS, INC.'S REPLY IN SUPPORT OF THOMSON AND TDA DEFENDANTS' MOTION TO CONTINUE AND SET TRIAL DATES** |
| | Date:   June 9, 2016<br>Time:   10:00 am<br>Judge:  Hon. Jon S. Tigar<br>Court:  Courtroom 9, 19th Floor |

In light of the alternative proposal set forth in Thomson and TDA Defendants' Reply in Support of Motion to Continue and Set Trial Dates, suggesting that the Sharp trial be set in January 2017, and that the Sears/Kmart trial be set in March 2017 (ECF No. 4622 at 5), Defendant LG Electronics, Inc. ("LGE") hereby informs the Court that LGE's lead trial counsel, Brad Brian, currently has another lengthy trial set for March 6, 2017, in Napoleonville, Louisiana. *See* Declaration of Brad D. Brian ¶ 2, attached hereto as Exhibit A.

As indicated in LGE's Joinder in Thomson Defendants' Motion to Continue and Set Trial Dates (ECF No. 4601), counsel for LGE has reserved time to try the Sears/Kmart case beginning on November 7, 2016, and remains ready and willing to proceed on that date. Confirming that date will allow the LGE team to continue preparing for trial, including working with witnesses and experts, while accommodating the needs of the Thomson Defendants' in-house counsel.

Dated: May 3, 2016                      Respectfully submitted,

                                    MUNGER, TOLLES & OLSON LLP

                                    By:      */s/ Brad D. Brian*
                                    BRAD BRIAN (State Bar No. 079001)
                                    brad.brian@mto.com
                                    GREGORY J. WEINGART (State Bar No. 157997)
                                    gregory.weingart@mto.com
                                    SUSAN E. NASH (State Bar No. 101837)
                                    susan.nash@mto.com
                                    E. MARTIN ESTRADA (State Bar No. 223802)
                                    martin.estrada@mto.com
                                    355 South Grand Avenue
                                    Thirty-Fifth Floor
                                    Los Angeles, California 90071-1560
                                    Telephone:    (213) 683-9100
                                    Facsimile:     (213) 687-3702

                                    *Attorneys for Defendant LG Electronics, Inc.*