# EXHIBIT A

BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-JST (N.D. Cal) |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF BRAD D. BRIAN IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S REPLY IN SUPPORT OF THOMSON AND TDA DEFENDANTS' MOTION TO CONTINUE AND SET TRIAL DATES** |
| *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* No. 11-cv-05514 | |
| | Date:   June 9, 2016<br>Time:   10:00 am<br>Judge:  Hon. Jon S. Tigar<br>Court:  Courtroom 9, 19th Floor |

I, Brad D. Brian, hereby declare:

1. I am a partner with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE"), in the above entitled action. I am licensed to practice law in the State of California. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below. I submit this declaration in support of LGE's Reply in Support of Thomson and TDA Defendants' Motion to Continue and Set Trial Dates.

2. I currently have another lengthy trial set for March 6, 2017 in *Gustave J. LaBarre, Jr., et al. vs. Occidental Chemical Company, et al.*, Docket No. 33796, Div. A, in the Twenty-Third Judicial District Court in the Parish of Assumption, which will take place in Napoleonville, Louisiana.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on the 3rd day of May 2016 in Newark, New Jersey.

                                              */s/ Brad D. Brian*
                                              BRAD D. BRIAN