1    Vaughn R Walker
     Law Office of Vaughn R Walker
2    Four Embarcadero Center, Suite 2200
     San Francisco, CA 94111
3    Tel: (415) 871-2888
     Fax: (415) 871-2890
4    vrw@judgewalker.com

5

6

7

8

9

10                 IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13    IN RE CATHODE RAY TUBE (CRT) ANTITRUST      MDL No 1917
     LITIGATION
                               Case No C-07-5944 JST
14    This Order Relates To:

15    ALL ACTIONS                    **ORDER MODIFYING TRANSLATION-**
                                **OBJECTION RESOLUTION PROTOCOL**
16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER MODIFYING TRANSLATION-OBJECTION RESOLUTION PROTOCOL          PAGE **1** OF **4**

1  Pursuant to the court's referral order,[1] the undersigned issued an Order re

2  Translation-Objection Resolution Protocol ("April 25, 2016 Order").[2]  The April 25, 2016 Order

3  set forth a protocol and schedule for resolving the parties' translation objections and invited

4  the parties' input.  On May 2, 2016, the parties submitted a joint letter with their collective

5  input on the protocol.  *See* May 2, 2016 C Benson Letter re Translation-Objection Resolution

6  Protocol.  This order incorporates the parties' input and modifies the April 25, 2016 Order as

7  follows.

8

9  **I.      Appointment of Neutral Translators**

10  No later than May 13, 2016, the parties shall either submit their separate lists of

11  neutral translators as specified in the April 25, 2016 Order or a jointly agreed-upon list of one

12  translator for each language to the undersigned.

13

14  **II.     Universe of Objections**

15  There shall be two tranches of objections submitted by the parties over the next

16  two months.  The first tranche of objections shall be submitted no later than May 17, 2016

17  ("Tranche 1").  The second tranche of objections shall be submitted no later than June 24, 2016

18  ("Tranche 2").  A later stage of translation objections may be scheduled for any additional

19  translation objections, including for the remaining DPP action, in which discovery is ongoing.

20  For any remand actions, the remand parties shall be bound by the resolution of

21  translations under this protocol to the extent such resolutions occur before remand, including

22  any translation resolutions reached regarding objections to documents identified in Tranche 1

23  and Tranche 2, respectively, as well as objections to any additional documents that are, through

24

25  [1] March 23, 2016 Order Granting Plaintiffs' Motion to Establish a Translation-Objection Resolution

26  Protocol, Dkt No 4517.

27  [2] April 25, 2016 Order re Translation-Objection Resolution Protocol, Dkt No 4597.

28  ORDER MODIFYING TRANSLATION-OBJECTION RESOLUTION PROTOCOL                    PAGE **2** OF **4**

1 | no bad faith of any party, identified following May 2, 2016, provided, however, that such

2 | objections are resolved before the relevant remand date.

3

4 | **III.    Format of Submissions**

5 | For each of the two rounds of objections (Tranche 1 and Tranche 2), the parties

6 | shall submit a joint filing, containing a chart reflecting only the two proposed translations, the

7 | original document and the original certified translation, a brief explanation why each proposed

8 | translation is more accurate.

9

10 | **IV.    Allocation of Costs of Resolution and Recertified Translations**

11 | The parties may stipulate to the method for finalizing resolved translations,

12 | including doing so without the use of a translator for recertification.

13

14 | **CONCLUSION**

15 | No later than May 13, 2016, the parties shall submit either separate lists as

16 | currently specified in the April 25, 2016 order, or a jointly agreed-upon list of translators.

17 | No later than May 17, 2016, the parties shall submit their first round of

18 | coordinated objections (Tranche 1 objections, addressing their highest priority objections).

19 | No later than June 24, 2016, the parties shall submit their second round of

20 | coordinated objections (Tranche 2 objections, addressing their second priority objections).  Or

21 | The parties may submit a small number of additional translation objections for

22 | resolution after the June 24, 2016 deadline.

23 | The parties to any remand actions shall be bound by any resolution of

24 | translations under this protocol to the extent those resolutions occur via a decision by the

25 | undersigned before the relevant remand date(s), including any translation resolutions reached

26 | regarding objections to documents identified in Tranche 1 and Tranche 2, respectively, as well

27

28 | ORDER MODIFYING TRANSLATION-OBJECTION RESOLUTION PROTOCOL                    PAGE **3** OF **4**

1   as objections to any additional documents that are, through no bad faith of any party, identified

2   after May 2, 2016, provided that such objections are resolved before remand.

3

4   IT IS SO ORDERED.

5

6   Date: May 3, 2016

7
                                            Vaughn R Walker
8                                           United States District Judge (Ret)

9

10  The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

11  Date: _____

12

13                                          Honorable Jon S. Tigar
14                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER MODIFYING TRANSLATION-OBJECTION RESOLUTION PROTOCOL                    PAGE 4 OF 4