UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER DENYING ADDITIONAL MOOT MOTIONS** |
| ALL DIRECT ACTION PLAINTIFFS | |

The Court has received no responses pursuant to its order on April 26, 2016, ECF No. 4605.  Accordingly, ECF Nos. 2964, 2965, and 3127 are hereby DENIED as MOOT.

IT IS SO ORDERED.

Dated: May 3, 2016

_____
JON S. TIGAR
United States District Judge