Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     312 222-9350
Facsimile:      312 527-0484
ttruax@jenner.com
mbrody@jenner.com
csklarsky@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:      (213) 443-3000
Facsimile:       (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:      +81 3 5510 1711
Facsimile:       +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

MITSUBISHI ELECTRIC DEFENDANTS ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
CASE NO. 3:14-CV-02058-JST, MDL NO. 1917

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Crago d/b/a Dash Computers, Inc., et al.,* on its own behalf and on behalf of similarly situated parties,<br><br>            *Plaintiffs,*<br>*v.*<br><br>*Mitsubishi Electric Corporation, et al.,*<br>            *Defendants*. | MDL No. 1917<br><br>Master File No. 3:07-cv-05944-JST<br>Case No. 3:14-cv-02058-JST<br><br>**MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Judge: Hon. Jon S. Tigar<br>Court: Courtroom 9, 19th Floor<br>Date:   10 a.m., June 9, 2016 |

Having read and complied with the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rules 7-11 and 79-5, and pursuant to those rules, Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, the "Mitsubishi Electric Defendants"), by and through their counsel, respectfully submit this Administrative Motion for an order to file under seal a portion of the **REPLY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' MOTION TO SET TRIAL DATE** ("Reply").

| Reply Page Nos. | Description | Designating Party |
|---|---|---|
| **1-2** | Excerpt from Dr. Jeffery Leitzinger's Expert Report, ECF No. 2969-1 at ¶ 83, November 7, 2014. | Direct Purchaser Plaintiffs ("DPPs") |

This motion is supported by the Declaration of Gabriel A. Fuentes in Support of the Mitsubishi Electric Defendants' Administrative Motion to File Documents Under Seal, dated May 4, 2016 ("Fuentes Declaration"). *See* Civ. L. R. 79(d)(1)(A) (an administrative motion to seal must be

1

MITSUBISHI ELECTRIC DEFENDANTS ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
CASE NO. 3:14-CV-02058-JST, MDL NO. 1917

accompanied by a declaration "establishing that the document sought to be filed under seal . . . [is] sealable").

The Fuentes Declaration states that the Mitsubishi Electric Defendants' Reply that it seeks to file under seal contains excerpts of documents designated as "Confidential" or "Highly Confidential" by the DPPs (*i.e.* the "Designating Party") under the Stipulated Protective Order controlling this action. ECF No. 306, June 18, 2008 ("Stipulated Protective Order").

Civil Local Rule 79-5(e) states that if a party wants to file a document or portions of a document that another party has designated as confidential pursuant to a protective order, the submitting party must file an administrative motion to seal and submit the applicable documents under seal. Civ. L. R. 79-5(e). To maintain the documents under seal, within four days of the administrative motion to seal's filing, the designating party must file a declaration establishing that the designated material is sealable. The designating party has the burden to establish that the designated information is sealable. Civ. L. R. 79-5(d); *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). The DPPs are the designating party for the portion of the Reply sought to be filed under seal.

The Mitsubishi Electric Defendants respectfully submits this administrative motion pursuant to the Stipulated Protective Order, the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal, and Civil Local Rules 7-11 and 79-5, and hereby notifies the DPPs (the Designating Party) of its burden to establish that the designated material is sealable.

2

MITSUBISHI ELECTRIC DEFENDANTS ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
CASE NO. 3:14-CV-02058-JST, MDL NO. 1917

Dated: May 4, 2016

By: */s/ Terrence J. Truax*
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Jenner & Block LLP
353 North Clark St., Chicago, IL 60654
Tel: 312-222-9350
Fax: 312-527-0484

Harold A. Barza
Kevin Y. Teruya
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St.
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Ryan S. Goldstein
Quinn Emanuel Urquhart & Sullivan LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:  +81 3 5510 1711
Facsimile:   +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

3

MITSUBISHI ELECTRIC DEFENDANTS ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5
CASE NO. 3:14-CV-02058-JST, MDL NO. 1917