1  Brent Caslin (Cal. Bar. No. 198682)
   JENNER & BLOCK LLP
2  633 West Fifth Street
   Suite 3600
3  Los Angeles, California 90071
4  Telephone:   213 239-5100
   Facsimile:    213 239-5199
5  bcaslin@jenner.com

6  Terrence J. Truax (*pro hac vice*)
   Charles B. Sklarsky (*pro hac vice*)
7  Michael T. Brody (*pro hac vice*)
   Gabriel A. Fuentes (*pro hac vice*)
8  Jenner & Block LLP
9  353 N. Clark Street
   Chicago, Illinois 60654-3456
10 Telephone:      312 222-9350
   Facsimile:       312 527-0484
11 ttruax@jenner.com
   mbrody@jenner.com
12 csklarsky@jenner.com
13 gfuentes@jenner.com

14 Harold A. Barza (Cal. Bar. No. 80888)
   Kevin Y. Teruya (Cal. Bar. No. 235916)
15 halbarza@quinnemanuel.com
   kevinteruya@quinnemanuel.com
16 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
17 Telephone:      (213) 443-3000
   Facsimile:       (213) 443-3100
18
   Ryan S. Goldstein (Cal. Bar No. 208444)
19 ryangoldstein@quinnemanuel.com
   NBF Hibiya Building, 25F
20 1-1-7, Uchisaiwai-cho, Chiyoda-ku
   Tokyo 100-0011, Japan
21 Telephone:      +81 3 5510 1711
   Facsimile:       +81 3 5510 1712
22
23 *Attorneys for Defendants Mitsubishi Electric*
   *Corporation, Mitsubishi Electric US, Inc., and*
24 *Mitsubishi Electric Visual Solutions America, Inc.*

25

26

27

28

DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:14-CV-2058-JST, MDL NO. 1917

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Crago d/b/a Dash Computers, Inc., et al., on its own behalf and on behalf of similarly situated parties,*<br><br>　　　　　　　　　　　　*Plaintiffs,*<br><br>v.<br><br>*Mitsubishi Electric Corporation, et al.,*<br><br>　　　　　　　　　　　　*Defendants.*<br>　　　　　　　　　　　　*Defendants.* | MDL No. 1917<br><br>Master File No. 3:07-cv-05944-JST<br>Case No. 3:14-cv-02058-JST<br><br>**DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PRUSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Judge:　Hon. Jon S. Tigar<br>Court:　Courtroom 9, 19th Floor<br>Date:　10 a.m., June 9, 2016 |

I , Gabriel A. Fuentes, hereby declare as follows:

1. I am a Partner with the law firm of Jenner & Block LLP, counsel for Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc. (collectively, the "Mitsubishi Electric Defendants"). I am an attorney licensed to practice law in the State of Illinois and was granted leave to appear *pro hac vice* in this litigation.

2. I submit this Declaration in support of the Mitsubishi Electric Defendants' Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5. I have personal knowledge of the matter set forth herein. If called as a witness, I could and would testify competently to them.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter. ECF No. 306 ("Stipulated Protective Order").

4. Pursuant to Civil Local Rules 7-11 and 79-5, the Mitsubishi Electric Defendants respectfully request to file under seal a portion of the **REPLY IN SUPPORT OF MITUSBISHI ELECTRIC DEFENDANTS' MOTION TO SET TRIAL DATE** ("Reply").

| Reply Page Nos. | Description | Designating Party |
|---|---|---|
| 1-2 | Excerpt from Dr. Jeffery Leitzinger's Expert Report, ECF No. 2969-1 at ¶ 83, November 7, 2014. | Direct Purchaser Plaintiffs ("DPPs") |

5. The aforementioned portion of the Reply that the Mitsubishi Electric Defendants seek to file under seal contains material designated as "Confidential" or "Highly Confidential" by the DPPs (the "Designating Party") pursuant to the Stipulated Protective Order governing this action. *See* ECF No. 306. As a result, it must be submitted under seal pursuant to Civil Local Rule 79-5(e). To maintain the documents under seal, within four days of the administrative motion to seal's filing, the designating party must file a declaration establishing that the designated material is sealable.

6. The Mitsubishi Electric Defendants seek to submit the aforementioned portion of the Reply under seal in good faith to comply with the Stipulated Protective Order, the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File Materials Under Seal, and Civil Local Rules 7-11 and 79-5. Because the documents that the Mitsubishi Electric Defendants seek to submit under seal have been designated as "Confidential" or "Highly Confidential" by the Designating Party, the Mitsubishi Electric Defendants file the accompanying Administrative Motion to File Documents Under Seal, and will be prepared to file unredacted versions of the aforementioned documents in the public record if required by Civil Local Rule 79-5(e).

7. Pursuant to Civil Local Rule 79-5(e), this declaration is being served on the DPP as the Designating Party.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 4th day of May, 2016, in Chicago, IL.

By: */s/ Gabriel A. Fuentes*
Gabriel A. Fuentes

---

DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:14-CV-02058-JST, MDL NO. 1917