Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:   213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:      312 222-9350
Facsimile:      312 527-0484
ttruax@jenner.com
mbrody@jenner.com
csklarsky@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:      (213) 443-3000
Facsimile:      (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:      +81 3 5510 1711
Facsimile:      +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US, Inc., and*
*Mitsubishi Electric Visual Solutions America, Inc.*

---

[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:14-cv-2058-JST, MDL NO. 1917

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**

This Document Relates to:

*Crago d/b/a Dash Computers, Inc., et al., on its own behalf and on behalf of similarly situated parties,*

                              *Plaintiffs,*

*v.*

*Mitsubishi Electric Corporation, et al.,*

MDL No. 1917

Master File No. 3:07-cv-05944-JST
Case No. 3:14-cv-02058-JST

**[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

Judge:      Hon. Jon S. Tigar
Court:      Courtroom 9, 19th Floor
Date:       10 a.m., June 9, 2016

Upon consideration of  Mitsubishi Electric Corporation's, Mitsubishi Electric US, Inc.'s, and Mitsubishi Electric Visual Solutions America, Inc.'s  (collectively, the "Mitsubishi Electric Defendants"), Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5, and with good cause shown:

IT IS HEREBY ORDERED that the Mitsubishi Electric Defendants' Administrative Motion is hereby GRANTED;

IT IS FURTHER ORDERED that the Clerk shall file and maintain under seal the following portion of the **REPLY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' MOTION TO SET TRIAL DATE**:

| Reply Page Nos. | Description | Designating Party |
|---|---|---|
| **1-2** | Excerpt from Dr. Jeffery Leitzinger's Expert Report, ECF No. 2969-1 at ¶ 83, November 7, 2014. | Direct Purchaser Plaintiffs |

**IT IS SO ORDERED**

DATED: _____                    _____

Hon. Jon S. Tigar
United States District Judge

3