Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:      312 222-9350
Facsimile:       312 527-0484
ttruax@jenner.com
mbrody@jenner.com
csklarsky@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:       (213) 443-3000
Facsimile:        (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:      +81 3 5510 1711
Facsimile:       +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

PROOF OF SERVICE
CASE NO. 3:14-CV-2058-JST, MDL NO. 1917

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Crago d/b/a Dash Computers, Inc., et al., on its own behalf and on behalf of similarly situated parties,*<br><br>　　　　　　　　*Plaintiffs,*<br><br>*v.*<br><br>*Mitsubishi Electric Corporation, et al.,*<br><br>　　　　　　　　*Defendants.* | MDL No. 1917<br><br>Master File No. 3:07-cv-05944-JST<br>Case No. 3:14-cv-02058-JST<br><br>**PROOF OF SERVICE** |

I certify that on May 4, 2016, I caused a copy of the following documents to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to Order of the Court:

1. **MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

2. **DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5; and**

3. **[PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5.**

I also certify that I caused these same above-referenced documents, along with the **REPLY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' MOTION TO SET TRIAL DATE** (the subject document to be sealed), to be delivered by electronic mail to the Direct Purchaser Plaintiffs ("DPPs")—the Designating Parties—pursuant to Civil Local Rule 79-5(e), at the following electronic mail addresses:

| | |
|---|---|
| Guido Saveri | guido@saveri.com |
| Cadio Zirpoli | cadio@saveri.com |
| Rick Saveri | rick@saveri.com |
| Geoff Rushing | grushing@saveri.com |

*Counsel for Direct Purchaser Plaintiffs*

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 4th day of May, 2016.

By: */s/ Peter H. Hanna*

Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
JENNER & BLOCK LLP
353 North Clark St.
Chicago, IL 60654
Tel: 312-222-9350
Fax: 312-527-0484

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*