UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br> Case No. C-07-5944 JST |
| This Order Relates To: <br><br> ALL ACTIONS | **ORDER SETTING TRIAL SCHEDULE** |

After considering arguments made during the trial setting hearing on April 19, 2016 and supplemental briefing that followed, see ECF Nos. 4598, 4601, 4602, 4613, 4614, 4615, 4616, 4622, the Court sets the following dates and deadlines in the following cases:

Sharp Trial

1. Pretrial conference: December 12 and 13, 2016
2. Trial: January 9, 2017

Sears/Kmart Trial

1. Pretrial conference: February 7 and 8, 2017
2. Trial: March 6, 2017

DPP Trial

1. Fact discovery cut-off: August 15, 2016
2. Opening expert reports: September 1, 2016
3. Expert rebuttal: October 7, 2016
4. Expert discovery cut-off: December 2, 2016
5. Dispositive and Daubert motions: January 27, 2017
6. Oppositions to dispositive and Daubert motions: February 24, 2017

7. Replies to dispositive and Daubert motions: March 17, 2017

8. Hearing on dispositive and Daubert motions: April 17 and 18, 2017 at 2:00 p.m.

9. Last day to meet and confer before pre-trial conference: April 28, 2017

10. Last day to exchange exhibits and deposition designations: April 28, 2017

11. Last day to exchange counter-designations and objections to exhibits and mark: May 12, 2017

12. Last day to file motions *in limine*: May 26, 2017

13. Last day to file oppositions to motions *in limine*: June 9, 2017

14. Last day to file joint pretrial statement and proposed order: June 16, 2017

15. Last day to file and serve jury materials: June 16, 2017

16. Pretrial conference: July 5 and 6, 2017

17. Last day to file trial brief: July 14, 2017[1]

18. Last day to deliver trial exhibits: July 24, 2017

19. Trial: July 31, 2017

These dates may be changed only by leave of the Court. Any deadline previously set and not addressed by this order remains unchanged. This order resolves ECF Nos. 4598 and 4602.

The Court has set these dates in part to accommodate the concerns faced by the Thomson and TDA Defendants, whose in-house counsel is currently undergoing treatment for a serious medical condition. See ECF No. 4598. While those defendants believe, and the Court hopes, that counsel's condition will allow her to assist in the preparations for a January 2017 trial, it is possible that her condition or other circumstances will make this impossible. Accordingly, Thomson is ordered to begin preparation now to replace its in-house counsel should she be unable to participate in the litigation on the dates set forth above.[2] The Court does not anticipate granting

---

[1] Any party wishing to file a trial brief must first obtain leave of Court.
[2] As Thomson noted in its motion to continue, it prepared its defense in the case in less than 8 months. ECF No. 4598 at 6-7.

2

further continuances based on the same grounds.

The Court reminds the parties to the DPP case that Magistrate Judge Corley is available to assist with settlement efforts upon request of the Court.

Good cause appearing, the motion to seal related documents, ECF No. 4612, is GRANTED.

IT IS SO ORDERED.

Dated:  May 3, 2016

_____
JON S. TIGAR
United States District Judge