UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br><u>Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.</u>, No. 11-cv-05514 | MDL No. 1917<br><br>Case No. C-07-5944 JST<br><br>**ORDER REGARDING LGE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 4556 |

LG Electronics, Inc. ("LGE") moves to file under seal portions of its Request for Leave to File Additional Motions. ECF No. 4556. LGE seeks to file under seal because Plaintiffs Sears, Roebuck and Co. and Kmart Corporation (the "Designating Parties") have designated the material as highly confidential. Local Rule 79-5 requires that, within four days of the filing of the administrative motion to file under seal, the Designating Parties file a declaration establishing that the designated material is sealable. The Designating Parties failed to file a declaration in support of sealing within four days of the filing of LGE's motion on April 12, 2016. Should the Designating Parties not file their declaration by May 11, 2016, the Court will deny the motion to file under seal.

**IT IS SO ORDERED.**

Dated: May 4, 2016

JON S. TIGAR
United States District Judge