ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
Laura E. Nelson, Bar No. 231856
LNelson@robinskaplan.com
Jill S. Casselman, Bar No. 266085
JCasselman@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; and BESTBUY.COM, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-JT<br>MDL No. 1917<br><br>[HONORABLE JON S. TIGAR]<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that LAURA E. NELSON of the law firm Robins Kaplan LLP, hereby request the Court withdraw her as counsel of record for the above-entitled action on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C.

61187563.1

Pursuant to LR 11.5(a), attached hereto as Exhibit A is a [Proposed] Order Granting Withdrawal of Counsel for entry by the Court.

Respectfully submitted,

Dated: May 5, 2016

**ROBINS KAPLAN LLP**

By:  /s/ Laura E. Nelson
     Laura E. Nelson

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, L.L.C.

# EXHIBIT A

ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
Laura E. Nelson, Bar No. 231856
LNelson@robinskaplan.com
Jill S. Casselman, Bar No. 266085
JCasselman@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; and BESTBUY.COM, L.L.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No.: 3:07-cv-05944-JT<br>MDL No. 1917<br><br>[HONORABLE JON S. TIGAR]<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL** |
| This document relates to:<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.,* No. 11-cv-05513-SC<br><br>*Best Buy Co., Inc., et al. v. Technicolor SA, et al.,* No. 13-cv-05264-SC | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Upon consideration of Plaintiff's Notice of Withdrawal of Counsel, it is HEREBY

ORDERED that Laura E. Nelson, of the law firm Robins Kaplan LLP, is hereby withdrawn as

counsel of record in this matter on behalf of Best Buy Co., Inc., Best Buy Purchasing LLC, Best

61187650.1
4/15/16

MASTER NO. 3:07-CV-05944-SC           [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

1  Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C.

2      The Clerk of the Court is directed to remove Laura E. Nelson from the record and from the Court's ECF System for this case.

Respectfully submitted,

Dated:  May 5, 2016        **ROBINS KAPLAN LLP**

By: _____
    Honorable Jon S. Tigar
    United States District Judge