| | |
|---|---|
| 1 | Calvin L. Litsey (SBN 289659) |
|   | FAEGRE BAKER DANIELS LLP |
| 2 | 1950 University Avenue, Suite 450 |
|   | East Palo Alto, CA  94303-2279 |
| 3 | Telephone: +1 650-324-6700 |
|   | Facsimile: +1 650-324-6701 |
| 4 | calvin.litsey@FaegreBD.com |
| 5 | Kathy L. Osborn (*pro hac vice*) |
|   | Ryan M. Hurley (*pro hac vice*) |
| 6 | FAEGRE BAKER DANIELS LLP |
|   | 300 N. Meridian Street, Suite 2700 |
| 7 | Indianapolis, IN  46204 |
|   | Telephone: +1 317-237-0300 |
| 8 | Facsimile: +1 317-237-1000 |
|   | kathy.osborn@FaegreBD.com |
| 9 | ryan.hurley@FaegreBD.com |

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-JST<br>MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS ATTACHED TO SHARP'S RESPONSE TO MOTION TO CONTINUE AND SET TRIAL DATES PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al.*, No. 13-cv-01173-JST; | |
| *Sears, Roebuck and Co. et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514 - JST*;* | |
| | Judge: Hon. Jon S. Tigar |

DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL        1        No. 07-5944-JST; MDL No. 1917

1       I, Jeffrey S. Roberts, hereby declare as follows:

2  1.     I am currently an attorney with the law firm Faegre Baker Daniels LLP, counsel for Defendants Thomson Consumer Electronics, Inc. ("Thomson Consumer") and Thomson SA (collectively "Thomson Defendants"). I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California. The statements contained in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to the following facts.

2.     On June 18, 2008, the Court entered a "Stipulated Protective Order" in this matter [ECF No. 306] (the "Protective Order"). On April 29, 2016 Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively "Sharp") filed an Administrative Motion to Seal [Dkt. 4612], and lodged under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), the following documents that contain information from documents the Thomson Defendants have designated "Confidential" or "Highly Confidential":

    a.     **Exhibit B** – Excerpts from the Rule 30(b)(6) deposition transcript of Thomson SA and Thomson Consumer, January 8, 2015, pp. 57-59, 184-87;

    b.     **Exhibit C** – Deposition Exhibit 8104, Notes Regarding Certain Thomson SA 30(b)(6) Deposition Topics, January 8-9, 2015;

    c.     **Exhibit D** – Deposition Exhibit 8104, Notes Regarding Certain Thomson Consumer 30(b)(6) Deposition Topics, January 8-9, 2015.

3.     Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Protective Order, I make this declaration on behalf of the Thomson Defendants to provide the basis for the Court to maintain under seal portions of Exhibits C and D. Specifically, the Thomson Defendants request that the following portions of these documents be maintained under seal:

    **Exhibit C** – the portions of this document highlighted in yellow attached hereto as Exhibit 1. *See* Ex. 1 at 4, 6, 17-19.

    **Exhibit D** – the portions of this document highlighted in yellow attached hereto as Exhibit 2. *See* Ex. 2 at 6 (collectively, the "Sealable Information").

1  4. Attached hereto as Exhibit 3 is a copy of **Exhibit C** in which the Sealable Information has
2  been redacted and which may be placed in the public record. *See* Civil Local Rule 79-5(d).
3  5. Attached hereto as Exhibit 4 is a copy of **Exhibit D** in which the Sealable Information has
4  been redacted and which may be placed in the public record. *Id.*
5  6. Upon information and belief, the Sealable Information in Exhibit C reflects confidential,
6  non-public, sensitive business information about the terms, structure, and nature of the Thomson
7  Defendants' sale of their CRT assets to the Videocon Group, including information about the
8  employment history of citizens of France and Japan which may be protected from disclosure
9  under the laws of France and Japan. *See* Ex. 1 at 4, 6, 17-19. Publically disclosing this sensitive
10 information risks undermining the Thomson Defendants' business relationships and the privacy
11 rights of former employees. Therefore, "compelling reasons" exist for filing this information
12 under seal. *See, e.g., Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir.
13 2006).
14 7. Exhibit C and Exhibit D also describe and reference a document produced and designated
15 as "Highly Confidential" by Sharp bearing bates number SHARP-CRT 212458. Ex. 1 at 8; Ex. 2
16 at 6. The Court has previously granted an administrative motion to maintain this document under
17 seal. *See* ECF. No. 3498 (granting administrative motion to seal ECF. No. 3064).
18 8. Exhibit C also describes documents produced and designated as "Confidential" or "Highly
19 Confidential" by the Chunghwa Defendants. Ex. 1 at 8-9. The Court has previously granted an
20 administrative motion to maintain these documents under seal. *See* ECF. No. 3498 (granting
21 administrative motion to seal ECF. No. 2981).
22 9. Pursuant to Civil Local Rule 79-5(d), and the Protective Order, the Thomson
23 Defendants hereby withdraw any confidentiality designations to the portions of the Rule 30(b)(6)
24 deposition transcript of Thomson SA and Thomson Consumer, January 8, 2015, pp. 57-59, 184-
25 87 attached as **Exhibit B** to Sharp's Administrative Motion.
26 10. The Thomson Defendants do not waive and expressly reserve the right to file a
27 motion and/or supporting declaration to maintain the confidentiality of any other portions of the
28

DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT
OF ADMINISTRATIVE MOTION TO SEAL
3
No. 07-5944-JST; MDL No. 1917

1  Rule 30(b)(6) deposition transcript of Thomson SA and Thomson Consumer that is attached to a
2  future filing submitted by any party.
3      I declare under penalty of perjury, under the laws of the United States of America, that the
4  foregoing is true and correct.
5      Executed this 5th day of May 2016, at Denver, Colorado.

7                                          /s/ Jeffrey S. Roberts