Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Calvin L. Litsey (SBN 289659)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650-324-6700
Facsimile: +1 650-324-6701
calvin.litsey@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303-607-3500
Facsimile:  +1 303-607-3600
jeff.roberts@FaegreBD.com

***Attorneys for Defendants Thomson
Consumer, Inc. and Thomson SA***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, No. 13-cv-1173;<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11 -cv-05514 | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO SHARP'S RESPONSE TO THOMSON AND TDA DEFENDANTS' MOTION TO CONTINUE AND SET TRIAL DATES** |

1    Upon consideration of the Administrative Motion To File Under Seal pursuant to Civil

2  Local Rules 7-11 and 79-5 ("Administrative Motion") submitted in connection with Sharp's

3  Response to Thomson and TDA Defendants' Notice of Motion and Motion to Continue and Set

4  Trial Dates ("Sharp's Response"), and the declaration filed in support of the Administrative

5  Motion it is hereby:

6    ORDERED that the Administrative Motion is GRANTED; and it is further

7    ORDERED that the Clerk shall file and maintain under seal the unredacted versions of

8  Exhibits C and D attached to Sharp's Response and the Declaration of Jeffrey S. Roberts In

9  Support of Sharp's Administrative Motion.

10

11    **IT IS SO ORDERED.**

12

13  DATED: _____        _____

14                                        Hon. Jon S. Tigar
                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28