Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com
         srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST) MDL No. 1917 |
| This Document Relates to: *Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | **DECLARATION OF SAMUEL J. RANDALL IN SUPPORT OF LG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

I, SAMUEL J. RANDALL, do testify as follows:

1.  I am an attorney at the law firm Kenny Nachwalter, P.A., counsel of record for Plaintiffs Sears, Roebuck and Co. ("Sears"), and Kmart Corporation ("Kmart") in this action. This declaration is submitted in support of LG's Administrative Motion to File Documents Under Seal, ECF No. 4556 (the "Motion to Seal"). The facts set forth here are based on my personal knowledge, unless specifically stated as based on information and belief.

2.  On June 18, 2008, the Court issued a Stipulated Protective Order (ECF No. 306).

1  3. On September 25, 2014, Sears and Kmart served on Defendants in this action the Second Supplemental Report of Dr. Alan Frankel (the "Expert Report"), and designated the Expert Report as "Highly Confidential" pursuant to the Stipulated Protective Order.

4. On April 12, 2016, LG filed the Motion to Seal, and later the same day LG filed a corrected version of that pleading, ECF No. 4562 (the "Corrected Motion").

5. The Motion to Seal, at ECF No. 4556-3, and the Corrected Motion to Seal, lodge conditionally under seal, pursuant to Local Rules 7-11 and 79-5(d), certain quotations and excerpts from the Expert Report and in support of sealing relies on the Declaration of Cathleen Hartge, who states that the sealed material contained discussion, analysis, references to, or information taken directly from, material designated by Plaintiffs Sears, Roebuck and Co. and Kmart Corporation as Highly Confidential.

6. Pursuant to Local Rules 7-11 and 79-5 and the Stipulated Protective Order, the redacted portions of LG's Motion to Seal and Corrected Motion should be maintained under seal.

7. The redacted portions of the Motion to Seal and the Corrected Motion contain confidential, non-public, proprietary, and highly sensitive business information and concern confidential, non-public information about Sears' business practices and purchasing agreements that remain important to Sears' competitive position. Upon information and belief, publicly disclosing this highly confidential information would put Sears at a competitive disadvantage and risk undermining its relationship with its vendors.

I declare under penalty of perjury under the laws of the State of Florida and the United States of America that the foregoing is true and correct.

Executed this 6th day of May, 2016, at Miami, Florida.

_____
Samuel J. Randall

DECLARATION OF SAMUEL J. RANDALL

2

Case No. 07-cv-5944 (JST)

**CERTIFICATE OF SERVICE**

On May 6, 2016, I caused a copy of the foregoing Declaration of Samuel J. Randall in Support of LG'S Administrative Motion to File Documents Under Seal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: _____
Samuel J. Randall

542721.1