ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:      310-552-0130
Facsimile:      310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST
BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES,
L.P.; BESTBUY.COM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JT<br>MDL No. 1917<br>Individual Case No. 3:11-cv-05513-JT |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JT | The Honorable Jon S. Tigar<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS PANASONIC CORPORATION (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.), PANASONIC CORPORATION OF NORTH AMERICA, AND MT PICTURE DISPLAY CO., LTD.; AND [PROPOSED] ORDER OF DISMISSAL** |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1   Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services,

2   Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively herein "Best Buy"), and

3   Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic

4   Corporation of North America, and MT Picture Display Co., Ltd. (collectively herein

5   "Panasonic") hereby stipulate to the dismissal with prejudice of all claims and causes of action

6   asserted in this case against Panasonic, pursuant to Rule 41(a)(2) of the Federal Rules of Civil

7   Procedure.  Each party shall bear its own costs and attorney's fees.  The dismissal of Panasonic

8   shall not operate as a dismissal of Best Buy's claims or causes of action against any person or

9   entity named as a defendant in this action other than Panasonic.

10   WHEREFORE, the parties respectfully request that this Court issue this Stipulation and

11   Proposed Order of Dismissal.

12   **IT IS SO STIPULATED.**

13

14   Dated:  May 6, 2016                    **ROBINS KAPLAN LLP**

15                                          By:   /s/ David Martinez
                                                  _____
16                                                Roman M. Silberfeld
                                                  David Martinez
17                                          Attorneys For Plaintiffs
                                            BEST BUY CO., INC.; BEST BUY PURCHASING
18                                          LLC; BEST BUY ENTERPRISE SERVICES, INC.;
                                            BEST BUY STORES, L.P.; BESTBUY.COM, LLC
19

20   Dated:  May 6, 2016                    **WINSTON & STRAWN LLP**

21

22                                          By:   /s/ Eva W. Cole
                                                  _____
                                                  Jeffrey L. Kessler (*pro hac vice*)
23                                                A. Paul Victor (*pro hac vice*)
                                                  Aldo A. Badini
24                                                Eva W. Cole (*pro hac vice*)
                                                  Molly M. Donovan (*pro hac vice*)
25                                          Attorneys for Defendants
                                            PANASONIC CORPORATION (F/K/A MATSUSHITA
26                                          ELECTRIC INDUSTRIAL CO., LTD.), PANASONIC
                                            CORPORATION OF NORTH AMERICA, AND MT
27                                          PICTURE DISPLAY CO., LTD.

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                       **NORTHERN DISTRICT OF CALIFORNIA**

8                           **SAN FRANCISCO DIVISION**

9

10   IN RE: CATHODE RAY TUBE (CRT)            Master File No. 3:07-cv-05944-JT
     ANTITRUST LITIGATION                     MDL No. 1917

11
                                              The Honorable Jon S. Tigar
12   This Document Relates to:
                                              **[PROPOSED] ORDER OF DISMISSAL**
13   *Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*,
     No. 3:11-cv-05513-JT

14

15          The Court having considered the stipulation of the parties, and good cause appearing

16   therefore, orders as follows:

17       1)  All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best

18          Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against

19          Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.),

20          Panasonic Corporation of North America, and MT Picture Display Co., Ltd. in the

21          underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P.

22          41(a)(2).

23       2)  Each party shall bear its own costs and attorney's fees.

24       **IT IS SO ORDERED.**

25

26   Dated: _____, 2016        _____

27                                     The Honorable Jon S. Tigar
                                       UNITED STATES DISTRICT COURT JUDGE
28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES