1  ROBINS KAPLAN LLP
   Roman M. Silberfeld, Bar No. 62783
2  RSilberfeld@robinskaplan.com
   Bernice Conn, Bar No. 161594
3  BConn@robinskaplan.com
   David Martinez, Bar No. 193183
4  DMartinez@robinskaplan.com
   2049 Century Park East, Suite 3400
5  Los Angeles, CA  90067-3208
   Telephone:    310-552-0130
6  Facsimile:    310-229-5800

7  Attorneys for Plaintiffs

8  BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST
   BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES,
9  L.P.; BESTBUY.COM, LLC

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                         **SAN FRANCISCO DIVISION**

14

15  IN RE: CATHODE RAY TUBE (CRT)         Master File No. 3:07-cv-05944-JT
    ANTITRUST LITIGATION                  MDL No. 1917
16                                        Individual Case No. 3:13-cv-05264-JT

17  This Document Relates to:             The Honorable Jon S. Tigar

18  *Best Buy Co. Inc. et al. v. Technicolor SA, et*   **STIPULATION OF DISMISSAL**
    *al.*, No. 3:13-cv-05264-JT                         **WITHOUT PREJUDICE OF**
19                                                      **DEFENDANTS TECHNICOLOR SA,**
                                                        **F/K/A THOMSON SA, AND**
20                                                      **TECHNICOLOR USA, INC. F/K/A**
                                                        **THOMSON CONSUMER**
21                                                      **ELECTRONICS, INC.; AND**
                                                        **[PROPOSED] ORDER OF DISMISSAL**
22

23

24

25

26

27

28

Master Case No. 3:07-cv-05944-JT                           STIPULATION OF DISMISSAL
61203391.1                                                      WITHOUT PREJUDICE

Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively herein "Best Buy"), and Defendants Technicolor SA, f/k/a Thomson SA, and Technicolor USA, Inc. f/k/a Thomson Consumer Electronics, Inc. (collectively herein "Thomson") hereby stipulate to the dismissal <u>without prejudice</u> of all claims and causes of action asserted in this case against Thomson, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorney's fees.  The dismissal of Thomson shall not operate as a dismissal of Best Buy's claims or causes of action against any person or entity named as a defendant in this action other than Thomson.

WHEREFORE, the parties respectfully request that this Court issue this Stipulation and Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated:  May 6, 2016        **ROBINS KAPLAN LLP**

By:   /s/ David Martinez
      Roman M. Silberfeld
      David Martinez

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC

Dated:  May 6, 2016        **FAEGRE BAKER DANIELS LLP**

By:   /s/ Kathy L. Osborn
      Kathy L Osborn (*pro hac vice*)
      Ryan M. Hurley (*pro hac vice*)
      Jeffrey S. Roberts (*pro hac vice*)
      Calvin L. Litsey

Attorneys for Defendants
TECHNICOLOR SA, F/K/A THOMSON SA, AND TECHNICOLOR USA, INC. F/K/A THOMSON CONSUMER ELECTRONICS, INC.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1  In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all other signatories
2  listed, and on whose behalf this filing is submitted, concur in the filing's content and have
3  authorized the filing.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

Master Case No. 3:07-cv-05944-JT
61203391.1
- 2 -
[PROPOSED] ORDER OF DISMISSAL

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JT<br>MDL No. 1917 |
| This Document Relates to:<br>*Best Buy Co. Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05264-JT | The Honorable Jon S. Tigar<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendants Technicolor SA, f/k/a Thomson SA, and Technicolor USA, Inc. f/k/a Thomson Consumer Electronics, Inc. in the underlying action are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: _____, 2016    _____
                              The Honorable Jon S. Tigar
                              UNITED STATES DISTRICT COURT JUDGE