ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:     310-552-0130
Facsimile:     310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST
BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES,
L.P.; BESTBUY.COM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917<br>Individual Case No. 3:11-cv-05513-JST |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | The Honorable Jon S. Tigar<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; AND [PROPOSED] ORDER OF DISMISSAL** |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services,

2  Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively herein "Best Buy"), and

3  Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems,

4  Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components,

5  Inc. (collectively herein "Toshiba") hereby stipulate to the dismissal with prejudice of all claims

6  and causes of action asserted in this case against Toshiba, pursuant to Rule 41(a)(2) of the Federal

7  Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  The dismissal

8  of Toshiba shall not operate as a dismissal of Best Buy's claims or causes of action against any

9  person or entity named as a defendant in this action other than Toshiba.

10    WHEREFORE, the parties respectfully request that this Court issue this Stipulation and

11  Proposed Order of Dismissal.

12    **IT IS SO STIPULATED.**

13

14  Dated:  May 6, 2016                    **ROBINS KAPLAN LLP**

15                                         By:  ___/s/ David Martinez_____

16                                             Roman M. Silberfeld
                                               David Martinez

17                                         Attorneys For Plaintiffs
                                           BEST BUY CO., INC.; BEST BUY PURCHASING
18                                         LLC; BEST BUY ENTERPRISE SERVICES, INC.;
                                           BEST BUY STORES, L.P.; BESTBUY.COM, LLC

19

20  Dated:  May 6, 2016                    **WHITE & CASE LLP**

21

22                                         By:  ___/s/ Christopher M. Curran_____

22                                             Christopher M. Curran (*pro hac vice*)
23                                             Lucius B. Lau (*pro hac vice*)
                                               Dana E. Foster (*pro hac vice*)

24                                         Attorneys for Defendants
                                           TOSHIBA CORPORATION, TOSHIBA AMERICA,
25                                         INC., TOSHIBA AMERICA INFORMATION
                                           SYSTEMS, INC., TOSHIBA AMERICA CONSUMER
26                                         PRODUCTS, L.L.C., AND TOSHIBA AMERICA
                                           ELECTRONIC COMPONENTS, INC.

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917 |
| | The Honorable Jon S. Tigar |
| This Document Relates to: | **[PROPOSED] ORDER OF DISMISSAL** |
| *Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1)  All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2)  Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____, 2016     _____

The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE