LINGEL H. WINTERS, ESQ. (State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
A Professional Corporation
275 Battery Street, Suite 2600
San Francisco, California 94111
Tel:  (415) 398-2941
Fax:  (415) 393-9887
Email:  sawmill2@aol.com

Attorneys for Indirect Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Case No:  3:07-cv-05944-JST<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective May 2, 2016, the address for the Law Offices of Lingel H. Winters has changed as follows:

> Law Offices of Lingel H. Winters
> A Professional Corporation
> 388 Market Street, Suite 900
> San Francisco, CA  94111

The firm's telephone number remains the same, but the facsimile number has changed to (415) 362-1431.  Please update your records accordingly.

Dated:  May 6, 2016                                  Respectfully Submitted,

By:  _____*/s/ Lingel H. Winters*_____
LINGEL H. WINTERS
LINGEL H. WINTERS, A Professional Corporation
Attorneys for Plaintiffs