ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:    310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917<br>Individual Case No. 3:13-cv-05264-JST |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Technicolor SA, et al.*, No. 3:13-cv-05264-JST | The Honorable Jon S. Tigar<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC F/K/A THOMSON DISPLAYS AMERICA LLC; AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively herein "Best Buy"), and Defendant Technologies Displays Americas LLC f/k/a Thomson Displays America LLC (herein "TDA") hereby stipulate to the dismissal <u>without prejudice</u> of all claims and causes of action asserted in this case against TDA, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. The dismissal of TDA shall not operate as a dismissal of Best Buy's claims or causes of action against any person or entity named as a defendant in this action other than TDA.

WHEREFORE, the parties respectfully request that this Court issue this Stipulation and Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: May 6, 2016          **ROBINS KAPLAN LLP**

By:   /s/ David Martinez
        Roman M. Silberfeld
        David Martinez

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC

Dated: May 6, 2016          **SQUIRE PATTON BOGGS (US) LLP**

By:   /s/ Donald A. Wall
        Donald A. Wall (*pro hac vice*)

Attorneys for Defendant
TECHNOLOGIES DISPLAYS AMERICAS LLC F/K/A THOMSON DISPLAYS AMERICA LLC

In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917 |
| | The Honorable Jon S. Tigar |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05264-JST | **[PROPOSED] ORDER OF DISMISSAL** |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendant Technologies Displays Americas LLC f/k/a Thomson Displays America LLC in the underlying action are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____, 2016          _____
                                    The Honorable Jon S. Tigar
                                    UNITED STATES DISTRICT COURT JUDGE