1  ROBINS KAPLAN LLP
   Roman M. Silberfeld, Bar No. 62783
2  RSilberfeld@robinskaplan.com
   Bernice Conn, Bar No. 161594
3  BConn@robinskaplan.com
   David Martinez, Bar No. 193183
4  DMartinez@robinskaplan.com
   2049 Century Park East, Suite 3400
5  Los Angeles, CA 90067-3208
   Telephone:    310-552-0130
6  Facsimile:    310-229-5800

7  Attorneys for Plaintiffs

8  BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST
   BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES,
9  L.P.; BESTBUY.COM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917<br>Individual Case No. 3:11-cv-05513-JST |
|---|---|
| This Document Relates to:<br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | The Honorable Jon S. Tigar<br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT LG ELECTRONICS, INC.; AND [PROPOSED] ORDER OF DISMISSAL** |

Master Case No. 3:07-cv-05944-JST
61203367.1

STIPULATION OF DISMISSAL WITH PREJUDICE

1  Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services,
2  Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively herein "Best Buy"), and
3  Defendant LG Electronics, Inc. ("LG") hereby stipulate to the dismissal with prejudice of all
4  claims and causes of action asserted in this case against LG, pursuant to Rule 41(a)(2) of the
5  Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. The
6  dismissal of LG shall not operate as a dismissal of Best Buy's claims or causes of action against
7  any person or entity named as a defendant in this action other than LG.
8  WHEREFORE, the parties respectfully request that this Court issue this Stipulation and
9  Proposed Order of Dismissal.
10  **IT IS SO STIPULATED.**

Dated: May 6, 2016              **ROBINS KAPLAN LLP**

                                By:    /s/ David Martinez
                                       Roman M. Silberfeld
                                       David Martinez

                                Attorneys For Plaintiffs
                                BEST BUY CO., INC.; BEST BUY PURCHASING
                                LLC; BEST BUY ENTERPRISE SERVICES, INC.;
                                BEST BUY STORES, L.P.; BESTBUY.COM, LLC


Dated: May 6, 2016              **MUNGER, TOLLES & OLSON LLP**

                                By:    /s/ William D. Temko
                                       Brad Brian
                                       William D. Temko
                                       Susan E. Nash
                                       E. Martin Estrada
                                       Miriam Kim
                                       Laura Lin
                                       Cathleen H. Hartge

                                Attorneys for Defendant
                                LG ELECTRONICS, INC.

In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Master Case No. 3:07-cv-05944-JST               -1-          STIPULATION OF DISMISSAL WITH PREJUDICE
61203367.1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | The Honorable Jon S. Tigar<br>**[PROPOSED] ORDER OF DISMISSAL** |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendant LG Electronics, Inc. in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____, 2016

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE