## MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

May 6, 2016

Writer's Direct Contact
(213) 683-9280
(213) 683-5180 FAX
brad.brian@mto.com

**VIA ECF**

Hon. Jon S. Tigar
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:   *In re Cathode Ray Tube ("CRT") Antitrust Litigation*,
Case No. 3:07-cv-05944-JST (MDL No. 1917)

Dear Judge Tigar:

I write as lead trial counsel for my client, Defendant LG Electronics, Inc. ("LGE"), to respectfully request that this Court amend its Order Setting Trial Schedule (ECF No. 4628) to reflect that this Court received and considered LGE's Reply Brief in Support of Thomson and TDA Defendants' Motion to Continue and Set Trial Dates (ECF No. 4624), which noted my conflict with a March 6, 2017 trial date due to another trial currently set for that same date in Louisiana. This brief is not listed among the briefs considered by this Court in preparing its Order Setting Trial Schedule. *See* ECF No. 4628 at 1.

LGE understands that this Court may already have considered LGE's Reply Brief in issuing the Order and that further consideration may not affect the trial dates set in the Order. If the Court did not see LGE's Reply Brief before issuing the Order, LGE respectfully asks the Court to consider it and to set a date in the Sears/Kmart trial that does not conflict with the Louisiana trial set for the same date. If at all helpful, the best estimate that I currently have as to the length of that trial is eight weeks. Alternatively, an amended order reflecting this Court's


MUNGER, TOLLES & OLSON LLP

May 6, 2016
Page 2

consideration of LGE's Reply Brief set forth at ECF No. 4624 may be helpful to me in demonstrating to the Louisiana court that LGE raised this scheduling conflict with this Court prior to this Court's issuance of its Order Setting Trial Schedule.

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

Brad D. Brian

cc:   All Counsel of Record, Via ECF