Guido Saveri (22349)
　*guido@saveri.com*
R. Alexander Saveri (173102)
　*rick@saveri.com*
Geoffrey C. Rushing (126910)
　*grushing@saveri.com*
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the
Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br>_____<br><br>This Document Relates To:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058-JST. | Master File No. CV- 07-5944-JST<br><br>MDL No. 1917<br><br>**DIRECT PURCHASER PLAINTIFFS' RESPONSE TO MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

Direct Purchaser Plaintiffs ("DPPs") submit this response to Mitsubishi Electric Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (May 4, 2016) (ECF No. 4627) ("Sealing Motion").

The Sealing Motion seeks to file excerpts from the Expert Report of Dr. Jeffery Leitzinger (Nov. 7, 2014) (ECF No. 2969-1) ("Leitzinger Report"). The Sealing Motion states that the Leitzinger Report was designated "Confidential" or "Highly Confidential" by the DPPs. Reply at 3:3–6. This is not correct. The Declaration of R. Alexander Saveri in Support of DPPs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Nov. 7, 2014) (ECF No. 2968-1) ("Saveri Decl.")—which was filed concurrently with the Leitzinger Report—states that the information in the Leitzinger Report "ha[s] been designated as confidential by the SDI Defendants, the Hitachi Defendants, Defendant Chunghwa Picture Tubes, Ltd., the Panasonic Defendants, the Philips Defendants, the Mitsubishi Defendants and the Toshiba Defendants." Saveri Decl. ¶ 7. In addition, DPPs stated in their sealing motion (ECF No. 2968) that "DPPs seek to file the above material [including the Leitzinger Report] under seal in good faith in order to comply with the Protective Order in this action and the applicable Local Rules. Because certain defendants and various third parties contend that the material they have designated is confidential in nature, it is their burden to establish that the designated information is sealable."

As before, DPPs take no position on whether the information designated by Defendants is sealable. That is a question for the above noted Defendants. However, DPPs note that Mitsubishi did not serve the unredacted version of the Reply on the other Defendants, as they should have. *See* ECF No. 4627-5.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: May 9, 2016

Respectfully Submitted,

*/s/ R. Alexander Saveri*
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone:     (415) 217-6810
Facsimile:      (415) 217-6813

*Lead Counsel for the
Direct Purchaser Plaintiffs*

2
DPPs' RESPONSE TO MITSUBISHI's ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
PURSUANT TO CIVIL L.R. 7-11 AND 79-5; Master File No. CV-07-5944-JST