# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917 |
| | The Honorable Jon S. Tigar |
| This Document Relates to:<br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | **[PROPOSED]** ORDER OF DISMISSAL |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendant LG Electronics, Inc. in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  May 10  , 2016



The Honorable
UNITED STATES DISTRICT JUDGE



Master Case No. 3:07-cv-05944-JST
61203367.1

- 2 -   [PROPOSED] ORDER OF DISMISSAL