# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JT<br>MDL No. 1917 |
| This Document Relates to:<br>*Best Buy Co. Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05264-JT | The Honorable Jon S. Tigar<br><br>[PROPOSED] ORDER OF DISMISSAL |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendants Technicolor SA, f/k/a Thomson SA, and Technicolor USA, Inc. f/k/a Thomson Consumer Electronics, Inc. in the underlying action are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: __May 10__, 2016

_____
The Honorable
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Jon S. Tigar

Master Case No. 3:07-cv-05944-JT
61203391.1

- 3 -

[PROPOSED] ORDER OF DISMISSAL