UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to: | The Honorable Jon S. Tigar |
| *Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | [PROPOSED] ORDER OF DISMISSAL |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  May 10 , 2016         _____
                              The Honorable
                              UNITED STATES DISTRICT JUDGE



Master Case No. 3:07-cv-05944-JST                      - 3 -                   [PROPOSED] ORDER OF DISMISSAL
61203388.1