UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05264-JST | The Honorable Jon S. Tigar<br><br>[PROPOSED] ORDER OF DISMISSAL |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendant Technologies Displays Americas LLC f/k/a Thomson Displays America LLC in the underlying action are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: __May 10__, 2016

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED.*
*Judge Jon S. Tigar*

Master Case No. 3:07-cv-05944-JST
61203501.1

- 2 -

[PROPOSED] ORDER OF DISMISSAL