Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111
Tel: (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>ALL DAP ACTIONS | MDL No 1917<br><br>Master Case No 3:07-cv-05944-JST<br><br>**REPORT RE DIRECT ACTION PLAINTIFFS' AGGREGATE SETTLEMENTS** |

1 | Pursuant to the court's order regarding discovery of the Direct Action Plaintiff
2 | ("DAP") settlement amounts,[1] the confidential (unredacted) version of this report releases to
3 | outside counsel of record in the DAP actions and to the court and its personnel only, the
4 | aggregate settlement amounts to date for any DAP having an active action. *See* Exhibit A (filed
5 | under seal).
6 | To protect the confidential settlement amounts for each of the DAP actions, the
7 | court's October 7, 2015 order directed the attorneys in the DAP actions to submit their
8 | settlement agreements to the undersigned for *in camera* review and the undersigned to
9 | "aggregate compensation values and release, under an appropriately tailored seal, said
10 | aggregate value to all attorneys in the above captioned case." Dkt No 4102 at 3-4. The
11 | unredacted version of this report shall be filed under seal as Exhibit A.
12 | Several DAPs have since settled all their actions.



[1] October 7, 2015 Order, Dkt No 4102.

REPORT RE DAP AGGREGATE SETTLEMENTS                                    PAGE 2 OF 4



The following aggregate settlement amounts relate to DAPs having at least one active case in this MDL.

| Direct Action Plaintiff(s) | Aggregate Settlement Amount(s) (as of 5/11/2016) |
|---|---|
| ABC Warehouse, BrandsMart, Electrograph, CompuCom, MARTA, Office Depot, PC Richard, Tech Data, Tweeter | |
| Costco | |
| Dell | |
| Kmart | |
| Sears | |
| Sharp | |

# CONCLUSION

All counsel in the DAP actions shall maintain the unredacted version of this report as highly confidential pursuant to the protective orders in this MDL.

Target and ViewSonic are directed to comply with the court's orders (Dkt Nos 4102 and 4611) no later than May 18, 2016.

IT IS SO ORDERED.

Date: May 11, 2016

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: _____

_____
Honorable Jon S. Tigar
United States District Judge