Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:   213 239-5100
Facsimile:    213 239-5199
bcaslin@jenner.com

Terrence J. Truax (pro hac vice)
Charles B. Sklarsky (pro hac vice)
Michael T. Brody (pro hac vice)
Gabriel A. Fuentes (pro hac vice)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443 3000
Facsimile:    (213) 443 3100
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:   +81 3 5510 1711
Facsimile:    +81 3 5510 1712
ryangoldstein@quinnemanuel.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

REPLY IN SUPPORT OF  ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT
TO CIVIL LOCAL RULES 7-11 AND 79-5
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| This Document Relates to: | Master File No. 3:07-cv-05944-JST |
| *CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties,* | **REPLY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURUSANT TO CIVIL LOCAL RULES 7-11 AND 79-5 [DKT. 4627]** |
| *Plaintiff,* | |
| *v.* | Judge: Honorable Hon. Jon S. Tigar |
| *MITSUBISHI ELECTRIC CORPORATION, et al.,* | |
| *Defendants.* | |

The Mitsubishi Electric Defendants[1] file this brief reply to clarify the record on their Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 [ECF No. 4627] ("Sealing Motion").

On May 4, 2016, Mitsubishi Electric filed the redacted Reply in Support of Mitsubishi Electric Defendants' Motion to Set Trial Date [ECF No. 4627-3] ("Trial Date Reply"). The Trial Date Reply contained a quote from the expert report of Dr. Jeffrey Leitzinger ("Leitzinger Report") that the Direct Purchaser Plaintiffs ("DPPs") submitted in support of their motion for class certification. The Leitzinger Report was designated as "Highly Confidential" under the Stipulated Protective Order in effect in the CRT litigation. *See* ECF No. 306, June 18, 2008 ("Stipulated Protective Order"). The DPPs filed the Leitzinger Report, bearing the "Highly Confidential" designation, as an attachment to their class certification motion. *See* ECF No. 2969-1, Nov. 7, 2014. Because the Trial Date Reply quoted this material, and to comply with the Stipulated Protective Order, Civil Local Rules 7-11 and 79-5, and the Court's Standing Order

---

[1] "Mitsubishi Electric Corporation," "Mitsubishi Electric US, Inc.," and "Mitsubishi Electric Visual Solutions America, Inc." are hereinafter collectively referred to as the "Mitsubishi Electric Defendants."

1  Governing Administrative Motions to File Materials Under Seal, Mitsubishi Electric sought to file the Trial
2  Date Reply under seal.

3  In their response to the Sealing Motion, the DPPs explain that they filed the Leitzinger Report under
4  seal because it had "been designated as confidential by the SDI Defendants, the Hitachi Defendants,
5  Defendant Chunghwa Picture Tubes, Ltd., the Panasonic Defendants, the Philips Defendants, the
6  Mitsubishi Defendants, and the Toshiba Defendants," not because the DPPs were the "Designating Party,"
7  notwithstanding that they filed a copy of the Leitzinger Report designated as "Highly Confidential" under
8  seal. Direct Purchaser Plaintiffs' Response to Mitsubishi Electric Defendants' Administrative Motion to
9  File Documents Under Seal Pursuant to Civil Local Rule 7-11 and 79-5 ("DPP Response"), ECF No. 4642,
10 May 9, 2016 (citing ECF No. 2968-1). In other words, the DPPs filed the Leitzinger Report under seal
11 because it contained confidential "information so designated by an opposing party." *See* Civ. L. R. 79-5(e).

12 After reviewing the DPPs' Response, Mitsubishi Electric has no disagreement with the DPPs'
13 assertion that they were not the "Designating Party" and agrees that, accordingly, Mitsubishi Electric
14 should serve copies of the unredacted Trial Date Reply it sought to file under seal to the SDI Defendants,
15 Hitachi Defendants, Defendant Chunghwa Picture Tubes, Ltd., the Panasonic Defendants, the Philips
16 Defendants, and the Toshiba Defendants.

17 Mitsubishi Electric respectfully requests that the Court delay publicly docketing the unredacted
18 version the Trial Date Reply and extend the four-day deadline under Civil Local Rule 79-5(e)(1) as it sees
19 fit, so that these interested defendants, if they wish, have enough time to file a declaration establishing that
20 the designated material (a single quote from the Leitzinger Report) is sealable.

21 /
22 /
23 /
24 /
25 /
26 /
27 /
28

Dated: May 11, 2016

By: _/s/ Gabriel A. Fuentes_
Terrence J. Truax (pro hac vice)
Charles B. Sklarsky (pro hac vice)
Michael T. Brody (pro hac vice)
Gabriel A. Fuentes (pro hac vice)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:      312 222-9350
Facsimile:       312 527-0484
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443 3000
Facsimile:      (213) 443 3100
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:     +81 3 5510 1711
Facsimile:      +81 3 5510 1712
ryangoldstein@quinnemanuel.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

-3-
REPLY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 3:14-cv-02058-JST; Master File No. 3:07-cv-05944-JST; MDL No. 1917