UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| | Master Case No. C-07-5944 JST |
| This Order Relates To: | |
| CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties, | **ORDER EXTENDING DEADLINE FOR SEALING MOTION DECLARATIONS** |
| Plaintiff, | |
| v. | |
| MITSUBISHI ELECTRIC CORPORATION, et al., | |
| Defendants. | |

The Mitsubishi Defendants filed an "Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5." ECF No. 4627 ("Sealing Motion"). In it, they mistakenly identified the Direct Purchaser Plaintiffs as the Designating Party under Civil Local Rule 79-5(e). However, the correct Designating Parties are the SDI Defendants, the Hitachi Defendants, Defendant Chunghwa Picture Tubes, Ltd., the Panasonic Defendants, the Philips Defendants, and the Toshiba Defendants. See ECF No. 4650 at 3. These latter parties were not provided copies of the materials proposed to be sealed or placed on notice that they needed to file declarations. It is their interests that might be harmed if the Court denies the Sealing Motion for lack of support.

To avoid this unfairness, the Mitsubishi Defendants now request that the proper Designating Parties be given an opportunity to file declarations. The Court agrees. The

1  Mitsubishi Defendants are ordered to provide all materials otherwise required by Civil Local Rule
2  79-5(e) to the correct Designating Parties no later than May 13, 2016, and file a proof of service
3  on the Court's docket.  The deadline for responses from the proper Designating Parties is extended
4  to May 19, 2016.
5      IT IS SO ORDERED.
6  Dated: May 12, 2016

                                                  JON S. TIGAR
                                  United States District Judge