1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. MCGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
5  Telephone:    415-434-9100
   Facsimile:     415-434-3947
6  E-mail:         ghalling@sheppardmullin.com
                   jmcginnis@sheppardmullin.com
7                  mscarborough@sheppardmullin.com

8  Attorneys for Defendants
9  SAMSUNG SDI AMERICA, INC.,
   SAMSUNG SDI CO., LTD.,
10 SAMSUNG SDI (MALAYSIA) SDN. BHD.,
   SAMSUNG SDI MEXICO S.A. DE C.V.,
11 SAMSUNG SDI BRASIL LTDA.,
   SHENZEN SAMSUNG SDI CO., LTD. and
12 TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 JST<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates to:<br><br>ALL ACTIONS | |

1  TO THE CLERK OF COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Tyler M. Cunningham is no longer associated with the
firm of Sheppard Mullin Richter & Hampton, LLP, and is hereby withdrawn as counsel for
the Samsung SDI Defendants in the above-captioned actions.

Sheppard Mullin Richter & Hampton LLP, through the undersigned counsel of
record, continues to serve as counsel for the Samsung SDI Defendants, and all future
correspondence and papers in this action should continue to be directed to them.

DATED:  May 12, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Michael W. Scarborough*
MICHAEL W. SCARBOROUGH

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.