GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Rachel S. Brass
Direct: +1 415.393.8293
Fax: +1 415.374.8429
RBrass@gibsondunn.com

Client: 19896-00007

May 12, 2016

VIA ECF FILING

Hon. Jon S. Tigar
U.S. District Judge
250 Golden Gate Ave.
Courtroom 9, 19th Floor
San Francisco, CA 94102

Re:   *In re CRT Antitrust Litigation*, Case No. 07-cv-5944-JST, MDL No. 1917; *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 14-cv-025104-JST

Dear Judge Tigar:

I write to advise the Court that the Order Granting Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.'s Request for Leave to File Motion for Bench Trial and Bifurcation (Dkt. 4621) is moot in light of the settlement reached between Plaintiff ViewSonic Corporation and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (*see* Dkt. 4566). The parties inadvertently failed to inform the Court prior to its ruling on Chunghwa's request for leave. A stipulation of dismissal will be filed with the Court once the terms of the settlement agreement are fulfilled.

Counsel for ViewSonic has reviewed and agrees with the contents of this letter.

Sincerely,

/s/ *Rachel S. Brass*

Rachel S. Brass

RSB/smm


cc:  All counsel of record (*service via ECF*)

102118542.1

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.