1 | Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
2 | 633 West Fifth Street
Suite 3600
3 | Los Angeles, California 90071
4 | Telephone:   213 239-5100
Facsimile:    213 239-5199
5 | bcaslin@jenner.com

6 | Terrence J. Truax (*pro hac vice*)
Charles B. Sklarsky (*pro hac vice*)
7 | Michael T. Brody (*pro hac vice*)
Gabriel A. Fuentes (*pro hac vice*)
8 | Jenner & Block LLP
9 | 353 N. Clark Street
Chicago, Illinois 60654-3456
10 | Telephone:     312 222-9350
Facsimile:      312 527-0484
11 | ttruax@jenner.com
mbrody@jenner.com
12 | csklarsky@jenner.com
gfuentes@jenner.com
13 |

14 | Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
15 | halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com
16 | 865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
17 | Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100
18 |
Ryan S. Goldstein (Cal. Bar No. 208444)
19 | ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
20 | 1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
21 | Telephone:     +81 3 5510 1711
Facsimile:      +81 3 5510 1712
22 |
*Attorneys for Defendants Mitsubishi Electric*
23 | *Corporation, Mitsubishi Electric US, Inc., and*
24 | *Mitsubishi Electric Visual Solutions America, Inc.*

25

26

27

28

PROOF OF SERVICE
CASE NO. 3:14-CV-2058-JST;  MASTER FILE NO. 3:07-CV-05944-JST; MDL NO. 1917

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| | Case No. 3:14-cv-02058-JST |
| This Document Relates to: | Master File No. 3:07-cv-05944-JST |
| *CRAGO d/b/a DASH COMPUTERS, INC., et al., on its own behalf and on behalf of similarly situated parties,* | **PROOF OF SERVICE** |
| | Judge: Honorable Hon. Jon S. Tigar |
| *Plaintiff,* | |
| *v.* | |
| *MITSUBISHI ELECTRIC CORPORATION, et al.,* | |
| *Defendants.* | |

Pursuant to Civil Local Rule 79-5(e) and the Court's Order Extending Deadline for Sealing Motion Declarations, ECF No. 4651, May 12, 2016, I certify that on May 11, 2016, I caused a copy of the following documents to be delivered by electronic mail to counsel for the Direct Purchaser Plaintiffs, the SDI Defendants, the Hitachi Defendants, Defendant Chunghwa Picture Tubes, Ltd., the Panasonic Defendants, the Philips Defendants, the Toshiba Defendants, the LG Defendants, the Thomson Defendants, and the Technologies Displays Americas Defendants based on the attached Service List.

1. **[DKT. 4650] REPLY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 [DKT. 4627];**

2. **[DKT. 4650-1] PROOF OF SERVICE;**

3. **[DKT. 4642] DPPS' RESPONSE TO MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5;**

4. **[DKT. 4627] MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURUSANT TO CIVIL LOCAL RULES 7-11 AND 79-5;**

5. **[UNREDACTED] REPLY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' MOTION TO SET TRIAL DATE;**

6. **[REDACTED] [DKT. 4627-3] REPLY IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' MOTION TO SET TRIAL DATE;**

7. **[DKT. 4627-1] DECLARATION OF GABRIEL A. FUENTES IN SUPPORT OF MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5;**

8. **[DKT. 4627-2] [PROPOSED] ORDER GRANTING MITSUBISHI ELECTRIC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5; and**

9. **[DKT. 4627-5] PROOF OF SERVICE.**

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of May, 2016.

*/s/ Jory M. Hoffman*

## Service List

| | |
|---|---|
| SAVERI & SAVERI, INC.<br><br>Guido Saveri<br>Cadio Zirpoli<br>Rick Saveri<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>guido@saveri.com<br>cadio@saveri.com<br>rick@saveri.com<br><br>*Counsel for Direct Purchaser Plaintiffs* | WINSTON & STRAWN LLP<br><br>JEFFREY L. KESSLER (*pro hac vice*)<br>Email: JKessler@winston.com<br>A. PAUL VICTOR (*pro hac vice*)<br>Email: PVictor@winston.com<br>ALDO A. BADINI (SBN 257086)<br>Email: ABadini@winston.com<br>EVA W. COLE (*pro hac vice*)<br>Email: EWCole@winston.com<br>MOLLY M. DONOVAN (*pro hac vice*)<br>Email: MMDonovan@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br><br>WEIL, GOTSHAL & MANGES LLP<br><br>DAVID L. YOHAI (*pro hac vice*)<br>Email: david.yohai@weil.com<br>ADAM C. HEMLOCK (*pro hac vice*)<br>Email: adam.hemlock@weil.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>*Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.* |
| MUNGER, TOLLES & OLSON LLP<br><br>BRAD BRIAN (State Bar No. 079001)<br>brad.BD@mto.com<br>GREGORY J. WEINGART (State Bar No. 157997)<br>gregory.weingart@mto.com<br>SUSAN E. NASH (State Bar No. 101837)<br>susan.nash@mto.com<br>E. MARTIN ESTRADA (State Bar No. 223802)<br>martin.estrada@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue | KIRKLAND & ELLIS LLP<br><br>Eliot A. Adelson (SBN 205284)<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: eadelson@kirkland.com<br><br>Barack Echols (pro hac vice)<br>Kate Wheaton (pro hac vice)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000 |

| | |
|---|---|
| Thirty-Fifth Floor<br>Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>*Counsel for Defendant LG Electronics, Inc.* | Facsimile: (31@) 862-2200<br>Email: bechols@kirkland.com<br>Email: kate.wheaton@kirkland.com<br><br>*Attorneys for Defendants Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., And Hitachi Electronic Devices (USA), Inc.* |
| GIBSON, DUNN & CRUTCHER LLP<br><br>JOEL S. SANDERS (SBN 107234)<br>jsanders@gibsondunn.com<br>RACHEL S. BRASS (SBN 219301)<br>rbrass@gibsondunn.com<br>AUSTIN V. SCHWING (SBN 211696)<br>aschwing@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>FARMER BROWNSTEIN JAEGER LLP<br>WILLIAM S. FARMER, SBN 46694<br>WFarmer@FBJ-law.com<br>DAVID BROWNSTEIN, SBN 141929<br>DBrownstein@FBJ-law.com<br>JACOB ALPREN, SBN 235713<br>JAlpren@FBJ-law.com<br>235 Montgomery Street, Suite 835<br>San Francisco California 94104<br>Telephone 415.962.2876<br>Facsimile: 415.520.5678<br><br>*Counsel for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.* | BAKER BOTTS LLP<br><br>JOHN M. TALADAY (*pro hac vice*)<br>Email: john.taladay@bakerbotts.com<br>ERIK T. KOONS (*pro hac vice*)<br>Email: erik.koons@bakerbotts.com<br>BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890<br><br>JON V. SWENSON (SBN 233054)<br>Email: jon.swenson@bakerbotts.com<br>BAKER BOTTS LLP<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br><br>*Counsel for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited and Philips do Brasil Ltda.* |
| WHITE & CASE LLP<br><br>CHRISTOPHER M. CURRAN (*pro hac vice*)<br>Email: ccurran@whitecase.com<br>LUCIUS B. LAU (*pro hac vice*)<br>Email: alau@whitecase.com<br>DANA E. FOSTER (*pro hac vice*)<br>Email: defoster@whitecase.com<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America* | FAEGRE BAKER DANIELS LLP<br><br>KATHY L. OSBORN (*pro hac vice*)<br>Email: kathy.osborn@FaegreBD.com<br>RYAN M. HURLEY (*pro hac vice*)<br>Email: ryan.hurley@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br><br>JEFFREY S. ROBERTS (*pro hac vice*)<br>Email: jeff.roberts@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203 |

| | |
|---|---|
| *Electronic Components, Inc.* | Telephone: (303) 607-3500<br>Facsimile: (303) 607-3600<br><br>*Counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc.* |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>JAMES L. MCGINNIS (SBN 95788)<br>Email: jmcginnis@sheppardmullin.com<br>MICHAEL W. SCARBOROUGH (SBN 203524)<br>Email: mscarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>LEO D. CASERIA (SBN 240323)<br>Email: lcaseria@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448<br>Telephone: (213) 620-1780<br>Facsimile: (213) 620-1398<br><br>*Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>JEFFREY I. ZUCKERMAN (*pro hac vice*)<br>Email: jzuckerman@curtis.com<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: 202.452.7350<br>Facsimile: 917.368.7350<br><br>ARTHUR GAUS (SBN 289560)<br>Email: asg@dillinghammurphy.com<br>DILLINGHAM & MURPHY, LLP<br>601 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 397-2700<br>Facsimile: (415) 397-3300<br><br>*Counsel for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.* |
| SQUIRE PATTON BOGGS (US) LLP<br><br>MARK C. DOSKER (SBN 114789)<br>Email: mark.dosker@squirepb.com<br>NATHAN LANE, III (SDN 50961)<br>Email: nathan.lane@squirepb.com<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br><br>DONALD A. WALL (*pro hac vice*)<br>Email: donald.wall@squirepb.com<br>SQUIRE PATTON BOGGS (US) LLP<br>1 East Washington Street, Suite 2700<br>Phoenix, Arizona 85004<br>Telephone: (602) 528-4000<br>Facsimile: (602) 253-8129 | |

| | |
|---|---|
| *Counsel for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.* | |

**I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.**