MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

355 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

RONALD L. OLSON*
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
STEPHEN M. KRISTOVICH
JOHN W. SPIEGEL
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. McDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
PATRICK J. CAFFERTY, JR.
JAY M. FUJITANI
O'MALLEY M. MILLER
SANDRA A. SEVILLE-JONES
MARK H. EPSTEIN
HENRY WEISSMANN
KEVIN S. ALLRED
BART H. WILLIAMS
JEFFREY A. HEINTZ
JUDITH T. KITANO
KRISTIN LINSLEY MYLES
MARC T.G. DWORSKY
JEROME C. ROTH
STEPHEN D. ROSE
JEFFREY L. BLEICH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
MARY ANN TODD
MICHAEL J. O'SULLIVAN
KELLY M. KLAUS
DAVID B. GOLDMAN
KEVIN S. MASUDA
HOJOON HWANG
PETER A. DETRE
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
GREGORY J. WEINGART
SUSAN E. NASH
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
BRETT J. RODDA
SEAN ESKOVITZ
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
RANDALL G. SOMMER
MANUEL F. CACHÁN
ROSEMARIE T. RING
TODD J. ROSEN
MELINDA EADES LeMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
KATHERINE KU
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
SUSAN R. SZABO
KIMBERLY A. CHI
HEATHER E. TAKAHASHI
KEITH R.D. HAMILTON, II
SORAYA C. KELLY
ADAM R. LAWTON
JENNY H. HONG
AARON SEIJI LOWENSTEIN
MATTHEW A. MACDONALD
MARGARET G. MARASCHINO
ESTHER H. SUNG
BENJAMIN J. MARO
JOEL M. PURLES
KYLE A. CASAZZA
ERIN J. COX
CLAIRE YAN
JESLYN A. MILLER
MARK R. SAYSON
PETER E. GRATZINGER

*A PROFESSIONAL CORPORATION

JEREMY A. LAWRENCE
BENJAMIN E. FRIEDMAN
CHRISTOPHER M. LYNCH
RAY S. SEILIE
ADAM I. KAPLAN
AMELIA L.B. SARGENT
KENNETH M. TRUJILLO-JAMISON
BRYAN H. HECKENLIVELY
LAURA WIRTH
JASMINE M. ROBERTS
JENNIFER A. JONES
LAURA K. LIN
JEFFREY M. OSOFSKY
GREGORY M. SERGI
ACHYUT J. PHADKE
DAVID A. TAYLOR
MARI OVERBECK
JESSE MAX CREED
JOHN M. GILDERSLEEVE
ERIC K. CHIU
SARAH L. GRAHAM
JESSICA BARCLAY-STROBEL
ZACHARY M. BRIERS
JENNIFER M. BRODER
CHRISTINA P. MONIODIS
JOHN P. MITTELBACH
SARAH GARBER
SAMUEL T. GREENBERG
CAROLINE M. CUNNINGHAM
EMILY B. VIGLIETTA
KEVIN L. BRADY
EMILY R.D. MURPHY
ELLEN MEDLIN RICHMOND
JORDAN D. SEGALL
VICTORIA A. DEGTYAREVA
WESLEY T.L. BURRELL
CHRISTA L. CULVER
ANYA J. GOLDSTEIN
KAREN A. LORANG
KURUVILLA J. OLASA
KEVIN H. SCOTT
JUSTIN P. RAPHAEL
HANNAH E. SHEARER
ROBERT W. GRAY, JR.
THOMAS P. CLANCY
JOSHUA PATASHNIK
ERIC C. TUNG
GUHA KRISHNAMURTHI
JOSHUA S. MELTZER
SARA E. CROLL
ANDREW G. PROUT
THANE REHN
ADAM B. WEISS
ROSE LEDA EHLER
AMY L. GREYWITT
ANDREW Z. WOLSTAN
NASSIM NAZEMI
CATHLEEN H. HARTGE
JOON S. HUR
MARIA JHAI
GRACE R. DILAURA
ADAM P. BARRY
JENNIFER L. BRYANT
JUSTIN T. HELLMAN
ANDREW CATH RUBENSTEIN
RIO PIERCE
JEFFREY A. PAYNE
VARUN BEHL
HANNAH L. DUBINA
ADAM GOTTESFELD
NICHOLAS D. FRAM
JOSHUA L. BENESH
SAMANTHA C. BOOTH
JOHN F. MULLER
BRIONNA N. NED
JESSE M. KING
LAURA C. ZARAGOZA
JOHN L. SCHWAB
SARA N. TAYLOR
ALEXANDER D. TEREPKA
MAXIMILLIAN L. FELDMAN
LAURA E. MATHE
SAMUEL T. BOYD

OF COUNSEL

RICHARD D. ESBENSHADE*
ROBERT K. JOHNSON*
ALAN V. FRIEDMAN*
RONALD K. MEYER
MARK H. KIM
MARIA SEFERIAN
ALLISON B. STEIN
WILLIANA CHANG
BRAD SCHNEIDER
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
ERIC P. TUTTLE

E. LEROY TOLLES
(1922-2008)

May 17, 2016

Writer's Direct Contact
(415) 512-4041
(415) 644-6941 FAX
miriam.kim@mto.com

Hon. Jon S. Tigar
District Judge
U.S. District Court for the
Northern District of California
Courtroom 9 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*
Case No. 07-cv-05944-JST; MDL No. 1917

Dear Judge Tigar:

Enclosed please find a letter from LG Electronics, Inc. to the Honorable Henry Kantor in *State of Oregon v. LG Electronics, et al.*, No. 1208-10246.

Respectfully,

Miriam Kim

MK:rb

Enclosure

MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

355 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

RONALD L. OLSON[†]
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
STEPHEN M. KRISTOVICH
JOHN W. SPIEGEL
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. McDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
PATRICK J. CAFFERTY, JR.
JAY M. FUJITANI
O'MALLEY M. MILLER
SANDRA A. SEVILLE-JONES
MARK H. EPSTEIN
HENRY WEISSMANN
KEVIN S. ALLRED
BART H. WILLIAMS
JEFFREY A. HEINTZ
JUDITH T. KITANO
KRISTIN LINSLEY MYLES
MARC T.G. DWORSKY
JEROME C. ROTH
STEPHEN D. ROSE
JEFFREY L. BLEICH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
MARY ANN TODD
MICHAEL J. O'SULLIVAN
KELLY M. KLAUS
DAVID B. GOLDMAN
KEVIN S. MASUDA
HOJOON HWANG
PETER A. DETRE
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
GREGORY J. WEINGART
SUSAN E. NASH
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
BRETT J. RODDA
SEAN ESKOVITZ
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
RANDALL G. SOMMER
MANUEL F. CACHÁN
ROSEMARIE T. RING
TODD J. ROSEN
MELINDA EADES LeMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
KATHERINE KU
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
SUSAN R. SZABO
KIMBERLY A. CHI
HEATHER E. TAKAHASHI
KEITH R.D. HAMILTON, II
SORAYA C. KELLY
ADAM R. LAWTON
JENNY H. HONG
AARON SEIJI LOWENSTEIN
MATTHEW A. MACDONALD
MARGARET G. MARASCHINO
ESTHER H. SUNG
BENJAMIN J. MARO
JOEL M. PURLES
KYLE A. CASAZZA
ERIN J. COX
CLAIRE YAN
JESLYN A. MILLER
MARK R. SAYSON
PETER E. GRATZINGER

[†]A PROFESSIONAL CORPORATION

JEREMY A. LAWRENCE
BENJAMIN E. FRIEDMAN
CHRISTOPHER M. LYNCH
RAY S. SEILIE
ADAM I. KAPLAN
AMELIA L.B. SARGENT
KENNETH M. TRUJILLO-JAMISON
BRYAN H. HECKENLIVELY
LAURA WIRTH
JASMINE M. ROBERTS
JENNIFER A. JONES
LAURA K. LIN
JEFFREY M. OSOFSKY
GREGORY M. SERGI
ACHYUT J. PHADKE
DAVID A. TAYLOR
MARI OVERBECK
JESSE MAX CREED
JOHN M. GILDERSLEEVE
ERIC K. CHIU
SARAH L. GRAHAM
JESSICA BARCLAY-STROBEL
ZACHARY M. BRIERS
JENNIFER M. BRODER
CHRISTINA P. MONIODIS
JOHN P. MITTELBACH
SARAH GARBER
SAMUEL T. GREENBERG
CAROLINE M. CUNNINGHAM
EMILY B. VIGLIETTA
KEVIN L. BRADY
EMILY R.D. MURPHY
ELLEN MEDLIN RICHMOND
JORDAN D. SEGALL
VICTORIA A. DEGTYAREVA
WESLEY T.L. BURRELL
CHRISTA L. CULVER
ANYA J. GOLDSTEIN
KAREN A. LORANG
KURUVILLA J. OLASA
KEVIN H. SCOTT
JUSTIN P. RAPHAEL
HANNAH E. SHEARER
ROBERT W. GRAY, JR.
THOMAS P. CLANCY
JOSHUA PATASHNIK
ERIC C. TUNG
GUHA KRISHNAMURTHI
JOSHUA S. MELTZER
SARA E. CROLL
ANDREW G. PROUT
THANE REHN
ADAM B. WEISS
ROSE LEDA EHLER
AMY L. GREYWITT
ANDREW Z. WOLSTAN
NASSIM NAZEMI
CATHLEEN H. HARTGE
JOON S. HUR
MARIA JHAI
GRACE R. DILAURA
ADAM P. BARRY
JENNIFER L. BRYANT
JUSTIN T. HELLMAN
ANDREW CATH RUBENSTEIN
RIO PIERCE
JEFFREY A. PAYNE
VARUN BEHL
HANNAH L. DUBINA
ADAM GOTTESFELD
NICHOLAS D. FRAM
JOSHUA L. BENESH
SAMANTHA C. BOOTH
JOHN F. MULLER
BRIONNA N. NED
JESSE M. KING
LAURA C. ZARAGOZA
JOHN L. SCHWAB
SARA N. TAYLOR
ALEXANDER D. TEREPKA
MAXIMILLIAN L. FELDMAN
LAURA E. MATHE
SAMUEL T. BOYD

OF COUNSEL

RICHARD D. ESBENSHADE[†]
ROBERT K. JOHNSON[†]
ALAN V. FRIEDMAN[†]
RONALD K. MEYER
MARK H. KIM
MARIA SEFERIAN
ALLISON B. STEIN
WILLIANA CHANG
BRAD SCHNEIDER
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
ERIC P. TUTTLE

E. LEROY TOLLES
(1922-2008)

May 17, 2016

Writer's Direct Contact
(415) 512-4041
(415) 644-6941 FAX
miriam.kim@mto.com

**VIA E-MAIL AND U.S. MAIL**

The Honorable Henry Kantor
Circuit Court Judge
Multnomah County Circuit Court
1021 SW Fourth Avenue, Room 546
Portland, OR 97204

Re: *State of Oregon v. LG Electronics, et al.*, No. 1208-10246

Dear Judge Kantor:

On behalf of LG Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively, "LG Defendants"), I write to inform you that the LG Defendants have reached a settlement in principle with the State of Oregon in the above-captioned action.

I also write in response to your questions regarding the setting of the MDL trial dates. At the April 19, 2016 status conference in the MDL, Judge Jon Tigar noted that he was considering pushing back the trial dates in the MDL, such that the Sharp trial would proceed on November 7, 2016, and the Sears/Kmart trial would begin on January 9, 2017. The Court notified the parties that it would accept supplemental briefing on the issue. In response to this notice, LG Electronics, Inc. ("LGE") joined in the Motion by the Thomson and TDA defendants to Continue and Set Trial Dates (the "Motion"). The Motion sought an Order (i) setting the first day of trial in the Sears/Kmart case pending against LGE for November 7, 2016 – the tentative date originally set by Judge Tigar at a case management conference back in December 2015; and (ii) setting the Sharp trial against Thomson, TDA, and Toshiba for January 9, 2017. (See ECF

No. 4601, enclosed.) In its joinder, LGE pointed out that it had been preparing for a November 2016 trial in the Sears/Kmart matter and requested that the original date be preserved.

Because LGE is not a defendant in the Sharp case, LGE did not take a position on or raise any conflict that Toshiba might have with the trial date set by this Court if the Sharp trial was set for January 2017 in the MDL. LGE itself did not perceive any conflict with the trial date in this Court if the MDL Court denied LGE's request for a November 2016 date in the Sears/Kmart trial because its counsel, Munger, Tolles & Olson, had assigned different trial teams to the two cases. As the LG Defendants were engaged in settlement discussions with the State of Oregon at the time the joinder was filed, it also seemed likely that the proceedings in this Court against LGE would be resolved.

In its Opposition to the Motion, Sharp proposed a January 2017 trial date for its case against Thomson, TDA and Toshiba and, for the first time, a March 2017 trial date for Sears/Kmart's case against LGE. LGE timely submitted a Reply and Declaration from its lead trial counsel indicating a trial conflict with that proposed date. If it is helpful to this Court and to Judge Tigar in finalizing the various trial dates, LGE remains available for trial against Sears/Kmart before Judge Tigar on either November 7, 2016 (the previously scheduled trial date) or January 9, 2017.

If there is any other information I can provide, please let me know. Thank you.

Respectfully,

Miriam Kim

cc: Counsel of Record in Oregon (via email)
The Honorable Jon S. Tigar (via ECF)
Counsel of Record in the MDL (via ECF)

BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

Master File No. 3:07-md-05944-JST (N.D. Cal)

MDL No. 1917

**LG ELECTRONICS, INC.'S JOINDER IN THOMSON DEFENDANTS' MOTION TO CONTINUE AND SET TRIAL DATES**

Judge: Hon. Jon S. Tigar
Court: Courtroom 9, 19th Floor

LGE joins in the motion by the Thomson Defendants for an Order setting the first day of trial (1) in *Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11 -cv-05514 ("Sears/Kmart"), for November 7, 2016; and (2) in *Sharp Electronics Corp., et al. v. Hitachi Ltd.*, et al., No. 13-cv-1173, for January 9, 2017.

Counsel for LGE has reserved time to try the Sears/Kmart case beginning on November 7, 2016. Confirming that date will allow the LGE team to continue preparing for trial, including working with witnesses and experts, while accommodating the needs of the Thomson Defendants' in-house counsel.

Dated: April 25, 2016

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: ______*/s/ Brad D. Brian*_____________

BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*