UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
|---|---|
| | Case No. C-07-5944 JST |
| This Order Relates To: ALL ACTIONS | **ORDER ADOPTING REPORTS AND RECOMMENDATIONS RELATED TO THE TRANSLATION-OBJECTION RESOLUTION PROTOCOL** |

On April 25, 2016, Special Master Vaughn R. Walker issued a Report and Recommendation ("R&R") regarding a Translation-Objection Resolution Protocol. See ECF No. 4597. In it, he ordered that "[a]ny party wishing to provide input on this protocol may submit a letter brief to [Special Master Walker] no later than 7 days from the date of [the] order." Id. at 2.

On May 3, 2016, Special Master Walker issued a second R&R, modifying the first in light of responses from counsel. See ECF No. 4625.

No timely objection having been filed, and good cause appearing, the Court ADOPTS ECF No. 4597 as modified by ECF No. 4625.

IT IS SO ORDERED.

Dated: May 23, 2016

_____
JON S. TIGAR
United States District Judge