UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL ACTIONS | **CASE MANAGEMENT ORDER** |

The Court conducted a Case Management Conference on April 19, 2016. ECF No. 4572. At the conference, the Court and counsel discussed the setting of a trial schedule for the Sharp and Sears/Kmart cases, and a pre-trial and trial schedule for the DPP/Mitsubishi case. The Court ordered defendants in the two DAP cases and the DPP case to file suggested schedules by April 25, 2016, and the plaintiffs in those cases to file responses on April 29, 2016. Id. The Court carefully considered the parties' various submissions and issued a trial-setting order on May 4, 2016. ECF No. 4628.

In the interim, however, counsel for LG had filed a "reply" on May 3, 2016, ECF No. 4624, that the Court did not consider when it issued its order on May 4, ECF No. 4628.[1] LG stated that its lead counsel, Brad Brian, "has another lengthy trial set for March 6, 2017, in Napoleonville, Louisiana" – the same date set for the Sears/Kmart case in which LG is a defendant.

---

[1] The Court's order did not provide for the filing of a reply.

In light of the foregoing, the Court is prepared to switch the dates of the Sharp and Sears/Kmart trials, provided that no party to the Sharp trial has an unresolvable conflict with a March 6, 2017 date. The DPP trial would then remain as originally set, and the trial schedule for the remaining two cases would be as follows:

Sears/Kmart Trial

1. Pretrial conference:  December 12 and 13, 2016
2. Trial:  January 9, 2017

Sharp Trial

1. Pretrial conference:  February 7 and 8, 2017
2. Trial:  March 6, 2017

If any party to the Sharp case does have such a conflict, it is ordered to so advise the Court by May 27, 2016 at 5:00 p.m. Any submission filed must be limited to 3 pages. If no objection is filed by that date, the Court will switch the trial dates as set forth above. If an objection is filed, the Court will take the matter under submission. No responsive briefs or replies will be permitted.

IT IS SO ORDERED.

Dated:  May 24, 2016

_____
JON S. TIGAR
United States District Judge