353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456

**JENNER&BLOCK** LLP

May 24, 2016

Terrence J. Truax
Tel  312 923-2738
Fax 312 840-7738
ttruax@jenner.com

<u>**VIA ECF**</u>

Hon. Jon S. Tigar
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:   In re Cathode Ray Tube ("CRT") Antitrust Litigation
      No. MDL 1917, 3:07-cv-5944-JST

Dear Judge Tigar:

This letter is a joint communication from my client, Mitsubishi Electric Corporation ("Mitsubishi Electric"), and Direct Action Plaintiff ("DAP") Tech Data Corporation ("Tech Data"), represented by attorney Scott N. Wagner, who has reviewed and approved this communication. We write as a follow-up to my letter to you dated May 2, 2016.

Mitsubishi Electric and Tech Data had earlier advised the Court of the parties' impending settlement. The parties have now finalized their agreement and anticipate filing a stipulation of dismissal on or about June 22, 2016.

In light of these developments, the Mitsubishi Electric Defendants request that the Court not issue a ruling on Mitsubishi Electric's pending summary judgment motions in the DAP actions until at least June 23, 2016. Plaintiffs do not object to this request.

The parties appreciate the Court's consideration of this matter.

Very truly yours,

Terrence J. Truax

TJT:ks

cc:   Scott N. Wagner, DAP Counsel for Tech Data Corporation