Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173 (JST)<br><br>*Sears, Roebuck & Co., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 11-cv-05514 (JST) | **SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S SUBMISSION REGARDING PROPOSED MARCH 6, 2017 TRIAL DATE**<br><br>The Honorable Jon S. Tigar |

1    Pursuant to the Court's order dated May 24, 2016 (ECF No. 4658), plaintiffs Sharp Electronics Corporation ("SEC") and Sharp Electronics Manufacturing Company of America, Inc. ("SEMA") submit that they do not, as of this time, have any unresolvable conflicts with a proposed March 6, 2017 trial date.

SEC and SEMA do understand from the record before the Court that counsel for LG appears to have two separate trial teams devoted to CRT-related matters.  (*See* ECF No. 4656 at 3, Letter from Miriam Kim to Judge Henry Kantor re: *State of Oregon v. LG Electronics, et al.*, No. 1208-10246 (May 17, 2016) ("Munger, Tolles, and Olson . . . assigned different trial teams to the two cases.").)  SEC and SEMA also understand that LG has now settled the other CRT-related matter that was pending in state court in Oregon, to which that second trial team was apparently assigned.  SEC and SEMA thus respectfully submit that it may be worthwhile, before disturbing the order of trials set by the Court thrice previously for good reason, to inquire of LG's counsel whether another lead lawyer with experience on CRT matters is available for a trial in March 2017.

1

SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S
SUBMISSION REGARDING PROPOSED MARCH 6, 2017 TRIAL DATE
CASE NO. 07-CV-05944 (JST), MDL NO. 1917

DATED:  May 27, 2016          By:   */s/ Craig A. Benson*

                Kenneth A. Gallo (*pro hac vice*)
                Joseph J. Simons (*pro hac vice*)
                Craig A. Benson (*pro hac vice*)
                **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                2001 K Street, NW
                Washington, DC  20006
                Telephone: (202) 223-7300
                Facsimile: (202) 223-7420
                Email: kgallo@paulweiss.com
                Email: jsimons@paulweiss.com
                Email: cbenson@paulweiss.com

                Stephen E. Taylor (SBN 058452)
                Jonathan A. Patchen (SBN 237346)
                **TAYLOR & COMPANY LAW OFFICES, LLP**
                One Ferry Building, Suite 355
                San Francisco, California  94111
                Telephone:  (415) 788-8200
                Facsimile:  (415) 788-8208
                Email: staylor@tcolaw.com
                Email: jpatchen@tcolaw.com

                *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Co. of America, Inc.*

2

SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S
SUBMISSION REGARDING PROPOSED MARCH 6, 2017 TRIAL DATE
CASE NO. 07-CV-05944 (JST), MDL NO. 1917

**CERTIFICATE OF SERVICE**

On May 27, 2016, I caused a copy of SEC and SEMA's Submission Regarding Proposed March 6, 2017 Trial Date to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

DATED:  May 27, 2016                    By: */s/ Craig A. Benson*
                                               Craig A. Benson