GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

FARMER BROWNSTEIN JAEGER LLP
WILLIAM S. FARMER, SBN 46694
WFarmer@FBJ-law.com
DAVID BROWNSTEIN, SBN 141929
DBrownstein@FBJ-law.com
JACOB ALPREN, SBN 235713
JAlpren@FBJ-law.com
235 Montgomery Street, Suite 835
San Francisco California 94104
Telephone 415.962.2876
Facsimile: 415.520.5678

Attorneys for Defendants
CHUNGHWA PICTURE TUBES, LTD. and
CHUNGHWA PICTURE TUBES (MALAYSIA)
SDN. BHD.

[*Additional counsel listed on signature pages*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION _____ This Document Relates To: *ViewSonic Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 3:14-cv-02510 | Master File No. 3:07-CV-5944 JST MDL No. 1917 **STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF PROCEEDINGS DUE TO SETTLEMENT** Judge:    Hon. Jon S. Tigar Trial Date:  None Set Courtroom:  9, 19th Floor |

Plaintiffs ViewSonic Corporation ("ViewSonic") and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa"), by their respective attorneys, state as follows:

1.      ViewSonic commenced an action in the United States District Court for the Northern District of California entitled *ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al.*, Case No. 3:14-cv-02510, alleging violations of federal antitrust law in connection with trade and commerce in cathode ray tube products against Chunghwa and other defendants (the "ViewSonic Lawsuit");

2.      As previously reported to the Court, ViewSonic and Chunghwa have entered into a comprehensive confidential written settlement agreement calling for, *inter alia*, dismissal of the ViewSonic Lawsuit (the "Settlement Agreement");

3.      Performance in full of the Settlement Agreement will not be completed until January 31, 2017;

4.      WHEREFORE, ViewSonic and Chunghwa stipulate and agree that all remaining proceedings related to the ViewSonic Lawsuit should be stayed until February 2, 2017, at which time the parties expect to file a stipulation of dismissal with prejudice.

The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

DATED:  May 31, 2016                    GIBSON, DUNN & CRUTCHER LLP

                                        By:     /s/     *Joel S. Sanders*
                                                Joel S. Sanders

                                        *Attorneys for Defendants*
                                        *CHUNGHWA PICTURE TUBES, LTD and*
                                        *CHUNGHWA PICTURE TUBES (MALAYSIA) SDN.*
                                        *BHD.*

DATED:  May 31, 2016                    CROWELL & MORING LLP.

                                        By:     /s/     *Jerome A. Murphy*
                                                Jerome A. Murphy

                                        Jerome A. Murphy (*pro hac vice*)
                                        jmurphy@crowell.com

1

Matthew J. McBurney (*pro hac vice*)
mmcburney@crowell.com
Astor H.L. Heaven (*pro hac vice*)
aheaven@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116

Jason C. Murray, SBN 169806
jmurray@crowell.com
Robert B. McNary, SBN 253745
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690

*Attorneys for Plaintiff VIEWSONIC CORPORATION*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:_____        _____

Hon. Jon S. Tigar
United States District Judge

1

**DECLARATION OF SERVICE**

2

I, Charles Proctor, declare as follows:

3

I am employed in the County of Santa Clara, State of California; I am over the age of eighteen
years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto,
California, 94304, in said County and State.  On the date below, I served the within:

4

5

**STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF
PROCEEDINGS DUE TO SETTLEMENT**

6

to all named counsel of record as follows:

7

8

☑ **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the
United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service
on May 31, 2016.  Counsel of record are required by the Court to be registered e-filers, and as such are
automatically e-served with a copy of the documents upon confirmation of e-filing.

9

10

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing
document(s) were printed on recycled paper, and that this Declaration of Service was executed by me
on May 31, 2016, at Palo Alto, California.

11

12

13

_____/s/ Charles Proctor_____
Charles Proctor

14

15

16

102079260.3

17

18

19

20

21

22

23

24

25

26

27

28

3