1
2   [Counsel Listed on Signature Pages]
3
4
5
6
7
8
9
10
11
12
13
14
15
16                      **UNITED STATES DISTRICT COURT**
17                      **NORTHERN DISTRICT OF CALIFORNIA**
18                           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19  IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (JST)  MDL No. 1917 |
| 21  This Document Relates to:  All DAP Actions  *Crago, d/b/a Dash Computers, Inc. et al.* v. *Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058-JST | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE TO SUBMIT TRANCHE 2 OBJECTIONS TO THE SPECIAL MASTER**  Judge: Hon. Jon S. Tigar |

The parties hereby stipulate that:

1. The date for the parties to submit their objections for Tranche 2 be modified from June 24, 2016, to July 20, 2016; and

2. With respect to the plaintiffs whose actions will be remanded to transferor courts for trial, the fact that translation objections are unresolved (even if they have been submitted to the Special Master) shall not be interposed by any party as a basis, in whole or in part, for opposing remand or seeking any delay in the remand of those actions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/3/2016

HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE (RET.)

The recommended Order of the Special Master is accepted and **SO ORDERED**.

Dated: _____

HONORABLE JON. S. TIGAR
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated:  June 2, 2016 | MUNGER, TOLLES & OLSON LLP |
| 2 | | By: */s/ Brad D. Brian* |
| | | |

BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: MMDonovan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | DAVID L. YOHAI (*pro hac vice*) |
| | Email: david.yohai@weil.com |
| 3 | ADAM C. HEMLOCK (*pro hac vice*) |
| | Email: adam.hemlock@weil.com |
| 4 | |
| 5 | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| 6 | New York, New York 10153-0119 |
| | Telephone: (212) 310-8000 |
| 7 | Facsimile: (212) 310-8007 |
| 8 | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.* |
| 9 | |
| 10 | |
| 11 | JENNER & BLOCK LLP |
| 12 | By: /s/ *Terrence J. Truax* |
| 13 | Terrence J. Truax (*pro hac vice*) |
| | Email: ttruax@jenner.com |
| 14 | Charles B. Sklarsky (*pro hac vice*) |
| | Email: csklarsky@jenner.com |
| 15 | Michael T. Brody (*pro hac vice*) |
| | Email: mbrody@jenner.com |
| 16 | Gabriel A. Fuentes (*pro hac vice*) |
| | Email: gfuentes@jenner.com |
| 17 | 353 N. Clark Street |
| | Chicago, Illinois 60654-3456 |
| 18 | Telephone:   (312) 222-9350 |
| | Facsimile:    (312) 527-0484 |
| 19 | |
| 20 | Brent Caslin (Cal. Bar. No. 198682) |
| | 633 West Fifth Street |
| 21 | Suite 3600 |
| | Los Angeles, California 90071 |
| 22 | Telephone:   (213) 239-5100 |
| | Facsimile:    (213) 239-5199 |
| 23 | bcaslin@jenner.com |
| 24 | Harold A. Barza (Cal. Bar. No. 80888) |
| 25 | halbarza@quinnemanuel.com |
| | Kevin Y. Teruya (Cal. Bar. No. 235916) |
| 26 | kevinteruya@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & |
| 27 | SULLIVAN, LLP |
| 28 | |

3

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:     +81 3 5510 1711
Facsimile:     +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc. and, Mitsubishi Electric Visual Solutions America, Inc.*

WHITE & CASE LLP

By: /s/ *Christopher M. Curran*

CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ *John M. Taladay*

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
BAKER BOTTS LLP

|   |   |
|---|---|
| 1 | 1299 Pennsylvania Avenue, N.W. |
| 2 | Washington, DC 20004-2400<br>Telephone: (202) 639-7700 |
|   | Facsimile: (202) 639-7890 |
| 3 |   |
| 4 | JON V. SWENSON (SBN 233054)<br>Email: jon.swenson@bakerbotts.com |
| 5 | BAKER BOTTS LLP<br>1001 Page Mill Road |
| 6 | Building One, Suite 200<br>Palo Alto, CA 94304 |
| 7 | Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699 |
| 8 |   |
| 9 | *Attorneys for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation,* |
| 10 | *Philips Taiwan Limited and Philips do Brasil Ltda.* |
| 11 | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP |
| 12 | By: */s/ James L. McGinnis* |
| 13 | GARY L. HALLING (SBN 66087)<br>Email: ghalling@sheppardmullin.com |
| 14 | JAMES L. MCGINNIS (SBN 95788)<br>Email: jmcginnis@sheppardmullin.com |
| 15 | MICHAEL W. SCARBOROUGH (SBN 203524) |
| 16 | Email: mscarborough@sheppardmullin.com |
| 17 | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP |
| 18 | Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111 |
| 19 | Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |
| 20 |   |
| 21 | LEO D. CASERIA (SBN 240323)<br>Email: lcaseria@sheppardmullin.com |
| 22 | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP |
| 23 | 333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1448 |
| 24 | Telephone: (213) 620-1780<br>Facsimile: (213) 620-1398 |
| 25 |   |
| 26 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI* |
| 27 | *(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen* |
| 28 |   |

5

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE
TO SUBMIT TRANCHE 2 OBJECTIONS TO THE SPECIAL MASTER
CASE NO. 07-CV-05944 (JST), MDL NO. 1917

*Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

FAEGRE BAKER DANIELS LLP

By: /s/ *Kathy L. Osborn*

KATHY L. OSBORN (*pro hac vice*)
Email: kathy.osborn@FaegreBD.com
RYAN M. HURLEY (*pro hac vice*)
Email: ryan.hurley@FaegreBD.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

JEFFREY S. ROBERTS (*pro hac vice*)
Email: jeff.roberts@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

*Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Mark C. Dosker*

MARK C. DOSKER (SBN 114789)
Email: mark.dosker@squirepb.com
NATHAN LANE, III (SDN 50961)
Email: nathan.lane@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

DONALD A. WALL (*pro hac vice*)
Email: donald.wall@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except*

*Office Depot, Inc. v. Technicolor SA, et al.*

ARTHUR GAUS (SBN 289560)
Email: asg@dillinghammurphy.com
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

*Attorneys for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al. and Sears, Roebuck and Co., et al. v. Technicolor SA, et al.*

BOIES, SCHILLER & FLEXNER LLP
By: */s/ Philip J. Iovieno*

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corp., MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corp., and Tech Data Product Management, Inc.*

| | |
|---|---|
| 1 | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| 2 | By: */s/ Scott N. Wagner* |
| 3 | |
| | Robert W. Turken |
| 4 | Scott N. Wagner |
| | BILZIN SUMBERG BAENA PRICE & |
| 5 | AXELROD LLP |
| | 1450 Brickell Ave, Suite 2300 |
| 6 | Miami, FL 33131-3456 |
| | Tel:    305-374-7580 |
| 7 | Fax:    305-374-7593 |
| | Email: rturken@bilzin.com |
| 8 | Email: swagner@bilzin.com |
| 9 | |
| | *Attorneys for Plaintiffs Tech Data Corp. and Tech* |
| 10 | *Data Product Management, Inc.* |
| 11 | |
| | PERKINS COIE LLP |
| 12 | By: */s/ David. J. Burman* |
| 13 | David J. Burman |
| | Cori G. Moore |
| 14 | Nicholas H. Hesterberg |
| | PERKINS COIE LLP |
| 15 | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| 16 | Telephone:  (206) 359-8000 |
| | Facsimile:   (206) 359-9000 |
| 17 | Email:  DBurman@perkinscoie.com |
| | Email:  CGMoore@perkinscoie.com |
| 18 | Email:  NHesterberg@perkinscoie.com |
| 19 | *Attorneys for Plaintiff Costco Wholesale Corp.* |
| 20 | |
| | KENNY NACHWALTER, P.A. |
| 21 | By: */s/ William J. Blechman* |
| 22 | Richard Alan Arnold |
| | William J. Blechman |
| 23 | Kevin J. Murray |
| | KENNY NACHWALTER, P.A. |
| 24 | 201 S. Biscayne Blvd., Suite 1100 |
| | Miami, FL 33131 |
| 25 | Tel: (305) 373-1000 |
| | Fax: (305) 372-1861 |
| 26 | Email: kmurray@knpa.com |
| | Email: wblechman@knpa.com |
| 27 | Email: rarnold@knpa.com |
| 28 | |

8

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE
TO SUBMIT TRANCHE 2 OBJECTIONS TO THE SPECIAL MASTER
CASE NO. 07-CV-05944 (JST), MDL NO. 1917

*Attorneys for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
By: */s/ Kenneth A. Gallo*

Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

ALSTON & BIRD LLP
By: */s/ Debra D. Bernstein*

Michael P. Kenny
Debra D. Bernstein
Rodney J. Ganske
Matthew D. Kent
Elizabeth Jordan
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com
matthew.kent@alston.com
elizabeth.jordan@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
Kerr & Wagstaffe LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500
wagstaffe@kerrwagstaffe.com

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

*/s/ R. Alexander Saveri*
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

**E-FILING ATTESTATION**

I, Kenneth A. Gallo, am the ECF user whose ID and password are being used to file the Stipulation and [Proposed] Order Extending the Date to Submit Tranche 2 Objections to the Special Master and the supporting Declaration of Craig A. Benson filed concurrently herewith. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: June 2, 2016              */s/ Kenneth A. Gallo*
                                  Kenneth A. Gallo

# CERTIFICATE OF SERVICE

On June 2, 2016, I caused a copy of (1) the Stipulation and [Proposed] Order Extending the Date to Submit Tranche 2 Objections to the Special Master, and (2) the Declaration of Craig A. Benson in Support of Stipulation and [Proposed] Order Extending the Date to Submit Tranche 2 Objections to the Special Master to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

DATED: June 2, 2016        By: */s/ Kenneth A. Gallo*
                               Kenneth A. Gallo