United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944 JST |
| This Order Relates To: | **ORDER REGARDING STIPULATION FOR STAY OF PROCEEDINGS** |
| ALL DIRECT ACTION PLAINTIFFS | |

Plaintiff ViewSonic Corporation ("ViewSonic") and Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively, "Chunghwa"), "stipulate and agree that all remaining proceedings related to the ViewSonic Lawsuit should be stayed until February 2, 2017, at which time the parties expect to file a stipulation of dismissal with prejudice." ECF No. 4663 ¶ 4.

The parties jointly ask the Court to enter their stipulation as an order. The Court will adopt the stipulation and stay the case entitled ViewSonic Corporation v. Chunghwa Picture Tubes, Ltd. et al., Case No. 3:14-cv-02510. Entry of this stay does not excuse compliance with the Court's order dated May 27, 2016. See ECF No. 4661.[1]

IT IS SO ORDERED.

Dated: June 6, 2016

_____
JON S. TIGAR
United States District Judge

---

[1] Any party may petition the Court for relief from the stay as to any of the Court's other orders or other obligations imposed by law, as appropriate. The Court may also grant such relief on its own motion.