1
2        [Counsel Listed on Signature Pages]
3
4
5
6
7
8
9
10
11
12
13
14
15
16                  **UNITED STATES DISTRICT COURT**
17                **NORTHERN DISTRICT OF CALIFORNIA**
18                  **SAN FRANCISCO DIVISION**

19   IN RE CATHODE RAY TUBE (CRT)          Case No. 07-cv-05944 (JST)
     ANTITRUST LITIGATION                  MDL No. 1917
20

21                                         **STIPULATION AND [PROPOSED]**
     This Document Relates to:            **ORDER EXTENDING THE DATE TO**
22                                         **SUBMIT TRANCHE 2 OBJECTIONS TO**
     All DAP Actions                      **THE SPECIAL MASTER**
23

24   *Crago, d/b/a Dash Computers, Inc. et al.* v.
     *Mitsubishi Electric Corporation, et al.*, Case   Judge:  Hon. Jon S. Tigar
25   No. 14-CV-2058-JST

26
27
28

1    The parties hereby stipulate that:

2        1.  The date for the parties to submit their objections for Tranche 2 be modified from
3            June 24, 2016, to July 20, 2016; and
4        2.  With respect to the plaintiffs whose actions will be remanded to transferor courts
5            for trial, the fact that translation objections are unresolved (even if they have been
6            submitted to the Special Master) shall not be interposed by any party as a basis, in
7            whole or in part, for opposing remand or seeking any delay in the remand of those
8            actions.

9

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11   Dated: 6/3/2016

12                              HONORABLE VAUGHN R. WALKER
                                UNITED STATES DISTRICT JUDGE (RET.)
13

14

15   The recommended Order of the Special Master is accepted and **SO ORDERED**.

16

17   Dated:  June 9, 2016

18                              HONORABLE JON. S. TIGAR
                                UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

1   Dated:  June 2, 2016

MUNGER, TOLLES & OLSON LLP

2

By: */s/ Brad D. Brian*

3

BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com

4   GREGORY J. WEINGART (State Bar No. 157997)

5   gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)

6   susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)

7   martin.estrada@mto.com

8   MUNGER, TOLLES & OLSON LLP

9   355 South Grand Avenue
Thirty-Fifth Floor

10  Los Angeles, California 90071-1560
Telephone:    (213) 683-9100

11  Facsimile:    (213) 687-3702

12

*Attorneys for Defendant LG Electronics, Inc.*

13

14  WINSTON & STRAWN LLP

15  By: */s/ Jeffrey L. Kessler*

16  JEFFREY L. KESSLER (*pro hac vice*)
Email: JKessler@winston.com

17  A. PAUL VICTOR (*pro hac vice*)
Email: PVictor@winston.com

18  ALDO A. BADINI (SBN 257086)
Email: ABadini@winston.com

19  EVA W. COLE (*pro hac vice*)
Email: EWCole@winston.com

20  MOLLY M. DONOVAN (*pro hac vice*)
Email: MMDonovan@winston.com

21  WINSTON & STRAWN LLP

22  200 Park Avenue
New York, NY 10166

23  Telephone: (212) 294-6700
Facsimile: (212) 294-4700

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIL, GOTSHAL & MANGES LLP

DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation*
*(f/k/a Matsushita Electric Industrial Co., Ltd.),*
*Panasonic Corporation of North America, MT*
*Picture Display Co., Ltd.*

JENNER & BLOCK LLP

By: /s/ *Terrence J. Truax*

Terrence J. Truax (*pro hac vice*)
Email: ttruax@jenner.com
Charles B. Sklarsky (*pro hac vice*)
Email: csklarsky@jenner.com
Michael T. Brody (*pro hac vice*)
Email: mbrody@jenner.com
Gabriel A. Fuentes (*pro hac vice*)
Email: gfuentes@jenner.com
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:     (312) 222-9350
Facsimile:      (312) 527-0484

Brent Caslin (Cal. Bar. No. 198682)
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:     (213) 239-5100
Facsimile:      (213) 239-5199
bcaslin@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
halbarza@quinnemanuel.com
Kevin Y. Teruya (Cal. Bar. No. 235916)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

3

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
ryangoldstein@quinnemanuel.com
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone:     +81 3 5510 1711
Facsimile:     +81 3 5510 1712

*Attorneys for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US, Inc. and,
Mitsubishi Electric Visual Solutions America, Inc.*

WHITE & CASE LLP

By: /s/ *Christopher M. Curran*

CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
Email: defoster@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and Toshiba America
Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ *John M. Taladay*

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
ERIK T. KOONS (*pro hac vice*)
Email: erik.koons@bakerbotts.com
BAKER BOTTS LLP

4

1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Attorneys for Defendants Koninklijke Philips N.V.,*
*Philips Electronics North America Corporation,*
*Philips Taiwan Limited and Philips do Brasil Ltda.*

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By: */s/ James L. McGinnis*

GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN
203524)
Email: mscarborough@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

LEO D. CASERIA (SBN 240323)
Email: lcaseria@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

*Attorneys for Defendants Samsung SDI America,*
*Inc.; Samsung SDI Co., Ltd.; Samsung SDI*
*(Malaysia) SDN. BHD.; Samsung SDI Mexico S.A.*
*DE C.V.; Samsung SDI Brasil Ltda.; Shenzen*

5

1                 *Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

2

3                 FAEGRE BAKER DANIELS LLP

                By: /s/ *Kathy L. Osborn*

4                 KATHY L. OSBORN (*pro hac vice*)
                Email: kathy.osborn@FaegreBD.com

5                 RYAN M. HURLEY (*pro hac vice*)
                Email: ryan.hurley@FaegreBD.com

6                 FAEGRE BAKER DANIELS LLP

7                 300 N. Meridian Street, Suite 2700
                Indianapolis, IN 46204

8                 Telephone: (317) 237-0300
                Facsimile: (317) 237-1000

9

10                 JEFFREY S. ROBERTS (*pro hac vice*)
                Email: jeff.roberts@FaegreBD.com

11                 FAEGRE BAKER DANIELS LLP
                3200 Wells Fargo Center

12                 1700 Lincoln Street
                Denver, CO 80203

13                 Telephone: (303) 607-3500
                Facsimile: (303) 607-3600

14

15                 *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

16                 SQUIRE PATTON BOGGS (US) LLP

17                 By: /s/ *Mark C. Dosker*

18                 MARK C. DOSKER (SBN 114789)
                Email: mark.dosker@squirepb.com

19                 NATHAN LANE, III (SDN 50961)
                Email: nathan.lane@squirepb.com

20                 275 Battery Street, Suite 2600
                San Francisco, CA 94111

21                 Telephone: (415) 954-0200
                Facsimile: (415) 393-9887

22

23                 DONALD A. WALL (*pro hac vice*)
                Email: donald.wall@squirepb.com

24                 SQUIRE PATTON BOGGS (US) LLP
                1 East Washington Street, Suite 2700

25                 Phoenix, Arizona 85004
                Telephone: (602) 528-4000

26                 Facsimile: (602) 253-8129

27                 *Attorneys for Defendant Technologies Displays Americas LLC with respect to all cases except*

28

                                                  6

1

*Office Depot, Inc. v. Technicolor SA, et al.*

2

ARTHUR GAUS (SBN 289560)
Email: asg@dillinghammurphy.com

3

DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900

4

San Francisco, California 94108
Telephone: (415) 397-2700

5

Facsimile: (415) 397-3300

6

*Attorneys for Defendant Technologies Displays*

7

*Americas LLC with respect to Office Depot, Inc. v.*
*Technicolor SA, et al. and Sears, Roebuck and Co.,*

8

*et al. v. Technicolor SA, et al.*

9

BOIES, SCHILLER & FLEXNER LLP
By: */s/ Philip J. Iovieno*

10

11

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800

12

Washington, D.C. 20015
Telephone: (202) 237-2727

13

Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

14

15

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200

16

Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

17

Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

18

19

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP

20

30 South Pearl Street, 11th Floor
Albany, NY 12207

21

Telephone: (518) 434-0600
Facsimile: (518) 434-0665

22

Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

23

*Liaison Counsel for Direct Action Plaintiffs and*

24

*Attorneys for Plaintiffs Electrograph Systems, Inc.,*
*Electrograph Technologies Corp., Office Depot,*

25

*Inc., CompuCom Systems, Inc., Interbond*
*Corporation of America, P.C. Richard & Son*

26

*Long Island Corp., MARTA Cooperative of*
*America, Inc., ABC Appliance, Inc., Schultze*

27

*Agency Services LLC on behalf of Tweeter Opco,*
*LLC and Tweeter Newco, LLC, Tech Data Corp.,*

28

*and Tech Data Product Management, Inc.*

1  |  BILZIN SUMBERG BAENA PRICE &
   |  AXELROD LLP
2  |  By: /s/ Scott N. Wagner

3  |
   |  Robert W. Turken
4  |  Scott N. Wagner
   |  BILZIN SUMBERG BAENA PRICE &
5  |  AXELROD LLP
   |  1450 Brickell Ave, Suite 2300
6  |  Miami, FL 33131-3456
   |  Tel:     305-374-7580
7  |  Fax:     305-374-7593
   |  Email: rturken@bilzin.com
8  |  Email: swagner@bilzin.com

9  |
   |  *Attorneys for Plaintiffs Tech Data Corp. and Tech*
10 |  *Data Product Management, Inc.*

11 |
   |  PERKINS COIE LLP
12 |  By: /s/ David. J. Burman

13 |  David J. Burman
   |  Cori G. Moore
14 |  Nicholas H. Hesterberg
   |  PERKINS COIE LLP
15 |  1201 Third Avenue, Suite 4900
   |  Seattle, WA 98101-3099
16 |  Telephone: (206) 359-8000
   |  Facsimile: (206) 359-9000
17 |  Email: DBurman@perkinscoie.com
   |  Email: CGMoore@perkinscoie.com
18 |  Email: NHesterberg@perkinscoie.com

19 |  *Attorneys for Plaintiff Costco Wholesale Corp.*

20 |
   |  KENNY NACHWALTER, P.A.
21 |  By: /s/ William J. Blechman

22 |  Richard Alan Arnold
   |  William J. Blechman
23 |  Kevin J. Murray
   |  KENNY NACHWALTER, P.A.
24 |  201 S. Biscayne Blvd., Suite 1100
   |  Miami, FL 33131
25 |  Tel: (305) 373-1000
   |  Fax: (305) 372-1861
26 |  Email: kmurray@knpa.com
   |  Email: wblechman@knpa.com
27 |  Email: rarnold@knpa.com

28 |

1   *Attorneys for Plaintiff Sears, Roebuck and Co.*
    *and Kmart Corp.*

2

3   PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
    By: */s/ Kenneth A. Gallo*

4

5   Kenneth A. Gallo (pro hac vice)
    Joseph J. Simons (pro hac vice)

6   Craig A. Benson (pro hac vice)
    PAUL, WEISS, RIFKIND, WHARTON &

7   GARRISON LLP
    2001 K Street, NW

8   Washington, DC 20006-1047
    Telephone: (202) 223-7300

9   Facsimile: (202) 223-7420

10  Email: kgallo@paulweiss.com
    Email: jsimons@paulweiss.com

11  Email: cbenson@paulweiss.com
    Stephen E. Taylor (SBN 058452)

12  Jonathan A. Patchen (SBN 237346)

13  Stephen E. Taylor (SBN 058452)

14  Jonathan A. Patchen (SBN 237346)
    TAYLOR & COMPANY LAW OFFICES, LLP

15  One Ferry Building, Suite 355
    San Francisco, California 94111

16  Telephone: (415) 788-8200
    Facsimile: (415) 788-8208

17  Email: staylor@tcolaw.com

18  Email: jpatchen@tcolaw.com

19  *Attorneys for Sharp Electronics Corporation and*
    *Sharp Electronics Manufacturing Company of*

20  *America, Inc.*

21

22  ALSTON & BIRD LLP
    By: */s/ Debra D. Bernstein*

23

24  Michael P. Kenny
    Debra D. Bernstein
    Rodney J. Ganske

25  Matthew D. Kent
    Elizabeth Jordan

26  ALSTON & BIRD LLP
    1201 West Peachtree Street

27  Atlanta, Georgia 30309-3424
    Tel: (404) 881-7000

28  Facsimile: (404) 881-7777

Stipulation and [Proposed] Order Extending the Date
to Submit Tranche 2 Objections to the Special Master
Case No. 07-cv-05944 (JST), MDL No. 1917

mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com
matthew.kent@alston.com
elizabeth.jordan@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
Kerr & Wagstaffe LLP
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500
wagstaffe@kerrwagstaffe.com

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

*/s/ R. Alexander Saveri*
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for Direct Purchaser Plaintiffs*

## E-FILING ATTESTATION

I, Kenneth A. Gallo, am the ECF user whose ID and password are being used to file the Stipulation and [Proposed] Order Extending the Date to Submit Tranche 2 Objections to the Special Master and the supporting Declaration of Craig A. Benson filed concurrently herewith. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: June 2, 2016                  */s/ Kenneth A. Gallo*
                                                  Kenneth A. Gallo

10

Stipulation and [Proposed] Order Extending the Date
to Submit Tranche 2 Objections to the Special Master
Case No. 07-cv-05944 (JST), MDL No. 1917