UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | **ORDER DENYING MOTION TO SEAL** |

The Court extended the deadline for Designated Parties to file in response to ECF No. 4627 ("Sealing Motion") due to an error by Mitsubishi in correctly identifying and notifying the proper Designated Parties. See ECF No. 4651. Timely service to the Designated Parties was completed pursuant to the Court's extension. See ECF No. 4654. Those parties have not filed a declaration in support of sealing as required by the Court's local rules. Civ. L.R. 79-5(e). The Sealing Motion is therefore DENIED.

Normally the Court would not consider the materials in question unless an unredacted version were filed within 7 days of the date of this order. See Civil L.R. 79-5(f)(2). Because circumstances required the Court already to have considered the sealed version of the documents, see ECF No. 4628, and decided the motion in support of which they were filed, see id., that avenue is not available. Mitsubishi is ordered to file an unredacted version of the documents forthwith.

IT IS SO ORDERED.

Dated: June 9, 2016

_____
JON S. TIGAR
United States District Judge