UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br>ALL ACTIONS | **ORDER AMENDING TRIAL SCHEDULING ORDER** |

Pursuant to the Court's prior order, ECF No. 4658, and having considered the lone response to that order, ECF No. 4662, the Court hereby amends its prior trial scheduling order as follows:

<u>Sears/Kmart Trial</u>

1. Pretrial conference: December 12 and 13, 2016
2. Trial: January 9, 2017

<u>Sharp Trial</u>

1. Pretrial conference: February 7 and 8, 2017
2. Trial: March 6, 2017

The deadlines previously set with respect to the <u>DPP</u> case, ECF No. 4628, remain in effect.

IT IS SO ORDERED.

Dated: June 10, 2016

JON S. TIGAR
United States District Judge