[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No. 07-cv-05944 (JST)
MDL No. 1917

This Document Relates to:

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, Case No. 11-cv-06396;

*Costco Wholesale Corp. v. Hitachi, Ltd, et al.*, Case No. 11-cv-06397;

*Costco Wholesale Corporation v. Technicolor SA, et al.*, Case No. 13-cv-05723;

*Dell Inc., et al. v. Phillips Electronics North America Corporation, et al.*, No. 13-cv-02171;

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 11-cv-01656;

*Electrograph Systems, Inc., et al. v. Technicolor SA, et al.*, Case No. 13-cv-05724;

*Interbond Corp. of Am. v. Hitachi, Ltd. et al.*, Case No. 11-cv-06275;

**JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE* FOR CASES SUBJECT TO REMAND PURSUANT TO COURT'S ORDERS TO SHOW CAUSE**

**Judge: Hon. Jon S. Tigar**

**Court: Courtroom 9, 19th Floor**

*Interbond Corp. of Am. v. Technicolor SA, et al.*, Case No. 13-cv-05727;

*Office Depot, Inc. v. Hitachi, Ltd. et al.*, Case No. 11-cv-06276;

*Office Depot, Inc. v. Technicolor SA, et al.*, Case No. 13-cv-05726;

*P.C. Richard & Son Long Island Corp., et al., v. Hitachi, Ltd., et al.*, Case No. 12-cv-02648;

*P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, Case No. 13-cv-05725;

*Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, Case No. 3:12-cv-2649;

*Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, Case No. 13-cv-05668;

*Sharp Elecs. Corp. v. Koninklijke Philips Elecs. N.V.,* Case No. 13-cv-02776;

*Sharp Elecs. Corp. v. Hitachi Ltd.*, Case No. 13-cv-1173;

*Sears, Roebuck and co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.,* Case No. 11-cv-05514;

*Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No.13-cv-00157

**JOINT SUBMISSION REGARDING *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE* FOR CASES SUBJECT TO REMAND**

Pursuant to the Court's Orders to Show Cause dated June 13, 2016 (MDL Dkt. Nos. 4672 and 4673), the parties jointly make the following submission to identify: (1) *Daubert* motions or motions *in limine* which relate only to a case subject to remand; and (2) whether any state law "repealer statute" claims remain or are subject to an unopposed motion for summary judgment:

***Daubert Motions:*** Direct Action Plaintiffs' Motion *in Limine* to Partially Exclude Certain Opinions and Testimony of Designated Expert Daniel L. Rubinfeld (MDL Dkt. No. 3176) is pending only in remand cases as the Samsung SDI Defendants have settled with the Northern District of California DAPs. All other *Daubert* motions (MDL Dkt. Nos. 3170, 3172, and 3174) still are pending in both the Northern District of California actions and the remand cases. Consistent with the Court's Order, the parties agree that the *Daubert* motion at MDL. Dkt. No. 3176 should be decided by the remand court.

***Motions In Limine:*** The parties respectfully submit that each of the motions *in limine* remain pending only in the Northern District of California actions. None of the motions *in limine* were filed in the remand cases as the Court ordered that such motions could be filed before the remand courts. *See, e.g.,* MDL Dkt. No. 3182 at 4 (noting "deadlines marked with an asterisk do not apply to those actions that were filed outside of the N.D. Cal. and, following the Court's rulings on dispositive motions and *Daubert* motions, those actions will be returned to the courts in which they were originally filed").

***State Law Claims:*** The parties respectfully submit that the only remaining state law claims which are subject to an unopposed motion for summary judgment are Costco Wholesale Corporation's Washington law claim and Schultze Agency Services, LLC's Massachusetts law claim against Technologies Displays Americas LLC ("TDA").[1] TDA's motion for summary judgment is MDL

[1] Other state law claims addressed in TDA's motion for summary judgment have already been dismissed. Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. have withdrawn their New York Donnelly Act claim against Technologies Displays

Dkt. No. 2984, and plaintiffs noted in their opposition to the motion that they "do not oppose TDA's motion as it relates to state-law claims." MDL Dkt. No. 3253 at 1, n.1. The parties respectfully submit that Costco Wholesale Corporation's Washington law claim and Schultze Agency Services, LLC's Massachusetts law claim against TDA be dismissed with prejudice.

Dated: June 20, 2016

Respectfully submitted,

ALSTON & BIRD LLP

By: */s/ Matthew D. Kent*

Michael P. Kenny, Esquire
Debra D. Bernstein, Esquire
Rodney J. Ganske, Esquire
Matthew D. Kent, Esquire
Elizabeth Jordan, Esquire
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777
E-mail: mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com
matthew.kent@alston.com
elizabeth.jordan@alston.com

James M. Wagstaffe, Esq. (SBN 95535)
KERR & WAGSTAFFE LLP
101 Mission Street
18th Floor
San Francisco, CA 94105-1576
Tel: (415) 371-8500
Fax: (415) 371-0500
E-mail: wagstaffe@kerrwagstaffe.com

***Counsel for Plaintiffs Dell Inc. and Dell Products L.P.***

---

Americas LLC ("TDA"). MDL Dkt. No. 3283-5. Costco Wholesale Corporation's California law claim was dismissed pursuant to the Court's Order on Defendants' Motions for Summary Judgment Relating to State Law Claims. MDL Dkt. No. 4582.

KENNY NACHWALTER, P.A.

By: /s/ William J. Blechman
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
srandall@knpa.com

***Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation***

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo (pro hac vice)
Joseph J. Simons (pro hac vice)
Craig A. Benson (pro hac vice)
2001 K Street, N.W.
Washington, D.C. 20006-1047
Tel: (202) 223-7300
Fax: (202) 223-7420
E-mail: kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Tel: (415) 788-8200
Fax: (415) 788-8208
E-mail: staylor@tcolaw.com
patchen@tcolaw.com

***Counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.***

PERKINS COIE LLP

By: /s/ David. J. Burman
David J. Burman, Esquire
Cori G. Moore, Esquire
Nicholas H. Hesterberg, Esquire
1201 Third Avenue
Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000
E-mail: DBurman@perkinscoie.com
CGMoore@perkinscoie.com
NHesterberg@perkinscoie.com

***Counsel for Plaintiff Costco Wholesale Corp.***

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno
William A. Isaacson, Esquire
5301 Wisconsin Ave, N.W.
Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
E-mail: wisaacson@bsfllp.com

Stuart Singer, Esquire
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022
E-mail: ssinger@bsfllp.com

Philip J. Iovieno, Esquire
Anne M. Nardacci, Esquire
30 South Pearl Street
11th Floor
Albany, New York 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
E-mail: piovieno@bsfllp.com
anardacci@bsfllp.com

***Liaison Counsel for Direct Action Plaintiffs and Counsel for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island***

***Corp., MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, Tech Data Corp., and Tech Data Product Management, Inc.***

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By: */s/ Scott N. Wagner*
Robert W. Turken, Esquire
Scott N. Wagner, Esquire
1450 Brickell Avenue
Suite 2300
Miami, Florida 33131-3456
Tel: (305) 374-7580
Fax: (305) 374-7593
E-mail: rturken@bilzin.com
swagner@bilzin.com

***Counsel for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc.***

MUNGER, TOLLES & OLSON LLP

By: */s/ Brad D. Brian*
Brad Brian (State Bar No. 079001)
Gregory J. Weingart (State Bar No. 157997)
Susan E. Nash (State Bar No. 101837)
E. Martin Estrada (State Bar No. 223802)
355 South Grand Avenue
35 Fifth Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702
E-mail: brad.brian@mto.com
gregory.weingart@mto.com
susan.nash@mto.com
martin.estrada@mto.com

***Counsel for Defendant LG Electronics, Inc.***

WINSTON & STRAWN LLP

By: /s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)
Aldo A. Badini (SBN 257086)
Eva W. Cole (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
200 Park Avenue
New York, N.Y. 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
E-mail: JKessler@winston.com
PVictor@winston.com
ABadini@winston.com
EWCole@winston.com
MMDonovan@winston.com

***Counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.***

WHITE & CASE LLP

By: /s/ *Christopher M. Curran*
Christopher M. Curran (*pro hac vice*)
Lucias B. Lau (*pro hac vice*)
Dana E. Foster (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 626-3600
Fax: (202) 639-9355
E-mail: ccurran@whitecase.com
alau@whitecase.com
defoster@whitecase.com

***Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.***

BAKER BOTTS LLP

By: /s/ John M. Taladay
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890
E-mail: john.taladay@bakerbotts.com
erik.koons@bakerbotts.com

Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One
Suite 200
Palo Alto, CA 94304
Tel: (650) 739-7500
Fax: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

***Counsel for Defendants Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited and Philips do Brasil Ltda.***

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ James L. McGinnis
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
Tel: (415) 434-9100
Fax: (415) 434-3947
E-mail: ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com

Leo D. Caseria (SBN 240323)
333 South Hope Street
43rd Floor
Los Angeles, CA 90071-1448
Tel: (213) 620-1780
Fax: (213) 620-1398
E-mail: lcaseria@sheppardmullin.com

***Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung***

***SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.***

FAEGRE BAKER DANIELS LLP

By: /s/ *Kathy L. Osborn*

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-mail: kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Tel: (303) 607-3500
Fax: (303) 607-3600
E-mail: jeff.roberts@FaegreBD.com

***Counsel for Defendants Thomson SA and Thomson Consumer Electronics, Inc.***

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Mark C. Dosker*

Mark C. Dosker (SBN 114789)
Nathan Lane, III (SDN 50961)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 954-0200
Fax: (415) 393-9887
E-mail: mark.dosker@squirepb.com
nathan.lane@squirepb.com

Donald A. Wall (*pro hac vice*)
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Tel: (602) 528-4000
Fax: (602) 253-8129
E-mail: donald.wall@squirepb.com

***Counsel for Defendant Technologies Displays Americas LLC with respect to all cases except Office Depot, Inc. v. Technicolor SA, et al.***

CURTIS, MALLET, PREVOST, COLT & MOSLE LLP

By: /s/ *Jeffrey I. Zuckerman*
Jeffrey I. Zuckerman (*pro hac vice*)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 452-7350
Fax: (917) 368-7350
Email: jzuckerman@curtis.com

Arthur S. Gaus (SBN 289560)
DILLINGHAM & MURPHY, LLP
601 California Street
Suite 1900
San Francisco, CA 94108
Tel: (415) 397-2700
Fax: (415) 397-3300
E-mail: asg@dillinghammurphy.com

***Counsel for Defendant Technologies Displays Americas LLC with respect to Office Depot, Inc. v. Technicolor SA, et al.***

JENNER & BLOCK LLP

By: */s/ Terrence J. Truax*
Terrence J. Truax, Esquire
Charles B. Sklarsky, Esquire
Michael T. Brody, Esquire
Gabriel A. Fuentes, Esquire
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350
Fax: (312) 527-0484

Harold A. Barza, Esquire
Kevin Y. Teruya, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Ryan S. Goldstein, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Tel: (011) 81 3 5510 1711
Fax: (011) 81 3 5510 1712
E-mail: ryangoldstein@quinnemanuel.com

***Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.***

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.