BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
CATHLEEN H. HARTGE (State Bar No. 296547)
cathleen.hartge@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant LG Electronics, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-md-05944 JST (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| ALL ACTIONS | Judge:   The Honorable Jon Tigar |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that as of June 20, 2016, Jessica Barclay-Strobel will no longer
3  be associated with the firm of Munger, Tolles & Olson LLP, and is hereby withdrawing as counsel
4  for Defendant LG Electronics, Inc. in the above referenced matter.  We respectfully request that
5  her name be removed from all applicable service lists, including Notices of Electronic Filing.  The
6  law firm of Munger, Tolles & Olson LLP will continue to serve as counsel for LG Electronics,
7  Inc.

8  DATED:  June 20, 2016                    MUNGER, TOLLES & OLSON LLP

By:    */s/ Miriam Kim*
              Miriam Kim
Attorneys for Defendants LG Electronics, Inc.

31095364.1                         -2-                Case No. 3:07-md-05944 JST
NOTICE OF WITHDRAWAL OF COUNSEL