GUIDO SAVERI (22349)
   *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
   *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
   *grushing@saveri.com*
CADIO ZIRPOLI (179108)
   *cadio@saveri.com*
MATTHEW D. HEAPHY (227224)
   *mheaphy@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the
Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **NOTICE OF APPEARANCE**<br><br>Judge: Hon. Jon S. Tigar |

1  TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

2  I am admitted or otherwise authorized to practice in this court, and I appear in the above-
3  captioned action as counsel for Direct Purchaser Plaintiffs.

4  DATED: June 21, 2016                    By: */s/ Matthew D. Heaphy*
   Matthew D. Heaphy
5  California Bar No. 227224
   SAVERI & SAVERI, INC.
6  706 Sansome Street
   San Francisco, California 94111
7  E-mail: mheaphy@saveri.com
   Telephone: (415) 217-6810
8  Facsimile: (415) 217-6813