PILLSBURY WINTHROP SHAW PITTMAN LLP
DIANNE L. SWEENEY #187198
dianne@pillsburylaw.com
RYAN P. SELNESS #306369
ryan.selness@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorney for Non-Party
PILLSBURY WINTHROP SHAW PITTMAN LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 3:07-cv-05944-JST<br><br>MDL NO. 1917<br><br>**DECLARATION OF DIANNE L. SWEENEY IN SUPPORT OF PILLSBURY'S MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11 TO TERMINATE PILLSBURY'S OBLIGATION TO FORWARD PLEADINGS TO ITS FORMER CLIENTS**<br><br>Judge Jon S. Tigar |

I, Dianne L. Sweeney, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner in the law firm of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), which is neither a party to this case nor counsel to any party to this case. I make this declaration on personal knowledge unless the context indicates otherwise, and if called as a witness, I could and would testify competently thereto. I have never been personally involved in the merits of this litigation, but I have familiarized myself with certain materials, including various pleadings and communications.

2. Based on my review of the docket, three Pillsbury attorneys worked on this case on behalf of Irico Display Devices Co., Ltd. and Irico Group Corporation (the "Irico Entities"): Terrence Callan, Joseph Tiffany, and Philip Simpkins. Due to new jobs and/or retirements, none of those three attorneys still work at Pillsbury.

3. Based on my review of the docket in this action, the Irico Entities remain without counsel.

4. On June 10, 2016, Pillsbury sent a near final draft of the accompanying motion, including the proposed order, to the Irico Entities. Attached hereto as Exhibit A is a true and correct copy of the materials, including the cover letter that Pillsbury sent to the Irico Entities. Attached hereto as Exhibit B is a true and correct copy of the proof of service prepared by my assistant Teresa Castro. As detailed in Exhibit B, these documents were sent to the Irico Entities on June 10, 2016 via email and United States Postal Service air mail. As of the date of this declaration, I have not received any response to my letter.

5. In an attempt to avoid the filing of a disputed motion, we met and conferred with counsel for the parties that originally objected to Pillsbury's motion to withdraw in 2010. Specifically, counsel for the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs ("Objecting Parties"). My associate, Ryan Selness, handled most of those discussions. Attached hereto as Exhibit C is a true and correct copy of an email that was prepared by Mr. Selness, at my direction, and sent to the Objecting Parties with a copy to me. As detailed in Exhibit C hereto,

-2-

1  the parties were unable to reach a resolution as counsel for the Objecting Parties believed it was
2  appropriate for Pillsbury to continue its forwarding role at least for the purpose of forwarding
3  certain default papers to the Irico Entities that the Objecting Parties are apparently expecting to
4  file at some future date.  Given that Pillsbury terminated its attorney-client relationship with the
5  Irico Entities many years ago and the Court granted our request to withdraw in 2010, I did not
6  believe it was appropriate for Pillsbury to agree to the proposal.  Nor does Pillsbury want to be
7  involved in any future dispute over the effect of the forwarding of default documents by former
8  counsel many years after the termination of the attorney-client relationship.

9        6.     Last week, we did agree to delay filing this motion until today based on a request
10  from counsel to Mr. Selness about a vacation conflict.

11       I declare under penalty of perjury under the laws of the United States that the foregoing
12  declaration is true and correct.  I have executed this declaration on June 23, 2016
13  in Palo Alto, California.

15  /s/ Dianne L. Sweeney  
Dianne L. Sweeney