```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    DIANNE L. SWEENEY #187198
 2  dianne@pillsburylaw.com
    RYAN P. SELNESS #306369
 3  ryan.selness@pillsburylaw.com
    2550 Hanover Street
 4  Palo Alto, CA 94304-1115
    Telephone: (650) 233-4500
 5  Facsimile: (650) 233-4545
 6
    Attorneys for Non-Party
 7  PILLSBURY WINTHROP SHAW PITTMAN LLP
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 3:07-cv-05944-JST<br><br>MDL NO. 1917<br><br>**DECLARATION OF SUSAN L. MACKEN IN SUPPORT OF PILLSBURY'S MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11 TO TERMINATE PILLSBURY'S OBLIGATION TO FORWARD PLEADINGS TO ITS FORMER CLIENTS**<br><br>Judge Jon S. Tigar |

I, Susan L. Macken, declare as follows:

1.   I am a legal secretary in the law firm of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), which is neither a party to this case nor counsel to any party to this case. I make this declaration on personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.      I began working on this matter on September 30, 2014 (following the retirement of another legal secretary), in my role as the legal secretary to former Pillsbury partner Terrence Callan.  Since then, I have had primary responsibility for forwarding (by email) all papers filed in this case to Irico Display Devices Co., Ltd. and Irico Group Corporation (the "Irico Entities").  The Irico Entities have never confirmed receipt of the emails I forwarded to them.  In fact, the Irico Entities have never responded to me in any way.

3.      This obligation is highly burdensome because it takes about 20 minutes of my time every work day.  It is also distracting to constantly receive email notices about filings in this matter in the midst of my regular duties.  My time commitment to this obligation, over the months and years, is substantial. Within the last year, I estimate that I have forwarded more than 800 emails to the Irico Entities.  And it appears that the number of emails I have to forward has been increasing in recent months.

I declare under penalty of perjury under the laws of the United States that the foregoing declaration is true and correct.  I have executed this declaration on June 16, 2016 in San Francisco, California.

*Susan Macken*
Susan L. Macken