1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-05944-JST <br><br> MDL NO. 1917 <br><br> **[PROPOSED] ORDER GRANTING PILLSBURY'S MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11 TO TERMINATE PILLSBURY'S OBLIGATION TO FORWARD PLEADINGS TO ITS FORMER CLIENTS** <br><br> Judge Jon S. Tigar |
| This Document Relates to: <br><br> ALL ACTIONS | |

21
22
23
24
25
26
27
28

1	Non-party Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") has moved the Court for an order terminating Pillsbury's obligation, imposed by this Court's Order Granting Pillsbury's Motion for Leave to Withdraw (Dkt. No. 732), to accept service of papers for Irico Display Devices Co., Ltd. and Irico Group Corporation (the "Irico Entities") for forwarding purposes until substitute counsel appears on behalf of the Irico Entities.  Given the size and complexity of this action, there are extensive filings in this matter.  Though it was reasonable to expect Pillsbury to forward such filings for a transitory period, Pillsbury has now had to comply with this obligation for six years while waiting for the Irico Entities to obtain new counsel.  Pillsbury has received no indication from the Irico Entities that they will appear through new counsel and it appears that the forwarding obligation has outlasted its intended purpose.  The Irico Entities were served copies of this motion on June 23, 2016 and were sent an advance copy of this proposed order by Pillsbury via email and United States Postal Service air mail on June 10, 2016 (*See* proofs of service for June 10, 2016 and June 23, 2016; Sweeney Decl. ¶ 4 and Exhibit B thereto). Having considered Pillsbury's Motion, and good cause appearing, the Court hereby GRANTS the Motion.

IT IS ORDERED that Pillsbury's obligation to accept service of and forward papers to the Irico Entities under the June 24, 2010 order of this Court (Dkt. No. 732) is hereby terminated. Within one (1) court day of this order, Pillsbury shall send this order to the Irico Entities via email and air mail.

Dated: _____, 2016.

_____
United States District Judge Jon S. Tigar

-1-

[PROPOSED] ORDER GRANTING PILLSBURY'S MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL CIVIL RULE 7-11