```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    DIANNE L. SWEENEY #187198
 2  dianne@pillsburylaw.com
    RYAN P. SELNESS #306369
 3  ryan.selness@pillsburylaw.com
    2550 Hanover Street
 4  Palo Alto, CA 94304-1115
    Telephone: (650) 233-4500
 5  Facsimile: (650) 233-4545

 6
    Attorney for Non-Party
 7  PILLSBURY WINTHROP SHAW PITTMAN LLP

 8

 9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12
13  IN RE: CATHODE RAY TUBE (CRT)  )  Case No.: 3:07-cv-05944-JST
    ANTITRUST LITIGATION           )
14                                 )
                                   )  MDL NO. 1917
15                                 )
                                   )  CERTIFICATE OF SERVICE
16                                 )
17  This Document Relates to:      )
                                   )  Judge Jon S. Tigar
18  ALL ACTIONS                    )
                                   )
19                                 )
                                   )
20                                 )
                                   )
21                                 )
                                   )
22
23
24
25
26
27
28
```

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Pillsbury Winthrop Shaw Pittman LLP, 2550 Hanover Street, Palo Alto, California 94304. On June 23, 2016, I served the document(s) titled:

**MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11 TO TERMINATE PILLSBURY'S OBLIGATION TO FORWARD PLEADINGS TO ITS FORMER CLIENTS**

**DECLARATION OF DIANNE L. SWEENEY IN SUPPORT OF PILLSBURY'S MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11 TO TERMINATE PILLSBURY'S OBLIGATION TO FORWARD PLEADINGS TO ITS FORMER CLIENTS**

**DECLARATION OF SUSAN L. MACKEN IN SUPPORT OF PILLSBURY'S MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11 TO TERMINATE PILLSBURY'S OBLIGATION TO FORWARD PLEADINGS TO ITS FORMER CLIENTS**

**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11**

on the parties in this action as follows:

| | |
|---|---|
| Irico Group Corporation<br>1 Caihong Road, Xianyang<br>712000 Shaanxi<br>China<br>Email: taokui@ch.com.cn<br>Email: rggao@ch.com.cn | Irico Display Devices Co., Ltd.<br>1 Caihong Road, Xianyang<br>712000 Shaanxi<br>China<br>Email: taokui@ch.com.cn<br>Email: rggao@ch.com.cn |

☒ **(BY AIRMAIL)** I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Palo Alto, CA. I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed above.

☒ **(BY EMAIL TRANSMISSION)** The above-referenced document was transmitted via electronic transmission to the persons at the electronic-email addresses indicated above.

☐ **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY OVERNIGHT COURIER)** I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by <u>FEDERAL EXPRESS</u> for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23th day of June, 2016, at Palo Alto, California.

_/s/ Teresa Castro_
Teresa Castro