Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re: CATHODE RAY TUBE
(CRT) ANTITRUST LITIGATION

This Document Relates to:
Crago, d/b/a Dash Computers,Inc. et al
                      Plaintiff(s),
        v.
Mitsubishi Electric Corporation, et al.
                      Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Master File No.: 3:07-cv-05944-JST
Case No: 3:14-cv-2058-JST
MDL No. 1917

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Collin R. White *__, an active member in good standing of the bar of __New York State__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Studio Spectrum, Inc.__ in the above-entitled action. My local co-counsel in this case is __R. Alexander Saveri__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, N.W., Suite 400 Washington, D.C. 20036-3215 | Saveri & Saveri, Inc. 706 Sansome Street San Francisco, California 94111 |
| My Telephone # of Record: 202-326-7925 | Local Co-Counsel's Telephone # of Record: 415-217-6810 |
| My Email Address of Record: cwhite@khhte.com | Local Co-Counsel's Email Address of Record: rick@saveri.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5276654__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  June 24, 2016

_____
APPLICANT

(*Not admitted in the District of Columbia; admitted to practice in New York. Practice supervised by members of the firm.)

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Collin R. White__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE