IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Order Relates To: | **ORDER SETTING STATUS CONFERENCE** |
| All Direct Action Plaintiffs; All Indirect Purchaser Actions | |

The Court will conduct a status conference on September 20, 2016 at 2:00 p.m. An updated Joint Case Management Statement is due on September 12, 2016 by 5:00 p.m.

IT IS SO ORDERED.

Dated: June 27, 2016

_____
JON S. TIGAR
United States District Judge