1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST  MDL No. 1917 |
| This Document Relates To:  ALL ACTIONS | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PILLSBURY'S MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11 TO TERMINATE PILLSBURY'S OBLIGATION TO FORWARD PLEADINGS TO ITS FORMER CLIENTS** |

1  On June 23, 2016, non-party Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") filed a
2  Motion for Administrative Relief Under Civil Local Rule 7-11 to Terminate Pillsbury's
3  Obligations to Forward Pleadings to Its Former Clients (ECF No. 4681).
4  Having read and considered the papers filed and arguments made by counsel, and good
5  cause appearing, IT IS HEREBY ORDERED that Pillsbury's Motion for Administrative Relief is
6  GRANTED IN PART and DENIED IN PART.  Pillsbury's obligation to accept service of all
7  papers for Irico Display Devices Co., Ltd. and Irico Group Corporation (the "Irico Entities") is
8  terminated, except that Pillsbury must accept service for the Irico Entities of Direct Purchaser
9  Plaintiffs' and Indirect Purchaser Plaintiffs' motions for a default judgment for forwarding
10 purposes.

12 **IT IS SO ORDERED.**

14 Dated: _____

Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PILLSBURY'S ADMINISTRATIVE MOTION TO TERMINATE ITS OBLIGATION TO FORWARD PLEADINGS TO ITS FORMER CLIENTS; Master File No. 07-CV-5944-JST