UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:
Crago, d/b/a Dash Computers, Inc. et al
                Plaintiff(s),
        v.
Mitsubishi Electric Corporation, et al.
                Defendant(s).

Master File No.: 3:07-cv-05944-JST
Case No: 3:14-cv-2058-JST
MDL No. 1917

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Collin R. White *, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Studio Spectrum, Inc. in the above-entitled action. My local co-counsel in this case is R. Alexander Saveri, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.,
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3215

MY TELEPHONE # OF RECORD:
202-326-7925

MY EMAIL ADDRESS OF RECORD:
cwhite@khhte.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, California 94111

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
415-217-6810

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
rick@saveri.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5276654.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2016

_____
APPLICANT

(*Not admitted in the District of Columbia; admitted to practice in New York. Practice supervised by members of the firm.)

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Collin R. White is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 28, 2016

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE
HON. JON S. TIGAR

PRO HAC VICE APPLICATION & ORDER            *October 2012*