UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Crago, d/b/a Dash Computers, Inc. et al

Plaintiff(s),

v.

Mitsubishi Electric Corporation, et al.

Defendant(s).

Case No: 07-cv-05944-~~SC~~ JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jory M. Hoffman, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Mitsubishi Electric Corporation in the above-entitled action. My local co-counsel in this case is Brent Caslin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 353 North Clark Street<br>Chicago IL 60654-3456 | 633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 840-7291 | (213) 239-5100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jhoffman@jenner.com | bcaslin@jenner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6313054.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/24/16

Jory M. Hoffman
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jory M. Hoffman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 28, 2016

HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

PRO HAC VICE APPLICATION & ORDER