```
 1  Freshfields Bruckhaus Deringer US LLP
    Michael Lacovara
 2  michael.lacovara@freshfields.com
    601 Lexington Avenue
 3  31st Floor
    New York, New York  10022
 4  Telephone:    212 277 4000
    Facsimile:    212 277 4001
 5
    Attorneys for Defendant Beijing-Matsushita Color
 6  CRT Company, Ltd.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-MD-05944 JST (N.D. Cal.) |
|---|---|
|  | MDL No. 1917 |
| This Document Relates to | NOTICE OF WITHDRAWAL OF COUNSEL |
| ALL ACTIONS | Judge: The Honorable Jon Tigar |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of June 30, 2016, Michael Lacovara will no longer be associated with the firm of Freshfields Bruckhaus Deringer US LLP, and is hereby withdrawing as counsel for Defendant Beijing-Matsushita Color CRT Company, Ltd. ("BMCC") in the above-referenced matter. We respectfully request that his name be removed from all applicable service lists, including Notices of Electronic Filing. The law firm of Freshfields Bruckhaus Deringer US LLP will continue to serve as counsel for BMCC.

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW

| | |
|---|---|
| Dated: June 29, 2016 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| | By: _/s/ Michael Lacovara_<br>       Michael Lacovara |
| | Attorneys for Defendant Beijing-Matsushita Color CRT Company, Ltd. |