Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
            pbc@scarpullalaw.com

Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com
            trk@coopkirk.com
            jdb@coopkirk.com

*Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST<br><br>MDL No. 1917<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge: Honorable Jon S. Tigar |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | |

1    Pursuant to Civil Local Rule 7-11, the Indirect-Purchaser Plaintiffs' counsel, the Law
2    Offices of Francis O. Scarpulla and Cooper & Kirkham, P.C., hereby move for administrative
3    relief to file the Statement of Recent Decision annexed hereto.  As stated in the accompanying
4    Declaration of Francis O. Scarpulla, the decision of today's date by the United States Court of
5    Appeals for the Second Circuit addresses the requirements for approval of a class action
6    settlement, and is relevant to the class settlement motion currently under submission before this
7    Court.

Dated: June 30, 2016                     Respectfully submitted,

   /s/  Francis O. Scarpulla
      Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com

   /s/ Josef D. Cooper
      Josef D. Cooper

Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email:  jdc@coopkirk.com

Pursuant to Civil L.R. 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.