Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
          pbc@scarpullalaw.com

Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com
          trk@coopkirk.com
          jdb@coopkirk.com

*Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |
| All Indirect-Purchaser Actions | |
| | Judge:  Honorable Jon S. Tigar |

I, Francis O. Scarpulla, declare:

1.      I am an attorney duly licensed by the State of California and am admitted to practice before this Court.  I am the sole owner of the Law Offices of Francis O. Scarpulla and my firm, along with others, serves as attorneys of record for the Indirect-Purchaser Plaintiffs in this MDL proceeding.  I make this declaration in support of the Administrative Motion For Leave to File Statement of Recent Decision.  Except where otherwise stated, the matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

2.      Following hearings on March 15, 2016 (Dkt. 4491) and April 19, 2016 (Dkt. 4572), the Court has under submission motions for final approval of class settlements and award of attorneys' fees and costs in the Indirect-Purchaser Plaintiff class action.

3.      On June 30, 2016, the United States Court of Appeals for the Second Circuit issued its decision in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 12-4671 *et seq*.  The decision addresses the requirements for approval of a class action settlement, and is relevant to the class settlement motion currently under submission before this Court.

4.      Pursuant to Civil Local Rule 7-11, I am unable to obtain a stipulation for this administrative motion in light of the number of parties involved in this litigation and the time-sensitive nature of bringing the Second Circuit's opinion to the attention of this Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of June 2016 at San Francisco, California.


  /s/  Francis O. Scarpulla
       Francis O. Scarpulla

SCARPULLA DECLARATION i/s/o ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF
RECENT DECISION - Case No. 3:07-cv-5944, MDL No. 1917