1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Indirect-Purchaser Actions | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |

1  GOOD CAUSE APPEARING THEREFORE, the Administrative Motion by the Indirect-
2 Purchaser Plaintiffs' counsel, the Law Offices of Francis O. Scarpulla and Cooper & Kirkham,
3 P.C., For Leave to File Statement of Recent Decision is hereby GRANTED.
4  IT IS SO ORDERED.

6 DATED: _____

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION - Case No. 3:07-cv-5944, MDL No. 1917