Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com
       trk@coopkirk.com
       jdb@coopkirk.com

*Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| All Indirect-Purchaser Actions | Judge: Honorable Jon S. Tigar |

CERTIFICATE OF SERVICE

I certify that on June 30, 2016, I electronically filed the foregoing

ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION;

STATEMENT OF RECENT DECISION;

DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION;

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION;

and CERTIFICATE OF SERVICE

using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of June, 2016.

By:   /s/ Francis O. Scarpulla