United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   IN RE: CATHODE RAY TUBE (CRT)              MDL No. 1917
    ANTITRUST LITIGATION
8                                              Case No. C-07-5944 JST
9
10  This Order Relates To:                     **ORDER DENYING CERTAIN
                                               MOTIONS AS MOOT**
11  ALL DIRECT ACTION PLAINTIFFS
12
13         Upon review of ECF No. 4603 at A-17-18, the Court denies the following motions as
14  moot:  Plaintiff's Motion In Limine ("MIL") No. 3, ECF No. 3558, Mitsubishi's MIL No. 2, ECF
15  No. 3601, Hitachi's MIL No. 1, ECF No. 3536 (sealing motion at 3535), and Plaintiffs MIL No.
16  17, ECF No. 3558.  The Court has also previously granted a stipulation disposing of ECF No.
17  3581, see ECF No. 3781, but the motion has remained open on the docket.
18         Some of the docket numbers cited above appear to include additional MILs that are not
19  moot, and therefore must remain open until a decision is rendered.  Two of the docket numbers,
20  however, do not.  The Court therefore directs the clerk to close only the following motions in their
21  entirety:  ECF Nos. 3536, 3581.
22         IT IS SO ORDERED.
23  Dated:  June 30, 2016
24                                             _____
25                                                   JON S. TIGAR
                                                   United States District Judge
26
27
28