**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | ~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |
| All Indirect-Purchaser Actions | |

1        GOOD CAUSE APPEARING THEREFORE, the Administrative Motion by the Indirect-

2  Purchaser Plaintiffs' counsel, the Law Offices of Francis O. Scarpulla and Cooper & Kirkham,

3  P.C., For Leave to File Statement of Recent Decision is hereby GRANTED.

4        IT IS SO ORDERED.

5

6  DATED: _____



14     Dated:  June 30, 2016

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF
RECENT DECISION - Case No. 3:07-cv-5944, MDL No. 1917