# ALSTON & BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8488
www.alston.com

Michael P. Kenny         Direct Dial: 404-881-7179         Email: mike.kenny@alston.com

July 1, 2016

*VIA ECF*

Hon. Jon S. Tigar
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

    Re:    *In re Cathode Ray Tube ("CRT") Antitrust Litigation*,
            **MDL 1917, 3:07-cv-5944-JST**

Dear Judge Tigar,

       I represent Plaintiffs Dell Inc. and Dell Products L.P. ("Dell") in the above-captioned litigation, and I write on behalf of both Dell and Defendant Samsung SDI Co., Ltd. ("Samsung SDI"). Dell and Samsung SDI have agreed in principle to settle Dell's claims against Samsung SDI, and the parties are working to finalize their agreement. Samsung SDI is Dell's final remaining defendant. A stipulation of dismissal will be filed with the Court once the terms of the settlement agreement are finalized and fulfilled.

       Dell and Samsung SDI respectfully request that the Court not issue a ruling on any of the following motions with respect to the Dell action during that time:

- Dkt. No. 2983: Motion for Partial Summary Judgment for Lack of Standing as to Direct Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics;

- Dkt. No. 3003: Defendants' Motion for Summary Judgment Based Upon Plaintiffs' Foreign Transactions Barred by the FTAIA;

- Dkt. No. 3008: Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA;

- Dkt. No. 3044: Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds;

- Dkt. No. 3174: Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga; and

- Dkt. No. 3172: SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard.

We appreciate your consideration of this matter.

Sincerely,

Michael P. Kenny

*Counsel for Dell Inc. and Dell Products L.P.*