Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

[Additional stipulating party on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br>Individual Case No. 3:11-cv-06397<br><br>COSTCO WHOLESALE CORP.,<br>　　　　*Plaintiff*,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br>　　　　*Defendants*. | **THE TOSHIBA DEFENDANTS AND COSTCO'S STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America
2  Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba
3  America Electronic Components, Inc. (collectively, the "Toshiba Defendants") and Plaintiff
4  Costco Wholesale Corporation ("Costco") have conferred by and through their counsel and,
5  subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

6  WHEREAS, on November 14, 2011, Costco filed a complaint in the United States
7  District Court for the Western District of Washington entitled *Costco Wholesale Corporation*
8  *v. Hitachi, Ltd., et al.*, Case No. 2:11-cv-01909, asserting antitrust claims under both Federal
9  and State law against the Toshiba Defendants and other defendants relating to Costco's
10 purchases of products containing cathode ray tubes ("CRTs");

11 WHEREAS, on November 12, 2013, Costco filed a complaint in the United States
12 District Court for the Western District of Washington entitled *Costco Wholesale Corporation*
13 *v. Technicolor SA (f/k/a Thomson SA) et al.*, Case No. 2:13-cv-02037, asserting antitrust
14 claims under both Federal and State law against other defendants relating to Costco's
15 purchases of products containing CRTs;

16 WHEREAS, Costco's complaints were conditionally transferred to the United States
17 District Court for the Northern District of California (the "MDL Court") as Case No. 3:11-cv-
18 06397-JST and Case No. 3:13-cv-05723-JST and consolidated for pretrial purposes with
19 MDL No. 1917;

20 WHEREAS, on January 28, 2013, the MDL Court ordered Costco and Toshiba to
21 arbitrate Costco's CRT antitrust claims ("January 28, 2013 Order"), with the exception of
22 Costco's claim for co-conspirator or joint-and-several liability based on Costco's purchase of
23 products from defendants other than the Toshiba Defendants ("Costco's joint-and-several-
24 liability claim");

25 WHEREAS, on August 8, 2013, Costco and the Toshiba Defendants executed an
26 Arbitration Timing Agreement whereby the parties stipulated and agreed to a schedule for the
27 arbitration of Costco's CRT antitrust claims, excluding Costco's joint-and-several-liability
28 claim;

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

THE TOSHIBA DEFENDANTS AND COSTCO'S STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 07-5944 JST
MDL No. 1917

1   WHEREAS, on September 16, 2014, Costco and the Toshiba Defendants stipulated and agreed to revise the Arbitration Timing Agreement and, notwithstanding the January 28, 2013 Order, agreed to arbitrate all of Costco's CRT antitrust claims under both Federal and State law against the Toshiba Defendants, including Costco's joint-and-several-liability claim, thereby promoting the efficient resolution of Costco's claims;

WHEREAS, on July 5, 2016, Costco and the Toshiba Defendants stipulated and agreed to further revise the Arbitration Timing Agreement concerning the deadline for Costco to file its demand for arbitration, such that Costco shall file its demand for arbitration within thirty (30) days of the date Costco's claims against all remaining defendants in both *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, Case No. 2:11-cv-01909, and *Costco Wholesale Corporation v. Technicolor SA (f/k/a Thomson SA) et al.*, Case No. 2:13-cv-02037, are resolved by jury verdict following trial, settlement and/or court order.

WHEREAS, all claims asserted by Costco in its complaint against the Toshiba Defendants are now pending resolution in arbitration;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. With the execution of the revised Arbitration Timing Agreement providing that all of Costco's claims against the Toshiba Defendants (including those claims based on joint-and-several liability) will be resolved in arbitration, the Toshiba Defendants and Costco now seek dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims of Costco against any other defendant in this litigation.

3. Each party shall bear its own fees and costs.

\* \* \*

Respectfully submitted,

Dated: July 5, 2016            **WHITE & CASE** LLP

By: */s/ Lucius B. Lau*
    Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
    Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
    Dana E. Foster (*pro hac vice*)
    defoster@whitecase.com
    701 Thirteenth Street, N.W.
    Washington, DC  20005
    tel.: (202) 626-3600
    fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

By: */s/ David J. Burman*
    David J. Burman (pro hac vice)
    Cori G. Moore (pro hac vice)
    Eric J. Weiss (pro hac vice)
    Nicholas H. Hesterberg (pro hac vice)
    Steven D. Merriman (pro hac vice)
    Perkins Coie LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101
    (206) 359-8000
    DBurman@perkinscoie.com
    CGMoore@perkinscoie.com
    SMerriman@perkinscoie.com

    Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

**CERTIFICATE OF SERVICE**

On July 5, 2016, I caused a copy of the "THE TOSHIBA DEFENDANTS AND COSTCO'S STIPULATION OF DISMISSAL WITH PREJUDICE" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: _/s/ Lucius B. Lau_
Lucius B. Lau