UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER OF DISMISSAL** |
| This Document Relates to:<br>Individual Case No. 3:11-cv-06397<br><br>COSTCO WHOLESALE CORP.,<br>    *Plaintiff*,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br>    *Defendants*. | |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1)   All claims asserted by Plaintiff Costco Wholesale Corporation against Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2)   Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____, 2016     _____
                                     The Honorable Jon S. Tigar
                                     UNITED STATES DISTRICT COURT JUDGE