1

2

3

4

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email: wisaacson@bsfllp.com

5

6

7

8

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

9

10

11

12

13

*Liaison Counsel for Direct Action Plaintiffs and
Attorneys for Plaintiffs Electrograph Systems, Inc.,
Electrograph Technologies, Corp., Office Depot, Inc.,
CompuCom Systems, Inc., Interbond Corporation of
America, P.C. Richard & Son Long Island Corporation,
MARTA Cooperative of America, Inc., ABC Appliance, Inc.,
Schultze Agency Services LLC on behalf of Tweeter Opco,
LLC and Tweeter Newco, LLC, and Tech Data Corporation
and Tech Data Product Management, Inc.*

14

15

*[additional counsel listed on signature page]*

16

17

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

18

19

In re: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

20

21

This Document Relates To:

22

*Electrograph Sys., Inc., et al. v. Hitachi,
Ltd., et al.*, No. 11-cv-01656;

23

24

*Interbond Corp. of Am. v. Hitachi, Ltd.,
et al.*, No. 11-cv-06275;

25

26

*Office Depot, Inc. v. Hitachi, Ltd., et al.*,
No. 11-cv-06276;

27

28

*CompuCom Systems, Inc. v. Hitachi, Ltd.,
et al.*, No. 11-cv-06396;

*P.C. Richard & Son Long Island Corp.,*

Master File No. 3:07-CV-05944-JST
MDL No. 1917

**PLAINTIFFS' RESPONSE TO THE
ORDER REGARDING IRICO ENTITIES**

The Honorable Jon S. Tigar

---

RESPONSE TO ORDER

Case No. 07-cv-5944 JST (N.D. Cal.)

1  *et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

2

3  *Schultze Agency Servs., LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

4

5  *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157;

6  *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

7

8  *Sears, Roebuck and Co. et al., v. Hitachi, Ltd., et al.,* No. 11-cv-5514;

9  *Dell Inc. and Dell Products L.P. v. Hitachi, Ltd., et al.,* No. 13-cv-02171.

10

11      The undersigned direct action plaintiffs ("Plaintiffs") hereby jointly respond to the

12  Court's June 28 Order [Dkt. 4694].  Tech Data Corp. and Tech Data Product Management, Inc.

13  filed a First Amended Complaint against Irico Display Devices Co, Ltd. and Irico Group

14  Corporation (collectively, the "Irico Entities") and various other defendants on September 9,

     2013, ECF No. 1911.  Electrograph Systems, Inc. and Electrograph Technologies Corp.; Office
15
     Depot, Inc.; Interbond Corporation of America; P.C. Richard & Son Long Island Corporation,
16
     MARTA Cooperative of America, Inc., and ABC Appliance, Inc.; and Schultze Agency
17
     Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC filed First Amended
18
     Complaints against the Irico Entities and various other defendants on October 3, 2013, ECF Nos.
19
     1974, 1975, 1976, 1977, 1979, and 1980.  Costco Wholesale Corp. filed a First Amended
20
     Complaint against the Irico Entities and various other defendants on October 3, 2013, ECF No.
21
     1982.  Dell Inc. and Dell Products L.P. filed an Amended Complaint on June 10, 2013 against
22
     the Irico Entities and various other defendants, ECF. No. 1726.   Sears, Roebuck and Co., and
23
     Kmart Corporation filed a Second Amended Complaint against the Irico Entities and various
24
     other Defendants on October 3, 2013,  ECF No. 1973.
25
         Plaintiffs have not served the Irico Entities with their amended complaints, and the Irico
26
     Entities have not answered the claims against them.  Because Plaintiffs do not believe they will
27
     be able to effectively execute service of process on the Irico Entities, Plaintiffs do not oppose
28

dismissal of their claims against the Irico Entities.   Plaintiffs respectfully submit that the

dismissal should be without prejudice, in accordance with Fed. R. Civ. P. 4(m), which provides

that "the court—on motion or on its own after notice to the plaintiff—must dismiss the action

without prejudice against that [unserved] defendant . . . ." (emphasis added).   With respect to

Plaintiffs' claims against the remaining Defendants in these actions, Plaintiffs will continue to

maintain their allegation that the Irico Entities were participants in the conspiracy.

DATED:  July 5, 2016            /s/  Philip J. Iovieno

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
           anardacci@bsfllp.com

William A. Isaacson
Kyle N. Smith
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Fax: (202) 237-6131
Email:  wisaacson@bsfllp.com
Email:  ksmith@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., CompuCom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, and Tech Data Corporation and Tech Data*

1

*Product Management, Inc.*

2

*/s/ Scott N. Wagner*

3
4
5

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG MAENA PRICE & AXELROD LLP

6

1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456

7

Tel: 305-374-7580
Fax: 305-374-7593

8

Email: rturken@bilzin.com
        swagner@bilzin.com
        mwidom@bilzin.com

9

10

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

11

12

*/s/ David J. Burman*

13

David J. Burman
Cori G. Moore
Nicholas H. Hesterberg

14

1201 Third Avenue

15

Suite 4900
Seattle, Washington  98101-3099

16

Tel: (206) 359-8000
Fax:      (206) 359-9000

17

E-mail:   DBurman@perkinscoie.com
          CGMoore@perkinscoie.com
          NHesterberg@perkinscoie.com

18

19

*Counsel for Plaintiff Costco Wholesale Corp.*

20

By:    */s/ Michael P. Kenny, Esq.*

Michael P. Kenny, Esq. (GA Bar No. 415064)

21

mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)

22

debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)

23

matthew.kent@alston.com
ALSTON & BIRD LLP

24

1201 West Peachtree Street

25

Atlanta, Georgia 30309-3424
Tel: (404) 881-7000

26

Facsimile: (404) 881-7777

27

James M. Wagstaffe, Esq. (SBN 95535)

28

wagstaffe@kerrwagstaffe.com
KERR & WAGSTAFFE LLP

101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*

By: */s/ Samuel J. Randall*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Samuel J. Randall
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel:    305-373-1000
Fax:    305-372-1861
Email: rarnold@knpa.com
Email: wblechman@knpa.com
Email: kmurray@knpa.com
Email: srandall@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co., and Kmart Corporation*