515 South Flower St., 40th Floor, Los Angeles, CA  90071 ▪ p213 622-4750 ▪ f213 622-2690



**Jason C. Murray**
(213) 443-5582
jmurray@crowell.com

July 5, 2016

<u>**VIA ELECTRONIC CASE FILING (ECF)**</u>

Hon. Jon. S. Tigar
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:   *In re Cathode Ray Tube (CRT) Antitrust Litig.*, **Case No. 07-cv-5944-JST (N.D. Cal.);** *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, **Case No. 11-cv-05514 (N.D. Cal.)**

Dear Judge Tigar:

   I write in response to the Court's June 28, 2016 Order Regarding Irico Entities (Dkt. No. 4694).  Plaintiff Target Corporation ("Target") filed suit against the Irico Defendants on November 14, 2011 (Target Dkt. No. 1), but was not able to effectuate service of the Irico Defendants, and does not now oppose its claims against the Irico Defendants being dismissed with prejudice.

                                              Respectfully submitted,

                                              */s/ Jason C. Murray*

                                              Jason C. Murray
                                              Counsel for Target Corporation

cc:  All counsel of record (service via ECF)