White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | |
| This Document Relates to: Individual Case No. 3:11-cv-06397<br><br>COSTCO WHOLESALE CORP.,<br>　　　　*Plaintiff*,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br>　　　　*Defendants*. | Case No. 07-5944 JST<br><br>MDL No. 1917<br><br>[PROPOSED] ORDER OF DISMISSAL |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1)　　All claims asserted by Plaintiff Costco Wholesale Corporation against Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2)　　Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 5, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Jon S. Tigar
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*