Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax: (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No 1917<br><br>Case No 3:07-cv-05944 JST<br><br>**ORDER RE NEUTRAL TRANSLATORS FOR TRANSLATION OBJECTIONS** |

On April 25 and May 3, 2016, the undersigned issued orders regarding a Translation-Objection Resolution Protocol (ECF Nos 4597, 4625). The May 3 order specified:

> No later than May 13, 2016, the parties shall submit either separate lists as currently specified in the April 25, 2016 order, or a jointly agreed-upon list of translators.

On May 23, 2016, having received no timely objection, the court issued its order adopting the undersigned's orders dated April 25 and May 3, 2016. 5/23/16 Order, ECF No 4657.

On May 13, 2016, the parties provided the names of three proposed translators as required by the May 3 order, explaining that they were meeting and conferring on "a protocol for ensuring that no conflicts of interest exist at present or will exist in the future with respect to these agreed-upon translators." 5/13/16 C Benson Letter (on behalf of Direct Action Plaintiffs, Direct Purchaser Plaintiffs and Defendants).

On May 20, 2016, the parties wrote to inform the undersigned that they were working on a procedure "to ensure neutrality of these translators" and expect to submit a proposed protocol for the undersigned's review and consideration no later than May 27, 2016. If they couldn't agree, they would submit separate lists of proposed neutral translators as specified in the May 3 order. 5/20/16 C Benson Letter (on behalf of all parties).

On May 31, 2016, the parties notified the undersigned that they "continue to confer over an appropriate protocol to ensure the neutrality of appointed translators" and "will be back in touch with Judge Walker on the issue shortly." 5/31/16 D Andrews email (on behalf of all parties).

It is now June 21, 2016, and the parties have failed to submit a proposed protocol "to ensure neutrality" by May 27, 2016 as they expected. It should be noted that the court granted the plaintiffs' motion to establish a translation-objection resolution protocol on March 23, 2016 and referred the matter to the undersigned. ECF No 4517. Given the passage

of time and the parties' inability to reach timely agreement, it appears necessary to set another deadline.

Accordingly, no later than June 27, 2016, the parties shall submit: (a) their proposed protocol for ensuring neutrality of the three proposed translators or (b) their separate lists of proposed neutral translators as specified in the May 3 order. In the event the parties fail to submit their proposed protocol or separate lists by June 27, the undersigned will begin the process of identifying and selecting neutral translators.

IT IS SO ORDERED.

Date: June 21, 2016



Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: July 6, 2016



Honorable
IT IS SO ORDERED
Judge Jon S. Tigar

ORDER RE NEUTRAL TRANSLATORS FOR TRANSLATION OBJECTIONS                      PAGE **3** OF **3**