IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION )<br>)<br>) | MDL No. 1917<br><br>Case No. 07-cv-5944 JST |
| This Order Relates To:<br><br>All Direct Action Plaintiffs | **ORDER DISMISSING CERTAIN CLAIMS AGAINST IRICO ENTITIES WITHOUT PREJUDICE** |

Pursuant to the Court's June 28, 2016 order regarding defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (the "Irico Entities"), ECF No. 4694, and Direct Action Plaintiffs' response to that order, ECF No. 4702, the claims against the Irico Entities contained in the following complaints are now dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure:

- The claims of Tech Data Corp. and Tech Data Product Management, Inc. in the First Amended Complaint filed on September 9, 2013, ECF No. 1911;

- The claims of Interbond Corporation of America in the First Amended Complaint filed October 3, 2013, ECF No. 1974;

- The claims of CompuCom Systems, Inc. in the First Amended Complaint filed October 3, 2013, ECF No. 1975;

- The claims of Electrograph Systems, Inc. and Electrograph Technologies Corp. in the First Amended Complaint filed October 3, 2013, ECF No. 1976;

- The claims of Office Depot, Inc. in the First Amended Complaint filed October 3, 2013, ECF No. 1977;

- The claims of P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc. in the First Amended Complaint filed October 3, 2013, ECF No. 1979;

- The claims of Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC in the First Amended Complaint filed October 3, 2013, ECF No. 1980;

- The claims of Costco Wholesale Corp. in the First Amended Complaint filed on October 3, 2013, ECF No. 1982;

- The claims of Dell Inc. and Dell Products L.P. in the Amended Complaint filed on June 10, 2013, ECF. No. 1726; and

- The claims of Sears, Roebuck and Co., and Kmart Corporation in the Second Amended Complaint filed on October 3, 2013, ECF No. 1973.

Pursuant to the stipulation of plaintiff Target Corporation in Target Corp. v. Chunghwa Picture Tubes, Ltd., Case Number 11-cv-5514, Target's claims against the Irico Entities contained in the complaint in that action, ECF No. 1 on that docket, are dismissed with prejudice. See ECF No. 4703.

Pursuant to the stipulation of plaintiff ViewSonic Corporation in Target Corp. v. Chunghwa Picture Tubes, Ltd., Case Number 14-cv-2510, Target's claims against the Irico Entities contained in the complaint in that action, ECF No. 1 on that docket, are dismissed with prejudice. See ECF No. 4704.

**IT IS SO ORDERED.**

Dated: July 6, 2016

_____
JON S. TIGAR
United States District Judge

2