BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile:  (214) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: jon.taladay@bakerbotts.com
Email: joseph.ostyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| ALL DIRECT PURCHASER ACTIONS | Judge: Hon. Jon S. Tigar |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, Stuart C. Plunkett, a member of the bar of this Court, enters his appearance in the above-captioned action as counsel for Defendants Philips Electronics North America Corporation, and respectfully requests service of

///

///

pleadings and other papers filed in this action and any orders and notices from this Court be delivered to the undersigned.

July 7, 2016

Respectfully submitted,

By: /s/ *Stuart C. Plunkett*
      Stuart C. Plunkett

Baker Botts L.L.P.
101 California Street, Suite 3070
San Francisco, CA  94111
Telephone: (415) 291-6200
E-mail: stuart.plunkett@bakerbotts.com

Attorneys for Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda.