GUIDO SAVERI (22349)
  *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
  *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
  *grushing@saveri.com*
CADIO ZIRPOLI (179108)
  *cadio@saveri.com*
DAVID Y. HWU (281780)
  *dhwu@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the
Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| ALL DIRECT PURCHASER ACTIONS | Judge: Hon. Jon S. Tigar |

TO:     THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I am admitted or otherwise authorized to practice in this court, and I appear in the above-captioned action as counsel for Direct Purchaser Plaintiffs.

DATED: July 7, 2016          By: */s/ David Y. Hwu*
                                        David Y. Hwu
                                        California Bar No. 281780
                                        SAVERI & SAVERI, INC.
                                        706 Sansome Street
                                        San Francisco, California 94111
                                        E-mail: dhwu@saveri.com
                                        Telephone: (415) 217-6810
                                        Facsimile: (415) 217-6813