1  Michael P. Kenny, Esq. (admitted pro hac vice)
   mike.kenny@alston.com
2  Debra D. Bernstein, Esq. (admitted pro hac vice)
   debra.bernstein@alston.com
3  Matthew D. Kent, Esq. (admitted pro hac vice)
   matthew.kent@alston.com
4  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
5  Atlanta, Georgia 30309-3424
   Tel: (404) 881-7000
6  Fax: (404) 881-7777

7  James M. Wagstaffe, Esq. (SBN 95535)
   wagstaffe@kerrwagstaffe.com
8  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
9  San Francisco, California 94105-1576
   Tel: (415) 371-8500
10 Fax: (415) 371-0500

11 *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 JST<br><br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br><br>Individual Case No. 13-cv-2171 (JST)<br><br>DELL INC. and DELL PRODUCTS L.P.,<br><br>  Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., ET AL.,<br><br>  Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF PROCEEDINGS DUE TO SETTLEMENT** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively, "Samsung SDI") by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, Dell commenced an action in the United States District Court for the Western District of Texas, which was subsequently transferred to this Court, entitled *Dell Inc. and Dell Products L.P. v. Hitachi Ltd., et al.*, Case No. 13-cv-2171(JST).

WHEREAS, as the parties informed the Court on July 1, 2016, Dell and Samsung SDI have reached an agreement in principle to settle Dell's claims in this lawsuit.

WHEREAS, following execution of the settlement agreement, Dell will dismiss its claims against Samsung SDI pursuant to the terms of that agreement;

WHEREAS, Samsung SDI is Dell's final defendant in this lawsuit, and dismissal of Dell's claims against Samsung SDI will conclude Dell's participation in this above-captioned case;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Dell and Samsung SDI, subject to the concurrence of the Court, that all remaining proceedings related to Dell's claims in the above-captioned litigation should be stayed until the parties file a stipulation of dismissal with prejudice. Should the parties fail to finalize the settlement agreement, they will promptly notify the Court so that it may lift the stay.

The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 14, 2016



Hon. Jon S. Tigar
United States

| | |
|---|---|
| Dated:  July 13, 2016 | Respectfully Submitted, |
| | By:   /s/ Michael P. Kenny, Esq.   |
| | Michael P. Kenny, Esq. (GA Bar No. 415064) |
| | mike.kenny@alston.com |
| | Debra D. Bernstein, Esq. (GA Bar No. 054998) |
| | debra.bernstein@alston.com |
| | Matthew D. Kent, Esq. (GA Bar No. 526272) |
| | matthew.kent@alston.com |
| | ALSTON & BIRD LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel: (404) 881-7000 |
| | Facsimile: (404) 881-7777 |
| | |
| | James M. Wagstaffe, Esq. (SBN 95535) |
| | wagstaffe@kerrwagstaffe.com |
| | KERR & WAGSTAFFE LLP |
| | 101 Mission Street, 18th Floor |
| | San Francisco, California 94105-1576 |
| | Tel: (415) 371-8500 |
| | Facsimile: (415) 371-0500 |
| | |
| | *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.* |
| | By:   /s/ Michael W. Scarborough, Esq.   |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | Gary L. Halling, Esq. |
| | James L. McGinnis, Esq. |
| | Michael W. Scarborough, Esq. |
| | Four Embarcadero Center, 17th Floor |
| | San Francisco, California  94111-4106 |
| | Telephone:  415-434-9100 |
| | Facsimile:  415-434-3947 |
| | ghalling@sheppardmullin.com |
| | jmcginnis@sheppardmullin.com |
| | mscarborough@sheppardmullin.com |
| | |
| | *Counsel for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.* |
| | . |

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF PROCEEDINGS DUE TO SETTLEMENT - 3 | 3:13-cv-02171 MDL No. 1917 |

1  Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this
2  document has been obtained from each of the above signatories.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28