Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
Email: fos@scarpullalaw.com
           pbc@scarpullalaw.com

*Counsel for Class Member Eleanor Lewis*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| All Indirect-Purchaser Actions | Judge:  Honorable Jon S. Tigar |

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** Francis O. Scarpulla hereby enters an appearance in the above-captioned matter as an attorney for class member Eleanor Lewis, a resident of Ohio. Mr. Scarpulla is admitted to practice before this Court.

Dated: July 14, 2016                    Respectfully submitted,

                                            /s/  Francis O. Scarpulla
                                                   Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I certify that on July 14, 2016, I electronically filed the foregoing |
| 3 | NOTICE OF APPEARANCE |
| 4 | using the CM/ECF system, which will send notification of such filing to all attorneys of record. |
| 5 | I certify under penalty of perjury that the foregoing is true and correct. |
| 6 | DATED this 14th day of July, 2016. |
| 7 | By:      /s/ Francis O. Scarpulla |