*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

July 14, 2016

**VIA ECF**

Honorable Jon S. Tigar
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:**   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
          Case No. 07-cv-5944 JST, MDL No. 1917

Dear Judge Tigar:

I write regarding the notices to class members regarding the plan of allocation of the Chunghwa Settlement.

The Order Granting Final Approval of Indirect Purchaser Settlements (ECF No. 4712) approves the forms of notice and orders Lead Counsel to publish the notices by August 1, 2016, subject to updating the notice "to reflect the proper settlement figure available for distribution." Order at 32.

Attached hereto as Exhibits 1 through 4, respectively, are the Summary Notice, the Detailed Notice, the Postcard Notice and the Email Notice to End Users, all of which have been revised slightly.[1] The original notices were drafted and the computations made based upon a requested attorney fee and expense award. Since the Court has not yet ruled upon our request for attorneys' fees and expenses, we have revised the notices accordingly. We also added the deadlines for objecting to the plan of distribution, submitting a claim, and the details of the Fairness Hearing.

Our notice provider has informed us that the notices must be finalized by July 18, 2016 in order to ensure publication by the August 1, 2016 deadline. Therefore, we respectfully request that the Court approve the revised notices before that date.

---

[1] We are providing redlined and clean versions of each of the notices so that the Court can easily review the changes we are proposing.

        Respectfully submitted,

        <u>/s/ Mario N. Alioto</u>
        Mario N. Alioto
        Lead Counsel for the Indirect Purchaser Class