# EXHIBIT 1

| | |
|---|---|
| **If You Bought Televisions, Computer Monitors** or Other Products Containing **Cathode Ray Tubes** **For Resale** **You may be Eligible to Claim from $10 Million Settlement** **Simple Online Claim Form Takes 3-5 Minutes** | In March 2012, a class action settlement was approved involving Cathode Ray Tubes ("CRTs"), an older display device that was sold by itself or as the main component in TVs and computer monitors before the use of LCD, Plasma and LED Display Technologies.  The lawsuit claims that the Defendants fixed the prices of CRTs causing indirect purchasers of products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"), to pay more than they otherwise would have.  The Defendants deny Plaintiffs' allegations.<br><br>**Who is Eligible to Claim Money?**<br><br>You are eligible to claim money if, for purposes of resale, you purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia.<br><br>Purchases made directly from a defendant or an alleged co-conspirator are *not* included in this settlement (see the list of defendants and alleged co-conspirators at **www.CRTclaims.com/reseller** or by calling 1-800-649-8153).<br><br>Sony is not a defendant and Sony® branded products are not eligible to be included in these claims.<br><br>**What does the settlement provide?**<br><br>Qualifying resellers who submit timely claims are eligible to receive money from a $10 million settlement, less attorneys' fees, litigation expenses and incentive awards for class representatives (to be awarded by the Court).  Of this amount, 8.59% and 2.37% will be allocated to the Attorneys General of Illinois and Oregon, respectively, to be distributed to the residents of those states.  The balance of the fund will be allocated *pro rata* to the District of Columbia and the 21 states listed above according to a population-based formula approved by the Court.  Resellers will be eligible to claim against 50% of each state's fund.  Consumers have already filed claims.<br><br>The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of eligible reseller claims made in your respective state.  The distribution plan is described more fully in the Detailed Notice available at **www.CRTclaims.com/reseller.**<br><br>**How can I get a payment?**<br><br>Claim online or by mail by **November 29, 2016.**  The simple online Claim Form only takes 3-5 minutes for most.<br><br>**What are my rights?**<br><br>The settlement was finally approved on March 22, 2012.  You have the right to object to the allocation of the net settlement fund between resellers and consumers.  All objections must be submitted to the Court by you or your own lawyer by **September 30, 2016.**  **The Court will hold a hearing on November 14, 2016 at 9:30 a.m.** to consider whether to approve the proposed plan of distribution.  The decision of the Court will be binding on all class members. |
| **For More Information:** | **1-800-649-8153  www.CRTclaims.com/reseller**<br>**Text: "CRTclaims" to 97000** (text messaging rates may apply)<br>**PLEASE DO NOT CONTACT THE COURT**<br>Para una notificacion en Espanol, llamar o visitar nuestro website. |

- Deleted: 6,867,631 net
- Deleted: fund
- Deleted: $589,930
- Deleted: $162,763
- Deleted: ,
- Deleted: $6,114,938,
- Deleted: ($3,057,469)
- Deleted: 6,867,631 Net
- Deleted: allocation
- Deleted:
- Deleted: Fund
- Deleted: XXXX xx
- Deleted: [120 day claim period]
- Deleted: XXXX xx, 2016
- Deleted: [ 60 days to object]
- Formatted: Font: Bold
- Deleted: s

Case 4:07-cv-05944-JST   Document 4719-1   Filed 07/14/16   Page 3 of 5

| | |
|---|---|
| **If You Bought Televisions, Computer Monitors** or Other Products Containing **Cathode Ray Tubes** For Resale **You may be Eligible to Claim from $10 Million Settlement** Simple Online Claim Form Takes 3-5 Minutes | In March 2012, a class action settlement was approved involving Cathode Ray Tubes ("CRTs"), an older display device that was sold by itself or as the main component in TVs and computer monitors before the use of LCD, Plasma and LED Display Technologies.  The lawsuit claims that the Defendants fixed the prices of CRTs causing indirect purchasers of products containing CRTs, such as TVs and computer monitors (collectively "CRT Products"), to pay more than they otherwise would have.  The Defendants deny Plaintiffs' allegations.<br><br>**Who is Eligible to Claim Money?**<br><br>You are eligible to claim money if, for purposes of resale, you purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia.<br><br>Purchases made directly from a defendant or an alleged co-conspirator are *not* included in this settlement (see the list of defendants and alleged co-conspirators at **www.CRTclaims.com/reseller** or by calling 1-800-649-8153).<br><br>Sony is not a defendant and Sony® branded products are not eligible to be included in these claims.<br><br>**What does the settlement provide?**<br><br>Qualifying resellers who submit timely claims are eligible to receive money from a $10 million settlement, less attorneys' fees, litigation expenses and incentive awards for class representatives (to be awarded by the Court).  Of this amount, 8.59% and 2.37% will be allocated to the Attorneys General of Illinois and Oregon, respectively, to be distributed to the residents of those states.  The balance of the fund will be allocated *pro rata* to the District of Columbia and the 21 states listed above according to a population-based formula approved by the Court.  Resellers will be eligible to claim against 50% of each state's fund.  Consumers have already filed claims.<br><br>The amount of money you will receive depends on the type and quantity of CRT Products you purchased and the total number of eligible reseller claims made in your respective state.  The distribution plan is described more fully in the Detailed Notice available at **www.CRTclaims.com/reseller.**<br><br>**How can I get a payment?**<br><br>Claim online or by mail by **November 29, 2016.**  The simple online Claim Form only takes 3-5 minutes for most.<br><br>**What are my rights?**<br><br>The settlement was finally approved on March 22, 2012.  You have the right to object to the allocation of the net settlement fund between resellers and consumers.  All objections must be submitted to the Court by you or your own lawyer by **September 30, 2016**.  The Court will hold a hearing on **November 14, 2016 at 9:30 a.m.** to consider whether to approve the proposed plan of distribution.  The decision of the Court will be binding on all class members. |
| **For More Information:** | 1-800-649-8153  www.CRTclaims.com/reseller<br>Text: **"CRTclaims" to 97000** (text messaging rates may apply)<br>**PLEASE DO NOT CONTACT THE COURT**<br>Para una notificacion en Espanol, llamar o visitar nuestro website. |

Case 4:07-cv-05944-JST   Document 4719-1   Filed 07/14/16   Page 5 of 5