# EXHIBIT 2

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If You Bought a Cathode Ray Tube (CRT) or a TV or Computer Monitor That Contained a CRT for Resale

### You Could Get Money from a $10,000,000 Settlement.

*A Federal Court authorized this notice.  This is not a solicitation from a lawyer.*

- Please read this notice carefully.  Your legal rights may be affected whether or not you act.

- This litigation involves alleged overcharges on the price of  Cathode Ray Tube (**"CRT"**) Products purchased indirectly from the  Defendants. "CRT Products" include CRTs and products containing CRTs, such as televisions and computer monitors.  "Indirectly" means that you did not purchase the CRT Product directly from any Defendant.

- On March 22, 2012, the Court finally approved a $10 million cash settlement with Defendant Chunghwa Picture Tubes, Ltd., and entered a Final Judgment against Chunghwa.

- The Settlement Class approved by the Court included all indirect purchasers of CRTs and CRT Products nationwide, and released all claims by these indirect purchasers against Chunghwa relating to the allegations in the Complaint.

- There are two types of indirect purchasers: "resellers" and "end users."  Resellers indirectly purchased CRT Products for the purpose of reselling them to someone else.  End users indirectly purchased CRT Products for their own use and not for resale.

- Consumer members of the Chunghwa Settlement Class have already filed claims against the Chunghwa Settlement Fund.  Now resellers may also file claims.

- You can make a claim for money if you are an electronics store, retailer, wholesaler or other reseller that indirectly purchased CRT Products in Arizona, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia or Wisconsin (collectively, the "states") for resale (the "Statewide Damages Classes").  The purchase must have been made in one of these 22 states.  But you do not have to be a resident of one of these states.

- Sony Corporation is **not** a defendant and is **not** alleged to have participated in the alleged CRT conspiracy.  Purchases of Sony® branded CRT Products are **not** eligible to be included in claims filed under these Settlements.

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | |
|---|---|
| **SUBMIT A CLAIM BY November 29, 2016** | This is the only way for Resellers to receive a payment.  *See* Question 13. |
| **OBJECT BY September 30, 2016** | The Chunghwa Settlement received final approval from the Court in 2012.  At this time, Class members may only object to the proposed allocation of the Settlement Fund between reseller and consumer class members.  Any objections must be filed with the Court (and a copy mailed to the Settlement Administrator). |
| **GO TO THE HEARING ON November 14, 2016 at 9:30 a.m.** | Ask to speak in Court about the Plan of Distribution. *See* Questions 17 and 18. |
| **DO NOTHING** | Resellers who do nothing will not receive a payment from the Settlement and will give up their rights to object to the Plan of Distribution. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

1

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION**.................................................................................................................Page 3
   1.  What is this Notice about?
   2.  What is a Cathode Ray Tube ("CRT")?
   3.  What is a CRT Product?
   4.  What is the lawsuit about?
   5.  What is a class action?

**WHO IS INCLUDED**....................................................................................................................Page 5
   6.  Who are the Defendant companies?
   7.  How do I know if I am in the Settlement Class?
   8.  Why does the Settlement exclude claims under the Washington Unfair Business Practices and
       Consumer Protection Act?

**THE SETTLEMENT'S BENEFITS** ..................................................................................................Page 6
   9.  What does the Settlement provide?
   10.  What is the Net Settlement Fund?
   11.  How much money can I get?
   12.  When will I get a payment?

**HOW TO GET A PAYMENT**.........................................................................................................Page 8
   13.  How can I get a payment?

**THE LAWYERS REPRESENTING YOU**............................................................................................Page 8
   14. Do I have a lawyer representing me?

**RIGHT TO EXCLUDE YOURSELF OR OBJECT TO THE SETTLEMENT**.................................................Page 8
   15. Who has the right to exclude themselves or object to the Settlement?

**OBJECTING OR COMMENTING ON THE PLAN OF DISTRIBUTION**.....................................................Page 9
   16. How do I object or comment on the Plan of Distribution?

**THE FAIRNESS HEARING**..........................................................................................................Page 9
   17. When and where will the Court consider the Plan of Distribution?
   18. Do I have to come to the hearing?
   19. May I speak at the hearing?

**GET MORE INFORMATION**..........................................................................................................Page 10
   20. Where can I get more information?

**Formatted:** Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.32" + Indent at: 0.57"

**Deleted:** ......

**Deleted:** 9

**Formatted:** Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.32" + Indent at: 0.57"

**VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR**

## BASIC INFORMATION

### 1. What is this Notice about?

This Notice is to inform resellers about their right to claim a share of the Chunghwa Settlement Fund and to explain the Plan of Distribution for the net Settlement Fund.  The Settlement was finally approved by the United States District Court for the Northern District of California on March 22, 2012.  Unless you excluded yourself before February 1, 2012 you are a member of the Settlement Class.  At this time, resellers have a limited right to object to the Plan of Distribution of this Settlement Fund.

The case is called *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917.  The people and businesses that sued are called the Plaintiffs, and the companies they sued are called the Defendants.

### 2. What is a Cathode Ray Tube ("CRT")?

Cathode Ray Tubes ("CRTs") are a display technology that was widely used in televisions and computer monitors.  Before LCD, Plasma and LED display technologies became popular, CRTs were the main technology used in displays.  There are two main types of CRTs: Color Display Tubes ("CDTs" or "Monitor Tubes"), which were used to manufacture computer monitors, and Color Picture Tubes ("CPTs" or "TV Tubes"), which were used to manufacture televisions.  This is what a CRT looks like:



### 3. What is a CRT Product?

For the purposes of the lawsuit and the Settlement, CRT Products means Cathode Ray Tubes (color display tubes, color picture tubes and monochrome display tubes) and products containing Cathode Ray Tubes, such as televisions and computer monitors.  This is what a CRT Product looks like:

**CRT Monitor:**



**CRT Television:**



| 4. What is the lawsuit about? |
| --- |

The lawsuit claims that the Defendants fixed the prices of CRTs from March 1, 1995 to November 25, 2007, which resulted in overcharges to people and businesses that bought CRTs and products containing CRTs, such as televisions and computer monitors.  The Defendants deny these claims.  The Court has not decided who is right.

On March 22, 2012, the Court approved a Settlement totaling $10,000,000 with Defendant Chunghwa. Plaintiffs have since entered into other settlements with other Defendants but resellers are not included in those settlements.

4

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

### 5. What is a class action?

In a class action, one or more persons or businesses called class representatives sue on behalf of a group or a "class" of others with similar claims. If the Court determines that a case should proceed as a class action, everyone's claims can be combined into a single proceeding, creating efficiencies for the parties and the courts. In a class action, the court resolves the issues for all class members except those who exclude themselves from the Class.

## WHO IS INCLUDED IN THE LAWSUIT?

### 6. Who are the Defendant companies?

The Defendants are manufacturers and/or sellers of CRTs.

**The Defendant companies are:**

- Chunghwa Picture Tubes Ltd.; Chunghwa Picture Tubes (Malaysia) SDN. BHD ("Chunghwa");

- LG Electronics Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd. ("LG");

- Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) ("Philips");

- Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; and an affiliate of Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (collectively "Panasonic");

- Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; Hitachi America, Ltd. ("Hitachi");

- Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. ("Toshiba");

- Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co., Ltd; Samsung SDI Malaysia Sdn. Bhd; Samsung SDI Mexico S.A. de C.V. ("Samsung SDI");

- Thomson SA n/k/a Technicolor SA and Thomson Consumer Electronics, Inc.; and

- Technologies Displays Americas, LLC.

There are several other manufacturers and sellers of CRTs that Plaintiffs allege were a part of the alleged conspiracy but who are not currently defendants or have not appeared in the litigation. The names of these companies are:

- LG.Philips Displays, a/k/a LP Displays International, Ltd.;

- IRICO Group Corporation; IRICO Display Devices Co., Ltd.; and IRICO Group Electronics Co., Ltd.;

- Thai CRT Company, Ltd.;

- Samtel Color, Ltd.;

5

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

- Orion Electric Company, Ltd.;
- Videocon Industries, Ltd.; and
- Mitsubishi Electric Corporation; Mitsubishi Electric & Electronics USA, Inc.; and Mitsubishi Digital Electronics Americas, Inc.

### 7. How do I know if I am in the Settlement Class?

The Settlement Class includes any person or business that indirectly purchased in the U.S., from March 1, 1995 through November 25, 2007, any CRT Product made by the Defendants.  Both consumers and resellers are included in the Settlement Class.  However, only resellers who indirectly purchased CRT Products in one of the 22 states listed on page 1 of this Notice are eligible to file a claim now.  Consumer class members are participating in a separate claims process.  Thus, this notice is directed only to resellers.  You are a "reseller" if you indirectly purchased CRT Products for the purpose of reselling them to others.  Examples of resellers include, but are not limited to, electronics stores and wholesalers.

**Exclusions:**

- Specifically excluded from the Settlement Class are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and, any affiliate, legal representative, heir or assign of any Defendant.
- Also excluded are named co-conspirators, any federal, state or local government entities, any judicial officer presiding over this action and members of his/her immediate family and judicial staff, and any juror assigned to this action.
- Claims under the Washington Unfair Business Practices and Consumer Protection Act are also excluded.
- Sony Corporation is not a defendant and purchases of Sony® branded CRT Products are excluded from the Settlements.

The specific class definition is available at **www.CRTclaims.com/reseller.**

### 8. Why does the Settlement exclude claims under the Washington Unfair Business Practices and Consumer Protection Act?

Based on a motion by the Washington Attorney General, the Court in this case determined that the Settlement may not release claims under the Washington Unfair Business Practices and Consumer Protection Act because only the Washington Attorney General may release those claims.

### THE SETTLEMENT'S BENEFITS

### 9. What does the Settlement provide?

Pursuant to the Settlement Agreement, Defendant Chunghwa paid $10,000,000 in cash into an escrow account, where it has been gathering interest for the benefit of the Class.  Chunghwa also provided information about the case, including other Defendants' involvement in the conspiracy, to Class Counsel.  The Settlement Agreement also provided that part of the Settlement Fund may be used to pay expenses incurred in the litigation and attorneys' fees.

The Settlement Agreement and the papers filed in support of the Settlement are available for review and download at **www.CRTclaims.com/reseller**, or you can request copies by calling 1-800-649-8153.

### 10. What is the Net Settlement Fund?

The Net Settlement Fund is the amount available for distribution to claimants after the deduction of attorneys' fees, litigation expenses, incentive awards to class representatives, and the costs of notice and claims administration.  Any such awards are subject to Court approval.  Class Counsel has requested $2.5 million in attorneys' fees and reimbursement of $632,369 in litigation expenses from the Chunghwa Settlement Fund.  The costs of providing notice, claims administration and future litigation expenses are currently unknown.

Class Counsel's request for attorneys' fees and reimbursement of litigation expenses is available on the website at **www.CRTclaims.com/reseller**, or you can request copies by calling 1-800-649-8153.

| **11. How much money can I get?** |
| --- |

As part of the settlement approval in March 2012, the Court approved a partial plan of distribution of the Settlement Funds.  Pursuant to this plan, the Net Settlement Fund will first be allocated amongst the 22 states listed on page 1 of this Notice plus Illinois and Oregon, so that each state receives its pro rata share.  Each state's pro rata share shall be determined by computing its population as a percentage of the total population of all 24 states using census figures from the year 2000.   The Attorneys General of Illinois and Oregon will be allocated 8.59% and 2.37% of the Net Settlement Fund, respectively.   These Attorneys General will distribute these monies to residents of Illinois and Oregon.  This leaves the remainder for distribution to claimants in the other 22 states.

Each of the 22 states' pro rata share will be divided 50-50 between resellers and consumers, and then distributed to reseller and consumer claimants on a pro rata basis.  This means that payment amounts will be based on the number of valid claims filed, as well as on the number and type of CRT Product(s) purchased: Standard CRT Television (screen size of less than 30 inches); Large CRT Television (screen size of 30 inches or larger); or CRT Computer Monitor.  Based on data obtained during the course of the litigation, claims for different types of CRT Products will be weighted as follows:

- Claims for purchases of Standard CRT Televisions will be weighted as 1;
- Claims for purchases of Large CRT Televisions will be weighted as 4.3; and
- Claims for purchases of CRT Computer Monitors will be weighted as 3.

At this time, it is unknown how much money each claimant will recover.  The maximum payment will be three times the estimated overcharge for each claimant.  In the event that reseller claimants do not exhaust a particular state's reseller fund, the residue will be distributed pro rata to existing end-user claimants from that state.

**Note: If you previously filed a claim for CRT Products that you purchased as an end user and not for resale, you are still eligible to file as a reseller if you purchased additional CRT Products for resale purposes.**

More details about the anticipated distribution of the Settlement Fund, including each state's percentage allocation, are available in the papers filed with the Court regarding the plan of distribution, which are available on the settlement website, **www.CRTclaims.com/reseller**.  In order to receive a payment for CRT Products that you purchased for resale to others, you need to file a valid claim (see Question 13).  The Claim Form provides additional details on how to submit a claim.  Further information is available at **www.CRTclaims.com/reseller** or by calling 1-800-649-8153.

**Deleted:** The Court has approved the payment of $632,369 in expenses from the Chunghwa Settlement Fund, and $2.5 million in attorneys' fees to Class Counsel.  Thus, the Net Settlement Fund available for distribution is $6,867,631 plus interest.

**Deleted:** ($589,947 and $162,768

**Deleted:** )

**Deleted:** $6,115,116

**Deleted:** of the $6,115,116

**12. When will I get a payment?**

Payments will be distributed after the Court grants final approval to the p r o p o s e d Plan of Distribution and after any appeals are resolved. If the Court approves the Plan of Distribution, there may be appeals. We don't know how much time it could take to resolve any appeals that may be filed.

## HOW TO GET A PAYMENT

**13. How can I get a payment?**

If you are a reseller that indirectly purchased CRT Products in one of the 22 states listed on page 1 of this Notice and you want to make a claim from the N e t Settlement Fund for CRT Products that you purchased for purposes of resale, you must complete and submit a Claim Form. We urge you to submit a claim online at **www.CRTclaims.com/reseller.** If you choose not file online, you can submit a claim by mail.

The Claim Form can be found and completed or downloaded at **www.CRTclaims.com/reseller**, or you can obtain a copy by calling, toll free, 1-800-649-8153. If you choose to submit your claim online, you must do so on or before **November 29, 2016**. If you choose to submit a Claim Form by mail, it must be postmarked by **November 29, 2016**, and mailed to:

> CRT Claims
> c/o The Notice Company
> P.O. Box 778
> Hingham, MA 02043

Deleted: xxxxx

Deleted: xxxxx

## THE LAWYERS REPRESENTING YOU

**14. Do I have a lawyer representing me?**

The Court has appointed Trump, Alioto, Trump & Prescott LLP, 2280 Union Street, San Francisco, CA 94123, to represent you as "Class Counsel" for the Settlement Class. You do not have to pay Class Counsel separately. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

## RIGHT TO EXCLUDE YOURSELF OR OBJECT TO THE SETTLEMENT

**15. Who has a right to exclude themselves or object to the Settlement?**

A Notice regarding the Chunghwa Settlement was previously published and distributed in connection with the 2012 approval hearing. Members of the Chunghwa Settlement Class were notified of the Chunghwa Settlement and their right to exclude themselves or object to the Settlement before it was finally approved by the Court in 2012. Those who did not exclude themselves from the Chunghwa Settlement at that time are now bound by its terms. The time has passed to exclude yourself or to object to the Chunghwa Settlement. However, you may object to the proposed plan of distribution. See Question 16 below.

8

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

**OBJECTING TO OR COMMENTING ON THE PLAN OF DISTRIBUTION**

| **16. How do I object to or comment on the Plan of Distribution?** |
| --- |

You may object to or comment in writing on the proposed 50-50 allocation between resellers and consumers.  The written objection needs to include the following information:

- Your name, address, telephone number, and if you are being assisted by a lawyer, their name, address and telephone number;
- The case name and number (In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917);
- Proof of membership in the class;
- A brief explanation of your reasons for objecting; and
- Your signature.

The objection must be submitted to the Court either by mailing it to the Class Action Clerk at the address below, or by filing it in person at any location of the United States District Court for the Northern District of California. **The objection must be filed with the Court or postmarked on or before September 30, 2016:**

| **Deleted: xxxxx** |
| --- |

| **COURT** |
| --- |
| Class Action Clerk<br>United States District Court for the<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

## THE FAIRNESS HEARING

The Court previously approved the Chunghwa Settlement.  The Court will hold a Fairness Hearing to consider the Plan of Distribution of the Chunghwa Net Settlement Fund at **9:30 a.m.** on **November 14, 2016,** at the United States District Court for the Northern District of California, Courtroom Nine, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.   The hearing may be moved to a different date or time without additional notice, so you should check the website **www.CRTclaims.com/reseller** for current information.

At this hearing the Court will consider whether each of the Plan of Distribution is fair, reasonable and adequate.  If there are objections or comments, the Court will consider them at this time.  After the hearing, the Court will decide whether to approve the Plan of Distribution.  We do not know how long this decision will take.

| **17. Do I have to come to the hearing?** |
| --- |

No.  Class Counsel will answer any questions the Court may have.   But you are welcome to come at your own expense.  If you file an objection or comment, you don't have to come to Court to talk about it. As long as you filed your written objection on time, your objection will be presented to the Court for its consideration. You may also pay another lawyer to attend on your behalf, but it's not required.

**18. May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must file a "Notice of Intent to Appear in In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917."  Be sure to include your name, address, telephone number and your signature.  Your Notice of Intent to Appear must be submitted to the Court either by mailing it to the Class Action Clerk at the address in Question 16, or by filing it in person at any location of the United States District Court for the Northern District of California no later than **September 30, 2016**.  You cannot speak at the hearing if you excluded yourself from the Settlement Class.

## GET MORE INFORMATION

**19. Where can I get more information?**

This Notice summarizes the Chunghwa Settlement and the Plan of Distribution of the Chunghwa Net Settlement Fund.  For the precise terms and conditions of the Chunghwa Settlement, please see the Settlement Agreement available at **www.CRTclaims.com/reseller**. Additional information regarding the proposed Plan of Distribution is also available on the website.  You can also get more information about the Chunghwa Settlement by:

- Calling 1-800-649-8153;
- Writing to CRT Settlements, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043;
- Accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov; or
- Visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**ALL INQUIRIES CONCERNING THIS NOTICE SHOULD BE MADE TO THE SETTLEMENT ADMINISTRATOR BY CALLING 1-800-649-8153, OR BY WRITING TO: CRT QUESTIONS c/o THE NOTICE COMPANY, P. O. BOX 778, HINGHAM, MA 020431.**

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

<u>U.S. District Court for the Northern District of California</u>

# If You Bought a Cathode Ray Tube (CRT) or a TV or Computer Monitor That Contained a CRT for Resale
## *You Could Get Money from a $10,000,000 Settlement.*
### A Federal Court authorized this notice.  This is not a solicitation from a lawyer.

- <u>Please read this notice carefully.  Your legal rights may be affected whether or not you act.</u>
- This litigation involves alleged overcharges on the price of  Cathode Ray Tube ("**CRT**") Products purchased indirectly from the  Defendants. "CRT Products" include CRTs and products containing CRTs, such as televisions and computer monitors.  "Indirectly" means that you did not purchase the CRT Product directly from any Defendant.
- On March 22, 2012, the Court finally approved a $10 million cash settlement with Defendant Chunghwa Picture Tubes, Ltd., and entered a Final Judgment against Chunghwa.
- The Settlement Class approved by the Court included all indirect purchasers of CRTs and CRT Products nationwide, and released all claims by these indirect purchasers against Chunghwa relating to the allegations in the Complaint.
- There are two types of indirect purchasers: "resellers" and "end users."  Resellers indirectly purchased CRT Products for the purpose of reselling them to someone else.  End users indirectly purchased CRT Products for their own use and not for resale.
- Consumer members of the Chunghwa Settlement Class have already filed claims against the Chunghwa Settlement Fund.  Now resellers may also file claims.
- You can make a claim for money if you are an electronics store, retailer, wholesaler or other reseller that indirectly purchased CRT Products in Arizona, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia or Wisconsin (collectively, the "states") for resale (the "Statewide Damages Classes"). The purchase must have been made in one of these 22 states.  But you do not have to be a resident of one of these states.
- Sony Corporation is **not** a defendant and is **not** alleged to have participated in the alleged CRT conspiracy.  Purchases of Sony® branded CRT Products are **not** eligible to be included in claims filed under these Settlements.

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | |
|---|---|
| **SUBMIT A CLAIM BY November 29, 2016** | This is the only way for Resellers to receive a payment.  *See* Question 13. |
| **OBJECT BY September 30, 2016** | The Chunghwa Settlement received final approval from the Court in 2012.  At this time, Class members may only object to the proposed allocation of the Settlement Fund between reseller and consumer class members.  Any objections must be filed with the Court (and a copy mailed to the Settlement Administrator). |
| **GO TO THE HEARING ON November 14, 2016 at 9:30 a.m.** | Ask to speak in Court about the Plan of Distribution. *See* Questions 17 and 18. |
| **DO NOTHING** | Resellers who do nothing will not receive a payment from the Settlement and will give up their rights to object to the Plan of Distribution. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION**.............................................................................................................................Page 3
1. What is this Notice about?
2. What is a Cathode Ray Tube ("CRT")?
3. What is a CRT Product?
4. What is the lawsuit about?
5. What is a class action?

**WHO IS INCLUDED**.................................................................................................................................Page 5
6. Who are the Defendant companies?
7. How do I know if I am in the Settlement Class?
8. Why does the Settlement exclude claims under the Washington Unfair Business Practices and Consumer Protection Act?

**THE SETTLEMENT'S BENEFITS** ..............................................................................................................Page 6
9. What does the Settlement provide?
10. What is the Net Settlement Fund?
11. How much money can I get?
12. When will I get a payment?

**HOW TO GET A PAYMENT**.....................................................................................................................Page 8
13. How can I get a payment?

**THE LAWYERS REPRESENTING YOU** ....................................................................................................Page 8
14. Do I have a lawyer representing me?

**RIGHT TO EXCLUDE YOURSELF OR OBJECT TO THE SETTLEMENT**.......................................................Page 8
15. Who has the right to exclude themselves or object to the Settlement?

**OBJECTING OR COMMENTING ON THE PLAN OF DISTRIBUTION**.........................................................Page 9
16. How do I object or comment on the Plan of Distribution?

**THE FAIRNESS HEARING** .....................................................................................................................Page 9
17. When and where will the Court consider the Plan of Distribution?
18. Do I have to come to the hearing?
19. May I speak at the hearing?

**GET MORE INFORMATION**...................................................................................................................Page 10
20. Where can I get more information?

## BASIC INFORMATION

**1. What is this Notice about?**

This Notice is to inform resellers about their right to claim a share of the Chunghwa Settlement Fund and to explain the Plan of Distribution for the net Settlement Fund.  The Settlement was finally approved by the United States District Court for the Northern District of California on March 22, 2012.  Unless you excluded yourself before February 1, 2012 you are a member of the Settlement Class.  At this time, resellers have a limited right to object to the Plan of Distribution of this Settlement Fund.

The case is called *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917.  The people and businesses that sued are called  the Plaintiffs, and the companies they sued are called the Defendants.

**2. What is a Cathode Ray Tube ("CRT")?**

Cathode Ray Tubes ("CRTs") are a display technology that was widely used in televisions and computer monitors.  Before LCD, Plasma and LED display technologies became popular, CRTs were the main technology used in displays.  There are two main types of CRTs: Color Display Tubes ("CDTs" or "Monitor Tubes"), which were used to manufacture computer monitors, and Color Picture Tubes ("CPTs" or "TV Tubes"), which were used to manufacture televisions.  This is what a CRT looks like:



**3. What is a CRT Product?**

For the purposes of the lawsuit and the Settlement, CRT Products means Cathode Ray Tubes (color display tubes, color picture tubes and monochrome display tubes) and products containing Cathode Ray Tubes, such as televisions and computer monitors.  This is what a CRT Product looks like:

**CRT Monitor:**



**CRT Television:**



| 4. What is the lawsuit about? |
|---|

The lawsuit claims that the Defendants fixed the prices of CRTs from March 1, 1995 to November 25, 2007, which resulted in overcharges to people and businesses that bought CRTs and products containing CRTs, such as televisions and computer monitors.  The Defendants deny these claims.  The Court has not decided who is right.

On March 22, 2012, the Court approved a Settlement totaling $10,000,000 with Defendant Chunghwa. Plaintiffs have since entered into other settlements with other Defendants but resellers are not included in those settlements.

---

**5. What is a class action?**

---

In a class action, one or more persons or businesses called class representatives sue on behalf of a group or a "class" of others with similar claims.  If the Court determines that a case should proceed as a class action, everyone's claims can be combined into a single proceeding, creating efficiencies for the parties and the courts.  In a class action, the court resolves the issues for all class members except those who exclude themselves from the Class.

## WHO IS INCLUDED IN THE LAWSUIT?

---

**6. Who are the Defendant companies?**

---

The Defendants are manufacturers and/or sellers of CRTs.

**The Defendant companies are:**

- Chunghwa Picture Tubes Ltd.; Chunghwa Picture Tubes (Malaysia) SDN. BHD ("Chunghwa");

- LG Electronics Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd. ("LG");

- Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.); Philips Electronics North America Corporation; Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.); Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) ("Philips");

- Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; and an affiliate of Panasonic Corporation, Beijing Matsushita Color CRT Co., Ltd. (collectively "Panasonic");

- Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display Inc.); Hitachi Electronic Devices (USA), Inc.; Hitachi Asia, Ltd.; Hitachi America, Ltd. ("Hitachi");

- Toshiba Corporation; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc. ("Toshiba");

- Samsung SDI Co. Ltd; Samsung SDI America, Inc.; Samsung SDI Brasil, Ltda.; Tianjin Samsung SDI Co., Ltd.; Shenzhen Samsung SDI Co, Ltd; Samsung SDI Malaysia Sdn. Bhd; Samsung SDI Mexico S.A. de C.V. ("Samsung SDI");

- Thomson SA n/k/a Technicolor SA and Thomson Consumer Electronics, Inc.; and

- Technologies Displays Americas, LLC.

There are several other manufacturers and sellers of CRTs that Plaintiffs allege were a part of the alleged conspiracy but who are not currently defendants or have not appeared in the litigation.  The names of these companies are:

- LG.Philips Displays, a/k/a LP Displays International, Ltd.;

- IRICO Group Corporation; IRICO Display Devices Co., Ltd.; and IRICO Group Electronics Co., Ltd.;

- Thai CRT Company, Ltd.;

- Samtel Color, Ltd.;

- Orion Electric Company, Ltd.;
- Videocon Industries, Ltd.; and
- Mitsubishi Electric Corporation; Mitsubishi Electric & Electronics USA, Inc.; and Mitsubishi Digital Electronics Americas, Inc.

### 7. How do I know if I am in the Settlement Class?

The Settlement Class includes any person or business that indirectly purchased in the U.S., from March 1, 1995 through November 25, 2007, any CRT Product made by the Defendants.  Both consumers and resellers are included in the Settlement Class.  However, only resellers who indirectly purchased CRT Products in one of the 22 states listed on page 1 of this Notice are eligible to file a claim now.  Consumer class members are participating in a separate claims process.  Thus, this notice is directed only to resellers.  You are a "reseller" if you indirectly purchased CRT Products for the purpose of reselling them to others.  Examples of resellers include, but are not limited to, electronics stores and wholesalers.

**Exclusions:**

- Specifically excluded from the Settlement Class are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and, any affiliate, legal representative, heir or assign of any Defendant.
- Also excluded are named co-conspirators, any federal, state or local government entities, any judicial officer presiding over this action and members of his/her immediate family and judicial staff, and any juror assigned to this action.
- Claims under the Washington Unfair Business Practices and Consumer Protection Act are also excluded.
- Sony Corporation is not a defendant and purchases of Sony® branded CRT Products are excluded from the Settlements.

The specific class definition is available at **www.CRTclaims.com/reseller.**

### 8. Why does the Settlement exclude claims under the Washington Unfair Business Practices and Consumer Protection Act?

Based on a motion by the Washington Attorney General, the Court in this case determined that the Settlement may not release claims under the Washington Unfair Business Practices and Consumer Protection Act because only the Washington Attorney General may release those claims.

### THE SETTLEMENT'S BENEFITS

### 9. What does the Settlement provide?

Pursuant to the Settlement Agreement, Defendant Chunghwa paid $10,000,000 in cash into an escrow account, where it has been gathering interest for the benefit of the Class.  Chunghwa also provided information about the case, including other Defendants' involvement in the conspiracy, to Class Counsel.  The Settlement Agreement also provided that part of the Settlement Fund may be used to pay expenses incurred in the litigation and attorneys' fees.

The Settlement Agreement and the papers filed in support of the Settlement are available for review and download at **www.CRTclaims.com/reseller**, or you can request copies by calling 1-800-649-8153.

6

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

### 10. What is the Net Settlement Fund?

The Net Settlement Fund is the amount available for distribution to claimants after the deduction of attorneys' fees, litigation expenses, incentive awards to class representatives, and the costs of notice and claims administration. Any such awards are subject to Court approval. Class Counsel has requested $2.5 million in attorneys' fees and reimbursement of $632,369 in litigation expenses from the Chunghwa Settlement Fund. The costs of providing notice, claims administration and future litigation expenses are currently unknown.

Class Counsel's request for attorneys' fees and reimbursement of litigation expenses is available on the website at **www.CRTclaims.com/reseller**, or you can request copies by calling 1-800-649-8153.

### 11. How much money can I get?

As part of the settlement approval in March 2012, the Court approved a partial plan of distribution of the Settlement Funds. Pursuant to this plan, the Net Settlement Fund will first be allocated amongst the 22 states listed on page 1 of this Notice plus Illinois and Oregon, so that each state receives its pro rata share. Each state's pro rata share shall be determined by computing its population as a percentage of the total population of all 24 states using census figures from the year 2000. The Attorneys General of Illinois and Oregon will be allocated 8.59% and 2.37% of the Net Settlement Fund, respectively. These Attorneys General will distribute these monies to residents of Illinois and Oregon. This leaves the remainder for distribution to claimants in the other 22 states.

Each of the 22 states' pro rata share will be divided 50-50 between resellers and consumers, and then distributed to reseller and consumer claimants on a pro rata basis. This means that payment amounts will be based on the number of valid claims filed, as well as on the number and type of CRT Product(s) purchased: Standard CRT Television (screen size of less than 30 inches); Large CRT Television (screen size of 30 inches or larger); or CRT Computer Monitor. Based on data obtained during the course of the litigation, claims for different types of CRT Products will be weighted as follows:

- Claims for purchases of Standard CRT Televisions will be weighted as 1;
- Claims for purchases of Large CRT Televisions will be weighted as 4.3; and
- Claims for purchases of CRT Computer Monitors will be weighted as 3.

At this time, it is unknown how much money each claimant will recover. The maximum payment will be three times the estimated overcharge for each claimant. In the event that reseller claimants do not exhaust a particular state's reseller fund, the residue will be distributed pro rata to existing end-user claimants from that state.

**Note: If you previously filed a claim for CRT Products that you purchased as an end user and not for resale, you are still eligible to file as a reseller if you purchased additional CRT Products for resale purposes.**

More details about the anticipated distribution of the Settlement Fund, including each state's percentage allocation, are available in the papers filed with the Court regarding the plan of distribution, which are available on the settlement website, **www.CRTclaims.com/reseller**. In order to receive a payment for CRT Products that you purchased for resale to others, you need to file a valid claim (see Question 13). The Claim Form provides additional details on how to submit a claim. Further information is available at **www.CRTclaims.com/reseller** or by calling 1-800-649-8153.

7

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR

| 12. When will I get a payment? |
| --- |

Payments will be distributed after the Court grants final approval to the p r o p o s e d  Plan of Distribution and after any appeals are resolved.  If the Court approves the Plan of Distribution,  there may be appeals. We don't know how much time it could take to resolve any appeals that may be filed.

## HOW TO GET A PAYMENT

| 13. How can I get a payment? |
| --- |

If you are a reseller that indirectly purchased CRT Products in one of the 22 states listed on page 1 of this Notice and you want to make a claim from the N e t  Settlement Fund for CRT Products that you purchased for purposes of resale, you must complete and submit a Claim Form. We urge you to submit a claim online at **www.CRTclaims.com/reseller.** If you choose not file online,  you can submit a claim by mail.

The Claim Form can be found and completed or downloaded at **www.CRTclaims.com/reseller**,  or you can obtain a copy by calling, toll free, 1-800-649-8153. If you choose to submit your claim online, you must do so on or before **November 29, 2016**. If you choose to submit a Claim Form by mail, it must be postmarked by **November 29, 2016**, and  mailed to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

### THE LAWYERS REPRESENTING YOU

| 14. Do I have a lawyer representing me? |
| --- |

The Court has appointed Trump, Alioto, Trump & Prescott LLP, 2280 Union Street, San Francisco, CA 94123, to represent you as "Class Counsel" for the Settlement Class.   You do not have to pay Class Counsel separately.  If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

## RIGHT TO EXCLUDE YOURSELF OR OBJECT TO THE SETTLEMENT

| 15. Who has a right to exclude themselves or object to the Settlement? |
| --- |

A Notice regarding the Chunghwa Settlement was previously published and distributed in connection with the 2012 approval hearing.  Members of the Chunghwa Settlement Class were notified of the Chunghwa Settlement and their right to exclude themselves or object to the Settlement before it was finally approved by the Court in 2012.  Those who did not exclude themselves from the Chunghwa Settlement at that time are now bound by its terms.  The time has passed to exclude yourself or to object to the Chunghwa Settlement.  However, you may object to the proposed plan of distribution. See Question 16 below.

**OBJECTING TO OR COMMENTING ON THE PLAN OF DISTRIBUTION**

| **16. How do I object to or comment on the Plan of Distribution?** |
| --- |

You may object to or comment in writing on the proposed 50-50 allocation between resellers and consumers. The written objection needs to include the following information:

- Your name, address, telephone number, and if you are being assisted by a lawyer, their name, address and telephone number;
- The case name and number (In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917);
- Proof of membership in the class;
- A brief explanation of your reasons for objecting; and
- Your signature.

The objection must be submitted to the Court either by mailing it to the Class Action Clerk at the address below, or by filing it in person at any location of the United States District Court for the Northern District of California. **The objection must be filed with the Court or postmarked on or before September 30, 2016:**

| **COURT** |
| --- |
| Class Action Clerk<br>United States District Court for the<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

# THE FAIRNESS HEARING

The Court previously approved the Chunghwa Settlement. The Court will hold a Fairness Hearing to consider the Plan of Distribution of the Chunghwa Net Settlement Fund at **9:30 a.m.** on **November 14, 2016**, at the United States District Court for the Northern District of California, Courtroom Nine, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The hearing may be moved to a different date or time without additional notice, so you should check the website **www.CRTclaims.com/reseller** for current information.

At this hearing the Court will consider whether each of the Plan of Distribution is fair, reasonable and adequate. If there are objections or comments, the Court will consider them at this time. After the hearing, the Court will decide whether to approve the Plan of Distribution. We do not know how long this decision will take.

| **17. Do I have to come to the hearing?** |
| --- |

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you file an objection or comment, you don't have to come to Court to talk about it. As long as you filed your written objection on time, your objection will be presented to the Court for its consideration. You may also pay another lawyer to attend on your behalf, but it's not required.

**18. May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must file a "Notice of Intent to Appear in In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917."  Be sure to include your name, address, telephone number and your signature.  Your Notice of Intent to Appear must be submitted to the Court either by mailing it to the Class Action Clerk at the address in Question 16, or by filing it in person at any location of the United States District Court for the Northern District of California no later than **September 30, 2016**.  You cannot speak at the hearing if you excluded yourself from the Settlement Class.

## GET MORE INFORMATION

**19. Where can I get more information?**

This Notice summarizes the Chunghwa Settlement and the Plan of Distribution of the Chunghwa Net Settlement Fund.  For the precise terms and conditions of the Chunghwa Settlement, please see the Settlement Agreement available at **www.CRTclaims.com/reseller**. Additional information regarding the proposed Plan of Distribution is also available on the website.  You can also get more information about the Chunghwa Settlement by:

- Calling 1-800-649-8153;
- Writing to CRT Settlements, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043;
- Accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov; or
- Visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**ALL INQUIRIES CONCERNING THIS NOTICE SHOULD BE MADE TO THE SETTLEMENT ADMINISTRATOR BY CALLING 1-800-649-8153, OR BY WRITING TO: CRT QUESTIONS c/o THE NOTICE COMPANY, P. O. BOX 778, HINGHAM, MA 020431.**

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

10

VISIT www.CRTclaims.com/reseller OR CALL TOLL FREE 1-800-649-8153
PARA UNA NOTIFICACIÓN EN ESPAÑOL, VISITAR NUESTRO WEBSITE O LLAMAR