# EXHIBIT 3

Important Legal Notice for Resellers of CRT Products



You May be Eligible to Submit a Claim in a Class Action Settlement.

CRT Claims
c/o The Notice Company
P. O. Box 778
Hingham, MA 02043

Electronics stores, retailers, wholesalers and other resellers are eligible to a submit a claim in connection with their purchases, for resale, of Televisions, Computer Monitors or other products containing Cathode Ray Tubes ("CRTs").

| | |
|---|---|
| If, for purposes of resale, you indirectly purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, you are eligible to receive money from a $10 million settlement, less attorneys' fees and expenses. The payment you receive will depend on the type and quantity of CRT Products you purchased, the total number of eligible reseller claims made in your respective state, and the allocation between reseller and end-user class members. | ➢ A Class Action Settlement was approved in 2012 involving CRTs, a display device that was a main component in TVs, computer monitors and other devices.<br>➢ You may submit a claim online or by mail no later than **November 29, 2016**.<br>➢ You or your attorney may object to the proposed payment allocation between resellers and end-users by **September 30, 2016**. The decisions of the Court will be binding on all class members. |

For complete information, to obtain the Detailed Notice, or to file a Claim, go to

**www.CRTclaims.com/reseller**

You may contact the Claims Administrator at 1-800-649-8153 or by writing to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

Para una notificacion en Espanol, llamar o visitar nuestro website.

---

Deleted: 6,867,831
Deleted: net
Deleted: fund

Important Legal Notice for Resellers of CRT Products

CRT Claims
c/o The Notice Company
P. O. Box 778
Hingham, MA 02043



You May be Eligible to Submit a Claim in a Class Action Settlement.

Electronics stores, retailers, wholesalers and other resellers are eligible to a submit a claim in connection with their purchases, for resale, of Televisions, Computer Monitors or other products containing Cathode Ray Tubes ("CRTs").

| If, for purposes of resale, you indirectly purchased CRT Products between March 1, 1995, and November 25, 2007 in AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NV, NM, NY, NC, ND, SD, TN, VT, WV, WI, or the District of Columbia, you are eligible to receive money from a $10 million settlement, less attorneys' fees and expenses.  The payment you receive will depend on the type and quantity of CRT Products you purchased, the total number of eligible reseller claims made in your respective state, and the allocation between reseller and end-user class members. | ➢ A Class Action Settlement was approved in 2012 involving CRTs, a display device that was a main component in TVs, computer monitors and other devices.<br>➢ You may submit a claim online or by mail no later than **November 29, 2016**.<br>➢ You or your attorney may object to the proposed payment allocation between resellers and end-users by **September 30, 2016**. The decisions of the Court will be binding on all class members. |
|---|---|

For complete information, to obtain the Detailed Notice, or to file a Claim, go to
**www.CRTclaims.com/reseller**
You may contact the Claims Administrator at 1-800-649-8153 or by writing to:

CRT Claims
c/o The Notice Company
P.O. Box 778
Hingham, MA 02043

Para una notificacion en Espanol, llamar o visitar nuestro website.