# EXHIBIT 4

To:     CRT Claimants – End Users
From:   admin@CRTclaims.com
Re:     Update on CRT Claims

We are pleased to inform you that the claims process is moving forward in the CRT indirect purchaser settlement. Please be sure to check the settlement website for updates: **www.CRTclaims.com**.

We are also advising you of a proposed reallocation of a small portion of the $576.75 Settlement Fund. This reallocation will only affect $10 million of the $576.75 million Settlement Fund and will be distributed in satisfaction of the terms of a prior Settlement with one of the CRT defendants, Chunghwa Picture Tubes, which was given final approval in 2012. The Attorneys General of Illinois and Oregon will be allocated 8.59% and 2.37%, respectively, from the Chunghwa settlement fund. The balance of the fund will be allocated pro rata to the District of Columbia and the following 21 states (AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NM, NY, NV, NC, ND, SD, TN, VT, WV, WI ) according to a population-based formula approved by the Court. Resellers will be eligible to claim against up to 50% of a state's fund. The remaining balance of the states' funds will be allocated to end users.

As an end-user claimant, you have already filed a claim for your share of the CRT Settlement Fund. **End users should not re-file their claims to participate in the Chunghwa settlement**. For all qualifying claimants, the Claims Administrator will automatically include the end-user portion of the Chunghwa settlement amount in the distribution of payments to end-users. Please note that the Court has not yet decided whether claims filed after the December 7, 2015 deadline will be paid.

**However, if you also purchased CRTs for resale to others, then you may qualify to submit an additional claim as a Reseller.** The Reseller Claim Form is available at **www.CRTclaims.com/reseller** and may be submitted no later than **November 29**, **2016**.

If you have an objection to the proposed payment allocation involving the Chunghwa settlement, you or your attorney may file a written objection with the Court and with the lawyers in this case by no later than **September 30**, **2016**. Instructions for filing an objection are available at **www.CRTclaims.com/objections**.

For further information, including a detailed explanation of the proposed allocation of funds for the Chunghwa settlement, and specific instructions for filing objections or submitting reseller claims, go to **www.CRTclaims.com**. You may also call 1-800-649-8153 or write to CRT Claims c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

Please do not telephone the Court or the Court Clerk's office to inquire about this settlement or the claim process.

Margin comments:
- Deleted: 6,867,831
- Deleted: $589,930
- Deleted: $162,763
- Deleted: ,
- Deleted: $6,114,938,
- Deleted: Month xx
- Deleted: $6,867,831
- Deleted: net
- Deleted: fund
- Deleted: Month xx

To:     CRT Claimants – End Users
From:  admin@CRTclaims.com
Re:     Update on CRT Claims

We are pleased to inform you that the claims process is moving forward in the CRT indirect purchaser settlement.  Please be sure to check the settlement website for updates: **www.CRTclaims.com**.

We are also advising you of a proposed reallocation of a small portion of the $576.75 Settlement Fund.  This reallocation will only affect $10 million of the $576.75 million Settlement Fund and will be distributed in satisfaction of the terms of a prior Settlement with one of the CRT defendants, Chunghwa Picture Tubes, which was given final approval in 2012.  The Attorneys General of Illinois and Oregon will be allocated 8.59% and 2.37%, respectively, from the Chunghwa settlement fund.  The balance of the fund will be allocated pro rata to the District of Columbia and the following 21 states (AZ, CA, FL, HI, IA, KS, ME, MI, MN, MS, NE, NM, NY, NV, NC, ND, SD, TN, VT, WV, WI ) according to a population-based formula approved by the Court.  Resellers will be eligible to claim against up to 50% of a state's fund. The remaining balance of the states' funds will be allocated to end users.

As an end-user claimant, you have already filed a claim for your share of the CRT Settlement Fund.  **End users should not re-file their claims to participate in the Chunghwa settlement**.  For all qualifying claimants, the Claims Administrator will automatically include the end-user portion of the Chunghwa settlement amount in the distribution of payments to end-users.  Please note that the Court has not yet decided whether claims filed after the December 7, 2015 deadline will be paid.

**However, if you also purchased CRTs for resale to others, then you may qualify to submit an additional claim as a Reseller.**  The Reseller Claim Form is available at **www.CRTclaims.com/reseller** and may be submitted no later than **November 29, 2016**.

If you have an objection to the proposed payment allocation involving the Chunghwa settlement, you or your attorney may file a written objection with the Court and with the lawyers in this case by no later than **September 30, 2016**. Instructions for filing an objection are available at **www.CRTclaims.com/objections**.

For further information, including a detailed explanation of the proposed allocation of funds for the Chunghwa settlement, and specific instructions for filing objections or submitting reseller claims, go to **www.CRTclaims.com**. You may also call 1-800-649-8153 or write to CRT Claims c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

Please do not telephone the Court or the Court Clerk's office to inquire about this settlement or the claim process.