# Exhibit C

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 202-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | Case No. C 07-5944 (SC)<br><br>MDL No. 1917<br><br>**PROOF OF SERVICE RE: VIDEOCON INDUSTRIES, LTD.** |

- 1 -
PROOF OF SERVICE
Case No. C 07-5944, MDL No. 1917; Case No. C 13-1173 (SC)

Case Name: Sharp Electronics Corporation v. Hitachi, Ltd.
Defendant: Videocon Industries, Ltd.
Court Case No.: 3:13-cv-01173-EDL

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___04th May, 2013.___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___Videocon Industries Limited, Chitegaon, 14 K.M. District Aurangabad.___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* ___
      [✓] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Business.___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Complaint Demand for Jury Trial, Pretrial Order No. 1, Related Case Order, Order Appointing Special Master, Local Rules and Filing Guidelines [Welcome to the U.S. District Court], Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order RE Case Management Conference, Contents of Joint Case Management Statement, Consenting to a Magistrate Judge's Jurisdiction [Packet]

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*
___
___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

Done at ___04th May, 2013.___ the
*Fait à* ___, *le* ___

Signature and/or stamp.
*Signature et/ou cachet.*

___S. V. Tambori W.B. (SD) Court Aur___

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267889 - 13



APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | The Ministry of Law and Justice<br>Department of Legal Affairs<br>Rm No 439A, 4th Floor, A-Wing, Shastri Bhawan<br>New Delhi-110001<br>India |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*                            Videocon Industries, Ltd.
Aurangabad Paithan Road 14, KM Stone, Chitegaon, Aurangabad 431005, India
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**           **See reverse side for complete list*
*Enumération des pièces*

| Summary of the Document to be Served<br>Summons in a Civil Action<br>Complaint Demand for Jury Trial<br>Pretrial Order No. 1<br>Related Case Order<br>Order Appointing Special Master<br>Local Rules and Filing Guidelines [Welcome to the U.S. District Court]<br>Notice of Assignment of Case to a United States Magistrate Judge for Trial<br>Consent to Proceed Before a United States Magistrate Judge | Done at                                                  , the<br>*Fait à*   Minneapolis, Minnesota, U.S.A.    , *le*  3/28/13<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>(Formerly OBD-116 which was formerly LAA-116,    USM-94<br>both of which may still be used)           (Est. 11/22/77) |

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267889 - 13

Case 4:07-cv-05944-JST Document 4721-4 Filed 07/15/16 Page 5 of 7
Case3:13-cv-01173-SC Document35 Filed07/02/13 Page4 of 5
Case3:13-cv-01173-EDL Document1-2 Filed 03/15/13 Page2 of 6

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defendant No. 37
was received by me on *(date)* 04th May 2013.

☒ I personally served the summons on the individual at *(place)* Videocon Industries Ltd., Chitegaon, Dist. Aurangabad on *(date)* 04th May 2013.

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Dnyaneshwar A. Kale, who is designated by law to accept service of process on behalf of *(name of organization)* Videocon Industries Ltd., Chitegaon, A'bad on *(date)* 04th May 2013.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ — for travel and $ — for services, for a total of $ — 0.00.

I declare under penalty of perjury that this information is true.

Date: 04-05-2013.

_____
Server's signature

S. V. Tamboli    Head Bailiff
Printed name and title

Civil Court (SD) A'bad. (MS) INDIA
Server's address

Additional information regarding attempted service, etc:

CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) * that the document has been served

    - the (date)

    - at (place, street, number)

    - in one of the following methods authorised by Article 5:

    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

    [ ] (b) in accordance with the following particular method:*

    [ ] (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to: *Report in original as received from the Court is enclosed.*

    - (identity and description of person)

    - relationship to the addressee (family, business or other):

2) * that the document has not been served, by reason of the following facts:

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement. *

-- ANNEXES --

Documents returned:

In appropriate cases, documents establishing the service:

Done at , the

Signature and/or stamp

Central Authority 3/06/13
Ministry of Law & Justice
Govt. of India, New Delhi

## REPORT

I, Shri S. V. Tamboli, Serving Officer (Head Bailiff) attached to Civil Court Senior Division, Aurangabad states on oath that Summons in Civil Action No. C 13 1173 of United States District Court, California was given to me for effecting service upon defendant No. 37 i. e. Videocon Industries Ltd., Chitegaon, District Aurangabad. Accordingly, I went to defendant No. 37's company on 04.05.2013 and served the summons alongwith annexure 'A' and 'B' upon responsible and authorized person of the said company Shri Dnyaneshwar A. Kale, H. R. Department personally as per Order V Rule 16 the Code of Civil Procedure, 1908 and acknowledged the receipt. Hence, this report.

Before me

(Smt. R. P. Bde)
4-5-13

S. V. Tamboli
Serving Officer
Head Bailiff,
Civil Court Sr. Dn., Aurangabad.