Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (JST) <br> MDL No. 1917 |
| This Document Relates to: <br><br> *Sharp Electronics Corp. v. Hitachi Ltd.*, Case No. 13-cv-01173 (JST). | **[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT VIDEOCON INDUSTRIES, LTD.** <br><br> Honorable Jon S. Tigar |

1    It appearing from the records in the action titled *Sharp Electronics Corporation, et al.* v.
2 *Hitachi Ltd., et al.*, Case No. 13-cv-01173 (JST), that the Summons and Complaint for this case has
3 been served upon Defendant Videocon Industries, Ltd., and it further appearing from the declaration of
4 counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of
5 America, Inc. (together, "Sharp") and other evidence that Defendant Videocon Industries, Ltd. has failed
6 to plead or otherwise defend this action as directed in said Summons and as provided in the Federal
7 Rules of Civil Procedure:

8    Now, therefore, on request of counsel for Plaintiff Sharp, the DEFAULT of Defendant
9 Videocon Industries, Ltd. is hereby entered.

12    DATED:_____          By:_____
13                                       Clerk of the Court

---

[PROPOSED] ENTRY OF DEFAULT AGAINST VIDEOCON INDUSTRIES, LTD.
CASE NO. 13-CV-01173-JST; MASTER FILE NO. 07-CV-05944, MDL NO. 1917