IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-cv-5944 JST |
| This Order Relates To: | **ORDER APPROVING CHUNGHWA FORMS OF NOTICE** |
| All Indirect Purchaser Actions | |

This order concerns the forms of notice related to the fairness hearing on the Chunghwa settlement plan of allocation.

The Summary Notice, Detailed Notice, Postcard Notice, and Email Notice to End Users submitted by Lead Counsel, ECF No. 4719, are hereby approved.

IT IS SO ORDERED.

Dated: July 18, 2016

_____
JON S. TIGAR
United States District Judge