GUIDO SAVERI (22349)
  *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
  *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
  *grushing@saveri.com*
CADIO ZIRPOLI (179108)
  *cadio@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-JST<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | **APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS IRICO DISPLAY DEVICES CO., LTD. AND IRICO GROUP CORPORATION** |

1  To the Clerk of the United States District Court for the Northern District of California:

2  Direct Purchaser Plaintiffs ("DPPs") submit this request for default pursuant to the Court's Order Requiring Application for Entry of Default re Irico Entities. (ECF No. 4709.)

On June 3, 2008, DPPs served on Irico a Summons, Complaint and other material pursuant to the Hague Convention Procedures and Rule 4 of the Federal Rules of Civil Procedure. (ECF No. 336.)  On June 24, 2008, Irico appeared in this matter through its counsel Pillsbury. (ECF No. 308.)

Pursuant to the Court's Order (ECF 379), on March 16, 2009, DPPs filed and served their Consolidated Amended Complaint ("CAC") on Irico. (ECF No. 436.)  On May 18, 2009, Irico, along with other defendants, filed a Joint Motion to Dismiss DPP's Consolidated Amended Complaint. (ECF No. 479.)  On March 30, 2010, the Court denied Defendants' Motions to Dismiss and ordered defendants to answer DPPs' complaint within 30 days. (ECF No. 665.) The time limit for Irico to answer DPPs' CAC was April 29, 2010. Irico has not filed or served an answer to DPPs' CAC. *See* Declaration of R. Alexander Saveri in Support of Application for Entry of Default Against Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation ¶ 6.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DPPs request that the Clerk enter default against Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation for failure to answer DPPs' Consolidated Amended Complaint in a timely manner.

DATED:  July 18, 2016                          Respectfully Submitted,

  /s/ R. Alexander Saveri  
R. Alexander Saveri  
Geoffrey C. Rushing  
Cadio Zirpoli  
SAVERI & SAVERI, INC.  
706 Sansome Street  
San Francisco, CA 94111  
Telephone:     (415) 217-6810  
Facsimile:     (415) 217-6813  

*Lead Counsel for the Direct Purchaser Plaintiffs*