1   GUIDO SAVERI (22349)
        *guido@saveri.com*
2   R. ALEXANDER SAVERI (173102)
        *rick@saveri.com*
3   GEOFFREY C. RUSHING (126910)
        *grushing@saveri.com*
4   CADIO ZIRPOLI (179108)
        *cadio@saveri.com*
5   SAVERI & SAVERI, INC.
6   706 Sansome Street
    San Francisco, CA94111
7   Telephone: (415) 217-6810
    Facsimile: (415) 217-6813
8

9   *Lead Counsel for the Direct Purchaser Plaintiffs*

10

11                  **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                   **SAN FRANCISCO DIVISION**

13   IN RE: CATHODE RAY TUBE (CRT)          Master File No. 07-5944-JST
     ANTITRUST LITIGATION
14                                          MDL No. 1917

15   ─────────────────────────────          **DECLARATION OF R. ALEXANDER**
                                            **SAVERI IN SUPPORT OF**
16   This Document Relates To:              **APPLICATION FOR ENTRY OF**
                                            **DEFAULT AGAINST DEFENDANTS**
17   ALL DIRECT PURCHASER ACTIONS           **IRICO DISPLAY DEVICES CO., LTD.**
                                            **AND IRICO GROUP CORPORATION**
18

19

20

21

22

23

24

25

26

27

28

1    I, R. Alexander Saveri, declare:

2          1.      I am a partner with Saveri & Saveri, Inc., Lead Counsel for the Direct Purchaser

3    Plaintiffs ("DPPs") in this action. I am a member of the Bar of the State of California and an

4    attorney admitted to practice in the Northern District of California. I make this Declaration in

5    Support of Plaintiff's Application for Entry of Default Against Defendants Irico Display Devices

6    Co., Ltd. and Irico Group Corporation ("Irico" or "Irico Defendants"). If called as a witness, I

7    could and would competently testify thereto.

8          2.      On June 3, 2008, DPPs served on Irico a Summons, Complaint and other material

9    pursuant to the Hague Convention Procedures and Rule 4 of the Federal Rules of Civil Procedure.

10   (ECF No. 336.)

11         3.      On June 24, 2008, Irico appeared through counsel Pillsbury. (ECF No. 308.)

12         4.      On March 16, 2009, DPPs filed and served their Consolidated Amended Complaint

13   ("CAC") on Irico. (ECF No. 436.)

14         5.      On May 18, 2009, Irico, along with other defendants, filed a Joint Motion to

15   Dismiss DPP's Consolidated Amended Complaint. (ECF No. 479.) On March 30, 2010, the Court

16   denied Defendants' Motions to Dismiss and ordered defendants to answer DPPs' complaint within

17   30 days. (ECF No. 665.)

18         6.      The time limit for Irico to answer DPPs' CAC was April 29, 2010. That limit has

19   not been extended by any agreement of the parties or any order of the Court. Irico has not filed or

20   served an answer to DPPs' CAC.

21      I declare under penalty of perjury that the foregoing is true and correct.

22                                            */s/ R. Alexander Saveri*
                                              R. Alexander Saveri
23

24

25

26

27

28

1

DECLARATION OF R. ALEXANDER SAVERI - Master File No. 07-cv-5944-JST