1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

**SAN FRANCISCO DIVISION**

13

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANTS IRICO DISPLAY DEVICES CO., LTD. AND IRICO GROUP CORPORATION** |
| ALL DIRECT PURCHASER ACTIONS | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

It appearing from the records in the action titled *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-JST, that the Summons and Complaint for this case has been served upon Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation ("Irico" or "Irico Defendants").  It further appearing from the declaration of counsel for Direct Purchaser Plaintiffs ("DPPs") and other evidence that Irico Defendants have failed to answer or otherwise defend this action as directed by the Court:

Now, therefore, on request of counsel for Direct Purchaser Plaintiffs, DEFAULT of Irico Defendants is hereby entered.

DATED:_____              By:_____

Clerk of the Court

1