Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-JST; 3:07-cv-6331-JST |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANTS IRICO DISPLAY DEVICES CO., LTD. AND IRICO GROUP CORPORATION**<br><br>Judge: Honorable Jon S. Tigar<br>Court: Courtroom 9, 19th Floor |

1  It appearing from the records in the actions titled *In Re: Cathode Ray Tube (CRT) Antitrust Litig.*, No. 07-cv-5944-JST and *Figone v. LG Electronics, Inc., et al.,* No. 07-cv-6331-JST, that the Summons and Complaint for these cases have been served upon Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation, and it further appearing from the declaration of counsel for the Indirect Purchaser Plaintiffs and other evidence that Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation have failed to plead or otherwise defend this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel for the Indirect Purchaser Plaintiffs, the DEFAULT of Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation is hereby entered.

DATED:                                          By:_____
                                                Clerk of the Court