Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (JST)<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp. v. Hitachi Ltd.*, Case No. 13-cv-01173 (JST). | [PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT VIDEOCON INDUSTRIES, LTD.<br><br>Honorable Jon S. Tigar |

1   It appearing from the records in the action titled *Sharp Electronics Corporation, et al.* v.
2  *Hitachi Ltd., et al.*, Case No. 13-cv-01173 (JST), that the Summons and Complaint for this case has
3  been served upon Defendant Videocon Industries, Ltd., and it further appearing from the declaration of
4  counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of
5  America, Inc. (together, "Sharp") and other evidence that Defendant Videocon Industries, Ltd. has failed
6  to plead or otherwise defend this action as directed in said Summons and as provided in the Federal
7  Rules of Civil Procedure:

8   Now, therefore, on request of counsel for Plaintiff Sharp, the DEFAULT of Defendant
9  Videocon Industries, Ltd. is hereby entered.

DATED: 7/20/2016

Susan Y. Soong
CLERK OF COURT
By: _____ THELMA NUDO
     Deputy Clerk