UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-JST |
|---|---|
| | MDL No. 1917 |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | [PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANTS IRICO DISPLAY DEVICES CO., LTD. AND IRICO GROUP CORPORATION |

It appearing from the records in the action titled *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-JST, that the Summons and Complaint for this case has been served upon Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation ("Irico" or "Irico Defendants"). It further appearing from the declaration of counsel for Direct Purchaser Plaintiffs ("DPPs") and other evidence that Irico Defendants have failed to answer or otherwise defend this action as directed by the Court:

Now, therefore, on request of counsel for Direct Purchaser Plaintiffs, DEFAULT of Irico Defendants is hereby entered.

DATED: 7/20/2016

Susan Y. Soong
CLERK OF COURT
By: _____ THELMA NUDO
Deputy Clerk

1

[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANTS IRICO DISPLAY DEVICES CO., LTD. AND IRICO GROUP CORPORATION - Master File No. 07-cv-5944-JST