Mark C. Dosker (State Bar # 114789)
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415.954.0200
Facsimile: 415.393.9887
Email: mark.dosker@squirepb.com

Donald A. Wall (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4000
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

Attorneys for Defendant Technologies Displays Americas LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br>*Sharp Electronics Corp. v. Hitachi Ltd.,*<br>*Case No. 13-cv-01173 (JST)* | Case No. 07-cv-05944 (JST)<br>MDL No. 1917<br><br>**DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC'S BRIEF REGARDING SHARP'S MOTION FOR ENTRY OF DEFAULT** |

On July 15, 2016, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively "Sharp"), moved for entry of default with regard to Videocon Industries, Ltd. ("Videocon"). Dkt. 4721. The Declaration submitted in support of that motion states that Technologies Displays Americas LLC ("TDA") is a subsidiary of Videocon. ECF No. 4721-1, p.3, ¶ 7. TDA, however, is owned by Eagle Corporation Limited ("Eagle"), which was a wholly-owned Videocon subsidiary only until March 15, 2008, when Videocon's ownership of Eagle was reduced to 10%. *See* Declaration of Donald A. Wall in Support of TDA's Brief Regarding Sharp's Motion for Entry of Default.

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

-1-

Defendant Technologies Displays Americas LLC's
Brief Regarding Sharp's Motion for Entry of Default –
Case No. 07-cv-05944 (JST) | MDL No. 1917

RESPECTFULLY SUBMITTED this 21st day of July, 2016.

/s/ Donald A. Wall
Mark Dosker
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415.954.0200
Facsimile: 415.393.9887
Email: mark.dosker@squirepb.com

Donald A. Wall (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4000
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

Attorneys for Defendant Technologies Displays Americas LLC

SQUIRE PATTON BOGGS
(US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

- 2-

Defendant Technologies Displays Americas LLC's
Brief Regarding Sharp's Motion for Entry of Default –
Case No. 07-cv-05944 (JST) | MDL No. 1917