Mark C. Dosker (State Bar # 114789)
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415.954.0200
Facsimile: 415.393.9887
Email: mark.dosker@squirepb.com

Donald A. Wall (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: + 1 602 528 4000
Facsimile: +1 602 253 8129
Email: donald.wall@squirepb.com

Attorneys for Defendant Technologies Displays Americas LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp. v. Hitachi Ltd.,*<br>*Case No. 13-cv-01173 (JST)* | Case No. 07-cv-05944 (JST)<br>MDL No. 1917<br><br>**DECLARATION OF DONALD A. WALL IN SUPPORT OF DEFENDANT TECHNOLOGIES DISPLAYS AMERICAS LLC'S BRIEF REGARDING SHARP'S MOTION FOR ENTRY OF DEFAULT** |

Donald A. Wall declares as follows:

1. I am a member in good standing of the Bar of the State of Arizona and I was granted leave to appear *pro hac vice* in the current litigation. I am a Senior Partner with the law firm Squire Patton Boggs (US) LLP, counsel to Technologies Displays Americas LLC ("TDA") in this litigation. I submit this Declaration in support of TDA's Brief Regarding Sharp's Motion for Entry of Default as to Videocon Industries, Ltd. ("Videocon"). I have personal knowledge of the facts stated herein and could competently testify to these facts if called as a witness.

2. Attached hereto as Exhibit A are true copies of pages from Videocon's 2005-2006 Annual Report, indicating that Eagle Corporation Limited ("Eagle") became a wholly-owned subsidiary of Videocon on December 13, 2005, and that TDA was a subsidiary of Eagle. P. 4,

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

- 1 -

Declaration of Donald A. Wall in Support of TDA'S Brief Regarding Sharp's Motion for Entry of Default – Case No. 07-cv-05944 (JST) | MDL No. 1917

first column, item 1; page 29, item 23(a)(i); p. 33, last column; p. 42 and p. 43, subsidiary chart.

3. Attached hereto as Exhibit B are true copies of pages from Videocon's 2006-2007 Annual Report, indicating that Eagle was a 100% subsidiary of Videocon, and that TDA was a subsidiary of Eagle. P. 43 (chart).

4. Attached hereto as Exhibit C are true copies of pages from Videocon's 2007-08 Annual Report, indicating that "Eagle Corporation Limited ceased to be subsidiary of [Videocon] due to dilution and consequently all the subsidiaries of Eagle Corporation Limited ceased to be step down subsidiaries of [Videocon]" as of March 15, 2008 and that Videocon owned 10% of Eagle at September 30, 2008. P. 6, first column, second paragraph under "Subsidiary Companies"; p. 35, item 22(a)(i); p. 50 (chart).

5. Attached hereto as Exhibit D are true copies of pages from Videocon's 2013 Annual Report, indicating Videocon's subsidiaries and not including Eagle. P. 61, 77-78.

6. Videocon's Annual Reports, the pages of which are attached hereto as Exhibits A-D, are publicly available at the following websites: https://videoconworld.com/annual-reports; http://videoconindustriesltd.com/FinancialAnnualRpt.aspx.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of July, 2016 in Phoenix, Arizona.

_Donald A. Wall_
Donald A. Wall

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

-2-

Declaration of Donald A. Wall in Support of TDA'S Brief Regarding Sharp's Motion for Entry of Default –
Case No. 07-cv-05944 (JST) | MDL No. 1917