1  GUIDO SAVERI (22349)
        *guido@saveri.com*
2  R. ALEXANDER SAVERI (173102)
        *rick@saveri.com*
3  GEOFFREY C. RUSHING (126910)
        *grushing@saveri.com*
4  CADIO ZIRPOLI (179108)
        *cadio@saveri.com*
5  SAVERI & SAVERI, INC.
6  706 Sansome Street
   San Francisco, California 94111
7  Telephone: (415) 217-6810
8  Facsimile: (415) 217-6813

9  *Lead Counsel for the
   Direct Purchaser Plaintiffs*
10

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN FRANCISCO DIVISION**
14

15 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST |
16 | | MDL No. 1917 |
17 | | |
18 | This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER RE DEPOSITION OF C.C. LIU** |
19 | *Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.*, Case No. 14-CV-2058-JST. | |
20 | | |

1  WHEREAS defendant Mitsubishi served a Notice of Deposition Upon Written Questions of C.C. Liu Pursuant To Federal Rule Of Civil Procedure 31 ("Notice");

WHEREAS the Notice set the deposition for August 5, 2016 in Taoyuan, Taiwan;

WHEREAS Direct Purchaser Plaintiffs ("DPPs") intend to file a motion to quash the Notice;

WHEREAS fact discovery cut-off date in this matter is currently set for August 15, 2016;

WHEREAS DPPs' motion to quash the Deposition of C.C. Liu before the Special Master Walker and any subsequent appeal to the Court will likely extend beyond the current fact discovery cut-off;

WHEREAS the parties agree that if the deposition of C.C. Liu proceeds, it may occur outside the August 15, 2016 discovery cut-off;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned plaintiffs and defendants, that:

1. If the Deposition of C.C. Liu proceeds, it may be taken in a location convenient for the witness at a time convenient for the witness after the August 15, 2016 fact discovery cut-off.

**IT IS SO STIPULATED.**

DATED: July 22, 2016

By: */s/ R. Alexander Saveri*
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the Direct Purchaser Plaintiffs*

By: */s/ Terrence J. Truax*
Terrence J. Truax (pro hac vice)
Charles B. Sklarsky (pro hac vice)

Michael T. Brody (pro hac vice)
Gabriel A. Fuentes (pro hac vice)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone: +81 3 5510 1711
Facsimile: +81 3 5510 1712
ryangoldstein@quinnemanuel.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    By: _____
                                  Jon S. Tigar
                          United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, R. Alexander Saveri, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 22, 2016 in San Francisco, California.

*/s/ R. Alexander Saveri*
R. Alexander Saveri