GUIDO SAVERI (22349)
    *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
    *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
    *grushing@saveri.com*
CADIO ZIRPOLI (179108)
    *cadio@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Lead Counsel for the*
*Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944-JST<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>*Crago, d/b/a Dash Computers, Inc., et al. v. Mitsubishi Electric Corporation, et al.,* Case No. 14-CV-2058-JST. | **STIPULATION AND [PROPOSED] ORDER RE DEPOSITION OF C.C. LIU** |

1    WHEREAS defendant Mitsubishi served a Notice of Deposition Upon Written Questions

2 of C.C. Liu Pursuant To Federal Rule Of Civil Procedure 31 ("Notice");

3    WHEREAS the Notice set the deposition for August 5, 2016 in Taoyuan, Taiwan;

4    WHEREAS Direct Purchaser Plaintiffs ("DPPs") intend to file a motion to quash the

5 Notice;

6    WHEREAS fact discovery cut-off date in this matter is currently set for August 15, 2016;

7    WHEREAS DPPs' motion to quash the Deposition of C.C. Liu before the Special Master

8 Walker and any subsequent appeal to the Court will likely extend beyond the current fact

9 discovery cut-off;

10    WHEREAS the parties agree that if the deposition of C.C. Liu proceeds, it may occur

11 outside the August 15, 2016 discovery cut-off;

12    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

13 undersigned plaintiffs and defendants, that:

14    1.    If the Deposition of C.C. Liu proceeds, it may be taken in a location convenient for

15         the witness at a time convenient for the witness after the August 15, 2016 fact

16         discovery cut-off.

17    **IT IS SO STIPULATED.**

18 DATED: July 22, 2016        By: */s/ R. Alexander Saveri*

19                                  Guido Saveri
                                    R. Alexander Saveri

20                                  Geoffrey C. Rushing
                                    Cadio Zirpoli

21                                  SAVERI & SAVERI, INC.
                                    706 Sansome Street

22                                  San Francisco, California 94111
                                    Telephone: (415) 217-6810

23                                  Facsimile: (415) 217-6813

24
                                    *Lead Counsel for the Direct Purchaser Plaintiffs*

25

26                            By: */s/ Terrence J. Truax*

27                                  Terrence J. Truax (pro hac vice)
                                    Charles B. Sklarsky (pro hac vice)

28

Michael T. Brody (pro hac vice)
Gabriel A. Fuentes (pro hac vice)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com

Harold A. Barza (Cal. Bar. No. 80888)
Kevin Y. Teruya (Cal. Bar. No. 235916)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com

Ryan S. Goldstein (Cal. Bar No. 208444)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone: +81 3 5510 1711
Facsimile: +81 3 5510 1712
ryangoldstein@quinnemanuel.com

*Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US, Inc., and Mitsubishi Electric Visual Solutions America, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  July 25, 2016            By: _____
                                        Jon S. Tigar
                                United States District Judge

2
STIPULATION AND [PROPOSED] ORDER RE DEPOSITION OF C.C. LIU; Master File No. 07-CV-5944-JST