Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>*Crago, d/b/a Dash Computers, Inc., et al v*<br><br>*Mitsubishi Electric Corporation et al,*<br><br>Case No 14-CV-2058-JST | MDL No 1917<br><br>Case No 3:07-cv-05944-JST<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DPPS' MOTION TO QUASH DEPOSITION OF C C LIU** |

       The undersigned is in receipt of the Direct Purchaser Plaintiffs' ("DPPs") Motion to Quash the Notice of Deposition Upon Written Questions of C C Liu Pursuant to Federal Rule of Civil Procedure 31, submitted on July 26, 2016.

       An abbreviated briefing schedule appears in order.  Accordingly, Mitsubishi shall submit its Opposition memorandum and accompanying documents no later than Tuesday,

1 August 2, 2016, and the DPPs' Reply and accompanying documents shall be submitted no later
2 than Friday, August 5, 2016.

4 IT IS SO ORDERED.

6 Date: July 27, 2016

_____
Vaughn R Walker
United States District Judge (Ret)

ORDER SETTING BRIEFING SCHEDULE FOR DPPS' MOTION TO QUASH C C LIU DEPOSITION          PAGE 2 OF 2