*Trump Alioto Trump & Prescott*
ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

July 28, 2016

**VIA ECF**

Honorable Jon S. Tigar
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
      Case No. 07-cv-5944 JST, MDL No. 1917

Dear Judge Tigar:

I write regarding the Court's Order Requiring Application for Entry of Default Re Irico Entities, ECF No. 4722, in which the Court ordered the Indirect Purchaser Plaintiffs ("IPPs") to move for a default judgment against the Irico Entities by July 28, 2016.

IPPs have obtained entry of a clerk's default against the Irico Entities. (ECF No. 4729.) But based on our research regarding the requirements for entry of a default judgment on the one hand, and the fact that any default judgment would not be enforceable in China on the other, we do not believe it to be in the best interests of the indirect purchaser class members to seek a default judgment against the Irico Entities at this time.

Given the foregoing, IPPs hereby withdraw their Partial Opposition to the Motion for Administrative Relief Under Civil Local Rule 7-11 to Terminate Pillsbury's Obligation to Forward Pleadings to its Former Clients, ECF No. 4690.

Respectfully submitted,

/s/ Mario N. Alioto
Mario N. Alioto
Lead Counsel for the Indirect Purchaser Class