ROBINS KAPLAN LLP
Roman M. Silberfeld, Bar No. 62783
RSilberfeld@robinskaplan.com
Bernice Conn, Bar No. 161594
BConn@robinskaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

Attorneys for Plaintiffs

BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917<br>Individual Case No. 3:11-cv-05513-JST |
| This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | The Honorable Jon S. Tigar<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PHILIPS DEFENDANTS; AND [PROPOSED] ORDER OF DISMISSAL** |

Master Case No. 3:07-cv-05944-JST
61228627.1

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. (collectively herein "Best Buy"), and Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.), Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan) Ltd.), and Philips do Brasil Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) (collectively "Philips") hereby stipulate to the dismissal with prejudice of all claims and causes of action asserted in this case against Philips, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. The dismissal of Philips shall not operate as a dismissal of Best Buy's claims or causes of action against any person or entity named as a defendant in this action other than Philips.

WHEREFORE, the parties respectfully request that this Court issue this Stipulation and Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: August 1, 2016

**ROBINS KAPLAN LLP**

By: /s/ David Martinez
Roman M. Silberfeld
David Martinez

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, LLC

Dated: August 1, 2016

**BAKER BOTTS LLP**

By: /s/ Erik T. Koons
Erik T. Koons (*pro hac vice*)
John M. Taladay (*pro hac vice*)
Tiffany Gelott (*pro hac vice*)

Attorneys for Defendants
KONINKLIJKE PHILIPS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS TAIWAN LIMITED, AND PHILIPS DO BRASIL, LTDA.

1  In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all other signatories
2  listed, and on whose behalf this filing is submitted, concur in the filing's content and have
3  authorized the filing.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917 |
| This Document Relates to:<br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | The Honorable Jon S. Tigar<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.), Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan) Ltd.), and Philips do Brasil Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____, 2016        _____
                                                         The Honorable Jon S. Tigar
                                                         UNITED STATES DISTRICT COURT JUDGE