Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No 1917<br><br>Case No 3:07-cv-05944-JST<br><br>**ORDER RESOLVING TRANSLATION-OBJECTIONS RE CHINESE LANGUAGE DOCUMENTS — TRANCHE 1** |

       The parties have submitted their consolidated positions on the first round of translation objections regarding Chinese language documents.  The neutral Chinese translator nominated by the parties, Ms Lingling Martin, has been sworn in to assist the undersigned to translate accurately and faithfully the passages at issue in these translation objections.  In an effort to maintain neutrality, Ms Martin was asked to translate and provide input on the most accurate translations of the disputed passages without notice of the parties' respective translations.

ORDER RESOLVING TRANSLATION-OBJECTIONS RE CHINESE LANGUAGE DOCUMENTS — TRANCHE 1    PAGE **1** OF **2**

Having considered the parties' submissions, the documents, the multiple translations and Ms Martin's input, the undersigned now issues a decision resolving the translation objections on this first set of Chinese language documents. Due to the confidentiality of the underlying documents, this decision resolving the translation objections is contained in confidential Exhibit A to this order, filed under seal.

**CONCLUSION**

The translation objections to the Chinese language documents in Tranche 1 are resolved in confidential Exhibit A, filed under seal. This order shall be binding on all remaining parties to this MDL.

Any fees or costs associated with this order shall be borne equally by the plaintiffs and the defendants.

IT IS SO ORDERED.

Date: July 14, 2016

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / ~~Denied~~ / ~~Modified~~.

Date: August 1, 2016



IT IS SO ORDERED
Judge Jon S. Tigar