1  (Stipulating Parties Listed on Signature Pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br>　　　　　　　Plaintiffs.<br>　　　　v.<br>CHUNGHWA PICTURE TUBES, LTD., *et al*.,<br>　　　　　　　Defendants. | **STIPULATION OF DISMISSAL AS TO PHILIPS DEFENDANTS** |

1    Plaintiffs Sears, Roebuck and Co. and Kmart Corp., and Defendants Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.), Philips Electronics North America Corporation, Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.), and Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) (collectively "Philips"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Philips with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorney's fees.  This stipulation is not a dismissal of any person or entity other than Philips.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

IT IS SO STIPULATED.

Dated:  August 1, 2016             Respectfully submitted,

By: */s/ Samuel J. Randall*
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:  (305) 372-1861
E-mail:    rarnold@knpa.com
               wblechman@knpa.com
               kmurray@knpa.com
               srandall@knpa.com

***Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.***

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 | /s/    John M. Taladay |
| 7 | BAKER BOTTS L.L.P. |
|   | John M. Taladay (*pro hac vice*) |
| 8 | Joseph Ostoyich (*pro hac vice*) |
| 9 | Erik T. Koons (*pro hac vice*) |
|   | Charles M. Malaise (*pro hac vice*) |
| 10 | 1299 Pennsylvania Avenue, N.W. |
| 11 | Washington, D.C. 20004-2400 |
|   | Telephone: (202) 639-7700 |
| 12 | Facsimile: (202) 639-7890 |
| 13 | Email: john.taladay@bakerbotts.com |
|   | Email: joseph.ostoyich@bakerbotts.com |
| 14 | Email: erik.koons@bakerbotts.com |
| 15 | Email: charles.malaise@bakerbotts.com |
|   | *Attorneys for Philips Defendants* |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

## CERTIFICATE OF SERVICE

On August 1, 2016, I caused a copy of the foregoing Stipulation of Dismissal to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: /s/ Samuel J. Randall
Samuel J. Randall (*pro hac vice*)

546722.1