1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
                   (SAN FRANCISCO DIVISION)
10

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-JST<br>MDL No. 1917 |
| This Document Relates to:<br><br>Individual Case No. CV 11-5514<br><br>SEARS, ROEBUCK AND CO. and KMART CORP.,<br><br>                    Plaintiffs.<br>         v.<br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>                    Defendants | **[PROPOSED] ORDER** |

[PROPOSED] ORDER
Case No. 07-5944-JST, MDL No. 1917

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by Plaintiffs Sears, Roebuck and Co., and Kmart Corp., against Defendants Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.), Philips Electronics North America Corporation, Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan), Ltd.), and Philips do Brasil, Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) (collectively "Philips") are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order is not a dismissal of any person or entity other than Philips.

**IT IS SO ORDERED.**

This ____ day of August, 2016.          _____

                                                  HONORABLE JON S. TIGAR
                                                  UNITED STATES DISTRICT JUDGE