# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-JST | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917<br><br>The Honorable Jon S. Tigar<br><br>[PROPOSED] ORDER OF DISMISSAL |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendants Philips Electronics North America Corporation, Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.), Philips Taiwan Limited (f/k/a Philips Electronics Industries (Taiwan) Ltd.), and Philips do Brasil Ltda. (f/k/a Philips da Amazonia Industria Electronica Ltda.) in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 1, 2016

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE