1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-JST MDL No. 1917 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

This Document Relates to:

Individual Case No. CV 11-5514

SEARS, ROEBUCK AND CO. and KMART CORP.,

Plaintiffs.

v.

CHUNGHWA PICTURE TUBES, LTD., *et al.*,

Defendants

[PROPOSED] ORDER

26
27
28

[PROPOSED] ORDER
Case No. 07-5944-JST, MDL No. 1917

1      The Court, having considered the stipulation of the parties, and good cause appearing

2  therefore, orders as follows:

3      1.     All claims asserted by Plaintiffs Sears, Roebuck and Co., and Kmart Corp.,

4  against Defendants Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.),

5  Philips Electronics North America Corporation, Philips Taiwan Limited (f/k/a Philips

6  Electronics Industries (Taiwan), Ltd.), and Philips do Brasil, Ltda. (f/k/a Philips da

7  Amazonia Industria Electronica Ltda.) (collectively "Philips") are dismissed with prejudice

8  pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

9      2.  Each party shall bear its own costs and attorneys' fees.

10      3.  This Order is not a dismissal of any person or entity other than Philips.

11      **IT IS SO ORDERED.**

14  This 2nd day of August, 2016.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED

Judge Jon S. Tigar