STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# (303) 892-9933
Fax: (303) 892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, Missouri  63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

Attorneys for Objectors John Finn and
Laura Townsend Fortman

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br><br> Case No. CV-07-5944 JST |
| This Document Relates to: <br><br> All Indirect Purchaser Actions | **NOTICE OF APPEAL** |

  Objectors John Finn and Laura Townsend Fortman hereby appeal to the United States Court of

Appeals for the Ninth Circuit from the Order Granting Final Approval of Indirect Purchaser

1

Settlements (Doc. 4712) entered on July 7, 2016, the Final Judgment of Dismissal With Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants (Doc. 4717) entered on July 14, 2016, and Order on Attorneys' Fees, Expenses, and Incentive Awards RE: Indirect Purchaser Plaintiff Settlements (Doc 4740) entered on August 3, 2016.

/s/ Steve A. Miller
STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, P.C.
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# (303) 892-9933
Fax: (303) 892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, Missouri  63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2016, I electronically filed and served the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

s/Steve A. Miller