Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:  CATHODE RAY TUBE (CRT)** | ) **Master File No. 3:07-cv-5944-SC** |
| | ) |
| **ANTITRUST LITIGATION** | ) |
| | ) **MDL No. 1917** |
| | ) |
| | ) |
| **This document relates to:** | ) |
| | ) |
| **ALL INDIRECT** | ) |
| **PURCHASER ACTIONS** | ) **The Honorable Samuel Conti** |
| | ) **Special Master Charles A. Legge (Ret.)** |
| | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that Class Members/Objectors Sean Hull and Gordon Morgan appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Indirect Purchaser Settlements (ECF Doc. No. 4712) entered in this action on July 7, 2016 and all orders and opinions that merge therein. Class Members/Objectors Sean Hull and Gordon Morgan further appeal to the United States Court of Appeals for the Ninth Circuit from the Order on Attorneys' Fees, Expenses, and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements (ECF Doc. No. 4740) entered in this action on August 3, 2016 and all orders and opinions that merge therein. The Class Members/Objectors also hereby appeal from any and all

orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying these Class Members/Objectors or the objection filed by these Class Members/Objectors, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

DATED:  August 4, 2016                    Respectfully submitted,


                                          */s/ Timothy R. Hanigan*
                                          Timothy R. Hanigan (125791)
                                          LANG, HANIGAN & CARVALHO, LLP,
                                          21550 Oxnard Street, Suite 760
                                          Woodland Hills, California 91367
                                          (818) 883-5644
                                          trhanigan@gmail.com
                                          Attorneys for Objectors/Class Members

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed this notice of appeal using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case. I further certify that a true and correct copy of the foregoing notice of appeal has been forwarded to Plaintiff's counsel and the Class Action Clerk via U.S. Mail on this the 4th day of August, 2016.

Trump, Alioto, Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123

Class Action Clerk
United States District Court For
The Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

DATED this 4th Day of August, 2016.

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan