Name _____
Address _____
City, State, Zip _____
Phone _____
Fax _____
E-Mail _____
☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☐ Retained

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFF(S),<br>v.<br>DEFENDANT(S). | CASE NUMBER:<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____ hereby appeals to
                                                *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____.  Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

_____    _____
Date                                              Signature
                                                    ☐ Appellant/ProSe    ☐ Counsel for Appellant    ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                        **NOTICE OF APPEAL**