**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | ATTACHMENT A<br>TO NOTICE OF APPEAL |

<u>Names of Appellants</u>:  Indirect Purchaser Plaintiff Class and class members Anthony Gianasca, Gloria Comeaux, Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., Jeffrey Speaect, Rosemary Ciccone and Jeff Craig

<u>Order Appealed From</u>:  Order Granting Final Approval of Indirect Purchaser Settlements, dated July 7, 2016, entered July 7, 2016 (Doc. No. 4712)

The appeal of the July 7 2016 Order, presents for review earlier, now merged, interlocutory orders, including, but not limited to, this Court's Order Regarding March 15, 2016 Fairness Hearing, dated March 10, 2016, entered March 11, 2016 (Doc. No. 4477); and this Court's Order Re: Motion to Strike Previously-Excluded Documents, dated March 14, 2016, entered March 14, 2016 (Doc. No. 4482).

All three of the foregoing Orders are attached to the Notice of Appeal as Attachment B

<u>Names of Parties to Order and Names and Addresses of Attorneys for Each Party</u>:

See Attachment C