Jan L. Westfall (SBN 241106)
29896 Blue Water Way
Menifee, CA 92584
Tel: 619-940-2880
Email: jlwestfall.esq@gmail.com

*Attorney for Objector Donnie Clifton*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>_____<br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

## **NOTICE OF APPEAL**

      Notice is hereby given that Objector Donnie Clifton hereby appeals to the United States Court of Appeals for the Ninth Circuit from (1) the Order Granting Final Approval of Indirect Purchaser Settlements entered in this action on July 7, 2016 (ECF No. 4712), a copy of which is attached hereto as Exhibit 1; (2) the Final Judgment of Dismissal with Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants entered in this action on July 14, 2016 (ECF No. 4717), a copy of which is attached hereto as Exhibit 2; and (3) the Order on Attorneys' Fees, Expenses, and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements entered in this action on August 3, 2016 (ECF No. 4740), a copy of which is attached hereto as Exhibit 3.

Dated:   August 4, 2016                Respectfully submitted,

                                            */s/ Jan L. Westfall*
                                            Jan L. Westfall, Esq.

                                            *Counsel for Objector Donnie Clifton*

## **REPRESENTATION STATEMENT**

The undersigned represents Objector-Appellant Donnie Clifton ("Objector-Appellant Clifton") and no other party. Objector-Appellant Clifton submits this Representation Statement pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b). The following abbreviated list identifies the parties to the Indirect Purchaser Litigation, along with the names, addresses and telephone numbers of their respective counsel. In the interests of judicial economy, individual representative plaintiffs (and their counsel) are not listed and reference is made to the District Court's docket for a complete list of parties and counsel.[1] Request is respectfully made in advance for leave to amend this Representation Statement if a more detailed list is required by the Court.

| **Parties** | **Counsel of Record** |
|---|---|
| Lead Counsel for Indirect Purchaser Plaintiffs | Mario N. Alioto (56433)<br>  (Email: malioto@tatp.com)<br>Lauren C. Capurro (241151)<br>  (Email: laurenrussell@tatp.com)<br>TRUMP, ALIOTO, TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679 |
| Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. | Christopher M. Curran (*pro hac vice*)<br>  (Email: ccurran@whitecase.com)<br>Lucius B. Lau (*pro hac vice*)<br>  (Email: alau@whitecase.com)<br>Dana E. Foster (*pro hac vice*)<br>  (Email: defoster@whitecase.com)<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005 |

---

[1] The list of parties and counsel filed as Exhibit 3 to ECF No. 4744 (Dkt. No. 4744-3) is also incorporated by reference but not refiled.

| | |
|---|---|
| | Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355 |
| Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) SDN. BHD., Samsung SDI Mexico S.A.de C.V., Samsung SDI Brasil Ltda.,  Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. | Gary L. Halling (66087)<br>   (Email: ghalling@sheppardmullin.com)<br>James L. Mcginnis (95788)<br>   (Email: jmcginnis@sheppardmullin.com)<br>Michael W. Scarborough (203524)<br>   (Email: mscarborough@sheppardmullin.com)<br>SHEPPARD MULLIN RICHTER & HAMPTON<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |
| Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. | Eliot A. Adelson<br>   (Email: eadelson@kirkland.com)<br>James Maxwell Cooper<br>   (Email: max.cooper@kirkland.com)<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>James H. Mutchnik, P.C. *(pro hac vice)*<br>   (Email: james.mutchnik @kirkland.com)<br>Barack S. Echols *(pro hac vice)*<br>   (Email: barack.echols@kirkland.com)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 |
| Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. | Jeffrey L. Kessler (*pro hac vice*)<br>   (Email: jkessler@winston.com)<br>A. Paul Victor (*pro hac vice*)<br>Aldo A. Badini (257086)<br>Eva W. Cole (*pro hac vice*)<br>Molly M. Donovan (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>200 Park Avenue |

| | |
|---|---|
| | New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br><br>David L. Yohai (*pro hac vice*)<br>  (Email: david.yohai@weil.com)<br>Adam C. Hemlock (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
| Defendants Philips Koninklijke N.V., Philips Electronics North America Corporation, Philips Taiwan Limited, and Philips do Brasil Ltda. | John M. Taladay<br>  (Email: john.taladay@bakerbotts.com)<br>Erik T. Koons<br>BAKER BOTTS LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 639-7909<br>Facsimile: (202) 585-1086 |
| Defendants Thomson Consumer Electronics, Inc. and Thomson SA | Kathy L. Osborn (*pro hac vice*)<br>  (Email: kathy.osborn@FaegreBD.com)<br>Ryan M. Hurley (*pro hac vice*)<br>  (Email: ryan.hurley@FaegreBD.com)<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000 |
| Objector Donnie G. Clifton | Jan L. Westfall (241106)<br>  (Email: jlwestfall.esq@gmail.com)<br>Law Offices of Jan L. Westfall<br>29896 Blue Water Way<br>Menifee, CA 92584<br>Telephone: (619) 940-2880 |
| Objector Douglas W. St. John | Andrea Valdez (239082)<br>  (Email: andrea.valdez.esq@gmail.com)<br>530 S. Lake Avenue, No. 574<br>Pasadena, CA 91101<br>Telephone:  (626) 817-6547 |

| | |
|---|---|
| | Joseph Scott St. John (pro hac vice)<br>  (Email: jscottstjohnpublic@gmail.com)<br>514 Mockingbird Drive<br>Long Beach, MS 39560<br>Telephone: 410-212-3475 |
| Objectors John Finn and Laura Townsend Fortman | Steve A. Miller (171815)<br>  (Email: sampc01@gmail.com)<br>Steve A. Miller, PC<br>1625 Larimer Street, No. 2905<br>Denver, CO 80202<br>Telephone: 303-892-9933<br>Facsimile:  303-892-8925<br><br>Jonathan E. Fortman (40319MO)<br>  (Email: jef@fortmanlaw.com)<br>Law Office of Jonathan E. Fortman, LLC<br>250 St. Catherine Street<br>Florissant, MO 63031<br>Telephone: (314) 522-2312<br>Facsimile: (314) 524-1519<br><br>John C. Kress<br>  (Email: jckress@thekresslawfirm.com )<br>The Kress Law Firm, LLC<br>4247 S. Grand Blvd<br>St. Louis, MO 63111<br>Telephone: (314) 631-3883<br>Facsimile: (314) 332-1534 |
| Class Member Eleanor Lewis (and Indirect Purchaser Plaintiffs) | Francis O. Scarpulla (41059)<br>  (Email: fos@scarpullalaw.com)<br>Patrick B. Clayton (240191)<br>Law Offices Of Francis O. Scarpulla<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 788-7210<br>Facsimile: (415) 788-0706<br><br>Josef D. Cooper (53015)<br>  (Email: jdc@coopkirk.com)<br>Tracy R. Kirkham (69912)<br>John D. Bogdonov (215830) |

| | |
|---|---|
| | Cooper & Kirkham, P.C.<br>357 Tehama Street, Second Floor<br>San Francisco, CA 94105<br>Telephone: (415) 788-3030<br>Facsimile: (415) 882-7040 |
| Objectors Anthony Gianasca, Rosemary Ciccone, Jeff Craig, Gloria Comeaux, Jeffrey Speaect, Estate of the Late R. Deryl Edwards, Jr. | Robert J. Bonsignore, Esq.<br>  (Email: rbonsignore@classactions.us)<br>BONSIGNORE TRIAL LAWYERS, PLLC<br>3771 Meadowcrest Drive<br>Las Vegas, NV 89121<br>Telephone: 781-856-7650 |
| Objector Jose Saik | George W. Cochran<br>Email: lawchrist@gmail.com<br>1385 Russell Drive<br>Streetsboro, Ohio 44241<br>Telephone: 330.626.5600<br>Facsimile: 330.230.6136 |
| Objector Sean Hull | Timothy R. Hanigan (125791)<br>  (Email: trhanigan@gmail.com)<br>LANG, HANIGAN & CARVALHO, LLP<br>21550 Oxnard Street, Suite 760<br>Woodland Hills, California 91367<br>Telephone: (818) 883-5644 |
| Objector<br>Dan L. Williams & Co. | Paul B. Justi (124727)<br>  (Email: pbjusti@comcast.net)<br>LAW OFFICES OF PAUL B. JUSTI<br>1981 North Broadway, Suite 250<br>Walnut Creek, CA 94596<br>Telephone: (925)256-7900<br>Facsimile:  (925) 256-9204 |
| Objectors Rockhurst University, Harry Garavanian, and Gary Talewsky | Theresa D. Moore (99978)<br>  (Email: tmoore@aliotolaw.com)<br>Jill T. Lin (284962)<br>  (Email: jill.tan.lin@gmail.com)<br>Attorneys At Law<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 434-8900<br>Facsimile: (415) 434-9200 |

| | |
|---|---|
| Attorneys for the State of California, et al. | Kamala D. Harris<br>Attorney General Of California<br><br>Mark Breckler<br>Chief Assistant Attorney General<br><br>Kathleen Foote<br>Senior Assistant Attorney General<br><br>Emilio Varanini<br>  (Email: Emilio.Varanini@doj.ca.gov)<br>Deputy Attorney General<br>Office of the Attorney General for the State of California<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5908<br>Facsimile: (415) 703-5480 |

Dated:   August 4, 2016                    Respectfully submitted,

*/s/ Jan L. Westfall*
Jan L. Westfall
Law Offices of Jan L. Westfall

*Counsel for Objector Donnie Clifton*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing Notice of Appeal and Representation Statement, together with Exhibits, was filed via the Court's Electronic Case Filing ("ECF") system, and that as a result electronic notice of the filing was served upon the attorneys of record in this matter.

Dated this August 4, 2016.

                                              */s/ Jan L. Westfall*
                                              Jan L. Westfall