UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) <br> ) Master File No. CV-07-5944-SC <br> ) MDL No. 1917 |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Josie Saik ("Saik") appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Order Granting Final Approval of Indirect Purchaser Settlements (Doc. No. 4712) entered in this action on July 7, 2016; (2) the Final Judgment of Dismissal With Prejudice As To The Phillips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson and TDA Defendants (Doc. No. 4717) entered in this action on July 14, 2016; (3) the Order on Attorneys' Fees, Expenses, and Incentive Awards RE: Indirect Purchaser Plaintiff Settlements (Doc. No. 4740) entered in this action on August 3, 2016; and (4) all orders and opinions that merge therein. Saik also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by Saik, including any entered or signed subsequent to this notice of appeal.

DATE:  August 5, 2016          */s/ George W. Cochran*
George W. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241
Telephone: 330.607.2187
Facsimile: 330.230.6136
lawchrist@gmail.com
Attorney for Class Member/
Objector Josie Saik

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was filed via CM/ECF on August 5, 2016 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          By: */s/ George W. Cochran*
                                                George W. Cochran