Paul B. Justi (SBN 124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
Telephone: 925.256.7900
Facsimile: 925.256.9204
Email: pbjusti@comcast.net

Attorney for Class Member and Objector
DAN L. WILLIAMS & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-05944-JST<br><br>MDL No.: 1917<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

## NOTICE OF APPEAL

Notice is hereby given that Class Member and Objector, Dan L. Williams & Co, in the above named case appeals to the United States Court of Appeals for the Ninth Circuit from (1) the Order Granting Final Approval of Indirect Purchaser Settlements entered on July 7, 2016 (Docket 4712); (2) the Final Judgment of Dismissal with Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and TDA Defendants entered July 14, 2016 (Docket 4717); and (3) the Order on Attorneys' Fees, Expenses, and Incentive Awards Re: Indirect

NOTICE OF APPEAL AND REPRESENTATION STATEMENT - 1

Purchaser Plaintiff Settlements entered on August 3, 2016 (Docket 4740). A copy of each of these orders is attached hereto.

DATED: August 5, 2016.                    Respectfully submitted,

                                              LAW OFFICES OF PAUL B. JUSTI

                                              /s/ Paul B. Justi
                                              Paul B. Justi

                                              *Counsel for Class Member and Objector*
                                              *Dan L. Williams & Co.*

## **REPRESENTATION STATEMENT**

The undersigned represents Objector-Appellant, Dan L. Williams & Co. In the interests of judicial economy, reference is made to the District Court's docket for a complete list of parties and counsel. That list is attached hereto.

                                              Respectfully submitted,

                                              /s/ Paul B. Justi
                                              Paul B. Justi

                                              *Counsel for Class Member and Objector*
                                              *Dan L. Williams & Co.*