## PROOF OF SERVICE

I, Lori Owens, hereby certify that on August 5th 2016, I uploaded the document entitled "Notice of Appeal and Statement of Representation" to be electronically filed using the CM/ECF filing system thus effectuating service on all ECF registered attorneys in this matter.

_____/s/ Lori Owens_____

Lori Owens
