Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2669
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br> Case No. C-07-5944-SC |
| This Document Relates to: <br> ALL ACTIONS | **SPECIAL MASTER'S ORDER RE PROCESS FOR ALLOCATION OF ATTORNEYS' FEES** |

As directed in the Court's Order on Attorneys' Fees, Expenses, and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements [Dkt. 4740, 8/3/16], the Special Master now sets forth the following schedule and procedures for allocation of the total fee award of $156,606,250 among all class counsel firms.

1. Schedule

August 10: Lead Counsel, or any counsel objecting to this schedule or the procedures in this Order, may file an objection with suggested corrections.

August 22: Lead Counsel to file proposed allocation.

September 7: Any counsel objecting to proposed allocation to file objection with any supporting evidence.

September 16: Lead Counsel to file replies to objections. Other counsel may also file replies to any objection.

September 21: Deadline to request oral hearing on objections.

September 23: In the event Lead Counsel files new evidence with his reply the objecting attorney may file a response by this date.

October 20: Anticipated filing of Report & Recommendation.

2. Procedures

The allocation process is intended to be both formal and transparent. All filings, and all communications with the Special Master, shall be filed on the Court docket, and not on the JAMS e-filing system. Communications with the Special Master about scheduling and other ministerial matters shall be with his Case Manager, Sandra Chan, schan@jamsadr.com, 415-774-2611.

Hearings: The Special Master anticipates there will be few requests for oral hearing since the final allocation will be based very largely on written submissions. Hearings will be in person at JAMS San Francisco or by telephone, at the discretion of the objecting attorney. Hearings will be reported. Oral argument only will be permitted, by the objecting attorney and Lead Counsel only. All evidence must be presented by declaration with the objection or the reply. Each hearing will last no more than one hour.

The Special Master reserves the right to alter these procedures as may be necessary.

Dated: August 5, 2016

_____
Martin Quinn
Special Master