Theresa D. Moore (99978)
Attorney At Law
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: 415 613-1414
Facsimile: 415 434-9200
tmoore@aliotolaw.com

*Counsel for Objectors Rockhurst University,
Gary Talewsky, and Harry Garavanian*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File Case No. 3:07-cv-5944 MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: All Indirect Purchaser Actions | **NOTICE OF APPEAL BY OBJECTORS ROCKHURST UNIVERSITY, GARY TALEWSKY, AND HARRY GARAVANIAN** |

Objecting class members Rockhurst University, Gary Talewsky, and Harry Garavanian give notice of appeal to the United States Court of Appeals for the Ninth Circuit from this Court's (I) "Order Granting Final Approval of Indirect Purchaser Settlements (Dkt. No. 4712), entered on July 07, 2016;  (II) " Stipulation and Order Modifying and Adopting Special Master's Report Recommendations and Tentative Rulings Regarding Defendants' Joint Motion To Dismiss The Second Consolidated Amended Complaint of The Indirect Purchaser Plaintiffs" Order ", (Dkt. No. 796,799), dated October, 27, 2010; (III) "Final Judgment of Dismissal with Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and TDA Defendants" (Dkt. No. 4717), entered July 14, 2016; (IV) "Order on Attorneys' Fees, Expenses, and Incentive Awards Re:

Indirect Purchaser Plaintiff Settlements (Doc 4740) entered on August 3, 2016.

Attached as Exhibit 1 is the Representation Statement per FRAP 12 and 9th Cir. R. 3-2.

Dated: August 5, 2016                    Respectfully Submitted,

By:  /s/ Theresa D. Moore
THERESA D. MOORE
(CA State Bar No. 99978)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 613-1414
Facsimile: (415) 434-9200
tmoore@aliotolaw.com

*Counsel for Objectors Rockhurst University,
Gary Talewsky, and Harry Garavanian*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2016, I filed the foregoing document with the Clerk of the Court via the CM/ECF system and that it will be served on all parties via CM/ECF.