Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
        pbc@scarpullalaw.com

Counsel for Class Member
ELEANOR LEWIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEAL** |
| All Indirect-Purchaser Actions | Judge: The Honorable Jon S. Tigar |

# NOTICE OF APPEAL

Notice is hereby given that Class Member Eleanor Lewis appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Order Granting Final Approval of Indirect Purchaser Settlements (Doc. No. 4712) entered in this action on July 7, 2016; (2) the Final Judgment of Dismissal With Prejudice As To the Philips, Panasonic, Hitachi, Toshiba, Samsung SDI, Thomson, and TDA Defendants (Doc. No. 4717) entered in this action on July 14, 2016; (3) the Order on Attorneys' Fees, Expenses, and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements (Doc. No. 4740) entered in this action on August 3, 2016; and (4) all orders and opinions that merge therein.  Eleanor Lewis also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives.

Dated: August 8, 2016

Respectfully submitted,

 /s/  Francis O. Scarpulla
      Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Counsel for Class Member
ELEANOR LEWIS

**REPRESENTATION STATEMENT**

The undersigned represents Class Member Eleanor Lewis.  Attached as Exhibit A is the continuation of the Representation Statement pursuant to Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2.

                Respectfully submitted,

               /s/  Francis O. Scarpulla
                  Francis O. Scarpulla

Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415-788-7210
Facsimile:  415-788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Counsel for Class Member
ELEANOR LEWIS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEAL and REPRESENTATION STATEMENT was filed *via* CM/ECF on August 8, 2016 and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla