# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br>All Indirect Purchaser Actions | **ATTACHMENT A<br>TO NOTICE OF APPEAL** |

<u>Names of Appellants</u>:  Indirect Purchaser Plaintiff Class and class members Anthony Gianasca, Gloria Comeaux, Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., Jeffrey Speaect, Rosemary Ciccone and Jeff Craig

<u>Judgment Appealed From</u>:  Final Judgment of Dismissal with Prejudice as to the Philips, Panasonic, Hitachi, Toshiba, SamSung SDI, Thomson, and TDA Defendants, dated July 14, 2016, entered July 14, 2016 (Doc. No. 4717)

A copy of the Judgment is attached to the Notice of Appeal as Attachment B

<u>Names of Parties to Order and Names and Addresses of Attorneys for Each Party</u>:

See Attachment C