1
2  UNITED STATES DISTRICT COURT
3  NORTHERN DISTRICT OF CALIFORNIA
4  SAN FRANCISCO DIVISION

5  **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**  | Case No. 3:07-cv-5944
6  | MDL No. 1917
7  | **CLASS ACTION**
8  This Document Relates to: | **ATTACHMENT A TO NOTICE OF APPEAL**
9  All Indirect Purchaser Actions
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Names of Appellants:  Indirect Purchaser Plaintiff Class and class members Anthony Gianasca, Gloria Comeaux, Mina Ashkannejhad individually and/or as Administrator of the Estate of the Late R. Deryl Edwards, Jr., Jeffrey Speaect, Rosemary Ciccone and Jeff Craig

Order Appealed From:  Order on Attorneys' Fees, Expenses and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements, dated August 3, 2016, entered August 3, 2016 (Doc. No. 4740) A copy of the Order is attached to the Notice of Appeal as Attachment B

Names of Parties to Order and Names and Addresses of Attorneys for Each Party:

See Attachment C