Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com
        trk@coopkirk.com
        jdb@coopkirk.com

*Counsel for the Indirect Purchaser Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944-JST |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEAL** |
| All Indirect-Purchaser Actions | Judge: The Honorable Jon S. Tigar |

**NOTICE OF APPEAL**

Notice is hereby given that Indirect Purchaser Class Members appeal to the United States Court of Appeals for the Ninth Circuit from the July 7, 2016 Order Granting Final Approval of Indirect Purchaser Settlements (Doc. No. 4712) and the July 14, 2016 Final Judgment entered thereon (Doc. No. 4717), and from all orders and opinions that merge therein.

Attached as Exhibit A is the Representation Statement pursuant to Fed. R. App. Proc. 12(b) and Ninth Circuit Rule 3-2.

Dated: August 12, 2016

Respectfully submitted,

 /s/ Josef D. Cooper
Josef D. Cooper

Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
Cooper & Kirkham, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email:  jdc@coopkirk.com

*Counsel for the Indirect Purchaser Class*

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing NOTICE OF APPEAL and REPRESENTATION STATEMENT was filed via CM/ECF on August 12, 2016 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                         /s/ Josef D. Cooper
                                         Josef D. Cooper