Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No. 3:07-cv-5944-JST )<br>)<br>) MDL No. 1917<br>) |
| This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | )<br>)<br>)<br>) The Honorable Jon S. Tigar<br>)<br>) |

### AMENDED NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Sean Hull appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Indirect Purchaser Settlements (ECF Doc. No. 4712) entered in this action on July 7, 2016 and all orders and opinions that merge therein. Class Member/Objector Sean Hull further appeals to the United States Court of Appeals for the Ninth Circuit from the Order on Attorneys' Fees, Expenses, and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements (ECF Doc. No. 4740) entered in this action on August 3, 2016 and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class

settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying the Class Member/Objector or the objection filed by this Class Member/Objector, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

Attached as Exhibit 1 is the Representation Statement as required per F.R.A.P. 12 and 9th Cir. R. 3-2.

DATED:  August 12, 2016                     Respectfully submitted,

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP,
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com
Attorneys for Objector/Class Member

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed this notice of appeal using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case. I further certify that a true and correct copy of the foregoing notice of appeal has been forwarded to Plaintiff's counsel and the Class Action Clerk via U.S. Mail on this the 12th day of August, 2016.


Trump, Alioto, Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123

Class Action Clerk
United States District Court For
The Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

DATED this 4th Day of August, 2016.

> /s/ Timothy R. Hanigan
> Timothy R. Hanigan