1  BRAD BRIAN (State Bar No. 079001)
   brad.brian@mto.com
2  GREGORY J. WEINGART (State Bar No. 157997)
   gregory.weingart@mto.com
3  SUSAN E. NASH (State Bar No. 101837)
   susan.nash@mto.com
4  E. MARTIN ESTRADA (State Bar No. 223802)
   martin.estrada@mto.com
5  355 South Grand Avenue
   Thirty-Fifth Floor
6  Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
7  Facsimile:    (213) 687-3702

8  *Attorneys for Defendant LG Electronics, Inc.*

9                    UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | **DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN CONNECTION WITH LG ELECTRONICS, INC.'S MOTION FOR BIFURCATION AND BENCH TRIAL**<br><br>[Declaration of Cathleen Hartge and [Proposed] Order filed concurrently herewith] |

1    Having reviewed and complied with the Honorable Jon S. Tigar's Standing Order
Governing Administrative Motions to File Materials Under Seal and Civil Local Rule 79-5, Defendant LG Electronics, Inc. ("LGE"), by and through its counsel, respectfully requests an Order permitting it to file under seal its Motion for Bifurcation and Bench Trial and Exhibits A through F attached to the declaration of Cathleen H. Hartge in support of that motion.

This motion is supported by the Declaration of Cathleen H. Hartge in Support of LGE's Administrative Motion to File Under Seal, filed concurrently herewith.

Specifically, LGE requests that the following portions be sealed:  The highlighted portions of the sealed version of its Motion for Bifurcation and Bench Trial, and Exhibits A through F to the Declaration of Cathleen H. Hartge in Support of LGE's Motion for Bifurcation and Bench Trial.

LGE requests that these portions of the motion and the entirety of exhibits listed above be sealed because those portions contain discussion, analysis, or references to documents or information that Plaintiffs Sears, Roebuck and Co., and Kmart Corporation, and Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (the "Designating Parties") have designated "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306), as set forth in the Declaration of Cathleen Hartge in Support of LGE's Administrative Motion to File Under Seal.  N.D. Cal. Civil Local Rule 79-5 provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable.  N.D. Cal. Civ. L.R. 79-5(e).  It is the designating party's burden to establish that the designated information is sealable.  Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

1   Thus, LGE respectfully submits this administrative motion pursuant to the Protective
2   Order, the Honorable Jon S. Tigar's Standing Order Governing Administrative Motions to File
3   Materials Under Seal, and Civil Local Rules 7-11 and 79-5(d), and hereby notifies the Designating
4   Parties of their burden to establish that the designated material is sealable.
5   A proposed order granting this application is enclosed.

7   DATED: August 12, 2016          Respectfully submitted,

8                                   MUNGER, TOLLES & OLSON LLP
                                        CATHLEEN HARTGE

11                                  By:  /s/ *Cathleen Hartge*
                                         CATHLEEN HARTGE

13                                  *Attorney for Defendant LG Electronics, Inc.*