BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF CATHLEEN H. HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN CONNECTION WITH LG ELECTRONICS, INC.'S MOTION FOR BIFURCATION AND BENCH TRIAL**<br><br>[Administrative Motion to Seal and [Proposed] Order filed concurrently herewith] |

I, Cathleen H. Hartge, hereby declare:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendant LG Electronics, Inc. ("LGE"), in the above entitled action. I am licensed to practice law in the State of California. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Pursuant to Civil Local Rules 7-11 and 79-5, I submit this declaration in support of LGE's Administrative Motion to File Under Seal.

3. LGE seeks permission to file under seal the highlighted portions of the sealed version of its Motion for Bifurcation and Bench Trial and the entirety of Exhibits A through F attached to my declaration in support of that motion.

4. The material referenced in Paragraph 3 contains discussion, analysis, references to, or information taken directly from, material designated by Plaintiffs Sears, Roebuck and Co. and Kmart Corporation; and Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (the "Designating Parties") as "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 306).

5. LGE seeks to submit the above material under seal in good faith in order to comply with the Stipulated Protective Order in this action and the applicable Standing Order and Local Rules. Because the information LGE seeks to submit under seal has been designated as Highly Confidential by other parties, LGE is filing the accompanying Administrative Motion, and will be prepared to file unredacted versions of the above-referenced documents in the public record if required by Civil Local Rule 79-5(e).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

-1-

MDL No. 1917
Master No. 3:07-cv-05944-JST

**DECLARATION OF CATHLEEN HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN CONNECTION WITH LG ELECTRONICS, INC.'S MOTION FOR BIFURCATION AND BENCH TRIAL**

Case 4:07-cv-05944-JST   Document 4758-1   Filed 08/12/16   Page 3 of 3

1  Executed on the 12th day of August 2016 in San Francisco, California.

2

3                              /s/ *Cathleen Hartge*
                               CATHLEEN HARTGE
4

**DECLARATION OF CATHLEEN HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN CONNECTION WITH LG ELECTRONICS, INC.'S MOTION FOR BIFURCATION AND BENCH TRIAL**