1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13
14  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

15
16  This Document Relates to:
17  *Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514
18
19
20
21
22
23
24
25
26
27
28

Master File No. 3:07-cv-05944-JST

MDL No. 1917

**[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Judge:   Honorable Jon S. Tigar

Court:   Courtroom 9, 19th Floor

1  Upon consideration of Defendant LG Electronics, Inc.'s Administrative Motion to File
2  Under Seal, submitted in connection with LG Electronics, Inc.'s Motion for Bifurcation and
3  Bench Trial, and the supporting Declaration of Cathleen H. Hartge pursuant to Local Rule 79-5 in
4  support of that motion, and good cause appearing for the entry thereof,
5  IT IS HEREBY ORDERED that the highlighted portions of the sealed version of LG
6  Electronics, Inc.'s Motion for Bifurcation and Bench Trial and the entirety of Exhibits A through
7  F attached to the Declaration of Cathleen H. Hartge in support of that motion be filed under seal.

**IT IS SO ORDERED**

Dated: _____

JON S. TIGAR
UNITED STATES DISTRICT JUDGE