BRAD BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
SUSAN E. NASH (State Bar No. 101837)
susan.nash@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | Master File No. 3:07-cv-05944-JST<br><br>MDL No. 1917<br><br>**DECLARATION OF CATHLEEN H. HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR BIFURCATION AND BENCH TRIAL**<br><br>**[SEALED EXHIBITS A THROUGH F]**<br><br>Judge: Honorable Jon S. Tigar<br>Date: September 22, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor |

MDL No. 1917
Master No. 3:07-cv-05944-JST

**DECLARATION OF CATHLEEN HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR BIFURCATION AND BENCH TRIAL [SEALED EXHIBITS A THROUGH F]**

1    I, Cathleen H. Hartge, hereby declare:

2    1.    I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of
3    record for Defendant LG Electronics, Inc. ("LGE"), in the above entitled action. I am licensed
4    to practice law in the State of California. I make this declaration based on my personal
5    knowledge and, if called upon as a witness, could and would testify competently as to the
6    matters set forth below.

7    2.    Attached to this declaration as Exhibit A is a true and correct copy of the
8    Supplemental Attachment A to Certain Direct Action Plaintiffs' Responses to Various
9    Interrogatories, September 5, 2014.

10   3.    Attached to this declaration as Exhibit B is a true and correct copy of excerpts
11   from the April 15, 2014 Expert Report of Vandy Howell, Ph.D.

12   4.    Attached to this declaration as Exhibit C is a true and correct copy of excerpts
13   from the April 15, 2014 Expert Report of Alan S. Frankel, Ph.D., prepared on behalf of
14   Sears/Kmart.

15   5.    Attached to this declaration as Exhibit D is a true and correct copy of excerpts
16   from the September 25, 2014 Expert Report of Alan S. Frankel, Ph.D., prepared on behalf of
17   Sears/Kmart.

18   6.    Attached to this declaration as Exhibit E is a true and correct copy of excerpts of
19   the July 13, 2012 Deposition of Takashi Nakano.

20   7.    Attached to this declaration as Exhibit F is a true and correct copy of excerpts of
21   the October 9, 2014 30(b)(6) Deposition of Robert L. Nowicki.

22   8.    Attached to this declaration as Exhibit G is a true and correct copy of excerpts of
23   the November 4, 2014 30(b)(6) Deposition of Patrick Barrett.

24   9.    Attached to this declaration as Exhibit H is a true and correct copy of excerpts of
25   the November 17, 2015 Deposition of Wayne Park.

26   10.   Attached to this declaration as Exhibit I is a true and correct copy of the
27   Judgment in a Civil Case, *Costco Wholesale Corp. v. AU Optronics Corp.*, No. C13-1207RAJ
28   (W.D. Wash. June 4, 2016), ECF No. 682.

1 | I declare under penalty of perjury under the laws of California that the foregoing is true
2 | and correct.
3 | Executed on the 12th day of August 2016 in San Francisco, California.

/s/ *Cathleen Hartge*
CATHLEEN HARTGE

-2-

MDL No. 1917
Master No. 3:07-cv-05944-JST

**DECLARATION OF CATHLEEN HARTGE IN SUPPORT OF DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR BIFURCATION AND BENCH TRIAL [SEALED EXHIBITS A THROUGH F]**