| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-JST<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | **[PROPOSED] ORDER GRANTING DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR BIFURCATION AND BENCH TRIAL**<br><br>Judge:   Honorable Jon S. Tigar<br>Court:   Courtroom 9, 19th Floor |

1   Defendant LG Electronics, Inc.'s Motion for Bifurcation and Bench Trial came on for
2 hearing on September 22, 2016.
3   Having read and considered all of the pleadings and documents filed in support of and in
4 opposition to LG Electronics, Inc.'s motion, and having considered the arguments of counsel, the
5 Court hereby grants LG Electronics, Inc.'s motion.
6   The Court, having reviewed the motion and good cause appearing, hereby finds that the
7 motion should be GRANTED.

**IT IS SO ORDERED**

Dated: _____

                                    HONORABLE JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE