UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br>Case No. C-07-5944 JST |
| This Order Relates To:<br>*Sears, Roebuck and Co. and Kmart Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | **ORDER RE: MOTION TO SEAL** |

On August 12, 2016, Defendant LG Electronics, Inc. ("LGE") filed a Motion to File Under Seal portions of its Motion for Bifurcation and Bench Trial, as well as related exhibits. ECF No. 4758. The portions sought to be sealed have been designated as confidential by various other parties. See id. at 2. Pursuant to Civil Local Rule 79-5(e)(1), "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." As of August 17, 2016, no party has filed such a declaration. If no such declaration is filed by August 24, 2016, the Court will deny LGE's motion and instruct LGE to file the underlying documents on the public docket.

IT IS SO ORDERED.

Dated: August 17, 2016

_____
JON S. TIGAR
United States District Judge