1     *[Stipulating parties listed on signature page]*

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**

10

11   IN RE CATHODE RAY TUBE (CRT)         Master File No. 3:07-CV-05944-JST
     ANTITRUST LITIGATION                MDL No. 1917

12

13   This Document Relates To:

14                                    **STIPULATION AND [PROPOSED]**
     *Sears, Roebuck and Co. and Kmart Corp. v. LG*     **ORDER REGARDING SCHEDULE**

15     *Electronics, Inc., et al*, Case No. 11-cv-05514      **FOR PRETRIAL DISCLOSURES**
                                   **FOR SEARS/KMART AND LG**

16                                    **ELECTRONICS**

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, Plaintiffs Sears, Roebuck and Co. and Kmart Corporation ("Plaintiffs") are

2    the only remaining plaintiffs in Case No. 11-cv-05514 ("*Sears/Kmart* case");

3    WHEREAS, LG Electronics, Inc. ("LGE") is the only remaining defendant in the

4    *Sears/Kmart* case;

5    WHEREAS, the trial in the *Sears/Kmart* case is set for January 9, 2017, *see* ECF No.

6    4658;

7    WHEREAS, Plaintiffs and LGE have negotiated and agreed to a schedule governing

8    pretrial disclosures;

9    PURSUANT TO LOCAL RULE 7-12, PLAINTIFFS AND LGE, BY AND THROUGH

10   THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

11   1.    The parties agree to abide by the schedule governing pretrial disclosures that is

12   attached as Exhibit A to this stipulation.  As noted in Footnote 3 of Exhibit A, LGE stipulates

13   only that the attached schedule applies to the jury trial.  As part of its motion for bifurcation and

14   for a bench trial, *see* ECF No. 4759, LGE has proposed a separate schedule to govern bench

15   trial pretrial disclosures.  Plaintiffs oppose any bifurcation of the trial proceedings and do not

16   consent to the bench trial schedule proposed by LGE.

17   2.    This stipulation shall not be introduced into evidence during the jury trial or read

18   to the jury during trial, and it shall not be relied on to support an entitlement to any relief not

19   expressly contemplated by the terms of this stipulation.

20

21

22

23

24

25

26

27

28

-1-                          Master File No. 3:07-CV-05944-JST
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL DISCLOSURES

1   Dated:  August 17, 2016         Respectfully submitted,

2

3                          MUNGER, TOLLES & OLSON LLP

4

5                          By:   */s/ Brad Brian*
                             Brad Brian (State Bar No. 079001)

6                              brad.brian@mto.com
                             Gregory J. Weingart (State Bar No. 157997)

7                              gregory.weingart@mto.com
                             Susan E. Nash (State Bar No. 101837)

8                              susan.nash@mto.com
                             E. Martin Estrada (State Bar No. 223802)

9                              martin.estrada@mto.com
                             Miriam Kim (State Bar No. 238230)

10                           miriam.kim@mto.com
                          MUNGER, TOLLES & OLSON LLP

11                           355 South Grand Avenue, 35th Floor
                          Los Angeles, California 90071-1560

12                           Telephone: (213) 683-9100
                          Facsimile:(213) 687-3702

13                           ***Attorneys for Defendant LG Electronics, Inc.***

14

15                           KENNY NACHWALTER, P.A.

16

17                           By*:*   */s/ Samuel J. Randall*
                             Richard Alan Arnold, Esquire

18                              William J. Blechman, Esquire
                             Douglas Patton, Esquire

19                              Samuel J. Randall, Esquire
                             Christina Ceballos-Levy

20                           KENNY NACHWALTER, P.A.
                          201 S. Biscayne Boulevard

21                           Suite 1100
                          Miami, Florida  33131

22                           Tel:  (305) 373-1000
                          Fax:  (305) 372-1861

23                           E-mail:  rarnold@knpa.com
                                    wblechman@knpa.com

24                                   dpatton@knpa.com
                                  srandall@knpa.com

25                                   ccl@knpa.com

26

27                           ***Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.***

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL DISCLOSURES

1    Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

2    document has been obtained from each of the above signatories.

3

4

5

6

7

8

9

10

11    It is so stipulated and agreed to by the parties.

12

13    PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15    Dated: _____          _____
                                              Honorable Jon S. Tigar
16                                            United States District Judge

17

18

19

20

21

22    547566.1

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL DISCLOSURES