*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-05944-JST<br>MDL No. 1917 |
| This Document Relates To:<br><br>*Sears, Roebuck and Co. and Kmart Corp. v. LG Electronics, Inc., et al*, Case No. 11-cv-05514 | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR PRETRIAL DISCLOSURES FOR SEARS/KMART AND LG ELECTRONICS** |

WHEREAS, Plaintiffs Sears, Roebuck and Co. and Kmart Corporation ("Plaintiffs") are the only remaining plaintiffs in Case No. 11-cv-05514 ("*Sears/Kmart* case");

WHEREAS, LG Electronics, Inc. ("LGE") is the only remaining defendant in the *Sears/Kmart* case;

WHEREAS, the trial in the *Sears/Kmart* case is set for January 9, 2017, *see* ECF No. 4658;

WHEREAS, Plaintiffs and LGE have negotiated and agreed to a schedule governing pretrial disclosures;

PURSUANT TO LOCAL RULE 7-12, PLAINTIFFS AND LGE, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The parties agree to abide by the schedule governing pretrial disclosures that is attached as Exhibit A to this stipulation.  As noted in Footnote 3 of Exhibit A, LGE stipulates only that the attached schedule applies to the jury trial.  As part of its motion for bifurcation and for a bench trial, *see* ECF No. 4759, LGE has proposed a separate schedule to govern bench trial pretrial disclosures.  Plaintiffs oppose any bifurcation of the trial proceedings and do not consent to the bench trial schedule proposed by LGE.

2. This stipulation shall not be introduced into evidence during the jury trial or read to the jury during trial, and it shall not be relied on to support an entitlement to any relief not expressly contemplated by the terms of this stipulation.

Dated: August 17, 2016           Respectfully submitted,


MUNGER, TOLLES & OLSON LLP


By:  */s/ Brad Brian*
Brad Brian (State Bar No. 079001)
brad.brian@mto.com
Gregory J. Weingart (State Bar No. 157997)
gregory.weingart@mto.com
Susan E. Nash (State Bar No. 101837)
susan.nash@mto.com
E. Martin Estrada (State Bar No. 223802)
martin.estrada@mto.com
Miriam Kim (State Bar No. 238230)
miriam.kim@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant LG Electronics, Inc.*


KENNY NACHWALTER, P.A.


By:  */s/ William J. Blechman*
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas Patton, Esquire
Samuel J. Randall, Esquire
Christina Ceballos-Levy
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
Fax:  (305) 372-1861
E-mail:   rarnold@knpa.com
              wblechman@knpa.com
              dpatton@knpa.com
              srandall@knpa.com
              ccl@knpa.com

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

It is so stipulated and agreed to by the parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                    Honorable Jon S. Tigar
                                    United States District Judge

547566.1

-3-   Master File No. 3:07-CV-05944-JST
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL DISCLOSURES