# EXHIBIT 1

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| lodging | 12/11/2015 | $17.50 | purchase starpoints for 12/14 stay @ Westin Union Square (Travel to 12/15 Motion Hearing) |
| lodging | 1/5/2015 | $138.57 | Holiday Inn Civic Center, San Francisco, CA (Travel to 1/5 SM Motion Hearing) |
| lodging | 3/15/2016 | $173.50 | Hotel Whitcomb, San Francisco (travel to 3/15 Fairness Hearing) |
| TOTAL | | $329.57 | |

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| meals | 12/14/2015 | $5.52 | 12/14/15 breakfast (Travel to 12/15 Motion Hearing) |
| meals | 12/14/2015 | $3.11 | 12/14/15 breakfast (Travel to 12/15 Motion Hearing) |
| meals | 12/14/2015 | $4.99 | 12/14/15 lunch (Travel to 12/15 Motion Hearing) |
| meals | 12/14/2015 | $32.00 | 12/14/15 dinner (Travel to 12/15 Motion Hearing) |
| meals | 12/15/2015 | $13.95 | 12/15/15 breakfast (Travel to 12/15 Motion Hearing) |
| meals | 12/15/2015 | $1.75 | 12/15/15 breakfast (Travel to 12/15 Motion Hearing) |
| meals | 12/15/2015 | $16.00 | 12/15/15 lunch (Travel to 12/15 Motion Hearing) |
| meals | 12/15/2015 | $2.83 | 12/15/15 lunch (Travel to 12/15 Motion Hearing) |
| meals | 12/15/2015 | $11.55 | 12/15/15 dinner (Travel to 12/15 Motion Hearing) |
| meals | 1/4/2016 | $11.17 | 1/4/16 lunch (Travel to 1/5 Special Master Hearing) |
| meals | 1/4/2016 | $55.00 | 1/4/16 dinner (Travel to 1/5 Special Master Hearing) |
| meals | 1/5/2016 | $8.65 | 1/5/16 breakfast (Travel to 1/5 Special Master Hearing) |
| meals | 1/5/2016 | $2.25 | 1/5/16 coffee (Travel to 1/5 Special Master Hearing) |
| meals | 1/5/2016 | $15.08 | 1/5/16 lunch (Travel to 1/5 Special Master Hearing) |
| meals | 3/14/2016 | $2.73 | coffee during flight delay (travel to 3/15 fairness hearing) |
| meals | 3/14/2016 | $8.96 | lunch (travel to 3/15 fairness hearing) |
| meals | 3/14/2016 | $2.25 | lunch (travel to 3/15 fairness hearing) |
| meals | 3/14/2016 | $43.68 | dinner (travel to 3/15 fairness hearing) |
| meals | 3/15/2016 | $20.00 | breakfast (travel to 3/15 Fairness Hearing) |
| meals | 3/15/2016 | $8.70 | lunch (travel to 3/15 fairness hearing) |
| meals | 3/15/2016 | $12.05 | dinner (travel to 3/15 fairness hearing) |
| meals | 3/15/2016 | $4.79 | dinner (travel to 3/15 fairness hearing) |
| **TOTAL** | | $287.01 | |

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| parking | 10/1/2015 | $3.00 | parking at USCA 5th Circuit re library research |
| parking | 12/16/2015 | $22.00 | parking at MSY (Travel to 12/15 Motion Hearing) |
| TOTAL | | $25.00 | |

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| postage | 10/5/2015 | $3.45 | mailing claim form to claims administrator |
| postage | 10/8/2015 | $32.84 | mailing objection to chambers and claims administrator |
| postage | 11/9/2015 | $67.50 | FedEx delivery of chamber's copy of Opposition to IPP Counsel's Stip. To Amend Scheduling Order |
| postage | 11/21/2015 | $40.15 | mailing (a) motion to amend and (b) motion to shorten time to chambers |
| postage | 12/10/2015 | $41.41 | FedEx delivery of chambers copy of reply ISO motion to amend |
| postage | 12/30/2015 | $16.75 | postage to return hardcopy of D.W. St. John deposition and exhibits to Kirby McInery LLP |
| postage | 2/4/2016 | $46.00 | postage to send chambers copies of administrative motion to file under seal and objection to R & R re Outstanding Motions |
| postage | 2/13/2016 | $16.65 | postage to send chambers copies of objection to R & R re fees and settlements |
| postage | 2/19/2016 | $1.47 | postage (3 stamps) to send chambers copies of reply ISO objection to R&R re outstanding motions |
| postage | 2/27/2016 | $16.65 | postage to send chambers copies of shortened objection to R & R re fees and settlements |
| TOTAL | | $282.87 | |

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| filing fees | 3/13/2016 | $110.00 | CaseAnywhere |
| filing fees | 5/30/2016 | $142.80 | 02/14 and 03/12 CaseAnwhere invoices for A. Valdez, less USB fee |
| TOTAL | | $252.80 | |

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| research |  | $70.80 | 2015Q3 PACER fees |
| research | 1/6/2016 | $94.80 | 2015Q4 PACER fees |
| research | 4/18/2016 | $71.70 | 2016Q1 PACER fees |
| **TOTAL** |  | $237.30 |  |

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| third party copies | 9/30/2015 | $1.57 | TATP lodestar summary |
| third party copies | 11/9/2015 | $2.19 | color copies of exhibits for chamber's binder |
| third party copies | 3/15/2016 | $22.54 | computer use and copies at Hotel Whitcomb |
| TOTAL | | $26.30 | |

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| travel - air | 11/24/2015 | $328.96 | Flight from MSY to SFO and return (Travel to 12/15 Motion Hearing) |
| travel - air | 1/4/2016 | $248.98 | Flight from MSY to SFO (Travel to 1/5 Special Master Hearing) |
| travel - air | 1/5/2016 | $178.98 | Flight from OAK to MSY (Travel to 1/5 Special Master Hearing) |
| travel - air | 2/28/2016 | $232.60 | flight from MSY to SFO (travel for 3/15 Fairness Hearing) |
| travel - air | 2/28/2016 | $247.60 | flight from SFO to MSY (travel for 3/15 Fairness Hearing) |
| **TOTAL** | | $1,237.12 | |

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| travel - mileage | 11/1/2015 | $42.90 | travel from New Orleans, LA to Long Beach, MS for deposition preparation and deposition (74.6 miles @ $0.575 per mile) |
| travel - mileage | 11/2/2015 | $42.90 | travel from Long Beach, MS to New Orleans, LA after deposition (74.6 miles @ $0.575 per mile) |
| travel - mileage | 12/14/2015 | $8.57 | travel from home to MSY (Travel to 12/15 Motion Hearing) (14.9 miles @ $0.575/mile) |
| travel - mileage | 12/16/2015 | $8.57 | travel from MSY to home (Travel to 12/15 Motion Hearing) (14.9 miles @ $0.575/mile) |
| travel - mileage | 1/4/2016 | $16.09 | roundtrip travel to MSY for dropoff (Travel to 1/5 SM Motion Hearing) (2 x 14.9 miles @ $0.54/mile) |
| travel - mileage | 3/14/2016 | $8.57 | travel from home to MSY (Travel to 3/15 Fairness Hearing) (14.9 miles @ $0.575/mile) |
| TOTAL | | $127.60 | |

ST. JOHN EXHIBIT 1 - EXPENSES

| CATEGORY | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| travel - taxi | 12/14/2015 | $8.65 | travel from SFO to Westin Union Square (Travel to 12/15 Motion Hearing) |
| travel - taxi | 12/15/2015 | $21.27 | Uber from Courthouse to SFO (Travel to 12/15 Motion Hearing) |
| travel - taxi | 12/15/2015 | $8.18 | Uber from Westin Union Square to Courthouse (Travel to 12/15 Motion Hearing) |
| travel - taxi | 1/4/2016 | $8.95 | BART from SFO to Civic Center (Holiday Inn) |
| travel - taxi | 1/4/2016 | $8.87 | Uber to dinner (Travel to 1/5 Special Master Hearing) |
| travel - taxi | 1/5/2016 | $36.00 | Taxi from MSY to home |
| travel - taxi | 1/5/2016 | $11.28 | Uber from Holiday Inn Civic Center to JAMS (Travel to 1/5 Special Master Hearing) |
| travel - taxi | 1/5/2016 | $42.80 | Uber from JAMS to OAK (Travel to 1/5 Special Master Hearing) |
| travel - taxi | 3/14/2016 | $8.95 | BART from SFO to Civic Center (Hotel Whitcomb) (travel to 3/15 Fairness Hearing) |
| travel - taxi | 3/14/2016 | $7.72 | Uber from dinner to Hotel Whitcomb (travel for 3/15 Fairness Hearing) |
| travel - taxi | 3/14/2016 | $8.17 | Uber from Hotel Whitcomb to dinner (travel to 3/15 Fairness Hearing) |
| travel - taxi | 3/15/2016 | $7.50 | taxi from Hotel Whitcomb to courthouse (travel for 3/15 Fairness Hearing) |
| travel - taxi | 3/16/2016 | $38.00 | Taxi from MSY to home (travel for 3/15 Fairness Hearing) |
| TOTAL | | $216.34 | |