ANDREA VALDEZ (Cal. Bar No. 239082)
530 S. Lake Avenue, No. 574
Pasadena, CA 91101
Tel: (626) 817-6547
andrea.valdez.esq@gmail.com

JOSEPH SCOTT ST. JOHN (*pro hac vice*)
514 Mockingbird Drive
Long Beach, MS 39560
Tel: 410-212-3475
jscottstjohnpublic@gmail.com

*Attorneys for Objector Douglas W. St. John*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST |
| | MDL No. 1917 |
| | **DECLARATION OF ATTORNEY ANDREA VALDEZ IN SUPPORT OF DOUGLAS W. ST. JOHN'S MOTION FOR ATTORNEY'S FEES AND EXPENSES** |
| This Document Relates To: All Indirect Purchaser Actions | Judge: Hon. Jon S. Tigar |

I, Andrea Valdez, declare and state as follows:

1. I am an attorney duly licensed in the State of California (admitted 2005). I represent Douglas W. St. John, a resident of the State of Mississippi, in connection with the above-captioned matter.

2. I make this declaration in support of Objector Douglas W. St. John's Motion for Attorney's Fees and Expenses.

3. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would testify truthfully as follows:

### COUNSEL'S BACKGROUND, SKILL, AND EXPERIENCE

4. I earned a B.A. from California State Polytechnic University – Pomona in 2001. I earned a J.D. from Columbia Law School in 2005.

5. I practiced law as an associate at Fulbright & Jaworski LLP from October 2005 until June 2012. From June 2012 until July 2015, I lived abroad and was not active in the practice of law. I returned to private practice in September 2015.

6. I have significant experience litigating in California state and federal courts. I have significant experience with class actions.

### LODESTAR CROSS-CHECK AND EXPENSES

7. I served as a consulting attorney and local counsel for Mr. St. John in this matter. In the course of this matter, I regularly provided strategy advice to Mr. St. John's lead counsel and edited Mr. St. John's briefs. Because Mr. St. John is not seeking attorney's fees based on my work, I am not submitting my time records.

8. I have reviewed the Declaration of Joseph Scott St. John ISO Objector Douglas W. St. John's Motion for Attorney's Fees and Expenses.

9. Based on my experience as a senior associate at a large law firm, I believe the time expended by Joseph St. John in litigating this matter is reasonable.

10. Based on my experience in the California legal market, I believe a non-contingent hourly rate of $500 to $600 is reasonable for an attorney of Joseph St. John's background, skill, and experience.

11. Based on my experience, I believe the expenses incurred by Mr. St. John are reasonable.

12. Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Pasadena, California this 17th day of August, 2016.

/s/ Andrea Valdez

_____

ANDREA VALDEZ