# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 JST<br><br>MDL No. 1917<br><br>**[PROPOSED]**<br>**ORDER GRANTING OBJECTOR**<br>**DOUGLAS W. ST. JOHN'S MOTION**<br>**FOR ATTORNEY'S FEES AND**<br>**EXPENSES**<br><br>Judge: Hon. Jon S. Tigar |
| This Document Relates To:<br>All Indirect Purchaser Actions | |

Currently pending before the Court is OBJECTOR DOUGLAS W. ST. JOHN'S MOTION FOR ATTORNEY'S FEES AND EXPENSES. Having reviewed the motion and IPP Counsel's opposition thereto, Court GRANTS Mr. St. John's Motion as follows:

(1) The Court finds that Mr. St. John's efforts resulted in a substantial pecuniary benefit to the class in the form of a reduction to IPP Counsel's fee award by approximately $14,418,750;

(2) For the reasons set forth in Mr. St. John's motion and the attached declarations, the Court finds that 1.5% of the benefit to the class, i.e., $216,218, is a reasonable and appropriate attorney's fee for Mr. St. John's efforts;

(3) The Court grants Mr. St. John's request for attorney's fees in the amount of $216.218, plus interest, to be paid from the settlement fund to Mr. St. John's counsel;

(4) For the same reasons set forth in Mr. St. John's motion and the attached declarations, the Court finds that Mr. St. John reasonably incurred $3,407.11 in unreimbursed litigation expenses;

(5) The Court grants Mr. St. John's request for reimbursement of $3,407.11 in expenses, to be paid from the settlement fund to Mr. St. John's counsel; and

(6) No Special Master compensation shall be assessed against Mr. St. John

1    IT IS SO ORDERED.

2

3    Dated:  September ___, 2016

4

5

6                             Jon S. Tigar, United States District Judge