

FOUR SEASONS TOWER
1441 BRICKELL AVENUE
SUITE 1100
MIAMI, FLORIDA 33131
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KNPA.COM

Direct Line
(305) 381-7472
E-Mail
wblechman@knpa.com

August 18, 2016

Honorable Jon S. Tigar   *Via ECF*
United States District Court
450 Golden Gate Avenue
Courtroom 9 - 19th Floor
San Francisco, CA  94102

Re: *In re Cathode Ray Tube ("CRT") Antitrust Litigation* – MDL 1917
*Sears/Kmart v. LG* – Case No. 11-cv-05514

Dear Judge Tigar:

I am writing on behalf of Plaintiffs Sears and Kmart in the above-referenced case. On July 1, 2016, Dell wrote the Court (Dkt. 4700) asking that it defer ruling on summary judgment motions docketed at 3003, 3008, 3174, and 3172 while they finalized their settlement papers. As the Court is aware, these motions have implications for various other parties in this MDL case. On July 13th, Dell and Samsung filed a proposed stipulated order staying proceedings in their case due to settlement (Dkt. 4715), and the next day, the Court so ordered the stipulation. (Dkt. 4716). More than seven (7) weeks after the July 1st letter, if the Court considers it appropriate and necessary, we respectfully suggest that a report to the Court from Dell and Samsung as to their timing may be in order insofar as concerns the matters that have been provisionally stayed by their suggestion of settlement.

Respectfully,

William J. Blechman
*Counsel for Plaintiffs Sears and Kmart*

cc: Brad Brian, Esquire
Counsel for LG

Michael Kenny, Esquire
Counsel for Dell

James McGinnis, Esquire
Counsel for Samsung

547457.1

TEXAS OFFICE
ONE CONGRESS PLAZA
111 CONGRESS AVENUE, SUITE 1060
AUSTIN, TEXAS 78701
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

WASHINGTON SATELLITE OFFICE:
1101 PENNSYLVANIA AVENUE, N.W., 3RD FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE 202.756.4373
FACSIMILE 202.756.7323