# ALSTON & BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8488
www.alston.com

*Michael P. Kenny*     *Direct Dial: 404-881-7179*     *Email: mike.kenny@alston.com*

August 18, 2016

**VIA ECF**

Hon. Jon S. Tigar
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

      Re:    *In re Cathode Ray Tube ("CRT") Antitrust Litigation*,
              MDL 1917, 3:07-cv-5944-JST

Dear Judge Tigar,

      I represent Plaintiffs Dell Inc. and Dell Products L.P. ("Dell") in the above-captioned litigation, and write on behalf of both Dell and Defendant Samsung SDI Co., Ltd. ("Samsung SDI"). As I explained in my July 1, 2016 letter to the Court, Dell and Samsung SDI agreed in principle to settle Dell's claims against Samsung SDI. The Court entered a stipulated order staying the litigation between Dell and Samsung SDI on July 14, 2016 (Dkt. No. 4716). The parties have now formalized their agreement, and while the stay in the litigation between Dell and Samsung SDI remains, Dell and Samsung SDI no longer request that the Court defer ruling on any pending motions filed in other overlapping cases, including the following motions identified in my July 1, 2016 letter:

- Dkt. No. 3008: Motion for Summary Judgment Based Upon Plaintiffs' Failure to Distinguish Between Actionable and Non-Actionable Damages Under the FTAIA;

- Dkt. No. 3044: Motion for Partial Summary Judgment Against Dell and Sharp Plaintiffs on Statute of Limitations Grounds (*as it relates to Sharp*);

- Dkt. No. 3174: Defendants' Joint Motion to Exclude Certain Expert Testimony of Professor Kenneth Elzinga; and

- Dkt. No. 3172: SDI Defendants' Motion to Exclude Expert Testimony of Dr. Stephan Haggard.

Subject to the fulfillment of certain conditions in the parties' settlement agreement, Dell will file a stipulation of dismissal in the coming weeks. At that time, the following motions for summary judgment will be moot: (1) Dkt. No. 3003; (2) Dkt. No. 3044 (moot as to Dell, *but not as to Sharp*), and the remaining Motions that the Court has not decided in the Dell case (Dkt. Nos. 3008, 3174, 3172) will be moot as to Dell. Dell and Samsung SDI continue to request that the Court not issue any rulings in the Dell case as to these motions.[1]

        Sincerely,

        */s/ Michael P. Kenny*

        Michael P. Kenny

        *Counsel for Dell Inc. and Dell Products L.P.*

---

[1] Moreover, the Court need not reissue its ruling on Dkt. No. 2983 (Motion for Partial Summary Judgment for Lack of Standing as to Direct Plaintiffs' Sherman Act Damage Claims Based on CRT Product Purchases from Samsung Electronics) in the Dell case.