*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> *Sears, Roebuck and Co. and Kmart Corp. v. LG Electronics, Inc., et al*, Case No. 11-cv-05514 | Master File No. 3:07-CV-05944-JST <br> MDL No. 1917 <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT LG ELECTRONICS, INC.'S MOTION FOR BIFURCATION AND BENCH TRIAL** |

1  WHEREAS, Plaintiffs Sears, Roebuck and Co. and Kmart Corporation ("Plaintiffs") are the only remaining Plaintiffs in Case No. 11-cv-05514 ("*Sears/Kmart* case");

WHEREAS, LG Electronics, Inc. ("LGE") is the only remaining Defendant in the *Sears/Kmart* case;

WHEREAS, LGE filed its motion for bifurcation and bench trial in the *Sears/Kmart* case on August 12, 2016 (ECF No. 4759), pursuant to this Court's order issued at ECF No. 4623;

WHEREAS, that motion is currently noticed for a September 22, 2016 hearing;

WHEREAS, Plaintiffs and LGE are already scheduled to appear before this Court on September 20, 2016 for a status conference at 2:00pm, *see* ECF No. 4689;

PURSUANT TO LOCAL RULE 7-12, PLAINTIFFS AND LGE, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The parties agree to the following briefing deadlines for LGE's motion for bench trial and bifurcation (ECF No. 4759), if convenient for the Court: **August 30, 2016** for Sears/Kmart's opposition brief; and **September 8, 2016** for LGE's reply brief.

2. If convenient to the Court, the parties agree to move the hearing on LGE's motion for bifurcation and bench trial (ECF No. 4759) to the September 20, 2016 status conference.

Dated: August 19, 2016                    Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: */s/ Brad Brian*
    Brad Brian (State Bar No. 079001)
    Gregory J. Weingart (State Bar No. 157997)
    E. Martin Estrada (State Bar No. 223802)
    355 South Grand Avenue
    35th Floor
    Los Angeles, CA  90071-1560
    Tel:   (213) 683-9100
    Fax:  (213) 687-3702
    E-mail:  brad.brian@mto.com
                gregory.weingart@mto.com
                martin.estrada@mto.com

***Attorneys for Defendant LG Electronics, Inc.***

-1-                                                    Master File No. 3:07-CV-05944-JST

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE
FOR LGE'S MOTION FOR BIFURCATION AND BENCH TRIAL

|   |   |
|---|---|
| | KENNY NACHWALTER, P.A. |
| | |
| | By:  */s/ William J. Blechman* |
| | Richard Alan Arnold, Esquire |
| | William J. Blechman, Esquire |
| | Douglas Patton, Esquire |
| | Samuel J. Randall, Esquire |
| | Christina Ceballos-Levy |
| | KENNY NACHWALTER, P.A. |
| | 201 S. Biscayne Boulevard |
| | Suite 1100 |
| | Miami, Florida  33131 |
| | Tel:   (305) 373-1000 |
| | Fax:  (305) 372-1861 |
| | E-mail:  rarnold@knpa.com |
| | wblechman@knpa.com |
| | dpatton@knpa.com |
| | srandall@knpa.com |
| | ccl@knpa.com |

***Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.***

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

It is so stipulated and agreed to by the parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 22, 2016

_____
Honorable Jon S. Tigar
United States District Judge

IT IS SO ORDERED
Judge Jon S. Tigar

547729.1

-2-    Master File No. 3:07-CV-05944-JST

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE
FOR LGE'S MOTION FOR BIFURCATION AND BENCH TRIAL