1 | Richard Alan Arnold, Esquire
William J. Blechman, Esquire
2 | Kevin J. Murray, Esquire
Samuel J. Randall, Esquire
3 | KENNY NACHWALTER, P.A.
1441 Brickell Avenue
4 | Suite 1100
Miami, Florida 33131
5 | Tel:     (305) 373-1000
Fax:     (305) 372-1861
6 | E-mail:   rarnold@knpa.com
                    wblechman@knpa.com
7 |                kmurray@knpa.com
                    srandall@knpa.com
8 |
*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*
9 |
10 |
11 |                       **UNITED STATES DISTRICT COURT**
                          **NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN FRANCISCO DIVISION**
12 |

| 13  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST) MDL No. 1917 |
|---|---|
| 15  This Document Relates to: *Sears, Roebuck & Co., and Kmart Corporation v. LG Electronics, Inc., et al.*, Case No. 11-cv-5514 (SC) | **DECLARATION OF SAMUEL J. RANDALL IN SUPPORT OF LG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

18 |

19 |        I, SAMUEL J. RANDALL, do testify as follows:

20 |        1.      I am an attorney at the law firm Kenny Nachwalter, P.A., counsel of record for

21 | Plaintiffs Sears, Roebuck and Co. ("Sears"), and Kmart Corporation ("Kmart") in this action.  This

22 | declaration is submitted in support of LG's Administrative Motion to File Documents Under Seal,

23 | ECF No. 4758.  The facts set forth here are based on my personal knowledge, unless specifically

24 | stated as based on information and belief.

25 |        2.      On June 18, 2008, the Court issued a Stipulated Protective Order (ECF No. 306).

26 |

27 |

28 |

3.      On April 15, 2014, Sears and Kmart served on Defendants in this action the Expert Report Dr. Alan Frankel, and designated this supplemental report as "Highly Confidential" pursuant to the Stipulated Protective Order.

4.      On September 25, 2014, Sears and Kmart served on Defendants in this action the Second Supplemental Report of Dr. Alan Frankel, and designated this supplemental report as "Highly Confidential" pursuant to the Stipulated Protective Order.

5.      On August 12, 2016, LG filed its Administrative Motion to File Under Seal In Connection with LG's Motion for Bifurcation and Bench Trial, ECF No. 4758, and its Motion to Bifurcate, ECF No. 4759.

6.      The Administrate Motion and the Motion to Bifurcate lodge conditionally under seal, pursuant to Local Rules 7-11 and 79-5(d), certain quotations and excerpts from Dr. Frankel's Expert Report and Supplemental Expert Report and in support of sealing rely on the Declaration of Cathleen Hartge, who states that the sealed material contained discussion, analysis, references to, or information taken directly from, material designated by Plaintiffs Sears, Roebuck and Co. and Kmart Corporation as Highly Confidential.

7.      Pursuant to Local Rules 7-11 and 79-5 and the Stipulated Protective Order, these redacted portions of LG's Administrative Motion and its Motion for Bifurcation should be maintained under seal, including the entirety of Exhibits C and D to the Motion for Bifurcation, and all portions of the Motion that cite to these exhibits.  However, Plaintiffs do not object to the unsealing of Exhibit A to the Motion to Bifurcate, which includes a discovery response submitted by Plaintiffs that referenced certain materials designated as confidential and highly confidential by various Defendants in this MDL proceeding.

8.      Exhibits C and D to the Administrative Motion and Motion to Bifurcate – including and all portions of the Motions that reference these materials – contain confidential, non-public, proprietary, and highly sensitive business information and concern confidential, non-public information about Sears' and Kmart's business practices and purchasing agreements that remain important to Sears' and Kmart's competitive positions.  Upon information and belief, publicly

DECLARATION OF SAMUEL J. RANDALL

1   disclosing this highly confidential information would put Sears and Kmart at a competitive

2   disadvantage and risk undermining their relationships with their vendors.

3        I declare under penalty of perjury under the laws of the State of Florida and the United

4   States of America that the foregoing is true and correct.

5        Executed this 23rd day of August, 2016, at Miami, Florida.

6

7

8                   Samuel J. Randall

9

10

11

12               **CERTIFICATE OF SERVICE**

13        On August 23, 2016, I caused a copy of the foregoing Declaration of Samuel J. Randall in

14   Support of LG'S Administrative Motion to File Documents Under Seal to be electronically filed via

15   the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the

16   Court's order of September 29, 2008.

17

18        By: _____

19                   Samuel J. Randall

20

21

547940.1

22

23

24

25

26

27

28

DECLARATION OF SAMUEL J. RANDALL              Case No. 07-cv-5944 (JST)

3