UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>ALL ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944 JST<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Re: ECF No. 4787 |
|---|---|

On August 22, 2016, Christina Ceballos-Levy filed an Application for Admission of Attorney Pro Hac Vice. ECF No. 4787. The Application fails to include "a true and correct copy of a certificate of good standing or other similar official document issued by the appropriate authority governing attorney admissions for the relevant bar," as required by Local Rule 11-3(a). Accordingly, the Application is denied without prejudice.

IT IS SO ORDERED.

Dated: August 24, 2016

JON S. TIGAR
United States District Judge