Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Douglas H. Patton, Esquire
James Almon, Esquire
Samuel J. Randall, Esquire
Christina Ceballos-Levy, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com
         dpatton@knpa.com
         jalmon@knpa.com
         srandall@knpa.com
         ccl@knpa.com

*Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (JST) MDL No. 1917 |
|---|---|
| This Document Relates to: ALL ACTIONS | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

    Pursuant to Civil L.R. 11-3, Christina Ceballos-Levy, an active member in good standing of the bar of the State of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sears Roebuck and Co. and Kmart Corp. in the above-entitled action.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Gavin D. Whitis, Esquire (184133)
> POND NORTH LLP
> 100 Spear Street
> Suite 1200
> San Francisco, CA 94105
> Tel: (415) 217-1240
> Fax: (415) 644-0578
> E-mail: gwhitis@pondnorth.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2016

By: _____
Christina Ceballos-Levy, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: ccl@knpa.com

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

547314.1