Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>ALL ACTIONS | MDL No 1917<br><br>Case No 3:07-cv-05944-JST<br><br>**ORDER RESOLVING TRANSLATION-OBJECTIONS RE JAPANESE DOCUMENTS — TRANCHE 1** |

The parties have submitted their consolidated positions on the first round of translation objections regarding Japanese language documents (Tranche 1).  The neutral Japanese translator nominated by the parties, Ms Koko Peters, was sworn to translate accurately and faithfully the relevant documents at issue and to maintain the confidentiality of the documents in her role of assisting the undersigned in resolving the parties' translation objections.  In an effort to promote neutrality, Ms Peters was asked to provide initial translations of the disputed passages without knowing the parties' alternative translations.  The undersigned then prepared drafts of the resolved translations which were thereafter discussed and reviewed with Ms Peters for accuracy.  Exhibit A (filed under seal due to the parties' designation of the underlying documents as highly confidential) sets forth for each disputed passage the parties' proposed translations, Ms Peters' proposed translations, the translations as resolved by the undersigned and a statement of the reasons for the resolved translations.

Having considered the parties' submissions, the certified translations of the underlying documents, the proposed translations and Ms Peters' translations and guidance, the undersigned now issues a decision resolving the translation objections on this first set of Japanese language documents.  Due to the confidentiality of the underlying documents, this decision resolving the translation objections is contained in confidential Exhibit A to this order, filed under seal.

**CONCLUSION**

The translation objections to Japanese language documents in Tranche 1 are resolved in confidential Exhibit A filed under seal.  These Resolved Translations shall be binding on all remaining parties to this MDL.  Any fees or costs associated with this order shall be borne equally by plaintiffs and defendants.

*Signatures on next page*

IT IS SO ORDERED.

Date: August 24, 2016

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: _____

_____
Honorable Jon S Tigar
United States District Judge

ORDER RESOLVING TRANSLATION-OBJECTIONS RE JAPANESE DOCUMENTS — TRANCHE 1          PAGE 3 OF 3