Mario N. Alioto (56433)
Joseph M. Patane (72202)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415- 346-0679
Email: malioto@tatp.com
jpatane@tatp.com
laurenrussell@tatp.com

*Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944<br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **LEAD COUNSEL'S REVISED PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL**<br><br>Court: JAMS<br>Special Master: Martin Quinn, JAMS<br>Judge:  Hon. Jon S. Tigar |

1     Lead Counsel has discovered an error in the chart attached as Exhibit A to Lead Counsel's Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel, ECF No. 4790.

    The chart proposes that the Law Offices of Lawrence G. Papale ("Papale") receive a multiplier of 1.5, and states that the total payout to Papale would be $1,175,000.00. This total payout number for Papale is wrong. A 1.5 multiplier on Papale's current rate lodestar minus 10% ($851,850.00) is actually $1,277,775.

    This error occurred because of an error in the formula for computing the total payout for Papale. Lead Counsel has checked the other formulas in the chart and this is the only problem. All of the other calculations are correct.

    Lead Counsel's intent was to propose a 1.5 multiplier for Papale based on the firm's relative contribution to the litigation. But awarding Papale a 1.5 multiplier and increasing its total payout is not possible unless you also adjust the multipliers and total payouts to other firms. Thus, Lead Counsel has reduced each firm's total payout *pro rata* in order to provide Papale with as close to a 1.5 multiplier as possible.

    The proposed reduced multipliers and total payouts are reflected in the chart attached hereto as Exhibit A. The reductions are very minor relative to the total payouts proposed. Indeed, if you were to round up the multipliers to two decimal places (as is common practice), the multipliers would remain the same as previously submitted. Lead Counsel is providing the multipliers to four decimal places in order to show the exact changes made.

//
//
//

Dated:  August 25, 2016	Respectfully submitted,

                                                         */s/ Mario N. Alioto*

Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*

LEAD COUNSEL'S REVISED PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT
PURCHASER PLAINTIFFS' COUNSEL – Master File No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT A

| FIRM | CURRENT RATE LODESTAR | CURRENT RATE LODESTAR AFTER 10% CUT | TOTAL PAYOUT | MULTIPLIER |
|---|---|---|---|---|
| Trump, Alioto, Trump & Prescott, LLP | $17,290,782.50 | $15,561,704.25 | $46,344,359.49 | 2.9781 |
| Freedman Boyd Hollander Goldberg Uris & Ward PA | $556,654.00 | $500,988.60 | $1,251,659.94 | 2.4984 |
| Straus & Boies, LLP | $9,002,608.75 | $8,102,347.88 | $19,190,127.02 | 2.3685 |
| Law Offices of Sylvie K Kern (KAG) | $3,592,540.00 | $3,233,286.00 | $7,334,806.13 | 2.2685 |
| Zelle, Hofmann, Voelbel, Mason & Gette LLP | $8,994,951.75 | $8,095,456.58 | $15,856,817.97 | 1.9587 |
| Kirby McInerney LLP | $11,090,460.00 | $9,981,414.00 | $19,524,658.25 | 1.9561 |
| Bramson, Plutzik, Mahler & Birkhaeuser, LLP | $2,608,560.00 | $2,347,704.00 | $4,223,130.46 | 1.7988 |
| Andrus Anderson LLP | $3,097,527.00 | $2,787,774.30 | $5,014,743.50 | 1.7988 |
| Fine, Kaplan and Black, RPC | $2,625,672.50 | $2,363,105.25 | $4,132,755.02 | 1.7489 |
| Milberg LLP | $2,617,117.50 | $2,355,405.75 | $3,766,208.54 | 1.5990 |
| Hulett Harper Stewart LLP | $635,171.75 | $571,654.58 | $896,914.81 | 1.5690 |
| Law Offices of Lawrence G. Papale | $946,500.00 | $851,850.00 | $1,276,947.55 | 1.4990 |
| Vogl Meredith Burke LLP | $769,320.00 | $692,388.00 | $1,022,299.56 | 1.4765 |
| Besmer Law Firm | $662,900.00 | $596,610.00 | $834,713.12 | 1.3991 |
| Sharp McQueen PA | $1,443,207.50 | $1,298,886.75 | $1,817,263.88 | 1.3991 |
| Glancy Binkow Goldberg LLP | $2,214,555.75 | $1,993,100.18 | $2,788,533.06 | 1.3991 |
| Green & Noblin PC | $3,137,791.50 | $2,824,012.35 | $3,809,947.20 | 1.3491 |
| The Saunders Law Firm | $156,340.00 | $140,706.00 | $189,829.99 | 1.3491 |
| Lovell Stewart Halebian and Jacobson LLP | $3,520,882.35 | $3,168,794.12 | $4,148,431.86 | 1.3092 |
| Miller Law LLC | $2,602,234.00 | $2,342,010.60 | $3,042,641.40 | 1.2992 |
| Karon LLC | $205,006.30 | $184,505.67 | $239,701.68 | 1.2992 |
| McCallum, Hoaglund, Cook & Irby,LLP | $199,025.00 | $179,122.50 | $223,760.01 | 1.2492 |
| Goldman Scarlato & Penny, P.C. | $2,341,089.50 | $2,106,980.55 | $2,632,019.48 | 1.2492 |
| Law Offices of Sherman Kassof | $2,391,135.00 | $2,152,021.50 | $2,688,284.02 | 1.2492 |
| McCallum, Methvin & Terrell, P.C. | $106,985.00 | $96,286.50 | $120,222.10 | 1.2486 |
| Frankovitch, Anetakis, Colantonio & Simon | $197,859.25 | $178,073.33 | $220,545.09 | 1.2385 |
| Kirkpatrick & Goldsborough, PLLC | $214,655.00 | $193,189.50 | $238,471.47 | 1.2344 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | $667,632.50 | $600,869.25 | $735,566.36 | 1.2242 |
| Wyatt & Blake | $88,437.50 | $79,593.75 | $95,453.15 | 1.1993 |
| Flom Law Office , P.A. | $23,744.00 | $21,369.60 | $25,627.39 | 1.1992 |
| Gerard & Associates | $27,288.75 | $24,559.88 | $29,452.91 | 1.1992 |
| Larson Kuper Wenninghoff & Carney, PC | $2,250.00 | $2,025.00 | $2,428.43 | 1.1992 |
| Bangs, McCullen, Butler, Foye & Simmons, LLP | $7,875.00 | $7,087.50 | $8,499.49 | 1.1992 |
| Mansfield, Tanick & Cohen, P.A. and Foley & Mansfield, PLLP | $127,500.00 | $114,750.00 | $137,610.83 | 1.1992 |
| Ademi & O'Reilly LLP | $158,427.00 | $142,584.30 | $170,990.36 | 1.1992 |
| Law Offices of Jeff Crabtree | $30,205.00 | $27,184.50 | $32,600.28 | 1.1992 |
| Janssen Malloy LLP | $546,932.50 | $492,239.25 | $590,304.29 | 1.1992 |

| | | | | |
|---|---|---|---|---|
| Ryley Carlock & Applewhite | $8,600.50 | $7,740.45 | $9,282.49 | 1.1992 |
| McManis Faulkner | $66,239.50 | $59,615.55 | $65,534.53 | 1.0993 |
| Schubert Jonckheer & Kolbe, LLP | $74,075.00 | $66,667.50 | $73,286.51 | 1.0993 |
| Morrison Sund | $476,440.00 | $428,796.00 | $445,681.20 | 1.0394 |
| | | | | |
| Minami Tamaki, LLP | $3,279.00 | $2,951.10 | $2,949.19 | 0.9994 |
| Law Offices of Brian Barry | $937,223.50 | $843,501.15 | $842,954.93 | 0.9994 |
| Whitfield Bryson & Mason LLP | $17,330.00 | $15,597.00 | $15,586.90 | 0.9994 |
| Gustafson Gluek PLLC | $28,100.00 | $25,290.00 | $25,273.62 | 0.9994 |
| Cooper & Kirkham, P.C. | $3,068,480.00 | $2,761,632.00 | $2,345,866.91 | 0.8494 |
| Law Offices of Francis O. Scarpulla | $73,812.50 | $66,431.25 | $49,790.74 | 0.7495 |
| Theresa D Moore | $29,093.75 | $26,184.38 | $19,625.28 | 0.7495 |
| The Furth Firm LLP | $102,361.50 | $92,125.35 | $52,091.60 | 0.5654 |
| Lingel Winters* | | | $0.00 | 0.0000 |
| | | | | |
| **TOTAL** | **$89,786,859.40** | **$80,808,173.46** | **$158,606,250.00** | |

\* Filed a separate Fee Declaration which was not part of the September 2015 Fee Motion.