## PROOF OF SERVICE

I, LoriAnn Owens, hereby certify that on August 29, 2016, I uploaded the document entitled "Transcript Designation Form" to be electronically filed with the JAMS Electronic Filing System, which will send a notice of electronic filing to all parties registered with the JAMS system in this matter and further certify that I caused the foregoing document to be electronically filed using the CM/ECF filing system thus effectuating service on all ECF registered attorneys in this matter.

LoriAnn Owens