# Exhibit 3

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Wednesday, July 15, 2015 5:03 PM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 8:11-cv-02454-VMC-JSS Tech Data Corporation et al v. AU Optronics Corporation et al Order on Motion to Bifurcate |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 7/15/2015 at 5:03 PM EDT and filed on 7/15/2015
**Case Name:**       Tech Data Corporation et al v. AU Optronics Corporation et al
**Case Number:**     [8:11-cv-02454-VMC-JSS](#)
**Filer:**
**Document Number:** 80(No document attached)

**Docket Text:**
**ENDORSED ORDER: "Whether a plaintiff has standing to prosecute an antitrust claim is a question of law." Jes Properties, Inc. v. USA Equestrian, Inc., 458 F.3d 1224, 1228 (11th Cir. 2006). Due to the unique procedural history of this case, which is before the Court after being remanded from the Judicial Panel on Multidistrict Litigation, the dispositive motions deadline expired before the threshold issue of standing could be resolved. Defendants raise significant standing issues in their Motion for Bench Trial and Bifurcation [62]; however, the Court declines to hold a bench trial on standing prior to the jury trial, as suggested by Defendants in the Motion. Rather, the Court determines that it is appropriate to re-open the dispositive motions deadline for the limited purpose of addressing the threshold issue of Plaintiffs' standing. The parties have until and including August 14, 2015, to file dispositive motions, limited to the issue of standing. Any responses in opposition are due August 31, 2015. No reply briefs will be allowed. All deadlines imposed in the Court's Case Management and Scheduling Order [30] remain in place. Accordingly, Defendants' Motion for Bench Trial and Bifurcation [62] is denied. Signed by Judge Virginia M. Hernandez Covington on 7/15/2015. (KNC)**

**8:11-cv-02454-VMC-JSS Notice has been electronically mailed to:**

Valerie Shea        Valerie.Shea@sedgwicklaw.com, ileana.castellon@sedgwicklaw.com, miofficeservices@sedgwicklaw.com

Robert William Turken        rturken@bilzin.com, asolis@bilzin.com, eservice@bilzin.com, fmorera@bilzin.com

Stuart Harold Singer        ssinger@bsfllp.com, aanderson@bsfllp.com, aweber@bsfllp.com, jcatania@bsfllp.com, ksmith@bsfllp.com, mcalvin@bsfllp.com

Mitchell E. Widom        mwidom@bilzin.com

Glenn E. Goldstein        goldsteing@gtlaw.com, depasqualem@gtlaw.com

Gregory W. Kehoe        kehoeg@gtlaw.com, meyerp@gtlaw.com

Ronald P. Hanes        rhanes@trombleyhaneslaw.com, WTrombley@trombleyhaneslaw.com, jmeinke@trombleyhaneslaw.com, mluka@trombleyhaneslaw.com

Christopher B. Hockett        chris.hockett@davispolk.com, lit.paralegals.mp@davispolk.com

Philip Matthew Luka        mluka@trombleyhaneslaw.com, jmeinke@trombleyhaneslaw.com

Kristina L. Ciaffi        ciaffik@gtlaw.com, ftllitdock@gtlaw.com, scottla@gtlaw.com

Scott N. Wagner        swagner@bilzin.com, asolis@bilzin.com, eservice@bilzin.com

William A. Isaacson        wisaacson@bsfllp.com

Melissa Willett        mwillett@bsfllp.com

Philip J. Iovieno        piovieno@bsfllp.com

Ian M. Ross        rossi@gtlaw.com, montelh@gtlaw.com

Carl Lawrence Blumenstein        cblumenstein@nossaman.com, cvieira@nossaman.com, jmorla@nossaman.com, nsaggarsheth@nossaman.com, ygeorghiou@nossaman.com

Farschad Farzan        ffarzan@nossaman.com, jmorla@nossaman.com, pdurant@nossaman.com

Christopher Alan Nedeau        cnedeau@nossaman.com, mbonal@nossaman.com, pdurant@nossaman.com

Ramon Abadin        ramon.abadin@sedgwicklaw.com, ileana.castellon@sedgwicklaw.com, miofficeservices@sedgwicklaw.com

Harrison J. Frahn, IV        hfrahn@stblaw.com, jason.herrera@stblaw.com

Jason M. Bussey        jbussey@stblaw.com, egillen@stblaw.com, jason.herrera@stblaw.com, melissa.schmidt@stblaw.com, rdira@stblaw.com

Susan E. Nash        susan.nash@mto.com, lori.cruz@mto.com

Kyle W. Mach     kyle.mach@mto.com, robyn.bird@mto.com

Greg D. Andres     greg.andres@davispolk.com, ecf.ct.papers@davispolk.com

Neal A. Potischman     neal.potischman@davispolk.com, lit.paralegals.mp@davispolk.com

Kyle Smith     ksmith@bsfllp.com, aweber@bsfllp.com, tmiller@bsfllp.com

**8:11-cv-02454-VMC-JSS Notice has been delivered by other means to:**