# EXHIBIT 2

**Sharp Pre-Trial Schedule (Proposed By Defendants)**

| Date | Description |
|---|---|
| 9/20/2016 | Sharp serves for use at Sharp-only trial:<br>(1) list of trial exhibits;[1]<br>(2) images of trial exhibits;[2]<br>(3) deposition designations;[3]<br>(4) list of discovery responses; and<br>(5) initial live witness list |
| 10/18/2016 | Defendants serve for use at Sharp-only trial:<br>(1) list of trial exhibits;[4]<br>(2) images of trial exhibits;[5]<br>(3) deposition designations;[6]<br>(4) counter deposition designations;[7]<br>(5) list of discovery responses;<br>(6) initial live witness list; and<br>(7) objections to Sharp's:<br>   (a) trial exhibits;<br>   (b) list of discovery responses;<br>   (c) witness list; and<br>   (d) deposition designations. |
| 11/4/2016 | Simultaneous exchange of draft jury instructions and special verdict forms |

---

[1] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

[2] Images are to aid the parties for purposes of identification and objections. Actual, exhibit-stamped images will be provided later.

[3] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

[4] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

[5] Images are to aid the parties for purposes of identification and objections. Actual, exhibit-stamped images will be provided later.

[6] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

[7] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

| | |
|---|---|
| 11/11/2016 | Sharp serves:<br><br>(1) counter deposition designations;[8] and<br>(2) objections to defendants':<br><br>    (a) exhibit list;<br>    (b) list of discovery responses;<br>    (c) witness list; and<br>    (d) deposition designations. |
| 12/9/2016 | Defendants serve counter deposition designations[9] and objections to Sharp's counter deposition designations |
| 12/16/2016 | Second simultaneous exchange of draft jury instructions and special verdict forms |
| 1/13/2017 | Parties meet and confer regarding:<br><br>(1) Objections to and admissibility of each exhibit, discovery designations, and deposition designations;<br>(2) Settlement;<br>(3) Joint pretrial statement;<br>(4) Narrowing issues; and<br>(5) Proposed jury instructions. |
| 1/20/2017 | Parties exchange draft joint pretrial statement and proposed order |
| 1/27/2017 | Parties file joint pretrial statement and proposed order |
| 1/27/2017 | Parties file and serve:<br><br>(1) Voir dire questions;<br>(2) Proposed jury instructions (*see* Standing Order for Civil Jury Trials, § F.4); and<br>(3) Proposed verdict forms |

---

[8] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.
[9] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

| | |
|---|---|
| 2/7/2017 – 2/8/2017 | Pretrial Conference<br><br>(DATE SET BY JUDGE TIGAR) |
| 2/21/2017 | Last day to file trial brief[10] |
| 2/27/2017 | Deliver three sets of pre-marked exhibits to courtroom deputy |
| 3/6/2017 | Trial<br>(DATE SET BY JUDGE TIGAR) |

---

[10] Any party wishing to file a trial brief must first obtain leave of Court.