Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to:<br>Case No. 13-cv-1173-JST (N.D. Cal.)<br><br>SHARP ELECTRONICS CORPORATION; SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HITACHI, LTD., *et al.*,<br><br>    Defendants. | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF JOINT MOTION FOR ADMINISTRATIVE RELIEF SEEKING ISSUANCE OF PRE-TRIAL SCHEDULE** |

I, Lucius B. Lau, hereby declare as follows:

1. I am an attorney with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of the Joint Motion For Administrative Relief Seeking Issuance of Pre-Trial Schedule (the "Joint Motion"), filed by the parties to the above captioned action.

3. As described in the Joint Motion, the parties in the Sharp action have consulted in a good faith effort to create a pre-trial schedule for submission to the Court. After agreeing on many issues, the parties reached an impasse on the parties' pre-trial exchanges of deposition designations. The parties' conflicting positions are presented in the Joint Motion.

4. To resolve the impasse regarding pre-trial exchanges of deposition designations, the parties agreed to submit the Joint Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of August, 2016, in Washington, D.C.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF JOINT
MOTION FOR ADMINISTRATIVE RELIEF SEEKING ISSUANCE OF PRE-TRIAL SCHEDULE
Case No. 07-5944-JST
MDL No. 1917
2