1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 JST<br>MDL No. 1917 |
| This Document Relates to Case No. 3:13-cv-1173-JST (N.D. Cal.)<br><br>SHARP ELECTRONICS CORP., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HITACHI, LTD., *et al.*,<br><br>    *Defendants*. | **[PROPOSED] ORDER SETTING PRE-TRIAL SCHEDULE FOR SHARP TRIAL**<br><br>Date: October 18, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br><br>The Honorable Jon S. Tigar |

1   Upon consideration of the Joint Motion for Administrative Relief Seeking Issuance
2   Of Pre-Trial Schedule, it is hereby:
3   ORDERED that the motion is granted; and it is further
4   ORDERED that the Court adopts the Defendants' proposal attached to this Order;
5   and it is further
6   ORDERED that the deadlines contained in the attachment shall govern the pre-trial
7   preparation of Sharp and the remaining Defendants in this case.

9   **IT IS SO ORDERED.**

12  Dated: _____          _____
13                                          HONORABLE JON S. TIGAR
14                                          UNITED STATES DISTRICT JUDGE

**Sharp Pre-Trial Schedule (Proposed By Defendants)**

| Date | Description |
|---|---|
| 9/20/2016 | Sharp serves for use at Sharp-only trial:<br>(1) list of trial exhibits;[1]<br>(2) images of trial exhibits;[2]<br>(3) deposition designations;[3]<br>(4) list of discovery responses; and<br>(5) initial live witness list |
| 10/18/2016 | Defendants serve for use at Sharp-only trial:<br>(1) list of trial exhibits;[4]<br>(2) images of trial exhibits;[5]<br>(3) deposition designations;[6]<br>(4) counter deposition designations;[7]<br>(5) list of discovery responses;<br>(6) initial live witness list; and<br>(7) objections to Sharp's:<br>    (a) trial exhibits;<br>    (b) list of discovery responses;<br>    (c) witness list; and<br>    (d) deposition designations. |
| 11/4/2016 | Simultaneous exchange of draft jury instructions and special verdict forms |

---

[1] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.
[2] Images are to aid the parties for purposes of identification and objections. Actual, exhibit-stamped images will be provided later.
[3] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.
[4] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.
[5] Images are to aid the parties for purposes of identification and objections. Actual, exhibit-stamped images will be provided later.
[6] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.
[7] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

| | |
|---|---|
| 11/11/2016 | Sharp serves:<br><br>(1) counter deposition designations;[8] and<br>(2) objections to defendants':<br>    (a) exhibit list;<br>    (b) list of discovery responses;<br>    (c) witness list; and<br>    (d) deposition designations. |
| 12/9/2016 | Defendants serve counter deposition designations[9] and objections to Sharp's counter deposition designations |
| 12/16/2016 | Second simultaneous exchange of draft jury instructions and special verdict forms |
| 1/13/2017 | Parties meet and confer regarding:<br><br>(1) Objections to and admissibility of each exhibit, discovery designations, and deposition designations;<br>(2) Settlement;<br>(3) Joint pretrial statement;<br>(4) Narrowing issues; and<br>(5) Proposed jury instructions. |
| 1/20/2017 | Parties exchange draft joint pretrial statement and proposed order |
| 1/27/2017 | Parties file joint pretrial statement and proposed order |
| 1/27/2017 | Parties file and serve:<br><br>(1) Voir dire questions;<br>(2) Proposed jury instructions (*see* Standing Order for Civil Jury Trials, § F.4); and<br>(3) Proposed verdict forms |

---

[8] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.
[9] Subject to good faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.

| | |
|---|---|
| 2/7/2017 – 2/8/2017 | Pretrial Conference<br>(DATE SET BY JUDGE TIGAR) |
| 2/21/2017 | Last day to file trial brief[10] |
| 2/27/2017 | Deliver three sets of pre-marked exhibits to courtroom deputy |
| 3/6/2017 | Trial<br>(DATE SET BY JUDGE TIGAR) |

---

[10] Any party wishing to file a trial brief must first obtain leave of Court.