LINGEL H. WINTERS, ESQ. (State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
A Professional Corporation
388 Market Street, Suite 900
San Francisco, CA  94111
Tel:  (415) 398-2941
Fax:  (415) 393-9887
Email:  sawmill2@aol.com

Attorneys for Indirect Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No:  3:07-cv-05944-JST |
| | MDL No. 1917 |
| **This Document Relates to:** | |
| **INDIRECT PURCHASER ACTION** Gio's, Inc., et al. | Case No. C-12-1998-NC **Related and Consolidated** |
| **Plaintiffs,** v. | **NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LINGEL H. WINTERS** |
| LG Electronics, Inc., et al., | |
| **Defendants.** | Date:          October 18, 2016 Time:          2:00 p.m. Judge:         Honorable Jon S. Tigar Courtroom:  19 |

Please take notice that on October 18, 2016 at 2:00 PM , or as soon thereafter as the matter may be heard, Lingel H. Winters P.C. will move the Court for an award of attorneys' fees in Courtroom 9, 19th Floor.  This motion is brought pursuant to the Federal Rules of Civil Procedure, including Rule 23(h). This Motion is based on this Notice of Motion and Motion; the supporting Memorandum of Points and Authorities; the accompanying Declarations of Lingel H. Winters; and any further papers filed in support of this motion, the argument of counsel, and all pleadings and records on file in this matter.

///

1

LAW OFFICES OF LINGEL H. WINTERS P.C.

2

DATED:  September 1, 2016          By:          /s/ Lingel H. Winters

3

Lingel H. Winters

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND
AUTHORITIES; DECLARATION OF LINGEL H. WINTERS

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2 **I.    FACTUAL BACKGROUND**

3      Lingel H. Winters P.C. ("Winters P.C.") is one of the Plaintiffs' attorneys herein, who filed a

4 complaint in behalf of Gio's, Inc., the plaintiff in the related case of *Gio's, Inc. et al. v. LG*

5 *Electronics, Inc. et al.* Case No. C-12-1998-NC, which was related to *In re: Cathode Ray Tube*

6 *(CRT) Antitrust Litigation*, No. 07-cv- 05944  by the Related Case Order entered herein. (Dkt.

7 #1194).

8      Winters P.C. was not contacted in a timely manner by Lead Counsel relative to the filing of

9 a joint fee application, but first learned of the filing of the joint fee application  online.  When

10 Winters P.C. became aware of the filing, it promptly contacted Lead Counsel and prepared and ecf

11 filed the Declaration of Lingel H. Winters P.C. In Support Of Class Counsel's Motion For An

12 Award Of Attorneys' Fees And Reimbursement Of Expenses Dkt. #4248 herein filed on December

13 15, 2015. (Decl. Winters, Exhibit A.).  Winters P.C. then submitted its Declaration and  fee

14 application to Lead Counsel. (Decl. Winters, Exhibit A). Lead Counsel then reviewed Winters P.C.'s

15 fee application and we submitted it to the Special Master, and which was filed in the proceedings

16 before the Special Master at JAMS on February 8, 2016, (Decl. Winters, Exhibit B.).  In the JAMS

17 filing Lead Counsel stated to the Special Master: "Mr. Winters would like to be included in the fee

18 allocation proceedings before the Special Master.  I have no objection to that." (Decl. Winters,

19 Exhibit B).

20      The Special Master never filed a report and recommendation to the Court relative to the

21 Winters P.C.'s fee application to my knowledge.  On August 25, 2016, Lead Counsel filed Lead

22 Counsel's Revised Proposed Allocations Of Aggregate Fee Award To Indirect Purchaser Plaintiffs'

23 Counsel, Dkt.#4800 (Decl. Winters Exhibit C), which allocated no attorneys' fees to the  firm of

24 Lingel Winters, Winters P.C. (at page 6 of 6) but carried an asterisked footnote that states:"Filed a

25 separate Fee Declaration which was not part of the September 2015 Fee Motion."

26      It is apparent that the Winters P.C. firm's application for attorneys' fees Dkt. #4248, Exhibit

27 A  has been overlooked and denied consideration contrary to Fed. R. Civ. Proc. Rule 23(h) and

28 without due process. *Yamada v. Nobel Biocare Holding AG*, 2016 WL 3207650, 2016 U.S. App.

1  LEXIS 7122 (9th Cir. 2016), No. 14-55263; *In re Mercury Interactive Corp. SEC Litig.*, 618 F.3d

2  988 (9th Cir. 2010).

3  **II.      WINTERS P.C. IS  ENTITLED TO AN AWARD OF ATTORNEYS' FEES**

4         Counsel who represent a class and produce a benefit for class members are "entitled to a

5  reasonable attorneys' fee from the [common] fund as a whole." *Boeing Co. v. Van Gemert*, 444 U.S.

6  472, 478 (1980); *In re Washington Public Power Supply System Sec. Litig.*, 19 F. 3d 1291 (9th Cir.

7  1994). (Decl. Winters Exhibit A).

8         Winters P.C. requests that the Court augment the aggregate attorneys' fee award to include

9  the Winters P.C.'s  fee request in  Dkt. # 4248, Exhibit A or award the Winters P.C. its attorneys'

10  fees from the common fund or from the aggregate fees awarded.  As set forth in Dkt #4248, Exhibit

11  A, the total lodestar for the Winters' P.C.'s time, calculated at the firm's historic hourly rates during

12  the litigation, is  $145,265 for 170.9 hours @ $850 per hour for an antitrust litigator in the San

13  Francisco Bay Area, plus costs of $350. (Decl. Winter Exhibit A). In addition to serving on the

14  Plaintiffs' Executive Committee in *In re Microsoft I-V Cases* J.C.C.P. No. 4106, which settled for

15  $1.1 billion, Winters served on the trial team in *In re TFT-LCD (Flat Panel) Antitrust Litigation*,

16  which also settled for $1.1 billion (Decl. Winters Exhibit A - C.V. attached as Ex. 1). Winters  also

17  holds a 30 year Martindale-Hubbell certificate for 30 Years of AV "Preeminent" Rating and a State

18  Bar Acknowledgment of 50 years of practice. ( Decl. Winters, Exhibit D).

19         Antitrust class actions are inherently risky. "Antitrust litigation in general, and class action

20  litigation in particular, is unpredictable." *In re NASDAQ Market-Makers Antitrust Litig.*, 187 F.R.D.

21  465, 475476 (S.D.N.Y. 1998).  The requested fee is justified by the risks.

22         Although the Winters P.C.  application for attorneys' fees was filed with the Special Master,

23  to which Lead Counsel did not object, (Decl. Winters Exhibit B) the Special Master did not  file a

24  report and recommendation to the Court relative to the Winters P.C. firm's fee application.

25         On August 25, 2016, Lead Counsel filed Lead Counsel's Revised Proposed Allocations Of

26  Aggregate Fee Award To Indirect Purchaser Plaintiffs' Counsel, Dkt.#4800 which allocated no

27  attorneys' fees to the  firm of  Lingel Winters, Winters P.C. (at page 6 of 6) but carried an asterisked

28  footnote that states: "Filed a separate Fee Declaration which was not part of the September 2015

2

1 | Fee Motion."

2 |      Since Winters' P.C. 's application for attorneys' fees has been filed both at JAMS (Decl.

3 | Winters, Exhibit B and herein (Exhibit A), but not acted on, Winters P.C. requests that the Court

4 | augment the aggregate attorneys' fee award to include the Winters firm fee request, Dkt. # 4248,

5 | Exhibit A or award the Winters firm its attorneys' fees from the common fund or from the aggregate

6 | fees awarded.

7 |                                   LAW OFFICES OF LINGEL H. WINTERS P.C.

8

9 | DATED: September 1, 2016      By:      /s/ Lingel H. Winters
                                      Lingel H. Winters

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND
AUTHORITIES; DECLARATION OF LINGEL H. WINTERS

## DECLARATION OF LINGEL H. WINTERS P.C.

I, Lingel H. Winters, declare as follows:

1.     I am the owner of the law firm of Lingel H. Winters Professional Corporation ("Winters firm"). I submit this Declaration and application for an award of attorneys' fees in connection with services rendered in the above action and reimbursement of expenses incurred by this firm related to the investigation, prosecution, and settlement of claims in the course of this litigation.

2.     My client Gio's, Inc. was the plaintiff in the related case of Gio's, Inc. et al. v. LG Electronics, Inc. et al. Case No. C-12-1998-NC, which was related to In re: Cathode Ray Tube (CRT) Antitrust Litigation No. 07-cv-05944-JST by the Related Case Order entered herein. (Dkt. #1194).

3.     I was not contacted in a timely manner by Lead Counsel relative to the filing of a joint fee application. The first I heard of the filing was when I saw it online. When I became aware of the filing, I promptly contacted Lead Counsel and prepared and ecf filed the Declaration of Lingel H. Winters P.C. In Support Of Class Counsel's Motion For An Award Of Attorneys' Fees And Reimbursement Of Expenses Dkt. #4248 herein on December 15, 2015, a true and correct copy of which is attached hereto as Exhibit A.

4.     I then submitted my Declaration and fee application to Lead Counsel. Lead Counsel then reviewed my firm's fee application and we submitted it to the Special Master and filed it in the proceedings before the Special Master at JAMS on February 8, 2016, a true and correct copy of Lead Counsel's submittal email is attached hereto as Exhibit B. In Exhibit B Lead Counsel stated to the Special Master: "Mr. Winters would like to be included in the fee allocation proceedings before the Special Master. I have no objection to that." To the best of my knowledge, the Special Master never filed a report and recommendation to the Court relative to the Winters P.C.'s fee application.

5.     On August 25, 2016, Lead Counsel filed Lead Counsel's Revised Proposed Allocations Of Aggregate Fee Award To Indirect Purchaser Plaintiffs' Counsel, Dkt.# 4800, which allocated no attorneys' fees to my firm of Lingel H.Winters P.C., but carried an asterisked footnote that states: "Filed a separate Fee Declaration which was not part of the September 2015 Fee

---

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND
AUTHORITIES; DECLARATION OF LINGEL H. WINTERS

1   Motion." It is apparent that the Winters firm's application for attorneys' fees Dkt. #4248, Exhibit A

2   has been overlooked.

3       6.      I request that the Court augment the aggregate attorneys' fee award to include the

4   Winters P.C.'s fee request, Dkt. # 4248, Exhibit A or award the Winters P.C. its attorneys' fees from

5   the common fund or from the aggregate fees awarded.

6       7.      In addition to serving on the Plaintiffs' Executive Committee in In re Microsoft I-V

7   Cases J.C.C.P.  No. 4106, which settled for $1.1 billion, Winters served on the trial team in In re

8   TFT-LCD (Flat Panel) Antitrust Litigation, which also settled for $1.1 billion (Decl. Winters Exhibit

9   A - C.V. attached as Ex. 1). Attached hereto as Exhibit D is my 30 year Martindale-Hubbell

10  certificate for 30 Years of AV "Preeminent" Rating and State Bar Acknowledgment of 50 years of

11  practice.

12      8.      As set forth in Dkt #4248, Exhibit A, the total lodestar for the Winters' firm's time,

13  calculated at the firm's historic hourly rate of $850/hr during the litigation of  $145,265 and costs of

14  $350 are claimed.

15      I declare under penalty of perjury under the laws of the United States of America and the

16  State of California  that the foregoing is true and correct to the best of my knowledge, information,

17  and belief.

18      EXECUTED this 1st  day of September, 2016.

19

20                                          /s/ Lingel H. Winters
21                                          Lingel H. Winters

22

23

24

25

26

27

28

                                            2

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND
AUTHORITIES; DECLARATION OF LINGEL H. WINTERS

# EXHIBIT A

LINGEL H. WINTERS, ESQ. (State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
A Professional Corporation
275 Battery Street, Suite 2600
San Francisco, California 94111
Tel: (415) 398-2941
Fax: (415) 393-9887
Email: sawmill2@aol.com

Attorneys for Indirect Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No:  3:07-cv-05944-JST |
| **This Document Relates to:** | **MDL No. 1917** |
| **INDIRECT PURCHASER ACTION** Gio's, Inc., et al. | **Case No. C-12-1998-NC Related and Consolidated** |
| Plaintiffs, v. LG Electronics, Inc., et al., Defendants. | **DECLARATION OF LINGEL H. WINTERS P.C. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

I, Lingel H. Winters, declare as follows:

1.      I am the owner of the law firm of Lingel H. Winters Professional Corporation.  I submit this Declaration in support of Class Counsel's application for an award of attorneys' fees in connection with services rendered in the above action and reimbursement of expenses incurred by this firm related to the investigation, prosecution, and settlement of claims in the course of this litigation. I was admitted to practice before the courts of California in 1966 and the U.S. Supreme Court in 1996.

2.      This firm has substantial experience in complex litigation and/or antitrust class action cases.  A firm biography and the biography of each attorney currently employed with the firm who has worked more than twenty hours on this case are attached hereto.

3.     On April 23, 2012, this firm filed *Gio's, Inc. v. LG Electronics, Inc.* Case No. CV 12-1998-NC in the San Francisco Division of the above-entitled Court and subsequently, a motion to relate or consolidate that case with *In re Cathode Ray Tube (CRT) Antitrust Litigation* Case No. C-07-5944-SC. On May 14, 2012, the Court entered its Order Relating And Consolidating *Gio's, Inc. v. LG Electronics, Inc.* Case No. CV 12-1998-NC with *In re Cathode Ray Tube (CRT) Antitrust Litigation* Case No. C-07-5944-SC (Dkt. No. 1194.)

4.     The work performed by this firm was necessary to the prosecution of this class action and was assigned or authorized by Co-Lead Counsel. This firm's compensation for services rendered in this case was wholly contingent on the success of this litigation, and was totally at risk.

5.     This firm actively participated in this litigation, including by performing the following work:

    a.     Drafted pleadings and memoranda;

    b.     Attended court appearances;

    c.     Conducted case investigation

6.     The total number of hours spent on this litigation, from inception, by attorneys and paralegals at this firm has been 170.9 hours. Time spent preparing the fee petition and related documents is not included.

7.     the total lodestar for this time, calculated at the firm's historic hourly rates during the litigation, is $145,265.

8.     A schedule is attached hereto with the total time spent by each attorney and paralegal of this firm on this case, and the lodestar calculation for that attorney or paralegal based on this firm's historic billing rates, which is $850 per hour. The schedule was prepared from contemporaneous daily time records regularly maintained by this firm, which are available at the request of the Court.

9.     This firm has expended a total of $350 in non-reimbursed expenses in connection with the prosecution of this litigation. These expenses are summarized as follows:

///

///

2

| EXPENSE | AMOUNT |
|---|---|
| Copying Charges | $ |
| Court Fees (filing, etc.) | $350 |
| Computer Research (Lexis, Westlaw, etc.) | $ |
| Telephone and Facsimile | $ |
| Postage/Express Delivery | $ |
| Travel: Air Transportation, Ground Travel, Meals and Lodging | $ |
| Common Litigation Fund | $ |
| Outside IT Services/Database Work | $ |
| **TOTAL EXPENSES:** | **$350** |

10.     The expenses incurred pertaining to this case are reflected in the books and records of this firm maintained in the ordinary course of business. These books and records are prepared from expense vouchers, invoices, check records and similar items, and are an accurate record of expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

**EXECUTED this 15th day of December, 2015.**



/s/ Lingel H. Winters
LINGEL H. WINTERS

DECLARATION OF LINGEL H. WINTERS P.C. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN
AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

# EXHIBIT 1

# CURRICULUM VITAE OF
# LINGEL H. WINTERS
A Professional Corporation
275 Battery St., Suite 2600
San Francisco, CA 94111
415-398-2941

**EDUCATION:**       **UNIVERSITY OF CALIFORNIA AT BERKELEY**
School of Law (Boalt Hall)
Juris Doctor Degree 1965

**YALE UNIVERSITY, New Haven, CT**
Bachelor of Arts Degree 1960

**EXPERIENCE:**

Aug '82 – Present       **LAW OFFICES OF LINGEL H. WINTERS**
**A Professional Corporation**
**President & Owner**

Mar '80 – Jul '82       **NATIONAL SEMICONDUCTOR CORPORATION**
**Associate General Counsel**
2900 Semiconductor Dr.
Santa Clara, CA

May '72 – Feb '80       **SYSTRON-DONNER CORPORATION**
**General Counsel & Secretary**
One Systron Drive, Concord, CA

Dec 68 – Apr 72       **KAISER AFFILIATED COMPANIES**
**Corporate Counsel**
300 Lakeside Dr.
Oakland, CA

Jan 66 – Dec 68       **WAGNER, LYNCH, CURRAN and MINNEY**
**Trial Lawyer**
800 Tribune Tower, Oakland, CA

Lingel H. Winters received his B. A. from Yale University in 1960 and received his J. D. from the University of California at Berkeley (Boalt Hall) in 1965. He is admitted to practice before the courts of California, the U. S. District

Courts for the Northern and Central Districts of California, the Ninth Circuit Court of Appeals and the U. S. Supreme Court. Mr. Winters has over 45 years of experience in litigating and managing high technology antitrust and business litigation as trial counsel and CEO of Lingel H. Winters Professional Corporation since 1982 and as General Counsel of Syston-Donner Corporation, a diverse electronics company and as Associate General Counsel of National Semiconductor Corporation, a semiconductor and computer manufacturer.

Mr. Winters has litigated various antitrust and unfair competition cases: as a member of the plaintiffs' Executive Committee, managing the California State Court *Microsoft Coordination Proceedings* J.C.C.P. No. 4106, Antitrust Litigation, which was certified as a class action and resulted in a settlement valued at $1.1 Billion; *In re TFT-LCD (Flat Panel) Antitrust Litigation; In re DRAM Antitrust Litigation; In re Optical Disk Drive Products Antitrust Litigation; In re SRAM Antitrust Litigation; In re Cathode Ray Tube Antitrust Litigation; In re Online DVD Rental Antitrust Litigation; In re Flash Memory Antitrust Litigation; 3-M Transparent Tape Antitrust Litigation,* J.C.C.P. 4338: *Attridge v. Visa U.S.A., Inc.; MasterCard International, Inc. Visa International; Visa, Inc. ; Urethane Antitrust Litigation,* J.C.C.P. 4367; Lead Counsel, *Plaza Pacific Equities Class Action,* Alameda County Superior Court. Mr. Winters has litigated a variety of high-technology business and real estate cases, including the following:

In conjunction with the Flehr, Hohbach patent firm, Mr. Winters conducted a 3.5 month patent antitrust trial in the case of *Systron-Donner Corp. v. Schlumberger Corp., et al.,* which resulted in the invalidation of two pioneer patents in the field of dual slope analog to digital converters, utilized by Schlumberger for anti-competitive purposes. He has also served as trial counsel in a number of high tech cases including *Tipton v. Information Data Systems, et al.,* involving computers and software, 99 C.A.3d 501; *Systron-Donner Corp. v. Sundstrand Data Control, Inc.,* 182 U.S.P.Q.561, a patent license case involving accelerometers utilized as sensors for controlling missiles and aircraft, as well as substantial unreported cases: plaintiff's counsel in *Attridge v. Visa USA, Inc. et al.,* an antitrust class action in San Francisco Superior Court. *National Semiconductor Corp. v. Applied Materials, Inc. et al. and General Instrument Corp. v. Applied Material, Inc.* involving machines for manufacturing semiconductor chips; *G. D. Searle & Co. v. National Semiconductor Corp.,* involving the application of semiconductor chips to medical equipment; and *Lindberg v. Systron-DonnerCorp.,* involving the fire detectors installed on Boeing 727s; *Microsoft Coordination Proceedings* J.C.C.P. No. 4106, Antitrust Litigation, (member Executive committee) which was certified as a class action and resulted in a settlement valued

2

at $1.1 Billion; *In re TFT-LCD (Flat Panel) Antitrust Litigation; In re DRAM Antitrust Litigation; In re SRAM Antitrust Litigation; In re Flash Memory Antitrust Litigation; 3-M Transparent Tape Antitrust Litigation,* J.C.C.P. 4338: *Attridge v.Visa U.S.A., Inc.; MasterCard International, Inc. Visa International* (UCL Litigation); *Visa, Inc. ; Urethane Antitrust Litigation,* J.C.C.P. 4367; Lead Counsel, *Plaza Pacific Equities Class Action,* Alameda County Superior Court; *Lindberg v. Systron-Donner Corp.,* (acquisition litigation); *Tipton v. Information Data Systems,* 99 CA.3d 50, (acquisition litigation); *Systron-Donner v. Schlumberger Ltd. et al.,* (patent antitrust); *Systron-Donner Corp. v. Sundstand Data Control Inc.,* 82 U.S.P.Q.561, (patent and licensing of accelerometers); *Beernink v. Plaza Pacific Equities, Inc., et al.,* (investment class action); *National Semiconductor Corp. v. Allendale Insurance Co.,* (business interruption); *General Instrument Corp. v. Computervision Corp.,* (chip machine product liability); *Delta V v. Tera Corp.,* (windmill product liability); *Iman v. Firestone Tire and Rubber Co.,* (toxic tort).  Mr. Winters was also lead counsel in the investor class action *Beermink, et al. v. Plaza Pacific Equities, Inc., et al.* in the San Francisco Superior Court and concluded a class settlement and distribution

### Reported Cases:

Member California Plaintiff's Executive Committee, *In re Microsoft I-V Cases* 2002-2 Trade Cases (CCH) Para. 73,013 at 88,555-65; *National Semiconductor Corp. v. Allendale Mut. Ins. Co.* 549 F.Supp. 1195 (D.Conn. 1982); *Tipton vs Information Data Systems* (1979) 99 C.A.3rd 501; *Systron-Donner Corp. vs. Sundstrand Data Control, Inc.,* (1974) 182 U.S.P.Q. 561(1974); 135 Cal. App.4th 706.

## MILITARY:

Served on active duty with the Navy as a Lieutenant (j.g.), 1960-1962; responsibilities included managing an accounting office and training personnel. Honorably released to inactive duty in the Naval Reserve, July 13, 1962.

## HONORS, ACTIVITIES, PROFESSIONAL ORGANIZATIONS And ASSOCIATIONS:

State Bar of California, American Society of Corporate Secretaries. Admitted to practice before the U. S. Supreme Court, United States Ninth Circuit Court of Appeals and United States District Court, Northern District of California and Central District of California. Honored Member National Directory of Who's Who,

1998-2002. General Counsel and Secretary, Systron-Donner Corporation, Concord, California, 1972-1980. Associate General Counsel, National Semiconductor Corporation, Santa Clara, California, 1980-1982.

Boalt Hall: Received Best Oral Advocate Award, James Patterson McBaine Moot Court; selected to participate in honorary brief writing competition.

Yale: Four-year scholarship in Directed Studies; Yale Key; Phi Gamma Delta; Dwight Hall Council; Debating Club; United Nations Day. Committee.

# EXHIBIT 2

**Firm Name: Lingel H. Winters Prof. Corp.**

| Summary | Hours | Lodestar |
|---------|-------|----------|
| 2012 | 32.2 | $27,370 |
| 2013 | 45.4 | 38,590 |
| 2014 | 58.7 | 49,895 |
| 2015 | 34.6 | 29,410 |
| Total | 170.9 | $145,265 |

# TIME REPORT (CRT CLASS)

Lingel H. Winters Professional Corporation

**YEAR 2012**

**ABA TASK CODES**

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subm. | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**

- P-Partner
- OC-Of Counsel
- A-Associate
- LC-Law Clerk
- PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lingel H. Winters (P) | 18.16 | | | | | | 14.00 | | | | | | | | | | | $ 850.00 | 32.2 | $ 27,370 |
| **ATTORNEY TOTALS:** | 18.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 32.2 | $ 27,370 |
| **PARALEGALS** | | | | | | | | | | | | | | | | | | | | |
| **PARALEGAL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 | $ - |
| **OVERALL TOTALS:** | 18.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 32.2 | $ 27,370.00 |

# TIME REPORT (CRT CLASS)

**LINGEL H. WINTERS PROF. CORP.**

**Year: 2013**

## ABA TASK CODES

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**
P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
Pl-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lingel H. Winters (P) | 45.36 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **ATTORNEY TOTALS:** | 45.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **PARALEGALS** | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **PARALEGAL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OVERALL TOTALS:** | 45.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| 1300 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|
|  | $850 | 45.4 | $38,590 |
|  |  | $ | - |
|  |  | $ | - |
|  |  | $ | - |
|  |  | $ | - |
| 0.00 |  | 45.4 | $ 38,590.00 |
|  |  | $ | - |
|  |  | $ | - |
| 0.00 |  | 0.0 | $ | - |
| 0.00 |  | 45.4 | $ 38,590.00 |

# TIME REPORT (CRT CLASS)

**FIRM NAME: LINGEL H. WINTERS PROF. CORP.**

**YEAR: 2014**

**ABA TASK CODES**

| | |
|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**

P=Partner
OC=Of Counsel
A=Associate
LC=Law Clerk
PL=Paralegal

| ATTORNEY: | L110 | L130 | L140 | L160 | L190 | L210 | L230 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | BILLED HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lingel H. Winters (P) | 58.70 | | | | | | | | | | | | | | | $ 850.00 | 58.7 | $49,895 |
| ATTORNEY TOTALS: | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 58.7 | $49,895 |
| PARALEGALS | | | | | | | | | | | | | | | | $ | | $ - |
| | | | | | | | | | | | | | | | | | | $ - |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 | $ - |
| OVERALL TOTALS: | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 58.7 | $49,895.00 |

# TIME REPORT (CRT CLASS)

**FIRM NAME: LINGEL H. WINTERS PROF. CORP.**

**YEAR: 2015**

**ABA TASK CODES**

| | |
|---|---|
| L110 Fact Investigation/Development | L310 Written Discovery |
| L120 Analysis/Strategy | L320 Document Production |
| L130 Experts/Consultants | L330 Depositions |
| L140 Document/File Management | L340 Expert Discovery |
| L150 Other Written Motions and Subs | L350 Discovery Motions |
| L160 Settlement/Non-Binding ADR | L360 Travel |
| L190 Other Case Assessment, Devel., and Admin. | |

**POSITIONS**

| | |
|---|---|
| P-Partner | |
| OC-Of Counsel | |
| A-Associate | |
| LC-Law Clerk | |
| PL-Paralegal | |

| ATTORNEY | L110 | L120 | L190 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L310 | L320 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lingel H. Winters (P) | 34.60 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | $ | $ | $ - |
| ATTORNEY TOTALS: | 34.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $850 | 34.6 | $29,410 |
| PARALEGALS | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | $ | $ | $ - |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 | $ - |
| OVERALL TOTALS: | 34.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 34.6 | $29,410.00 |

# CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 275 Battery Street, Suite 2600, San Francisco, CA 94111.

On December 15, 2015, I served the following document(s): **DECLARATION OF LINGEL H. WINTERS P.C. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** on the interested parties in this action as follows:

## ALL INTERESTED PARTIES IN THIS ACTION

☐    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, San Francisco, California.

☒    **By E-Service:** I electronically served the above document(s) via ECF/PACER on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

☐    By E-Service: I electronically served the above document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

Executed: December 15, 2015

☒    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Lingel H. Winters*
Lingel H. Winters

PROOF OF SERVICE

# EXHIBIT B

Subj:    **RE: CRT Case/Lingel Winters Claim for Attorney's Fees**
Date:    2/8/2016 1:48:21 P.M. Pacific Standard Time
From:    SChan@JAMSADR.com
To:      MAlioto@TATP.com
CC:      SawMill2@aol.com
Mario:

Thank you.  If the declaration was filed on ECF, could you please give me the docket no.?  Per Mr. Quinn, the declaration should be filed on CaseAnywhere if has not already been filed there.

Best Regards,





**Sandra Chan**
ADR Specialist

JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
schan@jamsadr.com
Phone:  415-982-5267
Direct Dial:  415-774-2611
Fax:  415-982-5287

JAMS placed first in *The Recorder's* Best of 2016 Survey for the ninth straight year.

---

**From:** Mario Alioto [mailto:MAlioto@TATP.com]
**Sent:** Monday, February 08, 2016 1:32 PM
**To:** Sandra Chan
**Cc:** SawMill2@aol.com
**Subject:** CRT Case/Lingel Winters Claim for Attorney's Fees

Dear Sandra:

There is one loose end relating to our fee petition before the Special Master.

There is a claim for fees being made by Lingel Winters. His fee declaration is submitted herewith.  I did not have his fee declaration when I filed all of the other declarations with the Special Master. Thus, his fee declaration was not submitted as part of our fee petition presented to the Special Master.

Mr. Winters would like to be included in the fee allocation proceedings before the Special Master, when that day comes. I have no objection to that . However, I have told Mr. Winters that I can make no promises to him regarding the future fee allocation proceedings, including any promise as to whether his claim will be considered, or whether he would receive any fee.

Could you kindly advise the Special Master of this matter. Thank you.

Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

2280 Union Street
San Francisco, CA 94123
Telephone:415 447-1650
Facsimile:415 346-0679

This message Is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

Subj:    **RE: CRT Case/Lingel Winters Claim for Attorney's Fees**
Date:    2/8/2016 2:06:27 P.M. Pacific Standard Time
From:    MAlioto@TATP.com
To:      SChan@JAMSADR.com
CC:      SawMill2@aol.com

The docket number of the Fee Declaration is 4248. I'll have Mr. Winters file the Declaration on CaseAnywhere.
Thank you.


Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:415 447-1650
Facsimile:415 346-0679


This message is sent by a law firm and may contain information that is privileged or confidential. If you received
this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

---

**From:** Sandra Chan [mailto:SChan@JAMSADR.com]
**Sent:** Monday, February 8, 2016 1:48 PM
**To:** Mario Alioto
**Cc:** SawMill2@aol.com
**Subject:** RE: CRT Case/Lingel Winters Claim for Attorney's Fees

Mario:

Thank you. If the declaration was filed on ECF, could you please give me the docket no.? Per Mr. Quinn, the
declaration should be filed on CaseAnywhere if has not already been filed there.

Best Regards,

---




**Sandra Chan**
ADR Specialist

JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
schan@jamsadr.com
Phone: 415-982-5267
Direct Dial: 415-774-2611
Fax: 415-982-5287

JAMS placed first in *The Recorder's* **Best of
2016** Survey for the ninth straight year.

---

**From:** Mario Alioto [mailto:MAlioto@TATP.com]
**Sent:** Monday, February 08, 2016 1:32 PM
**To:** Sandra Chan
**Cc:** SawMill2@aol.com
**Subject:** CRT Case/Lingel Winters Claim for Attorney's Fees

Dear Sandra:

There is one loose end relating to our fee petition before the Special Master.

There is a claim for fees being made by Lingel Winters. His fee declaration is submitted herewith.  I did not have his fee declaration when I filed all of the other declarations with the Special Master. Thus, his fee declaration was not submitted as part of our fee petition presented to the Special Master.

Mr. Winters would like to be included in the fee allocation proceedings before the Special Master, when that day comes. I have no objection to that . However, I have told Mr. Winters that I can make no promises to him regarding the future fee allocation proceedings, including any promise as to whether his claim will be considered, or whether he would receive any fee.

Could you kindly advise the Special Master of this matter. Thank you.

Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone:415 447-1650
Facsimile:415 346-0679

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.

Subj:       **Document Submission Confirmation - In Re: Cathode Ray Tube (CRT) Antitrust Litigation (MDL 1917), Case No. 1100082046**
Date:       2/9/2016 2:45:07 P.M. Pacific Standard Time
From:       service@caseanywhere.com
Reply-to:   support@caseanywhere.com
To:         sawmill2@aol.com
CC:         service@caseanywhere.com

      

You have successfully submitted the following document through JAMS Electronic Filing System:

**Document Submitted by:** Law Offices of Lingel Winters
**Number of Documents in Transaction:** 1
**Representing:** Indirect Purchaser Class Plaintiffs
**Submission Date:** 2/9/16
**Time of Submission:** 2:42 PM (PST)
**Document Title:** DECLARATION OF LINGEL H. WINTERS P.C. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
**Page Range:** 11 - 30

An email notification has been sent to the following individuals included on the JAMS Electronic Filing System Electronic Service List:

**JAMS -** Martin Quinn (mquinn@jamsadr.com)

**Andrea Valdez, Attorney at Law –** Andrea Valdez, Esq. (andrea.valdez.esq@gmail.com)

**Andrus Anderson LLP –** Jennie Anderson, Esq. (jennie@andrusanderson.com)

**Baker Botts, LLP –** Erik Koons, Esq. (erik.koons@bakerbotts.com); John Taladay, Esq. (john.taladay@bakerbotts.com); Jon Swenson, Esq. (jon.swenson@bakerbotts.com); Joseph Ostoyich, Esq. (joseph.ostoyich@bakerbotts.com)

**Bandas Law Firm, P.C. –** Christopher Bandas, Esq. (cbandas@bandaslawfirm.com)

**Besmer Law Firm –** Veronica Besmer, Esq. (veronica@besmerlaw.com)

**Bonsignore Trial Lawyers –** Robert Bonsignore, Esq. (rbonsignore@class-actions.us)

**Bramson, Plutzik, Mahler & Birkhaeuser, LLP –** Daniel Birkhaeuser, Esq. (dbirkhaeuser@bramsonplutzik.com)

**Cooper & Kirkham, P.C. –** John Bogdanov, Esq. (jdb@coopkirk.com); Josef Cooper, Esq. (jdc@coopkirk.com); Tracy Kirkham, Esq. (trk@coopkirk.com)

**Curtis, Mallet-Prevost, Colt & Mosle LLP –** Jeffrey Zuckerman, Esq. (jzuckerman@curtis.com)

**Dillingham & Murphy –** Arthur Gaus, Esq. (asg@dillinghammurphy.com)

**Faegre Baker Daniels, LLP –** Jeffrey Roberts, Esq. (jeff.roberts@faegrebd.com); Kathy Osborn, Esq. (kathy.osborn@faegrebd.com); Ryan Hurley, Esq. (ryan.hurley@faegrebd.com)

**Farmer Brownstein Jaeger LLP –** David Brownstein, Esq. (dbrownstein@farmerbrownstein.com); Jacob Alpren, Esq. (jalpren@fbj-law.com); William Farmer, Esq. (wfarmer@fbj-law.com)

**Fine, Kaplan and Black, R.P.C. –** Donald Perelman, Esq. (dperelman@finekaplan.com); Gerard Dever, Esq. (gdever@finekaplan.com); Matthew Duncan, Esq. (md@finekaplan.com)

**Freedman Boyd Hollander Goldberg Urias & Ward P.A.** - Joseph Goldberg, Esq. (jg@fbdlaw.com)

**Freshfields Bruckhaus Deringer LLP** - Richard Snyder, Esq. (richard.snyder@freshfields.com)

**George W. Cochran, Attorney at Law** - George Cochran, Esq. (lawchrist@gmail.com)

**Gibson, Dunn & Crutcher LLP** - Joel Sanders, Esq. (jsanders@gibsondunn.com); Joseph Hansen, Esq. (jhansen@gibsondunn.com); Rachel Brass, Esq. (rbrass@gibsondunn.com)

**Hulett Harper Stewart LLP** - Dennis Stewart, Esq. (dennis@hulettharper.com)

**J. Darrell Palmer, Attorney at Law** - J. Darrell Palmer, Esq. (darrell.palmer@palmerlegalteam.com)

**Jenner & Block** - Brent Caslin, Esq. (bcaslin@jenner.com); Charles Sklarsky, Esq. (csklarsky@jenner.com); Gabriel Fuentes, Esq. (gfuentes@jenner.com); Michael Brody, Esq. (mbrody@jenner.com); Terrence Truax, Esq. (ttruax@jenner.com)

**Joseph S. St. John, Attorney at Law** - Joseph St. John, Esq. (jscottstjohnpublic@gmail.com)

**KAG Law Group** - Sylvie Kern, Esq. (sylviekern@yahoo.com)

**Kirby McInerney LLP** - Daniel Hume, Esq. (dhume@kmllp.com); Robert Gralewski, Jr., Esq. (bgralewski@kmllp.com)

**Kirkland & Ellis LLP** - Eliot Adelson, Esq. (eadelson@kirkland.com); James Mutchnik, Esq. (jmutchnik@kirkland.com)

**Kress Law Firm** - John Kress, Esq. (jckress@thekresslawfirm.com)

**Lang Hanigan & Carvalho LLP** - Timothy Hanigan, Esq. (trhanigan@gmail.com)

**Law Offices of Charles M. Thompson** - Charles Thompson, Esq. (cmtlaw@aol.com)

**Law Offices of Francis O. Scarpulla** - Francis Scarpulla, Esq. (fos@scarpullalaw.com); Patrick Clayton, Esq. (pbc@scarpullalaw.com)

**Law Offices of Jan Westfall** - Jan Westfall, Esq. (jlwestfall.esq@gmail.com)

**Law Offices of Jonathan E. Fortman, LLC** - Jonathan Fortman, Esq. (jef@fortmanlaw.com)

**Law Offices of Lingel Winters** - Lingel Winters, Esq. (sawmill2@aol.com)

**Law Offices of Paul B. Justi** - Paul Justi, Esq. (pbjusti@comcast.net)

**Milberg LLP** - Charles Slidders, Esq. (cslidders@milberg.com); Elizabeth McKenna, Esq. (emckenna@milberg.com); Paul Novak, Esq. (pnovak@milberg.com)

**Munger, Tolles & Olson LLP** - Bethany Kristovich, Esq. (bethany.kristovich@mto.com); Brad Brian, Esq. (brad.brian@mto.com); E. Martin Estrada, Esq. (martin.estrada@mto.com); Gregory Weingart, Esq. (gregory.weingart@mto.com); Susan Nash, Esq. (susan.nash@mto.com); William Temko, Esq. (temkowd@mto.com)

**Office of the Attorney General** - Emilio Varanini, Esq. (emilio.varanini@doj.ca.gov)

**Pillsbury Winthrop Shaw Pittman LLP** - Terrence Callan, Esq. (terrence.callan@pillsburylaw.com)

**Quinn Emanuel Urquhart & Sullivan, LLP** - Harold Barza, Esq. (halbarza@quinnemanuel.com); Kevin Teruya, Esq. (kevinteruya@quinnemanuel.com)

**Sharp McQueen PA** - Isaac Diel, Esq. (idiel@sharpmcqueen.com)

**Sheppard, Mullin, Richter & Hampton LLP** - Gary Halling, Esq. (ghalling@sheppardmullin.com); James McGinnis, Esq. (jmcginnis@sheppardmullin.com); Michael Scarborough, Esq.

(mscarborough@sheppardmullin.com)

**Squire Patton Boggs (US) LLP** – Donald Wall, Esq. (donald.wall@squirepb.com); Mark Dosker, Esq. (mark.dosker@squirepb.com); Nathan Lane III, Esq. (nlane@ssd.com)

**Steve A. Miller, P.C.** - Steve Miller, Esq. (sampc01@gmail.com)

**Straus & Boles, LLP** - Mark Schirmer, Esq. (mschirmer@straus-boles.com); Nathan Cihlar, Esq. (ncihlar@straus-boles.com)

**Theresa Moore, Attorney at Law** – Jill Lin, Esq. (jill.tan.lin@gmail.com); Theresa Moore, Esq. (tmoore@allotolaw.com)

**Trump, Alioto, Trump & Prescott** - Joseph Patane, Esq. (jpatane@tatp.com); Lauren Capurro, Esq. (laurenrussell@tatp.com); Mario Alioto, Esq. (malioto@tatp.com)

**Vogl Meredith Burke LLP** - Diane Pritchard, Esq. (dpritchard@vmblip.com)

**Weil, Gotshal & Manges LLP** - Adam Hemlock, Esq. (adam.hemlock@weil.com); David Yohai, Esq. (david.yohai@weil.com); Nicholas Kienow, Esq. (nicholas.kienow@weil.com); Steven Reiss, Esq. (steven.reiss@weil.com)

**White & Case LLP** - Christopher Curran, Esq. (ccurran@whitecase.com); Dana Foster, Esq. (defoster@whitecase.com); Lucius Lau, Esq. (alau@whitecase.com)

**Winston & Strawn LLP** – Aldo Badini, Esq. (abadini@winston.com); Brandt Hill, Esq. (bhill@winston.com); Chris Hynes, Esq. (chynes@winston.com); Eva Cole, Esq. (ewcole@winston.com); Jeffrey Kessler, Esq. (jkessler@winston.com); Lauren Duxstad, Esq. (lduxstad@winston.com); Martin Geagan, Esq. (mgeagan@winston.com); Molly Donovan, Esq. (mmdonovan@winston.com)

**Zelle Hofmann Voelbel & Mason LLP** - Christopher Micheletti, Esq. (cmicheletti@zelle.com)

Other authorized users may also receive email notification of this record.

# EXHIBIT C

1  Mario N. Alioto (56433)
   Joseph M. Patane (72202)
2  Lauren C. Capurro (241151)
   TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
3  2280 Union Street
   San Francisco, CA 94123
4  Telephone: 415-563-7200
   Facsimile: 415- 346-0679
5  Email: malioto@tatp.com
   jpatane@tatp.com
6  laurenrussell@tatp.com

7
   **Lead Counsel for the**
8  **Indirect Purchaser Plaintiffs**

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                    **SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-5944 MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: | **LEAD COUNSEL'S REVISED PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL** |
| All Indirect Purchaser Actions | |
| | Court: JAMS Special Master: Martin Quinn, JAMS Judge: Hon. Jon S. Tigar |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

Lead Counsel has discovered an error in the chart attached as Exhibit A to Lead Counsel's Proposed Allocation of Aggregate Fee Award to Indirect Purchaser Plaintiffs' Counsel, ECF No. 4790.

The chart proposes that the Law Offices of Lawrence G. Papale ("Papale") receive a multiplier of 1.5, and states that the total payout to Papale would be $1,175,000.00. This total payout number for Papale is wrong. A 1.5 multiplier on Papale's current rate lodestar minus 10% ($851,850.00) is actually $1,277,775.

This error occurred because of an error in the formula for computing the total payout for Papale. Lead Counsel has checked the other formulas in the chart and this is the only problem. All of the other calculations are correct.

Lead Counsel's intent was to propose a 1.5 multiplier for Papale based on the firm's relative contribution to the litigation. But awarding Papale a 1.5 multiplier and increasing its total payout is not possible unless you also adjust the multipliers and total payouts to other firms. Thus, Lead Counsel has reduced each firm's total payout *pro rata* in order to provide Papale with as close to a 1.5 multiplier as possible.

The proposed reduced multipliers and total payouts are reflected in the chart attached hereto as Exhibit A. The reductions are very minor relative to the total payouts proposed. Indeed, if you were to round up the multipliers to two decimal places (as is common practice), the multipliers would remain the same as previously submitted. Lead Counsel is providing the multipliers to four decimal places in order to show the exact changes made.

//

//

//

LEAD COUNSEL'S REVISED PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT
PURCHASER PLAINTIFFS' COUNSEL – Master File No. CV-07-5944 JST, MDL No. 1917

Dated: August 25, 2016

Respectfully submitted,

*/s/ Mario N. Alioto*

Mario N. Alioto (56433)
malioto@tatp.com
Joseph M. Patane (72202)
jpatane@tatp.com
Lauren C. Capurro (241151)
laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Lead Counsel for Indirect Purchaser Plaintiffs*

LEAD COUNSEL'S REVISED PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT
PURCHASER PLAINTIFFS' COUNSEL – Master File No. 3:07-cv-5944 SC, MDL No. 1917

# EXHIBIT A

Case 3:07-cv-05944-JST   Document 4800   Filed 08/25/16   Page 5 of 6

| FIRM | CURRENT RATE LODESTAR | CURRENT RATE LODESTAR AFTER 10% CUT | TOTAL PAYOUT | MULTIPLIER |
|---|---|---|---|---|
| | $17,290,782.50 | $15,561,704.25 | $46,344,359.49 | 2.9781 |
| | $556,654.00 | $500,988.60 | $1,251,659.94 | 2.4984 |
| | $9,002,608.75 | $8,102,347.88 | $19,190,127.02 | 2.3685 |
| | $3,592,540.00 | $3,233,286.00 | $7,334,806.13 | 2.2685 |
| | $8,994,951.75 | $8,095,456.58 | $15,856,817.97 | 1.9587 |
| | $11,090,460.00 | $9,981,414.00 | $19,524,658.25 | 1.9561 |
| Bramson, Plutzik, Mahler & Birkhaeuser LLP | $2,608,560.00 | $2,347,704.00 | $4,223,130.46 | 1.7988 |
| Andrus Anderson LLP | $3,097,527.00 | $2,787,774.30 | $5,014,743.50 | 1.7988 |
| Hulett, Kaplan and Black, P.C. | $2,625,672.50 | $2,363,105.25 | $4,132,755.02 | 1.7489 |
| Miller, LLP | $2,617,117.50 | $2,355,405.75 | $3,766,208.54 | 1.5990 |
| Hulett Harper Stewart LLP | $635,171.75 | $571,654.58 | $896,914.81 | 1.5690 |
| Law Office of Lawrence G. Papale | $946,500.00 | $851,850.00 | $1,276,947.55 | 1.4990 |
| Paul Nardelli Pirela LLC | $769,320.00 | $692,388.00 | $1,022,299.56 | 1.4765 |
| Gustafson Law Firm | $662,900.00 | $596,610.00 | $834,713.12 | 1.3991 |
| Kirby McGuire, PA | $1,443,207.50 | $1,298,886.75 | $1,817,263.88 | 1.3991 |
| Cuneo, Gilbert & Cuneo LLP | $2,214,555.75 | $1,993,100.18 | $2,788,533.06 | 1.3991 |
| Green & Noblin PC | $3,137,791.50 | $2,824,012.35 | $3,809,947.20 | 1.3491 |
| The Mogin Law Firm | $156,340.00 | $140,706.00 | $189,829.99 | 1.3491 |
| Saveri & Saveri Inc. and Joseph W. Cotchett | $3,520,882.35 | $3,168,794.12 | $4,148,431.86 | 1.3092 |
| Miller Law LLC | $2,602,234.00 | $2,342,010.60 | $3,042,641.40 | 1.2992 |
| Karon LLC | $205,006.30 | $184,505.67 | $239,701.68 | 1.2992 |
| McCallum, Hoaglund, Cook & Irby LLP | $199,025.00 | $179,122.50 | $223,760.01 | 1.2492 |
| Goldman Scarlato & Penny, P.C. | $2,341,089.50 | $2,106,980.55 | $2,632,019.48 | 1.2492 |
| Law Offices of Sherman Kassof | $2,391,135.00 | $2,152,021.50 | $2,688,284.02 | 1.2492 |
| McCallum, Methvin & Terrell, P.C. | $106,985.00 | $96,286.50 | $120,222.10 | 1.2486 |
| Frankovitch, Anetakis, Colantonio & Simon | $197,859.25 | $178,073.33 | $220,545.09 | 1.2385 |
| Kirkpatrick & Goldsborough, PLLC | $214,655.00 | $193,189.50 | $238,471.47 | 1.2344 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | $667,632.50 | $600,869.25 | $735,566.36 | 1.2242 |
| Wyatt & Blake | $88,437.50 | $79,593.75 | $95,453.15 | 1.1993 |
| Flom Law Office, P.A. | $23,744.00 | $21,369.60 | $25,627.39 | 1.1992 |
| Gerard & Associates | $27,288.75 | $24,559.88 | $29,452.91 | 1.1992 |
| Larson Kuper Wenninghoff & Carney, PC | $2,250.00 | $2,025.00 | $2,428.43 | 1.1992 |
| Bangs, McCullen, Butler, Foye & Simmons, LLP | $7,875.00 | $7,087.50 | $8,499.49 | 1.1992 |
| Mansfield, Tanick & Cohen, P.A. and Foley & Mansfield, PLLP | $127,500.00 | $114,750.00 | $137,610.83 | 1.1992 |
| Ademi & O'Reilly LLP | $158,427.00 | $142,584.30 | $170,990.36 | 1.1992 |
| Law Offices of Jeff Crabtree | $30,205.00 | $27,184.50 | $32,600.28 | 1.1992 |
| Janssen Malloy LLP | $546,932.50 | $492,239.25 | $590,304.29 | 1.1992 |

Case 3:07-cv-05944-JST   Document 4800   Filed 08/25/16   Page 6 of 6

| | | | | |
|---|---|---|---|---|
| Ryley Carlock & Applewhite | $8,600.50 | $7,740.45 | $9,282.49 | 1.1992 |
| McManis Faulkner | $66,239.50 | $59,615.55 | $65,534.53 | 1.0993 |
| Schubert Jonckheer & Kolbe, LLP | $74,075.00 | $66,667.50 | $73,286.51 | 1.0993 |
| Morrison Sund | $476,440.00 | $428,796.00 | $445,681.20 | 1.0394 |
| | | | | |
| Minami Tamaki LLP* | $3,279.00 | $2,951.10 | $2,949.19 | 0.9994 |
| Law Offices of Brian Barry* | $937,223.50 | $843,501.15 | $842,954.93 | 0.9994 |
| Whitfield Bryson & Mason LLP* | $17,330.00 | $15,597.00 | $15,586.90 | 0.9994 |
| Gustafson Gluek PLLC* | $28,100.00 | $25,290.00 | $25,273.62 | 0.9994 |
| Cooper & Kirkham, P.C.* | $3,068,480.00 | $2,761,632.00 | $2,345,866.91 | 0.8494 |
| Law Offices of Francis O. Scarpulla* | $73,812.50 | $66,431.25 | $49,790.74 | 0.7495 |
| Theresa D Moore* | $29,093.75 | $26,184.38 | $19,625.28 | 0.7495 |
| The Furth Firm LLP* | $102,361.50 | $92,125.35 | $52,091.60 | 0.5654 |
| Janet L Winters* | | | $0.00 | 0.0000 |

* Filed a separate Fee Declaration which was not part of the September 2015 Fee Motion.

# EXHIBIT D



# THE SUPREME COURT OF CALIFORNIA

AND

# THE STATE BAR OF CALIFORNIA

RECOGNIZE

## Lingel Hart Winters

FOR FIFTY YEARS OF SERVICE AS A MEMBER OF
THE STATE BAR OF CALIFORNIA
2016







DAVID PASTERNAK
PRESIDENT
THE STATE BAR OF CALIFORNIA

TANI G. CANTIL-SAKAUYE
CHIEF JUSTICE OF CALIFORNIA

1

**CERTIFICATE OF SERVICE**

2

    I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 388 Market Street, Suite 900, San Francisco, CA  94111.

3

4

    On September 1, 2016, I served the following document(s): **NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LINGEL H. WINTERS** on the interested parties in this action as follows:

5

6

**ALL INTERESTED PARTIES IN THIS ACTION**

7

☐    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, San Francisco, California.

8

9

10

11

☒    **By E-Service:** I electronically served the above document(s) via ECF/PACER on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

12

13

☐    By E-Service: I electronically served the above document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

14

15

16

Executed:  September 1, 2016

17

☒    (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

18

19

                                           */s/ Lingel H. Winters*

20

                                            Lingel H. Winters

21

22

23

24

25

26

27

28

PROOF OF SERVICE