Vaughn R Walker
Law Office of Vaughn R Walker
Four Embarcadero Center, Suite 2200
San Francisco, CA  94111
Tel:  (415) 871-2888
Fax:  (415) 871-2890
vrw@judgewalker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>ALL ACTIONS | MDL No 1917<br><br>Case No 3:07-cv-05944-JST<br><br>**ORDER RESOLVING KOREAN TRANSLATION OBJECTIONS — TRANCHE 1** |

The parties submitted their consolidated positions on the first round of translation objections (Tranche 1) regarding Korean language documents. The neutral Korean translator nominated by the parties, Ms Phyllis Kim, was sworn to translate accurately and faithfully the relevant documents at issue and to maintain the confidentiality of the documents in her role of assisting the undersigned in resolving the parties' translation objections. In an effort to promote neutrality, Ms Kim was asked to provide initial translations of the disputed passages without knowing the parties' proposed translations. The undersigned then prepared drafts of the resolved translations which were thereafter discussed and reviewed with Ms Kim for accuracy. Exhibit A (filed under seal due to the parties' designation of the underlying documents as highly confidential) sets forth for each disputed passage the parties' proposed translations, Ms Kim's proposed translations, the translations as resolved by the undersigned and a statement of reasons for the resolved translations.

Having considered the parties' submissions, the certified translations of the underlying documents, the proposed translations and Ms Kim's translations and guidance, the undersigned now issues a decision resolving the translation objections on this first set of Korean language documents. Due to the confidentiality of the underlying documents, this decision resolving the translation objections is contained in confidential Exhibit A to this order, filed under seal.

**CONCLUSION**

The translation objections to Korean language documents in Tranche 1 are resolved in confidential Exhibit A filed under seal. These Resolved Translations shall be binding on all remaining parties to this MDL. Any fees or costs associated with this order shall be borne equally by the plaintiffs and the defendants.

*Signatures on next page*

IT IS SO ORDERED.

Date: September 2, 2016

_____
Vaughn R Walker
United States District Judge (Ret)

The Recommended Order of the Special Master is Accepted and Ordered / Denied / Modified.

Date: _____

_____
Honorable Jon S. Tigar
United States District Judge