BRAD D. BRIAN (State Bar No. 079001)
brad.brian@mto.com
GREGORY J. WEINGART (State Bar No. 157997)
gregory.weingart@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

MIRIAM KIM (State Bar No. 238230)
miriam.kim@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
CATHLEEN H. HARTGE (State Bar No. 296547)
cathleen.hartge@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendants LG Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-JST (N.D.Cal) |
|---|---|
|  | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE BY KYLE W. MACH** |
| ALL ACTIONS. |  |
|  | Judge:   Honorable Jon S. Tigar<br>Court:   Courtroom 9, 19th Floor |

24523683.1

-1-

MDL No. 1917

NOTICE OF APPEARANCE OF COUNSEL

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT Kyle W. Mach (State Bar No. 282090) of Munger, Tolles & Olson LLP, 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907, hereby enters an appearance as counsel of record for Defendants LG Electronics, Inc. in the above referenced matter.  Service may be made using the contact information set forth below.

>     Kyle W. Mach (State Bar No. 282090)
>     MUNGER, TOLLES & OLSON LLP
>     560 Mission Street
>     Twenty-Seventh Floor
>     San Francisco, California 94105-2907
>     Telephone:   (415) 512-4000
>     Facsimile:   (415) 512-4077
>     Email: kyle.mach@mto.com

DATED:  September 6, 2016

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:   *s/ Kyle W. Mach*
        Kyle W. Mach

Attorney for Defendants LG Electronics, Inc.
.

24523683.1

NOTICE OF APPEARANCE OF COUNSEL