# Exhibit 1

R. BRENT IRBY
ERIC D. HOAGLUND
McCALLUM, HOAGLUND, COOK & IRBY, LLP
905 MONTGOMERY HIGHWAY
SUITE 201
VESTAVIA HILLS, ALABAMA 35216
TELEPHONE: (205)824-7767
FACSIMILE: (205)824-7768
EMAIL: birby@mhcilaw.com
        ehoaglund@mhcilaw.com
*Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944<br>MDL No. 1917 |
|---|---|
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **AFFIDAVIT OF R. BRENT IRBY IN SUPPORT OF TENNESSEE CLASS COUNSEL'S OBJECTION TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL**<br><br>Court: JAMS<br>Special Master: Martin Quinn, JAMS<br>Judge: Hon. Jon S. Tigar |

The undersigned, R. Brent Irby, being first cautioned and duly sworn on oath, states as follows:

1. My name is R. Brent Irby. I am an attorney licensed to practice before the courts of Tennessee, Alabama and Georgia, and a Partner and Shareholder in the law firm McCallum, Hoaglund, Cook & Irby, LLP. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. The law firm of McCallum, Hoaglund, Cook & Irby, LLP ("MHCI") acted as counsel for the Tennessee class of Indirect Purchaser Plaintiffs ("IPP") in this matter. Tennessee Class Counsel was responsible for securing the only Tennessee Indirect Purchaser Plaintiff, Albert Crigler, in the litigation. Throughout the litigation, Tennessee Class Counsel worked closely with the Tennessee class representative in securing evidence pertaining to his CRT tube purchase, gathering and preparing discovery responses, providing case status updates, and in the preparation and defense of the Tennessee class representative's deposition. Tennessee Class Counsel also worked on additional projects and assignments on behalf of IPPs, all of which were approved by Lead Counsel.

3. As Tennessee Class Counsel, MHCI incurred a total lodestar of $311,695 at current rates.

4. Tennessee Class Counsel incurred a total of $19,475.41 in unreimbursed expenses in this matter, $12,000 of which represents contributions to the Litigation Fund requested by Lead Counsel.

5. McCallum, Hoaglund, Cook & Irby, LLP is a small, 4-man law firm, and all case expenses, including those incurred in this matter, are carried by the firm on a case expense line of credit until reimbursed at the conclusion of a case.

6. At all times throughout the litigation, Tennessee Class Counsel remained willing, capable, and eager to receive and complete any work or projects needed in the case, and expressed

1

AFFIDAVIT OF R. BRENT IRBY IN SUPPORT OF TENNESSEE CLASS COUNSEL'S OBJECTION TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL

MDL 3:07-md-1827 SI

that willingness to Lead Counsel on several occasions. No work assignments were forthcoming unless affirmatively sought after and initiated by Tennessee Class Counsel.

7. In July 2015, Tennessee Class Counsel submitted their total lodestar, along with supporting materials and declaration, to Lead Counsel. This lodestar totaled $311,695 at current rates. This lodestar submission was made to Lead Counsel after a careful review and audit performed by Tennessee Class Counsel to ensure accuracy and efficiency.

8. In August 2015, Lead Counsel requested that Tennessee Class Counsel delete certain entries from their time sheets, including "unassigned time spent reviewing ECF filings not relevant or beneficial to the prosecution of the case." Tennessee Class Counsel noted to Lead Counsel that, while review of these court filings was not performed at the express direction of Lead Counsel, as counsel for the only Tennessee class representative, review of court filings was performed to adequately, competently, and ethically represent the interests of the Tennessee class representative and putative class members.

9. In an effort to cooperate with Lead Counsel, Tennessee Class Counsel agreed to delete certain entries and reduce its lodestar to $199,025, although Tennessee Class Counsel believed that the Special Master would approve their original submission. In exchange for diminishing Tennessee Class Counsel's lodestar by some $112,000 (36%), Lead Counsel indicated to Tennessee Class Counsel that the lodestar reduction would be more than recouped through the multiplier sought in the Award of Attorneys' Fees for IPP class counsel.

10. Thus, at the request of Lead Counsel, Tennessee Class Counsel agreed to substantially reduce their lodestar submission, with the understanding that the lodestar shortfall would be made up for through the multiplier sought in the Joint Motion for Award of Attorneys' Fees for IPP Class Counsel. The 1.96 multiplier sought will return Tennessee Class Counsel to

2

AFFIDAVIT OF R. BRENT IRBY IN SUPPORT OF TENNESSEE CLASS COUNSEL'S OBJECTION TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL
Case No. 3:07-cv-5944 SC, MDL No. 1917

their true incurred lodestar with a negligible multiplier, which is fair and reasonable under the circumstances.

11.     Tennessee Class Counsel, McCallum, Hoaglund, Cook & Irby, LLP, is a small, four (4) lawyer firm, and hence any attorney time and/or resources devoted to this litigation substantially impacted their availability to handle other matters.

FURTHER AFFIANT SAYETH NOT.

_____
R. Brent Irby

STATE OF ALABAMA     )

JEFFERSON COUNTY     )

Sworn to and subscribed in my presence this 7th day of September, 2016.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES: 7/27/20

---

3
AFFIDAVIT OF R. BRENT IRBY IN SUPPORT OF TENNESSEE CLASS COUNSEL'S OBJECTION TO LEAD COUNSEL'S PROPOSED ALLOCATION OF AGGREGATE FEE AWARD TO INDIRECT PURCHASER PLAINTIFFS' COUNSEL
Case No. 3:07-cv-5944 SC, MDL No. 1917