Exhibit 3

9/06/2016

| | |
|---|---|
| **From:** | Brent Irby |
| **To:** | laurenrussell@tatp.com; sjpcpa@earthlink.com |
| **Cc:** | Eric Hoaglund; Lori Marler |
| **Sent:** | 7/24/2015 3:31PM |
| **Subject:** | rbi to lauren and stephen w-declaration of rbi |

Dear Lauren and Stephen:

Enclosed you will find the documents requested in your June 24, 2015
correspondence regarding our firm's time and expense in this matter.  Specifically, enclosed
you will find:

   1.   Declaration of R. Brent Irby in Support of Attorneys'
Fees, Expenses and Incentive Awards, including the following exhibits thereto:

     Exhibit 1 - Brief description of McCallum, Hoaglund,
Cook & Irby, LLP ("MHCI");

     Exhibit 2 - Time and Lodestar Summary Sheet
       Time and Lodestar Sheet for each year
individually (2009-2015)
       Detailed backup time sheets showing
our firm's daily time entries

     Exhibit 3 - MHCI Expense Summary, along with MHCI
Expense Ledger

If you need any additional information regarding our firm's time and expenses
for the Joint Fee Petition, please do not hesitate to let me know.

This is a great result for all clients and you guys have done an outstanding
job throughout this litigation.  Our firm has certainly enjoyed working with you
on it.


Should you need anything further, please let me know.

Thanks.
Brent Irby


R. Brent Irby
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Phone:  (205)824-7767
Fax:  (205)824-7768
www.mhcilaw.com

9/06/2016

(Image) ATTENTION:  ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT INFORMATION MAY BE ENCLOSED

This message originates from the law firm of McCallum Hoaglund Cook & Irby, LLP.  Its text  and attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited. All personal messages express solely the views of the sender  and not those of McCallum Hoaglund Cook & Irby, LLP. This message may not be copied or distributed without this disclaimer. If you received this message in error, please reply to the sender immediately and permanently delete this message.  Thank you.



McCALLUM • HOAGLUND • COOK • IRBY

CHARLES A. McCALLUM, III
ERIC D. HOAGLUND*
MARTHA REEVES COOK
R. BRENT IRBY**
*ALSO ADMITTED IN TEXAS
**ALSO ADMITTED IN TENNESSEE
**ALSO ADMITTED IN GEORGIA

Writer's e-mail: birby@mhcilaw.com

July 24, 2015

**VIA ELECTRONIC MAIL and FEDERAL EXPRESS**

Lauren C. Capurro
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, California 94123

> **RE:** ***In Re: Cathode Ray Tube (CRT) Antitrust Litigation***
> **United States District Court - San Francisco Division**
> **Case No.: 3:07-cv-5944**
> **MDL No. 1917**

Dear Lauren and Stephen:

Enclosed you will find the documents requested in your June 24, 2015 correspondence regarding our firm's time and expense in this matter. Specifically, enclosed you will find:

> 1. Declaration of R. Brent Irby in Support of Attorneys' Fees, Expenses and Incentive Awards, including the following exhibits thereto:
>
>    Exhibit 1 - Brief description of McCallum, Hoaglund, Cook & Irby, LLP ("MHCI");
>
>    Exhibit 2 - Time and Lodestar Summary Sheet
>       Time and Lodestar Sheet for each year individually (2009-2015)
>       Detailed backup time sheets showing our firm's daily time entries
>
>    Exhibit 3 - MHCI Expense Summary, along with MHCI Expense Ledger

If you need any additional information regarding our firm's time and expenses for the Joint Fee Petition, please do not hesitate to let me know.

This is a great result for all clients and you guys have done an outstanding job throughout this litigation. Our firm has certainly enjoyed working with you on it.

McCALLUM HOAGLUND COOK & IRBY, LLP

905 MONTGOMERY HIGHWAY, SUITE 201 • VESTAVIA HILLS, ALABAMA 35216 • WWW.MHCILAW.COM
205.824.7767 • 205.824.7768 (FAX) • 888.230.2622

Page 2
July 24, 2015

_____

Should you need anything further, please let me know.

Sincerely,

R. Brent Irby
RBI/lm
Enclosures

1  R. BRENT IRBY
   ERIC D. HOAGLUND
2  McCALLUM, HOAGLUND, COOK & IRBY, LLP
   905 MONTGOMERY HIGHWAY
3  SUITE 201
   VESTAVIA HILLS, ALABAMA 35216
4  TELEPHONE: (205)824-7767
   FACSIMILE: (205)824-7768
5  EMAIL: birby@mhcilaw.com
            ehoaglund@mhcilaw.com
6  *Counsel for Indirect Purchaser Plaintiffs*

7

8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  IN RE: CATHODE RAY TUBE (CRT)          Case No. 3:07-cv-5944
    ANTITRUST LITIGATION                   MDL No. 1917
14

15                                         **CLASS ACTION**

16  This Document Relates to:              **DECLARATION OF R. BRENT IRBY IN
                                           SUPPORT OF PLAINTIFFS' APPLICATION
17  All Indirect Purchaser Actions         FOR ATTORNEYS' FEES, EXPENSES AND
                                           INCENTIVE AWARDS**
18
                                           Judge: Honorable Samuel Conti
19                                         Courtroom One, 17th Floor

20

21

22

23

24

25

26

27

28

────────────────────────────────────────
DECLARATION OF R. BRENT IRBY IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944, MDL No. 1917

1    I, R. Brent Irby, declare as follows:

2    1.    I am an attorney licensed to practice before the courts of Tennessee, Alabama and

3    Georgia, and a Partner and Shareholder in the law firm McCallum, Hoaglund, Cook & Irby, LLP.

4    I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could

5    and would testify competently to them.  I make this declaration in support of my firm's request for

6    attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for

7    Attorneys' Fees, Expenses and Incentive Awards.

8    2.    My firm is counsel of record in this case, and represents named Plaintiff(s) Albert

9    "Sid" Crigler.  A brief description of my firm is attached as Exhibit 1 and incorporated herein by

10   reference.

11   3.    Throughout the course of this litigation, my firm kept files contemporaneously

12   documenting all time spent, including tasks performed, and expenses incurred, and transmitted

13   those reports on a regular basis to Lead Counsel.  All of the time and expenses reported by my firm

14   were incurred for the benefit of the Indirect Purchaser Plaintiffs ("IPPs").

15   4.    During the course of this litigation, my firm has been involved in the following

16   tasks and activities on behalf of the IPPs.  All of this work was assigned and/or approved by Lead

17   Counsel:

18   a.    multiple meetings, emails, phone calls, and dealings with Indirect

19   Purchaser/Tennessee client, Sid Crigler, throughout the course of the litigation to address, among

20   other matters, client questionnaires, Mr. Crigler's transactions, document production, interrogatory

21   responses, case status updates, deposition scheduling, information needed from lead counsel,

22   pleadings involving Mr. Crigler, and other matters pertinent to the litigation.

23   b.    conference calls, email communications, research, drafting, and reviews

24   with respect to portions of Plaintiffs' Opposition to Defendants' Motions to Dismiss that were

25   assigned to our firm.

26   c.    cursory review of pleadings, filings, and Orders pertinent to the Indirect

27   Purchaser litigation, and more substantive review of filings, pleadings, and Orders involving Sid

28

1

1  Crigler in his role as class representative of the Tennessee Indirect Purchaser class, including

2  operative Complaints and class certification submissions.[1]

3          d.       gathering, drafting, and securing accuracy and verification of Sid Crigler's

4  responses and production (and supplements thereto) to the various discovery items served on him

5  by Defendants throughout the course of this litigation.

6          e.       arranging and assistance in preparing and defending the deposition of

7  Tennessee Indirect Purchaser class representative Sid Crigler, including deposition preparation

8  sessions and items/information needed following his deposition.

9          f.       arranging, drafting and providing deposition summaries of four (4) Hitachi

10 depositions assigned to our firm, all of which were multi-volume.

11          g.       periodically contributing requested assessments to the CRT litigation fund

12 established for the common benefit of the class.

13          h.       attending meetings or conference calls with lead counsel regarding litigation

14 or trial strategy.

15      5.      The schedule attached as Exhibit 2, and incorporated herein, is a detailed summary

16 of the amount of time spent by my firm's partners, attorneys and professional support staff who

17 were involved in this litigation.  It does not include any time devoted to preparing this declaration

18 or otherwise pertaining to the Joint Fee Petition.  The lodestar calculation is based on my firm's

19 historical billing rates in effect at the time services were performed.  Exhibit 2 was prepared from

20 contemporaneous time records regularly prepared and maintained by my firm.  Those records have

21 been provided to Lead Counsel and I authorize them to be submitted for inspection by the Court if

22 necessary.  The hourly rates for my firm's partners, attorneys and professional support staff

23 included in Exhibit 2 were at the time the work was performed the usual and customary hourly

24 rates charged for their services in similar complex litigation.

25

26      [1] While the review of these court filings was not performed at the express direction of lead
   counsel, as counsel for the only Tennessee class representative Plaintiff, Albert "Sid" Crigler,
27 review of court filings was performed to adequately, competently and ethically represent Mr.
   Crigler in this matter.

28

DECLARATION OF R. BRENT IRBY IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

1      6.     The total number of hours reasonably expended on this litigation by my firm from

2 inception to May 31, 2015 is 600.3 hours.  The total lodestar for my firm at historical rates is

3 $250,455.00.  The total lodestar for my firm at current rates is $311,695.00.  Expense items are

4 billed separately and are not duplicated in my firm's lodestar.

5      7.     The expenses my firm incurred in litigating this action are reflected in the books

6 and records of my firm. These books and records are prepared from expense vouchers, invoices,

7 receipts, check records and other source materials and accurately reflect the expenses incurred.

8 My firm's expense records are available for inspection by the Court if necessary.

9      8.     My firm incurred a total of $23,001.20 in unreimbursed expenses, all of which were

10 reasonable and necessary for the prosecution of this litigation.  Of this amount, $10,000.00 was for

11 assessment payments for common litigation expenses or direct payments to experts or other

12 vendors made at the request of Lead Counsel, and an additional $13,001.20 was for non-common

13 litigation expenses incurred by my firm, such as travel, meals and lodging, copying, legal research,

14 telephone, etc.  A summary of those expenses by category is attached as Exhibit 3.

15

16     I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th

17 day of July, 2015, in Vestavia Hills, Alabama.

18

19

20                       [SIGNATURE]

21

22

23

24

25

26

27

28

DECLARATION OF R. BRENT IRBY IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS
Case No. 3:07-cv-5944 SC, MDL No. 1917

# Exhibit 1

McCallum, Hoaglund, Cook & Irby, LLP is a boutique litigation firm located in Birmingham, Alabama consisting of three (3) shareholder attorneys, one (1) part-time attorney, and one (1) associate attorney. McCallum, Hoaglund, Cook & Irby, LLP specializes in complex consumer and business litigation, including class actions and mass torts, in Alabama, Tennessee, Georgia and other states. In addition to our complex litigation practice, our firm also represents local businesses and clients in several areas of commercial litigation, including shareholder actions, business torts, and partnership disputes.

Exhibit 2

EXHIBIT 1
IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | Inception through Present |

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2008 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $ - |
| 2009 | 18.2 | 0.0 | 7.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 41.8 | 32.0 | 0.0 | 0.0 | 99.8 | $ 34,405.00 |
| 2010 | 5.2 | 0.0 | 8.1 | 19.2 | 0.0 | 0.0 | 0.0 | 0.0 | 1.4 | 20.2 | 0.0 | 0.0 | 54.1 | $ 24,097.50 |
| 2011 | 3.5 | 0.0 | 5.1 | 25.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.2 | 4.7 | 0.0 | 53.8 | $ 23,935.00 |
| 2012 | 2.0 | 0.0 | 5.0 | 1.5 | 39.9 | 15.7 | 0.0 | 0.0 | 0.0 | 39.9 | 2.9 | 0.0 | 106.9 | $ 47,307.50 |
| 2013 | 31.4 | 0.0 | 1.6 | 0.0 | 0.0 | 0.0 | 117.2 | 0.0 | 0.0 | 60.9 | 0.0 | 0.0 | 211.1 | $ 83,507.50 |
| 2014 | 0.0 | 0.0 | 1.4 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 49.2 | 0.0 | 0.0 | 53.2 | $ 26,600.00 |
| 2015 | 1.3 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 19.8 | 0.0 | 0.0 | 21.4 | $ 10,602.50 |
|  | 61.6 | 0.0 | 29.3 | 48.6 | 39.9 | 15.7 | 117.2 | 0.0 | 43.2 | 237.2 | 7.6 | 0.0 | 600.3 | $ 250,455.00 |

CATEGORIES:
1 Attorney Meeting/Strategy
2 Court Appearance
3 Client Meeting
4 Draft Discovery Requests or Responses
5 Deposition Preparation
6 Attend Deposition - Conduct/Defend
7 Document Review
8 Experts - Work or Consult
9 Research
10 Motions/Pleadings
11 Settlement
12 Trial

STATUS:
(P)      Partner
(OC)    Of Counsel
(A)      Associate
(LC)     Law Clerk
(PL)     Paralegal
(I)       Investigator

EXHIBIT 1
IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Reporting Year | 2009 | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | 0.0 | $    - |
| R. Brent Irby/P | $ 350.00 | 8.3 | | 6.6 | | | | | | 10.3 | 15.3 | | | 40.5 | $ 14,175.00 |
| | | | | | | | | | | | | | | 0.0 | $    - |
| Eric D. Hoaglund/P | $ 350.00 | 9.9 | | 1.2 | | | | | | 28.5 | 16.7 | | | 56.3 | $ 19,705.00 |
| | | | | | | | | | | | | | | 0.0 | $    - |
| Lori C. Marler/PL | $ 175.00 | | | | | | | | | 3.0 | | | | 3.0 | $ 525.00 |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | | | | | | | | | | | | | 0.0 | $    - |
| | | 18.2 | 0.0 | 7.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 41.8 | 32.0 | 0.0 | 0.0 | 99.8 | $ 34,405.00 |

EXHIBIT 1

IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917

TIME AND LODESTAR SUMMARY

INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Year | 2010 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 450.00 | 3.4 | | 8.1 | 14.8 | | | | | | 4.1 | | | 30.4 | $ 13,680.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 450.00 | 1.8 | | | 3.5 | | | | | 1.4 | 16.1 | | | 22.8 | $ 10,260.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | | | | 0.9 | | | | | | | | | 0.9 | $ 157.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 5.2 | 0.0 | 8.1 | 19.2 | 0.0 | 0.0 | 0.0 | 0.0 | 1.4 | 20.2 | 0.0 | 0.0 | 54.1 | $ 24,097.50 |

EXHIBIT 1
IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
| Reporting Year | 2011 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 450.00 | 3.5 | | 4.7 | 15.4 | | | | | | 9.3 | 0.8 | | 33.7 | $ 15,165.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 450.00 | | | 0.4 | 8.9 | | | | | | 5.9 | 3.9 | | 19.1 | $ 8,595.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | | | | 1.0 | | | | | | | | | 1.0 | $ 175.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 3.5 | 0.0 | 5.1 | 25.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.2 | 4.7 | 0.0 | 53.8 | $ 23,935.00 |

EXHIBIT 1
IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
| --- | --- |
| Reporting Year | 2012 |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | 0.0 | $ - |
| R. Brent Irby/P | $ 450.00 | 2.0 | | 5.0 | | 30.2 | 15.7 | | | | 24.4 | 2.4 | | 79.7 | $ 35,865.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 450.00 | | | | | 8.6 | | | | | 15.2 | 0.5 | | 24.3 | $ 10,935.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | | | | 1.5 | 1.1 | | | | | 0.3 | | | 2.9 | $ 507.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 2.0 | 0.0 | 5.0 | 1.5 | 39.9 | 15.7 | 0.0 | 0.0 | 0.0 | 39.9 | 2.9 | 0.0 | 106.9 | $ 47,307.50 |

EXHIBIT 1
IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Year | 2013 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.0 | $  - |
| R. Brent Irby/P | $ 500.00 | 17.6 | | 1.6 | | | | 2.3 | | | 28.5 | | | 50.0 | $ 25,000.00 |
| | | | | | | | | | | | | | | 0.0 | $  - |
| Eric D. Hoaglund/P | $ 500.00 | 3.6 | | | | | | | | | 32.4 | | | 36.0 | $ 18,000.00 |
| | | | | | | | | | | | | | | 0.0 | $  - |
| Martha R. Cook | $ 325.00 | 9.2 | | | | | | 114.9 | | | | | | 124.1 | $ 40,332.50 |
| | | | | | | | | | | | | | | 0.0 | $  - |
| Lori C. Marler/PL | $ 175.00 | 1.0 | | | | | | | | | | | | 1.0 | $ 175.00 |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | | | | | | | | | | | | | 0.0 | $  - |
| | | 31.4 | 0.0 | 1.6 | 0.0 | 0.0 | 0.0 | 117.2 | 0.0 | 0.0 | 60.9 | 0.0 | 0.0 | 211.1 | $ 83,507.50 |

EXHIBIT 1
IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Year | 2014 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R. Brent Irby/P | $ 500.00 | | | 1.4 | 2.6 | | | | | | 25.8 | | | 29.8 | $ 14,900.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 500.00 | | | | | | | | | | 23.4 | | | 23.4 | $ 11,700.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 0.0 | 0.0 | 1.4 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 49.2 | 0.0 | 0.0 | 53.2 | $ 26,600.00 |

EXHIBIT 1
IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917
TIME AND LODESTAR SUMMARY
INDIRECT PURCHASER PLAINTIFFS

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP | | | | | | | | | | | | | | |
| Reporting Year | 2015 | | | | | | | | | | | | | | |

| Name/Status | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R. Brent Irby/P | $ 500.00 | 1.0 | | 0.3 | | | | | | | 11.6 | | | 12.9 | $ 6,450.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Eric D. Hoaglund/P | $ 500.00 | | | | | | | | | | 8.2 | | | 8.2 | $ 4,100.00 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| Lori C. Marler/PL | $ 175.00 | 0.3 | | | | | | | | | | | | 0.3 | $ 52.50 |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | | | | | | | | | | | | | 0.0 | $ - |
| | | 1.3 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 19.8 | 0.0 | 0.0 | 21.4 | $ 10,602.50 |

Exhibit 3

**EXHIBIT 1**
**IN RE CATHORADE RAY TUBE (CRT) ANTITRUST LITIGATION; MDL NO. 1917**
**EXPENSE SUMMARY**
**INDIRECT PURCHASER PLAINTIFFS**

| Firm Name | McCallum, Hoaglund, Cook & Irby, LLP |
|---|---|
| Reporting Year | Inception through Present |

| TYPE OF EXPENSE | | TOTAL |
|---|---|---|
| | | |
| Assessments | | $ 10,000.00 |
| Outside Copies | | |
| In-house Reproduction /Copies | | $ 8,305.00 |
| Court Costs & Filing Fees | | |
| Court Reporters 7 Transcripts | | |
| Computer Research | | $ 463.51 |
| Telephone & Facsimile | | |
| Postage/Express Delivery/Courier | | $ 77.33 |
| Professional Fees (investigator, accountant, etc.) | | |
| Experts | | |
| Witness / Service Fees | | |
| Travel: Airfare | | |
| Travel: Lodging/Meals | | $ 456.06 |
| Travel: Other | | |
| Car Rental/Cabfare/Parking | | |
| Other Expenses | | $ 3,699.30 |
| | | |
| | | $ 23,001.20 |

**EXHIBIT 3**

CRT Expense Ledger - McCallum, Hoaglund, Cook & Irby, LLP

| Date | Received From/Paid To | Explanation | Disbs | |
|------|----------------------|-------------|-------|---|
| Apr 15/2009 | CRT Antitrust Litigation Fund | Litigation Fund | 5000.00 | CRT Antitrust Litigation |
| Apr 30/2009 | Expense Recovery | Photocopy Expense | 25.25 | CRT Antitrust Litigation |
| May 31/2009 | Expense Recovery | Photocopy Expense | 390.25 | CRT Antitrust Litigation |
| Jun 17/2009 | West Group Payment Center | Lexis/Westlaw | 68.94 | CRT Antitrust Litigation |
| Jun 30/2009 | Expense Recovery | Photocopy Expense | 29.50 | CRT Antitrust Litigation |
| Jun 30/2009 | First Partners Bank | Interest | 28.63 | CRT Antitrust Litigation |
| Jul 31/2009 | Expense Recovery | Photocopy Expense | 7.50 | CRT Antitrust Litigation |
| Aug 17/2009 | First Partners Bank | Interest | 30.25 | CRT Antitrust Litigation |
| Aug 31/2009 | American Express | Pacer | 60.56 | CRT Antitrust Litigation |
| Aug 31/2009 | Photocopy Expense | Photocopy Expense | 312.50 | CRT Antitrust Litigation |
| Aug 31/2009 | West Group Payment Center | Lexis/Westlaw | 2.72 | CRT Antitrust Litigation |
| Sep 1/2009 | First Partners Bank | Interest | 29.27 | CRT Antitrust Litigation |
| Sep 30/2009 | Expense Recovery | Photocopy Expense | 79.75 | CRT Antitrust Litigation |
| Nov 17/2009 | American Express | Pacer | 9.28 | CRT Antitrust Litigation |
| Nov 17/2009 | First Partners Bank | Interest | 16.03 | CRT Antitrust Litigation |
| Dec 23/2009 | First Partners Bank | Interest | 15.46 | CRT Antitrust Litigation |
| Dec 31/2009 | Expense Recovery | Photocopy Expense | 27.75 | CRT Antitrust Litigation |
| Jan 19/2010 | First Partners Bank | Interest | 18.67 | CRT Antitrust Litigation |
| Jan 31/2010 | Expense Recovery | Photocopy Expense | 10.00 | CRT Antitrust Litigation |
| Feb 9/2010 | First Partners Bank | Interest | 33.08 | CRT Antitrust Litigation |
| Feb 17/2010 | American Express | Pacer | 10.38 | CRT Antitrust Litigation |
| Feb 28/2010 | Expense Recovery | Photocopy Expense | 182.25 | CRT Antitrust Litigation |
| Mar 15/2010 | First Partners Bank | Interest | 29.61 | CRT Antitrust Litigation |
| Mar 31/2010 | Expense Recovery | Photocopy Expense | 41.00 | CRT Antitrust Litigation |
| Apr 12/2010 | First Partners Bank | Interest | 30.16 | CRT Antitrust Litigation |
| Apr 30/2010 | Expense Recovery | Photocopy Expense | 212.00 | CRT Antitrust Litigation |
| May 11/2010 | First Partners Bank | Interest | 32.92 | CRT Antitrust Litigation |
| May 31/2010 | Expense Recovery | Photocopy Expense | 1020.00 | CRT Antitrust Litigation |

| Jun 30/2010 | Expense Recovery | Photocopy Expense | 36.50 | CRT Antitrust Litigation |
| Jul 29/2010 | First Partners Bank | Interest | 35.05 | CRT Antitrust Litigation |
| Jul 31/2010 | Expense Recovery | Photocopy Expense | 86.75 | CRT Antitrust Litigation |
| Aug 31/2010 | Expense Recovery | Photocopy Expense | 14.25 | CRT Antitrust Litigation |
| Sep 1/2010 | American Express | Pacer | 7.77 | CRT Antitrust Litigation |
| Sep 1/2010 | First Partners Bank | Interest | 30.70 | CRT Antitrust Litigation |
| Sep 30/2010 | First Partners Bank | Interest | 33.44 | CRT Antitrust Litigation |
| Sep 30/2010 | Expense Recovery | Photocopy Expense | 149.50 | CRT Antitrust Litigation |
| Oct 31/2010 | Expense Recovery | Photocopy Expense | 270.50 | CRT Antitrust Litigation |
| Nov 11/2010 | First Partners Bank | Interest | 32.00 | CRT Antitrust Litigation |
| Nov 19/2010 | First Partners Bank | Interest | 32.50 | CRT Antitrust Litigation |
| Dec 22/2010 | First Partners Bank | Interest | 42.45 | CRT Antitrust Litigation |
| Dec 31/2010 | Expense Recovery | Photocopy Expense | 109.00 | CRT Antitrust Litigation |
| Jan 27/2011 | First Partners Bank | Interest | 44.18 | CRT Antitrust Litigation |
| Feb 15/2011 | First Partners Bank | Interest | 35.68 | CRT Antitrust Litigation |
| Feb 28/2011 | Expense Recovery | Photocopy Expense | 271.50 | CRT Antitrust Litigation |
| Mar 4/2011 | First Partners Bank | Interest | 33.15 | CRT Antitrust Litigation |
| Mar 31/2011 | Expense Recovery | Photocopy Expense | 49.50 | CRT Antitrust Litigation |
| Apr 6/2011 | First Partners Bank | Interest | 33.88 | CRT Antitrust Litigation |
| May 3/2011 | American Express | Federal Express | 33.21 | CRT Antitrust Litigation |
| May 3/2011 | American Express | Federal Express | 31.31 | CRT Antitrust Litigation |
| May 3/2011 | First Partners Bank | Interest | 35.27 | CRT Antitrust Litigation |
| May 31/2011 | Expense Recovery | Photocopy Expense | 189.75 | CRT Antitrust Litigation |
| Jun 21/2011 | First Partners Bank | Interest | 34.51 | CRT Antitrust Litigation |
| Jul 13/2011 | First Partners Bank | Interest | 19.57 | CRT Antitrust Litigation |
| Jul 31/2011 | Expense Recovery | Photocopy Expense | 345.00 | CRT Antitrust Litigation |
| Aug 10/2011 | First Partners Bank | Interest | 36.38 | CRT Antitrust Litigation |
| Sep 28/2011 | First Partners Bank | Interest | 35.02 | CRT Antitrust Litigation |
| Sep 30/2011 | Photocopy | Photocopies | 53.75 | CRT Antitrust Litigation |
| Oct 24/2011 | First Partners Bank | Interest | 34.24 | CRT Antitrust Litigation |
| Oct 31/2011 | Photocopy Expense | Photocopy Expense | 60.25 | CRT Antitrust Litigation |
| Oct 31/2011 | Photocopy Expense | Photocopy Expense | 1.25 | CRT Antitrust Litigation |
| Dec 22/2011 | First Partners Bank | Interest | 33.94 | CRT Antitrust Litigation |
| Dec 31/2011 | Photocopy Expense | Photocopies | 27.75 | CRT Antitrust Litigation |

| Jan 13/2012 | First Partners Bank | Interest | 37.66 | CRT Antitrust Litigation |
|---|---|---|---|---|
| Jan 31/2012 | Expense Recovery | Photocopy Expense | 41.25 | CRT Antitrust Litigation |
| Feb 17/2012 | First Partners Bank | Interest | 27.09 | CRT Antitrust Litigation |
| Feb 29/2012 | Expense Recovery | Photocopy Expense | 20.25 | CRT Antitrust Litigation |
| Mar 1/2012 | American Express | Pacer | 0.16 | CRT Antitrust Litigation |
| Mar 14/2012 | First Partners Bank | Interest | 38.50 | CRT Antitrust Litigation |
| Mar 31/2012 | Photocopy Expense | Photocopy Expense | 211.75 | CRT Antitrust Litigation |
| Apr 13/2012 | First Partners Bank | Interest | 39.33 | CRT Antitrust Litigation |
| Apr 30/2012 | Photocopy Expense | Photocopy Expense | 99.00 | CRT Antitrust Litigation |
| May 4/2012 | First Partners Bank | Interest | 26.09 | CRT Antitrust Litigation |
| May 30/2012 | American Express | Pacer | 8.60 | CRT Antitrust Litigation |
| May 30/2012 | Photocopy Expense | Photocopy Expense | 54.50 | CRT Antitrust Litigation |
| Jun 30/2012 | Photocopies | Photocopy Expense | 153.50 | CRT Antitrust Litigation |
| Jul 2/2012 | First Partners Bank | Interest | 44.77 | CRT Antitrust Litigation |
| Jul 31/2012 | First Partners Bank | Interest | 20.19 | CRT Antitrust Litigation |
| Jul 31/2012 | Photocopy Expense | Photocopy Expense | 149.50 | CRT Antitrust Litigation |
| Sep 14/2012 | American Express | Pacer | 3.00 | CRT Antitrust Litigation |
| Sep 30/2012 | Photocopies | Photocopy Expense | 385.25 | CRT Antitrust Litigation |
| Oct 30/2012 | First Partners Bank | Interest | 50.26 | CRT Antitrust Litigation |
| Oct 31/2012 | Photocopies | Photocopy Expense | 140.75 | CRT Antitrust Litigation |
| Nov 30/2012 | Photocopies | Photocopies | 457.00 | CRT Antitrust Litigation |
| Dec 3/2012 | First Partners Bank | Travel | 456.06 | CRT Antitrust Litigation |
| Dec 3/2012 | American Express | Pacer | 29.60 | CRT Antitrust Litigation |
| Dec 7/2012 | First Partners Bank | Interest | 56.92 | CRT Antitrust Litigation |
| Dec 31/2012 | Photocopy Expense | Photocopy Expense | 72.00 | CRT Antitrust Litigation |
| Jan 2/2013 | First Partners Bank | Interest | 74.68 | CRT Antitrust Litigation |
| Jan 31/2013 | First Partners Bank | Interest | 71.97 | CRT Antitrust Litigation |
| Jan 31/2013 | Photocopy Expense | Photocopy Expense | 142.75 | CRT Antitrust Litigation |
| Feb 27/2013 | American Express | Pacer | 1.90 | CRT Antitrust Litigation |
| Feb 27/2013 | First Partners Bank | Interest | 41.71 | CRT Antitrust Litigation |
| Feb 28/2013 | Photocopy Expense | Photocopy Expense | 98.00 | CRT Antitrust Litigation |
| Mar 26/2013 | First Partners Bank | Interest | 58.57 | CRT Antitrust Litigation |
| Apr 1/2013 | Photocopy Expense | Photocopy Expense | 106.75 | CRT Antitrust Litigation |
| Apr 25/2013 | CRT Antitrust Litigation Fund | Litigation Fund | 5000.00 | CRT Antitrust Litigation |

| Apr 30/2013 | First Partners Bank | Interest | 71.75 | CRT Antitrust Litigation |
|---|---|---|---|---|
| Apr 30/2013 | Postage Expense | Postage Expense | 0.46 | CRT Antitrust Litigation |
| Apr 30/2013 | Photocopy Expense | Photocopy Expense | 132.25 | CRT Antitrust Litigation |
| May 28/2013 | American Express | Pacer | 48.80 | CRT Antitrust Litigation |
| May 30/2013 | First Partners Bank | Interest | 52.51 | CRT Antitrust Litigation |
| Jun 27/2013 | First Partners Bank | Interest | 109.87 | CRT Antitrust Litigation |
| Jun 30/2013 | Photocopy Expense | Photocopy Expense | 293.50 | CRT Antitrust Litigation |
| Jul 26/2013 | First Partners Bank | Interest | 84.13 | CRT Antitrust Litigation |
| Jul 31/2013 | Photocopies | Photocopy Expense | 171.50 | CRT Antitrust Litigation |
| Aug 29/2013 | American Express | Pacer | 31.70 | CRT Antitrust Litigation |
| Aug 29/2013 | First Partners Bank | Interest | 57.30 | CRT Antitrust Litigation |
| Aug 30/2013 | Photocopy Expense | Photocopy Expense | 696.75 | CRT Antitrust Litigation |
| Aug 30/2013 | Postage Expense | Postage Expense | 12.35 | CRT Antitrust Litigation |
| Sep 30/2013 | Photocopy Expense | Photocopy Expense | 156.25 | CRT Antitrust Litigation |
| Oct 14/2013 | First Partners Bank | Interest | 79.70 | CRT Antitrust Litigation |
| Oct 26/2013 | First Partners Bank | Interest | 80.51 | CRT Antitrust Litigation |
| Oct 31/2013 | Photocopy Expense | Photocopy Expense | 412.25 | CRT Antitrust Litigation |
| Nov 21/2013 | American Express | Pacer | 0.20 | CRT Antitrust Litigation |
| Dec 31/2013 | Photocopy Expense | Photocopy Expense | 2071.00 | CRT Antitrust Litigation |
| Jan 3/2014 | First Partners Bank | Interest | 102.85 | CRT Antitrust Litigation |
| Jan 31/2014 | Photocopy Expense | Photocopies | 101.75 | CRT Antitrust Litigation |
| Feb 4/2014 | First Partners Bank | Interest | 232.89 | CRT Antitrust Litigation |
| Mar 3/2014 | American Express | Pacer | 1.90 | CRT Antitrust Litigation |
| Mar 3/2014 | First Partners Bank | Interest | 59.18 | CRT Antitrust Litigation |
| Mar 31/2014 | Photocopy Expense | Photocopy Expense | 1.25 | CRT Antitrust Litigation |
| Apr 2/2014 | First Partners Bank | Interest | 108.63 | CRT Antitrust Litigation |
| Apr 30/2014 | Photocopy Expense | Photocopy Expense | 0.75 | CRT Antitrust Litigation |
| Jun 5/2014 | American Express | Pacer | 1.40 | CRT Antitrust Litigation |
| Jun 5/2014 | First Partners Bank | Interest | 63.07 | CRT Antitrust Litigation |
| Jul 10/2014 | First Partners Bank | Interest | 119.34 | CRT Antitrust Litigation |
| Sep 9/2014 | First Partners Bank | Interest | 123.72 | CRT Antitrust Litigation |
| Oct 2/2014 | First Partners Bank | Interest | 121.95 | CRT Antitrust Litigation |
| Oct 23/2014 | First Partners Bank | Interest | 77.37 | CRT Antitrust Litigation |
| Dec 2/2014 | American Express | Pacer | 12.10 | CRT Antitrust Litigation |

| Dec 2/2014 | American Express | Pacer | 162.60 | CRT Antitrust Litigation |
|---|---|---|---|---|
| Dec 2/2014 | First Partners Bank | Interest | 82.01 | CRT Antitrust Litigation |
| Jan 7/2015 | First Partners Bank | Interest | 129.97 | CRT Antitrust Litigation |
| Feb 11/2015 | First Partners Bank | Interest | 130.97 | CRT Antitrust Litigation |
| Mar 4/2015 | First Partners Bank | Interest | 114.65 | CRT Antitrust Litigation |
| Mar 4/2015 | American Express | Pacer | 1.90 | CRT Antitrust Litigation |
| Mar 31/2015 | Photocopy Expense | Photocopy Expense | 70.50 | CRT Antitrust Litigation |
| Apr 1/2015 | First Partners Bank | Interest | 129.33 | CRT Antitrust Litigation |
| May 4/2015 | First Partners Bank | Interest | 133.82 | CRT Antitrust Litigation |
| May 12/2015 | Photocopy Expense | Photocopy Expense | 138.25 | CRT Antitrust Litigation |
| May 31/2015 | Credit for reduction in photocopy expense | Photocopy Expense | -2076.25 | CRT Antitrust Litigation |