# Exhibit 5



McCALLUM • HOAGLUND • COOK • IRBY

CHARLES A. MCCALLUM, III
ERIC D. HOAGLUND*
MARTHA REEVES COOK
R. BRENT IRBY**
*ALSO ADMITTED IN TEXAS
**ALSO ADMITTED IN TENNESSEE
**ALSO ADMITTED IN GEORGIA

Writer's e-mail: ehoaglund@mhcilaw.com

April 16, 2009

Lauren C. Russell
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, California 94123

   RE: **CRT Antitrust Litigation**

Dear Lauren:

Enclosed please find my firm's check in the amount of $5,000 for the litigation fund.

If you need anything further, please feel free to contact me.

Yours truly,

Eric D. Hoaglund
EDH/lm
Enclosure

McCALLUM HOAGLUND COOK & IRBY, LLP
905 MONTGOMERY HIGHWAY, SUITE 201 • VESTAVIA HILLS, ALABAMA 35216 • WWW.MHCILAW.COM
205.824.7767 • 205.824.7768 (FAX) • 888.230.2622

**McCallum, Hoaglund, Cook & Irby, LLP** • Case Expense Account

```
DATE    : Apr 15/2009
CHE #   : 4856
AMOUNT  : $5,000.00
ACCOUNT : GENERAL - 13
PAID TO : CRT Antitrust Litigation Fund
          c/o Trump, Alioto, Trump & Prescott, LLP
          2280 Union Street
          San Francisco
          California
          94123
E320
Litigation Fund

CLIENT: 3712 - Indirect CRT
```

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHI

SouthCity Bank

**McCallum, Hoaglund, Cook & Irby, LLP**
Case Expense Account
905 Montgomery Hwy., Ste 201
Vestavia Hills, AL 35216
205-824-7767

61-665 / 622

DATI

Ap1

PAY
TO THE
ORDER
OF

Five Thousand **********************************

CRT Antitrust Litigation Fund
c/o Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, California 94123
Litigation Fund

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑅"004856⑅"  ⑆062206651⑆



MCCALLUM • HOAGLUND • COOK • IRBY

CHARLES A. MCCALLUM, III
ERIC D. HOAGLUND*
MARTHA REEVES COOK
R. BRENT IRBY**
*ALSO ADMITTED IN TEXAS
**ALSO ADMITTED IN TENNESSEE
**ALSO ADMITTED IN GEORGIA

Writer's e-mail: birby@mhcilaw.com

April 25, 2013

Lauren C. Russell
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, California 94123

RE: *CRT Antitrust Litigation*

Dear Lauren:

Enclosed please find my firm's check in the amount of $5,000 for the litigation fund.

If you need anything further, please feel free to contact me.

Sincerely,

R. Brent Irby
RBI/lm
Enclosure

MCCALLUM HOAGLUND COOK & IRBY, LLP

905 MONTGOMERY HIGHWAY, SUITE 201 • VESTAVIA HILLS, ALABAMA 35216 • WWW.MHCILAW.COM
205.824.7767 • 205.824.7768 (FAX) • 888.230.2622

**McCallum, Hoaglund, Cook & Irby, LLP** • Case Expense Account

5708

Date: April 25, 2013
Check #: 5708
Amount: $5,000.00
Account: 13

PAID TO: CRT Antitrust Litigation Fund
c/o Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, California 94123

EXPLANATION: Litigation Fund

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

First Partners Bank          5708

**McCallum, Hoaglund, Cook & Irby, LLP**
Case Expense Account
905 Montgomery Hwy., Ste 201
Vestavia Hills, AL 35216
205-824-7767

61-665 / 622

DATE: Apr 25, 2013     AMOUNT: $5,000.00

PAY *** Five Thousand ************************************************ *************************** 00/100

TO THE ORDER OF   CRT Antitrust Litigation Fund

c/o Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, California 94123

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑉005708⑉ ⑆062206651⑆