# Exhibit 6

From: Joe Patane [mailto:JPatane@tatp.com]
Sent: Wednesday, February 03, 2016 2:38 PM
To: Brent Irby
Cc: jpatane@tatp.com
Subject: FW: Assessment

Case 4:07-cv-05944 Document 4817-6   Filed 09/07/16   Page 2 of 3

From: Joe Patane [mailto:JPatane@tatp.com]

Counsel:

As you know, the Court appointed Martin Quinn as Special Master to issue a Report & Recommendation on our motions for settlement approval and attorneys' fees. Plaintiffs' Counsel are responsible for payment to JAMS for the Special Master's work relating to the fee motion and for payment to our retained expert, Richard Pearl.

In this connection, we request a contribution from your firm of $2,000. Please send a check to me at the address below ASAP payable to CRT ANTITRUST LITIGATION FUND. Any funds not used will be returned to you at the end of the case on a pro-rata basis.

Thank you:
Joe

Joseph M. Patane
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-447-1651
Facsimile: 415-346-0679

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Brent Irby
**Sent:** Thursday, February 04, 2016 7:47 AM
**To:** 'Joe Patane'
**Subject:** RE: Assessment

Thanks Joe, hope all is well. We'll get the check out today.

Best,
Brent

R. Brent Irby
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Phone: (205)824-7767
Fax: (205)824-7768
www.mhcilaw.com



ATTENTION: ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT INFORMATION MAY BE ENCLOSED

This message originates from the law firm of McCallum Hoaglund Cook & Irby, LLP. Its text and attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited. All personal messages express solely the views of the sender and not those of McCallum Hoaglund Cook & Irby, LLP. This message may not be copied or distributed without this disclaimer. If you received this message in error, please reply to the sender immediately and permanently delete this message. Thank you.