# Exhibit 7

| COMPENDIUM INDEX OF EXPENSES | | | |
|---|---|---|---|
| FIRM NAME | LITIGATION COST FUND CONTRIBUTION | UN-REIMBURSED EXPENSES | EXHIBIT |
| Trump, Alioto, Trump & Prescott, LLP | $1,260,000.00 | $25,597.45 | 1 |
| Kirby McInerney, LLP | $110,000.00 | $111,357.08 | 2 |
| Zelle, Hofmann, Voelbel, Mason & Gette LLP | $25,000.00 | $143,946.50 | 3 |
| Straus & Boies, LLP | $120,000.00 | $88,841.21 | 4 |
| Lovell Stewart Halebian and Jacobson LLP | $125,000.00 | $47,571.59 | 5 |
| Cooper & Kirkham, P.C. | $50,000.00 | $50,362.37 | 6 |
| Law Offices of Sylvie K Kern (KAG) | $0.00 | $1,669.31 | 7 |
| Green & Noblin, P.C. | $60,000.00 | $47.35 | 8 |
| Andrus Anderson LLP | $50,000.00 | $35,702.27 | 9 |
| Fine, Kaplan and Black, RPC | $0.00 | $54,489.52 | 10 |
| Miller Law LLC | $50,000.00 | $1,484.46 | 11 |
| Milberg LLP | $60,000.00 | $21,977.64 | 12 |
| Bramson, Plutzik, Mahler & Birkhaeuser, LLP | $45,000.00 | $11,232.45 | 13 |
| Law Offices of Sherman Kassof | $50,000.00 | $1,521.70 | 14 |
| Goldman Scarlato Karen & Penny, P.C. | $75,000.00 | $6,933.81 | 15 |
| Glancy Prongay & Murray LLP | $45,000.00 | $6,977.84 | 16 |
| Sharp McQueen PA | $50,000.00 | $13,280.01 | 17 |
| Law Offices of Brian Barry | $25,000.00 | $3,471.05 | 18 |
| Law Offices of Lawrence G. Papale | $0.00 | $24,623.03 | 19 |
| Vogl Meredith Burke LLP | $0.00 | $14,218.73 | 20 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | $55,000.00 | $142.65 | 21 |
| Hulett Harper Stewart LLP | $0.00 | $12,566.35 | 22 |
| Besmer Law Firm | $0.00 | $0.00 | 23 |
| Freedman Boyd Hollander Goldberg Urias & Ward P.A. | $0.00 | $39,373.83 | 24 |
| Janssen Malloy LLP | $15,000.00 | $26.08 | 25 |
| Morrison Sund PLLC | $0.00 | $0.00 | 26 |
| Karon LLC | $0.00 | $0.00 | 27 |
| Frankovitch, Anetakis, Colantonio & Simon | $25,000.00 | $2,389.68 | 28 |
| Kirkpatrick & Goldsborough, PLLC | $10,000.00 | $481.04 | 29 |
| McCallum, Hoaglund, Cook & Irby, LLP | $10,000.00 | $7,475.41 | 30 |
| The Saunders Law Firm | $25,000.00 | $6,022.18 | 31 |

| FIRM NAME | LITIGATION COST FUND CONTRIBUTION | UN-REIMBURSED EXPENSES | EXHIBIT |
|---|---:|---:|:---:|
| Ademi & O'Reilly LLP | $5,000.00 | $3,326.67 | 32 |
| Foley & Mansfield, PLLP | $0.00 | $403.25 | 33 |
| McCallum, Methvin & Terrell, P.C. | $20,000.00 | $9,428.22 | 34 |
| The Furth Firm LLP | $0.00 | $6,211.85 | 35 |
| Wyatt & Blake, LLP | $5,000.00 | $666.86 | 36 |
| Schubert, Jonckheer & Kolbe LLP | $0.00 | $2,058.28 | 37 |
| McManis Faulkner | $0.00 | $4,334.12 | 38 |
| Law Offices of Jeff Crabtree | $0.00 | $0.00 | 39 |
| Gustafson Gluek PLLC | $0.00 | $0.00 | 40 |
| Flom Law Office, P.A. | $0.00 | $93.84 | 41 |
| Whitfield Bryson & Mason LLP | $0.00 | $139.19 | 42 |
| Ryley Carlock & Applewhite | $0.00 | $499.15 | 43 |
| Bangs, McCullen, Butler, Foye & Simmons, LLP | $0.00 | $29.81 | 44 |
| Minami Tamaki LLP | $25,000.00 | $0.00 | 45 |
| Bonsignore Trial Lawyers, PLLC | $0.00 | $8,386.12 | * |
| Gerard & Associates | $5,000.00 | $287.60 | * |
| Gross Belsky Alonso LLP | $5,000.00 | $0.00 | * |
| **Total** | **$2,405,000.00** | **$769,647.55** | |

*No Declaration. Expenses proposed for reimbursement by Lead Counsel.