# Exhibit 9

-----Original Message-----
From: Brent Irby
Sent: Monday, May 20, 2013 8:23 PM
To: Bob Gralewski
Subject: Re: CRT - IMPORTANT TIME-SENSITIVE REPLY NEEDED

Thanks Bob, hope all is well. We spoke with Sid Crigler in Nashville, and he is agreeable to the Complaint.

Please let us know if we can help on any document reviews, discovery, or any other matters in the CRT litigation, as we would like get more involved in the cases if there are opportunities. Thanks and talk to you soon.

Brent

Sent from my iPhone

1